

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*James E. Meadows, et al. v. Merck & Co., Inc.*, N.D. Ohio, C.A. No. 1:04-2229

### ORDER CORRECTING CASE CAPTION

This Northern District of Ohio action (*Meadows*) was included on the Panel's transfer order filed in this docket on February 16, 2005, with an incorrect case caption, as follows: *Meadows, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-2229 9. The correct case caption for *Meadows* is as listed above.

IT IS THEREFORE ORDERED that the Panel's transfer order filed on February 16, 2005, is CORRECTED to reflect the correct case caption for the action listed above.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel