

**MINUTE ENTRY**
**FALLON, J.**
**February 18, 2005**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : | MDL No. 1657 |
| | : | SECTION "L" (3) |
| ……………………………………………… | : | JUDGE FALLON |

**THIS DOCUMENT RELATES TO ALL CASES:**

The Court is in receipt of faxed documents received from Attorney Daniel E. Becnel on February 18, 2005. Said documents shall be filed into the record of this litigation. In the future, any documents faxed to this Court regarding MDL No. 1657, entitled *In Re Vioxx Products Liability Litigation*, must be faxed to all counsel of record.

DATE OF ENTRY
FEB 1 8 2005

___ Fee____
___ Process_____
**X** Dktd_____
___ CtRmDep____
___ Doc. No ____