## Gauthier, Houghtaling, Williams & Sulzer  FILED

Wendell H. Gauthier
(1943-2001)
John W. Houghtaling, II
James M. Williams
Deborah M. Sulzer
Celeste A. Gauthier

*A Limited Liability Partnership*
3500 North Hullen Street
Metairie LA. 70002

Telephone: 504-456-8600
Facsimile: 504-456-8624

2005 FEB 22  AM 9: 44

LORETTA G. WHYTE
CLERK

February 21, 2005

*Via Facsimile 589-7697*

Honorable Loretta G. Whyte
United States District Court
C151 Hale Boggs Federal Bldg.
500 Poydras St.
New Orleans, LA 70130

   Re: In re: Vioxx Products Liability Litigation  L
      MDL 1657

Dear Ms. Whyte:

  Pursuant to Pre-Trial Order No. 1, please add me to the Panel Service List attached to the Order as Exhibit A:

> Deborah M. Sulzer
> Gauthier, Houghtaling, Williams & Sulzer
> 3500 N. Hullen St.
> Metairie, LA 70002
> (504) 456-8600
> Facsimile: (504) 456-8624

  If you require any additional information, please do not hesitate to contact me.

           Sincerely yours,

           *Deborah Sulzer*
           Deborah M. Sulzer

DMS/tpo

cc: Panel Service List

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____