# Gauthier, Houghtaling, Williams & Sulzer

*A Limited Liability Partnership*

3500 North Hullen Street
Metairie LA. 70002

Wendell H. Gauthier
(1943-2001)
John W. Houghtaling, II
James M. Williams
Deborah M. Sulzer
Celeste A. Gauthier

Telephone: 504-456-8600
Facsimile: 504-456-8624

FILED
2005 FEB 22  AM 9: 44
LORETTA G. WHYTE
CLERK

February 21, 2005

*Via Facsimile 589-7697*

Honorable Loretta G. Whyte
United States District Court
C151 Hale Boggs Federal Bldg.
500 Poydras St.
New Orleans, LA 70130

Re:   In re: Vioxx Products Liability Litigation
      MDL 1657

Dear Ms. Whyte:

In light of the order entered on Friday, February 18, 2005 in the above-referenced matter, plaintiffs request that the Motion to Organize be withdrawn as moot. Pretrial Order 1 addresses the procedure for the organization of the litigation requested in the motion. The Motion is therefore moot. If necessary, a motion to withdraw will be filed on Tuesday, February 22, 2005 when the court reopens.

Sincerely yours,

*Deborah Sulzer*
Deborah M. Sulzer

DMS/tpo

cc:   Judge Eldon Fallon
      Panel Service List

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____