

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX | MDL NO. 1657 |
| Products Liability Litigation | |
| | SECTION: L |
| This Document Relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * *** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### APPLICATION OF GERALD E. MEUNIER
### FOR APPOINTMENT AS PLAINTIFFS'
### LIAISON COUNSEL

MAY IT PLEASE THE COURT:

In Pre-Trial Order #1, the Court directed counsel for plaintiffs to "confer and seek consensus" on the selection of Liaison Counsel, subject to approval and appointment by the Court. This individual will be responsible for "essentially administrative matters," examples of which are specified in the Order. *See* Pretrial Order #1, ¶15, p. 7. Since it appears no consensus presently exists, but consistent with the proposal made at a gathering of plaintiffs' counsel on February 23, 2005, I respectfully submit this written application for appointment as Plaintiffs' Liaison Counsel.

The undersigned counsel and firm instituted Vioxx litigation in the Eastern District of Louisiana on December 29, 2004, prior to the MDL decision to transfer the entire litigation to this Court. *See* "D. L. Akers, et al v. Merck and Company, Inc.," Civil Action No. 04-3517, §N, USDC

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

(E.D. La). The firm currently represents approximately twenty clients in this matter, for the most part on referral from other counsel.

Following the MDL transfer and the issuance of PTO #1, *supra*, I was approached by certain plaintiffs' counsel in this community who have had extensive involvement in the Vioxx litigation, and I was urged by them to apply for the position of Plaintiffs' Liaison Counsel. I have decided to do so because I believe I am uniquely qualified for the position, and have widespread support among plaintiffs' counsel to serve as such in this case.

The administrative duties of this position will require not only efficiency and diligence, but also even-handedness, inclusivity, and integrity. Through my leadership activity in other mass tort litigation (most notably, the case of "In Re: Chemical Release at Bogalusa"), I have demonstrated an ability to facilitate and enhance cooperation among large and competing groups of plaintiffs' counsel. I stand clear – and consistently have stood clear – of the rivalries, factional alliances, and tensions which sometimes arise among plaintiff counsel groups from their involvement in other mass tort litigation.

This demonstrated ability would seem especially critical herein, to the extent that – at least initially – no consensus has been reached as to the position of Liaison Counsel. I sincerely believe that I am in a position to serve with the confidence and credibility of all counsel, and that I can establish and maintain consensus and a spirit of cooperation among my colleagues.

My career experience and credentials in mass tort litigation are specified in the attached Resume; but I am more proud of the reputation I have earned for thoroughness and attention to scholarship, for professionalism and ethics. Such intangibles may be of even greater value than past case results in the appointment at hand.

The importance of this litigation is self-evident. I have carefully considered my other career

– as well as my personal – responsibilities and commitments, in making this decision to agree to apply for the position of Liaison Counsel. I represent to the Court that I am prepared, willing and able to give priority to this case and to the duties of Liaison Counsel.

Moreover, I will be supported fully in this endeavor by an established law firm which is fortunate to have the resources, technology and staff needed to facilitate the administrative duties of this position. As an example, the building in which our firm is a tenant (the Energy Centre) already has initiated contact with us about the availability of additional space, should the plaintiffs' management committee deem this advisable.

Finally, I believe that my longstanding and close relationship to the federal judicial system (E.D. La.), would be invaluable in my administrative service as Liaison Counsel. Professionally speaking, I "grew up" in the E.D. La., as a law clerk to two district judges. I have served as President of the New Orleans Chapter of the Federal Bar Association, the largest chapter in the country. Through the appointment of Chief Judge Ginger Berrigan, and Chief Judge A. J. McNamara before her, I have chaired the Civil Justice Reform Act Advisory Group, a distinguished panel of attorneys and non-attorneys which serves as a continuing resource to the Court in finding ways to improve the system and administration of justice.

Based upon my pre-MDL transfer representation of clients in the above-mentioned filing, the support I have among plaintiffs' counsel for this appointment, my demonstrated ability to facilitate and maintain cooperation among my colleagues, my leadership experience in mass tort litigation, my commitment to make the duties of this position a career priority, and the intangible standards of integrity and professionalism which my firm and I have earned over the years, I respectfully ask that the Court appoint me to serve as Plaintiffs' Liaison Counsel in this litigation.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: _____
GERALD E. MEUNIER, #9471
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522-2304
(504) 528-9973 (fax)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon the following counsel by mailing the same to each properly addressed and postage prepaid on this 25th day of February, 2005:

> Andy D. Birchfield, Jr., Esq.
> Beasley, Allen, Crown, Methvin, Portis & Miles, P.C.
> 234 Commerce Street
> P. O. Box 4160
> Montgomery, Alabama 36103-4160
>
> Christopher Seeger, Esq.
> Seeger Weiss, LLP
> One William Street
> New York, New York 10004
>
> Norman C. Kleinberg, Esq.
> Theodore Mayer, Esq.
> Hughes Hubbard & Reed, LLP
> One Battery Park Plaza
> New York, New York 10004-1482

_____
GERALD E. MEUNIER

**RESUME OF**
**GERALD E. MEUNIER (La. Bar #9471)**
Gainsburgh, Benjamin, David,
Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522-2304

## SUMMARY PROFILE

Trial attorney with twenty-eight years of experience. Since 1981, a partner in the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, one of the oldest and largest firms in Louisiana specializing in plaintiffs' personal injury litigation. Admitted to practice in all courts of Louisiana (state and federal), in the U.S. Court of Appeals for the Fifth Circuit, and in the U.S. Supreme Court. Extensive experience in leadership positions and as trial counsel for plaintiffs in class actions and mass torts.

## EDUCATION

Bachelor of Arts Degree (*magna cum laude*), College of Arts and Sciences, Georgetown University, 1970.

Juris Doctor, Georgetown Law Center, 1974 (Contributing Editor, Georgetown Law Journal).

## PRINCIPAL WORK EXPERIENCE

**Private Practice, September 1977 - Present**
Current emphasis in mass and complex tort litigation and class actions on behalf of plaintiffs. Participation in the administration and management of the firm as a member of its Executive Committee.

**Law Clerk, U.S. District Court, 1975-1977**
Law clerk to the Honorable James Comiskey, U.S.D.C. (E.D. La.), 1975, and to the Honorable Edward J. Boyle, U.S.D.C. (E.D. La.), 1975-77.

## PROFESSIONAL ACTIVITIES/HONORS

- Fellow, American College of Trial Lawyers

- Past President, New Orleans Chapter, Federal Bar Association.

- Past President, Louisiana Chapter, American Board of Trial Advocates.

- Chairman, Civil Justice Reform Act Advisory Group, U.S. District Court, E.D. La.

- Past member, Board of Governors and Executive Committee, Louisiana Trial Lawyers Association.

- Past Chairman, Admiralty Section, Association of Trial Lawyers of America.

- Past member, House of Delegates, Louisiana State Bar Association.

- Past Chairman, Board of Directors, New Orleans Pro Bono Project.

- Past Chairman, Minority Involvement Committee, Louisiana State Bar Association.

- Charter Member and Fellow, Louisiana Bar Foundation.

- Lead Author, "Louisiana Civil Pretrial Procedure" (West 1997).

- Listing in "The Best Lawyers in America" (Woodward & White) since 2001.

- A.V. rating, Martindale-Hubbell.

- Member and Past Chairman, Board of Directors, Unity for the Homeless.

## EXPERIENCE IN MASS TORT/COMPLEX LITIGATION/CLASS ACTIONS

- Court-appointed co-liaison counsel in *In Re: Industrial Life Insurance Litigation*, U. S. District Court, E. D. La. [national class action/mass joinder against various life insurance companies for racially discriminatory practices in charging premiums].

- Court-appointed liaison counsel in federal court, and co-lead counsel of Plaintiffs' Legal Committee in *In Re: Chemical Release at Bogalusa*, 22nd Judicial District Court (Parish of Washington) [class action; explosion of tank car and chemical release in Bogalusa, Louisiana; verdict for plaintiffs in common issues trial, 2003].

- Court-appointed class counsel in *Susan Blades, et al vs. Illinois Central Railroad Company d/b/a Canadian National Railroad/Illinois Central Railroad*, U.S. District Court, E.D. La. [class action; train derailment]

- Lead counsel for plaintiffs in mass tort case of *Martinez, et al vs. Dow Chemical Corporation, et al*, United States District Court, E.D. La. [case involving thousands of foreign workers sterilized by chemical exposure, now remanded to state court]

- Lead counsel for plaintiffs in mass tort case of *In Re: St. Louis Encephalitis Outbreak in Ouachita Parish*, 4th Judicial District Court (Monroe, Louisiana) [case for victims of St. Louis encephalitis outbreak, Ouachita Parish].

- Court-appointed Special Master in *Custom Bus Litigation*, U.S. District Court, E.D. La. [mass tort; multiple deaths and injuries from crash of Casino bus; settlement]

- Court-appointed Special Master in *In Re: Chippewa Street Spill*, 19th Judicial District Court (Parish of East Baton Rouge) [class action; chemical spill; settlement]

- Court-appointed class counsel in *Lailhengue v. Mobil Oil*, 34th Judicial District Court (Parish of St. Bernard) [class action; refinery explosion case; settlement].

- Court-appointed class counsel in *Andry v. Murphy Oil*, 34th Judicial District Court (Parish of St. Bernard) [class action; refinery explosion case; settlement].

- Court-appointed class counsel in *Ford v. Murphy Oil*, 34th Judicial District Court (Parish of St. Bernard) [class action; chemical pollution case].

- Court-appointed class counsel in *Thomas v. Exxon-Mobil*, Civil District Court (Parish of Orleans) [class action; chemical pollution case].

- Court-appointed class counsel in *Kaiser Plant Explosion at Kaiser*, 23rd Judicial District Court (Parish of St. James) [class action; plant explosion; settlement].