# SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

H. PAUL SIMON*
FRANK J. PERAGINE
GUY W. SMITH
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES
JAMES A. BURTON
CHRISTOPHER M. GUIDROZ^^
DANIEL J. CARUSO
THOMAS J. FISCHER
JAY H. KERN
STEVEN A. JACOBSON
KENNETH R. BOWEN
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
J. THOMAS HAMRICK, JR.**
JOHN F. SHREVES*^
ROBERT L. REDFEARN, JR.‡**
DENISE C. PUENTE

*BOARD CERTIFIED
  TAX ATTORNEYS
^BOARD CERTIFIED ESTATE PLANNING
  AND ADMINISTRATION SPECIALIST
^^A PROFESSIONAL LAW CORPORATION
**ALSO ADMITTED IN MISSISSIPPI

COUNSELLORS AT LAW
30TH FLOOR - ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS 70163-3000

TELEPHONE (504) 569-2030
FACSIMILE (504) 569-2999
INTERNET:
HTTP://WWW.SPSR-LAW.COM

DOUGLAS W. REDFEARN
CHARLES A. WATSON▼
DAVID F. BIENVENU
DOUGLAS R. KINLER
MICHAEL D. HAROLD
J. DAVIS READY
BETTY F. MULLIN‡
SHAWN L. HOLAHAN
WILLIAM M. BLACKSTON
NATHAN L. SCHRANTZ
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. MCQUILLAR
JEFFREY J. THOMAS
WILLIAM F. SELPH, III▼▼
MARY M. SMYTHE
GEORGE R. HUFFMAN▼▼
CHARLES E. RILEY, IV
WADE M. BASS

OF COUNSEL
DONALD J. BRANNAN

‡ALSO ADMITTED IN TEXAS
▼ADMITTED ONLY IN TEXAS
▼▼ADMITTED ONLY IN MISSISSIPPI

February 25, 2005

**Via Hand Delivery**

The Hon. Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re: MDL No. 1654 - Section L
         In Re: Vioxx Products Liability Litigation

Dear Judge Fallon:

    Pursuant to the Court's Order of February 17, 2005, I hereby submit my application to be appointed plaintiffs' liaison counsel in the caption matter. I am enrolled as counsel of record in <u>Bell v. Merck & Co., Inc.</u>, Case No. 2:05-CV-128 in the United States District Court for the Southern District of Ohio, Eastern Division, am involved in additional personal injury cases against the same defendants and have received offers of a number of referrals of other such cases.

    Since 1994, I have been involved in the Castano Plaintiffs Legal Committee's ("PLC") - a group of some 57 law firms comprising approximately 400 lawyers throughout the United States and Puerto Rico - and its actions against the Tobacco Industry.

    My involvement with the PLC has included membership on the executive committee, the election as Chairman of the PLC when Wendell Gauthier's illness forced him to step down, the appointment as plaintiffs' liaison counsel in <u>Gloria Scott, et al. v. American Tobacco Co., et al.</u>, in both the Civil District Court for the Parish of Orleans (Docket No. 96-8461, Division "K") and the United States District Court for the Eastern District of Louisiana (Docket No. 96-1946, Section "C", Magistrate (5)) and because the PLC

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

The Hon. Eldon E. Fallon
February 25, 2005
Page 2

litigation center has been located in our offices since its inception, the defacto liaison counsel for the PLC.

As defacto liaison counsel, we oversaw a staff responsible for coordinating what became 27 separate state class actions, as well as separate individual actions, which included the circulation to the PLC membership of all notices and orders from the courts, maintaining complete files of the various records, coordinating all committees dealing with discovery and briefing to preclude repetition and needless duplication of effort, assuring that <u>all</u> counsel had access to <u>all</u> documents and pleadings, negotiating contracts with national court reporting firms to minimize the cost of the multitude of depositions taken in these cases, coordinating the retaining of expert witnesses and consultants and, in coordination with the plaintiffs' executive committee, preparing and overseeing the central budget for the cases, maintaining and serving all plaintiffs' responses to discovery requests, maintaining copies of all medical records, insuring compliance with discovery deadlines and acting as the central link for dissemination of all directives from the courts, as well as the conduit for all information among all plaintiffs' counsel.

Over the years in Castano, we developed the capacity for electronic exchange of all information on a secured basis so that the membership could review documents, pleadings and similar materials at the various members' offices and not just at a depository located in some lawyer's office.

I was appointed plaintiffs' co-liaison counsel in *Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL Docket No. 888, Section E, Mag. Div. 2, USDC, E.D. LA, as well as chairman of the plaintiffs legal committee in *In Re: Cox Cable*, a state class action, and defendants co-liaison counsel in the Schwegmann Anti-Trust suits.

We have, as reflected by our having survived in the tobacco litigation for some 10 years, financial resources required to act as liaison counsel.

Additionally, as reflected hereinabove, we have been dealing directly with the staff of the PLC for years, and those facilities and staff are available to whomever is appointed liaison counsel in this matter and, we fully support such usage <u>on a non-profit basis</u>. The Castano cases are winding down at this time and

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

The Hon. Eldon E. Fallon
February 25, 2005
Page 3

there is a great opportunity for the plaintiffs in this case to take over a "turn-key" operation that is well trained, technically knowledgeable and effective.

    I am personally available to work on this case as required.

    I shall be pleased to answer any questions which the Court may have and would appreciate serving in this matter.

                                        Respectfully,

                                        Robert L. Redfearn

RLR/jj

cc: Christopher Seeger, Esq.
     Andy D. Birchfield, Jr.
     Norman C. Kleinberg, Esq.

K:\DATA\K\06540000\904.RLR\Jude-temp folder\Judge Fallon ltr.wpd