FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB 25 PM 2: 19

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS           :
LIABILITY LITIGATION            :           MDL DOCKET NO. 1657

APPLICATION FOR APPOINTMENT OF RUSS M. HERMAN
AS LIAISON COUNSEL FOR ALL PLAINTIFFS

On February 16, 2005, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, pursuant to 28 U.S.C. § 1407, transferring and assigning all Vioxx cases to the United States District Court for the Eastern District of Louisiana, Section L(3), for consolidated pretrial proceedings.

On February 17, 2005, the Court issued Pre-Trial Order No. 1. Section 15 of Pre-Trial Order No. 1 addressed the potential selection and appointment of Liaison Counsel. Russ M. Herman and the law firm of Herman, Herman, Katz & Cotlar, LLP submits this application to be appointed as liaison counsel in MDL# 1657. Russ M. Herman and the law firm of Herman, Herman, Katz & Cotlar, LLP have extensive experience and involvement in handling administrative and substantive matters that are necessary to be performed by liaison counsel and PSC Counsel. The appointment of Russ M. Herman and Herman, Herman, Katz & Cotlar will help further the goals of efficiency and fairness, which are crucial to consolidated multidistrict litigation, and to assist the Plaintiffs' Steering Committee and other management structure of the MDL. The



experience and ability to manage and administer large complex litigation from inception to end game has been repeatedly displayed in other litigation handled by Russ M. Herman and Herman, Herman, Katz & Cotlar. For a review of the law firm and its members, please visit the Martindale-Hubbell website at www.martindale.com for a listing of credentials.

Currently, Mr. Herman serves as Liaison and Lead Counsel before this Court in *In re Propulsid Prod. Liab. Litig.*, MDL 1355. This matter has resulted in a settlement program that has become a novel, model program which now has been viewed as an innovative methodology for resolution of mass tort litigation. He and his firm, Herman, Herman, Katz & Cotlar LLP, have a long history of work in class action and complex litigation, including the following cases: *Thompson v. Metropolitan Life Ins.* (No. 00-CIV.-5071, SDNY), *Dumas v. Angus Chemical Corp.* (No. 92-1707, LA-4th JDC), *Scott v. American Tobacco Co.* (No. 96-8461, Orleans CDC), *Brodie, et al v. Physicians Mutual Insurance Company* (No. 94-CI-04251), *In re Industrial Life ins. Lit.* (MDL# 1371), *In re Managed Care Litigation* (MDL# 1334), *In re Rezulin Product Liability Litigation* (MDL# 1348), *In re World War II Era Japanese Forced Labor Litigation* (MDL# 1347), *In the Matter of the Complaint of the Clearsky Shipping Corporation* (No. 96-4099), and *In re Phenylpropanolamine (PPA) Products Liability Litigation* (MDL# 1407). Further, Mr. Herman is well respected by his colleagues. Russ M. Herman has an AV rating by Martindale-Hubbell. Herman, Herman, Katz & Cotlar, LLP, has the resources and commitment to handle the responsibilities of liaison counsel. The firm was originally

established in 1942 and has since earned a reputation for promoting and protecting the rights of all citizens and achieving significant victories on behalf of their clients.

Partners in the law firm of Herman, Herman, Katz & Cotlar in other large complex matters have worked closely with members of the plaintiffs' steering committees or lead counsel to administer the role of liaison counsel. Partners and associates of HHKC are likewise committed to handling this litigation. As an example, Leonard A. Davis, with an AV rating by Martindale-Hubbell, a partner in the Herman, Herman, Katz & Cotlar LLP law firm, has actively assisted in the liaison role for plaintiffs in MDL# 1355, *In re Propulsid Prod. Liab. Litig.* and in other matters. His expertise in administration matters has been successfully utilized in several large complex cases.

WHEREFORE, it is respectfully requested that Russ M. Herman and Herman, Herman, Katz & Cotlar LLP be appointed Plaintiffs' Liaison Counsel.

Respectfully submitted,

RUSS M. HERMAN, T.A. (La. Bar. #6819)
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone:   (504) 581-4892
Fax:     (504) 561-6024

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served electronically on all plaintiffs' counsel known to have a federal Vioxx case pending, this _25th_ day of February, 2005.

                                                              RUSS M. HERMAN