# L. ALBERT FORREST
### A Law Corporation

**L. ALBERT FORREST**
**ATTORNEY-MEDIATOR**

P. O. BOX 10087
NEW IBERIA, LOUISIANA 70562-0087
Telephone: (337) 364-2343
Facsimile: (337) 364-6702

**Physical Address:**
203 W. Main St., Ste. 208
New Iberia, Louisiana 70560

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA*
*2005 FEB 25 PM 3: 28*
*LORETTA G. WHYTE CLERK*

February 21, 2005

Honorable Eldon E. Fallon
United States District Judge
C456 Hale Boggs Federal Bldg.
500 Poydras St.
New Orleans, LA 70130

*RECEIVED FEB 2 5 2005 CHAMBERS OF U.S. DISTRICT ELDON...*

RE: MDL Panel No. 1657

Dear Judge Fallon:

I have recently become aware of the captioned proceedings involving VIOXX claims.

My purpose in writing to the Court is to submit myself for consideration in the capacity of Special Master or Mediator. As the enclosed Resumé illustrates, I have previously served as a Special Master in both State (15th JDC) and Federal (Western District) Courts.

By way of disclosure, I do have a case pending in your Court entitled, "Sun 'Sunny' Winn, et ux and Petroleum Helicopters, Inc. vs. Chicago Rawhide, Inc., et al - C.A. No. 03-2230 - USDC - East. Dist. - **C/W** Timothy Ellis Davis and Jacqueline Davis vs. Petroleum Helicopters, Inc., et al - C.A. No. 03-2262 - USDC - East. Dist. LA" in which I represent plaintiffs, Mr. & Mrs. Sun Winn.

I expect this litigation to be resolved in the very near future and am hopeful this would not disqualify me from your consideration for an appropriate appointment.

Very respectfully,

*Bus Forrest*

L. ALBERT FORREST

LAF/dac

Enc.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
Doc. No. ___

# RESUME'
# L. ALBERT FORREST
ATTORNEY-MEDIATOR

**BUSINESS ADDRESS:**

203 West Main St., Suite 208
New Iberia, LA 70560
Phone No.: (337) 364-2343
Facsimile No. : (337) 364-6702

**HOME ADDRESS:**

408 Wildwood Drive
New Iberia, LA 70560
Phone No.: (337) 364-0045

## ADMITTED TO PRACTICE BEFORE THE FOLLOWING COURTS:

State Courts of Louisiana
United States District Court for the Eastern District of Louisiana
United States District Court for the Western District of Louisiana
United States Court of Appeals for the 5th Circuit
United States Supreme Court

## PROFESSIONAL AFFILIATIONS, ACTIVITIES AND HONORS:

Martindale-Hubbell rating: "AV"; Named in Bar Register of Preeminent Lawyers

- Special Master to 15th Judicial District Courts
- Special Master to United States District Court (W.D. La.)
- Louisiana State Bar Association (Member, House of Delegates, 1985-1986)
- Iberia Parish Bar Association (President, 1986-1987)
- Louisiana Association of Defense Counsel (Director, 1983-1984, 1995 -1997)
- Defense Research Institute
- Lawyer-Pilots Bar Association
- Inns of Court, Teche Chapter
- 16th Judicial District Indigent Defender Board (Director, 1992-2001)
- LSU Trial Advocacy Seminar Faculty Member
- Lecturer in various seminars, Louisiana State Bar Assoc. and Louisiana Association of Defense Counsel on selected topics in tort law.
- Member, State Bench/Bar Liaison Committee
- Former Board Member, Iberia Parish Chamber of Commerce
- Captain, United States Navy (Ret.) and former Naval Aviator

## EDUCATION:

Bradley University, Peoria, Illinois
  Bachelor of Science, Business

Tulane School of Law, New Orleans, Louisiana
  Juris Doctor

Attorney-Mediators Institute, San Antonio, Texas

Advanced Mediator Training, Houston, Texas

## LITIGATION/MEDIATION EXPERIENCE:

Extensive trial experience, both plaintiff and defense, in all types of litigation (except labor disputes); involved with the mediation and abritration process since 1989; formal mediation training Attorney-Mediators Institute, San Antonio, Texas (AMI). Advanced training received, Attorney-Mediators Institute, Houston, Texas. Attended/participated in various mediation seminars and conferences.

## PERSONAL:

Born     :   St. Paul, Minnesota, August 21, 1938

Married:   Adele Elizabeth Simon

Children:  Larry A. Forrest
           Lizabeth Forrest Clarke, M.D.
           Laura Forrest Johnson

Rev. 9/10/03