

# Cullen D. Seltzer
ATTORNEY AT LAW PLC

```
   FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB 25  PM 3:28

  LORETTA G. WHYTE
        CLERK
```

RECEIVED
FEB 2 5 2005
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

February 21, 2005

Hon. Eldon E. Fallon
United States District Court for the Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

    Re:    *In re Vioxx Products Liability Litigation*, MDL No. 1657

Dear Judge Fallon:

    I read recently that the consolidated proceedings in the *Vioxx* litigation have been consolidated in your Court. It appears that in the course of this litigation you may require claims administration and related legal services to bring the matter to a successful close. I am writing to let you know that I provide those services and would be happy to discuss with you how I might be of some assistance to your effort in this matter.

    For the past five years, I have been engaged representing clients who seek to finally resolve mass tort and claim problems. For the past three years, I have represented the Claims Administrator in *In re Sulzer Hip Prosthesis and Knee Prosthesis Product Liability Litigation,* MDL No. 1401 implement the class action settlement in that case. That Settlement has proven to be among the most successful in history. More than 11,000 Class Members submitted almost 20,000 Claims for Settlement benefits. I led the team that, in less than three years, coordinated the review of those Claims and has, to date, disbursed approximately $900 million dollars in Settlement benefits.

    As you consider how to best resolve this pending matter, let me suggest that I might be of help to the Court in several regards:

- Anticipating settlement implementation challenges
- Coordinating notice and publication campaigns
- Designing claim processes
- Setting up appropriate and cost-effective claim facilities
- Crafting systems to avoid, and defend, legal challenges to a settlement

```
___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__
```



THE COMMERCIAL BLOCK
100 SHOCKOE SLIP, SUITE 400
RICHMOND, VIRGINIA 23219
804/228-4816 (v) • 866/714-9557 (f)
CSELTZER@LAWYERCONSULT.COM
www.lawyerconsult.com

---

In the *Sulzer* settlement, the parties to that litigation worked very hard to craft a fair and reasonable resolution to a massive litigation problem. That resolution, however, would be for naught if it were implemented in a manner that was not faithful to the parties' intentions, to applicable law, and to the fiduciary obligations of those charged with making that legal solution a reality.

My first impression of the *Vioxx* matter is that there may be ways in which my firm might provide experienced, sophisticated, and cost-effective assistance to the Court and the parties in this matter. For your review, I have enclosed a copy of a brochure describing my experience and services. I would welcome the opportunity to discuss this matter with you if you think that would be helpful. Thank you in advance for your consideration.

Very truly yours,

Cullen D. Seltzer

Enclosure