MINUTE ENTRY
FALLON, J.
FEBRUARY 24, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L (3)
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

    Pending before the Court are several motions to stay proceedings pending transfer decision by the Judicial Panel on Multi-District Litigation. The Judicial Panel on Multi-District Litigation issued a transfer order in the above captioned matter on February 16, 2005. Subsequently, this Court issued Pretrial Order #1, automatically consolidating with this action, the civil actions listed on Schedule A, as well as any "tag-along actions" later filed in, removed to, or transferred to this Court, or directly filed in the Eastern District of Louisiana.

    Accordingly, IT IS ORDERED that <u>all motions to stay</u> proceedings pending transfer decision by the Judicial Panel on Multi-District Litigation are hereby DENIED AS MOOT.