**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 25, 2005**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB 25  PM 3: 28

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

The Court is in receipt of the attached correspondence regarding a meeting of plaintiffs' attorneys. The attendance sheets referred to in the correspondence have been made a part of the record.

[signature]

Fee_____
Process_____
X /Dktd_____
  /CtRmDep_____
___Doc. No._____

RECEIVED FEB 24 2005 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

| Andy D. Birchfield, Jr., Esq. (AB3625) **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** 234 Commerce Street Post Office Box 4160 Montgomery, AL 36103-4160 PH:  (334) 269-2343  (800) 898-2034 FAX: (334) 954-7555 andy.birchfield@beasleyallen.com | Christopher Seeger, Esq. (CS4880) **SEEGER WEISS LLP** One William Street New York, NY 10004 PH:  (212) 584-0708 FAX: (212) 584-0799 cseeger@seegerweiss.com |
|---|---|

February 24, 2005

**Via Hand Delivery**

THE HONORABLE ELDON FALLON
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

      Re:    MDL No. 1657 - Section L
                _In Re: Vioxx Products Liability Litigation_

Dear Judge Fallon:

      The undersigned wish to report to the Court that a meeting was held on February 23, 2005, at 3:00 o'clock p.m., at the Windsor Court here in New Orleans, Louisiana, for the purpose of compliance with the directions of the Court set forth in Pre-Trial Order No. 1. Several hundred plaintiffs' attorneys were present. Attached are copies of the attendance sheets identifying the lawyers that were present at the meeting.

      The undersigned counsel have been actively involved in the Vioxx litigation for several years prior to the withdrawal of the product from the market and the constitution of this MDL. It was the consensus of the plaintiffs' counsel in attendance that we serve as Co-Chairs of the plaintiffs' meeting and as authorized counsel to report to the Court the results of this meeting.

      We wish to advise the Court that there was no consensus reached as to a recommendation for Plaintiff's Liaison Counsel. There was, however, a consensus that four (4) names be submitted to the Court for the Court's consideration with regard to that role. They are as follows:

1. Russ M. Herman
2. Gerald E. Meunier
3. Robert L. Redfearn, Sr.
4. Harry T. Widmann

Honorable Eldon Fallon
February 24, 2005
PAGE 2

  Each of these nominees for Liaison Counsel have been requested by the undersigned to deliver to the Clerk of Court (an original and two copies) before 3:00 p.m. on February 25, 2005, a three page Application for Appointment to Become Liaison Counsel. Further, they have been requested to provide courtesy copies to each of us, as well as to defense counsel identified below. We hope that the process employed by the undersigned for the submission of applications by the four (4) candidates for Liaison Counsel meets with the approval of the Court.

  We also wish to advise the Court that the meeting of plaintiffs' counsel was handled in an orderly and expeditious manner with the cooperation of all in attendance. We have begun to effectuate compliance with the submissions due on March 11, 2005, and would respectfully request that the Court appoint Liaison Counsel in advance of that date so that our Liaison Counsel can remit to the Court the requisite submission.

  Because pleadings have not been filed with the Court by local defense counsel, we are uncertain as to who we should be copying this communication with the Court; however, we are forwarding a copy to Merck's national counsel, Norman C. Kleinberg and Theodore Mayer, so that they can transmit a copy to their designated local counsel.

           Sincerely,

           **CHRISTOPHER SEEGER**

           **ANDY D. BIRCHFIELD, JR.**

Enclosures
cc: Norman C. Kleinberg, Esq.
   Theodore Mayer, Esq.
   *HUGHES HUBBARD & REED LLP*
   One Battery Park Plaza
   New York, NY 10004-1482
   PH: (212) 837-6000
   FAX: (212) 422-4726

   Russ M. Herman, Esq. (via e-mail rherman@hhkc.com and U.S. Mail)
   Gerald E. Meunier, Esq. (via e-mail gmeunier@gainsben.com and U.S. Mail)
   Robert L. Redfearn, Sr., Esq. (via e-mail karenw@spsr-law.com and U.S. Mail)
   Harry T. Widmann, Esq. (via e-mail harrywidmann@harry+widmann.com and U.S. Mail)

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED