UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -1  AM 10: 49

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

This document relates to:
04-2937   Leonce Davis v. Merck & Co., Inc.

JUDGE FALLON
MAG. JUDGE KNOWLES

ORDER

IT IS ORDERED that the above captioned matter, CA 04-2937, is hereby reallotted from Mag. Judge (2) to Mag. Judge (3).

New Orleans, Louisiana, this 28 day of February, 2005.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No._____