UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -1 AM 10: 54

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
     PRODUCTS LIABILITY LITIGATION

This document relates to:
04-3472   Alfredo Narvaez, et al v. Merck & Co.

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER

IT IS ORDERED that the above captioned matter, CA 04-3472, is hereby reallotted from Mag. Judge (1) to Mag. Judge (3).

New Orleans, Louisiana, this ____ day of February, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

____ Fee
____ Process
_X_ Dktd
____ CtRmDep
____ Doc. No.