UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -1 AM 10: 54

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## PRE-TRIAL ORDER #3

IT IS ORDERED that for the purposes of MDL 1657 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court **only** a certified copy of both the docket sheet and the complaint together with amendments, if any, **OR** provide access to these documents in PDF form. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

New Orleans, Louisiana, this _____ day of March, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____