FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -1  PH 12: 00

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION )
) HON. ELDON E. FALLON
_____)

### APPLICATION OF STEPHEN B. MURRAY FOR MEMBERSHIP ON PLAINTIFFS' STEERING COMMITTEE

I, Stephen B. Murray, am the senior partner in the Murray Law Firm of New Orleans. I am a 1968 graduate of Tulane Law School, where I have served as an adjunct associate professor. I am past-president of the Louisiana Trial Lawyers' Association and past-governor of the Association of Trial Lawyers of America. I am willing and able to serve on this committee and will commit the time and resources necessary. The Murray Law Firm is a fifteen member firm, specializing in complex litigation.

I am listed in The Best Lawyers in America, 11th Edition and all previous editions. I have an A.V. rating from Martindale-Hubbell and I am certified by the National Board of Trial Advocacy in "Civil Trial Advocacy". I am a fellow of the International Society of Barristers.

My practice is concentrated in the area of plaintiff personal injury litigation, product liability, mass tort, and class action litigation. I was on the plaintiffs' legal committee for the Continental Grain Elevator explosion; I was lead counsel by appointment by the Honorable Robert Collins of the transferee court in In re Ocean Ranger, MDL 508; I was trial attorney for the families of thirteen victims of the crash of Pan Am Flight 759, In re Pan American Flight 759, MDL 516; I also appeared as Objectors' Counsel in the matter of In re Prudential Bache Energy Income Partnerships, MDL 888. I served on the PSC by appointment by the Honorable Henry Mentz of the Eastern District of Louisiana in In re Shell Norco Explosion, MDL No. 88-1935 (E.D. La.). I served as plaintiffs' class counsel by appointment of the Court in In re Ford Motor Company Vehicle Paint, MDL 1063. I was

1



appointed by the Court to serve as one of the class counsel for more than 10,000 claimants in the 1994 *Occidental* chlorine explosion in St. Charles Parish, State of Louisiana. I was appointed to serve as one of the class counsel in the 1995 *Koch Nitrogen* explosion in St. Charles Parish, State of Louisiana. I successfully represented a class of property owners in litigation against Ford Motor Company in Muscle Shoals, Alabama, involving extensive PCB ground water contamination.

I am currently serving as a member of the Plaintiffs' Liaison Committee and Executive Committee by appointment by the Honorable Patricia Hedges in *Sharon Hollaway v. Gaylord Chemical Corporation, et al*, No. 73,341 in the 22nd Judicial District Court, Parish of Washington, Louisiana, which involves the claims of more than 20,000 persons following a nitrogen tetroxide explosion in Bogalusa, Louisiana. I have been appointed by the Honorable Richard Ganucheau to serve as one of the Class Counsel in the Civil District Court, Parish of Orleans, in the *Gloria Scott v. American Tobacco* class action litigation. I am also a member of the Plaintiffs' Legal Committee and designated Class Counsel by the Honorable Louis DiRosa in the pending Louisiana class action litigation against American Home Products Corporation involving the claims of more than 10,000 Louisiana women who were implanted with the Norplant® contraceptive device. I have been appointed by the Honorable Eldon Fallon of the Eastern District of Louisiana to the Plaintiffs' Steering Committee in *In Re: Propulsid Products Liability Litigation*, MDL No. 1355. I have also been appointed to the Plaintiffs' Steering Committee by the Honorable Richard Haik of the Western District of Louisiana in *In Re: Eunice Train Derailment*, MDL No. 00-1267. I presently serve on the Plaintiffs' Steering Committee *In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL 1407, having been appointed by The Honorable Barbara Jacobs Rothstein of the Western District of Washington at Seattle

Although I continue to have responsibilities in several of the matters listed above, for the most part my efforts have recently been significantly diminished. For instance, liability trials in which I had significant participation, have been favorably concluded in the *Gaylord* and *Scott* cases. In the *PPA*

2

Litigation, discovery has been concluded and cases are being remanded by Judge Rothstein to the transferor courts. Settlements are pending in *Propulsid*, *Eunice Train Derailment* and with two manufacturer defendants in *PPA*. Hence, I and my associate attorneys in the Murray Law Firm will be able to devote full attention to this most important litigation.

I was one of the movers to have the Vioxx Litigation assigned by the Panel on Multidistrict Litigation to the Eastern District of Louisiana. I have been actively involved in organizing and coordinating the discovery and trial preparation with other plaintiff attorneys representing Vioxx victims. I have had my staff attorneys present in New York for a document review and indexing for a total of 25 lawyer days thus far and ongoing.

I request appointment to the Plaintiffs' Steering Committee based upon my experience in this type of litigation. I enjoy working cooperatively with my peers in these matters. I have the ability and I am willing to expend the time and resources necessary to bring this matter through the MDL process.

Respectfully submitted,

STEPHEN B. MURRAY (LA Bar No. 9858)
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504)525-8100
Facsimile: (504)584-5249

### CERTIFICATE OF SERVICE

I hereby certify that on the _1st_ day of _March_, 2005, I caused a true and correct copy of the above and foregoing document to be served by facsimile and/or first class mail, properly addressed with postage prepaid on all counsel of record.

STEPHEN B. MURRAY

3

## MDL 1657 - PANEL SERVICE LIST

Allen, Jr. T. Scott
Crust, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Americsourcebergen,
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Arsenault, Richard J.
Neblert Beard & Arsenault
P.O. Box 1190
Alexandria, LA 7l309~-1190

Aylstock, Bryan F.
Aytstock. Witkin & Sasser, P L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Bailey, Blake H.
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Barkley, Steven C.
3560 Delaware, Suite 305
Beaumont, TX 77706

Barrett, David A.
Boies. Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Becnel, Bradley Douglas
Law OfFices Of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
LaPlace, LA 70068

Becnel, Jr., Daniel E.
Law Offices of Daniel E. Becnel. Jr.
P. 0.     Drawer H
Reserve, LA 70084~2095

Bergen Brunswig
P. 0. Box 959
Valley Forge, PA 19482

Berger, C. William
Burr & Cohen
One Boca Place
255 Glades Road, Suite 337W
Boca Raton, FL  33431

Birchfield, Jr., Andy. D.
Beasley, Allen, Crow, Methvin,
   Portis & Miles
P. O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Bradford, Reshonda
Singleton Law Firm
4050 Linwood Ave
Shreveport. LA 71108

Bruno, Joseph M.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Buchanan, Virginia M.
Levin, Papatonio. Thomas. Mitchell, et al
316 South Baylen Street, Suite 600
P. O. Box  2308
Pensacola, FL 32501

Cabraser, Elizabeth I.
Lieff Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street,  30th Floor
San Francisco CA 94111-3339

Carboy, Andrew
Sullivan, Papain, Block. McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Carroll, Raymond S.
Law Offices Of Weiner, Carroll & Sirauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

Colingo. Joseph R.
Williams, Heidelberg. et al.
P.0. Box 1407
Pascagoula. MS 39568-1407
Cory. Ernest
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Craig, Jr. C. York
Craig, Hester, Luke & Dodson
P.0. Box 12005
Jackson. MS 39236-2005

Crum, Richard F.
Cobb, Shealy, Crum & Derrick, PA.
P.O. Box 6346
Dothan, AL 36302-6346

D'Amato, Jr., John Michael
Russo. Scamardelia & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Deters. Eric C.
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Dixon. Ivan
8413 Edgewood Drive
Rowlelt, TX 75089

Eberhardt, John P.
#I0S3045
1100 FM 655
Rosharon, TX 77583

Edelman, Daniel A.
Edelm,an, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Edmonson, Richard M.
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Fayard, Jr, Calvin C.
Fayard & Honeycurt
519 Florida Avenue, SW
Denharn Springs, LA 70726

Fears, Reginald K.
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320
Federman, William B
Federman & Sherwood
20 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Fiesta. Ronald V.
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 50th Floor
Chicago. IL 60602

Flowers, R. Allen
Flowers Law Firm
34 I North 25th Avenue
Hattiesburg, MS 39401

Foster, Shawn G.
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Fox, Dana Casselli
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Freese, Richard A
Sweet & Freese, P L.L C.
P.O. Box 1178
Jackson, MS 39215

Gallagher, Michael T.
Gallagher Law Firm, P.C
777 Walker Street, Suite 2500
Houston, TX 77002

Cancedo, Hector G.
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Garcia, Ricardo A.
820 S. Main Street
McAllen, TX 78501

Gibson, Mary
P.O. Box 400
St. Mary's, GA 31558

Goldser, Ronald S
Zimmerman Reed, P L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Goldwasser, Andrew S.
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Graffeo, C. Anthony
Watson Jimmerson, Givhan, et al.
203 Greene Street
P.0.   Box 18368
Huntsville, AL 35804

Griesenbeck. Tim T.
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 14 E. Loop 410
P.O. Box 795061
San Antonio, TX 78216

Guerricro, Jeffrey D.
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211 -4092

Harke, Lance A.
Harke & Clasby
55 South Miami Avenue, Suite 600
Miami, FL 33130

Hebderson, Craig D.
Gary, Thomasson, Hall & Mark
Professional Corp.
P.O. Box 2888
210 5. Carancahua
Corpus Christi, TX 78403

Hockema, David Hadden
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado, Bldg. 101
P.0. Box 720540
McAllen, TX 78504-0540

Hodges, Robert M.
Wise, Carter, Child & Caraway
P.0. Box 651
Jackson, MS 39205-0651

Howell, III, Jesse L.
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. 0. Box 6020
Ridgeland, MS 39158-6020

Hughes. John F.
Wilkins, Stephens & Tipton
P .0. Box 3429
Jackson, MS 39236-3429

Hutton, Mark B.
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

Johnson, Dennis J -
Johnson & Perkinson
1690 Williston Road
P.0. Box 2305
So. Burlington, VT 05403

lohnson. Walter T.
Watkins & Eager
P.0. Box 650
Jackson, MS 39205-0650

Johnson III, Whitman B.
Currie, Johnson, Griffin, Gaines & Myers
P.'0. Box 750
Jackson, MS 39205.0750

Jones. Christy D.
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Josephson, Richard L
Baker Bons LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Katz, Melissa C.
Waters & Kraus
3219 Mckinney, Suite 3000
Dallas, TX 75204

Kegerreis. Sharon L.
Hughes, Hubbard & Reed, LLP
215 Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Kennedy, R. Eric
Weisman, Kennedy & Berris
600 Midland Building
201 Prospect Avenue, West
Cleveland, OH 44115

Kleinberg, Norman C.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Knoll, Marjory
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Kolman, Timothy M
Timothy M. Kolman And Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhome, PA 19047

Lamp, Joel C.
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Land, John W.
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg. MS 39404-8109

Lanier, W. Mark
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Leathers, Jeffrey D.
Greer, Pipkin, Russell, Dent & Leathers
P 0. Box 907
Tupelo, MS 38802

Leesfield, Ira H.
Leesfield, Leighton. Rubio & Mahfood, PA
2350 South Dixie Highway
Miami, FL 33133

Levin, Arnold
Levin, Fishbein, Sedran & Berman
510 WalnutStreet, Suile 500
Philadelphia, PA 19106

Lewis, Carlene Rhodes
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Leitz, David K
Coale, Cooley. Lietz, McInerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Lochridge. Richard A .
Lockridge, Grindal & Nauen P L.L.P
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401.2179

Luckett. Jr William 0.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Malone, Patrick A.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036

Matthews. David P.
Abraham Watkins Nichols Sorrels Matthews &
    Friend
800 Commerce Street
Houston, TX 77002.1776

McClain, Kenneth B
Humphrey. Farrington & McClain, P.C.
22! West Lexington, Suite 400
Independence, MO 64050

McNamara, J. Leray
Copeland. Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.0.    Box 6020
Ridgeland, MS 39158-6020

Meaders Kim M
Crouch & Ramey
1445 Rose Avenue, Ste 2300
Dallas, TX 75202

Merkel, Charles M.
Merket & Cocke
P.0. Box 1388
Clarksdale, MS 38614.1388

Milam, S Kirk
Hickman, Goza & Spragins. PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Milavetz, Allen Scott
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Miller, Mason L.
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Minor, Daniel
1032 Cardinal Dr.
Waco, TX 76712

Minor, Steven R.
Elliott Lawson & Minor, PC
P.0. Box 8400
Bristol, VA 24203-8400

Moirano, Michael H.
Nisen & Elliott
200 West Adams Street, Sujte 2500
Chicago, IL 60606

Mousseau, Geoffrey C.
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Mulhern, Edwin T.
Huwel & Mulhem
11 New Hyde Park Road
Frank Square, NY 11010

Nast, Dianne M.
Roda & Nast, P C
801 Estelle Drive
Lancaster, PA 17601

Naylor, Eugene P.
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
P.0. Box 651
Jackson, MS 39205-0651

O'Malley. Richard F.
Sidlev Austin Brown & Wood
10 South Dearborn Street, Suite 48 Southeast
Chicago, IL 60603

Owen, Gregory J.
Owen, Patterson & Owen '
23822 West Valencia Blvd. Suite 201
Valencia, CA 91355

Pearson. Thomas Jack
Pearson & Campbell, PC.
2394 Calder Avenue
Beaumont. TX 77702-

Piper, Jr, Robert E.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Pitre, Frank M.
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center, Suite 200
840 Malcolm Road
Burlingame, CA 94010

Pope, Geoffrey Edward
Doffermyre, Shields. Canfield, Knowles & Devine
1355 Peachtree Street, N E.
1600 The Peachtree
Atlanta, GA 30309-3269

Price, Henry J.
Price, Potter, Jackson, Waicukauski & ,Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Quetglas-Jordan, Eric M.
Quetglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

Robb. William R.
Aleshire, Robb & Sivils, P.C.
901 St. Louts Street, Suite 1600
Springfield, MO 65806

Rowland, Robert D.
2227 South Stale Route 157
Edwardsville, IL 62025

Ruiz, John H
Law Office of John H. Ruiz
5040 NW. 7th Street, Suite 920
Miami, FL 33126

Rynecki, Scott
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Saia. Stephen V.
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Schwebel,Paul R.M
5657 Rundle Court
Indianapolis, [N 46220

Scott, Stuart E.
Spangenberg, Shibley & Liber, LLP
2400 Naliobal City Center
1900 East 9th Street
Cleveland, OH 44114

Seeger, Christopher A.
Seeger Weiss, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Simon, Jeffrey B.
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Smith, David Neil
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfeld, TX 75638

Smith, Deanna Dean
Ebanks, Smith & Carlson LLP
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Snapka. Kathryn A.
Snapka, Turman & Waterhouse, LLP
606 N. Carartcahua, Suite 1511
P. 0. Drawer 23017
Corpus Christi, TX 78403

Specter. Shanin
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Stacy, Robert F.
Daniel, Coker, Horton & Bell
P0. Box 1084
Jackson, MS 39215-1084

Steward, John S.
Meyerkord and Steward
2525 South Brentwood Blvd., Ste 102
St. Louis, MO 63144

Tisi, Christopher V.
Ashcraft & Gerel
2000 L Street, NW, Suite 400
Washington, DC 20036

Wade, Jr., Lawrence D
Campbell, DeLong, Hagwood & Wade
P.0. Box 1856
3reenville, MS 38702-1856

Walker, Chris J.
Markow Walker, PA.
P0. Box 13669
Jackson, MS 39236-3669

Walker, Thomas E.
Johnsion. Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Watson, Leila H.
Cory,Watson, Crowder & DeGaris. PC.
2131 Magnolia Avenue
P.O Box 55927 -
Birmingham, AL 35255-5972

Weaver, Jennifer Fadal
1305 Fossel Ridge Trial
Waco, TX 76712

Weiner, Richard J.
Law Offices Of Richard J. Weiner, PC.
119 Rockland Center, Suite 425
Nanuet, NY 10954

Weisbrod, Leslie
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

Welch. III, Jewel! E.
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Weston. John K.
Sacks, Wesron Smolinksy, Albert & Luber
510 Walunt Street, Suite 400
Philadelphia, PA 19106

Wright, James L.
Mithoff& Jacks
I Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Zonas, James John
James J. Zonas, Attorney at Law
700-2nd Avenue, North Suite 802
Naples, FL 34102

Nadeem Haider
606 N. Jefferson St.
Louisville, MS 39339