

```
        FILED
   U.S. DISTRICT COURT
 EASTERN DISTRICT OF LA

   2005 MAR -2  PM 3:07

   LORETTA G. WHYTE
          CLERK
```

## UNITED STATED DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| This document relates to | JUDGE FALLON |
|   | MAG. JUDGE KNOWLES |

### Application to be on the Plaintiffs' Steering Committee

Honorable Judge Eldon E. Fallon                    March 2, 2005
United States District Judge
U. S. Courthouse, C456
500 Camp Street
New Orleans, LA 70130

      Re:   IN RE:  Vioxx Products Liability Litigation
             USDC EDLA CIVIL ACTION NO.  1657, Section "L"

May It Please the Court:

     I am applying to be on the Plaintiffs' Steering Committee in this litigation. I feel that I have the qualifications required of this committee.

     I am the senior partner of a seven man personal injury law firm in New Orleans.  All seven of us are experienced trial lawyers.  While I have been a trial lawyer for fifty (50) years, I am in excellent health and have good vigor.  My marriage is solid and all five of my children are grown and on their own.  I have the time needed to pursue this litigation.  I would like to crown my legal career with a vigorous promotion of the Vioxx litigation.  I and my partners have been involved with several class action suits including the Shell Refining Explosion in Norco, the Vulcan Litigation in Ascension Parish, the CONOCO Gas Litigation in

```
___ Fee_____
___ Process_____
 X _Dktd_____
___ CtRmDep____
___ Doc. No ___
```

Honorable Judge Eldon E. Fallon  Page 2
United States District Judge
March 2, 2005

Lake Charles, and the Benzene Gas Leak in Port Allen.

    Recently, I filed a Vioxx related suit entitled, "Maria Victoria Vargas Gandia, individually and on behalf of all others similarly situated v. Merck & Company, Inc." Case No. 05-0596, Section L, Mag. 3.

    I believe I have a reputation of being able to work cooperatively with both plaintiff and defense counsel.

    I have known and have been associated with Judge Eldon Fallon for over thirty-five years. I respect him and believe I can work effectively under his orders in this case.

    In addition to being a former president of the Louisiana Trial Lawyers Association and on the Board of Governors of the American Trial Lawyers Association, I have been appointed by the Louisiana Supreme Court to serve on the Professional Responsibility Committee of the State Bar Association which I performed for ten years. I was also selected to serve on the Committee to recommend candidates for the Magistrate position on the Federal District Court in the Eastern District of Louisiana.

    I include herewith my curriculum vitae.

Very truly yours,

Harold J. Lamy

HJL/llc
cc:    Panel Attorney Service List

## **CURRICULUM VITAE**

PERSONAL DATA

    Name:                                    Harold Joseph Lamy
    Address:                          210 Baronne Street
                                                Suite 1122
                                                New Orleans, LA 70112

    Date of Birth:                July 26, 1930

    Married to Iraida Rivera; have five children.

    Field of
    Specialization:              Personal injury and
                                                maritime cases.

UNIVERSITY EDUCATION

    Loyola University
    New Orleans, LA              Received Juris Doctor degree in
                                              1952. Received Bachelor
                                              Commercial Science degree in
                                              1958.

### SERVED AS EDITOR OF LOYOLA LAW REVIEW, 1952

\* \* \* \* \* \* \*

Served in Korea as a Staff Judge Advocate from 1952-1954; discharged with rank of Captain.

Have lectured on labor economics for Loyola University; tort law for the Bridging of the Gap Seminars; and Admiralty Law and Longshore Compensation Act for the continuing Legal Education Committee of LSBA.

Served on executive board of the New Orleans Bar Association and on the Young Lawyers Section of the LSBA; served on the Executive council of the LSBA Section on Negligence, Compensation, Insurance, and admiralty; former Secretary of the Academy of New Orleans Trial Lawyers; State Committeeman for Louisiana to ATLA; past president of Federal Bar Association, New Orleans Chapter; past president of Louisiana Trial Lawyers Association; former State Committeeman from Louisiana to American trial Lawyers Association; former Louisiana Governor on the Board of Governors of the Association of Trial Lawyers of America; served on the Professional Responsibility Committee for ten years from 1976-1986, being appointed by the Justices of the Supreme Court of Louisiana; actively engaged in trial work in the personal injury field for over 35 years; former Chairman of Admiralty Committee of Louisiana State Bar Association; author and lecturer on admiralty and tort law. Partner in the firm of BARKER, BOUDREAUX, LAMY & FOLEY, 210 Baronne Street, Suite 1122, New Orleans, Louisiana.