FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -1  PM 3: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
      Products Liability Litigation

MDL No. 1657

SECTION: L

"This Document Relates to All Cases"

Judge Fallon
Mag. Judge Knowles

## NOTICE OF FILING APPLICATION FOR APPOINTMENT OF DANIEL E. BECNEL, JR. TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Daniel E. Becnel, Jr., Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully submitted,

_____
DANIEL E. BECNEL, JR. (#2926)
LAW OFFICES OF DANIEL E. BECNEL, JR.
P. O. Drawer H
106 West Seventh Street
Reserve, LA 70084
Telephone (985) 536-1186
Facsimile  (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by United States Mail, postage prepaid and properly addressed this 1st day of March, 2005.

_____
DANIEL E. BECNEL, JR.

## APPLICATION FOR APPOINTMENT OF
## DANIEL E. BECNEL, JR. TO THE PLAINTIFFS' STEERING COMMITTEE

Our office began accepting clients in the Vioxx Litigation well over a year ago. We have received referrals from twelve firms in Louisiana and a total of forty-two firms from throughout the U.S. These include cases from all regions of the country. In addition, Richard Arsenault and I have met with lawyers from Latin American countries and Canada.

Our office has consulted with both the Chancellor of L.S.U. Law School and the Dean of Loyola Law School. We have hired numerous experts, including physicians in the field of Nephrology, Cardiology, Forensic Pathology, Pharmacology and Cardiotoxicology. All of these experts have national and international reputations. Our office has brought many of these experts to seminars throughout the country to discuss the issues of Vioxx and its toxicity. In addition, my office has hired Professor Arthur Miller from the Harvard Law School on issues dealing with class certification and the fairness of any proposed settlement. We have also hired Professor Dane Ciolino as our expert in legal ethics particularly relating to Mass Torts.

Richard Arsenault and I decided early on to hire numerous lawyers exclusively for the Vioxx project to assist in the immediate review of documents at the office of Chris Seeger in New York and Andy Birchfield in Montgomery, Alabama. Both Andy Birchfield and Chris Seeger have played a major role in this litigation since 2001.

Richard Arsenault and I have employed six lawyers for this litigation. These six lawyers have worked full time for months reviewing documents, preparing deposition notebooks, and in some instances, assisting in depositions being noticed through the New Jersey State Court. In addition to these individuals our respective offices have assigned some of our top lawyers to supervise these projects. It should be noted that our office is cooperating in the consolidated cases in California with Ramon Lopez, Mark Robinson, Tina Nieves, Elizabeth Cabraser and Joe Cotchett, as well as in the New Jersey action.

Our office has done page and line summaries for one-fifth of all of the depositions taken thus far in this litigation in an effort to produce a disc to disseminate to all lawyers in both state and federal cases.

Numerous meeting have been held in California, Texas, New York, Washington, D.C. and New Orleans in an effort to organize this case over the past year. My office initiated many of these meetings and I undertook to have a consensus built for electing leadership and for the sharing of information. Our office has collected and disseminated information on a weekly basis monitoring the development of the Vioxx case.

After our office filed a motion for MDL status we were able, at these numerous meetings, to put forth a group of judges and districts which we would recommend. This consensus resulted in six jurisdictions being sought by plaintiffs—a reduction from fifty-four jurisdictions which were originally asked for by plaintiffs. A full discussion was had concerning each potential district, district judge and appellate court regarding, *inter alia,* the status of the law in each jurisdiction and in each appeals court.

Information including but not limited to deposition notebooks, and hot documents have been distributed freely through the cooperative effort of Chris Seeger, Andy Birchfield, Richard Arsenault and myself provided a Confidentiality Agreement has been signed. In over thirty-six years of practicing law, I have never seen such cooperation among the Plaintiffs' Bar as in this case.

I believe my reputation for working cooperatively with plaintiffs is evidenced by the fact that in most major litigation in Louisiana involving class actions, my office is usually asked to handle the finances, do the proof of claims, secure the experts, and do the disbursement.

Among the major MDL's to which I have been appointed are the following:

MDL No. 330 - <u>Swine Flu Immunization Products Liability Litigation</u>. This was one of the first major vaccine cases in the United States. I was a member of the Plaintiffs' Legal Committee appointed by U.S. District Judge Gearhart Gisel (deceased). My office handled the case finances, as well as performed document review at the Center for Disease Control and the National Institute of Health. This case was fully litigated and ultimately settled. Our office kept all time sheets for submission to the Court.

MDL No. 926 - <u>In Re Breast Implant Products Liability Litigation</u>. My office supplied forty-three full-time lawyers, paralegals and computer specialists for document review for over two years at the document depository in Cincinnati, Ohio. I personally took the deposition of the CEO of Dow Corning Corporation and Dr. Georgeaide, the inventor of the MEC Breast Implant device. In addition, my office supplied over four million dollars to finance this litigation when the Committee was unable to continue funding the case. This case resulted in a settlement in excess of $7 billion.

MDL No. 1014 - <u>Orthopedic Bone Screw Products Liability Litigation</u>. My office supplied numerous individuals to the document depository who worked on this case full-time for over four years. In addition, when only three or four members of the Plaintiffs' Legal Committee could finance the case, I used over $2 million of my personal finances to prevent the litigation from ending. This case was ultimately resolved in federal court in Philadelphia for $100 million as well as in federal court in California and state court in Tennessee. I was personally involved in this litigation and took many of the depositions.

MDL No. 1038 - <u>Norplant Contraceptive Products Liability Litigation</u>. As a member of the Plaintiffs' Steering Committee, I was responsible for organizing, managing and maintaining the National Document Depository at my LaPlace office. My office supplied all computers, shelving, desks and most of the personnel to review millions of documents.

MDL No. 1057 - <u>Telectronics Pacing Systems, Inc., Accufix "J" Leads Products Liability Litigation</u>. My office was asked by U.S. District Judge Spiegel to organize the Plaintiffs' Committee, which was done. I personally took many of the depositions and secured many of the experts which were utilized in a summary jury trial. This case was ultimately settled for the policy limits of $100 million.

MDL No. 1203 - <u>In Re Diet Drug (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation</u>. My office filed the original petition for a MDL and U.S. District Judge Bechtle appointed me co-chair of the Federal/State Liaison Committee. This case settled for $3.7 billion dollars in federal court as a class action settlement and $12 billion in state courts with individual settlements.

MDL No. 1355 - <u>In Re Propulsid Products Liability Litigation</u>. My office filed the first Propulsid case and initiated the MDL with which this Court is intimately familiar.

MDL No. 1373 - <u>Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness Tires Products Liability Litigation</u>. Our office was involved in the MDL taking depositions, briefing, motion practice, and ultimately settling individual cases and the class in state court after the Seventh Circuit reversed the certification of the class.

MDL No, 1401 - <u>Sulzer Inter-Op Hip Prosthesis Products Liability Litigation</u>. My office initiated the MDL transfer in this litigation and I was appointed to the Plaintiffs' Steering Committee by U.S. District Judge Kathleen O'Malley. I spent weeks in Vienna, Austria taking depositions and the case was ultimately resolved for $1 billion. Our office also reviewed many of the documents and hired many of the experts and law professors dealing with "veil piercing" issues.

MDL No. 1431 - <u>In Re Baycol Products Liability Litigation</u>. My office initiated the MDL transer in the Baycol case and was asked by the Plaintiffs' Committee to fly to Cologne, Germany to meet with the Board of Directors of Bayer AG at a shareholders meeting to initiate settlement discussions. I was appointed to the Plaintiffs' Steering Committee by Judge Davis and was involved in the creation of a grid which was ultimately used in a $1.3 billion settlement.

MDL No. 1477 - <u>In Re Serzone Products Liability Litigation</u>. Our office filed one of the first Serzone cases and initiated the MDL transfer. I was appointed a member of the Plaintiffs' Steering Committee and this case recently settled for approximately $80 million. My office represents many of the claimants.

MDL No. 1481 - <u>In Re Meridia Products Liability Litigation</u>. Our office initiated the MDL transfer in this litigation. I was appointed a member of the Plaintiffs' Steering Committee.

MDL No. 1535 - <u>In Re Welding Rod Products Liability Litigation</u>. My office initiated the MDL transfer in this litigation and I was appointed to the Plaintiffs' Steering Committee by Judge O'Malley. My office has six lawyers working full time on document review. I have secured many of the experts and one of my clients will be the first "bellwether" case tried before Judge O'Malley in Cleveland. I have taken a number of the depositions.

MDL No. 1626 - <u>In Re Accutane Products Liability Litigation</u>. After Accutane was granted MDL status, I was asked to be a member of the Plaintiffs' Steering Committee and concentrate on experts and document review.

MDL No. 1629 - <u>In Re Neurontin Marketing and Sales Practices Litigation</u>. My office initiated the MDL transfer in this litigation. Settlement thus far has been paid to the U.S. Government for $430 million and to the "whistleblower" Dr. Franklin for $28 million. The consumer class, as well as the individual suicide cases are pending. I was appointed Co-Lead Counsel to the Plaintiffs' Steering Committee by Judge Saris.

MDL No. 1632 - <u>In Re High Sulfur Content Gasoline Products Liability Litigation</u>. My office filed the first suit in this litigation and my office initiated the MDL transfer. Agreements were reached with Motiva (Shell) and defense counsel to allow a contemporaneous settlement program and litigation. Lawyers from throughout the country asked that I serve as Liaison Counsel. My office also handles the finances for the Plaintiffs' Steering Committee.

MDL No. 1657 - <u>In Re Vioxx Products Liability Litigation</u>. My office initiated the MDL transfer in this case. I was asked by the lawyers throughout the U.S. to argue for numerous jurisdictions, including my first and second choice, the Eastern District and the Western District of Louisiana.

Should the Court wish me to serve in any capacity on the Plaintiffs' Steering Committee, I can personally assure the Court I will attend every meeting and work cooperatively as I have done in the past with lawyers from throughout the country. Additionally I have the financial ability to properly fund this litigation.

Our office has nurses, paralegals, computer specialists and sufficient office space with which this Court is familiar, to provide an independent document depository should that be necessary. This office is fifteen minutes from the New Orleans airport and has twenty computer stations which can be activated at a moments notice.

Rebecca Todd, of my office, and I will be attending the deposition of Alan Neis, noticed in the New Jersey action, tomorrow in Philadelphia. Rebecca Todd has been working for weeks reviewing 50,000 documents in preparation of this deposition. Paul Sizemore, of Andy Birchfield's office, will be the lead questioner.

I have personally spoke on the Vioxx case at the Mass Torts Made Perfect Seminar, at the ATLA Mid Winter Convention in Palm Springs and I am currently scheduled to speak at a Vioxx Seminar in Palm Beach, Florida.

Our office has filed fifteen federal cases which are presently pending. We have accepted thousands of contracts in the Vioxx litigation after screening the cases. In a cooperative effort with Richard Arsenault, we have provided lawyers from throughout the country our intake questionnaire which was prepared and reviewed by many of our experts. Our office has provided Vioxx pleadings to hundreds of attorneys from throughout the country.

I would be honored if the Court gives me the opportunity to serve on the Plaintiffs' Steering Committee. It is clear from the efforts I have expended and the tasks thus far accomplished in this litigation that I have sufficient time to dedicate to the prosecution of this case. Moreover, my extensive experience and history of cooperation on similar committees speaks for itself, and supports the conclusion that I am abundantly qualified to serve on the Plaintiffs' Steering Committee in this MDL.