UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

*******************************************************************

### RICHARD J. ARSENAULT'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Richard J. Arsenault who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

NEBLETT, BEARD & ARSENAULT
Attorneys at Law
Post Office Box 1190
Alexandria, LA  71309-1190
Telephone:  (318) 487-9874

BY: _____
RICHARD J. ARSENAULT (#02563)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon counsel for all parties this 2nd day of March, 2005.

_____
RICHARD J. ARSENAULT

Richard J. Arsenault *
C. Michael Bollinger
David O. Walker **
Paul J. Hellarico
William S. Neblett **
Michael S. Koch
Wesley J. Gravelle
Gary J. Arsenault
Edward E. Roberts, III
Steven M. Racha
John R. Whaley
J. Laramie Henry

Robert B. Neblett (1991)
Richard W. Beard (1988)

* Law Corporation
  Also Admitted In
  Colorado, Texas
  and Washington, DC
** Law Corporation
  Also Admitted In Texas
*** Also Admitted In Texas

J. Phillip Terrell, Jr.
Of Counsel



A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

February 28, 2005

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

    RE:    MDL No. 1657 - Section L
               *In Re: Vioxx Products Liability Litigation*

Dear Judge Fallon:

     Please accept this correspondence as my Application for Appointment to the Plaintiffs' Steering Committee.[1]

     I am the founder and active participant in a multi-lawfirm consortium formed to litigate Vioxx claims. We interviewed over 5,000 potential clients and currently represent, with signed contracts, over 1,500 clients from twenty-four (24) different states.[2] We have accepted referrals from forty-eight (48) different law firms. We are presently in dialogues with a number of other law firms and anticipate reaching agreements which will result in our representing many more Vioxx clients.

     I have lectured widely regarding the Vioxx litigation. In November of last year, I made a presentation at the Mealey's Vioxx Litigation Conference in Pasadena, California. In December,

---

[1] Pursuant to Pretrial Order Number 1, counsel were advised that the Court would only consider attorneys who have filed a civil action in this litigation. I am counsel of record in *Donna Lavergne v. Merck & Co., Inc.*, Civil Action No. 04-2174, United States District Court, Western District of Louisiana, Lafayette Division.

[2] For an MDL to enjoy success, it needs critical mass. In light of this, in addition to other considerations associated with selecting a Plaintiffs' Steering Committee, an important factor is whether an attorney has a large inventory of clients, strategic alliances with other counsel, and a significant number of referral lawyers. This is instrumental in ensuring that an MDL enjoys widespread support, cooperation and participation. The traditional antagonism between class action and trial lawyers, between mass tort lawyers and lawyers representing small numbers of clients, between state and federal courts, can all be more successfully addressed when the PSC is composed of lawyers who represent large numbers of clients, have large numbers of referral lawyers and are well-respected by members of the Bench and Bar.

I made a panel presentation with Chris Seeger and Andy Birchfield in Washington, D.C. In January of this year, I made a presentation in Palm Springs, California at the Vioxx Litigation Group Symposium with Chris Seeger and other leaders of the ATLA Vioxx Litigation Group. On a number of occasions, I have been asked to co-host the Legal Broadcast Network Internet Radio Talk Show to address issues associated with the Vioxx litigation.

Lawyers with my firm are reviewing documents at Seeger's office in New York and Birchfield's office in Alabama. We have retained experts. Our lawyers have assisted in outlining depositions and preparing deposition strategy notebooks. I have been and will continue to be active in the discovery of this matter. For example, I attended the deposition of Dr. Alan Nies (Clinical Pharmacologist; Merck Senior Management from 92 to 02) and have been assigned to depose Thomas Bold on March 11, 2005 in Philadelphia, Pennsylvania. I have also closely monitored FDA hearings as well as congressional hearings regarding this matter.

I have participated in and helped organize a number of Vioxx plaintiff counsel meetings in venues across the country[3] designed to facilitate consensus for leadership roles, coordinate MDL venue selection arguments, consider organizational structure and promote a coordinated litigation effort. As a result, I understand the Vioxx national litigation landscape and function well in it.

I have an AV Martindale-Hubbell rating, have been registered in the *Bar of Preeminent Lawyers*, and am listed in *The Best Lawyers in America* publication. I serve on the LSU Law Center's Trial Advocacy Faculty and have been recognized by the National Law Journal as having one of the nation's largest personal injury verdicts. I have been appointed to numerous editorial boards and have made presentations throughout the U.S. and Canada on a variety of mass tort, class action and litigation related topics (over 100 articles and presentations). Most recently, I published an LTLA article entitled *Class Action Settlement of "Future Claims"* which appeared in the December 2004 edition, a Louisiana Bar Journal article regarding the use of *Daubert in Class Certification* that will be published in the March 2005 issue and am working on a law review article that will make a new proposal regarding pre-certification communication with putative class members. I have served on Tulane Law School's Continuing Legal Education Committee and made presentations at their programs as well as LSU Law School's programs. I have been a guest lecturer for Professor Ed Sherman at Tulane Law School and addressed complex litigation issues.

I am a past President of the Alexandria Bar Association and past President of the Alexandria Chapter of the American Inns of Court. U.S. District Judge Little and I worked together to create the Alexandria Chapter. I have been invited to address the Louisiana Judicial College and have been both an invited guest and lecturer at Fifth Circuit Judicial conferences. I have been also invited to attend the next conference in May. I was appointed by the current President of the Louisiana Bar Association to serve as a member of the Professional Assessment Committee composed of a distinguished panel including state and federal judges and members of

---

[3]     Pasadena and Palm Springs, California, Washington, D.C., New Orleans, Louisiana, and Houston, Texas.

the Bar. I am licensed in Louisiana, Texas, Colorado, and Washington, D.C. and have extensive multi district litigation experience.[4]

I have been appointed by numerous federal and state court judges to serve as Lead, Liaison and/or as a Committee Member on Plaintiffs' Steering Committees in complex litigation. Those include United States District Court Judges Vance, Feldman, Lemelle, Zainey, Doherty, Brady, Parker, Polozola, Haik, and Clement (now U.S. Fifth Circuit Judge). On several occasions, I have been appointed to serve as Liaison Counsel by Eastern District Judges, to-wit: Judge Vance and Judge Clement and appointed by Judge Polozola in the Middle District.

I serve as Chair for the Louisiana State Bar Association's Annual Mass Torts Class Action Symposium, as well as Chair of the Louisiana State Bar Association's Annual Admiralty Symposium. I have served in these capacities for each program since their inception. Additionally, for a number of years I have coordinated an annual panel presentation by United States District Judges Haik, Porteous, and Zainey along with the Dean of the University of Tennessee College of Law, Thomas C. Galligan, Jr., where an annual review of tort law is conducted at the Louisiana Bar Convention. I also help moderate a mass tort program conducted several times each year and hosted by Mike Papantonio and Ron Motley. The next program is in New York on March 17-18, 2005 and will include significant Vioxx coverage. (Key note speakers will include Bobby Kennedy, Elliot Spitzer and Howard Dean.)

During my legal career, I am most proud of recognition by those whom I respect. At a recent fairness hearing, during my direct examination of Harvard Law School Professor Arthur Miller, he testified that he considers me one of the leaders in the area of complex litigation. Likewise, at the conclusion of my presentation at Professor Sherman's Tulane Law School class, he favored me with a copy of his *Complex Litigation* treatise and autographed it, noting he considered me one of the experts in class actions. I, likewise, received similar endorsements in an autographed copy of the treatise "*Personal Injury and Admiralty*" authored by Professor Frank L. Maraist and Dean Thomas C. Galligan, Jr. This recognition by leading legal scholars, along with the illustrative list of activities noted herein, are what collectively represents what I hoped to achieve from the inception of my legal career.

In closing, I have the resources, willingness and availability to commit to this time consuming and challenging project. I possess the ability to work cooperatively with others and I have the requisite professional experience in this type litigation. Therefore, I respectfully seek Your Honor's appointment to the Plaintiffs' Steering Committee.

Sincerely,

RICHARD J. ARSENAULT

RJA:rlm

---

[4] My MDL experience includes litigation involving, Microsoft, Propulsid, Airbag, PPA, Firestone, Baycol, Serzone, Meridia, Shell and Educational Testing Service Litigation.