UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court is in receipt of the attached email correspondence from Plaintiffs' Liaison Counsel requesting postponement of the March 18, 2005 initial pretrial conference. Significant arrangements have been made by the Court and others in anticipation of the initial pretrial conference. For that reason, the Court is unable to grant the request of Plaintiffs' Liaison Counsel to postpone the initial conference. Accordingly, the initial pretrial conference will be held as scheduled on March 18, 2005 at 9:00 a.m. in Judge Eldon E. Fallon's courtroom, Room 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 4th day of March, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE



"Regina Westenfeld"
<rwestenfeld@hhkc.com>
03/04/2005 09:32 AM

To <jelani_jefferson@laed.uscourts.gov>
cc <nkleinber@hugheshubbard.com>
bcc
Subject  Vioxx MDL# 1657

Dear Judge Fallon:

RE:   Vioxx MDL#1657

I have been requested by several plaintiffs' lawyers in MDL 1657 to request a postponment of the March 18, 2005 hearing date due to a seminar that had been scheduled for March 16-8, 2005.  The program is attached.  I would like to discuss the subject of this communication with you today.

Yours Very Truly,
Russ M. Herman, Esq.
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

cc:   Norman Kleinberg, Esq.
      Defense Counsel

Mass Torts Made Perfect.htm