# SALSBURY CLEMENTS BEKMAN
# MARDER & ADKINS, L.L.C.

300 WEST PRATT STREET, SUITE 450
BALTIMORE, MARYLAND 21201
(410) 539-6633 · fax (410) 625-9554

STUART M. SALSBURY*
PAUL D. BEKMAN
DANIEL M. CLEMENTS*
LAURENCE A. MARDER
E. DALE ADKINS, III
WENDY L. SHIFF

*ALSO ADMITTED IN D.C.

MICHAEL P. SMITH
OF COUNSEL

JULIA A. LODOWSKI
GREGORY G. HOPPER
SARAH E. BRANNON
JOHN T. SLY

MAX R. ISRAELSON
(1915-2000)

February 25, 2005

[RECEIVED MAR - 3 2005 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON]

[FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA  2005 MAR -4 PM 2:06  LORETTA G. WHYTE CLERK]

The Honorable Eldon E. Fallon
United States District Court
 for the Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

   RE:   MDL-1657

Dear Judge Fallon:

   Please be advised that my office is representing multiple Plaintiffs with regard to claims arising out of injury from Vioxx. It is my understanding that you have been assigned the MDL regarding Vioxx. I would ask that we be included on your mailing list relating to schedules and other information. In particular, I am interested in determining who will serve as coordinating counsel for the MDL.

   I appreciate your kind attention and assistance. If you or your staff have any questions or comments regarding this matter, please feel free to contact me immediately.

              Very truly yours,

              John T. Sly

JTS:ll

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____