Jeffrey Robinson

LAW OFFICES OF
ROBINSON & SHEEN, L.L.C.
215 South State Street
Suite 960
Salt Lake City, Utah 84111
Phone (801) 359-0404
Fax (801) 359-0259

FILED
DISTRICT COURT
DISTRICT OF LA
2005 MAR -4  PM 4:03
LORETTA G. WHYTE
CLERK

March 2, 2005

U.S. District Court Clerk
United States District Court
500 Poydras Street, Suite C151
New Orleans, Louisiana 70130

Re:   In Re: VIOXX Products Liability Litigation, 05MD1657

Dear Court Clerk:

This firm represents the plaintiff, R. Dee Erickson, in Erickson v. Merck & Company, Inc., Civil No. 1:05CV6 PGC filed in the United States District Court for the District of Utah. Please add our name to the Panel Attorney Service List.

Thank you for your assistance. If you have any questions, please call.

Sincerely,

ROBINSON & SHEEN, L.L.C.

Jeffrey Robinson

cc:   All Attorneys on February 16, 2005 Panel Attorney Service List
      Ms. Kristine M. Larsen