# GARRISON | SCOTT

W. LEWIS GARRISON, JR. ♦
ROMAINE S. SCOTT, III
J. CALLEN SPARROW
WILLIAM L. BROSS
CHRISTOPHER E. FITZGERALD *
HONZA J. F. PRCHAL ⁜
URSULA TRACY DOYLE *
BRIAN D. HANCOCK ▲
MARY ELIZABETH MAYS
WARREN M. PARRINO

2224 1ST AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

MAILING ADDRESS:
P. O. BOX 11310
BIRMINGHAM, ALABAMA 35202

MISSISSIPPI ADDRESS:
2113 GOVERNMENT STREET, D-3
OCEAN SPRINGS, MISSISSIPPI 39564
(228) 875.9072

WWW.GSATTYS.COM

TELEPHONE: (205) 326.3336
FACSIMILE: (205) 326.3332
WATS: (800) 241.9779

♦ALSO ADMITTED IN GA
*ADMITTED ONLY IN MS
⁜ALSO ADMITTED IN MS
*ALSO ADMITTED IN NJ AND MS
▲ALSO ADMITTED IN TN

March 1, 2005

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR - 4 2005
LORETTA G. WHYTE
CLERK
```

US District Court
Eastern District of Louisiana
Attn: Clerk of Court
500 Poydras Street, Rm. C151
New Orleans, LA 70130

      Re:   Vioxx MDL
              05-MDL-1657

Dear Sir or Madam:

      Please add my firm to the service list in the referenced case. My mailing address and telephone and fax numbers are shown above. My email address is wlgarrison@gsattys.com.

      If you need anything else, please give me a call.

                              Yours very truly,

                              GARRISON SCOTT, P.C.

                              W. Lewis Garrison, Jr.

WLGJr/mcc

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____