# BALLON STOLL BADER & NADLER, P.C.
COUNSELLORS AT LAW        FOUNDED 1931

1450 Broadway, New York, NY 10018-2268
Tel: 212-575-7900   Fax: 212-764-5060
www.ballonstoll.com

Affiliate offices:
Hackensack, New Jersey
Philadelphia, Pennsylvania
Moscow, Russia

March 2, 2005



VIA U.S. EXPRESS MAIL

Hon. Loretta G. Whyte
Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

Re:   In re: Vioxx Products Liability Litig. (Pagan & Brown v. Merck)
      MDL No.: 1657
      S.D.N.Y. No.: 04 CV 8959 (SHS)
      Our File No.: 16410-001

Dear Ms. Whyte:

As per my telephone conversation today with your office and the chambers of Judge Eldon E. Fallon, this letter is to correct the service list for represented parties, attached as Schedule B to Judge Fallon's Pretrial Order #1, entered February 18, 2005. In *Carmen M. Pagan & Clarise Brown v. Merck & Co., Inc.*, Docket No.: 04 CV 8959 (SHS), transferred from the United States District Court for the Southern District of New York, the plaintiffs' attorney of record is Irving Bizar of my office, *not Christopher A. Seeger*.

Please correct the service list to identify plaintiffs', Pagan and Brown's, counsel as:

Irving Bizar
Ballon Stoll Bader & Nadler, P.C.
1450 Broadway, 14th Floor
New York, New York 10018

Thank you for your time and attention to this matter.

Very truly yours,

Robert S. Schwartz

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____