FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -4 PM 2:08  2005 MAR -3 PM 5:18

LORETTA G. WHYTE
CLERK

February 24, 2005

Loretta G. Whyte, Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA  70130

      RE:   MDL-1657 – In re Vioxx Products Liability Litigation
              Section: L - Judge Fallone; Mag. Judge Knowles
              <u>05-0494</u> - <u>Bettye J. Magee, et al. v. Merck & Co., Inc., et al, CA No. 2:03-249</u>

Dear Ms. Whyte:

     Please be advised that I no longer represent Dr. Reginald Stewart in this matter.  Stephen Burrow had previously entered his appearance in this case on behalf of Dr. Stewart before the formation of the MDL.  (See attached).

     Therefore, as provided in Section 6 of the Vioxx MDL Pretrial Order No. 1, please delete my name from the Panel Attorney Service List and substitute Stephen Burrow as attorney of record for Dr. Reginald Stewart.  As required by that Order, this letter shall be served upon all counsel presently listed on said Service List.

     If you have any questions, please do not hesitate to contact me.  As always, I am

                                     Sincerely yours,

                                     Joe R. Colingo

JRC/ew
Enclosure

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
        FILED
      NOV 24 2004
      J. T. NOBLIN, CLERK
BY_____ DEPUTY
```

BETTYE J. MAGEE, et al.                                    PLAINTIFFS

VERSUS                                                     CAUSE NO. 2:03cv249PG

MERK & CO., et al.                                         DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW Stephen W. Burrow of Williams, Heidelberg, Steinberger & McElhaney, P.A. (f/k/a Colingo, Williams, Heidelberg, Steinberger & McElhaney, P.A.) and files his entry of appearance as counsel for the Defendant, Dr. Reginald Stewart, D.O. Further, Joe R. Colingo, former counsel for Defendant, has retired from the firm and should be removed from the service list.

Respectfully submitted,

**DR. REGINALD STEWART, D.O.**

By: _____
Stephen W. Burrow  (MSB #9577)

Stephen W. Burrow, Esquire
WILLIAMS, HEIDELBERG,
STEINBERGER & MCELHANEY, P.A.
711 Delmas Avenue
Post Office Box 1407
Pascagoula, MS 39568-1407
Telephone: 228-762-8021
Facsimile: 228-762-7589

SERVICE LIST

Deborah M. Sulzer
Gautier, Houghtaling, Williams
3500 N. Hullen Street
Metairie, LA 70002

Amerisource, Inc.
2330 Shawnee Mission Parkway
Westwood, KS 66205

John F. Hughes
Wilkins, Stephens & Tipton, PA
4735 Old Canton Road
Jackson, MS 39211

Kim Meaders/Hubert Crouch
Crouch & Ramey
1445 Ross Avenue, Suite 2300
Dallas, TX 75202

Marjory Knoll
Murray & Murray
111 East Shoreline Drive
Sandusky, OH 44871-0019

Robert J. DiCello
7556 Mentor Avenue
Mentor, OH 44060

Bruno, Joseph M.
Bruno & Bruno
855 Barrone St.
New Orleans, LA 70113

Carboy, Andrew J.
Sullivan, Papain, Black, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Cory, Ernest
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205

Craig, Jr, C. York
Craig, Healer, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Armstrong, Matthew H
Marks & Armstrong, LLC
One Metropolitan Square Suite 2970
St. Louis, MO 63102-2793

Aylstock, Bryan F.
Aylstock Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Becnel, Jr., Daniel E.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70094-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 19482

Birchfield, Andy
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX 77437

Dixon, Ivan
8413 Edgewood Drive
Rowlett, TX 75089

Eberhardt, John P.
#1083045
1100 FM 655
Rosharon, TX 77583

Bradford, Reshonda L.
Singleton Law Office
4050 Linwood Ave.
Shreveport, LA  71108

Broadway, Jr., Ellis
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Hodges, Robert M.
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Edelman, Daniel A.
Edelman, Combs & Latturner, LLC
20 South LaSalle St.
18th Floor
Chicago, IL  60603

Hughes, John F.
Hamilton Law Firm
P.O. Box 1511
Meridian, MS 39302-1511

Hurst, Debra L.
Hurst & Hurst
401 West "A" Street, Suite 1825
San Diego, CA 92101

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT  05403

Edmonson, Richard M.
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS  39211

Shawnerman, William B.
Federman & Sherwood
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Fox, Dana Casselli/Jeffrey Simon
Waters & Kraus
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

Johnson, Walter T.
Watkins & Eager
The Emporium Bldg.
400 East Capitol St., Suite 300
Jackson MS 39205-0650

Johnson, III, Whitman B.
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Josephson, Richard L
Baker & Botts
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Katz, Melissa C.
Waters & Kraus
3219 McKinney, Suite 3000
Dallas, TX   75204

Kegerreis, Sharon L.
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131-4332

Garcia, Ricardo
820 S.Main Street
McAllen, TX   78501

Gibson, Mary
P.O. Box  400
St. Mary's, GA 31558

Goldser, Ronald S.
Zimmerman Reed PLLP.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Griesenbeck, Tim T./Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 N.E. Look 410
P.O. Box 795061
San Antonio, TX 78216

Haskins, Jennifer
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Kleinberg, Norman C.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Luckett, Jr., William O.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

McClain, Kenneth B.
Humphrey, Farrington & McClain, PC
221 West Lexington, Suaite 400
Independence, MO 64050

Kolman, Timothy M
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA   PA 19047

Lanier, W. Mark
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Leathers, Jeffrey D.
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Leesfield, Ira H.
Leesfield, Leighton, Rubio
2350 South Dixie Highway
Miami, FL 33133

Levin, Arnold
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

McNamara, Joseph L./Copeland, Cook. Taylor
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Charles M. Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS   38614-1388

Milam, S. Kirk
Hickman, Goza & Spragins
P.O. Drawer 668
Oxford, MS   38655-0668

Lewis, Carlene Rhodes
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston,  TX 77002

Snapka, Kathryn A
Snapka,Turman & Waterhouse
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi,  TX 78403

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204

Ruiz, John H.
Law Office of John H. Ruiz
5040 N. W. 7th Street, Suite 920
Miami, FL  33126

Rynecki, Scott
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Saia, Stephen
Law Office of Stephen Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Schwebel, Paul RM
5657 Rundle Court
Indianapolis, IN 46220

Seeger, Christopher A.
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004

Siegel, Norman E.
Stueve Helder & Siegel
330 W 47th St, Suite 250
Kansas City, MO 64112

Milavetz, Allen Scott
Milavetz, Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Miller, Mason L.
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Minor, Steven R.
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

Moirano, Michael H.
Nisen & Elliott
200 West Adams St., Suite 2500
Chicago, IL 60606

Moll, Kenneth B.
Kenneth B. Moll & Associates
Three First National Plaza
50th Floor
Chicago, IL 60602

Mousseau, Geoffrey C.
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Naylor. Eugene R./Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
P.O. Box 651
Jackson, MS 39205-0651

O'Malley, Richard F.
Sidley Austin Brown & Wood
10 South Dearborn Street, Suite 48
Southeast
Chicago, IL 60603

Owen, Gregory J.
Owen. Patterson & Owen
23822 West Valencia Blvd., Suite 201
Valencia, CA 91355

Stacy, Robert F.
Craig Hester Luke & Dodson
404 Fontaine Place, Suite 101
P.O. Box 12005
Jackson, MS 39236-2005

Steward, John S.
Meyerkord and Steward
2525 South Brentwood Blvd, Suite 102
St. Louis, MO 63144

Sullivan, Robert G.
Sullivan, Papain, Block, McGrath
120 Broadway
18th Floor
New York NY 10271

Tisi, Christopher V.
Ashcraft & Gerel
2000 L Street, NW. Suite 400
Washington, DC 20036

Trovini, Josephine
Westchester County Attorneys Office
600 Michaelian Office Bldg.
148 Martine Ave.
White Plains, NY 10601

Wade, Jr., Lawrence D.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 39702-1856

Walker, Chris J.
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

Walker, Thomas E.
Johnston. Banco, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 16th Avenue North
Birmingham, AL 35203

Watson, Leila H.
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Richard J. Weiner
Law Offices of Richard J. Weiner, P.C.
119 Rockland Center, Suite 425
Nanuet, NY 10954

Weisbrod, Leslie
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

Ysasaga, Michael A.
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 1000
Houston, TX 77010

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

Allen, Jr., T. Scott
Cruse, Scott, Henderson
2777 Allen Parkway
7th Floor
Houston, TX 77019

Arsenault, Richard J.
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Bailey, Blake H.
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Barkley, Steven C.
3560 Delaware, Suite 305
Beaumont, TX 77706

David Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

Becnel, Bradley Douglas
525 W. Airline Hwy., Suite B
Laplace, LA 70068

Berger, C. William
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Buchanan, Virginia M.
Levin, Papantonio, Thomas
316 S. Baylen St., Suite 600
Pensacola, FL 32501

Cabraser, Elizabeth/Lieff, Cabraser, Heimann
Embarcadero Center West
275 Batter Street
30th Floor
San Francisco, CA 94111

Carroll, Raymond S.
Law Office of Weiner, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet NY 10954

Crum, Richard E.
Cobb, Shealy, Crum & Derrick
P.O. Box 6346
Dothan, AL 36302-6346

D'Amato, Jr., John Michael
Russo, Scamardella & D'Amato
1010 Forest Avenue
Staten Island, NY 10310

Deters, Eric C.
Eric C. Deters & Associates
5247 Madison Pike
Independence, KY 41051

Fayard, Jr., Calvin C.
Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726

James Edwards
Cantey & Hanger
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

Richard Freese
Sweet & Fvreese
P.O. Box 1178
Jackson, MS 39215

Gallagher, Michael T.
Gallagher Law Firm
777 Walker St., Suite 2500
Houston, TX 77002

Gancedo, Hector G.
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Goldwasser, Andrew S.
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third St., Suite 460
Cleveland, OH 44113

Graffeo, C. Anthony
Watson, Jimmerson, Givhan, et al.
203 Greene St.
P.O. Box 18368
Huntsville, AL 35804

Griffith, Patricia
1045 Evelyn Avenue
Clarksdale, MS 38614

Guerriero, Jeffrey D.
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211-4092

Harke, Lance A.
Harke & Clasby
155 South Miami Ave., Suite 600
Miami, FL 33130

Hebderson, Craig D./Gary, Thomasson, Hall
Professional Corp.
P.O. Box 2888
210 S. Carancahua
Corpus Christi, TX 78403

Jesse Howell/Copeland, Cook. Taylor
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Mark Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

David Hylla/Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL 62025

Christy Jones
Butler, Snow, O'Mara, Stevens
P.O. Box 22567
Jackson, MS 39225-2567

Brian Kabateck/Kabateck, Brown, Kellner
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

R. Eric Kennedy
Weisman, Kennedy & Berris
1600 Midland Bldg.
101 Propect Avenue, West
Cleveland, OH 44115

David Lietz
Coale, Cooley, Lietz, McInerny
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Lockridge, Richard
Lockridge, Grindal & Nauen
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401-2179

Malone, Patrick
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W., Suite 110
Washington, DC 20036

David Matthews
Abraham, Watkins, Nichols
800 Commerce St.
Houston, TX  77002-1776

Michel Mills
Perona, Langer, Beck, Lallande
300 E. San Antonio Dr.
P.O. Box 7948
Long Beach, CA  90807

Daniel Minor
1032 Cardinal Dr.
Waco, TX  76712

Edwin Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

John Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

Stephen Murray
Murray Low Firm
909 Poydras Street, Suaite 2550
New Orleans, LA   70112

Dianne Nast
Roda & Nast
801 Estelle Drive
Lancaster, PA   17601

Thomas Jack Pearson
Pearson & Campbell
2394 Calder Ave.
Beaumont, TX 77702

Robert Piper
Piper & Associates
624 Pierre Ave.
P.O. Box 69
Shreveport, LA   71103

Frank Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center, Suite 200
840 Malcolm Road
Burlingame, CA 94010

Geoffrey Pope
Doffermyre, Shields, Canfield
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA   30309-3269

Quetglas-Jordan, Eric
Queglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

William R. Robb
Aleshire, Robb & Sivils
901 St. Louis Street, Suite 1600
Springfield, MO 65806

Robert Rowland
2227 South State Route 157
Edwardsville, IL 62025

Stuart Scott
Spangenberg, Shibley & Liber
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Deanna D. Smith
Ebanks, Smith & Carlson
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Stephen Strauss
Bryan Cave, LLP
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102

Casandra Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Jennifer Weaver
1305 Fossel Ridge Trail
Waco, TX 76712

Jewell Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

John Weston
Sacks, Weston, Smolinksy
510 Walnut Street, Suite 400
Philadelphia, PA 19106

James Wright
Mithoff & Jacks
1 Congress Avenue, Suite 1010
Austin, TX 78701-0001

James J. Zonas
700-2nd Avenue, North, Suite 102
Naples, FL 34102

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Fears, Reginald
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Foster, Shawn G.
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

David Hadden Hockema/Hockema, Tippit &
Escobedo
1 Paseo Del Prado
Bldg. 101
P.O. Box 720540
McAlle, TX 78504-0540