LAW OFFICES OF
**CAMPBELL DELONG, LLP**
P.O. BOX 1856
923 WASHINGTON AVENUE
GREENVILLE, MISSISSIPPI 38702-1856

(662) 335-6011
FACSIMILE: (662) 334-6407
E-MAIL: dwade@campbelldelongllp.com
WEBSITE: www.campbelldelongllp.com

LAWRENCE D. WADE
HAROLD H. MITCHELL, JR.
ROBERT N. WARRINGTON
P. SCOTT PHILLIPS
R. BRITTAIN VIRDEN*
BRADLEY F. HATHAWAY*
FRANK G. POWER
L. DOUGLAS WADE, JR.
CHARLES S. HEWINS
CHRISTOPHER M. FINN
MICHAEL C. GATLING

*ALSO ADMITTED IN ARKANSAS

OF COUNSEL:
J. WALKER STURDIVANT

ROY D. CAMPBELL, JR.
1913-2000
FRED C. DELONG, JR.
1931-1993

RECEIVED MAR 7 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

March 4, 2005

Ms. Loretta Whyte, Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE:   Vioxx Products Liability Litigation; MDL No. 1657, Section L

Dear Ms. Whyte:

Please remove my name from the mailing list relative to the above-referenced Multi-District Litigation. This firm is no longer involved in these cases.

Sincerely yours,

L. Douglas Wade, Jr.

LDW,Jr./kbm

F:\USERS\dwade\WP\ltr. Clerk, USDC, E.D. LA.wpd