# BARRETT LAW OFFICE
A PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

**LEXINGTON OFFICE**

404 Court Square North
P.O. Box 987
Lexington, Mississippi 39095

Telephone (662) 834-2376
Facsimile (662) 834-2628

Don Barrett*
E-mail: dbarrett@barrettlawoffice.com

Reply to the Lexington Office

**NASHVILLE OFFICE**

3319 West End Avenue
Suite 600
Nashville, Tennessee 37203

Telephone (615) 386-8391
Facsimile (615) 386-8392

* Admitted only in Mississippi

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -7 PM 3: 25

LORETTA G. WHYTE
CLERK

March 2, 2005

The Honorable Eldon Fallon
United State District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

    RE:    MDL No. 1657 - Section L
            *In Re: Vioxx Products Liability Litigation*

Dear Judge Fallon:

    Please accept this correspondence as my application for appointment to the Plaintiffs' Steering Committee in the Vioxx Multi-District Litigation.

    I am sixty years of age, have been a practicing attorney since 1969, and have for nearly two decades specialized in complex litigation (mass torts and class actions).

    I am willing and available to fully commit to this important project. I am currently co-lead counsel in *In Re High Sulfur Content Gasoline Products Litigation* (MDL No. 1632), having been appointed by Judge Ivan L.R. Lemelle; there is a high probability that this litigation will be resolved by settlement within the next few weeks, which will open my schedule substantially. Moreover, as a senior partner in my firm, I have the ability to shift my current workload to other attorneys in my firm so as to make available whatever time is needed for this Vioxx litigation.

    My ability to work cooperatively with others is best shown, I believe, by the fact that, although I live and practice in rural Mississippi, I have been nominated by my colleagues around the country to serve as lead class counsel in several especially significant MDL's the past several years, including *In Re Bridgestone/Firestone, Inc. ATX,ATXII and Wilderness Tires Product Liability Litigation*, centralized in the Southern District of Indiana before Chief Judge Sara Evans Barker in the fall of 2000 (MDL No. 1373); *In Re Ford Motor Panther Platform/Fuel Design Products Liability Litigation*, centralized in the Northern District of Ohio before Judge Donald C. Nugent in December, 2002 (MDL No. 1488); and *In Re Welding Rods Litigation*, centralized in the Northern District of Ohio before Judge Kathleen O'Malley in September, 2003 (MDL No. 1535).

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

With reference to my professional experience in complex litigation, the end result of complex litigation should be either a comprehensive settlement or a trial on the merits. I have been successful in achieving complex settlement agreements favorable to the plaintiffs, and I have been successful in trying certified national class action cases through jury verdict.

As far as settlements are concerned, I was one of the few original attorneys who represented state attorneys general (beginning with AG Mike Moore of Mississippi). In this capacity I was the principal attorney who initiated and then negotiated the landmark settlement with Liggett Group announced in March of 1996, which then-President Clinton hailed as " the first crack in the stone wall of denial." Most commentators believe that it was this breakthrough settlement with Liggett which led to the ultimate resolution of the attorneys general litigation against Big Tobacco in 1997. My tobacco litigation experiences have been chronicled in various national publications and in two books, and are the primary focus of another book, *Assuming The Risk*, by Michael Orey (Little, Brown and Co., New York City, September 1999).

I was lead counsel for the plaintiffs in *Cox v Shell Oil Company, et al*, a class action concerning defective home plumbing systems, and helped negotiate a nationwide settlement in November of 1995 of $950 million, by far the largest property damage ever achieved in this country up to that time. As a result of the *Cox* litigation in 1997, I was awarded the Public Justice Achievement Award by the Trial Lawyers for Public Justice Foundation "in recognition of (my) extraordinary contribution to the public interest."

Another example of my experience in complex settlements was in the *In Re Inter-Opt Hip Prosthesis Liability Litigation*, centralized before Judge Kathleen O'Malley in the Northern District of Ohio (MDL No. 1401), where I was a principal negotiator for the plaintiff class for a $1.045 billion settlement reached with defendants in May of 2002. This settlement achieved the nearly impossible result of fully compensating all of the class, including thousands of seriously injured persons, while at the same time saving a company which was teetering upon bankruptcy thoughout the negotiations.

Concerning my trial ability, many lawyers talk about the joy of trying cases, but I know only a few with real experience in preparing and trying complex nationally-certified class actions. Two cases where I have successfully prosecuted such cases through jury verdict are as follows:

I was lead class counsel and lead trial attorney for the plaintiffs in a national class action against State Farm Mutual Insurance Company in Illinois, concerning State Farm's use of aftermarket crash parts in auto repair. After a seven-week trial ending in October of 1999, the jury awarded a verdict of $456 million and an additional $600 million in punitive damages was awarded by the trial judge. This is the largest verdict ever rendered against any insurance company in the United States. As a result of that litigation, I was

2

named the first-ever "Litigator of the Month" by the *National Law Journal* in its issue of November 22, 1999. This verdict was subsequently affirmed by a unanimous Illinois Court of Appeals, and is currently on appeal before the Illinois Supreme Court.

Also, I was co-lead trial counsel in the 2003 in a national class action in the US District Court for the Central District of California, entitled *Austin, et al v Lehman Brothers, Inc. et al.* At the conclusion of the three month trial on May 14, 2003, Judge David O. Carter made the following statement into the record: "Mr. Barrett, you are a superb attorney. . . you mastered the complicated fact situations and brought clarity in this Court's opinion to an extremely complex area, on behalf of your clients, and it was very helpful to the jury."

After five weeks of deliberation, the jury on June 16, 2003, returned a verdict for the plaintiff class. According to the *Los Angeles Times*, "the verdict marked the first time a financial backer of an abusive lender has been held liable, carving out a new area for vulnerability for Wall Street."

These days I am frequently invited to speak at nationally-recognized legal seminars and conferences. For example, I spoke last year at a Practicing Law Institute seminar in New York City, an American Conference Institute seminar in New Orleans, and was co-chair of the Mealey's Welding Rod Litigation Conference in West Palm Beach. I have been invited to be a faculty member at the prestigous Sedona Conference on Complex Litigation to be held April 6 - 8, 2005.

In summary, I have significant experience in successfully prosecuting <u>and concluding</u> complex mass tort/class action cases. If honored with an appointment to the Plaintiffs' Steering Committee, I will devote my time, energy, and resources whole-heartedly to the this important litigation.

Respectfully yours,

Don Barrett

DB:ld

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING OF APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW COMES Don Barrett, attorney at law, who files the attached application for appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully submitted:

BARRETT LAW OFFICE, P.A.

_____
Don Barrett
Mississippi Bar No. 2063
Barrett Law Office, P.A.
404 Court Square
Lexington, MS 39095-0987
Telephone (662)834-2376
Telecopier (662) 834-2409
Email: dbarrett@barrettlawoffice.com

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by facsimile transmission and by depositing same in the United States Mail, postage prepaid and properly addressed, this 2nd day of March, 2005.

_____
Don Barrett

## CERTIFICATE OF SERVICE

This is to certify that I have this date served counsel for all parties to this action with a copy of the within and foregoing documents by facsimile transmission and/or hand delivery and/or by depositing same in the United States mail in a properly addressed envelope with adequate postage affixed thereon.

*Don Barrett*

Don Barrett
Barrett Law Office, P.A.
404 Court Square
P.O. Box 987
Lexington, MS 39095
Telephone (662) 834-2376
Telecopier (662-834-2409

| | | |
|---|---|---|
| Alford's Pharmacy<br>5897 West Port Arthur Road<br>Port Arthur, TX 77640 | T. Scott Allen, Jr.<br>CRUSE, SCOTT, HENDERSON & ALLEN<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019 | Amerisourcebergen<br>1300 Morris Drive, Suite 100<br>Chesterbrook, PA 19087 |
| Dario Arango, M.D.<br>5407 South McColl Road, Suite B<br>Edinburg, TX 78539 | Matthew H. Armstrong<br>MARKER & ARMSTRONG, LLC<br>One Metropolitan Square, Suite 2970<br>St. Louis, MO 63102-2793 | RICHARD J. ARSENAULT<br>NEBLETT BEARD & ARSENAULT<br>P.O. Box 1190<br>Alexandria, LA 71309-1190 |
| Bryan F. Aylstock<br>AYLSTOCK, WITKIN & SASSER, PLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | Blake H. Bailey<br>BAILEY LAW FIRM<br>112 South Broadway<br>Tyler, TX 75702 | Steven C. Barkley<br>3560 Delaware, Suite 305<br>Beaumont, TX 77706 |
| David A. Barett<br>BOIES, SCHILLER & FLEXNER, LLP<br>570 Lexington Avenue, 16th Floor<br>New York, NY 10022 | Bradley Douglas Becnel<br>LAW OFFICES OF DANIEL E. BECNEL, JR.<br>425 W. Airline Hwy., Suite B<br>Laplace, LA 70068 | Daniel E. Becnel Jr.<br>LAW OFFICES OF DANIEL E. BECNEL, JR.<br>P.O. Drawer H<br>Reserve, LA 70084-2095 |
| Bergen Brunswig<br>P.O. Box 959<br>Valley Forge, PA 79482 | William C. Berger<br>FURR & COHEN<br>One Boca Place<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431 | Andy Birchfield<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS, & MILES<br>P.O. Box 4160<br>Montgomery, AL 36103-4160 |
| Reshonda L. Bradford<br>SINGLETON LAW OFFICE<br>4050 Linwood Avenue<br>Shreveport, LA 71108 | Ellis Broadway, Jr.<br>Prisoner # 01A4242-27 East 21 Bed<br>Mid-State Correctional Facility<br>P.O. Box 2500<br>Marcy, NY 13403 | Joseph M. Bruno<br>BRUNO & BRUNO, LP<br>855 Baronne Street<br>New Orleans, LA 70113 |
| Virginia M. Buchanan<br>LEVIN, PAPANTONIO,<br>THOMAS, MITCHELL, et al<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32501-5996 | Elizabeth J. Cabraser<br>LEIFF, CABRASER<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | Andrew J. Carboy<br>SULLIVAN, PAPAIN, BLOCK,<br>MCGRATH & CANNAVO<br>120 Broadway, 18th Floor<br>New York, NY 10271 |
| Raymond S. Carroll<br>LAW OFFICES OF WEINER,<br>CARROLL & STRAUSS<br>119 Rockland Center, Suite 425<br>Nanuet, NY 10954 | Joseph R. Colingo<br>WILLIAMS, HEIDELBERG, et al<br>P.O. Box 1407<br>Pascagoula, MS 39568-1407 | Ernest Cory<br>CORY, WATSON, CROWDER & DEGARIS<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 |
| C. York Craig, Jr.<br>CRAIG, HESTER, LUKE & DODSON<br>P.O. Box 12005<br>Jackson, MS 39236-2005 | Richard E. Crum<br>COBB, SHEALY, CRUM & DERRICK<br>P.O. Box 6346<br>Dothan, AL 36032-6346 | John Michael D'Amato, Jr.<br>RUSSO, SCAMARDELLA & D'AMATO<br>1010 Forest Avenue<br>Staten Island, NY 10310 |
| Dana Foster, P.A.<br>2731 Brook Bend Land<br>El Campo, TX 77437 | Eric C. Deters<br>ERIC C. DETERS & ASSOCIATES<br>5247 Madison Pike<br>Independence, KY 41051 | Ivan Dixon<br>8413 Edgewood Drive<br>Rowlett, TX 75089 |

John Driscoll
BROWN & CROUPPEN
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Richard M. Edmonson
ARMSTRONG ALLEN
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Allen R. Flowers
FLOWERS LAW FIRM
341 North 25th Avenue
Hattiesburg, MS 39401

Richard A. Freese
SWEET & FREESE
P.O. Box 1178
Jackson, MS 29215

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Anthony C. Graffeo
WATSON, JIMMERSON, GIVHAN, ET AL
P.O. Box 18368
Huntsville, AL 35804

Lance A. Harke
HARKE & CLASBY
155 South Miami Avenue, Suite 600
Miami, FL 33130

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Debra L. Hurst
HURST & HURST
401 West "A" Street, Suite 1825
San Diego, CA 92101

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

James A. Edwards
CANTEY & HANGER
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

William B. Federman
Federman & Sherwood
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK 73102

Shawn G. Foster
DAVIS, BETHUNE & JONES
1100 Main Street, Suite 2390
Kansas City, MO 64105

Michael T. Gallagher
GALLAGHER LAW FIRM
777 Walker Street, Suite 2500
Houston, TX 77002

Ronald S. Goldser
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Tim T. Griesenbeck
PLUNKETT & GIBSON
P.O. Box 795061
San Antonio, TX 78216

Jennifer Haskins
Assistant General Counsel
Tort Litigation Division, Wal-Mart
Stores 702 S.W. 8th Street
Bentonville, AR 72716-0215

Robert M. Hodges
WISE, CARTER, CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

Mark B. Hutton
HUTTON & HUTTON
P.O. Box 638
Wichita, KS 67201

Daniel A. Edelman
EDELMAN, COMBS & LATTURNER
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Ronald V. Fiesta
Kenneth B. Moll & Asso.
Three First National Plaza
50th Floor
Chicago, IL 60602

Dana Casselli Fox
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Hector G. Gancedo
GANCEDO & NIEVES
144 West Colorado Blvd.
Pasadena, CA 91105

Andrew S. Goldwasser
CIANO & GOLDWASSER
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
P.O. Box 4092
Monroe, LA 71211-4092

Craig D. Hebderson
GARY, THOMASSON, HALL & MARK
P.O. Box 2888
Corpus Christi, TX 78403

Jesse L. Howell, III
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Dennis J. Johnson
JOHNSON & PERKINSON
P.O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Sharon L. Kegerreis
HUGHES, HUBBARD & REED
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

John W. Land
BRYAN, NELSON, RANDOLPH & WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Ira H. Leesfield
LEESFIELD, LIEGHTON, RUBIO & MAHFOOD
2350 South Dixie Highway
Miami, FL 33133

David K. Lietz
COALE, COOLEY, LEITZ, MCINERNY & BROADUS
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Leray J. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Kirk S. Milam
HICKMAN, GOZA & SPARAGINS
P.O. Drawer 668
Oxford, MS 38655-0668

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
P.O. Box 7948
Long Beach, CA 90807

Whitman B. Johnson, III
CURRIE, JOHNSON, GRIFFIN, GAINES & MEYERS
P.O. Box 750
Jackson, MS 39205-0750

Brian S. Kabateck
KABATECK, BROWN, KELLNER
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

Eric R. Kennedy
WEISMAN, KENNEDY & BERRIS
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard A. Lockridge
LOCKRIDGE, GRINDAL & NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

David P. Matthews
ABRAHAM, WATKINS, NICOLS, SORRELS
800 Commerce Street
Houston, TX 77002-1776

Joseph L. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Allen Scott Milavetz
MILAVETZ, GALLOP & MILAVETZ
6500 France Avenue, South
Edina, MN 55435

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Christy D. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225-2567

Melissa C. Katz
WATERS & KRAUS
3219 McKinney, Suite 3000
Dallas, TX 75204

Timothy M. Kolman
TIMOTHY M. KOLMAN AND ASSOCIATES
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Jeffrey D. Leathers
GREER, PIPKIN, RUSSELL, DENT & LEATHERS
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD
111 Bagby, Suite 2200
Houston, TX 77002

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Kenneth B. McClain
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64050

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Steven R. Minor
ELLIOTT LAWSON & MINOR
P.O. Box 8400
Bristol, VA 24203-8400

Michael H. Moirano
NISEN & ELLIOTT
200 West Adams Street, Suite 2500
Chicago, IL 60606

Edwin T. Mulhern
HUWEL & MULHERN
11 New Hyde Park Road
Frank Square, NY 11010

Eugene R. Naylor
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson. MS 39205-0651

Thomas Jack Pearson
PEARSON & CAMPBELL, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Geoffrey Edward Pope
DOTLERRN,VRE. SHIELDS,
CANFICID, KNOWLES & DEVINE
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269

William R. Robb
ALESHIRE, ROBB & SIVILS
901 St Louis Street, Suite 1600
Springfield, MO 65806

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Stuart E. Scott
Spangenberg, Shibley & Liber
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75104

Kathryn A. Snapka
Snapka, Turinan & Waterhouse
P.O. Drawer 23017
Corpus Christi. TX 75403

Kenneth B. Moll
KENNETH B. MOLL & ASSOCIATES.
Three First National Plaza, 50th Floor
Chicago, IL 60602

John T. Murray
MURRAY & MURRAY
P.O. Box 19
Sandusky, OH 44871

Richard F. O'Malley
Sidley Austin Bream & Wood
10 South Dcarborft Sneet
Suite 48 Southeast
Chicago, IL 60603

Robert Piper, Jr.
Piper & Associates
P.O. Box 69
Shreveport, LA 71103

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Christopher A. Seeger
Seegex Weiss, LLP
One William Street, 10th Floor
New York. NY 10004-2502

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX 75638

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Geoffrey C. Mousseau
MOUSSEAU & ASSOCIATES
1421 Valverde Place, Suite B
Glendale, CA 91208

Nast, Dianne
Roda & Nast, P.C.801 Estelle
DriveLancaster, PA 17601

Gregory J. Owen
OWEN, PATTERSON & OWEN
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Frank M. Pitre
San Prancisco Airport Office Center
540 Malcolm Road, Suite 200
Burlingarne, CA 94010

Eric M. Queglas-Jordan
Queglas LAW Offices
P.O. Box 16606
San Juan, PR 00908-6606

John H. Ruiz
Law Office of John H. Ruiz
50442 N.W. 7th Street, Suite 920
Miami, FL 33126

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Norman E. Siegel
Stueve Helder & Siegel
330 W 47th Street, Suite 250
Kansas City, MO 64112

Deanna Dean Smith
Ebanks, Smith & Carlson
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1064

| | | |
|---|---|---|
| John S. Steward<br>Meyerkord and Steward<br>2525 South Breritwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | Stephen G. Strauss<br>BRYAN CAVE, LLP.<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 03102 | Robert G. Sullivan<br>Sullivan, Papain, Block,<br>McGrath & Cannavo<br>120 Broadway, 18th Floor<br>New York, NY 10271 |
| Casandra F. Thomas<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | Christopher V. Tisi<br>Ashcraft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 | Josephine Trovini<br>Westchester County Attorneys Office<br>600 Michaelian Office Building148<br>Martine Avenue<br>White Plains, NY 10601 |
| Lawrence D. Wade, Jr.<br>Campbell, DeLong, Hagwood &<br>Wade<br>P.O. Box 1856<br>Greenville, MS 35702-1 556 | Chris J. Walker<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236$3669 | Thomas E. Walker<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plan 1901 6th<br>Avenue North<br>Birmingham, AL 35203 |
| Leila H. Watson<br>Cory, Watson, Crowder & DeGans<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 | Jennifer Fadal Weaver<br>1305 Fossel Ridge Trial<br>Waco, TX 76712 | Richard I. Weiner<br>Law Offices Of Richard J. Weiner<br>19 Rockland Center, Suite 425<br>Nanuet, NY 10954 |
| Leslie Weisbrod<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Philadelphia, PA I 9106 | Dallas, TX 75243<br>Jewell E. Welch, III<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | John K. Weston<br>Sacks, Weston, Smolinksy,<br>Albert & Luber<br>510 Walunt Street, Suite 400 |
| James L. Wright<br>Mithoff & Jacks<br>1 Congress Plaza<br>111Congress Avenue, Suite 1010 | Austin, TX  78701-0001<br>Michael A. Yassaga<br>Johnson, Finkel, DeLuca & Kennedy<br>1221 Lamar, Suite 1000<br>Houston, TX 77010 | Zonas, James John<br>James J. Zonas<br>Attorney at Law<br>700 2nd Avenue, North, Suite 102<br>Naples, FL 34102 |
| Shanin Specter<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | Virginia M. Buchnan<br>P.O. Box 12308<br>Pensacola, FL 32501 | John P. Eberhardt<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 |
| Mary Gibson<br>P.O. Box 400<br>St. Mary's, GA 31558 | Nadeem Haider<br>606 N. Jefferson Street<br>Louisville, MS 39339 | Barbara J. Hart<br>100 Park Avenue, 12th Floor<br>New York, NY 10017-5563 |
| John F. Hughes<br>Wilkins, Stephens & Tiptom<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | David A. Hylla<br>Bilbrey & Hylla<br>P.O. Box 975<br>Edwardsville, IL 62025 | Dennis J. Johnson<br>Johnson & Perkinson<br>P.O. Box 2305<br>S. Burlinton, VT 05403 |
| Norman C. Kleinberg<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Marjory Knoll<br>Law Office of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | Joel C. Lamp<br>Assistant General Counsel<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |

John W. Land
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000