# Bailey, Galyen & Gold



ATTORNEYS AT LAW

18333 Egret Bay Boulevard
Suite 120
Houston, Texas 77058
(281) 335-7744
FAX (281) 335-4774
www.TheTexasAttorney.com


ATTORNEYS

   Phillip Galyen
   J.C. Bailey III
\*  Paul N. Gold
   R. Keith Spencer
   Paul Crouch
   Robert A. Schwartz
\*\*\* Matthew Riek
\*\*  John W. Robinson
\*\*  Martin Miller
   Robert J. Blankenship
   James K. Ince
\*  Ben H. Tompkins
   Trey Harris
   Richard Lybarger
   David L. Jordan
   Kristina N. Kastl
   Tiffany P. Mir
   Dinah Stallings
   Samuel R. Cammack III
   Ronald L. Hendricks
   Jane H. Mapes
   Ernest Garcia, Jr.
   James M. Worley, Jr.
   John R. Galvin
   Joshua D. Dietz
   R. Matthew Stewart
   Chuck K. Rowland


\*  BOARD CERTIFIED
   PERSONAL INJURY
   TRIAL LAW

\*\* BOARD CERTIFIED
   CRIMINAL TRIAL LAW

\*\*\* BOARD CERTIFIED
   FAMILY LAW

March 3, 2005

**FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR -8 PM 4:19
LORETTA G. WHYTE
CLERK**

<u>**Via U.S. Certified Mail**</u>
Honorable Loretta G. Whyte
United States District Court
Eastern District of Louisiana
C151 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, LA 70130

      Re:   In re: Vioxx Products Liability Litigation
            MDL 1657

Dear Ms. Whyte:

     Pursuant to Pre-Trial Order No. 1, please add me to the Panel Service List attached to the Order as Exhibit A:

         Robert A. Schwartz
         Bailey, Galyen & Gold
         18333 Egret Bay Blvd.
         Suite 120
         Houston, Texas 77058
         Telephone: (281) 335-7744
         Facsimile: (281) 335-4774
         Email: bschwartz@galyen.com

     Please place your file-stamp mark on the extra copy of this request and return to our office in the enclosed postage paid envelope.

     Should you have any questions or comments, please contact me at (281) 335-7744. Thank you for your attention to and cooperation in this matter.

                    Sincerely,

                    BAILEY, GALYEN & GOLD

                    Robert A. Schwartz

RAS/dah

cc:    Panel Service List

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
✓  CtRmDep_____
\_\_ Doc. No_____