UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION )
) HON. ELDON E. FALLON
_____ )

## APPLICATION OF JAMES R. DUGAN, II FOR MEMBERSHIP ON PLAINTIFFS' STEERING COMMITTEE

I, James R. Dugan, II, am the founding partner of Dugan & Browne, PLC. I gained valuable experience working with the late Wendell H. Gauthier and the Law Firm of Gauthier, Downing, LaBarre, Beiser & Dean in the areas of class action, mass tort, and complex litigation, beginning with the seminal class action lawsuit filed against the tobacco industry on the basis of nicotine addiction, Castano v. American Tobacco, et al. I am willing and able to commit to a time consuming project, can work cooperatively with the Court and all counsel appointed to a Plaintiffs' Steering Committee, and I have experience in pharmaceutical litigation.

I am lead counsel in the cases *In Re: Vioxx Products Liability Litigation, Louisiana Health Service Company d/b/a BlueCross/BlueShield of Louisiana v. Merck & Co., Inc*, No. 05-0713, Section "L," Magistrate 3, in the United States District Court for the Eastern District of Louisiana, and *Betty A. Alexander and Allied Services Division Welfare Fund v. Merck & Co., Inc*, No. 05-0059, Section "J," Magistrate 2, in the United States District Court for the Eastern District of Louisiana, and am making this application for a position on the Plaintiffs' Steering Committee to represent the interests of third party payors. These claims are non-personal injury claims that seek refunds for prescription and medical costs associated with Vioxx use. Over the years, I have specialized in the area of pharmaceutical complex litigation representing Blue Cross of Louisiana in cases against the manufacturers of Synthroid, Fen-Phen, Rezulin, Neurontin and most recently Vioxx. I also represented the Louisiana Attorney General in the Synthroid and Baycol litigations to recoup medical costs the state medicaid program expended over these drugs. I have also represented consumers and injured clients

-1-

in a variety of pharmaceutical, aviation, railroad and maritime cases. As a result of my demonstrated skill and experience in my class action and mass tort practice, I have been appointed by the court to serve in key leadership positions in a number of large, national class action cases, which include *In Re: Synthroid Marketing Litigation*, MDL 1182, where I served as co-lead counsel in this national class action on behalf of third-party payors that were overcharged for the thyroid medication Synthroid; *In Re: Diet Drugs Litigation*, MDL 1203, where I filed a national class action on behalf of third-party payors in *Louisiana HMO v. American Home Products, et al.* and also participated as co-lead counsel for a large group of individually represented third-party payors; *In Re: Propulsid Litigation*, MDL 1355, where I was substituted to the Plaintiffs' Steering Committee after Wendell Gauthier passed away; *In Re: Rezulin Products Liability Litigation*, MDL 1348, where I was appointed by the Court as Liaison Counsel to a class of third party payors; *In Re: Industrial Life Insurance Litigation*, MDL 1371, where I serve as a member of the Plaintiffs' Executive Committee for this case involving hundreds of thousands of African-Americans who were charged higher premiums than Caucasians for the same type of burial insurance policies; *In Re: Inter-Op Hip Prosthesis Product Liability Litigation*, MDL 1401, a mass tort products liability case involving thousands of claims for personal injury over the recall of a defective hip implant for which I serve as a member on the Plaintiffs' Steering Committee; and, *In Re: Baycol Products Liability Litigation*, MDL 1431; *In Re: Meridia Products Liability Litigation*, MDL 1481; and *In Re: Serzone Products Liability Litigation*, MDL 1477, where I also was appointed to the Plaintiffs' Steering Committee in these defective drug cases. Most recently, in the *In Re: Neurontin Marketing & Sales Practices Litigation*, MDL 1629, I became a member of the Plaintiffs' Steering Committee on behalf of consumers and third party payors who are seeking a refund of monies for payments of illegal off-label promotion and use of the drug Neurontin.

In addition to Federal MDL appointments, I am lead counsel in the following Louisiana State Court class action cases, *USAgencies Casualty Insurance Company, Inc., et al v. Bridgestone/Firestone,*

*Inc.* for a class of property damage insurers recouping costs paid out due to Firestone tire rollover property damage cases; *Roxy Wright, Rosalie F. Miranda, et al v. Tenet Louisiana, Inc., et al*, for a class of uninsured patients who were billed excessive charges for hospital care; *Rose Goudeau, et al v. The Administrators of the Tulane Educational Fund, et al*, for a class of family members whose loved ones donated their bodies to the Tulane Willed Body Program but were sold by Tulane to third parties for profit; and *State of Louisiana v. Bayer, et al,* Case No. 04-439, on behalf of the State of Louisiana and the Attorney General to recoup all costs expended by the State of Louisiana on behalf of the drug Baycol.

I received my B.A. from the University of Southwestern Louisiana in Lafayette and my J.D. from the Loyola University School of Law in New Orleans, Louisiana. I am a member of the Louisiana Bar and have also been admitted to practice before a number of federal courts, including the Eastern and Middle Districts of Louisiana, and the Southern District of Alabama. I am an active member in a number of respected legal associations, including the Louisiana Trial Lawyers Association, the Jefferson Parish and Orleans Parish Bar Associations, and the Louisiana State and American Bar Associations.

I am also married and have an 18 month old son, James R. Dugan, III.

RESPECTFULLY SUBMITTED:
DUGAN & BROWNE, APLC

JAMES R. DUGAN, II (LA Bar No. 24785)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing application has this day been served on all counsel of record by hand, by facsimile, and/or by depositing same into the United States Mail, postage pre-paid, and properly addressed, this ___8___ day of *MARCH*, 2005.