UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER #4

Pursuant to Pretrial Order #1 issued by this Court on February 18, 2005, counsel for the defendants have informed the Court that they have selected Phillip A. Wittmann as Defendants' Liaison Counsel. The Court approves this decision. Accordingly, the Court designates Phillip A. Wittmann, 546 Carondelet St., New Orleans, Louisiana, 70130, to be Defendants' Liaison Counsel.

The responsibilities of Defendants' Liaison Counsel shall be the following:

1. to serve as the recipient for all Court orders for and on behalf of all defendants;

2. to coordinate service and filings for all defendants whether presently included or subsequently added;

3. to receive and distribute pleadings, orders, and motions by overnight courier service and telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

4. to carry out such other duties as the Court may order.

New Orleans, Louisiana, this 8th day of March, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE