IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT

2005 MAR -9 A II: 14

_____ G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE:  VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION FOR APPOINTMENT OF ANDY D. BIRCHFIELD, JR.
### TO PLAINTIFFS' STEERING COMMITTEE

In its Feburary 17, 2005, Pretrial Order No. 1,  Section 16,  the Court ordered applications for Plaintiffs' Steering Committee positions be submitted on or before March 28, 2005.  In accordance with that order, Andy Birchfield[1] and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. (Beasley-Allen) submit this application to be appointed to the Plaintiffs' Steering Committee in MDL No. 1657.

Andy Birchfield and the law firm of Beasley-Allen have extensive experience handling complex litigation, in particular pharmaceutical product liability litigation.  The appointment of Andy Birchfield and Beasley-Allen will further the goals of the PSC as outlined by the Court in Pretrial Order No. 1.  Andy Birchfield is head of the firm's Mass Torts Section, which includes nine lawyers and 68 staff members.  This section of the firm focuses on pharmaceutical product liability litigation.  The Beasley-Allen law firm has 38 lawyers and approximately 172 staff members.  For additional information regarding Andy Birchfield or Beasley-Allen law firm and its members, please visit the firm's website at www.beasleyallen.com.

---

[1] Birchfield is a graduate of Samford University, B.S., *cum laude*, 1988 and Jones School of Law, J.D., *magna cum laude*, 1991.



Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

In support of this application and regarding the three main criteria established by the Court in Pretrial Order No. 1, please consider the following:

A.  Willingness and availability to commit to a time-consuming project.

Andy Birchfield and the law firm of Beasley-Allen are fully committed to seeing this litigation through to final resolution.  We began litigating Vioxx cases nearly three years prior to the drug's withdrawal from the market.  At the time of the withdrawal, we had over 50 lawsuits pending in state and federal courts.  Currently, we have lawsuits filed on behalf of 90 plaintiffs pending in state and federal courts, and we have over 10,000 claims under evaluation.  Our commitment to this litigation has been demonstrated over the past three years and, if appointed to the PSC, will remain steadfast until resolution.

B.  Ability to work cooperatively with others.

Prior to the withdrawal of Vioxx from the market, Andy Birchfield and his firm worked cooperatively with Chris Seeger and Mr. Seeger's firm, as well as the handful of additional firms involved in Vioxx litigation, to coordinate discovery efforts including taking depositions, reviewing documents and retaining experts.  For nearly three years prior to Vioxx's withdrawal from the market, a high level of cooperation and coordination among plaintiffs' counsel was achieved without court intervention.  Over the course of the past five months since withdrawal from the market, Andy Birchfield and Chris Seeger have convened and conducted a series of coordinating and organizational meetings of plaintiffs' counsel with an interest in Vioxx litigation.  One purpose of these meetings, in addition to coordinating and organizing, was to share the information gained by their respective firms in litigating these claims with plaintiffs' lawyers that are new to the litigation.  These well-attended meetings were held in the following locations:  Atlanta, GA; Pasadena, CA; New York, NY; Washington, D.C.; Palm Springs, CA

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019

Americsourcebergen
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Dario Arango, M.D.
5407 South McColl Road
Suite B
Edinburg, TX 78539

Matthew H. Armstrong
Marker & Armstrong, LLC
One Metropolitan Square
Suite 2970
St. Louis, MO 63102-2793

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware
Suite 305
Beaumont, TX 77706

David A. Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

Bradley Douglas Becnel
Law Offices Of Daniel E. Becnel, Jr.
425 W. Airline Hwy.
Suite B
Laplace, LA 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 19482

C. William Berger
Furr & Cohen
One Boca Place
2255 Glades Road
Suite 337W
Boca Raton, FL 33431

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Avenue
Shreveport, LA 71108

Ellis Bradford, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
March, NY 13403

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, et al.
316 S. Baylen Street
Suite 600
Pensacola, FL 32501-5996

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Berstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Joseph R. Colingo
Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

John Driscoll
Brown & Crouppen
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

James A. Edwards
Cantey & Hanger
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center
Suite 425
Nanuet, NY 10954

Ernest Cory
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Richard E. Crum
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, AL 36302-6346

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX 77437

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John P. Eberhardt
# 1083045
1100 FM 655
Rosharon, TX 77583

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS 39211

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street
Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street
Suite 2500
Houston, TX 77002

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Huntsville, AL 35804

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Lance A. Harke
Harke & Clasby
155 South Miami Avenue
Suite 600
Miami, FL 33130

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
Professional Corp
P.O. Box 2888
210 S. Carancahua
Corpus Christi, TX 78403

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

John F. Hughes
Hamilton Law Firm
P.O. Box 1511
Meridian, MS 39302-1511

Richard A. Freese
Sweet & Freese, P.L.L.C
P.O. Box 1178
Jackson, MS 39215

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Suite 460
Cleveland, OH 44113

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 N.E. Loop 410
P.O. Box 795061
San Antonio, TX 78216

Jeffrey D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211-4092

Jennifer Haskins
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

David Hadden Hockema
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado
Bldg. 101
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Debra L. Hurst
Hurst & Hurst
401 West "A" Street
Suite 1825
San Diego, CA 92101

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

David A. Hylla
Bibrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL 62025

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street
Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street
Suite 3000
Houston, TX 77002-9934

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

Melissa C. Katz
Waters & Kraus
3219 Mckinney
Suite 3000
Dallas, TX 75204

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

R. Eric Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Timothy M. Kolman
Timothy M. Kolman And Associates
255 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

John W. Land
Bryan , Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Arnold Levin
Levin, Fishbein, Sedran &Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

David P. Matthews
Abraham, Watkins, Nichols, Sorrels, et al.
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
Independence, MO 64050

J. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158

Joseph L. McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Charles M. Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS 38614-1388

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, CA 90807

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Steven R. Minor
Elliot Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL 60606

Kenneth B. Moll
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, IL 60602

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA 91208

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

John T. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlingame, CA 94010

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

William R. Robb
Aleshire, Robb & Sevils, P.C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806

John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL 33126

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Norman E. Siegel
Stueve Helder & Siegel
330 W 47th St Ste 250
Kansas City, MO 64112

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
P.O. Box 651
Jackson, MS 39205-0651

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Geoffrey Edward Pope
Doffermyre, Shields, Canfield, Knowles & Devine
13555 Peachtree Street, N.E.
1600 The Peachtree
Atlanta , GA 30309-3269

Eric M. Quetglas-Jordan
Queglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Scott Rynecki
Rubenstien & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004-2502

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Kathryn A. Snapka
Snapka, Truman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Josephine Trovini
Westchester County Attorneys Office
600 Michaelian Office Building
148 Martime Avenue
White Plains, NY 10601

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Richard J. Weiner
Law Offices of Richard J. Weiner, P.C.
119 Rockland Center
Suite 425
Nanuet, NY 10954

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Deanna Dean Smith
Ebanks, Smith & Carlson LLP
1401 McKinney
Suite 2500
Houston, TX 77010-4034

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/ Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Leslie Weisbord
Morgan & Weisbord
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

John K. Weston
Sacks, Weston, Smolinksy, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA 19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Michael A. Ysasaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar
Suite 1000
Houston, TX 77010

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL 34102