UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR -9 PM 1: 15
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

*****************************************************************************

### VANCE ANDRUS' APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Now into court comes Vance R. Andrus who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

BY: /s/ Vance R. Andrus
Vance R. Andrus, LA Bar Roll #2484
Andrus, Boudreaux, Lemoine & Tonore
416 W. Main Street
Lafayette, LA 70501
Tel: 303.668.8944
Email: vandrus@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon counsel for all parties this 3rd day of March, 2005.

/s/ Vance R. Andrus
VANCE ANDRUS

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No _____

# Andrus, Boudreaux, Lemoine & Tonore

## A Professional Law Corporation

Vance R. Andrus*
Philip H. Boudreaux
Gregory E. Tonore**
Gregory P. Touchet

Gano D. Lemoine, Jr. of Counsel
Bernard E. Boudreaux, Jr. of Counsel

* Also Admitted in Colorado
** Also Admitted in Mississippi & Texas

416 West Main Street
Lafayette, LA 70501
Post Office Box 3347
Lafayette, LA 70502

Telephone (337) 233-3075
Facsimile (337) 233-3375

www.abltlaw.com

March 3, 2005

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

RE: MDL No. 1657 - Section L
*In Re: Vioxx Products Liability Litigation*

Dear Judge Fallon:

Pursuant to Pretrial Order No. 1, please consider this my Application for Appointment to the Plaintiffs' Steering Committee. In support thereof, applicant shows this Court that applicant is well-versed in mass tort litigation, has the willingness and availability to commit to this project, and the ability to work cooperatively with others.

## PROFESSIONAL EXPERIENCE

Mr. Andrus is a 1972 graduate of the LSU law school where he served on the Law Review and as the legal research assistant to Professor George Pugh. Subsequently, he served as the law clerk for the Honorable Justice Al Tate of the Louisiana Supreme Court. Thereafter, he worked as defense counsel for the firm of Voorhies and Labbe and also founded the defense firm of Andrus, Preis, and Kraft in Lafayette, LA. In 1987, he founded the plaintiff firm of Andrus, Boudreaux, Lemoine, & Tonore, PLC and has extensive trial experience both as plaintiff and defense counsel.

Mr. Andrus has published articles in the LSU Law Review, co-authored with Justice Tate in the Tulane Law Review and published in the Louisiana Bar Journal. He has lectured extensively to the LA Association of Defense Counsel, the LA Trial Lawyers' Association, and Mealey's National Mass Tort Conferences on Baycol, Fen-Phen and Breast Implants. He also twice served as Co-Chair of the annual Mealey's Conference on Complex Litigation, and has twice spoken on mass tort matters for the Mass Torts Made Perfect seminar series.

Mr. Andrus served for nine years as Chair of the Spitzfaden Breast Implant PSC in New Orleans. As such, he led a team of 23 law firms in simultaneous class action proceedings against Dow Chemical Corporation, Baxter Healthcare, 3M, Inc. and BritolMyersSquibb.

The Spitzfaden litigation was noteworthy in a number of respects. Over 6,000 women were represented against four major defendants. Spitzfaden constituted the only statewide certified breast implant class action to survive challenge through the State Supreme Court, and, despite over 40 writs and appeals and two removals to Federal Court, resulted in a six month trial against Dow Chemical Co., the parent of Dow Corning, Inc. That trial resulted in a unanimous plaintiff verdict on 13 counts including negligence, fraud, failure to warn and conspiracy. Ultimately, settlements were confected against all defendants except Dow Corning/Dow Chemical (which today remains tied up in bankruptcy court) resulting in over $190 million dollars recovery.

Mr. Andrus directed the activities of the Spitzfaden PSC, appointed all committees and served as a member of each. He also coordinated efforts amongst a host of outstanding trial lawyers who headed up various trial teams and settlement committees. Mr. Andrus also supervised the day to day operations of the central office staff and depository.

In another mass tort action, Mr. Andrus served as Chair of the ICON Class Action 27th of DC, LA, a suit by over 1,000 crawfishermen against the manufacturers of a chemical which killed the crawfish in South Louisiana. That litigation lasted over five years, was taken upon writs or appeals over 20 times and led to a five week trial culminating in a $45 million settlement.

Mr. Andrus has also represented clients in the Baycol, Fen-Phen, and Propulsid litigation. He presently is a member of a consortium of Texas, Louisiana, Mississippi, and Florida law firms who have screened over 5,000 Vioxx cases and represent over 1,700 clients. He is counsel of record in the following Vioxx case: *Donna Lavergne v. Merck & Co., Inc.*, Civil Action No. 04-2174, United States District Court, Western District of Louisiana, Lafayette Division and *Robert S. Geyen v. Merck & Co., Inc.*, Civil Action No. 2:05-CV-0383, United States District Court, Western District of Louisiana.

### ABILITY TO WORK COOPERATIVELY WITH OTHERS

Mr. Andrus has demonstrated this ability in every mass tort case in which he has been involved. In a large PSC, cooperation must start internally as dissension within the ranks is counter-productive.

Mr. Andrus led 23 high-profile law firms in the difficult Spitzfaden litigation. He ran monthly PSC meetings fairly and efficiently. He delegated authority over critical matters to a broad variety of attorneys and remained always available to assist them with tasks and advice. He relied upon his leaders to move the case forward. Included amongst those who held critical positions were Dawn Barrios, lead of the Down Corning Trial Team and the Appellate Team; Richard Arsenault, lead of the Baxter and 3M Settlement Committees; Calvin Fayard, lead of the

BMS Settlement Committee; Matt Lundy, who organized much of the discovery and served on the BMS Trial Team; and Dianne Nast and Elizabeth Cabraser, who dealt with class action certification matters.

However, working amongst plaintiff counsel is not enough. Mr. Andrus is also recognized for his ability to work with defense counsel. As a former member of the LA Association of Defense Counsel and after 15 years as a defense lawyer, Mr. Andrus has a special insight into the attitudes of and difficulties faced by defense counsel. His record of success in resolving disputes through negotiation demonstrates this cooperative attitude. In his thirty-plus years at the bar, Mr. Andrus has never once been admonished by any Court for a lack of civility or professionalism.

## AVAILABILITY

Pat Juneau, Special Master and Danny Clavier, CADA just finished disbursing funds in ICON, successfully completing the only other mass tort case upon which Mr. Andrus was presently serving on the PSC. Mr. Andrus and his firm, Andrus Boudreaux Lemoine & Tonore, have the financial and personal resources to devote to this case.

Indicative of his availability and interest in this case are recent activities of Mr. Andrus. In November 2004 he and Richard Arsenault were invited to make a presentation to the first Mealey's national Vioxx Seminar in Pasadena, CA. They did research and constructed an extensive timeline as well as a PowerPoint presentation consisting of over 120 slides demonstrating the history and evidence thus far adduced in this case. At the request of Scientific Evidence, Inc., Mr. Andrus made a brief presentation of that timeline at its Vioxx seminar in Houston, TX. Over 300 plaintiffs' attorneys have been taught by Mr. Andrus and Mr. Arsenault in this Vioxx matter.

Mr. Andrus has previously served as a member of the Board of the LA Association of Defense Counsel as well as that of the LA Trial Lawyers' Association and a member of the House of Delegates of LA State Bar Association. He is a member of the LA Bar Foundation and is AV rated by Martindale-Hubble.

Wherefore, mover prays this Honorable Court for consideration of his application to serve on the PSC in the above-captioned matter.

Sincerely,

*Vance R. Andrus*
VANCE ANDRUS

VA:rlm

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

Dario Arango, M.D.
5407 South McColl Road, Suite B
Edinburg, TX 78539

Bryan F. Aylstock
AYLSTOCK, WITKIN & SASSER, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

David A. Barett
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 79482

Reshonda L. Bradford
SINGLETON LAW OFFICE
4050 Linwood Avenue
Shreveport, LA 71108

Virginia M. Buchanan
LEVIN, PAPANTONIO,
THOMAS, MITCHELL, et al
316 S. Baylen Street, Suite 600
Pensacola, FL 32501-5996

Raymond S. Carroll
LAW OFFICES OF WEINER,
CARROLL & STRAUSS
119 Rockland Center, Suite 425
Nanuet, NY 10954

C. York Craig, Jr.
CRAIG, HESTER, LUKE & DODSON
P.O. Box 12005
Jackson, MS 39236-2005

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX 77437

T. Scott Allen, Jr.
CRUSE, SCOTT, HENDERSON & ALLEN
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Matthew H. Armstrong
MARKER & ARMSTRONG, LLC
One Metropolitan Square, Suite 2970
St. Louis, MO 63102-2793

Blake H. Bailey
BAILEY LAW FIRM
112 South Broadway
Tyler, TX 75702

Bradley Douglas Becnel
LAW OFFICES OF DANIEL E. BECNEL, JR.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

William C. Berger
FURR & COHEN
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Ellis Broadway, Jr.
Prisoner # 01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Elizabeth J. Cabraser
LEIFF, CABRASER
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Joseph R. Colingo
WILLIAMS, HEIDELBERG, et al
P.O. Box 1407
Pascagoula, MS 39568-1407

Richard E. Crum
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, AL 36032-6346

Eric C. Deters
ERIC C. DETERS & ASSOCIATES
5247 Madison Pike
Independence, KY 41051

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Richard J. Arsenault
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309-1190

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

Daniel E. Becnel Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
P.O. Drawer H
Reserve, LA 70084-2095

Andy Birchfield
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES
P.O. Box 4160
Montgomery, AL 36103-4160

Joseph M. Bruno
BRUNO & BRUNO, LP
855 Baronne Street
New Orleans, LA 70113

Andrew J. Carboy
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO
120 Broadway, 18th Floor
New York, NY 10271

Ernest Cory
CORY, WATSON, CROWDER & DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

John Michael D'Amato, Jr.
RUSSO, SCAMARDELLA & D'AMATO
1010 Forest Avenue
Staten Island, NY 10310

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

| | | |
|---|---|---|
| John Driscoll<br>BROWN & CROUPPEN<br>720 Olive Street, Suite 1800<br>St. Louis, MO 63101-2302 | John P. Eberhardt<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | Daniel A. Edelman<br>EDELMAN, COMBS & LATTURNER<br>120 South LaSalle Street, 18th Floor<br>Chicago, IL 60603 |
| Richard M. Edmonson<br>ARMSTRONG ALLEN<br>4450 Old Canton Road, Suite 210<br>Jackson, MS 39211 | James A. Edwards<br>CANTEY & HANGER<br>801 Cherry Street<br>Suite 2100 Burnett Plaza<br>Fort Worth, TX 76102 | Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, S.W.<br>Denham Springs, LA 70726 |
| Reginald K. Fears<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | William B. Federman<br>Federman & Sherwood<br>120 North Robinson Ave.<br>Suite 2720<br>Oklahoma City, OK 73102 | Ronald V. Fiesta<br>Kenneth B. Moll & Asso.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 |
| Allen R. Flowers<br>FLOWERS LAW FIRM<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | Shawn G. Foster<br>DAVIS, BETHUNE & JONES<br>1100 Main Street, Suite 2390<br>Kansas City, MO 64105 | Dana Casselli Fox<br>WATERS & KRAUS<br>3219 McKinney Avenue, Suite 3000<br>Dallas, TX 75204 |
| Richard A. Freese<br>SWEET & FREESE<br>P.O. Box 1178<br>Jackson, MS 29215 | Michael T. Gallagher<br>GALLAGHER LAW FIRM<br>777 Walker Street, Suite 2500<br>Houston, TX 77002 | Hector G. Gancedo<br>GANCEDO & NIEVES<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 |
| Ricardo A. Garcia<br>820 S. Main Street<br>McAllen, TX 78501 | Ronald S. Goldser<br>ZIMMERMAN REED<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402-4123 | Andrew S. Goldwasser<br>CIANO & GOLDWASSER<br>460 MK Ferguson Plaza<br>1500 West Third Street, Suite 460<br>Cleveland, OH 44113 |
| Anthony C. Graffeo<br>WATSON, JIMMERSON, GIVHAN, ET AL<br>P.O. Box 18368<br>Huntsville, AL 35804 | Tim T. Griesenbeck<br>PLUNKETT & GIBSON<br>P.O. Box 795061<br>San Antonio, TX 78216 | Jeffrey D. Guerriero<br>GUERRIERO & GUERRIERO<br>P.O. Box 4092<br>Monroe, LA 71211-4092 |
| Lance A. Harke<br>HARKE & CLASBY<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130 | Jennifer Haskins<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart Stores 702 S.W. 8th Street<br>Bentonville, AR 72716-0215 | Craig D. Hebderson<br>GARY, THOMASSON, HALL & MARK<br>P.O. Box 2888<br>Corpus Christi, TX 78403 |
| David H. Hockema<br>HOCKEMA, TIPPIT & ESCOBEDO<br>P.O. Box 720540<br>McAllen, TX 78504-0540 | Robert M. Hodges<br>WISE, CARTER, CHILD & CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205-0651 | Jesse L. Howell, III<br>COPELAND, COOK, TAYLOR & BUSH<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Debra L. Hurst<br>HURST & HURST<br>401 West "A" Street, Suite 1825<br>San Diego, CA 92101 | Mark B. Hutton<br>HUTTON & HUTTON<br>P.O. Box 638<br>Wichita, KS 67201 | Dennis J. Johnson<br>JOHNSON & PERKINSON<br>P.O. Box 2305<br>S. Burlington, VT 05403 |

| | | |
|---|---|---|
| Walter T. Johnson<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Whitman B. Johnson, III<br>CURRIE, JOHNSON, GRIFFIN,<br>GAINES & MEYERS<br>P.O. Box 750<br>Jackson, MS 39205-0750 | Christy D. Jones<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>P.O. Box 22567<br>Jackson, MS 39225-2567 |
| Richard L. Josephson<br>BAKER & BOTTS<br>One Shell Plaza<br>910 Louisiana Street, Suite 3000<br>Houston, TX 77002-9934 | Brian S. Kabateck<br>KABATECK, BROWN, KELLNER<br>350 S. Grand Avenue, 39th Floor<br>Los Angeles, CA 90071 | Melissa C. Katz<br>WATERS & KRAUS<br>3219 McKinney, Suite 3000<br>Dallas, TX 75204 |
| Sharon L. Kegerreis<br>HUGHES, HUBBARD & REED<br>201 S. Biscayne Boulevard, Suite 2500<br>Miami, FL 33131-4332 | Eric R. Kennedy<br>WEISMAN, KENNEDY & BERRIS<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | Timothy M. Kolman<br>TIMOTHY M. KOLMAN AND ASSOCIATES<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 |
| John W. Land<br>BRYAN, NELSON, RANDOLPH<br>& WEATHERS<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | Mark W. Lanier<br>LANIER LAW FIRM<br>6810 FM 1960 West<br>Houston, TX 77069 | Jeffrey D. Leathers<br>GREER, PIPKIN, RUSSELL,<br>DENT & LEATHERS<br>P.O. Box 907<br>Tupelo, MS 38802 |
| Ira H. Leesfield<br>LEESFIELD, LIEGHTON,<br> RUBIO & MAHFOOD<br>2350 South Dixie Highway<br>Miami, FL 33133 | Arnold Levin<br>LEVIN, FISHBEIN, SEDRAN &<br>BERMAN<br>50 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | Carlene Rhodes Lewis<br>GOFORTH, LEWIS, SANFORD<br>111 Bagby, Suite 2200<br>Houston, TX 77002 |
| David K. Lietz<br>COALE, COOLEY, LEITZ,<br>MCINERNY & BROADUS<br>818 Connecticut Avenue, Suite 857<br>Washington, DC 20006 | Richard A. Lockridge<br>LOCKRIDGE, GRINDAL & NAUEN<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | William O. Luckett, Jr.<br>LUCKETT LAW FIRM<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 |
| Patrick A. Malone<br>STEIN, MITCHELL & MIZINES<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036 | David P. Matthews<br>ABRAHAM, WATKINS, NICOLS, SORRELS<br>800 Commerce Street<br>Houston, TX 77002-1776 | Kenneth B. McClain<br>HUMPHREY, FARRINGTON &<br>MCCLAIN<br>221 West Lexington, Suite 400<br>Independence, MO 64050 |
| Leray J. McNamara<br>COPELAND, COOK, TAYLOR & BUSH<br>P.O. Box 6020<br>Ridgeland, MS 39158 | Joseph L. McNamara<br>COPELAND, COOK, TAYLOR & BUSH<br>P.O. Box 6020<br>Ridgeland, MS 39158 | Charles M. Merkel<br>MERKEL & COCKE<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 |
| Kirk S. Milam<br>HICKMAN, GOZA & SPARAGINS<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | Allen Scott Milavetz<br>MILAVETZ, GALLOP & MILAVETZ<br>6500 France Avenue, South<br>Edina, MN 55435 | Mason L. Miller<br>GETTY & MAYO<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 |
| Michel F. Mills<br>Perona, Langer, Beck,<br>Lallande & Serbin<br>P.O. Box 7948<br>Long Beach, CA 90807 | Daniel Minor<br>1032 Cardinal Dr.<br>Waco, TX 76712 | Steven R. Minor<br>ELLIOTT LAWSON & MINOR<br>P.O. Box 8400<br>Bristol, VA 24203-8400 |

| | | |
|---|---|---|
| Michael H. Moirano<br>NISEN & ELLIOTT<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606 | Kenneth B. Moll<br>KENNETH B. MOLL & ASSOCIATES.<br>Three First National Plaza, 50th Floor<br>Chicago, IL 60602 | Geoffrey C. Mousseau<br>MOUSSEAU & ASSOCIATES<br>1421 Valverde Place, Suite B<br>Glendale, CA 91208 |
| Edwin T. Mulhern<br>HUWEL & MULHERN<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | John T. Murray<br>MURRAY & MURRAY<br>P.O. Box 19<br>Sandusky, OH 44871 | Nast, Dianne<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 |
| Eugene R. Naylor<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson. MS 39205-0651 | Richard F. O'Malley<br>Sidley Austin Bream & Wood<br>10 South Dcarborft Sneet<br>Suite 48 Southeast<br>Chicago, IL 60603 | Gregory J. Owen<br>OWEN, PATTERSON & OWEN<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 |
| Thomas Jack Pearson<br>PEARSON & CAMPBELL, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 | Robert Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71103 | Frank M. Pitre<br>San Prancisco Airport Office Center<br>540 Malcolm Road, Suite 200<br>Burlingarne, CA 94010 |
| Geoffrey Edward Pope<br>DOTLERRN,VRE. SHIELDS,<br>CANFICID, KNOWLES & DEVINE<br>1355 Peachtree Street, N.E.<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 | Henry J. Price<br>Price, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | Eric M. Queglas-Jordan<br>Queglas LAW Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 |
| William R. Robb<br>ALESHIRE, ROBB & SIVILS<br>901 St Louis Street, Suite 1600<br>Springfield, MO 65806 | Robert D. Rowland<br>2227 South State Route 157<br>Edwardsville, IL 62025 | John H. Ruiz<br>Law Office of John H. Ruiz<br>50442 N.W. 7th Street, Suite 920<br>Miami, FL 33126 |
| Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street, Suite 1717<br>Brooklyn, NY 11241 | Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220 |
| Stuart E. Scott<br>Spangenberg, Shibley & Liber<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | Christopher A. Seeger<br>Seegex Weiss, LLP<br>One William Street, 10th Floor<br>New York. NY 10004-2502 | Norman E. Siegel<br>Stueve Helder & Siegel<br>330 W 47th Street, Suite 250<br>Kansas City, MO 64112 |
| Jeffrey B. Simon<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75104 | David Neil Smith<br>Nix, Patterson & Roach<br>205 Linda Drive<br>Dangerfield, TX 75638 | Deanna Dean Smith<br>Ebanks, Smith & Carlson<br>1401 McKinney, Suite 2500<br>Houston, TX 77010-4034 |
| Kathryn A. Snapka<br>Snapka, Turinan & Waterhouse<br>P.O. Drawer 23017<br>Corpus Christi. TX 75403 | Shanin Specter<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | Robert F. Stacy<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1064 |

John S. Steward
Meyerkord and Steward
2525 South Breritwood Boulevard
Suite 102
St. Louis, MO 63144

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213


Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 35702-1 556

Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205


Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111Congress Avenue, Suite 1010
Austin, TX  78701-0001

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558


John F. Hughes
Wilkins, Stephens & Tiptom
P.O. Box 13429
Jackson, MS 39236-3429

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Stephen G. Strauss
BRYAN CAVE, LLP.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 03102

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS  39236$3669

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712


Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Michael A. Yassaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 1000
Houston, TX 77010
Zonas, James John
Virginia M. Buchnan
P.O. Box 12308
Pensacola, FL 32501


Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339


David A. Hylla
Bilbrey & Hylla
P.O. Box 975
Edwardsville, IL 62025

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Josephine Trovini
Westchester County Attorneys Office 600 Michaelian Office Building148 Martine Avenue
White Plains, NY 10601

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan 1901
6th Avenue North
Birmingham, AL 35203

Richard I. Weiner
Law Offices Of Richard J. Weiner
19 Rockland Center, Suite 425
Nanuet, NY 10954


John K. Weston
Sacks, Weston, Smolinksy, Albert & Luber
510 Walunt Street, Suite 400
Philadelphia, PA I 9106

James J. Zonas
Attorney at Law
700 2nd Avenue, North, Suite 102
Naples, FL 34102


John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583


Barbara J. Hart
100 Park Avenue, 12th Floor
New York, NY 10017-5563


Dennis J. Johnson
Johnson & Perkinson
P.O. Box 2305
S. Burlinton, VT 05403


Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

John W. Land
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000