OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -9 P 12: 08

LORETTA G. WHYTE
CLERK

Date: _March 9, 2005_

_Eugenia Demaria Boulangga_

vs.

_Merck & Co, Inc_        (MDL 1657)

Case No. _05-0735_ Section _L_

Dear Sir:

        Please ((issue)) (re-issue) summons on the ((complaint)) (amended
complaint) (_____ amended complaint) (third party complaint)
(other: _____) to the following:

1.   (name) _MERCH & Co., Inc  through   C.T. Corp._
     (address) _8550 Bc United Plaza  Baton Rouge, La_

2.   (name) _____
     (address) _____

3.   (name) _____
     (address) _____

4.   (name) _____
     (address) _____

                        Very truly yours,

                        _Raul Bracamy_
                        "Signature"

                Attorney for _Plaintiff_
                Address _639 Loyola Ave_

                        ✓ Fee_____
                        ✓ Process _____
                        X Dktd_____
                        ___ CtRmDep_____
                        ___ Doc. No._____