UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAGISTRATE JUDGE KNOWLES |
| . . . . . . . . . . . . . . . . . . . | : | |

## NOTICE OF FILING OF
## APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW COMES, Walter C. Dumas, who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully Submitted,

Walter C. Dumas, Bar Roll No. 5163
DUMAS & ASSOCIATES LAW CORPORATION
The Lawyer's Complex
1263 Government Street
Post Office Box 1366
Baton Rouge, Louisiana  70821-1366
Telephone: (225) 383-4701
Telecopier: (225) 383-4719
E-Mail: wdumas@dumaslaw.com

By: /s/ Walter C. Dumas
Walter C. Dumas, Bar Roll No. 5163

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel named in the list labeled as Schedule B and attached to Pre-Trial Order No. 1 via U.S. Mail this 10th day of March, 2005.

/s/ Walter C. Dumas
Walter C. Dumas

T. Scott Allen, Jr.
CRUSE, SCOTT, HENDERSON & ALLEN
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

RICHARD J. ARSENAULT
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
AYLSTOCK, WITKIN & SASSER, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
BAILEY LAW FIRM
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

David A. Barett
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bradley Douglas Becnel
LAW OFFICES OF DANIEL E. BECNEL, JR.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

Daniel E. Becnel Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 79482

William C. Berger
FURR & COHEN
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy Birchfield
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES
P.O. Box 4160
Montgomery, AL 36103-4160

Reshonda L. Bradford
SINGLETON LAW OFFICE
4050 Linwood Avenue
Shreveport, LA 71108

Joseph M. Bruno
BRUNO & BRUNO, LP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
LEVIN, PAPANTONIO,
THOMAS, MITCHELL, et al
316 S. Baylen Street, Suite 600
Pensacola, FL 32501-5996

Elizabeth J. Cabraser
LEIFF, CABRASER
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
LAW OFFICES OF WEINER,
CARROLL & STRAUSS
119 Rockland Center, Suite 425
Nanuet, NY 10954

Joseph R. Colingo
WILLIAMS, HEIDELBERG, et al
P.O. Box 1407
Pascagoula, MS 39568-1407

Ernest Cory
CORY, WATSON, CROWDER & DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
CRAIG, HESTER, LUKE & DODSON
P.O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, AL 36032-6346

John Michael D'Amato, Jr.
RUSSO, SCAMARDELLA & D'AMATO
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
ERIC C. DETERS & ASSOCIATES
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
EDELMAN, COMBS & LATTURNER
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
ARMSTRONG ALLEN
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

William B. Federman
Federman & Sherwood
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK 73102

Shawn G. Foster
DAVIS, BETHUNE & JONES
1100 Main Street, Suite 2390
Kansas City, MO 64105

Michael T. Gallagher
GALLAGHER LAW FIRM
777 Walker Street, Suite 2500
Houston, TX 77002

Ronald S. Goldser
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Tim T. Griesenbeck
PLUNKETT & GIBSON
P.O. Box 795061
San Antonio, TX 78216

Craig D. Hebderson
GARY, THOMASSON, HALL & MARK
P.O. Box 2888
Corpus Christi, TX 78403

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Dennis J. Johnson
JOHNSON & PERKINSON
P.O. Box 2305
S. Burlington, VT 05403

Christy D. Jones
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225-2567

Sharon L. Kegerreis
HUGHES, HUBBARD & REED
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Ronald V. Fiesta
Kenneth B. Moll & Asso.
Three First National Plaza
50th Floor
Chicago, IL 60602

Dana Casselli Fox
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Hector G. Gancedo
GANCEDO & NIEVES
144 West Colorado Blvd.
Pasadena, CA 91105

Andrew S. Goldwasser
CIANO & GOLDWASSER
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
P.O. Box 4092
Monroe, LA 71211-4092

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Eric R. Kennedy
WEISMAN, KENNEDY & BERRIS
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Allen R. Flowers
FLOWERS LAW FIRM
341 North 25th Avenue
Hattiesburg, MS 39401

Richard A. Freese
SWEET & FREESE
P.O. Box 1178
Jackson, MS 29215

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Anthony C. Graffeo
WATSON, JIMMERSON, GIVHAN, ET AL
P.O. Box 18368
Huntsville, AL 35804

Lance A. Harke
HARKE & CLASBY
155 South Miami Avenue, Suite 600
Miami, FL 33130

Robert M. Hodges
WISE, CARTER, CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

Mark B. Hutton
HUTTON & HUTTON
P.O. Box 638
Wichita, KS 67201

Whitman B. Johnson, III
CURRIE, JOHNSON, GRIFFIN,
GAINES & MEYERS
P.O. Box 750
Jackson, MS 39205-0750

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Timothy M. Kolman
TIMOTHY M. KOLMAN AND ASSOCIATES
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

John W. Land
BRYAN, NELSON, RANDOLPH
& WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Jeffrey D. Leathers
GREER, PIPKIN, RUSSELL,
DENT & LEATHERS
P.O. Box 907
Tupelo, MS 38802

Ira H. Leesfield
LEESFIELD, LIEGHTON,
RUBIO & MAHFOOD
2350 South Dixie Highway
Miami, FL 33133

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD
111 Bagby, Suite 2200
Houston, TX 77002

David K. Lietz
COALE, COOLEY, LEITZ,
MCINERNY & BROADUS
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Richard A. Lockridge
LOCKRIDGE, GRINDAL & NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

David P. Matthews
ABRAHAM, WATKINS, NICOLS, SORRELS
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64050

Leray J. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Joseph L. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Kirk S. Milam
HICKMAN, GOZA & SPARAGINS
P.O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
MILAVETZ, GALLOP & MILAVETZ
6500 France Avenue, South
Edina, MN 55435

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Michel F. Mills
Perona, Langer, Beck,
Lallande & Serbin
P.O. Box 7948
Long Beach, CA 90807

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Steven R. Minor
ELLIOTT LAWSON & MINOR
P.O. Box 8400
Bristol, VA 24203-8400

Michael H. Moirano
NISEN & ELLIOTT
200 West Adams Street, Suite 2500
Chicago, IL 60606

Geoffrey C. Mousseau
MOUSSEAU & ASSOCIATES
1421 Valverde Place, Suite B
Glendale, CA 91208

Edwin T. Mulhern
HUWEL & MULHERN
11 New Hyde Park Road
Frank Square, NY 11010

Nast, Dianne
Roda & Nast, P.C. 801 Estelle
Drive Lancaster, PA 17601

Eugene R. Naylor
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Richard F. O'Malley
Sidley Austin Bream & Wood
10 South Dearborft Sneet
Suite 48 Southeast
Chicago, IL 60603

Gregory J. Owen
OWEN, PATTERSON & OWEN
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Thomas Jack Pearson
PEARSON & CAMPBELL, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Robert Piper, Jr.
Piper & Associates
P.O. Box 69
Shreveport, LA 71103

Frank M. Pitre
San Francisco Airport Office Center
540 Malcolm Road, Suite 200
Burlingame, CA 94010

Eric M. Queglas-Jordan
Queglas LAW Offices
P.O. Box 16606
San Juan, PR 00908-6606

John H. Ruiz
Law Office of John H. Ruiz
50442 N.W. 7th Street, Suite 920
Miami, FL 33126

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75104

Kathryn A. Snapka
Snapka, Turinan & Waterhouse
P.O. Drawer 23017
Corpus Christi, TX 75403

John S. Steward
Meyerkord and Steward
2525 South Breritwood Boulevard
Suite 102
St. Louis, MO 63144

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan 1901 6th Avenue North
Birmingham, AL 35203

Richard I. Weiner
Law Offices Of Richard J. Weiner
19 Rockland Center, Suite 425
Nanuet, NY 10954

Geoffrey Edward Pope
DOYLEBRN, VRE, SHIELDS,
CANFIELD, KNOWLES & DEVINE
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269

William R. Robb
ALESHIRE, ROBB & SIVILS
901 St Louis Street, Suite 1600
Springfield, MO 65806

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Stuart E. Scott
Spangenberg, Shibley & Liber
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX 75638

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Robert G. Sullivan
Sullivan, Papain, Block,
McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 35702-1556

Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Philadelphia, PA 19106

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Christopher A. Seeger
Seegex Weiss, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Deanna Dean Smith
Ebanks, Smith & Carlson
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1064

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, Ms. 39236-3669

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

John K. Weston
Sacks, Weston, Smolinksy,
Albert & Luber
510 Walunt Street, Suite 400

Virginia M. Buchnan
P.O. Box 12308
Pensacola, FL 32501

Barbara J. Hart
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

**Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS  38614**

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111Congress Avenue, Suite 1010
**Austin, TX 78701-0001**

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

John F. Hughes
Wilkins, Stephens & Tiptom
P.O. Box 13429
Jackson, MS 39236-3429

Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Zonas, James John
James J. Zonas
Attorney at Law
700 2nd Avenue, North, Suite 102
Naples, FL 34102

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

David A. Hylla
Bilbrey & Hylla
P.O. Box 975
Edwardsville, IL 62025

# DUMAS & ASSOCIATES LAW CORPORATION

A PROFESSIONAL LAW CORPORATION
LAWYER'S COMPLEX
1263 GOVERNMENT STREET
POST OFFICE BOX 1366
BATON ROUGE, LOUISIANA 70821-1366

WEBSITE: WWW.DUMASLAW.COM

TELEPHONE: (225) 383-4701
TOLL FREE: (800) 219-2130

TELECOPIER: (225) 383-4719

March 10, 2005

The Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

RE: In Re: VIOXX Products Liability Litigation
MDL No. 1657 – Section L

Dear Judge Fallon:

On February 17, 2005, the Court issued Pre-Trial Order No. 1 setting forth requirements for appointment to the Plaintiffs' Steering Committee. Pursuant to Pre-Trial Order No. 1, I hereby submit my application to be appointed to the Plaintiffs' Steering Committee.

I am enrolled as counsel of record in *Milton Johnson vs. Merck & Co., Inc.*, Case No. 04-CV-878, United States District Court for the Middle District of Louisiana. The Milton Johnson case was filed December 10, 2004, which was prior to the VIOXX® litigation being transferred to the United States District Court for the Eastern District of Louisiana. Merck's counsel filed an Answer to the Johnson Complaint prior to the transfer, and the Court set a scheduling conference for April 7, 2005. The Johnson case has now been transferred to the MDL.

Although, I have only filed one (1) suit, my firm, Dumas & Associates Law Corporation, represents 223 VIOXX® clients. All of our clients have taken VIOXX® in excess of 18 months and suffered either a heart attack or a stroke. We have 13 death cases.

I have been involved in class action and mass tort litigations since 1978. However, my continuous involvement without interruption began in 1990. I have been appointed to the Plaintiffs' Steering Committee in the following cases: (1) In re: Exxon Explosion Cases, Master Docket No. 1, United States District Court for the Middle District of Louisiana, Judge Frank J. Polozola (1989); (2) In re: The Matter of Complaint of Ingram Barge Company, CA No. 97-226, United States District Court for the Middle District of Louisiana, Judge John V. Parker (1997) ( Judge Parker also appointed me as Liaison Counsel and Class Counsel); (3) In re: Exxon Coker Fire Litigation, Master Docket No.

93-MS-2-A-M2, United States District Court for the Middle District of Louisiana, Judge Frank J. Polozola (1993); (4) In re: 1994 Exxon Chemical Plant Fire, Master Docket No. 94-MS-3-B-M1, United States District Court for the Middle District of Louisiana, Judge Frank J. Polozola (1994); (5) In re: Eunice Train Derailment, No. 00-1267, United States District Court for the Western District of Louisiana, Judge Richard T. Haik, Sr. (2000).

In the Eunice Train Derailment Litigation, Judge Haik appointed me as one of three attorneys to review the work and time of 59 attorneys. Our committee was responsible for recommending to the Court the amount of attorneys' fees each attorney should receive for common benefit work.

I have been appointed to the Plaintiffs' Steering Committee in the following Multi-district Litigations (MDL): (1) In re: Baycol Products Liability Litigation, MDL Docket No. 1431, United States District Court for the District of Minnesota, Judge Michael Davis (2001); and (2) In re: High Sulfur Content Gasoline Products Liability Litigation, MDL Docket No. 1632, United States District Court for the Eastern District of Louisiana, Judge Ivan L. R. Lemelle (2004). Additionally, I was appointed the Co-Chair of the Class Certification Committee.

I am presently involved in the following MDL Litigations: In re: Propulsid Products Liability Litigation, MDL No. 1355, United States District Court, Eastern District of Louisiana and In re: Diet Drug Products Liability Litigation, MDL No. 1203, United States District Court for the Eastern District of Pennsylvania, Judge Harvey Bartel, III. Additionally, I was appointed to the State Liaison Committee in the Diet Drug Litigation.

I am presently involved in the following mass tort and/or class action litigations: (1) In re: Bridgestone/Firestone, Inc. ATX, AXXII and Wilderness Tire, MDL Master File No. IP 00-9373-C-B/S, United States District Court, Southern District of Indiana; (2) In re: Meridia Products Liability Litigation, MDL No. 1481, United States District Court, Northern District of Ohio, Eastern Division; (3) In re: Serzone Products Liability Litigation, MDL No. 1477, United States District Court, Southern District of West Virginia; and (4) In re: Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, United States District Court, Western District of Washington at Seattle.

Additionally, I have served as Co-National Chair and Treasurer of the Ephedra Litigation Group.

My appointment to the committees mentioned above clearly demonstrates my ability to work cooperatively with other attorneys.

Additionally, I have been appointed to the Plaintiffs' Steering Committee and class counsel in several state class action litigations.

The managing attorney of Dumas & Associates Law Corporation, Patti Durio Hatch, has also been appointed by the Federal Court Judges to the Plaintiffs' Steering Committees in the following MDL cases: In re: Meridia Products Liability Litigation, MDL No. 1481, United States District Court, Northern District of Ohio, Eastern Division, Judge James S. Gwin and In re: Serzone Products Liability Litigation, MDL No. 1477, United States District Court, Southern District of West Virginia, Judge Joseph R. Goodwin. Other attorneys in my firm have also been involved in MDL cases.

I have attended meetings throughout the United States called for the purpose of organizing and promoting coordination of VIOXX® litigation effort. I am a member of the American Trial Lawyers Association VIOXX® Litigation Group. Most recently, on March 9, 2005, I attended a conference on Cox-2 Inhibitors in Houston, Texas. The conference was led by medical experts in the fields of Cardiology, Internal Medicine, Pharmacology, Toxicology, and Epidemiology, who presented information on the latest scientific and medical data on the mechanisms of action, side-effects, drug interactions, and adverse health effects that are associated with the use of the Cox-2 Inhibitors.

I have been an invited speaker by the Louisiana State Bar Association, Topic: *"Class Action"*; Southern University Law Center Continuing Legal Education, Topic: *"Anatomy of A Mass Tort Case"*; American Trial Lawyers Association, Topic: *"Pharmaceuticals and Medical Devices PPA, Ephedra, Lotronex, and Sulzer Hip Implants"*; National Bar Association, Topic: *"Mass Torts"*; and African-American Judges of Louisiana, Topic: *"Class Actions"*.

Attorneys from Alabama, Tennessee, and Arkansas who wish to refer their VIOXX® have contacted me to refer cases to my firm. We are in the process of screening the Alabama cases.

I have the experience, resources, and time to serve as a member of the Plaintiffs' Steering Committee. More importantly, I will work cooperatively with other attorneys.

I respectfully request your Honor consider my application for appointment to the Plaintiffs Steering Committee.

Sincerely,

Walter C. Dumas

WCD/tty