

ATTORNEYS at LAW

# CLIMACO / LEFKOWITZ / PECA / WILCOX & GAROFOLI
## CO., LPA

Litigation / Business Law / Municipal Law / Personal Injury

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED | MAR 1 0 2005

**LORETTA G. WHYTE**
CLERK

Clerk's Office
500 Poydras St.
Room C151
New Orleans, LA 70130

     Re:    Vioxx MDL 1657

To Whom It May Concern:

I am writing to request that the following names be added to the Panel Attorney Service List for MDL 1657:

John R. Climaco
John A. Peca
Terri A. Lightner
Dawn M. Chmielewski
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, Ohio 44115

Thank you very much.

Sincerely,

*Dawn M. Chmielewski*

Dawn M. Chmielewski

cc:    All attorneys of record

___ Fee_____
___ Process_____
X /Dktd_____
✓ CtRmDep_____
___ Doc. No_____

*www.climacolaw.com*

1228 Euclid Avenue / Suite 900 / Cleveland, OH 44115    216.621.8484 P   216.771.1632 F

**Offices in: CLEVELAND, OH / COLUMBUS, OH / NEW ORLEANS, LA**

Committed
to Clients &
Community