UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 1657<br>HON. ELDON E. FALLON |

This Document Relates to All Cases

## APPLICATION FOR APPOINTMENT OF JERROLD S. PARKER
## TO PLAINTIFFS' STEERING COMMITTEE

I, Jerrold S. Parker, am a Senior Partner in the New York law firm of Parker & Waichman, LLP. Our law firm has a long history of acting in leadership roles in various mass tort and complex litigation matters. I wish to serve on the Plaintiffs' Steering Committee in this MDL, have the requisite background and experience to do so, and am able to commit the time and resources necessary.

Parker & Waichman, LLP began representing Vioxx clients in April of 2000 and has been active in this litigation ever since. I have been retained by more than 1,300 clients who took Vioxx and suffered serious side effects, including heart attack, stroke and/or death. As a result, both myself and my firm have been and will continue to be fully committed to devoting the necessary time, attention and resources to this litigation.

I was a member of the Executive Committee in *In re: Prozac Product Liability Litigation*, MDL 907. I am also a member of the Plaintiffs' Steering Committee in the World Trade Center Bombing Litigation. I am a member of the Plaintiffs' Steering Committee and Discovery Sub-committee in *In re: Zyprexa Products Liability Litigation*, MDL No. 1596. I am also a member of the National Steering Committee for Vaccine Litigation and a member of the Plaintiffs' Steering Committee in *In re: Accutane*

*Products Liability Litigation,* MDL No. 1626. In addition, I was a member of the New York State Steering Committee in the Rezulin litigation and a member of the New York State Steering Committee in the Diet Drug litigation.

My dedication and devotion to mass tort litigation was formally recognized by several governmental agencies, including the United States Congress, who awarded me a Proclamation and a Congressional Achievement Award. I also received a Proclamation from the City Counsel of the City of New York, a Senate Proclamation from the New York State Senate, a Citation from the New York State Assembly, and a Citation of Honor from the Borough President of Queens for my work in representing children who suffered injuries due to childhood vaccines.

I have had the pleasure of previously collaborating with many of the law firms involved in this litigation in other mass-tort litigation and various complex litigation projects. Our collaborative efforts have proved to be a successful model for efficient case management, coordinated discovery and pre-trial proceedings.

I, along with my partner, Herbert L. Waichman, and additional attorneys from our office, have been invited to attend and have participated in numerous meetings around the country consisting of groups of attorneys, where the focus was Vioxx litigation and a coordinated approach to organize, develop and implement an efficient pre-trial and case management strategy. We anticipate continuing to contribute in this fashion throughout this litigation.

Parker & Waichman, LLP has a team of lawyers who are ready and able to devote their efforts to this MDL. We have lawyers, paralegals and other support staff whose time and efforts will be devoted almost exclusively to this litigation. Our attorneys serve

on sub-committees in several pending MDL's, have spent substantial time participating in nationally coordinated document review as a part of ongoing discovery efforts, and have published in the area of mass tort litigation. We have the attorney and staffing requirements to properly handle the workload involved in this MDL.

Parker & Waichman, LLP has been recognized as leaders in the fields of defective drug liability, defective medical devices, products liability, toxic torts, multi-district litigation, vaccine litigation, and other complex litigation. We are committed to the ethical and zealous representation of our clients, and to the highest standards of the legal profession. We are rated AV by Martindale-Hubbell and listed in the Martindale-Hubbell Bar Registry of Preeminent Lawyers.

Based on my experience in this type of litigation, my ability to expend the time and resources necessary to take this matter through the MDL process, and my ability to collaborate in a productive and cooperative effort with the other firms involved in this litigation, I respectfully request appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____
JERROLD S. PARKER (#6865)
PARKER & WAICHMAN, LLP
111 Great Neck Road, 1st Floor
Great Neck, New York 11021
(516) 466-6500
(516) 466-6665 fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon all counsel of record by United States mail, postage prepaid, and properly addressed this 9th day of March, 2005.

_____
JERROLD S. PARKER

Mr. Allen Scott Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019

Mr. Blake Barley
Barley Law Firm
112 South Broadway
Tyler, TX 75702

Mr. Bradley Becnel
Law Offices of Daniel E. Becnel, Jr.
425 West Airline Highway
Suite #B
Laplace, LA 70068

Mr. William Berger
Furr & Cohen
1 Boca Place
2255 Glades Road
Boca Raton, FL 33431

Mr. Joseph Bruno
Bruno & Bruno, LLP.
855 Baronne Street
New Orleans, LA 70113

Mr. Andrew Carboy
Sullivan, Papain, Block, McGrath, & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Mr. Ernest Cory
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite #200
Birmingham, AL 35205

Mr. John Michael D'Amato Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Mr. John Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Mr. Calvin C Fayard Jr.
Fayard & Honeycutt
519 Florida Avenue Southwest
Denham Springs, LA 70726

Mr. Richard Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Mr. Steven Barkley
3560 Delaware
Suite #305
Beaumont, TX 77706

Mr. Daniel Becnel Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer #H
Reserve, LA 70084-2095

Mr. Andy Birchfield Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box #4160
234 Commerce Street
Montgomery, Al 36103-4160

Ms. Virginia Buchanan
Levin, Papantonio, Thomas, Mitchell, Eschner & Proctor
316 South Baylen Street
Suite #600
Pensacola, FL 32501

Mr. Raymond Carroll
Law Offices Of Weiner, Carroll & Strauss
1190 Rockland Center
Suite #425
Nanuet, NY 10954

Mr. C. York Craig Jr.
Craig, Hester, Luke & Dodson
P.O. Box #12005
Jackson, MS 39236-2005

Mr. Eric Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Mr. Daniel Edelman
Edelman, Combs & Latturner, LLC.
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Mr. Reginald Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Mr. Bryan Aylstock
Aylstock, Witkin, & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Mr. David Barrett
Boles, Schiller & Flexner, LLP.
570 Lexington Avenue
16th Floor
New York, NY 10022

Bergen Brunswig
P.O. Box #959
Valley Forge, PA 19482

Ms. Reshonda Bradford
Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108

Ms. Elizabeth Cabraser
Lieff, Cabraser, Heimann & Bernstei
LLP.
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3339

Mr. Colingo Joseph
Williams, Heidelberg, et al.
P.O. Box #1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

Mr. Richard Crum
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box #6346
Dothan, AL 36302-6346

Mr. Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

Mr. Richard Edmonson
Armstrong Allen, PLLC.
4450 Old Canton Road
Suite #210
Jackson, MS 39211

Mr. William Federman
Federman & Sherwood
120 North Robinson Avenue
Suite #2720
Oklahoma City, OK 73102

Mr. Ronald Fiesta
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, IL 60602

Ms. Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue
Suite #3000
Dallas, TX 75204

Mr. Hector Gancedo
Gancedo & Nieves
144 West Colorado Boulevard
Pasadena, CA 91105

Mr. Ronald S. Goldser
Zimmerman Reed, PLLC.
651 Nicollet Mall
Suite #501
Minneapolis, MN 55402-4123

Mr. Timothy Griesenbeck
Plunkett & Gibson
Renaissance Plaza
Suite #1100
San Antonio, TX 78216

Mr. Lance Harke
Harke & Clasby
155 South Miami Avenue
Suite #600
Miami, FL 33130

Mr. Robert Hodges
Wise, Carter, Child & Caraway
600 Heritage Building
401 East Capitol Street
Jackson, MS 39205-0651

Mr. Mark Hutton
Hutton & Hutton
P.O. Box #638
Wichita, KS 67201

Mr. Walter Johnson
Watkins & Eager
P.O. Box #650
Jackson, MS 39205-0650

Mr. Richard Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Plaza
Houston, TX 77002-9934

Mr. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Mr. Richard Freese
Sweet & Freese, PLLC.
P.O. Box #1178
Jackson, MS 39215

Mr. Ricardo Garcia
820 South Main Street
McAllen, TX 78501

Mr. Andrew Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Cleveland, OH 44113

Ms. Patricia Griffith
**BAD ADDRESS**
1045 Evelyn Avenue
**BAD ADDRESS**
Clarksdale, MS 38614

Mr. Craig Hebderson
Gary, Thomasson, Hall & Mark
Professional Corp
P.O. Box #2888
Corpus Christi, TX 78403

Mr. Jesse Howell III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse
Suite #200
Ridgeland, MS 39158-6020

Mr. David Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box #975
Edwardsville, IL 62025

Mr. Whitman B. Johnson III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box #750
Jackson, MS 39205-0750

Ms. Melissa C. Katz
Waters & Kraus
3219 McKinney Avenue
Suite #3000
Dallas, TX 75204

Mr. Shawn Foster
Davis, Bethune & Jones, LLC.
1100 Main Street
Suite #2390
Kansas City, MO 64105

Mr. Michael T Gallagher
Gallagher Law Firm, P.C.
777 Walker Street
Suite #2500
Houston, TX 77002

Ms. Mary Gibson
P.O. Box #400
St. Mary's, GA 31558

Mr. Anthony C. Graffeo
Watson, Jimmerson, Givham, et al.
203 Greene Street
P.O. Box 18368
Huntsville, AL 35804

Mr. Jeffrey D. Guerriero
Guerrero & Guerriero
P.O. Box #4092
Monroe, LA 71211-4092

Mr. David Hadden Hockema
Hockema, Tippit & Escobedo, LLP.
1 Paseo Del Prado
Building #101
McAllen, TX 78504-0540

Mr. John Hughes
Wilkins, Stephens & Tipton
P.O. Box #13429
Jackson, MS 39236-3429

Mr. Dennis Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box #2305
South Burlington, VT 5403

Ms. Christy Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box #22567
Jackson, MS 39225-2567

Ms. Sharon Kegerreis
Hughes, Hubbard, & Reed, LLP.
201 South Biscayne Boulevard
Suite #2500
Miami, FL 33131-4332

Mr. Eric Kennedy
Weisman, Kennedy & Burns
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mr. Timothy Kolman
Timothy M. Kolman And Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Mr. Mark W. Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Mr. Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite #500
Philadelphia, PA 19106

Mr. Richard Lockridge
Lockridge, Grindal & Nauen PLLC.
100 Washington Avenue South
Suite #2200
Minneapolis, MN 55401-2179

Mr. David Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Ms. Kim Medaers
Crouch & Ramey
1445 Rose Avenue
Suite #2300
Dallas, TX 75202

Mr. Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue South
Edina, MN 55435

Mr. Steven R. Minor
Elliott Lawson & Minor, P.C.
P.O. Box #8400
Bristol, VA 24203-8400

Mr. Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Franklin Square, NY 11010

Mr. Norman Kleinberg
Hughes, Hubbard, & Reed, LLP.
One Battery Park Plaza
New York, NY 10004

Mr. Joel Lamp
Assistant General Counsel
Tort Litigation Division, Wal-Mart
Stores, Inc.
702 Southwest 8th Street
Bentonville, AR 72716-0215

Mr. Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box #907
Tupelo, MS 38802

Ms. Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP.
1111 Bagby
Suite #2200
Houston, TX 77002

Mr. William Luckett Jr.
Luckett Law Firm
P.O. Drawer #1000
Clarksdale, MS 38614-1000

Mr. Kenneth McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite #400
Independence, MO 64050

Mr. Charles Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS 38614-1388

Mr. Mason Miller
Gety & Mayo, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, KY 40507

Mr. Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite #2500
Chicago, IL 60606

Mr. Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite #2550
New Orleans, LA 70112-4000

Ms. Marjory Knoll
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Mr. John W. Land
Bryan, Nelson, Randolph, & Weather
P.O. Drawer #18109
Hattiesburg, MS 39404-8109

Ms. Ira Leesfield
Leesfield, Leighton, Rubio & Mahfo
P.A.
2350 South Dixie Highway
Miami, FL 33133

Mr. David Lietz
Coale, Cooley, Lietz, McInerny, &
Broadus
818 Connecticut Avenue
Suite #857
Washington, DC 20006

Mr. Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue Northwest
Suite #1100
Washington, DC 20036

Mr. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A
200 Concourse
Suite #200
Ridgeland, MS 39158-6020

Mr. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawers #668
Oxford, MS 38665-0668

Mr. Daniel Minor
1032 Cardinal Drive
Waco, TX 76712

Mr. Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite #B
Glendale, CA 91208

Ms. Dianne M Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Mr. Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Building
401 East Capitol Street
Jackson, MS 39205-0651

Mr. Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Mr. Geoffrey Edward Pope
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, Northeast
1600 The Peachtree
Atlanta, GA 30309-3269

Mr. William R. Robb
Aleshire, Robb & Sivils, P.C.
901 St. Louis Street
Suite #1600
Springfield, MO 65806

Mr. Scott Rynecki
Rubenstein & Rynecki
16 Court Street
Suite #1717
Brooklyn, NY 11241

Mr. Stuart E. Scott
Spangenberg, Shibley & Liber, LLP.
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Mr. David Neil Smith
Nix, Patterson & Roach, LLP.
205 Linda Drive
Dangerfield, TX 75638

Mr. Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Mr. Robert Sullivan
Sullivan, Papain, Block, McGrath, & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Mr. Lawrence D. Wade Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box #1856
Greenville, MS 38702-1856

Mr. Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite #48 Southeast
Chicago, IL 60603

Mr. Robert E. Piper Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box #69
Shreveport, LA 71103

Mr. Henry J. Price
Price, Potter, Jackson, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Mr. Robert D. Rowland
2227 South State Route #157
Edwardsville, IL 62025

Mr. Stephen V. Saia
Law Offices Of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Mr. Christopher A. Seeger
Seeger & Weiss, LLP.
One William Street
10th Floor
New York, NY 10004-2502

Ms. DeAnna Dean Smith
Ebanks, Smith & Carlson, LLP.
1401 McKinney
Suite #2500
Houston, TX 77010-4034

Mr. Robert Stacy
Daniel, Coker, Horton & Bell
P.O. Box #1082
Jackson, MS 39215-1084

Ms. Casandra F. Thomas
514-C Woodrow Wilson Avenue
J
Jackson, MS 39213

Mr Chris J. Walker
Markow Walker, P.A.
P.O. Box #13669
Jackson, MS 39236-3669

Mr. Gregory Owen
Owen, Patterson & Owen
23822 West Valencia Boulevard
Suite #201
Valencia, CA 91355

Mr. Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite #200
Burlingame, CA 94010

Mr. Eric M. Quetglas-Jordan
Queglas Law Offices
P.O. Box #16606
San Juan, PR 00908-6606

Mr. John Ruiz
Law Office Of John H. Ruiz
5040 Northwest 7th Street
Suite #920
Miami, FL 33126

Mr. Paul R.M. Schwebel
5637 Rundle Court
Indianapolis, IN 46220

Mr. Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite #3000
Dallas, TX 75204

Ms. Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua
Suite #1511
Corpus Christi, TX 78403

Mr. John S. Stewart
Meyerkord & Steward
2525 South Brentwood Boulevard
Suite #102
St. Louis, MO 63144

Mr. Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, Northwest
Suite #400
Washington, DC 20036

Mr. Thomas Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Ms. Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
P.O. Box #55927
Birmingham, AL 35255-5972

Ms. Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite #3000
Dallas, TX 75243

Mr. James Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Austin, TX 78701-0001

Ms. Barbara Hartu
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue
12th Floor
New York, NY 10017-5563

Mr. Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite #4400

Ms. Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Ms. Jewell E. Welch III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Mr. James John Zonas
James J. Zonas, Attorney at Law
700 2nd Avenue, North
Suite #102
Naples, FL 34102

Mr. Steven Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite #4400
Dallas, TX 75201

Mr. Richard J. Weiner
Law Offices Of Richard J. Weiner, P
119 Rockland Center
Suite #425
Nanuet, NY 10954

Mr. John K. Weston
Sacks, Weston, Smolinksy, Albert & Luber
510 Walnut Street
Suite #400
Philadelphia, PA 19106

Ms. Nadeem Haider
606 North Jefferson Street
Louisville, MS 39339

Ms. Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucha
100 Park Avenue
12th Floor
New York, NY 10017-5563