UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 10 2005
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:     VIOXX<br>PRODUCTS LIABILITY LITIGATION | )   MDL NO. 1657<br>)   HON. ELDON E. FALLON<br>) |

### APPLICATION OF JOSE ESCOBEDO FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE ("PSC")

I.
PERSONAL/PROFESSIONAL BACKGROUND

I offer diversity, experience in managing complex litigation and four (4) years of knowledge about Vioxx litigation. My name is Jose Escobedo. I am a partner with the firm of Hockema, Tippit & Escobedo, L.L.P., located in McAllen, Texas (South Texas). I have over 15 years in experience in complex products liability actions and have 4 years of experience in Vioxx litigation. I am fluent in Spanish and frequently engage in legal matters in the Spanish language.

I graduated from the University of Texas School of Law in 1989. After law school, I joined the firm of Atlas & Hall as an associate working in the area of product liability defense. During my four (4) years with Atlas & Hall, I participated in the defense of numerous manufacturers including General Motors, Chrysler Corporation, Miller Brewing Company, Clark Equipment Company and Westinghouse Corporation. I left Atlas & Hall in 1993 to work with a plaintiffs' law firm specializing in products liability. Then, in 1997, I formed my current law firm.

Hockema, Tippit & Escobedo, L.L.P has five lawyers, three para-legals, two certified investigators and a secretarial/clerical staff dedicated to prosecuting and trying plaintiffs' product liability actions. We have state of the art computer hardware and software required to manage complex litigation, including wireless networked computers and multiple servers. We have multiple high speed copiers and scanners and broadband Internet access. We use the software SUMMATION® to manage the deposition transcripts and documents in all of our cases.

I have tried numerous complex product liability cases. Three (3) of those cases have resulted in verdicts in excess of $10 million. The first case was *Ortega v. General Motors* and involved a post-collision fuel fed fire and a defective fuel system. The jury returned a $57 million dollar verdict. In *Solis v. Fiatallis North America, Inc.*, the plaintiffs sued the manufacturer of a motor grader for a design defect. The jury's verdict in that case was $18 million. A few weeks ago, we tried the case of *Camacho v. Whirlpool Corporation*, a products liability suit involving allegations of a design defect in a clothes dryer. The jury awarded our clients $14 million in that case. The lawyers in my law firm have recovered eight other verdicts in excess of $10 million. I have tried numerous other cases which have resulted in verdicts and/or settlements of over $1 million. Further, my firm has recovered five (5) settlements in excess of $10 million and over 40 settlements in excess of $1 million.

Airline service in and out of McAllen, Texas is provided via McAllen Miller International Airport, which is serviced by both Continental Airlines and American Airlines. Southwest Airlines flies out of Valley International Airport, which is about 30 minutes from our office. Generally, I can arrive in New Orleans within 2-3 hours from boarding an airplane in McAllen or Harlingen.

## II.
## EXPERIENCE IN VIOXX LITIGATION

In early October of 2001, I was retained by Felicia Garza to investigate whether Vioxx had caused the fatal heart attack of her husband. Ms. Garza had recently seen a news program discussing the findings of the the study entiltled, "*Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors*" by D. Mukherjee, S. Nissen, E. Topol. Upon being hired by Ms. Garza, my firm began the painstaking process of investigating Vioxx and determining whether there was any causal relationship between the use of Vioxx and Mr. Garza's heart attack.

We began to research Vioxx; the VIGOR study, which was the subject of the Mukherjee article; FDA documents and other relevant studies on the drug. We also started discussions with expert witnesses, both potential testifying and consulting experts, relating to the pharmacology of the drug and the product labeling for Vioxx. We hired consultants in cardiology, epidemiology, internal medicine, forensic pathology and FDA labeling requirements.

Even prior to filing the lawsuit, our research on Vioxx, and any possible cardiovascular concerns, generated enough documents to fill one of our conference rooms. Our research included the following:

a) Numerous studies on the specific inhibition of the COX-2 enzyme;
b) NDA and IND documents relating to Vioxx;
c) Various FDA untitled and warning letters relating to Merck's marketing of Vioxx; and
d) Minutes and related documents for the Feb. 8, 2001 meeting of the FDA Arthritis Advisory Committee relating to cardiovascular risks associated with Vioxx.

On March 10, 2003, after the requisite statutory notice periods had passed, I filed the case of *Felicia Garza, et.al. v. Merck & Co.* Inc. in Starr County, Texas. The Garza case was one of the first Vioxx cases filed in the country.

We served Merck with specific and thorough interrogatories and requests for production. After numerous motions to compel, our requests for production resulted in the production of over 1.5 million pages of documents ( presently, over 3 million pages have been produced). All of the documents are in digitized form and contained in our multiple hard drives. We use the program SUMMATION® to manage transcripts and control and retrieve documents. All of the transcripts and the document database are fully searchable.

After a thorough review of the documents produced, I started taking corporate representative depositions. To date, I have deposed over fifteen (15) Merck corporate representatives and designated testifying experts including:

a) James Dunn (training and employment of Merck sales representatives);
b) Deborah Shapiro (the unblinded statistician for the VIGOR trial);
c) Linda Hostelley (Executive Director, Worldwide Product Safety & Quality Assurance);
d) Leonard Tacconi (direct to consumer marketing);
e) Thomas Bold (clinical risk management and safety surveillance);
f) Alise Reicin (Vice-President of Clinical Research);
g) Juan de la Fuente, Jr. ( Merck detail person or sales representative);
h) Arturo Gonzalez (Merck detail person or sales representative);
i) Thomas Casola (Executive director, Office of Medical/Legal);
j) Bernadette McKeon (Director of Medical Services);
k) Nancy Santanello (Executive Director, Epidemiology);
l) Leonard Silverstein (Executive Director, Medical Services);

m)   Merlin Wilson (testifying expert);
n)   Craig Pratt (testifying expert); and
o)   Michael Gaziano (testifying expert).

Since the recall of Vioxx, our office has been working cooperatively with other law firms to joint venture Vioxx cases. Along with the offices of Snapka, Turman & Waterhouse L.L.P in Corpus Christi, Texas, we have conducted seminars in Texas to assist plaintiffs' lawyers that were new to the Vioxx litigation. I have spoken at numerous seminars on Vioxx litigation, including the 2004 Personal Injury Law Seminar in Corpus Christi, and have attended numerous meetings relating the coordination of Vioxx lawsuits around the country.

### III.
### CONCLUSION

I believe the members of the PSC should be as diverse as the claimants. Ten of the cases listed in Schedule A, attached to Pretrial Order #1, include plaintiffs of Hispanic origin. Presently, we have three cases that are subject to the federal MDL: Juan Enrique Gavito — Case No. B-05-066; Maria Emma Hinojosa — Case No. M-04-373; Felicia Garza — Case No. M-05-017 (Plaintiffs are pursuing a Motion to Remand in the Garza case).

Our firm has over 40 unfiled Vioxx cases (limited to heart attacks and strokes) which are being reviewed by our team of experts. Including the cases which have been signed by or referred to our joint venturing law firms, the number of Vioxx cases that will be filed number in the hundreds. As a result, my firm and I plan to dedicate a substantial amount of time and resources to this endeavor. This is perfectly consistent with the amount of time and energy that will be required of those individuals appointed to the PSC. Further, I have the experience, not only in complex litigation, but in Vioxx litigation, that is required to be a member of the PSC. As noted above, I have conducted the discovery necessary to prepare a Vioxx case for trial. I have participated, with considerable success, in the typical pre-trial motions that will have to be addressed by this Court.

I respectfully request appointment to the Plaintiffs' Steering Committee. I have extensive experience in Vioxx litigation, and I stand ready and willing to perform the duties required of a member of the Committee.

Respectfully submitted,

**HOCKEMA, TIPPIT & ESCOBEDO, L.L.P.**
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539-9672
*Mailing address:*
P.O. Box 720540
McAllen, TX 78504-0540
Telephone:   (956) 631-9112
Telecopier:   (956) 630-9472

BY: _____
Joe Escobedo, Jr.
Texas State Bar No. 06665850
Federal ID No. 12203

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of **March, 2005**, a true and correct copy of the above and foregoing **APPLICATION OF JOE ESCOBEDO FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE ("PSC")**, was served upon counsel of record.

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX   77019

Americsourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA   19087

Matthew H. Armstrong
Marker & Armstrong, LLC
One Metropolitan Square, Suite 2970
St. Louis, MO   63102-2793

Richard J. Arsenault
Neblert Beard & Arsenault
P.O. Box 1190
Alexandria, LA   71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL   32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX   75702

Steven C. Barkley
3560 Delaware Suite 305
Beaumont, TX   77706

David A. Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Ave., 16th Floor
New York, NY   10022

Bradley Douglas Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, LA   70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA   70084-2095

Brunswig Bergen
P.O. Box 959
Valley Forge, PA   19482

Mark W. Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX   77069

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS   38802

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, PA
2350 South Dixie Highway
Miami, FL   33133

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA   19106

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX   77002

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, DC   20006

Richard A. Lockridge
Lockridge, Grindal & Nauen PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN   55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS   38614-1000

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC   20036

David P. Matthews
Abraham, Watkins, Nichols, Sorrels, et al
800 Commerce Street
Houston, TX   77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, PC
221 West Lexington, Suite 400
Independence, MO   64050

William C. Berger
Furr & Cohen
One Boca Blace
2255 Glades Rd., Ste. 337W
Boca Raton, FL   33431

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL   36103-4160

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Ave.
Shreveport, LA   71108

Ellis Broadway, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY   13403

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA   70113

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, et al
316 S. Baylen Street, Suite 600
Pensacola, FL   32501-5996

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA   94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY   10271

Raymond S. Carroll
Law Offices of Wiener, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY   10954

Joseph R. Colingo
Williams, Heidelberg, et al
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS   39568-1407

Ernest Cory
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL   35205

J. Leray McNamara
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS   39158

Joseph L. McNamara
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS   39158-6020

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue, Suite 2300
Dallas, Texas 75202

Charles M. Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS   38614-1388

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS   38655-0668

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN   55435

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY   40507

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, CA   90807

Daniel Minor
1032 Cardinal Dr.
Waco, TX   76712

Steven R. Minor
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA   24203-8400

Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL   60606

Kenneth B. Moll
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS   39236-2005

Richard E. Crum
Cobb, Shealy, Crum & Derrick, PA
P.O. Box 6346
Dothan, AL   36302-6346

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, PC
1010 Forest Avenue
Staten Island, NY   10310

Dana Foster, PA
2731 Brook Bend Land
El Campo, TX   77437

Eric C. Deters
Eric C. Deters & Associates, PSC
5247 Madison Pike
Independence, KY   41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX   75089

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO   63101-2302

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX   77583

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL   60603
Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS   39211

James A. Edwards
Cantey & Hanger
801 Cherry Street, Suite 2100
Burnett Plaza
Fort Worth, TX   76102

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, SW
Denham Springs, LA   70726

50th Floor
Chicago, IL   60602

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA   91208

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY   11010

John T. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH   44871

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA   70112-4000

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA   17601

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
Jackson, MS   39205-0651

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL   60603

Gregory J. Owen
Owen, Patteson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA   91355

Thomas Jack Pearson
Pearson & Campbell, PC
2394 Calder Avenue
Beaumont, TX   77702

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA   71103

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX   77320

William B. Federman
Federman & Sherwood
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK   73102

Ronald V. Fiestal
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 50th Floor
Chicago, IL   60602

Allen R. Flowers
Flowes Law Firm
341 North 25th Avenue
Hattiesburg, MS   39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO   64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX   75204

Richard A. Freese
Sweet & Freese, PLLC
P.O. Box 1178
Jackson, MS   39215

Michael T. Gallagher
Gallagher Law Firm, PC
777 Walker Street, Suite 2500
Houston, TX   77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA   91105

Richardo A. Garcia
Attorney At Law
820 S. Main Street
McAllen, TX   78501

Mary Gibson
P.O. Box 400
St. Mary's, GA   31558

Ronald S. Goldster
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN   55402-4123

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA   94010

Geoffrey Edward Pope
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA   30309-3269

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, In   46204

Eric M. Quetglas-Jordan
Queglas Law Offices
P.O. Box 16606
San Juan, PR   00908-6606

William R. Robb
Aleshire, Robb & Sivils, PC
901 St. Louis Street
Suite 1600
Springfield, MO   65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL   62025

John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL   33126

Scott Rynecki
Rubenstin & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY   11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA   2359

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN   46220

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH   44114

Christopher A. Seeger
Seeger Weiss, LLP

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 W. Third Street, Ste. 460
Cleveland, OH   44113

Anthony C. Graffeo
Watson, Jimmerson, Givhan, et al
203 Greene Street
P.O. Box 18368
Huntsville, AL   35804

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 NE Loop 410
San Antonio, TX   78216

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS   38614

Jeffrey D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA   71211-4092

Lance A. Harke
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL   33130

Jennifer Haskins
Joel C. Lamp
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR   72716-0215

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
Professional Corp.
210 S. Carancahua
Corpus Christi, TX   78403

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS   39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS   39158-6020

John F. Hughes
Hamilton Law Firm
P.O. Box 1511
Meridian, MS   39302-1511

One William Street
10th Floor
New York, NY   10004-2502

Norman E. Siegel
Stueve Helder & Siegel
330 W. 47th Street, Ste. 250
Kansas City, MO   64112

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX   75204

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX   75638

Deanna Deam Smith
Ebanks, Smith & Carlson, LLP
1401 McKinney
Suite 2500
Houston, TX   77010-4034

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX   78403

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA   19102

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS   39215-1084

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO   63144

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO   63102

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY   10271

Debra L. Hurst
Hurst & Hurst
401 West "A" Street, Suite 1825
San Diego, CA   92101

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS   67201

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL   62025

Dennis L. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT   5403

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street, Ste. 300
Jackson, MS   39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS   39205-0750

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS   39225-2567

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street, Ste. 3000
Houston, TX   77002-9934

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue, 39th Floor
Los Angeles, CA   90071

Melissa C. Katz
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX   75204

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Blvd., Suite 2500
Miami, FL   33131-4332

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS   39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L. Street, NW
Suite 400
Washington, DC   20036

Josphine Trovini
Westchester County Attorney's Office
600 Michaelian Office Bldg.
148 Martine Avenue
White Plains, NY   10601

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS   38702-1856

Chris J. Walker
Markow Walker, PA
P.O. Box 13669
Jackson, MS   39236-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powerll
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL   35203

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL   35205

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX   76712

Richard J. Weiner
Law Offices of Richard J. Weiner, PC
119 Rockland Center
Suite 425
Nanuet, NY   10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX   75243

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA   70809

Eric R. Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH   44115

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park
New York, NY   10004

Timothy M. Kolman
Timothy M. Kolman & Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA   19047

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS   39404-8109

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, Ohio 44060

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201

Alford's Pharmacy
5897 West Port Arthur Rd.
Port Arthur, Texas 77640

John K. Weston
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA   19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX   78701-0001

Michael A. Ysasaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar
Suite 1000
Houston, TX   77010

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL   34102

James John Zonas
James J. Zonas
Attorney at Law
700-2nd Avenue, North Suite 802
Naples, FL 34102

_____
JOE ESCOBEDO, JR.