UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 11 P 4: 38

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

…………………………………………………………………..::

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION FOR MEMBERSHIP ON THE
### PLAINTIFFS' STEERING COMMITTEE

Now comes H. Blair Hahn, Esquire, a founding partner in the law firm of Richardson,

Patrick, Westbrook & Brickman, LLC ("RPWB") of Charleston, South Carolina to make

application for membership on the Plaintiffs' Steering Committee of MDL 1657, In Re:

Vioxx Products Liability Litigation. Pursuant to Pretrial Order #1, Mr. Hahn sets forth both

his qualifications and those of his law firm to serve on the PSC in keeping with the main

criteria for membership as set forth in the Court's PTO #1:

1.    Willingness and Availability to Commit to a Time Consuming Project

In addition to Mr. Hahn, RPWB's drug litigation team consists of 2 additional

founding partners, 5 associate lawyers and over 25 support staff.  (RPWB's total staff is

more than 100 strong with 33 lawyers).  As set forth below, RPWB's lawyers have

participated in virtually every major mass tort in the last 2 decades either at RPWB or as

members of Ness, Motley, Loadholt, Richardson & Poole of Charleston, South Carolina.

RPWB is committed to the full and proper litigation of its clients' claims, which currently

number over 500, against the manufacturers of Vioxx through the MDL.  Further, RPWB

has both the willingness and resources to add staff and financial support to the project as

Fee
Process
X Dktd
CtRmDep
Doc. No.

needed to fully and completely represent the best interests of the plaintiffs within this MDL. Mr. Hahn, as lead counsel in the Vioxx litigation for the firm, fully understands and appreciates the complexity of this litigation as well as the time requirements for both himself and his staff to properly litigate the claims within this MDL.

>    2.    Ability to Work Cooperatively With Others

Mr. Hahn and the other founding partners of RPWB are well known within the plaintiffs' mass tort bar.  As set forth below, RPWB's attorneys have worked cooperatively with virtually every leading law firm involved in mass tort litigation as either cooperating counsel or members of the same Plaintiffs' Steering Committees in various MDLs.  These relationships with the leading mass tort firms in the country span more than 20 years. During that time, the partners of RPWB have represented over 40,000 clients from all 50 states.

In addition, RPWB attorneys are well known by every major mass tort defense firm in the country.  RPWB partners have tried hundreds of cases across the country and settled thousands of cases which has created a relationship within the mass tort defense bar of mutual respect and cooperation in the resolution of mass tort litigation.

>    3.    Professional Experience in This Type of Litigation

The following litigations are representative of the collective professional experience in mass tort litigation of Mr. Hahn and the other members of the mass tort litigation team of RPWB:

Plaintiffs' Steering Committee, <u>Baycol Products Liability Litigation</u>, Master File No. 2002-CP-43-1041, State of South Carolina, Circuit Court for the County of Sumter; Lead Counsel, <u>In Re: Masonite Corp. Hardboard Siding Products Liability Litigation</u>, MDL-1098, Eastern District of Louisiana; Co-Lead Counsel, <u>In Re: TMJ Implants Products Liability Litigation</u>, Case No. 94-MDL-1001, United States District Court, District of Minnesota; Class Counsel, <u>Backstrom v. Methodist Hospital</u>, Case No. H-94-1877, United States District Court,

Southern District of Texas; Discovery Committee, In re: Silicone Gel Breast Implant Products Liability Litigation, MDL-926, U.S. District Court, Northern District of Alabama, Southern Division; Plaintiffs' Steering Committee, In Re: Managed Care Litigation, MDL-1334, U.S. District Court, Southern District of Florida, Miami Division; Plaintiffs' Steering Committee, In re: Showa Denko K.K. L-tryptophan Products Liability Litigation (No. II), MDL-865; Plaintiffs' Co-Lead Counsel, In re: Abbott Laboratories Omniflox Products Liability Litigation, MDL-1004; Plaintiffs' Steering Committee, In re: Norplant Contraceptive Products Liability Litigation, MDL-1038; Plaintiffs' Steering Committee, In re: Telectronics Accufix Atrial "J" Pacing Leads Products Liability Litigation, MDL-1057; Plaintiffs' Steering Committee, In re: Rezulin Products Liability Litigation, MDL-1348; Plaintiffs' Steering Committee, In re: Phenylpropanolamine (PPA) Products Liability Litigation, MDL-1407; Plaintiffs' Steering Committee, In re: Zyprexa Products Liability, MDL-1596; Plaintiffs' Management Committee, In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, MDL-1358, U.S. District Court, Southern District of New York; Co-Lead Counsel for Plaintiffs' Steering Committee, In Re: Columbia/HCA Healthcare Corporation, MDL-1227, U.S. District Court, Middle District of Tennessee, Nashville Division; Plaintiffs' Tort Claims Committee, In re: A.H. Robins Company, Inc., Debtor Bankruptcy, Dalkon Shield, Case No. 85-01307-R, Eastern District of Virginia.

Clearly, both Mr. Hahn and Richardson, Patrick, Westbrook & Brickman, LLC have the professional experience necessary to litigate the Vioxx plaintiffs' MDL claims as well as the respect and working relationship with both the mass tort plaintiffs' and defense bar. Mr. Hahn currently represents over 500 Vioxx plaintiffs and he expects that number to increase as he continues to receive referrals from co-counsel nationwide. Both Mr. Hahn and the firm are committed to provide the manpower and financial resources necessary to see this litigation through to completion in the best interest of their clients as well as the plaintiffs within this MDL.

Respectfully submitted,

H. Blair Hahn, Esquire
South Carolina Bar #: 65102
Federal I.D. #: 5717
Richardson, Patrick, Westbrook
 & Brickman, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465
(843) 727-6500

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of March, 2005 served a copy of the foregoing upon all counsel of record listed on the attached Panel Attorney Service List by depositing same in the United States Postal Service with adequate postage affixed thereon for delivery by first-class mail.

Jill Lindsey
Secretary to H. Blair Hahn, Esquire
Richardson, Patrick, Westbrook
 & Brickman, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465
(843) 727-6612

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List    Case 2:05-md-01657-EEF-DEK   Document 49   Filed 03/11/05   Page 5 of 18

Docket: 1657 - In re Vioxx Products Liability Litigation
Status:  Transferred on 02/16/2005
Transferee District:  LAE    Judge:  Fallon, Eldon E.

Printed on 03/07/2005

**ATTORNEY - FIRM**                          **REPRESENTED PARTY(S)**

Allen, Jr, T. Scott
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019
=> Arango, M.D., Dario*; Dario Arango, M.D., P.A. dba Arango Family & Industrial Clinic*; Dennis, Dr. Michael D.*; Suderman, D.O., Emery L.*

Amerisourcebergen,
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087
=> Amerisource, Inc.; Amerisourcebergen#; Bergen Brunswig Drug Co.#

Arsenault, Richard J.
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190
=> Lavergne, Donna

Aylstock, Bryan F.
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561
=> Price, Bobby; Price, Brenda

Bailey, Blake H.
Bailey Law Firm
112 South Broadway
Tyler, TX 75702
=> Bailey, Jerlene*; Ford, James*; Harrington, John*; Hollandsworth, James*; Irvin, Barbara*; Jolley, Bill*; Morrison, Ethel*; Smith, Shirley*; Williams, James*; Young, David*

Barkley, Steven C.
3560 Delaware
Suite 305
Beaumont, TX 77706
=> Hall (Ind./Rep./Est.-Margaret Isabel) Arthur Clifford; Hall, Eliot; Hall, Frank Harold

Barrett, David A.
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022
=> Cain, Alex*; Moss, Bobbie*; Watkins, William*

Becnel, Bradley Douglas
Law Offices Of Daniel E. Becnel, Jr.
425 W. Airline Hwy.
Suite B
Laplace, LA 70068
=> Savage, Sr., Clifton Adam

Becnel, Jr, Daniel E.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
=> Benoit, James Edward; Bracken, Dorothy; Brown, Wilson; Chiszle, Clarence; Christina, Sr., Salvadore*; Davis, Leonce; Falick, Howard Mark; Gagola, Mary V.; Hudson, Linda Kay; Parr, Christine L.; Robertson, Delores Thomas; Wilkinson, Jesse

Bergen Brunswig,
P.O. Box 959
Valley Forge, PA 19482
=> Bergen Brunswig Drug Co. dba Amerisourcebergen

Berger, C. William
Furr & Cohen
One Boca Place
2255 Glades Road
=> Silber, Stanley; Silber, Susan

Note: Please refer to the report title page for complete report scope and key.

MAR. 7. 2005   9:52AM   JPML                                    NO. 2208   P. 3
(Panel Attorney Service List Report (Continued))
Case 2:05-cv-01657-EEF-DEK   Document 49   Filed 03/11/05   Page 6 of 18

Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 337W<br>Boca Raton, FL 33431 | |
| Birchfield, Jr, Andy D.<br>Beasley, Allen, Crow, Methvin, Portis & Miles<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160 | => Abram, Antoinette*; Adams (Behalf-Janet), Eddie William*; Brown (Behalf-Stephen Anthony), Tracy*; Chapman, Eunice*; Cook, William*; Early, Reginald*; Eckols, Lula*; Eckols, Tommy Lee*; Flanagan, Geneva L.*; Gough, Jerry*; Halbert, Josephine*; Harmon, Roy*; Holmes, Gene*; Hopkins (Behalf-Emma Conner), Willie Mae*; Hudson, Camillia Faye*; Johnson, Sharon*; Jones, Annie*; Jones, Jessie Lee*; King, Tonya Lynn*; Logan, Joe W.*; Magee, Bettye J.*; Maynor, Linder*; McFarland, Leona*; McMillan, Louise*; McNeil, Bessie*; Morgan, Janet Sue*; Morgan, Stephanie*; Moulds (Behalf-Alice Lessie Atchley), Rachel*; Norwood, Annie*; Oliver (Behalf-Kenneth Ray), Frances Ann*; Otts, Linda Sue*; Parsons, Mary*; Payton, Eddie William*; Pegues, Riella*; Powell, Susie M.*; Smith, James*; Starling, Lamont*; Sykes, Melissa*; Tucker, Barbara*; Warren, James Howard*; Wheatley (Adm./Est.-Carl), Catherine*; Wheaton, Rosie C.*; Younge (Ind./Adm./Est.-Charles Marvin), Carolyn*; Zellmer, Richard* |
| Bradford, Reshonda L.<br>Singleton Law Firm<br>4050 Linwood Ave<br>Shreveport, LA 71108 | => Allegretto, Fran; Anderson, Comecia; Anderson, Frederick; Baylor, Ruthie; Brooks, Magaline; Edwards, Joe Ree; Garcie, Mattie; Hall, Calvin; Kersee, Mary; Merrit, Norma; Netter, Carlos; Payne, Minnie; Rice, Thelma; Upshaw, James |
| Bruno, Joseph M.<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 | => Alexander, Angelis* |
| Buchanan, Virginia M.<br>Levin, Papatonio, Thomas, Mitchell, et al.<br>316 South Baylen Street, Suite 600<br>P.O. Box 12308<br>Pensacola, FL 32501 | => Burt, Benjamin R.; Burt, Shirley |
| Cabraser, Elizabeth J.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 | => Aguero, Brenda*; Herke, Sherrill* |
| Carboy, Andrew J.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Fontanetta, Robin; Fontanetta, William |
| Carroll, Raymond S.<br>Law Offices Of Weiner, carroll & Strauss<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => McNaughton, Walter* |
| Colingo, Joseph R.<br>Williams, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | => Stewart, Dr. Reginald |
| Cory, Ernest<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue | => Fulton (Adm./Est.-Rebeka Kayla Schultz), Arthur*; Hensley (Exc./Est.-Henry Lee), Carolyn O.* |

Note: Please refer to the report title page for complete report scope and key.

**ATTORNEY - FIRM**                              **REPRESENTED PARTY(S)**

Suite 200
Birmingham, AL 35205

Craig, Jr, C. York                              => Columbia Discount Drugs, Inc.; Super D #143
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Crum. Richard E.                                => Turner, Sr., Paul*
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, AL 36302-6346

D'Amato, Jr, John Michael                       => Fialo, Lorriane
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Deters, Eric C.                                 => Williams, Daniel K.*
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Dixon, Ivan                                     => Dixon, Ivan
8413 Edgewood Drive
Rowlett, TX 75089

Eberhardt, John P.                              => Eberhardt, John P.
#1083045
1100 FM 655
Rosharon, TX 77583

Edelman, Daniel A.                              => Ivory, Anita
Edelman, Combs & Latturner, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Edmonson, Richard M.                            => Fred's Express
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS 39211

Fayard, Jr, Calvin C.                           => Russell, Michael Wayne*
Fayard & Honeycutt
519 Florida Avenue, S.W
Denham Springs, LA 70726

Fears, Reginald K.                              => Fears, Reginald K.
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Federman, William B.                            => House, Paul E.*; Leonard, Michael R.*
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta, Ronald V.<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | => Chartrand, Larry*; Grant, Linda* |
| Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | ==> Willis, M.D., Todd |
| Foster, Shawn G.<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City, MO 64105 | => Bench, Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Baldoni, Eugene; Blumfield, Travis; Brumfield, Travis; Lassig, Ashley; Lassig, Leonard; Lassig, Martha; Pearson, Carolyn; Pearson, Elizabeth; Smith, Carolyn; Smith, Eric; Staples, Billy; Staton (Ind./Per./Rep./Heirs/Est.-David Wayne), Rosa Linda; Valdone, Chip |
| Freese, Richard A.<br>Sweet & Freese, P.L.L.C.<br>P.O. Box 1178<br>Jackson, MS 39215 | => Melton, Jerry |
| Gallagher, Michael T.<br>Gallagher Law Firm, P.C.<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 | => Balch, Peggy J.* |
| Gancedo, Hector G.<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | => Briggs, Janet |
| Garcia, Ricardo A.<br>820 S. Main Street<br>McAllen, TX 78501 | => Sanchez, Olga* |
| Gibson, Mary<br>P.O. Box 400<br>St. Mary's, GA 31558 | => Gibson, Mary |
| Goldser, Ronald S.<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | => Dauterman, Brock; Dauterman, Holly; Dauterman, Janet; Dauterman, Rod; Dauterman, Ryan; Glover, Carolyn Y.; Michaud (Ind./Per./Rep. on behalf of the Estate of Andre Adrian Michaud, Decedent Andre Adrian Michaud), Bridget Elaine; Whitmore, Deyonne E. |
| Goldwasser, Andrew S.<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland, OH 44113 | => Knoll, Marjory |

Note: Please refer to the report title page for complete report scope and key.

Case 2:05-md-01657-EEF-DEK   Document 49   Filed 03/11/05   Page 9 of 18

(Panel Attorney Service List for MDL-1657 continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo, C. Anthony<br>Watson, Jimmerson, Givhan, et al.<br>203 Greene Street<br>P.O. Box 18368<br>Hunstville, AL 35804 | => Jones, Sharon Scott |
| Griesenbeck, Tim T.<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410<br>P.O. Box 795061<br>San Antonio, TX 78216<br>*** Bad Address *** | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith, Patricia<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614<br>*** Bad Address *** | => Griffith, Patricia |
| Guerriero, Jeffrey D.<br>Guerriero & Guerriero<br>P.O. Box 4092<br>Monore, LA 71211-4092 | => Warren, Calvin; Warren, Jessica |
| Haider, Nadeem<br>606 N. Jefferson Street<br>Louisville, MS 39339<br>*** Bad Address *** | => Haider, M.D., Naeem |
| Harke, Lance A.<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami, FL 33130 | => Fontanilles, Clara |
| Hart, Barbara J.<br>Goodkind, Labaton, Rudoff & Sucharow, LLP<br>100 Park Avenue<br>12th Floor<br>New York, NY 10017-5563 | => Teamsters Local 237 Welfare Fund |
| Hebderson, Craig D.<br>Gary, Thomasson, Hall & Mark<br>Professional Corp<br>P.O. Box 2888<br>210 S. Carancahua<br>Corpus Christi, TX 78403 | => Reed (Ind./widow-Johnney), Carolyn |
| Hockema, David Hadden<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado<br>Bldg. 101<br>P.O. Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges, Robert M.<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates, P.A. |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1657 - Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Howell, III, Jesse L.<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Bonners Pharmacy* |
| Hughes, John F.<br>Wilkins, Stephens & Tipton<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | => Reid, M.D., Richard |
| Hutton, Mark B.<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201 | => Smith, Betty S. |
| Hylla, David A.<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025<br>*** Bad Address *** | => Bilbrey, Patricia |
| Johnson, Dennis J.<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 | => Cheeseman, Sara* |
| Johnson, Walter T.<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS 39205-0650 | => G.D. Searle & Co.; G.D. Searle, LLC; Monsanto Co.; Pharmacia Corp. |
| Johnson, III, Whitman B.<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 | => Lee, M.D., Charles D. |
| Jones, Christy D.<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson, Richard L.<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston, TX 77002-9934 | => R/D Clinical Research, Inc.; Resnick, M.D., Harvey |
| Katz, Melissa C.<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas, TX 75204 | => Bareham, Sandra; Bolen, Larry; Briggs, Robert; Conditt, Kathy; Holland, Michael; Joiner, Sherri; Knowles, Katrina; Lenormand, Pamela; Mitchell, Robert; Taucer, Albert; Thompson, John; Tucker, Jerry |
| Kegerreis, Sharon L.<br>Hughes, Hubbard & Reed, LLP | => Publix Super Markets, Inc. |

Note: Please refer to the report title page for complete report scope and key.

MAR. 7. 2005 9:52AM    JPML                                    NO. 2208   P. 8
(Fund Attorney Case of 05-md-01657-EEF-DEK   Document 49   Filed 03/11/05   Page 11 of 18

                                                                                    Page 7

**ATTORNEY - FIRM**                    **REPRESENTED PARTY(S)**

201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

Kennedy, R. Eric                       ⇒ Jones, Danford K.*; Jones, Gilda C.*
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Kleinberg, Norman C.                   ⇒ Merck & Co., Inc.*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Knoll, Marjory                         ⇒ Meadows, James E.*; Meadows, Jr., James E.; Meadows, June; Meadows, Stephen G.
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Kolman, Timothy M.                     ⇒ Donovan, Michelle
Timothy M. Kolman And Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Lamp, Joel C.                          ⇒ Wal-Mart Stores, Inc.
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Land, John W.                          ⇒ Mettsave Drugs; Quitman Drug Co.
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Lanier, W. Mark                        ⇒ Brown, Bobby*; Brown, Linda*; Daley (Ind./Rep./Est.-Robert Deleon & Next Friend for Scott A. &
Lanier Law Firm                           Shirley Mann), Deborah*; Stubblefield (Ind./Rep./Est.-Keith Jerome & Next Friend-Keith Jerome,
6810 FM 1960 West                         Korietta Lashay, Kendall Wayne& Kedrick Roy), Kimberly D.*
Houston, TX 77069

Leathers, Jeffrey D.                   ⇒ Community Discount Pharmacy*
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Leesfield, Ira H.                      ⇒ Schneider, Sidney
Leesfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Levin, Arnold                          ⇒ Besaw, Patrick*; Smith, Henry*; Smith, Mary*
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Lewis, Carlene Rhodes                  ⇒ Ahl, June*; Alaniz, Flora*; Allen, George*; Alston, Jr., John*; Anglin, Helen*; Austin, Nancy*; Baker,
Goforth, Lewis, Sanford, LLP             Mary*; Baker, Norma*; Baldwin, Kenneth*; Banks, Judy*; Barrington, Ernest*; Bell, Myrtle Louise*;

Note: Please refer to the report title page for complete report scope and key.

MAR. 7.2005 9:52AM    JPML                                    NO. 2208   P. 9
(Fund Attorney Services 633 Continued)    Case 2:03-md-01657-EEF-DEK   Document 49   Filed 03/11/05   Page 12 of 18

Page 8

**ATTORNEY - FIRM**  |  **REPRESENTED PARTY(S)**

---

1111 Bagby
Suite 2200
Houston, TX 77002

Benavides (Ind./Rep./Est.-Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany, Arthur*; Bridgers, Rebecca*; Bronze, Sandra*; Brooks, Fredrick*; Brow, Mary*; Brown, Esther*; Brown, Wattie*; Buck, Patricia*; Buckner, Claude*; Bullock, Barbara*; Burk-Cameron, Patricia*; Burkett (Legal Heir/Est.-Lelan Stringer). Majorie*; Burrell, Willie*; Busby-Allen, Sharla*; Butcher, Shirley*; Calder, Virginia*; Camacho, Maria*; Carney, Homer*; Carter, Andrea*; Carter, Essie*; Carter, Helen Portis*; Castro, Hortensia*; Cebrum, Alice*; Chambers, Christopher*; Chane, Delia*; Chatman, Charles*; Childress, Cynthia*; Chocolate, Belinda*; Clark, Beulah*; Clark, Cortrena*; Clark, Delores*; Clark, Mary*; Clayton, Marsha*; Cluff, Anna*; Coleman, Lula*; Combs, David*; Cooper, Roberts*; Coppedge, Darryle*; Crick, Kimberly*; Cruz, Esperanza*; Cryer, Becky*; Dahl, David*; De La Rosa, Odilla*; Deainza, Barbara*; Denny, Jeffrey L.*; Denny, Molly J.*; Diaz, Mary*; Duncan, Shirley*; Elam, Claudia*; England, James*; Fischbach, Arleigh*; Flaniken, Betty*; Forbes, James*; Foward, Joe*; Futrell, Sharon*; Gajdosik, Margaret*; Garrett, Manieka*; Garza, Jorge*; Garza, Linda*; Garza, Manuel*; Garza, Pauline*; Geryak, Janie*; Gilmore, Bobbie*; Glaspie, Precious*; Goss, Garcia*; Graves, Mark*; Gray, Marvinette*; Griggsby, Tonya*; Guzman, Beatriz*; Haddox, Gracie*; Hafemann, Donald*; Hannah, Reba*; Hannah, Sandra*; Hardin, Larry*; Harrell, Regina*; Harris, Richard*; Harris, Sandra*; Harris, Vivian*; Haynes, Lloyd*; Heirs/Est.-Pablo Flores*; Hermis, Lawrence*; Hernandez, Ana*; Hervey, George*; Hess, Kenneth*; Hill, Kristy*; Hodges, Alvin*; Hogue, Thelma*; Holland, Wanda*; Hopson (Ind./Rep./Est.-Kay Faubion), Joe*; Howard, Annice*; Hubbs, Judy*; Hutson, Jerry*; Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James, Tracy*; Jobe, Charles*; Johnson, Willie*; Jones, Terryl*; Kenne, Gordon*; King, Patricia*; Knox, Mary*; Kolak, Alexander*; Lane, Sr., Prentice*; Lawson, Elva*; Lee, Gary*; Lerma, Clemente*; Leslie, Doris*; Leveen, Jay*; Lewe, Doris Jean*; Lewis, Crystal*; Lise, Joyce*; Logsdon, Ernest*; Lovvorn, Jesse*; Lucas, Stephen*; Mallet, Anthony J.*; Mallet, Priscilla G.*; Mankarious, Rifaat*; Manning, Rosie*; March, Alicia*; Martin, Georgia*; Martinez, Willie*; Mauldin, Mary*; Mayberry, Janice*; Mayo, Veronica*; McCleveland, Kym*; McGathon, Myrtle*; McMillian, Opal*; McNulty, Sharon*; Miller, Grunetta*; Molina, Euardo*; Moore, Sharon*; Moreno, Jesus*; Morris, Gerald*; Morton, David*; Mowery, Ricky*; Murphy, Mary*; Myer, Margaret Pearson*; Nelson, Rubie*; Newell, Carol*; Newton, Mary*; Nichols, Fredrick*; Oliver, Rena*; Owen, III, David*; Parker, Jessie*; Parks, Dorothy*; Parks, Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M.*; Pikul (Adm./Est.-Paul), Thomas Joseph*; Platt, Jr., Alvin*; Posada, Maria*; Powers, Gail*; Pradia, Carolyn*; Punch, Vivian*; Pyron, Marshall*; Rady, Jean*; Ramirez, Josefa*; Ray, Sr., Darrell*; Reyna, Pete*; Reynolds, Lori*; Rhodes, Brian*; Rhodes, George*; Richter, Mary*; Rivera, Epifanio*; Roberts, Katherine*; Roberts, Lorna*; Robertson, Teddy*; Robinson, Lonnie*; Robinson, Oscar*; Rodriguez, Dorothy*; Rodriguez, Jose*; Rodriguez, Vivian*; Rogers, Hank*; Ross, Larry*; Ross, Olga*; Ross, Sonsuray*; Royston, Trina*; Russell, Shelvy*; Saylor, Richard*; Schuhrke, Nora*; Seago, Buncy*; Shah, Ahmed*; Shields, Marie*; Simmons, Robert*; Simpson, Ovie*; Simpson, Patricia*; Skipworth, Billy*; Small, Weavis*; Smith, Georgia*; Smith, Melody*; Sorge, Charles*; Steard, Sheilah*; Stech, Richard*; Taylor, Jimmy*; Taylor, Susan*; Taylor,Tammy*; Taylor-Beck, Dimitri*; Teagve, James*; Thomas, Gerladine*; Thomas, Jr., Clifton*; Thomas, Leslie*; Thompson, Ray*; Tucholski, Ernest*; Wallace, Lamar*; Ward, George*; Ward, Willie*; Wardlow, Willard*; Watson, Jummy*; Watson, Lonzine*; Wiley, Littie*; Williams, Belinda*; Williams, Charlotte*; Williams, Josephine*; Williams, Theresa*; Wilson, John*; Wofford, Diane*; Wood, Carol*; Woodall, Phyllis*; Worsley, Fred*; Wright, Alice*; Yarbrough, Brenda*; Yong Cha, Page*

Lietz, David K.
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

=> Gerber, Ellen B.*; Gerber, Melvin*

Lockridge, Richard A.
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=> Homister, Shirley

Luckett, Jr, William O.

=> Kroger Co.

---

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List as of 01/24/2005 631 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Luckett Law Firm<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 | |
| Malone, Patrick A.<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036 | => Jeffers, Barbara Ann; Jeffers, Daniel Martin |
| Matthews, David P.<br>Abraham Watkins Nichols Sorrels Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776 | => Gilmore, Charles C.*; Hale, Donna*; Stout, John R.*; White, Johnny*; Young, Bernadette* |
| McClain, Kenneth B.<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | => Nevels, Caroline* |
| McNamara, J. Leray<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Ball, M.D., David*; Barr, M.D., William*; Hammock, M.D., B.L.; Hassell, John F.; Line, M.D., Lance*; Liverman, Steven B.*; Newell, M.D., Bruce*; Peeler, M.D., J.G.*; Smith, M.D., Randall; Weiss, David C.*; Windham, M.D., Thomas* |
| Meaders, Kim M.<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste 2300<br>Dallas, TX 75202 | => Alford's Pharmacy* |
| Merkel, Charles M.<br>Merkel & Cocke<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 | => Shannon, Frances |
| Milam, S. Kirk<br>Hickman, Goza & Spragins, Pllc<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | => Gunn, M.D., Susan*; Gunn, Susan*; McIntosh, M.D., Cooper A.* |
| Milavetz, Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 | => Burris, Jr., Lowell |
| Miller, Mason L.<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | => Getty, Richard J.*; Stamper, Della* |
| Minor, Daniel<br>1032 Cardinal Dr.<br>Waco, TX 76712 | => Minor, Daniel |
| Minor, Steven R. | => Amerisource Corp.*#; AmerisourceBergen Corp. fdba AmeriSource Corp. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Elliott Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 | |
| Moirano, Michael H.<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | => Oswald, Constance* |
| Mousseau, Geoffrey C.<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | => Ashman, Charles* |
| Mulhern, Edwin T.<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | => Mell, Alan |
| Murray, Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | => Gottsegen, M.D., Warren L.*; Gregory, Jr., William B.* |
| Nast, Dianne M.<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 | => Engle (Ind./Adm./Est.-Louise), Fred S.* |
| Naylor, Eugene R.<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg.<br>401 East Capitol St.<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Patel, M.D., Pravin |
| O'Malley, Richard F.<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | => G.D. Searle & Co.*; Pfizer, Inc.*; Pharmacia Corp.* |
| Owen, Gregory J.<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 | => Baca, Richard David*; Berchtold, Don*; Cole, Sally*; De Luca, Barbara*; Evans, Charles*; Giles, Stan*; Goodell, Margaret Helen*; Gunn, Leroy*; Holley (Heir-Audrey L. Piscitello), Alison*; Householder, Betty*; Jackson, Yvonne O.*; Piscitello (Heir-Audrey L.), Clement*; Reagan, Gorman*; Safford, Joyce Crawford*; Salt, Della Jo*; Sieper (Heir-Audrey L. Piscitello), Meredith*; Winward, Kenneth C.*; Wright, Ward* |
| Pearson, Thomas Jack<br>Pearson & Campbell, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 | => Allen, Gloria*; Jones, Rena*; Lewis (Ind./Next Friend-Trienida & Quenida), Brenda*; Lewis (Ind./Next Friend-Trienida & Quenida), Darylene*; Painton, Billie*; Painton, Jack*; Richard, Calvin*; Richard, Ervin*; Richard, Kernis*; Richard, Larry*; Richard, Lon*; Richard, Lovincy* |
| Piper, Jr, Robert E.<br>Piper & Associates<br>624 Pierre Avenue<br>P.O. Box 69 | => Bates, Catherine; Bates, Leroy; Burns, Annie; Burns, Lendell; Butler, Mary; Butler, Maynard; Evans, Garnett; Evans, Marion; Harper, Josephine; McKnight, Vaughn; Sadler, Leona; Tice, Martha; Tice, William; Wright, Frances; Wright, Herchial |

Note: Please refer to the report title page for complete report scope and key.

**ATTORNEY - FIRM**                         **REPRESENTED PARTY(S)**

Shreveport, LA 71103

Pitre, Frank M.                                    => Brass, Jeffrey; Taylor, Patricia A.; Tokes, Kathy
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlingame, CA 94010

Pope, Geoffrey Edward                              => Strickland, Edna
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269

Price, Henry J.                                    => Baum, Janice; Briner (Per./Rep./Est.-Phyllis), Darai; Henderson, Kevin; Portillo (Ind./Heir-Elvira M.
Price, Potter, Jackson, Waicukauski & Mellowitz       Pena), Ruben; Van Jelgerhuis, Kimberly
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Quetglas-Jordan, Eric M.                           => Gonzalez, Hilda Rita; Gonzalez, Robert A.; Gonzalez-Arias, Rafael*
Quetglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

Robb, William R.                                   => Young (Ind./Next Friend-Steven/Adm./Est.-Lisa), Russell
Aleshire, Robb & Sivils, P.C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Rowland, Robert D.                                 => Ellis, John*
2227 South State Route 157
Edwardsville, IL 62025

Ruiz, John H.                                      => Abraham, Josefa*; Alcarez, Maria P.*; Andino, Jose*
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL 33126

Rynecki, Scott                                     => Aiken (Adm./Est.-Mary & Kenneth), Elizabeth; Covington, Jerome; Davis, Laney C.
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Saia, Stephen V.                                   => Saia, Frank R.*
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Schwebel, Paul R.M.                                => Morrison (By his Per./Representative Patricia L.), Lowell D.
5657 Rundle Court
Indianapolis, IN 46220

Scott, Stuart E.                                   => Moldovan. Gregory*; Moldovan, Wanda*
Spangenberg, Shibley & Liber, LLP
2400 National City Center

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1900 East 9th Street<br>Cleveland, OH 44114 | |
| Seeger, Christopher A.<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 | ⇒ Brown, Clairse; Hanson, William*; Pagan, Carmen M.; Watson (Ind./Adm./Est.-Willie, Jr.), Roberta* |
| Simon, Jeffrey B.<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | ⇒ Bias, Byron; Varnado, Carolyn |
| Smith, David Neil<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Dangerfield, TX 75638 | ⇒ Williamson (Ind./Next friend-Courtly & Herman), Marian |
| Smith, Deanna Dean<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | ⇒ Truitt, M.D., Norman |
| Snapka, Kathryn A.<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua, Suite 1511<br>P. O. Drawer 23017<br>Corpus Christi, TX 78403 | ⇒ Benavides (Ind./Per./Est.-Juan), Patricia*; Sandoval, Audona |
| Specter, Shanin<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | ⇒ Sirota, Merrick*; Sirota, Michele* |
| Stacy, Robert F.<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | ⇒ Don's Pharmacy; Woods Drug Store |
| Steward, John S.<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | ⇒ Perkins, Janice |
| Sullivan, Robert G.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | ⇒ Wright, Dawn; Wright, Lawrence |
| Thomas, Casandra F.<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | ⇒ Thomas, Cassandra Faye |
| Tisi, Christopher V. | ⇒ Biles, Melvin*; Edler (Ind./Per./Rep./Est.-William Dale & behalf-wrongful death beneficiaries-William |

Note: Please refer to the report title page for complete report scope and key.

MAR. 7. 2005  9:53AM    JPML                                      NO. 2208    P. 14
(Panel Attorney Service List Continued)     Case 2:05-md-01657-EEF-DEK   Document 49   Filed 03/11/05   Page 17 of 18

Page 13

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Ashcraft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 | Dale, Gail Lynne & Shawn C.), Lindsey*; Morris, Jr., David* |
| Wade, Jr., Lawrence D.<br>Campbell, DeLong, Hagwood & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | => Petilos, M.D., Salvador; Waller, M.D., Richard E. |
| Walker, Chris J.<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669 | => Stone, M.D., Deck; Weiner, Roger |
| Walker, Thomas E.<br>Johnston. Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | => Harlan, Gary; Wall, Robert |
| Watson, Leila H.<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>P.O. Box  55927<br>Birmingham, AL 35255-5972 | => Wilson, Danny M. |
| Weaver, Jennifer Fadal<br>1305 Fossel Ridge Trial<br>Waco, TX 76712 | => Weaver, Jennifer Fadal |
| Weiner, Richard J.<br>Law Offices Of Richard J. Weiner, P.C.<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => Quick, Anna |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | => Register, Anne; Register, Jack A. |
| Welch, III, Jewell E.<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge. LA 70809 | => White, Vicki |
| Weston, John K.<br>Sacks, Weston, Smolinksy, Albert & Luber<br>510 Walunt Street<br>Suite 400<br>Philadelphia, PA 19106 | => Carr, Gwendolyn L.* |
| Wright, James L.<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Avenue<br>Suite 1010<br>Austin, TX 78701-0001 | => Bauman (Ind./Rep./Est.-Elsie Geneva), Larry Lee; Bauman, III (Ind./Rep./Est.-Elsie Geneva), Ernest Charles; Clay (Ind./Rep./Est.-Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher (Ind./Rep./Est.-Elsie Geneva Bauman), Kelly; Moses (Ind./Rep./Est.-Elsie Geneva), Mary Carla; Tolbert (Ind./Rep./Est.-Elsie Geneva Bauman), Lisa Bauman |

Note: Please refer to the report title page for complete report scope and key.

(Funel Attorney Center Prosecutor) (Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Zonas, James John<br>James J. Zonas, Attorney at Law<br>700-2nd Avenue, North<br>Suite 102<br>Naples, FL 34102 | ⇒ Dunlcavey (By & Through/Per./Rep./Est.-Edward), Frances |