# MARKOW WALKER, P.A.
## Attorneys at Law

*Offices in Jackson and Oxford, Mississippi*

**Christopher J. Walker**

---
*Patricia Jones*
*Paralegal*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 11  P 4:38

LORETTA G. WHYTE
CLERK

Post Office Box 13669
Jackson, MS 39236-3669

599 Highland Colony Parkway, Suite 100
Ridgeland, MS 39157
(601) 853-1911
Telecopier (601) 853-8284
E-mail: cwalker@markowwalker.com

March 9, 2005

Sect L

Honorable Eldon E. Fallon
Judge, United Stated District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:   MDL No. 1657 - In Re: Vioxx Products Liability Litigation

## POSITION STATEMENT

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:
   Bettye J. Magee (Pamela McMillan and Alvania Ballard) et al; v. Merck & Company, Inc. (Henry D. Stone, M.D.); In the United States District Court for the Southern District of Mississippi, Hattiesburg Division; Civil Action No. 2:03CV249RO

   and

   Leona McFarland, (Tommy Eckols) et al v. Merck & Co., (Roger Weiner, M.D.) et al; In the United States District Court for the Southern District of Mississippi, Hattiesburg Division; Civil Action No. 2:2003CV00247PG

Dear Judge Fallon:

   This firm represents Henry D. Stone, M.D. and Roger Weiner, M.D. in the above styled litigation. Pursuant to paragraph 4 of you Pretrial Order #1, we are providing our Position Statement. The facts that lead to this lawsuit are as follows:

   Pamela McMillan filed suit against Dr. Stone on December 26, 2002, after she was prescribed Vioxx 50mg following a work related accident. Dr. Stone's prescription for Vioxx was to last Ms. McMillan only **eight days.** She never complained of or exhibited any ill-effects from the drug on follow up visits.

   Alvania Ballard filed suit against Dr. Stone after he prescribed her a total of **16** Vioxx 25mg pills for her complaint of lower back pain. She also did not exhibit negative effects.

   Tommy Eckols is a long-time patient of Dr. Weiner. He was prescribed 12.5mg and 25mg strength Vioxx by Dr. Weiner. He was regularly seeing Dr. Weiner and was **still on the medication when he initiated suit December 27, 2002.** He never complained to Dr. Weiner about any adverse effects, to the contrary, Mr. Eckols has told Dr. Weiner he believes Vioxx is a good medication and he can only go a few days without taking it.

   Both of the above referenced cases were stayed shortly after the filing of the Complaint (*Magee* on June 2, 2003 pending ruling on motion to remand and *McFarland* on August 7, 2003 due to insolvency of the insurance carrier of one of the defendants), therefore very little discovery has been commenced. A motion to sever and transfer is pending in the *Magee* case as well as

Judge Fallon
March 9, 2005
Page 2

unanswered discovery. There are no outstanding motions regarding Dr. Weiner in the *McFarland* case.

    Please call me should you have any questions concerning this Position Statement.

                    Sincerely yours,

                    MARKOW WALKER, P.A.

                    Chris J. Walker

CJW: