**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX
    **PRODUCTS LIABILITY LITIGATION**

                           **MDL NO. 1657**
                           **SECTION L**
                           **JUDGE FALLON**
                           **MAG. JUDGE KNOWLES**

**THIS DOCUMENT RELATES TO DOCKET NUMBER:**      **05-0442**
**ESTATE OF EDWARD DUNLEAVEY**
**by and through FRANCES DUNLEAVEY**
**as personal representative, and FRANCES DUNLEAVEY**
**individually,**
        **Plaintiffs,**

**v.**

**MERCK & CO., INC.,**
        **Defendant,**
_____/

### PLAINTIFF'S POSITION STATEMENT

James J. Zonas, Esq., an attorney at law duly admitted in the State of Florida, as and for the Plaintiff, hereby files this notice of filing Plaintiff's position statement pursuant to court order and states as follows:

### STATEMENT OF FACTS

Edward Dunleavey was a 48 year old resident of Naples, Florida.  He was married to Frances Dunleavey and they resided 131 Sugar Loaf , Naples Florida.

Unfortunately, Mr. Dunleavey had injured his knee and surgery became necessary.  On or about 2001, Mr. Dunleavey had a complete knee replacement performed by Leslie Schultzel, M.D., 400 8th Street North, Naples, FL 34012.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

As a treatment before and subsequent to the knee surgery Edward Dunleavey was given office samples and was also prescribed Vioxx pain reliever, by Dr. Schultzel. Edward Dunleavey continued to take the Vioxx pain reliever until his death.

Edward Dunleavey died on October 29, 2003 as a result of a sudden cardiac event and is survived by his wife Frances.

The death certificate, prescription verification sheet and an autopsy report are all attached as part of the first amended complaint made part of this filing.

## LEGAL ISSUES

The primary legal issue before the court is whether the drug Vioxx was the proximate cause of Mr. Dunleavey's passing or in the alternative whether the drug Vioxx was the proximate cause of an exacerbation to a pre-existing condition in the decedent.

The next legal issue is whether the Plaintiff has been damaged.

## PROCEDURAL STATUS OF CASE IN STATE AND FEDERAL COURT

Attached as exhibit "A" is a copy of the original state case which has been removed to Federal Court for the Middle District of Florida. Attached as exhibit "B" is a copy of the latest motion before the federal court in Florida.

## CERTIFICATE OF SERVICE

It is hereby certified that on the _10th_ day of _March_ 2005 a true copy of the foregoing Certificate was sent by first class mail postage prepaid to the Theodore H. Mayer, Esq., Hughes Hubbard & Reed, One Battery Park Plaza, New York, NY 10004 and 201 South Biscayne Blvd., Miami, FL 33131.

By _____

James J. Zonas, No. 0100862
Attorney for the Plaintiff
700 2nd Avenue North, Ste. 102
Naples, Florida  34102
(239) 403-7427

–3–

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED