UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER #5A

The Court has appointed the following persons to serve as Liaison Counsel in this matter:

For the plaintiffs:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
phone: 504-581-4892
fax: 504-561-6024
email: rherman@hhkc.com

For the defendants:

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361
email: pwittmann@stonepigman.com

IT IS ORDERED that all counsel within 5 days of receipt of this order shall provide to the appropriate Liaison Counsel updated contact information to be used for service.* Henceforth, service of all papers by the Court will be made on Liaison Counsel only. It shall then be the responsibility of Liaison Counsel to serve said papers on each of the attorneys or parties with whom that Liaison Counsel is affiliated. Accordingly, IT IS FURTHER ORDERED that Paragraph 6 of Pretrial Order #1 regarding SERVICE is hereby AMENDED to reflect this change.

IT IS FURTHER ORDERED that all pretrial orders be posted on the Court's website for

MDL No. 1657 located at http://vioxx.laed.uscourts.gov. These orders apply to all cases presently filed as well as all subsequently filed, transferred, or removed cases. Counsel shall access these orders from the website. Counsel unable to access the Court's website for MDL No. 1657 shall contact the Clerk of Court or Liaison Counsel for information on obtaining copies of past pretrial orders.

IT IS FURTHER ORDERED that Paragraph 10 of Pretrial Order #1 regarding DOCKETING is hereby AMENDED to read as follows:

DOCKETING---When an action that properly belongs as a part of In Re: VIOXX Products Liability Litigation is hereinafter filed in the Eastern District of Louisiana or transferred here from another court, the Clerk of this Court shall:

    a.    Place a copy of this Order (**Pretrial Order #5A**) in the separate file for such action;

    b.    Make an appropriate entry on the master docket sheet;

    c.    Mail to all counsel in the newly filed or transferred case a copy of this Order.

New Orleans, Louisiana, this _14_ day of _March_, 2005.

                                         ELDON E. FALLON
                                         UNITED STATES DISTRICT JUDGE

**\* The attached form should be filled out in duplicate and forwarded to both liaison counsel.**

Attachment

# In Re Vioxx Products Liability Litigation

MDL 1657          SECTION: L          JUDGE ELDON FALLON

## MDL 1657 Counsel Contact Information Form
Please print or type below.

### ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel    ☐ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
|  |  |  |  |

| Bar Number | E-mail Address |
|---|---|
|  |  |

| Party Representing |
|---|
|  |

| Direct Dial No. | Cell Phone | Pager |
|---|---|---|
|  |  |  |

| Secretary Name | Paralegal Name |
|---|---|
|  |  |

### LAW FIRM INFORMATION

| Firm Name |
|---|
|  |

| Address |
|---|
|  |

| City | State | Zip |
|---|---|---|
|  |  |  |

| Phone | Fax |
|---|---|
|  |  |

| Other members of firm involved in this litigation: |
|---|
|  |

### Choose One Option Below:

☐ I elect to have Liaison Counsel transmit documents to me via e-mail and consent to notify Liaison Counsel of any changes in the above information.

☐ I do not want to received orders or other documents from Liaison Counsel.

_____          _____
Signed          Date