**MINUTE ENTRY**  
**FALLON, J.**  
**MARCH 11, 2005**

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | SECTION: L (3) |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

    The Court convened a telephone status conference on this date with Liaison Counsel to discuss an upcoming meeting which will be held with only Liaison Counsel on March 14, 2005 at 9:30 a.m.

JS-10: 0 : 30

___ Fee___  
___ Process___  
X  Dktd___  
✓  CtRmDep___  
___ Doc. No.___