A CERTIFIED TRUE COPY
MAR - 7 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
US DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 11 PM 2: 00

LORETTA G. WHYTE
CLERK

MAR - 7 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Michelle Donovan v. Merck & Co., Inc.*, E.D. Pennsylvania, C.A. No. 2:04-4882

### ORDER VACATING TRANSFER ORDER

EDLA - CA 05-525 "L"

On February 16, 2005, the Panel filed an initial transfer order in this docket centralizing 148 actions, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings in the Eastern District of Louisiana before the Honorable Eldon E. Fallon. The Panel has now been advised that this Eastern District of Pennsylvania action (*Donovan*) is not related to the Vioxx litigation and was included in the Panel's initial transfer order in error.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on February 16, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:           [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

March 7, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

*Michelle Donovan v. Merck & Co., Inc.,* E.D. Pennsylvania, C.A. No. 2:04-4882

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Caymal Lee
Deputy Clerk

Enclosure

cc:   Transferee Judge:   Judge Eldon E. Fallon
       Transferor Judge:   Judge Ronald L. Buckwalter
       Transferor Clerk:    Michael E. Kunz

JPML Form 87