# REBECCA ANN CUNARD
### ATTORNEY AND COUNSELOR

TELEPHONE: (225) 925-2978

9214 INTERLINE AVENUE
BATON ROUGE, LOUISIANA 70809

FACSIMILE: (225) 925-8192

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 11 P 4: 24

LORETTA G. WHYTE
CLERK

March 9, 2005

Honorable Loretta G. Whyte
United States District Court
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, Louisiana 70130

    In Re: Vioxx Products Liability Litigation
        MDL 1657

        Jeffery Rusk vs. Merck & Co., Inc.
        No.: 05-0677, USDC, Eastern District of Louisiana

        Jonathan Davis vs. Merck & Co., Inc.
        No. 05-0678, USDC Eastern District of Louisiana

Dear Ms. Whyte:

    Pursuant to Pre-Trial Order No. 1, please add my name and address to the Panel Service List attached as Schedule A, as referenced below:

        Rebecca A. Cunard
        9214 Interline Avenue
        Baton Rouge, LA 70809
        (225) 925-2978 phone
        (225) 925-8192 fax
        rebecca@cunardlaw.com

        Very truly yours,

        *Rebecca A. Cunard*
        Rebecca A. Cunard

/mj

___ Fee ___
_X_ Process ___
___ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___

cc: Russ M. Herman
Plaintiffs Liaison Counsel
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113