UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 14  AM 10: 37

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                           :       MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :
                                       :       SECTION: L
                                       :
                                       :       JUDGE FALLON
                                       :       MAG. JUDGE KNOWLES
-----------------------------------------:

### APPLICATION OF CHRISTOPHER A. SEEGER FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

This Application is submitted pursuant to this Court's Pretrial Order No. 1, dated February 17, 2005, in support of my application for appointment to the Plaintiffs' Steering Committee (the "PSC") in these MDL proceedings.

I am founding partner of the firm Seeger Weiss LLP, a twenty-lawyer firm with offices in New York and New Jersey. Seeger Weiss LLP began representing individuals and third-party payors with Vioxx-related claims in 2001, and began filing cases in that respect in early 2002. Since its earliest involvement in the Vioxx litigation, Seeger Weiss has committed substantial resources to investigating and litigating claims of injured individuals. Seeger Weiss LLP, together with other firms who were representing plaintiffs prior to Vioxx's removal from the market on September 30, 2004, including the firms of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., Goforth Lewis Sanford LLP, Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, PCP, and Kline & Specter, P.C. has (i) received, processed, and reviewed nearly seven million pages of discovery produced by Merck; (ii) taken and coordinated the depositions of approximately twenty-five Merck corporate witnesses (spanning 30 deposition days) in the New Jersey proceedings; (iii) retained experienced experts to consult and testify on behalf of plaintiffs; (iv) coordinated Vioxx discovery in an organized and efficient

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

manner with plaintiffs' counsel throughout the country, and (v) acted as co-liaison counsel to Judge Higbee in *In re Vioxx Litigation* in New Jersey. In that capacity, Seeger Weiss LLP has taken the lead in handling the day-to-day case management and discovery issues with defense counsel.

Seeger Weiss has further briefed and argued all major dispositive and discovery motions brought to date in the New Jersey proceedings, including plaintiffs' oppositions to defendant's several motions for protective orders and *forum non conveniens* challenges against non-New Jersey residents, as well as plaintiffs' several formal and expedited motions to compel production of withheld documents and information. That substantial motion practice has yielded an electronic discovery repository, maintained by Seeger Weiss, that is, in my experience, unprecedented at this stage in an MDL proceeding. The documents are electronically accessible and, generally, either field or full-text searchable. Moreover, several databases have been produced in electronic format, including databases containing raw clinical trial data, adverse event reports, sales force call notes (selected records only at this point), and medical literature.

While there were relatively few firms actively involved in Vioxx litigation prior to September 30, 2004, that changed with Vioxx's withdrawal from the market. Since that time, Andy Birchfield and I have attempted to coordinate with and organize plaintiffs' counsel throughout the country. In that regard, Mr. Birchfield and I have organized plaintiffs' counsel for document review, the taking of essential depositions, and other important projects. To further that coordination, subject to the terms of applicable protective orders, we have made documents and work product available to lawyers litigating Vioxx cases in various venues. Those steps have dramatically advanced the pre-trial preparation of Vioxx cases in these and other proceedings.

Apart from experience in Vioxx, I have extensive experience litigating mass tort and class action cases. I have personally served in leadership roles in many major pharmaceutical MDLs throughout the country including *In re Propulsid Products Liability Litigation*, E.D. La, 2000 (MDL-1355) (Plaintiffs' Steering Committee); *In re Rezulin Products Liability Litigation*, S.D.N.Y., 2000 (MDL-1348) (Plaintiffs' Steering Committee); *In re PPA Products Liability Litigation*, W.D. Wash., 2001 (MDL-1407) (Plaintiffs' Steering Committee); *In re Zyprexa Products Liability Litigation*, E.D.N.Y., 2004 (MDL-1596) (Liaison Counsel). I have also served as liaison counsel in several state court coordinated product liability litigations, including *In re Rezulin Products Liability Litigation* and *In re PPA Products Liability Litigation* in New York.

In these cases and through these appointments, I have experience resolving cases either by trial or negotiation. Most recently, I was the lead trial lawyer in a six-week jury trial against Pfizer on behalf of a woman who was injured by the since-withdrawn diabetes medication, Rezulin. That case, the first Rezulin case tried in New York, resulted in a verdict for the plaintiff. At the other extreme, I was lead counsel and lead negotiator in the nationwide settlement of all PPA-related injuries resulting from the ingestion of Dexatrim, which received final approval from Judge Rothstein in MDL 1407.

If asked to serve on the Plaintiffs' Steering Committee, I do not foresee any conflicts or strain on my firm's resources.

Dated: March 10, 2005

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, New York 10004
(212) 584-0700

| | | |
|---|---|---|
| CHRISTOPHER A. SEEGER*+<br>STEPHEN A. WEISS*<br>DAVID R. BUCHANAN*+<br>SETH A. KATZ*<br>DIOGENES P. KEKATOS*<br><br>MICHAEL L. ROSENBERG*+△<br>MARC S. ALBERT*△<br><br>ADMITTED IN<br>*NY, +NJ, ~CT<br>□MA, ‡PA<br>△COUNSEL | **SEEGER WEISS LLP**<br>ATTORNEYS AT LAW<br>ONE WILLIAM STREET<br>NEW YORK, NEW YORK 10004-2502<br>(212) 584-0700<br>FAX (212) 584-0799<br>www.seegerweiss.com | AMY P. ALBERT*+~<br>ERIC T. CHAFFIN*‡<br>PATRICIA D. CODEY+<br>DONALD A. ECKLUND*+<br>MICHAEL S. FARKAS*+<br>JEFFREY S. GRAND*<br>ROOPAL P. LUHANA*+<br>MATTHEW J. MAIORANA*<br>LAURENCE V. NASSIF*+<br>JAMES A. O'BRIEN III*□<br>ELIZABETH A. WALL*+ |

March 11, 2005

**BY HAND DELIVERY**

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

        Re:  <u>In re:  Vioxx Products Liability Litigation, MDL 1657</u>

Dear Judge Fallon:

        Pursuant to Pre-trial Order No. 1, attached is the Application of Christopher A. Seeger for Appointment to Plaintiffs' Steering Committee.

        I appreciate this Court's consideration of my application.

                              Respectfully,

                              Christopher A. Seeger

CAS:mo
Enclosure
cc:  Russ Herman, Esq., Plaintiffs' Liaison Counsel
      Phillip A. Wittman, Esq., Defense Liaison Counsel
      MDL Service List