**MINUTE ENTRY**
**FALLON, J.**
**MARCH 14, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L (3)
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a meeting with Liaison Counsel to discuss agenda items for the initial pretrial conference to be held on Friday, March 18, 2005 at 9:00 a.m.

JS-10: 1 : 15