IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 FEB 28 PM 3:07
LORETTA G. WHYTE
CLERK

IN RE:  VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: 1

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Caroline Nevels v. Merck & Co., Inc.*, C.A.. No. 4:04-952

## MOTION TO ENROLL AS COUNSEL OF RECORD   CA 05-501

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Caroline Nevels, who respectfully moves this Honorable Court for an order permitting Allan Kanner, Elizabeth B. Cowen, and Mary Elizabeth Gardner of the law firm Allan Kanner & Associates, PLLC, to enroll as counsel of record on behalf of Plaintiff in the captioned matter.

Respectfully submitted.

Kenneth B. McClain, II
Daniel Thomas
HUMPHREY, FARRINGTON & MCCLAIN
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051-0900
(816) 836-5050; fax (816) 836-8966

ALLAN KANNER & ASSOCIATES, P.L.L.C.

By:_____
Allan Kanner (LA#20580)
Elizabeth B. Cowen (LA#23697)
Mary Elizabeth Gardner (LA#28581)
701 Camp Street

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

New Orleans, LA 70130
(504) 524-5777; fax (504) 524-5763

**ATTORNEYS FOR PETITIONERS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was served on all counsel identified on the attached MDL 1657 Plaintiff Attorney List according to Pretrial Order No. 1, by placing a true and correct copy of same in the U.S. Mail, properly addressed and first class postage prepaid, this 28th day of February, 2005.

_____
ELIZABETH B. COWEN, ESQ.