IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR -2  PM 2:33
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: 1<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: *Caroline Nevels v. Merck & Co., Inc.*, C.A.. No. 4:04-952

### [Proposed] O R D E R

Considering the foregoing;

IT IS HEREBY ORDERED that the Motion to Enroll as Counsel of Record is hereby GRANTED and that Allan Kanner, Elizabeth B. Cowen, and Mary Elizabeth Gardner of the law firm Allan Kanner & Associates, PLLC, are hereby enrolled as counsel of record on behalf of Plaintiff, Caroline Nevels, in the captioned matter.

Date: 3/1/05

_____
U.S. DISTRICT JUDGE

Fee_____
X Process_____
  Dktd_____
✓ CtRmDep_____
  Doc. No_____

0783 Enroll--Nevels; 2/28/05; 14:51:44
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:35106.1