COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -8  PM 1:09

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS   § 
LIABILITY LITIGATION   §   MDL No. 1657
                       §
                       §
                       §
                       §

This document pertains to *Caroline Nevels v. Merck & Co., Inc., et al.*, C.A. No. 4:04-952 transferred from the United States District Court for the Western District of Missouri. *(our case 05-501)*

## MOTION TO WITHDRAW AS COUNSEL

James R.M. Hemmings hereby moves the Court for leave to withdraw as counsel for defendant Merck & Co., Inc. Mr. Hemmings will resign from the law firm of Stinson Morrison Hecker LLP, effective March 4, 2005. Mr. John C. Aisenbrey and Ms. Ann M. Scarlett of the law firm of Stinson Morrison Hecker LLP, and Mr. Norman C. Kleinberg, Mr. Theodore V.H. Mayer, Mr. Robb W. Patryk and Mr. Charles W. Cohen of the law firm of Hughes Hubbard & Reed LLP will continue as counsel for Merck & Co., Inc.

Respectfully submitted,

_____
John C. Aisenbrey      MO Bar # 31907
Ann M. Scarlett        MO Bar # 50156
James R.M. Hemmings    MO Bar # 55133
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2800
Kansas City, Missouri 64108
Tel:  (816) 842-8600
Fax:  (816) 691-3495

Norman C. Kleinberg
Theodore V.H. Mayer
Robb W. Patryk

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____

Charles W. Cohen
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel:   (212) 837-6000
Fax:   (212) 422-4726

*ATTORNEYS FOR DEFENDANT*
*MERCK & CO., INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was placed in the United States mail, postage prepaid, this 28th day of February, 2005, to:

Kenneth B. McClain
Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, Missouri 64050
ATTORNEYS FOR PLAINTIFFS

James Bandy
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108
ATTORNEYS FOR DEFENDANT
WACLAW ALEX DYMEK, M.D.

_____
Attorney for Defendant Merck & Co., Inc.