IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -8 PM 1: 09

LORETTA G. WHYTE
CLERK

IN RE VIOXX PRODUCTS　§
LIABILITY LITIGATION　　§　　MDL No. 1657
　　　　　　　　　　　　§

### ORDER GRANTING WITHDRAWAL OF COUNSEL

On the motion of counsel and for good cause appearing, it is hereby

ORDERED that James R.M. Hemmings is granted leave to withdraw as counsel for defendant Merck & Co., Inc in C.A. No. 4:04-952, *Caroline Nevels v. Merck & Co., Inc., et al.*, transferred to this Court from the United States District Court for the Western District of Missouri for inclusion in MDL 1657 proceedings.

Dated: March 7, 2005

Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____