**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS   :
LIABILITY LITIGATION    :  **MDL DOCKET NO. 1657**

---

**APPLICATION FOR APPOINTMENT OF**
**JOSEPH C. LANGSTON, THE LANGSTON LAW FIRM, P.A.,**
**TO PLAINTIFFS' STEERING COMMITTEE**

Now Comes, Joseph C. "Joey" Langston and The Langston Law Firm, P.A., and submit this application to be appointed to the Plaintiffs' Steering Committee in MDL # 1657, and in support thereof would respectfully show unto the Court as follows, to-wit:

I, Joey Langston, am the senior partner in The Langston Law Firm, P.A. of Booneville, Mississippi. I am a 1983 graduate of the University of Mississippi School of Law and have been actively practicing law since that time in state and federal courts across the country. I hold memberships in The Association of Trial Lawyers of America; The Mississippi Trial Lawyers Association (Member, Board of Governors); The American Trial Lawyers Association; and The Fifth Circuit Bar Association. I have attained a professional rating of "AV" by *Martindale-Hubbell*. As a member of The Langston Law Firm, P.A., I have extensive experience in the handling of complex litigation, in particular plaintiff personal injury pharmaceutical product liability litigation. Our firm has successfully represented thousands of clients injured by such dangerous and defective drugs as Pondimin® and Redux™ (Fen-Phen), Baycol®, Stadol®, Rezulin®, Lotronex®, and Propulsid®. For additional information regarding my individual professional background and qualifications, as well as those of The Langston Law Firm, P.A., and its members, please visit the firm's website at www.langstonlaw.com.

{L0012895.DOC}

In support of this application and regarding the three main criteria established by the Court in Pretrial Order No. 1, I submit to the Court the following, to-wit:

### A.  Willingness and availability to commit to a time-consuming project.

Our law firm, working in concert with the Beasley-Allen law firm, began screening and accepting Vioxx® cases almost three years ago, accepting cases from all over the country. Further, we have committed the time and resources of two full time lawyers to assist in the immediate review of critical discovery documents at the Beasley-Allen law firm. These lawyers, along with other attorneys in our firm have summarized volumes of depositions to assist and disseminate information to all plaintiffs' lawyers working in together in this litigation. We have attended and participated in all organizational meetings dealing with the coordination of this litigation, even prior to the issuance of the Transfer Order. Our commitment to this litigation has been demonstrated over the past three years, and, if appointed to the PSC, we will remain resolute in that endeavor. We will remain active in the MDL until it is concluded, even in the event that our individual cases may be resolved.

### B.  Ability to work cooperatively with others.

Our firm is humbled to enjoy a reputation of working cooperatively with other firms in major, coordinated litigation such as the present matter before this Court. We have always accepted cases on referral basis from law firms throughout the nation; and have worked with other leading law firms to help shape resolution strategies for major litigation. I have also worked closely with other trial lawyers by serving as trial counsel in the trial of major litigation such as the successful trial verdict of $52M against Lehman Brothers on behalf of a state-wide class in California. Our law firm has also served as "resolution counsel" on behalf of Sulzer AG and Metabolife International, Inc. in the MDL litigation filed against these companies. This

unique role demanded that our firm work cooperatively with both the plaintiff and defense lawyers to achieve a successful resolution of the litigation.  Our experience has afforded us the opportunity to build lasting relationships with other leading national litigation firms, and forge strong alliances of mutual respect and trust.

### C.  Professional experience in this type litigation.

The Langston Law Firm, P.A. is one of the nation's foremost leaders in health-related risk prevention, healthcare policy and healthcare delivery litigation.  Our first significant contribution in these fields came during the national tobacco litigation.  Our experience in that effort has given us the opportunity to advance other public healthcare causes including the expansion of our practice area of plaintiff personal injury pharmaceutical product liability litigation.  Further, The Attorney General of the State of Mississippi has appointed our firm as Special Assistant Attorneys General to represent Mississippi in other major national litigation efforts.

Our firm also took on a major role in the HMO litigation by serving as a member of the PSC and as National Litigation Coordinators.  This litigation has achieved significant changes in the practices of these organizations and has promoted better healthcare practices and patient care. Finally, we are proud of our success in the area of protecting the rights of victims of occupational exposure including asbestosis and manganese poisoning from welding rod fumes.  This litigation has been coordinated for a number of years and our firm was one of the initial joint venture leaders in the same and serving as a national subcommittee chair.

Our law firm has the time, resources and commitment to make a major positive contribution to this litigation and its ultimate resolution.  We humbly ask for the Court's appointment to the PSC based on our qualifications and experience as detailed herein.

Respectfully submitted, this the 10th day of March, 2005.

*Joseph C Langston*

JOSEPH C. LANGSTON (MSB# 1060)
The Langston Law Firm, P.A.
Post Office Box 787
100 South Main Street
Booneville, Mississippi 38829
Phone:  662-728-3138
Fax:     662-728-1992
jlangston@langstonlaw.com


### CERTIFICATE OF SERVICE

I, Joseph C. Langston, hereby certify that the above original and one copy has been filed with the Clerk of the Court of the Eastern District of Louisiana and has been served upon all counsel known to have a federal Vioxx case pending, this 10th day of March, 2005.

*Joseph C Langston*

Joseph C. Langston

**MDL No. 1657**

<u>Attorney Panel Service List</u>

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX  77019

Americsourcebergen,
1300 Morris Drive
Suite 100
Chesterbrook, PA  19087

Richard J. Arsenault
Neblett Beard & Arsenault
P. O. Box 1190
Alexandria, LA  71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL  32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX  75702

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX  77706

David A. Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY  10022

Bradley Douglas Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Highway, Suite B
LaPlace, LA  70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P. O. Drawer H
Reserve, LA  70084-2095

Bergen Brunswig
P. O. Box 959
Valley Forge, PA  19482

C. William Berger
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL  33431

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin
  Portis & Miles
P. O. Box 4160
234 Commerce Street
Montgomery, AL  36103-4160

Reshonda L. Bradford
Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA  71108

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA  70113

Virginia M. Buchanan
Levin, Papatonio, Thomas, Mitchell, et al
316 South Baylen Street, Suite 600
P. O. Box 12308
Pensacola, FL  32501

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY  10271

Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY  10954

Joseph R. Colingo
Williams, Heidelberg, et al
P. O. Box 1407
711 Delmas Avenue
Pascagoula, MS  39568-1407

Ernest Cory
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL  35205

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P. O. Box 12005
Jackson, MS  39236-2005

Richard E. Crum
Cobb, Shealy, Crum & Derrick, P.A.
P. O. Box 6346
Dothan, AL  36302-6346

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY  10310

Eric C. Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY  41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX  75089

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX  77583

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL  60603

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS  39211

Calvin C. Fayard, Jr.
Fayard & Honeycurt
519 Florida Avenue, SW
Denham Springs, LA  70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX  77320

William B. Federman
Federman & Sherwood
20 North Robinson Avenue, Suite 2720
Oklahoma City, OK  73102

Ronald V. Fiesta
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 50th Floor
Chicago, IL  60602

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS  39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO  64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

Richard A. Freese
Sweet & Freese, P.L.L.C.
P. O. Box 1178
Jackson, MS  39215

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street, Suite 2500
Houston, TX  77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA  91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX  78501

Mary Gibson
P. O. Box 400
St. Mary's, GA  31558

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH  44113

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al
203 Greene Street
P. O. Box 18368
Huntsville, AL  35804

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 N E Loop 410
P. O. Box 795061
San Antonio, TX  78216

Jeffrey D. Guerriero
Guerriero & Guerriero
P. O. Box 4092
Monroe, LA  71211-4092

Lance A. Harke
Harke & Clasby
55 South Miami Avenue, Suite 600
Miami, FL  33130

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
Professional Corp.
P. O. Box 2888
210 S. Carancahua
Corpus Christi, TX  78403

David Hadden Hockema
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado, Bldg. 101
P. O. Box 720540
McAllen, TX  78504-0540

Robert M. Hodges
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS  39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. O. box 6020
Ridgeland, MS  39158-6020

John F. Hughes
Wilkins, Stephens & Tipton
P. O. Box 13429
Jackson, MS  39236-3429

Mark B. Hutton
Hutton & Hutton
P. O. Box 638
Wichita, KS  67201

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P. O. Box 2305
S. Burlington, VT  05403

Walter T. Johnson
Watkins & Eager
P. O. Box 650
Jackson, MS  39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P. O. Box 750
Jackson, MS  39205-0750

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, MS  39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX  77002-9934

Melissa C. Katz
Waters & Kraus
3219 McKinney, Suite 3000
Dallas, TX  75204

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
215 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131-4332

R. Eric Kennedy
Weisman, Kennedy & Berris
600 Midland Building
201 Prospect Avenue, West
Cleveland, OH  44115

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH  44060

Timothy M. Kolman
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA  19047

Joel C. Lamp
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR  72716-0215

John W. Land
Bryan, Nelson, Randolph & Weathers
P. O. Drawer 18109
Hattiesburg, MS  39404-8109

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX  77069

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P. O. Box 907
Tupelo, MS  38802

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL  33133

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX  77002

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, DC  20006

Richard A. Lockridge
Lockridge, Grindal & Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P. O. Drawer 1000
Clarksdale, MS  38614-1000

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC  20036

David P. Matthews
Abraham Watkins Nichols Sorrels
  Matthews & Friend
800 Commerce Street
Houston, TX  77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
Independence, MO  64050

J. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. O. Box 6020
Ridgeland, MS  39158-6020

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue, Suite 2300
Dallas, TX  75202

Charles M. Merkel
Merkel & Cocke
P. O. Box 1388
Clarksdale, MS  38614-1388

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P. O. Drawer 668
Oxford, MS  38655-0668

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN  55435

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY  40507

Daniel Minor
1032 Cardinal Drive
Waco, TX  76712

Steven R. Minor
Elliott, Lawson & Minor, P.C.
P. O. Box 8400
Bristol, VA  24203-8400

Michael H. Moirano
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, IL  60606

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA  91208

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY  11010

Stephen B. Murray
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA  70112-4000

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA  17601

Eugene P. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol Street
P. O. Box 651
Jackson, MS  39205-0651

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street, Suite 48 Southeast
Chicago, IL  60603

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd., Suite 201
Valencia, CA  91355

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX  77702

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P. O. Box 69
Shreveport, LA  71103

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center, Suite 200
840 Malcolm Road
Burlingame, CA  94010

Geoffrey Edward Pope
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA  30309-3269

Henry J. Price
Price, Potter, Jackson, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204

Eric M. Quetglas-Jordan
Quetglas Law Offices
P. O. Box 16606
San Juan, PR  00908-6606

William R. Robb
Aleshire, Robb & Sivils, P.C.
901 St. Louts Street, Suite 1600
Springfield, MO  65806

Robert D. Rowland
2227 South Stale Route 157
Edwardsville, IL  62025

John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street, Suite 920
Miami, FL  33126

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY  11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA  02359

Paul R. M. Schwebel
5657 Rundle Court
Indianapolis, MN  46220

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH  44114

Christopher A. Seeger
Seeger Weiss, LLP
One William Street, 10th Floor
New York, NY  10004-2502

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX  75638

Deanna Dean Smith
Ebanks, Smith & Carlson LLP
1401 McKinney, Suite 2500
Houston, TX  77010-4034

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX  78403

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA  19102

Robert F. Stacy
Daniel, Coker, Horton & Bell
P. O. Box 1084
Jackson, MS  39215-1084

John S. Steward
Meyerkord and Steward
2525 South Brentwood Blvd., Suite 102
St. Louis, MO  63144

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY  10271

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS  39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L. Street, NW, Suite 400
Washington, DC  20036

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P. O. Box 1856
Greenville, MS  38702-1856

Chris J. Walker
Markow Walker, P.A.
P. O. Box 13669
Jackson, MS  39236-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL  35203

Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
P. O. Box 55927
Birmingham, AL  35255-5972

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX  76712

Richard J. Weiner
Law Offices of Richard J. Weiner, P.C.
119 Rockland Center, Suite 425
Nanuet, NY  10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX  75243

Jewel E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA  70809

John K. Weston
Sacks, Weston Smolinksy, Albert & Luber
510 Walnut Street, Suite 400
Philadelphia, PA  19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX  78701-0001

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue, North, Suite 802
Naples, FL  34102

Nadeem Haider
606 N. Jefferson Street
Louisville, MS  39339

Barbara J. Hart
Goodkind, Babaton, Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, NY  10017-5563

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX  75201