ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 1 4 2005
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL-1657 |
| Products Liability Litigation | ) | |
| | ) | Hon. Eldon E. Fallon |

APPLICATION OF LESLIE J. BRYAN
FOR MEMBERSHIP
ON THE PLAINTIFFS' STEERING COMMITTEE

I am a partner in the Atlanta law firm of Doffermyre Shields Canfield Knowles & Devine and have been with the firm for more than 15 years. Doffermyre Shields is an eleven lawyer litigation specialty firm, founded in 1990. Our practice covers a number of areas, including business litigation, products liability, professional liability, environmental and toxic torts, and class actions. All of our lawyers have strong academic and professional backgrounds and include former editors of the Yale Law Journal, the Virginia Law Review, the NYU Law Review, the University of Alabama Law Review, and the Mercer Law Review. One of our partners has been inducted into the International Academy of Trial Lawyers and the American Board of Trial Advocates. Another is a Fellow of the American College of Trial Lawyers. Many of us have served in various capacities in local Inns of Court and have been active in various trial lawyer associations.

I am a 1986 graduate of Emory University School of Law. I am lead counsel in the case of *Strickland v. Merck*, Civil Action No. 1:04-3231, transferred to this Court from the Northern District of Georgia. I understand that the Court has established certain threshold criteria for membership on the steering committee. Consistent with those criteria, I am willing and available to commit to a time-consuming project; I am able to work cooperatively with others; and I have professional experience in this type of litigation.

___ Fee _____
_/_ Process _____
_X_ Dktd _____
___ CtRmDep ___
___ Doc. No. ___

For the past thirteen years, I have been instrumental in the conduct of MDL-926 (In re Silicone Gel Breast Implants Products Liability Litigation) and of the Dow Corning bankruptcy proceedings that were an out-growth of the implant litigation.[1] In addition, while one of my partners was the steering committee member, I was also actively involved in In re: Latex Gloves Products Liability Litigation (MDL-1148) and In re: Tri-State Crematory Litigation (MDL-1467). I am currently a vice president of the Georgia Trial Lawyers Association.

Over the past ten years – through the breast implant litigation and other cases – and in addition to more general legal work - I have developed an expertise in working on issues related to mass torts and expert witnesses – whether it is the development of experts for plaintiffs or the cross examination of experts offered by the defense. In MDL-926, I coordinated the submission of all of the plaintiffs' written materials for Judge Sam Pointer's now well-known Fed.R.Evid. 706 Panel. I also conducted the discovery deposition of the Panel's immunologist. Similarly, in MDL-1148, I participated in Judge Ludwig's *Daubert* hearing, including the preparation of the plaintiffs' lead causation witness and the cross-examination of the defendants' lead causation witness. In MDL-1467, the Tri-States Crematory case, I was the lawyer largely responsible for taking and defending the expert depositions, as well as preparing certain motions in limine. In addition, I, along with one of my partners, have authored significant *amicus curiae* briefs for the Georgia Trial Lawyers Association on *Daubert* issues. Thus, if appointed to the Plaintiffs' Steering Committee, I would bring considerable experience working with the complex scientific issues that mass torts such as the Vioxx litigation present.

But my experience is not only as an actively litigating lawyer. I have spent countless hours working as part of team drafting highly complex legal briefs – in both trial courts and at

---

[1] The MDL judge, Hon. Sam C. Pointer, Jr. named my partner, Ralph Knowles, as co-chair of the Plaintiffs' Steering Committee in MDL-926.

the appellate level. I am also been responsible for various settlement negotiations and have served as Settlement Class Counsel for two of the smaller breast implant settlements. In both the implant litigation and the latex glove litigation, I was primarily responsible for the resolution of my firm's individual cases.

I believe that I possess the necessary qualification to perform as a member of the Plaintiffs' Steering Committee in the Vioxx litigation and if given the opportunity by the Court, I look forward to both the opportunity and the challenge.

This the 11th day of March, 2005.

Leslie J. Bryan

DOFFERMYRE SHIELDS CANFIELD
 KNOWLES & DEVINE, LLC
1355 Peachtree Street
Suite 1600
Atlanta, GA 30309
404-881-8900
lbryan@dsckd.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL-1657 |
| Products Liability Litigation | ) | |
| | ) | Hon. Eldon E. Fallon |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with the foregoing Application of Leslie J. Bryan for Membership on the Plaintiffs' Steering Committee by depositing a copy of the same in the United States mail, postage prepaid and properly addressed as shown on the attached Panel Attorney Service List.

This 11th day of March, 2005.

LESLIE J. BRYAN

DOFFERMYRE SHIELDS CANFIELD
  KNOWLES & DEVINE, LLC
1355 Peachtree Street
Suite 1600
Atlanta, Georgia  30309
(404) 881-8900

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 1657 - In re Vioxx Products Liability Litigation
Status: Transferred on 02/16/2005
Transferee District: LAE    Judge: Fallon, Eldon E.

Printed on 02/28/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Allen, Jr, T. Scott<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston, TX 77019 | => Arango, M.D., Dario\*; Dario Arango, M.D., P A. dba Arango Family & Industrial Clinic\*; Dennis, Dr. Michael D \*; Suderman, D O., Emery L.\* |
| Amcricsourcebergen,<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook, PA 19087 | => Amerisource, Inc., Amerisourcebergen#, Bergen Brunswig Drug Co # |
| Arsenault, Richard J.<br>Neblett Beard & Arsenault<br>P O. Box 1190<br>Alexandria, LA 71309-1190 | => Lavergne, Donna |
| Aylstock, Bryan F.<br>Aylstock, Witkin & Sasser, P.L C<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | => Price, Bobby; Price, Brenda |
| Bailey, Blake II<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, TX 75702 | => Bailey, Jerlene\*; Pord, James\*; Harrington, John\*; Hollandsworth, James\*; Irvin, Barbara\*; Jolley, Bill\*; Morrison, Ethel\*, Smith, Shirley\*; Williams, James\*; Young, David\* |
| Barkley, Steven C<br>3560 Delaware<br>Suite 305<br>Beaumont, TX 77706 | => Hall (Ind /Rep./Est.-Margaret Isabel) Arthur Clifford; Hall, Eliot; Hall, Frank Harold |
| Barrett, David A.<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>16th Floor<br>New York, NY 10022 | => Cain, Alex\*; Moss, Bobbie\*; Watkins, William\* |
| Becnel, Bradley Douglas<br>Law Offices Of Daniel E. Becnel, Jr<br>425 W. Airline Hwy.<br>Suite B<br>Laplace, LA 70068 | => Savage, Sr., Clifton Adum |
| Becnel, Jr, Daniel E<br>Law Offices of Daniel E Becnel, Jr.<br>106 West Seventh Street<br>P.O Drawer H<br>Reserve, LA 70084-2095 | => Benoit, James Edward; Bracken, Dorothy; Brown, Wilson, Chiszle, Clarence; Christina, Sr , Salvadorc\*; Davis, Leonce; Falick, Howard Mark; Gagola, Mary V., Hudson, Linda Kay; Parr, Christine L.; Robertson, Delores Thomas; Wilkinson, Jesse |
| Bergen Brunswig,<br>P O. Box 959<br>Valley Forge, PA 19482 | => Bergen Brunswig Drug Co. dba Amerisourcebergen |
| Berger, C. William<br>Burt & Cohen<br>One Boca Place<br>2255 Glades Road | => Silber, Stanley, Silber, Susan |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2005  NO. 2081  P. 3/15
Case 2:05-md-01657-EEF-DEK   Document 66   Filed 03/14/05   Page 6 of 18
(Panel Attorney Service List for MDL 1,657 Continued)

Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 337W<br>Boca Raton, FL 33431 | |
| Birchfield, Jr, Andy D.<br>Beasley, Allen, Crow, Methvin, Portis & Miles<br>P.O Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160 | => Abram, Antoinette*; Adams (Behalf-Janet), Eddie William*; Brown (Behalf-Stephen Anthony), Tracy*; Chapman, Eunice*; Cook, William*; Early, Reginald*; Eckols, Lula*; Eckols, Tommy Lee*; Flanagan, Geneva L*; Gough, Jerry*; Hulbert, Josephine*; Harmon, Roy*; Holmes, Gene*; Hopkins (Behalf-Emma Conner), Willie Mae*; Hudson, Camilla Faye*, Johnson, Sharon*; Jones, Annie*, Jones, Jessie Lee*; King, Tonya Lynn*; Logan, Joe W.*; Magee, Bettye J.*; Maynor, Linder*; McFarland, Leona*; McMillan, Louise*; McNeil, Bessie*; Morgan, Janet Sue*; Morgan, Stephanie*; Moulds (Behalf-Alice Lessie Atchley), Rachel*; Norwood, Annie*; Oliver (Behalf-Kenneth Ray), Frances Ann*; Otts, Linda Sue*; Parsons, Mary*; Payton, Eddie William*, Pegues, Ricila*; Powell, Susie M.*; Smith, James*; Starling, Lumont*, Sykes, Melissa*; Tucker, Barbara*; Warren, James Howard*, Wheatley (Adm./Est.-Carl), Catherine*; Wheaton, Rosie C*; Younge (Ind /Adm./Est.-Charles Marvin), Carolyn*; Zellmer, Richard* |
| Bradford, Reshonda L.<br>Singleton Law Firm<br>4050 Linwood Ave<br>Shreveport, LA 71108 | => Allegretto, Fran, Anderson, Cornecia; Anderson, Frederick; Baylor, Ruthie; Brooks, Maguline; Edwards, Joe Ree; Garcie, Mattie; Hall, Calvin; Kersee, Mary; Merrit, Norma; Netter, Carlos; Payne, Minnie; Rice, Thelma, Upshaw, James |
| Bruno, Joseph M.<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 | => Alexander, Angelis* |
| Buchanan, Virginia M.<br>Levin, Papantonio, Thomas, Mitchell, et al.<br>316 South Baylen Street, Suite 600<br>P.O Box 12308<br>Pensacola, FL 32501 | => Burt, Benjamin R , Burt, Shirley |
| Cabraser, Elizabeth J.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 | => Aguero, Brenda*; Herke, Sherrill* |
| Carboy, Andrew J.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Fontanetta, Robin; Fontanetta, William |
| Carroll, Raymond S.<br>Law Offices Of Weiner, Carroll & Strauss<br>19 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => McNaughton, Walter* |
| Colingo, Joseph R.<br>Williams, Heidelberg, et al<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | => Stewart, Dr. Reginald |
| ory, Ernest<br>ory, Watson, Crowder & DeGaris, P C.<br>131 Magnolia Avenue | => Fulton (Adm./Est.-Rebeka Kayla Schultz), Arthur*, Hensley (Exc./Est.-Henry Lee), Carolyn O.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 200<br>Birmingham, AL 35205 | |
| Craig, Jr, C. York<br>Craig, Hester, Luke & Dodson<br>P.O Box 12005<br>Jackson, MS 39236-2005 | => Columbia Discount Drugs, Inc.; Super D #143 |
| Crum, Richard E<br>Cobb, Shealy, Crum & Derrick, P.A<br>P.O. Box 6346<br>Dothan, AL 36302-6346 | => Turner, Sr., Paul* |
| D'Amato, Jr, John Michael<br>Russo, Scamardella & D'Amato, P C.<br>1010 Forest Avenue<br>Staten Island, NY 10310 | => Fialo, Lorriane |
| Deters, Eric C.<br>Eric C Deters & Associates, P.S.C.<br>5247 Madison Pike<br>Independence, KY 41051 | => Williams, Daniel K.* |
| Dixon, Ivan<br>8413 Edgewood Drive<br>Rowlett, TX 75089 | => Dixon, Ivan |
| Eberhardt, John P.<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | => Eberhardt, John P |
| Edelman, Daniel A<br>Edelman, Combs & Latturner, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago, IL 60603 | => Ivory, Anita |
| Edmonson, Richard M.<br>Armstrong Allen, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211 | => Fred's Express |
| Fayard, Jr, Calvin C.<br>Fayard & Honeycutt<br>519 Florida Avenue, S W<br>Denham Springs, LA 70726 | => Russell, Michael Wayne* |
| Fears, Reginald K.<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | => Fears, Reginald K. |
| Federman, William B.<br>Federman & Sherwood<br>120 North Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102 | => House, Paul E *; Leonard, Michael R.* |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2005 4:02PM JBM NO. 2091 P. 5/15
Case 2:05-md-01657-EEF-DEK   Document 66   Filed 03/14/05   Page 8 of 18
(Part... Attorney Service List for MDL 1,657 Continued)

Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta, Ronald V.<br>Kenneth B Moll & Associates, Ltd.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | => Chartrand, Larry*; Grant, Linda* |
| Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | => Willis, M.D., Todd |
| Foster, Shawn G<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City, MO 64105 | => Bench, Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Baldoni, Eugene; Blumfield, Travis; Brumfield, Travis; Lassig, Ashley; Lassig, Leonard; Lassig, Martha; Pearson, Carolyn; Pearson, Elizabeth; Smith, Carolyn; Smith, Eric; Staples, Billy; Staton (Ind./Per./Rep /Heirs/Est -David Wayne); Rosa Linda; Valdone, Chip |
| Freese, Richard A.<br>Sweet & Freese, P.L.L.C<br>P.O. Box 1178<br>Jackson, MS 39215 | => Melton, Jerry |
| Gallagher, Michael T.<br>Gallagher Law Firm, P.C.<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 | => Balch, Peggy J.* |
| Gancedo, Hector G.<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | => Briggs, Janet |
| Garcia, Ricardo A.<br>820 S. Main Street<br>McAllen, TX 78501 | => Sanchez, Olga* |
| Gibson, Mary<br>P O Box 400<br>St. Mary's, GA 31558 | => Gibson, Mary |
| Goldser, Ronald S.<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | => Dauterman, Brock; Dauterman, Holly; Dauterman, Janet; Dauterman, Rod; Dauterman, Ryan; Glover, Carolyn Y.; Michaud (Ind /Per./Rep. on behalf of the Estate of Andre Adrian Michaud, Decedent Andre Adrian Michaud); Bridget Elaine; Whitmore, Deyonne E. |
| Goldwasser, Andrew S<br>Ciano & Goldwasser<br>50 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland, OH 44113 | => Knoll, Marjory |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo, C. Anthony<br>Watson, Jimmerson, Givhan, et al.<br>203 Greene Street<br>P.O. Box 18368<br>Huntsville, AL 35804 | => Jones, Sharon Scott |
| Griesenbeck, Tim T.<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410<br>P.O. Box 795061<br>San Antonio, TX 78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith, Patricia<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614<br>*** Bad Address *** | => Griffith, Patricia |
| Guerriero, Jeffrey D.<br>Guerriero & Guerriero<br>P O Box 4092<br>Monore, LA 71211-4092 | => Warren, Calvin, Warren, Jessica |
| Haider, Nadeem<br>606 N. Jefferson Street<br>Louisville, MS 39339 | => Haider, M.D., Naeem |
| Harke, Lance A<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami, FL 33130 | => Fontanilles, Clara |
| Hart, Barbara J.<br>Goodkind, Labaton, Rudoff & Sucharow, LLP<br>100 Park Avenue<br>12th Floor<br>New York, NY 10017-5563 | => Teamsters Local 237 Welfare Fund |
| Henderson, Craig D.<br>Gary, Thomasson, Hall & Mark<br>Professional Corp<br>P O. Box 2888<br>210 S. Carancahua<br>Corpus Christi, TX 78403 | => Reed (Ind./widow-Johnney), Carolyn |
| Hockema, David Hadden<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado<br>Bldg. 101<br>P.O. Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges, Robert M.<br>Vise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates, P.A. |
| Howell, III, Jesse L<br>Copeland, Cook, Taylor & Bush, P.A | => Bonners Pharmacy* |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2005 4:07PM    Case 2:05-md-01657-EEF-DEK   Document 66   Filed 03/14/05   NO. 2091   P. 7/15
(Panel Attorney Service List for MDL 1,657 Continued)

Page 6

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | |
| Hughes, John F.<br>Wilkins, Stephens & Tipton<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | => Reid, M.D., Richard |
| Hutton, Mark B.<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201 | => Smith, Betty S. |
| Hylla, David A.<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025<br>*** Bad Address *** | => Bilbrey, Patricia |
| Johnson, Dennis J.<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 | => Cheeseman, Sara* |
| Johnson, Walter T.<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS 39205-0650 | => G.D. Searle & Co.; G.D. Searle, LLC; Monsanto Co.; Pharmacia Corp. |
| Johnson, III, Whitman B.<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 | => Lee, M.D., Charles D. |
| Jones, Christy D.<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson, Richard L.<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Suite 3000<br>Houston, TX 77002-9934 | => R/D Clinical Research, Inc.; Resnick, M.D., Harvey |
| Katz, Melissa C.<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas, TX 75204 | => Barcham, Sandra; Bolen, Larry; Briggs, Robert; Condit, Kathy; Holland, Michael; Joiner, Sherri; Knowles, Katrina; Lenormand, Pamela; Mitchell, Robert; Tauer, Albert; Thompson, John; Tucker, Jerry |
| Kegerreis, Sharon L.<br>Hughes, Hubbard & Reed, LLP<br>201 S. Biscayne Boulevard<br>Suite 2500 | => Publix Super Markets, Inc |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Miami, FL 33131-4332 | |
| Kennedy, R. Eric<br>Weisman, Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | => Jones, Danford K.*; Jones, Gilda C * |
| Kleinberg, Norman C<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | => Merck & Co., Inc.* |
| Knoll, Marjory<br>Law Office Of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | => Meadows, James E.*; Meadows, Jr., James E.; Meadows, June; Meadows, Stephen G. |
| Kolman, Timothy M.<br>Timothy M. Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 | => Donovan, Michelle |
| Lamp, Joel C.<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart Stores, Inc<br>702 S W. 8th Street<br>Bentonville, AR 72716-0215 | => Wal-Mart Stores, Inc. |
| Land, John W.<br>Bryan, Nelson, Randolph & Weathers<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | => Meltsave Drugs; Quitman Drug Co. |
| Lanier, W. Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | => Brown, Bobby*; Brown, Linda*; Daley (Ind./Rep./Est.-Robert Deleon & Next Friend for Scott A & Shirley Mann), Deborah*, Stubblefield (Ind./Rep./Est.-Keith Jerome & Next Friend-Keith Jerome, Korietta Lashay, Kendall Wayne& Kedrick Roy), Kimberly D * |
| Leathers, Jeffrey D<br>Greer, Pipkin, Russell, Dent & Leathers<br>P.O Box 907<br>Tupelo, MS 38802 | => Community Discount Pharmacy* |
| Leesfield, Ira H<br>Leesfield, Leighton, Rubio & Mahfood, P.A<br>2350 South Dixie Highway<br>Miami, FL 33133 | => Schneider, Sidney |
| Levin, Arnold<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Besaw, Patrick*; Smith, Henry*; Smith, Mary* |
| Lewis, Carlene Rhodes<br>Goforth, Lewis, Sanford, LLP<br>1111 Bagby<br>Suite 2200 | => Ahl, June*; Alaniz, Flora*; Allen, George*; Alston, Jr., John*; Anglin, Helen*; Austin, Nancy*; Baker, Mary*; Baker, Norma*; Baldwin, Kenneth*; Banks, Judy*; Barrington, Ernest*; Bell, Myrtle Louise*; Benavides (Ind./Rep/Est.-Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany, Arthur*, Bridgers, Rebecca*; Bronze, Sandra*; Brooks, Fredrick*; Brow, Mary*; Brown, Esther*; Brown, Wattie*; Buck, |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Houston, TX 77002 | Patricia*; Buckner, Claude*; Bullock, Barbara*; Burk-Cameron, Patricia*; Burkett (Legal Heir/Est -Lelan Stringer), Majorie*, Burrell, Willie*; Busby-Allen, Sharla*; Butcher, Shirley*; Calder, Virginia*; Camacho, Maria*; Carney, Homer*; Carter, Andrea*; Carter, Essie*; Carter, Helen Portis*; Castro, Hortensia*; Cebrum, Alice*; Chambers, Christopher*; Chane, Della*; Chatman, Charles*; Childress, Cynthia*; Chocolate, Belinda*; Clark, Beulah*; Clark, Correna*; Clark, Delores*; Clark, Mary*; Clayton, Mursha*; Cluff, Anna*; Coleman, Lula*; Combs, David*; Cooper, Roberts*; Coppedge, Darryle*; Crick, Kimberly*; Cruz, Esperanza*; Cryer, Becky*; Dahl, David*; De La Rosa, Odilia*; Deainza, Barbara*; Denny, Jeffrey L.*; Denny, Molly J.*; Diaz, Mary*; Duncan, Shirley*; Elam, Claudia*; England, James*; Fischbach, Arleigh*; Flaniken, Betty*; Forbes, James*; Foward, Joe*; Futrell, Sharon*; Gajdosik, Margaret*; Garrett, Manieka*; Garza, Jorge*; Garza, Linda*, Garza, Manuel*; Garza, Pauline*; Geryak, Janie*; Gilmore, Bobbie*; Glaspie, Precious*; Goss, Garcia*; Graves, Mark*; Gray, Marvinette*; Griggsby, Tenya*; Guzman, Beatriz*; Haddox, Gracie*; Hafemann, Donald*; Hannah, Reba*; Hunnah, Sandra*; Hardin, Larry*; Harrell, Regina*; Harris, Richard*; Harris, Sandra*; Harris, Vivian*; Haynes, Lloyd*; Heirs/Est.-Pablo Flores*; Hermis, Lawrence*; Hernandez, Ana*; Hervey, George*; Hess, Kenneth*; Hill, Kristy*; Hodges, Alvin*; Hogue, Thelma*; Holland, Wanda*; Hopson (Ind./Rep./Est.-Kay Faubion), Joe*; Howard, Annice*; Hubbs, Judy*; Hutson, Jerry*; Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James, Tracy*; Jobe, Charles*; Johnson, Willie*; Jones, Terryl*; Keene, Gordon*; King, Patricia*; Knox, Mary*; Kolak, Alexander*; Lane, Sr., Prentice*, Lawson, Elva*, Lee, Gary*; Lerma, Clemente*, Leslie, Doris*; Leveen, Jay*; Lewe, Doris Jean*; Lewis, Crystal*; Lise, Joyce*; Logsdon, Ernest*; Lovvorn, Jesse*; Lucas, Stephen*; Mallet, Anthony J.*; Mallet, Priscilla G.*; Mankurious, Rifaat*; Manning, Rosie*; March, Alicia*; Martin, Georgia*; Martinez, Willie*; Mauldin, Mary*; Mayberry, Janice*; Mayo, Veronica*; McCleveland, Kym*, McGathon, Myrtle*; McMillian, Opal*; McNualty, Sharon*; Miller, Grunetta*; Molina, Euardo*; Moore, Sharon*; Moreno, Jesus*; Morris, Gerald*; Morton, David*; Mowery, Ricky*; Murphy, Mary*; Myer, Margaret Pearson*; Nelson, Rubie*; Newell, Carol*; Newton, Mary*; Nichols, Fredrick*; Oliver, Rena*; Owen, III, David*; Parker, Jessie*; Parks, Dorothy*; Parks, Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M.*, Pikul (Adm./Est.-Paul), Thomas Joseph*; Platt, Jr., Alvin*; Posada, Maria*; Powers, Gail*, Pradia, Carolyn*, Punch, Vivian*; Pyron, Marshall*; Rady, Jean*; Ramirez, Josefa*; Ray, Sr., Darrell*; Reyna, Pete*; Reynolds, Lori*; Rhodes, Brian*; Rhodes, George*, Richter, Mary*; Rivera, Epifanio*; Roberts, Katherine*; Roberts, Lorna*, Robertson, Teddy*; Robinson, Lonnie*; Robinson, Oscar*, Rodriguez, Dorothy*; Rodriguez, Jose*; Rodriguez, Vivian*; Rogers, Hank*, Ross, Larry*, Ross, Olga*; Ross, Sonsuray*; Royston, Trina*; Russell, Shelvy*; Saylor, Richard*; Schuhrke, Nora*; Seago, Buncy*; Shah, Ahmed*; Shields, Marie*; Simmons, Robert*; Simpson, Ovie*; Simpson, Patricia*; Skipworth, Billy*; Small, Weavis*; Smith, Georgia*; Smith, Melody*; Sorge, Charles*; Steard, Sheilah*, Stech, Richard*, Taylor, Jimmy*; Taylor, Susan*; Taylor, Tammy*; Taylor-Beck, Dimitri*; Teagve, James*; Thomas, Gerladine*; Thomas, Jr., Clifton*; Thomas, Leslie*; Thompson, Ray*; Tucholski, Ernest*; Wallace, Lamar*; Ward, George*; Ward, Willie*; Wardlow, Willard*; Watson, Jummy*; Watson, Lonzine*; Wiley, Littic*; Williams, Belinda*; Williams, Charlotte*; Williams, Josephine*; Williams, Theresa*, Wilson, John*; Wofford, Diane*; Wood, Carol*; Woodall, Phyllis*; Worsley, Fred*; Wright, Alice*; Yarbrough, Brenda*, Yong Cha, Page* |
| Lieu, David K<br>Coale, Cooley, Lietz, McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington, DC 20006 | => Gerber, Ellen B.*; Gerber, Melvin* |
| Lockridge, Richard A.<br>Lockridge, Grindal & Nauen P.L.L.P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Homister, Shirley |
| Luckett, Jr., William O.<br>Luckett Law Firm<br>P.O. Drawer 1000 | => Kroger Co. |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2005 Case 2:05-md-01657-EEF-DEK Document 66 Filed 03/14/05 NO.2091 Page 13 of 18 P. 10/15
(Part... Attorney Service List for MDL 1,657 Continued)

Page 9

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Clarksdale, MS 38614-1000 | |
| Malone, Patrick A.<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036 | => Jeffers, Barbara Ann; Jeffers, Daniel Martin |
| Matthews, David P.<br>Abraham Watkins Nichols Sorrels Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776 | => Gilmore, Charles C.*; Hale, Donna*; Stout, John R *; White, Johnny*, Young, Bernadette* |
| McClain, Kenneth B<br>Humphrey, Farrington & McClain, P.C<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | => Nevels, Caroline* |
| McNamara, J. Leray<br>Copeland, Cook, Taylor & Bush, P.A<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Ball, M.D., David*; Barr, M.D, William*, Hammock, M.D., B.L.; Hassell, John F.; Line, M.D., Lance*; Liverman, Steven B.*; Newell, M.D., Bruce*, Peeler, M.D., J G *; Smith, M.D., Randall; Weiss, David C.*, Windham, M.D., Thomas* |
| Meaders, Kim M<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste 2300<br>Dallas, TX 75202 | => Alford's Pharmacy* |
| Merkel, Charles M.<br>Merkel & Cocke<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 | => Shannon, Frances |
| Milam, S Kirk<br>Hickman, Goza & Spragins, Pllc<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | => Gunn, M.D., Susan*, Gunn, Susan*; McIntosh, M.D., Cooper A * |
| Milavetz, Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 | => Burris, Jr., Lowell |
| Miller, Mason L.<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | => Getty, Richard J *; Stamper, Della* |
| Minor, Daniel<br>1032 Cardinal Dr.<br>Waco, TX 76712 | => Minor, Daniel |
| Minor, Steven R.<br>Elliott Lawson & Minor, PC<br>P.O. Box 8400 | => Amerisource Corp.*#; AmerisourceBergen Corp fdba AmeriSource Corp. |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2006 Case 2:05-md-01657-EEF-DEK   Document 66   Filed 03/14/05   Page 14 of 18   NO. 2091   P. 11/15
(Panel Attorney Service List for MDL 1.657 Continued)

Page 10

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Bristol, VA 24203-8400 | |
| Moirano, Michael H<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | => Oswald, Constance* |
| Mousseau, Geoffrey C.<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | => Ashman, Charles* |
| Mulhern, Edwin T.<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | => Mell, Alan |
| Murray, Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | => Gottsegen, M.D., Warren L.*; Gregory, Jr., William B.* |
| Nast, Dianne M.<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 | => Engle (Ind./Adm./Est -Louise), Fred S.* |
| Naylor, Eugene R.<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg<br>401 East Capitol St.<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Patel, M.D., Pravin |
| O'Malley, Richard F<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | => G.D. Searle & Co.*; Pfizer, Inc.*; Pharmacia Corp.* |
| Owen, Gregory J<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd<br>Suite 201<br>Valencia, CA 91355 | => Baca, Richard David*; Berchtold, Don*; Cole, Sally*; De Luca, Barbara*, Evans, Charles*; Giles, Stan*, Goodell, Margaret Helen*; Gunn, Leroy*; Holley (Heir-Audrey L. Piscitello), Alison*; Houscholder, Betty*; Jackson, Yvonne O.*; Piscitello (Heir-Audrey L.), Clement*; Reagan, Gorman*; Safford, Joyce Crawford*; Salt, Della Jo*; Sieper (Heir-Audrey L Piscitello), Meredith*; Winward, Kenneth C.*; Wright, Ward* |
| Pearson, Thomas Jack<br>Pearson & Campbell, P.C.<br>1394 Calder Avenue<br>Beaumont, TX 77702 | => Allen, Gloria*; Jones, Rena*, Lewis (Ind./Next Friend-Trienida & Quenida), Brenda*; Lewis (Ind./Next Friend-Trienida & Quenida), Darylene*, Painton, Billie*, Painton, Jack*; Richard, Calvin*; Richard, Ervin*; Richard, Kernis*; Richard, Larry*; Richard, Lon*; Richard, Lovincy* |
| Piper, Jr, Robert E.<br>Piper & Associates<br>624 Pierre Avenue<br>P.O Box 69<br>Shreveport, LA 71103 | => Bates, Catherine, Bates, Leroy; Burns, Annie; Burns, Lendell; Butler, Mary; Butler, Maynard; Evans, Garnett, Evans, Marion; Harper, Josephine; McKnight, Vaughn; Sadler, Leona; Tice, Martha; Tice, William; Wright, Frances; Wright, Herchial |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2006 Case 2:05-md-01657-EEF-DEK Document 66 Filed 03/14/05 NO. 2091 Page 15 of 18
(Pa... Attorney Service List for MDL 1,657 Continued)

Page 11

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Pitre, Frank M.<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>840 Malcolm Road<br>Burlingame, CA 94010 | => Brass, Jeffrey; Taylor, Patricia A.; Tokes, Kathy |
| Pope, Geoffrey Edward<br>Doffermyre, Shields, Canfield, Knowles & Devine<br>1355 Peachtree Street, N.E.<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 | => Strickland, Edna |
| Price, Henry J<br>Price, Potter, Jackson, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | => Baum, Janice; Briner (Per /Rep /Est -Phyllis), Darai, Henderson, Kevin; Portillo (Ind /Heir-Elvira M. Pena), Ruben; Van Jelgerhuis, Kimberly |
| Queiglas-Jordan, Eric M.<br>Queglas Law Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 | => Gonzalez, Hilda Rita, Gonzalez, Robert A.; Gonzalez-Arias, Rafael* |
| Robb, William R.<br>Aleshire, Robb & Sivils, P.C.<br>901 St Louis Street<br>Suite 1600<br>Springfield, MO 65806 | => Young (Ind./Next Friend-Steven/Adm./Est.-Lisa), Russell |
| Rowland, Robert D.<br>2227 South State Route 157<br>Edwardsville, IL 62025 | => Ellis, John* |
| Ruiz, John H.<br>Law Office of John H. Ruiz<br>5040 N.W. 7th Street<br>Suite 920<br>Miami, FL 33126 | => Abraham, Josefa*; Alcarez, Maria P.*; Andino, Jose* |
| Rynecki, Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 | => Aiken (Adm./Est.-Mary & Kenneth), Elizabeth; Covington, Jerome; Davis, Lancy C. |
| Saia, Stephen V.<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | => Saia, Frank R.* |
| Schwebel, Paul R.M.<br>5657 Rundle Court<br>Indianapolis, IN 46220 | => Morrison (By his Per./Representative Patricia L.), Lowell D. |
| Scott, Stuart E<br>Spangenberg, Shibley & Liber, LLP<br>1400 National City Center<br>900 East 9th Street<br>Cleveland, OH 44114 | => Moldovan, Gregory*; Moldovan, Wanda* |

Note. Please refer to the report title page for complete report scope and key.

(PcFEB. 28. 2005 Case 2:05-md-01657-EEF-DEK   Document 66   Filed 03/14/05   Page 16 of 18 NO. 2091   P. 13/15
(..........MDL 1,657 Continued)

Page 12

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Seeger, Christopher A.<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 | => Brown, Clairse; Hanson, William*; Pagan, Carmen M.; Walson (Ind./Adm./Est.-Willie, Jr.), Roberta* |
| Simon, Jeffrey B<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Bias, Byron, Varnado, Carolyn |
| Smith, David Neil<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Dangerfield, TX 75638 | => Williamson (Ind./Next friend-Courtly & Herman), Marian |
| Smith, Deanna Dean<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | => Truitt, M D., Norman |
| Snapka, Kathryn A<br>Snapka, Turman & Waterhouse, LLP<br>606 N Carancahua, Suite 1511<br>P O. Drawer 23017<br>Corpus Christi, TX 78403 | => Benavides (Ind./Per./Est -Juan), Patricia*, Sandoval, Audona |
| Specter, Shanin<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | => Sirota, Merrick*; Sirota, Michele* |
| Stacy, Robert F.<br>Daniel. Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | => Don's Pharmacy; Woods Drug Store |
| Steward, John S.<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | => Perkins, Janice |
| Sullivan, Robert G.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Wright, Dawn, Wright, Lawrence |
| Thomas, Casandra F.<br>314-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | => Thomas, Cassandra Faye |
| Tisi, Christopher V.<br>Ashcraft & Gerel<br>2000 L Street, NW<br>Suite 400 | => Biles, Melvin*; Edler (Ind./Per./Rep./Est.-William Dale & behalf-wrongful death beneficiaries-William Dale, Gail Lynne & Shawn C.), Lindsey*; Morris, Jr., David* |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2005 2:09PM OPM
Case 2:05-md-01657-EEF-DEK   Document 66   Filed 03/14/05   Page 17 of 18
NO. 2091   P. 14/15
(Plaintiff Attorney Service List for MDL 1,657 Continued)

Page 13

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Washington, DC 20036 | |
| Wade, Jr., Lawrence D.<br>Campbell, DeLong, Hagwood & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | => Petilos, M.D., Salvador; Waller, M.D., Richard E. |
| Walker, Chris J.<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669 | => Stone, M.D., Deck; Weiner, Roger |
| Walker, Thomas E.<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | => Harlan, Gary; Wall, Robert |
| Watson, Leila H.<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>P.O. Box 55927<br>Birmingham, AL 35255-5972 | => Wilson, Danny M |
| Weaver, Jennifer Fadal<br>1305 Fossel Ridge Trial<br>Waco, TX 76712 | => Weaver, Jennifer Fadal |
| Weiner, Richard J.<br>Law Offices Of Richard J. Weiner, P.C.<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => Quick, Anna |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | => Register, Anne; Register, Jack A. |
| Welch, III, Jewell E<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | => White, Vicki |
| Weston, John K.<br>Sacks, Weston, Smolinksy, Albert & Luber<br>510 Walunt Street<br>Suite 400<br>Philadelphia, PA 19106 | => Carr, Gwendolyn L.* |
| Wright, James L<br>Aithoff & Jacks<br>Congress Plaza<br>11 Congress Avenue<br>Suite 1010<br>Austin, TX 78701-0001 | => Bauman (Ind./Rep./Est.-Elsie Geneva), Larry Lee; Bauman, III (Ind./Rep./Est.-Elsie Geneva), Ernest Charles; Clay (Ind./Rep./Est.-Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher (Ind./Rep./Est.-Elsie Geneva Bauman), Kelly; Moses (Ind./Rep./Est.-Elsie Geneva), Mary Carla; Tolbertt (Ind./Rep./Est.-Elsie Geneva Bauman), Lisa Bauman |
| Zonas, James John<br>James J. Zonas, Attorney at Law | => Dunicavey (By & Through/Per./Rep./Est.-Edward), Frances |

Note: Please refer to the report title page for complete report scope and key.

FEB. 28. 2005 4:10PM JPML
Case 2:05-md-01657-EEF-DEK Document 66 Filed 03/14/05 Page 18 of 18
NO. 2091 P. 15/15
(Panel Attorney Service List for MDL 1,657 Continued)

Page 14

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 700-2nd Avenue, North<br>Suite 102<br>Naples, FL 34102 | |

Note: Please refer to the report title page for complete report scope and key.