## LUNDY & DAVIS, L.L.P.
### ATTORNEYS AT LAW

333 N. SAM HOUSTON PKWY E.
SUITE 375
HOUSTON, TEXAS 77060
(281) 272-0797
FACSIMILE (281) 272-0781
www.lundydavis.com

HUNTER W. LUNDY†
CLAYTON A.L. DAVIS*
MATTHEW E. LUNDY*
DAVID A. BOWERS †††
SAMUEL B. GABB††
DAVID H. HANCHEY††
JAMES D. CAIN, JR.††
M. KEITH PRUDHOMME††
MICHAEL D. CARLETON††
THOMAS P. LEBLANC††
CHARLES H. PECKHAM✥
JACKEY W. SOUTH***
ANDRE F. DUCOTE †††
CATHERINE E. HENSGENS††
JENNIFER L. RAY††
LISA L. STEWART
WILLIAM M. QUIN, II†
J. ELLIOTT BAKER††

OF COUNSEL:
CARL H. HANCHEY††

ALSO ADMITTED IN
LOUISIANA*
ARKANSAS**
ADMITTED IN LOUISIANA &
    MISSISSIPPI ONLY †
ADMITTED IN LOUISIANA ONLY ††
ADMITTED IN MISSISSIPPI ONLY†††

BOARD CERTIFIED IN✥
LABOR & EMPLOYMENT LAW
BY THE TEXAS BOARD OF LEGAL
SPECIALIZATION

501 BROAD STREET
P. O. BOX 3010
LAKE CHARLES, LOUISIANA 70602
(337) 439-0707
FACSIMILE (337) 439-1029

1855 LAKELAND DRIVE
SUITE Q-230
JACKSON, MISSISSIPPI 39216
(601) 362-0001
FACSIMILE (601) 362-0661

201 ST. CHARLES AVENUE
SUITE 3204
POST OFFICE BOX 52528
NEW ORLEANS, LA 70152-2528
(504) 566-0755
FACSIMILE (504) 566-9342

OF COUNSEL:
WAYNE E. FERRELL, JR.†††
MASTERS OF LAWS, L.L.M.
AVIATION & SPACE LAW
405 TOMBIGBEE
JACKSON, MISSISSIPPI 39201
(601) 969-4700
FACSIMILE (601) 969-7514

March 1, 2005

Hon. Loretta G. Whyte
United States District Court
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, Louisiana 70130

RE:   In Re: Vioxx Products Liability Litigation;
      2:05-md-01657-EEF-DEK;

Dear Ms. Whyte:

Pursuant to Pre-Trial Order No. 1, please add my name and address to the Panel Service List attached as Schedule A, as referenced below:

> Matthew E. Lundy
> Lundy & Davis, L.L.P.
> 333 N. Sam Houston Parkway East, #375
> Houston, Texas 77060
> PH: (800) 522-1204
> FAX: (281) 272-0781
> mlundy@lundydavis.com

Sincerely yours,

LUNDY & DAVIS, L.L.P.

Matthew E. Lundy

/kds

Hon. Loretta G. Whyte                                                    Page Two
March 1, 2005


cc:   Mr. Russ M. Herman
      *Plaintiff Liaison Counsel*
      Herman, Herman, Katz & Cotlar, L.L.P.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113

      Panel Service List