FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 15  AM 9: 58

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to Pricing Class Actions:<br><br>*Cavalier Homes, Inc., individually and on behalf of all others similarly situated, v. Merck & Co., Inc.,* No. 04 C 6383 (D.N.J.);<br><br>*Edward W. Wright, individually and on behalf of all others similarly situated, v. Merck & Co., Inc.,* No. CV04-3037 PHX-SRB (D. Ariz.);<br><br>*Melvin Williams and Sharon Murphy, et al. v. Merck & Co., Inc.,* No. 05-50 MJR (S.D. Ill.).<br><br>Christine Seitz, American Federation Of State, County And Municipal Employees, United Senior Action Of Indiana, Inc., and New York Statewide Senior Action Council, et al, v. Merck & Co., Inc., No. 05-0749 (E.D. La.). | Docket No. MDL 1657<br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>**REQUEST TO BE ADDED TO SERVICE LIST** |

**TO: CLERK OF THE UNITED STATES DISTRICT COURT**

Pursuant to Pre-Trial Order No. 1, the following counsel request addition to the service list in the IN RE VIOXX PRODUCTS LIABILITY LITIGATION:

Thomas M. Sobol (tom@hbsslaw.com)
Hugh McNeely (hugh@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
617-482-3700
617-482-3003 (fax)

Steve W. Berman (steve@hbsslaw.com)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
206-623-0594 (fax)

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No

Elizabeth A. Fegan (beth@hbsslaw.com)
Timothy A. Scott (tims@hbsslaw.com)
HAGENS BERMAN SOBOL SHAPIRO LLP
60 W. Randolph, Suite 200
Chicago, IL 60601
312-762-9235
312-762-9286 (fax)

Robert Carey (robertc@hbsslaw.com)
Stephanie Lynn Bozzo (stephanie@hbsslaw.com)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016-4214
602-840-5900
602-840-3012 (fax)

Dated: March 14, 2005

CAVALIER HOMES, INC.
EDWARD W. WRIGHT, MELVIN WILLIAMS,
SHARON MURPHY, CHRISTINE SEITZ,
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
UNITED SENIOR ACTION OF INDIANA, INC.,
AND NEW YORK STATEWIDE SENIOR
ACTION COUNCIL, PLAINTIFFS

By: _____
Thomas M. Sobol (tom@hbsslaw.com)
Hugh McNeely (hugh@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
617-482-3700
617-482-3003 (fax)

CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that I served copies of the forgoing REQUEST TO BE ADDED TO SERVICE LIST on all parties on the attached service lists by First Class Mail this 14th day of March 2005.

_____
Thomas M. Sobol