UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2005 MAR 15  A 10: 1

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: Vioxx<br>Products Liability Litigation | MDL. No. 1657<br>SECTION: L |
| "This Document Relates to All Cases" | Judge Fallon<br>Mag. Judge Knowles |

## APPLICATION FOR LEAD AND LIAISON COUNSEL AND FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

**MAY IT PLEASE THE COURT:**

I have been practicing law for over twenty-five years, and, for twenty-two of those years, have specialized in mass torts and class actions. I am awed by the number and the quality of the submissions to the court for appointment to the Plaintiffs' Steering Committee and recognize the difficulty in making a selection. I humbly suggest that you consider my application so that I may demonstrate my ability and sense of ethics to this Court. I have had the good fortune of having been appointed class counsel in several of the most significant class action cases in Louisiana, and have served as lead counsel, co-lead counsel and liaison counsel in many cases, as is reflected on my Curriculum Vitae (attached). I have been appointed to serve on Steering Committees in other Multi District Litigation. I was appointed by Judge Lemelle to serve on the Plaintiffs Steering Committee *In Re: High Sulfer Content Gasoline Products Liability Litigation,* (MDL No. 1632). I was also appointed last month by Judge Vance to the Plaintiffs' Steering

Committee *In Re: Education Testing Services Praxis Principals of Learning and Teaching Grades 7-12 Litigation,* (MDL No. 1643).

I have the time, professional experience and resources necessary to advance this litigation in a timely and efficient manner. My office is located within walking distance to the Courthouse and has facilities to handle large meetings, document repositories, as well as mock trials and/or focus groups. In this litigation I have participated in the many organizational meetings and most recently hosted a meeting in New Orleans at the Windsor Court Hotel to attempt to resolve the selection of liaison counsel.

With respect to my trial experience, I have real experience not only preparing class action cases for trial but in trying class actions to verdict. I conceived and drafted the trial plan, and was a lead trial counsel for *In Re: New Orleans Train Car Leakage Fire Litigation* (02-0167). I am a member of the trial team of *In Re: Dianne Castano, et al. vs. The American Tobacco Company, et al (No. 96-8461)*, and actively participated in that trial. In both cases I was selected by co-counsel to do opening and closing statements, which I believe reflects the respect I have earned from my peers.

It would be a great honor to serve on the Plaintiffs' Steering Committee. It is clear from the efforts I have expended and the tasks thus far accomplished in other complex cases that I dedicate whatever time, energy and resources needed to prosecute and conclude this important litigation. In addition, my extensive experience and history of cooperation on other complex class action steering committees speaks for itself, and supports the conclusion that I am abundantly qualified to serve on the Plaintiffs' Steering Committee in this case. I appreciate the Court's consideration, and hope I am granted the opportunity to serve.

Respectfully Submitted:

_____
JOSEPH M. BRUNO  (Bar No.: #3604)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

# JOSEPH M. BRUNO, ESQ.

## CURRENT

Managing Partner, Bruno & Bruno, LLP

## EDUCATION

- Institute of Politics — 1988
- Tulane Law School, Juris Doctor — 1978
- Tulane University, Bachelor of Arts — 1977
- Jesuit High School — 1972

## PROFESSIONAL

Admitted to practice in all courts of the State of Louisiana, all courts of the State of Texas, United States District Courts for the Eastern District and Middle District of Louisiana, United States Fifth Circuit Court of Appeal, and United States Tax Court.

## PROFESSIONAL ORGANIZATIONS

- Louisiana State Bar Association
- Federal Bar Association
- New Orleans Bar Association
- Notaries Association of New Orleans
- Louisiana Trial Lawyers Association
    - Board of Governors 1984-1985
    - Board of Governors at Large 1986-1988
    - Board of Governors Executive Committee 2000- present
- American Association of Trial Lawyers
    - Key Person Committee and Task Force Committee 1987-1988
- St. Thomas Moore Catholic Lawyers Association
- New Orleans Opera Association- Board of Directors 2002-present
- New Orleans Center for the Creative Arts (NOCCA)- Board of Directors 2003-present

## BIOGRAPHY

Joseph M. Bruno is widely regarded as a creative, energetic and outspoken advocate of victims' rights, particularly in difficult and complex cases of liability. He is a defender of class action procedure, seeing it as an important balancing tool in our complex society. He is a graduate of Tulane University (1977) and Tulane School of Law (1978). In 1979, he went into partnership with his father, Frank S. Bruno, a well known and respected litigator, most particularly in the field of workmen's compensation. He subsequently entered a partnership with his brothers, Stephen, Robert and Christopher, with whom he currently practices.

Joseph Bruno has been admitted to practice in all Courts in the State of Louisiana and Texas, as well as the United States District Courts for the Eastern and Middle District of the State of Louisiana, the United States Fifth Circuit Court of Appeal, and the US Tax Court.

Joseph Bruno is recognized as an authority in class actions, and particularly in the management of same. His expertise in difficult and complex litigation has led to his representation of numerous claimants in class action and mass joinder proceedings involving racial discrimination, occupational lung disease, product liability, and wage and hour violations.

Mr. Bruno has been active in the Louisiana Trial Lawyers organization, having served on the Board of Governors for over 20 years. He presently serves on that body's executive committee. His goal is to build and maintain an aggressive firm that has the courage to fund and handle all types of complex and difficult litigation

## CASES OF INTEREST

Mr. Bruno is currently involved in or has successfully completed the following class action and/or mass joinder proceedings.

- The Shell/Norco litigation, in which Mr. Bruno represented over 7,000 class members and served on the Plaintiffs' Legal Committee, and resulted in a $170 million settlement. [*In re: Shell Oil Refinery, (1988); served as a member of the Court Appointed Plaintiffs legal Committee and Plaintiffs Discovery Committee, USDC, ED Docket No. 88-1935, Section I- Settled*]

- The New Orleans Train Car litigation, which resulted in a 3.5 billion exemplary damages verdict and was later partially settled for $435 million. Mr. Bruno served as co- lead trial counsel with the late Wendell Gauthier. [ *In re: New Orleans Train Car Leakage and Fire Litigation (1987); serving as Court Appointed Plaintiffs Steering Committee Member; CDC Docket No. 87-16374, Division "B"*]

- The Scott Cigarette litigation, the only medical monitoring class action currently pending in the United States which resulted in a jury verdict finding the cigarette industry conspired to defraud Louisiana smokers by distorting the public knowledge regarding cigarette smoking and health. Mr. Bruno's primary responsibility was the selection and handling of expert witnesses. *[Dianne Castano, et al vs. The American Tobacco Company, et al, (1994); serving as Court Appointed Plaintiffs Steering Committee Member ,CDC Docket No. 96-8461, Division "K"]*

- A recent class action lawsuit against Gaylord Chemical that resulted in a $92 million dollar punitive damage jury verdict. Mr. Bruno was on the Court appointed Plaintiffs' Steering Committee and the trial team. His primary responsibility was handling trial plaintiffs at trial as well as quantum of punitive damages. *[Catherine Fuqua, et al. vs. Gaylord Chemical Corporation, et al, serving as Court Appointed Plaintiffs' Steering Committee member. 22nd JDC For The Parish Of Washington, Docket No.# 73351, Division "H"]*

- Most recently Mr. Bruno successfully represented the interests of over 4,000 thousand claimants in the Gramercy Plant Explosion At Kaiser, and served on the Court appointed Plaintiffs' Steering Committee. That case resulted in a settlement of over 30 million dollars. Mr. Bruno's primary responsibilities in the case were shepherding the litigation from settlement agreement to final judgment, distribution of the settlement proceeds, and distribution of attorneys' fees.*[In re: Gramercy Plant explosion at Kaiser; 23rd Judicial District Court for The Parish of St. James, State of Louisiana, Master Docket No. 25, 975, Division D]*

- The following matters are presently being tried or pending trial. 1.) *Casey Billieson, et al. vs. City of New Orleans, et al.* (Lead Paint litigation), No, 94-19231, Division B, Section No. 15;   2.) *John Johnson, et al. vs. Orleans Parish School Board, et al.*; Civil District Court For the Parish Of Orleans, State of Louisiana, (Agriculture Street Landfill) No. 93-1433, Division "J", Section 13, c/w: 94-5446, c/w 94-12996, c/w 95-13271, all cases.

| | | |
|---|---|---|
| Allen, Jr, T. Scott<br>Crusc, Scott Henderson & Allen<br>2777 Allen Parkway 7th Floor<br>Houston, TX 77019 | Americsourcebergen<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook, PA 19087 | Arsenault, Richard J.<br>Neblett Beard & Arsenault<br>P.O. Box 1190<br>Alexander, LA 71309-1190 |
| Aylstock, Bryan F.<br>Aylstock, Witkin & Sasser, P.L.C<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | Bailey, Blake H.<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, TX 75702 | Barkley, Steven C.<br>3560 Delware<br>Suite 305<br>Beaumont, TX 77706 |
| Barrett, David A<br>Boics, Schiller & Flexner, LLP<br>570 Lexington Avenue 16 Fl.<br>New York, NY 10068 | Becenl, Bradley Douglas<br>Law Office of Daniel E. Becnel, Jr.<br>425 W. Airline Hwy. Suite B.<br>Laplace, LA 70068 | Becnel, Jr. Daniel E.<br>Law Office of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Box Drawer H.<br>Reserve, LA 70084-2095 |
| Bergen Brunswig,<br>P.O. Box 959<br>Valley Forge, PA 19482 | Berger, C. William<br>Furr & Cohen- One Boca Place<br>2255 Glades Road Suite 337 W<br>Boca Raton, Fl 33431 | Birchfield, Andy<br>Beasley, Allen, Cow, Methvin, Portis,& Miles<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, Al 36103-4160 |
| Bradford, Reshonda L.<br>Singleton Law Firm<br>4050 Linwood Ave.<br>Shreveport, LA 71108 | Bruno, Joseph M.<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 | Buchanan, Virginia M.<br>Levin, Papantonio, Thomas, Mitchell, et al.<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, Fl 32501-5996 |
| Cabraser, Elizabeth J.<br>Lieff, Cabraser, Herman & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street 30th Floor<br>San Francisco, CA 94111-3339 | Carboy, Andrew J.<br>Sullivan, Papain, Clock, McGrath & Cannavo<br>120 Broadway 18th Floor<br>New York, NY 10271 | Carroll, Raymond S.<br>Law Office Of Wwiner, Carroll & Strauss<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 |
| Colingo, Joseph R.<br>Willimas, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | Craig Jr. C. York<br>Craig, Hester, Luke & Dodson<br>P. O. Box 12005<br>Jackson, MS 39236- 2005 | Crum, Richard E.<br>Cobb Shealy, Crum & Derrick, P.A.<br>P.O. Box 6346<br>Dothan, AL 36302-6346 |
| D'Amato, Jr. John Michael<br>Russo, Scamardella & D'Amatto, P.C.<br>1010 Forest Avenue<br>Staten, Island, NY 10310 | Deters, Eric C.<br>Eric C. Dester & Associates, P.S>C.<br>5247 Madsion Pike<br>Independence, KY 41051 | Dixon, Ivan<br>8413 Edgewood Drive<br>Rowlett, TX 75089 |
| Eberhardt, John P.<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | Edelman, Daniel A.<br>Edelman, Combs & Latturner, LLC<br>120 South LaSalle Street<br>18 Floor<br>Chicago, IL 60603 | Edmonson, Richard M.<br>Armstrong Allen, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211 |
| Fears, Reginald K.<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | Fiestal, Ronald V.<br>Kenneth B. Moll & Associate, Ltd.<br>Three First Nathional Plaza<br>50th Floor<br>Chicago, IL 60602 | Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattieburg, MS 39401 |

Foster, Shawn G.
Davis, Bethunte & Jones, LLC
1100 Main Street
Suite2390
Kansas City, MO 64105

Fox, Dana Casselli
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Freese, Richard A.
Sweet & Freese, P.L.L.C.
P. O. Box 1178
Jackson, MS 39215

Gallagher, Michael T.
Gallagher Law Firm, P.C.
727 Walker Street
Suite 2500
Houston, TX 77002

Gancedo, Hector G.
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Garcia, Ricardo A
820 S. Main Street
McAllen, TX 78501

Gibson, Mary
P.O. Box 400
St. Mary's, GA 31558

Goldser, Ronald S.
Zimmerman Reed, P.L.L.P.
651 Nicolett Mall
Suite 501
Minneapolis, MN 55402- 4123

Goldwasser, Andrew S.
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street -Suite 18368
Huntsville, AL 35804

Griesenbeck, Tom T.
Plunkett & Gibson
Renaissance Plaza, Suite 1100 - 70 N.E. Loop 410- P.O. Box 795061
San Antonio, Tx 78216

Guerricro, Jeffery D.
Guerriero & Guerriero
P.O. Box 4090
Monroe, LA 71211-4092

Harke, Lance A.
Harke & Clasby
155 South Miami Avenue
Suite,600
Miami, FL 33130

Hebderson, Craig D.
Gary, Thomasson, Hall & Mark
P.O. Box 2888
210 S. Carancahus
Corpus Christi, TX 78403

Hockema, David Hadden
Hockema, Tippit & Escobedo, L.L.P.
1Pasco Del Prado- Bldg 101
P.O. Box 720540
McAllen, TX 78504-0540

Hodges, Robert M.
Wise, Carter , Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Howell, III, Jessc L.Copeland, Cook Taylor
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS. 39158- 1511

Hughes, John F.
Hamilton Law Firm
P.O. Box 1511
Meridian, MS 39302 - 1511

Hutton, Mark B.
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

Johnson, Dennis J.
Johnson & Perkinson
Willston Road
P.O. Box 2305
S. Burlington, VT 05403

Johnson, Walter T.
Watkins & Eager -The Emporium Building
400 East Capitol Street Suite 300
P.O. Box 650
Jackson, MS 39205- 0650

Johnson, III Whittman B.
Currie, Johsnon, Griffin, Gaines, Meyer
P.O. Box 750
Jackson, MS 39205-0750

Jones, Christy D.
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Josephson, Richard L.
Baker & Bolts -One Shell Plaza
910 Louisiana Street
Suite 300
Houston, TX 77002-9934

Katz, Melissa C.
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75024

Kegerreis, Sharon L.
Hughes, Hubbard & reed, LLP
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131 - 4332

Kennedy, Reed Eric
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Clevland. OH 44115

Kleinberg, Norman C.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, Ny 10004

Kolman, Timothy M.
Timothy M. Kolman And Associate
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhome, PA 19047

Land, John W.
Bryan, Nelson, Randolph & Weathers
P.O. Box Drawer 18109
Hattiesburg, MS 39404- 8109

Lanier, W. Mark
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Leather, Jeffery D.
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Lessfield, Ira H.
Lessfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Levin, Arnold
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Lewis, Carlene Rhodes
Goforth, Lewis, Sandford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Lietz, David K.
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Lockridge, Richard A.
Lockridge, Grindal & Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Luckelt, Jr. William O.
Luckelt Law Firm
P.O. Box Drawer 1000
Clarksdale, MS 38164 -1000

Malone, Partick A.
Stein, Mitchelle & Mezines
1100 Connecticut avenue, N. W
Suite 1100
Washington, DC 20036

Mathews, David P.
Abraham, Watkins, Nichols, Sorrels, et al.
800 Commerce Street
Houston, TX 77002-1776

McClain, Kenneth B.
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
Independence, MO 64050

McNamara, J. Leray
200 Concourse, Suite 200
1062 Highland Coloney Park
P.O. Box 6020
Ridgeland, MS 39158

Merkel, Charles M.
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS 38655-0668

Milam, S. Kirk
Hickman, Goza & Spragins, P.L.L.C
P.O. Box Drawer 668
Oxford, MS 38655-0668

Milavetz, Allen Scott
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Miller, mason L.
Getty & Mayo, P.L.L.C.
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Mills, Daniel
1032 Cardinal Dr.
Waco, TX 76712

Minor, Steven R.
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203- 8400

Moirano, Michael H.
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL 60606

Mousseau, Geoffrey C.
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA 91208

Mulhem, Edwin T.
Huwel & Mulhem
11 New Hyde Park Road
Frank Square, NY 11010

Nast, Dianne M.
Roda & Nast, P.C.
801 Estelle Dr.
Lancaster, PA 17601

Naylor, Eugene R.
Wise, Carter Child & Caraway
600 Heritage Bldg.-401 East Capitol Street
P.O. Box 651
Jackson, MS 39205-0651

O'Malley, Richard F.
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Owen, Gregory J.
Owen, Patterson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Pearson, Thomas Jack
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Piper, Jr. Robert E.
Piper & Associate
624 Pierre Avenue
P.O. Box 63
Shreveport, LA 71103

Pitre, Frank M.
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlington, CA 94010

Pope, Geoffrey Edward
Doffemyre, Shields, Canfield,& Knowles
1355 Peachtree Street
N.E. 1600 The Peachtree
Atlanta, GA 30303-3269

Price, Henry J.
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Queglas- Jordan, Eric M.
Queglas Law Office
P.O. Box 16606
San Juan, PR 00908-6606

| | | |
|---|---|---|
| Robb, William R.<br>Aleshire, Robb & Sivils, P.C.<br>901 St. Louis Street<br>Suite 1600<br>Springfield, MO 65806 | Rowland, Robert D.<br>2227 South State Route 157<br>Edwardsville, IL 62025 | Ruiz, John H.<br>Law Office of John H. Ruiz<br>5040 N. W. 7th Street<br>Suite 920<br>Miami, FL 33126 |
| Rynecki, Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 | Saia, Stephen V.<br>Law Office Of Stephen V. Saia<br>70 Old Cart Oath Lane<br>Pembroke, MA 02359 | Schwebel, Paul R.M.<br>5657 Rundlc Court<br>Indianapolis, IN 46220 |
| Scott, Stuart E.<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | Seeger, Christopher A.<br>Seeger Weiss, LLP<br>One Williams Street<br>10th Floor<br>New York, NY 10004- 2502 | Simon, Jeffrey B.<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 |
| Smith, David Neil<br>Nix, Paterson & Roach,LLP<br>205 Lionda Drive<br>Dangerield, TX 75638 | Smith, Deanna Dean<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | Snapka, Kathryn A.<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua , Suite 23017<br>P.O. Box Drawer 23017<br>Corpus Christi, TX 78403 |
| Specter, Shanin<br>Kline & Specter<br>1525 Locust Street<br>19 th Street<br>Philadelphia, PA 19102 | Stacy, Robert F.<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | Steward, John S.<br>Meyerkord and Steward<br>2525 South Brentwood Blvd.<br>Suite 102<br>St. Louis, MO 63144 |
| Sullivan, Robert G.<br>Sullivan, Papain, Block McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York NY 10271 | Thomas, Cassandra F.<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | Tisi, Christopher V.<br>Ashcraft & Gerel<br>2000 L. Street, N. W<br>Suite 400<br>Washington, DC 20036 |
| Wade, Jr. Lawrence D.<br>Campbell, Delong , Hagwood & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | Walker, Chris J.<br>Markow Walker, P.A<br>P.O. Box 13669<br>Jackson, MS 39236-3669 | Walker, Thomas E.<br>Johnson, Barton, Proctor & Powell<br>2900 Am South/Harbert Plaza<br>1901 16th Avenue North<br>Birmingham, AL 35203 |
| Watson, Leila H.<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, AL 35205 | Weaver, Jennifer Fadal<br>1305 Fossel Ridge Trail<br>Waco, TX 76712 | Weiner, Richard J.<br>law Office Of Richard J. Weiner, P.C.<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | Welch, III, Jewell E.<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | Weston, John K.<br>Sacke, Weston, Smolinksy, Albert & Luber<br>510 Walnut Street<br>Suite 400<br>Philadelphia, PA 19106 |
| Wright, James L<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress 1010<br>Austin, TX 78701-0001 | Zonas, James John<br>James, J. Zonas, Attorney at Law<br>700-2nd Avenue, North<br>Suite 102<br>Naples, FL.  34102 | Lamp, Joel C.<br>Assistant General Counsel<br>Tort Litigation Division, Wal-MArt Stores, Inc<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |

Meaders Kim M
Crouch & Ramey
1445 Rose Avenue, Ste 2300
Dallas, TX 75202

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx                                MDL. No. 1657
       Products Liability Litigation         SECTION: L

"This Document Relates to All Cases"        Judge Fallon
                                                         Mag. Judge Knowles

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF JOSEPH M. BRUNO TO THE PLAINTIFFS STEERING COMMITTEE

NOW COMES Joseph M. Bruno, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully Submitted,

JOSEPH M. BRUNO  (Bar No.: #3604)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA  70113
Telephone:   (504) 525-1335
Facsimile:   (504) 561-6775
Email:         jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been served upon counsel for all parties by United States Mail, postage prepaid and properly addressed this 11th day of March, 2005.

_____
JOSEPH M. BRUNO