FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 15  PM 4: 07

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
PRODUCTS LIABILITY )
LITIGATION ) SECTION : L
)
) JUDGE FALLON
)
THIS DOCUMENT RELATES TO: ) MAG. JUDGE KNOWLES
)

### BRIAN K. BALSER'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Brian K. Balser who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____
Brian K. Balser (#37869)
BRIAN K. BALSER CO., LPA
Attorneys at Law
5311 Meadow Lane Court
Elyria, OH 44035
(440) 934-0044

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon counsel for all parties this 14th day of March, 2005.

___ Fee_____
___ Process____
_X_ Dktd____
_✓_ CtRmDep___
___ Doc. No ___

_____
Brian K. Balser

# BRIAN K. BALSER CO., L.P.A.

## ATTORNEYS AT LAW

2595 Tampa Road  
Palm Harbor, FL 34684

5311 Meadow Lane Court, Suite 1  
Elyria, Ohio 44035  
(440) 934-0044  FAX (440) 934-0050  
TOLL FREE 1-877 529-2100

March 11, 2005

Honorable Eldon Fallon  
United States District Court  
Eastern District of Louisiana  
500 Poydras St., Room C-456  
New Orleans, LA 70130

      RE: MDL No.: 1657- Section L  
         *In Re: Vioxx Products Liability Litigation*

Dear Judge Fallon:

  Please accept this letter as my Application for Appointment to the Plaintiffs' Steering Committee.

  Many attorneys, myself included, have always believed that receiving an appointment to a Plaintiffs' Steering Committee was only available to attorneys who have previously served on a PSC. Upon a review of various Plaintiffs' Steering Committees there always seemed to be the same attorneys; giving the appearance that to become a member of a PSC an attorney must be a member of a "closed" fraternity.

  However, I do believe that a Plaintiffs' Steering Committee should consist of a strong mixture of attorneys with PSC experience working together with attorneys who have litigation experience and the dedication to commit to a time-consuming project. The PSC should include qualified attorneys, such as myself, who have spent their legal careers representing their clients and litigating cases on a daily basis. The appointment to a PSC should be a door that is open to all qualified attorneys.

March 14, 2005

Pursuant to this Court's Pretrial Order Number 1; to be considered for the Plaintiffs' Steering Committee an attorney must have filed a civil action in this litigation.

I am counsel of record for eleven (11) cases filed in Federal Court in Ohio.[1]

I meet all of the criteria that this Court has set forth for appointment to this PSC.
  (a) willingness and availability to commit to a time-consuming project;
  (b) ability to work cooperatively with others; and
  (c) professional experience in this type of litigation.

To be a successful attorney one must have the willingness and the desire to commit to a time-consuming project. I have the willingness, desire and availability to commit to this project. I also possess the ability to work cooperatively with others, especially for the good of all. I have experience in this type of litigation. (so long as this criteria does not mean prior experience as a member of a PSC).

---

[1] *Saundra Nelson, et al. v. Merck & Co., Inc.*, Civil Action No. 05-631, United States District Court, Northern District of Ohio, Eastern Division.
 *Gail Cougar, et al. v. Merck & Co., Inc.*, Civil Action 05-671, United States District Court, Northern District of Ohio, Eastern Division.
 *Norma Tress, et al. v. Merck & Co. Inc.*, Civil Action No. 05-672, United States District Court, Northern District of Ohio, Eastern Division.
 *Richard Paul, Sr., et al. v. Merck & Co., Inc.*, Civil Action No. 05-713, United States District Court, Northern District of Ohio, Eastern Division.
 *Jackie Sigman, et al. v. Merck & Co., Inc.*, Civil Action No. 05-714, United States District Court, Northern District of Ohio, Eastern Division.
 *Dorothy Shirkey, et al. v. Merck & Co., Inc.*, Civil Action No. 05-715, United States District Court, Northern Division of Ohio, Eastern Division.
 *George Hutchinson, et al. v. Merck & Co., Inc.*, Civil Action No. 05-716, United States District Court, Northern Division of Ohio, Eastern Division.
 *Clova Koman, et al. v. Merck & Co., Inc.*, Civil Action No. 05-718, United States District Court, Northern Division of Ohio, Eastern Division.
 *Andrew Dragon, et al. v. Merck & Co., Inc.*, Civil Action No.05-719, United States District Court, Northern District of Ohio, Eastern Division.
 *Nancy Rischar, et al. v. Merck & Co., Inc.*, Civil Action No. 05-720, United States District Court, Northern District of Ohio, Eastern Division.
 *Newt Mulkey, et al. v. Merck & Co., Inc.*, Civil Action No. 05-    , United States District Court, Southern District of Ohio, Western Division.

March 14, 2005

Over the past five years I have represented clients in the United States District Court, Eastern District of Pennsylvania, *IN RE: DIET DRUGS; MDL Docket No. 1203*. During the course of those five years I have accepted referrals from several firms throughout the country.

I have been practicing law for eighteen years and I am licensed in Ohio and Florida. My experience also includes handling personally injury and complex medical malpractice cases. Throughout my legal career my emphasis and concern has always been the same, the client.

In addition to reviewing and preparation of Vioxx cases for my clients, I have consulted attorneys who are making their first venture into pharmaceutical litigation.

The Plaintiffs' Steering Committee should include attorneys who have experience in litigation and the desire to put that experience to work for the PSC. I have the experience, willingness and availability that is required to be a member of this PSC. Therefore I respectfully request Your Honor's appointment to this Plaintiffs' Steering Committee.

Sincerely,

BRIAN K. BALSER

BKB:tll

3