# The Sutton Law Firm

Lionel H. Sutton, III
Christine Reitano*

Reply to:   610 Baronne St., New Orleans, LA 70113
Ph: (504) 586-8899   Fx: (504) 585-1789

* Also Admitted in New York

110 E. Pershing St., New Iberia, LA 70560
Ph: (337) 365-5500   Fx: (337) 367-8811

March 14, 2005

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED   MAR 15 2005
LORETTA G. WHYTE
CLERK

Honorable Loretta G. Whyte
United States District Court
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

    RE:    Vioxx Products Liability Litigation
             MDL 1657

             Jeffery Rusk vs. Merck & Co., Inc.
             No. 05-06777

             Jonathan Davis vs. Merck & Co., Inc.
             No. 05-0678

Dear Ms. Whyte:

Pursuant to Pre-Trial Order No. 1, please add my name and address to the Panel Service List attached as Schedule A, as referenced below:

    Lionel H. Sutton, III
    610 Baronne Street
    New Orleans, LA 70113
    (504) 586-8899 phone
    (504) 585-1789 fax
    lhs3law@hotmail.com

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Lionel H. Sutton, III

LHS/ts

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____