**BARKER, BOUDREAUX, LAMY AND FOLEY**

(A Law Corporation)
FIRST NATIONAL BANK OF COMMERCE BUILDING
SUITE 1122
210 BARONNE STREET
NEW ORLEANS, LA 70112-1713
(504) 586-9395
FAX (504) 586-9410

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 16  PM 4:38

LORETTA G. WHYTE
CLERK

HAROLD J. LAMY
DANIEL S. FOLEY
TIMOTHY K. LAMY
LAWRENCE A. ARCELL
JOHN H. BUTLER II
WAYNE W. FOLEY
BRYAN K. JEFFERSON

THOMAS J. MEUNIER
(1927-1967)

C. PAUL BARKER
(1913-1982)

WILFRED H. BOUDREAUX
(1924-1992)

March 10, 2005

Honorable Loretta G. Whyte
United States District Court
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

*Sec. L*

In Re:     Vioxx Products Liability Litigation
           MDL 1657

           **Jeffery Rusk v. Merck & Company, Inc.**
           **No.  05-0677, USDC, Eastern District of Louisiana**

           **Jonathan Davis v. Merck & Company, Inc.**
           **No. 05-0678, USDC, Eastern District of Louisiana**

Dear Ms. Whyte:

Pursuant to Pre-Trial Order No. 1, please add my name and address to the Panel Service List attached as Schedule A, as referenced below:

Harold J. Lamy
Barker, Boudreaux, Lamy & Foley
210 Baronne Street, Suite 1122
New Orleans, LA 70112
(504) 586-9395 - phone
(504) 586-9410 - fax

Thanking you in advance for your cooperation, I remain,

Very truly yours,

Harold J. Lamy

HJL/llc

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____