# The Sutton Law Firm

Lionel H. Sutton, III
Christine Reitano*

Reply to: 610 Baronne St., New Orleans, LA 70113
Ph: (504) 586-8899 Fx: (504) 585-1789

* Also Admitted in New York

110 E. Pershing St., New Iberia, LA 70560
Ph: (337) 365-5500   Fx: (337) 367-8811

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 16 PM 12: 47
LORETTA G. WHYTE
CLERK

March 16, 2005

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

      RE:    MDL No. 1657 - Section L
               *In re* Vioxx Products Liability Litigation

Dear Judge Fallon:

I would like to nominate Rebecca A. Cunard for consideration as a member of the Plaintiffs' Steering Committee. I have worked with and relied upon Ms. Cunard within the context of other complex litigation including Fen-Phen, Breast Implant and numerous toxic torts. I am particularly impressed with her work ethic and her ability to work cooperatively with all counsel.

For your reference, I filed the first Merck ERISA case in the United States. I presented MDL argument in favor of the Eastern District of Louisiana but the MDL Panel, instead, chose the District of New Jersey (MDL 1658 In Re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation).

Should you have any questions, please do not hesitate to contact me.

With kindest personal regards, I remain

Sincerely,

Lionel H. Sutton, III

LHS/ts

cc:    Vioxx Service List

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____