UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 16  PM 12: 46
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

### APPLICATION OF REBECCA A. CUNARD FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Rebecca A. Cunard who files the attached application for appointment to the Plaintiffs' Steering Committee, pursuant to Pretrial Order Number 1.

RESPECTFULLY SUBMITTED:

BY: _____
REBECCA A. CUNARD
LA. BAR ROLL No.: 20154
CUNARD LAW FIRM
9214 INTERLINE AVENUE
BATON ROUGE, LOUISIANA 70809
TELEPHONE: (225) 925-2978
FACSIMILE: (225) 925-8192
EMAIL: rebecca@cunardlaw.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of March, 2005, served a copy of the foregoing pleading on all counsel of record to this proceeding by mailing same First Class United States mail, postage prepaid.

_____
REBECCA A. CUNARD

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No _____

# REBECCA ANN CUNARD
ATTORNEY AND COUNSELOR

TELEPHONE: (225) 925-2978

9214 INTERLINE AVENUE
BATON ROUGE, LOUISIANA 70809

FACSIMILE: (225) 925-8192

March 15, 2005

Honorable Eldon Fallon
United State District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

      In Re: Vioxx Products Liability Litigation
           MDL No. 1657 - Section L

Dear Judge Fallon:

     Please consider this my Application for Appointment to the Vioxx Plaintiffs' Steering Committee. If honored with an appointment, I shall wholeheartedly commit my time and my resources to this most important project and pledge always to work in a timely, courteous and professional manner. I have consistently demonstrated my ability to work cooperatively among all counsel and have significant complex mass tort/class action experience.

     I offer the attached resume in further support of my appointment to the Plaintiffs' Steering Committee.

Very truly yours,

Rebecca A. Cunard

/mj

Enclosure

# PROFESSIONAL RESUME' OF

# REBECCA A. CUNARD

**BUSINESS ADDRESS:**

Rebecca A. Cunard
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone: (225) 925-2978
Facsimile: (225) 925-8192
Email: rebecca@cunardlaw.com

**EDUCATIONAL BACKGROUND:**

Bachelor's Degree, Northeast Louisiana University
Juris Doctorate, Southern Law Center (1990)
Graduate, National Institute of Trial Advocacy

**COMPLEX LITIGATION EXPERIENCE:**

Ms. Cunard is experienced in complex litigation wherein her principal focus has been efficient case management, class certification, discovery and database/document management. A representative sample of her experience and background in the area of complex litigation is as follows:

A) In Re: 1993 Exxon Coker Fire Litigation, USDC, Middle District of Louisiana, Master Docket No. 93-MS-2-C-1; appointed to the PSC by Judge Frank Polozola; pending.
B) In Re: Exxon Chemical Plant Fire; USDC Middle District of Louisiana, 94-MS-3-B-1; appointed to the PSC by Judge John Parker; pending.
C) In the Matter of the Complaint of Ingram Barge Company as Owner of the M/V F. R. Bigelow and the IB-960 and Ingram Ohio Barge Co; USDC Middle District of Louisiana, 97-226 (A); appointed Class Counsel by Judge John Parker; settled.
D) In the Matter of the Complaint of Clearsky Shipping Corporation as Owner and Cosco (H.K.) Shipping Company Limited as Manager of the M/V Brightfield for Exoneration From and/or Limitation of Liability; USDC Eastern District of Louisiana; arising from an allision with the New Orleans Riverwalk; co-counsel in five individual cases; settled.
E) Carl Bell, et al vs. Kaiser Aluminum Chemical Corporation; 23rd JDC, Parish of Ascension, State of Louisiana; 99-2078 "N"; Co-chair of Claims Committee; settled.
F) Dale Dennis, et al vs. C. F. Industries, Inc.; USDC Middle District of Louisiana, 00-404-D-M3; appointed to the PSC by Judge James Brady; pending.

G) Gloria Berry, et al vs. The Burlington Northern and Santa Fe Railway Company; USDC Western District of Louisiana, 00-CV-1141; appointed to the PSC by Judge Rebecca F. Doherty; settled.

H) Robert Thomas, et al vs. AlliedSignal, et al; 19th JDC; Parish of East Baton Rouge, State of Louisiana; 470,084 "N"; appointed PSC Liaison Counsel by Judge Jewel Welch; settled.

I) In the Matter of Plaquemine Towing Corporation, et al; USDC Middle District of Louisiana, 01-239-D-M3; arising out of a collision on the Mississippi River; co-counsel in 13 individual cases; settled.

J) Alicia Tanguis, et al vs. M/V Westchester, et al; USDC Eastern District of Louisiana, 01-0449; appointed to the PSC by Judge Edith Brown Clement; settled.

K) John Riley, et al vs. Alabama Great Southern Railway Company, et al CDC No. 2002-08256 "G"; appointed to the PSC by Judge Robin Giarruso; pending.

L) Susan Blades, et al vs. Illinois Central Railroad Company d/b/a Canadian National Railroad/Illinois Central Railroad; USDC Eastern District of Louisiana. 02-3121 "A"; appointed to the PSC by Judge Jay Zainey; pending.

M) Schenlen Blakes, et al vs. Honeywell International, Inc.; 19th JDC, Parish of East Baton Rouge; No.: 511,626 Section 23; appointed Liaison Counsel by Judge William A. Morvant; pending.

N) In the Matter of the Complaint of River City Towing Services, Inc., As Owner of the Tank Barge FT-22 Petitioning for Exoneration From or Limitation of Liability Civil Action No. 04-291-C, USDC Middle District of Louisiana; and In the Matter of the Complaint of Baton Rouge Harbor Service, Inc., On Behalf of the M/V Egret for Exoneration From or Limitation of Liability, Civil Action 04-748-C, USDC Middle District of Louisiana; and In the Matter of the Complaint of Tessenderlo Davison Chemicals, L.L.C., As Bareboat Charter of the Tank Barge FT-22 Petitioning for Exoneration From or Limitation of Liability, Civil Action 04-763-C, USDC Middle District of Louisiana; appointed to the Claimants Steering Committee by Judge Ralph Tyson and chosen to serve as CSC Liaison Counsel.

**PROFESSIONAL ASSOCIATIONS:**

Federal Bar Association
Association of Trial Lawyers of America
Louisiana Trial Lawyers Association
Louisiana Bar Association, Federal Bench Bar Liaison Committee