*Copy in Chambers*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
THIS DOCUMENT RELATES TO: :
:

## CHARLES S. ZIMMERMAN'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Charles S. Zimmerman who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully Submitted,

ZIMMERMAN REED, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400

BY: _____
CHARLES S. ZIMMERMAN (#120054)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon counsel for all parties this 15th day of March, 2005.

_____
CHARLES S. ZIMMERMAN

L:\WPDATA\Vioxx\MDL\Pleadings\Pld006 (CSZ Application for PSC).wpd\wd



**ZIMMERMAN REED**
ATTORNEYS AT LAW

March 15, 2005

**CHARLES S. ZIMMERMAN**
Admitted in Minnesota
csz@zimmreed.com

REPLY TO MINNEAPOLIS

*Via Federal Express*

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

RE:   In Re: Vioxx Products Liablity Litigation MDL No. 1657

Dear Judge Fallon:

I respectfully seek appointment to the Vioxx Plaintiffs' Steering Committee. I am an active member of the Propulsid PSC, which has allowed this Court to observe me and witness the contributions that I have made to that complex MDL case. I have served in leadership positions in many pharmaceutical and medical device litigations for fifteen years. My class action and mass tort experience reaches back further to 1982, when I left a large Minneapolis Law Firm and founded Zimmerman Reed to focus on this area of law, primarily in Federal Courts. My experience in this area has been recognized by many Federal Courts, Bar Associations, Law Schools, and legal publishers as described below.

During the Propulsid MDL proceedings, I have personally participated at every stage of the litigation from its inception through the recent global settlement. I displayed my commitment to this Court and counsel through a long and often difficult process when other PSC members limited their involvement or withdrew from participation. I served on the "End Game Committee," playing a major role in negotiating and structuring a creative and unique solution in a complex pharmaceutical MDL matter. I know that defendants' counsel Tom Campion, Chuck Pruess and Jim Irwin recognize and appreciate the role I played in facilitating communication and staying with the process that ultimately enabled resolution when the parties appeared to be at an impasse. The PSC and defendants' counsel are proud of the Propulsid resolution program, but it required tremendous commitment, creativity and fortitude to finalize an agreement. I feel that I am humbly able to take some credit for this successful result.

As my experience in Propulsid demonstrates, when I am appointed to a MDL steering committee, I devote significant personal and firm resources. The Vioxx MDL litigation will be no different. Our firm has been involved in Vioxx litigation for over 3 years, filing our first case on August 30, 2002, well before the FDA pronouncements regarding the drug and well before the recent public attention focused on this drug. Our firm recognized very early the serious complications from Vioxx and learned the legal medical issues surrounding the drug including retaining medical experts. We have carefully scrutinized for the past 3 years many cases in which we were retained as plaintiffs' counsel. We understand the legal and medical issues surrounding these cases and we know the injuries caused by Vioxx. My fifteen years of experience in other medical device and pharmaceutical litigation will also assist me in making valuable contributions to this Vioxx MDL litigation.

**MINNEAPOLIS** | 651 NICOLLET MALL, SUITE 501  MINNEAPOLIS, MINNESOTA 55402   TEL 612.341.0400  FAX 612.341.0844   ZIMMREED.COM
**SCOTTSDALE** | 14646 NORTH KIERLAND BLVD, SUITE 145  SCOTTSDALE, ARIZONA 85254   TEL 480.348.6400  FAX 480.348.6415   ZIMMREED.COM

Honorable Eldon Fallon
March 15, 2005
Page 2

I have been appointed a member of numerous MDL medical product and medical device plaintiff's steering committees. These appointments include:

- *Dante vs. Dow Corning Corp.* MDL 926 (S.D. Ohio 1991)(appointed member of lead counsel committee (LLC) in Dow Corning breast implant litigation by U.S. District Court Judge Carl Rubin) (transferred to Judge Sam Porter and served as head of bioplasty committee and global settlement committee)
- *In re Norplant Contraceptive Products Liab. Litig.* MDL 1038 (E.D. Tex ) (appointed to PSC by Judge Richard Shell)
- *In re Castano Tobacco Litigation.* (E.D. LA) (appointed to PSC by Judge Jones)
- *In re TMJ Product Liab. Litig.* MDL 1001 (D. Minn.)(appointed to PSC by Judge Paul Magnuson)
- *In re Telectronics Accufix Atrial J Lead Litig.* MDL 1057 (S.D. Ohio)(appointed to PSC by Judge Arthur Spiegel)
- *In re St. Jude Medical, Inc. Silzone Heart Valves Products Liab. Litig.* MDL 1396 (D. Minn.)(appointed to the PSC by Judge John Tunheim)
- *In re Propulsid Products Liab. Litig.* MDL 1355 (E.D. LA.)(appointed to PSC by Judge Eldon Fallon)
- *In re Baycol Products Liab. Litig.* MDL 1431 (D. Minn.)(appointed lead counsel in third largest MDL in the U.S. by Judge Michael J. Davis).

Perhaps my work as lead counsel in the Baycol MDL best represents my commitment, knowledge and expertise in pharmaceutical and medical device litigation. I would encourage this Court to inquire of Judge Davis should it be appropriate.

Baycol is the third largest MDL in history and one that is unique in many ways. What is important for purposes of this application is that the Baycol MDL has required extraordinary efforts to achieve cooperation and coordination between the state court, plaintiffs' counsel, and the MDL plaintiff and defense counsel. I worked tirelessly to facilitate communication between these groups with the knowledge that successful management of a mass tort required civil communication, litigation coordination, and cooperation between many state courts and the MDL court. The Baycol MDL has been a credit to everyone who participated in this massive cooperative effort. Settlements totaling over $1.25 billion have resulted to date and are continuing. In addition, I have run an MDL that has achieved prompt justice, cost efficiency, state of the art computerized document preservation and access system, worldwide deposition protocol and program along with civility that I hope will stand as a benchmark for Vioxx to exceed in working through similar complex issues.

In addressing the specific questions posed by this Court, I would like to state that professionally I have always been committed to fairness through a better sense of cooperation, civility and most importantly excellence in advocacy, by being honest and forthright in my dealings with courts, clients and counsel. In recognition of my work I have been voted by Minneapolis St. Paul Magazine and Minnesota Law and Politics as a "SuperLawyer" for the last four years. I have had the privilege to write and speak on mass tort litigation in various fora, including the Louisiana State Bar Association, the Minnesota Bar, the American Bar Association , American Trial Lawyers Association and many others. In addition I have chaired and presented at the following seminars and in the following publications:

- Baycol Litigation Conference (Mealeys) (June 2-3, 2003) (Amelia Island, FL).
- The Future of Class Action Litigation in America (ABA) (October 2-3, 2003) (Boston).
- The 4th Annual Class Action/ Mass Torts Synopsis (LA Bar Association Conference) (October 24, 2004) (LA) I spoke on ethics in complex cases at this conference.
- Emerging Drugs and Medical Devices Conference for Plaintiff Attorneys (Lexis Nexis) (March 22-23, 2004) (AZ).

Honorable Eldon Fallon
March 15, 2005
Page 3

- Class Action & Mass Tort Litigation 2004 (Clarion Legal) (September 8, 2004) (St. Paul, MN)
- Complex Litigation Class (William Mitchell College of Law) (October 26, 2004) (St. Paul, MN)
- Current Issues in Pharmaceutical Litigation & Policy (ABA Conference) (November 8, 2004)
- The 9th Annual Conference for In House Counsel & Trial Attorneys: Drug and Medical Device (American Conference Institute) (December 12-14, 2004) (NYC)
- Class Action and Mass Tort, Arthur Miller (West Publishing) (December 16, 2004) (MN)

In each of these programs a paper was published that I authored. This list is not inclusive simply illustrative.

Later this year I will be speaking at the following conferences:
- National In-House Counsel Forum on Pharmaceutical & Medical Device Recall and Withdrawal (June 23-24,2005) (NYC)
- Leading Edge Strategies and Cutting Edge Solutions for Litigators at the Forefront of Pharmaceutical and Vioxx Litigation - Toxic Tort (Marcus Evans Conferences) (November 2005) (Washington DC)
- 2005 ABA Pharmaceutical Regional Meeting (December 18, 2005) (NYC)

I have also been a guest lecturer at several Law Schools in complex litigation.

Complex cases require creative and honest communication driven by professional standards of excellence and preparation. I have worked very closely with Doug Marvin of Williams and Connolly in the Baycol litigation. Doug Marvin and Williams and Connelly is also serving as chief counsel to Merck in this Vioxx MDL. Doug Marvin and I know each other well and I believe he holds respect for me and my work, acquired as we vigorously litigated the Baycol MDL.

I also understand the "Big Picture" and try to keep it in focus. End games in major litigation do not occur unless the parties understand the litigation, the documents, the medicine, the risks and appreciate the problems each side faces. One of my most significant achievements, and one of which I am most proud was my appointment as negotiator (along with Russ Herman and others) of the National Tobacco Settlement (June 20 Accord). Wendell Gauthier asked me to take his place at the negotiating table when he was diagnosed with cancer about 4 weeks into the 12 month negotiation. We achieved something no one thought possible, a change in tobacco culture in this country. The money to pay past health care costs was important, but the change in practices and public health is what I helped champion and what I consider the most significant legacy of the Tobacco Wars. I thank Wendell for the opportunity to participate, but I can tell this Court that I worked very hard to achieve our goal of changing attitude and perceptions about tobacco. This effort saves lives every day.

Management of large cases requires credibility with the Court and counsel. It requires time and energy. While Baycol is still very active as it is nearing a conclusion, I will commit the necessary time to the Vioxx matter if the Court appoints me to this important PSC. I do not make this statement lightly. During Baycol's most active period, I maintained my active involvement in Propulsid. I will make the same commitment here.

Respectfully yours,

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman

CSZ:ram
cc: All Counsel of Record