LAW OFFICES
# ABRAHAM, WATKINS, NICHOLS,
# SORRELS, MATTHEWS & FRIEND

800 COMMERCE STREET
HOUSTON, TEXAS 77002
(713) 222-7211
FAX (713) 225-0827
1-800-870-9584
WWW.ABRAHAMWATKINS.COM

NICK C. NICHOLS, P.C.
RANDALL O. SORRELS, P.C. *†
DAVID P. MATTHEWS *‡○
MARK T. MURRAY *
RICHARD J. PLEZIA *○
BENNY AGOSTO, JR. *
SEAN A. ROBERTS

C.F. JEB WAIT, M.D. J.D.
LIZY SANTIAGO
JULIE L. RHOADES
CLYDE J. "JAY" JACKSON, III *
JASON C. WEBSTER ○
JASON B. OSTROM

DALE FRIEND
(RETIRED)

FRANK T. ABRAHAM
(1924 - 2004)

W.W. WATKINS
(1920 - 1987)

* BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
† BOARD CERTIFIED: CIVIL TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
○ LICENSED IN TEXAS AND MISSISSIPPI
‡ LICENSED IN NEW YORK STATE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 16 PM 2:31

LORETTA G. WHYTE
CLERK

March 14, 2005

Hon. Elton Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans LA 70130

    Re:    MDL No. 1657
             **In Re: Vioxx Products Liability Litigation**
             Application for Appointment to PSC by David P. Matthews

Dear Judge Fallon:

    I respectfully request to be appointed to the Plaintiff Steering Committee in MDL 1657, Vioxx Litigation.

    I am a board certified personal injury trial lawyer licensed in New York, Mississippi and Texas. I represent Vioxx claimants from 35 different states and Puerto Rico. I'm A-V rated in Martindale Hubbell and have tried over 75 cases to verdict.

    Other very qualified attorneys have also applied for these appointments. I believe that my background and skills will enhance and complement those of the other attorneys appointed to the PSC for all of the following reasons:

    I assure the Court and all counsel that I and the firm of Abraham, Watkins meet the main criteria for membership in the PSC as set out in the Court's Pre-Trial Order No. 1:

        a)    Willingness and availability to commit to a time-consuming project;
        b)    Ability to work cooperatively with others; and
        c)    Professional experience in this type of litigation.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

March 14, 2005
Page 2

I am quite familiar with the *Manual for Complex Litigation, Fourth* (MCL 4th).

The details of my qualifications to meet the Court's criteria and to conduct the responsibilities assigned to the PSC regarding discovery, hearings and meetings and "miscellaneous" activities are discussed below.

**Mass Tort / Pharmaceutical Litigation Background:**

I am a partner at Abraham Watkins and have extensive experience handling complex litigation and pharmaceutical product liability litigation. I am in charge of our Mass Torts Section, which includes eight lawyers, a physician, two nurses and approximately 40 support staff. We are currently concluding litigation involving Fen Phen, Rezulin and Baycol. Therefore, we have a large staff that will be committed to the Vioxx litigation.

We currently have the largest number of Vioxx lawsuits filed in Texas State Court, and have been working with national counsel for Merck for many months. We have secured filing agreements, discovery agreements and have a good working relationship with Merck's counsel. We are also involved with Merck concerning their drug Zocor.

We have an exceptional IT staff at Abraham Watkins. We handled over 12,000 Rezulin claims and over 2500 Fen Phen claims. The lawyers and staff at Abraham Watkins have received and reviewed three different new drug applications involving pharmaceutical litigation, and have over seven years' experience with discovery, expert preparation, scientific research, legal briefing, trial preparation and trials concerning pharmaceutical litigation.

**Client Base:**

I head a consortium of attorneys who represent Vioxx claimants. We have reviewed over 3,000 claims from over 35 states and the Commonwealth of Puerto Rico. We continue to review cases in-house. We have filed cases in federal court and in several state courts. I have secured an agreement from Merck that will lead to consolidated Vioxx proceedings in the State of Texas.

**Vioxx Experience:**

We have filed written discovery with the complaints being served upon Merck, and are preparing additional discovery. I have participated in depositions of corporate representatives from Merck and I have executed the Confidentiality Orders in New Jersey and Texas. I have had an attorney from our firm participate in Vioxx document review at the offices of Chris Seeger in New York, and plan to send additional counsel as needed. I have availed myself of more than 45 deposition transcripts taken in re Vioxx litigation, and have obtained the exhibits from almost all of the depositions.

March 14, 2005
Page 3

     I have worked closely with Andy Birchfield, Chris Seeger and numerous other attorneys before in other pharmaceutical litigation, as well as Vioxx related matters.

     Through our medical staff, we have retained over 10 testifying experts, and have had contact with numerous other experts who are potentially consulting or testifying experts. I have participated in roundtable discussions with experts from Scientific Evidence, Inc. and Med-Expertise, LLC. I work closely with Dr. Jeb Wait at my firm, who is also an attorney. We have the unique capability to assist with medical and scientific matters.

     I recently spoke at the COX-2 Advisory Committee in Washington D.C. on February 18, 2005 during the public forum presentation, and I spoke at the Rezulin Recall Advisory Committee hearing in May of 2000.

     My firm has already invested a great deal of time, energy and resources to Vioxx litigation, and I do not foresee any circumstances that would preclude my being able to fully participate as a member of the PSC. I am willing to commit the time and resources necessary. I have attended organizational meetings in Atlanta GA, Pasadena CA, New York NY, Washington DC, Palm Springs CA and most recently in New Orleans.

**Conclusion:**

     I am a member in good standing of the New York, Mississippi and Texas Bars, Texas Trial Lawyers Association, Mississippi Trial Lawyers Association, New York Trial Lawyers Association and the American Trial Lawyers Association. I have never been disciplined by any Bar Associations or any court.

     My firm has a long history of work in complex pharmaceutical litigation, including committee work with Rezulin, Baycol, Fen-Phen, OxyContin and Vioxx.

     I am committed to this litigation and would consider it a great honor to be appointed to the PSC for Vioxx Litigation.

Sincerely,

David P. Matthews

DPM/jn

cc: All Counsel / Service List 2/16/05

Allen, Jr, T. Scott
Cruse, Scott, Henderson & Mien
2777 Allen Parkway 7th Floor
Houston, TX 77019

Americsourcebergen,
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Arsenault, Richard J.
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Aylstock, Bryan F.
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Bailey, Blake H.
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Barkley, Steven C.
3560 Delaware
Suite 305
Beaumont, TX 77706

Fiesta, Ronald V.
Kenneth B. Moll & Assocaties, Ltd.
Three First National Plaza
50th Floor
Chicago, IL 60602

Barrett, David A.
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

Becnel, Bradley Douglas
Law Offices Of Daniel E. Becnel, Jr.
425 W. Airline Hwy.
Suite B
Laplace, LA 70068

Becnel, Jr, Daniel E.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig,
P.O. Box 959
Valley Forge, PA 19482

Berger, C. William
Furr & Cohen
2255 Glades Road
Suite 337W
Boca Raton, FL 33431

Birchfield, Andy
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street; P.O. Box 4160
Montgomery, AL 36103-4160
Bradford, Reshonda L.

Singleton Law Office
4050 Linwood Ave
Shreveport, LA 71108

Bruno, Joseph M.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Buchanan, Virginia M.
Levin, Papantonio, Thomas, Mitchell, et al.
316 S. Baylen Street
Suite 600
Pensacola, FL 32501-5996

Cabraser, Elizabeth J.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Carboy, Andrew J.
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Carroll, Raymond S.
Law Offices Of Weiner, Carroll & Strauss
19 Rockland Center
Suite 425
Nanuet, NY 10954

Colingo, Joseph R.
Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

Cory, Ernest
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Craig, Jr, C. York
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Crum, Richard E.
Cobb, Shealy, Crum & Derrick, PA.
P.O. Box 6346
Dothan, AL 36302-6346

D'Amato, Jr, John Michael
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Deters, Eric C.
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Dixon, Ivan
8413 Edgewood Drive
Rowlett, TX 75089

Driscoll, John
Brown & Crouppen
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Eberhardt, John P.
#1083045
1100 FM 655
Rosharon, TX 77583

Edelman, Daniel A.
Edelman, Combs & Latturner, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Edmonson, Richard M.
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS 39211

| | | |
|---|---|---|
| Edwards, James A.<br>Cantey & Hanger<br>801 Cherry Street; Suite 2100<br>Burnett Plaza<br>Fort Worth, TX 76102 | Fayard, Jr. Calvin C.<br>Fayard & Honeycutt<br>519 Florida Avenue, S,W<br>Denham Springs, LA 70726 | Fears, Reginald K.<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 |
| Federman, William B.<br>Federman & Sherwood<br>120 North Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102 | Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | Foster, Shawn G.<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City, MO 64105 |
| Fox, Dana Casselli<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | Freese, Richard A.<br>Sweet & Freese, P,L,L.C.<br>P.O. Box 1178<br>Jackson, MS 39215 | Gallagher, Michael T.<br>Gallagher Law Firm, P.C.<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 |
| Gancedo, Hector G.<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | Garcia, Ricardo A.<br>820 S. Main Street<br>McAllen, TX 78501 | Gibson, Mary<br>P.O. Box 400<br>St. Mary's, GA 31558 |
| Goldser, Ronald S.<br>Zimmerman Reed, P.L.L.P<br>65 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | Goldwasser, Andrew S.<br>Ciano & Goldwasser<br>1500 West Third Street<br>Suite 460<br>Cleveland, OH 44113 | Graffeo, C. Anthony<br>Watson, Jimmerson, Givhan, et al.<br>203 Greene Street<br>P.O. Box 18368<br>Hunstville, AL 35804 |
| Griesenbeck, Tim T.<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410; P.O. Box 795061<br>San Antonio, TX 78216 | Griffith, Patricia<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614 | Guerriero, Jeffrey D.<br>Guerriero & Guerriero<br>P.O. Box 4092<br>Monore, LA 71211-4092 |
| Harke, Lance A.<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami, FL 33130 | Hebderson, Craig D.<br>Thomasson, Hall & Mark<br>Professional Corp<br>P.O. Box 2888; 2IOS. Carancahua<br>Corpus Christi, TX 78403 | Hockema, David Hadden<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado; Bldg. 101<br>P.O. Box 720540<br>McAllen, TX 78504-0540 |
| Hodges, Robert M.<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-065 1 | Howell, III, Jesse L<br>Copeland, Cook, Taylor & Bush, PA.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway; P.O.B 6020<br>Ridgeland, MS 39158-6020 | Hughes, John F.<br>Wilkins, Stephen & Tipton<br>P.O. Box 13429<br>Jackson, MS 39236 |
| Hutton, Mark B<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201 | Hylla, David A.<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025 | Johnson, Dennis I.<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 |
| Johnson, Walter T.<br>Watkins & Eager<br>The Emporium Building<br>400 East Capitol Street Suite 300<br>Jackson, MS 39205-0650 | Johnson, III, Whitman B.<br>Curie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 | Jones, Christy D.<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225-2567 |

| | | |
|---|---|---|
| Josephson, Richard L.<br>Baker & Botts<br>One Shell Plaza<br>910 Louisiana Street; Suite 3000<br>Houston, TX 77002-9934 | Katz, Melissa C.<br>Waters & Kraus<br>3219 McKinney<br>Suite 3000<br>Dallas, TX 75204 | Kegerreis, Sharon L.<br>Hughes, Hubbard & Reed, LLP<br>201 S. Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-4332 |
| Kennedy, R. Eric<br>Weisman, Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | Kleinberg. Norman C.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Kolman, Timothy M.<br>Timothy M. Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 |
| Knoll, Marjory<br>Law office of Robert J. Diecello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | Lanier, W. Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | Leathers, Jeffrey O.<br>Greer, Pipkin, Russell, Dent & Leathers<br>P.O. Box 907<br>Tupelo, MS 38802 |
| Leesfield, Ira H,<br>Leesfield, Leighton, Rubio & Mahfood, PA.<br>2350 South Dixie Highway<br>Miami, FL 33133 | Levin, Arnold<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | Lewis, Carlene Rhodes<br>Goforth, Lewis, Sanford, LLP<br>1111 Bagby<br>Suite 2200<br>Houston, TX 77002 |
| Lietz, David K.<br>Coale, Cooley, Lietz, McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington, DC 20006 | Lockridge, Richard A.<br>Lockridge, Grindal & Nauen P,L,L,P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | Luckett, Jr, William O.<br>Luckett Law Firm<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 |
| Malone, Patrick A.<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, NW,<br>Suite 1100<br>Washington, DC 20036 | McClain, Kenneth B.<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | McNamara, J. Leray<br>Copeland, Cook, Taylor & Bush, PA.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O.B 6020<br>Ridgeland, MS 39158 |
| Merkel, Charles M.<br>Merkel & Cocke<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 | Milam, S. Kirk<br>Hickman, Goza & Spragins, Pllc<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | Milavetz, Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 |
| Miller, Mason L.<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250W. Main Street<br>Lexington, KY 40507 | Minor, Daniel<br>1032 Cardinal Dr.<br>Waco, TX 76712 | Minor, Steven R.<br>Elliott Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 |
| Moirano, Michael H.<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | Meaders, Kim ,<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste. 2300<br>Dallas, TX 75202 | Mousseau, Geoffrey C.<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 |
| Mulhern, Edwin T.<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | Murray, Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | Nast, Dianne M.<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 |

Naylor, Eugene R.
Wise, Carter, Child & Caraway
600 Heritage Bldg; 401 East Capitol St.
P.O. Box 651
Jackson, MS 39205-0651

O'Malley, Richard F.
Sidley Austin Brown & Wood
10 South Dearborn Street; Suite 48 Southeast
Chicago, IL 60603

Owen, Gregory J.
Owen, Patterson & Owen
822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Pearson, Thomas Jack
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Piper, Jr, Robert E.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Pitre, Frank M.
Cotchett, Pure, Simon & McCarthy
San Francisco Airport Office Center; Ste. 200
840 Malcolm Road
Burlingame, CA 94010

Pope, Geoffrey Edward
Doffermyre, Shields, Canfield, Knowles, et al.
1355 Peachtree Street, N.E., 1600 The Peachtree
Atlanta, GA 30309-3269

Price, Henry J
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Quetglas-Jordan, Eric M.
Queglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

Robb, William R.
Aleshire, Robb & Sivils, P.C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Rowland, Robert D.
2227 South State Route 157
Edwardsville, IL 62025

Ruiz, John H.
Law Office of John H. Ruiz
5040 NW. 7th Street
Suite 920
Miami, FL 33126

Rynecki, Scott
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Saia, Stephen V.
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Schwebel, Paul R.M.
5657 Rundle Court
Indianapolis, IN 46220

Scott, Stuart E.
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Seeger, Christopher A.
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004-2502

Simon, Jeffrey B.
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Smith, David Neil
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Smith, Deanna Dean
Ebanks, Smith & Carlson LLP
1401 McKinney
Suite 2500
Houston, TX 77010-4034

Snapka, Kathryn A.
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. 0. Drawer 23017
Corpus Christi, TX 78403

Specter, Shanin
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Stacy, Robert F
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Steward, John
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Sullivan, Robert O.
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Thomas, Cassandra F.
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Tisi, Christopher V.
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Wade, Jr., Lawrence D.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Walker, Chris J
Markow Walker, PA.
P.O. Box 13669
Jackson, MS 39236-3669

Walker, Thomas E.
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Watson, Leila H.
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Weisbrod, Leslie
Morgan & Weisbrod
1551 Forest Central Drive
Suite 300
Dallas, TX 75243

Wright, James L
Mithoff & Jacks
I Congress Plaza
111 Congress Avenue; Suite 1010
Austin, TX 78701-0001

Matthews, David
Abraham, Watkins, Nichols, Sorrels, Matthews
& Friend
800 Commerce Street
Houston, TX 77002-1776

Haider, Nadeem
606 N. Jefferson. St.
Louisville, MS 39339

Weaver, Jennifer Fadal
1305 Fossel Ridge Trial
Waco, TX 76712

Welch, III, Jewell E.
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Ysasaga, Michael A.
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar
Suite 1000
Houston, TX 77010

Lamp, Joel C.
Assistant General Counsel
Tort Litigation Division, Wal-Mart Store, Inc.
702 S.W 8th St.
Bentoville, AR 72716-0215

Hart, Barbara J.
Goodking, Labaton, Rudoff, Sucharow
100 Park Ave., 12th Floor
New York, NY 10017-5563

Weiner, Richard J.
Law Offices Of Richard J. Weiner, P.C.
19 Rockland Center; Suite 425
Nanuet, NY 10954

Weston, John K.
Sacks, Weston, Smolinksy, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA 19106

Zonas, James John
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL 34102

Land, John W.
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Russell, Steven L.
Beirner, Maynard & Parsons
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201