IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIAGILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

APPLICATION FOR APPOINTMENT OF CARLENE RHODES LEWIS[1]
TO PLAINTIFF'S STEERING COMMITTEE

I first filed a Vioxx claim in 2001. I am counsel in 301 pre-withdrawal federal personal injury claims and 3 Texas State claims. I have 450 serious injury cases (out of thousands reviewed) that I expect to file. I am referring counsel and co-counsel in a pre-withdrawal consumer class action, the first-filed securities action and the first-filed third-party payor action with Chris Seeger. I am referring or joint counsel in 15 claims in the California JCCP, and 3 actions in the New Jersey Consolidated Litigation.

In October of 2000, within 5 months of the marketing of Vioxx in the United States, I was retained by a friend of my mother's concerning her Vioxx-related injuries. I attempted to settle the case with Merck's in-house counsel. The negotiations were not successful and I began an in-depth investigation of Vioxx's potential cardiotoxicity. On September 5, 2001, I notified Merck by letter of several hundred serious cardiovascular injuries in clients who ingested Vioxx. With little response, I sought out the best trial lawyers across the country. I also received calls from others who saw the initial filing. In early 2001, I met with Tom Girardi in Los Angeles. The California consolidated litigation soon began. Goforth Lewis Sanford LLP (GLS) has worked

---

[1] I am a graduate of Harvard University, *cum laude*, and of the University of Virginia School of Law, where I was inducted into the Raven Society. I am a Life Fellow of the Houston Bar Association. I have an AV rating by Martindale Hubbell. I was one of two founding partners of the law firm Goforth Lewis in 1989.

with the California team on all aspects of discovery and development of experts. In Texas, I enlisted Mark Lanier[2] on 6 initial filings. I was directed to Chris Seeger as a lawyer with the ability to aggressively take on Merck. I met with Chris Seeger in Houston in 2001 and received his support and promise to make a joint effort to pursue Merck. Seeger Weiss and GLS have worked cooperatively on all aspects of the litigation and I hold Chris Seeger in the highest regard for pushing the litigation while Vioxx remained on market.

GLS filed a consumer class in 2001 in Illinois (*Lehr*), a few days after the *Cain* case. While *Cain* stalled, the first document production by Merck was in *Lehr* and one of our Texas cases. I sent a team of lawyers to inspect Merck's document repository in Blue Bell, Pennsylvania, prior to bates identification of the documents by Merck. GLS scanned the production to CDs, in searchable format, and provided millions of pages of production without cost to other firms involved in Vioxx litigation. GLS took Merck corporate witness depositions, fact depositions, and presented and took case expert depositions. Motion practice was extensive.

In 2002, David Miceli, then of Beasley Allen, and Shelly Sanford of GLS began the ATLA Vioxx Litigation Group. Shelly Sanford has been the Acting Chair of the group since the summer of 2004. GLS has handled communication and coordination among several hundred ATLA members in the litigation group as well as with many who do not qualify for membership. GLS coordinates committees and handles emails, information and money for the group. GLS hosted multiple pre-withdrawal meetings and conferences for firms involved in Vioxx litigation nationally. I began speaking on Vioxx at major seminars in 2002 and provided participants with questionnaires, intake forms and scientific support for the risks. We hosted many document

---

[2] The Lanier Law Firm and GLS have worked together in all aspects of the cases and have two of the first trial settings in the country. GLS and the Lanier Firm are jointly prosecuting a majority of the Texas cases that were pending at the time of the withdrawal.

reviews and GLS was the initial document repository for millions of pages of paper production before Merck was required to produce the discovery in electronic form in 2004. A substantial number of the hot documents culled from the early GLS document reviews are the core hot documents circulated among counsel today. GLS has prepared and presented experts for deposition, including a Rheumatologist, Pathologist, Cardiologist, Pharmacologist, and Epidemiologist. In one local case, Merck did not challenge the Epidemiologist on general causation or the Cardiologist on mechanism of injury. Since the withdrawal, I have spoken and provided detailed case information at seminars for ATLA, Mealey's, Mass Torts Made Perfect, Harris-Martin, and Med-Expertise, and I have appeared on radio talk shows and given interviews to national media about Vioxx. I am set to co-chair a Mealey's conference in New Orleans with Vance Andrus, and to participate in upcoming seminars in Florida and Toronto.

I have been involved in mass tort litigation for years and have represented plaintiffs in cases involving products liability, pharmaceutical products, medical devices, environmental mass torts, oil and gas mass torts, and in commercial cases and international arbitration. I was a member of the Texas Steering Committee on the Ford/Firestone Litigation. If asked to serve on the Plaintiffs' Steering Committee (PSC), I do not foresee any conflicts or strain on my firm's resources. I assure the Court I will attend the meetings, work cooperatively with my peers, provide meaningful staff, work cooperatively and courteously with defense counsel, and make every effort to ensure that the PSC is prepared to address the needs of the case, clients and the Court in a professional and timely manner until the litigation is closed.

Dated: March 15, 2005

Carlene Rhodes Lewis
GOFORTH LEWIS SANFORD LLP
1111 Bagby, Suite 2200
Houston, Texas 77002
(713) 650-0022

## CERTIFICATE OF SERVICE

I hereby certify that the above original and one copy have been filed with the Clerk of the Court of the Eastern District of Louisiana and has been served upon all counsel known to have a federal Vioxx case pending this 15th day of March, 2005.

Carlene Rhodes Lewis

| | | |
|---|---|---|
| Americsourcebergen<br>1300 Morris Drive, Suite 100<br>Chesterbrook, PA 19087 | Bergen Brunswig<br>PO Box 959<br>Valley Forge, PA 19482 | T. Scott Allen, Jr.<br>Cruse Scott Henderson & Allen<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019 |
| Richard Arsenault<br>Neblett Beard & Arsenault<br>PO Box 1190<br>Alexandria, LA 71309-1190 | Bryan F. Aylstock<br>Aylstock, Witkin & Sasser, PLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | Blake Bailey<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, Texas 75702 |
| Steven C. Barkley<br>3560 Delaware, Suite 305<br>Beaumont, Texas 77706 | David A. Barrett<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue, 16th Floor<br>New York, NY 10022 | Bradley D. Becnel<br>Law Offices of Daniel E. Becnel Jr.<br>425 W. Airline Hwy, Suite B<br>LaPlace, LA 70068 |
| Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street, P.O. Drawer H<br>Reserve, LA 70084-2095 | C. William Berger<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Rd Suite 337W<br>Boca Raton, FL 33431 | Andy D. Birchfield, Jr.<br>Beasley Allen Crow Methvin Portis & Miles<br>P.O. Box 4160<br>234 Commerce St.<br>Montgomery, AL 36103 |
| Reshonda L. Bradford<br>Singleton Law Office<br>4050 Linwood Ave<br>Shreveport, LA 71108 | Joseph M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113 | Leslie J. Bryan<br>Doffemyre Shields Canfield Knowles & Devine<br>1355 Peachtree Street NE<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 |
| Virginia Buchanan<br>Levin Papatonio, Thomas, Mitchell et al<br>316 South Baylen Street, Suite 600<br>PO Box 12308<br>Pensacola, FL 32501 | Elizabeth Cabraser<br>Lieff Cabraser Hermann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | Andrew J. Carboy<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway, 18th Floor<br>New York, NY 10271 |
| Raymond S. Carroll,<br>Law Offices of Weiner, Carroll & Strauss<br>119 Rockland Center, Suite 425<br>Nanuet, NY 10954 | John R. Climaco<br>Climaco Lefkowitz Peca Wilcox & Garofoli<br>1228 Euclid Avenue, Suite 900<br>Cleveland, OH 44415 | Joseph R. Colingo<br>Collingo, Williams, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Ave<br>Pascagoula, MS 39568-1407 |
| Ernest Cory<br>Cory, Watson, Crowder & DeGaris P.C.<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 | C. York Craig, Jr.<br>Craig Hester Luke & Dodson<br>P.O. Box 12005<br>Jackson, MS 39236-2005 | Richard E. Crum<br>Cobb Shealy Crum & Derrick PA<br>PO Box 6346<br>Dothan, AL 36302-6346 |
| John Michael D'Amato, Jr.<br>Russo Scamardella & D'Amato<br>1010 Forest Avenue<br>Staten Island, NY 10310 | Eric C. Deters<br>Eric C Deters & Associates PSC<br>5247 Madison Pike<br>Independence, KY 41051 | Ivan Dixon<br>8413 Edgewood Dr<br>Rowlett, Texas 75089 |
| John P. Eberhardt<br>#1083045<br>1100 FM 655<br>Rosharon, Texas 77583 | Daniel Edelman<br>Edelman, Combs & Latturner LLC<br>120 South LaSalle St, 18th Floor<br>Chicago, IL 60603 | Richard M. Edmondson<br>Armstrong Allen PLLC<br>4450 Old Canton Rd, Suite 210<br>Jackson, MS 39211 |

| | | |
|---|---|---|
| Calvin Fayard, Jr.<br>Fayard & Honeycutt<br>519 Florida Avenue SW<br>Denham Springs, LA 70726 | Reginald K. Fears<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, Texas 77320 | William B. Federman<br>Federman & Sherwood<br>120 North Robinson Avenue, Suite 2720<br>Oklahoma City, OK 73102 |
| Ronald Fiesta<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | R. Allen Flowers<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | Shawn Foster<br>Davis Bethune & Jones LLC<br>1100 Main Street, Suite 2390<br>Kansas City, MO 64105 |
| Dana Casselli Fox<br>Waters & Kraus<br>3219 McKinney Avenue Suite 3000<br>Dallas, Texas 75204 | Richard A. Freese<br>Sweet & Freese PLLC<br>P.O. Box 1178<br>Jackson, MS 39215 | Michael T. Gallagher<br>Gallagher Law Firm<br>777 Walker Street, Suite 2500<br>Houston, Texas 77002 |
| Hector G. Gancedo<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | Ricardo A. Garcia<br>820 S. Main St.<br>McAllen, Texas 78501 | Mary Gibson<br>P.O. Box 400<br>St. Mary's, GA 31558 |
| Ronald S. Goldser<br>Zimmerman Reed PLLP<br>651 Nicollet Mall Suite 501<br>Minneapolis, MN 55402-4123 | Andrew S. Goldwasser<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street Suite 460<br>Cleveland, OH 44113 | C. Anthony Graffeo<br>Watson Jimmerson Givhan et al<br>203 Greene Street<br>PO Box 18368<br>Huntsville, AL 35804 |
| Tim T. Griesenbeck<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 NE Loop 410<br>San Antonio, Texas 78216 | Patricia Griffith<br>**BAD ADDRESS**<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614 | Jeffrey D. Guerriero<br>Guerriero & Guerriero<br>PO Box 4092<br>Monroe, LA 71211-4092 |
| Nadeem Haider<br>606 N. Jefferson St.<br>Louisville, MS 39339 | Lance A. Harke<br>Harke & Clasby<br>155 South Miami Avenue Suite 600<br>Miami, FL 33130 | Barbara J. Hart<br>Goodkind Labaton Rudoff & Sucharow<br>100 Park Avenue 12th Floor<br>New York, NY 10017-5563 |
| Craig D. Hebderson<br>Gary Thomasson Hall & Mark PC<br>PO Box 2888<br>210 S. Carancahua<br>Corpus Christi, Texas 78403 | David Hadden Hockema<br>Hockema Tippit & Escobedo LLP<br>1 Paseo Del Prado Bldg 101<br>PO Box 750540<br>McAllen, Texas 78504-0540 | Robert M. Hodges<br>Wise Carter Child & Caraway<br>PO Box 651<br>Jackson, MS 39205-0651 |
| Jesse L. Howell, III<br>Copeland Cook Taylor & Bush PA<br>200 Concourse Suite 200<br>1062 Highland Colony Parkway<br>Ridgeland, MS 39158-6020 | John F. Hughes<br>Wilkins Stephens & Tipton<br>PO Box 13429<br>Jackson, MS 39236-3429 | Mark B. Hutton<br>Hutton & Hutton<br>PO Box 638<br>Wichita, KS 67201 |
| David A. Hylla<br>Bilbrey & Hylla<br>8724 Pin Oak Rd **Bad Address**<br>PO Box 975<br>Edwardsville, IL 62025 | Dennis J. Johnson<br>Johnson & Perkinson<br>1690 Willistno Rd<br>PO Box 2305<br>S. Burlington, VT 05403 | Walter T. Johnson<br>Watkins & Eager<br>PO Box 22567<br>Jackson, MS 39205-0650 |

| | | |
|---|---|---|
| Whitman B. Johnson, III<br>Currie Johnson Grifin Gaines & Myers<br>PO Box 750<br>Jackson, MS 39205 | Christy D. Jones<br>Butler Snow O'Mara Stevens & Cannada<br>PO Box 22567<br>Jackson, MS 39225-2567 | Richard L. Josephson<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana Suite 3000<br>Houston, Texas 77002 |
| Melissa C. Katz<br>Waters & Kraus<br>3219 McKinney Suite 3000<br>Dallas, Texas 75204 | Sharon L. Kegerreis<br>Hughes Hubbard & Reed LLP<br>201 S. Biscayne Blvd Suite 2500<br>Miami, FL 33131-4332 | R. Eric Kennedy<br>Weisman Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Aveneu West<br>Cleveland, OH 44115 |
| Norman C. Kleinberg<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Marjory Knoll<br>Law Office of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | Timothy M. Kolman<br>Timothy M. Kolman & Assoc.<br>225 North Flowers Mill Rd<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 |
| Joel C. Lamp<br>Assitant General Counsel<br>Tort Litigation Division Wal Mart Stores<br>702 SW 8th Street<br>Bentonville, AR 72716-0215 | John W. Land<br>Byran Nelson Randolph & Weathers<br>PO Drawer 18109<br>Hattiesburg, MS 39404-8109 | W. Mark Lanier<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, Texas |
| Jeffrey D. Greer Leathers<br>Pipkin Russell Dent & Leathers<br>PO Box 907<br>Tupelo, MS 38802 | Ira H. Leesfield<br>Leesfield Leighton Rubio & Mahfood, PA<br>2350 South Dixie Highway<br>Miami, FL 33133 | Arnold Levin<br>Levin Fishbein Sedran & Berman<br>510 Walnut Street Suite 500<br>Phildadelphia, PA 19106 |
| Carlene Rhodes Lewis Lewis<br>Goforth Lewis Sandford LLP<br>1111 Bagby Suite 2200<br>Houston, Texas 77002 | David K. Lietz<br>Coale Cooley Lietz McInerny & Broadus<br>818 Connecticut Ave Suite 857<br>Washington, DC 20006 | Richard A. Lockridge<br>Lockridge Grindal & Nauen PLLP<br>100 Washington Avenue South Suite 2200<br>Minneapolis, MN 55401-2179 |
| William O. Luckett, Jr.<br>Luckett Law Firm<br>PO Drawer 1000<br>Clarksdale, MS 38614-1000 | Patrick A. Malone<br>Stein Mitchell Mezines<br>1100 Connecticut Avenue NW Suite 1100<br>Washington, DC 20036 | David P. Matthews<br>Abraham Watkins Nichols Sorrels Matthews<br>& Friend<br>800 Commerce Street<br>Houston, Texas 77002-1776 |
| Kenneth B. McClain<br>Humphrey Farrington & McCain<br>221 West Lexington Suite 400<br>Independence, MO 64050 | J. Leray McNamara<br>Copeland Cook Taylor & Bush PA<br>200 Concourse Suite 200<br>1062 Highland Colony Parkway<br>Ridgeland, MS 39158-6020 | Kim M. Meaders<br>Crouch & Ramey<br>1445 Rose Avenue Suite 1200<br>Dallas, Texas 75202 |
| Charles M. Merkel<br>Merkel & Cocke<br>PO Box 1388<br>Clarksdale, MS 38614-1388 | S. Kirk Milam<br>Hickman Goza & Spragins<br>PO Drawer 668<br>Oxford, MS 38655-0668 | Allen Scott Milavetz<br>Milavetz Gallop & Milavetz<br>6500 France Avenue South<br>Edina, MN 55435 |
| Mason L. Miller<br>Getty & Mayo PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | Steven R. Minor<br>Elliott Lawson & Minor PC<br>PO Box 8400<br>Bristol, VA 24203-8400 | Daniel Minor<br>1032 Cardinal Dr.<br>Waco, Texas 76712 |

| | | |
|---|---|---|
| Michael H. Moirano<br>Nisen & Elliott<br>200 West Adams Street Suite 2500<br>Chicago, IL 60606 | Geoffrey C. Mousseau<br>Mousseau & Associates<br>1421 Valverde Place, Suite B<br>Glendale, CA 91208 | Edwin T. Mulhern<br>Huwel & Mulhern<br>11 New Hyde Park Rd<br>Frank Square, NY 11010 |
| Stephen B. Murray<br>Murray Law Firm<br>909 Poydras Street Suite 2550<br>New Orleans, LA 70112-4000 | Dianne M. Nast<br>Roda & Nast PC<br>801 Estelle Drive<br>Lancaster, PA 17601 | Eugene R. Naylor<br>Wise Carter Child & Caraway<br>600 Heritage Bldg<br>401 East Capitol St<br>Jackson, MS 39205-0651 |
| Richard F. O'Malley<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street Suite 48 SE<br>Chicago, IL 60603 | Gregory J. Owen<br>Owen Patterson & Owen<br>23822 West Valencia Blvd. Suite 201<br>Valencia, CA 91355 | Thomas Jack Pearson<br>Pearson & Campbell<br>2394 Calder Avenue<br>Beaumont, Texas 77702 |
| Robert E. Piper, Jr.<br>Piper & Associates<br>624 Pierre Avenue<br>PO Box 69<br>Shreveport, LA 71103 | Frank M. Pitre<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Rd Suite 200<br>Burlingame, CA 94010 | Henry J. Price<br>Price Potter Jackson Waicukauski &<br>Mellowitz<br>The Hammond Block Bldg<br>301 Massachusetts Ave<br>Indianapolis, IN 46204 |
| Eric M. Queglas-Jordan<br>Queglas Law Offices<br>PO Box 16606<br>San Juan, PR 00908-6606 | William R. Robb<br>Aleshire Robb & Sivils PC<br>901 St Louis Street Suite 1600<br>Springfield, MO 65806 | Robert D. Rowland<br>2227 South State Route 157<br>Edwardsville, IL 62025 |
| John H. Ruiz<br>Law Office of John H. Ruiz<br>5040 NW 7th Street Suite 920<br>Miami, FL 33126 | Steven L. Russell<br>Beirne Maynard & Parsons<br>1700 Pacific Ave Suite 4400<br>Dallas, Texas 75201 | Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street Suite 1717<br>Brooklyn, NY 11241 |
| Stephen V. Saia<br>Law Offices of Stephen V Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | Paul R.M. Schwebel<br>5657 Rundle Ct<br>Indianapolis, IN 46220 | Stuart E. Scott<br>Spangenberg Shibley & Liber LLP<br>2400 National City Center<br>1900 East 9th St<br>Cleveland, OH 44114 |
| Christopher A. Seeger<br>Seeger Weiss LLP<br>One William St 10th Floor<br>New York, NY 10004-2502 | Jeffrey B. Simon<br>Waters & Kraus<br>3219 McKinney Suite 3000<br>Dallas, Texas 75204 | Deanna Dean Smith<br>Ebanks Smith & Carlson LLP<br>1401 McKinney Suite 2500<br>Houston, Texas 77010-4034 |
| David Neil Smith<br>Nix Patterson & Roach<br>205 Linda Drive<br>Dangerfield, Texas 75638 | Kathryn Snapka<br>Snapka Turman & Waterhouse<br>606 N Carancahua Suite 1511<br>PO Drawer 23017<br>Corpus Christi, Texas 78403 | Shanin Specter<br>Kline & Specter<br>1525 Locust Ave 19th Street<br>Philadelphia, PA 19102 |
| Robert F. Stacy<br>Daniel Coker Horton & Bell<br>PO Box 1084<br>Jackson, MS 39215-1084 | John S. Steward<br>Meyerkord & Steward<br>2525 South Brentwood Blvd Suite 102<br>St. Louis, MO 63144 | Robert G. Sullivan<br>Sullivan, Papain, Block, McGrath &<br>Cannavo<br>120 Broadway, 18th Floor<br>New York, NY 10271 |

| | | |
|---|---|---|
| * Deborah M. Sulzer<br>Gauthier Houghtaling Williams & Sulzer<br>3500 N. Hullen Street<br>Metairie, LA 70002 | Casandra F. Thomas<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | Christopher V. Tisi<br>Ashcraft & Gerel<br>2000 L. Street NW Suite 400<br>Washington, DC 20036 |
| Lawrence D. Wade, Jr.<br>Campbell, DeLong, Hagwood & Wade<br>PO Box 1856<br>Greenville, MS 38702-1856 | Thomas E. Walker<br>Johnston Barton Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | Chris J. Walker<br>Markow Walker PA<br>PO Box 13669<br>Jackson, MS 39236-3669 |
| Leila H. Watson<br>Cory Watson Crowder & Degaris PC<br>2131 Magnolia Avenue Suite 200<br>PO Box 55927<br>Birmingham, AL 35255-5972 | Jennifer Fadal Weaver<br>1305 Fossel Ridge Trial<br>Waco, Texas 76712 | Richard J. Weiner<br>Law Offices of Richard J. Weiner PC<br>119 Rockland Center Suite 425<br>Nanuet, NY 10954 |
| Leslie Weisbrod<br>Morgan & Weisbrod<br>11551 Forest Central Drive Suite 300<br>Dallas, Texas 75243 | Jewell E. Welch III<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | John K. Weston<br>Sacks Weston Smolinsksy Albert & Luber<br>510 Walnut Street Suite 400<br>Philadelphia, PA 19106 |
| James L. Wright<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Ave, Suite 1010<br>Austin, Texas 78701-0001 | James John Zonas<br>James J. Zonas, Attorney at Law<br>700-2nd Avenue North Suite 102<br>Naples, FL 34102 | |