IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 16  PM 2:57
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This Document Relates to: ALL ACTIONS | SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### APPLICATION OF ARNOLD LEVIN FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW Arnold Levin and makes this application for appointment to the Plaintiffs' Steering Committee. In support thereof, he states:

Arnold Levin is a member of the firm of Levin, Fishbein, Sedran & Berman. He graduated from Temple University (B.S., 1961 with Honors) and Temple Law School, LLB (1964). He was Articles Editor of the Temple Law Quarterly. He is a member of the Philadelphia, Pennsylvania, American and International Bar Associations; Philadelphia Trial Lawyers Association, Pennsylvania Trial Lawyers Association and the Association of Trial Lawyers of America. He is admitted to the Supreme Court of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, the 3rd, 4th, 6th, 7th, 10th and 11th Circuit Courts of Appeals and the United States Supreme Court. He has lectured on class actions, environmental, antitrust, and tort litigation for various bar associations.

Mr. Levin is a past Chairman of the Commercial Litigation Section of the Association of Trial Lawyers of America. He is a fellow of the Roscoe Pound Foundation and the International Society of Barristers and past Vice-Chairman of the Maritime Insurance Law Committee of the American Bar Association. He has an "av" rating in Martingale-Hubbell and is listed in it's Directory of Preeminent Attorneys as well as in "Best Lawyers in America". His law firm and his partners and associates, and particularly his partner, Fred S. Longer (who is committed to take a material role in the instant action) have extensive trial experience. Mr. Levin and his firm are willing

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

and able to commit time and financial resources to this consuming project and have cooperated with others on Plaintiffs' Steering committees as listed below. In particular, this Court has observed their work ethic in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. La.)

## PRIOR COMMITTEES

Mr. Levin has been on scores of Executive Committees in antitrust, securities and product liability litigations. He has extensive experience in federal litigation. He has served in Court appointed positions in the following mass torts: he was lead trial counsel in *In re Asbestos School Litigation*, U.S.D.C., (E.D. Pa., Master File No. 83-0268), and on Plaintiffs' Steering Committees in *In re Copley Pharmaceutical, Inc., "Albuterol" Products Liability Litigation*, MDL Docket No. 94-140-1013 (D.Wy.); *In re Norplant Contraceptive Products Liability Litigation*, MDL No. 1038 (E.D. Tex.); *In re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Lead Products Liability Litigation*, MDL No. 1057 (S.D. Ohio); *In re Baxter Healthcare Corporation Gammagard Products Liability Litigation*, MDL No. 95-1060-R (C.D. Cal.); and *Silicone Gel Breast Implants Products Liability Litigation*, Master File No. CV-92-P-10000-S. He is also a member of a four person Executive Committee in *In re Rezulin Products Liability Litigation*, MDL No. 1348 (S.D.N.Y.) and a member of the Steering Committee in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. La.).

Mr. Levin is co-lead and liaison counsel of the Plaintiffs' Legal Committee in *In re Orthopedic Bone Screw Products Liability Litigation*, MDL 1014 (E.D. Pa.), and co-chairman and liaison counsel to the Plaintiffs' Management Committee and Class Counsel in *In re Diet Drug Litigation*, MDL 1203. He is also a member of the Trial and Discovery Committees in the *Exxon Valdez Oil Spill Litigation*, No. 89-095 (D. Alaska)

Mr. Levin is counsel in *Patrick Besaw, et al. v. Merck & Co., Inc.*, U.S.D.C., D.N.J., C.A. No. 04-5178 (SRG-JFH); *Alice Fox v. Merck & Co., Inc.*, U.S.D.C., E.D.Pa. No. 05-CV-643; *Charles Baker v. Merck & Co., Inc.*, U.S.D.C., E.D.Pa. No. 05-CV-649; *Henry Smith v. Merck &*

*Co., Inc.,* U.S.D.C., E.D.Pa. No. 04-CV-4713; *Gary Geist v. Merck & Co., Inc.,* U.S.D.C., E.D.Pa. No. 05-CV-642; and *Estate of Erma Snyder v. Merck & Co., Inc.,* U.S.D.C., E.D.Pa. No. 04-CV-5410, each involving a Vioxx claim for personal injuries. He is presently reviewing several hundred individual Vioxx claims referred to him by various attorneys throughout the United States, and will shortly file those claims that are appropriate for litigation.

In addition to managing MDL mass tort litigation, including *Diet Drugs,* wherein there are an excess of 20,000 individual cases being coordinated along with a class settlement, Mr. Levin has extensive experience interfacing with the District Court Clerk's office in the management of an MDL docket.

Mr. Levin has also been instrumental in the negotiations, structure and administration of MDL class and global settlements in *Gammagard, supra, Copley, supra,* and *Telectronics, supra.* He was class counsel in the pre-*Ortiz* mandatory settlement of the AcroMed defendant in *Orthopedic Bone Screws*, and the multi-billion dollar settlement in *Diet Drugs.* That prolix settlement has received favorable comments by academia. *See* Nagareda, R., "Autonomy, Peace, and 'Put' Options in the Mass Tort Class Action," 115 Harv.L.Rev. 747, 756 (2002). Recently, he served on the end-game committee in *In Re Propulsid*, which has successfully met its participation requirements. That settlement is unique in that in a post-*Amchem* world it avoids the strictures of Rule 23 and is now a recognized basis for resolution of prolix mass tort cases. The settlement is proving to be a template in other ongoing litigation.

WHEREFORE, Arnold Levin and Levin, Fishbein, Sedran & Berman respectfully requests appointment to Plaintiffs' Steering Committee.

Respectfully submitted,

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

*Attorney for Plaintiffs, Patrick Besaw, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application of Arnold Levin for Appointment to the Plaintiffs' Steering Committee has been served on this 15th day of March, 2005, via United States first class mail, postage prepaid upon the individuals on the attached list.

_____
ARNOLD LEVIN

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, Texas 77640

Cruse, Scott, Henderson & Allen
T. Scott Allen, Jr.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019

Americsourcebergen
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Dario Arango, M.D.
5407 South McColl Road
Suite B
Edinburg, Texas 78539

Matthew H. Armstrong
Market & Armstrong, LLC
One Metropolitan Square, Ste. 2970
St. Louis, MO 63102-2793

Richard J. Arsenault
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, Louisiana 71309-1190

Bryan F. Alystock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, Texas 75702

Steven C. Barkley
3560 Delaware
Suite 305
Beaumont, Texas 77706

David A. Barrett
Boies, Schiller & Flexner LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Douglas Bradley Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, Louisiana 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Reserve, LA 70084-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, Pa 19482

William C. Berger
Furr & Cohen
One Boca Place,
2255 Glades Road, Ste. 337W
Boca Raton, FL 33431

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
Montgomery, AL 36103-4160

Ellis Broadway, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, et al
316 S. Baylon Street, Ste. 600
Pensacola, FL 32501-5996

Elizabeth Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papan, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
119 Rockland Center
Suite 425
Nanuet, NY 10954

Joseph R. Colingo
Williams, Heidelberg, et al.
711 Delmas Avenue
Pascagoula, MS 39568-1407

Ernest Cory
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Ste. 200
Birmingham, AL 35205

York C. Craig, Jr.
Craig, Hester, Luke & dodson
P.O. Box 12005
Jackson, MS 3923-2005

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Dana Foster, P.A.
2731 Brook Benk Lane
El Campo, Texas 77437

Eric C. Deters
Eric C. Deters & Associates, P.S.C
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

John P. Eberhardr
#1083045
1100 FM 655
Rosharon, TX 77583

| | | |
|---|---|---|
| Daniel A. Edelman<br>Edelman, Combs & Latturner, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago, IL 60603 | Richard M. Edmonson<br>Armstrong Allen, PLLC<br>4450 Old Canton Road, Suite 210<br>Jackson, MS 39211 | James A. Edwards<br>Cantley & Hanger<br>801 Cherry Street<br>Suite 2100 Burnett Plaza<br>Fort Worth, TX 76102 |
| Calvin C. Fayard, Jr.<br>Fayard & Honeycutt<br>519 Florida Avenue, S.W.<br>Denham Springs, LA 70726 | Reginald K. Fears<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | William B. Federman<br>Federman & Sherwood<br>120 North Robinson Ave., Ste. 2720<br>Oaklahoma City, OK 73102 |
| Ronald V. Fiestal<br>Kenneth B. Moll & Associates Ltd.<br>Three First National Plaza, 50th Floor<br>Chicago, IL 60602 | Allen R. Flowers<br>Flowers Law Firm<br>341 North 35th Avenue<br>Hattiesburg, MS 39401 | Shawn G. Foster<br>Davis, Bethune & Jones, LLC<br>1100 Main Street, Ste. 2390<br>Kansas City, MO 64105 |
| Dana Cassclli Fox<br>Waters & Kraus<br>3219 McKinney Avenue, Ste. 3000<br>Dallas, TX 75204 | Richard A. Freese<br>Sweet & Freese, P.LL.C.<br>P.O. Box 1178<br>Jackson, MS 39215 | Michael T. Gallagher<br>Gallagher Law Firm, P.C.<br>777 Walker Street, Suite 2500<br>Houston, TX 77002 |
| Hector G. Gancedo<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | Ricardo A. Garcia<br>820 S. Main Street<br>McAllen, TX 78501 | Mary Gibson<br>P.O. Box 400<br>St. Mary's, GA 31558 |
| Ronald S. Goldser<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall, Ste. 501<br>Minneapolis, MN 55402-4123 | Andrew S. Goldwasser<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third St., Ste. 460<br>Cleveland, OH 44113 | C. Anthony Graffeo<br>Watson, Jimmerson, Givhan, et al.<br>203 Greene Street<br>P.O. Box 18368<br>Hutsville, AL 35804 |
| Tim T. Griesenbeck<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410 , P.O. Box 795061<br>San Antonio, TX 78216 | Patricia Griffith<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614 | Jeffery D. Guerriero<br>Guerriero & Guerriero<br>P.O. Box 4092<br>Monroe, LA 71211-4092 |
| Lance A. Harke<br>Harke & Clasby<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130 | Jennifer Haskins<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 | Craig D. Hebderson<br>Gary, Thomasson, Hall & Mark<br>Professional Corp.<br>P.O. Box 2888, 210 S. Carancahua<br>Corpus Christi, TX 78403 |
| David Hadden Hockema<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado<br>Bldg 101, P.O. Box 720540<br>McAllen, TX 78504-0540 | Robert M. Hodges<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | Jesse L. Howell, III<br>Copeland, Cook, Taylor, & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| John F. Hughes<br>Hamilton Law Firm<br>P.O. Box 1511<br>Meridian, MS 39302-1511 | Debra L. Hurst<br>Hurst & Hurst<br>401 West "A" Street<br>Suite 1825<br>San Diego, Ca 92101 | Mark B. Hutton<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201 |



Jam Free Printing
Use Avery® TEMPLATE 5160®
www.avery.com
1-800-GO-AVERY
AVERY® 5160®
Case 2:05-md-01657-EEF-DEK   Document 80   Filed 03/16/05   Page 7 of 11

| | | |
|---|---|---|
| David A. Hylla<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025 | Dennis J. Johnson<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 | Walter T. Johnson<br>Watkins & Eager<br>The Emporium Building<br>400 East Capitol Street, Suite 300<br>P.O. Box 650 Jackson, MS 39205-0650 |
| Whitman B. Johnson, III<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 | Christy D. Jones<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225-2567 | Richard L. Josephson<br>Baker & Botts<br>One Shell Plaza<br>910 Louisiana Street, Suite 3000<br>Houston, TX 77002-9934 |
| Brian S. Kabeteck<br>Kabateck, Brown, Kellner<br>350 S. Grand Avenue<br>39th Floor<br>Los Angeles, CA 90071 | Melissa C. Katz<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas, TX 75204 | Sharon L. Kegerreis<br>Hughes, Hubbard & Reed, LLP<br>201 S. Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-4332 |
| R. Eric Kennedy<br>Weisman, Kennedy, Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | Norman C. Kleiberg<br>Hughes Hubbard & Reed L.L.P.<br>One Battery Park Plaza<br>New York, NY 10004 | Timothy M. Kolman<br>Timothy M. Kolman and Associates<br>225 North Flowers Mill Road<br>The Shoppes At Flowers Mill<br>Langhorne, PA 19047 |
| John W. Land<br>Bryan, Nelson, Randolph & Weathers<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | W. Mark Lanier<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | Jeffrey D. Leathers<br>Greer, Pipkin, Russell, Dent & Leathers<br>P.O. Box 907<br>Tupelo, MS 38802 |
| Ira H. Leesfield<br>Leesfield, Leighton, Rubin, & Mahfood, P.A.<br>2350 South Dixie Highway<br>Miami, FL 33133 | Carlene Rhodes Lewis<br>Goforth, Lewis, Sanford, LLP<br>1111 Bagby<br>Suite 2200<br>Houston, TX 77002 | David K. Lietz<br>Coale, Cooley, Lietz, McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington, DC 20006 |
| Richard A. Lockridge<br>Lockridge, Grindal & Nauen P.L.L.P.<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | William O. Luckett, Jr.<br>Luckett Law Frim<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 | Patrick A. Malone<br>Stein, Mitchell, & Mezines<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036 |
| David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels, et al.<br>800 Commerce Street<br>Houston, TX 77002-1776 | Kenneth B. McClain<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | J. Leray McNamara<br>Copeland, Cook, Taylor, & Bush P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O. Box 6020<br>Ridgeland, MS 39158 |
| Joseph L. McNamara<br>Copeland, Cook, Taylor, & Bush P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Charles M. Merkel<br>Merkel & Cooke<br>P.O. Box 1388<br>Clarksdale, MS 38164-1388 | Kirk S. Milam<br>Hickman, Goza & Spragin, PLLC<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 |
| Allen Scott Milavetz<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 | Mason L. Miller<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | Michel F. Mills<br>Perona, Langer, Beck, Lallande, & Serbin<br>300 E. San Antonio Drive<br>P.O. Box 7948<br>Long Beach, Ca 90807 |

| | | |
|---|---|---|
| Daniel Minor<br>1032 Cardinal Drive<br>Waco, TX 76712 | Steven R. Minor<br>Elliot Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 | Michael H. Moirano<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 |
| Geoffrey C. Mousseau<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | Edwin T. Mulhern<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | John T. Murray<br>Murray & Murray<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44871 |
| Stephen B. Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | Dianne M. Nast<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 | Eugene R. Naylor<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg.<br>401 East Capitol Street, P.O. Box 651<br>Jackson, MS 39205-0651 |
| Richard F. O'Malley<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | Gregory J. Owen<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 | Thomas Jack Pearson<br>Pearson & Campbell, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 |
| Robert E. Piper, Jr.<br>Piper & Associates<br>624 Pierre Avenue<br>P.O. Box 69<br>Shreveport, LA 71103 | Frank M. Pitre<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200, 840 Malcolm Road<br>Burlingame, CA 94010 | Geoffrey Edward Pope<br>Doffermyre, Shields, Canfield, Knowles & Devine<br>1355 Peachtree Street, N.E.<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 |
| Henry J. Price<br>Price, Waieukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | Eric M. Quetgals-Jordan<br>Queglas Law Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 | William R. Robb<br>Aleshire, Robb & Sivils, P.C.<br>901 St. Louis Street<br>Suite 1600<br>Springfield, MO 65806 |
| Robert D. Rowland<br>2227 South State Route 157<br>Edwardsville, IL 62025 | John H. Ruiz<br>Law Office of John H. Ruiz<br>5040 N.W. 7th Street<br>Suite 920<br>Miami, FL 33126 | Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 |
| Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220 | Stuart E. Scott<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 |
| Christopher A. Seeger<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 | Jeffrey B. Simon<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | David Neil Smith<br>Nix, Patterson, & Roach, LLP<br>205 Linda Drive<br>Dangerfield, TX 75638 |
| Deanna Dean Smith<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | Kathryn A. Snapka<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua, Suite 1511<br>P.O. Drawer 23017<br>Corpus Christi, TX 78403 | Shanin Specter<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 |



| | | |
|---|---|---|
| Robert F. Stacey<br>Daniel, Coker, Horton, & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | John S. Steward<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | Stephen G. Strauss<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>Suite 3600, 211 N. Broadway<br>St. Louis, MO 63102 |
| Robert G. Sullivan<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | Casandra F. Thomas<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | Christopher V. Tisi<br>Ashcroft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 |
| Josephine Trovini<br>Westchester County Attorneys Office<br>600 Michealian Office Building<br>148 Martine Avenue<br>White Plains, NY 10601 | Lawrence D. Wade, Jr.<br>Campbell, DeLong, Hagwood, & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | Chris J. Walker<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669 |
| Thomas E. Walker<br>Johnston, Barton, Proctor, & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, Al 35203 | Leila H. Watson<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, Al 35205 | Jennifer Fadal Weaver<br>1305 Fossel Ridge Trail<br>Waco, TX 76712 |
| Richard J. Weiner<br>Law Offices of Richard J. Weiner, P.C.<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | Leslie Weisbrod<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | Jewell E. Welch, III<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 |
| John K. Weston<br>Sacks, Weston, Smolinsky, Albert & Luber<br>510 Walnut Street<br>Suite 400<br>Philadelphia, PA 19106 | James L. Wright<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Avenue, Suite 1010<br>Austin, TX 78701-0001 | Michael A. Ysasaga<br>Johnson, Finkel, DeLuca, & Kennedy<br>1221 Lamar<br>Suite 1000<br>Houston, TX 77010 |
| James John Zonas<br>James J. Zonas, Attorney at Law<br>700-2nd Avenue, North<br>Suite 102<br>Naples, FL 34102 | Richard E. Crum<br>Cobb, Shealy, Crum & Derrick, P.A.<br>P.O. Box 6346<br>Dothan, AL 36302-6346 | Craig D. Hebderson<br>Gary, Thomasson, Hall & Mark<br>Professional Corp.<br>P.O. Box 2888, 210 S. Carancahua<br>Corpus Christi, TX 78403 |
| David Hadden Hockema<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado<br>Bldg 101, P.O. Box 720540<br>McAllen, TX 78504-0540 | Robert M. Hodges<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | Jesse L. Howell, III<br>Copeland, Cook, Taylor, & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Debra L. Hurst<br>Hurst & Hurst<br>401 West "A" Street<br>Suite 1825<br>San Diego, Ca 92101 | Mark B. Hutton<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201 | David A. Hylla<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025 |
| Dennis J. Johnson<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 | Walter T. Johnson<br>Watkins & Eager<br>The Emporium Building<br>400 East Capitol Street, Suite 300<br>P.O. Box 650 Jackson, MS 39205-0650 | Whitman B. Johnson, III<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 |

| | | |
|---|---|---|
| Christy D. Jones<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225-2567 | Richard L. Josephson<br>Baker & Botts<br>One Shell Plaza<br>910 Louisiana Street, Suite 3000<br>Houston, TX 77002-9934 | Timothy M. Kolman<br>Timothy M. Kolman and Associates<br>225 North Flowers Mill Road<br>The Shoppes At Flowers Mill<br>Langhorne, PA 19047 |
| John W. Land<br>Bryan, Nelson, Randolph & Weathers<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | W. Mark Lanier<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | Jeffrey D. Leathers<br>Greer, Pipkin, Russell, Dent & Leathers<br>P.O. Box 907<br>Tupelo, MS 38802 |
| Ira H. Leesfield<br>Leesfield, Leighton, Rubin, & Mahfood, P.A.<br>2350 South Dixie Highway<br>Miami, FL 33133 | Kenneth B. McClain<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | J. Leray McNamara<br>Copeland, Cook, Taylor, & Bush P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O. Box 6020<br>Ridgeland, MS 39158 |
| Joseph L. McNamara<br>Copeland, Cook, Taylor, & Bush P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Kirk S. Milam<br>Hickman, Goza & Spragin, PLLC<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | Allen Scott Milavetz<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 |
| Mason L. Miller<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | Michel F. Mills<br>Perona, Langer, Beck, Lallande, & Serbin<br>300 E. San Antonio Drive<br>P.O. Box 7948<br>Long Beach, Ca 90807 | Daniel Minor<br>1032 Cardinal Drive<br>Waco, TX 76712 |
| Steven R. Minor<br>Elliot Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 | Michael H. Moirano<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | Geoffrey C. Mousseau<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 |
| Edwin T. Mulhern<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | John H. Ruiz<br>Law Office of John H. Ruiz<br>5040 N.W. 7th Street<br>Suite 920<br>Miami, FL 33126 | Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 |
| Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220 | Christopher V. Tisi<br>Ashcroft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 |
| Josephine Trovini<br>Westchester County Attorneys Office<br>600 Michealian Office Building<br>148 Martine Avenue<br>White Plains, NY 10601 | Lawrence D. Wade, Jr.<br>Campbell, DeLong, Hagwood, & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | Chris J. Walker<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669 |
| Reshonda L. Bradford<br>Singleton Law Firm<br>4050 Linwood Avenue<br>Shreveport, LA 71108 | John F. Hughes<br>Wilkins, Stephens & Tipton<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | Marjory Knoll<br>Law Office of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 |

Joel C. Lamp, Assistatn Geenral Counsel
Tort Litigation Divsion, Wal-Mart Stores
702 W. 8th Street
Bentonville, AR 72716-0215

Haider Nadeem
606 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, MY 10017-5563

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Ste. 400
Dallas, TX 75201

Russ Herman, Esquire
Herman, Mathis, Casey & Kitchens
820 O'Keefe Avenue
New Orleans, LA 70113