COPY IN CHAMBERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 16 PM 3: 26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF MARK P. ROBINSON, JR. FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Mark P. Robinson, Jr., Esquire, who respectfully submits credentials to the Court in conformity with Pretrial Order No.1. Mr. Robinson is willing and able to commit his resources and those of his firm to this litigation. He has a vast amount of professional experience in this type of complex litigation. He is co-counsel on Vioxx cases with 25 law firms in 18 states and Canada.

Mark P. Robinson, Jr. is the senior partner with Robinson, Calcagnie & Robinson in Newport Beach, California. He received his Bachelor of Arts degree from Stanford University and graduated cum laude from Loyola School of Law. Mr. Robinson has devoted his legal career to product safety, and has been counsel or co-counsel in cases in over 20 states. He has handled hundreds of product liability cases, including the landmark Ford Pinto case of Grimshaw vs. Ford Motor Company with his partner Art Hews, in which the jury awarded $128 million in compensatory and punitive damages. Some of his other significant trials include Ketchum vs. Hyundai, where a Los Angeles County jury awarded $15 million to a young boy who was paralyzed and brain-damaged in a freeway collision due to a defective



seatbelt system; Oliver vs. Nissan, a $9 million verdict in a crashworthiness case in Los Angeles County; Siu v. General Motors, which resulted in a $9 million judgment in San Diego County; and the Carrollton, Kentucky, school bus crash. He was also co-trial counsel in Anderson v. General Motors, which resulted in a $4.9 billion verdict in Los Angeles County.

Mr. Robinson was co-lead trial counsel for several coordinated cases against tobacco product manufacturers. He currently serves on the Executive Committee for the Castano Litigation Group, and represented the County of Los Angeles and Gray Davis in private attorney general lawsuits against the tobacco industry. He is also co-counsel with the Orange County, California District Attorney in underground storage tank litigation against various oil companies. He is a member of the Plaintiff's Executive Committee for the California Coordinated Vioxx Litigation. He is appointed to the Plaintiffs' Steering Committee in the Zyprexa Multi-District Litigation, MDL Docket No. 1596. He also serves on the Plaintiffs' State Liaison Committee of the Multi-District Diet Drug Product Liability Litigation (Fen-Phen) (In Re: Diet Drugs [Phentermine/Fenfluramine /Dexfenfluramine] Products Liability Litigation, MDL Docket No. 1203,), and is Plaintiffs' Liaison Counsel for the California Coordinated Diet Drug Litigation, the California Coordinated PPA Litigation, the California Coordinated Rezulin Litigation, and the California Coordinated Firestone Tire Litigation. He has also been appointed Plaintiffs' Co-Lead Counsel in the California coordinated Baycol litigation. He is a member of the Executive Committee for the Ford/Firestone Multi-District Litigation, (In Re Bridgestone/Firestone Inc. ATX ATX II Wilderness Tires Products Liability Litigation, MDL Docket No. 1373), a member of the Plaintiffs' Steering Committee for the Rezulin Multi-District Litigation (In Re: Rezulin Products Liability Litigation, MDL Docket No. 1348), a member of the Plaintiffs' Steering Committee for the Baycol Multi-District Litigation (Baycol Products Litigation, MDL Docket No. 1431), and an Ex-Officio Member of the Plaintiffs' Steering Committee and chairperson of the State Liaison Committee for the Propulsid Multi-District Litigation. (In Re: Propulsid, MDL Docket No. 1355).

Mr. Robinson is a Fellow of the American College of Trial Lawyers. He was elected to serve in 1999 as President of the Consumer Attorneys of California (CAOC), formerly the California Trial Lawyers Association. In 1996 and 1978 he was honored as "Personal Injury Trial Lawyer of the Year" by the Orange County Trial Lawyers Association. Mr. Robinson has served as a Board Member of the Association of Trial Lawyers of America (ATLA), the National Board of the American Board of Trial Advocates (ABOTA), the Association of Business Trial Lawyers Orange County Chapter, the Attorneys Information Exchange Group (AIEG), and the International Society of Barristers. He is past President of the Orange County Trial Lawyers Association, and in 2001 he served as President of the Orange County Bar Association Charitable Fund. He has also served as Lawyer Representative to the 9th Circuit Judicial Conference (1999-2002). In 1999 Mr. Robinson was selected as one of the "Lawyers of the Year" by California Lawyer Magazine. In 2001, California Law Business named him one of the top ten "Most Influential Lawyers in California," according to a survey of attorneys.

Headquartered in Newport Beach, California, the law firm of Robinson, Calcagnie & Robinson specializes in representing plaintiffs in cases involving catastrophic injury or wrongful death, as well as litigation arising from conduct causing substantial economic losses and damages. The firm has been based in Orange County for over two decades, but has represented clients in a broad spectrum of cases venued nationwide. Robinson, Calcagnie & Robinson has an extraordinary track record in litigation which is well known in the legal community. The firm has received the highest ratings by Martindale-Hubbell's National Law Directory.

Dated: March __, 2005

Respectfully submitted,

*Mark P. Robinson, Jr.*

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, California 92660
(949) 720-1288  Fax (949) 720-1292
mrobinson@rcrlaw.net

*Certificate of Service*

I hereby certify that I have filed two copies via Federal Express of the **Application of Mark P. Robinson, Jr. for Appointment to Plaintiffs' Steering Committee** with the Honorable Eldon E. Fallon, Judge of the United States District Court for the Eastern District of Louisiana; I have also served via U.S. mail said copies on all counsel listed in Schedule B of PTO No. 1.

Dated: March 2, 2005

_____
Mark P. Robinson, Jr.