# United States District Court

EASTERN _____ DISTRICT OF _____ LOUISIANA

EUGENIA DAMARIS BOULANGGER

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & co., inc.

05-0735

TO: (Name and address of defendant)

Merck & Co., Inc
c/o CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA  70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raul R. Bencomo
Bencomo & Associates
639 Loyola Ave., Suite 2110
New Orleans, LA  70113

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

MAR - 9 2005

CLERK

DATE

(BY) DEPUTY CLERK

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3/9/05 |
| NAME OF SERVER (PRINT) HENRY MENTZ JR. | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served through agent of process, CT Corp. Left with Shawna Smith

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $120.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/9/05
Date

Signature of Server

22495 Longleaf Dr.
Address of Server

Covington, La 70435

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.