COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 15  PM 4: 53

LORETTA G. WHYTE
CLERK

In Re: Vioxx                  MDL. No. 1657
       Products Liability Litigation    SECTION: L

"This Document Relates to All Cases"      Judge Fallon
                                                                  Mag. Judge Knowles

## MOTION TO WITHDRAW AND SUBSTITUTE APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

MAY IT PLEASE THE COURT:

NOW INTO COURT, comes Joseph M. Bruno, who on suggesting that his previously submitted Application for Appointment To Plaintiffs' Steering Committee exceeds the page limitation established by the Court as the result of the attachment of a Curriculum Vitae; respectfully requests' this Court's permission to withdraw his previously submitted Application For Appointment To Plaintiffs' Steering Committee and substitute the attached Application For Appointment To Plaintiffs' Steering Committee.

JOSEPH M. BRUNO  (Bar No.: #3604)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA  70113
Telephone:   (504) 525-1335
Facsimile:    (504) 561-6775
Email:         jbruno@brunobrunolaw.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been served upon counsel for all parties by United States Mail, postage prepaid and properly addressed this 15th day of March, 2005.

_____
JOSEPH M. BRUNO