UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>Products Liability Litigation | MDL. No. 1657<br>SECTION: L |
| "This Document Relates to All Cases" | Judge Fallon<br>Mag. Judge Knowles |

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF JOSEPH M. BRUNO TO THE PLAINTIFFS STEERING COMMITTEE

NOW COMES Joseph M. Bruno, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully Submitted,

JOSEPH M. BRUNO (Bar No.: #3604)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775
Email:        jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been served upon counsel for all parties by United States Mail, postage prepaid and properly addressed this 11th day of March, 2005.

_____
JOSEPH M. BRUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>      Products Liability Litigation | MDL. No. 1657<br>SECTION: L |
| "This Document Relates to All Cases" | Judge Fallon<br>Mag. Judge Knowles |

### APPLICATION FOR LEAD AND LIAISON COUNSEL AND FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

**MAY IT PLEASE THE COURT:**

I have been practicing law for over twenty-five years, and, for twenty-two of those years, have specialized in mass torts and class actions. I am awed by the number and the quality of the submissions to the court for appointment to the Plaintiffs' Steering Committee and recognize the difficulty in making a selection. I humbly suggest that you consider my application so that I may demonstrate my ability and sense of ethics to this Court. I have had the good fortune of having been appointed class counsel in several of the most significant class action cases in Louisiana, and have served as lead counsel, co-lead counsel and liaison counsel in many cases, as is reflected on my Curriculum Vitae (attached). I have been appointed to serve on Steering Committees in other Multi District Litigation. I was appointed by Judge Lemelle to serve on the Plaintiffs Steering Committee *In Re: High Sulfer Content Gasoline Products Liability Litigation*, (MDL No. 1632). I was also appointed last month by Judge Vance to the Plaintiffs' Steering

Committee *In Re: Education Testing Services Praxis Principals of Learning and Teaching Grades 7-12 Litigation, (MDL No. 1643)*.

I have the time, professional experience and resources necessary to advance this litigation in a timely and efficient manner. My office is located within walking distance to the Courthouse and has facilities to handle large meetings, document repositories, as well as mock trials and/or focus groups. In this litigation I have participated in the many organizational meetings and most recently hosted a meeting in New Orleans at the Windsor Court Hotel to attempt to resolve the selection of liaison counsel.

With respect to my trial experience, I have real experience not only preparing class action cases for trial but in trying class actions to verdict. I conceived and drafted the trial plan, and was a lead trial counsel for *In Re: New Orleans Train Car Leakage Fire Litigation* (02-0167). I am a member of the trial team of *In Re: Dianne Castano, et al. vs. The American Tobacco Company, et al (No. 96-8461)*, and actively participated in that trial. In both cases I was selected by co-counsel to do opening and closing statements, which I believe reflects the respect I have earned from my peers.

It would be a great honor to serve on the Plaintiffs' Steering Committee. It is clear from the efforts I have expended and the tasks thus far accomplished in other complex cases that I dedicate whatever time, energy and resources needed to prosecute and conclude this important litigation. In addition, my extensive experience and history of cooperation on other complex class action steering committees speaks for itself, and supports the conclusion that I am abundantly qualified to serve on the Plaintiffs' Steering Committee in this case. I appreciate the Court's consideration, and hope I am granted the opportunity to serve.

Respectfully Submitted:

_____
JOSEPH M. BRUNO  (Bar No.: #3604)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA  70113
Telephone:     (504) 525-1335
Facsimile:     (504) 561-6775
Email:         jbruno@brunobrunolaw.com

# JOSEPH M. BRUNO, ESQ.

## CURRENT

Managing Partner, Bruno & Bruno, LLP

## EDUCATION

- Institute of Politics                    1988
- Tulane Law School, Juris Doctor          1978
- Tulane University, Bachelor of Arts      1977
- Jesuit High School                       1972

## PROFESSIONAL

Admitted to practice in all courts of the State of Louisiana, all courts of the State of Texas, United States District Courts for the Eastern District and Middle District of Louisiana, United States Fifth Circuit Court of Appeal, and United States Tax Court.

## PROFESSIONAL ORGANIZATIONS

- Louisiana State Bar Association
- Federal Bar Association
- New Orleans Bar Association
- Notaries Association of New Orleans
- Louisiana Trial Lawyers Association
    Board of Governors 1984-1985
    Board of Governors at Large 1986-1988
    Board of Governors Executive Committee 2000- present
- American Association of Trial Lawyers
    Key Person Committee and Task Force Committee 1987-1988
- St. Thomas Moore Catholic Lawyers Association
- New Orleans Opera Association- Board of Directors 2002-present
- New Orleans Center for the Creative Arts (NOCCA)- Board of Directors 2003-present

## BIOGRAPHY

Joseph M. Bruno is widely regarded as a creative, energetic and outspoken advocate of victims' rights, particularly in difficult and complex cases of liability. He is a defender of class action procedure, seeing it as an important balancing tool in our complex society. He is a graduate of Tulane University (1977) and Tulane School of Law (1978). In 1979, he went into partnership with his father, Frank S. Bruno, a well known and respected litigator, most particularly in the field of workmen's compensation. He subsequently entered a partnership with his brothers, Stephen, Robert and Christopher, with whom he currently practices.

Joseph Bruno has been admitted to practice in all Courts in the State of Louisiana and Texas, as well as the United States District Courts for the Eastern and Middle District of the State of Louisiana, the United States Fifth Circuit Court of Appeal, and the US Tax Court.

Joseph Bruno is recognized as an authority in class actions, and particularly in the management of same. His expertise in difficult and complex litigation has led to his representation of numerous claimants in class action and mass joinder proceedings involving racial discrimination, occupational lung disease, product liability, and wage and hour violations.

Mr. Bruno has been active in the Louisiana Trial Lawyers organization, having served on the Board of Governors for over 20 years. He presently serves on that body's executive committee. His goal is to build and maintain an aggressive firm that has the courage to fund and handle all types of complex and difficult litigation

## CASES OF INTEREST

Mr. Bruno is currently involved in or has successfully completed the following class action and/or mass joinder proceedings.

- The Shell/Norco litigation, in which Mr. Bruno represented over 7,000 class members and served on the Plaintiffs' Legal Committee, and resulted in a $170 million settlement. [*In re: Shell Oil Refinery, (1988); served as a member of the Court Appointed Plaintiffs legal Committee and Plaintiffs Discovery Committee, USDC, ED Docket No. 88-1935, Section I- Settled*]

- The New Orleans Train Car litigation, which resulted in a 3.5 billion exemplary damages verdict and was later partially settled for $435 million. Mr. Bruno served as co- lead trial counsel with the late Wendell Gauthier. [*In re: New Orleans Train Car Leakage and Fire Litigation (1987); serving as Court Appointed Plaintiffs Steering Committee Member; CDC Docket No. 87-16374, Division "B"*]

- The Scott Cigarette litigation, the only medical monitoring class action currently pending in the United States which resulted in a jury verdict finding the cigarette industry conspired to defraud Louisiana smokers by distorting the public knowledge regarding cigarette smoking and health. Mr. Bruno's primary responsibility was the selection and handling of expert witnesses. *[Dianne Castano, et al vs. The American Tobacco Company, et al, (1994); serving as Court Appointed Plaintiffs Steering Committee Member .CDC Docket No. 96-8461, Division "K"]*

- A recent class action lawsuit against Gaylord Chemical that resulted in a $92 million dollar punitive damage jury verdict. Mr. Bruno was on the Court appointed Plaintiffs' Steering Committee and the trial team. His primary responsibility was handling trial plaintiffs at trial as well as quantum of punitive damages. *[Catherine Fuqua, et al. vs. Gaylord Chemical Corporation, et al, serving as Court Appointed Plaintiffs' Steering Committee member. 22nd JDC For The Parish Of Washington, Docket No.# 73351, Division "H"]*

- Most recently Mr. Bruno successfully represented the interests of over 4,000 thousand claimants in the Gramercy Plant Explosion At Kaiser, and served on the Court appointed Plaintiffs' Steering Committee. That case resulted in a settlement of over 30 million dollars. Mr. Bruno's primary responsibilities in the case were shepherding the litigation from settlement agreement to final judgment, distribution of the settlement proceeds, and distribution of attorneys' fees.*[In re: Gramercy Plant explosion at Kaiser; 23rd Judicial District Court for The Parish of St. James, State of Louisiana, Master Docket No. 25, 975, Division D]*

- The following matters are presently being tried or pending trial. 1.) *Casey Billieson, et al. vs. City of New Orleans, et al.* (Lead Paint litigation), No, 94-19231, Division B, Section No. 15; 2.) *John Johnson, et al. vs. Orleans Parish School Board, et al.*; Civil District Court For the Parish Of Orleans, State of Louisiana, (Agriculture Street Landfill) No. 93-1433, Division "J", Section 13, c/w: 94-5446, c/w 94-12996, c/w 95-13271, all cases.