


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx                         MDL. No. 1657
      Products Liability Litigation       SECTION: L

"This Document Relates to All Cases"      Judge Fallon
                                                  Mag. Judge Knowles

### ORDER

IT IS HEREBY ORDERED that, the attached Application For Appointment To Plaintiffs' Steering Committee be substituted for the Application for Appointment To Plaintiffs' Steering Committee filed on March 11, 2005.

_____
UNITED STATES DISTRICT COURT

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____