```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2005 MAR 16  AM 9: 31

                                       LORETTA G. WHYTE
                                            CLERK
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLIFTON SAVAGE, SR., | ) |
| VERSUS | ) CASE NO. 04-CV-3055 (L) |
| MERCK & CO., INC., ET AL. | ) |

### MOTION TO ENROLL AS ADDITIONAL COUNSEL

Plaintiff Clifton Savage, Jr. respectfully moves through undersigned counsel Diane K. Zink to enroll as additional counsel Robert M. Becnel, Jr., La Bar number 14072, of the Law Offices of Robert M. Becnel, Jr., 425 W. Airline Highway, Suite B, Baton Rouge, LA 70068, telephone number 985-651-6101, fax # 985-651-6104. Mr. Becnel being an active member of both the Louisiana State

```
                                        ___ Fee_____
                                        ___ Process_____
                                         X  Dktd_____
                                        ___ CtRmDep_____
                                        ___ Doc. No_____
```

Bar and the bar of the Eastern District of Louisiana urges this Court to enroll him as additional counsel of record in the above captioned case. A proposed Order is submitted herewith.

Dated: March 15, 2005.

                                              Respectfully submitted,

                                              **LAW OFFICES OF DIANE K. ZINK**

                                              By: /s/ Diane K. Zink
                                              Diane K. Zink   La. Bar No. 7536
                                              425 W. Airline Highway
                                              LaPlace, LA 70068
                                              Phone: (985) 651-6101
                                              Facsimile: (985) 651-6104

                                              **LAW OFFICES OF ROBERT M. BECNEL**

                                              By: /s/ Robert M. Becnel
                                              Robert M. Becnel   La. Bar No. 14072
                                              425 W. Airline Highway
                                              LaPlace, LA 70068
                                              Phone: (985) 651-6101
                                              Facsimile: (985) 651-6104

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff Clifton Savage, Sr.'s Motion to Enroll Additional Counsel and proposed Order have been served on all counsel of record via First class mail on this 16th day of March, 2005.

Bradley D. Becnel