FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 17 AM 9:41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLIFTON SAVAGE, SR., ) | |
| ) | |
| VERSUS ) | CASE NO. 04-CV-3055 |
| ) | |
| MERCK & CO., INC., ET AL. ) | |

## ORDER

Having considered the foregoing Plaintiff Clifton Savage's Motion to Enroll Additional Counsel; it is hereby ORDERED that Robert M. Becnel, Jr., La Bar number 14072, of the Law Offices of Robert M. Becnel, Jr., 425 W. Airline Highway, Suite B, Baton Rouge, LA 70068, telephone number 985-651-6101, fax # 985-651-6104.

This 16 day of March, 2005.

_____
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____