

# BICE PALERMO & VERON

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

713 KIRBY STREET
P.O. BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE 337.310.1600
FACSIMILE 337.310.1601
TOLL FREE 1.877.300.8680

JERE JAY BICE*
J. ROCK PALERMO III*
J. MICHAEL VERON
JAMIE B. BICE

OF COUNSEL
BERNARD H. MCLAUGHLIN, JR.*

*CERTIFIED MEDIATORS

website:
www.bpvlaw.com

email:
info@bpvlaw.com



March 9, 2005

Writer's Email: mike@bpvlaw.com
Writer's Website: jmichaelveron.com

**VIA TELECOPIER – (202) 502-2888**
**FOLLOWED BY ORDINARY MAIL**

The Honorable Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Buildilng
Room G-255, North Lobby
Washington, D.C. 20002

   Re: In Re Vioxx Products Liability Litigation
      MDL-1657

Dear Mr. Beck:

  I am counsel for the plaintiff in the case entitled "Maurice L. Prince, Sr. v. Merck Co.," bearing docket number 04-2406 in the United States District Court for the Western District of Louisiana. This case is one of the cases that is subject to a conditional transfer order issued by the Judicial Panel on Multidistrict Litigation on March 4, 2005.

  The only purpose of my letter is to notify you that my mailing address, telephone number, and e-mail address have changed. Please enter the contact information shown on this stationery in lieu of the contact information you presently have, which was from my old law firm.

  Thanking you for your assistance, I am

           Sincerely yours,

           J. MICHAEL VERON

JMV:yh
Cc: The Honorable Eldon E. Fallon (via telecopier followed by ordinary mail)
   William T. McCall (via telecopier followed by ordinary mail)
   Norman C. Kleinberg (via telecopier followed by ordinary mail)

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:             [202] 502-2888

http://www.jpml.uscourts.gov

March 7, 2005

[Stamp: RECEIVED MAR 11 2005 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON]

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re:  MDL-1657 -- In re Vioxx Products Liability Litigation

　　*Michelle Donovan v. Merck & Co., Inc.*, E.D. Pennsylvania, C.A. No. 2:04-4882

Dear Ms. Whyte:

　　I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

　　　　　　　　　　　Very truly,

　　　　　　　　　　　Michael J. Beck
　　　　　　　　　　　Clerk of the Panel

　　　　　　　　　　　By _____
　　　　　　　　　　　　　　Deputy Clerk

Enclosure

cc:　Transferee Judge:  Judge Eldon E. Fallon
　　　Transferor Judge:  Judge Ronald L. Buckwalter
　　　Transferor Clerk:  Michael E. Kunz

JPML Form 87

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Michelle Donovan v. Merck & Co., Inc.*, E.D. Pennsylvania, C.A. No. 2:04-4882

## ORDER VACATING TRANSFER ORDER

On February 16, 2005, the Panel filed an initial transfer order in this docket centralizing 148 actions, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings in the Eastern District of Louisiana before the Honorable Eldon E. Fallon. The Panel has now been advised that this Eastern District of Pennsylvania action (*Donovan*) is not related to the Vioxx litigation and was included in the Panel's initial transfer order in error.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on February 16, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman