FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 17 PM 2: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                                                       MDL No. 1657
       Products Liability Litigation

SECTION: L

"This Document Relates to All Cases"                                Judge Fallon
                                                                                           Mag. Judge Knowles

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF TROY A. RAFFERTY TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Troy A. Rafferty, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully submitted,

_____
TROY A. RAFFERTY (FL Bar No. 024120)
Levin Papantonio, Thomas, Mitchell, Echsner &
Proctor, PA
PO Box 12308
Pensacola, FL 32591
(850) 435-7000

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by United States Mail, postage prepaid and properly addressed this 16th day of March, 2005.

_____
TROY A. RAFFERTY

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

| | | |
|---|---|---|
| Alford's Pharmacy<br>5897 West Port Arthur Road<br>Port Arthur, TX 77640 | T. Scott Allen, Jr.<br>CRUSE, SCOTT, HENDERSON & ALLEN<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019 | Amerisourcebergen<br>1300 Morris Drive, Suite 100<br>Chesterbrook, PA 19087 |
| Dario Arango, M.D.<br>5407 South McColl Road, Suite B<br>Edinburg, TX 78539 | Matthew H. Armstrong<br>MARKER & ARMSTRONG, LLC<br>One Metropolitan Square, Suite 2970<br>St. Louis, MO 63102-2793 | Richard J. Arsenault<br>NEBLETT BEARD & ARSENAULT<br>P.O. Box 1190<br>Alexandria, LA 71309-1190 |
| Bryan F. Aylstock<br>AYLSTOCK, WITKIN & SASSER, PLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | Blake H. Bailey<br>BAILEY LAW FIRM<br>112 South Broadway<br>Tyler, TX 75702 | Steven C. Barkley<br>3560 Delaware, Suite 305<br>Beaumont, TX 77706 |
| David A. Barett<br>BOIES, SCHILLER & FLEXNER, LLP<br>570 Lexington Avenue, 16th Floor<br>New York, NY 10022 | Bradley Douglas Becnel<br>LAW OFFICES OF DANIEL E. BECNEL, JR.<br>425 W. Airline Hwy., Suite B<br>Laplace, LA 70068 | Daniel E. Becnel Jr.<br>LAW OFFICES OF DANIEL E. BECNEL, JR.<br>P.O. Drawer H<br>Reserve, LA 70084-2095 |
| Bergen Brunswig<br>P.O. Box 959<br>Valley Forge, PA 79482 | William C. Berger<br>FURR & COHEN<br>One Boca Place<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431 | Andy Birchfield<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS, & MILES<br>P.O. Box 4160<br>Montgomery, AL 36103-4160 |
| Reshonda L. Bradford<br>SINGLETON LAW OFFICE<br>4050 Linwood Avenue<br>Shreveport, LA 71108 | Ellis Broadway, Jr.<br>Prisoner # 01A4242-27 East 21 Bed<br>Mid-State Correctional Facility<br>P.O. Box 2500<br>Marcy, NY 13403 | Joseph M. Bruno<br>BRUNO & BRUNO, LP<br>855 Baronne Street<br>New Orleans, LA 70113 |
| Virginia M. Buchanan<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, et al<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32501-5996 | Elizabeth J. Cabraser<br>LEIFF, CABRASER<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | Andrew J. Carboy<br>SULLIVAN, PAPAIN, BLOCK, MCGRATH & CANNAVO<br>120 Broadway, 18th Floor<br>New York, NY 10271 |
| Raymond S. Carroll<br>LAW OFFICES OF WEINER, CARROLL & STRAUSS<br>119 Rockland Center, Suite 425<br>Nanuet, NY 10954 | Joseph R. Colingo<br>WILLIAMS, HEIDELBERG, et al<br>P.O. Box 1407<br>Pascagoula, MS 39568-1407 | Ernest Cory<br>CORY, WATSON, CROWDER & DEGARIS<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 |
| C. York Craig, Jr.<br>CRAIG, HESTER, LUKE & DODSON<br>P.O. Box 12005<br>Jackson, MS 39236-2005 | Richard E. Crum<br>COBB, SHEALY, CRUM & DERRICK<br>P.O. Box 6346<br>Dothan, AL 36032-6346 | John Michael D'Amato, Jr.<br>RUSSO, SCAMARDELLA & D'AMATO<br>1010 Forest Avenue<br>Staten Island, NY 10310 |
| Dana Foster, P.A.<br>2731 Brook Bend Land<br>El Campo, TX 77437 | Eric C. Deters<br>ERIC C. DETERS & ASSOCIATES<br>5247 Madison Pike<br>Independence, KY 41051 | Ivan Dixon<br>8413 Edgewood Drive<br>Rowlett, TX 75089 |

| | | |
|---|---|---|
| John Driscoll<br>BROWN & CROUPPEN<br>720 Olive Street, Suite 1800<br>St. Louis, MO 63101-2302 | John P. Eberhardt<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | Daniel A. Edelman<br>EDELMAN, COMBS & LATTURNER<br>120 South LaSalle Street, 18th Floor<br>Chicago, IL 60603 |
| Richard M. Edmonson<br>ARMSTRONG ALLEN<br>4450 Old Canton Road, Suite 210<br>Jackson, MS 39211 | James A. Edwards<br>CANTEY & HANGER<br>801 Cherry Street<br>Suite 2100 Burnett Plaza<br>Fort Worth, TX 76102 | Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, S.W.<br>Denham Springs, LA 70726 |
| Reginald K. Fears<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | William B. Federman<br>Federman & Sherwood<br>120 North Robinson Ave.<br>Suite 2720<br>Oklahoma City, OK 73102 | Ronald V. Fiesta<br>Kenneth B. Moll & Asso.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 |
| Allen R. Flowers<br>FLOWERS LAW FIRM<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | Shawn G. Foster<br>DAVIS, BETHUNE & JONES<br>1100 Main Street, Suite 2390<br>Kansas City, MO 64105 | Dana Casselli Fox<br>WATERS & KRAUS<br>3219 McKinney Avenue, Suite 3000<br>Dallas, TX 75204 |
| Richard A. Freese<br>SWEET & FREESE<br>P.O. Box 1178<br>Jackson, MS 29215 | Michael T. Gallagher<br>GALLAGHER LAW FIRM<br>777 Walker Street, Suite 2500<br>Houston, TX 77002 | Hector G. Gancedo<br>GANCEDO & NIEVES<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 |
| Ricardo A. Garcia<br>820 S. Main Street<br>McAllen, TX 78501 | Ronald S. Goldser<br>ZIMMERMAN REED<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402-4123 | Andrew S. Goldwasser<br>CIANO & GOLDWASSER<br>460 MK Ferguson Plaza<br>1500 West Third Street, Suite 460<br>Cleveland, OH 44113 |
| Anthony C. Graffeo<br>WATSON, JIMMERSON, GIVHAN, ET<br>AL P.O. Box 18368<br>Huntsville, AL 35804 | Tim T. Griesenbeck<br>PLUNKETT & GIBSON<br>P.O. Box 795061<br>San Antonio, TX 78216 | Jeffrey D. Guerriero<br>GUERRIERO & GUERRIERO<br>P.O. Box 4092<br>Monroe, LA 71211-4092 |
| Lance A. Harke<br>HARKE & CLASBY<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130 | Jennifer Haskins<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart<br>Stores 702 S.W. 8th Street<br>Bentonville, AR 72716-0215 | Craig D. Hebderson<br>GARY, THOMASSON, HALL & MARK<br>P.O. Box 2888<br>Corpus Christi, TX 78403 |
| David H. Hockema<br>HOCKEMA, TIPPIT & ESCOBEDO<br>P.O. Box 720540<br>McAllen, TX 78504-0540 | Robert M. Hodges<br>WISE, CARTER, CHILD & CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205-0651 | Jesse L. Howell, III<br>COPELAND, COOK, TAYLOR & BUSH<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Debra L. Hurst<br>HURST & HURST<br>401 West "A" Street, Suite 1825<br>San Diego, CA 92101 | Mark B. Hutton<br>HUTTON & HUTTON<br>P.O. Box 638<br>Wichita, KS 67201 | Dennis J. Johnson<br>JOHNSON & PERKINSON<br>P.O. Box 2305<br>S. Burlington, VT 05403 |

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Sharon L. Kegerreis
HUGHES, HUBBARD & REED
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

John W. Land
BRYAN, NELSON, RANDOLPH & WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Ira H. Leesfield
LEESFIELD, LIEGHTON, RUBIO & MAHFOOD
2350 South Dixie Highway
Miami, FL 33133

David K. Lietz
COALE, COOLEY, LEITZ, MCINERNY & BROADUS
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Leray J. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Kirk S. Milam
HICKMAN, GOZA & SPARAGINS
P.O. Drawer 668
Oxford, MS 38655-0668

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
P.O. Box 7948
Long Beach, CA 90807

Whitman B. Johnson, III
CURRIE, JOHNSON, GRIFFIN, GAINES & MEYERS
P.O. Box 750
Jackson, MS 39205-0750

Brian S. Kabateck
KABATECK, BROWN, KELLNER
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

Eric R. Kennedy
WEISMAN, KENNEDY & BERRIS
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard A. Lockridge
LOCKRIDGE, GRINDAL & NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

David P. Matthews
ABRAHAM, WATKINS, NICOLS, SORRELS
800 Commerce Street
Houston, TX 77002-1776

Joseph L. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Allen Scott Milavetz
MILAVETZ, GALLOP & MILAVETZ
6500 France Avenue, South
Edina, MN 55435

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Christy D. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225-2567

Melissa C. Katz
WATERS & KRAUS
3219 McKinney, Suite 3000
Dallas, TX 75204

Timothy M. Kolman
TIMOTHY M. KOLMAN AND ASSOCIATES
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Jeffrey D. Leathers
GREER, PIPKIN, RUSSELL, DENT & LEATHERS
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD
111 Bagby, Suite 2200
Houston, TX 77002

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Kenneth B. McClain
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64050

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Steven R. Minor
ELLIOTT LAWSON & MINOR
P.O. Box 8400
Bristol, VA 24203-8400

| | | |
|---|---|---|
| Michael H. Moirano<br>NISEN & ELLIOTT<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606 | Kenneth B. Moll<br>KENNETH B. MOLL & ASSOCIATES.<br>Three First National Plaza, 50th Floor<br>Chicago, IL 60602 | Jeoffrey C. Mousseau<br>MOUSSEAU & ASSOCIATES<br>1421 Valverde Place, Suite B<br>Glendale, CA 91208 |
| Edwin T. Mulhern<br>HUWEL & MULHERN<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | John T. Murray<br>MURRAY & MURRAY<br>P.O. Box 19<br>Sandusky, OH 44871 | Nast, Dianne<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 |
| Eugene R. Naylor<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson. MS 39205-0651 | Richard F. O'Malley<br>Sidley Austin Bream & Wood<br>10 South Dearborft Sneet<br>Suite 48 Southeast<br>Chicago, IL 60603 | Gregory J. Owen<br>OWEN, PATTERSON & OWEN<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 |
| Thomas Jack Pearson<br>PEARSON & CAMPBELL, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 | Robert Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71103 | Frank M. Pitre<br>San Francisco Airport Office Center<br>540 Malcolm Road, Suite 200<br>Burlingame, CA 94010 |
| Geoffrey Edward Pope<br>DOTLERRN, VRE. SHIELDS,<br>CANFICID, KNOWLES & DEVINE<br>1355 Peachtree Street, N.E.<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 | Henry J. Price<br>Price, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | Eric M. Queglas-Jordan<br>Queglas LAW Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 |
| William R. Robb<br>ALESHIRE, ROBB & SIVILS<br>901 St Louis Street, Suite 1600<br>Springfield, MO 65806 | Robert D. Rowland<br>2227 South State Route 157<br>Edwardsville, IL 62025 | John H. Ruiz<br>Law Office of John H. Ruiz<br>50442 N.W. 7th Street, Suite 920<br>Miami, FL 33126 |
| Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street, Suite 1717<br>Brooklyn, NY 11241 | Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220 |
| Stuart E. Scott<br>Spangenberg, Shibley & Liber<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | Christopher A. Seeger<br>Seegex Weiss, LLP<br>One William Street, 10th Floor<br>New York. NY 10004-2502 | Norman E. Siegel<br>Stueve Helder & Siegel<br>330 W 47th Street, Suite 250<br>Kansas City, MO 64112 |
| Jeffrey B. Simon<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75104 | David Neil Smith<br>Nix, Patterson & Roach<br>205 Linda Drive<br>Dangerfield, TX 75638 | Deanna Dean Smith<br>Ebanks, Smith & Carlson<br>1401 McKinney, Suite 2500<br>Houston, TX 77010-4034 |
| Kathryn A. Snapka<br>Snapka, Turinan & Waterhouse<br>P.O. Drawer 23017<br>Corpus Christi. TX 75403 | Shanin Specter<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | Robert F. Stacy<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1064 |

John S. Steward
Meyerkord and Steward
2525 South Breritwood Boulevard
Suite 102
St. Louis, MO 63144

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 35702-1556

Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558


John F. Hughes
Wilkins, Stephens & Tiptom
P.O. Box 13429
Jackson, MS 39236-3429

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Stephen G. Strauss
BRYAN CAVE, LLP.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 03102

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236$3669

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Michael A. Yassaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 1000
Houston, TX 77010

Zonas, James John
Virginia M. Buchnan
P.O. Box 12308
Pensacola, FL 32501


Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339


David A. Hylla
Bilbrey & Hylla
P.O. Box 975
Edwardsville, IL 62025

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Josephine Trovini
Westchester County Attorneys Office 600 Michaelian Office Building 148 Martine Avenue
White Plains, NY 10601

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan 1901
6th Avenue North
Birmingham, AL 35203

Richard I. Weiner
Law Offices Of Richard J. Weiner
19 Rockland Center, Suite 425
Nanuet, NY 10954


John K. Weston
Sacks, Weston, Smolinksy, Albert & Luber
510 Walunt Street, Suite 400
Philadelphia, PA I 9106

James J. Zonas
Attorney at Law
700 2nd Avenue, North, Suite 102
Naples, FL 34102

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Barbara J. Hart
100 Park Avenue, 12th Floor
New York, NY 10017-5563


Dennis J. Johnson
Johnson & Perkinson
P.O. Box 2305
S. Burlinton, VT 05403

Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

John W. Land
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000



## LEVIN • PAPANTONIO
## THOMAS • MITCHELL
## ECHSNER & PROCTOR • P.A.
PROFESSIONAL CORPORATION   ATTORNEYS AT LAW

| BRIAN H. BARR | RICHARD J. LOTT | TROY A. RAFFERTY | OF COUNSEL: |
| M. ROBERT BLANCHARD | STEVEN A. MEDINA | B. KRISTIAN W. RASMUSSEN,III | JAMES RICHARD HOOPER |
| VIRGINIA M. BUCHANAN | JAMES M. MESSER | RACHAEL M. RAYMON | W. STEVE BOZEMAN |
| STEPHEN H. ECHSNER | Wm. JEMISON MIMS | JOE SCARBOROUGH | (LICENSED ONLY IN MISSISSIPPI) |
| ROSS M. GOODMAN | CLAY MITCHELL |  U.S. CONGRESS (1995-2001) | |
| PETER L. KAUFMAN | R. LARRY MORRIS | MATTHEW D. SCHULTZ | |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | MEGHAN M. TANS | |
| MARTIN H. LEVIN | MIKE PAPANTONIO | LEO A. THOMAS | |
| STANLEY B. LEVIN | A. RENEE PRESTON | KATHLEEN P. TOOLAN | |
| ROBERT M. LOEHR | MARK J. PROCTOR | BRETT VIGODSKY | |
| | | CHRISTOPHER M. VLACHOS | |

DAVID H. LEVIN
(1928-2002)

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

    Re:  MDL - 1657 - Section L
       *In re: Vioxx Products Liability Litigation*

Dear Judge Fallon:

  Please accept this correspondence as my Application for Appointment to the Plaintiffs' Steering Committee. In Pretrial Order Number 1, the Court advised that it would only consider attorneys who have filed a civil action in this litigation. My firm is counsel of record in Benjamin Burt and Shirley Burt v. Merck Co., Inc. and in Walter Lang v. Merck & Co. et al. in the US District Court for the Northern District of Florida and Southern District of Florida respectively.

  I am a Shareholder with the law firm of LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A. The firm and I have been involved in Vioxx litigation since the first cases were filed. We have interviewed over 2,000 potential clients and currently represent over eight hundred of those clients. We have received referrals from forty law firms throughout the U.S. and anticipate additional referrals from those and other law firms. The firm and I also organized the Mass Torts Made Perfect Conference last November in Las Vegas in which we put together a special session for all plaintiffs attorneys interested in learning more about the Vioxx litigation. This effort allowed over one hundred attorneys from around the country to hear from the top experts, to disseminate information and to coordinate our efforts. My firm is hosting another Mass Torts Made Perfect seminar this week in New York City that includes another Vioxx presentation to update attorneys on the current litigation status throughout the country. We have also provided our intake form and client questionnaire to numerous law firms to ensure that everyone is able to get the information needed to make an accurate evaluation of their cases.

1

I have been asked to lecture several times on Vioxx including at the Mealey's Vioxx Litigation Conference in California last November and at Mass Torts Made Perfect conferences. Along with other attorneys from my firm, I have assisted in outlining depositions and reviewing documents at the Seeger Weiss law office in New York where Merck has currently produced thousands of pages of documents. We have also retained our own set of experts to assist in the immediate review of cases. I have been and will continue to be active in the Vioxx-related discovery. I have already been asked and will take the deposition in Philadelphia, PA of one of Merck's top experts, biostatistician James Bolognese.

I am the managing partner of my firm's mass tort department and have litigated cases involving products liability, civil rights, wrongful death, and personal injury. I have also litigated pharmaceutical cases including Zyprexa, breast implants, Fen-phen, PPA, Serzone and Rezulin. I currently act as co-chair of the Plaintiffs Steering Committee for MDL 1596 (Zyprexa) and co-chair of the Discovery Committee for MDL 1348 (Rezulin), which is being litigated in the Southern District of New York. I have lectured to trial lawyers on topics such as (1) Building the Trial Package for a Pharmaceutical Case; (2) A Trial Package Presentation - Rezulin Cases; (3) Legal Malpractice and Ethics; and (4) Rezulin Cases - The Opening Statement; as well as other subjects related to mass tort litigation and technology in the courtroom. I am currently licensed to practice law before all Florida state courts, the United States District Courts for the Northern and Middle Districts of Florida and the United States Court of Appeals for the Eleventh Circuit. I am a member of the American Bar Association, the Association of Trial Lawyers of America, and the Academy of Florida Trial Lawyers.

Levin, Papantonio is a law firm of twenty-nine attorneys located in Pensacola Florida. It has been litigating personal injury and products liability cases since its inception in 1955. Over the last fifteen years, Levin, Papantonio has developed a sophisticated mass torts department that is well recognized across the country. Levin, Papantonio has distinguished itself as particularly well-suited for helping clients involved in pharmaceutical and mass tort cases, having representing thousands of clients with claims including Zyprexa, Fen-phen, asbestos, breast implants, Ephedra, Rezulin, PPA, Serzone, Baycol, hemophiliac/AIDs, L-Tryptophan, and Dalkon Shield.

Levin Papantonio has served its clients in the following MDL cases:

MDL 1632:   In Re High Sulfur Content Gasoline Products Liability Litigation,
            Plaintiffs Steering Committee and Trial Committee (co-chair)

MDL 1596:   In Re Zyprexa Products Liability Litigation,
            Plaintiffs' Steering Committee (co-chair), Plaintiff's Law and Briefing
            Committee, Science Committee and Discovery Committee

MDL 1355:   In Re: Propulsid Products Liability Litigation,
            Plaintiffs' Executive Committee, Discovery Committee (co-chair), Science/Expert
            Witness Committee

2

| | |
|---|---|
| MDL 1348: | In Re: Rezulin Products Liability Litigation, Plaintiffs' Steering Committee, Discovery Committee (co-chair) and Science Committee |
| MDL 1275: | In Re: MCI Non-Subscriber Telephone Rates Litigation |
| MDL 1203: | In Re: Diet Drugs Products Liability Litigation, Plaintiffs' Management Committee, Discovery Committee and Science/Expert Witness Committee |
| MDL 1003: | In Re: Amtrak "Sunset Limited" Train Crash in Bayou Canot, Alabama, on September 22, 1993, Plaintiffs' Steering Committees for In Re: Factor VIII or IX Concentrate Blood Products Litigation, MDL No. 986 |
| MDL 926: | In Re: Silicone Gel Breast Implant Litigation, Florida liaison counsel |

In closing, I believe my reputation for working cooperatively with other attorneys is evidenced by the fact that I have been asked and have served on the Plaintiffs' Steering Committee for several MDL panels. I have initiated and arranged meetings among groups of plaintiffs' attorneys to organize our efforts and share information.

I would be honored if the Court chose me to serve on the Plaintiffs' Steering Committee. I have the resources, willingness, and availability to commit to this important project. From the efforts I have expended thus far on this project and on past projects, I can assure the Court that I am qualified to serve on the Plaintiffs' Steering Committee in this MDL. I therefore respectfully seek Your Honor's appointment.

Sincerely,

Troy A. Rafferty

TAR:rmr

3