UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 17 PM 2:54

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO.: 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## APPLICATION OF MICHAEL J. RYAN FOR APPOINTMENT TO PLAINTIFF'S STEERING COMMITTEE

Pursuant to the Court's order of February 18, 2005, Michael J. Ryan hereby submits his application for the Plaintiffs' Steering Committee. Mr. Ryan is presently lead counsel on Vioxx related cases in United States District Court for the Southern District of Florida: Peter Cavari and Bernadette B. Cavari v. Merck Co., Inc., Case No.: 05-60386 and Robert Wayne Jones and Jane Jones v. Merck Co., Inc., Case No.: 05-60385. In addition, Mr. Ryan is "of-counsel" with Mr. Duke Williams of the law firm St. Martin & Williams in the case captioned as Louis J. Schexnayder vs. Merck & Co., Inc. et al., Case No.: 05-3165 Division (I) in the Civil District Court Parish of Orleans State of Louisiana. Mr. Ryan is presently reviewing hundreds of Vioxx cases and more cases are expected to be filed in which Mr. Ryan will be co-counsel and/or lead counsel.

Mr. Ryan is a shareholder in the law firm of Krupnick Campbell Malone Buser Slama Hancock McKee and Liberman, which has 19 attorneys and 49 staff members.[1] The firm, with 30 years of experience in mass torts and complex litigation, has sufficient resources to dedicate to the Vioxx MDL litigation and is already playing a role in that litigation.

---

[1] Shareholders of this firm have been on the following MDL Plaintiffs' Steering Committees: In re: Air Crash Near Cali, Colombia on December 20, 1996 (MDL 1125); In Re: Air Crash Disaster at Cove Neck, Long Island, New York, on January 25, 1990 (MDL No. 843); In Re: Air Crash Disaster at Florida Everglades on May 11, 1996 (MDL No. 1131); In re: Air Crash at Belle Harbor New York on November 12, 2001 (MDL No. 1448).

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____

With respect to personal experience, Mr. Ryan is presently Co-Lead Counsel for Plaintiffs in MDL 1488, In Re: Crown Victoria Police Interceptor Litigation, and appointed to the Plaintiff's Steering Committee in MDL 1626, In Re: Accutane Products Liability Litigation. In addition, Mr. Ryan was previously appointed to serve on the Plaintiff's Steering Committee for MDL 1401, In Re: Sulzer Orthopedics, Inc., Hip Prosthesis and Knee Prosthesis and participated on the Discovery Sub-Committee taking the depositions of senior executives.

Presently, as part of his responsibility for the MDL 1626, Mr. Ryan is Co-Chair of the Accutane MDL Discovery Subcommittee and responsible for the construction and maintenance of the document depository involving millions of pages in both hard copy and electronic format. Mr. Ryan has personally argued to state and Federal Courts discovery motions involving drug-safety; argued motions regarding cost-shifting applying the standards of the evolving and cutting-edge case law; argued motions for summary judgment in the area of pharmaceutical liability and labeling; taken depositions of senior pharmaceutical executives, including a global head of drug safety; taken depositions of 30(b)(6) corporate representatives for a large multi-national pharmaceutical company; and, advocated strongly for coordination with the MDL and state courts. Mr. Ryan personally argued to the Accutane MDL Court the need for state-cooperation and the establishment of a meaningful State Court Liaison. The Court presiding over MDL 1626 appointed Mr. Chris Seeger as State Court Liaison as advocated by Mr. Ryan.

Mr. Ryan has lectured throughout the United States regarding electronic discovery and recently testified before the Federal Rules Advisory Committee regarding proposed changes to the Federal Rules of Civil Procedure involving Electronic Discovery. Mr. Ryan's written testimony and supplemental comments before the Committee can be found at http://www.uscourts.gov/rules/e-discovery.html. Further, Mr. Ryan has authored an article on Electronic Discovery titled "*10 Ways to Beat E-Discovery Abuse*", Trial; September 2004; Pgs 42-43.

Mr. Ryan has and is working cooperatively with other applicants for the Plaintiff's Steering Committee. Mr. Ryan is co-counsel in many cases with Mr. Seeger in New Jersey State Court in the Accutane litigation. Also, many of the current and expected applicants for the Vioxx MDL Plaintiffs Steering Committee are counsel on the Accutane MDL PSC, are working cooperatively on various committees, and have worked cooperatively in various other MDL settings with Mr. Ryan, including In Re Sulzer Orthopedics, Inc., Hip Prosthesis and Knee Prosthesis and In Re Crown Victoria Police Interceptor Litigation. Further, Mr. Ryan has personally argued motions in multiple pharmaceutical cases before the Honorable Carol E. Higbee, the same judge appointed by the New Jersey Supreme Court to preside over the consolidated Vioxx litigation.

As is evident Mr. Ryan and his firm has demonstrated (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others and (c) professional experience in this type of litigation. If asked to serve on the Plaintiff's Steering Committee, I do not foresee any conflicts or strain on my firm's resources.

### Certificate of Service

I hereby certify that the above and foregoing has been served electronically on all Plaintiffs counsel known to have a federal Vioxx case pending, this 16th day of March 2005.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
Attorneys for Plaintiffs
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316
(954) 763-8181

BY: _____
Michael J. Ryan
Florida Bar No. 975990