UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

MDL NO. 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO DOCKET NUMBER:   05-0442
ESTATE OF EDWARD DUNLEAVEY
by and through FRANCES DUNLEAVEY
as personal representative, and FRANCES DUNLEAVEY
individually,
    Plaintiffs,

v.

MERCK & CO., INC.,
    Defendant,
_____/

### PLAINTIFF'S COMPLIANCE WITH PRE-TRIAL ORDER #5

James J. Zonas, Esq., an attorney at law duly admitted in the State of Florida, as and for the Plaintiff, hereby files this notice of compliance with Pre-trial order Number 5 and as grounds states:

1. The contact information for docket number 05-0442 is the undersigned attorney.

### CERTIFICATE OF SERVICE

It is hereby certified that on the 15th day of March, 2005 a true copy of the foregoing Certificate was sent by first class mail postage prepaid to the Theodore H. Mayer, Esq., Hughes Hubbard & Reed, One Battery Park Plaza, New York, NY 10004 and 201 South

Biscayne Blvd., Miami, FL 33131, Russ Herman, 820 O'Keefe Avenue, Ste. 100, New Orleans, LA 70113, and Phililip Wittman, 546 Carondelet Street, New Orleans, LA 70130.

By _____
James J. Zonas, No. 0100862
Attorney for the Plaintiff
700 2nd Avenue North, Ste. 102
Naples, Florida 34102
(239) 403-7427
Fax(239)-263-5498