UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 17  PM 2: 27

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 1657 |
| | ) | SECTION:L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |

Ref: 05-540

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Attorney Ellen A. Presby, and hereby gives notice of her appearance as co-counsel for Jack A. Register and Anne Register, Plaintiffs, in the above-entitled and numbered cause.

Please copy Ellen A. Presby of Baron & Budd, P.C., 3102 Oak Lawn Ave, 11th Floor, Dallas, TX, 75206-5141, (214) 521-3605 (telephone), (214) 520-1181 (facsimile), on all future correspondence and documents filed in this case.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

141100v.1

Respectfully submitted,

*[signature]*

ELLEN A. PRESBY
State Bar No. 16249600
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
11th Floor
Dallas, TX 75206-5141
Phone: (214) 521-3605
Fax: (214) 520-1181
CO-COUNSEL FOR PLAINTIFFS


MORGAN & WEISBROD, L.L.P.

By: *[signature]*

LES WEISBROD
State Bar No. 21104900
MARK TORABI
State Bar No. 24037605
11551 Forest Central Drive
Suite 300
Dallas, TX 75243
Phone: (214) 373-3761
Fax: (214) 739-4732

ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

      This is to certify that I have filed two copies via Federal Express of the Notice of Appearance of Co-Counsel with the Honorable Eldon E. Fallon, Judge of the United States District Court for the Eastern District of Louisiana; I have also served via U.S. Mail said copies on all counsel listed in Schedule B of PTO No. 1:

Dated March 14, 2005

                                                Alexandra V. Boone *for the firm*
                                                Les Weisbrod/Alexandra V. Boone