# BURFORD & RYBURN, L.L.P.

Attorneys and Counselors at Law

**ALISON R. HURST**

WRITER'S DIRECT DIAL:
(214) 740-3115

WRITER'S FACSIMILE:
(214) 740-2806

WRITER'S EMAIL ADDRESS:
Ahurst@brlaw.com

WEB SITE:
www.brlaw.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 17  PM 1: 26

LORETTA G. WHYTE
CLERK

March 14, 2005

CMRRR - 70030500000133896342
Ms. Loretta Whyte, Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      Re:    Vioxx Products Liability Litigation: MDL No. 1657, Section L

Dear Ms. Whyte:

    Please remove Robert F. Begert, D. Wade Emmert, Simon D. Whiting, and Jennifer A. King from the mailing list relative to the above referenced Multi-District Litigation. The action against our client, Dr. Glen Graves, M.D. was severed, sent back to state court, and dismissed. Therefore, Burford & Ryburn, L.L.P. is no longer involved in these cases.

    Thank you for your assistance in this matter.

                    Sincerely yours,

                    Alison R. Hurst

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____