LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
WASHINGTON, D.C.
BEVERLY HILLS
NASHVILLE

March 17, 2005

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re:   In Re: Vioxx Products Liability Litigation, MDL No. 1657

Dear Judge Fallon:

I respectfully submit this Application for appointment to the Vioxx Plaintiffs' Steering Committee. I appreciate the opportunity to serve the common benefit of plaintiffs in this litigation, and am personally willing and available to commit substantial time, on a priority basis, to the challenging task of PSC service in this litigation. My 26 years of MDL/complex litigation leadership experience includes the following mass tort, pharmaceutical and medical device litigation:

In re Cordis Pacemaker Prod. Liab. Litig., MDL No. 850 (S.D. Ohio), Plaintiffs' Co-Lead Counsel; In re Air Disaster Near Honolulu, Hawaii on February 24, 1989, MDL No. 807 (N.D. Cal.), Plaintiffs' Liaison Counsel; In re Silicone Gel Breast Implants Prod. Liab. Litig., MDL No. 926 (N.D. Ala.), Settlement Class Counsel; Plaintiffs' Steering Committee; Co-Chair, Law Committee; Official Tort Claimants Committee, Dow Corning Bankruptcy Proceedings; In re Felbatol Prod. Liab. Litig., MDL No. 1048 (N.D. Cal.), Plaintiffs' Lead and Liaison Counsel; In re Holocaust Victims Assets ("Swiss Banks") Litigation, (S.D.N.Y.) Plaintiffs' Executive Committee; In re the Exxon Valdez, Case No. A89-095 Civil (Consolidated) (D. Alaska), Plaintiffs' Class Counsel; In re General Motors Corporation Pickup Truck Fuel Tank Prod. Liab. Litig., MDL No. 961 (E.D. Pa.), Plaintiffs' Co-Lead Counsel; In re Copley Pharmaceutical, Inc. "Albuterol" Prod. Liab. Litig., MDL No. 1013 (D. Wyo.), Plaintiffs' Class Counsel; In re Telectronics Pacing Systems, Etc. Prod. Liab. Litig., MDL No. 1057 (S.D. Ohio), Plaintiffs' Executive Committee; In re Diet Drugs Prod. Liab. Litig., MDL No. 1203 (E.D. Pa.), Plaintiffs' Management Committee; In re Bridgestone/Firestone Tires Prod. Liab. Litig., MDL No. 1371 (S.D. Ind.), Plaintiffs' Executive Committee/Class Counsel; In re American Family Publishers Business Practices Litigation, MDL No. 1235 (D.N.J.), Plaintiffs' Lead Counsel; In re Baycol Prod. Liab. Litig., MDL No. 1431 (D. Minn.), Plaintiffs' Executive Committee; In re Tri-State Crematory Litigation, MDL No. 1467 (N.D. Ga.), Plaintiffs' Lead Counsel/Class Counsel; In re Simon II Litigation, (E.D.N.Y.), Plaintiffs' Lead/Class Counsel for nationwide smokers' punitive damages class; Neptune Society cases, (California) Judicial Council Coordination Proceeding ("JCCP") Nos. 1814 and 1817, Plaintiffs' Lead Class Counsel; Sconce/Lamb Cremation Cases,

(California) JCCP No. 2085, Plaintiffs' Lead Class Counsel; Sacramento River Spill Cases I and II, (California) JCCP Nos. 2617 and 2620, Plaintiffs' Class Counsel; In re ABS Pipes II (California) JCCP No. 3126; Plaintiffs' Class Counsel; In re Providian Credit Card Litigation, (California) JCCP No. 4085, Plaintiffs' Co-Lead/Liaison Counsel; and Class Counsel in In re Naef v. Masonite, (Mobile Co., Alabama) (nationwide trial class/phase 1 jury verdict/$1 billion class settlement); Cox v. Shell Oil Co., ("Polybutylene Pipe") (nationwide trial class certified/$950 million settlement); and Avery v. State Farm Auto Insurance Company (nationwide trial class /$1 billion class judgment).

Lieff Cabraser has successfully represented large numbers of seriously injured clients in numerous mass torts, including Breast Implants, Diet Drugs, Sulzer, Felbatol, and Baycol. I was personally involved in negotiating the comprehensive settlements of the Breast Implants, Felbatol, General Motors, Tri-State, Neptune, Sconce/Lamb, Providian, Masonite, and Polybutylene litigations. Lieff Cabraser has played a significant role in winning 23 $100+ million settlements, verdicts, and judgments within the past 10 years. More information on our past and present cases is available at www.lieffcabraser.com.[1] We are currently screening over 1,000 potential Vioxx clients for serious injury claims, and have filed federal actions.[2]

My firm's Louisiana complex litigation experience includes the recently-concluded ICON class action, trial and settlement; Castano v. The American Tobacco Co.; and Spitzfaden v. Dow Chemical (breast implants). In these cases, my responsibilities included class certification, briefing and argument, trial design and trial structure. For example, I served on the Executive Committee, chaired the Law Committee, and argued class certification at the trial and appellate levels in Castano, and I designed the multi-phase class trial, jury instructions, and verdict forms in Spitzfaden. I have participated in the design, structure, and conduct of complex trials in product defect, consumer fraud, and mass tort class actions, including the above-referenced Avery, Masonite, Exxon Valdez, and Spitzfaden cases.

The MDL Leadership and PSC experience summarized above demonstrates my ability to work cooperatively with others. I have been relied upon over many years, by my colleagues across the country, to provide quality written and oral advocacy, legal research and analysis, on challenging issues and under demanding conditions; and I and my firm have willingly assisted in the broad array of tasks necessary to any successful PSC's function.

I am a 1978 graduate of Boalt Hall (University of California) School of Law. I alternate semesters as a visiting professor at Boalt Hall and Columbia Law Schools where I teach Advanced Civil Procedure/Complex Litigation, with an emphasis on multi-jurisdictional mass torts. I am admitted to the bars of the Fifth and other Federal Circuits, a member of the Council

---

[1] In 2003 and 2004, the *National Law Journal* selected Lieff Cabraser as one of the nation's top 20 plaintiffs' law firms. To compile this "Plaintiffs' Hot List," the *NLJ* examined recent verdicts and settlements, overall track records, and contacted plaintiff, defense, and general counsel, asking them for the names of plaintiffs' litigation firms that they would use and recommend. The *NLJ* named Ms. Cabraser one of its "Top 10 Women Litigators."

[2] Lieff Cabraser's filed federal cases are: Brendo Aguero and Sherrill Herke, et al. v. Merck & Co., 3:04-CV-05341 (D.N.J.) (medical monitoring); Christian Jensen v. Merck & Co., Civ. No. 05-CV-02189 (W.D. Tenn.) (injury); Diane McIntyre v. Merck & Co., Civ. No. 05-CV-02191 (W.D. Tenn.) (injury); and Bijuli Pande v. Merck, C:05-CV-1039-EMB (N.D. Cal.) (injury).

of the American Law Institute ("ALI"), and an advisor to the ALI's Project on Aggregate Litigation. I am Editor-in-Chief of California Class Actions Practice and Procedure, LexisNexis (2003). My publications include ATLA's Litigating Tort Cases, Vol. 1, Chapter 9 (June 2003); "Equity for the Victims, Equity for the Transgressor: The Classwide Treatment of Punitive Damages Claims," 74 Tulane Law Review 205 (2000); "The Class Action Counter-Reformation," ___ Stanford L. Rev. ___ (2005); "Your Products Liability Hit Parade: A Class Torts Top 20," 37 Tort & Insurance Law Journal 269 (2001); "Life After Amchem: The Class Struggle Continues," 31 Loyola (Los Angeles) L. Rev. 373 (1998); and "The Use of Epidemiology in Tort Litigation: A Survey of Federal and State Jurisdictions" (California), ABA Section of Litigation (2003).

The Vioxx litigation is a team effort for Lieff Cabraser. My partners Donald C. Arbitblit and Richard M. Heimann, each highly respected and experienced in his own right, have dedicated themselves to the medical/scientific and financial/corporate discovery aspects of Vioxx litigation. Each has played similar significant roles in other MDLs. Mr. Heimann served on the Special State Counsel Committee in the Sulzer MDL, whose "substantial discovery and strenuous negotiation" added over $300 million to the settlement and yielded "unprecedented detail" of defendants' "total financial condition." See In re Sulzer Hip Prosthesis, etc. Prod. Liab. Litig., 268 F. Supp. 2d 907, 917-919 (N.D. Ohio 2003). Don Arbitblit has earned the respect of plaintiffs' counsel across the country for his rigorous work with expert witnesses, Daubert motions, and science issues in pharmaceutical litigation, including the Diet Drugs and Baycol MDLs. In the Vioxx litigation, Mr. Arbitblit's assignments have included the lead role in the recent deposition of Merck's Adverse Event Review physician, Dr. Thomas Bold, and obtaining experts' recommendations on important issues of causation, liability and medical screening for Vioxx plaintiffs.

Mr. Arbitblit's lead in Dr. Bold's deposition exemplifies Lieff Cabraser's unique contribution to this litigation: effectiveness not only required Mr. Arbitblit's own scientific expertise, but the collective efforts of other attorneys and support staff at the firm, who assisted in rapid review of the deponent's massive document files and Merck's Adverse Event Databases. Lieff Cabraser has devoted 19 attorneys, 5 nurses, 6 paralegals, and additional litigation support personnel to the Vioxx litigation. Partners Wendy Fleishman and Paulina do Amaral in New York are heavily engaged in the common discovery efforts of the New Jersey Vioxx litigation.

Lieff Cabraser's main offices are in San Francisco and New York, with additional offices in Nashville, Beverly Hills, and Washington, D.C. Our AV-rated firm's 66 lawyers, and multiple offices provide a depth of resources always available across the country, in support of the Vioxx MDL.

Respectfully,

Elizabeth J. Cabraser

EJC:jb
417214.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL NO. 1657 |
|         PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| This Document Relates to all Cases | ) | MAG. JUDGE KNOWLES |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the *Application of Elizabeth J. Cabraser of Lieff Cabraser Heimann & Bernstein, LLP for Appointment to Plaintiffs' Steering Committee* has been served via U.S. mail this date, postage prepaid, to all counsel of record via the attached service list.

San Francisco, California, this 17th day of March, 2005.

_____
Elizabeth J. Cabraser

416782.1

**VIOXX MDL SERVICE LIST**

T. SCOTT ALLEN, JR.
CRUISE, SCOTT, HENDERSON & ALLEN
2777 ALLEN PARKWAY
7TH FLOOR
HOUSTON, TX  77019

RICHARD J. ARSENAULT
NEBLETT, BEARD & ARSENAULT
2220 BONAVENTURE COURT
P.O. BOX 1190
ALEXANDRIA, LA  71309-1190
PHONE: (318) 561-2567
FAX: (318) 561-2591
EMAIL: nbalaw@aol.com

BRYAN F. AYLSTOCK
AYLSTOCK, WITKIN & SASSER, P.L.C.
55 BAYBRIDGE DRIVE
GULF BREEZE, CA  32561

BLAKE H. BAILEY
BAILEY LAW FIRM
112 SOUTH BROADWAY
TYLER, TX  75702

STEVEN C. BARKLEY
3560 DELAWARE
SUITE 305
BEAUMONT, TX  77706

DAVID A. BARRETT
BOIES, SCHILLER & FLEXNER LLP
570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY  10022
PHONE: (212) 446-2300

BRADLEY DOUGLAS BECNEL
LAW OFFICE OF DANIEL E. BECNEL, JR.
425 W. AIRLINE HWY.
SUITE B
LAPLACE, LA  70068

DANIEL E. BECNEL
LAW OFFICES OF DANIEL E. BECNEL
POST OFFICE DRAWER H
106 WEST SEVENTH STREET
RESERVE, LA  70084
PHONE: (985) 536-1186
FAX: (985) 536-6445
EMAIL: dbecnel@golfsouth.verio.com

C. WILLIAM BERGER
FURR & COHEN
ONE BOCA PLACE
2255 GLADES ROAD, SUITE 337W
BOCA RATON, FL  33431

ANDY D. BIRCHFIELD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 COMMERCE STREET
MONTGOMERY, AL  36104
PHONE: (800) 898-2034   (334) 269-2343
FAX: (334) 954-7555

RESHONDA L. BRADFORD
SINGLETON LAW FIRM
4050 LINWOOD AVENUE
SHREVEPORT, LA  71108

JOSEPH M. BRUNO
BRUNO & BRUNO
825 BARONNE STREET
NEW ORLEANS, LA  70113
PHONE: (504) 525-1335
FAX: (504) 581-1493

VIRGINIA M. BUCHANAN
LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR, P.A.
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL  32502-5996
PHONE: (888) 435-7001   (850) 435-7000
FAX: (850) 497-7057

ANDREW J. CARBOY
SULLIVAN, PAPAIN, MCGRATH & CANNAVO
120 BROADWAY
18TH FLOOR
NEW YORK, NY  10271

RAYMOND S. CARROLL
LAW OFFICES OF WEINER, CARROLL & STRAUSS
119 ROCKLAND CENTER
SUITE 425
NANUET, NY  10954

JOSEPH R. COLINGO
WILLIAMS, HEIDELBERG, ET AL.
P.O. BOX 1407
711 DELMAS AVENUE
PASCAGOULA, MS  39568-1407

416788.1

**VIOXX MDL SERVICE LIST**

ERNEST CORY
CORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
PHONE: (205) 328-2200
FAX: (205) 324-7896
EMAIL: rweaver@cwcd.com

RICHARD E. CRUM
COBB, SHEAHY, CRUM & DERRICK, P.A.
P.O. BOX 6346
DOTHAN, AL 36302-6346

ERIC C. DETERS
ERIC C. DETERS & ASSOCIATES, P.S.C.
5247 MADISON PIKE
INDEPENDENCE, KY 41051

JOHN DRISCOLL
BROWN & CROUPPEN
720 OLIVE, STE. 1800
ST. LOUIS, MO 63101-2302
PHONE: (314) 421-0216
FAX: (314) 421-0359
EMAIL: alexarea@aol.com

DANIEL A. EDELMAN
EDELMAN, COMBS & LATTURNER, LLC
120 S. LASALLE STREET, SUITE 1800
CHICAGO, IL 60603
PHONE: (312) 739-4200
FAX: (312) 419-0379

JAMES A. EDWARDS
CANTEY & HANGER
801 CHERRY STREET, SUITE 2100
FORT WORTH, TX 76102
PHONE: (817) 877-2800
FAX: (817) 877-2807

REGINALD K. FEARS
JAMES H. BYRD UNIT
21 FM 247
HUNTSVILLE, TX 77320

RONALD V. FIESTAL
KENNETH B. MOLL & ASSOCIATES, LTD.
THREE FIRST NATIONAL PLAZA
54TH FLOOR
CHICAGO, IL 60602
PHONE: (312) 558-6444
FAX: (312) 558-1112
EMAIL: Lawyers@kbmoll.com

DANA FOSTER
2731 BROOK BEND LAND
EL CAMPO, TX 77437

C. YORK CRAIG, JR.
CRAIG, HESTER, LUKE & DODSON
P.O. BOX 12005
JACKSON, MS 39236-2005

JOHN MICHAEL D'AMATO, JR.
RUSSO, SCAMARDELLA & D'AMATO, P.C.
1010 FOREST AVENUE
STATEN ISLAND, NY 10310

IVAN DIXON
8413 EDGEWOOD DRIVE
ROWLETT, TX 75089

JOHN P. EBERHARDT
1100 FM 655
ROSHARON, TX 77583

RICHARD M. EDMONSON
ARMSTRONG ALLEN, PLLC
4450 OLD CANTON ROAD
SUITE 210
JACKSON, MS 39211

CALVIN C. FAYARD, JR.
FAYARD & HONEYCUTT, APC
506 FLORIDA AVENUE SOUTHWEST
DENHAM SPRINGS, LA 70726
PHONE: (225) 664-0304
FAX: (225) 664-2010

WILLIAM B. FEDERMAN
FEDERMAN & SHERWOOD
120 NORTH ROBINSON
SUITE 2720
OKLAHOMA CITY, OK 73102

ALLEN R. FLOWERS
FLOWERS LAW FIRM
341 NORTH 25TH AVENUE
HATTIESBURG, MS 39401

SHAWN G. FOSTER
DAVIS, BETHUNE & JONES, LLC
1100 MAIN STREET
SUITE 2390
KANSAS CITY, MO 64105

416788.1

**VIOXX MDL SERVICE LIST**

DANA CASSELLI FOX
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX  75204
PHONE: (214) 357-6244
FAX: (214) 871-2263

MICHAEL T. GALLAGHER
GALLAGHER LAW FIRM, P.C.
777 WALKER STREET
SUITE 2500
HOUSTON, TX  77002

RICARDO A. GARCIA
820 S. MAIN STREET
MCALLEN, TX  78501

RONALD S. GOLDSER
ZIMMERMAN REED, PLLP
651 NICOLLET MALL, SUITE 501
MINNEAPOLIS, MN  55402
PHONE: (612) 341-0400
FAX: (612) 341-0844

C. ANTHONY GRAFFICO
WATSON JIMMERSON GIVHAN MARTIN & MCKINNEY, P.C.
203 GREENE STREET
P.O. BOX 35804
HUNTSVILLE, AL  35804
PHONE: (256) 536-7423
FAX: (256) 536-2689

JEFFREY D. GUERRIERO
GUERRIERO & GUERRIERO
P.O. BOX 4092
MONROE, LA  71211-4092

LANCE A. HARKE
HARKE & CLASBY LLP
155 SOUTH MIAMI AVENUE, SUITE 600
MIAM, FL  33130
PHONE: (305) 536-8220
FAX: (305) 536-8229

JENNIFER HASKINS
ASSISTANT GENERAL COUNSEL
TORT LITIGATION DIVISION, WAL-MART STORES, INC.
702 S.W. 8TH STREET
BENTONVILLE, AR  72716-0215

ROBERT M. HODGES
WISE, CARTER, CHILD & CARAWAY
600 HERITAGE BLDG.
401 EAST CAPITOL ST.
P.O. BOX 651
JACKSON, MS  39205-0651

RICHARD FREESE
SWEET & FREESE, P.L.L.C.
P.O. BOX 1178
JACKSON, MS  39215

HECTOR G. GANCEDO
GANCEDO & NIEVES
144 W. COLORADO BOULEVARD
PASADENA, CA  91105
PHONE: (626) 685-9800
FAX: (626) 685-9808
EMAIL: peoplelaw@aol.com

MARY GIBSON
P.O. BOX 400
ST. MARY'S, GA  31558

ANDREW S. GOLDWASSER
CIANO & GOLDWASSER
460 MK FERGUSON PLAZA
1500 WEST THIRD STREET
SUITE 460
CLEVELAND, OH  44113

PATRICIA GRIFFITH
1045 EVELYN AVENUE
CLARKSDALE, MS  38614

NADEEM HAIDER
600 N. JEFFERSON STREET
LOUISVILLE, MS  39339

BARBARA J. HART
GOODKIND, LABATON, RUDOFF & SUCHAROW
100 PARK AVENUE
12TH FLOOR
NEW YORK, NY  10017-5563
PHONE: (212) 907-0700
FAX: (212) 818-0477
EMAIL: PERSKYB@GLRS.COM

DAVID HADDEN HOCKEMA
HOCKEMA, TIPPIT & ESCOBEDO, L.L.P.
1 PASEO DEL PRADO
BLDG. 101
P.O. BOX 720540
MCALLEN, TX  78504-0540

JESSE L. HOWELL, III
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY PARKWAY
P.O. BOX 6020
RIDGELAND, MS  39158-6020

416788.1

**VIOXX MDL SERVICE LIST**

MARK B. HUTTON
HUTTON & HUTTON, LLC
8100 E. 22ND STREET
NORTH BLDG. 1200
P.O. BOX 638
WICHITA, KS  67226
PHONE: (316) 688-1166
FAX: (316) 686-1077

DENNIS J. JOHNSON
JOHNSON & PERKINSON
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VT  05403
PHONE: (802) 862-0030
FAX: (802) 862-0060

WHITMAN B. JOHNSON III
CURRIE, JOHNSON, GRIFFIN, GAINES & MYERS
P.O. BOX 750
JACKSON, MS  39225-2567

RICHARD L. JOSEPHSON
BAKER BOTTS, L.L.P.
ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TX  77002

MELISSA C. KATZ
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX  75204
PHONE: (214) 357-6244
FAX: (214) 871-2263

R. ERIC KENNEDY
WEISMAN, GOLDBERG & WEISMAN CO., L.P.A.
1600 MIDLAND BLDG.
101 PROSPECT AVENUE
CLEVELAND, OH  44115
PHONE: (216) 781-1111
FAX: (216) 781-6747
EMAIL: bandeerson@weismanlaw.com

MARJORIE KNOLL
LAW OFFICE OF ROBERT J. DICELLO
7556 MENTOR AVENUE
MENTOR, OH  44060

JOEL C. LAMP
ASSISTANT GENERAL COUNSEL, TORT LITIGATION
702 S.W. 8TH STREET
BENTONVILLE, AR  72716-0215

W. MARK LANIER
LANIER LAW FIRM
6810 FM 1960 WEST
HOUSTON, TX  77069

DAVID A. HYLLA
BILBREY & HYLLA
8724 PIN OAK ROAD
P.O. BOX 975
EDWARDSVILLE, IL  62025

WALTER T. JOHNSON
WATKINS & EAGER
THE EMPORIUM BUILDING
400 EAST CAPITOL STREET, SUITE 300
P.O. BOX 650
JACKSON, MS  39205

CHRISTY D. JONES
BUTLER SNOW O-MARA STEVENS & CANNADA
210 E. CAPITOL STREET, 17TH FL
P.O. BOX 22567
JACKSON, MS  39225-2567

BRIAN S. KABATECK
KABATECK, BROWN, KELNER
350 S. GRAND AVENUE
39TH FLOOR
LOS ANGELES, CA  90071

SHARON L. KEGERREIS
HUGHES HUBBARD & REED, LLP
201 S. BISCAYNE BOULEVARD
SUITE 2500
MIAMI, FL  33131-4332

NORMAN C. KLEINBERG
HUGHES HUBBARD & REED
ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
PHONE: (212) 837-6000
FAX: (212) 422-4726

TIMOTHY M. KOLMAN
TIMOTHY M. KOLMAN & ASSOCIATES
225 NORTH FLOWERS MILL ROAD
THE SHOPPES AT FLOWERS MILL
LANGHORNE, PA  19047

JOHN W. LAND
BRYAN NELSON RANDOLPH & WEATHERS
P.O. DRAWER 18109
HATTIESBURG, MS  39404-8109

JEFFREY D. LEATHERS
GREER, PIPKIN, RUSSELL, DENT & LEATHERS
P.O. BOX 907
TUPELO, MS  38802

416788.1

## VIOXX MDL SERVICE LIST

IRA H. LEESFIELD
LEESFIELD, LEIGHTON, RUBIO & MAHFOOD, P.A.
2350 SOUTH DIXIE HIGHWAY
MIAMI, FL  33133

CARLENE R. LEWIS
GOFORTH LEWIS SANFORD LLP
1111 BAGBY , SUITE 2200
HOUSTON, TX  77002
PHONE: (713) 650-0022
FAX: (713) 650-1669

RICHARD LOCKRIDGE
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 WASHINGTON AVE. SOUTH, SUITE 2200
MINNEAPOLIS, MN  55401
PHONE: (612) 339-6900
FAX: (612) 339-0981

PATRICK A. MALONE
STEIN, MITCHELL & MEZINES
1100 CONNECTICUT AVENUE, N.W.
SUITE 1100
WASHINGTON, DC  20036
PHONE: (202) 737-7777
FAX: (202) 296-8312

KENNETH B. MCCLAIN
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 W. LEXINGTON, SUITE 400
P.O. BOX 900
INDEPENDENCE, MO  64051
PHONE: (816) 836-5050
FAX: (816) 836-8966

JOSEPH L. MCNAMARA
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY PARKWAY
P.O. BOX 6020
RIDGELAND, MS  39158-6020

CHALRES M. MERKEL
MERKEL & COCKE
P.O. BOX 1388
CLARKSDALE, MS  38614-1388

ALLAN SCOTT MILAVETZ
MILAVETZ GALLOP & MILAVETZ
6500 FRANCE AVENUE, SOUTH
EDINA, MN  55435

MICHAEL F. MILLS
PERONA, LANGER, BECK & LALLANDE, PC
300 EAST SAN ANTONIO DRIVE
LONG BEACH, CA  90807
PHONE: (562) 426-6155
FAX: (562) 490-9823

ARNOLD LEVIN
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA  19106
PHONE: (215) 592-1500
FAX: (215) 592-4663
EMAIL: lfsb@psinet.com

DAVID K. LIETZ
COALE, COOLEY, LIETZ MCINERNY
818 CONNECTICUT AVENUE N.W., SUITE 857
WASHINGTON, DC  20006
PHONE: (202) 887-4770
FAX: (202) 887-4778

WILLIAM O. LUCKETT
LUCKETT LAW FIRM
P.O. DRAWER 1000
CLARKSDALE, MS  38614-1000

DAVID P. MATTHEWS
ABRAHAM & WATKINS
855 EAST HARRISON
BROWNSVILLE, TX  78520
PHONE: (713) 222-7211
FAX: (713) 225-0827
EMAIL: rushlegal@aol.com

J. LERAY MCNAMARA
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY PARKWAY
P.O. BOX 6020
RIDGELAND, MS  39158-6020

KIM M. MEADERS
CROUCH & RAMEY
1445 ROSE AVENUE, SUITE 2300
DALLAS, TX  75202

S. KIRK MILAM
HICKMAN, GOZA & SPRAGINS, PLLC
P.O. DRAWER 668
OXFORD, MS  38655-0668

MASON L. MILLER
GETTY & MAYO, PLLC
1900 LEXINGTON FINANCIAL CENTER
250 W. MANN STREET
LEXINGTON, KY  40507

DANIEL MINOR
1032 CARDINAL DR.
WACO, TX  76712

416788.1

**VIOXX MDL SERVICE LIST**

STEVEN R. MINOR
ELLIOTT LAWSON & MINOR, PC
P.O. BOX 8400
BRISTOL, VA  24203-8400

GEOFFREY C. MOUSSEAU
MOUSSEAU & ASSOCIATES
1421 VALVERDE PLACE
SUITE B
GLENDALE, CA  91208

JOHN T. MURRAY
MURRAY & MURRAY
111 E. SHORELINE DRIVE
SANDUSKY, OH  44870
PHONE: (419) 624-3000
FAX: (419) 624-0707
EMAIL: firm@murrayandmurray.com

DIANNE M. NAST
RODA & NAST, P.C.
801 ESTELLE DRIVE
LANCASTER, PA  17601
PHONE: (717) 892-3000
FAX: (717) 892-1200
EMAIL: rodanast@netrax.net

RICHARD F. O'MALLEY
SIDLEY AUSTIN BROWN & WOOD LLP
BANK ONE PLAZA
10 SOUTH DEARBORN STREET
CHICAGO, IL  60603
PHONE: (312) 853-7000
FAX: (312) 853-7036

THOMAS JACK PEARSON
PEARSON & CAMPBELL, P.C.
2394 CALDER AVENUE
BEAUMONT, TX  77702

FRANK M. PITRE
COTCHETT, PITRE, SIMON & MCCARTHY
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA  94010
PHONE: (650) 697-6000
FAX: (650) 697-0577

HENRY J. PRICE
PRICE, WAICUKAUSKI & MELLOWITZ
THE HAMMOND BLOCK BUILDING
301 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN  46204

LEGAL REPRESENTATIVE
ALFORD'S PHARMACY
5897 WEST PORT ARTHUR ROAD
PORT ARTHUR, TX  77640

MICHAEL H. MOIRANO
NISEN & ELLIOTT
200 WEST ADAMS STREET
SUITE 2500
CHICAGO, IL  60606

EDWIN T. MULHERN
HUWEL & MULHERN
11 NEW HYDE PARK ROAD
FRANK SQUARE, NY  11010

STEPHEN B. MURRAY
MURRAY LAW FIRM
909 POYDRAS STREET
LL& E TOWER 2550
NEW ORLEANS, LA  70112-4000
PHONE: (504) 525-8100
FAX: (504) 584-5249
EMAIL: MURRAYLF@IX.NET.COM

EUGENE R. NAYLOR
WISE, CARTER, CHILD & CARAWAY
600 HERITAGE BLDG.
401 EAST CAPITOL ST.
P.O. BOX 651
JACKSON, MS  39205-0651

GREGORY J. OWEN
OWEN, PATTERSON & OWEN
23822 WEST VALENCIA BLVD., SUITE 201
VALENCIA, CA  91355

ROBERT E. PIPER, JR.
PIPER & ASSOCIATES
P.O. BOX 69
SHREVEPORT, LA  71161
PHONE: (318) 226-0826
FAX: (318) 424-9000
EMAIL: piper@mnss.com

GEOFFREY EDWARD POPE
DOFFERMYRE, SHIELDS, ET AL.
SUITE 1600
1355 PEACHTREE STREET
ATLANTA, GA  30309
PHONE: (404) 881-8900
FAX: (404) 881-3007

ERIC M. QUERGLAS-JORDAN
QUERGLAS LAW OFFICES
P.O. BOX 16606
SAN JUAN, PR  00908-6606

416788.1

**VIOXX MDL SERVICE LIST**

LEGAL REPRESENTATIVE
AMERISOURCEBERGEN
1300 MORRIS DRIVE
SUITE 100
CHESTERBROOK, PA  71309-1190

WILLIAM R. ROBB
ALESHIRE, ROBB & SIVILIS, P.C.
901 ST. LOUIS STREET
SUITE 1600
SPRINGFIELD, MO  65806

JOHN H. RUIZ
LAW OFFICE OF JOHN H. RUIZ
5040 N.W. 7TH STREET
SUITE 920
MIAMI, FL  33126

SCOTT RYNECKI
RUBENSTEIN & RYNECKI
16 COURT STREET, SUITE 1717
BROOKLYN, NY  11241

PAUL R.M. SCHWEBEL
5657 RUNDLE COURT
INDIANAPOLIS, IN  46220


CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NY  10004
PHONE: (212) 584-0700
FAX: (212) 584-0799
EMAIL: cseeger@seegerweiss.com

DAVID NELL SMITH
NIX, PATTERSON & ROACH
205 LINDA DRIVE
DAINGERFIELD, TX  75638
PHONE: (903) 645-7333
FAX: (903) 645-5389

KATHRYN A. SNAPKA
SNAPKA, TURMAN & WATERHOUSE, LLP
606 N. CARANCAHUA, SUITE 1511
P.O. DRAWER 23017
CORPUS CHRISTI, TX  78403


ROBERT F. STACY
DANIEL, COKER, HORTON & BELL
P.O. BOX 1084
JACKSON, MS  39215-1084

LEGAL REPRESENTATIVE
BERGEN BRUNSWIG
P.O. BOX 959
VALLEY FORGE, PA  19482

ROBERT D. ROWLAND
2227 SOUTH STATE ROUTE 157
EDWARDVILLE, IL  62025


STEVEN L. RUSSELL
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 PACIFIC AVENUE, SUITE 4400
HOUSTON, TX  75201

STEPHEN V. SALA
LAW OFFICES OF STEPHEN V. SALA
70 OLD CART PATH LANE
PEMBROKE, MA  02359

STUART E. SCOTT
SPANGENBERG, SHIBLEY & LIBER
2400 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH  44114
PHONE: (216) 696-3232
FAX: (216) 696-3924

JEFFREY B. SIMON
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX  75204
PHONE: (214) 357-6244
FAX: (214) 871-2263

DEANNA DEAN SMITH
EBANKS, SMITH & CARLSON LLP
1401 MCKINNEY
SUITE 2500
HOUSTON, TX  77010-4034

SHANIN SPECTER
KLINE & SPECTER, P.C.
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PA  19102
PHONE: (215) 772-1000
FAX: (215) 772-1359
EMAIL: andy.yourman@klinespecter.com

JOHN S. STEWARD
MEYERKORD AND STEWARD
2525 WOUTH BRENTWOOD BOULEVARD
SUITE 102
ST. LOUIS, MO  63144

416788.1

**VIOXX MDL SERVICE LIST**

STEPHEN G. STRAUSS
BRYAN CAVE
ONE METROPOLITAN SQUARE
211 N. BROADWAY
ST. LOUIS, MO 63102
PHONE: (314) 259-2000
FAX: (314) 259-2020

CASANDRA F. THOMAS
514-C WOODROW WILSON AVENUE
JACKSON, MS 39213

LAWRENCE D. WADE, JR.
CAMPBELL, DELONG, HAGWOOD & WADE
P.O. BOX 1856
GREENVILLE, MS 38702-1856

THOMAS E. WALKER
JOHNSTON BARTON PROCTOR SWEDLAW & NAF
2900 AMSOUTH/HARBERT PLAZA
1901 6TH AVENUE NORTH
BIRMINGHAM, AL 35203
PHONE: (205) 458-9400
FAX: (205) 458-9500

JENNIFER FADAL WEAVER
1305 FOSSEL RIDGE TRAIL
WACO, TX 76712

LESLIE WEISBROD
MORGAN & WEISBROD
11441 FOREST CENTRAL DRIVE
SUITE 300
DALLAS, TX 75243

JOHN K. WESTON
SACKS & SMITH, L.L.C.
510 WALNUT STREET
PHILADELPHIA, PA 19106
PHONE: (215) 925-8200
FAX: (215) 925-0508

MICHAEL A. YSASAGA
JOHNSON, FINKEL, DELUCA & KENNEDY
1221 LAMAR
SUITE 100
HOUSTON, TX 77010

ROBERT G. SULLIVAN
SULLIVAN, PAPAIN, MCGRATH & CANNAVO
120 BROADWAY
18TH FLOOR
NEW YORK, NY 10271

CHRISTOPHER V. TISI
ASHCRAFT & GEREL
2000 L STREET NW, SUITE 400
WASHINGTON, DC 20036-4914
PHONE: (202) 783-6400
FAX: (202) 416-6392
EMAIL: mheaviside@dc.ashcraftlaw.com

CHRIS J. WALKER
MARKOW WALKER, P.A.
P.O. BOX 13669
JACKSON, MS 39236-3669

LEILA H. WATSON
CORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
PHONE: (205) 328-2200
FAX: (205) 324-7896
EMAIL: rweaver@cwcd.com

RICHARD J. WEINER
LAW OFFICES OF RICHARD J. WEINER, P.C.
119 ROCKLAND CENTER, SUITE 425
NAUET, NY 10954

JEWELL E. WELCH, III
CUNARD REISS LAW FIRM
9214 INTERLINE AVENUE
BATON ROUGE, LI 70809
PHONE: (225) 925-2978
FAX: (225) 925-8192
EMAIL: cunard@gs.verio.net

JAMES L. WRIGHT
MITHOFF & JACKS
1010 FRANKLIN PLAZA
111 CONGRESS AVENUE
AUSTIN, TX 78701
PHONE: (512) 478-4422
FAX: (512) 478-5015

JAMES JOHN ZONAS
JAMES J. ZONAS, ATTORNEY AT LA
700-2ND AVENUE, NORTH
SUITE 102
NAPLES, FL 34102

416788.1