FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 18  AM 8:47

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFREDO NARVAEZ, ET AL | CIVIL ACTION |
| VERSUS | NO. 04-3472 |
| | [MDL NO. 1657/In Re Vioxx] |
| MERCK & CO., INC. | SECTION "L"(Judge Fallon) |
| | DIVISION (3) (Mag. Judge Knowles) |

### ORDER VACATING ORDER DATED MARCH 16, 2005

It has come to this Court's attention that the March 16, 2005 order [Rec. Doc. No. 7] executed by the undersigned Magistrate Judge issued in error. Paragraph 7 of the district judge's "PRETRIAL ORDER #1" setting the Initial Conference in *all cases*, states that "all pending motions **must be renoticed for resolution on a motion day or days after the Court's initial conference herein [March 18, 2005]**." *See* Pretrial Order #1 dated February 18, 2005 (emphasis added) [MDL No. 1657, Rec. Doc. No. 3]. Accordingly,

**IT IS ORDERED** that this order dated March 16, 2005 [Rec. Doc. No. 7] granting plaintiffs' motion for leave to amend the above captioned case is hereby RECALLED and VACATED *nunc pro tunc*.

New Orleans, Louisiana, this 17th day of March, 2005.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No_____