UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA



FILED
U.S. DISTRICT COURT

2005 MAR 18 A 10: 42

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAGISTRATE JUDGE KNOWLES |
| . . . . . . . . . . . . . . . . . . | : | |

## NOTICE OF FILING OF
## APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW COMES, Patti Durio Hatch, who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully Submitted,

Patti Durio Hatch, Bar Roll No. 22719
DUMAS & ASSOCIATES LAW CORPORATION
The Lawyer's Complex
1263 Government Street
Post Office Box 1366
Baton Rouge, Louisiana 70821-1366
Telephone: (225) 383-4701
Telecopier: (225) 383-4719
E-Mail: pdhatch@dumaslaw.com

By: /s/ Patti Durio Hatch
Patti Durio Hatch, Bar Roll No.: 22719

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel named in the list labeled as Schedule B and attached to Pre-Trial Order No. 1 via U.S. Mail this 18th day of March, 2005.

/s/ Patti Durio Hatch
Patti Durio Hatch

Fee_____
Process_____
X/Dktd_____
✓ CtRmDep_____
Doc. No._____

# DUMAS & ASSOCIATES LAW CORPORATION

A PROFESSIONAL LAW CORPORATION
LAWYER'S COMPLEX
1263 GOVERNMENT STREET
POST OFFICE BOX 1366
BATON ROUGE, LOUISIANA 70821-1366

WEBSITE: WWW.DUMASLAW.COM

TELEPHONE: (225) 383-4701
TOLL FREE: (800) 219-2130

TELECOPIER: (225) 383-4719

March 18, 2005

The Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

RE: In Re: VIOXX Products Liability Litigation
MDL No. 1657 – Section L

Dear Judge Fallon:

Pursuant to Pre-Trial Order No. 1, please accept this correspondence as my application to be appointed to the Plaintiffs' Steering Committee in the Vioxx Multi-District Litigation.

I am a graduate of The College of William and Mary, Marshall-Wythe School of Law. Thereafter, I worked as defense counsel for Weston Hurd Fallon Paisley & Howley in Cleveland, Ohio and State Farm Insurance Company in Baton Rouge, Louisiana. In 1999, I joined Dumas & Associates Law Corporation and became the firm's managing attorney in 2001. My areas of practice include mass tort and class action litigation.

Our firm, Dumas & Associates Law Corporation, represents 223 VIOXX® clients. We require that each client must have taken VIOXX ® in excess of 18 months and suffered either a heart attack or a stroke. Of the 223 VIOXX ® cases, 13 are death cases.

Our firm has filed one suit in connection with the VIOXX ® litigation, *Milton Johnson vs. Merck & Co., Inc.*, Case No. 04-CV-878, United States District Court for the Middle District of Louisiana. The Milton Johnson case was filed December 10, 2004, which was prior to the VIOXX® litigation being transferred to the United States District Court for the Eastern District of Louisiana. Merck's counsel filed an Answer to the Johnson Complaint prior to the transfer, and the Court set a scheduling conference for April 7, 2005. The Johnson case has now been transferred to the MDL.

Since beginning my career in mass tort and class action litigation in 1999, I have been appointed to the Plaintiffs' Steering Committee in the following cases:

(1) Susan Blades, et al. vs. Illinois Central Railroad Company d/b/a Canadian National Railroad/Illinois Central Railroad, No. 02-3121, United States District Court for the Eastern District of Louisiana, Judge Jay C. Zainey (2002); (2) In re: Chemical Release at Bogalusa, No. 73,341, Sec. "C", Parish of Washington, 22nd Judicial District Court (2002); (3) Vivian Folse, et al v. C.F. Industries, No. 00-1645, United States District Court for the Middle District of Louisiana, Judge Guy Holdridge (2002); (4) In re: Eunice Train Derailment, No. 00-1267, United States District Court for the Western District of Louisiana, Judge Richard T. Haik, Sr. (2000).

I have been appointed to the Plaintiffs' Steering Committee in the following Multi-district Litigations (MDL): (1) In re: Meridia Products Liability Litigation, MDL Docket No. 1481, United States District Court, Northern District of Ohio, Eastern Division, Judge James S. Gwin (2002); and (2) In re: Serzone Products Liability Litigation, MDL Docket No. 1477, United States District Court, Southern District of West Virginia, Judge Joseph R. Goodwin (2002).

I am presently involved in the following MDL Litigations: In re: Propulsid Products Liability Litigation, MDL No. 1355, United States District Court, Eastern District of Louisiana and In re: Diet Drug Products Liability Litigation, MDL No. 1203, United States District Court for the Eastern District of Pennsylvania, Judge Harvey Bartel, III.

I am presently involved in the following mass tort and/or class action litigations: (1) In re: Bridgestone/Firestone, Inc. ATX, AXXII and Wilderness Tire, MDL Master File No. IP 00-9373-C-B/S, United States District Court, Southern District of Indiana and (2) In re: Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, United States District Court, Western District of Washington at Seattle.

Additionally, I have been appointed to the Plaintiffs' Steering Committee and class counsel in several state class action litigations.

My appointment to the committees mentioned above clearly demonstrates my ability to work cooperatively with other attorneys.

In 2003, I had the pleasure of trying a case before your Honor in the matter of Clearsky Shipping Corporation as owner of the MV Bright Field for exoneration from or limitation of liability. Your Honor rendered a verdict for the plaintiff and awarded damages in the amount of Twelve Thousand, Seven Hundred Fifty and no/100 (12,750.00) Dollars.

I have the experience, resources, and availability to serve as a member of the Plaintiffs' Steering Committee. More importantly, I have the ability to work cooperatively with others. Therefore, I respectfully request your Honor consider my application for appointment to the Plaintiffs' Steering Committee.

Sincerely,

Patti Durio Hatch

WCD/tty

T. Scott Allen, Jr.
CRUSE, SCOTT, HENDERSON & ALLEN
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

RICHARD J. ARSENAULT
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
AYLSTOCK, WITKIN & SASSER, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
BAILEY LAW FIRM
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

David A. Barett
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bradley Douglas Becnel
LAW OFFICES OF DANIEL E. BECNEL, JR.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

Daniel E. Becnel Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 79482

William C. Berger
FURR & COHEN
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy Birchfield
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES
P.O. Box 4160
Montgomery, AL 36103-4160

Reshonda L. Bradford
SINGLETON LAW OFFICE
4050 Linwood Avenue
Shreveport, LA 71108

Joseph M. Bruno
BRUNO & BRUNO, LP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
LEVIN, PAPANTONIO,
THOMAS, MITCHELL, et al
316 S. Baylen Street, Suite 600
Pensacola, FL 32501-5996

Elizabeth J. Cabraser
LIEFF, CABRASER
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carhoy
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
LAW OFFICES OF WEINER,
CARROLL & STRAUSS
119 Rockland Center, Suite 425
Nanuet, NY 10954

Joseph R. Colingo
WILLIAMS, HEIDELBERG, et al
P.O. Box 1407
Pascagoula, MS 39568-1407

Ernest Cory
CORY, WATSON, CROWDER & DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
CRAIG, HESTER, LUKE & DODSON
P.O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, AL 36032-6346

John Michael D'Amato, Jr.
RUSSO, SCAMARDELLA & D'AMATO
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
ERIC C. DETERS & ASSOCIATES
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
EDELMAN, COMBS & LATTURNER
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
ARMSTRONG ALLEN
4450 Old Canton Road, Suite 210
Jackson, MS 39211

William B. Federman
Federman & Sherwood
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK 73102

Shawn G. Foster
DAVIS, BETHUNE & JONES
1100 Main Street, Suite 2390
Kansas City, MO 64105

Michael T. Gallagher
GALLAGHER LAW FIRM
777 Walker Street, Suite 2500
Houston, TX 77002

Ronald S. Goldser
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Tim T. Griesenbeck
PLUNKETT & GIBSON
P.O. Box 795061
San Antonio, TX 78216

Craig D. Hebderson
GARY, THOMASSON, HALL & MARK
P.O. Box 2888
Corpus Christi, TX 78403

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Dennis J. Johnson
JOHNSON & PERKINSON
P.O. Box 2305
S. Burlington, VT 05403

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Ronald V. Fiesta
Kenneth B. Moll & Asso.
Three First National Plaza
50th Floor
Chicago, IL 60602

Dana Casselli Fox
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Hector G. Gancedo
GANCEDO & NIEVES
144 West Colorado Blvd.
Pasadena, CA 91105

Andrew S. Goldwasser
CIANO & GOLDWASSER
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
P.O. Box 4092
Monroe, LA 71211-4092

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Allen R. Flowers
FLOWERS LAW FIRM
341 North 25th Avenue
Hattiesburg, MS 39401

Richard A. Freese
SWEET & FREESE
P.O. Box 1178
Jackson, MS 29215

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Anthony C. Graffeo
WATSON, JIMMERSON, GIVHAN, ET AL.
P.O. Box 18368
Huntsville, AL 35804

Lance A. Harke
HARKE & CLASBY
155 South Miami Avenue, Suite 600
Miami, FL 33130

Robert M. Hodges
WISE, CARTER, CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

Mark B. Hutton
HUTTON & HUTTON
P.O. Box 638
Wichita, KS 67201

Whitman B. Johnson, III
CURRIE, JOHNSON, GRIFFIN,
GAINES & MEYERS
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225-2567

Sharon L. Kegerreis
HUGHES, HUBBARD & REED
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

John W. Land
BRYAN, NELSON, RANDOLPH
& WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Ira H. Leesfield
LEESFIELD, LEIGHTON,
RUBIO & MAHFOOD
2350 South Dixie Highway
Miami, FL 33133

David K. Lietz
COALE, COOLEY, LIETZ,
MCINERNY & BROADUS
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1300 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Leray J. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Kirk S. Milam
HICKMAN, GOZA & SPARAGINS
P.O. Drawer 668
Oxford, MS 38655-0668

Michel F. Mills
Perona, Langer, Beck,
Lallande & Serbin
P.O. Box 7948
Long Beach, CA 90807

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Eric R. Kennedy
WEISMAN, KENNEDY & BERRIS
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard A. Lockridge
LOCKRIDGE, GRINDAL & NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

David P. Matthews
ABRAHAM, WATKINS, NICOLS, SORRELS
800 Commerce Street
Houston, TX 77002-1776

Joseph L. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Allen Scott Milavetz
MILAVETZ, GALLOP & MILAVETZ
6500 France Avenue, South
Edina, MN 55435

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Timothy M. Kolman
TIMOTHY M. KOLMAN AND ASSOCIATES
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Jeffrey D. Leathers
GREER, PIPKIN, RUSSELL,
DENT & LEATHERS
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD
111 Bagby, Suite 2200
Houston, TX 77002

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Kenneth B. McClain
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64050

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Steven R. Minor
ELLIOTT LAWSON & MINOR
P.O. Box 8400
Bristol, VA 24203-8400

| | | |
|---|---|---|
| Michael H. Moirano<br>NISEN & ELLIOTT<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606 | Geoffrey C. Mousseau<br>MOUSSEAU & ASSOCIATES<br>1421 Valverde Place, Suite B<br>Glendale, CA 91208 | Edwin T. Mulhern<br>HUWEL & MULHERN<br>11 New Hyde Park Road<br>Frank Square, NY 11010 |
| Nast, Dianne<br>Roda & Nast, P.C. 801 Estelle<br>Drive Lancaster, PA 17601 | Eugene R. Naylor<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | Richard F. O'Malley<br>Sidley Austin Brean & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 |
| Gregory J. Owen<br>OWEN, PATTERSON & OWEN<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 | Thomas Jack Pearson<br>PEARSON & CAMPBELL, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 | Robert Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71103 |
| Frank M. Pitre<br>San Francisco Airport Office Center<br>540 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Geoffrey Edward Pope<br>BUTLERNARD SHELTON<br>CASHRUE, KNOWLES & DEVINE<br>1355 Peachtree Street, N.E.<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 | Henry J. Price<br>Price, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 |
| Eric M. Queglas-Jordan<br>Queglas LAW Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 | William R. Robb<br>ALESHIRE, ROBB & SIVILS<br>901 St Louis Street, Suite 1600<br>Springfield, MO 65806 | Robert D. Rowland<br>2227 South State Route 157<br>Edwardsville, IL 62025 |
| John H. Ruiz<br>Law Office of John H. Ruiz<br>50442 N.W. 7th Street, Suite 920<br>Miami, FL 33126 | Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street, Suite 1717<br>Brooklyn, NY 11241 | Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 |
| Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220 | Stuart E. Scott<br>Spangenberg, Shibley & Liber<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | Christopher A. Seeger<br>Seegex Weiss, LLP<br>One William Street, 10th Floor<br>New York, NY 10004-2502 |
| Jeffrey B. Simon<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75104 | David Neil Smith<br>Nix, Patterson & Roach<br>205 Linda Drive<br>Dangerfield, TX 75638 | Deanna Dean Smith<br>Ebanks, Smith & Carlson<br>1401 McKinney, Suite 2500<br>Houston, TX 77010-4034 |
| Kathryn A. Snapka<br>Snapka, Turman & Waterhouse<br>P.O. Drawer 23017<br>Corpus Christi, TX 75403 | Shanin Specter<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | Robert F. Stacy<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1064 |

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan 1901 6th Avenue North
Birmingham, AL 35203

Richard J. Weiner
Law Offices Of Richard J. Weiner
19 Rockland Center, Suite 425
Nanuet, NY 10954

John K. Weston
SACKS, WESTON, SMOLINKSY, ALBERT & LUBER
510 Walnut Street, Suite 400
Philadelphia, PA 19106

Virginia M. Buchnan
P.O. Box 12308
Pensacola, FL 32501

Barbara J. Hart
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 35702-1556

Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Philadelphia, PA 19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Mary Gibson
P.O. Box 400
St Mary's, GA 31558

John F. Hughes
Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669

Jackson, Ms. 39236-3669

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Zonas, James John
James J. Zonas
Attorney at Law
700 2nd Avenue, North, Suite 102
Naples, FL 34102

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

David A. Hylla
Bilbrey & Hylla
P.O. Box 975
Edwardsville, IL 62025