UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX

PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

HONORABLE ELDON E. FALLON

### APPLICATION OF W. JAMES SINGLETON FOR MEMBERSHIP ON PLAINTIFFS' STEERING COMMITTEE

MAY IT PLEASE THE COURT:

I am Attorney W. James Singleton of Shreveport, Louisiana, and I am seeking membership on the Plaintiffs Steering Committee for the VIOXX Litigation.

On July 25, 2003, my firm filed our first VIOXX lawsuit entitled Noma Merritt, et al vs. Merck & Co., Inc, et al, Docket Number 03-CV-1401-S, United States District Court, Western District of Louisiana. The action was initiated more than fourteen (14) months prior to Merck's September 30, 2004 voluntary market withdrawal of VIOXX. Prior to the withdrawal, we were engaged in significant discovery and trial preparation involving our VIOXX claims; in fact, we were set to schedule their trial dates when the drug was pulled from the market.

My year and a half of direct involvement in the aforementioned case has resulted in my having a very thorough knowledge of the facts surrounding the Vioxx litigation. Now that the matter has been unified, I believe that my insight, familiarity with the case and working relations would be a tremendous asset to the Vioxx PSC.

In addition to my specific involvement in the *Merrit* case, I have served on several steering committees involving both mass tort and multi-district litigations. Currently, I am a member of the plaintiff steering committees for Serzone MDL # 1477, Prempro MDL # 1507, Baycol MDL# 1431, and Meridia MDL # 1481 - all of which are virtually identical to the Vioxx litigation. Through these

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

cases, I've learned what is required to effectively resolve such a claim. I understand MDL procedure and the importance of strategic, cost-efficient, and effective case management. I understand the level of professionalism required and the need to look objectively at the needs of both sides - legally and financially. My being a member of several similar PSCs has equipped me with the knowledge and experience you seek, and will translate well to the qualifications of my candidacy for the VIOXX PSC.

I am also a member of the trial team for Gloria Scott, et al vs. Phillip Morris Company, et al, Docket # 96-8461, Civil District for the Parish of Orleans; a member of the Plaintiff Committee for Willard Brown, et al vs. The American Tobacco Company Inc, et al, Docket # 711400, JCCP 4042, Superior Court San Diego County, San Diego County, California; and a member of the Plaintiff Steering Committee for In Re Industrial Life Insurance Litigation, Civil Action MDL No. 1371, 1382, 1390, 1391, and 1395, United States District Court, Eastern District of Louisiana, Judge Marty Feldman. These assignments have placed me in a position to understand clearly the functions and issues we could face during and beyond the MDL process. While PSC members should work toward the ultimate resolution of these claims, vigilant members will also seek to aid those claims that may proceed to trial and ensure that all evidence, expert and other such information is secured with trial preparation in mind. I have many years of trial experience, and the willingness to provide such vigilance to the Vioxx PSC.

As an African-American attorney and owner of my own firm, I fully understand the professional and financial dedication required to litigate such a claim. *I am personally prepared to give of "myself" every effort necessary to facilitate resolution of this litigation.* Though Shreveport, Louisiana is my home, my involvement with the Scott Tobacco Litigation and other matters held in New Orleans and other surrounding areas motivated me to acquire a second residence in the city.

I am now able to travel back and forth from Shreveport to New Orleans and have both stable living arrangements and office space which provides the type of milieu necessary to be effective.

Based on the above, I submit my application for membership on the VIOXX PSC as I sincerely believe that I have the direct knowledge and experience necessary for a truly qualified PSC member.

You consideration within these premises is appreciated.

Respectfully submitted,

W. James Singleton
Bar Roll Number: 17801
*The Singleton Law Firm*
4050 Linwood Avenue
Shreveport, Louisiana 71108
{318} 631-5200 - Telephone
{318} 636-7759 - Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that the above original and one copy have been file with the Clerk of the Court of the Eastern District of Louisiana and has been served upon all counsel known to have a federal Vioxx case pending this __16__ day of March, 2005.

Of Counsel

T. Scott Allen, Jr.
CRUSE, SCOTT, HENDERSON & ALLEN
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

RICHARD J. ARSENAULT
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
AYLSTOCK, WITKIN & SASSER, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
BAILEY LAW FIRM
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

David A. Barett
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bradley Douglas Becnel
LAW OFFICES OF DANIEL E. BECNEL, JR.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

Daniel E. Becnel Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 79482

William C. Berger
FURR & COHEN
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy Birchfield
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES
P.O. Box 4160
Montgomery, AL 36103-4160

Reshonda L. Bradford
SINGLETON LAW OFFICE
4050 Linwood Avenue
Shreveport, LA 71108

Joseph M. Bruno
BRUNO & BRUNO, LP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
LEVIN, PAPANTONIO,
THOMAS, MITCHELL, et al
316 S Baylen Street, Suite 600
Pensacola, FL 32501-5996

Elizabeth J. Cabraser
LEIFF, CABRASER
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
LAW OFFICES OF WEINER,
CARROLL & STRAUSS
119 Rockland Center, Suite 425
Nanuet, NY 10954

Joseph R. Colingo
WILLIAMS, HEIDELBERG, et al
P.O. Box 1407
Pascagoula, MS 39568-1407

Ernest Cory
CORY, WATSON, CROWDER & DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
CRAIG, HESTER, LUKE & DODSON
P.O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, AL 36032-6346

John Michael D'Amato, Jr.
RUSSO, SCAMARDELLA & D'AMATO
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
ERIC C. DETERS & ASSOCIATES
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
EDELMAN, COMBS & LATTURNER
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
ARMSTRONG ALLEN
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

William B. Federman
Federman & Sherwood
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK 73102

Ronald V. Fiesta
Kenneth B. Moll & Asso.
Three First National Plaza
50th Floor
Chicago, IL 60602

Allen R. Flowers
FLOWERS LAW FIRM
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
DAVIS, BETHUNE & JONES
1100 Main Street, Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Richard A. Freese
SWEET & FREESE
P.O. Box 1178
Jackson, MS 29215

Michael T. Gallagher
GALLAGHER LAW FIRM
777 Walker Street, Suite 2500
Houston, TX 77002

Hector G. Gancedo
GANCEDO & NIEVES
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Ronald S. Goldser
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
CIANO & GOLDWASSER
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Anthony C. Graffeo
WATSON, JIMMERSON, GIVHAN, ET AL.
P.O. Box 18368
Huntsville, AL 35804

Tim T. Griesenbeck
PLUNKETT & GIBSON
P.O. Box 795061
San Antonio, TX 78216

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
P.O. Box 4092
Monroe, LA 71211-4092

Lance A. Harke
HARKE & CLASBY
155 South Miami Avenue, Suite 600
Miami, FL 33130

Craig D. Hebderson
GARY, THOMASSON, HALL & MARK
P.O. Box 2888
Corpus Christi, TX 78403

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Robert M. Hodges
WISE, CARTER, CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Mark B. Hutton
HUTTON & HUTTON
P.O. Box 638
Wichita, KS 67201

Dennis J. Johnson
JOHNSON & PERKINSON
P.O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
CURRIE, JOHNSON, GRIFFIN,
GAINES & MEYERS
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Sharon L. Kegerreis
HUGHES, HUBBARD & REED
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Eric R. Kennedy
WEISMAN, KENNEDY & BERRIS
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Timothy M. Kolman
TIMOTHY M. KOLMAN AND ASSOCIATES
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

John W. Land
BRYAN, NELSON, RANDOLPH & WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Ira H. Leesfield
LEESFIELD, LEIGHTON, RUBIO & MAHFOOD
2350 South Dixie Highway
Miami, FL 33133

David K. Lietz
COALE, COOLEY, LEITZ, MCINERNY & BROADUS
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Leray J. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Kirk S. Milam
HICKMAN, GOZA & SPARAGINS
P.O. Drawer 668
Oxford, MS 38655-0668

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
P.O. Box 7948
Long Beach, CA 90807

Michael H. Moirano
NISEN & ELLIOTT
200 West Adams Street, Suite 2500
Chicago, IL 60606

Nast, Dianne
Roda & Nast, P.C. 801 Estelle Drive
Lancaster, PA 17601

Gregory J. Owen
OWEN, PATTERSON & OWEN
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard A. Lockridge
LOCKRIDGE, GRINDAL & NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

David P. Matthews
ABRAHAM, WATKINS, NICOLS, SORRELS
800 Commerce Street
Houston, TX 77002-1776

Joseph L. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Allen Scott Milavetz
MILAVETZ, GALLOP & MILAVETZ
6500 France Avenue, South
Edina, MN 55435

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Geoffrey C. Mousseau
MOUSSEAU & ASSOCIATES
1421 Valverde Place, Suite B
Glendale, CA 91208

Eugene R. Naylor
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Thomas Jack Pearson
PEARSON & CAMPBELL, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Jeffrey D. Leathers
GREER, PIPKIN, RUSSELL, DENT & LEATHERS
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD
111 Bagby, Suite 2200
Houston, TX 77002

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Kenneth B. McClain
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64050

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Steven R. Minor
ELLIOTT LAWSON & MINOR
P.O. Box 8400
Bristol, VA 24203-8400

Edwin T. Mulhern
HUWEL & MULHERN
11 New Hyde Park Road
Frank Square, NY 11010

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Robert Piper, Jr.
Piper & Associates
P.O. Box 69
Shreveport, LA 71103

Frank M. Pitre
San Francisco Airport Office Center
540 Malcolm Road, Suite 200
Burlingame, CA 94010

Eric M. Queglas-Jordan
Queglas LAW Offices
P.O. Box 16606
San Juan, PR 00908-6606

John H. Ruiz
Law Office of John H. Ruiz
50442 N.W. 7th Street, Suite 920
Miami, FL 33126

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75104

Kathryn A. Snapka
Snapka, Turinan & Waterhouse
P.O. Drawer 23017
Corpus Christi, TX 75403

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan 1901 6th Avenue North
Birmingham, AL 35203

Richard I. Weiner
Law Offices Of Richard J. Weiner
19 Rockland Center, Suite 425
Nanuet, NY 10954

Geoffrey Edward Pope
DOYLERRN, VRE, SHIELDS,
CANFIELD, KNOWLES & DEVINE
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269

William R. Robb
ALESHIRE, ROBB & SIVILS
901 St Louis Street, Suite 1600
Springfield, MO 65806

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Stuart E. Scott
Spangenberg, Shibley & Liber
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX 75638

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Robert G. Sullivan
Sullivan, Papain, Block,
McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 35702-1556

Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Philadelphia, PA 19106

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Christopher A. Seeger
Seegex Weiss, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Deanna Dean Smith
Ebanks, Smith & Carlson
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1064

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, Ms. 39236-3669

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

| | | |
|---|---|---|
| John K. Weston<br>Sacks, Weston, Smolinksy,<br>Albert & Luber<br>510 Walunt Street, Suite 400 | James L. Wright<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Avenue, Suite 1010<br>**Austin, TX 78701-0001** | Zonas, James John<br>James J. Zonas<br>Attorney at Law<br>700 2nd Avenue, North, Suite 102<br>Naples, FL 34102 |
| Virginia M. Buchnan<br>P.O. Box 12308<br>Pensacola, FL 32501 | Mary Gibson<br>P.O. Box 400<br>St. Mary's, GA 31558 | Nadeem Haider<br>606 N. Jefferson Street<br>Louisville, MS 39339 |
| Barbara J. Hart<br>100 Park Avenue, 12th Floor<br>New York, NY 10017-5563 | John F. Hughes<br>Wilkins, Stephens & Tiptom<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | Norman C. Kleinberg<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Marjory Knoll<br>Law Office of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | Joel C. Lamp<br>Assistant General Counsel<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 | Kim M. Meaders<br>Crouch & Ramey<br>1445 Rose Avenue<br>Suite 2300<br>Dallas, TX 75202 |
| Stephen B. Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | Steven L. Russell<br>Beirne, Maynard & Parsons<br>1700 Pacific Avenue, Suite 4400<br>Dallas, TX 75201 | David A. Hylla<br>Bilbrey & Hylla<br>P.O. Box 975<br>Edwardsville, IL 62025 |
| **Patricia Griffith**<br>**1045 Evelyn Avenue**<br>**Clarksdale, MS 38614** | | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX                                        MDL NO. 1657
        Products Liability Litigation

                                                     SECTION: L

"This Document Relates to All Cases"                 Judge Fallon
                                                     Mag. Judge Knowles

## NOTICE OF FILING APPLICATION FOR APPOINTMENT OF W. JAMES SINGLETON TO PLAINTIFFS' STEERING COMMITTEE

NOW COMES, W. James Singleton, Attorney at Law and counsel of record in <u>Norma Merritt, et al vs. Merck & Co., Inc, et al</u>, Docket Number 03-CV-1401-S, United States District Court, Western District of Louisiana, filed July 25, 2003, who files the attached Application for Appointment to the Plaintiff's Steering Committee in the above captioned matter.

Respectfully submitted,

W. JAMES SINGLETON
BAR ROLL NUMBER: 17801
THE SINGLETON LAW FIRM