FILED



**CIANO &**
**GOLDWASSER**
L.L.P.
Attorneys at Law

CIANO & GOLDWASSER, L.L.P.

MK Ferguson Plaza
1500 West Third Street
Suite 460
Cleveland, Ohio 44113

Office:  (216) 658-9900
Fax:     (216) 658-9920

pac@cianogoldwasser.com

March 14, 2005

U.S. District Court Clerk
United States District Court
500 Poydras Street, Suite C151
New Orleans, Louisiana 70130

    Re:    *In Re: VIOXX Products Liability Litigation, 05MDL1657*

Dear Court Clerk:

    Undersigned counsel represents the Plaintiffs, in *James E. Meadows, et al. v. Merck & Co., Inc.*, Civil No. 1:04CV2229 filed in the United States District Court for the Northern District of Ohio, Eastern Division; and *Marjory Knoll v. Merck & Co. Inc.*, Civil No. 1:04-CV-02209-LW filed in the United States District Court for the Northern District of Ohio, Eastern Division. Please add my name to the Panel Attorney Service List for all future MDL filings and/or Orders.

    Thank you for your assistance. If you have any questions, please call.

                        Yours Very Truly,

                        Phillip A. Ciano

PAC/mmd

```
____ Fee_____
____ Process_____
 X   Dktd_____
____ CtRmDep____
____ Doc. No.___
```