COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -4  AM 9: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

JUDGE FALLON
MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * *

## MATTHEW E. LUNDY'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW Matthew E. Lundy, requesting appointment to the Plaintiffs' Steering Committee in the above matter, for the purpose of conducting and coordinating discovery, to-wit:

I am actively involved in a multi law firm consortium dedicated to litigating Vioxx claims. The firms have evaluated nearly 5,000 individuals who have ingested Vioxx and have contracted with approximately 1,600 clients to date. Cases continue to come in for evaluation, including three hundred from Mississippi firms this week. We have accepted referrals from approximately forty-nine (49) different attorneys. My firm has participated and continues to participate in the computer database review of discovery documents produced by Merck, at the offices of Chris Seeger in New York, New York, and continues to do so on a volunteer basis, in preparation for depositions.

I have invested significant time and my firm's resources into this project, and I will personally do the work necessary to make sure this PSC is successful. I am an experienced class action, MDL and mass torts litigator who, together with my firm, have more than adequate financial resources to serve on this PSC. I am willing and available to personally commit my time and energy to this PSC and court appearances on its behalf, and represent to this Honorable Court that I will do

so. I have exhibited the ability to work cooperatively with other counsel in prior mass tort litigation and class actions including those involving defective drugs.

I was born in Lake Charles, Louisiana. I earned my law degree from LSU, Baton Rouge, Louisiana, 1988, and then clerked for Hon. Earl Veron, U.S.D.C., Western District of Louisiana, from 1988–1989. I am a partner in the law firm of Lundy & Davis, L.L.P., a 19-attorney law firm, with offices in Lake Charles, Louisiana, Houston, Texas and Jackson, Mississippi. I have an AV rating by Martindale-Hubbell.

I have the time, the energy, and an understanding of the commitment that is required to fulfill the duties necessary for appointment to the PSC and to successfully represent its clients. I am a member in good standing of the Louisiana and Texas bars, Louisiana Trial Lawyers Association, the Texas Trial Lawyers Association, and American Trial Lawyers Association. I have never been disciplined by any Bar Association or any court, and have satisfied all of the criteria to practice as a Louisiana attorney in a case such as this.

I am currently serving as Plaintiffs' Steering Committee Co-Chair, Expert Committee, *Mann, et al v. Shell Oil Co., et al*, U.S.D.C., Eastern District of Louisiana, a contaminated gasoline case. I am also currently working on the plaintiff trial team for *Kellum, et al v. Kuhlman Corp., et al*, Circuit Court, Copiah County, Mississippi, a PCB contamination case affecting the community of Crystal Springs, Mississippi.

I have a long history of work in complex litigation, including but not limited to the following: I served on the Discovery Committee for Texas 8th Region consolidated cases, in the Baycol litigation, which involved the market withdrawal of a pharmaceutical product. I also served as Co-Lead trial counsel, in *Haltom v. Bayer Corp.*, Nueces County, Texas, which was the first Baycol trial in the United States. I served on the Plaintiffs' Steering Committee and as Co-Lead Counsel in *Kaleel, et al v. Division Transport, et al,* 33rd JDC, Allen Parish, Louisiana, a hazardous waste spill

affecting two communities. This case was settled in trial at close of Plaintiffs' evidence.

I was on the plaintiffs' trial team for *West, et al v. G&H Seed Co., et al*, 27th JDC, St. Landry Parish, Louisiana, involving area farmers' crawfish crop, killed by pesticide. The case settled in trial at close of Defendants' evidence. I served on the trial team for *Kerr-McGee Creosote Plant*, environmental contamination actions in Louisiana, Mississippi and Pennsylvania. I was a member of the trial team and PSC for *Sally Comeaux, et al v. Vista Chemical Co., et al*, 14th JDC, Calcasieu Parish, Louisiana, an environmental contamination affecting the community of Moss Hill, Louisiana. I also served on the Plaintiff trial team for the Bristol Myers Squibb portion of *Spitzfadden, et al v. Dow Corning Corp., et al*; Orleans Parish, Louisiana, the breast implant litigation.

As an officer of the court, I represent that I possess all the qualifications necessary to be appointed to the Plaintiffs' Steering Committee including: (1) Requisite legal skills and proficiency from "hands on" experience in litigating various mass torts; (2) Proven ability to work effectively with those of diverse interests; (3) Adequate resources on hand to see that the litigation proceeds in the most efficient and expeditious manner possible; and, (4) An awareness of the substantial commitment required and the tenacity to maintain that commitment until the work is done.

Respectfully submitted,

LUNDY & DAVIS, L.L.P.

_____
Matthew E. Lundy
LA Bar No.18988; TX Bar No. 12697300
P. O. Box 3010
Lake Charles, LA 70602-3010
333 N. Sam Houston Parkway East, #375
Houston, Texas 77060
PH: (800) 522-1204; FAX: (281) 272-0781

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing a copy of same, properly addressed, in the U. S. Mail on this 3 day of March, 2005.

_____
MATTHEW E. LUNDY