MINUTE ENTRY
FALLON, J.
MARCH 17, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L (3) <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone conference with Liaison Counsel to further discuss agenda items for the initial pretrial conference to be held on Friday, March 18, 2005 at 9:00 a.m.

[signature]

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

JS-10: 0 : 30