UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 18  PM 3: 41

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                              :       MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION     :
                                     :       SECTION: L
                                       :
THIS DOCUMENT RELATES TO ALL CASES        :       JUDGE FALLON
                                       :       MAG. JUDGE KNOWLES

**************************************************************************

## BEN BARNOW'S APPLICATION FOR APPOINTMENT
## TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Ben Barnow, who files the attached Application for Appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

BEN BARNOW
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Ben Barnow's Application for Appointment to the Plaintiff's Steering Committee* has been served upon counsel for all parties known to me, per the attached Service List, via First Class U.S. Mail, proper postage prepaid, on this 17th day of March, 2005.

BEN BARNOW

Fee
Process
X Dktd
CtRmDep
Doc. No

## SERVICE LIST

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Dario Arango, M.D.
5407 South McColl Road, Suite B
Edinburg, TX 78539

Matthew H. Armstrong
Marker & Armstrong, LLC
One Metropolitan Square, Suite 2970
St. Louis, MO 63102-2793

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

David A. Barett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bradley Douglas Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

Daniel E. Becnel Jr.
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 79482

William C. Berger
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy Birchfield
Beasley, Allen, Crow,
Methvin, Portis, & Miles
P.O. Box 4160
Montgomery, AL 36103-4160

Reshonda L. Bradford
SINGLETON LAW OFFICE
4050 Linwood Avenue
Shreveport, LA 71108

Ellis Broadway, Jr.
Prisoner # 01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Joseph M. Bruno
BRUNO & BRUNO, LP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
Levin, Papantonio,
Thomas, Mitchell, et al
316 S. Baylen Street, Suite 600
Pensacola, FL 32501-5996

Elizabeth J. Cabraser
Leiff, Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block,
Mcgrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
Law Offices of Weiner,
Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

Stephen W. Burrow
Williams, Heidelberg, et al
P.O. Box 1407
Pascagoula, MS 39568-1407

Ernest Cory
Cory, Watson, Crowder & Degaris
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
Cobb, Shealy, Crum & Derrick
P.O. Box 6346
Dothan, AL 36032-6346

John Michael D'Amato, Jr.
Russo, Scamardella & D'amato
1010 Forest Avenue
Staten Island, NY 10310

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX  77437

Eric C. Deters
Eric C. Deters & Associates
5247 Madison Pike
Independence, KY  41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX  75089

John Driscoll
BROWN & CROUPPEN
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
Edelman, Combs & Latturner
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
Armstrong Allen
4450 Old Canton Road, Suite 210
Jackson, MS 39211

James A. Edwards
CANTEY & HANGER
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, S.W.
Denham Springs, LA  70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

William B. Federman
Federman & Sherwood
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK 73102

Ronald V. Fiesta
Kenneth B. Moll & Asso.
Three First National Plaza
50th Floor
Chicago, IL 60602

Allen R. Flowers
FLOWERS LAW FIRM
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones
1100 Main Street, Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

Richard A. Freese
SWEET & FREESE
P.O. Box 1178
Jackson, MS 29215

Michael T. Gallagher
GALLAGHER LAW FIRM
777 Walker Street, Suite 2500
Houston, TX  77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Ronald S. Goldser
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123

Andrew S. Goldwasser
CIANO & GOLDWASSER
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Anthony C. Graffeo
Watson, Jimmerson, Givhan, et al
P.O. Box 18368
Huntsville, AL 35804

Tim T. Griesenbeck
Plunkett & Gibson
70 N.E. Loop 410, Suite 1100
San Antonio, TX 78216

Jeffrey D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211-4092

Lance A. Harke
HARKE & CLASBY
155 South Miami Avenue, Suite 600
Miami, FL 33130

Jennifer Haskins
Assistant General Counsel
Tort Litigation Division
Wal-Mart Stores
702 S.W. 8th Street
Bentonville, AR 72716-0215

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
P.O. Box 2888
Corpus Christi, TX 78403

David H. Hockema
Hockema, Tippit & Escobedo
P.O. Box 720540
McAllen, TX 78504-0540

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Sharon L. Kegerreis
Hughes, Hubbard & Reed
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

Debra L. Hurst
HURST & HURST
401 West "A" Street, Suite 1825
San Diego, CA 92101

Mark B. Hutton
HUTTON & HUTTON
P.O. Box 638
Wichita, KS 67201

Dennis J. Johnson
JOHNSON & PERKINSON
P.O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin,
Gaines & Meyers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow, O'mara,
Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Brian S. Kabateck
KABATECK, BROWN, KELLNER
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

Melissa C. Katz
WATERS & KRAUS
3219 McKinney, Suite 3000
Dallas, TX 75204

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Eric R. Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Timothy M. Kolman
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

John W. Land
BRYAN, NELSON, RANDOLPH
& WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Jeffrey D. Leathers
Greer, Pipkin, Russell,
Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Arnold Levin
Levin, Fishbein, Sedran & Berman
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Ira H. Leesfield
LEESFIELD, LIEGHTON,
 RUBIO & MAHFOOD
2350 South Dixie Highway
Miami, FL  33133

Steven R. Minor
Elliott Lawson & Minor
P.O. Box 8400
Bristol, VA 24203-8400

Michael H. Moirano
NISEN & ELLIOTT
200 West Adams Street, Suite 2500
Chicago, IL 60606

Kenneth B. Moll
Kenneth B. Moll & Associates.
Three First National Plaza, 50th Floor
Chicago, IL 60602

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Edwin T. Mulhern
HUWEL & MULHERN
11 New Hyde Park Road
Frank Square, NY 11010

John T. Murray
MURRAY & MURRAY
P.O. Box 19
Sandusky, OH 44871

Dianne Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Kenneth B. McClain
Humphrey, Farrington & Mcclain
221 West Lexington, Suite 400
Independence, MO 64050

Carlene Rhodes Lewis
Goforth, Lewis, Sanford
1111 Bagby Suite 2200
Houston, TX  77071

David K. Lietz
Coale, Cooley, Leitz,
Mcinerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge, Grindal & Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS  38614-1000

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

David P. Matthews
Abraham, Watkins, Nicols, Sorrels
800 Commerce Street
Houston, TX 77002-1776

Eugene R. Naylor
Wise, Carter, Child & Caraway
 P.O. Box 651
Jackson. MS 39205-0651

Leray J. McNamara
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

Joseph L. McNamara
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Kirk S. Milam
Hickman, Goza & Sparagins
P.O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
Milavetz, Gallop & Milavetz
6500 France Avenue, South
Edina, MN  55435

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Michel F. Mills
Perona, Langer, Beck,
Lallande & Serbin
P.O. Box 7948
Long Beach, CA 90807

Daniel Minor
1032 Cardinal Dr.
Waco, TX  76712

Richard F. O'Malley
Sidley Austin Bream & Wood
10 South Dcarborft Sneet
Suite 48 Southeast
Chicago, IL 60603

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Robert Piper, Jr.
Piper & Associates
P.O. Box 69
Shreveport, LA 71161

Frank M. Pitre
San Francisco Airport Office Center
540 Malcolm Road, Suite 200
Burlingarne, CA 94010

Geoffrey Edward Pope
Dotlerrn,vre. Shields,
Canficid, Knowles & Devine
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Norman E. Siegel
Stueve Helder & Siegel
330 W 47th Street, Suite 250
Kansas City, MO 64112

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75104

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX 75638

Deanna Dean Smith
Ebanks, Smith & Carlson
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Kathryn A. Snapka
Snapka, Turinan & Waterhouse
P.O. Drawer 23017
Corpus Christi. TX 75403

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1064

John S. Steward
Burstein Law Firm, P.C.
225 South Meramac, Suite 925
Clayton, MO 63105

Eric M. Queglas-Jordan
Queglas LAW Offices
P.O. Box 16606
San Juan, PR 00908-6606

Robert A. Schwartz
Bailey, Galyen & Gold
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David, et al
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800

John R. Climaco
Climaco, Lefkowitz, Peca,
    Wilcox & Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115

Jerrold S. Parker
Jason Mark
Parker & Waichman, LLP
111 Great Neck Road, Suite 101
Great Neck, New York 11021

Timothy R. Balducci
The Langston Law Firm, P.A.
100 South Main Street
P.O. Box 787
Booneville, MS 38829

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

William R. Robb
Aleshire, Robb & Sivils
901 St Louis Street, Suite 1600
Springfield, MO 65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

John H. Ruiz
Law Office of John H. Ruiz
50442 N.W. 7th Street, Suite 920
Miami, FL 33126

Scott Rynecki
Rubenstein & Rynecki
16 Court Street,  Suite 1717
Brooklyn, NY  11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Stuart E. Scott
Spangenberg, Shibley & Liber
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Christopher A. Seeger
Seegex Weiss, LLP
One William Street, 10th Floor
New York. NY 10004-2502

Michael A. Yassaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 1000
Houston, TX 77010

Stephen G. Strauss
Bryan Cave, LLP.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 03102

Robert G. Sullivan
Sullivan, Papain, Block,
McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Josephine Trovini
Westchester County Attorneys Office
600 Michaelian Office Building
148 Martine Avenue
White Plains, NY 10601

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS  35702-1556

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS  39236-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan
1901 6th Avenue North
Birmingham, AL 35203

Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

John W. Land
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Jeffrey Robinson
Robinson & Sheen, L.L.C.
215 South State Street, Suite 960
Salt Lake City, UT 84111

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
Edwardsville, IL 62025

Dennis J. Johnson
Johnson & Perkinson
P.O. Box 2305
S. Burlinton, VT 05403

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111Congress Avenue, Suite 1010
Austin, TX   78701-0001

James J. Zonas
Attorney at Law
700 2nd Avenue, North, Suite 102
Naples, FL 34102

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Virginia M. Buchnan
P.O. Box 12308
Pensacola, FL 32501

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Richard I. Weiner
Law Offices Of Richard J. Weiner
19 Rockland Center, Suite 425
Nanuet, NY 10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart
100 Park Avenue, 12th Floor
New York, NY 10017-5563

John F. Hughes
Wilkins, Stephens & Tiptom
P.O. Box 13429
Jackson, MS 39236-3429

John K. Weston
Sacks, Weston, Smolinksy,
Albert & Luber
510 Walunt Street, Suite 400
Philadelphia, PA 19106

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

BARNOW AND ASSOCIATES

_a professional corporation_

BEN BARNOW *
SHARON HARRIS

_* also admitted in New York_

ATTORNEYS AT LAW

ONE NORTH LASALLE STREET
SUITE 4600
CHICAGO, ILLINOIS 60602

_Telephone: 312-621-2000_
_Facsimile: 312-641-5504_

March 17, 2005

**_VIA FEDERAL EXPRESS_**

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-546
New Orleans, LA 70130

RE:   MDL No. 1657—Section L
      _In re Vioxx Products Liability Litigation_

Dear Judge Fallon:

This correspondence is intended as my Application for Appointment to the Plaintiffs' Steering Committee.[1]

My pending class action case seeks, _inter alia_, to recover for consumers the moneys spent for Vioxx. Additionally, I have been contacted by other attorneys regarding Vioxx personal injury claims, most notably with a view to discussing the MDL and class aspects of the litigation. I have met with a number of attorneys who are applying for appointment to the Plaintiffs' Steering Committee, and am presently working with them in other litigation pending in the United States District Court, Eastern District of Louisiana, New Orleans. Those lawyers include Don Barrett, Richard J. Arsenault, and Daniel E. Becnel, Jr. That litigation—_In re High Sulfur Content Gasoline Products Liability Litigation_—is presently pending before the Honorable Ivan R. Lemelle. I serve as Co-Lead Counsel with Mr. Barrett in that matter.

I graduated from the University of Wisconsin in June of 1966 with a degree of Bachelor of Business Administration. I received my degree of Juris Doctor from the University of Michigan Law School in May of 1969. I am licensed to practice in the State of Illinois and the State of New York. I am admitted to practice before the Supreme Court of the United States of America, the United States Court of Appeals for the Seventh Circuit, and the United States District Court for the Northern District of Illinois. I am a member of the American Bar Association, the Association of Trial Lawyers of America, the Illinois State Bar Association, and the Chicago Bar Association. I served for many years as a member of the Panel of Arbitrators of

---

[1] Pretrial Order Number 1 provides that the Court would only consider attorneys who have filed a civil action in this litigation. I am counsel of record in _Benoit et ano. v. Merck & Co., Inc._, Case No. 05 C 0118, United States District Court, Northern District of Illinois, Eastern Division. Defendant notified the MDL Panel of this case as a "tag-along," and it is currently being considered for transfer to the MDL.

BARNOW AND ASSOCIATES

the American Arbitration Association; in that capacity, I arbitrated a number of disputes. I am listed in Martindale-Hubbell with an AV rating.

I was an Associate Professor at Northern Michigan University from 1969-1971 and taught business law and unfair competition. I joined the law firm of Herrick, McNeill, McElroy & Peregrine in July 1971, and became a partner in that firm in 1977.

My legal career has included a great variety of matters. Representation has included both defendants and plaintiffs in most types of litigation and significant transactional work. In addition to states where I am admitted, I have participated in litigation in a number of states and federal venues, including Maryland, Louisiana, Wisconsin, Minnesota, Kansas, South Dakota, Texas, Florida, and California. I also acted as General Counsel to the world's largest public relations agency and presided as chairman of certain retirement trusts.

Some of my significant cases are as follows:

1. *Microsoft Civil Antitrust Litigation: State and Federal.* I am Class Counsel in a number of the state Microsoft civil antitrust cases; that includes Kansas and South Dakota, where settlements were recently approved by the respective state trial courts. I am also a Co-Lead Counsel in the MDL proceedings before the Honorable J. Frederick Motz, United States District Court, District of Maryland.

2. *Schwab v. America Online, Inc.*, Case No. 96 CH 13732 (Cir. Ct. of Cook Co., Ill.). Class Counsel and Co-Chair. I organized over 50 law firms, set up the co-chairmanship and the Executive Committee, which brought order and resolution to this litigation.

3. *In re Chicago Flood Litigation*, Case No. 92 L 5422 (Cir. Ct. of Cook Co., Ill.). Co-Lead Class Counsel and a member of the Executive Committee. I was responsible for major aspects of this class action, including arguing a related portion of the matter before the United States Supreme Court.

4. *Orrick v. Sonic Communications*, Case No. 95 CH 3567 (Cir. Ct. of Cook Co., Ill.). This litigation, as well as others against the defendant, resulted from the practice known as "slamming." The private actions and actions filed on behalf of various Attorneys General were consolidated. This litigation is believed to be the first class certification and class settlement on the practice known as slamming.

5. *Heilman et al. v. Perfection Corp. et al.*, Case No. 99-0679-CV-W-HFS (W.D. Mo.). This national class action concerned allegedly defective dip tubes in over 14.2 million hot water tanks sold throughout the United States (95% of the hot water tanks sold during a five-year period). I served as Co-Lead Class Counsel. I organized twenty-three law firms and numerous separate filings in bringing about this national unified settlement. The case pended in the United States District Court for the Western District of Missouri.

BARNOW AND ASSOCIATES

6. *Siegel v. Syncronys*, Case No. 95 CH 12257 (Cir. Ct. of Cook Co., Ill.). I was Co-Class Counsel in this nationwide class action concerning an allegedly defective computer product.

7. *Schwab v. Binney & Smith et ano.*, Case No. 00 CH 8354 (Cir. Ct. of Cook Co., Ill.). I served as Co-Lead Class Counsel in this case, which sought and achieved remedy for consumers regarding crayons produced for decades with talc, which allegedly contained, or was subject to containing, asbestos. This national class settlement contributed to the reformulation of most of the crayons produced in this country so as to eliminate the inclusion of talc and thus the alleged asbestos inclusion. This class necessarily included many millions of members.

8. *In re Mercury Class Action Litigation*, Case No. 00 CH 13226 (Cir. Ct. of Cook Co., Ill.). I served as Co-Lead Class Counsel in this case that pursued consumers' remedies regarding the location of mercury-containing gas regulators in and on real estate. This class was a regional one. The settlement, which has been finally approved, provides for medical monitoring, removal of the regulators, and cash compensation to certain of the class members.

9. *Loeb Industries, Inc. et al. v. Sumitomo Corporation, et al.*, Case No. 99 C 0377 (W.D. Wis.). I served as Co-Lead Counsel in this national class antitrust litigation, which sought recovery on behalf of a class of scrap copper purchasers who were allegedly harmed by activities allegedly designed to manipulate the copper market.

10. *In re Starlink Corn Products Liability Litigation*, MDL Docket No. 1403 (N.D. Ill.). I served as Co-Lead Class Counsel in this litigation regarding the alleged inclusion of genetically engineered corn in defendants' food products.

11. *Boland et al. v. McDonald's Corporation et ano.*, Case No. 01 CH 13803 (Cir. Ct. of Cook Co., Ill.). As Co-Lead Class Counsel in this national class litigation, I coordinated the efforts of approximately 25 plaintiffs' firms.

I have the resources, willingness, desire, and availability to commit to this time-consuming and challenging project. With apology for an unwanted lack of humility, I state that my record of successfully organizing groups of law firms and working with other lawyers is without serious question and has contributed to the excellent and efficient results that each of the above-referenced cases illustrates. Respectfully, I ask that I be included in the Court's appointment to the Plaintiffs' Steering Committee.

Sincerely,

Ben Barnow