FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 21  PM 2: 16

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation | Master File No. MDL 1657 |
| | Section: L |
| This Document Relates to All Cases | Judge Fallon<br>Mag. Judge Knowles |

### MOTION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

COMES NOW, the undersigned counsel Justin G. Witkin, Esq. and, in accordance with Pretrial Order No. 1, submits his application for appointment to the Plaintiffs' Steering Committee in this matter and in support hereof states as follows:

1.

Mr. Witkin is counsel of record in *Brenda Price, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-866 . In addition, Mr. Witkin, together with a coalition of leading trial attorneys, presently represents over 1700 individuals who have suffered heart attacks, strokes or other significant injury as a result of ingesting Vioxx. These individuals reside throughout the country and, as a result, many of their claims will likely be directly affected by the proceedings in this Court. For that reason, among others, Mr. Witkin has a significant interest in participating in the proceedings in this Court as a member of the Plaintiffs' Steering Committee.

2.

Mr. Witkin has the experience and skills necessary to be a productive member of the Plaintiffs' Steering Committee. Much of Mr. Witkin's legal career has been focused on the

___ Fee_____
_X_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

representation of individuals injured as a result of defective pharmaceutical and medical devices. He has represented thousands of individuals injured by products such as fen-phen, Baycol, phenylpropanolamine, ephedra, Bextra, and defective hip implants. Mr. Witkin has spoken numerous times at national conferences on issues related to the handling of these claims, the ethics of mass tort settlements and other mass tort issues. In January 2005, he made a presentation at the Mealey's Vioxx conference in Philadelphia on issues of liability in Vioxx cases.

Mr. Witkin also has substantial experience in handling complex class litigation. He has served in leadership and committee roles on numerous cases consolidated through the multi-district litigation mechanism. These cases include, *In re: MCI Non-Subscriber Telephone Rates Litigation*, MDL Docket No. 1275 (S.D. Ill), *In re: America Online, Inc Version 5.0 Software Litigation*, MDL Docket No. 1341 (S.D. Fla), *In re: High Sulfur Content Gasoline Products Liability Litigation*, MDL Docket No. 1632 (E.D. La.), *In re: Microsoft Antitrust Litigation*, MDL Docket No. 1332 (D. Md.). He has also served as lead or co-lead counsel on a number of class cases involving defective products and/or consumer fraud: *Katz v. DCI Management Group, LTD*, Civ Action No. 02-27169-CA-27 (Dade County Circuit Court ) (imposition of unlawful charges by dry cleaners); *Hinote v. Ford Motor Company*, Case No. 2004 CA 1658 (Escambia County Circuit Court) (consumer class for defective door latches on certain Ford vehicles), *Mineo v. USAA Casualty Ins. Co.*, Case No. 05-000156-CA (Santa Rosa County Circuit Court) (class of individuals underpaid by their insurance company for damages sustained in recent Florida hurricanes). Through his work on these and other cases, Mr. Witkin has become thoroughly familiar with the duties and responsibilities of counsel in class litigation and those set forth in the *Manual for Complex Litigation, Fourth*.

Finally, Mr. Witkin has administrative, organizational and personnel skills that will be useful in the coordination of the very large number of cases that are likely to become part of MDL 1657. Since forming his firm in 2001, Mr. Witkin has overseen and managed the firm's growth from two attorneys and two staff members to its present size of nine attorney and more than twenty staff members.

3.

Mr. Witkin is prepared to commit the time necessary to effectively serve as a member of the Plaintiffs' Steering Committee in this matter. He has worked closely with many of the applicants for this Plaintiffs' Steering Committee and counsel of record in MDL 1657 cases and will work cooperatively with defense counsel in this matter. Mr. Witkin has built his firm on successfully handling mass tort cases such as this and has the staff and resources necessary to be an effective member of the Plaintiffs' Steering Committee in this litigation.

For these reasons attorneys Justin Witkin respectfully moves this Court for an Order appointing him to the Plaintiffs Steering Committee in this matter.

**Respectfully submitted**, this the 18th day of March, 2005.

**Attorneys for Plaintiff,**

By: _____
*AYLSTOCK, WITKIN & SASSER, P.L.C.*
*Justin Witkin – MSB# 100827*
*Bryan Aylstock – MSB # 100828*
*55 Baybridge Drive*
*Gulf Breeze, FL  32561*
*(850) 916-7450/(850) 916-7449 (fax)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2005, I caused a true and correct copy of the above and foregoing document to be served by first class mail, properly addressed with postage prepaid on all counsel of record on attached Service List.

_____
Justin G. Witkin

## MDL 1657 - PANEL SERVICE LIST

Allen, Jr. T. Scott
Crust, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Americsourcebergen,
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Arsenault, Richard J.
Neblert Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309--1190

Aylstock, Bryan F.
Aytstock. Witkin & Sasser, P L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Bailey, Blake H.
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Barkley, Steven C.
3560 Delaware, Suite 305
Beaumont, TX 77706

Barrett, David A.
Boies. Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Becnel, Bradley Douglas
Law OfFices Of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
LaPlace, LA 70068

Becnel, Jr., Daniel E.
Law Offices of Daniel E. Becnel. Jr.
P. 0.    Drawer H
Reserve, LA 70084~2095

Bergen Brunswig
P. 0. Box 959
Valley Forge, PA 19482

Berger, C. William
Burr & Cohen
One Boca Place
255 Glades Road, Suite 337W
Boca Raton, FL 33431

Birchfield, Jr., Andy. D.
Beasley, Allen, Crow, Methvin,
   Portis & Miles
P. O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Bradford, Reshonda
Singleton Law Firm
4050 Linwood Ave
Shreveport. LA 71108

Bruno, Joseph M.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Buchanan, Virginia M.
Levin, Papatonio. Thomas. Mitchell, et al
316 South Baylen Street, Suite 600
P. O. Box 2308
Pensacola, FL 32501

Cabraser, Elizabeth I.
Lieff Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco CA 94111-3339

Carboy, Andrew
Sullivan, Papain, Block. McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Carroll, Raymond S.
Law Offices Of Weiner, Carroll & Sirauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

Colingo. Joseph R.
Williams, Heidelberg. et al.
P.O. Box 1407
Pascagoula. MS 39568-1407

Cory. Ernest
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Craig, Jr. C. York
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson. MS 39236-2005

Crum, Richard F.
Cobb, Shealy, Crum & Derrick, PA.
P.O. Box 6346
Dothan, AL 36302-6346

D'Amato, Jr., John Michael
Russo. Scamardelia & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Deters. Eric C.
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Dixon. Ivan
8413 Edgewood Drive
Rowlelt, TX 75089

Eberhardt, John P.
#I0S3045
1100 FM 655
Rosharon, TX 77583

Edelman, Daniel A.
Edelm,an, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Edmonson, Richard M.
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Fayard, Jr, Calvin C.
Fayard & Honeycurt
519 Florida Avenue, SW
Denharn Springs, LA 70726

Fears, Reginald K.
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Federman, William B
Federman & Sherwood
20 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Fiesta. Ronald V.
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 50th Floor
Chicago. IL 60602

Flowers, R. Allen
Flowers Law Firm
34 I North 25th Avenue
Hattiesburg, MS 39401

Foster, Shawn G.
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Fox, Dana Casselli
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Freese, Richard A
Sweet & Freese, P L.L C.
P.O. Box 1178
Jackson, MS 39215

Gallagher, Michael T.
Gallagher Law Firm, P.C
777 Walker Street, Suite 2500
Houston, TX 77002

Cancedo, Hector G.
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Garcia, Ricardo A.
820 S. Main Street
McAllen, TX 78501

Gibson, Mary
P.O. Box 400
St. Mary's, GA 31558

Goldser, Ronald S
Zimmerman Reed, P L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Goldwasser, Andrew S.
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Graffeo, C. Anthony
Watson Jimmerson, Givhan, et al.
203 Greene Street
P .0.    Box 18368
Huntsville, AL 35804

Griesenbeck. Tim T.
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 14 E. Loop 410
P.O. Box 795061
San Antonio, TX 78216

Guerricro, Jeffrey D.
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211 -4092

Harke, Lance A.
Harke & Clasby
55 South Miami Avenue, Suite 600
Miami, FL 33130

Hebderson, Craig D.
Gary, Thomasson, Hall & Mark
Professional Corp.
P.O. Box 2888
210 5. Carancahua
Corpus Christi, TX 78403

Hockema, David Hadden
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado, Bldg. 101
P.0. Box 720540
McAllen, TX 78504-0540

Hodges, Robert M.
Wise, Carter, Child & Caraway
P.0. Box 651
Jackson, MS 39205-0651

Howell, III, Jesse L.
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. 0. Box 6020
Ridgeland, MS 39158-6020

Hughes. John F.
Wilkins, Stephens & Tipton
P .0. Box 3429
Jackson, MS 39236-3429

Hutton, Mark B.
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

Johnson, Dennis J -
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
So. Burlington, VT 05403

Iohnson. Walter T.
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Johnson III, Whitman B.
Currie, Johnson, Griffin, Gaines & Myers
P.'0. Box 750
Jackson, MS 39205.0750

Jones. Christy D.
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Josephson, Richard L
Baker Bons LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Katz, Melissa C.
Waters & Kraus
3219 Mckinney, Suite 3000
Dallas, TX 75204

Kegerreis. Sharon L.
Hughes, Hubbard & Reed, LLP
215 Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Kennedy, R. Eric
Weisman, Kennedy & Berris
600 Midland Building
201 Prospect Avenue, West
Cleveland, OH 44115

Kleinberg, Norman C.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Knoll, Marjory
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Kolman, Timothy M
Timothy M. Kolman And Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhome, PA 19047

Lamp, Joel C.
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Land, John W.
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg. MS 39404-8109

Lanier, W. Mark
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Leathers, Jeffrey D.
Greer, Pipkin, Russell, Dent & Leathers
P 0. Box 907
Tupelo, MS 38802

Leesfield, Ira H.
Leesfield, Leighton. Rubio & Mahfood, PA
2350 South Dixie Highway
Miami, FL 33133

Levin, Arnold
Levin, Fishbein, Sedran & Berman
510 WalnutStreet, Suile 500
Philadelphia, PA 19106

Lewis, Carlene Rhodes
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Leitz, David K
Coale, Cooley. Lietz, McInerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Lochridge. Richard A .
Lockridge, Grindal & Nauen P L.L.P
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401.2179

Luckett. Jr William 0.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Malone, Patrick A.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036

Matthews. David P.
Abraham Watkins Nichols Sorrels Matthews &
    Friend
800 Commerce Street
Houston, TX 77002.1776

McClain, Kenneth B
Humphrey. Farrington & McClain, P.C.
22! West Lexington, Suite 400
Independence, MO 64050

McNamara, J. Leray
Copeland. Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.0.   Box 6020
Ridgeland, MS 39158-6020

Meaders Kim M
Crouch & Ramey
1445 Rose Avenue, Ste 2300
Dallas, TX 75202

Merkel, Charles M.
Merket & Cocke
P.0. Box 1388
Clarksdale, MS 38614.1388

Milam, S Kirk
Hickman, Goza & Spragins. PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Milavetz, Allen Scott
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Miller, Mason L.
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Minor, Daniel
1032 Cardinal Dr.
Waco, TX 76712

Minor, Steven R.
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

Moirano, Michael H.
Nisen & Elliott
200 West Adams Street, Sujte 2500
Chicago, IL 60606

Mousseau, Geoffrey C.
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Mulhern, Edwin T.
Huwel & Mulhem
11 New Hyde Park Road
Frank Square, NY 11010

Nast, Dianne M.
Roda & Nast, P C
801 Estelle Drive
Lancaster, PA 17601

Naylor, Eugene P.
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
P.0. Box 651
Jackson, MS 39205-0651

O'Malley. Richard F.
Sidlev Austin Brown & Wood
10 South Dearborn Street, Suite 48 Southeast
Chicago, IL 60603

Owen, Gregory J.
Owen, Patterson & Owen '
23822 West Valencia Blvd. Suite 201
Valencia, CA 91355

Pearson. Thomas Jack
Pearson & Campbell, PC.
2394 Calder Avenue
Beaumont. TX 77702-

Piper, Jr, Robert E.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Pitre, Frank M.
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center, Suite 200
840 Malcolm Road
Burlingame, CA 94010

Pope, Geoffrey Edward
Doffermyre, Shields. Canfield, Knowles & Devine
1355 Peachtree Street, N E.
1600 The Peachtree
Atlanta, GA 30309-3269

Price, Henry J.
Price, Potter, Jackson, Waicukauski & ,Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Quetglas-Jordan, Eric M.
Quetglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

Robb. William R.
Aleshire, Robb & Sivils, P.C.
901 St. Louts Street, Suite 1600
Springfield, MO 65806

Rowland, Robert D.
2227 South Stale Route 157
Edwardsville, IL 62025

Ruiz, John H
Law Office of John H. Ruiz
5040 NW. 7th Street, Suite 920
Miami, FL 33126

Rynecki, Scott
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Saia. Stephen V.
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Schwebel,Paul R.M
5657 Rundle Court
Indianapolis, IN 46220

Scott, Stuart E.
Spangenberg, Shibley & Liber, LLP
2400 Naliobal City Center
1900 East 9th Street
Cleveland, OH 44114

Seeger, Christopher A.
Seeger Weiss, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Simon, Jeffrey B.
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Smith, David Neil
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Smith, Deanna Dean
Ebanks, Smith & Carlson LLP
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Snapka. Kathryn A.
Snapka, Turman & Waterhouse, LLP
606 N. Carartcahua, Suite 1511
P. 0. Drawer 23017
Corpus Christi, TX 78403

Specter. Shanin
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Stacy, Robert F.
Daniel, Coker, Horton & Bell
P0. Box 1084
Jackson, MS 39215-1084

Steward, John S.
Meyerkord and Steward
2525 South Brentwood Blvd., Ste 102
St. Louis, MO 63144

Sullivan, Robert G.
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Thomas, Casandra F
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Tisi, Christopher V.
Ashcraft & Gerel
2000 L Street, NW, Suite 400
Washington, DC 20036

Wade, Jr., Lawrence D
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
3reenville, MS 38702-1856

Walker, Chris J.
Markow Walker, PA.
PO. Box 13669
Jackson, MS 39236-3669

Walker, Thomas E.
Johnsion. Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Watson, Leila H.
Cory,Watson, Crowder & DeGaris. PC.
2131 Magnolia Avenue
P.O Box 55927 -
Birmingham, AL 35255-5972

Weaver, Jennifer Fadal
1305 Fossel Ridge Trial
Waco, TX 76712

Weiner, Richard J.
Law Offices Of Richard J. Weiner, PC.
119 Rockland Center, Suite 425
Nanuet, NY 10954

Weisbrod, Leslie
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

Welch. III, Jewel! E.
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Weston. John K.
Sacks, Wesron Smolinksy, Albert & Luber
510 Walunt Street, Suite 400
Philadelphia, PA 19106

Wright, James L.
Mithoff& Jacks
I Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Zonas, James John
James J. Zonas, Attorney at Law
700-2nd Avenue, North Suite 802
Naples, FL 34102

Nadeem Haider
606 N. Jefferson St.
Louisville, MS 39339