FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 21  PM 2: 28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  **VIOXX** : MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION** : SECTION "L"

: JUDGE FALLON
: MAGISTRATE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

STATE OF LOUISIANA,

PARISH OF ST. LANDRY,

    BEFORE ME, the undersigned authority, personally came and appeared,

*PATRICK C. MORROW,*

who after being duly sworn, did depose and say:

    *PATRICK C. MORROW, born Plaquemine, Louisiana, January 15, 1948; admitted to bar, 1972, Louisiana; also admitted to practice before the U. S. Supreme Court; U. S. Court of Appeals, Fifth and Eleventh Circuits; U. S. District Courts, Eastern, Western and Middle Districts of Louisiana and Southern District of Texas. Preparatory and legal education, Louisiana State University (B.A., Government, 1969; J. D., 1972). Judge, Pro Tempore, 27th Judicial District Court, 1995. Member: St. Landry Parish (Secretary-Treasurer, 1974), Louisiana State (Medical/Legal Interprofessional Committee; Intermediate Appellate Court Liaison Committee) and American Bar Associations; Bar Association of the Fifth Federal Circuit; Louisiana Trial Lawyers Association (Board of Governors, 1987 - ), member of the Council of Directors for the Louisiana Trial Lawyers Association; The Association of Trial Lawyers of America; The Louisiana City Attorneys Association; Louisiana Bar Foundation; American Bar Foundation; John M. Duhe, Jr., American Inn of Court.*

    Affiant is the Senior Partner of the law firm of MORROW, MORROW, RYAN & BASSETT, with its main office located in Opelousas, Louisiana. Further, Affiant is experienced in the field of toxic tort, negligence, product liability, environmental law litigation, and in particular, class action litigation, as well as general civil practice in all State and Federal Courts, trials, personal injury, worker's compensation, probate as well as wrongful death actions, as evidenced below:

    Affiant served as class counsel in the case of **"In Re: September 25, 1996 Chemical Exposure in Plaquemine, Louisiana"**, bearing docket number 48,054, in the 18th Judicial District Court for the Parish of Iberville, Louisiana.

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDe_
___ Doc. No_____

Affiant's firm also served on the Plaintiff's Committee in the case of *"In Re: 1993 Exxon Coker Fire Litigation"*, bearing Master Docket Number 93-MS-2-A-M-2, in the United States District Court for the Middle District of Louisiana.

Affiant's firm has served as counsel for plaintiffs in the chemical exposure matter under the consolidated captions of *"Joe Don Touchet, et al vs Baker Hughes, Inc., et al"*, bearing docket numbers 94-64948; 94-64951; 94-65623; 95-65624; 95-65625; 95-65626; 95-65627; 95-65628; 95-65629; 95-65630; 95-65631; 95-65654; 95-65655; 95-65656; 95-65690; 95-65691; 95-65715; 95-65716; 95-65717; 95-65718; 95-65719; 95-65720; 95-65721; 95-65856; 95-65857; 95-65782; 95-65783; 95-65895; 95-65897; 95-66399; 95-66450; 95-66451; 95-66452, 15th Judicial District Court for the Parish of Vermilion, Louisiana.

Affiant's firm has served as counsel for several plaintiffs in the class action matter against Teletronics.

Affiant has served on the Plaintiff's Committee in a multi-district litigation filed in that matter entitled *"Madeline Dohmann v PHI"*, in the Western District of Louisiana.

Affiant served as Lead Trial Class Counsel in that matter entitled *"Craig West, et al vs G&H Seed Company, et al,"* bearing docket number 99-4984-A, in the 27th Judicial District Court of St. Landry Parish, Louisiana. Members of the committee included Elizabeth J. Cabraser, and Lori E. Andrus, of the firm of Lieff, Cabraser, Heimann & Bernstein, San Francisco, California; Richard J. Arsenault of Neblett, Beard & Arsenault, Alexandria, Louisiana; Vance R. Andrus and Gano D. Lemoine, Jr. of Andrus, Boudreaux, Lemoine & Tonore, Lafayette, Louisiana; Dawn M. Barrios and Bruce S. Kingsdorf of Barrios, Kingsdorf & Casteix, New Orleans, Louisiana; Matthew E. Lundy and Hunter W. Lundy of Lundy & Davis, Lake Charles, Louisiana. , This matter was recently settled for $45 Million Dollars.

Affiant served as Co-Lead Counsel in that matter entitled *"Eric Viezina, et al v Union Pacific Railroad Company,"* bearing Civil Action Number 00-1267, (Judge Haik, Magistrate Methvin), in the United States District Court for the Western District of Louisiana, Lafayette-Opelousas Division. Members of the committee included James P. Roy and Thomas R. Edwards of Domengeaux of Wright, Roy & Edwards, Lafayette, Louisiana; Joseph Bradley Ortego, Eunice, Louisiana; Richard J. Arsenault of Neblett, Beard & Arsenault, Alexandria, Louisiana; Jacque B. Pucheu, Jr. of Pucheu & Pucheu, Eunice, Louisiana; M. Terrance Hoychick and H. Kent Aguillard of Young, Hoychick & Aguillard, Eunice, Louisiana; Daniel E. Becnel, Jr., Reserve, Louisiana; Walter C. Dumas of Dumas & Associates, Baton Rouge, Louisiana; David Groner, New Iberia, Louisiana; Timmy Fontenot, Eunice, Louisiana; Calvin C. Fayard, Jr., D. Blayne Honeycutt and Tuppy Dougherty, Denham Springs, Louisiana; Stephen B. Murray of Murray, Darnell & Associates, New Orleans, Louisiana; Vernon D. McManus, Eunice, Louisiana; Timothy E. Pujol, Donaldsonville, Louisiana; as well as James R. Dugan and the late Wendell Gauthier, Metairie, Louisiana. This class action was recently settled for $65 Million Dollars.

Affiant's firm is serving as Class Counsel in that matter entitled *"Norman Dekerlegand et al versus FMC Corporation"*, bearing docket number 01-C-0069-B, of the 27th Judicial District Court in and for the Parish of St. Landry, Louisiana. This class action was recently settled for $3.7 Million Dollars.

Affiant presently has an inventory of 600+ Vioxx clients, and has filed the case entitled "***Teddie T. Griffin, et ux v Merck & Co., Inc.***" in the United States District Court for the Eastern District of Louisiana.

Affiant's firm serves as City Attorneys for the Cities of Port Barre, Krotz Springs, Leonville and Arnaudville, Louisiana.

The firm of Morrow, Morrow, Ryan & Bassett has a rating of "AV" by the Martindale-Hubbell Law Directory; and

Affiant has the experience, time and financial resources that will be necessary to proceed with this complex litigation.

Complex matters such as the instant litigation require an ability and willingness to work with others. Affiant has demonstrated these requisite qualities in past class action litigation, and pledges his cooperation with all members of the Plaintiff Steering Committee if selected for this important position.

Further, Affiant sayeth not.

PATRICK C. MORROW

SWORN TO AND SUBSCRIBED before me, this 2nd day of March, 2005.

NOTARY PUBLIC
Julie L. David #42100