# JOSE, HENRY, BRANTLEY & KELTNER, L.L.P.

JOHN S. JOSE*
MICHAEL J. HENRY*+
RICKEY J. BRANTLEY*+<
DAVID E. KELTNER*>
SCOTTY MacLEAN
ANNA KINGSLEY ALVARADO

675 N. Henderson
Fort Worth, Texas 76107
Telephone 817.877.3303
Telecopier 817.338.9109

*BOARD CERTIFIED
 PERSONAL INJURY TRIAL LAW
 BOARD OF LEGAL SPECIALIZATION
 STATE BAR OF TEXAS

+BOARD CERTIFIED
 CIVIL TRIAL LAW
 BOARD OF LEGAL SPECIALIZATION
 STATE BAR OF TEXAS

>BOARD CERTIFIED
 CIVIL APPELLATE LAW
 BOARD OF LEGAL SPECIALIZATION
 STATE BAR OF TEXAS

<ALSO LICENSED IN COLORADO

March 18, 2005

Ms. Loretta G. Whyte, Clerk of Court
U. S. District Court - Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

FEDERAL EXPRESS
OVERNIGHT SERVICE

In RE: Vioxx Products Litigation, MDL NO. 1657, Section: L

Dear Ms. Whyte:

Pursuant to Pretrial Order #1, Setting Initial Conference and applications for members of the Plaintiffs' Steering Committee, I hereby submit the following application:

By providing this application, I acknowledge my (1) willingness and availability to commit to this time-consuming project; (2) ability to work cooperatively with others; and, (3) many years of professional experience in litigation of this type.

First, I would like to offer an introduction of myself so that, hopefully, this application will have some meaning. I am a 1982 graduate of Baylor Law School and was named Baylor Outstanding Advocate.

After becoming licensed to practice law in November, 1982, I become an associate with the law firm of Camp, Jones, O'Neill & Hall, Fort Worth, Texas until January, 1986. At that time, I become partnered with John Jose and Michael Henry at Jose, Henry & Brantley. In 1996, David Keltner joined as a partner forming our present firm of Jose, Henry, Brantley & Keltner, L.L.P.

In 1988, I became Board Certified in both Personal Injury Trial Law and Civil Trial Law and have maintained that board certification. In 1992, I had the honor of being selected as the Outstanding Young Lawyer of the State of Texas. In April, 2004, I also became licensed to practice law in the State of Colorado.

March 18, 2005
Page 2

I have prepared and settled many significant individual cases as well as being involved in pharmaceutical cases.

*Viles v. Security National Insurance, et al*, 788 S.W.2d 566 (Tex. 1990) involved a significant case dealing with the duty of good faith and fair dealing in cases involving tort and contract. It is one of the most frequently cited cases in Texas insurance law, because it was the first case holding that a separate insurance contract was unnecessary to support a breach of the duty of good faith and fair dealing. There was a gross negligence finding and punitive damages awarded against the insurance company.

In *Hedrick v. Sanus Texas Health Plan, Inc.*, Cause No. 2864, in the 18th Judicial District Court, Sommervell County, Texas, was tried in 1991 and was one of the first cases tried against an HMO in Texas or the country for the failure to approve medical treatment. The jury returned a verdict of over 13 million dollars and a finding of a knowing violation of the insurance code, which would have resulted in a trebling of the verdict upon judgment. The case was settled before judgment.

*Adderley, et al vs. Sterling, et al*, Cause Number 236-169214-97, in the 236th Judicial District Court of Tarrant County, Texas (*Sterling Trust Co. v. Adderley*, 119 S.W.3d 312 (Tex. App. – Fort Worth 2003, pet. filed), was the longest civil trial at that time and possibly to-date in Tarrant County, Texas. That case involved securities fraud litigation involving retirement accounts of eighty-four, mostly elderly plaintiffs, some of which were unable to read or write. The case resulted in a verdict of over 6.5 million dollars in favor of the investors. The Court of Appeals has affirmed the verdict under the aider liability of the Texas Securities Act. It is currently before the Texas Supreme Court.

I was also involved in the first Baycol case to be tried in the country.

I have endeavored to work with lawyers representing individuals in similar cases including pharmaceutical liability cases. My firm has actively participated and cooperated with other firms in breast implant lawsuits, the Rezulin litigation and lawsuits involving Baycol. The firm has assisted in preparing documents for others, as well as working with other firms that have reviewed documents. We have worked in combination with others in assigning tasks and completing them.

We also know and understand the importance of being able to trust other capable lawyers to complete the tasks assigned to them.

I, along with members of my firm, have worked with others in Texas, Alabama, California and New Jersey in reviewing documents and taking depositions in Vioxx cases. Along with another lawyer with Texas and a lawyer from California, I deposed Susan Baumgartner, a Merck business manager, in the New Jersey consolidated litigation.

March 18, 2005
Page 3

    I also understand the importance of working with lawyers on the other side to efficiently prepare cases for resolution, either by trial or settlement. I understand the importance of honesty and integrity in dealing with other lawyers. I believe that goes a long way in getting problems resolved. Again, I understand the time and work required.

    I understand that there are many capable lawyers who are willing to serve in this capacity and appreciate your consideration of this application.

Sincerely,

Rickey J. Brantley

RJB/ddp

cc:    Service List    REGULAR MAIL