UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 21  AM 11: 08

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: **VIOXX** | ) | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION: L** |
| | ) | **JUDGE FALLON** |
| **This Document Relates to all Cases** | ) | **MAG. JUDGE KNOWLES** |

## APPLICATION OF ELIZABETH J. CABRASER
## FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

I respectfully submit this Application for appointment to the <u>Vioxx</u> Plaintiffs' Steering Committee herein.  I appreciate the opportunity to serve for the common benefit of Vioxx plaintiffs, and certify that I will personally commit my time and energy to the challenging and intensive task of PSC service as a matter of highest priority.  As a founding partner of Lieff Cabraser, I have  successfully represented large numbers of seriously injured clients in numerous mass torts, including <u>Breast Implants</u>, <u>Diet Drugs</u>, and others listed below.[1]  I was personally involved in negotiating and implementing the comprehensive settlements in <u>Cordis Pacemaker</u>, <u>Breast Implants</u>, <u>Felbatol</u>, <u>General Motors</u>, <u>Tri-State Crematory</u>, <u>Masonite</u>, and <u>Polybutylene</u>.

---

[1] My 26 years of MDL/complex litigation leadership experience includes the following pertinent mass tort, pharmaceutical, medical device, and human rights litigation:  <u>In re Cordis Pacemaker Prod. Liab. Litig.</u>, MDL No. 850 (S.D. Ohio), Plaintiffs' Co-Lead Counsel; <u>In re Air Disaster Near Honolulu, Hawaii on February 24, 1989</u>, MDL No. 807 (N.D. Cal.), Plaintiffs' Liaison Counsel; <u>In re Silicone Gel Breast Implants Prod. Liab.Litig.</u>, MDL No. 926 (N.D. Ala.), Settlement Class Counsel; PSC; Co-Chair, Law Committee; Official Tort Claimants Committee, <u>Dow Corning Bankruptcy Proceedings</u>; <u>In re Felbatol Prod. Liab. Litig.</u>, MDL No. 1048 (N.D. Cal.), Plaintiffs' Lead/Liaison Counsel; <u>In re Holocaust Victims Assets ("Swiss Banks") Litigation</u>, (S.D.N.Y.); and <u>Nazi-Era Litigation</u> (D.N.J.).  Plaintiffs' Executive Committee; <u>In re the Exxon Valdez</u>, Case No. A89-095 Civil (Consolidated) (D. Alaska), Plaintiffs' Class Counsel; <u>In re General Motors Corporation Pickup Truck Fuel Tank Prod. Liab. Litig.</u>, MDL No. 961 (E.D. Pa.), Plaintiffs' Co-Lead Counsel; <u>In re Copley Pharmaceutical, Inc. "Albuterol" Prod. Liab. Litig.</u>, MDL No. 1013 (D. Wyo.), Plaintiffs' Class Counsel; <u>In re Telectronics Pacing Systems, Etc. Prod. Liab. Litig.</u>, MDL No. 1057 (S.D. Ohio), Plaintiffs' Executive Committee; <u>In re Diet Drugs Prod. Liab. Litig.</u>, MDL No. 1203 (E.D. Pa.), Plaintiffs' Management Committee; <u>In re Baycol Prod. Liab. Litig.</u>, MDL No. 1431 (D. Minn.), Plaintiffs' Executive Committee; <u>In re Tri-State Crematory Litigation</u>, MDL No. 1467 (N.D. Ga.), Plaintiffs' Lead/Class Counsel; <u>In re Simon II Litigation</u>, (E.D.N.Y.), Plaintiffs' Lead/Class Counsel for nationwide smokers' punitive damages class; and Class Counsel in <u>In re Naef v. Masonite</u>, (Mobile Co., Alabama) (nationwide trial class/phase 1 jury verdict/$1 billion class settlement); <u>Polybutylene Pipe Litigation</u> (nationwide trial class certified/$950 million settlement); and <u>Avery v. State Farm Auto Insurance Company</u> (nationwide trial class /$1 billion class judgment).

____ Fee_____
____ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
____ Doc. No._____

417339.2

- 1 -

I am a 1978 graduate of Boalt Hall (University of California) School of Law.  I alternate semesters as a visiting professor at Boalt Hall and Columbia Law Schools, where I teach Advanced Civil Procedure/Complex Litigation, and multi-jurisdictional mass torts seminars.  I have lectured and conducted seminars for the Federal Judicial Center, ALI-ABA, the National Center for State Courts, and the Practicing Law Institute, and was appointed to serve, with justices and elected officials, on the California Constitution Revision Commission.[2]  I am admitted to the bars of the Fifth and other Federal Circuits, a member of the Council of the American Law Institute ("ALI"), and an advisor to the ALI's Project on Aggregate Litigation.  I am Editor-in-Chief of California Class Actions Practice and Procedure, LexisNexis (2003).[3]

My Louisiana complex litigation experience includes the recently-concluded ICON class action, trial and settlement; Castano v. The American Tobacco Co.; and Spitzfaden v. Dow Chemical (breast implants).  In these cases, my responsibilities to the plaintiffs included class certification, briefing and argument, trial design and trial structure.  For example, I served on the Executive Committee, chaired the Law Committee, and argued class certification at the trial and appellate levels in Castano; and designed and defended the multi-phase class trial, jury instructions, and verdict forms in Spitzfaden.  I have participated in the successful design and conduct of complex trials in product defect, consumer fraud, and mass tort class actions, including the above-referenced Avery, Masonite, Exxon Valdez, and

---

[2] In 1997, I received the Trial Lawyers for Public Justice Public Justice Achievement Award for work as class counsel in the Polybutylene Pipe Litigation.  I also received the Consumer Attorneys of California's 1998 Presidential Award of Merit for commitment to consumer protection, the Anti-Defamation League's Distinguished Jurisprudence Award for work in the Holocaust Litigation, 2002, and the 2003 Boalt Hall Citation Award.  The National Law Journal has named me one of its: "100 Most Influential Lawyers in America"; "50 Most Influential Women Lawyers" and "Top Ten Women Litigators."

[3] Other publications include ATLA's Litigating Tort Cases, Vol. 1, Chapter 9 (June 2003); "Equity for the Victims, Equity for the Transgressor:  The Classwide Treatment of Punitive Damages Claims," 74 Tulane Law Review 205 (2000); "The Class Action Counter-Reformation," ___ Stanford L. Rev. ___ (2005); "Your Products Liability Hit Parade: A Class Torts Top 20," 37 Tort & Insurance Law Journal 269 (2001); "Life After Amchem:  The Class Struggle Continues," 31 Loyola (Los Angeles) L. Rev. 373 (1998); and "The Use of Epidemiology in Tort Litigation: A Survey of Federal and State Jurisdictions" (California), ABA Section of Litigation (2003).

Spitzfaden cases.

The MDL Leadership and PSC experience summarized above demonstrates my ability to work cooperatively with others.  None of the settlement and trial accomplishments that I or other applicants proudly list could have been accomplished in isolation, regardless of talent or tenacity – all are team efforts, and we who have been privileged to amass this experience did so collectively.  I have been relied upon over many years, by my colleagues, to provide quality written and oral advocacy, legal research, and analysis on challenging issues, including choice of law, inter-jurisdictional discovery issues, and federal-state coordination.  I have consistently performed these responsibilities, under the time constraints and other demanding conditions that go with the MDL territory, and willingly assisted in the broad array of tasks necessary to any successful PSC's function.[4]  I pledge to do so on behalf of Vioxx plaintiffs here.

Dated:  March 20, 2005          By: _____

Elizabeth J. Cabraser

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

---

[4] The Vioxx litigation is a team effort for my firm.  Our offices in San Francisco, New York, Nashville, Beverly Hills, and Washington, D.C., and our AV-rated firm's 66 lawyers provide a depth of resources always available across the country, in support of the Vioxx MDL.  We have devoted 19 attorneys, 5 nurses, 6 paralegals, and additional litigation support personnel to the Vioxx litigation.  Partner Donald C. Arbitblit has chaired a key deposition, of Merck's Dr. Thomas Bold, and partners Wendy Fleishman and Paulina do Amaral are heavily engaged in the common discovery efforts.  We are currently screening over 1,000 potential clients for serious injury claims.  Our filed federal cases are: Brendo Aguero and Sherrill Herke, et al. v. Merck & Co., 3:04-CV-05341 (D.N.J.) (medical monitoring); Christian Jensen v. Merck & Co., Civ. No. 05-CV-02189 (W.D. Tenn.) (injury); Diane McIntyre v. Merck & Co., Civ. No. 05-CV-02191 (W.D. Tenn.) (injury); and Bijuli Pande v. Merck, C:05-CV-1039-EMB (N.D. Cal.) (injury).  In 2003 and 2004, the National Law Journal selected Lieff Cabraser as one of the nation's top 20 plaintiffs' law firms.  More information is available at www.lieffcabraser.com.

417339.2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | ) | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION: L** |
| | ) | **JUDGE FALLON** |
| **This Document Relates to all Cases** | ) | **MAG. JUDGE KNOWLES** |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused copies of the *Application of Elizabeth J. Cabraser for Appointment to Plaintiffs' Steering Committee* to be placed in the U.S. mail, postage prepaid, for mailing on March 21, 2005, to all counsel of record via the attached Vioxx MDL service list.

San Francisco, California, this 20th day of March, 2005.

_____

Elizabeth J. Cabraser

## VIOXX MDL SERVICE LIST

T. SCOTT ALLEN, JR.
CRUISE, SCOTT, HENDERSON & ALLEN
2777 ALLEN PARKWAY
7TH FLOOR
HOUSTON, TX 77019

BRYAN F. AYLSTOCK
AYLSTOCK, WITKIN & SASSER, P.L.C.
55 BAYBRIDGE DRIVE
GULF BREEZE, CA 32561

STEVEN C. BARKLEY
3560 DELAWARE
SUITE 305
BEAUMONT, TX 77706

BRADLEY DOUGLAS BECNEL
LAW OFFICE OF DANIEL E. BECNEL, JR.
425 W. AIRLINE HWY.
SUITE B
LAPLACE, LA 70068

C. WILLIAM BERGER
FURR & COHEN
ONE BOCA PLACE
2255 GLADES ROAD, SUITE 337W
BOCA RATON, FL 33431

RESHONDA L. BRADFORD
SINGLETON LAW FIRM
4050 LINWOOD AVENUE
SHREVEPORT, LA 71108

VIRGINIA M. BUCHANAN
LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER &
PROCTOR, P.A.
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502-5996
PHONE: (888) 435-7001 (850) 435-7000
FAX: (850) 497-7057

RAYMOND S. CARROLL
LAW OFFICES OF WEINER, CARROLL & STRAUSS
119 ROCKLAND CENTER
SUITE 425
NANUET, NY 10954

RICHARD J. ARSENAULT
NEBLETT, BEARD & ARSENAULT
2220 BONAVENTURE COURT
P.O. BOX 1190
ALEXANDRIA, LA 71309-1190
PHONE: (318) 561-2567
FAX: (318) 561-2591
EMAIL: nbalaw@aol.com

BLAKE H. BAILEY
BAILEY LAW FIRM
112 SOUTH BROADWAY
TYLER, TX 75702

DAVID A. BARRETT
BOIES, SCHILLER & FLEXNER LLP
570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10022
PHONE: (212) 446-2300

DANIEL E. BECNEL
LAW OFFICES OF DANIEL E. BECNEL
POST OFFICE DRAWER H
106 WEST SEVENTH STREET
RESERVE, LA 70084
PHONE: (985) 536-1186
FAX: (985) 536-6445
EMAIL: dbecnel@golfsouth.verio.com

ANDY D. BIRCHFIELD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 COMMERCE STREET
MONTGOMERY, AL 36104
PHONE: (800) 898-2034 (334) 269-2343
FAX: (334) 954-7555

JOSEPH M. BRUNO
BRUNO & BRUNO
825 BARONNE STREET
NEW ORLEANS, LA 70113
PHONE: (504) 525-1335
FAX: (504) 581-1493

ANDREW J. CARBOY
SULLIVAN, PAPAIN, MCGRATH & CANNAVO
120 BROADWAY
18TH FLOOR
NEW YORK, NY 10271

JOSEPH R. COLINGO
WILLIAMS, HEIDELBERG, ET AL.
P.O. BOX 1407
711 DELMAS AVENUE
PASCAGOULA, MS 39568-1407

## VIOXX MDL SERVICE LIST

ERNEST CORY
CORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
PHONE: (205) 328-2200
FAX: (205) 324-7896
EMAIL: rweaver@cwcd.com

RICHARD E. CRUM
COBB, SHEAHY, CRUM & DERRICK, P.A.
P.O. BOX 6346
DOTHAN, AL 36302-6346

ERIC C. DETERS
ERIC C. DETERS & ASSOCIATES, P.S.C.
5247 MADISON PIKE
INDEPENDENCE, KY 41051

JOHN DRISCOLL
BROWN & CROUPPEN
720 OLIVE, STE. 1800
ST. LOUIS, MO 63101-2302
PHONE: (314) 421-0216
FAX: (314) 421-0359
EMAIL: alexarea@aol.com

DANIEL A. EDELMAN
EDELMAN, COMBS & LATTURNER, LLC
120 S. LASALLE STREET, SUITE 1800
CHICAGO, IL 60603
PHONE: (312) 739-4200
FAX: (312) 419-0379

JAMES A. EDWARDS
CANTEY & HANGER
801 CHERRY STREET, SUITE 2100
FORT WORTH, TX 76102
PHONE: (817) 877-2800
FAX: (817) 877-2807

REGINALD K. FEARS
JAMES H. BYRD UNIT
21 FM 247
HUNTSVILLE, TX 77320

RONALD V. FIESTAL
KENNETH B. MOLL & ASSOCIATES, LTD.
THREE FIRST NATIONAL PLAZA
54TH FLOOR
CHICAGO, IL 60602
PHONE: (312) 558-6444
FAX: (312) 558-1112
EMAIL: Lawyers@kbmoll.com

DANA FOSTER
2731 BROOK BEND LAND
EL CAMPO, TX 77437

C. YORK CRAIG, JR.
CRAIG, HESTER, LUKE & DODSON
P.O. BOX 12005
JACKSON, MS 39236-2005

JOHN MICHAEL D'AMATO, JR.
RUSSO, SCAMARDELLA & D'AMATO, P.C.
1010 FOREST AVENUE
STATEN ISLAND, NY 10310

IVAN DIXON
8413 EDGEWOOD DRIVE
ROWLETT, TX 75089

JOHN P. EBERHARDT
1100 FM 655
ROSHARON, TX 77583

RICHARD M. EDMONSON
ARMSTRONG ALLEN, PLLC
4450 OLD CANTON ROAD
SUITE 210
JACKSON, MS 39211

CALVIN C. FAYARD, JR.
FAYARD & HONEYCUTT, APC
506 FLORIDA AVENUE SOUTHWEST
DENHAM SPRINGS, LA 70726
PHONE: (225) 664-0304
FAX: (225) 664-2010

WILLIAM B. FEDERMAN
FEDERMAN & SHERWOOD
120 NORTH ROBINSON
SUITE 2720
OKLAHOMA CITY, OK 73102

ALLEN R. FLOWERS
FLOWERS LAW FIRM
341 NORTH 25TH AVENUE
HATTIESBURG, MS 39401

SHAWN G. FOSTER
DAVIS, BETHUNE & JONES, LLC
1100 MAIN STREET
SUITE 2390
KANSAS CITY, MO 64105

416788.1

## VIOXX MDL SERVICE LIST

DANA CASSELLI FOX
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX 75204
PHONE: (214) 357-6244
FAX: (214) 871-2263

MICHAEL T. GALLAGHER
GALLAGHER LAW FIRM, P.C.
777 WALKER STREET
SUITE 2500
HOUSTON, TX 77002

RICARDO A. GARCIA
820 S. MAIN STREET
MCALLEN, TX 78501

RONALD S. GOLDSER
ZIMMERMAN REED, PLLP
651 NICOLLET MALL, SUITE 501
MINNEAPOLIS, MN 55402
PHONE: (612) 341-0400
FAX: (612) 341-0844

C. ANTHONY GRAFFICO
WATSON JIMMERSON GIVHAN MARTIN & MCKINNEY, P.C.
203 GREENE STREET
P.O. BOX 35804
HUNTSVILLE, AL 35804
PHONE: (256) 536-7423
FAX: (256) 536-2689

JEFFREY D. GUERRIERO
GUERRIERO & GUERRIERO
P.O. BOX 4092
MONROE, LA 71211-4092

LANCE A. HARKE
HARKE & CLASBY LLP
155 SOUTH MIAMI AVENUE, SUITE 600
MIAM, FL 33130
PHONE: (305) 536-8220
FAX: (305) 536-8229

JENNIFER HASKINS
ASSISTANT GENERAL COUNSEL
TORT LITIGATION DIVISION, WAL-MART STORES, INC.
702 S.W. 8TH STREET
BENTONVILLE, AR 72716-0215

ROBERT M. HODGES
WISE, CARTER, CHILD & CARAWAY
600 HERITAGE BLDG.
401 EAST CAPITOL ST.
P.O. BOX 651
JACKSON, MS 39205-0651

RICHARD FREESE
SWEET & FREESE, P.L.L.C.
P.O. BOX 1178
JACKSON, MS 39215

HECTOR G. GANCEDO
GANCEDO & NIEVES
144 W. COLORADO BOULEVARD
PASADENA, CA 91105
PHONE: (626) 685-9800
FAX: (626) 685-9808
EMAIL: peoplelaw@aol.com

MARY GIBSON
P.O. BOX 400
ST. MARY'S, GA 31558

ANDREW S. GOLDWASSER
CIANO & GOLDWASSER
460 MK FERGUSON PLAZA
1500 WEST THIRD STREET
SUITE 460
CLEVELAND, OH 44113

PATRICIA GRIFFITH
1045 EVELYN AVENUE
CLARKSDALE, MS 38614

NADEEM HAIDER
600 N. JEFFERSON STREET
LOUISVILLE, MS 39339

BARBARA J. HART
GOODKIND, LABATON, RUDOFF & SUCHAROW
100 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017-5563
PHONE: (212) 907-0700
FAX: (212) 818-0477
EMAIL: PERSKYB@GLRS.COM

DAVID HADDEN HOCKEMA
HOCKEMA, TIPPIT & ESCOBEDO, L.L.P.
1 PASEO DEL PRADO
BLDG. 101
P.O. BOX 720540
MCALLEN, TX 78504-0540

JESSE L. HOWELL, III
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY PARKWAY
P.O. BOX 6020
RIDGELAND, MS 39158-6020

## VIOXX MDL SERVICE LIST

MARK B. HUTTON
HUTTON & HUTTON, LLC
8100 E. 22ND STREET
NORTH BLDG. 1200
P.O. BOX 638
WICHITA, KS  67226
PHONE: (316) 688-1166
FAX: (316) 686-1077

DENNIS J. JOHNSON
JOHNSON & PERKINSON
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VT  05403
PHONE: (802) 862-0030
FAX: (802) 862-0060

WHITMAN B. JOHNSON III
CURRIE, JOHNSON, GRIFFIN, GAINES & MYERS
P.O. BOX 750
JACKSON, MS  39225-2567

RICHARD L. JOSEPHSON
BAKER BOTTS, L.L.P.
ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TX  77002

MELISSA C. KATZ
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX  75204
PHONE: (214) 357-6244
FAX: (214) 871-2263

R. ERIC KENNEDY
WEISMAN, GOLDBERG & WEISMAN CO., L.P.A.
1600 MIDLAND BLDG.
101 PROSPECT AVENUE
CLEVELAND, OH  44115
PHONE: (216) 781-1111
FAX: (216) 781-6747
EMAIL: bandeerson@weismanlaw.com

MARJORIE KNOLL
LAW OFFICE OF ROBERT J. DICELLO
7556 MENTOR AVENUE
MENTOR, OH  44060

JOEL C. LAMP
ASSISTANT GENERAL COUNSEL, TORT LITIGATION
702 S.W. 8TH STREET
BENTONVILLE, AR  72716-0215

W. MARK LANIER
LANIER LAW FIRM
6810 FM 1960 WEST
HOUSTON, TX  77069

DAVID A. HYLLA
BILBREY & HYLLA
8724 PIN OAK ROAD
P.O. BOX 975
EDWARDSVILLE, IL  62025

WALTER T. JOHNSON
WATKINS & EAGER
THE EMPORIUM BUILDING
400 EAST CAPITOL STREET, SUITE 300
P.O. BOX 650
JACKSON, MS  39205

CHRISTY D. JONES
BUTLER SNOW O-MARA STEVENS & CANNADA
210 E. CAPITOL STREET, 17TH FL
P.O. BOX 22567
JACKSON, MS  39225-2567

BRIAN S. KABATECK
KABATECK, BROWN, KELNER
350 S. GRAND AVENUE
39TH FLOOR
LOS ANGELES, CA  90071

SHARON L. KEGERREIS
HUGHES HUBBARD & REED, LLP
201 S. BISCAYNE BOULEVARD
SUITE 2500
MIAMI, FL  33131-4332

NORMAN C. KLEINBERG
HUGHES HUBBARD & REED
ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
PHONE: (212) 837-6000
FAX: (212) 422-4726

TIMOTHY M. KOLMAN
TIMOTHY M. KOLMAN & ASSOCIATES
225 NORTH FLOWERS MILL ROAD
THE SHOPPES AT FLOWERS MILL
LANGHORNE, PA  19047

JOHN W. LAND
BRYAN NELSON RANDOLPH & WEATHERS
P.O. DRAWER 18109
HATTIESBURG, MS  39404-8109

JEFFREY D. LEATHERS
GREER, PIPKIN, RUSSELL, DENT & LEATHERS
P.O. BOX 907
TUPELO, MS  38802

## VIOXX MDL SERVICE LIST

IRA H. LEESFIELD
LEESFIELD, LEIGHTON, RUBIO & MAHFOOD, P.A.
2350 SOUTH DIXIE HIGHWAY
MIAMI, FL 33133

CARLENE R. LEWIS
GOFORTH LEWIS SANFORD LLP
1111 BAGBY , SUITE 2200
HOUSTON, TX 77002
PHONE: (713) 650-0022
FAX: (713) 650-1669

RICHARD LOCKRIDGE
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 WASHINGTON AVE. SOUTH, SUITE 2200
MINNEAPOLIS, MN 55401
PHONE: (612) 339-6900
FAX: (612) 339-0981

PATRICK A. MALONE
STEIN, MITCHELL & MEZINES
1100 CONNECTICUT AVENUE, N.W.
SUITE 1100
WASHINGTON, DC 20036
PHONE: (202) 737-7777
FAX: (202) 296-8312

KENNETH B. MCCLAIN
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 W. LEXINGTON, SUITE 400
P.O. BOX 900
INDEPENDENCE, MO 64051
PHONE: (816) 836-5050
FAX: (816) 836-8966

JOSEPH L. MCNAMARA
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY PARKWAY
P.O. BOX 6020
RIDGELAND, MS 39158-6020

CHALRES M. MERKEL
MERKEL & COCKE
P.O. BOX 1388
CLARKSDALE, MS 38614-1388

ALLAN SCOTT MILAVETZ
MILAVETZ GALLOP & MILAVETZ
6500 FRANCE AVENUE, SOUTH
EDINA, MN 55435

MICHAEL F. MILLS
PERONA, LANGER, BECK & LALLANDE, PC
300 EAST SAN ANTONIO DRIVE
LONG BEACH, CA 90807
PHONE: (562) 426-6155
FAX: (562) 490-9823

ARNOLD LEVIN
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
PHONE: (215) 592-1500
FAX: (215) 592-4663
EMAIL: lfsb@psinet.com

DAVID K. LIETZ
COALE, COOLEY, LIETZ MCINERNY
818 CONNECTICUT AVENUE N.W., SUITE 857
WASHINGTON, DC 20006
PHONE: (202) 887-4770
FAX: (202) 887-4778

WILLIAM O. LUCKETT
LUCKETT LAW FIRM
P.O. DRAWER 1000
CLARKSDALE, MS 38614-1000

DAVID P. MATTHEWS
ABRAHAM & WATKINS
855 EAST HARRISON
BROWNSVILLE, TX 78520
PHONE: (713) 222-7211
FAX: (713) 225-0827
EMAIL: rushlegal@aol.com

J. LERAY MCNAMARA
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY PARKWAY
P.O. BOX 6020
RIDGELAND, MS 39158-6020

KIM M. MEADERS
CROUCH & RAMEY
1445 ROSE AVENUE, SUITE 2300
DALLAS, TX 75202

S. KIRK MILAM
HICKMAN, GOZA & SPRAGINS, PLLC
P.O. DRAWER 668
OXFORD, MS 38655-0668

MASON L. MILLER
GETTY & MAYO, PLLC
1900 LEXINGTON FINANCIAL CENTER
250 W. MANN STREET
LEXINGTON, KY 40507

DANIEL MINOR
1032 CARDINAL DR.
WACO, TX 76712

416788.1

## VIOXX MDL SERVICE LIST

STEVEN R. MINOR
ELLIOTT LAWSON & MINOR, PC
P.O. BOX 8400
BRISTOL, VA  24203-8400

GEOFFREY C. MOUSSEAU
MOUSSEAU & ASSOCIATES
1421 VALVERDE PLACE
SUITE B
GLENDALE, CA  91208

JOHN T. MURRAY
MURRAY & MURRAY
111 E. SHORELINE DRIVE
SANDUSKY, OH  44870
PHONE: (419) 624-3000
FAX: (419) 624-0707
EMAIL: firm@murrayandmurray.com

DIANNE M. NAST
RODA & NAST, P.C.
801 ESTELLE DRIVE
LANCASTER, PA  17601
PHONE: (717) 892-3000
FAX: (717) 892-1200
EMAIL: rodanast@netrax.net

RICHARD F. O'MALLEY
SIDLEY AUSTIN BROWN & WOOD LLP
BANK ONE PLAZA
10 SOUTH DEARBORN STREET
CHICAGO, IL  60603
PHONE: (312) 853-7000
FAX: (312) 853-7036

THOMAS JACK PEARSON
PEARSON & CAMPBELL, P.C.
2394 CALDER AVENUE
BEAUMONT, TX  77702

FRANK M. PITRE
COTCHETT, PITRE, SIMON & MCCARTHY
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA  94010
PHONE: (650) 697-6000
FAX: (650) 697-0577

HENRY J. PRICE
PRICE, WAICUKAUSKI & MELLOWITZ
THE HAMMOND BLOCK BUILDING
301 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN  46204

LEGAL REPRESENTATIVE
ALFORD'S PHARMACY
5897 WEST PORT ARTHUR ROAD
PORT ARTHUR, TX  77640

MICHAEL H. MOIRANO
NISEN & ELLIOTT
200 WEST ADAMS STREET
SUITE 2500
CHICAGO, IL  60606

EDWIN T. MULHERN
HUWEL & MULHERN
11 NEW HYDE PARK ROAD
FRANK SQUARE, NY  11010

STEPHEN B. MURRAY
MURRAY LAW FIRM
909 POYDRAS STREET
LL& E TOWER 2550
NEW ORLEANS, LA  70112-4000
PHONE: (504) 525-8100
FAX: (504) 584-5249
EMAIL: MURRAYLF@IX.NET.COM

EUGENE R. NAYLOR
WISE, CARTER, CHILD & CARAWAY
600 HERITAGE BLDG.
401 EAST CAPITOL ST.
P.O. BOX 651
JACKSON, MS  39205-0651

GREGORY J. OWEN
OWEN, PATTERSON & OWEN
23822 WEST VALENCIA BLVD., SUITE 201
VALENCIA, CA  91355

ROBERT E. PIPER, JR.
PIPER & ASSOCIATES
P.O. BOX 69
SHREVEPORT, LA  71161
PHONE: (318) 226-0826
FAX: (318) 424-9000
EMAIL: piper@mnss.com

GEOFFREY EDWARD POPE
DOFFERMYRE, SHIELDS, ET AL.
SUITE 1600
1355 PEACHTREE STREET
ATLANTA, GA  30309
PHONE: (404) 881-8900
FAX: (404) 881-3007

ERIC M. QUERGLAS-JORDAN
QUERGLAS LAW OFFICES
P.O. BOX 16606
SAN JUAN, PR  00908-6606

## VIOXX MDL SERVICE LIST

LEGAL REPRESENTATIVE
AMERISOURCEBERGEN
1300 MORRIS DRIVE
SUITE 100
CHESTERBROOK, PA  71309-1190

WILLIAM R. ROBB
ALESHIRE, ROBB & SIVILIS, P.C.
901 ST. LOUIS STREET
SUITE 1600
SPRINGFIELD, MO  65806

JOHN H. RUIZ
LAW OFFICE OF JOHN H. RUIZ
5040 N.W. 7TH STREET
SUITE 920
MIAMI, FL  33126

SCOTT RYNECKI
RUBENSTEIN & RYNECKI
16 COURT STREET, SUITE 1717
BROOKLYN, NY  11241

PAUL R.M. SCHWEBEL
5657 RUNDLE COURT
INDIANAPOLIS, IN  46220

CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NY  10004
PHONE: (212) 584-0700
FAX: (212) 584-0799
EMAIL: cseeger@seegerweiss.com

DAVID NELL SMITH
NIX, PATTERSON & ROACH
205 LINDA DRIVE
DAINGERFIELD, TX  75638
PHONE: (903) 645-7333
FAX: (903) 645-5389

KATHRYN A. SNAPKA
SNAPKA, TURMAN & WATERHOUSE, LLP
606 N. CARANCAHUA, SUITE 1511
P.O. DRAWER 23017
CORPUS CHRISTI, TX  78403

ROBERT F. STACY
DANIEL, COKER, HORTON & BELL
P.O. BOX 1084
JACKSON, MS  39215-1084

LEGAL REPRESENTATIVE
BERGEN BRUNSWIG
P.O. BOX 959
VALLEY FORGE, PA  19482

ROBERT D. ROWLAND
2227 SOUTH STATE ROUTE 157
EDWARDVILLE, IL  62025

STEVEN L. RUSSELL
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 PACIFIC AVENUE, SUITE 4400
HOUSTON, TX  75201

STEPHEN V. SALA
LAW OFFICES OF STEPHEN V. SALA
70 OLD CART PATH LANE
PEMBROKE, MA  02359

STUART E. SCOTT
SPANGENBERG, SHIBLEY & LIBER
2400 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH  44114
PHONE: (216) 696-3232
FAX: (216) 696-3924

JEFFREY B. SIMON
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX  75204
PHONE: (214) 357-6244
FAX: (214) 871-2263

DEANNA DEAN SMITH
EBANKS, SMITH & CARLSON LLP
1401 MCKINNEY
SUITE 2500
HOUSTON, TX  77010-4034

SHANIN SPECTER
KLINE & SPECTER, P.C.
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PA  19102
PHONE: (215) 772-1000
FAX: (215) 772-1359
EMAIL: andy.yourman@klinespecter.com

JOHN S. STEWARD
MEYERKORD AND STEWARD
2525 WOUTH BRENTWOOD BOULEVARD
SUITE 102
ST. LOUIS, MO  63144

416788.1

## VIOXX MDL SERVICE LIST

STEPHEN G. STRAUSS
BRYAN CAVE
ONE METROPOLITAN SQUARE
211 N. BROADWAY
ST. LOUIS, MO 63102
PHONE: (314) 259-2000
FAX: (314) 259-2020

CASANDRA F. THOMAS
514-C WOODROW WILSON AVENUE
JACKSON, MS 39213

LAWRENCE D. WADE, JR.
CAMPBELL, DELONG, HAGWOOD & WADE
P.O. BOX 1856
GREENVILLE, MS 38702-1856

THOMAS E. WALKER
JOHNSTON BARTON PROCTOR SWEDLAW & NAF
2900 AMSOUTH/HARBERT PLAZA
1901 6TH AVENUE NORTH
BIRMINGHAM, AL 35203
PHONE: (205) 458-9400
FAX: (205) 458-9500

JENNIFER FADAL WEAVER
1305 FOSSEL RIDGE TRAIL
WACO, TX 76712

LESLIE WEISBROD
MORGAN & WEISBROD
11441 FOREST CENTRAL DRIVE
SUITE 300
DALLAS, TX 75243

JOHN K. WESTON
SACKS & SMITH, L.L.C.
510 WALNUT STREET
PHILADELPHIA, PA 19106
PHONE: (215) 925-8200
FAX: (215) 925-0508

MICHAEL A. YSASAGA
JOHNSON, FINKEL, DELUCA & KENNEDY
1221 LAMAR
SUITE 100
HOUSTON, TX 77010

ROBERT G. SULLIVAN
SULLIVAN, PAPAIN, MCGRATH & CANNAVO
120 BROADWAY
18TH FLOOR
NEW YORK, NY 10271

CHRISTOPHER V. TISI
ASHCRAFT & GEREL
2000 L STREET NW, SUITE 400
WASHINGTON, DC 20036-4914
PHONE: (202) 783-6400
FAX: (202) 416-6392
EMAIL: mheaviside@dc.ashcraftlaw.com

CHRIS J. WALKER
MARKOW WALKER, P.A.
P.O. BOX 13669
JACKSON, MS 39236-3669

LEILA H. WATSON
CORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
PHONE: (205) 328-2200
FAX: (205) 324-7896
EMAIL: rweaver@cwcd.com

RICHARD J. WEINER
LAW OFFICES OF RICHARD J. WEINER, P.C.
119 ROCKLAND CENTER, SUITE 425
NAUET, NY 10954

JEWELL E. WELCH, III
CUNARD REISS LAW FIRM
9214 INTERLINE AVENUE
BATON ROUGE, LI 70809
PHONE: (225) 925-2978
FAX: (225) 925-8192
EMAIL: cunard@gs.verio.net

JAMES L. WRIGHT
MITHOFF & JACKS
1010 FRANKLIN PLAZA
111 CONGRESS AVENUE
AUSTIN, TX 78701
PHONE: (512) 478-4422
FAX: (512) 478-5015

JAMES JOHN ZONAS
JAMES J. ZONAS, ATTORNEY AT LA
700-2ND AVENUE, NORTH
SUITE 102
NAPLES, FL 34102

416788.1