FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 22  PM 2:23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                                MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION

SECTION: L

-----------------------------------------------------------------

JUDGE FALLON

THIS DOCUMENT RELATES TO ALL CASES                          MAG. JUDGE KNOWLES

### NOTICE OF FILING APPLICATION OF ROBERTA B. WALBURN FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Roberta B. Walburn who files the attached application for appointment to the Plaintiffs' Steering Committee.

Dated: March 21, 2005.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_Roberta B. Walburn_
Roberta B. Walburn (MN # 0152195)
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
(612)-349-8425

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel on the attached list by U.S. Mail as of this 21st day of March, 2005.

_Roberta B. Walburn_
Roberta B. Walburn

15192291.1

___ Fee _____
_X_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

T. Scott Allen, Jr.
CRUSE, SCOTT, HENDERSON &
ALLEN
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Dario Arango, M.D.
5407 South McColl Road, Suite B
Edinburg, TX 78539

Matthew H. Armstrong
MARKER & ARMSTRONG, LLP
One Metropolitan Square, Suite 2970
St. Louis, MO 63102-2793

Richard J. Arsenault
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
AYLSTOCK, WITKIN & SASSER, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
BAILEY LAW FIRM
112 South Broadway
Tyler, TX 75702

David A. Barrett
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, 16`h Floor
New York, NY 10022

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

Bradley Douglas Becnel
LAW OFFICES OF DANIEL E. BECNEL,
JR.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

William C. Berger
FURR & COHEN
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy Birchfield
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS, & MILES
P.O. Box 4160
Montgomery, AL 36103-4160

Reshonda L. Bradford
SINGLETON LAW OFFICE
4050 Linwood Avenue
Shreveport, LA 71108

Ellis Broadway, Jr.
Prisoner # 01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Joseph M. Bruno
BRUNO & BRUNO, LP
855 Baronne Street
New Orleans, LA 701 1 3

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 79482

Virginia M. Buchanan
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ET AL.
316 S. Baylen Street, Suite 600
Pensacola, FL 32501-5996

Elizabeth J. Cabraser
LEIFF, CABRASER
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
LAW OFFICES OF WEINER, CARROLL
& STRAUSS
119 Rockland Center, Suite 425
Nanuet, NY 10954

Joseph R. Colingo
WILLIAMS, HEIDELBERG, ET AL.
P.O. Box 1407
Pascagoula, MS 39568-1407

Ernest Cory
CORY, WATSON, CROWDER &
DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
CRAIG, HESTER, LUKE & DODSON
P.O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, AL 36032-6346

John Michael D'Amato, Jr.
RUSSO, SCAMARDELLA & D'AMATO
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
ERIC C. DETERS & ASSOCIATES
5247 Madison Pike
Independence, KY 41051

1

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John Driscoll
BROWN & CROUPPEN
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
EDELMAN, COMBS & LATTURNER
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
ARMSTRONG ALLEN
4450 Old Canton Road, Suite 210
Jackson, MS 39211

James A. Edwards
CANTEY & HANGER
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

William B. Federman
FEDERMAN & SHERWOOD
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK 73102

Ronald V. Fiesta
KENNETH B. MOLL & ASSOC.
Three First National Plaza
50th Floor
Chicago, IL 60602

Allen R. Flowers
FLOWERS LAW FIRM
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
DAVIS, BETHUNE & JONES
1100 Main Street, Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Richard A. Freese
SWEET & FREESE
P.O. Box 1178
Jackson, MS 29215

Michael T. Gallagher
GALLAGHER LAW FIRM
777 Walker Street, Suite 2500
Houston, TX 77002

Hector G. Gancedo
GANCEDO & NIEVES
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

Ronald S. Goldser
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
CIANO & GOLDWASSER
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Anthony C. Graffeo
WATSON, JIMMERSON, GIVHAN, ET AL
P.O. Box 18368
Huntsville, AL 35804

Tim T. Griesenbeck
PLUNKETT & GIBSON
P.O. Box 795061
San Antonio, TX 78216

Jeffrey D. Guerriero
GUERRIRO & GUERRIERO
P.O. Box 4092
Monroe, LA 71211-4092

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Lance A. Harke
HARKE & CLASBY
155 South Miami Avenue, Suite 600
Miami, FL 33130

Barbara J. Hart
100 Park Avenue, 12`h Floor
New York, NY 10017-5563

Jennifer Haskins
Asst. General Counsel
Tort Litigation Division
Wal-Mart Stores
702 S.W. 8th Street
Bentonville, AR 72716-0215

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Craig D. Henderson
Gary, Thomasson, Hall & Mark
P.O. Box 2888
Corpus Christi, TX  78403

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Robert M. Hodges
WISE, CARTER, CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

John F. Hughes
WILKINS, STEPHENS & TIPTOM
P.O. Box 13429
Jackson, MS 39236-3429

Debra L. Hurst
HURST & HURST
401 West "A" Street, Suite 1825
San Diego, CA 92101

Mark B. Hutton
HUTTON & HUTTON
P.O. Box 638
Wichita, KS 67201

David A. Hylla
BILBREY & HYLLA
P.O. Box 975
Edwardsville, IL 62025

Jewell E. Welch, III
CUNARD REIS LAW FIRM
9214 Interline Avenue
Baton Rouge, LA 70809

Jesse L. Howell, III
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Whitman B. Johnson, III
CURRIE, JOHNSON, GRIFFIN, GAINES & MEYERS
P.O. Box 750
Jackson, MS 39205-0750

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Dennis J. Johnson
JOHNSON & PERKINSON
P.O. Box 2305
S. Burlington, VT 05403

Christy D. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225-2567

Eric M. Queglas-Jordan
QUEGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908-6606

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Daniel E. Becnel, Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
P.O. Drawer H
Reserve, LA 70084-2095

Brian S. Kabateck
KABATECK, BROWN, KELLNER
350 S. Grand Avenue, 30 Floor
Los Angeles, CA 90071

Melissa C. Katz
WATERS & KRAUS
3219 McKinney, Suite 3000
Dallas, TX 75204

Sharon L. Kegerreis
HUGHES, HUBBARD & REED
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Eric R. Kennedy
WEISMAN, KENNEDY & BERRIS
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004

Marjory Knoll
LAW OFFICE OF ROBERT J. DICELLO
7556 Mentor Avenue
Mentor, OH 44060

Timothy M. Kolman
TIMOTHY M. KOLMAN AND ASSOCIATES
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

John W. Land
BRYAN, NELSON, RANDOLPH & WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

3

Jeffrey D. Leathers
GREER, PIPIUN, RUSSELL, DENT &
LEATHERS
P.O. Box 907
Tupelo, MS 38802

Ira H. Leesfield
LEESFIELD, LIEGHTON, RUBIO &
MAHFOOD
2350 South Dixie Highway
Miami, FL 33133

Arnold Levin
LEVIN, FISHBEIN, SEDRAN &
BERMAN
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD
111 Bagby, Suite 2200
Houston, TX 77002

David K. Lietz
COALE, COOLEY, LEITZ, MCINERNY
& BROADUS
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Richard A. Lockridge
LOCKRIDGE, GRINDAL & NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

David P. Matthews
ABRAHAM, WATKINS, NICOLS,
SORRELS
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
HUMPHREY, FARRINGTON &
MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64050

Joseph L. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Leray J. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Kim M. Meaders
CROUCH & RAMEY
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Shelby Milam
HICKMAN, GOZA & SPRAGINS
P.O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
MILAVETZ, GALLOP & MILAVETZ
6500 France Avenue, South
Edina, MN 55435

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Michel F. Mills
PERONA, LANGER, BECK, LALLANDE
& SERBIN
P.O. Box 7948
Long Beach, CA 90807

Steven R. Minor
ELLIOTT LAWSON & MINOR
P.O. Box 8400
Bristol, VA 24203-8400

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Michael H. Moirano
NISEN & ELLIOTT
200 West Adams Street, Suite 2500
Chicago, IL 60606

Kenneth B. Moll
KENNETH B. MOLL & ASSOCIATES.
Three First National Plaza, 501 Floor
Chicago, IL 60602

Geoffrey C. Mousseau
MOUSSEAU & ASSOCIATES
1421 Valverde Place, Suite B
Glendale, CA 91208

Edwin T. Mulhern
HUWEL & MULHERN
11 New Hyde Park Road
Frank Square, NY 11010

John T. Murray
MURRAY & MURRAY
P.O. Box 19
Sandusky, OH 44871

Stephen B. Murray
MURRAY LAW FIRM
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Dianne Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601

Eugene R. Naylor
WISE, CARTER, CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

Richard F. O'Malley
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL 60603

Gregory J. Owen
OWEN, PATTERSON & OWEN
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX 77437

Thomas Jack Pearson
PEARSON & CAMPBELL, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Robert Piper, Jr.
PIPER & ASSOCIATES
P.O. Box 69
Shreveport, LA 71103

Frank M. Pitre
San Francisco Airport Office Center
540 Malcolm Road, Suite 200
Burlingame, CA 94010

Geoffrey Edward Pope
Doffermyre, Shields, Canfield,
Knowles & Devine
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269

Henry J. Price
PRICE, WAICUKAUSKI &
MELLOWITZ
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

William R. Robb
ALESHIRE, ROBB & SIVILS
901 St Louis Street, Suite 1600
Springfield, MO 65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

John H. Ruiz
LAW OFFICE OF JOHN H. RUIZ
50442 N.W. 7th Street, Suite 920
Miami, FL 33126

Steven L. Russell
BEIRNE, MAYNARD & PARSONS
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Scott Rynecki
RUBENSTEIN & RYNECKI
16 Court Street, Suite 1717
Brooklyn, NY 11241

Stephen V. Saia
LAW OFFICES OF STEPHEN V. SAIA
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Stuart E. Scott
SPANGENBERG, SHIBLEY & LIBER
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Christopher A. Seeger
SEEGEX WEISS, LLP
One William Street, 10th Floor
New York. NY 10004-2502

Norman E. Siegel
STUEVE, SIEGEL, HANSON,
WOODY LLP
330 W 47th Street, Suite 250
Kansas City, MO 64112

Jeffrey B. Simon
WATERS & KRAUS
3219 McKinney Avenue
Suite 3000
Dallas, TX 75104

David Neil Smith
NIX, PATTERSON & ROACH
205 Linda Drive
Dangerfield, TX 75638

Deanna Dean Smith
EBANKS, SMITH & CARLSON
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Kathryn A. Snapka
SNAPKA, TURINAN & WATERHOUSE
P.O. Drawer 23017
Corpus Christi. TX 75403

Shanin Specter
KLINE & SPECTER
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Robert F. Stacy
DANIEL, COKER, HORTON & BELL
P.O. Box 1084
Jackson, MS 39215-1064

John S. Steward
MEYERKORD AND STEWARD
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Stephen G. Strauss
BRYAN CAVE, LLP.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 03102

Robert G. Sullivan
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO
120 Broadway, 18th Floor
New York, NY 10271

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisi
ASHCRAFT & GEREL
2000 L Street, NW
Suite 400
Washington, DC 20036

Josephine Trovini
Westchester County Attorney's Office
600 Michaelian Office Building
148 Martine Avenue
White Plains, NY 10601

Lawrence D. Wade, Jr.
CAMPBELL, DELONG, HAGWOOD & WADE
P.O. Box 1856
Greenville, MS 3 5702-1 556

Thomas E. Walker
JOHNSTON, BARTON, PROCTOR & POWELL
2900 AmSouth/Harbert Plan 1901
6th Avenue North
Birmingham, AL 35203

Chris J. Walker
MARKOW WALKER, P.A.
P.O. Box 13669
Jackson, MS 39236$3669

Leila H. Watson
CORY, WATSON, CROWDER & DEGANS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Richard I. Weiner
LAW OFFICES OF RICHARD J. WEINER
19 Rockland Center, Suite 425
Nanuet, NY 10954

Leslie Weisbrod
MORGAN & WEISBROD
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

John K. Weston
SACKS, WESTON, SMOLINKSY, ALBERT & LUBER
510 Walunt Street, Suite 400
Philadelphia, PA I 9106

Phillip A. Wittmann
Anthony DiLeo
Dorothy Wimberly
Stone, Pigman, Walther, Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130

James L. Wright
MITHOFF & JACKS
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Michael A. Yassaga
JOHNSON, FINKEL, DELUCA & KENNEDY
1221 Lamar, Suite 1000
Houston, TX 77010

James J. Zonas
Attorney at Law
700 2nd Avenue North, Suite 102
Naples, FL 34102

6

Word 15191595.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
     PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

THIS DOCUMENT RELATES TO ALL CASES

JUDGE FALLON
MAG. JUDGE KNOWLES

## APPLICATION OF ROBERTA B. WALBURN
## FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

I am *of counsel* at Robins, Kaplan, Miller & Ciresi L.L.P. ("RKMC"), a national law firm of more than 250 lawyers headquartered in Minneapolis, MN, where I am based. In 2004, the *American Lawyer* named our firm to the A-List, its ranking of the 20 best U.S. law firms. Our firm's practice is diverse. We represent individuals and corporations, both as plaintiffs and defendants. We have no conflicts in the Vioxx litigation. We recently filed three personal injury Vioxx cases in the U.S. District Court in Minneapolis, and have dozens under due diligence review.

I practice in RKMC's Mass Tort Group. Our prosecution of the Minnesota Tobacco Litigation is described below. We have also litigated cases involving heart valves, L-Tryptophan, fen-phen, and other drugs and medical devices. In Dalkon Shield litigation, RKMC conducted breakthrough discovery that led to establishment of the Dalkon Shield Trust. Our firm has served on MDL PSC's in the Bhopal Gas Leak Disaster, Gammagard, and L-Tryptophan cases.

Despite our resources, RKMC does not overextend itself in the matters it undertakes and does not amass huge inventories of individual clients. We focus on expeditious resolution of cases for seriously injured plaintiffs. I believe that the Vioxx PSC would be strengthened by the addition of our perspective.

I joined RKMC in 1985. I manage teams in high-profile plaintiffs' litigation, but I also

thrive on working in the trenches, with a particular emphasis on document discovery, briefing and arguing significant legal issues, and expert development.

In the Minnesota Tobacco Litigation – where RKMC was the sole firm to represent the State of Minnesota and Minnesota Blue Cross and Blue Shield -- I served as plaintiffs' liaison counsel, managed the pre-trial litigation on a day-to-day basis, and second-chaired the trial. For four years, tobacco was virtually the only case I handled. We undertook intensive document discovery. After multiple unsuccessful appeals by the tobacco defendants – including two unsuccessful petitions for certiorari to the U.S. Supreme Court -- more than 30 million pages were produced into two depositories in Minneapolis and Guildford, England. Our firm reviewed the documents and selected 2% for copying. These became known as the "Minnesota Select Set" and were produced to other plaintiffs, including the other states. Former Surgeon General C. Everett Koop called document discovery in the Minnesota tobacco litigation "one of the most significant public health achievements of the second half of the 20th century." In May 1998, after almost four months of trial and on the day of submission to the jury, our tobacco case settled for wide-ranging injunctive relief and more than $6.6 billion, establishing the highest per capita award of any state. (Thus, Minnesota did not participate in the November 1998 national settlement.)

For my work on the tobacco litigation, I was named, along with my colleague Michael V. Ciresi, 1998 Trial Lawyer of the Year by Trial Lawyers for Public Justice. I also was invited to serve as a Senior Fellow with the World Health Organization, where, based out of Geneva, Switzerland, I worked on a variety of tobacco issues, including a tobacco control treaty.

Other major cases I have worked on include: the Eveleth Plane Crash (represented trustees for the six passengers killed in the October 2002 crash, including the family of U.S. Senator Paul Wellstone); Bhopal Gas Leak Litigation (RKMC retained by Union of India to represent all victims

15191115.1                                                         2

of the worst industrial accident in history); Copper 7 IUD Litigation (represented injured women), and Page v. Carlson (represented former Minnesota Viking and now Justice Alan Page in successful constitutional challenge to require a contested election to the Minnesota Supreme Court).

My other experience has included: Legislative Assistant, U.S. Senator Paul Wellstone (responsible for policy work, especially health care reform); Law Clerk, Hon. Miles W. Lord, Chief Judge, U.S. District Court, Minnesota (during Dalkon Shield litigation), and reporter for the Buffalo (N.Y.) Evening News and the Minneapolis Tribune (covering subjects ranging from politics to business to sports, and, during law school, the night police beat).

I serve on the board of Minnesota Advocates for Human Rights and as an adjunct professor at the University of St. Thomas School of Law. I have served on the University of Minnesota Law School Board of Visitors and the boards of Trial Lawyers for Public Justice and the Center for Tobacco Control Research and Education, University of California-San Francisco.

I am a 1983 graduate of the University of Minnesota Law School, and was on the Minnesota Law Review. I am a 1974 graduate of the University of Michigan, with a B.A. in economics.

I am willing and able to commit the time and energy to actively and cooperatively serve on the PSC. My firm is also willing and able to commit the necessary personnel and resources to best serve the MDL plaintiffs. I fully recognize, however, that it is my personal commitment that the Court would expect – and that I pledge.

Dated: March 21, 2005.   Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*Roberta B. Walburn*
Roberta B. Walburn (MN # 0152195)
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
(612)-349-8425

15191115.1      3