FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 22  PM 1:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS         CIVIL ACTION 05-MD-1657
LIABILITY LITIGATION          SECTION: "L"

### APPLICATION FOR MEMBERSHIP ON THE
### PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes **Vernon P. Thomas**, Attorney at Law in good standing, licensed to practice law in the State of Louisiana and before this Honorable Court, who hereby requests appointment to the Plaintiffs Steering Committee in this case for the following reasons.

**Willingness and Availability to Serve:** Applicant has participated in several plaintiff Legal Committees in mass tort/ class action cases in the past seventeen (17) years serving in a variety of positions including liaison counsel, co-liaison counsel, member, head of sub committee and trial team member. Applicant has worked long hours during the week and on weekends handling his appointed duties with care and professionalism. Applicant believes that his efforts along with the efforts of his fellow members have obtained excellent results for the class members. Applicant is willing to devote the time necessary to conclude this matter. Applicant maintains a balance in his case work which gives him the ability to manage his case work effectively. Additionally, applicant's staff is experienced in handling legal and management issues relative to class action/ mass tort cases. Applicant has the time and will have the time to devote to this very important case.

**Ability to Work Cooperatively with Others.** Applicant has served on various committees with many of the prominent plaintiff lawyers involved in this type of

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

litigation, including Joseph Bruno, Daniel Becnel, Gerald Meunier, Steven Murray and Calvin Fayard. Applicant has also worked with liaison counsel in this case, Russ Herman and Phillip Wittmann. Applicant has developed good working relationships with other committee members as well as with the defense attorneys.

**Federal Case Filed**: Applicant is co-counsel of record in the following case:

**MRS. MARY A. WILSON AND RUSSEL WILSON VERSUS MERCK & CO., INC., UNITED STATE DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA, CIVIL ACTION NO. 05-181-B-MI**

**Experience:** Class Actions/Mass Tort in which applicant has been involved:

1. **In Re: Shell Oil Refinery,** Civil Action Number 88, 1935, Section "F", United States District Court, for the Eastern District of Louisiana, completed Certified Class Action involving Shell Norco Plant Explosion involving over 18,000 Class Member. Personally represented 900 Class Members to **settlement.**

2. **Gentilly Tank Car Fire Litigation,** Civil District Court for the Parish of Orleans, Number 88-17788, Division "B", Certified Class Action Litigation with over 7,500 Class Members stemming from the GATX tank car explosion of 1987. Committee Member. **Concluded by favorable jury verdict** including punitive damages.

3. **Marzell Ike Dumas, et al. v. Argus Chemical, et al**, 4th Judicial District Court for the Parish of Ouachita, Number 92-1707, Mass action involving May 1, 1991. IMC Fertilizer Plant Explosion in Sterlington, Louisiana. **Concluded by settlement**.

4. **Reginald Brown, et al. v. Bill Seimers and Louis Dreyfus Grain Elevator,** 40th Judicial District Court for the Parish of St. John the Baptist, Number 23736. Certified Class Action involving explosion of the Louis Dreyfus Grain Elevator in Reserve, Louisiana. **Concluded by settlement.**

5. **Joan Knight, et al. v. Richard Blanton and Hoechst-Celanese Corporation, et al,** United States District Court for the Eastern District of Louisiana, Number 89-4367 and consolidated cases. Mass Tort Case involving a chemical fire from a tractor trailer. **Concluded by settlement.**

6. **In Re: Chemical Release at Bogalusa,** 22nd Judicial District Court for the Parish of Washington, Number 73341. Committee Member in this Class Action resulting from a chemical release in Bogalusa, Louisiana in 1995 and member of the trial team. Concluded by favorable jury verdict including punitive damages. **Partial settlement.**

7.  **Ottomese Coleman et al. v. Southern Norfolk et al.,** Civil District Court for the Parish of Orleans, Number 89-17890. Mass Tort Case involving ammonia leak from a rail car. **Concluded by settlement.**

8.  **Alexander et al. v. Norfolk Southern et al.,** Civil District Court for the Parish of Orleans, Number 03-7272. Mass Tort Case resulting from a chemical spill in New Orleans. Case in initial stages of discovery.

9.  **Fulford et al. v. Transport Services,** United States District Court for the Eastern District of Louisiana. Mass Tort Case resulting from a chemical release in New Orleans. Case in initial stages of discovery.

10. **John Riley, et al vs. The Alabama Great Southern Railroad Co., et al,** Civil District Court for the Parish of Orleans, No. 02-8256. Class Action resulting from chemical spill. Co-liaison counsel, Case in initial stages of discovery pending certification hearing.

Applicant is known by reputation in the legal community as cooperative, productive as well as professional. Applicant has worked hard to develop and maintain a reputation for working with both plaintiff and defense attorneys, judges and court personnel. Applicant will continue to earn this reputation should he be selected to serve on the Plaintiffs' Steering Committee in this case.

WHEREFORE, **Vernon P. Thomas** prays that this Honorable Court select Vernon P. Thomas as a member of the Plaintiffs' Steering Committee in the above entitled and numbered action.

Respectfully Submitted:

_____
VERNON P. THOMAS  (#12816)
1524 N. CLAIBORNE AVENUE
NEW ORLEANS, LOUISIANA 70116
TELEPHONE: (504) 944-9703

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel listed on the Pre-Trial Order No. 1 by placing a copy of same in the U.S. Mail, postage prepaid on this 22nd day of March, 2005.

_____
VERNON P. THOMAS