IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANNA
(Eastern Division)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 22  PM 2: 28
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | Civil Action No.: 05-0487<br><br>MDL 1657 |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| DANIEL MARTIN JEFFERS<br>BARBARA ANN JEFFERS<br>     Plaintiffs<br>v.<br>MERCK & COMPANY, INC.<br>     Defendant | Transferor Court:<br>U.S. District Court for the District<br>of Maryland<br>Civil Action No.: 8:04-cv-3604 |

### NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs voluntarily dismiss this action without prejudice.

Respectfully submitted,

/s/ Patrick A. Malone
Patrick A. Malone (MD Bar No. 06752)
Denis C. Mitchell (MD Bar No. 26510)
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
(202) 737-7777
Attorneys for Plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____