IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX: | ] | MDL NO. 1657; SECTION L |
| | ] | |
| | ] | The Honorable Eldon E. Fallon and |
| PRODUCTS LIABILITY LITIGATION | ] | The Honorable Magistrate Daniel E. Knowles, III |
| | ] | |
| | ] | **SUBMISSION OF MARGARET MOSES BRANCH RE:** |
| | ] | **POSITION STATEMENT TO REQUEST APPOINTMENT** |
| | ] | **TO THE PLAINTIFFS' STEERING COMMITTEE** |

Pursuant to Pretrial Order Number One (1), Setting Initial Conference, MARGARET MOSES BRANCH of the BRANCH LAW FIRM, presents **MARGARET MOSES BRANCH'S SUBMISSION TO PLAINTIFFS' STEERING COMMITTEE**, pursuant to the requirements outlined in the Court's PRE-TRIAL ORDER NUMBER ONE (1)

## I. SUBMISSION BY MARGARET MOSES BRANCH TO PLAINTIFFS' STEERING COMMITTEE

COMES NOW, MARGARET MOSES BRANCH of BRANCH LAW FIRM, and hereby submits her qualifications to participate as a member of the VIOXX Steering Committee:

### A. EDUCATION, ADMISSION TO PRACTICE, AND KEY PRACTICE AREAS.

Graduate, University of New Mexico, B.S., honors recipient, 1975; Graduate, University of New Mexico, J.D., 1978. Admitted, New Mexico District Courts and U.S. District Court, District of New Mexico, 1978; U.S. Court of Appeals, Tenth Circuit, 1988. Key areas of litigation practice include products liability, multi-party and multi-district litigation, mass torts, medical malpractice, toxic torts, and personal injury.

#### 1. WILLINGNESS AND AVAILABILITY TO WORK ON THIS TIME-CONSUMING PROJECT.

Margaret Moses Branch is willing, available, and prepared to work on the Plaintiffs' Steering Committee, which understandably will be a worthwhile and meaningful project. Turner W. Branch, Esquire, will be in charge of the Branch Law Firm. Margaret Moses Branch's time will be entirely devoted to the VIOXX Steering Committee. Her office will be at a separate location at 1401 Rio Grande Blvd NW, Albuquerque, NM 87104, (505) 243-3500, facsimile (505) 243-8081.

#### 2. ABILITY TO WORK COOPERATIVELY WITH OTHERS.

Margaret Moses Branch has had years of experience of working professionally and excellently with peers, expert witnesses, judges, clerks, plaintiff liaison committees, and in administration of complex lawsuits. Margaret Moses Branch has written and filed hundreds of motions, memorandums of law and appeals and overseen the final preparation and review in complex legal submissions. Margaret Moses Branch is particularly advantaged in her vast experience in multi-district litigation, including liaison and steering committee appointments. She has worked cooperatively with many of the same attorneys involved in the VIOXX MDL. She concedes a successful track record with current opposing counsel involved in VIOXX, for whom she has great respect and regard. She looks forward to working with this distinguished group.

Margaret Moses Branch maintains a special interest in discovery, review of documents, and taking depositions. She enjoys acting as a team player and a leader. When she founded the New Mexico Women's Bar Association, her first meeting heralded 1,500 female attorneys. As Chairwoman for the ATLA Women's Law Caucus, she represented 7,000 female trial attorneys. She realizes when it is appropriate to explain issues and when to refrain from same. She has

*In Re Vioxx, MDL No 1657, Sect L, Submission of Margaret Moses Branch to Plaintiffs' Steering Committee –* Page 1 of 3

successfully and consistently gained the patience and cooperation of MDL participants by addressing and relieving their concerns.

Margaret Moses Branch's speeches have addressed thousands of attendees involved in a variety of MDL lawsuits.

### 3.   RELEVANT LEGAL PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION.

The Branch Law Firm has been appointed to the Plaintiffs' Liaison Multi-District Litigation Committees for L-Tryptophan, Norplant, Omniflox, and Baycol. Margaret Moses Branch served and is serving on the Plaintiffs' Multi-District Litigation Steering Committee for women nationwide who filed breast implant cases in the Federal Courts. Margaret Moses Branch served as the chairperson on the Mentor Committee which negotiated a 23b(1)9B limited fund class settlement of $25.8 million. Margaret Moses Branch served on a five-member team that recently negotiated an opt-out Rule 23 class settlement in the amount of 4.75 billion for all breast implant cases. In March of 1994, Margaret Moses Branch was appointed to the Tort Claimants' Committee to protect the interests of Dow Corning claimants and assist in formulating a bankruptcy plan. Margaret Moses Branch has been involved in a myriad of toxic tort claims involving hydrogen sulfide, natural gas, hydrochloric acid, and pesticides, and in those matters, Margaret Moses Branch is interested in legal resolution and the protection of the environment. Margaret Moses Branch has handled cases involving failure to diagnose breast cancer, colon cancer, uterine cancer, pancreatitis, leukoplaia, appendicitis, compartment syndrome, aneurysms, pneumonia, meningitis, kernicterus, abruption placenta, and other illnesses and diseases; surgical negligence, i.e., laminectomies, cholecystectomies, colonoscopies, hernia repair, and hip replacements; obstetrical issues, i.e., failure to perform timely Caesarean sections, inappropriate radiological procedures, unnecessary hysterectomies, and incomplete abortions.

The following lists voluminous areas of professional experience and engagements: Margaret Moses Branch has a distinguished legal career. Margaret Moses Branch has tried enough cases to qualify for ABOTA since 1998. She has taken and defended over 1000 depositions. She is the founder of the New Mexico Women's Bar Association; Editor: Editorial Board, Medical/Legal Aspects of Breast Implants; New York State Court of Appeals, Insurance Negligence and Compensation Law Section Journal, "Silicone Gel Breast Implant Litigation and Overview"; recipient: Albuquerque Bar Association Pro Bono Legal Services Certificate, 1986; Henrietta Pettijohn Award, First Recipient, Outstanding Service on Behalf of Women in the Legal Profession, 1992; YWCA "Women on the Move" Award in Law, 1993. Co-Author with Turner W. Branch: "Silicone Breast Implant Litigation," New Mexico Trial Lawyer, April, 1994. Breast Implant Global Settlement Class Counsel; Women's Law Caucus, ATLA August, 1993. Vice-President, 1976-1977 and President, 1977-1978, University of New Mexico Graduate Students Association Member, National College of Trial Advocacy, University of Washington, 1985; National College of Trial Advocacy and Hastings College, Advanced College, Products Liability, 1991; Instructor: Texas Trial Lawyers Seminar - "Preparation and Presentation of Medical Expert Testimony," - Steamboat Springs, Colorado, 1990; University of New Mexico School of Law Trial Practice Session, 1990; Stetson Law School Trial Practice Class - "Trial Practice Errors," 1990; New Mexico Trial Lawyers Association Seminar, 1991 Update on Torts - "New Trends in Business Torts;" "Update in the Areas of Sexual Discrimination and Civil Rights;" ATLA National College of Advocacy, Medical-Legal Update Seminar - "Medicine and the Law: Special Issues Facing Women," 1992; Law Education Institute - "Choosing and Preparing the Economic Expert: Appraiser, Accountant, Economist," 1992. Speaker: ATLA National College of Advocacy, Moderator, "Litigating Women's Health Issues," 1992. Speaker: ATLA National College of Advocacy, "Essentials of Trial Practice: Medical Malpractice Section," 1992; Women Litigators' Forum, "Rainmaking: How to Get and Keep Clients," 1993; ATLA National College of Advocacy, ATLA Annual Convention, "Guinea Pigs Again: Women's Rights in Health Issues; Plastic Surgery, Breast Implants and Other Procedures," 1993; "Multi-District Litigation and Class Actions," Albuquerque Lawyers' Club, February, 1993; Law Education Institute National CLE Conference, "Breast Implant Litigation," 1993; ATLA National College of Advocacy, Pharmaceuticals and Medical Devices Seminar, "Strategies and Techniques for Negotiating Cases with Manufacturers," 1993. Speaker: ATLA's National College of Advocacy Breast Implant Seminar, "Mentor Settlement: Rule 23 Mandatory Settlement: "MDL Discovery Progress," 1993; ATLA's National College of Advocacy Breast Implant Seminar, "Breast Implant Global Settlement Resolution," 1993; ATLA Annual Convention, "Use of MRIs and Neuropsychology Reports in L-Tryptophan Cases," August, 1993; ATLA's Seminar, From Classroom to Courtroom, "The High Impact Resume and Impressive Interview Techniques; a Hiring Partner's Perspective," 1993; ATLA Seminar 1995, "Marketing the Law Office: Practice From a Women Trial Lawyer's Perspective"; ATLA Seminar 1995, "The High Impact Resume and Important Interview

Techniques: A Hiring Partners Perspective"; ATLA Seminar 1995, "Interstate Trucking Liability"; Mealey's Norplant Seminar 1995, "Litigating Women's Health Issues". Co-Chair, ATLA's National College of Advocacy "Specialized College, Damages," March, 1994. Invited Speaker, Texas and New Mexico State Bar "Status of Breast Implant Litigation," March, 1994; "Breast Implant Global Settlement" - Dallas Texas; "Confidentiality of Medical Records," Lorman Business Center, June, 1994; "How to Effectively Use Focus Groups," Sun Valley, Idaho , NTLA, 1996; "Using Federal Preemption to Exploit the 1976 Medical Service Amendment," State Bar of Texas, 1996. Member: State Bar Committee on Implementation of the Task Force's Recommendations on Women in the Legal Profession, 1990—2001; Judicial Selection Committee, Second Judicial District, 1991—1996; Executive Committee, ATLA, Failure to Diagnose Breast Cancer Litigation Group, 1992. Vice-Chair, ATLA Women Trial Lawyers Caucus, 1993—1994 and Chair, 1995-1996..Plaintiff's Lead Counsel Committee, Breast Implant Multi-District Litigation, MDL 926, 1992—2005. Co-Chair, Plaintiffs' Negotiating Team for Mentor Rule 23 Settlements in MDL 926, 1993. Member, Plaintiffs' Negotiating Team for Proposed Breast Implant Global Settlement in MDL 926, 1993. Member, Second Judicial District Judicial Commission, 1995. Member, Committee of Tort Claimants for Dow Corning Corporations Chapter 11 Bankruptcy in MDL 926, 1995. Co-Chair, Toxic Torts Mid-Year Seminar, Western Trial Lawyers Association, 1997; "Medical Monitoring in Toxic Torts", California Trial Lawyers Association, 1997. Member: Albuquerque Bar Association; State Bar of New Mexico (Vice-President, Young Lawyers Division, 1982); New Mexico Women's Bar Association (President, 1990-1991; Member, Board of Directors, 1990—1995); New Mexico Trial Lawyers Association (Member, Board of Directors, 1993; Alta Delegate), The Association of Trial Lawyers of America (Sustaining Member; Co-Chair, Membership Task Force, 1992); Albuquerque Lawyers Club; American Board of Trial Advocates (Associate, 1994); Voluntary/Involuntary State Bar Conclave (Co-Chair); Governor's Commission to Revise Constitution; New Mexico Women's Forum; International Women's Forum. Fellow, New Mexico Bar Foundation; New Mexico Women's Forum (Vice President) and the International Women's Forum.

4. **POSITION STATEMENT DEMONSTRATING MARGARET MOSES BRANCH'S COMMITMENT TO PLAINTIFFS' ADVOCACY AND DEDICATED REPRESENTATION.**

On February 22, 2005, Plaintiff Esther S. Archuleta, through her attorneys of record, MARGARET MOSES BRANCH of BRANCH LAW FIRM, filed a Complaint for Damages against Merck & Co., Inc. (CIV-05-197),[1] concerning the sales and efficacy of Vioxx, a product which is allegedly an osteoarthritis and pain relief drug containing rofecoxib, manufactured and distributed by Merck & Co., Inc. As a result of the ingestion of Vioxx, plaintiff suffered cardiovascular problems that were non-existent prior to ingesting Vioxx. There will be discovery, motions, and other activity forthwith in this newly filed action. The Branch Law Firm plans to follow the above case by filing approximately one thousand VIOXX lawsuits in U.S. Federal Court.

## II. CONCLUSION.

Based upon the foregoing Statement, MARGARET MOSES BRANCH hereby respectfully request to be appointed to the VIOXX LITIGATION PLAINTIFFS' STEERING COMMITTEE.

Dated this 18th day of March, 2005.

BRANCH LAW FIRM

*/s/ Margaret Moses Branch*
MARGARET MOSES BRANCH, NM BAR #1879
2025 Rio Grande Boulevard, N.W.
Albuquerque, New Mexico 87104
(505) 243-3500/(505) 243-3534 - facsimile

---

[1] *Archuleta v. Merck & Co., Inc., et al*, U.S. District Court, New Mexico, CIV-05-197 DJS LFG, before Magistrate Judge Don J. Svet. *In Re Vioxx, MDL No. 1657, Sect. L, Submission of Margaret Moses Branch to Plaintiffs' Steering Committee – Page 3 of 3*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX: | ] | MDL NO. 1657; SECTION L |
| | ] | |
| | ] | The Honorable Eldon E. Fallon and |
| PRODUCTS LIABILITY LITIGATION | ] | The Honorable Magistrate |
| | ] | Daniel E. Knowles, III |
| | ] | |
| | ] | **CERTIFICATE OF SERVICE RE SUBMISSION OF MARGARET MOSES BRANCH RE POSITION STATEMENT TO REQUEST APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE** |

Pursuant to *Local Rules of Court, Rule* 5.3, MARGARET MOSES BRANCH of the BRANCH LAW FIRM, 2025 Rio Grande Boulevard NW, Albuquerque, New Mexico 87104, hereby submits this CERTIFICATE OF SERVICE regarding SUBMISSION OF MARGARET MOSES BRANCH RE POSITION STATEMENT TO REQUEST APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE ("SUBMISSION").

This Certificate of Service is submitted pursuant to the requirements set forth in the Court's PRETRIAL ORDER NUMBER ONE (1). Please see the Court's "Schedule B" attached hereto which lists the entirety of attorneys who have been served with the SUBMISSION, [PROPOSED] ORDER, this CERTIFICATE OF SERVICE, and Counsel's letter to the Court re filing said documents.

Dated: March 18, 2005                    BRANCH LAW FIRM

MARGARET MOSES BRANCH
2025 Rio Grande Boulevard NW
Albuquerque, New Mexico 87104
(505) 243-3500/(505) 243-3534 (facsimile)

*Certificate of Service re Margaret Moses Branch, etc., in Re VIOXX Litigation, MDL NO 1657, Section L*

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                    Page 1

Docket. 1657 - In re Vioxx Products Liability Litigation
Status   Transferred on 02/16/2005                                          SCHEDULE B
Transferee District  LAE     Judge: Fallon, Eldon E.                         Printed on 02/16/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Allen, Jr, T Scott<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston, TX 77019 | => Arango, M.D , Dario*, Dario Arango, M.D., P A dba Arango Family & Industrial Clinic*, Dennis, Dr. Michael D *; Suderman, D O , Emery L.* |
| Americsourcebergen,<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook, PA 19087 | => Amerisource, Inc , Amerisourcebergen#; Bergen Brunswig Drug Co.# |
| Arsenault, Richard J<br>Neblett Beard & Arsenault<br>P O Box 1190<br>Alexandria, LA 71309-1190 | => Lavergne, Donna |
| Aylstock, Bryan F<br>Aylstock, Witkin & Sasser, P L C<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | => Price, Bobby, Price, Brenda |
| Bailey, Blake H<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, TX 75702 | => Bailey, Jerlene*; Ford, James*, Harrington, John*, Hollandsworth, James*, Irvin, Barbara*, Jolley, Bill*, Morrison, Ethel*, Smith, Shirley*, Williams, James*, Young, David* |
| Barkley, Steven C<br>3560 Delaware<br>Suite 305<br>Beaumont, TX 77706 | => Hall (Ind /Rep /Est -Margaret Isabel) Arthur Clifford, Hall, Eliot, Hall, Frank Harold |
| Barrett, David A<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>16th Floor<br>New York, NY 10022 | => Cain, Alex*, Moss, Bobbie*; Watkins, William* |
| Becnel, Bradley Douglas<br>Law Offices Of Daniel E Becnel, Jr<br>425 W Airline Hwy<br>Suite B<br>Laplace, LA 70068 | => Savage, Sr , Clifton Adam |
| Becnel, Jr, Daniel E<br>Law Offices of Daniel E Becnel, Jr<br>106 West Seventh Street<br>P O Drawer H<br>Reserve, LA 70084-2095 | => Benoit, James Edward, Bracken, Dorothy; Brown, Wilson; Chiszle, Clarence, Christina, Sr., Salvadore*, Davis, Leonce, Falick, Howard Mark; Gagola, Mary V , Hudson, Linda Kay, Parr, Christine L., Robertson, Delores Thomas; Wilkinson, Jesse |
| Bergen Brunswig,<br>P O Box 959<br>Valley Forge, PA 19482 | => Bergen Brunswig Drug Co. dba Amerisourcebergen |
| Berger, C William<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road | => Silber, Stanley; Silber, Susan |

Note Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Continued)* Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 337W<br>Boca Raton, FL 33431 | |
| Birchfield, Jr, Andy D<br>Beasley, Allen, Crow, Methvin, Portis & Miles<br>P O Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160 | => Abram, Antoinette*; Adams (Behalf-Janet), Eddie William*; Brown (Behalf-Stephen Anthony), Tracy*, Chapman, Eunice*, Cook, William*, Early, Reginald*, Eckols, Lula*, Eckols, Tommy Lee*, Flanagan, Geneva L *; Gough, Jerry*; Halbert, Josephine*; Harmon, Roy*; Holmes, Gene*, Hopkins (Behalf-Emma Conner), Willie Mae*, Hudson, Camilha Faye*; Johnson, Sharon*, Jones, Annie*, Jones, Jessie Lee*; King, Tonya Lynn*, Logan, Joe W *, Magee, Bettye J *, Maynor, Linder*, McFarland, Leona*; McMillan, Louise*, McNeil, Bessie*, Morgan, Janet Sue*, Morgan, Stephanie*, Moulds (Behalf-Alice Lessie Atchley), Rachel*, Norwood, Annie*; Oliver (Behalf-Kenneth Ray), Frances Ann*, Otts, Linda Sue*; Parsons, Mary*; Payton, Eddie William*; Pegues, Riella*; Powell, Susie M *, Smith, James*; Starling, Lamont*, Sykes, Melissa*, Tucker, Barbara*; Warren, James Howard*, Wheatley (Adm./Est -Carl), Catherine*; Wheaton, Rosie C *, Younge (Ind./Adm /Est.-Charles Marvin), Carolyn*, Zellmer, Richard* |
| Bradford, Reshonda L<br>Singleton Law Firm<br>4050 Linwood Ave<br>Shreveport, LA 71108 | => Allegretto, Fran, Anderson, Comecia, Anderson, Frederick, Baylor, Ruthie; Brooks, Magaline, Edwards, Joe Ree; Garcie, Mattie, Hall, Calvin; Kersee, Mary, Merrit, Norma; Netter, Carlos, Payne, Minnie, Rice, Thelma, Upshaw, James |
| Bruno, Joseph M<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 | => Alexander, Angelis* |
| Buchanan, Virginia M<br>Levin, Papatonio, Thomas, Mitchell, et al<br>316 South Baylen Street, Suite 600<br>P O Box 12308<br>Pensacola, FL 32501 | => Burt, Benjamin R , Burt, Shirley |
| Cabraser, Elizabeth J<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 | => Aguero, Brenda*, Herke, Sherrill* |
| Carboy, Andrew J<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Fontanetta, Robin, Fontanetta, William |
| Carroll, Raymond S<br>Law Offices Of Weiner,carroll & Strauss<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => McNaughton, Walter* |
| Colingo, Joseph R<br>Williams, Heidelberg, et al<br>P O Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | => Stewart, Dr Reginald |
| Cory, Ernest<br>Cory, Watson, Crowder & DeGaris, P C<br>2131 Magnolia Avenue | => Fulton (Adm./Est.-Rebeka Kayla Schultz), Arthur*; Hensley (Exe /Est.-Henry Lee), Carolyn O * |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 200<br>Birmingham, AL 35205 | |
| Craig, Jr, C York<br>Craig, Hester, Luke & Dodson<br>P O Box 12005<br>Jackson, MS 39236-2005 | => Columbia Discount Drugs, Inc., Super D #143 |
| Crum, Richard E<br>Cobb, Shealy, Crum & Derrick, P A<br>P O Box 6346<br>Dothan, AL 36302-6346 | => Turner, Sr , Paul* |
| D'Amato, Jr, John Michael<br>Russo, Scamardella & D'Amato, P C<br>1010 Forest Avenue<br>Staten Island, NY 10310 | => Fialo, Lorriane |
| Deters, Eric C<br>Eric C Deters & Associates, P S C<br>5247 Madison Pike<br>Independence, KY 41051 | => Williams, Daniel K.* |
| Dixon, Ivan<br>8413 Edgewood Drive<br>Rowlett, TX 75089 | => Dixon, Ivan |
| Eberhardt, John P<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | => Eberhardt, John P |
| Edelman, Daniel A<br>Edelman, Combs & Latturner, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago, IL 60603 | => Ivory, Anita |
| Edmonson, Richard M<br>Armstrong Allen, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211 | => Fred's Express |
| Fayard, Jr, Calvin C<br>Fayard & Honeycutt<br>519 Florida Avenue, S W<br>Denham Springs, LA 70726 | => Russell, Michael Wayne* |
| Fears, Reginald K<br>James H Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | => Fears, Reginald K |
| Federman, William B<br>Federman & Sherwood<br>120 North Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102 | => House, Paul E *, Leonard, Michael R.* |

Note Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta, Ronald V<br>Kenneth B Moll & Associates, Ltd<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | => Chartrand, Larry*; Grant, Linda* |
| Flowers, R Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | => Willis, M.D., Todd |
| Foster, Shawn G<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City, MO 64105 | => Bench, Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Baldoni, Eugene, Blumfield, Travis; Brumfield, Travis, Lassig, Ashley, Lassig, Leonard, Lassig, Martha, Pearson, Carolyn, Pearson, Elizabeth, Smith, Carolyn, Smith, Eric, Staples, Billy, Staton (Ind /Per /Rep /Heirs/Est -David Wayne), Rosa Linda, Valdone, Chip |
| Freese, Richard A<br>Sweet & Freese, P L L C<br>P O Box 1178<br>Jackson, MS 39215 | => Melton, Jerry |
| Gallagher, Michael T<br>Gallagher Law Firm, P C<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 | => Balch, Peggy J * |
| Gancedo, Hector G<br>Gancedo & Nieves<br>144 West Colorado Blvd<br>Pasadena, CA 91105 | => Briggs, Janet |
| Garcia, Ricardo A<br>820 S Main Street<br>McAllen, TX 78501 | => Sanchez, Olga* |
| Gibson, Mary<br>P O Box 400<br>St Mary's, GA 31558 | => Gibson, Mary |
| Goldser, Ronald S<br>Zimmerman Reed, P L L P<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | => Dauterman, Brock; Dauterman, Holly, Dauterman, Janet; Dauterman, Rod, Dauterman, Ryan, Glover, Carolyn Y.; Michaud (Ind /Per./Rep on behalf of the Estate of Andre Adrian Michaud, Decedent Andre Adrian Michaud), Bridget Elaine, Whitmore, Deyonne E |
| Goldwasser, Andrew S<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland, OH 44113 | => Knoll, Marjory |

Note Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo, C Anthony<br>Watson, Jimmerson, Givhan, et al<br>203 Greene Street<br>P O Box 18368<br>Hunstville, AL 35804 | => Jones, Sharon Scott |
| Griesenbeck, Tim T<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N E Loop 410<br>P O Box 795061<br>San Antonio, TX 78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith, Patricia<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614<br>*** Bad Address *** | => Griffith, Patricia |
| Guerriero, Jeffrey D<br>Guerriero & Guerriero<br>P O Box 4092<br>Monore, LA 71211-4092 | => Warren, Calvin; Warren, Jessica |
| Harke, Lance A<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami, FL 33130 | => Fontanilles, Clara |
| Hebderson, Craig D<br>Gary, Thomasson, Hall & Mark<br>Professional Corp<br>P O Box 2888<br>210 S Carancahua<br>Corpus Christi, TX 78403 | => Reed (Ind /widow-Johnney), Carolyn |
| Hockema, David Hadden<br>Hockema, Tippit & Escobedo, L L P<br>1 Paseo Del Prado<br>Bldg 101<br>P O Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges, Robert M<br>Wise, Carter, Child & Caraway<br>P O Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates, P A |
| Howell, III, Jesse L<br>Copeland, Cook, Taylor & Bush, P A<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P O Box 6020<br>Ridgeland, MS 39158-6020 | => Bonners Pharmacy* |
| Hughes, John F<br>Wilkins, Stephens & Tipton<br>P O Box 13429<br>Jackson, MS 39236-3429 | => Reid, M D , Richard |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Continued)*                  Page 6

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Hutton, Mark B<br>Hutton & Hutton<br>P O Box 638<br>Wichita, KS 67201 | => Smith, Betty S |
| Hylla, David A<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P O Box 975<br>Edwardsville, IL 62025<br>*** Bad Address *** | => Bilbrey, Patricia |
| Johnson, Dennis J<br>Johnson & Perkinson<br>1690 Williston Road<br>P O Box 2305<br>S Burlington, VT 05403 | => Cheeseman, Sara* |
| Johnson, Walter T<br>Watkins & Eager<br>P O Box 650<br>Jackson, MS 39205-0650 | => G D Searle & Co , G D Searle, LLC, Monsanto Co., Pharmacia Corp |
| Johnson, III, Whitman B<br>Currie, Johnson, Griffin, Gaines & Myers<br>P O Box 750<br>Jackson, MS 39205-0750 | => Lee, M D., Charles D. |
| Jones, Christy D<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P O Box 22567<br>Jackson, MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson, Richard L<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston, TX 77002-9934 | => R/D Clinical Research, Inc , Resnick, M D , Harvey |
| Katz, Melissa C<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas, TX 75204 | => Bareham, Sandra, Bolen, Larry; Briggs, Robert, Conditt, Kathy, Holland, Michael, Joiner, Sherri, Knowles, Katrina, Lenormand, Pamela, Mitchell, Robert, Taucer, Albert, Thompson, John, Tucker, Jerry |
| Kegerreis, Sharon L<br>Hughes, Hubbard & Reed, LLP<br>201 S Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-4332 | => Publix Super Markets, Inc |
| Kennedy, R Eric<br>Weisman, Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | => Jones, Danford K.*, Jones, Gilda C * |
| Kleinberg, Norman C<br>Hughes Hubbard & Reed LLP | => Merck & Co , Inc * |

Note Please refer to the report title page for complete report scope and key

*(Panel Attorney Service List for MDL 1,657 Continued)*     Page 7

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| One Battery Park Plaza<br>New York, NY 10004 | |
| Knoll, Marjory<br>Law Office Of Robert J Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | => Meadows, James E.*; Meadows, Jr., James E ; Meadows, June; Meadows, Stephen G. |
| Kolman, Timothy M<br>Timothy M Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 | => Donovan, Michelle |
| Lamp, Joel C<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart Stores, Inc<br>702 S W 8th Street<br>Bentonville, AR 72716-0215 | => Wal-Mart Stores, Inc |
| Land, John W<br>Bryan, Nelson, Randolph & Weathers<br>P O Drawer 18109<br>Hattiesburg, MS 39404-8109 | => Mettsave Drugs; Quitman Drug Co. |
| Lanier, W Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | => Brown, Bobby*; Brown, Linda*; Daley (Ind /Rep /Est.-Robert Deleon & Next Friend for Scott A & Shirley Mann), Deborah*; Stubblefield (Ind /Rep /Est -Keith Jerome & Next Friend-Keith Jerome, Korietta Lashay, Kendall Wayne& Kedrick Roy), Kimberly D.* |
| Leathers, Jeffrey D<br>Greer, Pipkin, Russell, Dent & Leathers<br>P O Box 907<br>Tupelo, MS 38802 | => Community Discount Pharmacy* |
| Leesfield, Ira H<br>Leesfield, Leighton, Rubio & Mahfood, P A.<br>2350 South Dixie Highway<br>Miami, FL 33133 | => Schneider, Sidney |
| Levin, Arnold<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Besaw, Patrick*; Smith, Henry*; Smith, Mary* |
| Lewis, Carlene Rhodes<br>Goforth, Lewis, Sanford, LLP<br>1111 Bagby<br>Suite 2200<br>Houston, TX 77002 | => Ahl, June*; Alaniz, Flora*; Allen, George*; Alston, Jr., John*; Anglin, Helen*; Austin, Nancy*; Baker, Mary*; Baker, Norma*; Baldwin, Kenneth*; Banks, Judy*; Barrington, Ernest*; Bell, Myrtle Louise*; Benavides (Ind /Rep/Est.-Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany, Arthur*; Bridgers, Rebecca*; Bronze, Sandra*; Brooks, Fredrick*; Brow, Mary*; Brown, Esther*; Brown, Wattie*; Buck, Patricia*; Buckner, Claude*; Bullock, Barbara*; Burk-Cameron, Patricia*; Burkett (Legal Heir/Est -Lelan Stringer), Majorie*; Burrell, Willie*; Busby-Allen, Sharla*; Butcher, Shirley*; Calder, Virginia*; Camacho, Maria*; Carney, Homer*; Carter, Andrea*; Carter, Essie*; Carter, Helen Portis*; Castro, Hortensia*; Cebrum, Alice*; Chambers, Christopher*; Chane, Della*; Chatman, Charles*; Childress, Cynthia*; Chocolate, Belinda*; Clark, Beulah*; Clark, Cortrena*; Clark, Delores*; Clark, Mary*; Clayton, Marsha*; Cluff, Anna*; Coleman, Lula*; Combs, David*; Cooper, Roberts*; Coppedge, Darryle*; Crick, Kimberly*; Cruz, Esperanza*; Cryer, Becky*; Dahl, David*; De La Rosa, Odilla*; Deainza, Barbara*; Denny, Jeffrey L *; Denny, Molly J.*; Diaz, Mary*; Duncan, Shirley*; Elam, Claudia*; England, James*; Fischbach, Arleigh*; Flaniken, Betty*; Forbes, James*; Foward, Joe*; |

Note: Please refer to the report title page for complete report scope and key

9

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Futrell, Sharon*, Gajdosik, Margaret*; Garrett, Manieka*, Garza, Jorge*, Garza, Linda*, Garza, Manuel*, Garza, Pauline*, Geryak, Janie*; Gilmore, Bobbie*, Glaspie, Precious*, Goss, Garcia*, Graves, Mark*, Gray, Marvinette*; Griggsby, Tenya*; Guzman, Beatriz*, Haddox, Gracie*; Hafemann, Donald*; Hannah, Reba*, Hannah, Sandra*, Hardin, Larry*, Harrell, Regina*; Harris, Richard*, Harris, Sandra*, Harris, Vivian*, Haynes, Lloyd*, Heirs/Est -Pablo Flores*, Hermis, Lawrence*, Hernandez, Ana*, Hervey, George*; Hess, Kenneth*, Hill, Kristy*, Hodges, Alvin*, Hogue, Thelma*, Holland, Wanda*, Hopson (Ind /Rep /Est.-Kay Faubion), Joe*, Howard, Annice*, Hubbs, Judy*, Hutson, Jerry*, Jackson, Ella*, Jackson, Esther*; Jackson, Lendia*, James, Tracy*, Jobe, Charles*, Johnson, Willie*, Jones, Terryl*; Kenne, Gordon*, King, Patricia*, Knox, Mary*; Kolak, Alexander*, Lane, Sr , Prentice*, Lawson, Elva*, Lee, Gary*, Lerma, Clemente*; Leslie, Doris*, Leveen, Jay*, Lewe, Doris Jean*, Lewis, Crystal*, Lise, Joyce*; Logsdon, Ernest*, Lovvorn, Jesse*, Lucas, Stephen*, Mallet, Anthony J *, Mallet, Priscilla G *, Mankarious, Rifaat*, Manning, Rosie*; March, Alicia*, Martin, Georgia*, Martinez, Willie*; Mauldin, Mary*; Mayberry, Janice*, Mayo, Veronica*, McCleveland, Kym*, McGathon, Myrtle*, McMillian, Opal*, McNualty, Sharon*; Miller, Grunetta*; Molina, Euardo*, Moore, Sharon*; Moreno, Jesus*, Morris, Gerald*; Morton, David*, Mowery, Ricky*, Murphy, Mary*, Myer, Margaret Pearson*; Nelson, Rubie*, Newell, Carol*, Newton, Mary*; Nichols, Fredrick*, Oliver, Rena*, Owen, III, David*, Parker, Jessie*; Parks, Dorothy*; Parks, Margaret*, Patterson, Steven*, Phelan, Claudia*, Phillips, Laura M.*; Pikul (Adm /Est.-Paul), Thomas Joseph*, Platt, Jr , Alvin*, Posada, Maria*; Powers, Gail*; Pradia, Carolyn*; Punch, Vivian*, Pyron, Marshall*, Rady, Jean*, Ramirez, Josefa*, Ray, Sr., Darrell*; Reyna, Pete*; Reynolds, Lori*, Rhodes, Brian*, Rhodes, George*, Richter, Mary*, Rivera, Epifanio*, Roberts, Katherine*, Roberts, Lorna*, Robertson, Teddy*, Robinson, Lonnie*; Robinson, Oscar*, Rodriguez, Dorothy*, Rodriguez, Jose*, Rodriguez, Vivian*, Rogers, Hank*, Ross, Larry*; Ross, Olga*, Ross, Sonsuray*, Royston, Trina*, Russell, Shelvy*, Saylor, Richard*, Schuhrke, Nora*, Seago, Buncy*; Shah, Ahmed*; Shields, Marie*, Simmons, Robert*, Simpson, Ovie*; Simpson, Patricia*, Skipworth, Billy*, Small, Weavis*, Smith, Georgia*, Smith, Melody*; Sorge, Charles*, Steard, Sheilah*, Stech, Richard*, Taylor, Jimmy*, Taylor, Susan*, Taylor,Tammy*, Taylor-Beck, Dimitri*; Teagve, James*, Thomas, Gerladine*, Thomas, Jr , Clifton*, Thomas, Leslie*; Thompson, Ray*; Tucholski, Ernest*, Wallace, Lamar*, Ward, George*, Ward, Willie*; Wardlow, Willard*, Watson, Jummy*, Watson, Lonzine*; Wiley, Little*; Williams, Belinda*, Williams, Charlotte*; Williams, Josephine*, Williams, Theresa*, Wilson, John*, Wofford, Diane*, Wood, Carol*, Woodall, Phyllis*, Worsley, Fred*; Wright, Alice*; Yarbrough, Brenda*, Yong Cha, Page* |
| Lietz, David K<br>Coale, Cooley, Lietz, McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington, DC 20006 | => Gerber, Ellen B *, Gerber, Melvin* |
| Lockridge, Richard A<br>Lockridge, Grindal & Nauen P L L P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Hornister, Shirley |
| Luckett, Jr, William O<br>Luckett Law Firm<br>P O Drawer 1000<br>Clarksdale, MS 38614-1000 | => Kroger Co |
| Malone, Patrick A<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, N W<br>Suite 1100<br>Washington, DC 20036 | => Jeffers, Barbara Ann; Jeffers, Daniel Martin |
| Matthews, David P<br>Abraham Watkins Nichols Sorrels Matthews & Friend | => Gilmore, Charles C *; Hale, Donna*, Stout, John R *, White, Johnny*, Young, Bernadette* |

Note. Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 800 Commerce Street<br>Houston, TX 77002-1776 | |
| McClain, Kenneth B<br>Humphrey, Farrington & McClain, P C<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | => Nevels, Caroline* |
| McNamara, J Leray<br>Copeland, Cook, Taylor & Bush, P A<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P O Box 6020<br>Ridgeland, MS 39158-6020 | => Ball, M.D , David*; Barr, M D , William*; Hammock, M D , B L , Hassell, John F , Line, M D , Lance*, Liverman, Steven B *; Newell, M D , Bruce*, Peeler, M.D., J G *, Smith, M D , Randall, Weiss, David C *, Windham, M D , Thomas* |
| Meaders, Kim M.<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste 2300<br>Dallas, TX 75202 | => Alford's Pharmacy* |
| Merkel, Charles M<br>Merkel & Cocke<br>P O Box 1388<br>Clarksdale, MS 38614-1388 | => Shannon, Frances |
| Milam, S Kirk<br>Hickman, Goza & Spragins, Pllc<br>P O Drawer 668<br>Oxford, MS 38655-0668 | => Gunn, M D , Susan*, Gunn, Susan*; McIntosh, M.D , Cooper A * |
| Milavetz, Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 | => Burris, Jr , Lowell |
| Miller, Mason L<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W Main Street<br>Lexington, KY 40507 | => Getty, Richard J *, Stamper, Della* |
| Minor, Daniel<br>1032 Cardinal Dr<br>Waco, TX 76712 | => Minor, Daniel |
| Minor, Steven R<br>Elliott Lawson & Minor, PC<br>P O Box 8400<br>Bristol, VA 24203-8400 | => Amerisource Corp *#; AmerisourceBergen Corp. fdba AmeriSource Corp |
| Moirano, Michael H<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | => Oswald, Constance* |
| Mousseau, Geoffrey C<br>Mousseau & Associates | => Ashman, Charles* |

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | |
| Mulhern, Edwin T<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | => Mell, Alan |
| Murray, Stephen B<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | => Gottsegen, M.D , Warren L *, Gregory, Jr , William B * |
| Nast, Dianne M<br>Roda & Nast, P C<br>801 Estelle Drive<br>Lancaster, PA 17601 | => Engle (Ind /Adm /Est -Louise), Fred S.* |
| Naylor, Eugene R<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg<br>401 East Capitol St<br>P O Box 651<br>Jackson, MS 39205-0651 | => Patel, M D , Pravin |
| O'Malley, Richard F<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | => G D Searle & Co *; Pfizer, Inc *, Pharmacia Corp * |
| Owen, Gregory J<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd<br>Suite 201<br>Valencia, CA 91355 | => Baca, Richard David*, Berchtold, Don*, Cole, Sally*, De Luca, Barbara*, Evans, Charles*, Giles, Stan*, Goodell, Margaret Helen*, Gunn, Leroy*; Holley (Heir-Audrey L. Piscitello), Alison*, Householder, Betty*; Jackson, Yvonne O *, Piscitello (Heir-Audrey L ), Clement*, Reagan, Gorman*, Safford, Joyce Crawford*, Salt, Della Jo*, Sieper (Heir-Audrey L. Piscitello), Meredith*, Winward, Kenneth C *, Wright, Ward* |
| Pearson, Thomas Jack<br>Pearson & Campbell, P C<br>2394 Calder Avenue<br>Beaumont, TX 77702 | => Allen, Gloria*, Jones, Rena*, Lewis (Ind /Next Friend-Trienida & Quenida), Brenda*, Lewis (Ind /Next Friend-Trienida & Quenida), Darylene*, Painton, Billie*; Painton, Jack*, Richard, Calvin*, Richard, Ervin*, Richard, Kernis*; Richard, Larry*; Richard, Lon*, Richard, Lovincy* |
| Piper, Jr, Robert E<br>Piper & Associates<br>624 Pierre Avenue<br>P O Box 69<br>Shreveport, LA 71103 | => Bates, Catherine; Bates, Leroy, Burns, Annie; Burns, Lendell, Butler, Mary, Butler, Maynard, Evans, Garnett, Evans, Marion, Harper, Josephine, McKnight, Vaughn, Sadler, Leona, Tice, Martha, Tice, William, Wright, Frances, Wright, Herchial |
| Pitre, Frank M<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>840 Malcolm Road<br>Burlingame, CA 94010 | => Brass, Jeffrey, Taylor, Patricia A , Tokes, Kathy |
| Pope, Geoffrey Edward<br>Doffermyre, Shields, Canfield, Knowles & Devine<br>1355 Peachtree Street, N E | => Strickland, Edna |

Note Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1600 The Peachtree<br>Atlanta, GA 30309-3269 | |
| Price, Henry J<br>Price, Potter, Jackson, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | => Baum, Janice, Briner (Per /Rep./Est.-Phyllis), Darai, Henderson, Kevin, Portillo (Ind /Heir-Elvira M Pena), Ruben, Van Jelgerhuis, Kimberly |
| Quetglas-Jordan, Eric M<br>Queglas Law Offices<br>P O Box 16606<br>San Juan, PR 00908-6606 | => Gonzalez, Hilda Rita, Gonzalez, Robert A ; Gonzalez-Arias, Rafael* |
| Robb, William R<br>Aleshire, Robb & Sivils, P C<br>901 St Louis Street<br>Suite 1600<br>Springfield, MO 65806 | => Young (Ind /Next Friend-Steven/Adm./Est.-Lisa), Russell |
| Rowland, Robert D<br>2227 South State Route 157<br>Edwardsville, IL 62025 | => Ellis, John* |
| Ruiz, John H<br>Law Office of John H Ruiz<br>5040 N W 7th Street<br>Suite 920<br>Miami, FL 33126 | => Abraham, Josefa*, Alcarez, Maria P *, Andino, Jose* |
| Rynecki, Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 | => Aiken (Adm /Est -Mary & Kenneth), Elizabeth, Covington, Jerome; Davis, Laney C |
| Saia, Stephen V<br>Law Offices of Stephen V Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | => Saia, Frank R * |
| Schwebel, Paul R M<br>5657 Rundle Court<br>Indianapolis, IN 46220 | => Morrison (By his Per./Representative Patricia L.), Lowell D |
| Scott, Stuart E<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | => Moldovan, Gregory*; Moldovan, Wanda* |
| Seeger, Christopher A<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 | => Brown, Clairse; Hanson, William*; Pagan, Carmen M , Walson (Ind /Adm./Est.-Willie, Jr ), Roberta* |
| Simon, Jeffrey B<br>Waters & Kraus<br>3219 McKinney Avenue | => Bias, Byron, Varnado, Carolyn |

Note Please refer to the report title page for complete report scope and key

*(Panel Attorney Service List for MDL 1,657 Continued)*                                                        Page 12

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 3000<br>Dallas, TX 75204 | |
| Smith, David Neil<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Dangerfield, TX 75638 | => Williamson (Ind /Next friend-Courtly & Herman), Marian |
| Smith, Deanna Dean<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | => Truitt, M.D , Norman |
| Snapka, Kathryn A<br>Snapka, Turman & Waterhouse, LLP<br>606 N Carancahua, Suite 1511<br>P O Drawer 23017<br>Corpus Christi, TX 78403 | => Benavides (Ind./Per /Est -Juan), Patricia*, Sandoval, Audona |
| Specter, Shanin<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | => Sirota, Merrick*, Sirota, Michele* |
| Stacy, Robert F<br>Daniel, Coker, Horton & Bell<br>P O Box 1084<br>Jackson, MS 39215-1084 | => Don's Pharmacy, Woods Drug Store |
| Steward, John S<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St Louis, MO 63144 | => Perkins, Janice |
| Sullivan, Robert G<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Wright, Dawn, Wright, Lawrence |
| Thomas, Casandra F<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | => Thomas, Cassandra Faye |
| Tisi, Christopher V<br>Ashcraft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 | => Biles, Melvin*, Edler (Ind /Per./Rep /Est.-William Dale & behalf-wrongful death beneficiaries-William Dale, Gail Lynne & Shawn C ), Lindsey*; Morris, Jr , David* |
| Wade, Jr , Lawrence D<br>Campbell, DeLong, Hagwood & Wade<br>P O Box 1856<br>Greenville, MS 38702-1856 | => Petilos, M.D , Salvador, Waller, M.D , Richard E |
| Walker, Chris J<br>Markow Walker, P A | => Stone, M.D , Deck; Weiner, Roger |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P O Box 13669<br>Jackson, MS 39236-3669 | |
| Walker, Thomas E<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | => Harlan, Gary; Wall, Robert |
| Watson, Leila H<br>Cory, Watson, Crowder & DeGaris, P C<br>2131 Magnolia Avenue<br>P O Box 55927<br>Birmingham, AL 35255-5972 | => Wilson, Danny M |
| Weaver, Jennifer Fadal<br>1305 Fossel Ridge Trial<br>Waco, TX 76712 | => Weaver, Jennifer Fadal |
| Weiner, Richard J<br>Law Offices Of Richard J Weiner, P C<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => Quick, Anna |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | => Register, Anne; Register, Jack A |
| Welch, III, Jewell E<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | => White, Vicki |
| Weston, John K<br>Sacks, Weston, Smolinksy, Albert & Luber<br>510 Walunt Street<br>Suite 400<br>Philadelphia, PA 19106 | => Carr, Gwendolyn L.* |
| Wright, James L<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Avenue<br>Suite 1010<br>Austin, TX 78701-0001 | => Bauman (Ind /Rep /Est -Elsie Geneva), Larry Lee; Bauman, III (Ind /Rep /Est -Elsie Geneva), Ernest Charles; Clay (Ind /Rep /Est -Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher (Ind /Rep /Est.-Elsie Geneva Bauman), Kelly; Moses (Ind./Rep /Est -Elsie Geneva), Mary Carla; Tolbertt (Ind /Rep /Est -Elsie Geneva Bauman), Lisa Bauman |
| Zonas, James John<br>James J Zonas, Attorney at Law<br>700-2nd Avenue, North<br>Suite 102<br>Naples, FL 34102 | => Dunleavey (By & Through/Per /Rep /Est -Edward), Frances |

Nadeem Haider
606 N. Jefferson St.
Louisville, MS 39339

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Ave., 12th Floor
New York, NY 10017-5563

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Ave, Ste 4400
Dallas, TX 75201

Note  Please refer to the report title page for complete report scope and key

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX:<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657; SECTION L<br><br>The Hon. Eldon E. Fallon; The Hon. Magistrate Daniel E. Knowles, III<br><br>**[PROPOSED] ORDER APPOINTING MARGARET MOSES BRANCH TO SERVE ON PLAINTIFFS' STEERING COMMITTEE** |

The Court, having reviewed and considered the Submissions of attorneys in the above-referenced Multi-District Litigation to serve on Plaintiffs' Steering Committee, and upon such review and consideration,

**IT IS HEREBY ORDERED THAT** Margaret Moses Branch is hereby appointed to serve on Plaintiffs' Steering Committee.

**IT IS FURTHER ORDERED THAT** Margaret Moses Branch met all criteria and requisite qualifications as set forth in this Court's Pretrial Order Number One (1) to serve on Plaintiffs' Steering Committee.

**IT IS FURTHER ORDERED THAT** within fourteen (14) days from the date of this Order, Margaret Moses Branch is hereby responsible for serving this Order to all attorneys in this Multi-District Litigation matter, as listed in "Schedule" B," which is attached to the Pretrial Order Number One (1). Said service shall be accompanied by a Certificate of Service, as ordered pursuant to Local Rules of Court, Rule 5.3.

Dated: _____, 2005          _____
                                        *unsigned*
                                        THE HONORABLE ELDON E. FALLON
                                        THE HONORABLE MAGISTRATE
                                        DANIEL E. KNOWLES, III

*[Proposed] Order Appointment Margaret Moses Branch to Plaintiffs' Steering Committee, MDL 1657, Section L*