FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 23 AM 10: 17
LORETTA G. WHYTE
CLERK

MDL 1657

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                    :    MDL No. 1657
PRODUCTS LIABILITY LITIGATION   :    SECTION:
                                :
                                :    JUDGE FALLON
                                .    MAG. JUDGE KNOWLES

---

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF MICHELLE A. PARFITT FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Michelle A. Parfitt, who respectfully submits credentials to the Court in conformity with Pretrial Order No. 1.

I am a Senior Partner in the law firm of Ashcraft & Gerel, L.L.P.. Ashcraft & Gerel, L.L.P. was founded in 1953 and since that time the law firm has developed a reputation for excellence in the area of mass tort, particularly pharmaceutical, medical device and product liability litigation. The firm of Ashcraft & Gerel, L.L.P. is one of the nations largest plaintiffs' firms operating five offices in Washington, DC, Maryland and Virginia and employing more than 40 attorneys. Ashcraft & Gerel, L.L.P. is also part of a consortium of firms that have partnered together to form the national consumer law firm of Herman, Mathis, Casey, Kitchens & Gerel, L.L.P. That partnership specializes in complex consumer litigation committed to representing plaintiffs across the nation.

Over the last twenty four years of my professional career, I have sought to distinguish myself as a champion of individual rights as well as a leader before the bar in the area of mass torts specializing in pharmaceutical and product liability cases. I currently head the Mass Tort practice section of Ashcraft & Gerel, L.L.P. and have had the privilege of representing hundreds of individuals in various state and federal courts across the country who have filed suit against pharmaceutical and medical device manufacturers.

I received my undergraduate degree at Northeastern University and graduate degree from Michigan State University where I graduated Magna Cum Laude. I was later awarded my Juris Doctor from Hofstra Law School in 1980. I am the past president of the Trial Lawyers Association of Metropolitan Washington, D.C.

___ Fee_____
✓ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

having previously served as an officer and member of the Board of Governors for that association since 1998. I am also a past committee member for the TLA-DC's Women's Trial Education programs. I currently sit as a Board member on The Council for Court Excellence located in Washington, D.C., which is a nonpartisan, civic organization that works to improve the administration of justice in local and federal courts. This Council also works with related organizations nationwide.

I have also had the opportunity to serve in numerous leadership and committee positions for the Association of Trial Lawyers of America (ATLA), the District of Columbia Bar and the Women's Bar Association of the District of Columbia (WBA). I have been an active lecturer and author for the American Trial Lawyers Association, State Bar Associations and numerous national continuing legal education programs

As a member of ATLA, I serve as Co-Chair of the Diet Drug Litigation Group. I also continue to serve as a member of the Sections and Litigation Group for ATLA. As a member of the District of Columbia Bar, I have served as a trial mediator appointed by the District of Columbia Court in complex personal injury matters. I am a former Co-Chair of the D.C. Bar Sections on Litigation and Injury to Persons and Property. I am a former charter member of the Reproductive Cancer Task Force, that provided pro bono legal assistance in the areas of breast and prostate cancer medical insurance denial to the District of Columbia community.

With regard to the Women's Bar Association, I have Co-Chaired its Sections on Litigation, Immigration and Naturalization and Executive Endorsements. The Endorsement Committee responsibilities included recommendations for judicial appointments. I have an AV Martindale-Hubbel rating and am licensed to practice law in the District of Columbia and the Commonwealth of Virginia. I am a member of the District of Columbia Bar, Virginia State Bar and the Virginia Trial Lawyers Association.

Within my practice concentration in the area of pharmaceutical litigation, I have earned a reputation as one of the most knowledgeable attorneys in the areas of medical science and expert testimony preparation. My reputation in this area is perhaps best evidenced by the fact that I have been appointed by Judges of Federal District Courts in several jurisdictions to serve either as a member of the Plaintiffs' Steering Committee, Discovery Committee, Chair or Co-Chair of the Science and Expert Committees in a number of complex mass pharmaceutical litigations.

Specifically, I was appointed by the Honorable Barbara Jacobs Rothstein of the United States District Court for the Western District of Washington to serve on the Plaintiffs' Steering Committee as well as the Science and Expert Subcommittees for In Re: Phenylpropanolamine (PPA) Products Liability Litigation, MDL 1407  Prior to that, I was appointed as a member of the Discovery and Generic Expert Witness Committee for

in Re: Diet Drug Product Liability, MDL 1203 (E.D. Pa). I was also asked to serve as the Co-Chair of the Science and Expert Committee for your Honor with respect to In Re: Propulsid Products Liability Litigation, MDL 1355 where I also served on the Discovery Committee.

I am also serving on the Science and Expert Committee and Discovery Committee for In Re: Rezulin Product Liability Litigation, MDL 1348 (S.D.N.Y.) and In Re: Zyprexa Product Liability Litigation, MDL 1596 (E.D.N.Y.). The nature of my responsibilities as committee member and/or Co-Chair for these various litigations has added to my expertise in developing and coordinating the scientific, medical, clinical trial, regulatory, marketing, discovery and trial aspects of these litigations. Because of my expertise and extensive experience in pharmaceutical and medical device matters, I have also been chosen as Trial Counsel in several of these pharmaceutical cases that have been remanded to state courts and tried and settled in state and federal courts.

I am committed to providing my expertise and our firm's resources to this very important multi-district litigation. Over a year before the inception of the Vioxx MDL, my firm and its partners had already made a commitment to this litigation and had been retained and filed several suits in the state of Maryland, New York and New Jersey regarding Vioxx related injury. I personally have attended the Congressional Hearings surrounding Vioxx and have already expended considerable time and effort to retain individual scientists and physicians possessing national and international reputations to assist the Court with the scientific and medical issues that will arise. I believe that I possess the requisite experience in law, science and medicine as well as general knowledge concerning the management of multi-district pharmaceutical and product liability litigation to assist the Court in the efficient and fair administration of this litigation. I embrace and enjoy working cooperatively with others on these matters. I respectfully request the Court's consideration of my appointment to the Plaintiffs' Steering Committee.

Dated:  March 22, 2005

Respectfully submitted,

_____
Michelle A. Parfitt
ASHCRAFT & GEREL, L.L.P.
2000 L STREET, N.W., SUITE 400
WASHINGTON, DC 20036
(202) 783-6400          Fax (202) 416-6392

*Certificate of Service*

I hereby certify that I have filed two copies via Federal Express of the **Application of Michelle A. Parfitt for the Appointment to Plaintiffs' Steering Committee** with the Honorable Eldon E. Fallon,, Judge of the United States District Court for the Eastern District of Louisiana; I have also served via U.S. mail said copies on all counsel listed in Schedule B of PTO No. 1.

Dated: March 22, 2005

_____
Michelle A. Parfitt