UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL No. 1657 |
| PRODUCT LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF CHRISTOPHER V. TISI FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

I, Christopher V. Tisi, of the firm of Ashcraft and Gerel, hereby submit my application for appointment to the Plaintiffs' Steering Committee (PSC). As set forth below, I possess the qualities identified by this Court in Pretrial Order 1 for appointment to the PSC. Specifically, my firm and I have fully committed to this litigation, have demonstrated professional experience in complex pharmaceutical cases, and have a proven track-record of working cooperatively with MDL Courts and counsel.

Ashcraft and Gerel, LLP and its attorneys have a long and distinguished history representing plaintiffs in mass tort litigation, including victims of Asbestos, Agent Orange, AIDS-tainted blood, diet drugs, Rezulin, Baycol, PPA, Propulsid, and Vioxx. Due in large part to that experience, MDL Courts have appointed Ashcraft and Gerel attorneys to PSC and other leadership positions in cases involving issues relating to pharmaceutical liability. Our attorneys have held key leadership roles in In Re: Diet Drug Product Liability Litigation, MDL 1207 (E.D.Pa ), In Re: Rezulin Product Liability Litigation, MDL 1348 (S.D. N.Y) , In Re: Propulsid Product Liability Litigation, MDL 1355 (E.D.La.), In Re: Phenylpropanolamine Product Liability Litigation , MDL 1407 (W.D. Wa) and In Re: Zyprexa Product Liability Litigation., MDL 1596 (E.D.N.Y.).

I am a partner at Ashcraft and Gerel. I received my Bachelor of Arts degree (cum laude) from the State University of New York at Albany in 1982 and I graduated from Wake Forest Law School in

1987. I am a member of the Maryland and District of Columbia State Bars. I am also a member of the Bars for the Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fourth Circuit and the United States Supreme Court. Throughout my career, I have distinguished myself by representing plaintiffs in complex and product liability cases.[1] I have earned an "AV" rating from Martindale-Hubbell.

I have personal and active experience in pharmaceutical MDL proceedings. For example, I was personally appointed to and served as an active member of the Discovery, Science and Expert Committees for In Re Diet Drug Product Liability Litigation., In Re Rezulin Product Liabilty Litigation. In Re Phenylpropanolamine Product Liability Litigation. and In Re: Zyprexa Product Liability Litigation. In those cases, I was given a lead role in coordinating discovery and have been responsible for the conduct of numerous key corporate, regulatory and scientific depositions. In addition, I personally briefed and argued numerous legal issues that are sure to arise in these Vioxx proceedings, including:

- In Re: Diet Drugs Products Liability Litigation 2000 WL 876900 (E.D.Pa.) (Briefed and argued Daubert Motion involving PSC generic expert).

- In Re: Diet Drugs Products Liability Litigation., 2001 WL 454586 (E.D.Pa.) (Briefed, argued and presented evidence on Daubert issues involving regulatory and efficacy experts.)

- In Re: Diet Drugs Products Liability Litigation,1998 WL 1969647 (E.D.Pa.) (Briefed and argued motion involving jurisdiction over foreign company).

- In Re: Rezulin Products Liability Litigation, 178 F. Supp. 2d 412 (S.D.N.Y 2001)(Briefed and argued motion granting PSC access to clinical trial data)

Most recently, I personally briefed and argued Daubert challenges for In Re: Rezulin.

In addition to the MDL positions outlined above, I have personal experience trying pharmaceutical injury cases using MDL-generated work product In 2003, I was co-trial counsel in

---

[1] Cases tried and argued by Mr Tisi have established important legal principles in the area of product liability. See, eg., Warner-Fruehauf Corp., v. Boston, 654 A.2d 1272 (D.C. 1995) (Clarifying 402A liability in the District of Columbia); Ray v. American National Red Cross, 696 A.2d 399(D.C. 1997) (Establishing Basis for blood bank liability for injuries from tainted blood).

Morgado v. Warner-Lambert, (Sup. Ct. N.Y.2003 ), a case involving Rezulin-induced liver injury where the jury found in favor of the plaintiff. Most recently, I was co-lead trial counsel in Pearman v. Wyeth, (State Court Fulton Co., Ga. 2005), a case involving diet drug-induced heart disease which was settled during trial. My MDL and trial experience give me unique and first-hand understanding of the importance developing an effective MDL trial package. I have also lectured other plaintiff's attorneys on all aspects of the trial of a pharmaceutical case, including the use of MDL generated evidence.

Importantly, my firm and I were actively involved in Vioxx litigation well before Vioxx was removed from the U.S. market in September of 2004. We have had cases pending and active in both the State and Federal Courts since 2003. See, eg, Edler v. Merck & Co., Inc., 1:03-CV-03612 (D.Md.); Biles v. Merck & Co., Inc, 1:04-CV-975 (D.Md). In the past two years we have devoted several of our experienced pharmaceutical partners and associates to this litigation. Since 2004, we have actively reviewed internal Merck documents, retained generic experts, and identified third-party witnesses for discovery in connection with In Re: Vioxx Litigation, Case No. 619 (N.J. Super. Ct., Atlantic County)(Higbee, J.). Recently, I was asked to conduct depositions of two of Merck's scientific consultants in the New Jersey Coordinated Proceedings. Our team approach to Vioxx, over the past several years demonstrates our dedication and sustained commitment to this case.

As set forth above, my firm and I have demonstrated a knowledge of pharmaceutical litigation in general and of Vioxx litigation specifically. For the forgoing reasons, I would be honored to serve the Court for the common benefit of plaintiffs in this important litigation.

Respectfully Submitted,

Christopher V. Tisi
ASHCRAFT & GEREL, LLP
2000 L Street, NW, Suite 400
Washington, DC, 20036
(202)783-6400

## CERTIFICATE OF SERVICE

I hereby certify that I have filed two copies via Federal Express of the **Application of Christopher V. Tisi for the Appointment to Plaintiffs' Steering Committee** with the Honorable Eldon E. Fallon, Judge of the United States District Court for the Eastern District of Louisiana; I have also served via U.S. mail said copies on all counsel listed in Schedule B of PTO No. 1.

DATED: March 22, 2005                              _____
                                                    Christopher V. Tisi