

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 23  PM 1: 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657<br>)<br>) HON. ELDON E. FALLON<br>) |

## APPLICATION OF RONNIE G. PENTON FOR MEMBERSHIP ON PLAINTIFFS' STEERING COMMITTEE

I, Ronnie G. Penton, am the senior partner in the Law Offices of Ronnie G. Penton of Bogalusa, Louisiana. I am a 1980 graduate of the Mississippi College School of Law. I am willing and able to serve on this committee and will commit the time and resources necessary. The Law Offices of Ronnie G. Penton is a firm with two associate attorneys and six staff members.

I have been certified by the National Board of Trial Advocacy in "Civil Trial Advocacy" since 1989.

My practice is concentrated in the area of plaintiff personal injury litigation, including product liability, admiralty, mass tort, and class action litigation. I have extensive trial and complex case experience.

I am currently involved in the following MDL, mass joinders and/or class action litigation: Celebrex, Welding Rod Liability Product Litigation, Phenylpropanolamine (PPA), Baycol, Meridia, Avandia, Serzone, 2004 Dow Chemical Vinyl Chloride/Myrtle Grove Litigation, 2004 Temple Inland Chemical Release, Neurontin, Shell Fuel Contamination, 2005 South Carolina Train Derailment and Chlorine Release, 2003 DPC Chlorine Release in Missouri, 2004 DPC Chlorine Release in Arizona, and 1995 Gaylord Chemical Release.

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier
985-735-5579



___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

1

In the past, I have been involved in the following mass tort cases that are now over: Bogalusa Legionnaires Disease Outbreak and Angie, Louisiana Ammonia Release.

Although I continue to have responsibilities in several of the matters listed above, I will be able to devote my full attention to this litigation if given the opportunity.

I request appointment to the Plaintiffs' Steering Committee based upon my experience in this type of litigation. I enjoy working in a committee setting. I have the ability and I am willing to expend the time and resources necessary to bring this matter through the MDL process.

In the event I am not selected to serve on the Plaintiff Steering Committee, I request permission to work on subcommittees for the common benefit of the Plaintiffs' efforts.

LAW OFFICES OF RONNIE G. PENTON<br>
209 HOPPEN PLACE<br>
BOGALUSA, LOUISIANA 70427<br>
TELEPHONE: (985) 732-5651<br>
TELECOPIER: (985) 735-5579<br>
<br>
Ronnie G. Penton<br>
Trial Counsel for Plaintiff<br>
Bar Roll Number 10462

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA LA 70427

985-732-5651
800-419-3445

Telecopier
985-735-5579

2

## CERTIFICATE OF SERVICE

This is to certify that I have forwarded to Russ M. Herman, Liaison Counsel for this litigation, a copy of the above and foregoing pleading, through United States Postal Service, postage pre-paid, and properly addressed, on March 21, 2005, for dissemination to all counsel.

*Ronnie G. Penton*

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA LA 70427

985-732-5651
800-419-3445

Telecopier
985-735-5579

3