THE LAW OFFICES OF
# DANIEL E. BECNEL, JR.
ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E BECNEL, JR *
DANIEL E BECNEL, III
DARRYL J BECNEL
J BRADLEY DUHE**
MATTHEW B MORELAND
KEVIN P KLIBERT
CAROLINE C DONLON***
SALVADORE CHRISTINA, JR
DEANNE R SIRMON
BRADLEY D BECNEL

*Also Admitted in Colorado
**Also Admitted in Texas
***Also Admitted in Texas and Mississippi

*Please Reply To*
☑ 106 WEST SEVENTH STREET
PO DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL dbecnel@rtconline.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL Becketbec@aol com

FILED
U.S. DISTRICT COURT
2005 MAR 24

March 24, 2005

Judge Eldon E. Fallon
United States District Court
500 Camp Street
New Orleans, Louisiana 70130

Sect. L

Re: MDL NO. 1657 In Re Vioxx Products Liability Litigation

Dear Judge Fallon:

Pursuant to your comments at the March 18, 2005 status conference, that applications should be in letter form, not more than three pages double spaced, I request that your Honor withdraw my previous application and substitute the following application to the Plaintiffs' Steering Committee.

My major focus in this litigation has been consulting, interviewing and retaining experts. Among those experts retained by my office as of now are the following: Professor Daniel Acosta: Cardio-Toxicologist, Dean, College of Pharmacy, University of Cincinnati Medical School; Dr. Nachman Brautbar: Nephrologist, Internal Medicine Toxicologist, University of Southern California Medical School; Dr. Cyril Wecht: Forensic Pathologist, Attorney and Coroner of Pittsburgh, Pennsylvania; Dr. Michael Snabes: Associate Director of Cox-2, Phases I - IV, Global Research & Development, Searle-Pharmacia-Pfizer, University of Chicago Pritzker Medical School; Professor Augustine Aruna: Xavier School of Pharmacy; Dr. Paul Nathan: Cardiologist, New Orleans; Professor Arthur Miller: Harvard Law School on Rule 23 issues; and Dr. Daniel A. Wecht: Neurology/Neuorsurgery.

Fee____
Process____
X Dktd____
✓ CtRmDep____
____ Doc. No.____

All of the cases filed by my firm thus far are in federal court and it is my intention to bring all of my cases in federal court. Additionally, my firm has no conflict of interest in state court cases although I have been working in a cooperative spirit with attorneys in California, New Jersey and Alabama.

I have been asked to speak at numerous seminars throughout the country dealing with the Vioxx Litigation including, Mass Torts Made Perfect in both Law Vegas and New York City and HarrisMartin's Vioxx/Cox-2 Litigation Conference which is scheduled in Florida on April 4 -5, 2005. In addition, I have also kept more than one hundred lawyers from throughout the country involved and up-to-date on developments in this litigation prior to the MDL's formation. My office has sent lawyers to both New York and Alabama on a full time basis (six lawyers, including attorney/nurses and many lawyers with special training in complex litigation and pharmaceutical litigation).

Among the major MDL's to which I have been appointed are the following: MDL No. 330 - Swine Flu Immunization Products Liability Litigation; MDL No. 926 - In Re Breast Implant Products Liability Litigation; MDL No. 1014 - Orthopedic Bone Screw Products Liability Litigation; MDL No. 1038 - Norplant Contraceptive Products Liability Litigation; MDL No. 1057 - Telectronics Pacing Systems, Inc., Accufix "J" Leads Products Liability Litigation; MDL No. 1203 - In Re Diet Drug (Phentermine/ Fenfluramine/Dexfenfluramine) Products Liability LitigationI; MDL No. 1355 - In Re Propulsid Products Liability LitigationMDL No. 1373 - Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness Tires Products Liability Litigation; MDL No. 1401 - Sulzer Inter-Op Hip Prosthesis Products Liability Litigation; MDL No. 1431 - In Re Baycol Products Liability Litigation; MDL No. 1477 - In Re Serzone Products Liability Litigation; MDL No. 1481 - In Re Meridia Products Liability Litigation; MDL No. 1535 - In Re Welding Rod Products Liability Litigation; MDL No. 1626 - In Re Accutane Products Liability Litigation; MDL No. 1629 - In Re Neurontin Marketing and Sales Practices Litigation; and MDL No. 1632 - In Re High Sulfur Content Gasoline Products Liability Litigation.

Should the Court wish for me to serve on the Plaintiffs' Steering Committee, I can personally assure the Court that I will attend every meeting and work cooperatively as I have done in the past with lawyers from throughout the country. Additionally, I have the financial ability to properly fund this litigation.

Our office has nurses, paralegals, computer specialists and sufficient office space with which this Court is familiar, to provide an independent document depository should that be necessary. This office is fifteen minutes from the New Orleans airport and has twenty computer stations which can be activated at a moments notice.

Our office has filed fourteen federal cases which are presently pending and we have accepted thousands of contracts in the Vioxx litigation after screening the cases.

I have called numerous meetings throughout the United States in an effort to create a cooperative spirit among lawyers pursuing this litigation, whether the lawyers chose federal court or state court. The Manual for Complex Litigation requires this type of cooperative effort and my office has tried to follow the Manual.

I would be honored for the opportunity to serve on the Plaintiffs' Steering Committee. It is clear from the efforts I have expended and the tasks thus far accomplished in this litigation that I have sufficient time to dedicate to the prosecution of this case. Moreover, my extensive experience and history of cooperation on similar committees speaks for itself, and supports the conclusion that I am abundantly qualified to serve on the Plaintiffs' Steering Committee in this MDL.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks
cc:   Russ Herman, Esq.