

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| AThis Document Relates to All Cases@ | Judge Fallon<br>Mag. Judge Knowles |

## NOTICE OF FILING APPLICATION FOR APPOINTMENT OF MATTHEW B. MORELAND TO THE PLAINTIFFS= STEERING COMMITTEE

NOW COMES Matthew B. Moreland, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs= Steering Committee in the above captioned matter.

Respectfully submitted,

MATTHEW B. MORELAND (#24567)
LAW OFFICES OF DANIEL E. BECNEL, JR.
P. O. Drawer H
106 West Seventh Street
Reserve, LA 70084
Telephone (985) 536-1186
Facsimile  (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel Russ Herman by hand delivery this 24th day of March, 2005.

Matthew B. Moreland

___ Fee_____
___ Process_____
X  Dktd_____
√  CtRmDep_____
___ Doc. No._____

THE LAW OFFICES OF
# DANIEL E. BECNEL, JR.
ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E BECNEL, JR *
DANIEL E BECNEL III
DARRYL J BECNEL
J BRADLEY DUHE**
MATTHEW B MORELAND
KEVIN P KLIBERT
CAROLINE C DONLON***
SALVADORE CHRISTINA, JR
DEANNE R SIRMON
BRADLEY D BECNEL

*Also Admitted in Colorado
**Also Admitted in Texas
***Also Admitted in Texas and Mississippi

Please Reply To
☑ 106 WEST SEVENTH STREET
PO DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL dbecnel@rtconline com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL Becketbec@aol com

March 24, 2005

Honorable Judge Eldon E. Fallon
USDC, EDLA
500 Poydras Street, Room C456
New Orleans, LA 70130

Re:   *In Re: Vioxx Products Liability Litigation, MDL No. 1657*

Dear Judge Fallon:

I respectfully submit this Application for Appointment to the Vioxx Plaintiff's Steering Committee (hereinafter "PSC"), MDL 1657. My firm and I are willing and available to commit our time and vast resources. I further believe my 9 years of experience in the federal court, medical litigation and other MDL litigation would offer a great deal to the Vioxx PSC.

While my years of experience may not be as numerous as the other applicants, I feel I bring useful knowledge and hands on experience necessary for the efficient adjudication of this complex litigation. My close involvement with the Court begins as a Law Clerk in Eastern District of Louisiana to Judge G. Thomas Porteous, Jr. from 1996 to 1997 and as a Staff Attorney to the entire bench of the Eastern District of Louisiana from 1996 to 1997; thus allowing a strong working relationship with the entire MDL Court from the Clerk's Office to the Systems Unit. After I completed my term with the Court, I worked as an associate at the firm of Boggs, Loehn and Rodrigue where I defended numerous doctors and hospitals throughout the South. This experience, as well as my undergraduate emphasis in Biology, affirmed my interest in medical based litigation. After several years in the defense practice, I began working with the Law Offices of Daniel E. Becnel, Jr.

Since I began working with the Law Offices of Daniel E. Becnel, Jr. in May 2001, I have had a large amount of direct litigation experience in the MDL medical products liability arena. From my first day at the firm, I began working on <u>In Re: Propulsid Product Liability Litigiation MDL 1355</u>. After several months of document review and coding, I began preparing for and attending depositions by video conference. This litigation experience from inception to closure has provided an excellent viewpoint for me to offer the PSC as well as suggestions to streamline future litigation thus minimizing the costs to all litigants. In the summer of 2001, I also began working on the <u>In Re: Rezulin Litigation, MDL No. 1348</u>, in Philadelphia, PA. Through this litigation, I not only assisted in document review but also in writing several briefs and memoranda. This case, as well, was brought to settlement as a result of the work of the many hardworking members of the PSC and their law offices.

More recently, I worked diligently on the <u>In Re: Baycol Litigation, MDL No. 1431</u>. My firm filed suit on behalf of over 50 claimants beginning in August 2001. This litigation before Judge Michael J. Davis, District of Minnesota, parallels many of the programs that your Honor has indicated will be utilized in the Vioxx MDL; particularly the same type of service program as this Court has indicated it will implement. While working on Baycol, I conducted depositions of defendant employees, assisted in the preparation of several other depositions, met with the Special Master to develop detailed Plaintiff Fact Sheet supplements and model criteria for expert reports and attended monthly status conferences and hearings. Therefore, given the numerous amount of filings and service issues that need to be addressed, I have vast experience with the system as well as some of the potential problems that the practitioners will encounter while utilizing the system. Participating in this case has provided me not only with the experience of handling a mass tort but also the "hands on experience" of a MDL, not simply delegating the duties and problems to staff, thus supplying me with direct knowledge of potential hurdles and possible resolutions to matters before they arise.

Lastly, I have also worked on the Serzone Litigation, MDL No. 1477 from its inception to its present settlement program. Other MDL's in which I have gained experience from committee work are:

<u>In Re: Meridia Products Liability Litigation, MDL No. 1481</u>; <u>In Re: Welding Fume Products Liability Litigation, MDL No. 1535</u> and <u>In Re: Accutane Products Liability Litigation, MDL No. 1626</u>.

Finally, I signed and filed the first Vioxx case in the Eastern District of Louisiana, <u>Christina v. Merck & Co., Inc.</u>, 04-CV-2726, on October 1, 2004. My office prepared and filed the original Motion to Transfer before the Judicial Panel on Multidistrict Litigation to convene a MDL for the Vioxx litigation and further argued that the litigation should be transferred to this Court. I filed 8 suits in the Vioxx litigation, the first of thousands of claimants our firm represents. All of our cases and clients are already a part of or have agreed to participate in the Federal Court MDL litigation. I have no clients in state court nor do I intend to file any state court lawsuits pertaining to Vioxx, thus my appointment to the PSC would pose no conflict. This active representation of clients in the federal arena is important to all PSC appointees so as to not have PSC members without participating Vioxx clients. My commitment to this MDL, as well as that of my firm and its resources, is evident from the outset of this litigation and it is a work ethic I wish to bring to the PSC.

My extensive contact with counsel from around the country, my close ties to the Bar given my strong role in the Federal Bar Association and having worked closely with other nationwide class action counsel would allow me to assist the Vioxx PSC in communicating the concerns of the claimants with the Court as well as the Court's directives and concerns directly back to local counsel around the country. My office and I have the manpower and financial resources to dedicate the time and energy needed or called upon by this court for the Vioxx Litigation. Further, I believe that the inclusion of younger attorneys would allow this type of litigation to not only receive detailed input from a wider range of lawyers but will also utilize the work effort and direct resources of young lawyers for the future of such litigation.

Sincerely yours,

Matthew B. Moreland

cc: Russ Herman