UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 24  AM 10: 59
LORETTA G. WHYTE
CLERK

### ELLEN A. PRESBY'S APPLICATION FOR APPOINTMENT
### TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Ellen A. Presby, who files the attached Application for Appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

BY: _____
Ellen A. Presby
Texas State Bar No. 16249600
BARON & BUDD, A PROFESSIONAL CORPORATION
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605
(214) 520-1181 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that I have filed, via Federal Express, the attached pleading with the United States District Court for the Eastern District of Louisiana; I have also served, via U. S. Mail, copies upon counsel for all parties this 23rd day of March, 2005.

_____
Ellen A. Presby

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDp_____
___ Doc. No_____

**Application to Plaintiffs' Steering Committee in *In Re: Vioxx Products Liability Litigation***

Dear Judge Fallon:

Pursuant to your Pretrial Order #1 dated February 18, 2005, please accept this letter as my application to serve on the Vioxx Plaintiffs' Steering Committee (PSC).

**Professional Experience in Mass Tort and Pharmaceutical Litigation:** I am a shareholder with Dallas, Texas-based Baron & Budd, P.C. and head my law firm's pharmaceutical litigation practice. Over my twenty-plus years of practicing law, I have litigated products liability cases on behalf of plaintiffs and defendants. I am AV rated by Martindale-Hubbell and in 2004, I was honored as one of the top 50 women litigators in the state of Texas in a survey by Law & Politics Media. My law firm enjoys a national reputation for the quality of our legal work  For example, in 2004 Baron & Budd was named by *The National Law Journal* as one of twenty exemplary plaintiffs' firms in the country and by *American Lawyer* as one of the sixteen most successful plaintiffs' firms nationwide. Our firm, which is devoted to practicing in complex, mass tort litigation, has represented plaintiffs in numerous state and federal MDLs in cases involving toxic torts and pharmaceuticals.

I have personally represented thousands of clients in Fen Phen and latex allergy cases in federal multi-district litigation. My most recent MDL involvement, the Fen Phen MDL, has consumed the better part of the last three years of my legal practice. I represent close to 3500 Fen Phen plaintiffs, including participants in the Class Action Settlement and cases pending in the MDL. I also represent numerous Vioxx users in tandem with the Dallas-based law firm of Morgan & Weisbrod, P.C., including unfiled cases and cases pending in the MDL.

**Demonstrated Ability of Working Cooperatively with Others in Complex Litigation:**

One of the accomplishments of which I am most proud is my role in building consensus and

negotiating an accord in the notoriously contentious Fen Phen "Phase II" litigation. When I first became involved in Fen Phen, the parties (class counsel, the defendant, the Class Action Settlement Trust, and the Plaintiffs) were quarreling over the questions of whether the plaintiffs were complying with the requirements of the Class Action Settlement, whether the Trust was performing in the speed and manner contemplated by the Class Action Settlement Agreement, and whether the presumption of the Settlement in favor of the plaintiffs was being followed. The sides quickly became so entrenched in their positions that every attempt to evaluate claims resulted in an intense litigation battle. As a result, MDL Judge Honorable Harvey Bartle, III, was put in the unenviable position of re-deciding virtually every major issue.

It became clear that the Parties had sunken irretrievably into a quagmire of intense litigation. The Settlement could not continue on the path it was heading without exploding. I personally played a prominent role in redirecting the course. To quell the escalating discord and to attain final resolution for the claimants, I assisted in forming a court-appointed Liaison Committee to work among the plaintiffs' counsel, the defendant drug manufacturer, Class Counsel and the Court. The four other Committee members and I worked for over a year to negotiate a resolution. Called "The Seventh Amendment," the resolution was supported by more than 95% of the 100,000 Fen Phen class action claimants, and, after a multi-day Fairness Hearing, was recently approved by Judge Bartle. The Seventh Amendment provides for $1.275 billion of additional funding into the Fen Phen Class Action Settlement fund and a new way of processing claims. This solution could not have occurred without the Liaison Committee.

Once the problems inside the Class Action Settlement itself were resolved, it became clear that the timing was right for a resolution of the opt-out lawsuits and the MDL. With this goal in mind, two other lawyers and I formed what has been recognized by Judge Bartle as the Claimants'

Facilitating Committee (the "CFC"). The CFC negotiated a new settlement process with the defendant to resolve the pending lawsuits. To date, after a year of negotiation and only three months of putting the proposal into the public eye, we have facilitated participation in the settlement process for more than 50% of all outstanding Fen Phen lawsuits. As with the Seventh Amendment Liaison Committee, I am proud to be one of the few plaintiffs' lawyers across the country to be part of the negotiating team to create and facilitate the Fen Phen settlement process.

As demonstrated by my work in the Fen Phen MDL, I have the leadership qualities, experience and know-how to work cooperatively with others to resolve complex issues. I understand what it takes to make strategy decisions with a group and to build a consensus between parties with disparate interests. I would be honored to lend this experience and knowledge to the Vioxx PSC.

**Availability to Commit to Time-Consuming Project:** I am ready, willing and able to serve on the Vioxx PSC with the same unflagging energy and devotion that I have dedicated to the Fen Phen litigation. Moreover, I bring the added benefit of my law firm's considerable experience and resources. With over 80 attorneys and more than 300 support staff, Baron & Budd's successful track record is in no small part due to our sophisticated litigation management systems, our professional support staff, and our technological acumen.

It would be an honor to serve this honorable Court as a member of the Vioxx Plaintiffs' Steering Committee. Thank you for your consideration of this application.

Respectfully submitted,

Ellen A. Presby

David P. Matthews
Abraham, Watkins, Nicols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

William R. Robb
Aleshire, Robb & Sivils
901 St. Louis Street, Suite 1600
Springfield, MO 65806

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Vance R. Andrus
Andrus, Bourdreaux, Lemoine & Tonore
416 West Main Street
Lafayette, LA 70501

Dario Arango, M.D.
5407 South McColl Road, Suite B
Edinburg, TX 78539

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Christopher V. Tisi
Ashcraft & Gerel, LLP
2000 L Street, NW, Suite 400
Washington, DC 20036

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Harold J. Lamy
Barker, Bourdreaux, Lamy & Foley
210 Baronne Street, Suite 1122
New Orleans, LA 70112

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
P. O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Bradley Douglas Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P. O. Drawer H
Reserve, LA 70084-2095

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Bergen Brunswig
P. O. Box 959
Valley Forge, PA 79482

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P. O. Box 975
Edwardsville, IL 62025

David A. Barrett
Boles, Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Ellis Broadway, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Joseph M. Bruno
Bruno & Bruno, LP
855 Baronne Street
New Orleans, LA 70113

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

John W. Land
Bryan, Nelson, Randolph & Weathers
P. O. Drawer 18109
Hattiesburg, MS 39404-8109

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P. O. Box 1856
Greenville, MS 35702-1556

James A. Edwards
Cantey & Hanger
Burnett Plaza
801 Cherry Street, Suite 2100
Fort Worth, TX 76102

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

David K. Lietz
Coale, Cooley, Leitz, McInerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, D.C. 20006

Richard E. Crum
Cobb, Shealy, Crum & Derrick
P. O. Box 6346
Dothan, AL 36302

Joe R. Colingo
Joe R. Colingo Law Firm
707 Watts Avenue
P. O. Box 80
Pascagoula, MS 39568-1407

Jesse L. Howell, III
J. Leray McNamara
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. O. Box 6020
Ridgeland, MS 39158

Ernest Cory
Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Kim M. Meaders
Crouch & Ramey
1445 Ross Avenue, Suite 2300
Dallas, TX  75201

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX  77019

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA  70809

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Meyers
P. O. Box 750
Jackson, MS  39205-0750

Robert F. Stacy
Daniel, Coker, Horton & Bell
P. O. Box 1084
Jackson, MS  39215

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO  64105

Eric C. Deters
Eric C. Deters & Associates, PC
5247 Madison Pike
Independence, KY  41051

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH  44060

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX  75089

Geoffrey Edward Pope
Doffermyre, Shields, Canfield, Knowles
 & Devine
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA  30309-3269

Deanna Dean Smith
Ebanks, Smith & Carlson, LLP
1401 McKinney, Suite 2500
Houston, TX  77010-4034

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX  77583

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL  60603

Steven R. Minor
Elliott Lawson & Minor, PC
P. O. Box 8400
Bristol, VA  24203-8400

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue S.W.
Denham Springs, LA  70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX  77320

William B. Federman
Federman & Sherwood
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK  73102

Allen R. Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS  39401

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX  77437

William C. Berger
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL  33431

Michael T. Gallagher
Gallagher Law Firm
777 Walker Street, Suite 2500
Houston, TX 77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
210 S. Carancahua
P. O. Box 2888
Corpus Christi, TX 78403

Mason L. Miller
Getty & Mayo
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Mary Gibson
P. O. Box 400
St. Mary's, GA 31558

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
111 Bagby, Suite 2200
Houston, TX 77002

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Jeffrey D. Leathers
Green, Pipkin, Russell, Dent & Leathers
P. O. Box 907
Tupelo, MS 38802

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Jeffrey D. Guerriero
Guerriero & Guerriero
P. O. Box 4092
Monroe, LA 71211-4092

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Joe Clay Hamilton
Hamilton Law Firm
911 26th Avenue
P. O. Box 1511
Meridian, MS 39302-1511

Lance A. Harke
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL 33130

Kirk Milam
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P. O. Drawer 668
Oxford, MS 38655-0668

Joe Escobedo, Jr.
David H. Hockema
Hockema, Tippit & Escobedo, LLP
P. O. Box 720540
McAllen, TX 78504-0540

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Kenneth B. McClain
Humphrey, Farrington & McClain, PC
221 West Lexington, Suite 400
Independence, MO 64050

Debra L. Hurst  
Hurst & Hurst  
401 West "A" Street, Suite 1825  
San Diego, CA 92101  

Mark B. Hutton  
Hutton & Hutton  
P. O. Box 638  
Wichita, KS 67201  

Edwin T. Mulhern  
Huwel & Mulhern  
11 New Hyde Park Road  
Frank Square, NY 11010  

Michael A. Yassaga  
Johnson, Finkel, DeLuca & Kennedy  
1221 Lamar, Suite 1000  
Houston, TX 77010  

Dennis J. Johnson  
Johnson & Perkinson  
1690 Willston Road  
P. O. Box 2305  
S. Burlington, VT 05403  

Thomas E. Walker  
Johnston, Barton, Proctor & Powell  
2900 AmSouth/Harbert Plaza  
1901 6th Avenue North  
Birmingham, AL 35203  

Brian S. Kabateck  
Kabateck, Brown, Kellner  
350 S. Grand Avenue, 39th Floor  
Los Angeles, CA 90071  

Shanin Specter  
Kline & Specter  
1525 Locust Street, 19th Floor  
Philadelphia, PA 19102  

Timothy M. Kolman  
Timothy M. Kolman and Associates  
225 North Flowers Mill Road  
The Shoppes at Flowers Mill  
Langhome, PA 19047  

Mark W. Lanier  
Lanier Law Firm  
6810 FM 1960 West  
Houston, TX 77069  

Ira H. Leesfield  
Leesfield, Lieghton, Rubio & Mahfood  
2350 South Dixie Highway  
Miami, FL 33133  

Elizabeth J. Cabraser  
Leiff, Cabraser, Helmann & Bernstein, LLP  
Embarcadero Center West  
275 Battery Street, 30th Floor  
San Francisco, CA 94111-3339  

Arnold Levin  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  

Virginia M. Buchanan  
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor  
316 S. Baylen Street, Suite 600  
P. O. Box 12308  
Pensacola, FL 32581  

Richard A. Lockridge  
Lockridge, Grindal & Nauen, PLLP  
100 Washington Avenue South, Suite 2200  
Minneapolis, MN 55401-2179  

William O. Luckett, Jr.  
Luckett Law Firm  
P. O. Drawer 1000  
Clarksdale, MS 38614-1000  

Matthew H. Armstrong  
Marker & Armstrong, LLC  
One Metropolitan Square, Suite 2970  
St. Louis, MO 63102-2793  

Chris J. Walker  
Markow Walker, P.A.  
599 Highland Colony Parkway  
P. O. Box 13669  
Jackson, MS 39236-3669

Charles M. Merkel
Merkel & Cocke
P. O. Box 1388
Clarksdale, MS 38614-1388

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard, Suite 102
St. Louis, MO 63144

Allen Scott Milavetz
Milavetz, Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Daniel Minor
1032 Cardinal Drive
Waco, TX 76712

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Kenneth B. Moll
Ronald V. Fiesta
Kenneth B. Moll & Associates
Three First National Plaza, 50th Floor
Chicago, IL 60602

Les Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

Patrick C. Morrow
Morrow, Morrow, Ryan & Bassett
324 West Landry Street
Opelousas, LA 70570

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Stephen B. Murray
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000

John T. Murray
Murray & Murray
111 East Shoreline Drive
P. O. Box 19
Sandusky, OH 44871

Richard J. Arsenault
Neblett, Beard & Arsenault
2220 Bonaventure Court
P. O. Box 1190
Alexandria, LA 71309-1190

Michael H. Moirano
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, IL 60606

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX 75638

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd., Suite 201
Valencia, CA 91355

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
300 E. San Antonio Drive
P. O. Box 7948
Long Beach, CA 90807

Robert Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Tim T. Griesenback
Plunkett & Gibson
Renaissance Plaza
70 NE Loop 410, Suite 1100
P. O. Box 795061
San Antonio, Texas 78216

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Eric M. Queglas-Jordan
Queglas Law Offices
P. O. Box 16606
San Juan, PR 00908-6606

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

John H. Ruiz
Law Offices of John H. Ruiz, PA
Ruiz Law Centre
5040 N.W. 7th Street, Penthouse 1
Miami, FL 33126

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, PC
1010 Forest Avenue
Staten Island, NY 10310

John K. Weston
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street, Suite 400
Philadelphia, PA 19106

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R. M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Christopher A. Seeger
Seeger, Weiss, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street, 48th Floor
Chicago, IL 60603

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Avenue
Shreveport, LA 71108

Kathryn A. Snapka
Snapka, Turinan & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78476

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue N.W., Suite 1100
Washington, D.C. 20036

Norman E. Siegel
Stueve Helder & Siegel
330 W. 47th Street, Suite 250
Kansas City, MO 64112

Robert G. Sullivan
Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Richard A. Freese
Sweet & Freese, PLLC
P. O. Box 1178
Jackson, MS 39215

Cassandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS  39213

Josephine Trovini
Westchester County Attorneys Office
600 Michaelian Office Building
148 Martine Avenue
White Plains, NY  10601

Joel C. Lamp
Jennifer Haskins
Assistant General Counsel
Tort Litigation Division
Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR  72716-0215

Jeffrey B. Simon
Melissa C. Katz
Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street, Suite 300
P. O. Box 650
Jackson, MS  39205-0650

C. Anthony Graffeo
Watson, Jimmerson, Givhan, Martin & McKinney
203 Greene Street
P. O. Box 18368
Huntsville, AL  35804

Jennifer Fadal Weaver
1305 Fossil Ridge Trail
Waco, TX  76712

Richard J. Weiner
Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY  10954

Eric R. Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH  44115

John F. Hughes
Wilkins, Stephens & Tipton
1 LeFleur Square
4735 Old Canton Road, Suite 108
P. O. Box 13429
Jackson, MS  39236-3429

Stephen Burrow
Williams, Heidelberg, Steinberger & McElhaney
711 Delmas Avenue
P. O. Box 1407
Pascagoula, MS  39568-1407

Eugene R. Naylor
Robert M. Hodges
Wise, Carter, Child & Caraway
600 Heritage Building
401 East Capitol Street
P. O. Box 651
Jackson, MS  39205-0651

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123

James John Zonas
700 2nd Avenue North, Suite 102
Naples, FL  34102-5756