

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL No. 1657
      PRODUCTS LIABILITY LITIGATION    : SECTION: L
                                                    :
                                                    : JUDGE FALLON
                                                    : MAG. JUDGE KNOWLES
                                                    :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF MICHAEL S. BURG FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Michael S. Burg, Esquire, who respectfully submits credentials to the Court in conformity with Pretrial Order No. 1. Mr. Burg is willing and able to commit his resources and those of his firm to this litigation. He has a vast amount of professional experience in this type of complex litigation. He is co-counsel on Vioxx with 10 law firms in 10 states.

Michael S. Burg is the senior partner with Burg Simpson Eldredge Hersh & Jardine, P.C. in Englewood, Colorado. He received his Bachelor of Arts from the University of Denver and graduated from the University of Denver College of Law in 1975. Mr. Burg has devoted his practice to complex pharmaceutical litigation and catastrophic injury cases. He has handled hundreds of cases involving complex litigation and catastrophic injury, including two large cases in Wyoming and Colorado, both of which involved significant injuries. In one case his client was awarded a $5.2 million, and in the second case, a verdict of $5.6 million was awarded. Mr. Burg has tried over 150 jury trials. His clients have been awarded verdicts of over $1 million in

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

nine cases, and from all his trials combined, his clients have received verdicts in excess of $50 million.

Mr. Burg currently serves on the Plaintiffs' Steering Committee for the Zyprexa Multi-District Litigation pending in the Eastern District of New York, MDL No. 1596. His firm is also actively involved in Multi-District Litigation involving Phen-Fen, Rezulin, Phenylproponalymine (PPA) and Propulsid, as well as Multi-District Litigation involving welding rods. Mr. Burg and the firm of Burg Simpson were in charge of creating the document depository in Denver for the Zyprexa Multi-District Litigation, and continue with is management. In addition, Mr. Burg has spoken at a number of pharmaceutical conferences across the country.

Mr. Burg is a member of the Leader's Forum and President's Club of the Association of Trial Lawyers of America, and is an Advocate for the American Board of Trial Advocates. In addition, he serves as a Sustaining Fellow in the Roscoe Pound Institute and is a Member of the Colorado Bar Fellows. Mr. Burg has served as a faculty member of the ABOTA Masters in Trial Programs in Denver, Colorado, Nashville, Tennessee, Des Moines, Iowa, and Kansas City, Kansas. Mr. Burg has also served as an adjunct professor at the University of Denver College of Law.

Burg Simpson Eldredge Hersh & Jardine has taken an active role in the Vioxx products liability litigation. The firm currently represents several hundred clients who have been injured after ingesting Vioxx and has been referred cases from many other law firms in the Rocky Mountain region and throughout the country. The firm has participated in document review, depositions, and trial strategy for a number of upcoming state Vioxx lawsuits.

Headquartered in Englewood, Colorado, the law firm of Burg Simpson Eldredge Hersh & Jardine specializes in representing plaintiffs involved in catastrophic injury and wrongful death,

pharmaceutical litigation, and litigation arising from conduct causing substantial economic losses and damages. The firm has offices in Colorado, Wyoming, Arizona, Texas, and Washington, D.C., with over 40 attorneys in the firm. Based in Colorado for over 25 years, the firm represents clients in the entire Rocky Mountain Region, and throughout the United States, and handles a broad array of cases on a national level. Burg Simpson has filed a case in the United States District Court and will file additional cases in the MDL.

Burg Simpson is well known in the legal community for its excellent reputation as an outstanding trial firm. Mr. Burg and the firm of Burg Simpson have achieved the highest rating for quality of legal work, professionalism, and ethics by the Martin-Hubbell National Law Directory.

Dated March _11_, 2005.

Respectfully submitted,

_____
Michael S. Burg
BURG SIMPSON ELDREDGE
  HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, Colorado 80112
(303) 792-5595   Fax (303) 708-0527
mburg@burgsimpson.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed two copies via Federal Express of the **Application of Michael S. Burg for Appointment to Plaintiffs' Steering Committee** with the Honorable Eldon E. Fallon, Judge of the United States District Court for the Eastern District of Louisiana; I have also served via U. S. Mail said copies on all counsel listed in Schedule B of PTO No. 1

Dated: March 11, 2005