FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 24  PM 2: 19

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | * * * Docket No. MDL 1657 * Section: L * JUDGE FALLON * MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING OF APPLICATION FOR APPOINTMENT OF ROBERT E. PIPER, JR. TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Robert E. Piper, Jr, Attorney at Law, who files the attached Application of Robert E. Piper, Jr. For Appointment to the Plaintiffs' Steering Committee with the Clerk of the United States District Court for the Eastern District of Louisiana in the above captioned matter.

Dated: March 23, 2005

Respectfully Submitted,

_____
ROBERT E. PIPER, JR.
PIPER & ASSOCIATES
624 Pierre Ave.
P.O. Box 69
Shreveport, Louisiana 71161
Phone: 318.226.0826
Fax:   318.424.9900
E-mail: piper@mnss.com

___ Fee_____
_V_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all Counsel of Record for Plaintiffs and Defendants via United States mail, postage prepaid and properly addressed this 23rd day of March 2005

_____
ROBERT E. PIPER, JR.

## APPLICATION FOR APPOINTMENT OF ROBERT E. PIPER, JR. TO THE PLAINTIFFS' STEERING COMMITTEE

Inasmuch as this Honorable Court is not familiar with this writer, I feel constrained to make some brief comments about my background.

I am a late arrival on the class action scene as I was constrained by reasons of race, color and commitment to practice civil rights litigation and poverty law when I returned back to my home state from Boston College Law School in the early 70's.

Judge Okla Jones, an erstwhile member of this court, Judge Ivan Lemelle, a current member of this court, myself and many other socially conscious lawyers, worked in the New Orleans Legal Assistance Program in New Orleans in the early 70's helping poor folk; protecting their legal rights; and seeking redress for those who were victimized. We practiced a good deal of Consumer Law.

During the 70's and 80's I was active as a lawyer in reapportionment/voting dilution cases and employment law. I was fortunate to work in collaboration with the N.A.A.C.P. Legal Defense Fund of New York. I personally filed suits in North Louisiana which led to the first time election of African Americans to City Council positions from single member districts in the following cities: Shreveport, Mansfield, Vivian, Haynesville and Ringold.

On the employment law front, when I arrived in Shreveport back in 1973, there were 434 Caucasians on the Fire Department and no African Americans. I filed the suit which led to the employment of African American citizens. I am proud to say that the City of Shreveport now has an African American fire chief due in part to my efforts and that of others.

### ORGANIZATIONS & PROFESSIONAL ACTIVITIES

I am a member of the Association of Trial Lawyers of America; the Louisiana Bar Association; all Federal Courts in Louisiana and the U.S. Supreme Court; the Board of Directors of the Louisiana Trial Lawyers Association; the Louisiana Bar Foundation; and the Louisiana Criminal Defense Association.

I was flattered in 1987 to be chosen as the first African American Lawyer to serve in any capacity

on the Shreveport City Court- Judge Ad Hoc; and I was honored by former Governor Buddy Roemer when he appointed me in 1989 to become the first African American to serve on the Louisiana Superdome Commission.

## ADDITIONAL PROFESSIONAL ACCOMPLISHMENTS

I am a member of the Judge Henry Politz - Harry Booth Inns of Court in Shreveport. Recently, I was selected by the chief Judge of the Western District to serve on a committee to evaluate the U.S. Magistrate Judge in Shreveport for reappointment to the bench. I was also appointed by Judge Maurice Hicks, U.S. District Judge for the Western District of Louisiana, to serve on the Court's Federal Indigents' Defender Board for the appointment of counsel for indigent defendants.

I have been a seminar speaker at law school functions and to lawyers on an array of topics to include trial preparation and litigation; and a speaker at mass torts' seminars involving class action litigation.

## MDL ACTIVITIES

Albeit I am late to the class action scene, I have been appointed by several Federal Judges throughout the country to serve on plaintiffs' steering committees in a number of cases, namely: In Re: Industrial Life Insurance, MDL No: 1371; U.S. District Court for the Eastern District of Louisiana involving hundreds of thousands of African Americans who were charged larger premiums than Caucasians for the same type of Burial Insurance Policies; In Re: Meridia Products Liability Litigation, MDL 1481, U.S. District Court for the Northern District of Ohio, a defective drug case; and In Re: Phenylpropanolamine (PPA) MDL 1407 United States District Court for the Western District of Washington, a defective drug case. With respect to the PPA litigation, our committee was able to obtain a nationwide settlement of all PPA related injuries resulting from the ingestion of Dexatrim.

In June 2002, Judge Patricia Saris, U.S. District Court Judge in Boston, Massachusetts appointed me to serve on the executive committee in In Re: Pharmaceutical Industry, Average Wholesale Price Litigation, MDL 1456 - U.S. District of Massachusetts, a case involving the inflation of the average wholesale price of drugs in an effort to mask possible kick-backs to medical providers and distribution

chains; and my firm was appointed to the position of special class counsel by Judge Kathleen O'Malley in In Re: Sulzer - Inter-Op Hip Prosthesis Product Liability Litigation, MDL No.: 1601- U.S. District Court Northern District of Ohio. This latter action settled for 1.1 billion.

I serve on the medical causation committee in the MDL class action styled and captioned In Re: Welding Rods Products Liability Litigation, MDL 1535. I am also involved in the Baycol litigation and the Prempro litigation, those being styled In Re: Baycol Products Litigation, MDL 1431 and Graham v. Wyeth, Inc., U.S.D.C., CV05-0230-S, Western District of Louisiana, respectively. In addition to Federal MDL appointments and mass tort litigation, I am on the executive committee in the state court class action of Roxy Wright, et al, vs. Tenet of Louisiana, Inc., a class of uninsured patients who were billed excessive charges for hospital care.

I have sixteen Vioxx lawsuits currently filed in the MDL and expect to file many more. Our country is a hodgepodge of many cultures and has a wonderfully diverse population. Many in our minority population across America have been adversely affected by Vioxx. It would therefore be fitting and proper to appoint a minority lawyer to Plaintiffs' Steering Committee. While I am offering myself for service, I also commend to the court the applications of the other equally qualified minority applicants.

And finally, I am willing and able to commit time and financial resources to this time consuming project. I have worked with many of the persons submitting applications to the court for appointment to the plaintiffs' steering committee.

I would be greatly honored if the court would appoint me as I view this litigation as another opportunity to help people.

Respectfully Submitted,

Robert E. Piper, Jr.

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, Texas 77640

Cruse, Scott, Henderson & Allen
T. Scott Allen, Jr.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019

Americsourcebergen
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Dario Arango, M.D.
5407 South McColl Road
Suite B
Edinburg, Texas 78539

Matthew H. Armstrong
Market & Armstrong, LLC
One Metropolitan Square, Ste. 2970
St. Louis, MO 63102-2793

Richard J. Arsenault
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, Louisiana 71309-1190

Bryan F. Alystock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, Texas 75702

Steven C. Barkley
3560 Delaware
Suite 305
Beaumont, Texas 77706

David A. Barrett
Boies, Schiller & Flexner LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Douglas Bradley Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, Louisiana 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Reserve, LA 70084-2095

Bergen Brunswig
P.O. Box 959
Valley Forge, Pa 19482

William C. Berger
Furr & Cohen
One Boca Place,
2255 Glades Road, Ste. 337W
Boca Raton, FL 33431

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
Montgomery, AL 36103-4160

Ellis Broadway, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, et al
316 S. Baylon Street, Ste. 600
Pensacola, FL 32501-5996

Elizabeth Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papan, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
119 Rockland Center
Suite 425
Nanuet, NY 10954

Joseph R. Colingo
Williams, Heidelberg, et al.
711 Delmas Avenue
Pascagoula, MS 39568-1407

Ernest Cory
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Ste. 200
Birmingham, AL 35205

York C. Craig, Jr.
Craig, Hester, Luke & dodson
P.O. Box 12005
Jackson, MS 3923-2005

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Dana Foster, P.A.
2731 Brook Benk Lane
El Campo, Texas 77437

Eric C. Deters
Eric C. Deters & Associates, P.S.C
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

John P. Eberhardr
#1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

James A. Edwards
Cantley & Hanger
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

William B. Federman
Federman & Sherwood
120 North Robinson Ave., Ste. 2720
Oklahoma City, OK 73102

Ronald V. Fiestal
Kenneth B. Moll & Associates Ltd.
Three First National Plaza, 50th Floor
Chicago, IL 60602

Allen R. Flowers
Flowers Law Firm
341 North 35th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Ste. 2390
Kansas City, MO 64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Ste. 3000
Dallas, TX 75204

Richard A. Freese
Sweet & Freese, P.LL.C.
P.O. Box 1178
Jackson, MS 39215

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street, Suite 2500
Houston, TX 77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Ste. 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third St., Ste. 460
Cleveland, OH 44113

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Hutsville, AL 35804

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 N.E. Loop 410, P.O. Box 795061
San Antonio, TX 78216

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Jeffery D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211-4092

Lance A. Harke
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL 33130

Jennifer Haskins
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
Professional Corp.
P.O. Box 2888, 210 S. Carancahua
Corpus Christi, TX 78403

David Hadden Hockema
Hockema, Tippit & Escobedo, L.L.P.
Paseo Del Prado
Bldg 101, P.O. Box 720540
McAllen, TX 78504-0540

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor, & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway, P.O. Box 6020
Ridgeland, MS 39158-6020

John F. Hughes
Hamilton Law Firm
P.O. Box 1511
Meridian, MS 39302-1511

Debra L. Hurst
Hurst & Hurst
401 West "A" Street
Suite 1825
San Diego, Ca 92101

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL 62025

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street, Suite 300
P.O. Box 650 Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Brian S. Kabeteck
Kabateck, Brown, Kellner
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

Melissa C. Katz
Waters & Kraus
3219 Mckinney
Suite 3000
Dallas, TX 75204

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

R. Eric Kennedy
Weisman, Kennedy, Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Norman C. Kleiberg
Hughes Hubbard & Reed L.L.P.
One Battery Park Plaza
New York, NY 10004

Timothy M. Kolman
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes At Flowers Mill
Langhorne, PA 19047

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Ira H. Leesfield
Leesfield, Leighton, Rubin, & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge, Grindal & Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
Luckett Law Frim
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Patrick A. Malone
Stein, Mitchell, & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

David P. Matthews
Abraham, Watkins, Nichols, Sorrels, et al.
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
Independence, MO 64050

J. Leray McNamara
Copeland, Cook, Taylor, & Bush P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway, P.O. Box 6020
Ridgeland, MS 39158

Joseph L. McNamara
Copeland, Cook, Taylor, & Bush P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway, P.O. Box 6020
Ridgeland, MS 39158-6020

Charles M. Merkel
Merkel & Cooke
P.O. Box 1388
Clarksdale, MS 38164-1388

Kirk S. Milam
Hickman, Goza & Spragin, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Michel F. Mills
Perona, Langer, Beck, Lallande, & Serbin
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, Ca 90807

| | | |
|---|---|---|
| Daniel Minor<br>1032 Cardinal Drive<br>Waco, TX 76712 | Steven R. Minor<br>Elliot Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 | Michael H. Moirano<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 |
| Geoffrey C. Mousseau<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | Edwin T. Mulhern<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | John T. Murray<br>Murray & Murray<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44871 |
| Stephen B. Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | Dianne M. Nast<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 | Eugene R. Naylor<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg.<br>401 East Capitol Street, P.O. Box 651<br>Jackson, MS 39205-0651 |
| Richard F. O'Malley<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | Gregory J. Owen<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 | Thomas Jack Pearson<br>Pearson & Campbell, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 |
| Robert E. Piper, Jr.<br>Piper & Associates<br>624 Pierre Avenue<br>P.O. Box 69<br>Shreveport, LA 71103 | Frank M. Pitre<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200, 840 Malcolm Road<br>Burlingame, CA 94010 | Geoffrey Edward Pope<br>Doffermyre, Shields, Canfield, Knowles & Devine<br>1355 Peachtree Street, N.E.<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 |
| Henry J. Price<br>Price, Waieukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | Eric M. Quetgals-Jordan<br>Queglas Law Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 | William R. Robb<br>Aleshire, Robb & Sivils, P.C.<br>901 St. Louis Street<br>Suite 1600<br>Springfield, MO 65806 |
| Robert D. Rowland<br>2227 South State Route 157<br>Edwardsville, IL 62025 | John H. Ruiz<br>Law Office of John H. Ruiz<br>5040 N.W. 7th Street<br>Suite 920<br>Miami, FL 33126 | Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 |
| Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220 | Stuart E. Scott<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 |
| Christopher A. Seeger<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 | Jeffrey B. Simon<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | David Neil Smith<br>Nix, Patterson, & Roach, LLP<br>205 Linda Drive<br>Dangerfield, TX 75638 |
| Deanna Dean Smith<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | Kathryn A. Snapka<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua, Suite 1511<br>P.O. Drawer 23017<br>Corpus Christi, TX 78403 | Shanin Specter<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 |

| | | |
|---|---|---|
| Robert F. Stacey<br>Daniel, Coker, Horton, & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | John S. Steward<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | Stephen G. Strauss<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>Suite 3600, 211 N. Broadway<br>St. Louis, MO 63102 |
| Robert G. Sullivan<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | Casandra F. Thomas<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | Christopher V. Tisi<br>Ashcroft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 |
| Josephine Trovini<br>Westchester County Attorneys Office<br>600 Michealian Office Building<br>148 Martine Avenue<br>White Plains, NY 10601 | Lawrence D. Wade, Jr.<br>Campbell, DeLong, Hagwood, & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | Chris J. Walker<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669 |
| Thomas E. Walker<br>Johnston, Barton, Proctor, & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, Al 35203 | Leila H. Watson<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, Al 35205 | Jennifer Fadal Weaver<br>1305 Fossel Ridge Trail<br>Waco, TX 76712 |
| Richard J. Weiner<br>Law Offices of Richard J. Weiner, P.C.<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | Leslie Weisbrod<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | Jewell E. Welch, III<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 |
| John K. Weston<br>Sacks, Weston, Smolinsky, Albert & Luber<br>510 Walnut Street<br>Suite 400<br>Philadelphia, PA 19106 | James L. Wright<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Avenue, Suite 1010<br>Austin, TX 78701-0001 | Michael A. Ysasaga<br>Johnson, Finkel, DeLuca, & Kennedy<br>1221 Lamar<br>Suite 1000<br>Houston, TX 77010 |
| James John Zonas<br>James J. Zonas, Attorney at Law<br>700-2nd Avenue, North<br>Suite 102<br>Naples, FL 34102 | Richard E. Crum<br>Cobb, Shealy, Crum & Derrick, P.A.<br>P.O. Box 6346<br>Dothan, AL 36302-6346 | Craig D. Hebderson<br>Gary, Thomasson, Hall & Mark<br>Professional Corp.<br>P.O. Box 2888, 210 S. Carancahua<br>Corpus Christi, TX 78403 |
| David Hadden Hockema<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado<br>Bldg 101, P.O. Box 720540<br>McAllen, TX 78504-0540 | Robert M. Hodges<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | Jesse L. Howell, III<br>Copeland, Cook, Taylor, & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway, P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Debra L. Hurst<br>Hurst & Hurst<br>401 West "A" Street<br>Suite 1825<br>San Diego, Ca 92101 | Mark B. Hutton<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201 | David A. Hylla<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025 |
| Dennis J. Johnson<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 | Walter T. Johnson<br>Watkins & Eager<br>The Emporium Building<br>400 East Capitol Street, Suite 300<br>P.O. Box 650 Jackson, MS 39205-0650 | Whitman B. Johnson, III<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 |

Jam Free Printing
Use Avery® TEMPLATE 5160®
www.avery.com
1-800-GO-AVERY
AVERY® 5160®

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Timothy M. Kolman
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes At Flowers Mill
Langhorne, PA 19047

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Ira H. Leesfield
Leesfield, Leighton, Rubin, & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
Independence, MO 64050

J. Leray McNamara
Copeland, Cook, Taylor, & Bush P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway, P.O. Box 6020
Ridgeland, MS 39158

Joseph L. McNamara
Copeland, Cook, Taylor, & Bush P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway, P.O. Box 6020
Ridgeland, MS 39158-6020

Kirk S. Milam
Hickman, Goza & Spragin, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Michel F. Mills
Perona, Langer, Beck, Lallande, & Serbin
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, Ca 90807

Daniel Minor
1032 Cardinal Drive
Waco, TX 76712

Steven R. Minor
Elliot Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL 60606

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA 91208

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL 33126

Scott Rynecki
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Christopher V. Tisi
Ashcroft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Josephine Trovini
Westchester County Attorneys Office
600 Michealian Office Building
148 Martine Avenue
White Plains, NY 10601

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood, & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

Reshonda L. Bradford
Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108

John F. Hughes
Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060


AVERY® 5160®
1-800-GO-AVERY
www.avery.com
Use Avery® TEMPLATE 5160®

Jam Free Printing
Use Avery® TEMPLATE 5160®

www.avery.com
1-800-GO-AVERY


AVERY® 5160®

Joel C. Lamp, Assistatn Geenral Counsel
Tort Litigation Divsion, Wal-Mart Stores
702 W. 8th Street
Bentonville, AR 72716-0215

Haider Nadeem
606 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, MY 10017-5563

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Ste. 400
Dallas, TX 75201

Russ Herman, Esquire
Herman, Mathis, Casey & Kitchens
820 O'Keefe Avenue
New Orleans, LA 70113