UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 24 P 2: 59

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                    :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :
                                                       :     SECTION: L
                                                       :
                                                       :     JUDGE FALLON
                                                       :     MAG. JUDGE KNOWLES
                                                       :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

PSC APPLICANT           Will Kemp, Esq., Las Vegas, Nevada

EDUCATION: Loyola University of Los Angeles, (B.A. 1975); Northwestern University and University of Arizona (J.D., 1978), Member, Northwestern Law Review, 1976-77. Age: 49

COMPLEX LITIGATION EXPERIENCE:

* Plaintiffs' Legal Committee, MGM Grand Hotel Fire Litigation, MDL 452, Member and Liaison Counsel, 1981 through 1987; Appointing Judge: Hon. Louis J. Bechtle; PLC Chairman: John Cummings. Salient Experience Points: (1) Seminal mass tort case; (2) first case where defendant obtained retroactive insurance after the event because of underinsurance problems similar to the Merck situation (i.e., $170 Million retro coverage for $38 Million premium); (3) model for federal-state coordination; (4) primarily repsponsible for coordination with California and Nevada state courts; (5) Member of Discovery Committee and Deposition Scheduling Committee and helped coordinate 30 track daily deposition schedule.

* Plaintiffs' Steering Committee, San Juan Dupont Plaza Hotel Fire Litigation, MDL 721, 1986-94; Appointing Judge: Hon. Raymond Acosta; PSC Chairman: Wendell Gauthier. Salient Experience Points: (1) Lead Trial Counsel for 15 ½ month Phase II product liability trial and Lead Trial Counsel in $16.2 Million Phase III insurance broker liability trial; (2) helped develop

1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

"occurrence" theory whereby $1 Million policy of principal defendant was deemed to provide coverage for each discrete occurrence during the fire; (3) presented first live witness testimony by satellite in federal trial; (4) Member of Discovery Committee and Deposition Scheduling Committee and helped coordinate 40 track daily deposition schedule.

* Trial Counsel for Plaintiffs in <u>Peachtree 25th Office Building Fire</u> in Atlanta, 1989-1994.

* Lead Class Counsel in 84,000 person consumer class action against Humana Hospital, 1989 through 2001; Appointing Judge: Hon. Philip Pro. <u>Salient Experience Points</u>: (1) Largest consumer fraud case in Nevada history; (2) drafted winning Supreme Court brief in <u>Humana v. Forsyth,</u> 119 S.Ct. 710 (1999) (landmark decision authorizing RICO claims against health care insurers despite McCarran-Ferguson pre-emption defense; (3) administered payments to 84,000 class members.

* Nevada Liaison Counsel for state court plaintiffs, <u>Silicone Gel Breast Implant Litigation</u>, MDL 926, 1993-98; Appointing Judge: Hon. Samuel Pointer.

* Executive Committee, <u>Castano Tobacco Litigation</u>, 1994-0_, Appointing Judge: Hon. Okla Jones; Chairman: Wendell Gauthier. <u>Salient Experience Points</u>: (1) negotiator and signator to $368 Billion June 20th National Settlement Accord; (2) Co-Chairman of Benefits Programs.

* Plaintiffs Legal Committee in <u>In Re Bone Screw Product Liability Litigation</u>, MDL 1014, 1995-0_; Appointing Judge: Hon. Louis J. Bechtle; PLC Chairman: John Cummings. <u>Salient Experience Points</u>: (1) Drafted AcroMed limited fund settlement agreement; (2) Member of Discovery and Deposition Scheduling Committee.

* Plaintiffs Management Committee <u>In Re Diet Drugs Products Liability Litigation</u>, MDL 1203, 1998-0_; Appointing Judge: Hon. Louis J. Bechtle; PMC Chairmen: John Cummings/Arnold

Levin. <u>Salient Experience Points</u>: (1) Drafted Interneuron limited fund settlement agreement; (2) Drafted model federal-court state court coordination agreement used to coordinate Nevada and other state court litigation with MDL; (3) Member of Discovery Committee.

* Plaintiffs Steering Committee <u>Baycol Products Liability Litigation</u>, MDL 1421, 2002-0_; Appointing Judge: Hon. Michael Davis; PSC Chairman: Bucky Zimmerman.

* Lead Counsel for Nevada <u>Rezulin</u> Plaintiffs; 2001-2004; Trial Judge: Hon. Michael Cherry.

<u>MISCELLANEOUS</u>

* Appointed Honorary Citizen of New Orleans on February 18, 1984 by Mayor Ernest Morial and New Orleans City Council.

* Most recent publication: "Product Liability Trends In Pharmaceutical Cases", Vol. 26, No. 2 Communique (Feb 2005), pp. 24-31.

* A rated in Martindale-Hubbell since June 1994.

<u>VIOXX CASES FILED TO DATE</u>: 23 plaintiffs in 6 filings: (1) Young v. Merck (Nev USCD); (2) Carroll v. Merck (Nev. USDC); (3) Brown v. Merck (Cal State Ct.); (4) Estate of Thomas Brown v. Merck (Nev. State Ct.); (5) Grove v. Merck; (Nev State Ct.); and (6) Carlson v. Merck. (Nev State Ct.)

Dated this 23rd day of March, 2005.

Respectfully submitted by:

HARRISON, KEMP, & JONES, LLP

By _____
WILL KEMP, ESQ.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89109

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
. MAG. JUDGE KNOWLES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the Application of Will Kemp was Federal Expressed to Plaintiff's Liaison Counsel, Russ Herman of Herman, Herman, Katz & Cotlar, LLP, 020 O'Keefe Avenue, Suite 100, New Orleans, LA 70113 for the purpose of distribution this 23rd day of March, 2005 pursuant to Pretrial Order #5A

Dated this 24 day of March 2005.

_____
An Employee of Harrison, Kemp and Jones

1