# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**FILED**
EASTERN DISTRICT OF LA
2005 MAR 22 PM 2: 14
LORETTA G. WHYTE
CLERK

JOSEPH MAHONEY, JR.

V.

MERCK & CO., INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-MD-1657

C/W 05-0738

SECT. L MAG. 3

TO: Merck & Co., Inc.

Through its agent for service of process:

CT Corporation System

8550 United Plaza Boulevard

Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan B. Andry
The Andry Law Firm
610 Baronne Street
New Orleans, LA 70113

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

MAR 10 2005
DATE

B. Gregory
(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally...

☐ Left copies ... discretion ... Name of p...

☐ Returned ...

☐ Other (specify)...

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merck & Co, Inc.
Thru its Agent for Service:
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Plotche
C. Date of Delivery: 3/4/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label): 7004 0750 0002 9548 6025

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/21/05
                Date

Signature of Server [signature]

610 Baronne St., New Orleans, LA 70113
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.