UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 24  PM 4: 19

LORETTA G. WHYTE
CLERK

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

"This Document Relates To All Cases"

Judge Fallon
Mag. Judge Knowles

## NOTICE OF FILING APPLICATION FOR APPOINTMENT OF DIANE K. ZINK TO THE PLAINTIFFS' STEERING COMMITTEE SPECIALLY, THE FEDERAL STATE LIASON COMMITTEE

NOW COMES, Diane K. Zink, Attorney at Law, who files the attached Application For Appointment to the Plaintiffs' Steering Committee, Specially, The Federal State Liason Committee, in the above captioned matter.

Respectfully Submitted,

/s/ Diane K. Zink
DIANE K. ZINK (#7536)
425 WEST AIRLINE HWY.
SUITE B
LAPLACE, LA. 70068
(985) 651-6101 - Telephone
(985) 651-6104 - Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by United States Mail, postage prepaid and properly addressed, this 24th day of March, 2005.

/s/ Diane K. Zink
DIANE K. ZINK

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

## APPLICATION FOR APPOINTMENT OF
## DIANE K. ZINK TO THE PLAINTIFFS' STEERING COMMITTEE,
## SPECIALLY, THE FEDERAL STATE LIASON COMMITTEE

## CURRICULUM VITAE

**DIANE K. ZINK**

| | |
|---|---|
| Home Address: | 1636 Valence |
| | New Orleans, La. 70115 |
| | (504) 894-9743 |
| Office Address: | Law Office of Diane K. Zink |
| | 425 W. Airline Hwy., Suite B |
| | Laplace, La. 70068 |
| | (985) 651-6101 |

Employment:
Law Office of Diane K. Zink
425 W. Airline Hwy., #B
Laplace, La. 70068
Self-employed trial attorney actively engaged in representing claimants in class actions, personal injury litigation and workers' compensation suits.

Education:
Law School:
Tulane University School of Law
New Orleans, La. 70118
J.D., cum laude, May 1980

Undergraduate:
H. Sophie Newcomb College of Tulane University
New Orleans, La. 70118
B.A., cum laude, Economics / Political Science, May 1977

## STATE CLASS ACTION LITIGATION

| | |
|---|---|
| United Gas Pipeline | St. John Parish, La. |
| Occidental | St. Charles Parish, La. |
| Koch Industries | St. Charles Parish, La. |
| St. Ferdinand Chlorine Leak | Orleans Parish, La. |
| Custom Bus (Mother's Day Bus Crash) | Orleans Parish, La. |

## MDL CASES

MDL No. 926 - <u>In Re Breast Implant Products Liability Litigation</u>. I reviewed documents and participated in the taking of depositions in addition to having numerous individual breast implant clients.

MDL No. 1038 - <u>Norplant Contraceptive Products Liability Litigation</u>. I attended numerous meetings in various states in addition to working at the document depository in Laplace, La.

MDL No. 1203 - <u>In Re Diet Drug (Phentermine / Fenflurmine / Dexfenfluramine) Products Liability Litigation</u>. Participated in the taking of hundreds of depositions and had over one hundred and fifty individual clients.

MDL No. 1431 - <u>In Re Baycol Products Liability Litigation</u>. Attended numerous meetings with various attorneys from across Louisiana and the United States. Attended settlement conference with Stephen Murray, Esq. in Kansas City in addition to having numerous individual clients.

MDL No. 1477 - <u>In Re Serzone Products Liability Litigation</u>; and

MDL No. 1481 - <u>In Re Meridia Products Liability Litigation</u>. Participation with a group of Louisiana attorneys in prosecuting these cases.

MDL No. 1629 - <u>In Re Neurontin Marketing & Sales Practices Litigation</u>. Participated in the MDL Hearing in Philadelphia; attended meetings in Philadelphia and New Orleans with attorneys throughout the United States.

MDL No. 1632 - <u>In Re High Sulfer Content Gasoline Products Liability Litigation</u>. Participated in the MDL Hearing in Philadelphia. Attended meetings in Destin and Chicago. Member of the Discovery Committee.

MDL No. 1657 - <u>In Re Vioxx Products Liability Litigation</u>. I have attended numerous meetings with various attorneys throughout the United States. I have filed a case in federal court in the eastern district of Louisiana (now in the MDL). I have numerous individual clients .

I would be deeply honored should the court appoint me to serve on the Federal / State Liason Committee. I possess the financial ability to help fund this litigation in addition to having the time to devote to the prosecution of this most important case.