OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 2 5 2005

LORETTA G. WHYTE
CLERK

Date: _March 25, 2005_

_Larry Aranda_
vs.
_Merck & Co., Inc._   (05-md-1657)

Case No. _05-0663_ Section _L_

Dear Sir:

Please (issue) (~~re-issue~~) summons on the (~~complaint~~) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) _Merck & Co., Inc._
   (address) _CT Corp. System, 8550 United Plaza Blvd. B.R., LA 70809_

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____[Signature]_____
"Signature"

Attorney for _Plaintiff_
Address _220 Gause Blvd._
_St. Tell, LA 70458_

___ Fee
___ Process_Instruments_
_X_ Dktd
___ CtRmDep
___ Doc. No.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 2 5 2005
LORETTA G. WHYTE
CLERK

Date: March 25, 2005

Brenda Miller

vs.

Merck & Co., Inc.

Case No. 05-0664  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Merck & Co., Inc.
   (address) CT Corp. System, 8550 United Plaza Blvd, B.R., LA 70809

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 220 Gause Blvd.
Slidell, LA 70458

___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 2 5 2005

LORETTA G. WHYTE
CLERK

Date: March 25, 2005

Gary Lee

vs.

Merck & Co., Inc.

Case No. 05-0665  Section L

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Merck & Co., Inc.
   (address) CT Corp. Syst., 8550 United Plaza Blvd. B.R., LA 70809

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiff
Address 220 Gause Blvd.
        Slidell, LA 70459

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 25 2005
LORETTA G. WHYTE
         CLERK
```

Date: _March 25, 2005_

_Ruth Pruden_

vs.

_Merk & Co., Inc._

Case No. _05-0667_ Section _L_

Dear Sir:

Please (issue) (~~re-issue~~) summons on the (~~complaint~~) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) _Merk & Co., Inc._
   (address) _CT Corp. System, 8550 United Plaza Blvd. B.R., LA 70809_

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_[signature]_
"Signature"

Attorney for _Plaintiff_

Address _220 Gause Blvd._
_Slidell, LA 70459_

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 2 5 2005
LORETTA G. WHYTE
CLERK

Date: _Mar 25, 2005_

_Eloise Keller_

vs.

_Merk & Co., Inc._

Case No. _05-0668_ Section _L_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) _Merk & Co., Inc._
   (address) _CT Corp. Syst., 8550 United Plaza Blvd. B.R., LA 70809_

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for _Plaintiff_
Address _220 Gause Blvd._
_Sl. [...], LA 70459_

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 2 5 2005

LORETTA G. WHYTE
CLERK

Date: _Mar 25, 2005_

_Yolanda Davis_

vs.

_Merk & Co., Inc._

Case No. _05-0669_ Section _L_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) _Merk & Co., Inc._
   (address) _CT Corp. Syst., 8550 United Plaza Blvd. BR. LA 70809_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

__[signature]__
"Signature"

Attorney for _Plaintiff_
Address _220 Gause Blvd._
        _Slidell, LA 70459_

___ Fee_____
___ Process__
 X  Dktd_____
___ CtRmDep__
___ Doc. No.__