UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | MDL NO. 1657 |
|     PRODUCTS LIABILITY ) | |
|                   LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ) | |
| ALL ACTIONS: ) | MAG. JUDGE KNOWLES |
|                             ) | |

## MICHAEL HINGLE'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Michael Hingle who files the attached application for appointment to the Plaintiff's Steering Committee.

Respectfully submitted,

Michael Hingle, #6943
MICHAEL HINGLE & ASSOCIATES, LLC
220 Gause Blvd.
Slidell, LA 70458
Telephone: (985) 641-6800
Facsimile: (985) 646-1471

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon counsel for all parties this 25 day of March, 2005.

Michael Hingle

G:\CLASS ACTIONS\VIOXX\Michael Hingle's Application for Appointment to Plaintiff's Steering Committee 3.25.05 jr.wpd

David P. Matthews
Abraham, Watkins, Nicols, Sorrels, Matthews &
   Friend
800 Commerce Street
Houston, TX 77002-1776

William R. Robb
Aleshire, Robb & Sivils
901 St. Louis Street, Suite 1600
Springfield, MO 65806

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Vance R. Andrus
Andrus, Bourdreaux, Lemoine & Tonore
416 West Main Street
Lafayette, LA 70501

Dario Arango, M.D.
5407 South McColl Road, Suite B
Edinburg, TX 78539

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Christopher V. Tisi
Ashcraft & Gerel, LLP
2000 L Street, NW, Suite 400
Washington, DC 20036

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Harold J. Lamy
Barker, Bourdreaux, Lamy & Foley
210 Baronne Street, Suite 1122
New Orleans, LA 70112

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
P. O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Bradley Douglas Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P. O. Drawer H
Reserve, LA 70084-2095

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Bergen Brunswig
P. O. Box 959
Valley Forge, PA 79482

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P. O. Box 975
Edwardsville, IL 62025

David A. Barrett
Boles, Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Ellis Broadway, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Joseph M. Bruno
Bruno & Bruno, LP
855 Baronne Street
New Orleans, LA 70113

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

John W. Land
Bryan, Nelson, Randolph & Weathers
P. O. Drawer 18109
Hattiesburg, MS 39404-8109

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P. O. Box 1856
Greenville, MS 35702-1556

James A. Edwards
Cantey & Hanger
Burnett Plaza
801 Cherry Street, Suite 2100
Fort Worth, TX 76102

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

David K. Lietz
Coale, Cooley, Leitz, McInerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, D.C. 20006

Richard E. Crum
Cobb, Shealy, Crum & Derrick
P. O. Box 6346
Dothan, AL 36302

Joe R. Colingo
Joe R. Colingo Law Firm
707 Watts Avenue
P. O. Box 80
Pascagoula, MS 39568-1407

Jesse L. Howell, III
J. Leray McNamara
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. O. Box 6020
Ridgeland, MS 39158

Ernest Cory
Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Kim M. Meaders  
Crouch & Ramey  
1445 Ross Avenue, Suite 2300  
Dallas, TX 75201  

T. Scott Allen, Jr.  
Cruse, Scott, Henderson & Allen  
2777 Allen Parkway, 7th Floor  
Houston, TX 77019  

Jewell E. Welch, III  
Cunard Reis Law Firm  
9214 Interline Avenue  
Baton Rouge, LA 70809  

Whitman B. Johnson, III  
Currie, Johnson, Griffin, Gaines & Meyers  
P. O. Box 750  
Jackson, MS 39205-0750  

Robert F. Stacy  
Daniel, Coker, Horton & Bell  
P. O. Box 1084  
Jackson, MS 39215  

Shawn G. Foster  
Davis, Bethune & Jones, LLC  
1100 Main Street, Suite 2390  
Kansas City, MO 64105  

Eric C. Deters  
Eric C. Deters & Associates, PC  
5247 Madison Pike  
Independence, KY 41051  

Marjory Knoll  
Law Office of Robert J. Dicello  
7556 Mentor Avenue  
Mentor, OH 44060  

Ivan Dixon  
8413 Edgewood Drive  
Rowlett, TX 75089  

Geoffrey Edward Pope  
Doffermyre, Shields, Canfield, Knowles  
 & Devine  
1355 Peachtree Street, N.E.  
1600 The Peachtree  
Atlanta, GA 30309-3269  

Deanna Dean Smith  
Ebanks, Smith & Carlson, LLP  
1401 McKinney, Suite 2500  
Houston, TX 77010-4034  

John P. Eberhardt  
#1083045  
1100 FM 655  
Rosharon, TX 77583  

Daniel A. Edelman  
Edelman, Combs & Latturner, LLC  
120 South LaSalle Street, 18th Floor  
Chicago, IL 60603  

Steven R. Minor  
Elliott Lawson & Minor, PC  
P. O. Box 8400  
Bristol, VA 24203-8400  

Calvin C. Fayard, Jr.  
Fayard & Honeycutt  
519 Florida Avenue S.W.  
Denham Springs, LA 70726  

Reginald K. Fears  
James H. Byrd Unit  
21 FM 247  
Huntsville, TX 77320  

William B. Federman  
Federman & Sherwood  
120 North Robinson Ave.  
Suite 2720  
Oklahoma City, OK 73102  

Allen R. Flowers  
Flowers Law Firm  
341 North 25th Avenue  
Hattiesburg, MS 39401  

Dana Foster, P.A.  
2731 Brook Bend Land  
El Campo, TX 77437  

William C. Berger  
Furr & Cohen  
One Boca Place  
2255 Glades Road, Suite 337W  
Boca Raton, FL 33431

Michael T. Gallagher
Gallagher Law Firm
777 Walker Street, Suite 2500
Houston, TX 77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
210 S. Carancahua
P. O. Box 2888
Corpus Christi, TX 78403

Mason L. Miller
Getty & Mayo
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Mary Gibson
P. O. Box 400
St. Mary's, GA 31558

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
111 Bagby, Suite 2200
Houston, TX 77002

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Jeffrey D. Leathers
Green, Pipkin, Russell, Dent & Leathers
P. O. Box 907
Tupelo, MS 38802

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Jeffrey D. Guerriero
Guerriero & Guerriero
P. O. Box 4092
Monroe, LA 71211-4092

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Joe Clay Hamilton
Hamilton Law Firm
911 26th Avenue
P. O. Box 1511
Meridian, MS 39302-1511

Lance A. Harke
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL 33130

Kirk Milam
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P. O. Drawer 668
Oxford, MS 38655-0668

Joe Escobedo, Jr.
David H. Hockema
Hockema, Tippit & Escobedo, LLP
P. O. Box 720540
McAllen, TX 78504-0540

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Kenneth B. McClain
Humphrey, Farrington & McClain, PC
221 West Lexington, Suite 400
Independence, MO 64050

Debra L. Hurst
Hurst & Hurst
401 West "A" Street, Suite 1825
San Diego, CA 92101

Mark B. Hutton
Hutton & Hutton
P. O. Box 638
Wichita, KS 67201

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

Michael A. Yassaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 1000
Houston, TX 77010

Dennis J. Johnson
Johnson & Perkinson
1690 Willston Road
P. O. Box 2305
S. Burlington, VT 05403

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

Shanin Specter
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Timothy M. Kolman
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhome, PA 19047

Mark W. Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Ira H. Leesfield
Leesfield, Lieghton, Rubio & Mahfood
2350 South Dixie Highway
Miami, FL 33133

Elizabeth J. Cabraser
Leiff, Cabraser, Helmann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor
316 S. Baylen Street, Suite 600
P. O. Box 12308
Pensacola, FL 32581

Richard A. Lockridge
Lockridge, Grindal & Nauen, PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P. O. Drawer 1000
Clarksdale, MS 38614-1000

Matthew H. Armstrong
Marker & Armstrong, LLC
One Metropolitan Square, Suite 2970
St. Louis, MO 63102-2793

Chris J. Walker
Markow Walker, P.A.
599 Highland Colony Parkway
P. O. Box 13669
Jackson, MS 39236-3669

Charles M. Merkel
Merkel & Cocke
P. O. Box 1388
Clarksdale, MS  38614-1388

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard, Suite 102
St. Louis, MO  63144

Allen Scott Milavetz
Milavetz, Gallop & Milavetz
6500 France Avenue, South
Edina, MN  55435

Daniel Minor
1032 Cardinal Drive
Waco, TX  76712

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX  78701-0001

Kenneth B. Moll
Ronald V. Fiesta
Kenneth B. Moll & Associates
Three First National Plaza, 50th Floor
Chicago, IL  60602

Les Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX  75243

Patrick C. Morrow
Morrow, Morrow, Ryan & Bassett
324 West Landry Street
Opelousas, LA  70570

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA  91208

Stephen B. Murray
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA  70112-4000

John T. Murray
Murray & Murray
111 East Shoreline Drive
P. O. Box 19
Sandusky, OH  44871

Richard J. Arsenault
Neblett, Beard & Arsenault
2220 Bonaventure Court
P. O. Box 1190
Alexandria, LA  71309-1190

Michael H. Moirano
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, IL  60606

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX  75638

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd., Suite 201
Valencia, CA  91355

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX  77702

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
300 E. San Antonio Drive
P. O. Box 7948
Long Beach, CA  90807

Robert Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA  71103

Tim T. Griesenback
Plunkett & Gibson
Renaissance Plaza
70 NE Loop 410, Suite 1100
P. O. Box 795061
San Antonio, Texas  78216

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Eric M. Queglas-Jordan
Queglas Law Offices
P. O. Box 16606
San Juan, PR 00908-6606

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

John H. Ruiz
Law Offices of John H. Ruiz, PA
Ruiz Law Centre
5040 N.W. 7th Street, Penthouse 1
Miami, FL 33126

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, PC
1010 Forest Avenue
Staten Island, NY 10310

John K. Weston
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street, Suite 400
Philadelphia, PA 19106

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R. M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Christopher A. Seeger
Seeger, Weiss, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street, 48th Floor
Chicago, IL 60603

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Avenue
Shreveport, LA 71108

Kathryn A. Snapka
Snapka, Turinan & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78476

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue N.W., Suite 1100
Washington, D.C. 20036

Norman E. Siegel
Stueve Helder & Siegel
330 W. 47th Street, Suite 250
Kansas City, MO 64112

Robert G. Sullivan
Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Richard A. Freese
Sweet & Freese, PLLC
P. O. Box 1178
Jackson, MS 39215

Cassandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Josephine Trovini
Westchester County Attorneys Office
600 Michaelian Office Building
148 Martine Avenue
White Plains, NY 10601

Joel C. Lamp
Jennifer Haskins
Assistant General Counsel
Tort Litigation Division
Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Jeffrey B. Simon
Melissa C. Katz
Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street, Suite 300
P. O. Box 650
Jackson, MS 39205-0650

C. Anthony Graffeo
Watson, Jimmerson, Givhan, Martin & McKinney
203 Greene Street
P. O. Box 18368
Huntsville, AL 35804

Jennifer Fadal Weaver
1305 Fossil Ridge Trail
Waco, TX 76712

Richard J. Weiner
Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

Eric R. Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

John F. Hughes
Wilkins, Stephens & Tipton
1 LeFleur Square
4735 Old Canton Road, Suite 108
P. O. Box 13429
Jackson, MS 39236-3429

Stephen Burrow
Williams, Heidelberg, Steinberger & McElhaney
711 Delmas Avenue
P. O. Box 1407
Pascagoula, MS 39568-1407

Eugene R. Naylor
Robert M. Hodges
Wise, Carter, Child & Caraway
600 Heritage Building
401 East Capitol Street
P. O. Box 651
Jackson, MS 39205-0651

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

James John Zonas
700 2nd Avenue North, Suite 102
Naples, FL 34102-5756

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | |
| | | SECTION L |
| This Document Relates to: ALL ACTIONS | * | |
| | * | JUDGE FALLON MAG. JUDGE KNOWLES |

* * * * * * * * * * * * *

APPLICATION OF MICHAEL HINGLE FOR
APPOINTMENT TO THE PLAINTIFF'S STEERING COMMITTEE

This is a request for consideration of new blood, a new face and new talent. Mr. Hingle has not had the privilege of serving on a National Plaintiff's Steering Committee.

Mr. Hingle asks this Honorable Court to consider the following. He is:

- A 1970 LSU graduate, magna cum laude in accounting - first in University at commencement.

- Tulane Law School, 1973, Order of the Coif, Tulane Law Review with publication and a member of the Tulane Moot Court Team. His class rank was number 2 of 265.

- Mr. Hingle is a Certified Public Accountant (non-practicing).

- Mr. Hingle is a member of the Louisiana Trial Lawyers Association Board of Governors.

- Mr. Hingle is a member of the American Trial Lawyers Association.

- Mr. Hingle is a member of the Traumatic Brain Injury Group of the American Trial Lawyers Association.

- Mr. Hingle is a Certified Civil Trial Law Specialist by the National Board of Trial

Advocacy.

- Mr. Hingle is a lecturer at the Louisiana Trial Lawyers Association Continuing Legal Education.

- Mr. Hingle is a member of the Louisiana Bar Association - admitted October, 1973.

Mr. Hingle and his staff are currently involved in several large local class actions. He currently represents clients and is on the committee in the tractor-trailer/tanker collision at Chalmette of June 25, 2004 and the St. Ferdinand/Riley Tank Car Leak of May 24, 2002 in which he and his firm did the initial investigation. He has also conducted the initial railcar investigations and inspections in this chlorine spill. Mr. Hingle also has worked on the Murphy Oil Refinery fire of June 10, 2003. In addition to these, he has been involved in several of the recent drug class actions including Fen Phen and Baycol.

Since the withdrawal of Vioxx from the market, Mr. Hingle has filed seven suits in the Eastern District of Louisiana on behalf of individual plaintiffs and currently represents over 2,000 individuals and he is in the process of preparing a large number of additional cases for suit.

Mr. Hingle is willing and able to commit substantial capital, resources and those of his firm to this litigation. Mr. Hingle has a vast amount of professional experience in trying cases in Federal and State courts and representing clients in serious personal injury matters. He has mediated hundreds of cases dealing with complex litigation in serious personal injury. He recently concluded a traumatic brain injury case for over $2,000,000.00.

Mr. Hingle respectfully requests consideration of "new blood" and "new faces". It is respectfully submitted the PSC should consist of a mixed group of attorneys, some of whom have extensive PSC experience who will work together with attorneys who have daily litigation

experience. Mr. Hingle is surely qualified as a trial attorney to be on the PSC.

The firm has a solid financial base and is prepared to incur the costs of investigation and discovery a case of this magnitude will require. In addition, Mr. Hingle has substantial lines of credit at a number of banks. Due to past experience in major litigation, Mr. Hingle is well aware of the tremendous financial requirements that are necessary. Mr. Hingle has always been committed to professionalism through a better sense of cooperation, civility and honestly. Mr. Hingle has a record of excellence in advocacy, by being honest, forthright and professional in all dealings with the Court, clients and other counsel.

Mr. Hingle has never been suspended, placed on inactive status or reprimanded by the Louisiana State Bar Association.

Because of Mr. Hingle's Certified Public Accountant background, he may well bring special talent and experience to this committee.

WHEREFORE, Michael Hingle, respectfully requests consideration for appointment to the Plaintiff's Steering Committee. Michael Hingle requests the opportunity to bring a new face, new blood and new talent to this PSC,

Respectfully submitted,

_____
Michael Hingle, #6943
MICHAEL HINGLE & ASSOCIATES, LLC
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Facsimile: (985) 646-1471