**ORIGINAL**

LAW OFFICES OF

# DOUGHERTY, HILDRE & HAKLAR

WILLIAM O. DOUGHERTY
DONALD F. HILDRE
THOMAS D. HAKLAR

2550 FIFTH AVENUE, SUITE 600
SAN DIEGO, CALIFORNIA 92103-6624
(619) 232-9131
TELEFAX (619) 232-7317
WEBSITE: www.dhdhlaw.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 25  P 2: 30

LORETTA G. WHYTE
CLERK

**VIA FED EX**                               March 24, 2005

U.S. District Court
Eastern District of Louisianna
The Honorable Judge Eldon E. Fallon
Attn: Loretta G. Whyte, Clerk of Court
500 Poydras Street, Room C151
New Orleans, LA 70130

Re:  **DONALD F. HILDRE'S APPLICATION TO PLAINTIFF'S STEERING COMMITTEE MDL NO. 1657, VIOXX PRODUCTS LIABILITY LITIGATION**

The Honorable Judge Fallon:

This letter constitutes my application for appointment to the Plaintiff's Steering Committee (PSC) of MDL No. 1657, Vioxx Products Liability Litigation.

Currently, the majority of our Vioxx cases are filed in California State Court (see attachment), because Defendant McKesson, a California Corporation and distributor of Vioxx products for Defendant Merck & Co., Inc. allows us to file in State court.  Of the approximately 200 cases our office has reviewed we have filed one Federal case (see attached) and have approximately 20-30 additional cases which, in all likelihood, will be filed in Federal court because they are non-California plaintiffs who have suffered harm due to Vioxx ingestion.

I have participated on numerous PSC, and Executive Committees and have served as liaison counsel on several Federal and State Multi District Litigation (MDL) actions over the past 20 years. I can assure the Court that in every situation I have stayed the course, have never left early, or settled out my cases and moved on.

My firm not only has the manpower, but also the financial wherewithal to finance and cover assessments that are made by the PSC or Executive Committee.   During the tobacco litigation I provided an associate, who later became partner, who lived and worked in New Orleans for over five years during the processing of that litigation.  I would be more than happy to provide whatever support the PSC or Executive Committee requires during this litigation.  I also have my own transportation that would allow me to come to New Orleans at the Court's request at any given time.

I am not serving on the California Vioxx PSC or Executive Committee and would be able to give my full attention and financing to this Court's schedule and PSC commitments, and if selected to this Court's PSC I will <u>not</u> serve on any other State Vioxx PSC or Executive Committees.

Therefore, I respectfully submit to the court that I would like to serve on this Court's PSC, and if chosen I would hope that I would serve the Court well in that position.

Respectfully Submitted,

Donald F. Hildre

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____

**AREA OF PRACTICE**
    General Personal Injury
    Product Liability/Mass Tort Litigation
    Maritime Law/Admiralty

**EDUCATION**
    Claremont McKenna College (B.S.) Cum laude 1972
    University of San Diego Law School (J.D.) 1975
- Admitted to California State Bar 1975
- Also admitted to practice in American Samoa and Federal District Courts in California, Guam, Arkansas and Washington

**MEMBERSHIPS/AUTHORSHIPS**
- Association of Trial Lawyers of America (ATLA) - Past Chair of Admiralty Section
- Association of Trial Lawyers of America (ATLA) - Past Board of State Governors - Sustaining member / Presidents Club
- Sustaining Member and Past Board of Governors of Consumer Attorneys of California (COAC)
- Sustaining Member and Past Board of Governors of San Diego Consumer Attorneys (SDCOAC)
- Western Trial Lawyers Association - Board of Governors (1997 - present)
- Republican Trial Lawyers Caucus of California - State Membership Chair (1997 - to present)
- Republican National Trial Lawyers / co-chair (2002)

**MASS TORT REFERENCES**
- **MDL - 865 L-Tryptophan** / The Honorable Matthew Perry Jr., US District Court, District of South Carolina
  **Plaintiffs Steering Committee Member (1991 - 2003)**
- **California State L-Tryptophan / Co-ordinated - San Diego Superior Court**
  **Plaintiffs Steering Committee Member / Lead Attorney (1991 - 2003)**
- **California State Breast Implant / Co-ordinated - San Diego Superior Court**
  **Plaintiffs Steering Committee Member (1994 - 1998)**
- **Castano Class Action** - Fed. Dist. Court / New Orleans case #94-1044 *Dianne Castano, et al v. The American Tobacco Co et al*
  **Plaintiff Steering Committee Member (1994 - 1997)**
- **Tobacco Co-ordinated Cases - Case #JCCP 4041**
  *Gray Davis and James Ellis v. RJ Reynolds Tobacco Co et al.*
  **Liaison Counsel (1996 - 1998)**
- **Tobacco Co-ordinated Cases - Case #JCCP 4042**
  *Willard R. Brown v. The American Tobacco Company et al.,*
  **Lead Trail Lawyer, Liaison Counsel** (2000 - present)
- **Micro-soft - State Class Case #JCCP 4106**
  Discovery Committee (1999 to 2004)
- **McDonalds - State Class Case #JCCP 4218**
  *Harry Powell v. McDonalds Corporation et al*
  **Plaintiffs Steering Committee Member(2001 to 2004)**
- **Baycol Products Litigation, MDL 1431** - The Honorable Michael J. Davis, US Dist. Court, District of Minnesota
  **Plaintiffs Steering Committee Member (2001 - present)**

## CALIFORNIA STATE VIOXX CASES
## SAN DIEGO SUPERIOR COURT, CENTRAL DIVISION

| JUDGE | Dept | Filed | Client |
|---|---|---|---|
| BARTON, Jeffrey B. | 69 | 2/17/05 | MARTINEZ, Laura   GIC 842997 |
| | | | CAPOZZI, Joseph M.D.   GIC 842940 |
| BLOOM, Jay M. | 70 | 2/16/05 | WILLIAMS, ALVIN   GIC 842945 |
| COWETT, Patricia A. | 67 | 2/16/05 | LEVESQUE, Roger   GIC 842937 |
| | | | BROWN, Lecia   GIC 842935 |
| ENRIGHT, Kevin A. | 72 | 2/16/05 | CASTRO, Robert   GIC 842934 |
| HAYES, Charles R. | 66 | 2/16/05 | BROWN, C. Richard   GIC 842933 |
| LEWIS, Joan M. | 65 | 2/17/05 | ABRAMSON, Violet   GIC 842939 |
| | | 2/16/05 | PERSH, Harvey   GIC 842996 |
| MEYER, John S. | 61 | 2/16/05 | ARMENTA, Hilda   GIC 842932 |
| NEVITT, William R. Jr. | 64 | 2/16/05 | ANDERSON, Otis   GIC 842931 |
| PATE, William C. | 60 | 2/16/05 | LEMMONS, Anna   GIC 842947 |
| PRAGER, Ronald S. | 71 | 2/16/05 | HERNANDEZ, Aida   GIC 842930 |
| QUINN, Linda B. | 74 | 02/16/05 | STEIN, Margaret   GIC 842946 |
| | | | ONGLEY, Joan   GIC 842936 |
| STYN, ROnald L. | 62 | 02/16/05 | ESQUER, Carmen (Mr.)   GIC 842944 |
| VARGAS, Luis R. | 63 | 02/16/05 | ESCOBEDO, Maria   GIC 842938 |
| | | | SCOTT, Robert   GIC 842943 |
| | | | FORBES, Clarice   Gic 842994 |
| WICKERSHAM, S. Charles | 73 | 02/16/05 | HOLLOWAY, Clancy (Ms.)   Gic 842941 |

## FEDERAL COURT CASES
## U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| JUDGE | Filed | Client |
|---|---|---|
| BREWSTER, Rudi M. | 03/22/05 | CASEY, Elaine 05CV570 B (Wmc) |
| McCuirne, Wm (Magistrate Judge) | | |

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANNA

### CERTIFICATE OF SERVICE

I, CAROLYN MILLS, declare as follows:

I am employed with the law firm of DOUGHERTY, HILDRE & HAKLAR, 2550 Fifth Avenue, Suite 600, San Diego, California 92103. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On March 24, 2005 I served:

U.S. District Court
Eastern District of Louisianna
Attn: Loretta G Whyte, Clerk of Court
500 Poydras St., Room C151
New Orleans, LA 70130

the following document:

**DONALD F. HILDRE'S APPLICATION TO PLAINTIFF'S STEERING COMMITTEE MDL NO. 1657, VIOXX PRODUCTS LIABILITY LITIGATION**

Via Federal Express (overnight mail - FedEd # 8463 8683 9400) C.C.P. § 1013(c): I am readily familiar with the practice of this firm for collection and processing of correspondence for mailing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight mail location located at 2550 Fifth Avenue, 4th Floor, San Diego, CA 92103 in the ordinary course of business on the date declared.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed this 25th day of March, 2005, at San Diego, California.

_Carolyn Mills_
Carolyn Mills