IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA (New Orleans Division)

In re: VIOXX                                    MDL No. 1657
Products Liability Litigation                   SECTION: L

This Document Relates to:                       Judge Fallon
                                                Mag. Judge Knowles

## JOSEPH H. SAUNDERS' APPLICATION FOR APPOINTMENT
## TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW, Joseph H. Saunders, who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

SAUNDERS & WALKER, P.A.
P. O. Box 1637
Pinellas Park, FL 33780-1637
(727) 579-4500, FAX (727) 577-9696

By: _____
Joseph H. Saunders, Esquire
FBN: 341746

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Application for Appointment to the Plaintiffs' Steering Committee has been mailed to counsel for all parties on this 25th day of March, 2005.

_____
Joseph H. Saunders, Esquire

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____



**JOSEPH H. SAUNDERS**
BOARD CERTIFIED CIVIL TRIAL
LAWYER BY THE FLORIDA BAR AND
THE NATIONAL BOARD OF TRIAL ADVOCACY

**MARGARET N. WALKER**

**PARALEGALS**
Cindy Crawford
M. Alice Hudson
David R. Ernst
Peter L. Schweitzer, M.A., M.Div.

**LEGAL ASSISTANTS**
Ryan A. Blank
Mary L. Edwards

**ATTORNEYS AT LAW**
SaundersLawyers.com

**PINELLAS PARK**
3491 Gandy Boulevard North, Suite 200
Pinellas Park, Florida 33781
(727) 579-4500   FAX (727) 577-9696
800-748-7115

**BRADENTON**
1001 Third Avenue West, Suite 361
The Executive Offices at SunTrust Center
Bradenton, Florida 34205
(941) 745-1005

Please Reply to P.O. Box 1637
Pinellas Park, FL 33780-1637
E-Mail: info@saunderslawyers.com

**MEDICAL PRODUCTS LIABILITY**
Darlene T. Korab, RN, BSN, RAC

March 25, 2005

The Honorable Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

**BY FEDERAL EXPRESS
OVERNIGHT MAIL**

Re:  MDL No. 1657 – Section L
     *In Re: Vioxx Products Liability Litigation*

Dear Judge Fallon:

This letter is my application to serve on the Plaintiffs Steering Committee in the Vioxx litigation in your court.

I have been a trial lawyer for 23 years. For the last seven years, the majority of my practice has concentrated on representing individual plaintiffs in pharmaceutical litigation. The majority of those since 1997 have been fen-phen cases, both class action and opt-out litigation, but I also litigated Baycol, Sulzer hip implant, and ephedra cases. During the pendency of those cases, I and my firm have maintained an excellent working relationship with other plaintiffs' counsel and defense counsel alike. I have served as a featured speaker at several Lexis/Nexis and Mealey's fen-phen seminars and am quite familiar with MDL practice and procedures.

I graduated from the University of San Francisco Law School in 1981, where I was on the Law Review. I am a member of the California and Florida Bars as well as the United States District Court for the Middle District of Florida and the Eleventh Circuit Court of Appeals. I am a 20-year member of ATLA and of the Academy of Florida Trial Lawyers, where I serve on the Tampa Bay Regional Task Force for political candidate recruitment. I am also a member of the Maritime Law Association. In addition, I am a board certified civil trial lawyer

by the Florida Bar and the National Board of Trial Advocacy. Martindale Hubbell rates me as AV.

In the local community, I currently serve on the Board of Directors in the office of Secretary of Operation Par, Inc. in the community in which I practice. Operation PAR (Parental Awareness and Responsibility) is a drug treatment and mental health non-profit corporation with a 23-million dollar annual budget. Part of our program involves providing services through the Pinellas County criminal court to drug offenders. I also serve, and have served, on the Board of Directors of Alpha, a Beginning, Inc., for ten years, three of those as President. Alpha is a residential program for homeless pregnant women and mothers in St. Petersburg, Florida.

My firm has filed a wrongful death Vioxx case, *Judy Ann Mitchell as personal representative of the estate of James N. Mitchell v. Merck*, 8:04-cv-2682-T24-EAJ, United States District Court for the Middle District of Florida, which is being transferred to the MDL. In addition, we have approximately 50 signed contracts with other Vioxx clients.

I believe that my experience as a trial lawyer in a small firm representing individual plaintiffs, my commitment to consumer rights, and my commitment to the use of computer technology in the practice of law, will allow me to make a valuable contribution to the Committee. I do have the time, resources, and sufficient support staff at my law firm to make this commitment to the Steering Committee and would be honored to participate in this effort.

Thank you for considering my application.

Respectfully submitted,

*Joseph Saunders*

Joseph H. Saunders

JHS/mw

cc: All counsel of record

2