UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
THE DOCUMENT RELATES TO: : JUDGE FALLON
ALL MATTERS :
: MAGISTRATE KNOWLES

...................................................

### APPLICATION OF STANLEY M. CHESLEY FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE[1]

Stanley M. Chesley understands consolidated complex medical products litigation. He recognizes the need for balance and cooperation among Steering Committee members. Stanley Chesley has served as Lead Counsel and Executive Committee member in numerous national pharmaceutical and medical device cases. In these capacities, he coordinated discovery and conducted all pretrial matters. He has accepted lead roles in trial, settlement and post trial matters including appeals. Although many of the applicants have participated in national litigation, few if any have been involved in all facets of complex litigation, including leading a team of lawyers in trial.

United States District Courts regularly appoint Mr. Chesley to leadership positions in pharmaceutical and medical products actions. The appointments include:

*In Re Serzone Products Liability Litigation,* United States District Court for the Southern District of West Virginia, Executive Committee Member and Class Counsel;

*In Re Baycol Products Liability Litigation,* United States District Court, District of Minnesota, Member of the Plaintiffs' Executive Committee and Steering Committee;

*In Re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation,* United States District Court, Northern District of Ohio, National Co-Chair;

---

[1] Mr. Chesley represents several Vioxx clients and filed an action in the Southern District of Ohio. *Lind v. Merck & Co., Inc.,* Case No. 1:05-cv-13. The case has been transferred to this Court.

*In Re: Diet Drugs (Phentermine, Fenfluramine and Dexfenfluramine) Products' Liability Litigation*, U.S.D.C. Eastern District of Pennsylvania, Plaintiffs' Lead Counsel and Co-Chair of Plaintiffs' Management;

*In Re: Silicone Gel Breast Implant Litigation*, U.S.D.C. Northern District of Alabama, MDL #926, National Co-Chairman of Plaintiffs' Steering Committee.

*In Re: "Bendectin" Products Liability Litigation*, U.S.D.C. Southern District of Ohio, MDL #486, Member of Plaintiffs' Management Committee and Liaison Counsel;

*In Re: Bjork-Shiley "C/C" Heart Valve Litigation*, (worldwide defective heart valve litigation, approximately 42,000 claimants), U.S.D.C. Southern District of Ohio, Lead Counsel and Class Counsel;

*In Re: Copley Pharmaceuticals, Inc.*, MDL #1013 (U.S.D.C. Wyoming, Hon. Clarence Brimmer), Chairman of Plaintiffs' Lead Counsel Committee and Class Counsel; and,

*In Re: Telectronics Pacing Systems, Inc.* (defective pacemaker, involving approximately 40,000 claimants), U.S.D.C. Southern District of Ohio, MDL #1057, Chairman of Plaintiffs' Steering Committee.

Federal courts also have recognized Mr. Chesley's leadership in a variety of complex actions including product liability,[2] antitrust,[3] securities fraud,[4] and mass disaster.[5]

The recognition that Mr. Chesley has earned from federal judges for his leadership is perhaps the most persuasive reason to appoint Mr. Chesley. Judge Clarence Brimmer, for example, appointed Mr. Chesley as Lead Counsel in the consolidated

---

[2] See e.g., *In Re Castano Tobacco Litigation*, (Lead counsel for settlement negotiations and member of the Executive Committee)

[3] See e.g., *In Re Microsoft Corp. Litigation*, United States District Court, District of Maryland (Co-Chair).

[4] See e.g., *In Re Federal Home Loan Mortgage Corporation*, United States District Court, Northern District of Ohio, and United States District Court Southern District of New York, Plaintiffs' Lead Counsel; *In Re: Fannie Mae Securities, Shareholder Derivative, and ERISA Litigation*, United States District Court, Southern District of Ohio, and United States District Court for of District of Columbia, Plaintiffs' Lead Counsel for securities fraud claims; and, *In Re Dayton, Power & Light Litigation*, United States District Court, Southern District of Ohio at Dayton, Plaintiff's Lead Counsel, settled for $145 Million.

[5] See e.g., *In Re: USAir Flight #405 Aircrash Disaster at New York's LaGuardia Airport*, U.S.D.C. Northern District of Ohio, MDL #936, Chairman of Plaintiffs' Steering Committee; *In Re: Northwest Air crash Litigation, Flight #255*, Detroit, Michigan, U.S.D.C. Eastern District of Michigan, MDL #742, Member of Plaintiffs' Lead Counsel Committee, *In Re: MGM Grand Hotel Fire Litigation*, U.S.D.C. District of Nevada, MDL #453; Member of the Executive Committee of the Plaintiffs' Lead Counsel Committee; and, *In Re: Beverly Hills Supper Club Fire Litigation* (165 deaths and numerous injuries), U.S.D.C. Eastern District of Kentucky, Plaintiffs' Class Lead Counsel.

Alubuterol Litigation.[6] The litigation involved claims that the medication was defective. The case progressed to a national class action trial. At the close of trial, the matter settled. When he carefully considered the contributions of counsel, Judge Brimmer offered the following review of Mr. Chesley's performance as Lead Counsel.

> As an overview, Mr. Chesley served as Lead Counsel, an enormous undertaking. ... As will be explained, the Court cannot understate the services of Lead Counsel and his firm in arriving at the favorable result in this case.
>
> ***
>
> Lead Counsel's firm assumed a leadership role that the Court should reward. Lead Counsel played an integral part in organizing the major discovery effort, conducting discovery, and briefing discovery issues. This firm assumed responsibility for the litigation, decided delegation of responsibilities and otherwise assumed a management role in assuring that class counsel properly handled all work. This firm also handled the briefing and arguing for class certification, motions to stay pending the grand jury investigation, and various discovery hurdles. During the 42-day trial, Lead Counsel's firm... presented the testimony and conducted all the cross examination of all witnesses ... Lead Counsel's firm handled all motions in limine and assumed overall responsibility for the trial. Mr. Chesley negotiated the settlement...

Mr. Chesley is eager to provide the same leadership that he previously has provided and to cooperate with other counsel to help the victims of Vioxx.

Respectfully submitted,

*/s/ Stanley M. Chesley*
Stanley M. Chesley (0000852)
WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267

---

[6] *In re Copley Pharmaceutical, Inc., Albuterol Products Liability,* 50 F.Supp.2d 1141 (D. Wyoming 1999) (MDL-1013). *See In re Telectronics Pacing Systems, Inc.,* 137 F.Supp.2d 1029, 1043-45 (S.D. Ohio 2001) (discussing the quality of work performed by Lead Counsel in litigation concerning defective pacemaker leads).

## CERTIFICATE OF SERVICE

I certify that a copy of Stanley M. Chesley's Application for Appointment to Plaintiffs' Steering Committee was served via ordinary United States mail on this the 24th day of March 2005, on the following people:

Allen, Jr, T. Scott
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019

Americsourcebergen,
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Arsenault, Richard J.
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Aylstock, Bryan F.
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Bailey, Blake H.
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Barkley, Steven C.
3560 Delaware
Suite 305
Beaumont, TX 77706

Barrett, David A.
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

Becnel, Bradley Douglas
Law Offices Of Daniel E. Becnel, Jr.
425 W. Airline Hwy.
Suite B
Laplace, LA 70068

Becnel, Jr, Daniel E
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig,
P.O. Box 959
Valley Forge, PA 19482

Berger, C. William
Furr & Cohen
One Boca Place
2255 Glades Road
Suite 337W
Boca Raton, FL 33431

Birchfield, Jr, Andy D.
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Bradford, Reshonda L.
Singleton Law Firm
4050 Linwood Ave
Shreveport, LA 71108

4

Bruno, Joseph M.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Buchanan, Virginia M
Levin, Papatonio, Thomas, Mitchell, et al.
316 South Baylen Street, Suite 600
P O Box 12308
Pensacola, FL 32501

Cabraser, Elizabeth J.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Carboy, Andrew J
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Carroll, Raymond S
Law Offices Of Weiner, Carroll & Strauss
119 Rockland Center
Suite 425
Nanuet, NY 10954

Colingo, Joseph R
Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

Cory, Ernest
Cory, Watson, Crowder & DeGaris, P C.
2131 Magnolia Avenue

Suite 200
Birmingham, AL 35205

Craig, Jr, C. York
Craig, Hester, Luke & Dodson
P O Box 12005
Jackson, MS 39236-2005

Crum, Richard E.
Cobb, Shealy, Crum & Derrick, P A.
P.O. Box 6346
Dothan, AL 36302-6346

D'Amato, Jr, John Michael
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Deters, Eric C
Eric C Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Dixon, Ivan
8413 Edgewood Drive
Rowlett, TX 75089

Eberhardt, John P
#1083045
1100 FM 655
Rosharon, TX 77583

Edelman, Daniel A.
Edelman, Combs & Latturner, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Edmonson, Richard M
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS 39211

Fayard, Jr, Calvin C
Fayard & Honeycutt
519 Florida Avenue, S W
Denham Springs, LA 70726

5

Fears, Reginald K.
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Federman, William B
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Fiesta, Ronald V
Kenneth B. Moll & Associates, L
Three First National Plaza
50th Floor
Chicago, IL 60602

Flowers, R. Allen
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Foster, Shawn G.
Davis, Bethune & Jones, LLC
1100 Main Street
Suite 2390
Kansas City, MO 64105

Fox, Dana Casselli
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Freese, Richard A
Sweet & Freese, P L L C.
P O Box 1178
Jackson, MS 39215

Gallagher, Michael T
Gallagher Law Firm, P.C
777 Walker Street
Suite 2500
Houston, TX 77002

Gancedo, Hector G.
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Garcia, Ricardo A
820 S Main Street
McAllen, TX 78501

Gibson, Mary
P.O Box 400
St. Mary's, GA 31558

Goldser, Ronald S.
Zimmerman Reed, P.L L P
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Goldwasser, Andrew S.
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Suite 460
Cleveland, OH 44113

Graffeo, C. Anthony
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P O. Box 18368
Hunstville, AL 35804

Griesenbeck, Tim T.
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 N E Loop 410
P.O Box 795061
San Antonio, TX 78216

Griffith, Patricia
1045 Evelyn Avenue
Clarksdale, MS 38614
*** Bad Address ***

Guerriero, Jeffrey D
Guerriero & Guerriero
P O Box 4092
Monore, LA 71211-4092

6

Harke, Lance A
Harke & Clasby
155 South Miami Avenue
Suite 600
Miami, FL 33130

Hebderson, Craig D
Gary, Thomasson, Hall & Mark
Professional Corp
P O Box 2888
210 S Carancahua
Corpus Christi, TX 78403

Hockema, David Hadden
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado
Bldg. 101
P.O. Box 720540
McAllen, TX 78504-0540

Hodges, Robert M.
Wise, Carter, Child & Caraway
P O. Box 651
Jackson, MS 39205-0651

Howell, III, Jesse L
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P O Box 6020
Ridgeland, MS 39158-6020

Hughes, John F
Wilkins, Stephens & Tipton
P O Box 13429
Jackson, MS 39236-3429

Hutton, Mark B.
Hutton & Hutton
P O. Box 638
Wichita, KS 67201

Hylla, David A.
Bilbrey & Hylla
8724 Pin Oak Road
P O Box 975
Edwardsville, IL 62025

Johnson, Dennis J.
Johnson & Perkinson
1690 Williston Road
P O Box 2305
S Burlington, VT 05403

Johnson, Walter T.
Watkins & Eager
P O. Box 650
Jackson, MS 39205-0650

Johnson, III, Whitman B
Currie, Johnson, Griffin, Gaines & N
P O Box 750
Jackson, MS 39205-0750

Jones, Christy D
Butler, Snow, O'Mara, Stevens & Ci
P O. Box 22567
Jackson, MS 39225-2567

Josephson, Richard L
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Katz, Melissa C.
Waters & Kraus
3219 Mckinney
Suite 3000
Dallas, TX 75204

Kegerreis, Sharon L.
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

Kennedy, R. Eric
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Kleinberg, Norman C.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Knoll, Marjory
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Kolman, Timothy M
Timothy M. Kolman And Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Lamp, Joel C.
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Land, John W.
Bryan, Nelson, Randolph & Weathers
P.O Drawer 18109
Hattiesburg, MS 39404-8109

Lanier, W Mark
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Leathers, Jeffrey D
Greer, Pipkin, Russell, Dent & Leathers
P O Box 907
Tupelo, MS 38802

Leesfield, Ira H.
Leesfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Levin, Arnold
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Lewis, Carlene Rhodes
Goforth, Lewis, Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Lietz, David K.
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Lockridge, Richard A.
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Luckett, Jr, William O
Luckett Law Firm
P O. Drawer 1000
Clarksdale, MS 38614-1000

Malone, Patrick A.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W
Suite 1100
Washington, DC 20036

Matthews, David P.
Abraham Watkins Nichols Sorrels Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

McClain, Kenneth B
Humphrey, Farrington & McClain, P C
221 West Lexington
Suite 400
Independence, MO 64050

McNamara, J. Leray
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Meaders, Kim M.
Crouch & Ramey
1445 Rose Avenue
Ste 2300
Dallas, TX 75202

Merkel, Charles M.
Merkel & Cocke
P O Box 1388
Clarksdale, MS 38614-1388

Milam, S Kirk
Hickman, Goza & Spragins, Pllc
P O Drawer 668
Oxford, MS 38655-0668

Milavetz, Allen Scott
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Miller, Mason L.
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Minor, Daniel
1032 Cardinal Dr.
Waco, TX 76712

Minor, Steven R.
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

Morrano, Michael H.
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL 60606

Mousseau, Geoffrey C.
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA 91208

Mulhern, Edwin T.
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

Murray, Stephen B
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Nast, Dianne M
Roda & Nast, P.C
801 Estelle Drive
Lancaster, PA 17601

Naylor, Eugene R.
Wise, Carter, Child & Caraway
600 Heritage Bldg
401 East Capitol St
P O Box 651
Jackson, MS 39205-0651

O'Malley, Richard F
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Owen, Gregory J.
Owen, Patterson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Pearson, Thomas Jack
Pearson & Campbell, P C
2394 Calder Avenue
Beaumont, TX 77702

Piper, Jr, Robert E.
Piper & Associates
624 Pierre Avenue
P O. Box 69
Shreveport, LA 71103

Pitre, Frank M.
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlingame, CA 94010

9

Pope, Geoffrey Edward
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, N E
1600 The Peachtree
Atlanta, GA 30309-3269

Price, Henry J.
Price, Potter, Jackson, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Quetglas-Jordan, Eric M.
Queglas Law Offices
P.O Box 16606
San Juan, PR 00908-6606

Robb, William R.
Aleshire, Robb & Sivils, P C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Rowland, Robert D
2227 South State Route 157
Edwardsville, IL 62025

Ruiz, John H
Law Office of John H Ruiz
5040 N.W 7th Street
Suite 920
Miami, FL 33126

Rynecki, Scott
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Saia, Stephen V.
Law Offices of Stephen V Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Schwebel, Paul R.M.
5657 Rundle Court
Indianapolis, IN 46220

Scott, Stuart E.
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Seeger, Christopher A.
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004-2502

Simon, Jeffrey B
Suite 3000
Dallas, TX 75204

Smith, David Neil
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Smith, Deanna Dean
Ebanks, Smith & Carlson LLP
1401 McKinney
Suite 2500
Houston, TX 77010-4034

Snapka, Kathryn A.
Snapka, Turman & Waterhouse, LLP
606 N Carancahua, Suite 1511
P O. Drawer 23017
Corpus Christi, TX 78403

Specter, Shanin
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Stacy, Robert F
Daniel, Coker, Horton & Bell
P O. Box 1084
Jackson, MS 39215-1084

Steward, John S
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Sullivan, Robert G
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Thomas, Casandra F
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Tisi, Christopher V.
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Wade, Jr., Lawrence D
Campbell, DeLong, Hagwood & Wade
P O. Box 1856
Greenville, MS 38702-1856

Walker, Chris J.
Markow Walker, P A.
P O Box 13669
Jackson, MS 39236-3669

Walker, Thomas E.
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Watson, Leila H
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
P O Box 55927
Birmingham, AL 35255-5972

Weaver, Jennifer Fadal
1305 Fossel Ridge Trial
Waco, TX 76712

Weiner, Richard J.
Law Offices Of Richard J Weiner, P.C
119 Rockland Center
Suite 425
Nanuet, NY 10954

Weisbrod, Leslie
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

Welch, III, Jewell E
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Weston, John K.
Sacks, Weston, Smolinksy, Albert & Luber
510 Walunt Street
Suite 400
Philadelphia, PA 19106

Wright, James L.
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Zonas, James John
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL 34102

Nadeem Haider
606 N. Jefferson St.
Louisville, MS 39339

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Ave., 12th Floor
New York, NY 10017-5563

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Ave, Ste 4400
Dallas, TX 75201

Stanley M. Chesley

11