THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION : L

JUDGE ELDON FALLON

MAG. JUDGE KNOWLES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPLICATION OF CLEO FIELDS FOR APPOINTMENT ON PLAINTIFFS STEERING COMMITTEE

I, Cleo Fields, respectfully request that I be appointed to the Plaintiff Steering Committee. I am a graduate of Southern University Law Center. I was a member of the State Senate from 1988 to 1992. Thereafter, I was elected to the United States Congress where I served from 1992 through 1996. After my congressional term ended, I returned to the Louisiana State Senate in 1997 where I am still currently serving. Also, I am the General Counsel for Rainbow/PUSH Coalition which is a national organization promoting social, racial, and economic justice.

Presently, I am the owner of the Fields Law Firm, LLC located in Baton Rouge, Louisiana. My firm specializes in personal injury, toxic tort litigation, and class action lawsuits. Since opening my practice, I have been involved in multidistrict litigations and class actions and have been given the opportunity to serve on Plaintiff Steering Committees. My involvement in these class actions has given me the experience and qualifications necessary for appointment to the Plaintiff's Steering Committee in this matter.

I have served on the Plaintiff Steering Committee on the following matters:

*Burnell and Aline Marcell et al.versus Allied Signal, Inc., et al*; Docket Number: 458,625 Division "D"; 19th Judicial District Court, Parish of East Baton Rouge, Louisiana.

*Henry Stewart, III and Patricia Lumard, et al versus Rhodia, Inc*; Docket Number 463,299 "D", 19th Judicial District Court

I have also been involved in complex toxic tort cases some of which include:

*Dr. Janet Rami, Ph.D. and Shelia Floyd versus Rhodia, Inc., et al*; Docket Number 99-437-B-MI, United States District Court, Middle District of Louisiana.

*Brian Ryan, et al versus Conoco, Inc., et al;* Docket Number 97-8553, 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

*John Hanney, et al versus Conoco, Inc., et al;* 99-4421, 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

*Tommie Schexneyder, et al versus Conoco, Inc., et al;* 99-4422, 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

*Paul Gradney, et al versus Conoco, Inc., et al;* 99-4420, 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

*Patrick Murray, et al versus Conoco, Inc., et al,* 99-4423; 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

*Wayne Robins, et al versus Power and Control Systems et al;* Docket Number: 26671; 23rd Judicial District Court, Parish of St. James, State of Louisiana.

*In the Matter of New Orleans Tank Car Leakage Fire Litigation;* Docket Number 87-16374, Civil District Court for the Parish of Orleans, State of Louisiana.

After serving on these committees and being involved in numerous other class action lawsuits and multidistrict litigations, I realize the commitment that it takes to work on a project of this magnitude in conjunction with a team of lawyers from different backgrounds and experiences. Also my involvement in politics and service in other areas I believe would benefit this project if I were to serve on this committee. I have the availability, resources, experience, and the interpersonal skills to work with others on this project. Therefore, I ask that I am given the opportunity to serve on this committee.

2

RESPECTFULLY SUBMITTED:

*[signature]*

CLEO FIELDS (LBN: 25388)
2147 Government St.
Baton Rouge, LA 70806
Telephone: (225) 343-5377)
Fax: (225) 343-5311

## CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded a copy of the above and foregoing, postage prepaid and properly addressed to all known counsel of record. Baton Rouge, Louisiana on this 24th day of March, 2005.

*[signature]*
CLEO FIELDS

3