IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 25   A II: 45

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

---

**APPLICATION FOR APPOINTMENT OF RICHARD D. MEADOW
TO SERVE ON PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Pretrial Order No. 1, Richard D. Meadow of The Lanier Law Firm,

P.C. ("LLF"), requests appointment to serve on the Plaintiffs' Steering Committee.

I am the Managing Attorney of the New York office of LLF[1], the Chair of LLF's

Pharmaceutical Litigation Division, and a member of the Board of Directors of the New

York State Trial Lawyers Association.  I am counsel in 254 pre-withdrawal federal

personal injury claims, 3 Texas state-filed cases, 24 New Jersey state-filed cases, and

hundreds of other as yet un-filed state cases in which LLF represents claimants from 41

states and Puerto Rico following a screening of many thousands of potential actions.  I

have successfully tried over 20 cases to verdict.  As part of the trial team at my former

employer, I obtained jury awards of over $53 million and $47 million for my clients.

Both verdicts appeared in the National Law Journal's list of largest verdicts in 2002 and

2003, respectively.[2]  This is my first application to serve on a steering committee of this

---

[1] LLF is an AV rated firm that has attained Martindale Hubble's highest rating of "Bar Register" in the
following practice areas: Admiralty/Maritime Law; Appellate Practice; Aviation Law; Commercial
Litigation; Medical Malpractice; Personal Injury; Product Liability Law; and Toxic Torts.
[2] I am licensed to practice law in New York State, New Jersey and Pennsylvania and I am admitted to the
Bar of the United States Supreme Court.  I am a graduate of California Western School of Law (J.D. 1984)
and Rutgers University (B.A. 1979).

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

nature, and it is the first application my firm has ever made to play a leadership role on a national committee of this significance.

In 1990, LLF began as a small regional plaintiffs' tort firm. Since then, our firm has developed into a national trial firm with verdicts and settlements totaling in the billions of dollars. On November 15, 2004, LLF officially opened the doors of our New York office. In doing so, LLF demonstrated a commitment to being involved in mass tort and commercial litigation on a nationwide basis. Since opening our New York office, I, together with our firm's founder, Mark Lanier, have been responsible for leading LLF's nationwide Vioxx litigation. As the Chair of LLF's Pharmaceutical Litigation Division, I have worked diligently to develop significant working relationships with lawyers from all over the country, including, with Chris Seeger and David Buchanan of Seeger Weiss, LLP, and, in doing so, I have engaged numerous lawyers from my firm to participate in the collective discovery efforts spearheaded by Seeger Weiss, LLP.

LLF has played a significant role in the nationwide Vioxx litigation since 2002. Our firm was amongst the first to file state cases in Texas, and, together with our co-counsel Goforth Lewis LLP, we represent a plaintiff who may be amongst the very first in the nation to proceed to trial on May 31, 2005. In preparing for this early trial, LLF has actively engaged in discovery by both cross-noticing depositions in our Texas cases and deposing many of the key senior Merck present and former employees whose depositions were originally noticed in the New Jersey litigation.

LLF's managing partner, Mark Lanier, has personally taken the depositions of Nancy Santanello[3], Dr. Louis Sherwood[4], David W. Anstice[5] and Dr. Edward Scolnick.[6]

---

[3] Merck's former Director of Epidemiology.
[4] Merck's Senior Vice President of Medical Affairs.
[5] Merck's former President of Human Health and Merck's current President of the Americas.

Furthermore, I personally deposed Wendy Dixon.[7]  In the next coming weeks, LLF will also be deposing Raymond Gilmartin[8], Peter Kim[9], Dr. Alise Reicin[10] and Dr. Alan Nies.[11]

LLF has also been at the forefront of retaining plaintiffs' prominent medical and scientific experts who are intended to testify on behalf of LLF's clients in the near future and LLF has been actively engaged in preparing for the defense of such experts' upcoming depositions.

By taking such an active role in the complex, time-consuming and arduous pre-trial discovery process that LLF has embarked upon, LLF has placed itself within a small circle of law firms that have been intensely involved in the Vioxx litigation.

LLF is a relatively young firm that was founded in 1990, and, which has amassed numerous successful results in regional mass tort and commercial litigation. Since its inception, LLF has primarily focused on the representation of individual cases, and, as such, LLF does not have an extensive resume of serving on similar steering committees. However, on behalf of LLF and its clients, I now seek to further expand our national practice by committing the necessary resources, abilities and desire required to effectively serve on the Vioxx Plaintiffs' Steering Committee.

Dated: March 24, 2005

Richard D. Meadow
The Lanier Law Firm, P.C.
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(212) 421-2800

---

[6] Merck's former President of Merck Research Laboratories 2001 through present.
[7] Merck's former Senior Vice President of Marketing who was responsible for marketing Vioxx.
[8] Merck's Chairman, President and Chief Executive Officer.
[9] Merck's current President of Merck Research Labs.
[10] Merck's Senior Director of Clinical Immunology and Analgesia, Merck Research Laboratories.
[11] Merck's former Senior Vice President of Clinical Sciences, Merck Research Laboratories.

## CERTIFICATE OF SERVICE

I hereby certify that the above original and one copy have been filed with the Clerk of the Court of the Eastern District of Louisiana and has been served upon all counsel known to have a federal Vioxx case pending this 24th day of March, 2005.

Richard D. Meadow
The Lanier Law Firm, P.C.
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(212) 421-2800

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Dario Arango, M.D.
5407 South McColl Road, Suite B
Edinburg, TX 78539

Matthew H. Armstrong
Marker & Armstrong, LLC
One Metropolitan Square, Suite 2970
St. Louis, MO 63102-2793

Richard J. Arsenault
Neblett Beard & Arsenault
P. O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

Ben Barnow
Barnow & Associates
One North LaSalle Street, Suite 4600
Chicago, IL 60602

David A. Barett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bradley Douglas Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Highway, Suite B
Laplace, LA 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
P. O. Drawre H
Reserve, LA 70084-2095

Bergen Brunswig
P. O. Box 959
Valley Forge, PA 79482

William C. Berger
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis &
Miles
P. O. Box 4160
Montgomery, AL 36103-4160

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Avenue
Shreveport, LA 71108

Ellis Broadway, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P. O. Box 2500
Marcy, NY 13403

Joseph M. Bruno
Bruno & Bruno, LP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, et
al.
316 S. Baylen Street, Suite 600
Pensacola, FL 32501-5996

Elizabeth J. Cabraser
Leiff, Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath &
Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

Stephen W. Burrow
Williams, Heidelberg, et al.
P. O. Box 1407
Pascagoula, MS 39568-1407

Ernest Cory
Cory, Watson, Crowder & Degaris
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P. O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
Cobb, Shealy, Crum & Derrick
P. O. Box 6346
Dothan, AL 36032-6346

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato
1010 Forest Avenue
Staten Island, NY 10310

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX 77437

Eric C. Deters
Eric C. Deters & Associates
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John Drisscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
Edelman, Combs & Latturner
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
Armstrong Allen
4450 Old Canton Road, Suite 210
Jackson, MS 39211

James A. Edwards
Cantey & Hanger
801 Cherry Street, Suite 2100
Burnett Plaza
Fort Worth, TX 76102

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

William B. Federman
Federman & Sherwood
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Ronald V. Fiesta
Kenneth B. Moll & Assoc.
Three First National Plaza
50th Floor
Chicago, IL 60602

Allen R. Flowers
Flowers Law Firm
341 North 25th Avenue
Hattisburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones
1100 Main Street, Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Richard A. Freese
Sweet & Freese
P. O. Box 1178
Jackson, MS 29215

Michael T. Gallagher
Gallagher Law Firm
777 Walker Street, Suite 2500
Houston, TX 77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Anthony C. Graffeo
Watson, Jimmerson, Givhan, et al.
P. O. Box 18368
Huntsville, AL 35804

Tim T. Griesenbeck
Plunkett & Gibson
70 N.E. Loop 410, Suite 1100
San Antonio, TX 78216

Jeffrey D. Guerriero
Guerriero & Guerriero
P. O. Box 4092
Monroe, LA 71211-4092

Lance A. Harke
Harke & Clasby
155 South Miami Ave., Suite 600
Miami, FL 33130

Jennifer Haskins
Assistant General Counsel
Wal-Mart Stores
702 S.W. 8th Street
Bentonville, AR 72716-0215

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
P. O. Box 2888
Corpus Christi, TX 78403

David H. Hockema
Hockema, Tippit & Escobedo
P. O. Box 720540
McAllen, TX 78504-0540

Robert M. Hodges
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205-0651

Sharon L. Kegerreis
Hughes, Hubbard & Reed
201 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-4332

Debra L. Hurst
Hurst & Hurst
401 West "A" Street, Suite 1825
San Diego, CA 92101

Mark B. Hutton
Hutton & Hutton
P. O. Box 538
Wichita, KS 67201

Dennis J. Johnson
Johnson & Perkinson
P. O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Meyers
P. O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow, O'Mara, Stevens &
Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker & Botts
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

Melissa C. Katz
Waters & Kraus
3219 McKinney, Suite 3000
Dallas, TX 75204

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Eric R. Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Timothy M. Kolman
Timothy M. Kolman & Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

John W. Land
Bryan, Nelson, Randolph & Weathers
P. O. Drawer 18109
Hattisburg, MS 39404-8109

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P. O. Box 907
Tupelo, MS 38802

Arnold Levin
Levin, Fishbein, Sedran & Berman
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood
2350 South Dixie Highway
Miami, FL 33133

Steven R. Minor
Elliott Lawson & Minor
P. O. Box 8400
Bristol, VA 24203-8400

Michael H. Moirano
Nisen & Elliott
200 West Adams St., Suite 2500
Chicago, IL 60606

Kenneth B. Moll
Kenneth B. Moll & Associates
Three First National Plaza, 50th Floor
Chicago, IL 60602

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

John T. Murray
Murray & Murray
P. O. Box 19
Sandusky, OH 44871

Dianne Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Kenneth B. McClain
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64050

Carlene Rhodes Lewis
Goforth, Lewis, Sanford
1111 Bagby, Suite 2200
Houston, TX 77071

David K. Lietz
Coale, Cooley, Leitz, McInerny &
Broadus
818 Connecticut Ave., Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge, Grindal & Nauen
100 Washington Avenue South, Suite
2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P. O. Drawer 1000
Clarksdale, MS 38614-1000

Patrick A. Malone
Stein, Mitchell & Mizines
1100 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036

David P. Matthews
Abraham, Watkins, Nicols, Sorrels
800 Commerce Street
Houston, TX 77002-1776

Eugene R. Naylor
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205-0651

Leray J. McNamara
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Joseph L. McNamara
Copeland, Cook, Taylor & Bish
P. O. Box 6020
Ridgeland, MS 39158

Charles M. Merkel
Merkel & Cocke
P. O. Box 1388
Clarksdale, MS 38614-1388

Kirk S. Milam
Hickman, Goza & Sparagins
P. O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
Milavetz, Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Mason L. Miller
Getty & Mayo
250 W. Main Street, Ste. 1900
Lexington, KY 40507

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
P. O. Box 7948
Long Beach, CA 90807

Daniel Minor
1032 Cardinal Drive
Waco, TX 76712

Richard F. O'Malley
Sidley Austin Bream & Wood
10 South Dearborn Street, Suite 48
Southeast
Chicago, IL 60603

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd., Suite 201
Valencia, CA 91355

Thomas Jack Pearson
Perason & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Robert Piper, Jr.
Piper & Associates
P. O. Box 69
Shreveport, LA 71161

Frank M. Pitre
San Francisco Airport Office Center
540 Malcolm Road, Suite 200
Burlingame, CA 94010

Geoffrey Edward Pope
Dotlerrn, Shields, Canficid, et al.
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Norman E. Siegel
Stueve Helder & Siegel
330 W. 47th Street, Suite 250
Kansas City, MO 64112

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Ave., Suite 3000
Dallas, TX 75104

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX 75638

Deanne Dean Smith
Ebanks, Smith & Carlson
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Kathryn A. Snapka
Snapka, Turinan & Waterhouse
P. O. Drawer 23017
Corpus Christi, TX 75403

Shanin Specter
Kline & Specter
1525 Locus Street
19th Street
Philadelphia, PA 19102

Robert F. Stacy
Daniel, Coker, Horton & Bell
P. O. Box 1084
Jackson, MS 39215-1064

John S. Steward
Burstein Law Firm, P.C.
225 South Meramac, Suite 925
Clayton, MO 63105

Eric M. Queglas-Jordan
Queglas Law Offices
P. O. Box 16606
San Juan, PR 00908-6606

Robert A. Schwartz
Bailey, Galyen & Gold
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058

Gerald E. Meunier
Gainsburgh, Benjamin, David, et al.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox &
Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115

Jerrold S. Parker
Jason Mark
Parker & Waichman, LLP
111 Great Neck Road, Suite 101
Great Neck, NY 11021

Timothy R. Balducci
The Langston Law Firm, P.A.
100 South Main Street
P. O. Box 787
Booneville, MS 38829

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

William R. Robb
Aleshire, Robb & Sivils
901 St. Louis Street, Suite 1600
Springfield, MO 65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

John H. Ruiz
Law Office of John H. Ruiz
50442 N.W. 7th Street, Suite 920
Miami, FL 33126

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Stuart E. Scott
Spangenberg, Shibley & Liber
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Christopher A. Seeger
Seeger Weiss, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Michael A. Yassaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 1000
Houston, TX 77010

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 03102

Robert G. Sullivan
Sullivan, Papain, Block, McGrath et al.
120 Broadway, 18th Floor
New York, NY 10271

Caasandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street NW, Suite 400
Washington, DC 20036

Josephine Trovini
Westchester County Attorneys Office
600 Michaelian Office Building
148 Martine Avenue
White Plains, NY 10601

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P. O. Box 1856
Greenville, MS 35702-1556

Chris J. Walker
Markow Walker, P.A.
P. O. Box 13669
Jackson, MS 39236-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan
1901 6th Avenue North
Birmingham, AL 35203

Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

John W. Land
P. O. Drawer 18109
Hattisburg, MS 39404-8109

Kim M. Meaders
Crouch & Ramey
1445 Ross Avenue, Suite 2300
Dallas, TX 75202

Stephen B. Murray
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Jeffrey Robinson
Robinson & Sheen, LLC
215 South State Street, Suite 960
Salt Lake City, UT 84111

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
Edwardsville, IL 62025

Dennis J. Johnson
Johnson & Perkinson
P. O. Box 2305
S. Burlington, VT 05403

James L. Wright
Mithoff & Jacks
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

James J. Zonas
Attorney at Law
700 2nd Avenue North, Suite 102
Naples, FL 34102

Shanin Specter
Kline & Specter
1525 Locust Street; 19th Street
Philadelphia, PA 19102

Virginia M. Buchnan
P. O. Box 12308
Pensacola, FL 32501

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Jennifer Fadel Weaver
1305 Fossel Ridge Trail
Waco, TX 76712

Richard I. Weiner
Law Offices of Richard J. Weiner
19 Rockland Center, Suite 425
Nanuet, NY 10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart
100 Park Avenue, 12th Floor
New York, NY 10017-5563

John F. Hughes
Wilkins, Stephens & Tipton
P. O. Box 13429
Jackson, MS 39236-3429

John K. Weston
Sacks, Weston, Smolinsky, Albert, et al
510 Walnut Street, Suite 400
Philadelphia, PA 19106

Mary Gibson
P. O. Box 400
St. Mary's, GA 31558

Honorable Loretta G. Whyte
United States District Court Clerk
500 Poydras Street, Room C151
New Orleans, LA 70130

The Lanier Law Firm, P.C.
Attn: Rhonda Harshbarger, CP
6810 FM 1960 West
Houston, TX 77069