**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 25 I P 12: 36

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | § | MDL Docket No. 1657 |
|     LIABILITY LITIGATION | § | |
| | § | Section L |
| | § | |
| This Document Relates to: | § | JUDGE FALLON |
|     ALL ACTIONS | § | MAG. JUDGE KNOWLES |

**APPLICATION OF CHARLES R. HOUSSIERE, III FOR**
**APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

COMES NOW Charles R. Houssiere, III and respectfully submits this application for

appointment to the Plaintiffs' Steering Committee.  In support thereof, he states:

I am a Board Certified Personal Injury Trial attorney licensed to practice in the State of

Texas and the State of Colorado.  I am a member in good standing of both bars.  I am also

admitted to practice before the United States Supreme Court, United States Court of Appeals for

the Fifth Circuit, and the United States District Court for the Northern, Southern, and Western

Districts of Texas.  I am a founding partner, and currently senior partner, of the firm Houssiere,

Durant & Houssiere, LLP, a firm specializing in personal injury litigation, including mass torts,

for over twenty years.

I, and my firm, are committed to this important project.  In addition to the attorneys

available at my firm to commit to work on the Vioxx MDL, my staff includes both a medical

doctor and registered nurse who enhance my firm's qualifications and abilities to handle the

complex medico-legal issues involved in this litigation.  Most importantly, I meet the

qualifications announced by this Court in its Pre-Trial Order No. 1. I am willing and available to

commit the time needed for to this litigation. I have a demonstrated ability to work cooperatively

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

with others and am experienced in this type of litigation.

I have handled numerous mass tort claims proceeding in MDLs across the country including, but not limited to, claims in In re: Bridgestone/Firestone, Inc. ATX, ATXII and Wilderness Tires Product Liability Litigation MDL No. 1373; In re: Silicone Gel Breast Implants Product Liability Litigation MDL No. 926; and In re: Preempro Products Liability Litigation MDL No. 1507. My demonstrated ability to cooperate with other counsel in litigation similar to this one was demonstrated by my firm's serving on the Plaintiffs' Steering Committee for In re: Silicone Gel Breast Implants Product Liability Litigation MDL No. 926.

In addition to work within other MDL proceedings, I have successfully handled numerous toxic and mass torts. I was lead counsel for over three hundred claimants arising from the pollution of the City of El Campo's water supply caused by the dumping of toxic chemicals. I successfully handled over a thousand claims against the manufacturers of breast implants. I successfully handled over a hundred claims against Bridgestone/Firestone and Ford Motor Company arising from rollovers precipitated by defective tires. I also handled multiple against the manufacturers of defective saline breast implants, Three Acquisition Corp. and Poly Implants Prothesis, S.A.

I have written and lectured for years on medico-legal issues and trial strategies including articles "Jury Selection, Opening Statements and Closing Argument in Medicolegal Cases;" "Causation: Legal and Factual;" and "Threshold Issues: Evaluating Liability." I am a Director of the Texas Trial Lawyers Association, a Director of the Houston Trial Lawyers Association, a Sustaining Member of the Association of Trial Attorneys of America and a past-Governor from Texas to the Association of Trial Attorneys of America.

I am preparing to file almost a hundred meritorious claims across the country against Merck & Co., Inc. for claimants seriously injured by the drug Vioxx before its removal from the market. Additionally, I am reviewing hundreds more to determine their merit. I have studied the existing medical literature regarding the cardiovascular injuries that ingestion of Vioxx caused and have consulted with medical experts.

If selected to serve on the Vioxx PSC, I commit to working cooperatively with the other fine attorneys on the PSC and others representing injured victims to ensure a just resolution of this important litigation.

Respectfully submitted,

**HOUSSIERE, DURANT & HOUSSIERE, LLP**

By: _Charles R. Houssiere III_
by MCT

Charles R. Houssiere, III
State Bar No. 10050700
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3700

## CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of the foregoing Application of Charles R.

Houssiere, III for Appointment to the Plaintiffs' Steering Committee have been filed with the

Clerk of the Court of the Eastern District of Louisiana and that a true and correct copy has been

served upon the individuals on the attached list on this 24th day of March, 2005, via United States

first class mail, postage prepaid.

_____
Charles R. Houssiere, III

4

Jam Free Printing
Use Avery® TEMPLATE 5160®

www.avery.com
1-800-GO-AVERY

AVERY® 5160®

Americsourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Bergen Brunswig
PO Box 959
Valley Forge, PA 19482

T. Scott Allen, Jr.
Cruse Scott Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, Texas 77019

Calvin J. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue SW
Denham Springs, LA 70726

Reginald K. Pfart
James H. Byrd Unit
21 FM 247
Huntsville, Texas 77320

William B. Federman
Federman & Sherwood
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Richard Arsenault
Neblett Beard & Arsenault
PO Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake Bailey
Bailey Law Firm
112 South Broadway
Tyler, Texas 75702

Ronald Fiesta
Kenneth B. Moll & Associates
Three First National Plaza
50th Floor
Chicago, IL 60602

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn Foster
Davis Bethune & Jones LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, Texas 77706

David A. Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bradley D. Bechel
Law Offices of Daniel E. Becnel Jr.
425 W. Airline Hwy, Suite B
LaPlace, LA 70068

Dara Casselli Fox
Waters & Kraus
3219 McKinney Avenue Suite 3000
Dallas, Texas 75204

Richard A. Freitse
Sweet & Freess PLLC
P.O. Box 11719
Jackson, MS 39215

Michael T. Gallagher
Gallagher Law Firm
777 Walker Street, Suite 2500
Houston, Texas 77002

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street, P.O. Drawer H
Reserve, LA 70084-2095

C. William Berger
Furr & Cohen
One Boca Place
2255 Glades Rd Suite 337W
Boca Raton, FL 33431

Andy D. Birchfield, Jr.
Beasley Allen Crow Methvin Portis & Miles
P.O. Box 4160
234 Commerce St.
Montgomery, AL 36103

Henry G. Ganceddo
Ganceddo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Ricardo A. Garcia
820 S. Main St.
McAllen, Texas 78501

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Ave
Shreveport, LA 71108

Joseph M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

Leslie J. Bryan
Doffemyre Shields Canfield Knowles &
Devine
1355 Peachtree Street NE
1600 The Peachtree
Atlanta, GA 30309-3289

Ronald S. Goldser
Zimmerman Reed PLLP
651 Nicolet Mall Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street Suite 460
Cleveland, OH 44113

C. Anthony Graffeo
Watson Jimmerson Givhan et al
203 Greene Street
PO Box 18368
Huntsville, AL 35804

Virginia Buchanan
Levin Papantonio, Thomas, Mitchell et al
316 South Baylen Street, Suite 600
Box 12308
Pensacola, FL 32501

Elizabeth Cabraser
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath &
Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Tim T. Griessenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 NE Loop 410
San Antonio, Texas 78216

Patricia Griffith
**BAD ADDRESS**
1045 Evelyn Avenue
Clarksdale, MS 38614

Jeffrey D. Guerriero
Guerriero & Guerriero
PO Box 4092
Monroe, LA 71211-4092

Raymond S. Carroll,
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

John R. Climaco
Climaco Lefkowitz Peca Wilcox & Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44415

Joseph R. Collingo
Collingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Ave
Pascagoula, MS 39568-1407

Naseem Haider
606 N. Jefferson St.
Louisville, MS 39339

Lance A. Harke
Harke & Clasby
155 South Miami Avenue Suite 600
Miami, FL 33130

Barbara J. Hart
Goodkind Labaton Rudoff & Sucharow
100 Park Avenue 12th Floor
New York, NY 10017-5563

Ernest Cory
Cory, Watson, Crowder & DeGaris P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
Craig Hester Luke & Dodson
P.O. Box 12005
Jackson, MS 39235-2005

Richard E. Crum
Cobb Shealy Crum & Derrick PA
PO Box 6346
Dothan, AL 36302-6346

Craig D. Hedderson
Gary Thomasson Hall & Marks PC
PO Box 2888
210 S. Carancahua
Corpus Christi, Texas 78403

David Hadden Hockema
Hockema Tippit & Escobedo LLP
1 Paseo Del Prado Bldg 101
PO Box 750540
McAllen, Texas 78504-0540

Robert M. Hodges
Wise Carter Child & Caraway
PO Box 651
Jackson, MS 39205-0651

John Michael D'Amato, Jr.
Russo Scamardella & D'Amato
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
Eric C Deters & Associates PSC
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Dr
Rowlett, Texas 75089

Jesse L. Howell
Copeland Cook Taylor & Bush PA
200 Concourse Suite 200
1082 Highland Colony Parkway
Ridgeland, MS 39158-9020

John F. Hughes
Wilkins Stephens & Tipton
PO Box 13429
Jackson, MS 39236-3429

Mark B. Hutton
Hutton & Hutton
PO Box 638
Wichita, KS 67201

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, Texas 77583

Daniel Edelman
Edelman, Combs & Lattumer LLC
120 South LaSalle St, 18th Floor
Chicago, IL 60603

Richard M. Edmondson
Armstrong Allen PLLC
4450 Old Canton Rd, Suite 210
Jackson, MS 39211

David A. Hylla
8724 Pin Oak Rd **Bad Address**
PO Box 975
Edwardsville, IL 62025

Dennis J. Johnson
Johnson & Perkinson
1690 Williams Rd
PO Box 2305
S. Burlington, VT 05403

Walter T. Johnson
Waters & Egner
PO Box 22567
Jackson, MS 39205-0650

©0915 AVERY®

www.avery.com
1-800-GO-AVERY

AVERY® 5160®

Jam Free Printing
Use Avery® TEMPLATE 5160®

www.avery.com
1-800-GO-AVERY

AVERY® 5160®

Whitman B. Johnson, III
Currie Johnson Griffin Gaines & Myers
PO Box 750
Jackson, MS 39205

Christy D. Jones
Butler Snow O'Mara Stevens & Cannada
PO Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts L.L.P
One Shell Plaza
910 Louisiana Suite 3000
Houston, Texas 77002

Michael H. Moirano
Nisen & Elliott
200 West Adams Street Suite 2500
Chicago, IL 60606

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Edwin T. Mulhern
Howe & Mulhern
11 New Hyde Park Rd
Frank Square, NY 11910

Melissa C. Katz
Waters & Kraus
3219 McKinney Suite 3000
Dallas, Texas 75204

Sharon L. Kegerreis
Hughes Hubbard & Reed LLP
201 S. Biscayne Blvd Suite 2500
Miami, FL 33131-4332

R. Eric Kennedy
Weisman Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Stephen B. Murray
Murray Law Firm
909 Poydras Street Suite 2550
New Orleans, LA 70112-4000

Dianne M. Nast
Roda & Nast PC
801 Estelle Drive
Lancaster, PA 17601

Eugene R. Naylor
Wise Carter Child & Caraway
600 Heritage Bldg
401 East Capitol St
Jackson, MS 39205-0651

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Maynor Knoll
Law Offices of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Timothy M. Kolman
Timothy M. Kolman & Assoc.
225 North Flowers Mill Rd
The Shoppes at Flowers Mill
Langhorne, PA 19047

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street Suite 48 SE
Chicago, IL 60603

Gregory J. Owen
Owen Patterson & Owen
23822 West Valencia Blvd, Suite 201
Valencia, CA 91355

Thomas Jack Pearson
Pearson & Campbell
2394 Calder Avenue
Beaumont, Texas 77702

Joel C. Lamp
Assistant General Counsel
Tort Litigation Division Wal Mart Stores
702 SW 8th Street
Bentonville, AR 72716-0215

John W. Land
Byran Nelson Randolph & Weathers
PO Drawer 18109
Hattiesburg, MS 39404-8109

W. Lanier Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, Texas 77069

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
PO Box 69
Shreveport, LA 71103

Frank M. Pitre
Cotchett Pitre Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Rd Suite 200
Burlingame, CA 94010

Henry J. Price
Price Potter Jackson Wascukanski &
Meidovitz
The Hammond Block Bldg
301 Massachusetts Ave
Indianapolis, IN 46204

Jeffrey D. Greer Leathers
Pipkin Russell Dent & Leathers
PO Box 907
Tupelo, MS 38802

Ira H. Leesfield
Leesfield Leighton Rubio & Mahfood, PA
2350 South Dixie Highway
Miami, FL 33133

Arnold Levin
Levin Fishbein Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106

Eric M. Quetglas-Jordan
Quetglas Law Offices
PO Box 16606
San Juan, PR 00908-6606

William R. Robb
Aleshire Robb & Sivils PC
901 St Louis Street Suite 1500
Springfield, MO 65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Carlene Rhodes Lewis Lewis
Goforth Lewis Sanford LLP
1111 Bagby Suite 2200
Houston, Texas 77002

David K. Lietz
Coale Cooley Lietz McInerny & Broadus
818 Connecticut Ave Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge Grindal & Nauen PLLP
100 Washington Avenue South Suite 2200
Minneapolis, MN 55401-2179

John H. Ruiz
Law Office of John H. Ruiz
5040 NW 7th Street Suite 920
Miami, FL 33126

Steven L. Russell
Beirne Maynard & Parsons
1700 Pacific Ave Suite 4400
Dallas, Texas 75201

Scott Rynecki
Rubenstein & Rynecki
16 Court Street Suite 1717
Brooklyn, NY 11241

William O. Luckett, Jr.
Luckett Law Firm
PO Drawer 1100
Clarksdale, MS 38614-1000

Patrick A. Malone
Stein Mitchell Mezzines
1100 Connecticut Avenue NW Suite 1100
Washington, DC 20036

David P. Matthews
Abraham Watkins Nichols Sorrels Matthews
& Friend
800 Commerce Street
Houston, Texas 77002-1776

Stephen V. Saia
Law Offices of Stephen V Saia
70 Old Carl Path Lane
Pembroke, MA 02359

Paul R.M. Schwebel
5657 Rundle Ct
Indianapolis, IN 46220

Stuart E. Scott
Spangenberg Shibley & Liber LLP
2400 National City Center
1900 East 9th St
Cleveland, OH 44114

Kenneth B. McClain
Humphrey Farrington & McClain
221 West Lexington Suite 400
Independence, MO 64050

J. Leray McNamara
Copeland Cook Taylor & Bush PA
200 Concourse Suite 200
1082 Highland Colony Parkway
Ridgeland, MS 39158-9020

Kim M. Meaders
Crouch & Ramey
1445 Ross Avenue Suite 1200
Dallas, Texas 75202

Christopher A. Seager
Seeger Weiss LLP
One William St 10th Floor
New York, NY 10004-2502

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Suite 3000
Dallas, Texas 75204

Deanna Dean Smith
Bbenks Smith & Carlson LLP
1401 McKinney Suite 2500
Houston, Texas 77010-4034

Charles M. Merkai
Merkai & Cocke
PO Box 1388
Clarksdale, MS 38614-1388

S. Kirk Milam
Hickman Goza & Sorragins
PO Drawer 668
Oxford, MS 38655-0668

Allen Scott Milawitz
Milawitz Gatlos & Milawitz
6500 France Avenue South
Edina, MN 55435

David Neil Smith
Nix Patterson & Roach
205 Linda Drive
Daingerfield, Texas 75638

Kathryn Snapka
Snapka Turman & Waterhouse
606 N Carancahua Suite 1511
PO Drawer 23017
Corpus Christi, Texas 78403

Shanin Specter
Kline & Specter
1525 Locust Ave 19th Street
Philadelphia, PA 19102

Mason L. Miller
Getty & Mayo PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Steven R. Minor
Elliott Lawson & Minor PC
PO Box 8400
Bristol, VA 24203-8400

Daniel Minor
1032 Cardinal Dr.
Waco, Texas 75712

Daniel Smith
Daniel Coker Horton & Bell
PO Box 1084
Jackson, MS 39215-1084

John S. Steward
Meyerkord & Steward
2525 South Brentwood Blvd Suite 102
St. Louis, MO 63144

Robert G. Sullivan
Sullivan, Papain, Block, McGrath &
Cannavo
120 Broadway, 18th Floor
New York, NY 10271

©0915 AVERY®

www.avery.com
1-800-GO-AVERY

Jam Free Printing
Use Avery® TEMPLATE 5160®

Jam Free Printing
Use Avery® TEMPLATE 5160®

www.avery.com
1-800-GO-AVERY

AVERY® 5160®

Deborah M. Sulzar
Gauthier Houghtaling Williams & Sulzar
3500 N. Hullen Street
Metairie, LA 70002

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L. Street NW Suite 400
Washington, DC 20036

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
PO Box 1856
Greenville, MS 38702-1856

Thomas E. Walker
Johnston Barton Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 5th Avenue North
Birmingham, AL 35203

Chris J. Walker
Markow Walker PA
PO Box 13669
Jackson, MS 39236-3669

Leila H. Watson
Cory Watson Crowder & Degaris PC
2131 Magnolia Avenue Suite 200
PO Box 59927
Birmingham, AL 35255-5972

Jennifer Fadal Weaver
1306 Fossel Ridge Trial
Waco, Texas 76712

Richard J. Weiner
Law Offices of Richard J. Weiner PC
119 Rockland Center Suite 425
Nanuet, NY 10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive Suite 300
Dallas, Texas 75243

Jewel E. Welch III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

John K. Weston
Sacks Weston Smolinsksy Albert & Luber
510 Walnut Street Suite 400
Philadelphia, PA 19105

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Ave, Suite 1010
Austin, Texas 78701-0001

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue North Suite 102
Naples, FL 34102