UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                    )   MDL NO. 1657
                                )
PRODUCTS LIABILITY LITIGATION   )   SECTION: L
                                )
                                )   HON. ELDON E. FALLON
                                )   MAG. JUDGE KNOWLES

**APPLICATION OF ALEX ALVAREZ FOR MEMBERSHIP ON
THE PLAINTIFFS' STEERING COMMITTEE**

I, Alex Alvarez, am a trial attorney practicing in the area of pharmaceutical and complex litigation. I have devoted my practice to represent clients in a number of pharmaceutical, product liability and medical negligence cases. Several Multi-Million Dollar verdicts in 1999, 2000 and 2001, placed me in the Top Ten Jury Verdicts in Miami-Dade County, Florida[1].

My forte is investigating, litigating and trying difficult cases. I gained my investigative experience in my prior career as a Homicide Detective. In 1985, at the age of twenty five (25), I was the lead investigator in the largest police corruption case in Florida history. It was tabbed by the national and local media as the *Miami River Cops Case*[2]. For three years I led the investigation that resulted in the arrest, indictment and conviction of 18 Miami Police Officers for murder, racketeering and narcotics trafficking. I was considered one of the premier homicide detectives in the country and Dade State Attorney, Janet Reno, personally assigned me to investigate other high profile police corruption matters.

My firm has the staff, resources and technological efficiency to devote ourselves to the Vioxx litigation. We are very selective in the pharmaceutical cases that we pursue and are exhaustive in our preparation. We interviewed nearly 1,000 potential Vioxx claimants, accepting approximately 200 clients. We currently have 12 cases filed in the Southern District of Florida

---

[1] AV Martindale-Hubbell rated

[2] This case made national news and was profiled on several TV news magazines including "60 Minutes" and also the subject of two books.

and anticipate filing many more. The firm has retained several experts and we have closely studied the science surrounding this medication and followed the developments related to Vioxx.

I am an adjunct professor at the University of Miami, School of Law, (Litigation Skills Program), a Past President of the Badge & Gavel Society (Charitable organization that mentors law enforcement officers that attend law school). I am an Eagle Founder member in the Academy of Florida Trial Lawyers (AFTL), the American Board of Trial Advocates (ABOTA) the American Trial Lawyers Association, (ATLA) and the Cuban American Bar Association (CABA).

I have been married for 25 years and our three children range in ages from 18-23. The oldest is attending the police academy and the two youngest are in college. I am committed to working hard and diligently with the other very fine law firms that are involved in this litigation.

I will also associate with the Law Offices of John H. Ruiz, P.A., rated AV by Martindale & Hubble. The law firm of John H. Ruiz, P.A. currently consists of twenty-two employees: six lawyers, two licensed investigators, twelve paralegals and two file clerks. The firm concentrates in class action litigation, products liability, medical malpractice, wrongful death, and insurance coverage disputes. Mr. Ruiz is appointed in the case of *In re: High Sulfur Content Gasoline Products Liability Litigation*, Case No. MDL 1632, United States District Court, Eastern District of Louisiana to be the Co-Chairmen of the Plaintiff's Law/Research Committee.

The Ruiz firm is currently involved in the following class actions: (1) *Fernandez v. State Farm Mut. Auto. Ins. Co.*, (2) *Ayala v. Amstar Ins. Co.*, (3) *Brito v. United Auto. Ins. Co.*, (4) *Domato v. Allstate Ins. Co.*, (5) *Ruiz v. Gov't Employees Ins. Co.*, (6) *Gargallo v. Fidelity Nat'l Ins. Co.*, (7) *Sanchez v. Clarendon Nat'l Ins. Co.*, (8) *Rodriguez v. Union American Ins. Co.*, (9) *Rodriguez v. Bankers Ins. Co.*, (10) *Leff v. U.S. Sec. Ins. Co.*, (11) *Aguilar v. Star Casualty Ins. Co.*, (12) *Perez v. State Farm Fire and Casualty Ins. Co.*, (13) *Belfort v. Aries Ins. Co.*, (14) *Rivera v. Old Dominion Ins. Co.*, (15) *Velez v. Oak Ins. Co.*, (16) *Varela v. Florida, Dept. of Agriculture and Consumer Services*, (17) *Rodriguez v. Rinker Materials Corp.*, (18) *Harretche v. Chrysler Corp.*, (19) *Doe v. Wyeth-Ayerst Lab.*, (20) *Oruga Corp. v. McCaw Cellular Communications*, and (21) *Iglesias v. Florex Explosives, Inc*, (22) *Fernandez v. Nissan North*

*America, Inc.,* Case No. 04 CV 20539 (United States Dist. Ct. Southern Div. Fla.), certified February 2005. *(23) Rosales v. Fortune Ins. Co.,* Case No. 99-4588 CA 41 (11th Jud. Cir. Miami-Dade Cty.), certified March 1999, defendant is in receivership. *(24) Varela v. State of Florida, Dept. of Agriculture and Consumer Services,* Case No. 97-23093 CA 06 (11th Jud. Cir. Miami-Dade Cty.), certified October 1998, appealed, reversed on the merits April 1999.

The Ruiz firm has also settled over fifteen class certifications[3].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing application was mailed to all counsel of record, this 24th day of March, 2005.

ALEX ALVAREZ, P.A.
355 Palermo Avenue
Coral Gables, FL 33134
Telephone: (305) 444-7675
Facsimile: (305) 444-0075
Email: Alex@integrityforjustice.com

BY: _____
ALEX ALVAREZ
Florida Bar No. 946346

---

[3] *Ayala v. Amstar Ins. Co.,* Case No. 97-16617 CA 09 (11th Jud. Cir. Miami-Dade Cty.). *Belfort v. Aries Ins. Co.,* Case No. 97-24401 CA 25 (11th Jud. Cir. Miami-Dade Cty.). *Chaple v. Allstate Ins. Co.,* Case No. 98-11064 CA 10 (11th Jud. Cir. Miami-Dade Cty.). *De La Rosa v. Allstate Indem. Co.,* Case No. 99-27471 CA 10 (11th Jud. Cir. Miami-Dade Cty.). *Domato v. Allstate Ins. Co.,* Case No. 97-27588 CA 10 (11th Jud. Cir. Miami-Dade Cty.). *Fernandez v. State Farm Mut. Auto. Ins. Co.,* Case No. 97-11430 CA 25, (11th Jud. Cir. Miami-Dade Cty.), settled April 1999, appealed, affirmed May 2002. *Fung v. Florida Auto. Joint Underwriter's Assoc.,* Case No. 98-3590 CA 04 (11th Jud. Cir. Miami-Dade Cty), settled April 2001, appeal pending. *Leff v. U.S. Sec. Ins. Co.,* Case No. 97-25048 CA 03, (11th Jud. Cir. Miami-Dade Cty.). *Martinez v. Liberty Mutual Fire Ins. Co.,* Case No. 98-11055 CA 11 (11th Jud. Cir. Miami-Dade Cty.), settled May 2001. *Nunez v. GEICO General Ins.Co., et al,* Case No. 98-6342 CA 22 (11th Jud. Cir. Miami-Dade Cty.), settled August 2000. *Rivera v. Old Dominion Ins. Co.,* Case No. 97-22504 CA 04 (11th Jud. Cir. Miami-Dade Cty.) *Rodriguez v. Bankers Ins. Co.,* Case No. 97-15413 CA 30 (11th Jud. Cir. Miami-Dade Cty.), certification appealed, affirmed April 1999, settled April 2001. *Rodriguez v. Rinker Materials Corp.,* Case No. 97-20803 CA 08 (11th Jud. Cir. Miami-Dade Cty.), settled March 2000. *Rodriguez v. Union American Ins. Co.,* Case No. Case No. 97-15414 CA 22 (11th Jud. Cir. Miami-Dade Cty.), settled November 2001. *Roker v. Hartford Ins. Co. of the Midwest,* Case No. 98-14350 CA 32 (11th Jud. Cir. Miami-Dade Cty.), settled May 2002. *Ruiz v. Gov't Employees Ins. Co.,* Case No. 97-15412 CA 22 (11th Jud. Cir. Miami-Dade Cty.). *Sanchez v. Clarendon Nat'l Ins. Co.,* Case No. 97-118964 CA 09 (11th Jud. Cir. Miami-Dade Cty.), settled December 1999, appealed, affirmed November 2004. *Santiago v. Underwriters Guarantee Ins. Co,* Case No. 98-11040 CA 21 (11th Jud. Cir. Miami-Dade Cty.).