

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 25 P 12: 46

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | MDL NO. 1637 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | HON. ELDON E. FALLON |
| ) | |

### APPLICATION OF JOHN R. CLIMACO FOR MEMBERSHIP ON PLAINTIFFS' STEERING COMMITTEE

I meet this Court's "main criteria for membership in the PSC:" (a) I am available and will commit a significant portion of my time to the Vioxx MDL; (b) I have a history of working cooperatively with others; and (c) I have the professional experience in leadership roles in numerous MDL's and the necessary staff and financial resources to make a substantial contribution in conducting and coordinating the discovery stage of the *Vioxx Products Liability Litigation*.

Throughout my career, I have not only been involved in mass tort litigation, but I have managed a wide variety of multi-dimensional legal matters ranging from representing Kent State University in the early 1970s in cases arising out of the Kent State Riots to advising and litigating financial issues on behalf of the City of Cleveland in 1976 following its default on its debt obligations. In 1980, I was appointed the Examiner in the largest Industrial Bankruptcy case filed under the then new Bankruptcy Code. In 1981, I defended at trial Teamster Union Trustees in the first hundred-million dollar ERISA case filed after ERISA was enacted. In 1991, I defended the State of Ohio against the entire soft drink industry in its levy of a bitterly-fought, though necessary, one millage tax on Cola Syrup. My unique career creates in me the knowledge and experience necessary to understand the multiple facets and far-reaching ramifications of litigation involving complex factual, legal, financial and political issues. As a result of my extensive and varied professional experiences, I will bring an unusual breath of perspective to the *Vioxx Product Liability Litigation*.

I am a 1967 graduate of Case Western Reserve University Law School. I have an AV Martindale-Hubbell rating, and am listed in Ohio Super Lawyers. The National Law Journal named me one of the 100 most powerful lawyers in the United States. On May 6, 2000 I received the Ellis Island Medal of Honor.

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____

In 1969, I formed my own law practice which has evolved into Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A. of Cleveland, Ohio with offices in Washington, D.C. (the "Climaco Firm"). I have been blessed throughout my career with opportunities to develop a national law practice. I took advantage of the opportunities presented me and the Climaco Firm is now a nationally recognized firm specializing in complex litigation, including mass tort, anti-trust, securities fraud and ERISA. The Climaco Firm includes sixteen (16) attorneys in our Cleveland, Ohio office and a partner in our Washington, D.C. office, in addition to paralegals and computer specialists. Two of our attorneys are registered nurses with ten years of experience at the Cleveland Clinic.

From 1984 to July 1988, I served as General Counsel of the International Brotherhood of Teamsters. As General Counsel, I organized, managed and supervised hundreds of attorneys and lawsuits throughout the country. I also negotiated hundred-million dollar Labor Contracts and resolved disputes which threatened to shut down the country's motorized distribution systems. I have also represented Kent State University (1972-1994); the State of Ohio; the City of Cleveland; the Cleveland Board of Education; the Judges of the Cuyahoga County Court of Common Pleas; the Cuyahoga County Prosecutor; and, until his untimely death, Sammy Davis, Jr.

For well over a decade, I have had the honor to place my varied professional experiences at the service of the judiciary on numerous occasions involving MDLs similar in scope and significance to the *Vioxx Products Liability Litigation*. On March 22, 1992, I was appointed by Thomas Lambros, Chief Judge of the United States District Court, Northern District of Ohio as a member of the Plaintiffs' Steering Committee and Trial Counsel in a case against US Air arising out of the crash of Flight 405 at LaGuardia Airport in March, 1992, *In Re: Air Disaster at New York LaGuardia Airport on March 22, 1992,* MDL Docket No. 936. Since 1994, I have been a member of the Castano Plaintiff's Tobacco Litigation Committee ("PLC") serving as Acting Chairman of the PLC and Co-Chairman of various committees, including the Discovery and Fee Committees. In 1998, I served as Class Counsel in *Brack, et al. vs. General Motors Corporation*, Case No. CV 98 04046, Superior Court of New Mexico, County of Bernalillo (Consumer Fraud National Settlement). On July 6, 2001, the Honorable Kathleen M. O'Malley appointed me Co-Lead and Class Counsel *In Re: Inter-Op Hip Prosthesis Liability Litigation* (Sulzer Hop), MDL No. 1401, U.S. District Court, Northern District of Ohio, Eastern Division ($1.03 billion Settlement). On February 1, 2001, the Honorable Michael J. Davis appointed me as a member of the Plaintiffs' Steering Committee and Co-Chairman of the Discovery Committee *In Re: Baycol Litigation Products,* MDL 1431, U.S. District Court of Minnesota. On July 25, 2002, the Honorable Kathleen M. O'Malley appointed me a member of the Executive Committee *In Re: Scrap Metal Antitrust Litigation,* Case No. 1:02CV0844. On September 25, 2002, the Honorable James S. Gwin appointed me as Co-Lead Counsel *In Re: Meridia Products Liability Litigation,* MDL No. 1481, U.S. District Court, Northern District of Ohio, Eastern Division. The Honorable Donald C. Nugent, on March 28, 2003 appointed me as Co-Lead Counsel *In Re: OM Group Securities Litigation,* Case No. 02 CV-2163, U.S. District Court, Northern District of Ohio, Eastern Division ($82.5 million Partial Settlement). On September 16, 2003, Judge O'Malley appointed me Liaison Counsel *In Re: Welding Rod Products Liability Litigation,* MDL Docket No. 1535. The Honorable John R. Adams, on May 12, 2004 appointed me as Liaison Counsel *In Re: The Goodyear Tire & Rubber Company Securities Litigation,* Case No. 5:03CV2166, United States District Court, Northern District of Ohio, Eastern Division.

I have consistently tried to help other attorneys benefit from my experience and to that end have lectured on trial preparation and practice, RICO, ERISA, Mass Torts, Class Actions, MDL Proceedings, white collar criminal defense, labor and employment law throughout the country including the Stetson University College of Law's Annual Conference, the New York City Bar Association, the Aspen, Colorado Advanced Criminal Law Institute, the Case Western Reserve College of Law-CLE Program, the Health Care Section Conference of the Cleveland

Bar Association, the Columbus Bar Association's Annual Litigation Institute, the Institute of Business Law of California State University, Los Angeles, and the Ohio CLE Institute.

On October 24, 2003, I was a Keynote Speaker at the Fourth Annual Class Action/Mass Tort Symposium in New Orleans sponsored by the Louisiana State Bar Association. On November 16, 2004, I was a panel member at the American Conference Institute's Welding Rod Litigation Conference in New Orleans.

I am a Member of the Advisory Group to the United States District Court for the Northern District of Ohio; a Life Member of the Judicial Conference of the United States Court of Appeals for the Sixth Circuit, and a Charter and Life Member of the Judicial Conference of the Eighth Judicial District of Ohio.

My firm is actively involved in the *Vioxx* MDL. We have filed two *Vioxx* cases, *Klein v. Merck*, Case No. 1:05-CV-00039-KMO, United States District Court, Northern District of Ohio, Eastern Division and *Peterson v. Merck*, Case No. 3:04-CV-1322-J-32-TEM, United States District Court, Middle District of Florida, Jacksonville Division. We intend to file all our cases in Federal Court. Our two nurse attorneys, Dawn Chmielewski and Terri Lightner have spent hundreds of hours researching the medical aspects of Vioxx. They have attended seminars and reviewed numerous research studies conducted at the Cleveland Clinic in connection with the dangerous aspects of Vioxx, and other Cox-2 Inhibitors, including Celebrex and Bextra. Ms. Chmielewski has spent a number of weeks at the Montgomery, Alabama Vioxx document depository. Our office is prepared, willing and able to play an active and significant role in the *Vioxx* MDL.

My experience and leadership in the *Castano (Tobacco)*, *Sulzer Hip*, *Baycol*, *Welding Fume*, *Meridia*, *Scrap Metal Anti-Trust* and *OMG Securities Fraud* litigation provided me the opportunity to work with the leading Class Action, Mass Tort, Anti-Trust and Securities attorneys throughout the country. Many of these attorneys will be involved in the Vioxx MDL. Together we can assist the Court in expeditiously completing the responsibilities set forth in the Manual on Complex Litigation and Pretrial Order No. 1.

Respectfully submitted,

John R. Climaco, Esq. (Ohio Bar 0011456)
CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., L.P.A.
1228 Euclid Avenue, Suite 900
Cleveland, Ohio 44115
Telephone: 216-621-8484
Telefax: 216-771-1632

### CERTIFICATE OF SERVICE

I hereby certify that a copy of *John R. Climaco's Application for Membership on Plaintiffs' Steering Committee* has been served upon counsel for all parties known to me, per the attached Service List, via First Class U.S. Mail, proper postage prepaid, on this 24th day of March, 2005.

John R. Climaco

- 3 -

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-1
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue
Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Kevin J. Adrian
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Thomas Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Pkwy
7th Floor
Houston, TX 77019

Robert C. Anderson
Anderson Law Firm
3333 Camino Del Rio South
Suite 220
San Diego, CA 92108-3808

Ann-Martha Andrews
Lewis & Roca, LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004

Norman C. Ankers
Honigman Miller Schwartz & Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Steven Edward Armstrong
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Earl B. Austin
Baker Botts LLP
2001 Ross Avenue
Suite 600
Dallas, TX 75201-2980

Charles Avrith
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Garza Baldemar
200 E. Second Street
Rio Grande City, TX 78582

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102

Ben Barnow
Barnow & Associates, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60602

Charles Barrett
Barrett Law Office
3319 West End Avenue
Suite 600
Nashville, TN 37203

Franklin K. Belhasen, II
Belhasen Law Office
814 South Mayo Trail
Paintsville, KY 41240

Mark Belz
Belz & Jones
7777 Bonhomme, Suite 1710
St. Louis, MO 63105

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Steve W. Berman
Hagens Berman, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Jimmy W. Bilbo
Logan, Thompson, Miller, Bilbo, et al.
P.O. Box 191
Cleveland, TN 37364-0191

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Edward Blackmon, Jr.
Blackmon & Blackmon Law Firm
P. O. Box 105
Canton, MS 39046-0105

Christopher J. Blake
Nelson, Mullins, Riley & Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622-0519

Pegi S. Block
Cruse Scott Henderson & Allen
600 Travis
Suite 3900
Houston, TX 77002-3005

Derrick Scott Boyd
Simpson Boyd & Powell PLLC
P.O. Box 957
105 N. State St.
Suite B
Decatur, TX 76234-0957

Frank L. Branson
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue
18th Floor
Dallas, TX 75205

Michael D. Brock
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167

Eugene C. Brooks
P.O. Box 945
Savannah, GA 31412

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Douglas L. Brown
Armbrecht, Jackson, Demouy, Crowe, et al.
1300 AmSouth Center
63 North Royal Street
P.O. Box 290
Mobile, AL 36601

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

George Kevin Buchanan
Buchanan & Burke
Premier Place
5910 North Central Expressway
Suite 200
Dallas, TX 75206

Virginia M. Buchanan
Levin, Papatonio, Thomas, Mitchell, et al.
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32501

Robert A. Bunda
Bunda Stumtz & DeWitt
One Sea Gate, Suite 650
Toledo, OH 43604

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd.
Suite 1300
St. Louis, MO 63117-1322

Robert B. Carey
Hagens Berman, LLP
2425 E. Camelback Road
Suite 650
Phoenix, AZ 85016

Leslie M. Carr
Nearpass & Hudson
25 S. Monroe
Suite 303
Monroe, MI 48161-2237

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Rebecca Chase Sechrist
Bunda Stutz & Dewitt
Suite 650
One Seagate
Toledo, OH 43604

Andrew T. Citrin
Citrin & Mcglothren
P.O. Drawer 2187
Daphne, AL 36526

James Clinton Clark, Jr.
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
1111 Bay Aveune
3rd Floor
Columbus, GA 31902

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
The Halle Building, Suite 900
1228 Euclid Avenue
Cleveland, OH 44115

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Morry S. Cole
Gray, Ritter & Graham, PC
701 Market Street
Eighth Floor
St. Louis, MO 63101-1826

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

Gina C. Combs
Combs Law Firm, P.A.
11621 Rainwood Drive, Suite 8
Little Rock, AR 72212

S. Tessie Corbin
Dechert, LLP
1717 Arch Street
Suite 4000
Philadelphia, PA 19103-2793

Frederick M. Corley
P.O. Box 2265
Beaufort, SC 29901-2265

William R. Couch
Deakle-Couch Law Firm
P.O. Box 2072
Hattiesburg, MS 39401

Bobby Lamar Cox
Bobby L. Cox, Attorney
P.O. Box 892
Natchez, MS 39121-0892

John P. Cunningham
Brown & James
525 Main Street
Richland Plaza 1
Belleville, IL 62220

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue
Suite 100
Birmingham, AL 35205

Jennifer H. Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1A
P.O. Box 6227
Texarkana, TX 75505

Andrew S. Doctoroff
Honigman, Miller, Schwartz & Cohen
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3583

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Mark A. Draper
Farr, Farr, Emerich, Sifrit, Hackett & Carr, P.A.
99 Nesbit Street
P.O. Drawer 511447
Punta Gorda, FL 33951-1447

Deborah C. Druley
Sonnenschein & Nath, LLP
One Metropolitan Square
Suite 3000
St. Louis, MO 63102

Walter C. Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366

Tom Dutton
Pittman, Hooks, Dutton & Hollis, P.C.
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

Robert L. Duckels
Greensfelder & Hemker
10 S. Broadway, Suite 2000
St. Louis, MO 63102

Robert T. Ebert, Jr.
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

David P. Ellington, Sr.
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Jose Escobedo, Jr.
Hockema, Tippit & Escobedo, L.L.P.
P.O. Box 720540
MCAllen, TX 78502

James Esparza
Esparza Law Firm
1434 East 4500 South
#100
Salt Lake City, UT 84117

Philip L. Fairbanks
1214 King Street
Beaufort, SC 29902

Karen D. Farley
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

JoDee Favre
Favre & Allen
121 East Main Street
Belleville, IL 62220-1606

Ron M. Feder
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Elizabeth A. Fegan
Hagens Berman, LLP
60 West Randolph, Suite 200
Chicago, IL 60601

Dominic R. Fichera
Fichera & Miller
415 North LaSalle Street, #301
Chicago, IL 60610

Donald M. Flack, Jr.
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

Willie Flanders
408 Vine Street
Dublin, GA 31021

Francis J. Flynn
Simon, Lowe & Passanate, P.C.
701 Market Street, Suite 1150
St. Louis, MO 63101

Leonard V. Fodera
Monheit, Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

R. Keith Foreman
McKay, Simpson, Lawler, Franklin
& Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488

Bruce D. Fox
Fox & Farley
One Centre Plaza
1107 Charles Seivers Boulevard
Clinton, TN 37716

Moses B. Fryer
727 Juniper Street, NE
Apt. 608
Atlanta, GA 30308

Anthony Gallucci
Kelley & Ferraro
1300 East Ninth Street
1901 Bond Court Bldg.
Cleveland, OH 44114

Jean M. Geoppinger
Waite, Schneider, Bayless & Chesley
Co., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Daniel J. Gerritzen
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Lawrence B. Grebel
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Mark Adam Griffin
Keller & Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Thomas F. Gristina
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
1111 Bay Aveune
3rd Floor
Columbus, GA 31902

Todd S. Hageman
Simon, Lowe & Passanate, PC.
701 Market Street
Suite 1150
St. Louis, MO 63101

Brian D. Hancock
Garrison Scott Gambale & Rosenthal
P.O. Box 11310
2224 First Avenue North
Birmingham, AL 35202-1310

Julie A. Hardin
Fulbright & Jaworski
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
P.O. Box 270
Montgomery, AL 36104

Robert Earl Haslam
Law Office of Robert Haslam
555 South Summit Avenue
Fort Worth, TX 76104

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Robert C. Heist
R. Connor & Associatrs, PC
120 South Riverside Plaza
Suite 1605
Chicago, IL 60602

Elizabeth V. Heller
Goldenberg, Miller, Heller
& Antognoli
2227 South State Route 157
Edwardsville, IL 62025

Catherine M. Hensler-Dickenson
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441

Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019-3005

Brian Kelly Herrington
Herrington & White, PLLC
P.O. Drawer 3260
Ridgeland, MS 39158-3260

Joseph K. Hetrick
Dechert, Price & Rhoads
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Douglas A. Hoffman
Williams Kastner, et al.
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98101

Ronald G. Hole
Hole and Alvarez
P.O. Box 720547
McAllen, TX 78504-0547

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Daniel Allen Hossley
Hossley & Embry
313 East Charnwood Street
Tyler, TX 75701

Carroll H. Ingram
Ingram & Associates
P.O. Box 15039
Hattiesburg, MS 39404-5039

Thomas P. Jackson
Thomas P. Jackson & Associates
10100 North Central Expressway
Suite 510
Dallas, TX 75231

Lynn Seithel Jekel
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Mitchell R. Jensen
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Arthur C. Johnson
Johnson, Clifton, Larson & Bolin
975 Oak Street
Suite 1050
Eugene, OR 97401

Jeffrey Royal Johnson
Williams, Kastner & Gibbs
601 Union Street, Suite 4100
Seattle, WA 98111-3926

Robert L. Johnson, III
Robert L. Johnson, III Attorney at Law
P.O. Box 1678
Natchez, MS 39120

Christy D. Jones
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts, LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Gerald Jowers
Janet & Jenner, LLC
500 Taylor Street
Columbia, SC 29201

Brian R. Kalb
Byron, Gerber, et al.
241 North Main Street
Edwardsville, IL 62025

William R. Kane
Miller, Faucher, and Cafferty, LLP
18th & Cherry Streets
Suite 1700
One Logan Square
Philadelphia, PA 19103

Daniel R. Karon
Weinstein, Kitchenoff, Scarlato
& Goldman
55 Public Square, Suite 1500
Cleveland, OH 44113

J. Ransdell Keene
Law Offices of J. Ransdell Keene
P.O. Box 3097
Shreveport, LA 71133

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Paul L. LaClair
Gucciardo Law Firm
99 Wall Street, 19th Floor
New York, NY 10005-4301

Charles J. LaDuca
Cuneo, Waldman & Gilbert
317 Massachusetts Avenue, N.E.
Bldg. 1200
Washington, DC 2000

David C. Landever
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Kathryn W. Landry
Ieyoub & Landry, LLC
8280 YMCA Plaza
One Oak Square, Suite 10A
Baton Rouge, LA 70810

Gano D. Lemoine, III
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112

Seth R. Lesser
Locks Law Firm, PLLC
110 East 55th Street
12th Floor
New York, NY 10022

Scott Levensten
Beasley Firm
1125 Walnut Street
Philadelphia, PA 19107

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Ronald T. Levinson
Levinson & Collins, P.C.
998 Old Country Road, Suite 4
Plainview, NY 11803

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Barbara B. Litten
Steel Hector & Davis
777 Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Wendell T. Locke
Locke Law, PA
P.O. Box 841035
Pembroke Pines, FL 33084

DeWitt M. Lovelace
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway
Suite 4202
Destin, FL 32541

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski
1300 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Frank N. Luccia
Luccia & Evans, LLP
8 Greenway Plaza
Suite 1450
Houston, TX 77046

James P. Lyle
Law Offices of James P. Lyle, PC
1116 2nd Street, N.W.
Albuquerque, NM 87102

Michael Patrick Lyons
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite 2700
Dallas, TX 75201

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Joseph B. Maira
Law Office Of Joseph B. Maira
1213 Desmond Court
Brooklyn, NY 11235

Stefan A. Mallen
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, Mo 63102-2750

Ann Mandt
Charfoos & Christensen
5510 Woodward Avenue
Detroit, MI 48202

Gary Edward Mason
Mason Law Firm
1225 19th Street, N.W.
Suite 600
Washington, DC 20036

Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Wilmer Dallam Masterson, III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

David P. Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Ed W. McBride, Jr.
Otto & McBride PC
4001 S. 700 E. Suite 500
Salt Lake City, UT 84107

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

W. Thomas McCraney, III
McCraney & Montagnet
P.O. Box 16368
Jackson, MS 39236

Timothy F. McCurdy
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Sarah A. Merriam
Cowdery, Ecker & Murphy, LLC
750 Main Street, Suite 910
Hartford, CT 06103-4477

Kim R. Meyers
McCray, Muzilla, Smith & Meyers
260 Burns Road
Suite 150
Elyria, OH 44036

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-1 MDL-1657

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

William M. Mills
Atlas & Hall
P.O. Box Drawer 3725
McAllen, TX 78502

Richard W. Mithoff, Jr.
Mithoff & Jacks
500 Dallas, Suite 3450
Penthouse, One Allen Center
Houston, TX 77002

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

W. Barry Montgomery
Kalbaugh Pfund & Messersmith
901 Moorefield Park Drive
Suite 200
Richmond, VA 23236

Daniel T. Moore
Moore & Walsh, LLP
433 North Main Street
P.O. Box 610
Poplar Bluff, MO 63901

Stephen G. Morgan
Morgan, Minnock & Rice, L.C.
Kearns Building, Eighth Floor
136 South Main St.
Salt Lake City, UT 84101

Megan A.C. Muirhead
Modrall, Sperling, Roehl, Harris
& Sisk
500 Fourth Street, N.W.
Bank of America Centre, Suite 1000
P.O. Box 2168
Albuquerque, NM 87103-2168

Alberto A. Munoz
Munoz, Hockema & Reed
P.O. Box 9600
McAllen, TX 78502

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark
#4800
Chicago, IL 60601-3206

Michael P. Murphy
Reminger & Reminger
237 West Washington Row
Second Floor
Sandusky, OH 44870

Frrank A. Natale, II
2616 Wilmington Road, Suite F
New Castle, PA 16105

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202

Kevin Thomas O'Hanlon
O'Hanlon & Associates
808 West Avenue
Austin, TX 78701

Donald L. O'Keefe, Jr.
Rabbitt, Pitzer & Snodgrass, P.C.
100 S. Fourth Street
Suite 400
St. Louis, MO 63101-1821

James D. O'Leary
Onder & Shelton, L.L.C.
1015 Locust Street, Suite 720
St. Louis, MO 63101

David George Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, TX 78520

James G. Onder
Onder & Shelton, L.L.C.
1015 Locust Street, Suite 720
St. Louis, MO 63101

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Brett Alan Panter
Panter Panter & Sampedro
6950 Kendall Dr N - 1st Floor
Miami, FL 33156-2144

Daryl Dion Parks
Parks & Crump
240 Magnolia Drive
Tallahassee, FL 32301

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Peter S. Pearlman
Cohn, Lifland, Pearlman, Herrmann
& Knopf
Park 80 Plaza West One
Saddle Brook, NJ 07663

Jerald D. Pearson
Pearson Law Firm, P.S.
43504 SE North Bend WY
North Bend, WA 98045

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Cesar Perez
P.O. Box 4319
McAllen, TX 78502-9600

Christopher Lee Phillips
Jackel, Rainey, Busch & Reed
211 Roswell Street
P.O. Box 1305
Marietta, GA 30061-1305

M. Norwood Phillips
Shackleford, Phillips, Wineland, et al.
P.O. Box 1718
El Dorado, AR 71730-1718

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Michael J. Pitzer, Sr.
Rabbitt & Pitzer
100 S. Fourth Street, Suite 400
St. Louis, MO 63101-1821

Richard J. Plezia
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Ira C. Podlofsky
Podlofsky, Orange, Kitt & Kolenovsky
98 Cutter Mill Road, Suite 299 North
Great Neck, NY 11021

Harris L. Pogust
Sherman, Silverstein, Kohl, Rose, et al.
Fairway Corporate Center, Suite 311
4300 Haddonfield Road
Pennsauken, NJ 08109

John J. Pollock
Levene, Gouldin & Thompson
902 Press Building
P.O. Box F-1706
Binghamton, NY 13902

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507

Stephen J. Potter
Beehr & McCarter
7777 Bonhomme Ave Suite 1810
St. Louis, MO 63105

Joseph A. Power, Jr.
Power, Rogers & Smith, P.C.
70 West Madison
Suite 5500
Chicago, IL 60602

Scott E. Poynter
Emerson Poynter, LLP
2228 Cottondale Lane
Suite 100
P.O. Box 164810
Little Rock, AR 72216-4810

John P. Rahoy
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Philipa M. Remington
Stinnett, Thiebaud & Remington L.L.P.
1445 Ross Avenue
4800 Fountain Place
Dallas, TX 75202

Peter R. Restani
Restani Mcallister & Cassetty
2801 Ponce De Leon Blvd.
Suite 900
Coral Gables, FL 33134

William R. Robb
Aleshire, Robb & Sivils, P.C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Foster Robberson
Lewis & Roca, LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004

Jeffrey Robinson
Robinson & Sheen, LLC
215 South State, Suite 960
Salt Lake City, UT 84111

Antonio M. Romanucci
Romanucci & Blandin
33 North LaSalle Street
Suite 2200
Chicago, IL 60602

Rick L. Rose
Ray, Quinney & Nebeker
36 S. State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

C. Thomas Ross
Ross Law Firm
301 N. Main Street, Suite 2201
Winston Tower
Winston-Salem, NC 27101

Edward Ruff, III
Pretzel & Stouffer, Chtd.
One South Wacker, Drive, Suite 2500
Chicago, IL 60606-4673

Sack & Save Grocery
1770 Ellis Avenue
Jackson, MS 39204

Jaime A. Saenz
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78520

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Mark D. Samson
Keller Rohrback, P.L.C.
3101 North Central Ave., Suite 900
National Bank Plaza
Phoenix, AZ 85012-2600

Joseph H. Saunders
Saunders & Walker, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637

Gregory P. Sautter
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Ann M. Scarlett
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106

Anne W. Schiavone
Schiavone Law Firm, PC
105 East 5th Street
Suite 401
Kansas City, MO 64106

Joshua G. Schiller
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Rebecca C. Sechrist
Bunda Stutz & Dewitt
Ste. 650
One Seagate
Toledo, OH 43604

Jack Sharwell
14150 Nesting Way
Delray Beach, FL 33484

Arthur Sherman
Sherman, Salkow, Petoyan & Weber
11601 Wilshire Boulevard
Suite 675
Los Angeles, CA 90025-1742

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg.
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201

Johnathan Skidmore
Fulbright & Jaworski
2200 Ross Ave., Suite 2800
Dallas, TX 75201

Daniel Briggs Smith, Jr.
Smith, Phillips, Mitchell, Scott
& Rutherford
P.O. Box 1586
Batesville, MS 38606

Lawrence D. Smith
Walton Lantaff
9350 S. Dixie Highway, 10th Floor
Miami, FL 33156

Scott A. Smith
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 6th Street South
Suite 600
Minneapolis, MN 55402

Terrence Smith
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666

William W. Smith
Smith & Alspaugh, P.C.
1100 Financial Center
505 20th Street North
Birmingham, AL 35203

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Ann Kathryn Snyder
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Shanin Specter
Kline & Specter
1525 Locust Street, 19th Street
Philadelphia, PA 19102

Carey W. Spencer, Jr.
Law Offices of Carey W. Spencer, Jr.
2070 Valleydale Road, Suite 6
Birmingham, AL 35244

John Jeffrey Springer
Springer Lyle & Watt
1807 Westminster
Denton, TX 76205

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Zollie Carl Steakley
Campbell, Cherry, Harrison, Davis,
Dove, PC
5 Ritchie Road
Waco, TX 76712

Joseph W. Steele
Steele, Ruffinengo & Biggs
50 South Main Street, Suite 1550
Salt Lake City, UT 84144

Ann Marie Stockmaster
Rubin Guttman & Associates
55 Public Square
Suite 1860
Cleveland, OH 44113

Paul F. Strain
Venable, LLP
2 Hopkins Plaza
1800 Mercantile Bank & Trust Bldg.
Baltimore, MD 21201

John A. Straka, III
Hirshberg, Gustine, Straka & Orie
One Oxford Centre
Suite 450
Pittsburg, PA 15219

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Lance Harrison Swanner
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 927
Dothan, AL 36302

Joseph R. Swift
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Maria D. Tejedor
Attorneys Trial Group
540 N. Semoran Blvd.
Orlando, FL 32807

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
Independence, MO 64050

John L. Tippit, III
Hockema, Tippit & Escobedo
1 Paseo Del Prado
Edinburg, TX 78539

Caroline T. Trout
Walter Lansden Dortch & Davis
P.O Box 198966
Nashville, TN 37219-8966

Anthony E. Turley
Connelly, Jackson & Collier
405 Madison Avenue
Suite 1600
Toledo, OH 43604

Philip L. Valente, Jr.
Silber & Valente
1806 Old Okeechobee Road
Suite 200
West Palm Beach, FL 33409

J. Michael M. Veron
Scofield, Gerard, Veron, Singletary,
et al.
P.O. Drawer 3028
Lake Charles, LA 70602

Victor V. Vicinaiz
Roerig, Oliveira & Fisher
506 E. Dorve Avenue
McAllen, TX 78504

John L. Walker
Roberts & Perryman
One US Bank Plaza, Suite 2300
St. Louis, MO 63101

J. Wesley Warden Duke
J.D. Johnson Law Firm
517 Second Street
P.O. Box 1694
Paintsville, KY 41240

Shawn A. Warner
Shawn A. Warner & Associates
218 North Jefferson
Suite 300
Chicago, IL 60661

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue
Suite 402
Chattanooga, TN 37402

Charles D. Watson, Jr.
Watson & Watson
P.O. Box 647
Drumright, OK 74030

Leila H. Watson
Cory, Watson, Crowder &
DeGaris, P.C.
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35255-5972

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

Brian W. Welch
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

James E. Whaley
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd.
40th Floor
Miami, FL 33131-2398

Bobby Alexander Williams
Pendleton Correctional Facility
113538
P.O. Box 30
Pendleton, IN 46064

Brett A. Williams
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101

Kim Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Wayne Wright
Wayne Wright, LLP
5707 IH-10 West
Suite 101
San Antonio, TX 78201

D. Eliot Yaffe
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189

Arnold C. Young
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412-0048

Marc A. Young
Cokinos, Bosien & Young
Woodson Tower
2919 Allen Parkway
Suite 1500
Houston, TX 77019-2124

Michael A. Ysasaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar Street
Suite 1000
Houston, TX 77010

David W. Zoll
Zoll & Kranz, LLC
6620 W. Central Avenue
Suite 200
Toledo, OH 43617

Matthew Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201