# CANNON & DUNPHY, S.C.
### Attorneys at Law

**William M. Cannon**
**Patrick O. Dunphy**
**Mark L. Thomsen**
**Sarah F. Kaas**
**Edward E. Robinson**

595 North Barker Road
P. O. Box 1750
Brookfield, WI 53008-1750
Telephone: (262) 782-2700
Facsimile: (262) 796-5800
www.cannon-dunphy.com

**Allan M. Foeckler**
**Charles D. Schmidt**
**Robert D. Crivello**
**Kevin R. Martin**
**Lilian S. Bracken**
**John M. Bolger**

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2005 MAR 25 P 12: 51*
*LORETTA G. WHYTE*
*CLERK*

March 24, 2005

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

      Re:    Application for Vioxx Plaintiffs' Steering Committee
              MDL-1657, Vioxx Products Liability Litigation

Dear Judge Fallon:

      Please accept this letter as my application for membership in the Plaintiffs' Steering Committee for MDL-1657 Vioxx Products Liability Litigation.

      I am a trial attorney who has successfully practiced personal injury trial work since receiving my law degree from the University of Wisconsin Law School in 1972. I have concentrated my trial practice in complex medical malpractice, product liability, and catastrophic motor vehicle accidents. I have achieved successful jury verdicts and settlements of between $9.7 million and $19.2 million in seven (7) cases. I am certified by the National Board of Trial Advocacy in Civil Trial Advocacy for over twenty years and have been continuously listed in "The Best Lawyers in America". Our law firm and its partners are AV rated by Martindale-Hubbell.

      Although I have never been a member of a Plaintiffs' Steering Committee, I believe I can provide a number of unique contributions to this endeavor. **First**, I have real world successful discovery and jury trial experience in excess of 33 years. I am the founding member of a highly successful personal injury trial firm in Wisconsin which includes numerous cases filed and successfully prosecuted in many states. **Second**, I am willing to commit major resources and manpower of my law firm to the goals of the Plaintiffs' Steering Committee. **Third**, I have successfully been extensively involved in complex product and vaccine litigation groups through the Association of Trial Lawyers of America (ATLA) as chairman of the DPT Vaccine Litigation Committee and a member of the Board of Directors of the Aquatic Injury Safety Group. **Finally**, our law firm has designed and developed an extremely sophisticated, proprietary legal software program to provide document productivity tools, case management information, document and image management, calendaring, deadline and discovery tools for the operation of complex document intensive litigation. We manage millions of documents in our current litigation. We have

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

used this software in various current technology iterations since 1987. The current program is written in Visual Basic and uses SQL server which are standards in the industry. I am willing to make this program available to the Plaintiffs' Steering Committee.

Your pretrial Order asks that each applicant succinctly address the following criteria:

(a) willingness and availability to commit to a time-consuming project;
(b) ability to work cooperatively with others; and
(c) professional experience in this type of litigation.

I believe I meet the criteria set forth above based on my willingness to become a member of the Plaintiffs' Steering Committee, my past successful trial experience, and my involvement in complex ATLA product litigation.

(a) **Willingness and availability to commit to a time-consuming project:**

I have set forth in the first page of this letter my willingness and ability to commit major resources of our law firm to this litigation. I recognize this is an enormous commitment of time, energy, and manpower but believe this is a unique piece of litigation with far-reaching consequences for drug safety.

(b) **Ability to work cooperatively with others:**

I have been a member of many organizations and litigation groups requiring the gathering and dissemination of litigation information. I am a member of the Wisconsin Academy of Trial Lawyers (WATL), ATLA, and was elected to serve as chairman of the DPT Vaccine Litigation Committee from 1984 to 1986 and elected to the Board of Directors of the ATLA Aquatic Injury Safety Group from 1987 to 1992. It was necessary in each of these groups which consisted of dozens of attorneys to schedule conferences, gather documents, and disseminate litigation documents in an organized fashion. Additionally, in my trial work, it has been necessary to share hundreds of depositions, reports, and other documents on products and defense experts with fellow plaintiff attorneys.

(c) **Professional experience in this type of litigation:**

Representative of my successful trial and discovery experience in major litigation are the following cases:

- Trial counsel in Hegarty v. Beauchaine, Case No. 98-CV-009906, Milwaukee County, Wisconsin, which resulted in the second largest medical malpractice verdict/judgment (December 2004) and partial settlement in Wisconsin history in the total amount of **$21 million.**
- Trial counsel in <u>Dietrich v. Red Arrow</u>, Case No. 89-CV-339D, Manitowoc County, Wisconsin, which resulted in the largest personal injury verdict at that time in the State of Wisconsin in the amount of **$17.2 million.** This was the first eight-figure personal injury jury verdict in Wisconsin.

March 24, 2005
Page 3

- Trial counsel in <u>Buestrin v. Owen, et al.</u>, Case No. 94-CV-011327, Milwaukee County, Wisconsin, which was a medical malpractice case that resulted in a **$16 million** settlement. This was the largest medical malpractice settlement prior to trial in Wisconsin.
- Trial counsel in <u>Tilstra v. Waste Management Inc.</u>, Case No. 03-02633-NI, Kent County, Michigan, which was a motor vehicle accident in which the wife of the plaintiff was killed resulting in a **$10 million** settlement.
- Trial counsel in <u>Erickson v. Gundersen Clinic, et al.</u>, Case No. 90-CV-238, LaCrosse County, Wisconsin, which was a medical malpractice case that resulted in a **$10 million** settlement. This was the first eight-figure pretrial settlement in Wisconsin.
- Trial counsel in <u>Stach v. Lawnicki, M.D., et al.</u>, Case No. 92-CV-418, LaCrosse County, Wisconsin, which was a medical malpractice case that resulted in a **$10 million** settlement.
- Trial counsel in <u>Newell v. IPSO International, et al.</u>, Case No. 94-CV-667, Brown County, Wisconsin, which was a products liability case that resulted in a **$9.7 million** settlement. This was the largest pretrial products liability settlement in Wisconsin.

To date, our law firm has filed seven (7) lawsuits in the U.S. District Court for the Eastern District of Wisconsin against Merck & Co., Inc. arising from their product, Vioxx. Those case numbers are as follows: 05-C-0337; 05-C-0338; 05-C-0339; 05-C-0340; 05-C-0341; 05-C-0342 and 05-C-0343.

Based upon the information I have provided to you, I believe I am uniquely qualified to serve on this committee. I will readily exceed the time demands and cooperation criteria needed for this committee to successfully reach its goal. I will be honored if selected. Further information and documentation regarding my law firm and my experience is available at www.cannon-dunphy.com. Thank you for your consideration of my application.

Sincerely,

CANNON & DUNPHY, S.C.

William M. Cannon
Direct Dial: (262) 796-3700
Direct Fax: (262) 796-3710
wcannon@cannon-dunphy.com

WMC/wk

## MDL-1657 Vioxx Products Liability Litigation
### Panel Attorney Service List

| | | |
|---|---|---|
| T. Scott Allen Jr. | Lance A. Harke | Eugene R. Naylor |
| Americsourcebergen | Barbara J. Hart | Richard F. O'Malley |
| Richard J. Arsenault | Craig D. Hebderson | Gregory J. Owen |
| Bryan F. Aylstock | Russ M. Herman | Thomas Jack Pearson |
| Blake H. Bailey | David Hadden Hockema | Robert E. Piper Jr. |
| Steven C. Barkley | Robert M. Hodges | Frank M. Pitre |
| David A. Barrett | Jesse L. Howell III | Geoffrey Edward Pope |
| Bradley D. Becnel | John F. Hughes | Henry J. Price |
| Daniel E. Becknel Jr. | Mark B. Hutton | Eric M. Quetglas-Jordan |
| Bergen Brunswig | David A. Hylla | William R. Robb |
| C. William Berger | Dennis J. Johnson | Robert D. Rowland |
| Andy D. Birchfield Jr. | Walter T. Johnson | John H. Ruiz |
| Reshonda L. Bradford | Whitman B. Johnson III | Steven L. Russell |
| Joseph M. Bruno | Christy D. Jones | Scott Rynecki |
| Virginia M. Buchanan | Richard L. Josephson | Stephen V. Saia |
| Elizabeth J. Cabraser | Melissa C. Katz | Paul R.M. Schwebel |
| Andrew J. Carboy | Sharon L. Kegerreis | Stuart E. Scott |
| Raymond S. Carroll | Eric R. Kennedy | Christopher A. Seeger |
| Joseph R. Colingo | Norman C. Kleinberg | Jeffrey B. Simon |
| Ernest Cory | Marjory Knoll | David Neil Smith |
| C. York Craig Jr. | Timothy M. Kolman | Deanna Dean Smith |
| Richard E. Crum | Joel C. Lamp | Kathryn A. Snapka |
| John M. D'Amato Jr. | John W. Land | Shanin Specter |
| Eric C. Deters | W. Mark Lanier | Robert F. Stacy |
| Ivan Dixon | Jeffrey D. Leathers | John S. Steward |
| John P. Eberhardt | Ira H. Lessfield | Robert G. Sullivan |
| Daniel A. Edelman | Arnold Levin | Casandra F. Thomas |
| Richard M. Edmonson | Carlene Rhodes Lewis | Lawrence D. Wade Jr. |
| Calvin C. Fayard Jr. | David K. Lietz | Chris J. Walker |
| Reginald K. Fears | Richard A. Lockridge | Thomas E. Walker |
| William B. Federman | William O. Luckett Jr. | Leila H. Watson |
| Ronald V. Fiesta | Patrick A. Malone | Jennifer Fadal Weaver |
| R. Allen Flowers | David P. Matthews | Richard Weiner |
| Shawn G. Foster | Kenneth B. McClain | Leslie Weisbrod |
| Dana Casselli Fox | J. Leray McNamara | Jewel E. Welch III |
| Richard A. Freese | Kim M. Meaders | John K. Weston |
| Michael T. Gallagher | Charles M. Merkel | James L. Wright |
| Hector G. Gancedo | S. Kirk Milam | James John Zonas |
| Ricardo A. Garcia | Allen Scott Milavetz | |
| Mary Gibson | Mason L. Miller | |
| Ronald S. Goldser | Daniel Minor | |
| Andrew S. Goldwasser | Steven R. Minor | |
| Anthony C. Graffeo | Michael H. Moirano | |
| Tim T. Griesenbeck | Geoffrey C. Mousseau | |
| Patricia Griffith | Edwin T. Mulhern | |
| Jeffrey D. Guerriero | Stephen B. Murray | |
| Nadeem Haider | Dianne M. Nast | |