IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY : 
LITIGATION :
 :
This filing applies to All Actions : Docket No. MDL 1657
 : Section L
 :
 : JUDGE FALLON
 : MAG. JUDGE KNOWLES
 :

## REQUEST TO BE ADDED TO SERVICE LIST

TO:   CLERK OF THE UNITED STATES DISTRICT COURT

Pursuant to Pre-Trial Order No. 1, the following counsel request addition to the service list in the IN RE VIOXX PRODUCTS LIABILITY LITIGATION:

William R. Kane (wkane@millerfaucher.com)
Ellen Meriwether (emeriwether@millerfaucher.com)
MILLER FAUCHER and CAFFERTY LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 864-2800

Dated:   March 24, 2005

Respectfully submitted,

WILLIAM R. KANE
MILLER FAUCHER and CAFFERTY LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103
Tel.: 215-864-2800
Fax: 215-864-2810
wkane@millerfaucher.com
Counsel for UFCW Local 1776 and
Participating Employers Health and Welfare
Fund and Painters District Council No. 30
Health and Welfare Fund

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# CERTIFICATE OF SERVICE

I, William R. Kane, Esquire, certify that I served copies of the foregoing Request To Be Added To Service List on all parties on the attached service list by First Class Mail this 24th day of March, 2005.

William R. Kane

In Re: Vioxx Products Liability Litigation; MDL No. 1657
Panel Attorney Service List

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019

Amerisource, Inc.
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

David A. Barrett
Boies Schiller & Flexner, LLP
570 Lexington Avenue
16 Floor
New York, NY 10022

Bradley D. Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Highway
Suite B
Laplace, LA 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig Drug Co.
P.O. Box 959
Valley Forge, PA 19482

William C. Berger
Furr & Cohen
One Boca Place
2255 Glades Road
Suite 337W
Boca Raton, FL 33431

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Reshonda L. Bradford
Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
Levin Papatonio Thomas Mitchell
316 South Baylen Street
Suite 600
P.O. Box 12308
Pensacola, FL 32501

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan Papain Block McGrathy & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center
Suite 425
Nanuet, NY 10954

Joseph R. Colingo
Williams Heidelberg, et al.
711 Delmas Avenue
P.O. Box 1407
Pascagoula, MS 39568-1407

Ernest Cory
Cory Watson Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
Craig Hester Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
Cobb Shealy Crum & Derrick, PA
P.O. Box 6346
Dothan, AL 36302-6346

John Michael D'Amato, Jr.
Russo Scamardella & D'Amato PC
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
Eric C. Deters & Associates, PSC
5247 Madison Pi8ke
Independence, KY 41051

Ivan Dixon
Attorney At Law
8413 Edgewood Drive
Rowlett, TX 75089

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 75089

Daniel A. Edelman
Edelman Combs & Latturner, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS 39211

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, SW
Denham Springs, LA 70726

Reginald K. Fears
James H. Byrd
Unit 21 FM 247
Huntsville, TX 77320

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Ronald V. Fiesta
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, IL 60602

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis Bethune & Jones, LLC
1100 Main Street
Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Richard A. Freese
Sweet & Freese, PLLC
P.O. Box 1178
Jackson, MS 39215

Michael T. Gallagher
Gallagher Law Firm, PC
777 Walker Street, Suite 2500
Houston, TX 77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Boulevard
Pasadena, CA 91105

Ricardo A. Garcia
820 South Main Street
McAllen, TX 78501

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Suite 460
Cleveland, OH 44113

Anthony C. Graffeo
Watson Jimmerson Givhan
203 Greene Street
P.O. Box 18368
Huntsville, AL 35804

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 NE Loop 410
P.O. Box 795061
San Antonio, TX 78216

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Jeffrey D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monore, LA 71211-4092

Lance A. Harke
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL 33130

Craig D. Hebderson
Gary Thomasson Hall & Mark Professional Corp.
210 S Carancahua
P.O. Box 2888
Corpus Christi, TX 78403

David Hadden Hockema
Hockema Tippit & Escobedo, LLP
One Paseo del Prado
Building 101
P.O. Box 720540
McAllen, TX 78504-0540

Robert M. Hodges
Wise, Carter Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Jesse L. Howell, III
Copeland Cook Taylor &
Bush PA
200 Concourse, Suite 200
1062 Highland Colony
Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

John F. Hughes
Wilkins Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL 62025

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie Johnson Griffin Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Suite 3000
Houston, TX 77002-9934

Melissa C. Katz
Waters & Kraus
3219 McKinney, Suite 3000
Dallas, TX 75204

Sharon L. Kegerreis
Hughes Hubbard & Reed, LLP
201 South Biscayne
Boulevard, Suite 2500
Miami, FL 33131-4332

Eric R. Kennedy
Weisman Kennedy & Berns
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Marjory Knoll
Law Offices of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Timothy M. Kolman
Timothy M. Kolman &
Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Joel C. Lamp
Assistant General Counsel
Tort Litigation Division,
Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

John W. Land
Bryan Nelson Randolph &
Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Jeffrey D. Leathers
Greer Pipkin Russell Dent &
Leathers
P.O. Box 907
Tupelo, MS 38802

Ira H. Leesfield
Leesfield Leighton Rubio &
Mahfood, PA
2350 South Dixie Highway
Miami, FL 33133

Arnold Levin
Levin Fishbein Sedran &
Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Carlene Rhodes Lewis
Goforth, Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

David K. Leitz
Coale Cooley Lietz McInerny
& Broadus
818 Connecticut Avenue,
Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge Grindal & Nauen
PLLP
100 Washington Avenue
South, Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Patrick A. Malone
Stein Mitchell & Mezines
1100 Connecticut Avenue,
NW, Suite 1100
Washington, DC 20036

David P. Matthews
Abraham Watkins Nichols
Sorrels Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
Humphrey Farrington &
McClain PC
221 West Lexington
Suite 400
Independence, MO 64050

J. Leray McNamara
Copeland Cook Taylor &
Bush PA
200 Concourse, Suite 200
1062 Highland Colony
Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Charles M. Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS 38614-1388

S. Kirk Milam
Hickman Goza & Spragins
PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexingotn Financial
Center
250 West Main Street
Lexington, KY 40507

Daniel Minor
1032 Cardinal Drive
Waco, TX 76712

Steven R. Minor
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL 60606

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place, Suite B
Glendale, CA 91208

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601

Eugene R. Naylor
Wise, Carter, Child &
Caraway
600 Heritage Building
401 East Capitol Street
P.O. Box 651
Jackson, MS 39205-0651

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Gregory J. Owen
Owen Patterson & Owen
23822 West Valencia
Boulevard, Suite 201
Valencia, CA 91355

Thomas Jack Pearson
Pearson & Campbell PC
2394 Calder Avenue
Beaumont, TX 77702

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Frank M. Pitre
Cotchett Pitre Simon &
McCarthy
San Francisco Airport Office
Center, Suite 200
840 Malcolm Road
Burlington, CA 94010

Geoffrey Edward Pope
Doffermyre, Shields,
Canfield, Knowles & Devine
1355 Peachtree Street, NE
1600 The Peachtree
Atlanta, GA 30309-3269

Henry J. Price
Price Potter Jackson
Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Eric M. Quetglas-Jordan
Quetglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

William R. Robb
Aleshire Robb & Sivilis PCZ
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL 33126

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Stuart E. Scott
Spangenberg Shibley & Liber LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Christopher A. Seeger
Seeger Weis, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David Neil Smith
Nix Patterson & Roach LLP
205 Linda Drive
Dangerfield, TX 75638

Deanna Dean Smith
Ebanks Smith & Carlson LLP
1401 McKenney, Suite 2500
Houston, TX 77010-4034

Kathryn A. Snapka
Snapka Turman & Waterhouse, LLP
606 North Caranahua
Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Shanin Specter
Kline & Specter
1525 Locust Street
Philadelphia, PA 19102

Robert F. Stacy
Daniel Coker Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

John S. Steward
Meyerkord & Steward
2525 South Brentwood Boulevard, Suite 102
St. Louis, MO 63144

Robert G. Sullivan
Sullivan Papain Block McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L. Street, NW, Suite 400
Washington, DC 20036

Lawrence D. Wade, Jr.
Campbell DeLong Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Chris J. Walker
Markow Walker PA
P.O. Box 13669
Jackson, MS 39236-3669

Thomas E. Walker
Johnston Barton Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35255-5972

Leila H. Watson
Cory Watson Crowder & DeGaris, PC
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35203

Jennifer Fadal Weaver
1305 Fossel Ridge Trail
Waco, TX 76712

Richard J. Weiner
Law Offices of Richard J. Weiner, PC
119 Rockland Center
Suite 425
Nanuet, NY 10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

John K. Weston, Esquire
Sacks Weston Smolinsky Albert
& Luber
510 Walnut Street, Suite 400
Philadelphia, PA 10106


Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

James L. Wright
Mithoff & Jacks
One Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

James J. Zonas
Law Offices of James J. Zonas
700 2nd Avenue, North
Suite 102
Naples, FL 34102

Barbara J. Hart
Goodkind Labaton Rudoff &
Sucharow
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Nadeem Haider
606 North Jefferson Street
Louisvill, MS 39339

Stephen L. Russell
Beirne Maynard & Parsons
1700 Pacific Ave, Suite 4400
Dalas, TX 75201

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-1
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue
Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Kevin J. Adrian
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Thomas Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Pkwy
7th Floor
Houston, TX 77019

Robert C. Anderson
Anderson Law Firm
3333 Camino Del Rio South
Suite 220
San Diego, CA 92108-3808

Ann-Martha Andrews
Lewis & Roca, LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004

Norman C. Ankers
Honigman Mller Schwartz & Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Steven Edward Armstrong
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Earl B. Austin
Baker Botts LLP
2001 Ross Avenue
Suite 600
Dallas, TX 75201-2980

Charles Avrith
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Garza Baldemar
200 E. Second Street
Rio Grande City, TX 78582

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102

Ben Barnow
Barnow & Associates, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60602

Charles Barrett
Barrett Law Office
3319 West End Avenue
Suite 600
Nashville, TN 37203

Franklin K. Belhasen, II
Belhasen Law Office
814 South Mayo Trail
Paintsville, KY 41240

Mark Belz
Belz & Jones
7777 Bonhomme, Suite 1710
St. Louis, MO 63105

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Steve W. Berman
Hagens Berman, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Jimmy W. Bilbo
Logan, Thompson, Miller, Bilbo, et al.
P.O. Box 191
Cleveland, TN 37364-0191

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Edward Blackmon, Jr.
Blackmon & Blackmon Law Firm
P.O. Box 105
Canton, MS 39046-0105

Christopher J. Blake
Nelson, Mullins, Riley & Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622-0519

Pegi S. Block
Cruse Scott Henderson & Allen
600 Travis
Suite 3900
Houston, TX 77002-3005

Derrick Scott Boyd
Simpson Boyd & Powell PLLC
P.O. Box 957
105 N. State St.
Suite B
Decatur, TX 76234-0957

Frank L. Branson
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue
18th Floor
Dallas, TX 75205

Michael D. Brock
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167

Eugene C. Brooks
P.O. Box 945
Savannah, GA 31412

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Douglas L. Brown
Armbrecht, Jackson, Demouy, Crowe, et al.
1300 AmSouth Center
63 North Royal Street
P.O. Box 290
Mobile, AL 36601

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

George Kevin Buchanan
Buchanan & Burke
Premier Place
5910 North Central Expressway
Suite 200
Dallas, TX 75206

Virginia M. Buchanan
Levin, Papatonio, Thomas, Mitchell, et al.
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32501

Robert A. Bunda
Bunda Stumtz & DeWitt
One Sea Gate, Suite 650
Toledo, OH 43604

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd.
Suite 1300
St. Louis, MO 63117-1322

Robert B. Carey
Hagens Berman, LLP
2425 E. Camelback Road
Suite 650
Phoenix, AZ 85016

Leslie M. Carr
Nearpass & Hudson
25 S. Monroe
Suite 303
Monroe, MI 48161-2237

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Rebecca Chase Sechrist
Bunda Stutz & Dewitt
Suite 650
One Seagate
Toledo, OH 43604

Andrew T. Citrin
Citrin & Mcglothren
P.O. Drawer 2187
Daphne, AL 36526

James Clinton Clark, Jr.
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
1111 Bay Aveune
3rd Floor
Columbus, GA 31902

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
The Halle Building, Suite 900
1228 Euclid Avenue
Cleveland, OH 44115

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Morry S. Cole
Gray, Ritter & Graham, PC
701 Market Street
Eighth Floor
St. Louis, MO 63101-1826

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

Gina C. Combs
Combs Law Firm, P.A.
11621 Rainwood Drive, Suite 8
Little Rock, AR 72212

S. Tessie Corbin
Dechert, LLP
1717 Arch Street
Suite 4000
Philadelphia, PA 19103-2793

Frederick M. Corley
P.O. Box 2265
Beaufort, SC 29901-2265

William R. Couch
Deakle-Couch Law Firm
P.O. Box 2072
Hattiesburg, MS 39401

Bobby Lamar Cox
Bobby L. Cox, Attorney
P.O. Box 892
Natchez, MS 39121-0892

John P. Cunningham
Brown & James
525 Main Street
Richland Plaza 1
Belleville, IL 62220

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue
Suite 100
Birmingham, AL 35205

Jennifer H. Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1A
P.O. Box 6227
Texarkana, TX 75505

Andrew S. Doctoroff
Honigman, Miller, Schwartz & Cohen
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3583

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Mark A. Draper
Farr, Farr, Emerich, Sifrit, Hackett & Carr, P.A.
99 Nesbit Street
P.O. Drawer 511447
Punta Gorda, FL 33951-1447

Deborah C. Druley
Sonnenschein & Nath, LLP
One Metropolitan Square
Suite 3000
St. Louis, MO 63102

Walter C. Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366

Tom Dutton
Pittman, Hooks, Dutton & Hollis, P.C.
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

Greensfelder & Hemker
10 S. Broadway, Suite 2000
St. Louis, MO 63102

Robert T. Ebert, Jr.
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

David P. Ellington, Sr.
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Jose Escobedo, Jr.
Hockema, Tippit & Escobedo, L.L.P.
P.O. Box 720540
MCAllen, TX 78502

James Esparza
Esparza Law Firm
1434 East 4500 South
# 100
Salt Lake City, UT 84117

Philip L. Fairbanks
1214 King Street
Beaufort, SC 29902

Karen D. Farley
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

JoDee Favre
Favre & Allen
121 East Main Street
Belleville, IL 62220-1606

Ron M. Feder
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Elizabeth A. Fegan
Hagens Berman, LLP
60 West Randolph, Suite 200
Chicago, IL 60601

Fichera & Miller
415 North LaSalle Street, #301
Chicago, IL 60610

Donald M. Flack, Jr.
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

Willie Flanders
408 Vine Street
Dublin, GA 31021

Francis J. Flynn
Simon, Lowe & Passanate, P.C.
701 Market Street, Suite 1150
St. Louis, MO 63101

Leonard V. Fodera
Monheit, Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

R. Keith Foreman
McKay, Simpson, Lawler, Franklin
& Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488

Bruce D. Fox
Fox & Farley
One Centre Plaza
1107 Charles Seivers Boulevard
Clinton, TN 37716

Moses B. Fryer
727 Juniper Street, NE
Apt. 608
Atlanta, GA 30308

Anthony Gallucci
Kelley & Ferraro
1300 East Ninth Street
1901 Bond Court Bldg.
Cleveland, OH 44114

Jean M. Geoppinger
Waite, Schneider, Bayless & Chesley
Co., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Daniel J. Gerritzen
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Lawrence B. Grebel
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Mark Adam Griffin
Keller & Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Thomas F. Gristina
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
1111 Bay Aveune
3rd Floor
Columbus, GA 31902

Todd S. Hageman
Simon, Lowe & Passanate, PC.
701 Market Street
Suite 1150
St. Louis, MO 63101

Brian D. Hancock
Garrison Scott Gambale & Rosenthal
P.O. Box 11310
2224 First Avenue North
Birmingham, AL 35202-1310

Julie A. Hardin
Fulbright & Jaworski
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
P.O. Box 270
Montgomery, AL 36104

Robert Earl Haslam
Law Office of Robert Haslam
555 South Summit Avenue
Fort Worth, TX 76104

Vilia B. Hayes
Hughes, Hubbard & Reed. LLP
One Battery Park Plaza
New York, NY 10004

Robert C. Heist
R. Connor & Associatrs, PC
120 South Riverside Plaza
Suite 1605
Chicago, IL 60602

Elizabeth V. Heller
Goldenberg, Miller, Heller
& Antognoli
2227 South State Route 157
Edwardsville, IL 62025

Catherine M. Hensler-Dickenson
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441

Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019-3005

Brian Kelly Herrington
Herrington & White, PLLC
P.O. Drawer 3260
Ridgeland, MS 39158-3260

Joseph K. Hetrick
Dechert, Price & Rhoads
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Douglas A. Hoffman
Williams Kastner, et al.
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98101

Ronald G. Hole
Hole and Alvarez
P.O. Box 720547
McAllen, TX 78504-0547

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Daniel Allen Hossley
Hossley & Embry
313 East Charnwood Street
Tyler, TX 75701

Carroll H. Ingram
Ingram & Associates
P.O. Box 15039
Hattiesburg, MS 39404-5039

Thomas P. Jackson
Thomas P. Jackson & Associates
10100 North Central Expressway
Suite 510
Dallas, TX 75231

Lynn Seithel Jekel
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Mitchell R. Jensen
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Arthur C. Johnson
Johnson, Clifton, Larson & Bolin
975 Oak Street
Suite 1050
Eugene, OR 97401

Jeffrey Royal Johnson
Williams, Kastner & Gibbs
601 Union Street, Suite 4100
Seattle, WA 98111-3926

Robert L. Johnson, III
Robert L. Johnson, III Attorney at Law
P.O. Box 1678
Natchez, MS 39120

Christy D. Jones
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts, LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Gerald Jowers
Janet & Jenner, LLC
500 Taylor Street
Columbia, SC 29201

Brian R. Kalb
Byron, Gerber, et al.
241 North Main Street
Edwardsville, IL 62025

William R. Kane
Miller, Faucher, and Cafferty, LLP
18th & Cherry Streets
Suite 1700
One Logan Square
Philadelphia, PA 19103

Daniel R. Karon
Weinstein, Kitchenoff, Scarlato
& Goldman
55 Public Square, Suite 1500
Cleveland, OH 44113

J. Ransdell Keene
Law Offices of J. Ransdell Keene
P.O. Box 3097
Shreveport, LA 71133

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Paul L. LaClair
Gucciardo Law Firm
99 Wall Street, 19th Floor
New York, NY 10005-4301

Charles J. LaDuca
Cuneo, Waldman & Gilbert
317 Massachusetts Avenue, N.E.
Bldg. 1200
Washington, DC 2000

Harris L. Pogust
Sherman, Silverstein, Kohl, Rose, et al.
Fairway Corporate Center, Suite 311
4300 Haddonfield Road
Pennsauken, NJ 08109

John J. Pollock
Levene, Gouldin & Thompson
902 Press Building
P.O. Box F-1706
Binghamton, NY 13902

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507

Stephen J. Potter
Beehr & McCarter
7777 Bonhomme Ave Suite 1810
St. Louis, MO 63105

Joseph A. Power, Jr.
Power, Rogers & Smith, P.C.
70 West Madison
Suite 5500
Chicago, IL 60602

Scott E. Poynter
Emerson Poynter, LLP
2228 Cottondale Lane
Suite 100
P.O. Box 164810
Little Rock, AR 72216-4810

John P. Rahoy
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Philipa M. Remington
Stinnett, Thiebaud & Remington L.L.P.
1445 Ross Avenue
4800 Fountain Place
Dallas, TX 75202

Peter R. Restani
Restani Mcallister & Cassetty
2801 Ponce De Leon Blvd.
Suite 900
Coral Gables, FL 33134

William R. Robb
Aleshire, Robb & Sivils, P.C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Foster Robberson
Lewis & Roca, LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004

Jeffrey Robinson
Robinson & Sheen, LLC
215 South State, Suite 960
Salt Lake City, UT 84111

Antonio M. Romanucci
Romanucci & Blandin
33 North LaSalle Street
Suite 2200
Chicago, IL 60602

Rick L. Rose
Ray, Quinney & Nebeker
36 S. State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

C. Thomas Ross
Ross Law Firm
301 N. Main Street, Suite 2201
Winston Tower
Winston-Salem, NC 27101

Edward Ruff, III
Pretzel & Stouffer, Chtd.
One South Wacker, Drive, Suite 2500
Chicago, IL 60606-4673

Sack & Save Grocery
1770 Ellis Avenue
Jackson, MS 39204

Jaime A. Saenz
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78520

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Mark D. Samson
Keller Rohrback, P.L.C.
3101 North Central Ave., Suite 900
National Bank Plaza
Phoenix, AZ 85012-2600

Joseph H. Saunders
Saunders & Walker, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637

Gregory P. Sautter
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Ann M. Scarlett
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106

Anne W. Schiavone
Schiavone Law Firm, PC
105 East 5th Street
Suite 401
Kansas City, MO 64106

Joshua G. Schiller
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Rebecca C. Sechrist
Bunda Stutz & Dewitt
Ste. 650
One Seagate
Toledo, OH 43604

Jack Sharwell
14150 Nesting Way
Delray Beach, FL 33484

Arthur Sherman
Sherman, Salkow, Petoyan & Weber
11601 Wilshire Boulevard
Suite 675
Los Angeles, CA 90025-1742

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg.
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201

Johnathan Skidmore
Fulbright & Jaworski
2200 Ross Ave., Suite 2800
Dallas, TX 75201

Daniel Briggs Smith, Jr.
Smith, Phillips, Mitchell, Scott
& Rutherford
P.O. Box 1586
Batesville, MS 38606

Lawrence D. Smith
Walton Lantaff
9350 S. Dixie Highway, 10th Floor
Miami, FL 33156

Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Kathryn W. Landry
leyoub & Landry, LLC
8280 YMCA Plaza
One Oak Square, Suite 10A
Baton Rouge, LA 70810

Gano D. Lemoine, III
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112

Seth R. Lesser
Locks Law Firm, PLLC
110 East 55th Street
12th Floor
New York, NY 10022

Scott Levensten
Beasley Firm
1125 Walnut Street
Philadelphia, PA 19107

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Ronald T. Levinson
Levinson & Collins, P.C.
998 Old Country Road, Suite 4
Plainview, NY 11803

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Barbara B. Litten
Steel Hector & Davis
777 Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Wendell T. Locke
Locke Law, PA
P.O. Box 841035
Pembroke Pines, FL 33084

DeWitt M. Lovelace
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway
Suite 4202
Destin, FL 32541

Jeffrey J. Lowe, PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski
1300 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Frank N. Luccia
Luccia & Evans, LLP
8 Greenway Plaza
Suite 1450
Houston, TX 77046

James P. Lyle
Law Offices of James P. Lyle, PC
1116 2nd Street, N.W.
Albuquerque, NM 87102

Michael Patrick Lyons
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite 2700
Dallas, TX 75201

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Joseph B. Maira
Law Office Of Joseph B. Maira
1213 Desmond Court
Brooklyn, NY 11235

Stefan A. Mallen
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, Mo 63102-2750

Ann Mandt
Charfoos & Christensen
5510 Woodward Avenue
Detroit, MI 48202

Gary Edward Mason
Mason Law Firm
1225 19th Street, N.W.
Suite 600
Washington, DC 20036

Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Wilmer Dallam Masterson, III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

David P. Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Ed W. McBride, Jr.
Otto & McBride PC
4001 S. 700 E. Suite 500
Salt Lake City, UT 84107

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

W. Thomas McCraney, III
McCraney & Montagnet
P.O. Box 16368
Jackson, MS 39236

Timothy F. McCurdy
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Sarah A. Merriam
Cowdery, Ecker & Murphy, LLC
750 Main Street, Suite 910
Hartford, CT 06103-4477

Kim R. Meyers
McCray, Muzilla, Smith & Meyers
260 Burns Road
Suite 150
Elyria, OH 44036

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

William M. Mills
Atlas & Hall
P.O. Box Drawer 3725
McAllen, TX 78502

Richard W. Mithoff, Jr.
Mithoff & Jacks
500 Dallas, Suite 3450
Penthouse, One Allen Center
Houston, TX 77002

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

W. Barry Montgomery
Kalbaugh Pfund & Messersmith
901 Moorefield Park Drive
Suite 200
Richmond, VA 23236

Daniel T. Moore
Moore & Walsh, LLP
433 North Main Street
P.O. Box 610
Poplar Bluff, MO 63901

Stephen G. Morgan
Morgan, Minnock & Rice, L.C.
Kearns Building, Eighth Floor
136 South Main St.
Salt Lake City, UT 84101

Megan A.C. Muirhead
Modrall, Sperling, Roehl, Harris
& Sisk
500 Fourth Street, N.W.
Bank of America Centre, Suite 1000
P.O. Box 2168
Albuquerque, NM 87103-2168

Alberto A. Munoz
Munoz, Hockema & Reed
P.O. Box 9600
McAllen, TX 78502

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark
#4800
Chicago, IL 60601-3206

Michael P. Murphy
Reminger & Reminger
237 West Washington Row
Second Floor
Sandusky, OH 44870

Frrank A. Natale, II
2616 Wilmington Road, Suite F
New Castle, PA 16105

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202

Kevin Thomas O'Hanlon
O'Hanlon & Associates
808 West Avenue
Austin, TX 78701

Donald L. O'Keefe, Jr.
Rabbitt, Pitzer & Snodgrass, P.C.
100 S. Fourth Street
Suite 400
St. Louis, MO 63101-1821

James D. O'Leary
Onder & Shelton, L.L.C.
1015 Locust Street, Suite 720
St. Louis, MO 63101

David George Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, TX 78520

James G. Onder
Onder & Shelton, L.L.C.
1015 Locust Street, Suite 720
St. Louis, MO 63101

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Brett Alan Panter
Panter Panter & Sampedro
6950 Kendall Dr N - 1st Floor
Miami, FL 33156-2144

Daryl Dion Parks
Parks & Crump
240 Magnolia Drive
Tallahassee, FL 32301

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Peter S. Pearlman
Cohn, Lifland, Pearlman, Herrmann
& Knopf
Park 80 Plaza West One
Saddle Brook, NJ 07663

Jerald D. Pearson
Pearson Law Firm, P.S.
43504 SE North Bend WY
North Bend, WA 98045

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Cesar Perez
P.O. Box 4319
McAllen, TX 78502-9600

Christopher Lee Phillips
Jackel, Rainey, Busch & Reed
211 Roswell Street
P.O. Box 1305
Marietta, GA 30061-1305

M. Norwood Phillips
Shackleford, Phillips, Wineland, et al.
P.O. Box 1718
El Dorado, AR 71730-1718

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Michael J. Pitzer, Sr.
Rabbitt & Pitzer
100 S. Fourth Street, Suite 400
St. Louis, MO 63101-1821

Richard J. Plezia
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Ira C. Podlofsky
Podlofsky, Orange, Kitt & Kolenovsky
98 Cutter Mill Road, Suite 299 North
Great Neck, NY 11021

Scott A. Smith
Halleland, Lewis, Nilan, Sipkins & Johnson
220 6th Street South
Suite 600
Minneapolis, MN 55402

Terrence Smith
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666

William W. Smith
Smith & Alspaugh, P.C.
1100 Financial Center
505 20th Street North
Birmingham, AL 35203

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Ann Kathryn Snyder
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Shanin Specter
Kline & Specter
1525 Locust Street, 19th Street
Philadelphia, PA 19102

Carey W. Spencer, Jr.
Law Offices of Carey W. Spencer, Jr.
2070 Valleydale Road, Suite 6
Birmingham, AL 35244

John Jeffrey Springer
Springer Lyle & Watt
1807 Westminster
Denton, TX 76205

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Zollie Carl Steakley
Campbell, Cherry, Harrison, Davis, Dove, PC
5 Ritchie Road
Waco, TX 76712

Joseph W. Steele
Steele, Ruffinengo & Biggs
50 South Main Street, Suite 1550
Salt Lake City, UT 84144

Ann Marie Stockmaster
Rubin Guttman & Associates
55 Public Square
Suite 1860
Cleveland, OH 44113

Paul F. Strain
Venable, LLP
2 Hopkins Plaza
1800 Mercantile Bank & Trust Bldg.
Baltimore, MD 21201

John A. Straka, III
Hirshberg, Gustine, Straka & Orie
One Oxford Centre
Suite 450
Pittsburg, PA 15219

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Lance Harrison Swanner
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 927
Dothan, AL 36302

Joseph R. Swift
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Maria D. Tejedor
Attorneys Trial Group
540 N. Semoran Blvd.
Orlando, FL 32807

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
Independence, MO 64050

John L. Tippit, III
Hockema, Tippit & Escobedo
1 Paseo Del Prado
Edinburg, TX 78539

Caroline T. Trout
Walter Lansden Dortch & Davis
P.O Box 198966
Nashville, TN 37219-8966

Anthony E. Turley
Connelly, Jackson & Collier
405 Madison Avenue
Suite 1600
Toledo, OH 43604

Philip L. Valente, Jr.
Silber & Valente
1806 Old Okeechobee Road
Suite 200
West Palm Beach, FL 33409

J. Michael M. Veron
Scofield, Gerard, Veron, Singletary, et al.
P.O. Drawer 3028
Lake Charles, LA 70602

Victor V. Vicinaiz
Roerig, Oliveira & Fisher
506 E. Dorve Avenue
McAllen, TX 78504

John L. Walker
Roberts & Perryman
One US Bank Plaza, Suite 2300
St. Louis, MO 63101

J. Wesley Warden Duke
J.D. Johnson Law Firm
517 Second Street
P.O. Box 1694
Paintsville, KY 41240

Shawn A. Warner
Shawn A. Warner & Associates
218 North Jefferson
Suite 300
Chicago, IL 60661

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue
Suite 402
Chattanooga, TN 37402

Charles D. Watson, Jr
Watson & Watson
P.O. Box 647
Drumright, OK 74030

Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35255-5972

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-1 MDL-1657

Leslie Weisbrod  
Morgan & Weisbrod  
11551 Forest Central Drive  
Suite 300  
Dallas, TX 75243

Brian W. Welch  
Bingham McHale, LLP  
2700 Market Tower  
10 West Market Street  
Indianapolis, IN 46204-4900

James E. Whaley  
Brown & James  
1010 Market Street  
20th Floor  
St Louis, MO 63101

Catherine Whitfield  
Steel Hector & Davis  
200 S. Biscayne Blvd.  
40th Floor  
Miami, FL 33131-2398

Bobby Alexander Williams  
Pendleton Correctional Facility  
113538  
P.O. Box 30  
Pendleton, IN 46064

Brett A. Williams  
Brown & James, P.C.  
1010 Market Street, 20th Floor  
St. Louis, MO 63101

Kim Williams  
Williamson & Williams  
811 1st Avenue  
Suite 620  
Seattle, WA 98104

Benjamin C. Wilson  
Rushton, Stakely, Johnston & Garrett  
P.O. Box 270  
Montgomery, AL 36101-0270

James L. Wright  
Mithoff & Jacks  
1 Congress Plaza  
111 Congress Avenue  
Suite 1010  
Austin, TX 78701-0001

Wayne Wright  
Wayne Wright, LLP  
5707 IH-10 West  
Suite 101  
San Antonio, TX 78201

D. Eliot Yaffe  
Foshee & Yaffe  
P.O. Box 890420  
Oklahoma City, OK 73189

Arnold C. Young  
Hunter, MacLean, Exley & Dunn  
P.O. Box 9848  
Savannah, GA 31412-0048

Marc A. Young  
Cokinos, Bosien & Young  
Woodson Tower  
2919 Allen Parkway  
Suite 1500  
Houston, TX 77019-2124

Michael A. Ysasaga  
Johnson, Finkel, DeLuca & Kennedy  
1221 Lamar Street  
Suite 1000  
Houston, TX 77010

David W. Zoll  
Zoll & Kranz, LLC  
6620 W. Central Avenue  
Suite 200  
Toledo, OH 43617

Matthew Zuchetto  
Lukins & Annis, P.S.  
1600 Washington Trust Financial Center  
717 W. Sprague Ave.  
Spokane, WA 99201

In Re: Vioxx Products Liability Litigation, MDL No. 1657
Panel Attorney Service List

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142