FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 25  PM 1: 17
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX Product Liability Litigation | MDL DOCKET NO. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |

THIS DOCUMENT RELATES TO ALL CASES

### APPLICATION BY ERIC QUETGLAS, FROM THE USDCPR, TO THE PLAINTIFFS' STEERING COMMITTEE

**COMES NOW** the undersigned attorney and respectfully submits his application for the Plaintiffs' Steering Committee:

(A) **NEED FOR A PUERTO RICO (PR) ATTORNEY TO ADEQUATLEY REPRESENT PR'S PLAINTIFFS**

The case of ***Gonzalez Arias v. Merck & Co. Inc., 04-2263(JP)***, is the only case filed in the USDCPR for damages caused by VIOXX. We will soon be adding around 50 more plaintiffs in this action. We will also file at least one third part payer fraud case. The applicable law to these actions is the Law of PR, which comes from Spanish Civil Law. There are significant dissimilarities between the Civil Laws of PR and that of other States as to tolling, liability and damages in tort and fraud cases. The adequate representation of the PR plaintiffs requires the inclusion in the Committee of counsel knowledgeable in PR Civil Law. Recent PR case law may not be readily available in English language. Many of the plaintiffs and witnesses in PR either do not understand English or do not feel comfortable communicating with out of State persons. The PR plaintiffs will need Spanish speaking lawyer assistance to respond to defense's questionnaires and prepare for depositions. Convenience in the gathering of evidence in PR will be promoted by having a Committee attorney in PR. I will also assist in communicating with other Spanish speaking witnesses and plaintiffs form other States or

___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No ___

1

Countries in the preparation of the case. As a Committee member, I can also better coordinate procedures with other counsel in any future cases that may be filed either in State or Federal Court in PR. In any settlement negotiations, the interests of all PR plaintiffs will also be better represented. These dissimilarities and adequacies warrant that the undersigned be appointed to allow adequate representation and meaningful participation of the Puerto Rico plaintiffs in the decision making processes. *See, MDL Manual, 4th, §§10.221, 10.224'*

(B)   **PROFESSIONAL EXPERIENCE**

I obtained my JD at the University of PR (UPR) Law School, in 1985.[1] I was a member of the Law Review (1983-1984), where I had a Law Review publication.[2] I passed the PR Bar Exam[3] and was admitted on 1986 to the PR Supreme Court. I was admitted to the USDCPR in 1986, and in 1991, to the US Court of Appeals for the 1st Circuit. After graduation, from 1985, up to 1986, I acted as Law Clerk for the PR Supreme Court Chief Justice. Thereafter, I was a general founding partner of Quetglas Law Office, together my father and my brother.

I devote almost all of my practice to federal litigation, handling plaintiff's civil personal injury and complex litigation cases. I have been active in complex class action and multiparty litigation cases involving RICO, mass torts and consumer fraud cases since 1992. One of this cases is *Luis Bonilla, et al. v. Trebol Motors Corp., et al., Case No. 92-1795(JP)*, a RICO class action and consumer fraud suit, where the Judgment was in the amount of $129,591,300.00. The case was affirmed and reversed in part on appeal. 150 F.3rd 77 (1st Cir. 1998).

---

[1] GPA 3.77 (MCL).
[2] *Scope of the Constitutional Protection Against Unreasonable Governmental Intrusions*, LVI Rev. Jur. U.P.R., #2-3, 309 (1987).
[3] Passing total scale score percentile equivalent to 99.6%.

I am working the VIOXX case in team with Archie C. Lamb, Jr., from the Law Offices of Archie Lamb, LLC.[4], who also has vast experience in class actions and complex MDL.[5]

### (C) WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

I devote my practice to a well selected limited number of cases, most of which are very challenging due to their complexity. The VIOXX litigation is the kind of case I enjoy working on. Due to the selective nature of my practice I can, and I am willing to, make the personal commitment to set aside and devote all the time that may be needed for this consuming project.

### (D) ABILITY TO WORK COOPERATIVELY WITH OTHERS

For the past thirteen years, I have worked in class action RICO cases and other multi party litigation cases, together with firms and counsel from other States.[6] Through this experience, I have developed the ability to cooperatively work cases through team work. I have the ability to attend to any task assigned to my attention and to share with or request from others all the work that may be necessary to get the task done. I personally do research and draft all my important documents. I possess the necessary computer technological knowledge to promote continuous team communication, facilitate team work, organize voluminous data and prepare visual presentations for any given legal task, and to promptly get the work done. I am willing to work cooperatively with others in any task assigned to me.

### (E) ACCESS TO SUFFICIENT RESOURCES TO ADVANCE LITIGATION

---

[4] With address at 2017, Second Avenue North, Suite 200, P.O. Box 2088, Birmingham, Alabama, 35201, Telephone: (205) 324-4644, Fax: (205) 324-4649.

[5] Attorney Lamb is Lead counsel in the ongoing RICO class action suit of *Kenneth A. Thomas, MD, et al. v. Blue Cross and Blue Shield Associations*, 03-21296 (USDCSF) (HMO's Litigation), where he has been successful in obtaining class certification, confirmed on appeal, and a partial settlement.

[6] I have jointly worked with firms like Allan Kanner & Associates, PC, 701, Camp St. Louisiana; Ness, Motley, Loadholt, Richardson & Poole, from South Carolina; and, Archie Lamb, *supra*.

The undersigned's Office teamed up with the Law Offices of Archie Lamb, LLC, for this litigation. We have access to any resources that may be necessary to advance the litigation.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been served by regular mail upon all the individuals listed in the Panel Attorney Service List.

**RESPECTFULLY SUMBITTED,** in San Juan, Puerto Rico this 19th day of March, 2005.

*[signature]*

ERIC M. QUETGLAS JORDAN
USDC-PR #202514
**QUETGLAS LAW OFFICES**
PO Box 16606
San Juan PR 00908-6606
Tel: (787)722-0635/(787)722-7745
Fax: (787)725-3970
Email: quetglaslaw@hotmail.com