

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28  AM 10: 34

LORETTA G. WHYTE
CLERK

| | | | |
|---|---|---|---|
| IN RE: | VIOXX | : | |
| | PRODUCTS LIABILITY LITIGATION | : | MDL NO. 1657 |
| | | : | |
| | | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | | : | |
| | | : | JUDGE FALLON |
| | | : | MAG. JUDGE KNOWLES |

*************************************************************************

## WILLIAM M. CUNNINGHAM, JR.'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES William M. Cunningham, Jr., who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully Submitted,

BURNS, CUNNINGHAM, MACKEY
& FILLINGIM, P.C.

WILLIAM M. CUNNINGHAM, JR.
Alabama Bar # ASB-0164-C58W
Mississippi Bar $ 99879
50 St. Emanuel Street
Post Office Box 1583
Mobile, Alabama 36633
251/432-0612
251/432-0625 fax

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that I a copy of the foregoing Application for Appointment has been served via United States first class mail upon counsel for all parties to these proceedings, on this the _25th  day of March, 2005.

MDL 1657 - Panel Service List

WILLIAM M. CUNNINGHAM, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX
PRODUCTS LIABILITY LITIGATION  :  MDL NO. 1657
:
:
:  JUDGE ELDON E. FALLON
:

*****************************************************************************

## APPLICATION OF WILLIAM M. CUNNINGHAM, JR. FOR MEMBERSHIP ON PLAINTIFFS' STEERING COMMITTEE

I, William M. Cunningham, Jr., am a partner in the law firm of Burns, Cunningham, Mackey & Fillingim, P. C. in Mobile , Alabama.  I am a 1974 graduate of Cumberland School of Law, Samford university.  I am licensed to practice in Alabama and  Mississippi, and have been admitted in all Federal District Courts in both states.  I am a member of the Association of Trial Lawyers of America, the Alabama Trial Lawyers Association, and the Mississippi Trial Lawyers Association. I presently serve as a member of the Board of Bar Commissioners for the Alabama Bar Association.

I have an A. V. rating from Martindale-Hubbell and am certified by the National Board of Trial Advocacy as a "Civil Trial Advocate".   I have been a presenter at a number of seminars regarding nursing home litigation and ethics.

My practice is concentrated in the areas of personal injury litigation, medical liability, nursing home litigation, products liability and mass torts.

I am willing and able to serve on this committee and will commit the time and resources necessary.

After completion of law school, I served four (4) years in the United States Marine Corps before returning to Mobile, Alabama.  I practiced with the law firm of  Sintz, Campbell, Duke,

Taylor & Cunningham for over twelve (12) years. This law firm was primarily involved in the defense of complex product liability cases. I tried numerous cases throughout my career as a defense counsel. As managing partner, I learned to recognize how important teamwork is in major litigation. In 1991, I joined my present firm where our concentration has been primarily representing plaintiffs in medical liability, nursing home litigation, and products liability.

Burns, Cunningham, Mackey & Fillingim, P. C., is a firm which specializes in complex civil litigation. We consider our firm to be in the forefront in the use of computer technology and are able to handle cases involving millions of documents such as this Vioxx litigation. A substantial portion of the firm's practice is the result of referrals from other lawyers. We attribute the large number of referrals to the firm's reputation for handling matters competently, timely and professionally with an understanding of its responsibility to clients and referring lawyers. As with all our cases, my firm will use this same professional approach to other members of the steering committee, defendant's steering committee and lawyers who represent individual clients in this litigation.

I have represented hundreds clients in the ongoing multi-district litigation: *IN RE: Phenylpropanolamine (PPA)* Products Liability Litigation, MDL NO.: 1407. I have actively worked with members of the Steering Committee in that litigation and am aware of the needs and concerns of all lawyers who file lawsuits in these multi-district litigation actions. Our firm has also been involved in the following class action: Williams v. Service Corporation International, et al. Circuit Court of Mobile County Alabama, case No. 95-003822.

I am of counsel with the law firm of Jack Harang, A.P.L.C., 3500 N. Hullen, Metairie, Louisiana 70002, in over two hundred cases in this Vioxx litigation. Additionally, our firm anticipates filing multiple cases in Alabama and Mississippi.

2

I also bring an invaluable asset with me into this litigation. My wife, Kathryn N. Cunningham, M.D., is a retired Board Certified Internist who is presently working with our firm in our medical cases and in the PPA Litigation. Her assistance in evaluating the medical intricacies of these cases has been invaluable to our firm and our clients. She has expressed a willingness to participate actively with me in this litigation as a consultant.

In closing, I have the resources, willingness, desire and availability to commit the time necessary to this project. I am a trial lawyer. While I may not have had the experience that other applicants have in multi-district litigation, I have been in the trenches and have the requisite professional expertise and resources to be of value in this litigation. Accordingly, I respectfully seek Your Honor's appointment to the Plaintiffs' Steering Committee.

Respectfully Submitted,

BURNS, CUNNINGHAM, MACKEY
& FILLINGIM, P.C.

WILLIAM M. CUNNINGHAM, JR.
Alabama Bar # ASB-0164-C58W
Mississippi Bar # 99879
50 St. Emanuel Street
Post Office Box 1583
Mobile, Alabama 36633
251/432-0612
251/432-0625 fax

3

## CERTIFICATE OF SERVICE

I hereby certify that I a copy of the foregoing Application for Membership has been served via United States first class mail upon counsel for all parties to these proceedings, on this the 25th day of March, 2005.

MDL 1657 - Panel Service List

WILLIAM M. CUNNINGHAM, JR