U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2005 MAR 28 AM 10: 32
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : | MDL NO. ~~1627~~ 1657 |
| | : | SECTION: L |
| | : | JUDGE FALLON |
| This Document Relates to all Cases | : | |
| | : | MAG. JUDGE KNOWLES |

**APPLICATION OF TOBIAS L. MILLROOD**
**FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

I respectfully submit this Application for appointment to the Plaintiffs' Steering Committee (the "PSC") in this Vioxx MDL proceeding. It would be my distinguished honor to be appointed by this Court to represent the common interests of Plaintiffs in this MDL. I would personally and faithfully commit all of the necessary time and resources required of PSC service in this unique MDL if appointed.

I presently serve as Chair of the Mass Tort Litigation Department of the 45-member firm, Schiffrin & Barroway, LLP, located in metropolitan Philadelphia, PA.[1] Over the last several years, I have personally committed my time, energy and firm resources to a number of mass tort litigations, including *In re: Diet Drugs Product Liability* - MDL 1203; *In re: Phen-Fen Litigation*, Philadelphia County Court of Common Pleas, May Term 1999, No. 0001; *In re: Baycol Litigation*, Philadelphia County Court of Common Pleas, Nov. Term 2001, No. 0001; *In re: Meridia Products Liability* - MDL 1481[2]; *In re: Omnibus Autism Proceeding*, U.S. Court of Fed. Claims[3]; *In re: Prempro*

[1] I am admitted to practice law in the Commonwealth of Pennsylvania and the State of New Jersey and have been admitted to practice before the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey, the District of Nebraska, the United States Court of Federal Claims and the United States Court of Appeals for the Third Circuit.

[2] Appointed to the Plaintiffs' Steering Committee by Hon. James S. Gwin, N.D. Ohio (Akron Division).

[3] Appointed to the Omnibus Autism Executive Committee of the Petitioners' Steering Committee by Hon. Special Master George L. Hastings, Jr., U.S. Court of Federal Claims.

___ Fee ___
___ Process ___
X Dktd ___
✓ CtRmDep ___
___ Doc. No. ___

*Products Liability* -MDL 1507[4]; and *In re: Hormone Therapy Litigation*, Philadelphia County Court of Common Pleas, November 2003, No. 00001.[5, 6] Within these litigations, I have led or assisted the leadership across the spectrum of mass tort litigation tasks: taking numerous depositions of drug company witnesses, reviewing drug company documents, securing expert witnesses and producing those experts during discovery and trial preservation video, authoring countless briefs and memoranda as part of the law and briefing effort, negotiating and concluding settlements, and administering the common benefit time and expense effort for entire mass tort litigations. These efforts, throughout the course of these litigations, demonstrate my diversity, leadership, skillful common benefit work product and professional civility, all of which are necessary qualities for PSC membership.

My experience and leadership in mass tort litigation have led to national recognition and the distinction of speaking and authorship on numerous occasions. Of note, these engagements have included the Vioxx litigation: twice, I have been invited as a guest speaker on the Legal Broadcast Network to comment on the Congressional hearings concerning Vioxx and the Cox-2 Inhibitors[7], and on May 5, 2005, the Ohio Academy of Trial Lawyers has invited me to speak at their annual meeting on the subject of this Vioxx litigation. Within the Plaintiffs' trial bar, I have also been

---

[4]Appointed to the Plaintiffs' Steering Committee by Hon. William R. Wilson, Jr., E.D. Ark.

[5]Appointed by Hon. Norman Ackerman as Plaintiff's Liaison Counsel, responsible as liaison to 1440 Plaintiffs in consolidated pre-trial proceedings.

[6]Notwithstanding the dedication and commitment I will personally bring to the Vioxx litigation, my firm and members of my staff, who will assist my efforts, have extensive experience in complex mass tort litigation including those cases listed above and: *In re: Ephedra Products Liability Litigation* - MDL 1598; *In re: Zyprexa Products Liability Litigation* - MDL 1596; *In re: Serzone Products Liability Litigation* - MDL 1477; *In re: Baycol Products Liability Litigation* - MDL 1431; *In re: Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness Tires Products Liability Litigation* - MDL 1373; *In re: Propulsid Products Liability Litigation* - MDL 1355; *In re: Rezulin Products Liability Litigation* - MDL 1348; *In re Orthopedic Bone Screw Products Liability Litigation* - MDL 1014; and *In re: Silicone Gel Breast Implants Product Liability Litigation* - MDL 926.

[7]Broadcasts occurred on February 17, 2005 and February 25, 2005.

elected and currently serve as Chair of two drug litigation groups: the ATLA Meridia Litigation Group and Hormone Therapy Litigation Group.

The diversity of my experience in both federal and state court mass tort litigation, and the recognition I have garnered for my achievements demonstrates the respect I have earned and my ability to work cooperatively with others. To date, this Court has already received a talent pool of leadership from the Plaintiffs' bar that is unparalleled in mass tort litigation. As a result, this Court, this Vioxx litigation and most importantly the Plaintiffs in this litigation will surely benefit from the vast selection this Court has the good fortune from which to choose from. Throughout my career, I have been likewise fortunate to work alongside this esteemed group and be appointed to positions of leadership alongside many of those seeking similar appointment before this Court. I pledge my continued dedication to utilize my skills to work cooperatively with members of the Plaintiffs' bar if I am again distinguished with the honor of serving on this PSC.

This unprecedented litigation deserves skillful leadership, professional civility, and a Plaintiffs' Steering Committee that will endure a litigation certain to be demanding of significant time and resources. If appointed, I can assure that I will bring all of these qualities to enable this Court to shepherd this litigation to its final resolution. I remain available for any additional inquiry from this Court, should the Court need additional information with regard to my appointment.[8]

Dated: 3/25/05

By: ______________________

Tobias L. Millrood
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 822-0252

[8] My recent appointment to MDL leadership came following the telephone interview with the Hon. William R. Wilson, Jr., for the Prempro MDL 1507 PSC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) | **MDL NO. 1657** **SECTION: L** |
| | ) | **JUDGE FALLON** |
| **This Document Relates to all Cases** | ) | **MAG. JUDGE KNOWLES** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused copies of the Application of Tobias L. Millrood for Appointment to Plaintiffs' Steering Committee to be placed in the U.S. mail, postage prepaid, for mailing on March 25, 2005, to all counsel of record via the attached Vioxx MDL service list.

Radnor, Pennsylvania, this 25th day of March, 2005.

Tobias L. Millrood

**VIOXX MDL SERVICE LIST**


T. Scott Allen, Jr., Esquire
**Cruise, Scott, Henderson & Allen**
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Bryan F Aylstock, Esquire
**Aylstock, Witkin & Sasser, P.L.C.**
55 Baybridge Drive
Gulf Breeze, CA 32561

Steven C. Barkley, Esquire
3560 Delaware, Suite 305
Beaumont, TX 77706

Bradley Douglas Becnel, Esquire
**Law Office of Daniel E. Becnel, Jr.**
45 W. Airline Hwy., Suite B
LaPlace, LA 70068

C. William Berger, Esquire
**Furr & Cohen**
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Reshonda L. Bradford, Esquire
**Singleton Law Firm**
4050 Linwood Avenue
Shreveport, LA 71108

Virginia M. Buchanan, Esquire
**Levin Papantonio Thomas Mitchell Echsner & Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: 888-435-7001 or 850-435-7000
Fax: 850-497-7057

Raymond S. Carroll, Esquire
**Law Offices of Weiner, Carroll & Strauss**
119 Rockland Center, Suite 425
Nanuet, NY 10954

Richard J. Arsenault, Esquire
**Neblett, Beard & Arsenault**
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309-1190
Phone: 318-561-2567
Fax: 318-561-2591
E-mail: nbalaw@aol.com

Blake H. Bailey, Esquire
**Bailey Law Firm**
112 S. Broadway
Tyler, TX 75702

David A. Barrett, Esquire
**Boies, Schioller & Flexner, LLP**
570 Lexington Avenue, 16th Fl.
New York, NY 10022
Phone: 212-446-2300

Daniel E. Becnel, Esquire
**Law Offices of Daniel E. Becnel**
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: 985-536-1186
Fax: 985-536-6445
E-mail: dbecnel@golfsouth.verio.com

Andy D. Birchfield, Jr., Esquire
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Phone: 800-898-2034 or 334-269-2343
Fax: 334-954-7555

Joseph M. Bruno, Esquire
**Bruno & Bruno**
825 Baronne Street
New Orleans, LA 70113
Phone: 504-525-1335
Fax: 504-581-1493

VIOXX MDL SERVICE LIST

Andrew J. Carboy, Esquire
**Sullivan, Papain, McGrath & Cannavo**
120 Broadway, 18th Fl.
New York, NY 10271

Joseph R. Colingo, Esquire
**Williams, Heidelberg, et al.**
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

Ernest Cory, Esquire
**Cory, Watson, Crowder & Degaris**
2131 Magnolia Avenue
Birmingham, AL 35205
Phone: 205-328-2200
Fax: 205-324-7896
E-mail: rweaver@cwcd.com

Richard E. Crum, Esquire
**Cobb, Sheahy, Crum & Derrick, P.A.**
P.O. Box 6346
Dothan, AL 36302-6346

Eric C. Deters, Esquire
**Eric C. Deters & Associates, P.S.C.**
5247 Madison Pike
Independence, KY 41051

John Driscoll, Esquire
**Brown & Crouppen**
720 Olive, Suite 1800
St. Louis, MO 63101-2302
Phone: 314-421-0216
Fax: 314-421-0359
E-mail: alexarea@aol.com

Daniel A. Edelman. Esquire
**Edelman, Combs &Latturner, LLC**
120 S. LaSalle Street, Ste. 1800
Chicago, IL 60603
Phone: 312-739-4200
Fax: 312-419-0379

James A. Edwards, Esquire
**Cantey & Hanger**
801 Cherry Street, Ste. 2100
Forth Worth, TX 76102
Phone: 817-877-2800
Fax: 817-877-2807

Reginald K. Fears, Esquire
**James H. Burd Unit**
21 FM 27
Huntsville, TX 77320

Ronald V. Fiestal, Esquire
**Kenneth B. Moll & Associates, LTD.**
Three First National Plaza
54th Floor
Chicago, IL 60602
Phone: 312-558-6444
Fax: 312-558-1112
Email: Lawyers@kbmoll.com

Dana Foster, Esquire
2731 Brook Bend Land
El Campo, TX 77437

C. York Craig, Jr., Esquire
**Craig, Heister, Luke & Dodson**
P.O. Box 12005
Jackson, MS 39236-2005

**VIOXX MDL SERVICE LIST**

John Michael D'Amato, Jr., Esquire
**Russo, Scamardella & D'Amato, P.C.**
1010 Forest Avenue
Staten Island, NY 10310

Ivan Dixon, Esquire
8413 Edgewood Drive
Rowlett, TX 75089

John P. Eberhardt, Esquire
1100 FM 655
Rosharon, TX 77583

Richard M. Edmonson, Esquire
**Armstrong Allen, PLLC**
4450 Old Canton Road, Ste. 210
Jackson, MS 39211

Calvin C. Fayard, Jr., Esquire
**Fayard & Honeycutt, APC**
506 Florida Avenue Southwest
Denham Springs, LA 70726
Phone: 225-664-0304
Fax: 225-664-2010

William B. Federman, Esquire
**Federman & Sherwood**
120 North Robinson, Ste. 2720
Oklahoma City, OK 73102

Allen R. Flowers, Esquire
**Flowers Law Firm**
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster, Esquire
**Davis, Bethune & Jones, LLC**
1100 Main Street, Ste. 2390
Kansas City, MO 64105

Dana Casselli Fox, Esquire
**Waters & Kraus, LLP**
3219 McKinney Avenue, Ste. 3000
Dallas, TX 75204
Phone: 214-357-6244
Fax: 214-871-2263

Michael T. Gallagher, Esquire
**Gallagher Law Firm, P.C.**
777 Walker Street, Ste. 2500
Houston, TX 77002

Ricardo A. Garcia, Esquire
820 S. Main Street
McAllen, TX 78501

Ronald S. Goldser, Esquire
**Zimmerman Reed, PLLP**
651 Nicollet Mall, Ste. 501
Minneapolis, MN 55402
Phone: 612-341-0400
Fax: 6 12-341-0844

C. Anthony Graffico, Esquire
**Watson Jimmerson Givhan Martin & McKinney, P.C.**
203 Greene Street
P.O. Box 35804
Huntsville, AL 35804
Phone: 256-536-7423
Fax: 256-536-2689

Jeffrey D. Guerriero, Esquire
**Guerriero & Guerriero**
P.O. Box 4092
Monroe, AL 71211-4092

**VIOXX MDL SERVICE LIST**

Lance A. Harke, Esquire
**Harke & Clasby, LLP**
155 South Miami Avenue, Ste. 600
Miami, FL 33130
Phone: 305-536-8220
Fax: 305-536-8229

Jennifer Haskins, Esquire
Assistant General Counsel
Tort Litigation Div.,
**Wal-Mart Stores, Inc.**
702 S.W. 8th Street
Bentonville, AR 72716-0215

Robert M. Hodges, Esquire
**Wise, Carter, Child & Caraway**
600 Heritage Bldg.
401 East Capitol Street
P.O. Box 651
Jackson, MS 39205-0651

Richard Freese, Esquire
**Sweet & Freese, PLLC**
P.O. Box 1178
Jackson, MS 39215

Hector G. Gancedo, Esquire
**Gancedo & Nieves**
144 W. Colorado Boulevard
Pasaden,CA 91105
Phone: 626-685-9800
Fax: 626-685-9808
Email: peoplelaw@aol.com

Mary Gibson, Esquire
P.O. Box 400
St. Mary's, GA 31558

Andrew S. Goldwasser, Esquire
**Ciano & Goldwasser**
460 MK Ferguson Plaza
1500 West Third Street, Ste. 460
Cleveland, OH 44131

Patricia Griffith, Esquire
1045 Evelyn Avenue
Clarksdale, MS 38614

Nadeem Haider, Esquire
600 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart, Esquire
**Goodkind, Labaton, Rudoff & Sucharow**
100 Park Avenue, 12th Floor
New York, NY 10017-5563
Phone: 212-907-0700
Fax: 212-818-0477
Email: Perskyb@glrs.com

David Hadden Hockema, Esquire
**Hockema, Tippit, Escobedo, LLP**
1 Paseo Del Prado, Bldg. 101
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III, Esquire
**Copeland, Cook, Taylor & Bush, PA**
200 Concourse, Ste. 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

**VIOXX MDL SERVICE LIST**

Mark B. Hutton, Esquire
**Hutton & Hutton, LLC**
8100 E. 22nd Street
North Bldg. 1200
P.O. Box 638
Wichita, KS 67226
Phone: 316-688-1166
Fax: 316-696-1077

Dennis J. Johnson, Esquire
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Phone: 802-862-0030
Fax: 802-862-0060

Whitman B. Johnson, III, Esquire
**Currie, Johnson, Griffin, Gaines & Myers**
P.O. Box 750
Jackson, MS 39225-2567

Richard L. Josephson, Esquire
**Baker Botts, LLP**
One Shell Plaza
910 Louisiana
Houston, TX 77002

Melissa C. Katz, Esquire
**Waters & Kraus, LLP**
3219 McKinney, Ste. 3000
Dallas, TX 75204
Phone: 214-357-6244
Fax: 214-871-6747

R. Eric Kennedy, Esquire
**Weisman, Goldberg & Weisman,**
1600 Midland Bldg.
101 Prospect Avenue
Cleveland, OH 44115
Phone: 216-781-1111
Fax: 216-781-6747
Email: bandeerson/@weismanlaw.com

Marjorie Knoll, Esquire
**Law Office of Robert J. Dicello**
7556 Mentor Avenue
Mentor, OH 44060

Joel C. Lamp, Esquire
Assistant General Counsel, Tort Litigation
702 S.W. 8th Street
Bentonville, AR 72716-0215

W. Mark Lanier, Esquire
**Lanier Law Firm**
6810 FM 1960 West
Houston, TX 77069

David A. Hylla, Esquire
**Bilbrey & Hylla**
8724 Pin Oak Road
P.O. Box 974
Edwardsville, IL 62025

Walter Johnson, Esquire
**Watkins & Eager**
The Emporiu, Building
400 East Capitol Street, Ste. 300
P.O. Box 650
Jackson, MS 39205

**VIOXX MDL SERVICE LIST**

Christy D. Jones, Esquire
**Butler Snow O-Mara Stevens & Cannada**
210 E. Capitol Street, 17th Floor
P.O. Box 22567
Jackson, MS 39225-2567

Brian S. Kabateck, Esquire
**Kabateck, Brown, Kelner**
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

Sharon L. Kegerreis, Esquire
**Hughes Hubbard & Reed, LLP**
201 S. Biscayne Boulevard, Ste. 2500
Miami, FL 33131-4332

Norman C. Kleinberg, Esquire
**Hughes, Hubbard & Reed, LLP**
One Battery Park Plaza
New York, NY 10004
Phone: 212-837-6000
Fax: 212-422-4726

Timothy M. Kolman, Esquire
**Timothy M. Kolman & Associates**
225 North Flowers Mill Road
The Shoppes At Flowers Mill
Langhorne, PA 19047

John W. Land, Esquire
**Bryan Nelson Randolph & Weathers**
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Jeffrey D. Leathers, Esquire
**Greer, Pipkin, Russell, Dent & Leathers**
P.O. Box 907
Tupelo, MS 38802

Ira H. Leesfield, Esquire
**Leesfield, Leighton, Rubio & Mafood, PA**
2350 South Dixie Highway
Miami, FL 33133

Carlene R. Lewis, Esquire
**Goforth Lewis Sanford LLP**
1111 Bagby, Ste. 2200
Houston, TX 77002
Phone: 713-650-0022
Fax: 713-650-1669

Richard Lockridge, Esquire
**Lockridge Grindal Nauen, PLLP**
100 Washington Avenue, South, Ste. 2200
Minneapolis, MN 55401
Phone: 612-339-6900
Fax: 612-339-0981

Patrick A. Malone, Esquire
**Stein, Mitchell & Mezines**
1100 Connecticut Avenue, NW, Ste. 1100
Washington, DC 20036
Phone: 202-737-7777
Fax: 202-296-8312

Kenneth B. McClain, Esquire
**Humphrey, Farrington & McClain, PC**
221 W. Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
Phone: 816-836-5050
Fax: 816-936-8966

Joseph L. McNamara, Esquire
**Copeland, Cook, Taylor & Bush, PA**
200 Concourse, Ste. 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

**VIOXX MDL SERVICE LIST**

Chalres M. Merkel, Esquire
**Merkel & Cocke**
P.O. Box 1388
Clarksdale, MS 38614-1388

Allan Scott Milavetz, Esquire
**Milavetz Gallop & Milavetz**
6500 France Avenue, South
Edina, MN 55435

Michael F. Mills, Esquire
**Perona, Langer, Beck & Lallande, PC**
300 East San Antonio Drive
Long Beach, CA 90807
Phone: 562-426-6155
Fax: 562-492-9823

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Phone: 215-592-1500
Fax: 215-592-4663
Email: lfsb@psinet.com

David K. Lietz, Esquire
**Coale, Cooley, Lietz McInerny**
818 Connecticut Avenue, NW, Ste. 857
Washington, DC 20006
Phone: 202-887-4770
Fax: 202-887-4778

William O. Luckett, Esquire
**Luckett Law Firm**
P.O. Drawer 1000
Clarksdale, MS 38614-1000

David P. Matthews, Esquire
**Abraham & Watkins**
855 East Harrison
Brownsville, TX 78520
Phone: 713-222-7211
Fax: 713-225-0827
Email: rushlegal@aol.com

J. Leray McNamara, Esquire
**Copeland, Cook, Taylor & Bush, PA**
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Kim M. Meaders, Esquire
**Crouch & Ramy**
1445 Rose Avenue, Ste. 2300
Dallas, TX 75202

S. Kirk Milam, Esquire
**Hickman, Goza & Spragins, PLLC**
P.O. Drawer 668
Oxford, MS 38655-0668

Mason L. Miller, Esquire
**Getty & Mayo, PLLC**
1900 Lexington Financial Center
250 W. Mann Street
Lexington, KY 40507

Daniel Minor, Esquire
1032 Cardinal Drive
Waco, TX 76712

Steven R. Minor, Esquire
**Elliott Lawson & Minor, PC**
P.O. Box 8400
Bristol, VA 24203-8400

**VIOXX MDL SERVICE LIST**

Geoffrey C. Mousseau, Esquire
**Mousseau & Associates**
1421 Valverde Place, Ste. B
Glendale, CA 91208

John T. Murray, Esquire
**Murray & Murray**
111 E. Shoreline Drive
Sandusky, OH 44870
Phone: 419-624-3000
Fax: 419-624-0707
Email: firm@murrayandmurray.com

Dianne M. Nast, Esquire
**Roda & Nast, PC**
801 Estelle Drive
Lancaster, PA 17601
Phone: 717-892-3000
Fax: 717-893-1200
Email: rodanast@netrax.net

Richard F. O'Malley, Esquire
**Sidley Austin Brown & Wood, LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Thomas Jack Pearson, Esquire
**Pearson & Pearson, PC**
2394 Calder Avenue
Beaumont, TX 77702

Frank M. Pitre, Esquire
**Cotchett, Pitre, Simon & McCarthy**
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Phone: 650-697-6000
Fax: 650-697-0577

Henry Price, Esquire
**Price, Waicukauski & Mellowitz**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Legal Representation
**Alford's Pharmacy**
5897 West Port Arthur Road
Port Arthur, TX 77640

Michael H. Moirano, Esquire
**Nisen & Elliott**
200 West Adams Street, Ste. 2500
Chicago, IL 60606

Edwin T. Mulhern, Esquire
**Huwel & Mulhern**
11 New Hyde Park Road
Frank Square, NY 11010

Stephen B. Murray, Esquire
**Murray Law Firm**
909 Poydras Street
LL & E Tower 2550
New Orleans, LA 70112-4000
Phone: 504-584-8100
Fax: 504-584-5249
Email: MURRAYLF@IX.NET.COM

Eugene R. Naylor, Esquire
**Wise, Carter, Child & Caraway**
600 Heritage Bldg.
401 East Capitol Street
P.O. Box 651
Jackson, MS 39205-0651

Gregory J. Owen, Esquire
**Owen, Patterson & Owen**
23822 West Valencia Blvd., Ste. 201
Valencia, CA 91355

VIOXX MDL SERVICE LIST

Robert E. Piper, Esquire
**Piper & Associates**
P.O. Box 69
Shreveport, LA 71161
Phone: 318-226-0826
Fax: 318-424-9000
Email: piper@mnss.com

Geoffrey Edward Pope
**Doffermyre, Shields, Et al.**
Suite 1600, 1355 Peachtree Street
Atlanta, GA 30309
Phone: 404-881-8900
Fax: 404-881-3007

Eric M. Querglas-Jordon, Esquire
**Querglas Law Offices**
P.O. Box 16606
San Juan, PR 00908-6606

Legal Representative
**Amerisourcebergen**
1300 Morris Drive, Ste. 100
Chesterbrook, PA 71309-1190

William R, Robb, Esquire
**Aleshire, Robb & Sivilis, PC**
901 St. Louis Street, Ste. 1600
Springfield, MO 65806

John H. Ruiz, Esquire
**Law Office of John H. Ruiz**
5040 N.W. 7th Street, Ste. 920
Miami, FL 33126

Scott Ryncki, Esquire
**Rubenstein & Rynecki**
16 Court Street, Ste. 1717
Brooklyn, NY 11241

Paul R.M. Schwebel, Esquire
5657 Rundle Court
Indianapolis, IN 46220

Chistopher A. Seeger, Esquire
**Seeger Weiss LLP**
One William Street
New York, NY 10004
Phone: 212-584-0700
Fax: 212-584-0799
Email: cseeger@seegerweiss.com

David Nell Smith, Esquire
**Nix, Patterson & Roach**
205 Linda Drive
Daingerfield, TX 75638
Phone: 903-645-7333
Fax: 903-645-5389

Kathryn A. Snapka, Esquire
**Snapka, Turman & Waterhouse, LLP**
606 N. Carancahua, Ste. 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Robert F. Stacy, Esquire
P.O. Box 1084
Jackson, MS 39215-1084

Legal Representative
**Bergen Brunswig**
P.O. Box 959
Valley Forge, PA 19482

Robert D. Rowland, Esquire
2227 South State Route 157
Edwardville, IL 62025

**VIOXX MDL SERVICE LIST**

Steven L. Russell, Esquire
**Bierne, Maynard & Parsons, LLP**
1700 Pacific Avenue, Ste. 4400
Houston, TX 75201

Stephen V. Sala, Esquire
**Law Offices of Stephen V. Sala**
70 Old Cart Path Lane
Pembroke, MA 02359

Stuart E. Scott, Esquire
**Spangenberg, Shibley & Liber**
2400 National City Center
1900 East Ninth Street
Cleveland, OH 44114
Phone: 216-696-3232
Fax: 216-696-3924

Jeffrey B. Simon, Esquire
**Waters & Kraus, LLP**
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
Phone: 214-357-6244
Fax: 214-871-2263

Deanna Dean Smith, Esquire
**Ebanks, Smith & Carlson, LLP**
1401 McKinney, Ste. 2500
Houston, TX 770010-4034

Shanin Specter, Esquire
**Kline & Specter, PC**
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
Phone: 215-772-1000
Fax: 215-772-1359
Email: andy.yourman@klinespecter.com

John S. Steward, Esquire
**Meyerkord and Steward**
2525 South Brentwood Avenue, Ste. 102
St. Louis, MO 63144

Stephen G. Strauss, Esquire
Bryan Cave, Esquire
One Metropolitan Square
211 N. Broadway
St. Louis, MO 63102
Phone: 314-259-2000
Fax: 314-259-2020

Casandra F. Thomas, Esquire
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Lawrence D. Wade, Jr., Esquire
**Campbell, Delong, Hagwood & Wade**
P.O. Box 1856
Greenville, MS 38702-1856

Thomas E. Walker, Esquire
**Johnston Barton Proctor Swedlaw & NAF**
2900 Amsouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203
Phone: 205-458-9400
Fax: 205-458-9500

Jennifer Fadal Weaver
1305 Fossel Ridge Trail
Waco, TX 76712

Leslie Weisbrod, Esquire
**Morgan & Weisbrod**
11441 Forest Central Drive, Ste. 300
Dallas, TX 75243

**VIOXX MDL SERVICE LIST**

John K. Weston, Esquire
**Sack & Smith, LLC**
510 Walnut Street
Philadelphia, PA 19106
Phone: 215-925-8200
Fax: 215 925-0508

Michael A. Ysasaga, Esquire
**Johnson, Finkel, Deluca & Kennedy**
1221 Lamar, Ste. 100
Houston, TX 77010

Robert S. Sullivan, Esquire
**Sullivan, Papain, McGrath & Cannavo**
120 Broadway, 18th Floor
New York, NY 10271

Christopher v. Tisi, Esquire
**Ashcraft & Gerel**
2000 L. Street, NW, Ste. 400
Washington, DC 20036-4914
Phone: 202-783-6400
Fax: 202-416-6392
Email: mheaviside@dc.ashcraftlaw.com

Chris J. Walker, Esquire
**Markow Walker, PA**
P.O. Box 13669
Jackson, MS 39236-3669

Leila H. Watson, Esquire
**Cory Watson Crowder & Degaris**
2131 Magnolia Avenue
Birmingham, AL 35205
Phone: 205-328-2200
Fax: 205-324-7896
Email: rweaver@cwcd.com

Richard J. Weiner, Esquire
**Law Offices of Richard J. Weiner, PC**
119 Rockland Center, Ste. 425
Nauet, NY 10954
Jewell E. Welch, III, Esquire
**Cunard Reiss Law Firm**
9214 Interline Avenue
Baton Rouge, LA 70809
Phone: 225-925-2978
Fax: 225-925-8192
Email: cunard@ gs.verio.net

James L. Wright, Esquire
**Mithoff & Jacks**
1010 Franklin Plaza
111 Congress Avenue
Austin, TX 78701
Phone: 512-478-4422
Fax: 512-478-5015

James John Zonas, Esquire
**James J. Zonas, Attorney at Law**
700-2nd Avenue North, Ste. 102
Naples, FL 34102