UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

### APPLICATION OF REBECCA M. LANGSTON
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

This Application is submitted pursuant to this Court's Pretrial Order No. 1, dated February 17, 2005, in support of my application for appointment to the Plaintiffs' Steering Committee (the "PSC") in these MDL Proceedings.

I, Rebecca Langston, am a partner of the firm Langston & Langston PLLC. I graduated from the University of Mississippi (B.S.B.A., 1995) and Mississippi College School of Law (M.B.A., 1999; J.D., 1999). In addition, I clerked for the Mississippi Court of Appeals. Langston & Langston was established in 2003, and the combined efforts of its partners has resulted in winning or negotiating a large number of multimillion-dollar verdicts or settlements, among these are some of the largest in the state's history.

I am currently a member of Hinds County, Fifth Federal Circuit and American Bar Associations; The Mississippi Bar, where I not only serve as a member but am also involved in the Child Advocacy Steering Committee. As for the Mississippi Trial Lawyers Association, where I serve as a member, I currently serve on the Board of Governors and Executive Committee as the ATLA State Delegate. Previously, I served on the MTLA Board as Chairman of C.L.E. and as Parliamentarian. I am an active member of the Association of Trial Lawyers of America where I am on the Committee for New Lawyers Division, and the Paralegal Advisory Task Committee and ATLA-PAC Task

1

Force Committee. I am also a member of Jackson Young Lawyers Association where I serve as Chairman and am on the Community Services Committee.

Langston & Langston, PLLC has been actively involved in investigating the claims of injured individuals regarding VIOXX. Thus far we have obtained information of close to 2,000 potential claims concerning injuries induced by taking VIOXX. Under my direction, the firm is currently reviewing other individual claims referred by many attorneys throughout the state of Mississippi as well as obtaining the medical records of individuals who may have a strong case against Vioxx and its makers. Aside from reviewing cases, I have also been discussing claims with possible experts as well as other attorneys, and attending VIOXX-related MDL hearings and CLE, all in an effort to provide potential clients with the best possible legal guidance.

In addition, my law firm, Langston & Langston, has recently been selected by the Attorney General of Mississippi to pursue litigation against the manufacturer of Vioxx to recoup state expenses incurred by state agencies due to Vioxx related illnesses. I was selected, along with my firm, due to our experience in handling cases of this magnitude, in addition to Vioxx our firm has been involved in other class action type suits involving other drugs as well as insurance claims. Our ongoing litigation on behalf of the state of Mississippi makes my firm and me uniquely qualified to serve on this Plaintiffs' Steering Committee.

I am more than willing to devote the necessary time, energy, and financial resources to this matter, should I so be appointed.

Dated: March 25, 2005

_____
Rebecca M. Langston
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, MS 39201
(601) 969-1356

2

**Certificate of Service**

I do hereby certify that a true and correct copy of the foregoing Application of Rebecca M. Langston for appointment to the Plaintiffs' Steering Committee has been served on this 28th day of March, 2005, via United States Mail, postage pre-paid to the individuals on the attached list.

*Rebecca M. Langston*
Rebecca M. Langston

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

Americsourcebergen
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Matthew H. Armstrong
Marker & Armstrong, LLC
One Metropolitan Square
Suite 2970
St. Louis, MO 63102-2793

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Steven C. Barkley
3560 Delaware
Suite 305
Beaumont, TX 77706

Bradley Douglas Becnel
Law Offices Of Daniel E. Becnel, Jr.
425 W. Airline Hwy.
Suite B
Laplace, LA 70068

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 19482

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Ellis Bradford, Jr.
Prisoner #01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
March, NY 13403

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, et al.
316 S. Baylen Street
Suite 600
Pensacola, FL 32501-5996

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019

Dario Arango, M.D.
5407 South McColl Road
Suite B
Edinburg, TX 78539

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

David A. Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

C. William Berger
Furr & Cohen
One Boca Place
2255 Glades Road
Suite 337W
Boca Raton, FL 33431

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Avenue
Shreveport, LA 71108

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Berstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center
Suite 425
Nanuet, NY 10954

Joseph R. Colingo
Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

Ernest Cory
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, AL 36302-6346

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Dana Foster, P.A.
2731 Brook Bend Land
El Campo, TX 77437

Eric C. Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

John Driscoll
Brown & Crouppen
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

John P. Eberhardt
# 1083045
1100 FM 655
Rosharon, TX 77583

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS 39211

James A. Edwards
Cantey & Hanger
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street
Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street
Suite 2500
Houston, TX 77002

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Huntsville, AL 35804

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Lance A. Harke
Harke & Clasby
155 South Miami Avenue
Suite 600
Miami, FL 33130

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
Professional Corp
P.O. Box 2888
210 S. Carancahua
Corpus Christi, TX 78403

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

John F. Hughes
Hamilton Law Firm
P.O. Box 1511
Meridian, MS 39302-1511

Richard A. Freese
Sweet & Freese, P.L.L.C
P.O. Box 1178
Jackson, MS 39215

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Suite 460
Cleveland, OH 44113

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 N.E. Loop 410
P.O. Box 795061
San Antonio, TX 78216

Jeffrey D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211-4092

Jennifer Haskins
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

David Hadden Hockema
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado
Bldg. 101
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Debra L. Hurst
Hurst & Hurst
401 West "A" Street
Suite 1825
San Diego, CA 92101

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street
Suite 3000
Houston, TX 77002-9934

Melissa C. Katz
Waters & Kraus
3219 Mckinney
Suite 3000
Dallas, TX 75204

R. Eric Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Timothy M. Kolman
Timothy M. Kolman And Associates
255 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

David A. Hylla
Bibrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL 62025

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street
Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
Independence, MO 64050

Joseph L. McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL 60606

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA 91208

John T. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

David P. Matthews
Abraham, Watkins, Nichols, Sorrels, et al.
800 Commerce Street
Houston, TX 77002-1776

J. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158

Charles M. Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS 38614-1388

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, CA 90807

Steven R. Minor
Elliot Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

Kenneth B. Moll
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, IL 60602

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

| | |
|---|---|
| Dianne M. Nast<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 | Eugene R. Naylor<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg.<br>401 East Capitol St.<br>P.O. Box 651<br>Jackson, MS 39205-0651 |
| Richard F. O'Malley<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | Gregory J. Owen<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 |
| Thomas Jack Pearson<br>Pearson & Campbell, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 | Robert E. Piper, Jr.<br>Piper & Associates<br>624 Pierre Avenue<br>P.O. Box 69<br>Shreveport, LA 71103 |
| Frank M. Pitre<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>840 Malclom Road<br>Burlingame, CA 94010 | Geoffrey Edward Pope<br>Doffermyre, Shields, Canfield, Knowles & Devine<br>13555 Peachtree Street, N.E.<br>1600 The Peachtree<br>Atlanta, GA 30309-3269 |
| Henry J. Price<br>Price, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | Eric M. Quetglas-Jordan<br>Queglas Law Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 |
| William R. Robb<br>Aleshire, Robb & Sevils, P.C.<br>901 St. Louis Street<br>Suite 1600<br>Springfield, MO 65806 | Robert D. Rowland<br>2227 South State Route 157<br>Edwardsville, IL 62025 |
| John H. Ruiz<br>Law Office of John H. Ruiz<br>5040 N.W. 7th Street<br>Suite 920<br>Miami, FL 33126 | Scott Rynecki<br>Rubenstien & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 |
| Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220 |
| Stuart E. Scott<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | Christopher A. Seeger<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 |
| Norman E. Siegel<br>Stueve Helder & Siegel<br>330 W 47th St Ste 250<br>Kansas City, MO 64112 | Jeffrey B. Simon<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 |

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Deanna Dean Smith
Ebanks, Smith & Carlson LLP
1401 McKinney
Suite 2500
Houston, TX 77010-4034

Kathryn A. Snapka
Snapka, Truman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Josephine Trovini
Westchester County Attorneys Office
600 Michaelian Office Building
148 Martime Avenue
White Plains, NY 10601

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-3669

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/ Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Richard J. Weiner
Law Offices of Richard J. Weiner, P.C.
119 Rockland Center
Suite 425
Nanuet, NY 10954

Leslie Weisbord
Morgan & Weisbord
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

John K. Weston
Sacks, Weston, Smolinksy, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA 19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Michael A. Ysasaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar
Suite 1000
Houston, TX 77010

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL 34102