# THE COCHRAN FIRM
## BIRMINGHAM
### COCHRAN, CHERRY, GIVENS, SMITH, GULAS & STUCKEY

2031 2ND AVENUE NORTH • BIRMINGHAM, ALABAMA 35203
TELEPHONE: (205) 297-0006 • FAX: (205) 297-0076
WWW.COCHRANFIRM.COM

JOHNNIE L. COCHRAN, JR.[2,5,6,7,9]
CHAIRMAN

SAMUEL A. CHERRY, JR.[1,7,9]
J. KEITH GIVENS[1,3,4]
JOCK A. SMITH[1,5,7,9]
IKE GULAS[1]
JASON A. STUCKEY[1]

ALABAMA LICENSED ATTORNEYS
EDWARD E. ANGWIN[1]
LAWRENCE FICKETT[1]
LARRY GIVENS[1,4]
CHRISTY L. HAYES[1]
CHARLES JAMES, II[1]
TIFFANY JOHNSON[1]
TERRY G. KEY[1]
RICHARD KUYKENDAHL[1]
JOSEPH D. LANE[1,3]
ANGELA J. MASON[1,4,9]
VALERIE R. RUSSELL[1]
B. SHANNON SAUNDERS[1]
ROBERT E. SMITH[1]
BRIAN P. STRENGTH[1]
LANCE H. SWANNER[1]
J. FARREST TAYLOR[1,8]
CARL E. UNDERWOOD, III[1]

ALABAMA 1
CALIFORNIA 2
FLORIDA 3
GEORGIA 4
NEW YORK 5
OHIO 6
TENNESSEE 7
VIRGINIA 8
WASHINGTON, DC 9

March 25, 2005

Clerk of the Court
U. S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA   70130

Re: In Re: Vioxx Products Liability Litigation MDL 1657
Application of Ike Gulas for Appointment to Plaintiffs' Steering Committee ("PSC")

Dear Sir/Madam:

I respectfully submit my application to serve as a member of the Plaintiff's Steering Committee (PSC) in the above-styled action. In doing so I express my willingness and availability to commit myself to this project and am confident I possess the necessary skills to comply with the requirements set out for PSC membership per this Court's Pre-Trial Order # 1 dated February 17, 2005. I stand ready and committed to bring my abilities as well as contribute the necessary time to serve as a member of the PSC.

**A. Willingness and Availability to Commit to a Time-consuming Project:**

Through my experience in other mass tort cases, I understand the commitment of time and resources that will be required of members of the PSC. I have determined that representing plaintiffs in the Vioxx litigation will be a major part of my practice for the foreseeable future. I am committed to devoting substantial time and energy to this litigation, and will be available to serve on the PSC if I am appointed.

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No._____

Page Two
Application of Ike Gulas to PSC for MDL 1657
March 25, 2005

### B. Ability to work Cooperatively with Others:

As evidence in support of my ability to work well with others, I would like to cite my membership and leadership positions in the American Hellenic Educational Progressive Association (AHEPA). AHEPA is the largest Greek American organization in the United States, espousing the mission of promoting Hellenism, Education, Philanthropy, Civic Responsibility and Family and Individual Excellence. I currently serve as its National Secretary and have served in various leadership positions over the past 10 years including National Legal Counsel and Vice-Chairman of its Board of Directors. I also serve as the National Chairperson of the AHEPA Cooley's Anemia Foundation, a 501C3 organization responsible for raising money for research and hopefully a cure for Cooley's Anemia, a genetic blood disorder which afflicts thousands of people of Mediterranean and Asian decent yearly. In addition while a student at Cumberland School of Law, my ability to work with others was recognized through my election as the National Student Bar President of the ABA/LSD.

### C. Professional Experience in This Type of Litigation:

As of this date, I am lead counsel in five (5) cases which will be covered by MDL 1657. Those cases are:

1. Carl E. Ray, vs. Merck Co., Inc., CV 05-CV-00484-JEO, U. S. District Court, Northern District, Eastern Division;

2. Richard Harris, CV-05-PT-06430E, U. S. District Court, Northern District, Eastern Division;

3. Linda Tidwell, CV-05-J-0641-J, U. S. District Court, Northern District, Eastern Division;

Page Three
Application of Ike Gulas to PSC for MDL 1657
March 25, 2005

    4.    Curtis Gentry, CV-05-PT-0642-M, in U. S. District Court, Northern District, Eastern Division; and,

    5.    Joe F. Donaldson, CV-05-0V216F, U. S. District Court, Middle District, Northern District.

In addition, I am awaiting the necessary medical records on approximately one hundred twenty-five (125) potential Vioxx cases which I will file at a later date.

Over the past eight years I have represented over a thousand mass tort clients in pharmaceutical litigation and believe I have the necessary experience to serve as a member of the PSC. I am currently a member of the Discovery Committee in MDL-1348 In re Rezulin Products Liability Litigation. I have also represented hundreds of clients in MDL-1203 In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation. I currently represent clients with claims against the makers of the Duragesic Transdermal Patch, Serzone and other pharmaceuticals.

I am a member of the American Bar Association, Birmingham Bar Association, Alabama Trial Lawyers and American Trial Lawyers where I was recently appointed to a second term on the Public Affairs Committee.

Respectfully submitted,

Ike Gulas