FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28  AM 10: 12

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX | * | MDL NO.: 1657 |
| | PRODUCTS LIABILITY LITIGATION | * | |
| | | * | SECTION: L |
| | | * | |
| | | * | JUDGE FALLON |
| | | * | MAG. JUDGE KNOWLES |
| | | * | |

**************************************************

**THIS DOCUMENT RELATES TO ALL CASES**

## APPLICATION OF WALTER J. LEGER, JR. FOR
## APPOINTMENT TO PLAINTIFFS STEERING COMMITTEE

Walter J. Leger, Jr. respectfully applies to this Honorable Court for appointment to the

Plaintiffs Steering Committee. Applicant meets the criteria for membership established by the Court.

He is trial counsel in a filed case entitled *Calvin Warren, et al vs. Merck & Co., Inc.,* C. A. No. 3:04-

CV-02110-RGJ-JDK, U.S.D.C., W.D.La., and is not involved in any state court case. Applicant has

been associated by referrral attorneys in many other cases not yet filed.

A.     **Willingness and availability to commit to time-consuming project**. Applicant has

extensive experience in complex litigation and a working relationship with many of the other counsel

in this case. The intellectual stimulation and high level of professionalism involved in these cases has

been personally and professionally rewarding and continued work in this type of litigation is desirable.

Fee_____
_V_ Process_____
**X** Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

**B.**    <u>Ability to work cooperatively with others</u> -Recently applicant has been appointed to the PSC in *In Re ETS/Praxis* litigation, MDL-0479, by U.S. District Judge Sarah Vance.  Applicant has demonstrated leadership and the ability to work cooperatively in such cases as *Castano vs. The American Tobacco Co., et al*, USDC, E.D.La. and its progeny, 24 cases all over the country, as a member of the Discovery Committee, Law Committee, the Administrative Committee and as a trial team captain. In the early days of the *Castano* litigation, he organized and directed attorneys and paralegals in "objective" and "subjective" coding of literally millions of tobacco industry documents. In the related Louisiana state court action, *Scott v. American Tobacco Co., et al*, CDC, Case No. 96-8461, Div. "K", he was appointed by Judge Ganucheau as one of four class counsel and was trial counsel, Chairman of the Expert Committee, and lead litigator against R.J. Reynolds Tobacco Company.  He personally took over 35 to 40 depositions, and supervised and/or personally reviewed literally hundreds of depositions of fact witnesses and experts, and supervised, directed, and/or reviewed literally thousands of the many tobacco industry documents and scientific peer reviewed literature and scientific data. In the case of *In Re Clearsky Shipping* (M/V BRIGHT FIELD), U.S.D.C., E.D. La., applicant was appointed as Co-Lead counsel with Russ Herman by U.S. District Judge Morey Sear on behalf of all claimants and managed and directed discovery in the case.

Applicant has worked with many of the attorneys who have filed Vioxx cases in *In Re: Silicone Gel Breast Implant Products Liability Litigation*, MDL - 926, USDC, N.D. Ala., where he served as Special Counsel to the Plaintiffs Steering Committee and took numerous depositions and was active in the organization of document discovery.  He also served as Assistant State Liaison

Counsel for the State of Louisiana. In the Louisiana state court case of *Spitzfaden v. Dow Corning, Corp, et al* ., CDC, applicant served as a member of the Plaintiffs' Steering Committee as Chairman of the Discovery Committee, and Captain of the Bristol-Myers trial team and was member of all other defendant trial teams and represented the class in the Dow Corning bankruptcy proceeding.

**C.** **Professional experience in this type of litigation**- The forgoing also illustrates applicant's experience. A graduate of Tulane University Law School, applicant has been involved in all aspects of civil litigation with emphasis on complex litigation, environmental litigation, mass tort and class action litigation. Applicant has lectured on areas of complex litigation, class action litigation and maritime litigation at seminars of bar associations and professional organizations, and at law schools including Harvard, Georgetown, Tulane, Loyola, and LSU.

Respectfully submitted:

_____
**WALTER J. LEGER, JR.**, Bar Roll #8278
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Plaintiff Liaison counsel and Defendant Liaison counsel all counsel of record, this date, by placing same in the U.S. Mail, postage prepaid.

New Orleans, Louisiana this _28th_ day of March, 2005

_____
**WALTER J. LEGER, JR.**

-3-