UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| This Document Relates to all Cases | ) | MAG. JUDGE KNOWLES |

### APPLICATION OF ANN B. OLDFATHER AND GREGORY J. BUBALO FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Ann B. Oldfather and Gregory J. Bubalo respectfully submit this Application for appointment to the Vioxx MDL Plaintiffs' Steering Committee. Ms. Oldfather and Mr. Bubalo are submitting this joint Application because they serve as Lead Counsel of the Vioxx Kentucky Working Group, an organization formed by Kentucky trial attorneys for the management, handling and prosecution of Vioxx claims by (primarily) Kentucky residents. While an actual census of the number of cases for which Ms. Oldfather and Mr. Bubalo are responsible has not yet been formally completed, it is anticipated that the Kentucky Vioxx Working Group will be responsible for more than 400 claims for injuries attributable to the use of Vioxx®.

Ms. Oldfather has been a practicing attorney for almost 30 years. Ms. Oldfather graduated from Mount Holyoke College in 1971. She graduated from the Brandeis School of Law, University of Louisville, *magna cum laude,* and she has been an attorney since 1976. Upon graduation from law school, Ms. Oldfather was hired by Wyatt, Grafton & Sloss, a firm which ultimately became Wyatt Tarrant & Combs, the largest firm in the region. Ms. Oldfather was the first woman to be made partner at that firm. In 1984, Ms. Oldfather left Wyatt Tarrant & Combs for the purpose of pursuing a personal injury practice. Her firm, Oldfather & Morris, was formed in 1986; since that time, the firm has practiced continuously in Louisville, Kentucky, focusing on personal injury litigation and other complex cases (including First Amendment

issues, financial and corporate litigation and appellate advocacy). Ms. Oldfather has been admitted to the bars of the Supreme Court of the Commonwealth of Kentucky and the Supreme Court of the United States; she has also been admitted to practice before the United States Court of Appeal for the Sixth Circuit and several United States Federal District Courts.

Ms. Oldfather has been recognized by the *Best Lawyers in America* every year from 1994 to date, being double listed in personal injury litigation and family law. She has been "AV" rated by the Martindale-Hubbell Law Directory since the 1980s. She is board certified by the National Board of Trial Advocacy as a civil trial advocate. She has received the Peter Perlman *Trial Lawyer of the Year* Award from the Kentucky Academy of Trial Attorneys, and she has received multiple recognitions from the Brandeis School of Law. She has served as a Special Justice by appointment to the Kentucky Supreme Court. In 2004, Ms. Oldfather was elected as a Fellow to the International Academy of Trial Lawyers, and she has been a member of the American Board of Trial Advocates for over a decade.

Ms. Oldfather also has been involved in mass tort and class action litigation, most recently by serving on the Plaintiffs' Steering Committee *In Re: Bridgestone/Firestone Inc.* (where she served with several of the attorneys who have submitted applications to the Court, most notably Don Barrett and Elizabeth J. Cabraser), and as one of Plaintiffs' Lead Counsel *In Re: Archbishop of Louisville*. In *Bridgestone/Firestone*, Ms. Oldfather was in charge of liaison with the state court actions. *In Re: Archbishop of Louisville* was a class action presenting 243 sexual abuse claims against the Archdiocese of Louisville. The claims, which were extensively litigated, were nevertheless fully resolved efficiently and economically. The per capita expense for case preparation charges was less than $1,000 for each plaintiff and the cases were fully resolved within 15 months of the filing of the first suit. These experiences have allowed Ms.

Oldfather and her office to develop the resources necessary to effectively manage multiple party suits.

Ms. Oldfather and her firm are fully prepared to devote all the time necessary to bring this litigation to a just conclusion. Ms. Oldfather's main practice has always focused on the representation of persons with individual claims. Indeed, as a member of the American Board of Trial Advocates, Ms. Oldfather has had to meet rigorous requirements submitting proof of over 50 jury trials. Ms. Oldfather has been solely responsible for recovery of several multi-million dollar verdicts, and she has accomplished many multi-million dollar settlements for her clients. She has also served effectively as a team member working toward successful conclusion of litigated cases. Ms. Oldfather is widely recognized as an effective advocate to the court, both at the trial level and at the appellate level. She has multiple reported cases, one of the most significant of which is *Guiliani v. Guiler*, 951 S.W.2d 318 (Ky. 1998), where the Kentucky Supreme Court recognized for the first time that minor children were entitled to recover for the loss of parental consortium in the event of a parent's death due to negligence.

Gregory J. Bubalo was born in Evansville, Indiana on June 3, 1955. In May 1977, he graduated *magna cum laude* and Phi Beta Kappa from Illinois College. Mr. Bubalo attended Indiana University School of Law, where, in May 1980, he graduated *magna cum laude*. He served as an Associate Editor and then, Note and Development Editor, for the *Indiana Law Review*. In October 1980, he was admitted to the bars of the Supreme Courts of the Commonwealth of Kentucky and the State of Indiana and subsequently to the United States Federal District Courts for those states. He has been admitted to practice in the United States Courts of Appeal for the Sixth and Seventh Circuits.

3

Mr. Bubalo has practiced law in Louisville, Kentucky, his entire professional life, although his practice has been national in scope. He was initially hired as an associate with Greenebaum, Doll & McDonald in Louisville, Kentucky. Shortly thereafter, the firm of Ogden, Newell & Welch ("Ogden"), offered him a partnership, where he remained until July 1995. His practice at Ogden focused primarily on defending physicians and litigating complex commercial cases. Becoming "Of Counsel" at Ogden, Mr. Bubalo then served primarily as Vice President and General Counsel for Paradigm Insurance Company and as President of its subsidiary, Universal Fire and Casualty Company. He had ultimate responsibility for the management of litigation (both corporate and personal injury) and supervision of a network of lawyers in over thirty (30) states.

Mr. Bubalo joined The Becker Law Office ("BLO") in June 1999, where he became its Assistant Managing Partner. He was the Lead Trial Attorney on complex matters, typically litigating against Fortune 500 Companies representing individuals and small companies.

On August 6, 2004, Mr. Bubalo created the firm of Bubalo & Hiestand, PLC ("B&H"), which has two offices, one in Louisville and one in Lexington, Kentucky. The firm has two partners, six associate lawyers, and fourteen other employees. B&H and BLO continue to have a close working relationship with a combined force of almost forty employees.

Of more recent note, on February 4, 2003, Mr. Bubalo settled *Loomis v. St. Mary's Hospital*, one of the largest personal injury verdicts brought to judgment in the State of Indiana. Mr. Bubalo served as primary trial counsel, representing a neurosurgeon whose slip and fall in the defendant hospital resulted in a total disability due to Reflex Sympathetic Dystrophy. The judgment was unanimously affirmed on appeal by the Indiana Court of Appeals. *St. Mary's Medical Center of Evansville v. Loomis*, Ind. App., 783 N.E.2d 274 (2002).

Since 1999, Mr. Bubalo has represented women with Primary Pulmonary Hypertension ("PPH") due to their ingestion of the Diet Drugs, Pondimin® (fenfluramine) or Redux™ (dexfenfluramine). In the course of this representation, he has appeared or made special appearances Pro Hac Vice in MDL 1203, Eastern District of Pennsylvania, as well as multiple federal district and state courts of general jurisdiction.[1] Mr. Bubalo resolved many such actions on behalf of injured clients shortly before scheduled trial dates and after discovery was nearly complete. In 2003 and the first part of 2004, he had three (3) such trial settings, two of which had multiple plaintiffs joined in one action. The most recent set of eight PPH cases resolved in March 2005, with a trial date in one of the eight scheduled for May 2005. Each of these actions resolved within thirty to ninety days before trial.

Mr. Bubalo has spoken in many seminars concerning complex and pharmaceutical litigation. On August 14, 2003, he spoke concerning PPH litigation in Mealey's Fen-Phen Global Settlement & Trial Update in Los Angeles. On June 24-25, 2004, in Philadelphia, he spoke again in Mealey's Fen-Phen Litigation Conference. On February 12-13, 2004, shortly

---

[1] Some of these actions include but are not limited to: *Kay Ball v. American Home Products Corporation, et al.* Case No. 02-CV-108, United States District Court, District of Minnesota (transferred to MDL 1203); *Sharon Bennett and Clementina Tierney, et al. v. Wyeth, Inc., et al.*, Case No. 04-3190 Commonwealth of Massachusetts, Eastern Counties, SS Middlesex, SS; *Amy Curry, et al. v. Wyeth, Inc., et al.*, Case No. 04-CI-00214, Commonwealth of Kentucky Hardin Circuit Court; *Deborah Dawson-Crain, et al. v. Wyeth, et al.*, Case No. 04-CI-05644, Commonwealth of Kentucky, Jefferson Circuit Court; *Estate of Shirley Mudri v. Wyeth, et al.*, Case No. 8:04-cv-2104-T27MSS, United States District Court, Middle District of Florida (transferred to MDL 1203); *Jeanette Nash v. Wyeth, et al.*, Case No. 2:04-cv-00996-CNC, United States District Court, Eastern District of Wisconsin; *Gordon Tim Phillips, et al. v. American Home Products, et al.*, Case No. 03514, Court of Common Pleas, Philadelphia County; *Estate of Leslie Rowley, et al. v. Wyeth, et al.*, Case No. 2004-20617 United States District Court for the District of Columbia (transferred to MDL 1203), *Lori Sobkowski v. Wyeth, Inc., et al.*, Case No. 2003 CA 003577, In the Circuit Court of the Fifth Judicial Circuit, In and for Lake County, Florida (removed and then transferred to MDL 1203); *Betty Turley, et al. v. Wyeth, et al.*, Case No. 02-CI-00496, Commonwealth of Kentucky, Boyd Circuit Court, *Helen Washington; Deborah Hebb; James Hebb; Marjorie Florka; Richard Florka; Patricia Roberts; Lewis Roberts; Katherine Rogers; Kent Rogers; Scottie Holloway; Teresa Sauerheber; and John Sauerheber v. American Home Products Corporation, et al.*, Case No. 02VS028451H, State of Georgia, In the State Court of Fulton County; *Michelle Carter; Travis Finley; Dale Finley; Kathleen Biliani; Frank Biliani; Nancy Kirk; Dorothy Newell; Shanna Henry; Douglas Henry; Sharon McKnight; Junior McKnight; and Kerry McKenzie v. American Home Products Corporation, et al.*, Case No. 012-10437, State of Missouri, In the Circuit Court of the City of St. Louis.

before the ATLA Winter Convention, he spoke in the Private Fen-Phen conference for plaintiffs' lawyers, held in Orlando, Florida.

Mr. Bubalo is presently serving on the Plaintiffs' Personal Injury Discovery Committee ("PPIDC") In re: *Prempro Products Liability Litigation*, MDL No. 1507, (E.D. Ark). Mr. Bubalo is Board Certified in Civil Trial Advocacy by the National Board of Trial Advocacy. He is rated "AV" by the Martindale-Hubbell Law Directory.

Applicants pledge their services, and those of their office staff and other members of the Kentucky Vioxx Working Group, to the considerable tasks that will be required in the representation of the plaintiffs in the Vioxx MDL. Members of the Kentucky Working Group may include as many as ten other firms. Additional information concerning this group is available at the pleasure of this Court.

Applicants both look forward to participating in the team effort that will be required for the successful completion of this litigation.

Dated: March 25, 2005        By _____
                                 Ann B. Oldfather

                             OLDFATHER & MORRIS
                             1330 South Third Street
                             Louisville, KY 40208
                             Telephone: (502)637-7200
                             Facsimile:  (502)637-3999

Dated: March 25, 2005        By _____
                                 Gregory J. Bubalo

                             Bubalo & Hiestand, PLC
                             Gregory J. Bubalo
                             401 S. Fourth Street Suite 800
                             Louisville, KY 40202
                             Telephone: (502) 753-1600
                             Facsimile:  (502) 753-1627

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| This Document Relates to all Cases | ) | MAG. JUDGE KNOWLES |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2005, the Application of Ann. B. Oldfather and Gregory J. Bubalo for Appointment to Plaintiffs' Steering Committee was sent via Federal Express Standard Overnight Delivery to:

Clerk, U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA  70130

Judge Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, LA  70130

Magistrate Daniel E. Knowles
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-102
New Orleans, LA  70130

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Plaintiffs' Liaison Counsel

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Defendants' Liaison Counsel

And placed in the U.S. mail, postage prepaid, for mailing on March 25, 2005, to all counsel of record on the attached Vioxx MDL service list.

_/s/ Ann B. Oldfather_
Ann B. Oldfather

**MDL SERVICE LIST**

T. SCOTT ALLEN, JR.
CRUISE, SCOTT, HENDERSON & ALLEN
2777 ALLEN PARKWAY 7th Fl.
HOUSTON, TX 77019

BRYAN F. AYLSTOCK
AYLSTOCK, WITKIN & SASSER, P.L.C.
55 BAYBRIDGE DRIVE
GULF BREEZE, CA 32561

STEVEN C. BARKLEY
3560 DELAWARE
SUITE 305
BEAUMONT, TX 77706

BRADLEY DOUGLAS BECNEL
LAW OFFICE OF DANIEL E. BECNEL, JR.
425 W. AIRLINE HWY.
SUITE B
LAPLACE, LA 70068

C. WILLIAM BERGER
FURR & COHEN
ONE BOCA PLACE
2255 GLADES ROAD, SUITE 337W
BOCA RATON, FL 33431

RESHONDA L BRADFORD
SINGLETON LAW FIRM
4050 LINWOOD AVENUE
SHREVEPORT, LA 71108

VIRGINIA M. BUCHANAN
LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR, P.A.
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502-5996

RAYMOND S. CARROLL
LAW OFFICES OF WEINER, CARROLL & STRAUSS
119 ROCKLAND CENTER
SUITE 425
NANUET, NY 10954

RICHARD J. ARSENAULT
NEBLETT, BEARD & ARSENAULT
2220 BONAVENTURE COURT
P.O. BOX 1190
ALEXANDRIA, LA 71309-1190

BLAKE H, BAILEY
BAILEY LAW FIRM
112 SOUTH BROADWAY
TYLER, TX 75702

DAVID A. BARRETT
BOIES, SCHILLER & FLEXNER LLP
570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10022

DANIEL E. BECNEL
LAW OFFICES OF DANIEL E. BECNEL
POST OFFICE DRAWER H
106 WEST SEVENTH STREET
RESERVE, LA 70084

ANDY D. BIRCHFIELD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 COMMERCE STREET
MONTGOMERY, AL 36104

JOSEPH M. BRUNO
BRUNO & BRUNO
825 BARONNE STREET
NEW ORLEANS, LA 70113

ANDREW J. CARBOY
SULLIVAN, PAPAIN, MCGRATH & CANNAVO
120 BROADWAY
18TH FLOOR
NEW YORK, NY 10271

JOSEPH R. COLINGO
WILLIAMS, HEIDELBERG, ET AL.
P.O. BOX 1407
711 DELMAS AVENUE
PASCAGOULA, MS 39568-1407

ERNEST GORY
CORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205

RICHARD E. CRUM
COBB, SHEAHY, CRUM & DERRICK, PA.
P.O. BOX 6346
DOTHAN, AL 36302-6346

ERIC C. DETERS
ERIC C. DETERS & ASSOCIATES, P.S.C.
5247 MADISON PIKE
INDEPENDENCE, KY 41051

JOHN DRISCOLL
BROWN & CROUPPEN
720 OLIVE, STE. 1800
ST. LOUIS, MO 63101-2302

C. YORK CRAIG, JR.
CRAIG, HESTER, LUKE & DODSON
P.O. BOX 12005
JACKSON, MS 39236-2005

JOHN MICHAEL D'AMATO, JR.
RUSSO, SCAMARDELLA & D'AMATO, P.C.
1010 FOREST AVENUE
STATEN ISLAND, NY 10310

IVAN DIXON
8413 EDGEWOOD DRIVE
ROWLE1T, TX 75089

JOHN P. EBERHARDT
1100 FM 655
ROSHARON, TX 77583

DANIEL A. EDELMAN
EDELMAN, COMBS & LATTURNER, LLC
120 S. LASALLE STREET, SUITE 1800
CHICAGO, IL 60603

JAMES A. EDWARDS
CANTEY & HANGER
801 CHERRY STREET, SUITE 2100
FORT WORTH, TX 76102

REGINALD K. FEARS
JAMES H. BYRD UNIT
21 FM 247
HUNTSVILLE, TX 77320

RONALD V. FIESTAL
KENNETH B. MOLL & ASSOCIATES, LTD.
THREE FIRST NATIONAL PLAZA
54TH FLOOR
CHICAGO, IL 60602

DANA FOSTER
2731 BROOK BEND LAND
EL CAMPO, TX 77437

RICHARD M. EDMONSON
ARMSTRONG ALLEN, PLLC
4450 OLD CANTON ROAD
SUITE 210
JACKSON, MS 39211

CALVIN C. FAYARD, JR.
FAYARD & HONEYCUTT, APC
506 FLORIDA AVENUE SOUTHWEST
DENHAM SPRINGS, LA 70726

WILLIAM B. FEDERMAN
FEDERMAN & SHERWOOD
120 NORTH ROBINSON
SUITE 2720
OKLAHOMA CITY, OK 73102

ALLEN R. FLOWERS
FLOWERS LAW FIRM
341 NORTH 25TH AVENUE
HATTIESBURG, MS 39401

## MDL SERVICE LIST

SHAWN G. FOSTER
DAVIS, BETHUNE & JONES, LLC
1100 MAIN STREET
SUITE 2390
KANSAS CITY, MO 64105

DANA CASSELLI FOX
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX 75204

MICHAEL T. GALLAGHER
GALLAGHER LAW FIRM, RC.
777 WALKER STREET
SUITE 2500
HOUSTON, TX 77002

RICARDO A. GARCIA
820 S. MAIN STREET
MCALLEN, TX 78501

RONALD S. GOLDSER
ZIMMERMAN REED, PLLP
651 NICOLLET MALL, SUITE 501
MINNEAPOLIS, MN 55402

C. ANTHONY GRAFFICO
WATSON JIMMERSON GIVHAN
MARTIN & MCKINNEY, P.C.
203 GREENE STREET
P.O. BOX 35804
HUNTSVILLE, AL 35804

JEFFREY D. GUERRIERO
GUERRIERO & GUERRIERO
P.O. BOX 4092
MONROE, LA 71211-4092

LANCE A. HARKE
HARKE & CLASBY LIP
55 SOUTH MIAMI AVENUE, SUITE 600
MIAMI, FL 33130

JENNIFER HASKINS
ASSISTANT GENERAL COUNSEL
TORT LITIGATION DIV, WAL-MART STORES, INC.
702 S.W. 8TH STREET
BENTONVILLE, AR 72716-0215

ROBERT M. HODGES
WISE, CARTER, CHILD & CARAWAY
600 HERITAGE BLDG.
401 EAST CAPITOL ST.
P.O. BOX 651
JACKSON, MS 39205-0651

RICHARD FREESE
SWEET & FREESE, P.L.L.C.
P.O. BOX 1178
JACKSON, MS 39215

HECTOR G. GANCEDO
GANCEDO & NIEVES
144W. COLORADO BOULEVARD
PASADENA, CA 91105

MARY GIBSON
P.O. BOX 400
ST. MARY'S, GA 31558

ANDREW S. GOLDWASSER
CIANO & GOLDWASSER
480 MK FERGUSON PLAZA
1500 WEST THIRD STREET
SUITE 460
CLEVELAND, OH 44113

PATRICIA GRIFFITH
1045 EVELYN AVENUE
CLARKSDALE, MS 38614

NADEEM HAIDER
600 N. JEFFERSON STREET
LOUISVILLE, MS 39339

BARBARA J. HART
GOODKIND, LABATON, RUDOFF & SUCHAROW
100 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017-5583

DAVID HADDEN HOCKEMA
HOCKEMA, TIPPIT & ESCOBEDO, L.LP.
1 PASEO DEL PRADO
BLDG. 101
P.O. BOX 720540
MCALLEN, TX 78504-0540

JESSE L. HOWELL, III
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY PARKWAY
P.O. BOX 6020
RIDGELAND, MS 39158-6020

MARK B. HUTTON
HUTTON & HUTTON, LLC
8100 E. 22ND STREET
NORTH BLDG. 1200
P.O. BOX 638
WICHITA, KS 67226

DAVID A. HYLLA
BILBREY &; HYLLA
8724 PIN OAK ROAD
P.O. BOX 975
EDWARDSVILLE, IL 62025

DENNIS J JOHNSON & PERKINSON
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VT 05403

WHITMAN B. JOHNSON III
CURRIE, JOHNSON, GRIFFIN, GAINES & MYERS
P.O. BOX 750
JACKSON, MS 39225-2567

RICHARD L. JOSEPHSON
BAKER BOTTS, L,L.P,
ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TX 77002

MELISSA C. KATZ
WATERS & KRAUS, LLP
3219 MCKINr4EY AVENUE
SUITE 3000
DALLAS, TX 75204

R. ERIC KENNEDY
WEISMAN, GOLDBERG & WEISMAN CO., L.P.A.
1600 MIDLAND BLDG.
101 PROSPECT AVENUE
CLEVELAND, OH 44115

MARJORIE KNOLL
LAW OFFICE OF ROBERT J. DICELLO
7556 MENTOR AVENUE
MENTOR, OH 44060

JOEL C. LAMP
ASSISTANT GENERAL COUNSEL, TORT LITIGATION
702 S.W. 8TH STREET
BENTONVILLE, AR 72716-0215

W. MARK LANIER
LANIER LAW FIRM
6810 FM 1960 WEST
HOUSTON, TX 77069

WALTER T. JOHNSON
WATKINS & EAGER
THE EMPORIUM BUILDING
400 EAST CAPITOL STREET, SUITE 300
P.O. BOX 650
JACKSON, MS 39205

CHRISTY C. JONES
BUTLER SNOW O'MARA STEVENS & CANNADA
210 E. CAPITOL STREET, 17TH FL
P.O. BOX 22567
JACKSON, MS 39225-2567

BRIAN S. KABATECK
KABATECK, BROWN, KELNER
350 S. GRAND AVENUE
39TH FLOOR
LOS ANGELES, CA 90071

## MDL SERVICE LIST

SHARON L KEGERREIS
HUGHES HUBBARD & REED, LLP
201 S. BISCAYNE BOULEVARD
SUITE 2500
MIAMI, FL 33131-4332

NORMAN C. KLEINBERG
HUGHES HUBBARD & REED
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

TIMOTHY M. KOLMAN
TIMOTHY M. KOLMAN &
ASSOCIATES
225 NORTH FLOWERS MILL
ROAD
THE SHOPPES AT FLOWERS
MILL
LANGHORNE, PA 19047

JOHN W. LAND
BRYAN NELSON RANDOLPH &
WEATHERS
P.O. DRAWER 18109
HATTIESBURG, MS 39404-8109

JEFFREY C. LEATHERS
GREER, PIPKIN, RUSSELL, DENT
& LEATHERS
P.O. BOX 907
TUPELO, MS 36802

IRA H. LEESFIELD
LEESFIELD, LEIGHTON, RUBIO &
MAHF000, P.A.
2350 SOUTH DIXIE HIGHWAY
MIAMI, FL 33133

CARLENE R. LEWIS
GOFORTH LEWIS SANFORD LLP
1111 BAGBY, SUITE 2200
HOUSTON, TX 77002

RICHARD LOCKRIDGE
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 WASHINGTON AVE. SOUTH,
SUITE 2200
MINNEAPOLIS, MN 55401

PATRICK A. MALONE
STEIN, MITCHELL & MEZINES
1100 CONNECTICUT AVENUE,
N.W.
SUITE 1100
WASHINGTON, DC 20036

KENNETH B. MCCLAIN
HUMPHREY, FARRINGTON &
MCCLAIN, P.C.
221 W. LEXINGTON, SUITE 400
P.O. BOX 900
INDEPENDENCE, MO 64051

JOSEPH L. MCNAMARA
COPELAND, COOK, TAYLOR &
BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY
PARKWAY
P.O. BOX 6020
RIDGELAND, MS 39158-6020

CHARLES M. MERKEL
MERKEL & COCKE
P.O. BOX 1388
CLARKSDALE, MS 38614-1388

ALLAN SCOTT MILAVETZ
MILAVETZ GALLOP & MILAVETZ
6500 FRANCE AVENUE, SOUTH
EDINA, MN 55435

MICHAEL F. MILLS
PERONA, LANGER, BECK &
LALLANDE, PC
300 EAST SAN ANTONIO DRIVE
LONG BEACH, CA 90807

ARNOLD LEVIN
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106

DAVID K. LIETZ
COALE, COOLEY, LIETZ
MCINERNY
818 CONNECTICUT AVENUE
N.W., SUITE 857
WASHINGTON, DC 20006

WILLIAM O. LUCKETT
LUCKETT LAW FIRM
P.O. DRAWER 1000
CLARKSDALE, MS 38614-1000

DAVID P. MATTHEWS
ABRAHAM & WATKINS
855 EAST HARRISON
BROWNSVILLE, TX 78520

J. LERAY MCNAMARA
COPELAND, COOK, TAYLOR &
BUSH, P.A.
200 CONCOURSE, SUITE 200
1062 HIGHLAND COLONY
PARKWAY
P.O. BOX 6020
RIDGELAND, MS 39158-6020

KIM M. MEADERS
CROUCH & RAMEY
1445 ROSE AVENUE, SUITE 2300
DALLAS, TX 75202

S. KIRK MILAM
HICKMAN, GOZA &; SPRAGINS,
PLLC
P.O. DRAWER 668
OXFORD, MS 38655-0668

MASON L. MILLER
GETTY& MAYO, PLLC
1900 LEXINGTON FINANCIAL
CENTER
250 W. MANN STREET
LEXINGTON, KY 40507

DANIEL MINOR
1032 CARDINAL DR.
WACO, TX 76712

STEVEN P. MINOR
ELLIOTT LAWSON & MINOR, PC
P.O. BOX 8400
BRISTOL, VA 24203-8400

GEOFFREY C. MOUSSEAU
MOUSSEAU & ASSOCIATES
1421 VALVERDE PLACE
SUITE B
GLENDALE, CA 91208

MICHAEL H. MOIRANO
NISEN & ELLIOTT
200 WEST ADAMS STREET
SUITE 2500
CHICAGO, 1L 60606

EDWIN T. MULHERN
HUWEL & MULHERN
11 NEW HYDE PARK ROAD
FRANK SQUARE, NY 11010

JOHN T. MURRAY
MURRAY & MURRAY
111 E. SHORELINE DRIVE
SANDUSKY, OH 44870

DIANNE M. NAST
RODA & NAST, P.C.
801 ESTELLE DRIVE
LANCASTER, PA 17601

STEPHEN B. MURRAY
MURRAY LAW FIRM
909 POYDRAS STREET
LL& E TOWER 2550
NEW ORLEANS, LA 70112-4000

EUGENE P. NAYLOR
WISE, CARTER, CHILD &
CARAWAY
600 HERITAGE BLDG.
401 EAST CAPITOL ST.
P.O. BOX 651
JACKSON, MS 39205-0651

## MDL SERVICE LIST

RICHARD F. O'MALLEY
SIDLEY AUSTIN BROWN & WOOD LLP
BANK ONE PLAZA
10 SOUTH DEARBORN STREET
CHICAGO, IL 60603

THOMAS JACK PEARSON
PEARSON & CAMPBELL, P.C.
2394 CALDER AVENUE
BEAUMONT, TX 77702

FRANK M. PITRE
COTCHETT, PITRE, SIMON & MCCARTHY
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

HENRY J. PRICE
PRICE, WAICUKAUSKI & MELLOWITZ
THE HAMMOND BLOCK BUILDING
301 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN 46204

LEGAL REPRESENTATIVE
ALFORD'S PHARMACY
5897 WEST PORT ARTHUR ROAD
PORT ARTHUR, TX 77640

GREGORY J. OWEN
OWEN, PATTERSON & OWEN
23822 WEST VALENCIA BLVD., SUITE 201
VALENCIA, CA 91355

ROBERT E. PIPER, JR.
PIPER & ASSOCIATES
P.O. BOX 69
SHREVEPORT, LA 71161

GEOFFREY EDWARD POPE
DOFFERMYRE, SHIELDS, E AL.
SUITE 1600
1355 PEACHTREE STREET
ATLANTA, GA 30309

ERIC M. QUERGLAS-JORDAN
QUERGLAS LAW OFFICES
P.O. BOX 16606
SAN JUAN, PR 00908-6606

LEGAL REPRESENTATIVE
AMERISOURCEBERGEN
1300 MORRIS DRIVE
SUITE 100
CHESTERBROOK, PA 71309-1190

WILLIAM R. ROBB
ALESHIRE, ROBE & SIVILIS, P.C.
901 ST. LOUIS STREET
SUITE 1600
SPRINGFIELD, MO 65806

JOHN H. RUIZ
LAW OFFICE OF JOHN H. RUIZ
5040 N.W. 7TH STREET
SUITE 920
MIAMI, FL 33126

SCOTT RYNECKI
RUBENSTEIN & RYNECKI
16 COURT STREET, SUITE 1717
BROOKLYN, NY 11241

PAUL R.M. SCHWEBEL
5657 RUNDLE COURT
INDIANAPOLIS, IN 46220

CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NY 10004

DAVID NELL SMITH
NIX, PATTERSON & ROACH
205 LINDA DRIVE
DAINGERFIELD, TX 75638

LEGAL REPRESENTATIVE
BERGEN BRUNSWIG
P.O. BOX 959
VALLEY FORGE, PA 19482

ROBERT D. ROWLAND
2227 SOUTH STATE ROUTE 157
EDWARDVILLE, IL 62025

STEVEN L RUSSELL
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 PACIFIC AVENUE, SUITE 4400
HOUSTON, TX 75201

STEPHEN V. SALA
LAW OFFICES OF STEPHEN V. SALA
70 OLD CART PATH LANE
PEMBROKE, MA 02359

STUART E. SCOTT
SPANGENBERG, SHIBLEY & LIBER
2400 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114

JEFFREY B. SIMON
WATERS & KRAUS, LLP
3219 MCKINNEY AVENUE
SUITE 3000
DALLAS, TX 75204

DEANNA DEAN SMITH
EBANKS, SMITH & CARLSON LLP
1401 MCKINNEY
SUITE 2500
HOUSTON, TX 77010-4034

KATHRYN A. SNAPKA
SNAPKA, TURMAN & WATERHOUSE, LLP
606 N. CARANCAHUA, SUITE 1511
P.O. DRAWER 23017
CORPUS CHRISTI, TX 78403

ROBERT F. STACY
DANIEL, COKER, HORTON & BELL
P.O. BOX 1084
JACKSON, MS 39215-1084

SHANIN SPECTER
KLINE & SPECTER, P.C.
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PA 19102

JOHN S. STEWARD
MEYERKORD AND STEWARD
2525 SOUTH BRENWIOOD BOULEVARD
SUITE 102
ST. LOUIS, MO 63144

STEPHEN G. STRAUSS
BRYAN CAVE
ONE METROPOLITAN SQUARE
211 N. BROADWAY
ST. LOUIS, MO 63102

CASANDRA F. THOMAS
514-C WOODROW WILSON AVENUE
JACKSON, MS 39213

LAWRENCE D. WADE, JR.
CAMPBELL, DELONG, HAGWOOD & WADE
P.O. BOX 1856
GREENVILLE, MS 38702-1856

THOMAS E. WALKER
JOHNSTON BARTON PROCTOR SWEDLAW & NAF
2900 AMSOUTH/HARBERT PLAZA
1901 6TH AVENUE NORTH
BIRMINGHAM, AL 35203

JENNIFER FADAL WEAVER
1305 FOSSEL RIDGE TRAIL
WACO, TX 76712

LESLIE WEISBROD
MORGAN & WEISBROD
11441 FOREST CENTRAL DRIVE
SUITE 300
DALLAS, IX 75243

JOHN K. WESTON
SACKS & SMITH, LL.C.
510 WALNUT STREET
PHILADELPHIA, PA 19106

**MDL SERVICE LIST**

MICHAEL A. YSASAGA
JOHNSON, FINKEL, DELUCA & KENNEDY
1221 LAMAR
SUITE 100
HOUSTON, TX 77010

ROBERT G. SULLIVAN
SULLIVAN, PAPAIN, MCGRATH & CANNAVO
120 BROADWAY
18TH FLOOR
NEW YORK, NY 10271

CHRISTOPHER V. TISI
ASHCRAFT & GEREL
2000 L STREET NW, SUITE 400
WASHINGTON, DC 20035-4914

CHRIS J. WALKER
MARKOW WALKER, P.A.
P.O. BOX 13669
JACKSON, MS 39236-3669

LEILA H. WATSON
GORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205

RICHARD J. WEINER
LAW OFFICES OF RICHARD J. WEINER, P.C.
119 ROCKLAND CENTER, SUITE 425
NAUET, NY 10954

JEWELL E. WELCH, III
CUNARD REISS LAW FIRM
9214 INTERLINE AVENUE
BATON ROUGE, LA 70809

JAMES L. WRIGHT
MITHOFF &; JACKS
1010 FRANKLIN PLAZA
111 CONGRESS AVENUE
AUSTIN, TX 78701

JAMES JOHN ZONAS
JAMES J. ZONAS, ATTORNEY AT LAW
700-2ND AVENUE, NORTH
SUITE 102
NAPLES, FL 34102