UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                   2005 MAR 28 AM 10: 47    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION                SECTION: L

LORETTA G. WHYTE
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

### NOTICE OF FILING OF APPLICATION FOR APPOINTMENT OF JOSEPH F. RICE TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Joseph F. Rice, Attorney at Law, who files the attached Application for Appointment of Joseph F. Rice to the Plaintiffs' Steering Committee with the Clerk of the United States District Court for the Eastern District of Lousiana in the above captioned matter.

Dated: March 25, 2005

                                        Respectfully submitted,

                                        JOSEPH F. RICE
                                        MOTLEY RICE, LLC
                                        28 Bridgeside Boulevard
                                        Mount Pleasant, South Carolina 29464
                                        Tel. 843-216-9000
                                        Fax 843-216-9540
                                        jrice@motleyrice.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel on the Panel Attorney Service List via the Court-appointed Liaison Counsel for Plaintiffs and Defendant by facsimile, electronic mail, and United States Mail, postage prepaid and properly addressed this 25th day of March, 2005.

_____
CONNIE L. FINKELSTEIN

## APPLICATION FOR APPONTMENT OF
## JOSEPH F. RICE TO THE PLAINTIFFS' STEERING COMMITTEE

Please accept the following as my application for appointment to the Plaintiffs' Steering Committee of MDL 1657, *In Re: Vioxx Products Liability Litigation*. I assure the Court I will be able to fulfill said responsibilities and be of service at all times during this litigation. I feel I meet the necessary criteria for membership as discussed herein.

I will unquestionably allot the amount of time necessary to reach resolution of these cases. I welcome the chance to work with both Plaintiff and Defense counsel in this litigation. My willingness to serve this committee is reflected by my involvement in this litigation to date. Over the last year our firm has reviewed hundreds of potential Vioxx cases, through national counsel referrals and directly, which we have carefully investigated. We have filed several civil actions in this litigation. Our firm is also on the forefront of the Vioxx overcharge or pricing litigation. Working with co-counsel and in-house counsel for various union health funds and third party payor clients, we are in the process of filing several Vioxx pricing cases in various jurisdictions. We expect that each of these cases ultimately will be transferred to this MDL, as well. Additionally, I have been retained to consult on such a case filed on behalf of the Sheet Metal Workers Local No. 20 Welfare and Benefit Fund and Indiana Electrical Workers Benefit Trust filed in Federal Court in Indiana and transferred to the Louisiana MDL.

I feel my professional experience and abilities in complex litigation will be of great value to this Court and Committee. In addition to negotiating a series of billion dollar asbestos settlements, I orchestrated the largest settlement in U.S. history, the States' Tobacco Settlement. I have actively participated in and coordinated discovery and trial in many complex litigation cases. I served as counsel for over 20 states'

Attorneys General in the Tobacco Litigation and negotiated the Master Settlement Agreement resulting in a resolution for all states for over $200 billion. I also was lead negotiator for the states of Florida, Mississippi, and Texas. Other key positions I have held include:

- Settlement/ADR Committee member of the Ford Firestone MDL 1373;

- Executive Committee member of the Welding Rod MDL 1535;

- Primary trial counsel in *Abate vs. ACandS*, a Maryland State Court consolidation of over 8,000 asbestos claims. This was a six month long trial within excess of fifty defendants which resulted in a verdict for the plaintiffs against all defendants;

- Trial counsel in *Cimino* Class Action in Beaumont, Texas, where the 2,700-plus plaintiffs prevailed against a large number of asbestos manufacturer defendants for actual and punitive damages;

- Chair or co-chair of the Asbestos Creditors Committee in Shook and Fletcher, Pittsburgh Corning, AWI, Federal Mogul and Congoleum Bankruptcies and on the Asbestos Creditors' Committee in B&W, G-1 and W.R. Grace;

- Class counsel in *Georgine vs. Amchem*, a Rule 23(b)(3) Opt –Out Class Action in Philadelphia Federal Court and in *Ahearn vs. Fibreboard*, a rule 23(b)(1)(B) Class Action in Tyler, Texas. These two actions were settlement class actions.

In addition to my involvement, attorneys at Motley Rice have served, or are currently serving, on several MDL committees. Current and past appointments of members of our firm include: • MDL 1570 *In Re Terrorist Attacks on September 11, 2001*: Ron Motley, Jodi Flowers, Don Migliori, Mike Elsner and Robert Haefele appointments to Plaintiffs' Executive Committee for personal injury and death claims;

- Ford Firestone MDL: Ron Motley's appointment as discovery and expert committee chair on the Ford Firestone MDL;

- Welding Rod MDL 1535: Appointment of Motley Rice attorneys to various MDL committees.

Motley Rice is a leader in the field of product liability litigation. Our lawyers have years of experience in complex litigation. Our firm's resources include over 300 support staff, 55 attorneys, in-house legal nurse consultants, a large information technology department as well as state-of-the-art facilities capable of handling network, application and data support for clients and co-counsel worldwide.

I feel one of the unique attributes I can bring to the Committee is the ability to provide very innovative and creative ideas to lead to resolution of these complex matters, and do so with credibility and respect. The resolution of any complex matter, like Vioxx, requires cooperative work. In February 2004, Corporate Legal Times said "Rice has earned most of his respect by playing fair and remaining humble."

If appointed, it would be my honor to serve this committee. I have thoroughly read Pretrial Order No. 1 and understand the responsibilities of the position as they relate to coordinating discovery, attendance at hearings and meetings, duties of a miscellaneous nature such as motion arguments and negotiations with Defendants, exploring all settlement options and preparing periodic status reports summarizing the PSC's work and progress.

The Court has before it many applications from a large number of great trial attorneys. I hope the Court finds my talents to be a compliment to the other members of the Committee selected.