

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :        MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION :        *1657*
             :        SECTION: L
             :
             :        JUDGE FALLON
             :        MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF JERRY KRISTAL, ESQ. OF WEITZ & LUXENBERG, P.C., FOR APPOINTMENT TO THE VIOXX MDL 1657 PLAINTIFFS' STEERING COMMITTEE

I have been a member of Weitz & Luxenberg, P.C., since June of 1997. Weitz & Luxenberg, P.C., located in downtown Manhattan, is one of the leading plaintiffs' mass tort, product liability and personal injury litigation firms in America. Since the firm was founded in 1986, we have represented thousands of victims of mass torts and consumer fraud in individual suits and class actions. We have played leading roles in national and local litigations involving asbestos, DES, silicone breast implants, Fen-Phen, PPA/Ephedra, Propulsid, Rezulin, Baycol, Accutane, Zyprexa and Sulzer Hip implants.

My particular areas of practice include Pharmaceutical Litigation, Products Liability/Personal Injury, Asbestos Litigation, Toxic Torts and Tobacco Litigation. I have presented at several national asbestos litigation seminars and will be presenting at the upcoming Plaintiffs' PPA MDL national conference in Houston, Texas. I have been lead counsel in <u>Daubert</u> (or state versions of <u>Daubert</u>) hearings in Parlodel and PPA litigations.

I am a member of the United States Supreme Court, Court of Appeals for the Third Circuit, United States District Courts for the EDPA, EDNY and EDMI, American Bar Association, and the Association of Trial Lawyers of America.

I have been lead counsel in several notable cases, including, January 1994: <u>Conboy, et al.</u>

___ Fee_____<br>
___ Process_____<br>
X  Dktd_____<br>
✓ CtRmDep_____<br>
___ Doc. No._____

v. Owens-Corning Fiberglas; (Supreme Court, New York County): $54,000,000.03 punitive damages award (mesothelioma cases); October 2002: Brown v. Bendix Corp. (Supreme Court, New York County): $53,500,000 compensatory damages award (National Law Journal Top 100 Verdicts of 2002); March 2003: Croteau V. Consolidated Edison (Supreme Court, New York County): $47,140,000 compensatory damages award (second largest asbestos verdict in 2003).

I was chosen by my peers as one of America's Best Lawyers: New York Area Lawyers (Mass Tort Litigation) in 2005. I am admitted to practice law in the District of Columbia (1977); Pennsylvania (1982); New Jersey (1989); and New York (1991). I earned my J.D. and an LL.M. from the Georgetown University Law Center.

**Weitz & Luxenberg is a leader in mass tort coordinated litigation.** As a member of Weitz & Luxenberg, I have a strong understanding of the time commitment and work that being a member of a Plaintiffs' Steering Committee commands. Weitz & Luxenberg has assumed prominent roles in numerous complex pharmaceutical/medical products litigations, including members on the Zyprexa and Accutane MDL Plaintiffs' Steering Committees; New Jersey Propulsid Plaintiffs' Steering Committee, Liaison Counsel for the New York State Rezulin Products Liability Litigation, Liaison Counsel for New York State Breast Implant Litigation, Philadelphia Court of Common Pleas Baycol Litigation, Baycol MDL State/Federal Liaison Committee and Sulzer Hip Implant Special State Court Committee.

In addition to the vast experience we have accumulated taking on leadership roles in coordinated pharmaceutical litigations, Weitz & Luxenberg's unique structure lends itself to successfully litigating mass tort coordinated litigations. Having the knowledge and experience in mass tort litigation is only part of the necessary requirements to help lead a litigation such as this

one. With over 50 attorneys and 250 support staff consisting of paralegals and clerks, I have a knowledgeable and experienced resource base to see a litigation such as this through. I have, and will continue to be able to rely on, Weitz & Luxenberg's law and motions/appellate department which provides firm-wide support in the researching, briefing and argument of complex legal issues in trial and appellate courts. Because many mass tort and complex cases involve bankruptcy proceedings, Weitz & Luxenberg has a unit devoted solely to addressing bankruptcy issues. The Bankruptcy Unit is familiar with often-complicated bankruptcy rules, and handles or participates in all bankruptcy matters in the office.

**Vioxx Litigation -** I and my staff at Weitz & Luxenberg are currently investigating many thousands of potential Vioxx claims. Weitz & Luxenberg is co-counsel with Russo, Scamdarella & D'Amato in Fialo v. Merck & Co., Inc., CV 04-4686 (RJD)(SMG), currently pending in the Vioxx MDL 1657. We have currently filed approximately 100 cases in the Superior Court of New Jersey, where the cases are coordinated in Atlantic County before Judge Carol E. Higbee. I have been involved in that litigation and will continue to be involved in the ongoing discovery and trial of those cases.

I respectfully request that I be appointed to the Vioxx MDL 1657 Plaintiffs' Steering Committee. I thank the Court for its time and consideration and am at the Court's disposal should additional information be required.

Dated: New York, New York
      March 25, 2005

Respectfully submitted,
WEITZ & LUXENBERG, P.C.

By: Jerry Kristal (JK1856)
180 Maiden Lane
New York, NY 10038
(212) 558-5500