UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION  :  MDL NO. 1657
    :  SECTION: L
    :
This Document Relates To All Cases  :  JUDGE FALLON
    :  MAG. JUDGE KNOWLES

## APPLICATION OF SHEILA M. BOSSIER
## FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pretrial Order No. 1, issued February 17, 2005, the undersigned submits this, her Application for Appointment to Plaintiffs' Steering Committee, with respect to the above-referenced matter. Presently, I am plaintiff's counsel of record in the matter, *Jerry Melton v. Merck & Co.*, Inc, Cause No. 2:04CV 37SRo, United States District Court, Southern District of Mississippi, Hattiesburg Division. In addition, I, along with three other law firms, have created a multi-firm consortium to litigate Vioxx-related claims on behalf of third-party payors. I have been retained to represent the parent company of three Blue Cross/Blue Shield entities (BCBS of Texas, BCBS of New Mexico and BCBS of Illinois), and that lawsuit is currently pending in New Jersey State Court.

In addition, my firm has been retained by the Attorney General of the State of Mississippi to pursue the claims of all State agencies, including the Mississippi Division of Medicaid and the Mississippi State Employees Health Plan, against Merck & Co., as a result of the cost of the drug incurred by the State, as well as the cost of medical treatment the State has been required to pay as a result of adverse conditions caused by Vioxx.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

Page 1

It is because of the unique position I presently hold, as counsel to two significant types of "third-party payors", that I would be an asset to the Plaintiffs' Steering Committee. In order to secure the privilege of representing these entities, I immersed myself in the pharmacology of Vioxx, the medical conditions which have been shown to be causally related to ingestion of the drug, and the scientific research which supports this association. For many years, I have practiced in the areas of medical malpractice and toxic tort litigation, and this experience provided me with fundamental knowledge which allowed me to grasp the science behind Cox-2 inhibition and its resulting physiological impact on certain individuals.

Also as a result of my relationship with these third-party payors, I have been required to ascertain the viable claims that each of them may pursue in this litigation, the types of compensation which may be available to them, and importantly, the manner in which each of the entities will be required to prove their damages. During the months of investigating these issues, I have met with and interviewed hospital administrators, representatives of pharmacy benefit managers, Medicaid and Medicare officials, pharmacy benefits database technicians, as well as physicians, in order to learn the methods of reimbursement for drugs such as Vioxx. In addition, I have been made aware of the efforts undertaken by the pharmaceutical industry, including Merck, to market their drugs to these third-party payors and those who seek reimbursement from them, and this information will, I believe, have significant impact on this litigation.

With respect to my credentials for this appointment, I am a 1989 graduate of Tulane Law School, and am licensed to practice, and have practiced, in Louisiana, North Carolina and Mississippi. As stated above, I have litigated medical negligence and toxic tort matters, as well as cases of products liability. For several years I served in the position of National Coordinating

Counsel and National Trial Team Counsel for corporations who faced issues involving toxic tort liability, in mass tort settings. This type of involvement allowed me the opportunity to develop experts, discovery and trial plans, and coordinate as well as educate local attorneys across the country on the issues pertinent to these types of claims. Though now my practice primarily involves the representation of plaintiffs in various types of litigation, I continue to be involved in areas of the law relating to all litigants. This includes my position as a Vice-Chair of the ABA's Toxic Tort and Environmental Law Committee, where I have organized and spoken at various continuing legal education seminars relating to toxic tort matters, as well as appeared as a speaker on behalf of the American Bar Association related to those topics.

Although my primary residence and office is located in Jackson, Mississippi, I am a native New Orleanian, and have both a home and office in the City. Thus, I will easily be available to carry out the duties associated with a position on the Plaintiffs' Steering Committee. I have the willingness and enthusiasm which will be required to face the challenges ahead in this litigation. Moreover, I have the resources and capability to perform the tasks attendant to this position.

Based upon the foregoing, I respectfully request an appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

SHEILA M. BOSSIER (LA BAR #19491)
SHEILA M. BOSSIER, PLLC
1520 N. State Street
Jackson, MS 39202
Telephone: (601) 352-5450
Facsimile: (601) 352-5452

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing pleading has been served upon all known counsel of record.

This the 28th day of March, 2005.

_____
SHEILA M. BOSSIER