

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28 PM 1: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION FOR APPOINTMENT
### TO PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT** comes Roy F. Amedee, Jr., attorney of record in *Jonathan Davis v. Merck & Company, Inc.*, C.A. No.50-0678 (E.D. La.), who respectfully requests that the Court appoint Applicant to the Plaintiffs' Steering Committee in this matter. Pursuant to Pre-Trial Order No. 1, the following is submitted to the Court for its consideration.

Applicant graduated from Loyola Law School in 1969, and has extensive professional experience in this type of litigation. In 1986, Applicant first became involved in mass tort and class action litigation as lead counsel for the Housing Authority of New Orleans in defense of all lead poisoning and lead abatement cases pending against the Housing Authority in Civil District Court, Parish of Orleans. This entailed the defense of several hundred personal injury cases, and defense of a class action for injunctive relief. As a result of Applicant's filing of Third Party Demands against various paint manufacturers and lead pigment manufacturers, the Housing Authority of New Orleans was the first public agency in the nation to receive a settlement from a paint manufacturer in lead based paint litigation.

___ Fee_____
___ /Process_____
_X_/ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

As his involvement in the area of toxic tort litigation expanded, Applicant attended Tulane University Law School, and received a Masters of Environmental Law in 1992. Since obtaining this degree, Applicant has been in charge of the scientific development and toxicological profile of numerous class actions wherein a release of a toxic substance was involved.

By the mid 1990's, Applicant had also become involved in several drug product liability cases, the most recent of which was *In re: Propulsid Products Liability Litigation*, MDL Docket Number 1355. Applicant served as lead counsel in both the *Daubert* hearings, and the first and only trial held in this MDL. Applicant was also lead counsel for plaintiffs in the week long *Daubert* hearings held in *In re: Chemical Release at Bogalusa*, and was responsible for the scientific development of the Bogalusa litigation.

Applicant has served as Court appointed class counsel in numerous class actions in the past decade or so. These include:

a. **Lois Chadwick, et al. v. Shell Oil Company,** Civil Action Number 41,319-C, 29th Judicial District Court, Parish of St. John the Baptist, State of Louisiana.
b. **In re: 1993 Exxon Coker Fire Litigation,** Master Docket No. 93-MS-2, USDC, Western District of Louisiana.
c. **In Re: 1994 Exxon Chemical Plant Fire,** Master Docket No. 94-MS-3, USDC, Western District of Louisiana.
d. **Gail M. Clement, et al. v. Occidental Chemical Company,** Civil Action No. 42,624, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
e. **Morris Laiche, et al. v. Koch Nitrogen Company,** Civil Action No. 44,840, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
f. **Geraldine Mayho v. Shell Oil Co., et al.,** Civil Action No. 22,090, 23rd Judicial District Court, Parish of St. James, State of Louisiana.
g. **Donna Howard, et al. v. Union Carbide Corporation,** Civil Action Number 50,339, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
h. **In Re: New Orleans May 2002 Tank Car Chlorine Chemical Release,** Civil Action Number 2002-8256, Civil District Court, Parish of Orleans, State of Louisiana
i. **Terri Davis, et al. v. American Home Products Corporation, et al.,** (Norplant Products Liability Litigation), Civil Action No. 94-11684, Civil District Court, Parish of Orleans, State of Louisiana.
j. **Arthur Harrison v. Union Carbide Corporation,** Civil Action No. 44,226, 29th

    Judicial District Court, Parish of St. Charles, State of Louisiana.
- k. **Keith Matherne, et al. v. Monsanto Company,** Civil Action No. 53,311, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
- l. **Curtis J. Anderson, et al. v. Goodyear Tire & Rubber Company and Heatway Systems, Inc.,** No. 98-CV-439, District Court, County of Eagle, Colorado.
- m. **In re: Gramercy Plant Explosion at Kaiser,** Civil Action Number 25975, 23rd Judicial District Court, Parish of St. James, State of Louisiana.
- n. **Welton Johnson, et al. v. Cytec Industries, Inc.,** Civil Action No. 50,860, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
- o. **In re: New Orleans May 2002 Tank Car Chlorine Chemical Release,** Civil Action Number 02-8256, Civil District Court, Parish of Orleans, State of Louisiana.

Most recently Applicant was appointed class counsel in *Donato Galanti, et al. v. The Goodyear Tire & Rubber Company,* Civil Action Number 03-209, USDC, District of New Jersey, a national products liability class action against Goodyear Tire & Rubber Company, wherein a $300,000,000.00 settlement was effectuated in December of 2004. Thus, Applicant has extensive experience in what is required to properly prepare and prosecute a case of this nature.

Having recently concluded his involvement in several cases with several others winding down, Applicant is willing and available to commit his time to a time consuming project such as this. Applicant has never had a problem working cooperatively with others.

**WHEREFORE,** Roy F. Amedee, Jr. respectfully requests that this Court give consideration to his application for appointment to the Plaintiffs' Steering Committee in MDL No. 1657.

    Respectfully submitted,

    ROY F. AMEDEE, JR. (Bar #2449)
    Law Offices of Roy F. Amedee, Jr.
    2400 Veterans Memorial Boulevard
    Xerox Centre, Suite 360
    Kenner, Louisiana 70062-8732
    Phone: (504) 712-1300
    Fax: (504) 712-1375

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by United States mail, postage prepaid and properly addressed this 28th day of March, 2005.

ROY F. AMEDEE, JR.