UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX                          :   MDL NO.: 1657
PRODUCTS LIABILITY LITIGATION         :   SECTION: L
                                      :
                                      :   JUDGE FALLON
                                      :   MAG. JUDGE KNOWLES
                                      :
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 24 2005
LORETTA G. WHYTE
CLERK

## APPLICATION OF LEONARD V. FODERA FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

This application is submitted pursuant to this Court's Pretrial Order No.: 1, dated February 17, 2005, in support of my application for appointment to the Plaintiffs' Steering Committee (the "PSC") in these MDL proceedings.

I am a partner in the Philadelphia law firm of Silverman & Fodera, P.C. If appointed I will fully and personally participate in all aspects of the prosecution of this MDL. I understand, accept, am prepared and will commit considerable time and resources to the litigation. I further understand and agree that, if appointed, I will file all diversity cases in Federal Court so as to avoid any potential conflicts.

By way of background, I represent the plaintiff with the initial filing against Merck, Inc. in the United States District Court for the Eastern District of Pennsylvania in the case captioned <u>Smith v. Merck, Inc.</u> E.D.Pa. No.: 04-4713 (JS). I am an experienced trial attorney having tried numerous complex cases



involving medical liability and product liability to successful conclusion. I have been involved in the prosecution of numerous mass tort products including DES, L-Tryptophan, Breast Implants (where I served as one of two state liaisons for Pennsylvania Coordinated Litigation), Penile Implants, Orthopedic Bone Screw (where I was a member of the Pennsylvania State Court Coordinated Litigation Steering Committee), Latex Litigation MDL 1148 - where I was appointed to the Plaintiffs' Steering Committee as well as headed up the discovery team against one of the major manufacturers. I was also involved in the Phen Fen litigation and most recently involved as Class Counsel to a punitive settlement class in In re: Ephedra MDL No.: 1598, where class certification is currently pending before the Honorable Jed Raykoff in the United States District Court for the Southern District of New York.

If asked to serve on the Plaintiff's Steering Committee, I do not foresee any conflicts or strain on my firm's resources.

Dated: March 24, 2005

Leonard V. Fodera
SILVERMAN & FODERA, P.C.
1835 Market Street
Suite 2600
Philadelphia, Pennsylvania 19103
(215) 561-2100 - Office
(215) 561-0190 - Fax
Lfodera@civilrights.com