

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : | MDL No. 1657 |
| | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

## APPLICATION OF RAMON ROSSI LOPEZ FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Ramon Rossi Lopez, Esquire, who respectfully submits credentials to the Court in conformity with Pretrial Order No.1. Mr. Lopez is willing and able to commit his resources and those of his firm to this litigation. He has a vast amount of professional experience in this type of complex litigation as do a number of other members of the firm. In addition to his firm's own individual Vioxx cases, he is co-counsel on Vioxx cases with law firms in over 10 states.

To date, the firm has filed three cases that will be transferred to the MDL (Exhibit 1), and in the coming weeks will file between 50 and 100 more, in addition to cases that will be filed by the firm in the California and New Jersey coordinated Vioxx proceedings.

Ramon Rossi Lopez is the senior and founding partner of Lopez, Hodes, Restaino, Milman & Skikos headquartered in Newport Beach, CA, with offices in San Francisco, CA, Cincinnati and Cleveland, OH; Minneapolis, MN; and, Boston, MA. He received his BA degree from Loyola University and his Juris Doctorate degree from Loyola School of Law.

Mr. Lopez has extensive civil trial experience in all areas of personal injury litigation, including complex medical malpractice and products liability actions. He has represented thousands of individuals in mass tort litigations, primarily against the pharmaceutical industry. He also has been lead or co-lead counsel in the depositions of a variety of pharmaceutical corporate witnesses over the past 20 years involving officers/managing agents from Regulatory Affairs, Marketing, Sales, Post Market Surveillance, Medical Communications and Clinical Trials from Bristol-Myers, 3M, AHP, Wyeth, Fisons, Warner Lambert, Pfizer,

___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No.___

Pfizer, Park Davis, Bayer and Eli Lily involving those drugs referenced below. He has been lead or co-lead counsel in pharmaceutical jury trials involving Breast Implants, , Diet Drug (Fen-Phen) and PPA, and at the "courthouse steps" in Rezulin, Sulzer Hip, Ehpedra and Baycol.

From 2000 to the present, Mr. Lopez has negotiated and resolved, along with other members of the firm, several thousand individual cases in the Diet Drug (Fen-Phen), Rezulin, Baycol, Ephedra, PPA and Propulsid pharmaceutical litigations and the Sulzer Hip and Ford/Firestone product liability litigations.

Mr. Lopez has spearheaded the organization of plaintiffs' firms across the country into joint and cooperative prosecution of mass torts in both federal and state courts. He served on the California Plaintiffs' Steering Committee in the Breast Implant Litigation and the four-member Plaintiffs' Executive Committee in the Rezulin MDL proceedings coordinated in the USDC for the Southern District of New York. He was co-lead counsel in the Sulzer Hip and Knee Prostheses coordinated proceedings in California and was a member of the steering committees of the Diet-Drug, Rezulin, Baycol and PPA California coordinated litigations. Mr. Lopez is a state-federal liaison counsel and special advisor and consultant to Judge Michael J. Davis in the Baycol MDL litigation, coordinated in the USDC for the District of Minnesota. Most recently, Mr. Lopez was appointed to the Plaintiffs' Steering Committee in the Zyprexa MDL litigation in New York where he serves as co-chair of the Discovery Committee.

Currently Mr. Lopez is a member of the Plaintiffs' Management Committee for the PPA MDL in Seattle, Washington where he also is a member of the State-Federal Coordination Subcommittee. He is one of four lawyers who negotiated the global settlement of all Dexatrim cases against Chattem Corporation and is on the Creditors Committee in the ongoing negotiations with Delaco for injuries caused by Dexatrim prior to Chattem's ownership. He also is co-counsel with the Orange County District Attorney in underground strorage tank litigation against various oil companies.

Moreover, members of the firm have wide-ranging experience in leadership positions in other pharmaceutical MDL's, including John Restaino, who has chaired or co-chaired the Science and Expert

Committees in the Diet Drug, Rezulin, Propulsid, PPA, Zyprexa and Hormone Replacement Therapy MDLs; Janet Abaray who currently is plaintiffs' liaison counsel in the Ephedra MDL; David Suggs who has been a prominent member of plaintiffs committees in the Dalkon Shield IUD, Copper-7 IUD, Norplant, L-Tryptophan, Albuterol, Diet Drug, and PPA MDLs; Steven J. Skikos who was a member of the Science and Expert Committee in the Rezulin MDL, has been liaison or co-liaison counsel in the Rezulin, PPA and Baycol California coordinated litigations

Mr. Lopez is a frequent speaker and author, both locally and nationally, primarily on matters relating to pharmaceutical and medical device litigation. He is a member of the California State Bar, the American Bar Association (ABA), Association of Trial Lawyers of America (ATLA), Consumer Attorneys Association of California (CAOC), Orange County Trial Lawyers Association (OCTLA) where he was named Product Liability Trial Lawyer of the Year in 2003, Western Trial Lawyers Association, Orange County Bar Association where he served on the Board of Directors of the Bar's Charitable Fund from 2002 to 2004, and Orange County Barristers and the International Society of Barristers

Lopez, Hodes, Restaino, Milman & Skikos specializes in representing plaintiffs in cases involving catastrophic injury or wrongful death, and its primary focus is on pharmaceutical litigation. The firm has been based in Orange County for over two decades, but has represented clients in a broad spectrum of cases venued nationwide with an extraordinary track record of success for its clients. The firm has received the highest ratings by Martindale-Hubbell's National Law Directory.

Dated: March 24, 2005

Respectfully submitted,

Ramon Rossi Lopez, Esquire
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
450 Newport Center Drive, 2nd Floor
Newport Beach, California 92660
(949) 640-8222   Fax (949) 840-8294
rlopez@lopez-hodes.com

**UNITED STATES DISTRICT COURT**
**NORHTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **CHARLES J. HUGHES, individually**<br>**5305 Breezeway Drive, #4**<br>**Toledo, Ohio 43613**<br><br>**PLAINTIFF**<br><br>**v.**<br><br>**MERCK & COMPANY, INC.**<br>**One Merck Drive**<br>**P.O. Box 100**<br>**Whitehouse Station, NJ 08889**<br><br>**DEFENDANT** | : | **Civil Action No.** 3:05CV7124<br><br>**Judge** JUDGE KATZ<br><br>**COMPLAINT AND JURY DEMAND** |

**PARTIES AND JURISDICTION**

1. Plaintiff CHARLES J. HUGHES is a resident and citizen of Lucas County, Ohio.

2. Plaintiff alleges an amount in controversy in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

3. Defendant Merck & Company Inc., tested, studied, researched, evaluated, endorsed, designed, formulated, compounded, manufactured, produced, processed, assembled, inspected, distributed, marketed, labeled, promoted, packaged, advertised for sale, prescribed, sold and distributed, or otherwise placed in the stream of interstate commerce, Vioxx®, which was ingested by plaintiff. Defendant Merck & Company Inc., was and is an American pharmaceutical company, incorporated under the laws of the State of New Jersey, whose principal place of business is One Merck Drive, P.O. Box 100, Whitehouse Station, New Jersey. On information and belief, said entity does business in Ohio

UNITED STATES DISTRICT COURT
NORHTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JUDITH U. WILLIAMS, individually**<br>**STEVEN E. WILLIAMS, individually**<br>**224 Sackett Street**<br>**Maumee, Ohio 43537**<br><br>**PLAINTIFFS**<br><br>**v.**<br><br>**MERCK & COMPANY, INC.**<br>**One Merck Drive**<br>**P.O. Box 100**<br>**Whitehouse Station, NJ**<br><br>**DEFENDANT** | : | **Civil Action No.** 3:05CV7123<br><br>**Judge** JUDGE KATZ<br><br>**COMPLAINT AND JURY DEMAND** |

**PARTIES AND JURISDICTION**

1. Plaintiffs JUDITH U. WILLIAMS and STEVEN E. WILLIAMS are residents and citizens of Lucas County, Ohio.

2. Plaintiffs allege an amount in controversy in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

3. Defendant Merck & Company Inc., tested, studied, researched, evaluated, endorsed, designed, formulated, compounded, manufactured, produced, processed, assembled, inspected, distributed, marketed, labeled, promoted, packaged, advertised for sale, prescribed, sold and distributed, or otherwise placed in the stream of interstate commerce, Vioxx®, which was ingested by

**UNITED STATES DISTRICT COURT**
**NORHTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CHRISTINA RAYNOR, individually**
**131 W. Boardman Street, Apt. 501**
**Youngstown, Ohio 44503**

**PLAINTIFF**

**v.**

**MERCK & COMPANY, INC.**
**One Merck Drive**
**P.O. Box 100**
**Whitehouse Station, NJ**

**DEFENDANT**

**Civil Action No.** 4:05CV791

**Judge** JUDGE NUGENT

**COMPLAINT AND JURY DEMAND**

**PARTIES AND JURISDICTION**

1. Plaintiff CHRISTINA RAYNOR is a resident and citizen of Mahoning County, Ohio.

2. Plaintiff alleges an amount in controversy in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

3. Defendant Merck & Company Inc., tested, studied, researched, evaluated, endorsed, designed, formulated, compounded, manufactured, produced, processed, assembled, inspected, distributed, marketed, labeled, promoted, packaged, advertised for sale, prescribed, sold and distributed, or otherwise placed in the stream of interstate commerce, Vioxx®, which was ingested by plaintiff. Defendant Merck & Company Inc., was and is an American

***Certificate of Service***

I hereby certify that I have filed two copies via Federal Express of the **Application of Ramon Rossi Lopez for Appointment to Plaintiffs' Steering Committee** with the Honorable Eldon E.Fallon, Judge of the United States District Court for the Eastern District of Louisiana; I have also served via U.S. mail said copies on all counsel listed in Schedule B of PTO No. 1.

Dated: March 24, 2005

Ramon Rossi Lopez