

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

---

## WILLIAM N. RILEY'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES William N. Riley, who files the attached Application for Appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____
William N. Riley (IN Bar No. 14941-49)
PRICE WAICUKAUSKI RILEY & DeBROTA, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 663-8787
(317) 633-8797 Fax

### CERTIFICATE OF SERVICE

I hereby certify that a copy of William N. Riley's Application for Appointment to the Plaintiffs' Steering Committee has been served upon Plaintiffs' liaison counsel, via email this 24th day of March, 2005.

_____
William N. Riley

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____



CLASS ACTION AND TRIAL ATTORNEYS

**William N. Riley**
Attorney at Law
March 24, 2005

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, Louisiana 70130

RE:   In re: Vioxx Products Liability Litigation, MDL No. 1657

Dear Judge Fallon:

"[T]ort law serves the purpose of maintaining harmony among the individuals in the community and providing restitution for the injuries a party has suffered at the hands of another."[1] These words set out what I see as my responsibility as a lawyer, and why I now seek your appointment to the Plaintiffs' Steering Committee. I have focused my professional efforts on using the law as a positive force for change. In my lecturing, as a Goodrich lecturer at Wabash College, and my academic writing, as a contributing author for *Common Truths: New Perspectives on Natural Law*, I have focused on the crucial role which the law and lawyers play in the creation and maintenance of a just society. That principle has animated my practice, in particular in my involvement in tobacco litigation and the ongoing 9/11 terrorist litigation. I can be of service to both the Court and the plaintiffs by bringing this perspective and my skill set to the Plaintiffs' Steering Committee.

I graduated from Indiana University School of Law in 1989. I began my legal career in the second largest law firm in the state of Indiana, Baker & Daniels, and then moved to a small plaintiff's

---

[1] *Common Truths: New Perspective on Natural Law*, ISI Books, 2000 p. 256.

Hammond Block Building
301 Massachusetts Ave
Indianapolis, IN 46204

**317-633-8787**
Fax 317-633-8797

wriley@price-law.com

firm, becoming a partner in 1993. During that time, I had the honor of being awarded the "AV" rating by Martindale Hubbell, one of the youngest lawyers to ever receive that rating in the state of Indiana.

While I was still a young lawyer, I had the privilege of working closely with Ron Motley in the tobacco litigation of the mid-1990s. Wendell Gauthier invited me to join the Castano Plaintiffs' Legal Committee, which further brought me into contact with many accomplished lawyers who broadened my professional education. I also was part of the consortium of firms that represented the State of Indiana in its action against the tobacco companies. Tobacco litigation taught me to work hard, to expect the best from myself and my co-counsel, and to trust that with determination impossible looking battles are winnable.

While working on tobacco litigation, I did not limit my practice to personal injury matters, but sought to rectify commercial wrongs. During this time, I brought a national class action, *Sullivan v. PNC Bank*, seeking the repayment of wrongfully collected mortgage insurance funds. The nation-wide case was certified and settled, resulting in a refund to mortgage holders throughout the United States.

In 2002, Ron Motley invited me to work with him again in the case of *Burnett vs. al Baraka, et al*. This action is brought on behalf of the families of the victims of the terrorist attacks of September 11, 2001. At the beginning of that litigation, I was placed in charge of the logistical and legal challenge of ensuring that service of process was completed upon 189 defendants, located in the United States, Europe, and throughout the Middle East. I took an active role on the legal briefing team when the case was originally pending before Judge James Robinson in the District Court for the District of Columbia, handling arguments involving jurisdiction, the Foreign Sovereign Immunities Act, Torture Victim Protection Act, Alien Tort Claims Act, and the Racketeer Influenced and Corrupt Organizations Act. When this matter was transferred to the Southern District of New York as part of

MDL 1570, I was honored with an appointment to the Plaintiffs' Legal Committee. In that position I continue to work on briefing issues relating to Saudi banks, charities and the royal family.

My partners and I have filed a RICO class action in the instant matter on behalf of third party payers. Currently, we represent the Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, Indiana Electrical Workers Benefit Trust, and Bricklayers of Indiana Welfare Fund.[2] The action, which has been transferred to the MDL, seeks reimbursement of the money wrongfully collected by Merck for artificially inflating the price of Vioxx by willfully concealing the drug's problems. Using the same legal theory, we also filed a class action for individual payers in Indiana state court, which we anticipate will shortly be removed to federal court and sent to this MDL. Additionally, we have an injury action in the MDL, *Kimberly Van Jelgerhuis, et al. v. Merck & Co., Inc.* Our firm has a long history of advocacy in mass tort and commercial cases and has the requisite experience and resources to see this matter through to its conclusion.

I have not yet had the opportunity to serve on an MDL Plaintiffs' Steering Committee and would very much like to serve the Court and my fellow plaintiffs' lawyers by working in such a collaborative leadership position. My practical experience on the Legal Committee in MDL 1570, in other complex litigation and class actions, and my commitment to the positive role of law in our society will allow me to make a meaningful contribution to this process. I pledge to the Court hard work, collaboration and determination. Thank you for your consideration of my application.

Sincerely,

William N. Riley

WNR/ema

---

[2] We anticipate at least four more benefit plans joining the suit in the next two weeks. As of today's date the Board of Trustees of the Indiana State District Council of Laborers and Hod Carriers Welfare Fund voted to join in our third party payer litigation.