UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

"This Document Relates to All Cases"

Judge Fallon
Mag. Judge Knowles

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 28 PM 3: 03
LORETTA G. WHYTE
CLERK

## NOTICE OD FILING APPLICATION FOR APPOINTMENT OF JACK W. HARANG TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Jack W. Harang, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully Submitted,

*[signature]*

JACK W. HARANG (#15083)
HARANG & BARKER
3500 N. Hullen St.
Metairie, LA 70002
Telephone (504) 456-8658
Facsimile (504) 456-8641

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parities by United States Mail, postage prepaid and properly addressed this 28th day of March, 2005.

*[signature]*

JACK W. HARANG

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## APPLICATION FOR APPOINTMENT OF

## JACK W. HARANG TO THE PLAINTIFFS' STEERING COMMITTEE

I respectfully request your Honor's consideration in placing me on the Plaintiffs' steering committee for numerous reasons. First and foremost I pledge to you, to focus on this litigation, and to work on no other mass litigation committees while this litigation is in progress. At this stage of my practice I can commit both myself and my resources to whatever extent is necessary to see this litigation thru.

I have been referred approximately one thousand (1000) cases from firms in Eastern and Western New York, West Virginia, South Carolina, Colorado, Virginia, Mississippi, Alabama, Louisiana, and Arkansas. I will not be a committee member that comes to the table without a significant stake in the expeditious resolution of this case. I will bring a strong responsibility to the litigants not just to my own self interest.

Listening well to your Honors comments, I will recite only a few of the mass litigations that I have been involved in.

I have handled and tried class actions and or mass joinder litigation for the past twenty (20) years including:

- Two separate chemical plant explosions in Charleston, West Virginia. Both class actions were tried to verdict in Federal Court in Charleston.
- The New Orleans Train Explosion, I served on the committee and handled all the trial against the railroad which resulted in a $ 2.8 billion verdict. I also initiated the

- Blind Grant thru Louisiana State University for the study of the psychological effects of the disaster.
- The Reichold Chemical Plaint release in Columbia, Mississippi representing hundreds of clients.
- In re Shell Norco, I initiated and funded the first Blind Grant to the psychology department of Louisiana State University to study the psychological effects of a chemical plant explosions on a community. I represented some four hundred (400) clients.

Your Honor, I have been blessed with great succession in trying cases. However, I believe that the best offering I can give to you and this committee is my ability to get along with all parties in any litigation. Adversity with cooperation is a prescription for disaster.

With regards to this litigation, I have attended the various meetings and seminars around the country. I have become personally familiar with the science and the methodology involved in this case.

There is probably a great deal more I could say about the doctors, nurses, paralegals, etc. that I have available to go forward with this litigation, but I am sure by now you have read enough of that to question wither there is an expert in this hemisphere, who is not working for someone who has something to do with this case. Suffice it to say I will bring to the table those personnel necessary to support <u>whatever</u> part of this litigation as necessary.

Your Honor, I would consider it a true honor and a privilege, at this stage in my career, to work with Your Honor by serving on the Plaintiffs' steering committee. I will do the work necessary to make you proud of your decision.

Respectfully Submitted,

_____
JACK W. HARANG (#15083)
HARANG & BARKER
3500 N. Hullen St.
Metairie, LA 70002
Telephone (504) 456-8658
Facsimile (504) 456-8641