

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  * MDL NO. 1657
PRODUCTS LIABILITY LITIGATION *
 * SECTION L
 *
 * JUDGE FALLON
 * MAG. JUDGE KNOWLES

\* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \*

## APPLICATION TO BE ON THE
## VIOXX PLAINTIFFS' STEERING COMMITTEE

NOW COMES Allan Berger, attorney at law, who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____
Allan Berger (Bar No. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana  70119
(504) 486-9481


### CERTIFICATE OF SERVICE

I hereby certify that a coy of the above and foregoing pleading has been served upon the following counsel by mailing same to each, properly addressed and postage prepaid on this 28th day of March, 2005.

_____

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crown, Methvin, Portis & Miles, P.C.
234 Commerce Street
P. O. Box 4160
Montgomery, Alabama   36103

Christopher Seeger, Esq.
Seeger Weiss, LLP
One William Street
New York, New York   10004

Norman C. Kleinberg, Esq.
Theodore Mayer, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York   10004

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG.JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \*

## APPLICATION TO BE ON THE
## VIOXX PLAINTIFFS' STEERING COMMITTEE

MAY IT PLEASE THE COURT:

I am applying to be on the Plaintiffs' Steering Committee in the Vioxx Litigation based on the following qualifications:

- Graduated from Loyola Law School in 1974 and admitted to practice law in the State of Louisiana . Also admitted to practice in USDC Eastern, Western and Middle District of Louisiana, US Fifth Circuit Court of Appeals, US Supreme Court, US Bankruptcy Court of the Southern District of New York and USDC Western District of Washington.

- Previously served on the Board of Governors of Louisiana Trial Lawyers Association and previously served as an adjunct professor in Trial Advocacy of Tulane Law School. Currently a member in good standing of the Louisiana Bar Association, American Bar Association, New Orleans Bar Association, Jefferson Parish Bar Association, Louisiana Trial Lawyers Association, Association of Trial Lawyers of America, Academy of New Orleans Trial Lawyers and a Diplomate of the American Board of Professional Liability Attorneys.

- My office consists of four lawyers including an attorney/nurse, as well as a nurse/paralegal and support staff.

- Represented and settled 434 plaintiff cases in reference to Rezulin Products Litigation. I believe this litigation particularly sets forth the reasons why I am applying for a position on the Vioxx Plaintiff Steering Committee. My office pursued a line of recovery in the Rezulin litigation for congested heart failure injuries after the MDL Plaintiff's Steering Committee informed due to their research and investigation, they would not pursue this avenue of recovery. I hired the necessary experts, i.e. Cardiologists, Epidemiologist, Statisticians, as well as other experts and successfully concluded the cases for the clients we represented. Medical issues and causation have always been a vital part of my office's agenda when researching and litigating drug cases;

- Served as a member of the Plaintiffs' Steering Committee in the Breast Implant Class Action entitled, *Marilyn Spitzfaden vs. Dow corning, et al*, Civil District Court for the Parish of Orleans, Case No. 92-2589, Div. F. Also represented four hundred and fifty clients in this matter for Berger & Forstall Law Firm, which has been successfully concluded;

- Co-Plaintiff counsel in connection with the class action litigation case, *Richard C. Blanke vs. Lincoln National Corporation, et al*, 24th Judicial District Court, Div. K. This was a life insurance class action case which has been successfully concluded;

- Currently serving as a member of the Plaintiffs' Steering Committee in the Norplant Class Action entitled *Terri Davis, et al vs. American Home Products Corporation, et al*, Civil District Court for the Parish of Orleans, Case No. 94-111684, Div. I and represent approximately two hundred and fifty individual claimants;

- Represented and/or settled numerous plaintiffs' cases Multi-district litigation in Re: Diet Drugs Products Litigation;

- Currently serving as a member of the Plaintiffs' Steering Committee in *Beverly McGill, et al vs. The Public Belt Railroad, et al*, Civil District Court Case No. 03-6869, consolidated with *John Riley, et al vs. Alabama Great Southern Railroad Company a/k/a Norfolk Southern, et al*, Civil District Court, Case No. 2002-8256, Div. G, and represent over four thousand claimants in this matter;

- Representing over two hundred and eighty claimants in the First City Court for the City of New Orleans, Case No. 01-53402, c/w et al, *2000 Ethyl Acrylate Chemical Spill at New Orleans;*

- Currently reviewing over 1,200 potential Vioxx cases and have contracted with 350 Vioxx plaintiffs.

- I have the financial resources, the staff and the time to serve on the Vioxx Steering Committee.

- I feel my extensive experience in class action, mass tort and drug product liability litigation will provide me with the necessary knowledge to successfully deal with the multi-district litigation issues at hand in the Vioxx case.

Therefore, I respectfully request a position on the Vioxx Plaintiffs' Steering Committee.

Respectfully submitted,

/s/ Allan Berger

Allan Berger (Bar No. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481