FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28 PM 3:15

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION    :   MDL NO. 1657
                                                          :
                                                          :   SECTION:   L
                                                          :
                                                          :   JUDGE FALLON
                                                          :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO ALL CASES

## APPLICATION FOR PLAINTIFFS' STEERING COMMITTEE

**NOW INTO** court comes Jim S. Hall, Attorney at Law, of Jim S. Hall and Associates, LLC. and makes herewith application for membership on the Plaintiffs' Steering Committee ("PSC").

Applicant was admitted to the practice of law in the State of Louisiana in 1992 and is admitted to the practice of law before the United States District Court for the Eastern, Middle and Western Districts of Louisiana and the U.S. Court of Appeals for the Fifth Circuit. Additionally, Applicant is a member of both the Association of Trial Lawyers America and the Louisiana Trial Lawyers Association. Additionally, For the last 6 to 7 years he has served as a teaching staff member for Trial Advocacy Training Program, which is taught at the Louisiana State University Law Center, where senior law students are taught how to actually prepare for and conduct a trial.

___ Fee_____
_X_ Process____
_X_ Dktd_____
___ CtRmDep__
___ Doc. No___

Since being admitted to the practice of law Applicant has limited his practice to personal injury involving all types of litigation, including admiralty and maritime, products liability, automobile accident cases and several mass tort litigations, to be discussed later in this application.

Applicant is Attorney of Record for plaintiffs, a class action, filed in the United States District Court for the Eastern District of Louisiana, New Orleans Division bearing Civil Action NO. 05-0915, which case is entitled George Declouette, III., et al. vs. Merck and Co., Inc., which case, though recently filed, will be automatically consolidated with this litigation pursuant to the courts Pretrial Order NO. 1, paragraph 2.

Applicant meets the main criteria for membership on the PSC for the following reasons:

A. Applicant is willing to commit large blocks of time to this project and is available to do so.

B. Applicant's principle and only place of business is within the Eastern District of Louisiana and therefore is in a position to work closely with the court and plaintiffs' liaisons counsel. Although applicant has a thriving personal injury practice, his professional staff of 10 paralegal's, secretaries and back up attorney's, provides time on his trial schedule for dedication to the project at hand.

C. Applicant is skilled and experienced with working cooperatively with others. Applicant has been involved in litigation in excess of ten years and has always shown the ability to work cooperatively not only with other counsel of record but also with the court.

Applicant provides this court with the following professional references:

1. Judge G. Thomas Portious, United State District Court, Eastern District of Louisiana.

2. Richard A. Chopin, Chopin, Wagar, Cole, Richard and Kutcher, Metairie, Louisiana.

D. Applicant has professional experience in the type of litigation involved herein and

has represented claimants in the following mass tort litigations:

1. Kerry Mangin, et al vs. Murphy Oil USA, Inc., et al.,United States District Court, Eastern Division of Louisiana;

2. In Re: Chemical Release at Bogalusa, Docket Number 73,341, "C", all cases, 22nd Judicial District Court, Parish of Washington;

3. Susan Blades, et al. vs. Illinois Central Railroad Company d/b/a Canadian National Railroad/Illinois Central Railroad, United States District Court, Eastern District of Louisiana;

4. In Re: Gramercy Plant Explosion at Kaiser, Docket No. 25, 975 applies to all cases, 23rd Judicial District Court, for the Parish of St. James, State of Louisiana;

5. Susan Guidry, et al. vs. Mrs. Frank Bedell, et al consolidated with Lelia Marie Tassain, et al. vs. Frank Bedell, et al., Civil District Court for the Parish of Orleans, State of Louisiana.

Applicant further represents that in addition to the seven plaintiffs listed in the class action suit that he has filed in this district, he represents numerous other plaintiffs in connection with the class and two death cases involving Vioxx.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC.
JIM S. HALL ( BAR NO: 21644 )
800 N. CAUSEWAY, SUITE 100
METAIRIE, LOUISIANA 70001
TELEPHONE: 504-832-3000

## CERTIFICATE OF SERVICE

The undersigned respectively represents that he has cause to be served on all Attorney's of record list on Exhibit B of this courts Pretrial Order No. 1, a copy of the forgoing application for appointment to the Plaintiffs' Sterring Committee on this 28th day of March 2005 by placing same in the United States Mail, postage prepaid.

_____
JIM S. HALL