

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28  PM 3: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**APPLICATION OF LYNN E. SWANSON FOR APPOINTMENT TO THE
PLAINTIFF'S STEERING COMMITTEE IN
MDL 1657: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**

MAY IT PLEASE THE COURT. This is a request for appointment to the Plaintiff's Steering Committee in the Vioxx Products Liability Litigation pursuant to this Court's Pretrial Order No. 1 and dictates voiced in the first Status Conference held on March 18, 2005. I believe that I have the experience, the time and the resources to effectively serve on the Plaintiff's Steering Committee ("PSC") in this matter.

During my twelve years of practice, I have worked almost exclusively on Multidistrict Litigation, including the Propulsid matter before your Honor. My law career began working in Cincinnati on discovery issues involved in MDL 926: In re: Breast Implants Products Liability Litigation. Since that time I have helped to revise the means by which common benefit discovery is performed and have worked hands-on performing tasks for Plaintiffs' committees in products liability multidistrict litigations including MDL-1014 (Orthopedic Bone Screws), MDL-1203 (Diet Drugs), MDL-1348 (Rezulin), MDL-1355 (Propulsid), MDL-1373 (Bridgestone/Firestone, Inc., Tires), MDL-

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

1401 (Sulzer Orthopedics, Inc., Hip Prosthesis and Knee Prosthesis Products), MDL-1407 (Phenylpropanolamine (PPA)), and MDL-1431 (Baycol).  With particular regard to the Propulsid Products Liability litigation, I attended the majority of status conferences, so am familiar with the manner in which this Court managed that litigation.  Furthermore, my experience working on multidistrict litigation has allowed me to forge a close working relationship with many of the attorneys who have historically been appointed to these committees.  I respectfully suggest that appointing a person to the PSC who has been doing the actual day-to-day MDL common benefit work for twelve years, and specifically before this Court, would be beneficial to both this Court and the clients before it.

Not only do I have broad experience in multidistrict litigation,  I also am familiar with this particular litigation. I, along with my law firm of Jones, Verras & Freiberg, am counsel of record in the oldest case in Louisiana that has been transferred to this MDL (*Mallet v. Merck and Company, Inc.*, transferred from the Western District of Louisiana), which is also the second oldest case in the nation transferred to the MDL.   I am also counsel of record in an economic injury class action that recently was filed in the Eastern District of Louisiana which has yet to be transferred to this MDL.  I have personally screened information sent to us by more than fifteen hundred potential clients. My firm has at least fifty to one hundred additional clients that have proof of Vioxx use in close temporal proximity to proof of a cardiovascular event.  We plan on including all of our cases in this multidistrict litigation, so I have a real stake in the common benefit discovery to be performed by this PSC. I am in a position to devote all of my time to this litigation.

Behind me I have a law firm of young, aggressive, experienced and hard working attorneys who are more than willing and able to perform any common benefit work that we might receive. We have an excellent reputation in the legal community.  In addition, my firm has the funds to support assisting this PSC for as many years as it will take to resolve it. Our offices are located in the Pan American Life

Building, just across the street from this United States District Courthouse. Should the Court or the PSC require additional working space, my firm also has five thousand square feet of space outfitted with storage areas, a copier, computers and a fax machine, conveniently located between the airport and the Courthouse, to which we would be more than willing to grant access for as long as necessary.

In sum, I have performed PSC work in the past. I am very familiar with the way multidistrict litigation works and the discovery that needs to be achieved before any one case can be transferred back to its Court of origination. I am also familiar with the issues that are pertinent to this Vioxx litigation in particular. I am counsel of record in a case that is pending in this MDL, have filed an economic injury class action, and have many additional personal injury cases to be filed in this Court. I have the time to devote to this case. I have a very good working relationship with many of the lawyers that are usually involved in multidistrict litigation, resulting from my twelve years of actual hands-on experience accomplishing the day-to-day tasks to ensure that the various cases set forth above proceeded toward resolution. My law firm has the resources to back me in this venture and has the manpower to assist the PSC in performing any common benefit discovery task. We have additional storage and/or work space that we would be glad to offer to the PSC. My office is directly across the street from the Courthouse.

Please consider me for a position on the Plaintiff's Steering Committee in this Vioxx Products Liability Litigation. For all of the foregoing reasons, I believe that I would be an outstanding asset to such Committee. Thank you very much for your consideration.

Respectfully submitted,

LYNN E. SWANSON (#22650)
JONES, VERRAS & FREIBERG, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon all counsel on the Panel Service List as attached to Pretrial Order Number 1, by depositing the same in the United States Mail, properly addressed and first class postage prepaid, this the 28th day of March, 2005.

_____
Lynn E. Swanson