UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28   PM 5:09

LORETTA G. WHYTE
CLERK

: MDL 1657

: SECTION L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION : JUDGE FALLON

:

This Application is submitted pursuant to this Court's Pretrial Order No. 1, dated February 17, 2005, in support of my application for appointment to the Plaintiffs' Steering Committee (the "PSC") in these MDL proceedings.

I am the founding partner of the Watts Law Firm, L.L.P., a twenty-six lawyer firm with offices in Corpus Christi, Houston, San Antonio, Edinburg and Brownsville. I have the experience and background necessary to make a substantial contribution to the Plaintiffs' Steering Committee. I am currently a member of the Silica MDL 1553 Plaintiffs' Executive Committee as well as the Plaintiffs' Liaison Counsel in that MDL. I have experience in pharmaceutical and medical device litigation. In 2001, I was lead counsel in the nation's first trial involving Sulzer hips in *Rupp et al v. Sulzer Orthapedics, Inc.* I was lead trial counsel in the first case to result in a plaintiffs' verdict in a Rezulin case (*Margie Sanchez et al. v. Parke-Davis et al*). I was also lead counsel in the first Baycol case to go to trial in the nation (*Hollis Haltom v. Bayer*). My firm has handled thousands of pharmaceutical cases. I was also Chair of the State Court Liaison Committee of the Ford Explorer/Firestone Tire MDL and tried the

___ Fee_____
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____

nation's first such trial. In the Rezulin, Sulzer and Baycol litigation, I have worked with attorneys from around the nation in fashioning, implementing and executing coordinated discovery plans. In the past we have worked with firms such as Beasley Allen, Levin Papantonio, Williams Bailey, Goforth Lewis & Sanford, and Provost Umphrey in a mass tort practice.

Through my experience with Rezulin, Baycol, Sulzer and Firestone litigation, I am familiar with the type of document production and coordination with other counsel necessary in such litigation. I have been involved in extensive pre-trial discovery in these and other cases. I have also taken hundreds of hours of corporate representative depositions.

I have been named by the National Law Journal as "one of the best trial lawyers in the country" and have been named in the Wall Street Journal as one of the "rising stars in the plaintiffs' bar."

I have been named by United States District Court Judge Hilda Tagle as the lead trial counsel for the consolidated cases arising from the Queen Isabella Causeway barge/bridge collapse disaster.

I am willing and available to commit to a time consuming project such as the Vioxx MDL. As with any mass tort I have been involved in, I have committed substantial resources to investigating and litigating the claims of my clients. I have many lawyers and a very large staff in five offices across Texas who are ready to commit substantial resources to the

Vioxx MDL Plaintiffs' Steering Committee. I am not currently on any other MDL steering committees.

I received my Juris Doctorate from the University of Texas. From 1989 to 1990 I worked as the briefing attorney for the Honorable Thomas R. Phillips, Chief Justice of the Supreme Court of Texas. I have written and presented over one hundred and fifty continuing legal education articles on diverse topics including *Daubert*, expert witnesses, trial techniques, electronic discovery and mass torts. I am board certified in Personal Injury Trial Law by the Texas Board of Legal Specialization. I have achieved verdicts for my clients exceeding $660,000,000.00 and have earned settlements for my clients exceeding $1,000,000,000.00.

The Watts Law Firm, L.L.P. is involved in a consortium of other firms handling Vioxx litigation and we are currently representing over 3000 Vioxx victims. The Watts Law Firm, L.L.P. was actively involved in pursuing Vioxx claims before the drug was removed from the market in September 2004.

Mikal C. Watts
THE WATTS LAW FIRM, L.L.P.
555 N. Carancahua, 14th Floor
Corpus Christi, Texas 78478
Phone (361) 887-0500
Facsimile (361) 887-0055

03/28/2005 12:47 FAX 361 887 0055    WATTS LAW FIRM                        ☒005/010
Case 2:05-md-01657-EEF-DEK   Document 173   Filed 03/28/05   Page 4 of 9

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been mailed, by Certified Mail, Return Receipt Requested, to all counsel of record on this **25th** day of March, 2005.

_____
T. CHRISTOPHER PINEDO

### Via Certified Mail, Return Receipt Requested:

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway 7th Floor
Houston, TX 77019

Americsourcebergen
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Bos 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware
Suite 305
Beamont, TX 77706

David A. Barrett
Boles, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

Bradley Douglas Becnel
Law Offices Of Daniel E. Becnel Jr
425 W. Airline Hwy.
Suite B
Laplace, LA 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Bergen Brunswig
PO Box 959
Valley Forge, PA 19482

C. William Berger
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Reshonda L. Bradford
Singleton Law Firm
450 Linwood Ave,
Shreveport, LA 71108

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Virginia M. Buchanan
Levin, Papatonio, Thomas, Mitchell
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32501

Elizabeth J. Cabraser
Lieff, Cabraser, Hermann & Bernstein, LLP
Embarcadero Center West
275 Battery Streeet, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
Law Offices of Weiner, Carroll, & Strauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

| | | |
|---|---|---|
| Joseph R. Colingo<br>Williams, Heildelberg et al<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | Ernest Cory<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, AL 35205 | C. York Craig, Jr.<br>Craig, Hester, Luke & Dodson<br>P.O. Box 12005<br>Jackson, MS 39236-2005 |
| Richard E. Crum<br>Cobb, Shealy Crum, & Derrick, PA<br>PO Box 6346<br>Dothan, AL 36302-6346 | John Michael D'Amato<br>Russo, Scamardella & D'Amato, P.C.<br>1010 Forest Avenue<br>Staten Island, NY 10310 | Eric C. Deters<br>Eric C Deters & Associates, P.S.C.<br>5247 Madison Pike<br>Independence, KY 41051 |
| Ivan Dixon<br>8413 Edgewood Drive<br>Rowlett, TX 75089 | John P. Eberhardt<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | Daniel A. Edleman<br>Edleman, Combs & Latturner, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago, IL 60603 |
| Richard M. Edmonson<br>Armstrong Allen, PLLC<br>4450 Old Canton Road, Suite 210<br>Jackson, MS 39211 | Calvin C. Fayard, Jr.<br>Fayard & Honeycutt<br>519 Florida Avenue, S W<br>Denham Springs, LA 70726 | Reginald K. Fears<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 |
| William B. Federman<br>Federman & Sherwood<br>120 North Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102 | Ronald V. Fiesta<br>Kenneth B. Moll & Associates, Ltd<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | Allen R. Flowers<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 |
| Shawn G. Foster<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City, MO 64105 | Dana Casselli Fox<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | Richard A. Freese<br>Sweet & Freese, P L L C.<br>P O Box 1178<br>Jackson, MS 39215 |
| Michael T. Gallagher<br>Gallager Law Firm, P.C<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 | Hector G. Gancedo<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | Ricardo A. Garcia<br>820 S Main Street<br>McAllen, TX 78501 |
| Mary Gibson<br>P O Box 400<br>St. Mary's GA 31558 | Ronald S. Goldser<br>Zimmerman Reed, P L L P<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | Andrew S. Goldwasser<br>Ciano & Goldwasser<br>460MK Ferguson Plaza<br>1500 West Third Street, Suite 460<br>Cleveland, OH 44113 |
| C. Anthony Graffeo<br>Watson, Jimmerson, Givhan, et al<br>203 Greene Street<br>P O Box 18368<br>Huntsville, AL 35804 | Tim T. Griesenbeck<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N E Loop 410<br>San Antonio, Texas 78216 | Patricia Griffith<br>1045 Evelyn venue<br>Clarksdale, MS 38614 |

Jeffrey D Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211-4092

David Hadden Hockema
Hockems, Tippit & Escobedo, LLP
1 Paseo Del Prado, Bldg. 101
McAllen, TX 78504

John F. Highes
Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentoe, OH 44060

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Lance A. Harke
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL 33130

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002

R. Eric Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Timothy M. Kolman
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

W, Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Craig D. Hebderson
Gary, Thomasson, Hall & Mark PC
210 S. Carancahua
Corpus Christi, TX 78403

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush
200 Concsourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS 39158

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
Edwardsville, IL 62025

Whitman B. Johnson, III
Currie, Snow, O'Mara, Stevens & Cannada
P.O. Box 750
Jackson, MS 39205-0750

Melissa C. Katz
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 785204

Orman C. Kleinberg
Hughes, Hubbard & Reed LLPOne Battery Park Plaza
New York, NY 10004

Joel C. Lamp
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
PO Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N. W.
Suite 1100
Washington, DC 20036

J. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS 39158

S. Kirk Milam
Hickman, Goza, & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA 91208

Dianne M. Nast
Roda & Nast, P.C
801 Estelle Drive
Lancaster, PA 17601

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlingame, CA 94010

Richard A. Lockridge
Lockridge, Grindal & Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

David P. Matthews
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, TX 77002

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Steven R. Minor
Elliott Lawson & Minot, PC
P.O. Box 8400
Bristol, VA 24203-8400

Edwin T. Mulhern
Humwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
P O Box 651
Jackson, MS 39205-0651

Thomas Jack Pearson
Pearson & Campbell, P.C
2394 Calder Avenue
Beaumont, TX 77702

Geoffrey Edward Pope
Doffermyre, Shields, Canfield, Knowles &
Devine
1335 Peachtree Street, N E
1600 The Peachtree
Atlanta, GA 30309-3269

William O Luckett, Jr.
Luckett Law Firm
PO Drawer 1000
Clarksdale, MS 38614-1000

Kenneth B. McClain
Humphrey, Farrington & McClain
221 West Lexington
Suite 400
Independence, MO 64050

Charles M. Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS 38614-1388

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago IL 60606

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P O Box 69
Shreveport, LA 71103

Henry J. Price
Price, Potter, Jackson, Waicukauski &
Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Eric M. Quetglas-Jordan
Queglas Law Offices
P O Box 16606
San Juan, PR 00908-6606

John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL 33126

Paul R. M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 Carancahua, Suite 1511
P O Drawer 23017
Corpus Christi, TX 78403

John S. Steward
Meyerkord & Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, N W
Suite 400
Washington, DC 20036

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Richard J. Weiner
Law Offices of Richard J. Weiner, P.C
119 Rockland Center
Suite 425
Nanuet, NY 10954

William R Robb
Aleshire, Robb & Sivils, P. C
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Scott Rynecki
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Shanin Specter
Kline & Spector
1525 Locust Street
19th Street
Philadelphia, PA 19102

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Lawrence D. Wade, Jr.
Campbell, Delong, Hagwood & Wade
P O Box 1856
Greenville, MS 38702-1856

Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C
2131 Magnolia Avenue
P O Box 55927
Birmingham, AL 35255-5972

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 3000
Dallas, TX 75243

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path lane
Pembroke, MA 02359

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
10 Floor
New York, NY 10004-2502

Deanna Dean Smth
Ebanks, Smith & Carlson LLP
1401 McKinney
Suite 2500
Houston, TX 77010-4034

Robert F. Stacey
Daniel, Coker, Horton & Bell
P O Box 1084
Jackson, MS 39215-1084

Casandra F. Thomas
514 – C Woodrow Wilson Avenue
Jackson, MS 39213

Chris J. Walker
Markow Walker, P A.
P O Box 13669
Jackson, MS 39236-3669

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

John K. Weston
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA 19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL 34102

Nadeem Haider
606 N. Jefferson St.
Louisville, MS 39339

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue. 12th Floor
New York, NY 10017-5563

Steve L. Russell
Beirne, Maynard & Parsons
1700 Pacific Ave, Ste 4400
Dallas, TX 75201

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Phillip A. Wittman
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130