IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL 1657

THIS DOCUMENT RELTAES TO ALL MATTERS

JUDGE ELDON FALLON
MAG. JUDGE

## APPLICATION FOR APPOINTMENT OF DEBORAH M. SULZER TO PLAITNIFFS' STEERING COMMITTEE

In Pretrial Order No. 1 entered on February 18, 2005, the Court indicated its intent to appoint a Plaintiffs' Steering Committee ("PSC") to conduct and coordinate the discovery stage of the litigation and invited applications for the PSC positions. Pursuant to that Order, Deborah M. Sulzer of Gauthier, Houghtaling, Williams & Sulzer ("Gauthier Firm") submits this application to be appointed to the PSC.

The Gauthier Firm has been involved in class actions, MDL, mass tort and individual personal injury and product liability litigation since the 1970's. Ms Sulzer joined the firm in May of 1992. Since joining the firm, she has concentrated almost exclusively in the areas of product liability, mass tort and multi-district litigation on a national level. She has participated and held various leadership position in numerous complex, MDL and class action litigation including:

- *Gloria Scott, et al v. American Tobacco, et al*, CA No. 96-8461, Civil District Court for the Parish of Orleans, State of Louisiana, only female attorney appointed to PLC, Co-Chair of expert committee, trial team and voir dire team member for certified class action brought on behalf of one million Louisiana current and former smokers against the tobacco industry. After a three-year trial, the jury returned a verdict in favor of the Class for $590 million on May 21, 2004.

- *Castano v. American Tobacco*, Federal class action against Tobacco Industry. Preceded *Scott*.

- *Casey Billieson, et al v. City of New Orleans, Housing Authority of New Orleans, C.J. Brown Public Housing Management Company, et al*, Civil Action No. 94-19231, Civil District Court for the Parish of Orleans, State of Louisiana, appointed to PLC representing a certified class of lead poisoned children against HANO and other corporate defendants. Set for trial in July 2004.

1

- *Galanti, et al v. Goodyear Tire & Rubber Company*, Civil Action No. 03-209 (SRC), U.S. District Court for the District of New Jersey, appointed class counsel representing a bi-national class of homeowners in connection with defective radiant heating hose against Goodyear. The matter was successfully resolved in a settlement providing over $300 million to homeowners.

- *Anderson, et al v. Goodyear Tire and Rubber Co., et al*, Case No. 98-CV-439, District Court, Eagle County, Colorado, appointed to the PLC representing certified class of Colorado Homeowners. Settled with *Galanti*.

- *In re: Chemical Release at Bogalusa*, Civil Action No. 73,341, 22nd Judicial District Court for the Parish of Washington, State of Louisiana, appointed to Plaintiffs' Legal Committee.

- *In Re: Orthopedic Bone Screw Product Liability Litigation*, MDL 1014

- *In Re: Breast Implant Litigation*

The firm has been a pioneer in the area of mass tort and complex litigation around the country. Based in Louisiana, the firm has worked cooperatively with firms around the country.[1] Since the founding member's death in 2001, the firm has continued the legacy and spirit of excellence in representing thousands of plaintiffs nationally in complex litigation.

A. <u>Willingness and availability to commit to a time-consuming project</u>

Ms Sulzer is fully committed to pursuing this litigation to a final resolution in the MDL and beyond. Currently she has a federal class action lawsuit pending and several individual claims yet to be filed. Ms Sulzer has the time, energy, resources and funds necessary, along with the support of a fully staffed law firm in the Metairie, Louisiana, to make a long-term commitment to the Court and to the plaintiffs involved in the case. She also has the time necessary to contribute to the Court.

B. <u>Ability to work cooperatively with others.</u>

The Gauthier Firm and Ms Sulzer specifically have a long-standing history of working cooperatively with others. In the past, the leadership of the Gauthier Firm has managed to bring

---

[1] *San Juan Dupont Plaza Hotel Fire* MDL #721, (1987 - 1994) Over 2,000 plaintiffs and 200 defendants; *Happyland Social Club Fire*, Bronx, New York (1989 - 1995);*MGM Grand Hotel Fire Litigation*, Las Vegas Nevada (1981- 1987);*Continental Grain Company Explosion*, (1977 - 1980);*Pan Am American Crash of Flight 759*, (1981 - 1984);*Shell/Norco Explosion Litigation*, (1987 - 1995); (15,000 Claimants);*American Cyanamid Litigation*, (1987 - 1991); (4,000 Claimants);*In Re: Copley Pharmaceutical, Inc. "Albuterol" Products Liability Litigation*, MDL 1013;*Terry Davis, et al v. American Home Products Corporation, Louisiana State Norplant Litigation; In Re: New Orleans Train Car Leakage Litigation* (1987 - present) PSC (8,000 claimants). $3.6 Billion dollar jury verdict; *Fair Grounds Corporation vs. ADT Security Systems, Mid-South, Inc.* Product liability litigation resulting in a $56 Million jury verdict; *In Re: Combustion, Inc. Litigation*, (1995 to 2001).

together firms that traditionally did not work cohesively. The continued spirit of cooperation and ability to work with others exhibited by the firm recently culminated in the $590 million jury verdict against the Tobacco Industry, a case that was started nearly 10 years ago by Mr. Gauthier and involved numerous plaintiff firms. In addition to an ability to work cooperatively with co-counsel, Ms Sulzer and her firm have extensive experience working with Plaintiffs Liaison Counsel, Russ Herman and his firm and Defendants' Liaison Counsel, Phil Whittmann and his firm.

C. Professional experience in this type of litigation.

Ms Sulzer and the Gauthier Firm have extensive experience in this type of litigation. Whether it is representing injured plaintiffs against medical device, drug, defective product or cigarette manufacturers, Ms Sulzer understands and has experience in fighting well-financed, powerful defendants in the name of justice. The Gauthier Firm approaches mass tort litigation with creativity and innovation. Once assigned to a cause, the firm has not and will not relinquish. The tenacity and energy with which the firm attacks litigation has earned the firm national recognition and Ms Sulzer an AV Martindale-Hubble rating.

It is an honor and privilege to serve on the PSC. Being a part of a winning team only surpasses that honor. Ms Sulzer pledges that if appointed she will personally commit the time, money and resources necessary to successfully conclude this litigation.

The Court's consideration is greatly appreciated.

Respectfully submitted,

DEBORAH M. SULZER, (Bar No. 19806)
GAUTHIER, HOUGTALING, WILLIAMS & SULZER
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624