FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28  PM 4:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE KNOWLES |

### DREW RANIER'S APPLICATION FOR APPOINTMENT
### TO PLAINTIFFS' STEERING COMMITTEE

I am the founding member and senior partner of the law firm Ranier, Gayle & Elliot, LLC, with its principal office located in Lake Charles. We are a seven member firm specializing in complex litigation.

I have been a leader in the Louisiana and national plaintiffs bar, including serving as President, Vice President and Executive Committee member of the Louisiana Trial Lawyers Association for many years, and as a current member of the Association of Trial Lawyers of America Board of Governors. I have been active in the Louisiana Bar Association, including current service on the Louisiana Bar Foundation, the Louisiana Client Assistance Foundation, the Professional Conduct Committee and the Professional Assessment Committee. I am admitted to both the Texas and Louisiana bars and to practice before the United States Supreme Court and numerous federal courts. I have an AV rating from Martindale-Hubbell.

I am working with ten firms throughout the United States representing Vioxx plaintiffs, and I am or will be representing several thousand clients for personal injuries and death. I have made a significant commitment of resources to this litigation and have a keen interest in its progress. We have already filed cases in federal court in the Northern District of Texas, the Southern District of Ohio, the Eastern District of Tennessee, the Western District of Texas and the Western District of Kentucky.

___ Fee_____
✓ Process_____
X  Dktd_____
___ CtRmDep___
___ Doc. No___

In my thirty years of practice I have had a wide range of litigation experience including complex cases, multi-party cases, class actions and mass torts. Many of these cases have involved significant and groundbreaking issues. Some of my recent experience which is relevant to service on the Vioxx Plaintiffs Steering Committee includes:

*In Re: Welding Fume Products Liability Litigation*, MDL No. 1535 (N.D. OH). I am a member of the eight-person national Executive Committee of this MDL litigation and a Chairman of the Plaintiffs' Discovery and Trial Preparation Committee for the entire MDL. I have taken the national lead in developing the medical and scientific evidence in the case. I have personally participated in the preparation and/or rebuttal of approximately 40 expert scientific reports, and I am a leader of the plaintiffs' Daubert efforts on complex scientific methodology issues relating to imaging, epidemiology, pathology, pulmonology and more. Under my leadership, over 20,000 welders have been screened in an ongoing medical screening process;

*Myer v. U.S. Trust Company of California, N.A.*, No. CV-00-147-B-M3 (M.D. LA). I serve as co-liaison and co-lead counsel in this ERISA class action case seeking recovery of damages for the mismanagement of a major employee stock ownership plan (ESOP) with over two thousand participants;

*Thibodeaux v. Conoco, Inc., et al.*, No 2003-481, Calcasieu Parish. I am co-lead counsel, co-liaison counsel and a member of the Plaintiffs Steering Committee. The case involves approximately 20,000 claims for personal injury for exposure to hazardous chemicals from a major refinery leak. The class has been certified and a fairness hearing is scheduled for May 26, 2005;

*State of Louisiana v. The American Tobacco Company, et al*, CA No. 96-1209, Calcasieu Parish. I was lead counsel for 17 firms which required significant organizational and administrative skills. We recovered $4.6 billion for the State. In addition, I was national lead counsel for all states

on the subject of insurance coverage for the entire tobacco industry. The Louisiana case alone involved the law of four countries and international law, and was prosecuted in five different venues against 200 defendants.

Other significant mass tort cases that I have participated in as counsel include:

*Poe v. PPG Industries, Inc.*, No. 10-11774, Cameron Parish. I was co-lead counsel in this toxic tort and maritime case in which I represented 200 commercial fishermen in their claims against a major chemical company for pollution of a river estuary system and marine life; *Cameron Parish School Board, et al v. Texaco, Inc., et al*, CA No. 96-1222 (W.D. LA) and *Lease Oil Anti-Trust Litigation (No. II)* MDL No. 1206. I was co-counsel for Louisiana royalty owners in this nationwide class action case to recover under-payment of oil royalties for landowners and oil lessors against the major oil companies; *State of Louisiana v. W. R. Grace & Co.-Conn, et al*, 95-3722 and 95-3722(A), Calcasieu Parish. I was lead counsel for the State of Louisiana in this case which recovered damages caused by the manufacturing, sale and installation of asbestos-containing materials in over 160 state buildings, including hospitals and universities; *Thomas v. Conoco, Inc., et al*, No. 99-5078, Calcasieu Parish, I was co-lead counsel representing over 250 plaintiffs in a toxic tort case arising out of an ethylene dichloride spill from a chemical plant pipeline.

In summary, I have served on plaintiffs steering committees in a number of cases involving tens of thousands of claimants and complex legal, scientific and evidentiary issues. Because of this experience, knowledge and ability, I can significantly contribute to the Plaintiffs Steering Committee in this case, which similarly involves large numbers of plaintiffs and complex scientific issues.

I do not foresee any conflicts, and I am willing and able to expend the time and resources necessary to serve as a member of the Plaintiffs Steering Committee.

Respectfully submitted,

_____
DREW RANIER (LA Bar No. 8320, TX Bar No. 16544500)
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, LA 70601
Telephone: 337-494-7171
Facsimile: 337-494-7218