FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28  PM 3: 58

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION    )
                                                      ) HON. ELDON E. FALLON
                                                      )
This Document Applies To All Cases      )

APPLICATION OF RICHARD A. FREESE FOR MEMBERSHIP ON PLAINTIFFS'
STEERING COMMITTEE TO REPRESENT THIRD-PARTY PAYORS

        I, Richard A. Freese, am a senior partner in the law firm of Sweet & Freese,

PLLC. My law firm maintains offices in Birmingham, Alabama and Jackson, Mississippi.

I am a 1985 graduate of Cumberland School of Law, where I served as an editor of the

Cumberland Law Review. For two decades I have focused my practice in litigation

matters, both from a plaintiffs and defendants' perspective. I have been an invited

lecturer at numerous nationwide symposiums and continuing legal education conferences,

(including the Practicing Law Institute, the State of Alabama Bar Association, the

Mississippi Bar Association, the Alabama Trial Lawyers Association, and the Mississippi

Trial Lawyers Association) on topics involving class actions, mass torts, environmental

torts, consumer fraud, and product liability.  I have an AV rating from Martindale-

Hubbell.

        My practice is concentrated in mass torts, particularly in pharmaceutical litigation.

In 1999 my firm obtained a $125,000,000 verdict against American Home Products (now

Wyeth) arising out of Fen-Phen use. At the time, it was the largest verdict against

American Home Products. My firm has been successful in prosecuting and settling



1

claims against the makers of Rezulin (Pfizer), PPA (GlaxoSmithKline), and Baycol (Bayer).

I have had significant experience in class action litigation. I have been appointed lead counsel by state and federal judges in dozens of nationwide class actions. I was also appointed co-lead counsel by Judge Eduardo C. Robreno, in the Eastern District of Pennsylvania in MDL 1233, Advanta Credit Card Litigation.

Because most of the above matters have winded down, I have had the time to devote a significant portion of my practice in the last seven months to litigation against Merck arising out of Vioxx claims.

Specifically, my focus in this litigation is on behalf of third-party payors. I have been retained by the Attorney General to represent the State of Mississippi, Medicaid Division and all other state funded health care plans. I have also been retained by Health Care Service Corporation ("HCSC"), a mutual legal reserve company, which is the parent of Blue Cross/ Blue Shield of Texas, Blue Cross/ Blue Shield of Illinois, and Blue Cross/ Blue Shield of New Mexico. Additionally I, along with other law firms, have been retained to investigate potential Vioxx related claims by PacifiCare Health Systems, Inc., located in Cypress, California, one of the largest Health Maintenance Organizations in the United States. I along with others, have also been retained to represent Health Plus of Louisiana, a Shreveport, Louisiana based health insurer. The clients listed herein insure tens of millions of Americans, and likely tens of thousands of whom were prescribed Vioxx. Further, I am counsel to Jerry Melton in <u>Melton v. Merck</u> Civil Action No. 2:04-372, which is currently pending by transfer to the Eastern District of Louisiana. Finally,

when the Vioxx MDL was proposed, I moved for selection of the Eastern District of Louisiana.

I know and have worked with many of the lawyers submitting petitions to Your Honor to serve on the Plaintiffs' Steering Committee. I have the ability and desire to work hard and cooperatively with the group this Court appoints. I have the ability, time, and financial resources to aid the plaintiffs' efforts in this matter, and respectfully request appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

Richard A. Freese (AL Bar #99885)
(MS Bar # FR012)
Sweet & Freese, PLLC
2900 Hwy 280, Suite 240
Birmingham, AL 35223
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of March, 2005, I caused a true and correct copy of the above and foregoing document to be served by US mail on all counsel of record.

Richard A. Freese