FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 28 PM 3:34
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                     :     MDL NO. 1657
PRODUCTS LIABILITY LITIGATION    :     SECTION: L
                                 :
                                 :     JUDGE FALLON
                                 :     MAG. JUDGE KNOWLES

## APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

This application is being submitted pursuant to Paragraph 16 of Pretrial Order # 1 (hereinafter PTO 1). Each of the criteria set forth therein and their applicability are discussed below.

*(A)  Professional Experience in this Type of Litigation*

My educational and professional experience has been varied, with each aspect, in my view, contributing to my ability to serve as a Plainitffs' Steering Committee (PSC) member. After I graduated from the Louisiana State University, Paul M. Hebert Law Center (LSU Law Center), with honors, including Order of the Coif, in 1981, I clerked for the then Chief Judge of this District, Judge Frederick J. R. Heebe. Thereafter, I practiced for two (2) years when I was contacted by the LSU Law Center and asked to join its faculty, beginning in the fall of 1984. During my time at LSU, I took leave for one year and took up residence at Columbia University School of Law, where I also earned an LL.M. in 1987. I remained a full-time faculty member until January, 1994 and still teach as an adjunct faculty member.

In 1994, I left my tenured faculty position and joined the firm of Simien & Simien, L.L.C., where I have been blessed with the opportunity to work on many cases involving complex litigation. Most pertinent to the current litigation, I am the lead counsel in our firm which has represented over approximately 3000 diet drug recipients with potential claims against Wyeth Pharmaceuticals. Our firm still represents nearly 200 matrix and over 500 opt out clients, and I am actively involved in both aspects

Fee____
Process____
X  Dktd____
___ CtRmDep____
___ Doc. No____

of this litigation. In addition, I serve as lead counsel for our firm in representing approximately 200 Baycol consumers in their claims against Bayer Pharmaceuticals. Finally, I am lead counsel for our firm in representing numerous persons with potential Vioxx claims.

Outside of the context of pharmaceutical litigation, I have actively participated in several other cases involving mass claims and complex litigation. I serve as lead counsel for our firm in the recently settled *In Re Eunice Derailment Litigation*. Our firm represents over 200 claimants in that litigation. Other cases in which our firm has been involved and I have taken an active roll are: (a) *Sally Comeaux v. Condea Vista*, Docket # 95-6359, 14th Judicial District Court, a class action involving chemical pollution and related ground water contamination in Mossville, Louisiana. After a multi-day mediation, in which I was intimately involved, the matter settled for approximately forty-six million dollars. (b) *Richard Ieyoub obo State of Louisiana v. R.J. Reynolds, et al (The Tobacco Litigation)*, Docket # 98-6473, 14th Judicial District Court. I was lead counsel for our firm in this action, where the Attorneys General for forty-six of the States filed suit against the tobacco industry to recover the cost of providing medical care for smoking related illnesses and for other relief. This suit resulted in the record 206 billion dollar national settlement (present value) with Louisiana receiving 4.6 billion dollars (present value). (c) I have been actively involved in numerous other class action and mass joinder cases, which space limitations will not allow me to elaborate upon.

I have spoken professionally on a wide variety of topics. Some of my more pertinent presentations include "Summary Judgment, It's Not Just for the Defendants Any Longer" (Louisiana Trial Lawyers Association, Last Chance Seminar, New Orleans, Louisiana, 2003); "Special Issues in Cases Involving Catastrophic Injuries to Children," (Louisiana Trial Lawyers Association, CLE By The Hour, New Orleans, Louisiana, 2002); "A Day on Trial -- Advocacy for the New Millennium -- *Daubert and Foret* (Louisiana Judicial Council/National Bar Association, New Orleans, Louisiana, March, 2000); "Jury Selection" (LSU

Summer School For Lawyers, Baton Rouge, Louisiana, 1993 and Louisiana Judge's Conference, Lafayette, Louisiana, April, 1993); and "Evidence and Procedure" (Louisiana Judicial College, Evidence and Procedure, New Orleans, Louisiana, February, 1992).

### (B)     *Ability to Work Cooperatively with Others*

The numerous committees and organizations on which I serve demonstrate my ability to work cooperatively with others  The most recent of these include the LTLA Council of Directors (2002-2003); LTLA Executive Committee (2001-2002); Chairman of Louisiana Trial Lawyers Toxic Tort Section (2002); Member, Louisiana Law Institute (2000-present); L.S.U. Law Center National Alumni Board (from inception to 2003). I also believe that those who have worked with me on various cases involving complex litigation would attest to my willingness and ability to work with others.

### (C)     *Willingness and Availability to Commit to a Time-Consuming Project*

In part, due to some of the successes discussed in Subsection (A), I am in a position to dedicate the time and resources necessary to this time-consuming project. My location in Baton Rouge, Louisiana is also a benefit as it would reduce the travel time needed to attend to affairs in New Orleans.

### *Other Relevant Matters*

As a Black member of the Louisiana Bar, I bring a diverse perspective to the litigation. At the same time, I have the experience consistent with the needs of the PSC and the demands that service will present.

Respectfully Submitted,

Eulis Simien, Jr., La. Bar Roll No. 12077
Simien & Simien, L.L.C.
Attorneys & Counselors at Law
8923 Bluebonnet Blvd., Suite 200
Baton Rouge, Louisiana 70810
(225) 769-8422; (225) 769-9432 (fax)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :     MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
                                              :     SECTION: L
                                              :
                                              :     JUDGE FALLON
                                              :     MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## CERTIFICATE OF SERVICE TO PANEL ATTORNEY SERVICE LIST

Now into Court comes undersigned attorney who certifies that he has served the enclosed Application for Appointment to Plaintiffs' Steering Committee on all attorneys listed on the Panel Attorney Service List by placing the same in a properly addressed, postage pre-paid envelope to the following:

Scott T. Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, Texas 77019

Americsourcebergen
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

Richard J. Arsenault
Neblett Beard & Arsenault
P. O. Box 1190
Alexandria, Louisiana 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, Florida 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, Texas 75702

Steven C. Barkley
3560 Delaware
Suite 305
Beaumont, Texas 77706

David A. Barrett
Boles, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

Bradley Douglas Becnel
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy, Suite B
Laplace, LA 70068

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084-2095

Brunswig Bergen
P. O. Box 959
Valley Forge, PA 19482

William C. Berger
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Andy D. Birchfield, Jr.
Beasley, Allen, Crow,
Methvien, Portis & Miles
P. O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Reshonda L. Bradford
Singleton Law Firm
4050 Linwood Avenue
Shreveport, Louisiana 71108

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113

Virginia M. Buchanan
Levin, Papatonion, Thomas, Mitchell
316 South Baylen Street, Suite 600
P. O. Box 12308
Pensacola, Florida 32501

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Batter Street, 30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Raymond S. Carroll
Law Offices of Weiner, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY 10954

Joseph R. Colingo
Williams, Heidelberg, et al
P. O. Box 1407
711 Deimas Avenue
Pascagoula, MS 39568-1407

Ernest Cory
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P. O. Box 12005
Jackson, MS 39236-2005

Richard E. Crum
Cobb, Shealy, Crum & Derrick, P.A.
P. O. Box 6346
Dothan, AL 36302-6346

John Michael D'Amato, Jr.
Russo, Scamardella, & D'Amato, PC
1010 Forest Avenue
Staten Island, NY 10310

Eric C. Deters
Eric C. Deters & Associates PSC
5247 Madison Pike
Independence, KY 41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, Texas 75089

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, Texas 77583

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, SW
Denham Springs, LA 70726

Regional K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, Texas 77320

William B. Federman
Federman & Sherwood
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Ronald V. Fiesta
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, IL 60602

R. Allen Flowers
Flowers Law Cirm
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204

Richard A. Freese
Sweet & Freese, PLLC
P. O. Box 1178
Jackson, MS 39215

Michael T. Gallagher
Gallagher Law Firm PC
777 Walker Street, Suite 2500
Houston, Texas 77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Boulevard
Pasadena, CA 91105

Richardo A. Garcia
820 South Main
McAllen, Texas 78501

Mary Gibson
P. O. Box 400
St. Mary's, GA 31558

Ronald S. Goldster
Zimmerman Ree, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
Giano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Anthony C. Graffeo
Watson, Jimmerson, Givhan, et al
203 Greene Street
P. O. Box 18368
Huntsville, AL 35804

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 NE Loop 410
P. O. Box 795061
San Antonio, Texas 78216

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Jeffrey D. Guerriero
Guerriero & Guerriero
P. O. Box 4092
Monroe, LA 71211-4092

Lance A. Harke
Harke & Clasby
155 South Miami Avenue
Suite 600
Miami, FL 33130

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
Professional Corporation
P. O. Box 2888
210 South Carancahua
Corpus Christi, Texas 78403

David Hadden Hockema
Hockema, Tippit & Escobedo, LLP
1 Paseo Del Prado, Building 101
P. O. Box 720540
McAllen, TX 78504-0540

Robert M. Hodges
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. O. Box 6020
Ridgeland, MS 39158-6020

John F. Hughes
Wilkins, Stephens & Tipton
P. O. Box 13429
Jackson, MS 39236-3429

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL 62025

Dennis J. Johnson
Johnson & Parkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts L. L. P.
One Shell Plaza
910 Louisiana Street
Suite 300
Houston, TX 77002-9934

Melissa C. Katz
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Sharon L. Kegerreis
Hughes, Hubbard & Reed, L. L. P.
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

Eric R. Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Norman C. Kleinberg
Hughes, Hubbard & Reed, L. L. P.
One Battery Park Plaza
New York, NY 10004

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Timothy M. Kolman
Timothy M. Kolman and Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Joel C. Lamp
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S. W. 8th Street
Bentonville, AR 72716-0215

John W. Land
Bryan, Nelson, Randolph & Weathers
P. O. Drawer 18109
Hattiesburg, MS 39404-8109

Mark W. Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P. O. Box 907
Tupelo, MS 38802

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, P. A.
2350 South Dixie Highway
Miami, FL 33133

Arnold Levin
Levin Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, L. L. P.
1111 Bagby
Suite 2200
Houston, TX 77002

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Richard A. Lockridge
Lockridge, Grindal & Nauen P. L. L. P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P. O. Drawer 1000
Clarksdale, MS 38614-1000

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

David P. Matthews
Abraham, Watkins, Nichols, Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
Humphrey, Farrington, & McClain, P. C.
221 West Lexington
Suite 400
Independence, MO 64050

Leray J. McNamara
Copeland, Cook, Taylor & Bush, P. A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P. O. Box 6020
Ridgeland, MS 39158-6020

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Charles M. Merkel
Merkel & Cocke
P. O. Box 1388
Clarksdale, MS 38614-1388

Kirk S. Milam
Hickman, Goza & Spragins, P. L. L. C.
P. O. Drawer 668
Oxford, MS 38655-0668

Allen Scott Milavetz
Milavetz, Gallop & Milavetz
6500 France Avenue, South
Edma, MN 55435

Mason L. Miller
Getty & Mayo, P. L. L. C.
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Daniel Minor
1032 Cardinal Drive
Waco, TX 76712

Steven R. Minor
Elliot, Lawson & Minor, P. C.
P. O. Box 8400
Bristol, VA 24203-8400

Michael H. Moiriano
Nisen & Elliot
200 West Adams Street
Suite 2500
Chicago, IL 60606

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA 91208

Edwin T. Mulhern
Huwel & Mulhem
11 New Hyde Park Road
Frank Square, NY 11010

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Dianne M. Nast
Roda & Nast, P. C.
801 Estelle Drive
Lancaster, PA 17601

Eugene R.. Naylor
Wise, Carter, Child & Carraway
600 Heritage Building
401 East Capitol Street
P. O. Box 651
Jackson, MS 39205-0651

Richard F. O'Malley
Sidley, Austin, Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Boulevard
Suite 201
Valencia, CA 91355

Thomas Jackson Pearson
Pearson & Campbell, P. C.
2394 Calder Avenue
Beaumont, TX 77702

Robert J. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P. O. Box 69
Shreveport, LA 71103

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlington, CA 94010

Geoffrey Edward Pope
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree NE
1600 the Peachtree
Atlanta, GA 30309-3269

Henry J. Price
Price, Potter, Jackson, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Eric M. Quetglas-Jordan
Quetglas Law Firm
P.O. Box 16606
San Juan, PR 00908-6606

William R. Robb
Aleshire, Robb, & Sivils, P.C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

John H. Ruiz
Law Office of John H. Ruiz
5040 N. W 7th Street
Suite 920
Miami, FL 33126

Scott Rynecki
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Paul R. M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Stuart E. Scott
Spangenberg, Shibley & Liber, L. L. P.
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Christopher A. Seegar
Seegar Wiess, L. L. P.
One William Street
10th Floor
New York, NY 10004-2502

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David Neil Smith
Nix, Patterson & Roach, L. L. P.
205 Linda Drive
Dangerfield, TX 75638

Deanna Dean Smith
Ebanks, Smith & Carlson L. L. P.
1401 McKinney
Suite 2500
Houston, TX 77010- 4034

Kathryn A. Snapka
Snapka, Turman & Waterhouse, L. L. P.
606 N. Carancuhua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Robert F. Stacy
Daniel, Cocker, Horton, & Bell
P. O. Box 1084
Jackson, MS 39215-1084

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Cassandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisti
Ashcroft & Gerel
2000 L. Street, NW
Suite 400
Washington, DC 20036

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Chris J. Walker
Markow Walker, P. A.
P.O. Box 13669
Jackson, MS 39236- 3669

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Leila H Watson
Cory, Watson, Crowder & DeGaris, P. C.
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35255-5972

Jennifer Fadal Weaver
1305 Fossel Ridge Trail
Waco, TX 76712

Richard J. Weiner
Law Offices of Richard J. Weiner, P. C.
119 Rockland Center
Suite 425
Nanuet, NY 10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

John K. Weston
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA 19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

James John Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL 34102

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue
12th Floor
New York, NY 10017-5563

Steven J. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite 4400
Dallas, TX 75201

Done this 28th day of March, 2004 at Baton Rouge, Louisiana.

_____
Eulis Simien, Jr.