THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ZENOBIA TAYLOR, | * | CIVIL ACTION |
| ALBERT NOEL, JR., | * | |
| IRMA ST. PIERRE, JUDE | * | NO. 05-0613 |
| ST. PIERRE, QUINCE | * | |
| PERRILLOUX, AARON | * | MDL NO. 1657 |
| LUMAR | * | |
| | * | SECTION L (3) |
| | * | |
| VERSUS | * | |
| | * | |
| MERCK & CO., INC. | * | JUDGE ELDON FALLON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### APPLICATION FOR APPOINTMENT TO PLAINTIFF'S STEERING COMMITTEE ON BEHALF OF PLAINTIFFS AND ALL THOSE SIMILARLY SITUATED

**NOW INTO COURT**, through the undersigned counsel, come the plaintiffs who, on behalf of themselves and all others similarly situated in this class action litigation, respectfully request that this Court recognize and appoint, Geri Broussard Baloney, to the Plaintiff's Steering Committee (hereinafter "PSC") to assist in the management, conduct, coordination and facilitation of motion practice, discovery, case management and all other matters related to the investigation and securing evidence, discovery as well as other matter regarding the prosecution of this mass joinder and/or as may be ordered by the Court from time to time or as may develop in the course of these proceedings for the following good cause shown:

I.

Geri Broussard Baloney is willing and available to commit the time and resources necessary to prosecute this litigation. She has professional experience in class action litigation having served on several plaintiff's steering committees. Broussard Baloney's cooperative spirit and ability to work well with her colleagues is evidenced by her nomination and appointment to serve as the only

1

female attorney on the executive committee and the only female/minority on the PSC for the Kaiser Class Action[1]. See resume attached.

II.

Plaintiffs have retained an attorney who is experienced in the prosecution of mass joinders, including mass disaster litigation. [2]

III.

If appointed to the PSC, Broussard Baloney will work tirelessly to accomplish all assignments and complete all required and/or assigned projects.

Respectfully submitted,

*Diane M Sweezer*
Diane M. Sweezer #28243
Geri Broussard Baloney #24012
100 Earl Baloney Street at River Rd.
Garyville, Louisiana 70051-0116
Telephone: (985) 535-2889; (800) 870-8604; Fax: (985) 535-2888

---

[1] *In Re Gramercy Plant Explosion at Kaiser*, 23rd Judicial District Court for the Parish of St. James, State of Louisiana, Master Docket No. 25975, Division D;

[2] *In the Matter of American River Transportation Co.*, United States District Court, Eastern District Of Louisiana, Civil Action No: 03-1864, Section "K"; *Reverend Clarence Crayton, Sr. et al. v. Marathon Ashland Petroleum, LLC*, United States District Court, Eastern District of Louisiana, Civil Action No. 03-741, Sec. K; *Keith Mathern, et al. v. Monsanto Company*, 29th Judicial District Court, Parish of St. Charles, State of Louisiana, Case No. 53,311 and consolidated cases, Division "C"; *Scioneaux v. Monsanto Co.*, 2001 WL 1104632, E.D.La., Sep 19, 2001;
*Charles D. Jones, et al. v. C.F. Industries, Inc.*, 23rd Judicial District Court, Parish of Ascension, State of Louisiana, Case No. 67328, Division C; *Tiffany Triche, et al. v. E.I. du Point de Nemours and Company*, 40th Judicial District Court, Parish of St. John the Baptist, State of Louisiana, Case No. 36790, Division A, 744 So.2d 632, 1999-1198 (La. 6/4/99), La., Jun 04, 1999; and 723 So.2d 968, 1998-2524 (La. 10/30/98), La., Oct 30, 1998; *In the Matter of American River Transportation Company, as owner and operator of the M/V Scarlett Gem, Official N. 551553, praying for exoneration from or limitation of liability*, 1997 WL 382055, E.D.La., Jul 08, 1997.
*Bridget Ann Price, et al. v. Kathy Bush, et al.*, Civil District Court, Parish of Orleans, State of Louisiana, Case No. 2002-7713, Division "C"; *Lester Peter Vicknair and Calvin Joseph Vicknair v. St. John the Baptist Parish, State of Louisiana, Department of Transportation and Development and The Kansas City Southern Railway Company*, 40th Judicial District Court, Parish of St. John the Baptist, State of Louisiana, Case No. 47824, Division "B; *Mildred Bolden, et al. v. Michael Rogers, et al.*, 40th Judicial District Court, Parish of St. John the Baptist, State of Louisiana, Case No. 36128, Division "C", c/w 37470; *Alvin Mason, et al. v. Kansas City Southern Railway Co., et al.*, 40th Judicial District Court, Parish of St. John the Baptist, State of Louisiana, Case No. 38787, Division B, 769 So.2d 1249, 00-208 (La.App. 5 Cir. 9/26/00), La.App. 5 Cir., Sep 26, 2000



# BROUSSARD BALONEY LAW FIRM, APC

## GOVERNMENT LIASON, TORT & CLASS ACTION

### GERI BROUSSARD BALONEY

Born New Orleans, Louisiana, December 14, 1959, admitted to bar, 1996, Louisiana Founded The Broussard Baloney Law Firm in 1996. Law Clerk, State of Louisiana, 40th Judicial District Court for the Parish of St. John the Baptist (1995-1996); Loyola University New Orleans School of Law (J.D., 1995); Southern University of New Orleans (B.A. Political Science, 1992); Marion Abrahmson Senior High School, New Orleans, Louisiana.

DESCRIPTION OF PRACTICE: Engaged in trial litigation, including class action, personal injury, labor relations, product liability, wrongful death, railroad litigation, toxic torts, public law, worker's compensation, construction contracts, real estate, and business acquisitions. Admitted to practice before the United States Court of Appeals Fifth Circuit, United States District Court for the Eastern District of Louisiana, United States District Court for the Western District of Louisiana, United States District Court for the Middle District of Louisiana, United States Bankruptcy Court, Louisiana Supreme Court and all Louisiana State Courts.

MEMBERSHIPS: American Bar Association, Association of Trial Lawyers of America, Louisiana State Bar Association, Louisiana Trial Lawyers Association, Louis A. Martinet Legal Society, Hispanic Bar Association, Capital Area Legal Services Corporation (Former Board Member), Court Appointed Special Advocates (CASA, Former Advisory Board Member), Pontchartrain Levee Board (Commissioner), Garyville Timbermill Museum, Board Member, New Orleans Hispanic Chamber of Commerce, River Region Chamber of Commerce; Alumni Board of Directors- Loyola University, New Orleans