FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 28   PM 4:02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  §   MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION  §
 §   SECTION L
THIS DOCUMENT RELATES TO ALL CASES  §   JUDGE FALLON
 §   MAG. JUDGE KNOWLES

MDL 1657

## NOTICE OF FILING APPLICATION FOR APPOINTMENT OF
## JOHN EDDIE WILLIAMS, JR. TO THE PLAINTIFF'S STEERING COMMITTEE

NOW COMES John Eddie Williams, Jr., Attorney at Law, who files the attached Application for Appointment to the Plaintiff's Steering Committee in the above-captioned matter.

Respectfully submitted,

**WILLIAMS ✦ BAILEY LAW FIRM, L.L.P**

By: _____
John Eddie Williams, Jr.
Texas Bar No. 21600300

8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been duly served upon counsel for all parties by United States Mail, postage prepaid and properly addressed, this 28 day of March, 2005.

_____
John Eddie Williams, Jr.

___ Fee_____
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____

C:\Documents and Settings\Martha\My Documents\JEW Vioxx Application.wpd

# APPLICATION FOR APPOINTMENT OF
# JOHN EDDIE WILLIAMS, JR. TO THE PLAINTIFFS' STEERING COMMITTEE

## I. BACKGROUND

The Texas Vioxx Litigation Consortium (the "Consortium") consists of five firms – Williams Bailey Law Firm, L.L.P, Provost Umphrey, Ranier, Gayle & Elliott, The Watts Firm, and The Kaiser Firm – that have collaborated to serve Plaintiffs in this matter. Our five firms have over 129 attorneys and over 455 support staff. The Consortium has 2,000+ Vioxx clients. These cases have been acquired from all regions of the country.

## II. AVAILABILITY FOR THE STEERING COMMITTEE

I have read and am familiar with the responsibilities delegated to the Plaintiffs' Steering Committee ("PSC") pursuant to Pretrial Order #1. I have made this Application after carefully considering my personal ability and availability to satisfy the Court's Order. I am fully aware what the work ahead entails and will make the commitment necessary to faithfully render my services available to the PSC. Additionally, I have at my disposal an experienced team of trial lawyers and support staff to assist me in administering the duties required as a PSC member.

I have allotted the time and resources necessary to develop, propose necessary schedules, issue all necessary discovery requests, motions, and subpoenas, execute, conduct and complete discovery on behalf of all plaintiffs. I have the staff and technology to maintain files of all pretrial matters. I am available for all hearings, negotiations, and settlement discussions on behalf of all Plaintiffs. I believe my reputation and career achievements – including obtaining a record $17 billion settlement on behalf of the State of Texas in the Tobacco Litigation – will allow me to provide leadership and wisdom to the PSC. The quality of the MDL work product is a direct result of the quality of the lawyers taking charge – lawyers who are not simply billing hours to justify a fee, but rather, lawyers who produce a superior work product.

## III. ABILITY TO WORK COOPERATIVELY WITH OTHERS

My service on behalf of the state of Texas in the aforementioned Tobacco litigation is illustrative of the caliber and level of commitment I personally give in large and complex mass tort cases. The entire case was trial ready only 20 months from its inception. I took a leading role in the litigation, and worked and cooperated closely with the other Plaintiff's firms involved. It is my belief that without this cooperative effort and the seamless team approach we adopted and employed, the settlement would not have been reached.

In addition, my firm is currently prosecuting roughly 6,500 individual cases in the Diet Drug litigation against Wyeth, and we work closely with Plaintiff's counsel from several other firms in a cooperative manner to ensure the best possible representation of our clients.

My cooperative efforts are further evidenced by my and my Firm's participation in the various state welding fume cases as well as federal cases in MDL 1535. The Texas Welding Fume Consortium, which consists of same five firms in the Texas Vioxx Consortium, also requires close cooperation of five (5) independent firms to ensure success. I am a member of the MDL Executive Committee.

Finally, I have a long history of cooperative efforts in the Asbestos Litigation for a period spanning at least 20 years. I feel my reputation is that of a cooperative and accessible person who is willing to dedicate a substantial amount of my personal and professional time for the purposes of liasoning with other counsel.

### IV. **PROFESSIONAL EXPERIENCE IN COMPLEX MASS TORT LITIGATION**

The following provides highlights of my personal experience in various mass tort cases.

- In the Tobacco Litigation, I personally worked with an extremely large team in close cooperation with the State of Texas in obtaining a $17 billion settlement. We dedicated substantial resources to this project, including purchasing and maintaining a stand-alone facility in Texarkana to serve as a document repository and headquarters.

- In the Diet Drug Litigation, my Firm and I handle roughly 6,500 individual cases, have deposed and presented for deposition literally thousands of plaintiffs, doctors, experts, and other witnesses, as well as successfully trying to verdict several cases in Philadelphia. I have personally tried one of these cases, and I remain closely involved in the day-to-day prosecution and strategy in the litigation against Wyeth.

- In the Welding Rod Litigation, my firm and I handle roughly over 5,000 individual cases against various defendants, and we have also been involved in intensive discovery. We recently tried a welder rod case in Brazoria County, Texas, that resulted in a mistrial.

- In the Asbestos Litigation, I have personally tried numerous cases to large verdicts, as well as personally negotiated settlements aggregating in the hundreds of millions of dollars.

- We are also involved in mass torts involving other products including Ephedra, vaccines containing Thimerosal, lead and benzene exposure, and are currently screening cases involving Celebrex and Bextra.

- I graduated first in my class from Baylor Law School and was Editor-in-Chief of the *Baylor Law Review*. I was Baylor Lawyer of the Year in 2002, and President of the Texas Trial Lawyers' Association in 2004.

- I am board certified in personal injury trial law, as are several other lawyers in my Firm.

- Both I, personally, and my Firm have the economic resources necessary to prosecute the Vioxx cases, as well as serve on the PSC.

## V. SUMMARY

I fully understand the heavy responsibility that serving on the PSC will entail, and I do not undertake to make this application lightly. I would be honored to serve on the PSC, and will commit all necessary resources to ensuring I faithfully discharge my duties as a member of the PSC. I believe my extensive experience in mass tort cases in a cooperative fashion speaks for itself, and supports my belief I am well qualified to serve. I thank the Court for considering my application.

John Eddie Williams, Jr.

C:\Documents and Settings\Martha\My Documents\JEW Vioxx Application.wpd