FILED
U.S. DISTRICT COURT
EAST DISTRICT OF LA
MAR 28  PM 2:32
LORETTA G. WHYTE
CLERK

# AMEDEE & HATCH*

*ATTORNEYS AT LAW*
**2400 VETERANS MEMORIAL BOULEVARD**
**XEROX CENTRE, SUITE 360**
**KENNER, LOUISIANA 70062-8732**
*NOT A PARTNERSHIP*

*Telephone: 504-712-1300*
*Facsimile: 504-712-1375*
*E-Mail: Ramedeejr@AOL.com*

*ROY F. AMEDEE, JR.**
*JAMES A. HATCH*

March 28, 2005

*NOTARIES PUBLIC*
_____
* *MASTER OF LAWS*
*ENERGY AND ENVIRONMENT*

# BY HAND DELIVERY

Honorable Loretta G. Whyte
United States District Court
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

    In Re:  Vioxx Products Liability Litigation
          MDL 1657

          Jonathan Davis vs. Merck & Co., Inc.
          No. 05-0678, USDC Eastern District of Louisiana

Dear Ms. Whyte:

      Please add my name and address to the service panel list in the above captioned litigation. I am attorney of record in the Jonathan Davis vs. Merck & Co., Inc., No. 05-0678, USDC Eastern District of Louisiana case.

      With kindest regards, I am

                Very truly yours,

                Roy F. Amedee, Jr.

RFA,Jr./nb

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____