

# GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

12 Wolf Creek Drive
Suite 100
Belleville (Swansea), IL 62226

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

Mr. Duckels' Direct Dial
(314) 345-4728
(314) 241-4245 (fax)
rld@greensfelder.com



March 23, 2005

Clerk of the U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **Re:   MDL-1657**

Dear Sir/Madam:

I would like to request that our firm be removed from the certificate of service on the above referenced MDL.

If you have any questions, please contact me.

          Sincerely,

          GREENSFELDER, HEMKER & GALE, P.C.

          By      _/s/ Robert L. Duckels_
                Robert L. Duckels

RLD/ecc

786852

\_\_\_ Fee\_\_\_\_
\_\_\_ Process\_\_\_\_
_X_ Dktd\_\_\_\_
\_\_\_ CtRmDep\_\_\_\_
\_\_\_ Doc. No.\_\_\_\_