**MINUTE ENTRY**
**FALLON, J.**
**MARCH 18, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L (3)
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

The initial pretrial conference was held on this date by Judge Eldon E. Fallon. The Court first met with Plaintiffs' Liaison Counsel (PLC) and Defendants' Liaison Counsel (DLC) to discuss agenda items for the pretrial conference. Present at the Liaison Counsel meeting were Russ Herman and Leonard Davis for the Plaintiffs and Phillip Wittman and Anthony DiLeo for the Defendants. A list of those individuals present at the initial pretrial conference is attached. At the conference, counsel reported to the Court on the topics set forth in Joint Report No. 1 of Plaintiffs' and Defendants' Liaison Counsel. This conference was transcribed by Karen Ibos, Official Court Reporter. Counsel may contact Karen Ibos at (504) 589-7776 to request a copy of the transcript. A summary of the initial pretrial conference follows.

    I.    <u>Service List of Counsel/Lexis-Nexis Electronic Service Application</u>

PLC and DLC met with LexisNexis (which has acquired Verilaw Technologies, Inc.) to discuss cost, security, work product, and privacy issues, master service list and other items relating to electronic service. PLC and DLC have agreed that a service list of counsel in MDL

___ Fee___
X / Dktd___
✓ CtRmDep___
___ Doc. No.___

JS-10: 1 : 48

1657 will be prepared by DLC and provided to PLC on an ongoing monthly basis. While PLC and DLC await further information from LexisNexis regarding cost for implementation, costs on an ongoing basis, and the time frame for setup, LexisNexis has agreed to waive the first-time registration fee and to reduce the filing fee.

II.     Trial Settings

DLC has agreed to provide a master list of all Vioxx lawsuits that are set for trial, which list shall contain the name of the parties, the court identification, docket number and an identification of all counsel of record. DLC reported that there are currently eleven (11) Vioxx lawsuits set for trial in various state courts. The Court indicated that it will put forth an effort to coordinate the pretrial process in MDL 1657 with state court judges handling Vioxx cases, to the extent possible.

III.    Plaintiffs' Steering Committee

The Court advised counsel of the time and energy that shall be required of counsel appointed to the Plaintiffs' Steering Committee (PSC). The Court further advised Counsel that any agreements made between PSC members and other parties to leave the PSC once appointed will not be honored by the Court and sanctions may be imposed. The Court also instructed applicants for the PSC to focus the Court on any area of expertise that the applicant may have. Those applicants who have already submitted applications may file a brief supplement to his/her application indicating his/her area of expertise.

IV.     Defendants' Steering Committee

IT IS ORDERED that no later than April 8, 2005, DLC shall provide to the Court the names of counsel who DLC recommends be appointed Defendants' Steering Committee (DSC).

V.  Master Complaint(s) and Master Answer(s)

PLC and DLC have agreed to report to the Court, following the formation of the PSC and DSC, whether a Master Complaint of Master Complaints will be drafted.

VI.  Tolling Agreement

PLC and DLC had discussed the applicability of a master Tolling Agreement to be used in MDL 1657. DLC expressed that the Defendants have some concern regarding tolling agreements, but indicated that the Defendant is still open to the possibility of a master Tolling Agreement. PLC reserved comment on tolling agreements until the PSC has been formed. The Court advised counsel that tolling agreements will not be preventative of discovery. PLC and DLC will continue to meet and confer in this issue.

VII.  Deposition Guidelines

PLC and DLC have met and conferred to discuss an initial protocol for the taking of depositions in MDL 1657. PLC indicated that he will not be able to agree to all of DLC's suggested depositions guidelines until the PSC has been formed. The Court advised PLC and DLC that there are certain procedural aspects of the deposition guidelines that can be agreed to by PLC and DLC before a PSC or DSC has been established. The Court will meet with Liaison Counsel with a view toward fashioning deposition guidelines before the next monthly meeting.

Further, DLC has agreed to provide to PLC, at plaintiffs' cost, copies of all depositions so that PLC can maintain copies in a depository.

VIII.  Plaintiffs' Document Depository

PLC reported that, to date, Merk has produced, in various state and federal Vioxx litigation throughout the country, between seven (7) million and eight (8) million pages of

documents that are Bates numbered. Virtually all documents have been produced electronically and are fully searchable. PLC is in communication with DLC so that these documents can be made available to PLC and an electronic depository can be established that will be available to all plaintiffs' counsel in MDL 1657. The Court suggested to counsel that a common depository with common numbers be established. DLC advised the Court that, due to the fact that the Defendants already have a separate document depository, he does not anticipate the creation of a joint depository.

IX. <u>Plaintiff Profile Form</u>

DLC has provided to PLC a proposed Plaintiff Profile Form (PPF). PLC indicated that certain plaintiffs' counsel have expressed objections to a burdensome and/or overly intrusive PPF. Consequently, PLC feels that the parties may need assistance from the Court in finalizing a PPF. Further discussions regarding a PPF, together with medical authorizations and HIPAA related issues, will occur following the creation of the PSC.

The Court advised counsel that, after a reasonable amount of time has elapsed, those parties who have not completed the PPF may be dismissed from MDL 1657 with prejudice.

X. <u>Plaintiff Time and Billing Guidelines</u>

PLC is preparing time and billing guidelines to be submitted to the Court for consideration. In connection with the creation of such guidelines, PLC has had communications with certified public accountants who are independent from the firms involved in this litigation. The Court explained that it will want to receive forms indicating plaintiffs' counsel's time and expenditures every two months. The Court will treat this information as plaintiffs' counsel's work product and will not disclose that information to any other parties. PLC indicated that

counsel working on committees formed by the PSC will also submit time and billing information.

XI. <u>Position Papers</u>

PLC and DLC each submitted to the Court his respective position paper on March 11, 2005, pursuant to Pretrial Order #2. The Court advised counsel that either side can supplement their position paper in the future as necessary.

XII. <u>Third-Party Payor Claims/Defendants Other than Merk</u>

The Court indicated that it has been made aware of various claims asserted by third-party payors and non-tort claims asserted by consumers. Several counsel reported to the Court concerning the number of third-party payor claims and consumer claims that have been filed thus far and suggested to the Court methods of handling the various categories of claims. The Court advised counsel that it will not allow double discovery in this matter and, further, that only one PSC will be created. The Court explained that the various groups of claims will be represented on the PSC. The Court also indicated that it has not yet decided whether class certification will be handled by this Court.

XIII. <u>Next Status Conference</u>

The next pretrial status conference shall be held on Thursday, April 28, 2005, at 9:00 a.m. in the <u>Courtroom of Judge Eldon E. Fallon</u>.

Attachment

1

```
 1         UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2  ****************************************************

 3
    IN RE:  VIOXX PRODUCTS           MDL No. 1657
 4  LIABILITY LITIGATION             Section: "L"
                    New Orleans, Louisiana
 5                  Friday, March 18, 2005

 6
    ****************************************************
 7

 8         INITIAL PRETRIAL CONFERENCE PROCEEDINGS
        HEARD BEFORE THE HONORABLE ELDON E. FALLON
 9              UNITED STATES DISTRICT JUDGE

10

11  APPEARANCES:

12  FOR THE PLAINTIFFS
    LIAISON COMMITTEE:        HERMAN, HERMAN, KATZ & COTLAR
13             BY:  RUSS M. HERMAN, ESQ.
                    LEONARD A. DAVIS, ESQ.
14                820 O'Keefe Avenue
                  New Orleans, LA 70113
15

16               SEEGER WEISS LLP
                 BY:  CHRISTOPHER A. SEEGER, ESQ.
17                    DAVID R. BUCHANAN, ESQ.
                 One William Street
18               New York, NY 10004

19
                 LEVIN, FISHBEIN, DEDRAN & BERMAN
20               BY:  ARNOLD LEVIN, ESQ.
                 510 Walnut Street, Suite 500
21               Philadelphia, PA 19106-3697

22
                 BEASLEY, ALLEN, CROW, METHVIN,
23                PORTIS & MILES
                 BY: ANDY D. BIRCHFIELD, JR., ESQ.
24                218 Commerce Street
                 Montgomery, AB 36104
25
```

```
 1  FOR THE DEFENDANTS
    LIAISON COMMITTEE:        STONE, PIGMAN, WALTHER, WITTMANN
 2                    BY:  PHILLIP A. WITTMANN, ESQ.
                           ANTHONY M. DiLEO, ESQ.
 3                    546 Carondelet Street
                      New Orleans, LA 70130
 4

 5                    O'MELVENY & MYERS
                      BY:  JOHN H. BEISNER, ESQ.
 6                    1625 Eye Street, N.W.
                      Washington, D.C. 20006
 7
                      HUGHES HUBBARD & REED, LLP
 8                    BY:  THEODORE V.H. MAYER, ESQ.
                      One Battery Park Plaza
 9                    New York, NY 10004-1482

10
                      WILLIAMS & CONNOLLY
11                    BY:  DOUGLAS R. MARVIN, ESQ.
                      725 12th Street, N.W.
12                    Washington, D.C. 20005

13

14  ATTORNEYS:

15   Joey Langston          Langston Law Firm

16   Dianne Nast            RodaNast, P.C.
     Erin Burns
17
     Will Kemp              Harrison, Kemp & Jones
18
     Pat Morrow             Morrow, Morrow, Ryan & Bassett
19
     Sara J. Gourley        Sidley, Austin, Brown & Wood
20
     H. Blair Hahn          Richardson Patrick Law Firm
21
     Leonard V. Fodera      Silverman & Fodera
22
     Eduardo L. Morales     Plunkett & Gibson, Inc.
23
     Val P. Exnicios        Liska, Exnicios & Nungesser
24   Amy Fontenot

25   Harold J. Lamy         Barker Boudreaux Lamy Foley
```

3

| | | |
|---|---|---|
| 1 | Rachel Jensen | Lerach Couglhlin Stoia Geller |
| 2 | Frank J. Janecek, Jr. | Rudman & Robbins |
| 3 | Gerald Meunier | Gainsburgh, Benjamin |
| 4 | Joseph Jevic | St. Martin & Williams |
| 5 | Calvin Fayard | Fayard Honeycutt |
| 6 | Stephen B. Murray, Sr. | Murray Law Firm |
| | Robert Diliberto | |
| 7 | Kenneth B. Moll | Kenneth B. Moll & Associates |
| 8 | Pamela G. Sotoodeh | |
| 9 | Jack W. Harang | Law Office of Jack W. Harang |
| 10 | Michael Hingle | Michael Hingle & Associates |
| 11 | Salvador Longoria | Gaudin & Longoria |
| 12 | John D. Sileo | Allan Berger & Associates |
| 13 | Eulis Simien | Simien & Simien |
| 14 | Michael J. Ryan | Krupnick Campbell |
| 15 | Tom Kline | Kline & Specter |
| 16 | Eberhard Garrison | Jones, Verras & Freiberg |
| | Lynn Swanson | |
| 17 | Scott Levensten | Beasley Law Firm |
| 18 | Woody Falgoust | |
| 19 | Callis L. Childs | Callis L. Childs, P.A. |
| 20 | Brian K. Balser | Brian K. Balser Co., LPA |
| 21 | Elizabeth Dudley | Hutton & Hutton |
| 22 | Price Ainsworth | Law Office of Price Ainsworth |
| 23 | Scott Allen | Cruse, Scott, Henderson & Allen |
| 24 | Dawn Barrios | Barrios, Kingsdorf & Casteix |
| 25 | Richard Arsenault | Neblett, Beard & Arsenault |

4

| | | |
|---|---|---|
| 1 | Ben Barnow | Barnow & Associates |
| 2 | | |
| | Elizabeth Cabraser | Lieff Cabraser Heimann & |
| 3 | | Bernstein |
| 4 | Charles W. Cohen | Hughes Hubbard & Reed |
| | Kent Jarrell | |
| 5 | Theodore V.H. Mayer | |
| 6 | James F. Corway, III | Johnson & Perkins |
| 7 | Peter W. Burg | Burg Simpson Eldredge |
| | Michael Burg | Hersh & Jardine |
| 8 | | |
| 9 | Blake Bailey | Bailey Law Firm |
| 10 | John A. Childers | Johnson & Bell |
| 11 | Daniel E. Becnel, Jr. | Law Office of Daniel Becnel, Jr. |
| | Bradley D. Becnel | |
| 12 | Matt Moreland | |
| | Daila Sanderson | |
| 13 | | |
| | Raul R. Bencomo | Bencomo & Associates |
| 14 | | |
| | Thomas P. Anzelmo | McCranie Sistrunk Anzelmo |
| 15 | | |
| | Bryan F. Aylstock | Aylstock Witkin & Sasser |
| 16 | Justin Witkin | |
| 17 | John W. (Don) Barrett | Barrett Law Office |
| 18 | Salvadore Christina | Law Office of Salvadore Christina |
| 19 | Geri Broussard Baldney | Broussard Bradney Law Firm |
| 20 | Allan Berger | Allan Berger & Associates |
| 21 | James R. Dugan, II | Dugan & Browne |
| 22 | Vance Andrus | Andrus Boudreaux |
| 23 | Leslie J. Bryan | Doffermyre Shields Canfield |
| | | Knowles & Devine |
| 24 | | |
| | Benjamin R. Barnett | Dechert LLP |
| 25 | | |
| | John K. Weston | Sacks & Weston |

5

| | | |
|---|---|---|
| 1 | Walter J. Leger | Leger & Mestayer |
| 2 | Christine DeSue | |
| 3 | John Andry | Andry Law Firm |
| 4 | Stephen Burrow | Williams Heidelberg |
| 5 | Margaret Branch | Branch Law Firm |
| | Turmen W. Branch | |
| 6 | Richard A. Sandoval | |
| 7 | Stephen F. Dryden | Robinson, Grayson & Dryden |
| 8 | Eric C. Conn | Eric C. Conn, PSC |
| 9 | Ike Gulas | Cochran Firm |
| 10 | Walter J. Leger | Leger & Mestayer |
| 11 | Walter C. Dumas | Dumas & Associates |
| 12 | John Norris | Davis & Norris |
| 13 | Frank Janecek, Jr. | Lerch, Coughlin, Stora, Geller Ridman & Robbins |
| 14 | Jose Escobedo | Hockema, Tippit & Escobedo |
| 15 | Barbara Hart | Goddkind Labaton, LLP |
| 16 | Avram C. Herman | |
| 17 | Carlene Rhodes Lewis | Goforth Lewis Sanford, LLP |
| 18 | Shelly Sanford | |
| 19 | William R. Kane | Miller Faucher & Cafferty, LLP |
| 20 | Lee Howell | Copeland Cook Taylor & Bush, PA |
| 21 | Amy DeBrota | Price Waicukauski Riley & DeBrota |
| | William N. Riley | |
| 22 | J. Franklin Long | Law Office of J. Franklin Long |
| 23 | Joseph L. McNamara | Copeland Cook Taylor & Bush |
| 24 | Maura Kolb | The Lanier Law Firm |
| 25 | Michael Landon | Douglas & Landon |

6

| | | |
|---|---|---|
| 1 | Tina B. Nieves | Gancedo & Nieves, LLP |
| 2 | Grant Kaiser | The Kaiser Firm |
| 3 | Mark Hodges | Wise Carter Attorneys |
| 4 | Carroll H. Ingram | Ingram & Associates |
| 5 | Shelby Kirk Milam | Hickman Goza & Spragins |
| 6 | Andy McCullough | Markow Walker |
| 7 | Richard Laminack | O'Quinn, Laminack & Pirtle, LLP |
| 8 | Buffy K. Martines | |
| 9 | Dennis Johnson | Johnson & Perkinson |
| 10 | Jason Myrk | Parker & Waichman |
| 11 | Charles Merkel, III | Merkel & Cocke |
| 12 | Tobias Millrood | Schiffrin & Barroway |
| 13 | Jerry Kristal | Weitz & Luxenberg |
| 14 | Nancy A. Mismash | DeBry & Associates |
| 15 | Kevin P. Klibert | Law Offices of Kevin Klibert |
| 16 | Allan Kanner | Allan Kanner & Associates |
| 17 | David Lietz | Coale Cooley Lietz, PC |
| 18 | Bradley D. Honnold | Goza & Honnold, LLC |
| 19 | Lewis Kahn | Kahn Gauthier Law Group, LLC |
| 20 | Joey K. James | Bunch & James |
| 21 | John R. Climaco | Climaco Lefkowitz |
| 22 | J. Burton LeBlanc | LeBlanc & Waddell |
| 23 | Peter Connick | Connick & Connick, LLC |
| 24 | Matt Lundy | Lundy & Davis |
| 25 | Jonathon Shub | Sheller, Ludwig & Badey |

7

| | | |
|---|---|---|
| 1 | Ronnie Penton | Law Office of Ronnie Penton |
| 2 | Lionel Sutton, III | Sutton Law Firm |
| 3 | Charles O'Brien | Blue Cross of Louisiana |
| 4 | Robert S. Schwartz | Ballon Stoll Bader & Nadler |
| 5 | T. Taylor Townsend | Kelly, Townsend & Thomas |
| 6 | Christine B. Tatum | Daniel Coker Horton & Bell |
| 7 | Charles S. Zimmerman | Zimmerman Reed |
| 8 | Sol Weiss | Anapol Schwartz |
| 9 | Robert H. Schmolke | Robert H. Schmolke, APLC |
| 10 | Conrad Williams, III | St. Martin & Williams |
| 11 | Mark Zamora | P.C. Parker & Associates |
| 12 | Eric Quetglas | Quetglas Law Office |
| 13 | Daila Sanderson | |
| 14 | Bob F. Wright | Domengeaux Wright Roy & Edwards |
| 15 | Richard J. Plezia | Abraham Watkins Nichols Sorrels Matthews & Friend |
| | Jason B. Ostram | |
| 16 | Jason C. Webster | |
| 17 | Rick Stanley | Stanley, Flanagan & Reuter, LLC |
| 18 | Robert L. Salim | |
| 19 | Ellen Presby | Baron & Budd |
| 20 | Jeffrey Robinson | Robinson & Sheen, SLC |
| 21 | Drew Ranier | Ranier Gayle Elliot |
| 22 | Edward J. Parr, Jr. | Ury & Moskow |
| 23 | Mark P. Robinson, Jr. | Robinson, Calcagnie & Robinson |
| 24 | D'Juana Parks | Provost & Umphrey Law Firm, LLP |
| | Matthew R. Willis | |
| 25 | W. James Singleton | The Singleton Law Firm |

8

| | | |
|---|---|---|
| 1 | Michelle A. Parfit | |
| 2 | Arthur Sherman | Sherman, Salkow & Hewkirk |
| 3 | Robert E. Piper | Piper & Associates |
| 4 | Douglas Plymale | Dugan & Browne |
| 5 | Kathryn Snapka | Snapka Turman & Waterhouse |
| 6 | Robert A. Schwartz | Bailey Galyen & Gold |
| 7 | Tara D. Sutton | Robins, Kaplan, Miller & Ciresi |
| 8 | Roberta B. Walburn | |
| 9 | Thomas M. Sobol | Hagens Berman Sobol Shapiro |
| 10 | Chris J. Walker | Markow, Walker |
| 11 | Donni E. Young | Brent Coon & Associates |
| 12 | John E. Williams | Williams Bailey |
| 13 | Quentin F. Urquhart | Irwin, Fritchie, Urquhart & Moore |
| 14 | Russell Thornton | Stinnett Thiebaud & Remington |
| 15 | Christopher V. Tisi | Ashcraft & Gerel |
| 16 | Sheila M. Bossier | |
| 17 | Joseph M. Bruno | Bruno & Bruno |
| 18 | Michael T. Bell | Fields Law Firm |
| 19 | Louis Clayton Burgess | |
| 20 | Frank C. Dudenhefer, Jr. | |
| 21 | Mindy L. Coleman | Law Office of Mindy L. Coleman |
| 22 | Jay Stroble | Watkins Eager |
| 23 | Soren Gisleson | Herman, Herman, Katz & Cotlar |
| 24 | Richard Kopelman | Orlando & Kopelman |
| 25 | R. Larry Morris | Levin, Papantonio |

9

1  Troy Rafferty

2  Summer Bishop           The Spence Law Firm

3  Deborah M. Sulzer       Gauthier, Houghtaling, Williams & Sulzer

4

   Richard Freese          Sweet & Freese
5
   Patrick W. Pendley      Pendley Law Firm
6

7

8

9
   PRESS APPEARANCES:
10
   Theresa Agovino         Associated Press
11
   Michael Depp            Reuters
12
   John Pope               Times-Picayune
13

14

15

16
   INTERESTED PARTIES APPEARANCES:
17
   Michelle R. Hithorn     Eric C. Conn Law Complex
18 Jeanna Newsome           Paralegals

19  Julien Tatum           Husband

20  Matt Livingston        Duncan Courington & Rydberg Paralegal
21
   Jeff Childress          Lifeline Consultants
22
   Heather Hughes          RLS Legal Solutions
23  Wendy Hill

24  Michael Orey           Ziff Brothers

25  John Chaillot          Stone Pigman
    Catherine Molony

10

```
 1
    Gary Cosgrove          Omni Litigation Support
 2
    Regina Westenfeld       Herman, Herman, Katz & Cotlar
 3                  Paralegal

 4  Peter Buckley          Lexis/Nexis

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```