FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 24  PM 4: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANET VICKNAIR | * | CIVIL ACTION MDL 1657 c/w |
| VS. | * | NUMBER: 05-0643 |
| MERCK & CO., INC. | * | SECTION: L |
| | * | MAGISTRATE: 3 |

FILED:_____    _____
                                                      DEPUTY CLERK

MOTION TO ENROLL AS COUNSEL OF RECORD

Now into court, through undersigned counsel, comes Michael Hingle of Michael Hingle & Associates, Inc., and upon suggesting to the Court that he wishes to enroll as additional trial counsel for plaintiff;

Considering the foregoing,

IT IS ORDERED that Michael Hingle be enrolled as additional trial counsel of record for plaintiff in this matter.

New Orleans, Louisiana this 29 day of March, 2005.

_____
JUDGE

___ Fee_____
_X_ Process_____
___ Dktd_____
_√_ CtRmDep_____
___ Doc. No _____

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
Michael Hingle, T.A. #6943
For the Firm
220 Gause Blvd.
P. O. Box 1129
Slidell, Louisiana 70459
Telephone: (985) 641-6800
Facsimile: (985) 646-1471

CERTIFICATE OF SERVICE

I certify that I have on this __24__ day of __March__, 2005 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____