FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 24  PM 4: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY ARANDA | * | CIVIL ACTION  MDL 1657 clw |
| VS. | * | NUMBER: 05-0663 |
| MERCK & CO., INC. | * | SECTION: L |
| | * | MAGISTRATE: 3 |

FILED:_____                    _____
                                                                              DEPUTY CLERK

## MOTION TO ENROLL AS COUNSEL OF RECORD

Now into court, through undersigned counsel, comes Michael Hingle of Michael Hingle & Associates, Inc., and upon suggesting to the Court that he wishes to enroll as additional trial counsel for plaintiff;

Considering the foregoing,

IT IS ORDERED that Michael Hingle be enrolled as additional trial counsel of record for plaintiff in this matter.

New Orleans, Louisiana this 29 day of March, 2005.

_____
JUDGE

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc No_____

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
Michael Hingle, T.A. #6943
For the Firm
220 Gause Blvd.
P. O. Box 1129
Slidell, Louisiana 70459
Telephone: (985) 641-6800
Facsimile: (985) 646-1471

## CERTIFICATE OF SERVICE

I certify that I have on this ___24___ day of __March__, 2005 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____