FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 24  PM 4: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YOLANDA DAVIS | * | CIVIL ACTION MDL 1657 c/w |
| VS. | * | NUMBER: 05-0669 |
| MERCK & CO., INC. | * | SECTION: L |
| | * | MAGISTRATE: 3 |

FILED:_____          _____
                                                                                    DEPUTY CLERK

## MOTION TO ENROLL AS COUNSEL OF RECORD

Now into court, through undersigned counsel, comes Michael Hingle of Michael Hingle & Associates, Inc., and upon suggesting to the Court that he wishes to enroll as additional trial counsel for plaintiff;

Considering the foregoing,

IT IS ORDERED that Michael Hingle be enrolled as additional trial counsel of record for plaintiff in this matter.

New Orleans, Louisiana this __29__ day of __March__, 2005.

_____
JUDGE

___ Fee_____
_X_ Process____
___ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
Michael Hingle, T.A. #6943
For the Firm
220 Gause Blvd.
P. O. Box 1129
Slidell, Louisiana 70459
Telephone: (985) 641-6800
Facsimile: (985) 646-1471

## CERTIFICATE OF SERVICE

I certify that I have on this ___24___ day of ___march___, ___2005___ served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____