FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 24  AM 10: 54

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO.: 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO** *CALVIN WARREN AND JESSICA WARREN VS. MERCK & CO., INC.,* **CIVIL ACTION NO. 3:04-CV-02110-RGJ-JDK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA**   Ref: 05-471

### MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in conditionally transferred case *Calvin Warren and Jessica Warren vs. Merck & Co., Inc.,* Civil Action No. 3:04-CV-02110-RGJ-JDK, United States District Court, Western District of Louisiana, who hereby move that Walter J. Leger, Jr. be enrolled as additional counsel of record on behalf of plaintiffs, Calvin Warren and Jessica Warren.

New Orleans, Louisiana this _____ day of March, 2005.

```
___ Fee_____
___ Process_____
 X  Dktd_____
 √  CtRmDep_____
___ Doc. No _____
```

_____
JOE D. GUERRIERO #06391
JEFFREY GUERRIERO #19602
Guerriero & Guerriero
2200 Forsythe Avenue
Monroe, LA 71211
Telephone: (318) 325-4306
Facsimile: (318) 323-8406


_____
WALTER J. LEGER, JR., Bar Roll #8278
Leger & Mestayer
600 Carondelet Street, 9th Floor
New Orleans, LA 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel for distribution to all counsel of record, this date, by placing same in the U. S. Mail, postage prepaid.

New Orleans, Louisiana this _____ day of March, 2005.

_____
WALTER J. LEGER, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Defense Liaison Counsel this date, by placing same in the U. S. Mail, postage prepaid.

New Orleans, Louisiana this _____ day of March, 2005.

_____
WALTER J. LEGER, JR.