UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 29 PM 2:31

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO.: 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

*********************************************

THIS DOCUMENT RELATES TO *CALVIN WARREN AND JESSICA WARREN VS. MERCK & CO., INC.*, CIVIL ACTION NO. 3:04-CV-02110-RGJ-JDK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA    Ref: 05-471

### ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Walter J. Leger, Jr. be enrolled as additional counsel of record on behalf of plaintiffs, Calvin Warren and Jessica Warren, conditionally transferred case number *Calvin Warren and Jessica Warren vs. Merck & Co., Inc.*, Civil Action No. 3:04-CV-02110-RGJ-JDK, United States District Court, Western District of Louisiana.

New Orleans, Louisiana this 29 day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____