UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 29  PM 2: 25

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL NO 1657 |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO** *White v. Merck & Co., Inc.,* No. 05-0553, **previously filed as H-04-4207; S.D. Tex.**

### ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court considered the Defendant Merck & Co., Inc.'s ("Merck") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Richard Josephson and the law firm of Baker Botts, L.L.P. are granted leave to withdraw as counsel of record for Merck and that they are relieved from all responsibility as counsel of record in this cause.

It is also ORDERED that Gerry Lowry and the law firm of Fulbright & Jaworski L.L.P. are now substituted as counsel of record for Merck.

Signed this 29 day of March, 2005.

_____
Judge Presiding

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

APPROVED AND AGREED TO:

**BAKER BOTTS, L.L.P.**

By _____
    Richard L. Josephson
    State Bar No. 11031500
    Federal ID No. 04614
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

**Withdrawing Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Travis Sales
State Bar No. 17532080
Federal ID No. 09173
Maryanne Lyons
State Bar No. 00787937
Federal ID No. 17547
W. Zachary Hughes
State Bar No. 24032441
Federal ID No. 30097
Baker Botts, L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

FULBRIGHT & JAWORSKI L.L.P.

By _____
Gerry Lowry
State Bar No. 12641350
Federal ID No. 6069
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

**Substituting Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

John Sullivan
State Bar No. 19485010
Federal ID No. 9761
Julie Hardin
State Bar No. 24013613
Federal ID No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004
(212) 837-6000