UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28  PM 1: 19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation | * MDL NO 1657<br>*<br>* SECTION: L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III<br>*<br>* |
| * * * * * * * * * * * * * * * * * * * | * |

THIS DOCUMENT RELATES TO *Stout v. Merck & Co., Inc.,* No. 05-0551, previously filed as H-04-4205, S.D. Tex.

### MOTION FOR SUBSTITUTION OF COUNSEL

1.  Defendant Merck & Co., Inc. ("Merck") files this Motion to Substitute Gerry Lowry, Attorney-in-Charge, and the law firm of Fulbright & Jaworski L.L.P. as counsel for Merck in place of Richard L. Josephson, Attorney-in-Charge, and the law firm of Baker Botts L.L.P.

2.  The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.  This substitution of counsel is agreed to by Merck.

Defendant Merck respectfully requests that the Court grant this motion and all other just relief.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

Respectfully submitted,

**BAKER BOTTS, L.L.P.**

By _____
Richard L. Josephson
State Bar No. 11031500
Federal ID No. 04614
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

**Withdrawing Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Travis Sales
State Bar No. 17532080
Federal ID No. 09173
Maryanne Lyons
State Bar No. 00787937
Federal ID No. 17547
W. Zachary Hughes
State Bar No. 24032441
Federal ID No. 30097
Baker Botts, L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

FULBRIGHT & JAWORSKI L.L.P.

By _____
Gerry Lowry
State Bar No. 12641350
Federal ID No. 6069
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

**Substituting Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

John Sullivan
State Bar No. 19485010
Federal ID No. 9761
Julie Hardin
State Bar No. 24013613
Federal ID No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246


HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion for substitution of counsel has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via facsimile and/or United States Mail, postage prepaid on March 24, 2005.

David P. Matthews
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
800 Commerce
Houston, Texas 77002

_____
Gerry Lowry

30876037.1

- 4 -