IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 29  AM 11: 22
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This Document Relates to: ALL ACTIONS | * | |
| | * | JUDGE FALLON MAG. JUDGE KNOWLES |

*   *   *   *   *   *   *   *   *   *   *   *   *   *

### REQUEST TO BE ADDED TO SERVICE LIST

TO: CLERK OF THE UNITED STATES DISTRICT COURT

Pursuant to Pre-Trial Order No. 1, the following counsel request addition to the service list in the IN RE VIOXX PRODUCTS LIABILITY LITIGATION:

Michael Hingle (michael@hinglelaw.com)
Bryan A. Pfleeger (bryan@hinglelaw.com)
MICHAEL HINGLE & ASSOCIATES, LLC
220 Gause Blvd.
Slidell, LA 70458
Telephone (985) 641-6800

Dated: March 29, 2005

Respectfully submitted,

MICHAEL HINGLE, #6943
BRYAN A. PFLEEGER, #23896
220 Gause Blvd.
Slidell, LA 70458
Telephone: (985) 641-6800
Facsimile: (985) 646-1471

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I, Michael Hingle, certify that I served copies of the foregoing Request To Be Added To Service List on all parties on the attached service list by First Class Mail this 29th Day of March, 2005.

_____
Michael Hingle