

```
FILED
U.S. DISTRICT COURT

2005 MAR 30  P 1: 14

            WHYTE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCT LIABILITY LITIGATION | * | |
| | * | Docket No. MDL 1657 |
| This filing applies to All Actions | | Section L |
| | * | |
| | | Judge Fallon |
| | * | Mag. Judge Knowles |

*********************************************

## REQUEST TO BE ADDED TO SERVICE LIST

TO:   CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

Pursuant to Pre-Trial Order No. 1, the following counsel request addition to the service list in the IN RE VIOXX PRODUCTS LIABILITY LITIGATION:

   Thomas P. Anzelmo (tanzelmo@mcsalaw.com)
   Catherine M. "Shelly" Williams (cwilliams@mcsalaw.com)
   McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, PC
   3445 N. Causeway Blvd.
   Suite 800
   Metairie, LA 70002
   Phone: 504-831-0946
   Fax:   504-831-2492

```
___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc No.___
```

Respectfully submitted,

*[signature]*

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
    Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492
Counsel for Morris & Dickson Co & Allen Dickson Co.
tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Request to Be Added to Service List on plaintiff and defendant Liason Counsel via email and first class mail, this 30th day of March, 2005.

*[signature]*

Catherine M. Williams (Bar Roll No. 24706)