FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

2005 MAR 18   PM 2: 55

LORETTA G. WHYTE
CLERK

**IN RE: VIOXX**
      **PRODUCTS LIABILITY LITIGATION**

**MDL. NO. 1657**

**SECTION: L**

**JUDGE FALLON**
**MAG. JUDGE KNOWLES**

**THIS DOCUMENT RELATES TO:**                              _____

**Bettye McGee, et al**
**vs. Merck & Company, et al**
**C.A. No. 03-CV-249** *Cour case 05-494)*

<u>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**</u>

COMES NOW, Jeffrey D. Leathers, Esq. and the law firm of Greer, Pipkin, Russell, Dent

& Leathers, one of the attorneys for Community Discount Pharmacy, one of the Defendants, and

respectfully request to be allowed to withdraw as counsel of record for Community Discount

Pharmacy in the above-styled cause, and in support thereof, would state, as follows:

1.

The Defendant Community Discount Pharmacy and attorney C. York Craig, Jr. and the law

firm of Craig, Hester, Luke & Dodson have no objection to the proposed withdrawal.

2.

This matter has not been scheduled for trial, and the proposed withdrawal of counsel will

not cause any delay as the Defendant remains represented.

3.

The proposed withdrawal of counsel is not for the purposes of any delay.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

WHEREFORE, PREMISES CONSIDERED, Jeffrey D. Leathers and the law firm of
Greer, Pipkin, Russell, Dent & Leathers respectfully request that this Motion for Leave to
Withdraw as Counsel be granted.

RESPECTFULLY SUBMITTED,

Jeffrey D. Leathers, MSBN: 100082
GREER, PIPKIN, RUSSELL, DENT
    & LEATHERS
Post Office Box 907
Tupelo, MS 38802-0907
(662) 842-5345

## CERTIFICATE OF SERVICE

I, Jeffrey D. Leathers, do hereby certify that I have, on this date, served a true and correct
copy of the above and foregoing Motion for Leave to Withdraw as Counsel upon the below listed
attorneys by placing said copy in the United States mail, postage prepaid to their business
addresses as follows:

Charles E. Gibson, III
Gigi Gibson
Jarret P. Nichols
THE GIBSON LAW FIRM, PLLC
Post Office Box 3493
Jackson, MS 39207-3494

Edward Blackmon, Jr.
BLACKMON & BLACKMON LAW FIRM
P.O. Box 105
Canton, MS 39046-0105

Julian Dewayne Thomas
P.O. Box 65
Jackson, MS 39205-0065

Ted Gordon Meadows
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Jessie L. Evans
Wesley T. Evans
THE EVANS LAW FIRM
P.O. Box 528
Canton, MS 39046

Jarret P. Nichols
Mary Jeanne Gibson
THE GIBSON LAW FIRM
P.O. Box 3493
Jackson, MS 39207
**ATTORNEYS FOR PLAINTIFFS**

Walter T. Johnson
Joseph J. Stroble
WATKINS & EAGER, PLLC
P.O. Box 650
Jackson, MS 39205

Su-Lyn Combs
SOCHA, PERCZAK, SETTER & ANDERSON, PC
Denver Financial Center Tower I
1775 Sherman Street, Ste. 1925
Denver, C) 80203

Lawrence C. Gunn, Jr.
LAWRENCE C. GUNN, JR., ATTORNEY
P.O. box 1588
Hattiesburg, MS 39403-1588
**ATTORNEYS FOR G.D. SEARLE AND CO.; MONSANTO COMPANY; PHARMACIA
CORPORATION AND PFIZER, INC.**

Whitman B. Johnson, III
Juliette V. Wilson
CURRIE JOHNSON GRIFFIN GAINES & MYERS
P.O. Box 750
Jackson, MS 39205-0750
**ATTORNEYS FOR DAVID LANE LEE AND CHARLES D. LEE, M.D.**

L. Carl Hagwood
Lawrence Douglas Wade, Jr.
CAMPBELL, DELONG, HAGWOOD & WADE
P.O. Box 1856
Greenville, MS 39702-1856
**ATTORNEY FOR SALVADORE PETILOS, RICHARD A. WALLER, WILLIAM BARR,
AND RICHARD WALLER**

Shelby Duke Goza
Shelby Kirk Milam
HICHMAN, GOZA & SPRAGINS
P.O. Drawer 668
Oxford, MS 38655-0668
**ATTORNEYS FOR COOPER A. McINTOSH, M.D., SUSAN GUNN, M.D., KEITH
STAMFORD**

Michael G. Connery
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
**ATTORNEYS FOR WAL-MART**

Chris J. Walker
Andrew G. McCullough
MARKOW WALKER, P.A.
P.O. Box 13669
Jackson, MS 39236-3669
**ATTORNEYS FOR DECK STONE**

John Fitzgerald Hughes
THE HAMILTON LAW FIRM
P.O. Box 1511
Meridian, MS 39302-1511

Diane V. Pradat
Senith C. Tipton
Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429
**ATTORNEYS FOR RICHARD REID, M.D.**

Joseph R. Colingo
COLINGO, WILLIAMS, HEIDELBERT, STEINBERGER
   & MCELHANEY
P.O. Box 1407
Pascagoula, MS 39568-1407
**ATTORNEY FOR REGINALD STEWART**

Robert Mark Hodges
Eugene R. Naylor
Steven Todd Jeffreys
WISE, CARTER, CHILD & CARAWAY, P.A.
P.O. Box 651
Jackson, MS 39205-0651
**ATTORNEYS FOR PRAVIN PATEL, TERRY COOPR, M.D., MISSISSIPPI
EMERGENCY ASSOC., P.A. AND WILLIAMS LOPER, M.D.**

Richard M. Edmonson
Douglas Drew Malone
ARMSTRONG ALLEN, PLLC
P.O. Box 14028
Jackson, MS 39236-4028
**ATTORNEYS FOR FRED'S EXPRESS**

William O. Luckett, Jr.
Robert M. Tyner, Jr.
John C. Helmert, Jr.
LUCKETT TYNER LAW FIRM
Post Office Drawer 1000
Clarksdale, MS 38614-1000
**ATTORNEY FOR KROGER COMPANY AND KROGER PHARMACY**

5

Thomas M. Louis
Jeffrey A. Styres
WELLS, MARBLE & HURST
P.O. Box 131
Jackson, MS 39205-0131
**ATTORNEY FOR CONTROLEX ENTERPRISE D/B/A SAV-REX DRUGS**

John W. Land
BRYAN, NELSON, RANDOLPH
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
**ATTORNEY FOR QUITMAN DRUG COMPANY AND METTASAVE DRUGS**

Robert F. Stacy, Jr.
DANIEL, COKER, HORTON & BELL, P.A.
P.O. 1084
Jackson, MS 39215-1084

Christine B. Tatum
DANIEL, COKER, HORTON & BELL, P.A.
P.O. Box 1396
Oxford, MS 38655-1396
**ATTORNEYS FOR WOODS DRUG STORE DON'S PHARMACY**

Jessee Lee Howell, III
J. Michael Coleman
COPELAND COOK TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020
**ATTORNEY FOR BONNERS PHARMACY**

Leland S. Smith, III
Jay Richard McLemore
WILKINS, STEPHENS & TIPTON, P.A.
P.O. Box 13429
Jackson, MS 39236-3429
**ATTORNEYS FOR MEDI-STAT PHARMACY**

J. Leray McNamara
COPELAND COOK TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, MS 39158
**ATTORNEYS FOR CHRIS H. BENSON, M.D., HATTIESBURG CLINIC, ANDREA SMITH; CALEEN WOLF; CASSANDRA FAYE THOMAS; ANDREA BALCONIS; NAEEM HAIDER; TODD WILLIS; DAVID A. BALL, M.D., B. L. HAMMACK, M.D. THOMAS L. WINDHAM, M.D., LANCE LINE, M.D. and R.K. HILLIER, M.D., J.G. PEELER, M.D., ROSIE MCNAIR, BRUCE NEWELL, M.D., WILLIAM BARR, M.D., GUY VISE, JOSEPH MARDIS, RANDY TILLMAN, M.D.**

Andrew G. McCullough
MARKOW WALKER, P.A.
P.O. Box 13669
Jackson, MS 39236-3669
**ATTORNEY FOR HENRY D. STONE, M.D.**

John Fitzgerald Hughes
THE HAMILTON LAW FIRM
P.O. Box 1511
Meridian, MS 39302-1511

D. Andrew Malone
ARMSTRONG ALLEN
2525 Lakeward Dr., Ste. 200
Jackson, MS 39216
**ATTORNEY FOR WILLIAM LOPER, M.D.**

Christy D. Jones
Anita Modak-Truran
BUTLER, SNOW, O'MARA, STEVENS
   & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225-2567
**ATTORNEYS FOR TYSON DRUG COMPANY**

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Ste. 100
New Orleans, LA 70113
**PLAINTIFFS' LIAISON COUNSEL**

Phillip A. Wittman
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130
**DEFENDANTS' LIAISON COUNSEL**

    **DATED**, this the \_\_\_15\_\_\_ day of \_\_\_\_\_Mar_____, 2005.

                                     **JEFFREY D. LEATHERS**