IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL. NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Bettye McGee, et al
vs. Merck & Company, et al
C.A. No. 03-CV-249 *(our case 05-494)*

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This cause comes before the Court on motion of upon motion of Jeffrey D. Leathers, attorney for the Defendant, Community Discount Pharmacy, requesting leave to withdraw as counsel, and the Court being fully advised in the premises and being advised that the Defendant, Community Discount Pharmacy, and C. York Craig, Jr. and the law firm of Craig, Hester, Luke & Dodson have no objection to the withdrawal, finds that said motion is well-taken and should be granted;

IT IS THEREFORE ORDERED, that Jeffrey D. Leathers and the law firm of Greer, Pipkin, Russell, Dent & Leathers is and be allowed to withdraw as counsel for the Defendant Community Discount Pharmacy.

SO ORDERED, this the ___22___ day of ___March___, 2005.

_____
United States Magistrate Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Order Prepared By:

Jeffrey D. Leathers, MSBN: 100082
GREER, PIPKIN, RUSSELL, DENT & LEATHERS
117 N. Broadway St.
P.O. Box 907
Tupelo, MS 38802-0907
Telephone: (662) 842-5345
Facsimile: (662) 842-6870