COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 29  PM 3: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 1657 SECTION: L<br><br>JUDGE FALLON MAG. JUDGE KNOWLES |

## MOTION FOR LEAVE TO FILE
## PSC APPLICATION ON MARCH 29, 2005

Counsel, Gary E. Mason, respectfully requests that the Court accept the filing of his application to be appointed to the PSC on March 29, 2005. Counsel understands that the application was to be filed by March 28, 2005. However, through a miscommunication with Plaintiff's Liaison Counsel, we mistakenly understood that we were not to file the PSC Application directly with the Court, but were required to file through the office of Liaison Counsel. We have learned today, March 28, 2005, that our understanding was in error, and, thus, seek leave to file my application for appointment to the PSC on March 29, 2005, just one day beyond the deadline.

DATED: March 28, 2005

Respectfully submitted:

Gary E. Mason (mcd w/permission)

Gary E. Mason
THE MASON LAW FIRM, P.C.
1225 19TH Street, N.W., Suite 500
Washington, D.C. 20036
Phone: (202) 429-2290
Fax: (202) 429-2294

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No _____