UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 30 PM 4: 12

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 1657 SECTION: L |

LORETTA G. WHYTE
CLERK

JUDGE FALLON
MAG. JUDGE KNOWLES

(PROPOSED) ORDER

Upon consideration of the pleadings, Gary E. Mason's Motion for Leave to File

PSC Application on March 29, 2005, is hereby, GRANTED.

DATED: 3/30/05

Hon. Judge E. Fallon

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____