Reginald R. Fears
Plantiff

v.

Merck, Co
Defendant

CASE 4:04-CV-04187
05-549 (B)

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED MAR 29 2005

05md1657

LORETTA G. WHYTE
Clerk

## Motion For Appointment of Counsel

To The Honorable Judge Fallen of Said Court:
Now Comes Reginald K Fears #679336 Applicant. In The Above Style And Number Cause Through His own Pro, Se, Applicant, is Respectfully Asking

(1) This Court To Appoint Applicant With Counsel or:

(2) Applicant Case Be Remanded Back To The Southern District of Texas

While In The Custody of The Department of Criminal Justice Institutional Division And The Board of Pardon And Parole Applicant is Not Educated In The Letter of The Law In Forming Motion or Writs To The Court And Cites Haines US Kerner 404-US 519 92 SCT 594 (1972) There For He Shall Be Held To The Lesser Standard

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# In Re Vioxx Products Liability Litigation

MDL 1657                    SECTION: L                    JUDGE ELDON FALLON

## MDL 1657 Counsel Contact Information Form
Please print or type below.

### ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel    ☐ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| | | | |

| Bar Number | E-mail Address |
|---|---|
| | |

Party Representing

| Direct Dial No. | Cell Phone | Pager |
|---|---|---|
| | | |

| Secretary Name | Paralegal Name |
|---|---|
| | |

### LAW FIRM INFORMATION

Firm Name

Address

| City | State | Zip |
|---|---|---|
| | | |

| Phone | Fax |
|---|---|
| | |

Other members of firm involved in this litigation:

### Choose One Option Below:

☐ I elect to have Liaison Counsel transmit documents to me via e-mail and consent to notify Liaison Counsel of any changes in the above information.

☐ I do not want to received orders or other documents from Liaison Counsel.

Signed _____    Date _____



Reginald K Evans #679336
Ramsey I Unit
1100. FM 655
Rosharon Rosharon TX, 77583

TO: Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

70130/9999