A CERTIFIED TRUE COPY

MAR 28 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -1 PM 12:03

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 10 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **ALABAMA MIDDLE** | | | | |
| ALM | 2 | 05-138 | Ernestine T. Stevens v. Merck & Co., Inc. | 05-1231 |
| ~~ALM~~ | ~~2~~ | ~~05-165~~ | ~~Yolanda King v. Merck & Co., Inc., et al.~~ Opposed 3/25/05 | |
| **ALABAMA NORTHERN** | | | | |
| ALN | 1 | 05-252 | Alice Pointer v. Merck & Co., Inc., et al. | 05-1232 |
| ALN | 2 | 05-226 | Peggy B. West v. Merck & Co., Inc. | 05-1233 |
| ALN | 2 | 05-378 | Annette Gordon v. Merck & Co., Inc. | 05-1234 |
| ALN | 3 | 05-327 | Charles Bowling, et al. v. Merck & Co., Inc. | 05-1235 |
| ALN | 3 | 05-384 | Ruius Slack, Jr. v. Merck & Co., Inc. | 05-1236 |
| **ARKANSAS WESTERN** | | | | |
| ARW | 1 | 05-1016 | Joe Melvin Lyons v. Merck & Co., Inc. | 05-1237 |
| ARW | 1 | 05-1017 | Tim Zimmerebner, et al. v. Merck & Co., Inc. | 05-1238 |
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 05-63 | Misty Ligier, etc. v. Merck & Co., Inc., et al. | 05-1239 |
| CAC | 2 | 05-1122 | Kimberly Keller-Hom v. Merck & Co., Inc. | 05-1240 |
| CAC | 2 | 05-1321 | Glen Maxey v. Merck & Co., Inc., | 05-1241 |
| CAC | 8 | 04-1478 | Roger C. Cooper v. Merck & Co., Inc. | 05-1242 |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 04-2473 | Danny Bell v. Merck & Co., Inc., et al. | 05-1243 |
| CAE | 2 | 05-125 | Margaret Butler v. Merck & Co., Inc. | 05-1244 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 04-5027 | Sherry Janke, et al. v. Merck & Co., Inc. | 05-1245 |
| CAN | 3 | 04-5061 | Dennis Guinta v. Merck & Co., Inc. | 05-1246 |
| CAN | 3 | 04-5062 | Virginia Strong v. Merck & Co., Inc. | 05-1247 |
| CAN | 3 | 05-741 | Henry Mitchell v. Merck & Co., Inc. | 05-1248 |
| CAN | 3 | 05-749 | Pauline Riddle v. Merck & Co., Inc. | 05-1249 |
| CAN | 3 | 05-750 | Oree McRae v. Merck & Co., Inc. | 05-1250 |
| CAN | 4 | 05-742 | Frank Mirabella, et al. v. Merck & Co., Inc. | 05-1251 |
| **CALIFORNIA SOUTHERN** | | | | |
| CAS | 3 | 04-2195 | Sam Peltekian v. Merck & Co., Inc. | 05-1252 |
| CAS | 3 | 04-2576 | Rita McCrerey v. Merck & Co., Inc. | 05-1253 |
| CAS | 3 | 05-304 | Susan Reese, et al. v. Merck & Co., Inc. | 05-1254 |
| **CONNECTICUT** | | | | |
| CT | 3 | 05-259 | Frank Pescatello v. Merck & Co., Inc. | 05-1255 |
| CT | 3 | 05-294 | Ethel Gray, et al. v. Merck & Co., Inc. | 05-1256 |
| CT | 3 | 05-314 | Denise Whittaker, et al. v. Merck & Co., Inc., et al. | 05-1257 |

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|

**FLORIDA MIDDLE**
| FLM | 6 | 05-171 | Amparo Alvarez v. Merck & Co., Inc., et al. | 05-1258 |
| FLM | 6 | 05-221 | Gloria Hernandez v. Merck & Co., Inc., et al. | 05-1259 |
| FLM | 6 | 05-222 | Dallas Childers, et al. v. Merck & Co., Inc., et al. | 05-1260 |
| FLM | 6 | 05-239 | Maria Diaz, et al. v. Merck & Co., Inc., et al. | 05-1261 |
| FLM | 8 | 05-224 | Brenda Jurado v. Merck & Co., Inc., et al. | 05-1262 |
| FLM | 8 | 05-276 | Felix Carvajal, et al. v. Merck & Co., Inc., et al. | 05-1263 |

**GEORGIA NORTHERN**
| GAN | 1 | 05-343 | Harriet Winnerman v. Merck & Co., Inc. | 05-1264 |
| GAN | 1 | 05-473 | Lynda Kay Donegan, etc. v. Merck & Co., Inc. | 05-1265 |

**IOWA SOUTHERN**
| IAS | 1 | 05-3 | Eileen Termuende v. Merck & Co., Inc. | 05-1266 |

**IDAHO**
| ID | 1 | 05-59 | Carla Fister, et al. v. Merck & Co., Inc. | 05-1267 |
| ID | 1 | 05-61 | Mark O'Connor, et al. v. Merck & Co., Inc. | 05-1268 |
| ID | 1 | 05-62 | Paul Sculatti v. Merck & Co., Inc. | 05-1269 |
| ID | 2 | 05-60 | Lillian Dawkins v. Merck & Co., Inc. | 05-1270 |

**ILLINOIS NORTHERN**
| ~~ILN~~ | ~~1~~ | ~~05-626~~ | ~~James Radats v. Merck & Co., Inc.~~ Vacated 3/22/05 | |
| ~~ILN~~ | ~~1~~ | ~~05-642~~ | ~~Joseph Jamison v. Merck & Co., Inc.~~ Vacated 3/22/05 | |
| ~~ILN~~ | ~~1~~ | ~~05-1092~~ | ~~Kathleen Brown, etc. v. Merck & Co., Inc., et al.~~ Opposed 3/28/05 | |
| ~~ILN~~ | ~~3~~ | ~~05-50024~~ | ~~Dorothy Brody v. Merck & Co., Inc.~~ Vacated 3/22/05 | |

**ILLINOIS SOUTHERN**
| ~~ILS~~ | ~~3~~ | ~~05-127~~ | ~~Chester Karwoski v. Merck & Co., Inc.~~ Vacated 3/28/05 | |

**INDIANA SOUTHERN**
| INS | 1 | 04-1819 | Richard L. Brown v. Merck & Co., Inc. | 05-1271 |

**KANSAS**
| KS | 6 | 05-1038 | Charles H. Webb, et al. v. Merck & Co., Inc. | 05-1272 |

**KENTUCKY EASTERN**
| KYE | 2 | 05-15 | Danny M. Holbrook, et al. v. Merck & Co., Inc. | 05-1273 |
| ~~KYE~~ | ~~5~~ | ~~05-47~~ | ~~Jacquelyn Washburn, etc. v. Merck & Co., Inc.~~ Opposed 3/21/05 | |

**LOUISIANA MIDDLE**
| LAM | 3 | 05-115 | David N. Crawford, et al. v. Merck & Co., Inc. | 05-1274 |

**LOUISIANA WESTERN**
| LAW | 5 | 05-160 | Jewell Willis v. Merck & Co., Inc. | 05-1275 |

**MASSACHUSETTS**
| MA | 1 | 05-10217 | Vera Gropper v. Merck & Co., Inc. | 05-1276 |
| ~~MA~~ | ~~1~~ | ~~05-10328~~ | ~~Linda Isner, etc. v. Merck & Co., Inc., et al.~~ Opposed 3/28/05 | |

**MARYLAND**
| MD | 1 | 05-335 | Mary F. Witthauer v. Merck & Co., Inc. | 05-1277 |

**MINNESOTA**
| MN | 0 | 05-289 | Dianne McCraw, etc. v. Merck & Co., Inc. | 05-1278 |

SCHEDULE CTO-2 TAG-ALONG ACTIONS (MDL-1657)                                       Page 3 of 3

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **MISSOURI EASTERN** | | | | |
| ~~MOE~~ | ~~4~~ | ~~05-300~~ | ~~Arthur Hale, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/25/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-301~~ | ~~Marlene Harris, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/25/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-303~~ | ~~Sineria Jones, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/25/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-307~~ | ~~Lois Wolz, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/25/05 | |
| **NEW YORK EASTERN** | | | | |
| NYE | 1 | 05-1031 | Anna Fittipaldi v. Merck & Co., Inc., et al. | **05-1279** |
| **OHIO NORTHERN** | | | | |
| OHN | 1 | 05-631 | Saundra Nelson, et al. v. Merck & Co., Inc. | **05-1280** |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 05-838 | Dennis Cronin, et al. v. Merck & Co., Inc., et al. | **05-1281** |
| **PENNSYLVANIA WESTERN** | | | | |
| PAW | 2 | 05-204 | Saundra Southern v. Merck & Co., Inc. | **05-1282** |
| **SOUTH CAROLINA** | | | | |
| SC | 5 | 05-618 | Harolene McKenzie v. Merck & Co., Inc. | **05-1283** |
| **TENNESSEE EASTERN** | | | | |
| TNE | 1 | 05-47 | Raymond Fournier v. Merck & Co., Inc. | **05-1284** |
| TNE | 1 | 05-48 | Cleo Rachel Plemons, et al. v. Merck & Co., Inc. | **05-1285** |
| TNE | 1 | 05-49 | Keith Kuykendall v. Merck & Co., Inc. | **05-1286** |
| **TEXAS EASTERN** | | | | |
| TXE | 2 | 05-83 | Roland T. Johnson v. Merck & Co., Inc. | **05-1287** |
| TXE | 5 | 05-32 | Rosanne Waggoner, et al. v. Merck & Co., Inc. | **05-1288** |
| TXE | 6 | 04-555 | Elijah Perry, et al. v. Merck & Co., Inc. | **05-1289** |
| TXE | 9 | 04-229 | Pearlie B. Davis v. Merck & Co., Inc., et al. | **05-1290** |
| **TEXAS WESTERN** | | | | |
| TXW | 1 | 05-117 | Horace S. Wallace, et al. v. Merck & Co., Inc. | **05-1291** |
| **WASHINGTON EASTERN** | | | | |
| WAE | 2 | 05-59 | Tony Bevacqua, et al. v. Merck & Co., Inc. | **05-1292** |

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-2
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bradley E. Abruzzi
Foley Hoag, LLP
155 Seaport Blvd.
Seaport World Trade Center West
Boston, MA 02210-2600

Kevin J. Adrian
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Timothy Wayne Allen
501 Darby Creek Road
Suite 56
Lexington, KY 40509

Charles Avrith
Hughes, Hubbard & Reed, LLP
350 South Grand Avenue
36th Floor
Los Angeles, CA 90071

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Brian K. Balser
Law Offices of Brian K. Balser
5311 Meadow Lane Court
Suite 1
Elyria, OH 44035

Danny Bell
K-68611-FSP
Folsom State Prison
P.O. Box 715071
Represa, CA 95671-5071

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin,
Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Steven J. Boranian
Reed Smith LLP
Professional Corporation
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-4106

Thomas J. Brandi
Thomas J. Brandi Law Offices
44 Montgomery St., Ste 1050
San Francisco, CA 94104

Frank L. Branson
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue
18th Floor
Dallas, TX 75205

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

F. Tucker Burge
Burge & Burge
2001 Park Place N.
1375 Park Place Tower
Birmingham, AL 35203

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd.
Suite 1300
St. Louis, MO 63117-1322

Maureen Callahan VanderMay
Vandermay Law Firm
Capitol Center Bldg.
388 State Street
Suite 340
Salem, OR 97301

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway
18th Floor
New York, NY 10271

Tom S. Chun
2600 Michelson Drive
Suite 1120
Irvine, CA 92612

James Clinton Clark, Jr.
Page, Scrantom, Sprouse, Tucker
& Ford, P.C.
P.O. Box 1199
1111 Bay Avenue, 3rd Floor
Columbus, GA 31902

S. Tessie Corbin
Dechert, LLP
1717 Arch St Ste 4000
Philadelphia, PA 19103-2793

Stephen H. DeBaun
Office of Stephen H. DeBaun
3758 LaVista Road
Suite 100
Tucker, GA 30084

Joseph L. Doherty, Jr.
Joseph L. Doherty & Associates
225 Franklin Street
26th Floor
Boston, MA 02110

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

Eugene R. Egdorf
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

James Esparza
Esparza Law Firm
1434 East 4500 South, # 100
Salt Lake City, UT 84117

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Laura A. Gianni
Gianni - Petoyan
17383 Sunset Boulevard
Suite A 340
Pacific Palisades, CA 90272

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Hunstville, AL 35804

H. Blair Hahn
Richardson, Patrick, Westbrook
& Brickman, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

Andrew W. Hutton
Hutton & Hutton
8100 East 22nd Street
North Building 1200
Wichita, KS 67226-0638

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Nicole B. Lillibridge
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Barbara B. Litten
Steel Hector & Davis
777 Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Dennis S. Mackin
Office of Dennis S. Mackin
5381 Glenbrooke Trail
Dunwoody, GA 30338

David H. Marsh
Marsh, Rickard & Bryan, P.C.
800 Shades Creek Parkway
Suite 600 D
Birmingham, AL 35209-4532

Theodore V. Mayer
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Timothy F. McCurdy
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Sarah A. Merriam
Cowdery, Ecker & Murphy, LLC
750 Main Street, Suite 910
Hartford, CT 06103-4477

Beth Middleton
Suggs & Kelly, P.A.
P.O. Box 8113
Columbia, SC 29202

Robert W. Mills
Law Offices of Robert W. Mills
145 Marina Boulevard
San Rafael, CA 94901

Ralph J. Monaco
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202

Richard B. Ness
Ness, Jett & Turner
P.O. Box 909
Bamberg, SC 29003

James G. O'Callahan
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Peter J. Payne
Penn Plaza, Suite 208
Turtle Creek, PA 15145

M. Norwood Phillips
Shackleford, Phillips, Wineland & et al.
P.O. Box 1718
El Dorado, AR 71730-1718

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71161

Thomas Plouff
Plouff Law Offices, PC
1117 22nd Street, South
Birmingham, AL 35205

Nathaniel Dale Potratz
Law Offices of Nathaniel Potratz
4790 Dewey Drive
Suite H
Fair Oaks, CA 95628

Carols A. Prietto, III
Robinson Calcagnie & Robinson
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite 4400
Dallas, TX 75201

Kyle D. Schonekas
Schonekas, Winsberg, Evans &
Mcgoey, LLC
400 Poydras St.
Suite 1440
New Orleans, LA 70130-1806

L. Shane Seaborn
Penn & Seaborn
P.O. Box 688
Clayton, AL 36016

Dick A. Semerdjian
Schwartz Semerdjian Haile Ballard
& Cauley
101 West Broadway, Suite 810
San Diego, CA 92101

Robert K. Shelquist
Lockridge, Grindal & Nauen
P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Arthur Sherman
Sherman, Salkow, Petoyan
& Weber
11601 Wilshire Blvd., Suite 675
Los Angeles, CA 90025-1742

Lucinda C. Shirooni
Taliaferro, Mehling, Shirooni,
Carran & Keys, PLLC
1005 Madison Avenue
Post Office Box 468
Covington, KY 41012-0468

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

James Paul Sizemore
Beasley, Allen, Crow, Methvin,
Portis & Miles
P.O. Box 4160
Montgomery, AL 36103-4160

Spencer C. Skeen
Schwartz Semerdjian Haile Ballard
& Cauley
101 West Broadway, Suite 810
San Diego, CA 92101

Scott A. Smith
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 6th Street South, Suite 600
Minneapolis, MN 55402

Paul Edward Smithers
Smithers & Player
17140 Bernardo Center Dr., Suite 222
San Diego, CA 92128

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street
LL&E Tower, Suite 2500
New Orleans, LA 70112

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

David C. Strouss
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Sheri L. Tarr
Clifford Law Offices, P.C.
120 North LaSalle Street, 31th Floor
Chicago, IL 60602

Ernest Nkeng Tate
Office of Ernest N. Tate
34 Peacetree Street, N.W.
2070 One Park Tower
Atlanta, GA 30303

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Joseph D. Thornton
Smith, Peterson & Beckman
P.O. Box 249
35 Main Place, Suite 300
Counsil Bluffs, IA 51501

Caroline T. Trost
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

Tyler C. Vail
Davis & Norris, LLP
2151 Highland Avenue, Suite 100
Birmingham, AL 35205

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Dr., #200
Coeur d'Alene, ID 83814

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Mark Weber
Walentine, O'Toole, McQuillan
& Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Gregory A. Yates
Law Office of Gregory Yates
9454 Wilshire Boulevard, Suite 850
Beverly Hills, CA 90212-2929

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-2
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
649 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
P.O. Box 447
Columbia, SC  29202-0447

Hon. John Antoon, II
U.S. District Judge
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Room 630
Orlando, FL 32801

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Janet Bond Arterton
U.S. District Judge
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

~~Hon. Henry E. Autrey~~
~~U.S. District Judge~~
~~10.148 Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101-8921

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building and U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Curtis L. Collier
U.S. District Judge
P.O. Box 831
Chattanooga, TN 37401-0931

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

~~Hon. John W. Darrah~~
~~U.S. District Judge~~
~~1288 Everett McKinley Dirksen~~
~~U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

Hon. Peter C. Dorsey
Senior U.S. District Judge
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Dale S. Fischer
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office Building
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. Edward J. Garcia
Senior U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814-1198

Hon. Janet C. Hall
U.S. District Judge
Brien McMahon Federal Building & U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

~~Hon. Jean C. Hamilton~~
~~Chief Judge, U.S. District Court~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. William Q. Hayes
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

~~Hon. William J. Hibbler~~
~~U.S. District Judge~~
~~1262 Everett Dirksen U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chambers 1746~~
~~Chicago, IL 60604~~

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Joseph M. Hood
U.S. District Judge
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. George Herbert King
U.S. District Judge
670 Edward R. Roybal Federal Bldg.
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Edward J. Lodge
U.S. District Judge
Federal Building & U.S. Courthouse
MSC 040
550 West Fort Street
Boise, ID 83724

Hon. M. James Lorenz
U.S. District Judge
2140 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101-8913

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~Melvin Price Federal Building~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201-2954~~

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102

~~Hon. Catherine D. Perry~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~14th Floor~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Gregory A. Presnell
U.S. District Judge
300 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg. & U.S.
Courthouse
101 West Lombard Street
Baltimore, MD 21201

~~Hon. Phillip G. Reinhard~~
~~U.S. District Judge~~
~~Federal Building~~
~~211 South Court Street~~
~~Rockford, IL 61101~~

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~12th Floor~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Edward F. Shea
U.S. District Judge
Federal Bldg., Suite 190
825 Jadwin Avenue
Richland, WA 99352

Hon. Marvin H. Shoob
Senior U.S. District Judge
1767 Richard B. Russell Federal
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. William M. Steger
Senior U.S. District Judge
P.O. Box 1109
Tyler, TX 75710

INVOLVED JUDGES LIST FOR SCHEDULE CTO-2 MDL-1657                                   Page 3 of 3

~~Hon. Myron H. Thompson~~
~~U.S. District Judge~~
~~P.O. Box 235~~
~~Montgomery, AL 36101-0235~~

Hon. G. Ernest Tidwell
Senior U.S. District Judge
1967 Richard B. Russell Federal
Bldg & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Mikel H. Williams
U.S. Magistrate Judge
Federal Building &
U.S. Courthouse, MSC 040
550 West Fort Street
Boise, ID 83724

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
Fed. Bldg. & U.S. Courthouse
MSC 040
550 West Fort Street
Boise, ID 83724

Hon. Charles R. Wolle
Senior U.S. District Judge
U.S. Courthouse, Suite 103
123 East Walnut Street
Des Moines, IA 50309

~~Hon. Douglas P. Woodlock~~
~~U.S. District Judge~~
~~4110 John Joseph Moakley U.S. Courthouse~~
~~One Courthouse Way~~
~~Boston, MA 02210-3002~~

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

~~Hon. James B. Zagel~~
~~U.S. District Judge~~
~~Everett McKinley Dirksen U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-2
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse,
MSC 039
550 West Fort Street,
Boise, ID 83724

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1566
El Dorado, AR 71731-1566

David J. Maland, Clerk
Federal Courthouse
104 N. 3rd St.
Lufkin, TX 75901

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse & P.O. Building
500 North State Line Avenue
Texarkana, TX 75501

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James R. Rosenbaum, Clerk
P.O. Box 307
Council Bluffs, IA 51502

~~James Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 82920-2328

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Lawrence Talamo, Clerk
U.S. District Court
Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

~~Michael W. Dobbins, Clerk~~
~~Everett McKinley Dirksen~~
~~U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

~~Michael W. Dobbins, Clerk~~
~~211 South Court Street~~
~~Federal Bldg., Room 252~~
~~Rockford, IL 61101~~

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

INVOLVED CLERKS LIST FOR SCHEDULE CTO-2 MDL-1657                                     Page 2 of 2

Robert C. Heinemann, Clerk
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sheryl L. Loesch, Clerk
300 George C. Young U.S.
Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701