AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

SALVADORE CHRISTINA, SR.

V.

MERCK & CO., INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2726 (3)

TO: MERCK AND COMPANY, INC.
c/o CT CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084

an answer to the amended complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

P. Hebert

(BY) DEPUTY CLERK

DATE   DEC 21 2004

Fee
Process
Dktd
CtRmDep
Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/27/04 |
| Name of SERVER (PRINT) KEVIN P. KLIBERT | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personal service on Defendant's agent for service CT Corp. 8550 United Plaza Blvd, Baton Rouge, LA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/27/04
                Date

Signature of Server

Address of Server: 106 W. 7th St., P.O. Drawer H
Reserve, LA 70084

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.