FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -1  PM 3: 52

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | |
| | | SECTION L |
| This Document Relates to: ALL ACTIONS | * | |
| | * | JUDGE FALLON |
| | | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST TO BE ADDED TO SERVICE LIST

TO:   CLERK OF THE UNITED STATES DISTRICT COURT

Pursuant to Pre-Trial Order No. 1, the following counsel request addition to the service list in the IN RE VIOXX PRODUCTS LIABILITY LITIGATION:

Michael Hingle (michael@hinglelaw.com)
Bryan A. Pfleeger (bryan@hinglelaw.com)
MICHAEL HINGLE & ASSOCIATES, LLC
220 Gause Blvd.
Slidell, LA 70458
Telephone (985) 641-6800

Dated: April 1, 2005

Respectfully submitted,

MICHAEL HINGLE, #6943
BRYAN A. PFLEEGER, #23896
220 Gause Blvd.
Slidell, LA 70458
Telephone: (985) 641-6800
Facsimile: (985) 646-1471

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I, Bryan A. Pfleeger, certify that I served copies of the foregoing Request To Be Added To Service List on all parties on the attached service list by First Class Mail this 1st Day of April, 2005.

_____
Bryan A. Pfleeger