# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

2005 APR -4 PM 12: 50

LORETTA G. WHYTE
CLERK

GARY L. WILSON
Admitted in:
California
Minnesota
Wisconsin
(612) 349-8413

March 30, 2005

The Honorable Loretta G. Whyte
United States District Court
Eastern District of Louisiana
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Re: In Re: Vioxx Products Liability Litigation, MDL No. 1657

*Robert F. Heber v. Merck & Co., Inc.*
No. 05-566, USDC District of Minnesota
*Muriel E. Dunckel v. Merck & Co., Inc.*
No. 05-567, USDC District of Minnesota
*Richard J. Lenarz v. Merck & Co., Inc.*
No. 05-568, USDC District of Minnesota

Dear Judge Whyte:

Please add my name and address to the service panel list in the above captioned litigation. I am attorney of record in *Robert F. Heber v. Merck & Co., Inc.*, No. 05-566, USDC District of Minnesota, *Muriel E. Dunckel v. Merck & Co., Inc.*, No. 05-567, USDC District of Minnesota, *Richard J. Lenarz v. Merck & Co., Inc.*, No. 05-568, USDC District of Minnesota.

Thank you.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Gary L. Wilson

GLW:ddl

\_\_\_ Fee\_\_\_\_\_
\_\_\_ Process\_\_\_\_\_
_X_ Dktd\_\_\_\_\_
\_\_\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No.\_\_\_\_\_

15194005.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.