**Cuneo, Pogust, & Mason, LLP**
200 Barr-Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 941-2940
www.cpm-law.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR -4  PM 2:09
LORETTA G. WHYTE
CLERK

March 24, 2005

Clerk of the United States District Court
for the Eastern District of Louisiana
500 Poydras Street, Room #C-151
New Orleans, LA 70130

RE: **In Re Vioxx Product Liability Litigation; MDL No. 1657**

NOTICE TO ALL CLERK & ALL COUNSEL:

## NOTICE OF ATTORNEY ADDRESS CHANGE

Please be advised that **Harris L. Pogust, Esquire,** formerly of Sherman, Silverstein, Kohl, Rose and Podolsky, has relocated to the law firm of Cuneo, Pogust and Mason, LLP, located at 200 Barr Harbor Drive, Suite #400, West Conshohocken, PA 19428.

This notice has been served to the Clerk of United States District Court for the Eastern District of Louisiana and all attorneys of record.

Respectfully Submitted,

Harris L. Pogust, Esquire
Cuneo, Pogust and Mason, LLP
200 Barr Harbor Drive, Ste. #400
West Conshohocken, PA 19428
(610) 941-2940

By: _____
Harris L. Pogust, Esquire
Bar No. #52721

___ Fee_____
✓ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No.___