## CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **MAILING ADDRESS** | 1044 RIVER OAKS DRIVE | **GULF COAST OFFICE** |
| POST OFFICE BOX 750 | JACKSON, MISSISSIPPI 39232 | 2555 JIMMY MUNRO DRIVE |
| JACKSON, MISSISSIPPI 39205 | TELEPHONE: 601-969-1010 | SUITE H |
| | FACSIMILE: 601-969-5120 | BILOXI, MISSISSIPPI 39532 |
| WHITMAN B. JOHNSON III | | TELEPHONE: 228-385-1010 |
| wjohnson@curriejohnson.com | | FACSIMILE: 228-385-1011 |

FILED
2005 APR -1 PM 4:55
LORETTA G. WHYTE
CLERK

March 30, 2005

Hon. Loretta G. Whyte
Clerk, U. S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: *Bettye J. Magee, et al v. Merck & Co., Inc., et al*; Case No. 05-0494
MDL No.1657; In Re: Vioxx Products Liability Litigation
Our File No. 206.11730

Dear Ms. Whyte:

Please correct the docket in the above-referenced case to reflect that I am the lead attorney for Charles D. Lee, M.D. instead of Juliette V. Wilson. Also, please change the address to P. O. Box 750, Jackson, MS 39205.

Further, Juliette Wilson and I are listed as counsel for David Lane Lee, M.D. He is one and the same person as Charles D. Lee, M.D. Charles D. Lee, M.D. was incorrectly sued as David Lane Lee, M.D. Therefore, please remove us as counsel for David Lane Lee, M.D. The only party we represent is Charles D. Lee, M.D.

We appreciate your assistance.

Sincerely yours,

CURRIE JOHNSON GRIFFIN
GAINES & MYERS, P.A.

Whitman B. Johnson III

WBJ/jbm
cc: All Counsel Involved in Case No. 05-0494

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   *Vioxx Products Liability Litigation*                                             MDL 1657

*This document relates to:*

BETTYE J. MAGEE, ET AL                                                                    PLAINTIFFS

VS.                                                                              MDL CASE NO. 05-0494

MERCK & CO., INC., ET AL                                                                  DEFENDANTS

## SERVICE LIST

| | |
|---|---|
| Charles E. Gibson, III, Esq.<br>The Gibson Law Firm, PLLC<br>P. O. Box 6005<br>Ridgeland, MS   39158-6005 | Christy D. Jones, Esq.<br>Anita Modak-Truran, Esq.<br>Butler Snow O'Mara Stevens<br>   & Cannada, PLLC<br>P. O. Box 22567<br>Jackson, MS   39225-2567 |
| Joseph J. Stroble, Esq.<br>Walter T. Johnson, Esq.<br>Watkins & Eager<br>P. O. Box 650<br>Jackson, MS   39205 | Su-Lyn Combs, Esq.<br>Socha Perczak Setter & Anderson, PC<br>1775 Sherman St., Suite 1925<br>Denver, CO   80203 |
| Lawrence C. Gunn, Jr., Esq.<br>The Gunn Law Firm<br>804 W. Pine St.<br>Hattiesburg, MS   39403 | John Michael Coleman, Esq.<br>J. Leray McNamara, Esq.<br>Copeland, Cook, Taylor & Bush<br>P. O. Box 6020<br>Ridgeland, MS   39158 |
| L. Carl Hagwood, Esq.<br>Wilkins, Stephens & Tipton, P.A.<br>P. O. Box 4537<br>Greenville, MS   38704-4537 | R. Allen Flowers, Esq.<br>241 N. 25th Ave.<br>Hattiesburg, MS   39401 |
| Shelby Duke Goza, Esq.<br>Shelby Kirk Milam, Esq.<br>Hickman, Goza & Spragins, PLLC<br>P. O. Drawer 668<br>Oxford, MS   38655 | Andrew G. McCullough, Esq.<br>Chris J. Walker, Esq.<br>Markow Walker, P.A.<br>P. O. Box 13669<br>Jackson, MS   39236-3669 |

Diane V. Pradat, Esq.
Senith C. Tipton, Esq.
John F. Hughes, Esq.
Wilkins, Stephens & Tipton, P.A.
P. O. Box 13429
Jackson, MS 39236-3429

Jay S. Ciaccio, Esq.
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

R. Mark Hodges, Esq.
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Jack W. Land, Esq.
Bryan, Nelson, P.A.
P. O. Box 18109
Hattiesburg, MS 39404-8109

Diana Dornan, Esq.
Jesse Lee Howell, III, Esq.
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Jeffrey Dean Leathers, Esq.
Greer & Pipkin
P. O. Box 907
Tupelo, MS 38802-0907

Stephen W. Burrow, Esq.
Williams, Heidelberg, Steinberger &
    McElhaney, P.A.
P. O. Box 1407
Pascagoula, MS 39568-1407

Eugene R. Naylor, Esq.
R. Mark Hodges, Esq.
S. Todd Jeffreys, Esq.
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Douglas Drew Malone, Esq.
Richard M. Edmonson, Esq.
Armstrong Allen, PLLC
P. O. Box 14028
Jackson, MS 39236-4028

Christine B. Tatum, Esq.
Robert F. Stacy, Jr., Esq.
Daniel Coker Horton & Bell, P.A.
P. O. Box 1396
Oxford, MS 38655-1396

C. York Craig, Jr., Esq.
Craig, Hester, Luke & Dodson, P.A.
P. O. Box 12005
Jackson, MS 39236-2005