IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to All Actions | Docket No. MDL 1657<br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**NOTICE OF FILING**

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on April 4, 2005, we filed with the Clerk of the United States District Court and the Honorable Judge Fallon, Pricing Class Action Plaintiffs' Supplement Regarding Structural Protections for the Putative Class in the Pricing Class Actions, a copy of which is hereby served upon you.

Dated: April 4, 2005

PRICING CLASS ACTION PLAINTIFFS

By: _____
One of their attorneys

Thomas M. Sobol
Hugh McNeely
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, Esq., an attorney, certify that I served copies of the forgoing Notice of Filing, Certificate of Service, Pricing Class Action Plaintiffs' Supplement Regarding Structural Protections for the Putative Class in the Pricing Class Actions on all parties on the attached service list by First Class Mail this 4th day of April 2005 before the hour of 5 p.m.

_____
Elizabeth A. Fegan

| | | |
|---|---|---|
| T. Scott Allen, Jr., Esquire<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019 | Amerisource, Inc.<br>1300 Morris Drive, Suite 100<br>Chesterbrook, PA 19087 | Andrew J. Carboy, Esquire<br>Sullivan Papain Block McGrath & Cannavo<br>120 Broadway, 18th Floor<br>New York, NY 10271 |
| Richard J. Arsenault, Esquire<br>Neblett Beard & Arsenault<br>P.O. Box 1190<br>Alexandria, LA 71309-1190 | Bryan F. Aylstock, Esquire<br>Aylstock, Witkin & Sasser, PLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | Joseph R. Colingo, Esquire<br>Colingo Williams Heidelberg<br>Steinberger & McElhany, PA<br>711 Delmas Avenue<br>P.O. Box 1407<br>Pascagoula, MS 39568-1407 |
| Blake H. Bailey, Esquire<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, TX 75702 | Steven C. Barkley, Esquire<br>3560 Delaware, Suite 305<br>Beaumont, TX 77706 | C. York Craig, Jr.<br>Craig Hester Luke & Dodson<br>P.O. Box 12005<br>Jackson, MS 39236-2005 |
| David A. Barrett, Esquire<br>Boies Schiller & Flexner, LLP<br>570 Lexington Avenue, 16 Floor<br>New York, NY 10022 | Bradley D. Becnel, Esquire<br>Law Offices of Daniel E. Becnel, Jr.<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068 | John Michael D'Amato, Jr., Esquire<br>Russo Scamardella & D'Amato PC<br>1010 Forest Avenue<br>Staten Island, NY 10310 |
| Daniel E. Becnel, Jr., Esquire<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084-2095 | Bergen Brunswig Drug Co.<br>P.O. Box 959<br>Valley Forge, PA 19482 | Raymond S. Carroll<br>Law Offices of Weiner, Carroll & Strauss<br>119 Rockland Center, Suite 425<br>Nanuet, NY 10954 |
| William C. Berger, Esquire<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431 | Andy D. Birchfield, Jr., Esquire<br>Beasley, Allen, Crow, Methvin,<br>Portis & Miles<br>234 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103-4160 | Ernest Cory, Esquire<br>Cory Watson Crowder & DeGaris, PC<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 |
| Reshonda L. Bradford, Esquire<br>Singleton Law Firm<br>4050 Linwood Avenue<br>Shreveport, LA 71108 | Joseph M. Bruno, Esquire<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 | Richard E. Crum, Esquire<br>Cobb Shealy Crum & Derrick, PA<br>P.O. Box 6346<br>Dothan, AL 36302-6346 |
| Virginia M. Buchanan, Esquire<br>Levin Papantonio Thomas Mitchell<br>Echsner & Proctor, PA<br>316 South Baylen Street, Suite 600<br>P.O. Box 12308<br>Pensacola, FL 32501 | Elizabeth J. Cabraser<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | Eric C. Deters, Esquire<br>Eric C. Deters & Associates, PSC<br>5247 Madison Pi8ke<br>Independence, KY 41051 |
| Ivan Dixon, Esquire<br>8413 Edgewood Drive<br>Rowlett, TX 75089 | John P. Eberhardt, Esquire<br>#1083045<br>1100 FM 655<br>Rosharon, TX 75089 | Jennifer H. Doan<br>Haltom & Doan. LLP<br>6500 North Summerhill Road<br>Crown Executive Center, Suite IA<br>P.O. Box 6227<br>Texarkana, TX 75505 |
| Daniel A. Edelman, Esquire<br>Edelman Combs & Latturner, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago, IL 60603 | Richard M. Edmonson, Esquire<br>Armstrong Allen, PLLC<br>4450 Old Canton Road, Suite 210<br>Jackson, MS 39211 | Helen K. Downs<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 |

Calvin C. Fayard, Jr., Esquire
Fayard & Honeycutt
519 Florida Avenue, SW
Denham Springs, LA 70726

William B. Federman, Esquire
Federman & Sherwood
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

R. Allen Flowers, Esquire
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Dana Casselli Fox, Esquire
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Michael T. Gallagher, Esquire
Gallagher Law Firm, PC
777 Walker Street, Suite 2500
Houston, TX 77002

Ricardo A. Garcia, Esquire
820 South Main Street
McAllen, TX 78501

Ronald S. Goldser, Esquire
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Anthony C. Graffeo, Esquire
Watson Jimmerson Givhan
203 Greene Street
P.O. Box 18368
Huntsville, AL 35804

Patricia Griffith, Esquire
1045 Evelyn Avenue
Clarksdale, MS 38614

Lance A. Harke, Esquire
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL 33130

Reginald K. Fears, Esquire
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Ronald V. Fiesta, Esquire
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 50th Floor
Chicago, IL 60602

Shawn G. Foster, Esquire
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Richard A. Freese, Esquire
Sweet & Freese, PLLC
P.O. Box 1178
Jackson, MS 39215

Hector G. Gancedo, Esquire
Gancedo & Nieves
144 West Colorado Boulevard
Pasadena, CA 91105

Mary Gibson, Esquire
P.O. Box 400
St. Mary's, GA 31558

Andrew S. Goldwasser, Esquire
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Tim T. Griesenbeck, Esquire
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 NE Loop 410
P.O. Box 795061
San Antonio, TX 78216

Jeffrey D. Guerriero, Esquire
Guerriero & Guerriero
P.O. Box 4092
Monore, LA 71211-4092

Craig D. Hebderson, Esquire
Gary Thomasson Hall & Mark
Professional Corp.
210 S Carancahua
P.O. Box 2888
Corpus Christi, TX 78403

Deborah C. Druley
Sonnenschein & Nath, LLP
One Metropolitan Square
Suite 3000
St. Louis, MO 63102

Tom Dutton
Pittman, Hooks, Dutton & Hollis, P.C.
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

Andrew S. Doctoroff
Honigman, Miller, Schwartz & Cohen
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3583

Mark A. Draper
Farr, Farr, Emerich. & Carr, FA.
99 Nesbit Street
P.O. Drawer 511447       I
Punta Gorda, FL 33951-1447

Walter C. Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge. LA. 70821-1366

Robert B. Carey
Hagens Berman Sobol Shapiro, LLP
2425 E. Camelback Road
Suite 650
Phoenix, AZ 85016

Leslie M. Carr
Nearpass & Hudson
25 S. Monroe
Suite 303
Monroe, MI 48161-2237

Rebecca Chase Sechrist
Bunda Stutz & Dewitt Suite 650
One Sea Gate
Toledo, OH 43604

James Clinton Clark, Jr.
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
1111 Bay Aveune
3rd Floor
Columbus, GA 31902

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

David Hadden Hockema, Esquire
Hockema Tippit & Escobedo, LLP
One Paseo del Prado, Building 101
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III, Esquire
Copeland Cook Taylor & Bush PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Mark B. Hutton, Esquire
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

Dennis J. Johnson, Esquire
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Whitman B. Johnson, III, Esquire
Currie Johnson Griffin Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard L. Josephson, Esquire
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Sharon L. Kegerreis, Esquire
Hughes Hubbard & Reed, LLP
201 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Norman C. Kleinberg, Esquire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Timothy M. Kolman, Esquire
Timothy M. Kolman & Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

John W. Land, Esquire
Bryan Nelson Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Robert M. Hodges, Esquire
Wise, Carter Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

John F. Hughes, Esquire
Wilkins Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

David A. Hylla, Esquire
Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL 62025

Walter T. Johnson, Esquire
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Christy D. Jones, Esquire
Butler Snow O'Mara Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Melissa C. Katz, Esquire
Waters & Kraus
3219 McKinney, Suite 3000
Dallas, TX 75204

Eric R. Kennedy, Esquire
Weisman Kennedy & Berns
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Marjory Knoll, Esquire
Law Offices of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Joel C. Lamp, Esquire
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

W. Mark Lanier, Esquire
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane,
Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

S. Tessie Corbin
Dechert, LLP
1717 Arch Street
Suite 4000
Philadelphia, PA 19103-2793

William R. Couch
Deakle-Couch Law Firm
P.O. Box 2072
Hattiesburg, MS 39401

John P. Cunningham
Brown & James
525 Main Street
Richland Plaza 1
Belleville, IL 62220

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue
Suite 100
Birmingham, AL 35205

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd.
Suite 1300
St. Louis, MO 63117-1322

Robert A. Bunda
Bunda Stumtz & DeWitt
One Sea Gate.
Suite 650
Toledo, OH 43604

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Andrew T. Citrin
Citrin & Mcglothren
P.O. Drawer 2187
Daphne, AL 36526

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
The Halle Building, Suite 900
1228 Euclid Avenue
Cleveland, OH 44115

| | | |
|---|---|---|
| Jeffrey D. Leathers, Esquire<br>Greer Pipkin Russell Dent & Leathers<br>P.O. Box 907<br>Tupelo, MS 38802 | Ira H. Leesfield, Esquire<br>Leesfield Leighton Rubio & Mahfood, PA<br>2350 South Dixie Highway<br>Miami, FL 33133 | Marry S. Cole<br>Gray, Ritter & Graham, PC<br>701 Market Street<br>Eighth Floor<br>St. Louis, MO 63101-1826 |
| Arnold Levin, Esquire<br>Levin Fishbein Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | Carlene Rhodes Lewis, Esquire<br>Goforth, Lewis Sanford, LLP<br>1111 Bagby, Suite 2200<br>Houston, TX 77002 | Gina C. Combs<br>Combs Law Firm, P.A.<br>11621 Rainwood Drive, Suite 8<br>Little Rock, AR 72212 |
| David K. Leitz, Esquire<br>Coale Cooley Lietz McInerny & Broadus<br>818 Connecticut Avenue, Suite 857<br>Washington, DC 20006 | Richard A. Lockridge, Esquire<br>Lockridge Grindal & Nauen PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2179 | Frederick M. Corley<br>P.O. Box 2265<br>Beaufort, SC 29901-2265 |
| William O. Luckett, Jr., Esquire<br>Luckett Law Firm<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 | Patrick A. Malone, Esquire<br>Stein Mitchell & Mezines<br>1100 Connecticut Avenue, NW, Suite 1100<br>Washington, DC 20036 | Bobby L. Cox, Attorney<br>P.O. Box 892<br>Natchez, MS 39121-0892 |
| David P. Matthews, Esquire<br>Abraham Watkins Nichols Sorrels Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776 | Kenneth B. McClain, Esquire<br>Humphrey Farrington & McClain PC<br>221 West Lexington, Suite 400<br>Independence, MO 64050 | John Michael D'Amato, Jr.<br>Russo, Scamardella & D'Amato, P.C.<br>1010 Forest Avenue<br>Staten Island, NY 10310 |
| J. Leray McNamara, Esquire<br>Copeland Cook Taylor & Bush PA<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Kim M. Meaders, Esquire<br>Crouch & Ramey<br>1445 Rose Avenue, Suite 2300<br>Dallas, TX 75202 | Thomas F. Gristina<br>Page Scrantom Sprouse Tucker & Ford<br>P.O. Box 1199<br>1111 Bay Avenue, 3rd Floor<br>Columbus, GA 31902 |
| Charles M. Merkel, Esquire<br>Merkel & Cocke<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 | S. Kirk Milam, Esquire<br>Hickman Goza & Spragins PLLC<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | Franklin K. Belhasen, II<br>Belhasen Law Office<br>814 South Mayo Trail<br>Paintsville, KY 41240 |
| Allen Scott Milavetz, Esquire<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 | Mason L. Miller, Esquire<br>Getty & Mayo, PLLC<br>1900 Lexingotn Financial Center<br>250 West Main Street<br>Lexington, KY 40507 | Todd S. Hageman<br>Simon, Lowe & Passanate, PC.<br>701 Market Street<br>Suite 1150<br>St. Louis, MO 6310 I |
| Daniel Minor, Esquire<br>Attorney At Law<br>1032 Cardinal Drive<br>Waco, TX 76712 | Steven R. Minor, Esquire<br>Elliott Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 | Julie A. Hardin<br>Fulbright & Jaworski<br>1301 McKinnev, Suite 5100<br>Houston, TX 77010-3095 |
| Michael H. Moirano, Esquire<br>Nisen & Elliott<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606 | Geoffrey C. Mousseau, Esquire<br>Mousseau & Associates<br>1421 Valverde Place, Suite B<br>Glendale, CA 91208 | Robert Earl Haslam<br>Law Office of Robert Haslam<br>555 South Summit Avenue<br>Fort Worth, TX 76104 |

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

Dianne M. Nast, Esquire
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601

Richard F. O'Malley, Esquire
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Thomas Jack Pearson, Esquire
Pearson & Campbell PC
2394 Calder Avenue
Beaumont, TX 77702

Frank M. Pitre, Esquire
Cotchett Pitre Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlington, CA 94010

Henry J. Price, Esquire
Price Potter Jackson Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

William R. Robb, Esquire
Aleshire Robb & Sivilis PCZ
901 St. Louis Street, Suite 1600
Springfield, MO 65806

John H. Ruiz, Esquire
Law Office of John H. Ruiz
5040 N.W. 7th Street, Suite 920
Miami, FL 33126

Stephen V. Saia, Esquire
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Stuart E. Scott, Esquire
Spangenberg Shibley & Liber LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Stephen B. Murray, Esquire
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000

Eugene R. Naylor, Esquire
Wise, Carter, Child & Caraway
600 Heritage Building
401 East Capitol Street, P.O. Box 651
Jackson, MS 39205-0651

Gregory J. Owen, Esquire
Owen Patterson & Owen
23822 West Valencia Boulevard, Suite 201
Valencia, CA 91355

Robert E. Piper, Jr., Esquire
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103

Geoffrey Edward Pope, Esquire
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, NE
1600 The Peachtree
Atlanta, GA 30309-3269

Eric M. Quetglas-Jordan, Esquire
Quetglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

Robert D. Rowland, Esquire
2227 South State Route 157
Edwardsville, IL 62025

Scott Rynecki, Esquire
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Paul R.M. Schwebel, Esquire
5657 Rundle Court
Indianapolis, IN 46220

Christopher A. Seeger, Esquire
Seeger Weis, LLP
One William Street, 10th Floor
New York, NY 10004-2502

Robert C. Heist
R. Connor & Associates, PC
120 South Riverside Plaza,
Suite 1605
Chicago, IL 60602

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Robert C. Anderson
Anderson Law Firm
3333 Camino Del Rio South
Suite 220
San Diego, CA 92108-3808

Norman C. Ankers
Honigman Miler Schwartz & Cohn
2290 First National Building
660 Woodward A venue
Detroit, MI 48226

Earl B. Austin
Baker Botts LLP
2001 Ross Avenue Suite 600
Dallas, TX 75201-2980

Garza Baldemar
200 E. Second Street
Rio Grande City, TX 78582

Ben Barnow
Barnow & Associates, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60602

Philip L. Fairbanks
1214 King Street
Beaufort, SC 29902

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Jeffrey B. Simon, Esquire
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David Neil Smith, Esquire
Nix Patterson & Roach LLP
205 Linda Drive
Dangerfield, TX 75638

Fichera & Miller
415 North LaSalle Street, Suite 301
Chicago, IL 60610

Deanna Dean Smith, Esquire
Ebanks Smith & Carlson LLP
1401 McKenney, Suite 2500
Houston, TX 77010-4034

Kathryn A. Snapka, Esquire
Snapka Turman & Waterhouse, LLP
606 North Caranahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Willie Flanders
408 Vine Street
Dublin, GA 31021

Shanin Specter, Esquire
Kline & Specter
1525 Locust Street
Philadelphia, PA 19102

Robert F. Stacy, Esquire
Daniel Coker Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Leonard V. Fodera
Monheit, Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

John S. Steward, Esquire
Meyerkord & Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Robert G. Sullivan, Esquire
Sullivan Papain Block McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Bruce D. Fox
Fox & Farley
One Centre Plaza
1107 Charles Seivers Boulevard
Clinton, TN 37716

Casandra F. Thomas, Esquire
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Christopher V. Tisi, Esquire
Ashcraft & Gerel
2000 L. Street, NW, Suite 400
Washington, DC 20036

Anthony Gallucci
Kelley & Ferraro
1300 East Ninth Street
1901 Bond Court Bldg.
Cleveland, OH 44114

Lawrence D. Wade, Jr., Esquire
Campbell DeLong Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Chris J. Walker, Esquire
Markow Walker PA
P.O. Box 13669
Jackson, MS 39236-3669

Daniel L. Gerritzen
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Thomas E. Walker, Esquire
Johnston Barton Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35255-5972

Leila H. Watson, Esquire
Cory Watson Crowder & DeGaris, PC
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35203

Mark Adam Griffin
Keller & Rohrback
1201 Third Avenue Suite 3200
Seattle, WA 98101-3052

Jennifer Fadal Weaver, Esquire
1305 Fossel Ridge Trail
Waco, TX 76712

Richard J. Weiner, Esquire
Law Offices of Richard J. Weiner, PC
119 Rockland Center, Suite 425
Nanuet, NY 10954

Donald M. Flack, Jr.
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

Leslie Weisbrod, Esquire
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

Jewell E. Welch, III, Esquire
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Francis L. Flynn
Simon, Lowe & Passanate, P.C.
701 Market Street, Suite 1150
St. Louis, MO 63101

John K. Weston, Esquire
Sacks Weston Smolinsky Albert & Luber
510 Walnut Street, Suite 400
Philadelphia, PA 19106

James L. Wright, Esquire
Mithoff & Jacks
One Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

R. Keith Foreman
McKay, Simpson, Lawler, Franklin & Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488

James J. Zonas, Esquire
Law Office of James J. Zonas
700-2nd Avenue, North, Suite 102
Naples, FL 34102

Nadeem Haider, Esquire
606 N. Jefferson Street
Louisville, MS 39339

Moses B. Fryer
727 Juniper Street, NE
Apt. 608
Atlanta, GA 30308

Barbara J. Hart, Esquire
Goodkind Labaton Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Stephen L. Russell, Esquire
Beirne Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Jean M. Geoppinger
Waite, Schneider, Bayless & Chesley Co., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Greensfelder & Hemker
10 S. Broadway, Suite 2000
St. Louis, MO 63102

Robert T. Ebert, Jr.
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102

Lawrence B. Grebel
Brown & James, P.C.
1010 Market Street 20th. Floor
St. Louis, MO 63101

David P. Ellington, Sr.
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101

Jose Escobedo, Jr.
Hockema, Tippit & Escobedo, L.L.P
P.O. Box 720540
MCAllen, TX 78502

James Esparza
Esparza Law Firm
1434 East 4500 South, # 100
Salt Lake City, UT 84117

James Esparza
Esparza Law Firm
1434 East 4500 South, # 100
Salt Lake City, UT 84117

Philip L. Fairbanks
1214 King Street
Beaufort, SC 29902

Karen D. Farley
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

Karen D. Farley
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

JoDee Favre
Favre & Allen
121 East Main Street
Belleville, IL 62220-1606

Ron M. Feder
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506

Ron M. Feder
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Arnold C. Young
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412-0048

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 West Randolph, Suite 200
Chicago, IL 60601

Fichera & Miller
415 North LaSalle Street, #301
Chicago, IL 60610

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd, 40th Floor
Miami, FL 33131-2398

Donald M. Flack, Jr.
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

Willie Flanders
408 Vine Street
Dublin, GA 31021

Michael A. Ysasaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar Street, Suite 1000
Houston, TX 77010

Francis L. Flynn
Simon, Lowe & Passanate, P.C.
701 Market Street, Suite 1150
St. Louis, MO 63101

Leonard V. Fodera
Monheit, Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

Brett A. Williams
Brown & James, PC
1010 Market Street, 20th Floor
St. Louis, MO 63101

| | | |
|---|---|---|
| R. Keith Foreman<br>McKay, Simpson, Lawler, Franklin & Foreman, PLLC<br>P.O. Box 2488<br>Ridgeland, MS 39158-2488 | Bruce D. Fox<br>Fox & Farley<br>One Centre Plaza<br>1107 Charles Seivers Boulevard<br>Clinton, TN 37716 | Kim Williams<br>Williamson & Williams<br>811 1st Avenue, Suite 620<br>Seattle, WA 98104 |
| Moses B. Fryer<br>727 Juniper Street, NE<br>Apt. 608<br>Atlanta, GA 30308 | Anthony Gallucci<br>Kelley & Ferraro<br>1300 East Ninth Street<br>1901 Bond Court Bldg.<br>Cleveland, OH 44114 | James L. Wright<br>Mithoff & Jacks<br>One Congress Plaza<br>111 Congress Avenue, Suite 1010<br>Austin, TX 78701-0001 |
| Jean M. Geoppinger<br>Waite, Schneider, Bayless & Chesley Co., LPA<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202 | Daniel L. Gerritzen<br>Bingham McHale, LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204-4900 | D. Eliot Yaffe<br>Foshee & Yaffe<br>P.O. Box 890420<br>Oklahoma City, OK 73189 |
| Lawrence B. Grebel<br>Brown & James, P.C.<br>1010 Market Street, 20th. Floor<br>St. Louis, MO 63101 | Mark Adam Griffin<br>Keller & Rohrback<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052 | Marc A. Young<br>Cokinos Bosien & Young<br>Woodson Tower<br>2919 Allen Parkway, Suite 1500<br>Houston, TX 77019-2124 |
| Thomas F. Gristina<br>Page Scrantom Sprouse Tucker & Ford<br>1111 Bay Aveune, 3rd Floor<br>P.O. Box 1199<br>Columbus, GA 31902 | Todd S. Hageman<br>Simon, Lowe & Passanate, PC.<br>701 Market Street<br>Suite 1150<br>St. Louis, MO 63101 | Greensfelder & Hemker<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102 |
| Brian D. Hancock<br>Garrison Scott Gambale & Rosenthal<br>2224 First Avenue<br>P.O. Box 11310<br>North Birmingham, AL 35202-1310 | Julie A. Hardin<br>Fulbright & Jaworski<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010-3095 | David P. Ellington, Sr.<br>Brown & James, P.C.<br>1010 Market Street, 20th Floor<br>St. Louis, MO 63101 |
| Alan Thomas Hargrove, Jr.<br>Rushton, Stakely, Johnston & Garrett<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36104 | Robert Earl Haslam<br>Law Office of Robert Haslam<br>555 South Summit Avenue<br>Fort Worth, TX 76104 | Arnold C. Young<br>Hunter MacLean Exley & Dunn<br>P.O. Box 9848<br>Savannah, GA 31412-0048 |
| Vilia B. Hayes<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Robert C. Heist<br>R. Connor & Associates, PC<br>120 South Riverside Plaza<br>Suite 1605<br>Chicago, IL 60602 | Jack Sharwell<br>14150 Nesting Way<br>Delray Beach, FL 33484 |
| Elizabeth V. Heller<br>Goldenberg, Miller, Heller & Antognoli<br>2227 South State Route 157<br>Edwardsville, IL 62025 | Catherine M. Hensler-Dickenson<br>Husch & Eppenberger, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105-3441 | Robert T. Ebert, Jr.<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102 |
| Jay H. Henderson<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019-3005 | Brian Kelly Herrington<br>Herrington & White, PLLC<br>P.O. Drawer 3260<br>Ridgeland, MS 39158-3260 | Jose Escobedo, Jr.<br>Hockema, Tippit & Escobedo, L.L.P<br>P.O. Box 720540<br>MCAllen, TX 78502 |

| | | |
|---|---|---|
| Joseph K. Hetrick<br>Dechert, Price & Rhoads<br>1717 Arch Street<br>4000 Bell Atlantic Tower<br>Philadelphia, PA 19103-2793 | Christy D. Jones<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39120 | Lance Harrison Swanner<br>Cochran, Cherry, Givens & Smith, PC<br>P.O. Box 927<br>Dothan, AL 36302 |
| Douglas A. Hofmann<br>Williams, Kastner & Gibbs<br>P.O. Box 21926<br>60 I Union Street, Suite 4100<br>Seattle, WA 98101 | Ronald G. Hole<br>Hole and Alvarez<br>P.O. Box 720547<br>McAllen. TX 78504-0547 | Maria D. Tejedor<br>Attorneys Trial Group<br>540 N. Semoran Blvd.<br>Orlando, FL 32807 |
| Jeffrey A. Holmstrand<br>McDermott & Bonenberger, PLLC<br>53 Washington Avenue<br>Wheeling, WV 26003 | William G. Holt<br>Gary Eubanks & Associates<br>P.O. Box 3887<br>Little Rock, AR 72203-3887 | John L. Tippit, III<br>Hockema, Tippit & Escobedo<br>1 Paseo Del Prado<br>Edinburg, TX 78539 |
| Daniel Allen Hossley<br>Hossley & Embry<br>313 East Charnwood Street<br>Tyler, TX 75701 | Carroll H. Ingram<br>Ingram & Associates<br>P.O. Box 15039<br>Hattiesburg, MS 39404-5039 | Anthony E. Tuney<br>Connelly, Jackson & Collier<br>405 Madison Avenue, Suite 1600<br>Toledo, OH 43604 |
| Thomas P. Jackson<br>Thomas P. Jackson & Associates<br>10100 North Central Expressway, Suite 510<br>Dallas, TX 75231 | Lynn Seithel Jekel<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | J. Michael M. Veron<br>Scofield, Gerard, Veron, Singletary<br>P.O. Drawer 3028<br>Lake Charles, LA 70602 |
| Robert K. Jenner<br>Janet & Jenner, LLC<br>1829 Reistertown Road, Suite 320<br>Baltimore, MD 21208 | Mitchell R. Jensen<br>Siegfried & Jensen<br>5664 South Green Street<br>Murray, UT 84123 | John L. Walker<br>Roberts & Perryman<br>One US Bank Plaza, Suite 2300<br>St. Louis, MO 6310 I |
| Arthur C. Johnson<br>Johnson, Clifton, Larson & Bolin<br>975 Oak Street, Suite 1050<br>Eugene, OR 97401 | Jeffrey Royal Johnson<br>Williams, Kastner & Gibbs<br>601 Union Street, Suite 4100<br>Seattle, WA 98111-3926 | Shawn A. Warner<br>Shawn A. Warner & Associates<br>218 North Jefferson, Suite 300<br>Chicago, IL 60661 |
| Robert L. Johnson, III<br>Attorney at Law<br>P.O. Box 1678<br>Natchez, MS 39120 | Richard L. Josephson<br>Baker Botts, LLP<br>One Shell Plaza<br>910 Louisana Street, Suite 3000<br>Houston, TX 77002-9934 | Charles D. Watson<br>Watson & Watson<br>P.O. Box 647<br>Drumright, OK 74030 |
| Gerald Jowers<br>Janet & Jenner, LLC<br>500 Taylor Street<br>Columbia, SC 29201 | Brian R. Kalb<br>Byron Gerbert, et al.<br>241 North Main Street<br>Edwardsville, IL 62025 | Leslie Weisbrod<br>Morgan & Weisbrod<br>11551 Forest Central Drive, Suite 300<br>Dallas, TX 75243 |
| William R. Kane<br>Miller, Faucher, and Cafferty, LLP<br>18th & Cherry Streets, Suite 1700<br>One Logan Square<br>Philadelphia, PA 19103 | Daniel R. Karon<br>Weinstein, Kitchenoff, Scarlato & Goldman<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113 | James E. Whaley<br>Brown & James<br>1010 Market Street, 20th Floor<br>St Louis, MO 6310 I |

J. Ransdell Keene
Law Offices of J. Ransdell Keene
P.O. Box 3097
Shreveport, LA 71133

Sharon 1. Kegerreis
Hughes, Hubbard &. Reed, LLP
201 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue, Suite 2700
Oklahoma City, OK 73102

John A. Kenney
McAfee & Taft
Two Leadership, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Joseph R. Swift
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 6310 I

Jeffrey L. Kodroff
Spector, Rosemam & Kodroff, P.C.
1818 Market Street. Suite 2500
Philadelphia, PA 19103

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tula, OK 74119-1010

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
Independence, MO 64050

Paul L. LaClair
Gucciardo Law Firm
99 Wall Street, 19th Floor
New York, NY 10005-4301

Charles J. LaDuca
Cuneo Waldman & Gilbert
317 Mass. Avenue, N.E., Building 1200
Washington, DC 20000

Caroline T. Trout
Walter Lansden Dortch & Davis
P.OBox 198966
Nashville, TN 37219-8966

Weisman, Kennedy & Berns
1600 Midland Building
101 Prospect Avenue
West Cleveland, OH 44115

Kathryn W. Landry
Leyoub & Landry, LLC
8280 YMCA Plaza
One Oak Square, Suite 10A
Baton Rouge, LA 70810

Philip L. Valente, Jr.
Silber & Valente
1806 Old Okeechobee Road, Suite 200
West Palm Beach, FL 33409

Gano D. Lemoine, III
Murray Law Firm
909 Poydras Street, Suite 2550
LL&E Tower
New Orleans, LA 70112

Seth R. Lesser
Locks Law Firm, PLLC
10 East 55th Street, 12th Floor
New York, NY 10022

Victor V. Vicinaiz
Roerig, Oliveira & Fisher
506 E. Dorve Avenue
McAllen. TX 78504

Scott Levensten
Beasley Firm
1125 Walnut Street
Philadelphia, PA 19107

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

J. Wesley Warden Duke
J.D. Johnson Law Firm
517 Second Street
P.O. Box 1694
Paintsville, KY 41240

Ronald T. Levinson
Levinson & Collins, P.C.
998 Old Country Road, Suite 4
Plainview, NY 11803

Carlene Rhodes
Lewis Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Barbara B. Litten
Steel Hector & Davis
777 Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Wendell T. Locke
Locke Law, PA
P.O. Box 841035
Pembroke Pines, FL 33084

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35255-5972

DeWitt M. Lovelace
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541

Jeffrey J. Lowe, PC
8235 Forsyth, Suite 1100
St. Louis, MO 63105

Brian W. Welch
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

| | | |
|---|---|---|
| Gerry Lowry<br>Fulbright & Jaworski<br>1300 McKinney Street, Suite 5100<br>Houston, TX 77010-3095 | Patricia E. Lowry<br>Steel, Hector & Davis, P.A.<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>West Palm Beach, FL 33401-6198 | James M. Simpson, Jr.<br>Friday, Eldredge & Clark<br>First Commercial<br>400 West Capitol Ave, Suite 2000<br>Little Rock, AR 72201 |
| Frank N. Luccia<br>Luccia & Evans, LLP<br>8 Greenway Plaza, Suite 1450<br>Houston, TX 77046 | James P. Lyle<br>Law Offices of James P. Lyle, PC<br>1116 2nd Street, N.W.<br>Albuquerque, NM 87102 | Daniel Briggs Smith, Jr.<br>Smith, Phillips, Mitchell, Scott & Rutherford<br>P.O. Box 1586<br>Batesville, MS 38606 |
| Michael Patrick Lyons<br>Beirne, Maynard & Parsons<br>1700 Pacific Avenue, Suite 2700<br>Dallas, TX 75201 | Brian J. Madden<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 | Scott A. Smith<br>Halleland, Lewis, Nilan, Sipkins & Johnson<br>220 6th Street South<br>Suite 600<br>Minneapolis, MN 55402 |
| Joseph B. Maira<br>Law Office Of Joseph B. Maira<br>1213 Desmond Court<br>Brooklyn, NY 11235 | Stefan A. Mallen<br>Bryan Cave, LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, Mo 63102-2750 | William W. Smith<br>Smith & Alspaugh, P.C.<br>1100 Financial Center<br>505 20th Street North<br>Birmingham, AL 35203 |
| Ann Mandt<br>Charfoos & Christensen<br>5510 Woodward Avenue<br>Detroit, MI 48202 | Gary Edward Mason<br>Mason Law Firm<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036 | Ann Kathryn Snyder<br>Dechert, LLP<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |
| Wilmer Dallam Masterson, III<br>Kilgore & Kilgore<br>3109 Carlisle<br>Dallas, TX 75204 | David P. Matthews<br>Abraham Watkins Nichols Sorrels Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776 | Carey W. Spencer, Jr.<br>Law Offices of Carey W. Spencer, Jr.<br>2070 Valleydale Road, Suite 6<br>Birmingham, AL 35244 |
| Theodore V. Mayer<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Ed W. McBride, Jr.<br>Otto & McBride PC<br>4001 S. 700 E., Suite 500<br>Salt Lake City, UT 84107 | Richard C. Stanley<br>Stanley, Flanagan & Reuter<br>909 Poydras Street, Suite 2500<br>New Orleans, LA 70112 |
| William T. McCall<br>Guillory & McCall<br>P.O. Box 1607<br>Lake Charles, LA 70602 | W. Thomas McCraney, III<br>McCraney & Montagnet<br>P.O. Box 16368<br>Jackson, MS 39236 | Joseph W. Steele<br>Steele, Ruffinengo & Biggs<br>50 South Main Street, Suite 1550<br>Salt Lake City, UT 84144 |
| Timothy F. McCurdy<br>Husch & Eppenberger, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105 | James J. McHugh<br>Beasley Firm, LLC<br>1125 Walnut Street<br>Philadelphia, PA 19107 | Paul F. Strain<br>Venable, LLP<br>2 Hopkins Plaza<br>1800 Mercantile Bank & Trust Bldg.<br>Baltimore, MD 21201 |
| Sarah A. Merriam<br>Cowdery, Ecker & Murphy, LLC<br>750 Main Street, Suite 910<br>Hartford, CT 06103-4477 | Kim R. Mevers<br>McCray, Muzilla, Smith & Meyers<br>260 Bums Road, Suite 150<br>Elyria, OH 44036 | Stephen G. Strauss<br>Bryan Cave, LLP<br>One Metropolitan Square, Suite 3600<br>211 N. Broadway<br>St. Louis, MO 63102 |

| | | |
|---|---|---|
| Mason L. Miller<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | William M. Mills<br>Atlas & Hall<br>P.O. Box Drawer 3725<br>McAllen, IX 78502 | Arthur Sherman<br>Sherman, Salkow, Petoyan & Weber<br>11601 Wilshire Boulevard, Suite 675<br>Los Angeles, CA 90025-1742 |
| Richard W. Mithoff, Jr.<br>Mithoff & Jacks<br>500 Dallas, Suite 3450<br>Penthouse, One Allen Center<br>Houston, TX 77002 | Anita K. Modak-Truran<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225-2567 | Johnathan Skidmore<br>Fulbright & Jaworski<br>2200 Ross Ave., Suite 2800<br>Dallas, TX 75201 |
| W. Barry Montgomery<br>Kalbaugh Pfund & Messersmith<br>901 Moorefield Park Drive, Suite 200<br>Richmond, VA 23236 | Daniel T. Moore<br>Moore & Walsh, LLP<br>433 North Main Street<br>P.O. Box 610<br>Poplar Bluff, MO 63901 | Lawrence D. Smith<br>Walton Lantaff<br>9350 S. Dixie Highway, 10th Floor<br>Miami, FL 33156 |
| Stephen G. Morgan<br>Morgan, Minnock & Rice, L.C.<br>Kearns Building, Eighth Floor<br>136 South Main St.<br>Salt Lake City, VT 84101 | Megan A.C. Muirhead<br>Modrall, Sperling, Roehl, Harris & Sisk<br>500 Fourth Street, N.W.<br>Bank of America Centre, Suite 1000<br>P.O. Box 2168<br>Albuquerque, NM 87103-2168 | Terrence Smith<br>Davis, Saperstein & Salomon, P.C.<br>375 Cedar Lane<br>Teaneck. NJ 07666 |
| Alberto A. Munoz<br>Munoz, Hockema & Reed<br>P.O. Box 9600<br>McAllen, TX 78502 | Eugene Edward Murphy, Jr.<br>Bryan Cave, LLP<br>151 North Clark #4800<br>Chicago, IL 60601-3206 | Kathryn A. Snapka<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua, Suite 1511<br>P. O. Drawer 23017<br>Corpus Christi, TX 78403 |
| Michael P. Murphy<br>Reminger & Reminger<br>237 West Washington Row, Second Floor<br>Sandusky, OH 44870 | Frrank A. Natale, II<br>Attorney At Law<br>2616 Wilmington Road, Suite F<br>New Castle, PA 16105 | Shanin Specter<br>Kline & Specter<br>1525 Locust Street, 19th Street<br>Philadelphia, P A 19102 |
| Brett E. Nelson<br>Plews, Shadley, Racher & Braun<br>1346 North Delaware Street<br>Indianapolis, IN 46202 | Kevin Thomas O'Hanlon<br>O'Hanlon & Associates<br>808 West Avenue<br>Austin, TX 78701 | John Jeffrey Springer<br>Springer Lyle & Watt<br>1807 Westminster<br>Denton, TX 76205 |
| Donald L. O'Keefe, Jr.<br>Rabbitt, Pitzer & Snodgrass, P.C.<br>100 S. Fourth Street, Suite 400<br>St. Louis, MO 63101-1821 | James D. O'Leary<br>Onder & Shelton, LLC<br>1015 Locust Street, Suite 720<br>St. Louis. MO 63101 | Zollie Carl Steakley<br>Campbell, Cherry, Harrison, Davis, Dove, PC<br>5 Ritchie Road<br>Waco, TX 76712 |
| David George Oliveira<br>Roerig, Oliveira & Fisher<br>855 West Price Road, Suite 9<br>Brownsville, TX 78520 | James G. Onder<br>Onder & Shelton, L.L.C.<br>1015 Locust Street, Suite 720<br>St. Louis, MO 63101 | Ann Marie Stockmaster<br>Rubin Guttman & Associates<br>55 Public Square, Suite 1860<br>Cleveland, OH 44113 |
| Thomas P. Owen, Jr.<br>Stanley, Flanagan & Reuter<br>909 Poydras Street, Suite 2500<br>New Orleans, LA 70112 | Brett Alan Panter<br>Panter Panter & Sampedro<br>6950 Kendall Dr N - 1st Floor<br>Miami, FL 33156-2144 | John A. Straka, III<br>Hirshberg, Gustine, Straka & Orie<br>One Oxford Centre, Suite 450<br>Pittsburg, PA 15219 |

| | | |
|---|---|---|
| Daryl Dion Parks<br>Parks & Crump<br>240 Magnolia Drive<br>Tallahassee, FL 32301 | Robb W. Patryk<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Philipa M. Remington<br>Stinnett, Thiebaud & Remington L.L.P.<br>1445 Ross Avenue<br>4800 Fountain Place<br>Dallas, TX 75202 |
| Peter S. Pearlman<br>Cohn, Lifland, Pearlman, Herrmann & Knopf<br>Park 80 Plaza, West One<br>Saddle Brook, NJ 07663 | Jerald D. Pearson<br>Pearson Law Firm, P.S.<br>43504 SE North Bend WY<br>North Bend. WA 98045 | William R. Robb<br>Aleshire, Robb & Sivils, P.C.<br>901 St. Louis Street, Suite 1600<br>Springfield, MO 65806 |
| Thomas Jack Pearson<br>Pearson & Campbell, PC<br>2394 Calder Avenue<br>Beaumont, TX 77702 | Ronnie G. Penton<br>Law Offices of Ronnie G. Penton<br>209 Hoppen Place<br>Bogalusa, LA 70427 | Jeffrey Robinson<br>Robinson & Sheen, LLC<br>215 South State, Suite 960<br>Salt Lake City, DT 84111 |
| Cesar Perez<br>P.O. Box 4319<br>McAllen, TX 78502-9600 | Christopher Lee Phillips<br>Jackel, Rainey, Busch & Reed<br>211 Roswell Street<br>P.O. Box 1305<br>Marietta, GA 30061-1305 | Rick L. Rose<br>Ray, Quinney & Nebeker<br>36 S. State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, DT 84145-0385 |
| M. Norwood Phillips<br>Shackleford, Phillips, Wineland, et al<br>P,O.Box 1718<br>El Dorado, AR 71730-1718 | Robert E. Piper, Jr.<br>Piper & Associates<br>624 Pierre Avenue<br>P.O. Box 69<br>Shreveport, LA 71103 | Edward Ruff, III<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606-4673 |
| Michael J. Pitzer. Sr.<br>Rabbitt & Pitzer<br>100 South Fourth Street, Suite 400<br>St. Louis, MO 63101-1821 | Richard J. Plezia<br>Abraham Watkins Nichols Sorrels Matthews & Friend<br>800 Commerce Street<br>Houston, IX 77002-1776 | Jaime A. Saenz<br>Rodriguez, Colvin & Chaney<br>1201 E. Van Buren<br>Brownsville, TX 78520 |
| Ira C. Podlofsky<br>Podlofsky Orange Kitt & Kolenovsky<br>98 Cutter Mill Road, Suite 299 North<br>Great Neck, NY 11021 | Harris L. Pogust<br>Sherman, Silverstein, Kohl, Rose, et al.<br>Fairway Corporate Center, Suite 311<br>4300 Haddonfield Road<br>Pennsauken, NJ 08109 | Mark D. Samson<br>Keller Rohrback, P.L.C.<br>3101 North Central Ave., Suite 900<br>National Bank Plaza<br>Phoenix, AZ 85012-2600 |
| John J. Pollock<br>Levene, Gouldin & Thompson<br>902 Press Building<br>P.O. Box F-1706<br>Binghamton, NY 13902 | Susan J. Pope<br>Frost, Brown & Todd, L.L.C.<br>250 W. Main Street<br>2700 Lexington Financial Center<br>Lexington, KY 40507 | Gregory P. Sautter<br>Zimmerman Reed<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402-4123 |
| Stephen J. Potter<br>Beehr & McCarter<br>7777 Bonhomme Avenue, Suite 1810<br>St. Louis, MO 63105 | Joseph A. Power, Jr.<br>Power, Rogers & Smith, PC<br>70 West Madison, Suite 5500<br>Chicago, IL 60602 | Anne W. Schiavone<br>Schiavone Law Firm, PC<br>105 East 5th Street, Suite 401<br>Kansas City, MO 64106 |
| Scott E. Poynter<br>Emerson Poynter, LLP<br>2228 Cottondale Lane, Suite 100<br>P.O. Box 164810<br>Little Rock, AR 72216-4810 | John P. Rahoy<br>Brown & James, P.C.<br>1010 Market Street<br>20th Floor<br>St. Louis, MO 63101 | Rebecca C. Sechrist<br>Bunda Stutz & Dewitt, Suite 650<br>One Seagate<br>Toledo, OH 43604 |

Peter R. Restani
Restani Mcallister & Cassetty
2801 Ponce De Leon Blvd., Suite 900
Coral Gables, FL 33134

Foster Robberson
Lewis & Roca, LLP
40 N. Central Avenue, Suite 1900
Phoenix, AZ 85004

Antonio M. Romanucci
Romanucci & Blandin
33 North LaSalle Street, Suite 2200
Chicago, IL 60602

C. Thomas Ross
Ross Law Firm
301 N. Main Street
Winston Tower, Suite 2201
Winston-Salem, NC 27101

Sack & Save Grocery
1770 Ellis Avenue
Jackson, MS 39204

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Joseph H. Saunders
Saunders & Walker, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637

Ann M. Scarlett
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106

Joshua G. Schiller
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793