A CERTIFIED TRUE COPY
APR - 1 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -5 PM 1:41

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the six actions listed on the attached Schedule A on March 10, 2005. The stay of transmittal of the conditional transfer order with respect to these six actions was lifted on March 28, 2005, inasmuch as no notice of opposition had been filed by the Panel Clerk's Office prior to that date. Thus the six actions were transferred to the Eastern District of Louisiana at that time. It now appears, based upon the representations of plaintiffs' counsel and the facsimile records maintained by the Panel Clerk's Office, that six notices of opposition, each consisting of a single page, were faxed to the Panel by plaintiffs' counsel on March 24, 2005. These circumstances justify reinstatement of the conditional transfer order with respect to the six actions in order to permit plaintiffs to pursue their oppositions to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on March 10, 2005, is REINSTATED insofar as it relates to the six actions listed on the attached Schedule A. Plaintiffs' notices of opposition are deemed filed as of April 1, 2005, and in accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before April 18, 2005.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee _____
___ Process _____
 X  Dktd _____
 ✓  CtRmDep _____
___ Doc. No _____

# SCHEDULE A

MDL-1657 — In re Vioxx Products Liability Litigation

### Middle District of Florida

*Amparo Alvarez v. Merck & Co., Inc., et al.*, C.A. No. 6:05-171
*Gloria Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 6:05-221
*Dallas Childers, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-222
*Maria Diaz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-239
*Brenda Jurado v. Merck & Co., Inc., et al.*, C.A. No. 8:05-224
*Felix Carvajal, et al. v. Merck & Co., Inc., et al.*, C.A. No. 8:05-276

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 1, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule of Order)

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosure

cc:   Transferee Judge:   Judge Eldon E. Fallon
      Transferor Judges:  Judge John Antoon, II, Judge Susan C. Bucklew, Judge Anne C. Conway,
                          Judge Patricia C. Fawsett, Judge Gregory A. Presnell
      Transferor Clerk:   Sheryl L. Loesch

JPML Form 87