THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKIE WHITE, individually and on behalf of all others similarly situated,<br>*Plaintiff/Class Representative*, | CIVIL ACTION NO.: 04-2126<br><br>JURY TRIAL DEMANDED |
| VERSUS | CLASS ACTION COMPLAINT |
| MERCK & CO, INC., a New Jersey Corporation<br>*Defendant* | |

CONSOLIDATED WITH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## MOTION AND ORDER FOR JUDGMENT OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Vickie White, who moves that all her claims asserted against all parties in the above-captioned matter be dismissed, without prejudice.

RESPECTFULLY SUBMITTED:

CUNARD LAW FIRM
9214 INTERLINE AVENUE
BATON ROUGE, LOUISIANA 70809
(225) 925-2978

_____
JEWEL E. "TRAE" WELCH, III (#27896)

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 31st day of March, 2005, served a copy of the foregoing pleading on all counsel of record to this proceeding by mailing same First Class United States mail, postage prepaid.

_____
JEWELL E. "TRAE" WELCH, III