**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

---

215-772-1000
800-597-9585
FAX: 215-735-0960

FILED
U.S. DISTRICT COURT
EAST DISTRICT OF LA
2005 APR -7 AM 10: 04
LORETTA G. WHYTE
CLERK

Michelle L. Tiger, Esquire
Direct Dial (215) 772-0428
michelle.tiger@klinespecter.com

April 6, 2005

Clerk of the U.S. District Court
Eastern District of Louisiana
500 Polydras Street, Room C-151
New Orleans, Louisiana 70130

**RE:   MDL No. 1657 - In Re: Vioxx Products Liability Litigation**

Dear Sir/Madam:

I would like to request that Shanin Specter, Esquire of my firm be removed from the mailing list to the above Multi-District Litigation.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

MICHELLE L. TIGER

MLT/lmt

cc:   Regina Westenfeld, Paralegal

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____