UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR -7 PM 4:04
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:  VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES

## NOTICE OF FILING OF APPLICATION FOR APPOINTMENT TO DEFENDANTS' STEERING COMMITTEE

COMES NOW, T. SCOTT ALLEN, JR., who files the attached application for appointment to the Defendants' Steering Committee.

Respectfully submitted,

T. Scott Allen, Jr.
Federal ID #: 0064
State Bar #:  01059700
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas  77019-2133
Telephone:  (713) 650-6600
Telecopier:  (713) 650-1720
E-Mail:  sallen@crusescott.com

By: _____
T. Scott Allen, Jr.

___ Fee_____
✓ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

## Certificate of Service

I hereby certify that a copy of the above and foregoing pleading has been served upon Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel via facsimile and regular U. S. mail and upon counsel named in the list labeled as Schedule B and attached to Pre-Trial Order No. 1 via U.S. Mail this 6th day of April, 2005.

_____
T. Scott Allen, Jr.

Judicial Panel on Multidistrict Litigation     Panel Attorney Service List                                                    Page 1

Docket: 1657 - In re Vioxx Products Liability Litigation
Status: Transferred on 02/16/2005                                    **SCHEDULE B**
Transferee District: LAE    Judge: Fallon, Eldon E.                  Printed on 02/16/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Allen, Jr. T. Scott<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston, TX 77019 | => Arango, M.D., Dario*; Dario Arango, M.D., P.A. dba Arango Family & Industrial Clinic*; Dennis, Dr. Michael D.*; Suderman, D.O., Emery L.* |
| Americsourcebergen<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook, PA 19087 | => Amerisource, Inc.; Amerisourcebergen#; Bergen Brunswig Drug Co.# |
| Arsenault, Richard J.<br>Neblett Beard & Arsenault<br>P.O. Box 1190<br>Alexandria, LA 71309-1190 | => Lavergne, Donna |
| Aylstock, Bryan F.<br>Aylstock, Witkin & Sasser, P.L.C.<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | => Price, Bobby; Price, Brenda |
| Bailey, Blake H.<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, TX 75702 | => Bailey, Jerlene*; Ford, James*; Harrington, John*; Hollandsworth, James*; Irvin, Barbara*; Jolley, Bill*; Morrison, Ethel*; Smith, Shirley*; Williams, James*; Young, David* |
| Barkley, Steven C.<br>3560 Delaware<br>Suite 305<br>Beaumont, TX 77706 | => Hall (Ind./Rep./Est.-Margaret Isabel) Arthur Clifford; Hall, Eliot; Hall, Frank Harold |
| Barrett, David A.<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>16th Floor<br>New York, NY 10022 | => Cain, Alex*; Moss, Bobbie*; Watkins, William* |
| Becnel, Bradley Douglas<br>Law Offices Of Daniel E. Becnel, Jr.<br>425 W. Airline Hwy.<br>Suite B<br>Laplace, LA 70068 | => Savage, Sr., Clifton Adam |
| Becnel, Jr, Daniel E.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084-2095 | => Benoit, James Edward; Bracken, Dorothy; Brown, Wilson; Chiszle, Clarence; Christina, Sr., Salvadore*; Davis, Leonce; Falick, Howard Mark; Gagola, Mary V.; Hudson, Linda Kay; Parr, Christine L.; Robertson, Delores Thomas; Wilkinson, Jesse |
| Bergen Brunswig,<br>P.O. Box 959<br>Valley Forge, PA 19482 | => Bergen Brunswig Drug Co. dba Amerisourcebergen |
| Berger, C. William<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road | => Silber, Stanley; Silber, Susan |

Note: Please refer to the report title page for complete report scope and key.

Case 2:05-md-01657-EEF-DEK   Document 243   Filed 04/07/05   Page 4 of 20

(Panel Attorney Service List for MDL 1,657 Contin.)                                                                                                            Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 337W<br>Boca Raton, FL 33431 | |
| Birchfield, Jr, Andy D.<br>Beasley, Allen, Crow, Methvin, Portis & Miles<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160 | => Abram, Antoinette*; Adams (Behalf-Janet), Eddie William*; Brown (Behalf-Stephen Anthony), Tracy*; Chapman, Eunice*; Cook, William*; Early, Reginald*; Eckols, Lula*; Eckols, Tommy Lee*; Flanagan, Geneva L.*; Gough, Jerry*; Halbert, Josephine*; Harmon, Roy*; Holmes, Gene*; Hopkins (Behalf-Emma Conner), Willie Mae*; Hudson, Camillia Faye*; Johnson, Sharon*; Jones, Annie*; Jones, Jessie Lee*; King, Tonya Lynn*; Logan, Joe W.*; Magee, Bettye J.*; Maynor, Linder*; McFarland, Leona*; McMillan, Louise*; McNeil, Bessie*; Morgan, Janet Sue*; Morgan, Stephanie*; Moulds (Behalf-Alice Lessie Atchley), Rachel*; Norwood, Annie*; Oliver (Behalf-Kenneth Ray), Frances Ann*; Otts, Linda Sue*; Parsons, Mary*; Payton, Eddie William*; Pegues, Riella*; Powell, Susie M.*; Smith, James*; Starling, Lamont*; Sykes, Melissa*; Tucker, Barbara*; Warren, James Howard*; Wheatley (Adm./Est.-Carl), Catherine*; Wheaton, Rosie C.*; Younge (Ind./Adm./Est.-Charles Marvin), Carolyn*; Zellmer, Richard* |
| Bradford, Reshonda L.<br>Singleton Law Firm<br>4050 Linwood Ave<br>Shreveport, LA 71108 | => Allegretto, Fran; Anderson, Comecia; Anderson, Frederick; Baylor, Ruthie; Brooks, Magaline; Edwards, Joe Ree; Garcie, Mattie; Hall, Calvin; Kersee, Mary; Merrit, Norma; Netter, Carlos; Payne, Minnie; Rice, Thelma; Upshaw, James |
| Bruno, Joseph M.<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 | => Alexander, Angelis* |
| Buchanan, Virginia M.<br>Levin, Papatonio, Thomas, Mitchell, et al.<br>316 South Baylen Street, Suite 600<br>P.O. Box 12308<br>Pensacola, FL 32501 | => Burt, Benjamin R.; Burt, Shirley |
| Cabraser, Elizabeth J.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 | => Aguero, Brenda*; Herke, Sherrill* |
| Carboy, Andrew J.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Fontanetta, Robin; Fontanetta, William |
| Carroll, Raymond S.<br>Law Offices Of Weiner, carroll & Strauss<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => McNaughton, Walter* |
| Colingo, Joseph R.<br>Williams, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | => Stewart, Dr. Reginald |
| Cory, Ernest<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue | => Fulton (Adm./Est.-Rebeka Kayla Schultz), Arthur*; Hensley (Exe./Est.-Henry Lee), Carolyn O.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 200<br>Birmingham, AL 35205 | |
| Craig, Jr, C. York<br>Craig, Hester, Luke & Dodson<br>P.O. Box 12005<br>Jackson, MS 39236-2005 | => Columbia Discount Drugs, Inc.; Super D #143 |
| Crum, Richard E.<br>Cobb, Shealy, Crum & Derrick, P.A.<br>P.O. Box 6346<br>Dothan, AL 36302-6346 | => Turner, Sr., Paul* |
| D'Amato, Jr, John Michael<br>Russo, Scamardella & D'Amato, P.C.<br>1010 Forest Avenue<br>Staten Island, NY 10310 | => Fialo, Lorriane |
| Deters, Eric C.<br>Eric C. Deters & Associates, P.S.C.<br>5247 Madison Pike<br>Independence, KY 41051 | => Williams, Daniel K.* |
| Dixon, Ivan<br>8413 Edgewood Drive<br>Rowlett, TX 75089 | => Dixon, Ivan |
| Eberhardt, John P.<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | => Eberhardt, John P. |
| Edelman, Daniel A.<br>Edelman, Combs & Latturner, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago, IL 60603 | => Ivory, Anita |
| Edmonson, Richard M.<br>Armstrong Allen, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211 | => Fred's Express |
| Fayard, Jr, Calvin C.<br>Fayard & Honeycutt<br>519 Florida Avenue, S.W<br>Denham Springs, LA 70726 | => Russell, Michael Wayne* |
| Fears, Reginald K.<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | => Fears, Reginald K. |
| Federman, William B.<br>Federman & Sherwood<br>120 North Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102 | => House, Paul E.*; Leonard, Michael R.* |

Note: Please refer to the report title page for complete report scope and key.

Case 2:05-md-01657-EEF-DEK   Document 243   Filed 04/07/05   Page 6 of 20

(Panel Attorney Service List for MDL 1,657 Contint.                                                                Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta, Ronald V.<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | => Chartrand, Larry*; Grant, Linda* |
| Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | => Willis, M.D., Todd |
| Foster, Shawn G.<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City, MO 64105 | => Bench, Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Baldoni, Eugene; Blumfield, Travis; Brumfield, Travis; Lassig, Ashley; Lassig, Leonard; Lassig, Martha; Pearson, Carolyn; Pearson, Elizabeth; Smith, Carolyn; Smith, Eric; Staples, Billy; Staton (Ind./Per./Rep./Heirs/Est.-David Wayne), Rosa Linda; Valdone, Chip |
| Freese, Richard A.<br>Sweet & Freese, P.L.L.C.<br>P.O. Box 1178<br>Jackson, MS 39215 | => Melton, Jerry |
| Gallagher, Michael T.<br>Gallagher Law Firm, P.C.<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 | => Balch, Peggy J.* |
| Gancedo, Hector G.<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | => Briggs, Janet |
| Garcia, Ricardo A.<br>820 S. Main Street<br>McAllen, TX 78501 | => Sanchez, Olga* |
| Gibson, Mary<br>P.O. Box 400<br>St. Mary's, GA 31558 | => Gibson, Mary |
| Goldser, Ronald S.<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | => Dauterman, Brock; Dauterman, Holly; Dauterman, Janet; Dauterman, Rod; Dauterman, Ryan; Glover, Carolyn Y.; Michaud (Ind./Per./Rep. on behalf of the Estate of Andre Adrian Michaud, Decedent Andre Adrian Michaud), Bridget Elaine; Whitmore, Deyonne E. |
| Goldwasser, Andrew S.<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland, OH 44113 | => Knoll, Marjory |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo, C. Anthony<br>Watson, Jimmerson, Givhan, et al.<br>203 Greene Street<br>P.O. Box 18368<br>Hunstville, AL 35804 | => Jones, Sharon Scott |
| Griesenbeck, Tim T.<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410<br>P.O. Box 795061<br>San Antonio, TX 78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith, Patricia<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614<br>*** Bad Address *** | => Griffith, Patricia |
| Guerriero, Jeffrey D.<br>Guerriero & Guerriero<br>P.O. Box 4092<br>Monore, LA 71211-4092 | => Warren, Calvin; Warren, Jessica |
| Harke, Lance A.<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami, FL 33130 | => Fontanilles, Clara |
| Hebderson, Craig D.<br>Gary, Thomasson, Hall & Mark<br>Professional Corp<br>P.O. Box 2888<br>210 S. Carancahua<br>Corpus Christi, TX 78403 | => Reed (Ind./widow-Johnney), Carolyn |
| Hockema, David Hadden<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado<br>Bldg. 101<br>P.O. Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges, Robert M.<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates, P.A. |
| Howell, III, Jesse L.<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P O. Box 6020<br>Ridgeland, MS 39158-6020 | => Bonners Pharmacy* |
| Hughes, John F.<br>Wilkins, Stephens & Tipton<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | => Reid, M.D., Richard |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Continu.*

Page 6

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Hutton, Mark B.<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201 | => Smith, Betty S. |
| Hylla, David A.<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025<br>*** Bad Address *** | => Bilbrey, Patricia |
| Johnson, Dennis J.<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 | => Cheeseman, Sara* |
| Johnson, Walter T.<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS 39205-0650 | => G.D. Searle & Co.; G.D. Searle, LLC; Monsanto Co.; Pharmacia Corp. |
| Johnson, III, Whitman B.<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 | => Lee, M.D., Charles D. |
| Jones, Christy D.<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P O. Box 22567<br>Jackson, MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson, Richard L.<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston, TX 77002-9934 | => R/D Clinical Research, Inc.; Resnick, M.D., Harvey |
| Katz, Melissa C.<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas, TX 75204 | => Bareham, Sandra; Bolen, Larry; Briggs, Robert; Conditt, Kathy; Holland, Michael; Joiner, Sherri; Knowles, Katrina; Lenormand, Pamela; Mitchell, Robert; Taucer, Albert; Thompson, John; Tucker, Jerry |
| Kegerreis, Sharon L.<br>Hughes, Hubbard & Reed, LLP<br>201 S. Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-4332 | => Publix Super Markets, Inc. |
| Kennedy, R. Eric<br>Weisman, Kennedy & Berris<br>600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | => Jones, Danford K.*; Jones, Gilda C.* |
| Kleinberg, Norman C.<br>Hughes Hubbard & Reed LLP | => Merck & Co., Inc.* |

Note: Please refer to the report title page for complete report scope and key.

Case 2:05-md-01657-EEF-DEK   Document 243   Filed 04/07/05   Page 9 of 20

(Panel Attorney Service List for MDL 1,657 Contin.)                                                                                                  Page 7

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| One Battery Park Plaza<br>New York, NY 10004 | |
| Knoll, Marjory<br>Law Office Of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | => Meadows, James E.*; Meadows, Jr., James E.; Meadows, June; Meadows, Stephen G. |
| Kolman, Timothy M.<br>Timothy M. Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 | => Donovan, Michelle |
| Lamp, Joel C.<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 | => Wal-Mart Stores, Inc. |
| Land, John W.<br>Bryan, Nelson, Randolph & Weathers<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | => Mettsave Drugs; Quitman Drug Co. |
| Lanier, W. Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | => Brown, Bobby*; Brown, Linda*; Daley (Ind./Rep./Est.-Robert Deleon & Next Friend for Scott A. & Shirley Mann), Deborah*; Stubblefield (Ind./Rep./Est.-Keith Jerome & Next Friend-Keith Jerome, Korietta Lashay, Kendall Wayne& Kedrick Roy), Kimberly D.* |
| Leathers, Jeffrey D.<br>Greer, Pipkin, Russell, Dent & Leathers<br>P.O. Box 907<br>Tupelo, MS 38802 | => Community Discount Pharmacy* |
| Leesfield, Ira H.<br>Leesfield, Leighton, Rubio & Mahfood, P.A.<br>2350 South Dixie Highway<br>Miami, FL 33133 | => Schneider, Sidney |
| Levin, Arnold<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Besaw, Patrick*; Smith, Henry*; Smith, Mary* |
| Lewis, Carlene Rhodes<br>Goforth, Lewis, Sanford, LLP<br>1111 Bagby<br>Suite 2200<br>Houston, TX 77002 | => Ahl, June*; Alaniz, Flora*; Allen, George*; Alston, Jr., John*; Anglin, Helen*; Austin, Nancy*; Baker, Mary*; Baker, Norma*; Baldwin, Kenneth*; Banks, Judy*; Barrington, Ernest*; Bell, Myrtle Louise*; Benavides (Ind./Rep/Est.-Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany, Arthur*; Bridgers, Rebecca*; Bronze, Sandra*; Brooks, Fredrick*; Brow, Mary*; Brown, Esther*; Brown, Wattie*; Buck, Patricia*; Buckner, Claude*; Bullock, Barbara*; Burk-Cameron, Patricia*; Burkett (Legal Heir/Est.-Lelan Stringer), Majorie*; Burrell, Willie*; Busby-Allen, Sharla*; Butcher, Shirley*; Calder, Virginia*; Camacho, Maria*; Carney, Homer*; Carter, Andrea*; Carter, Essie*; Carter, Helen Portis*; Castro, Hortensia*; Cebrum, Alice*; Chambers, Christopher*; Chane, Della*; Chatman, Charles*; Childress, Cynthia*; Chocolate, Belinda*; Clark, Beulah*; Clark, Cortrena*; Clark, Delores*; Clark, Mary*; Clayton, Marsha*; Cluff, Anna*; Coleman, Lula*; Combs, David*; Cooper, Roberts*; Coppedge, Darryle*; Crick, Kimberly*; Cruz, Esperanza*; Cryer, Becky*; Dahl, David*; De La Rosa, Odilla*; Deainza, Barbara*; Denny, Jeffrey L.*; Denny, Molly J.*; Diaz, Mary*; Duncan, Shirley*; Elam, Claudia*; England, James*; Fischbach, Arleigh*; Flaniken, Betty*; Forbes, James*; Foward, Joe*; |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Futrell, Sharon*; Gajdosik, Margaret*; Garrett, Manieka*; Garza, Jorge*; Garza, Linda*; Garza, Manuel*; Garza, Pauline*; Geryak, Janie*; Gilmore, Bobbie*; Glaspie, Precious*; Goss, Garcia*; Graves, Mark*; Gray, Marvinette*; Griggsby, Tenya*; Guzman, Beatriz*; Haddox, Gracie*; Hafemann, Donald*; Hannah, Reba*; Hannah, Sandra*; Hardin, Larry*; Harrell, Regina*; Harris, Richard*; Harris, Sandra*; Harris, Vivian*; Haynes, Lloyd*; Heirs/Est.-Pablo Flores*; Hermis, Lawrence*; Hernandez, Ana*; Hervey, George*; Hess, Kenneth*; Hill, Kristy*; Hodges, Alvin*; Hogue, Thelma*; Holland, Wanda*; Hopson (Ind./Rep./Est.-Kay Faubion), Joe*; Howard, Annice*; Hubbs, Judy*; Hutson, Jerry*; Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James, Tracy*; Jobe, Charles*; Johnson, Willie*; Jones, Terryl*; Kenne, Gordon*; King, Patricia*; Knox, Mary*; Kolak, Alexander*; Lane, Sr., Prentice*; Lawson, Elva*; Lee, Gary*; Lerma, Clemente*; Leslie, Doris*; Leveen, Jay*; Lewe, Doris Jean*; Lewis, Crystal*; Lise, Joyce*; Logsdon, Ernest*; Lovvorn, Jesse*; Lucas, Stephen*; Mallet, Anthony J.*; Mallet, Priscilla G.*; Mankarious, Rifaat*; Manning, Rosie*; March, Alicia*; Martin, Georgia*; Martinez, Willie*; Mauldin, Mary*; Mayberry, Janice*; Mayo, Veronica*; McCleveland, Kym*; McGathon, Myrtle*; McMillian, Opal*; McNualty, Sharon*; Miller, Grunetta*; Molina, Euardo*; Moore, Sharon*; Moreno, Jesus*; Morris, Gerald*; Morton, David*; Mowery, Ricky*; Murphy, Mary*; Myer, Margaret Pearson*; Nelson, Rubie*; Newell, Carol*; Newton, Mary*; Nichols, Fredrick*; Oliver, Rena*; Owen, III, David*; Parker, Jessie*; Parks, Dorothy*; Parks, Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M.*; Pikul (Adm./Est.-Paul), Thomas Joseph*; Platt, Jr., Alvin*; Posada, Maria*; Powers, Gail*; Pradia, Carolyn*; Punch, Vivian*; Pyron, Marshall*; Rady, Jean*; Ramirez, Josefa*; Ray, Sr., Darrell*; Reyna, Pete*; Reynolds, Lori*; Rhodes, Brian*; Rhodes, George*; Richter, Mary*; Rivera, Epifanio*; Roberts, Katherine*; Roberts, Lorna*; Robertson, Teddy*; Robinson, Lonnie*; Robinson, Oscar*; Rodriguez, Dorothy*; Rodriguez, Jose*; Rodriguez, Vivian*; Rogers, Hank*; Ross, Larry*; Ross, Olga*; Ross, Sonsuray*; Royston, Trina*; Russell, Shelvy*; Saylor, Richard*; Schuhrke, Nora*; Seago, Buncy*; Shah, Ahmed*; Shields, Marie*; Simmons, Robert*; Simpson, Ovie*; Simpson, Patricia*; Skipworth, Billy*; Small, Weavis*; Smith, Georgia*; Smith, Melody*; Sorge, Charles*; Steard, Sheilah*; Stech, Richard*; Taylor, Jimmy*; Taylor, Susan*; Taylor,Tammy*; Taylor-Beck, Dimitri*; Teagve, James*; Thomas, Gerladine*; Thomas, Jr., Clifton*; Thomas, Leslie*; Thompson, Ray*; Tucholski, Ernest*; Wallace, Lamar*; Ward, George*; Ward, Willie*; Wardlow, Willard*; Watson, Jummy*; Watson, Lonzine*; Wiley, Littie*; Williams, Belinda*; Williams, Charlotte*; Williams, Josephine*; Williams, Theresa*; Wilson, John*; Wofford, Diane*; Wood, Carol*; Woodall, Phyllis*; Worsley, Fred*; Wright, Alice*; Yarbrough, Brenda*; Yong Cha, Page* |
| Lietz, David K.<br>Coale, Cooley, Lietz, McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington, DC 20006 | => Gerber, Ellen B.*; Gerber, Melvin* |
| Lockridge, Richard A.<br>Lockridge, Grindal & Nauen P.L.L.P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Homister, Shirley |
| Luckett, Jr, William O.<br>Luckett Law Firm<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 | => Kroger Co. |
| Malone, Patrick A.<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036 | => Jeffers, Barbara Ann; Jeffers, Daniel Martin |
| Matthews, David P.<br>Abraham Watkins Nichols Sorrels Matthews & Friend | => Gilmore, Charles C.*; Hale, Donna*; Stout, John R.*; White, Johnny*; Young, Bernadette* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 800 Commerce Street<br>Houston, TX 77002-1776 | |
| McClain, Kenneth B.<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | => Nevels, Caroline* |
| McNamara, J. Leray<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Ball, M.D., David*; Barr, M.D., William*; Hammock, M.D., B.L.; Hassell, John F.; Line, M.D., Lance*; Liverman, Steven B.*; Newell, M.D., Bruce*; Peeler, M.D., J.G.*; Smith, M.D., Randall; Weiss, David C.*; Windham, M.D., Thomas* |
| Meaders, Kim M.<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste 2300<br>Dallas, TX 75202 | => Alford's Pharmacy* |
| Merkel, Charles M.<br>Merkel & Cocke<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 | => Shannon, Frances |
| Milam, S. Kirk<br>Hickman, Goza & Spragins, Pllc<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | => Gunn, M.D., Susan*; Gunn, Susan*; McIntosh, M.D., Cooper A.* |
| Milavetz, Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 | => Burris, Jr., Lowell |
| Miller, Mason L.<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | => Getty, Richard J.*; Stamper, Della* |
| Minor, Daniel<br>1032 Cardinal Dr.<br>Waco, TX 76712 | => Minor, Daniel |
| Minor, Steven R.<br>Elliott Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 | => Amerisource Corp.*#; AmerisourceBergen Corp. fdba AmeriSource Corp. |
| Moirano, Michael H.<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | => Oswald, Constance* |
| Mousseau, Geoffrey C.<br>Mousseau & Associates | => Ashman, Charles* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,657 Contin.)                                                                 Page 10

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | |
| Mulhern, Edwin T.<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 | => Mell, Alan |
| Murray, Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | => Gottsegen, M.D., Warren L.*; Gregory, Jr., William B.* |
| Nast, Dianne M.<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 | => Engle (Ind./Adm./Est.-Louise), Fred S.* |
| Naylor, Eugene R.<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg.<br>401 East Capitol St.<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Patel, M.D., Pravin |
| O'Malley, Richard F.<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | => G.D. Searle & Co.*; Pfizer, Inc.*; Pharmacia Corp.* |
| Owen, Gregory J.<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 | => Baca, Richard David*; Berchtold, Don*; Cole, Sally*; De Luca, Barbara*; Evans, Charles*; Giles, Stan*; Goodell, Margaret Helen*; Gunn, Leroy*; Holley (Heir-Audrey L. Piscitello), Alison*; Householder, Betty*; Jackson, Yvonne O.*; Piscitello (Heir-Audrey L.), Clement*; Reagan, Gorman*; Safford, Joyce Crawford*; Salt, Della Jo*; Sieper (Heir-Audrey L. Piscitello), Meredith*; Winward, Kenneth C.*; Wright, Ward* |
| Pearson, Thomas Jack<br>Pearson & Campbell, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 | => Allen, Gloria*; Jones, Rena*; Lewis (Ind./Next Friend-Trienida & Quenida), Brenda*; Lewis (Ind./Next Friend-Trienida & Quenida), Darylene*; Painton, Billie*; Painton, Jack*; Richard, Calvin*; Richard, Ervin*; Richard, Kernis*; Richard, Larry*; Richard, Lon*; Richard, Lovincy* |
| Piper, Jr, Robert E.<br>Piper & Associates<br>624 Pierre Avenue<br>P.O. Box 69<br>Shreveport, LA 71103 | => Bates, Catherine; Bates, Leroy; Burns, Annie; Burns, Lendell; Butler, Mary; Butler, Maynard; Evans, Garnett; Evans, Marion; Harper, Josephine; McKnight, Vaughn; Sadler, Leona; Tice, Martha; Tice, William; Wright, Frances; Wright, Herchial |
| Pitre, Frank M.<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>340 Malcolm Road<br>Burlingame, CA 94010 | => Brass, Jeffrey; Taylor, Patricia A.; Tokes, Kathy |
| Pope, Geoffrey Edward<br>Doffermyre, Shields, Canfield, Knowles & Devine<br>1355 Peachtree Street, N.E. | => Strickland, Edna |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Contin*

Page 11

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1600 The Peachtree<br>Atlanta, GA 30309-3269 | |
| Price, Henry J.<br>Price, Potter, Jackson, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | => Baum, Janice; Briner (Per./Rep./Est.-Phyllis), Darai; Henderson, Kevin; Portillo (Ind./Heir-Elvira M. Pena), Ruben; Van Jelgerhuis, Kimberly |
| Quetglas-Jordan, Eric M.<br>Queglas Law Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 | => Gonzalez, Hilda Rita; Gonzalez, Robert A.; Gonzalez-Arias, Rafael* |
| Robb, William R.<br>Aleshire, Robb & Sivils, P.C.<br>901 St. Louis Street<br>Suite 1600<br>Springfield, MO 65806 | => Young (Ind./Next Friend-Steven/Adm./Est.-Lisa), Russell |
| Rowland, Robert D.<br>2227 South State Route 157<br>Edwardsville, IL 62025 | => Ellis, John* |
| Ruiz, John H.<br>Law Office of John H. Ruiz<br>5040 N.W. 7th Street<br>Suite 920<br>Miami, FL 33126 | => Abraham, Josefa*; Alcarez, Maria P.*; Andino, Jose* |
| Rynecki, Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 | => Aiken (Adm./Est.-Mary & Kenneth), Elizabeth; Covington, Jerome; Davis, Laney C. |
| Saia, Stephen V.<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | => Saia, Frank R.* |
| Schwebel, Paul R.M.<br>5657 Rundle Court<br>Indianapolis, IN 46220 | => Morrison (By his Per./Representative Patricia L.), Lowell D. |
| Scott, Stuart E.<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | => Moldovan, Gregory*; Moldovan, Wanda* |
| Seeger, Christopher A.<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 | => Brown, Clairse; Hanson, William*; Pagan, Carmen M.; Walson (Ind./Adm./Est.-Willie, Jr.), Roberta* |
| Simon, Jeffrey B.<br>Waters & Kraus<br>3219 McKinney Avenue | => Bias, Byron; Varnado, Carolyn |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Suite 3000<br>Dallas, TX 75204 | |
| Smith, David Neil<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Dangerfield, TX 75638 | => Williamson (Ind./Next friend-Courtly & Herman), Marian |
| Smith, Deanna Dean<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | => Truitt, M.D., Norman |
| Snapka, Kathryn A.<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua, Suite 1511<br>P. O. Drawer 23017<br>Corpus Christi, TX 78403 | => Benavides (Ind./Per./Est.-Juan), Patricia*; Sandoval, Audona |
| Specter, Shanin<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | => Sirota, Merrick*; Sirota, Michele* |
| Stacy, Robert F.<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | => Don's Pharmacy; Woods Drug Store |
| Steward, John S.<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | => Perkins, Janice |
| Sullivan, Robert G.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Wright, Dawn; Wright, Lawrence |
| Thomas, Casandra F.<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | => Thomas, Cassandra Faye |
| Tisi, Christopher V.<br>Ashcraft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 | => Biles, Melvin*; Edler (Ind./Per./Rep./Est.-William Dale & behalf-wrongful death beneficiaries-William Dale, Gail Lynne & Shawn C.), Lindsey*; Morris, Jr., David* |
| Wade, Jr., Lawrence D.<br>Campbell, DeLong, Hagwood & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | => Petilos, M.D., Salvador; Waller, M.D., Richard E. |
| Walker, Chris J.<br>Markow Walker, P.A. | => Stone, M.D., Deck; Weiner, Roger |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P.O. Box 13669<br>Jackson, MS 39236-3669 | |
| Walker, Thomas E.<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | => Harlan, Gary; Wall, Robert |
| Watson, Leila H.<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>P.O. Box 55927<br>Birmingham, AL 35255-5972 | => Wilson, Danny M. |
| Weaver, Jennifer Fadal<br>1305 Fossel Ridge Trial<br>Waco, TX 76712 | => Weaver, Jennifer Fadal |
| Weiner, Richard J.<br>Law Offices Of Richard J. Weiner, P.C.<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => Quick, Anna |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | => Register, Anne; Register, Jack A. |
| Welch, III, Jewell E.<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | => White, Vicki |
| Weston, John K.<br>Sacks, Weston, Smolinksy, Albert & Luber<br>510 Walunt Street<br>Suite 400<br>Philadelphia, PA 19106 | => Carr, Gwendolyn L.* |
| Wright, James L.<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Avenue<br>Suite 1010<br>Austin, TX 78701-0001 | => Bauman (Ind./Rep./Est.-Elsie Geneva), Larry Lee; Bauman, III (Ind./Rep./Est.-Elsie Geneva), Ernest Charles; Clay (Ind./Rep./Est.-Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher (Ind./Rep./Est.-Elsie Geneva Bauman), Kelly; Moses (Ind./Rep./Est.-Elsie Geneva), Mary Carla; Tolbertt (Ind./Rep./Est.-Elsie Geneva Bauman), Lisa Bauman |
| Zonas, James John<br>James J. Zonas, Attorney at Law<br>700-2nd Avenue, North<br>Suite 102<br>Naples, FL 34102 | => Dunleavey (By & Through/Per./Rep./Est.-Edward), Frances |

Nadeem Haider                    Barbara J. Hart                              Steven L. Russell
606 N. Jefferson St.             Goodkind, Labaton, Rudoff & Sucharow         Beirne, Maynard & Parsons
Louisville, MS 39339             100 Park Ave., 12th Floor                    1700 Pacific Ave, Ste 4400
                                 New York, NY 10017-5563                      Dallas, TX 75201

Note: Please refer to the report title page for complete report scope and key.

**CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.**

ATTORNEYS AT LAW
2777 ALLEN PARKWAY
7TH FLOOR
HOUSTON, TEXAS 77019-2133
(713) 650-6600
FAX (713) 650-1720
www.crusescott.com

April 6, 2005

**VIA FEDERAL EXPRESS**

The Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, Louisiana  70130

Re:   MDL No. 1657 – Section L;
        *In re Vioxx Products Liability Litigation*

Dear Judge Fallon:

My firm and I represent Texas doctors who have been sued in the Vioxx cases. Attached is a list of those cases. As of this time, it is unclear whether your honor will appoint a physician/defendant representative to the Defense Steering Committee. As an attorney for prescribing doctors, it is my opinion that we should have such a role. In particular, the physicians' attorney could work with counsel for the plaintiffs, Merck and any other defendants in the coordination and scheduling of depositions and the production of documents relevant to the doctors' defense. Further, and perhaps most importantly, the doctors' representative would also be involved in establishing procedures for the coordination of State Court and MDL proceedings, including deposition protocol allowing sufficient time for physicians' counsel to conduct examinations of certain corporate witnesses and experts. For these reasons, please

accept this correspondence as my application to be appointed to the Defendants' Steering Committee.

Currently, I am counsel of record in the Vioxx cases listed on the enclosed attachment. I have over twenty years of personal injury and civil litigation experience (including first chair trial experience). Among other activities, I am a member of The American Board of Trial Advocates. Since 1992 I have represented doctors in approximately 4,500 cases involving drug/medical devices (silicone breast implant, Norplant, Propulsid, fen-phen, Baycol, Avandia, Bactrim, Propecia, Celebrex, Vioxx, Imitrex, Lotronex, Neurontin, Oxycontin, Phenylpropanolamine (PPA), Serzone, Thimerosal, Zyprexa and Prempro/Hormone Replacement Therapy). In that role, I have been appointed to many "Defense Liaison/Steering Committees" by Texas courts assigned to coordinate such litigation. I currently serve on the MDL No. 1507 Defense Steering Committee for Prempro pending before the Honorable Bill Wilson in Little Rock, Arkansas. My appointment to the committees mentioned above demonstrates my ability to work cooperatively with other attorneys. Further, I have the skills, experience and availability to be a productive member of the Defendants' Steering committee.

Therefore, I respectfully request your Honor to consider my application for appointment to the Defendants' Steering Committee.

Very truly yours,

T. Scott Allen, Jr.

TSA/JHH:cml

cc:

    Phillip A. Wittmann                                     *Via Facsimile: (504) 581-3361*
    Stone Pigman Walther Wittmann, L.L.C.
    546 Carondelet St.
    New Orleans, Louisiana 70130-3588
    ***Defendants' Liaison Counsel***

    Russ M. Herman                                        *Via Facsimile: (504) 561-6024*
    Herman, Herman, Katz & Cotlar, L.L.P.
    820 O'Keele Avenue, Suite 100
    New Orleans, Louisiana 70113
    ***Plaintiffs' Liaison Counsel***

    Panel Attorney Service List - Via U.S. First Class Mail

## CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.

### Active Vioxx Cases

#### MDL

MDL Case No. 05-0558; *Patricia Benavides, et al. v. Merck & Co., Inc. [Dr. Michael D. Dennis (improperly named as Dr. David Dennis)], et al.*; In the United States District Court for the Eastern District of Louisiana [*Transferred from* Civil Action No.: 5:04-CV-00153; *Patricia Benavides, et al. v. Merck & Co., Inc. [Dr. Michael D. Dennis (improperly named as Dr. David Dennis)], et al.*; In the United States District Court for the Southern District of Texas, Laredo Division]

MDL Case No. 05-0559; *Olga Sanchez v. Merck & Co., Inc. (Dario Arango, M.D.; Dario Arango, M.D., P.A. d/b/a Arango Family and Industrial Clinic; and Emery L. Suderman, D.O.), et al.*; In the United States District Court for the Eastern District of Louisiana [*Transferred from* Civil Action No.: M-04-352; *Olga Sanchez v. Merck & Co., Inc. (Dario Arango, M.D.; Dario Arango, M.D., P.A. d/b/a Arango Family and Industrial Clinic; and Emery L. Suderman, D.O.), et al.*; In the United States District Court for the Southern District of Texas, McAllen Division]

#### Federal

Civil Action No. 7:04-CV-00438; *Yolanda Curiel v. Merck & Co., Inc. (Viraf R. Cooper, M.D.)*; In the United States District Court; Southern District of Texas, McAllen Division

Civil Action No. 3:05-CV-00101; *Teresa Harris v. Merck & Company, Inc. and Terry M. Sobey, M.D.*; In the United States District Court for the Northern District of Texas, Dallas Division

Civil Action No. 3:05-CV-00208; *Henry Charles Perry v. Merck & Co., Inc. [Howard A. Parness, M.D. (improperly named as Howard D. Parness, M.D.)], et al.*; In the United States District Court for the Northern District of Texas, Dallas Division

Civil Action No. 7:05-CV-00036; *Felicidad Villarreal v. Merck & Co., Inc. [Dr. Javier Saenz], et al.*; In the United States District Court for the Southern District of Texas, McAllen Division

#### State

Cause No. CC-05-1693-D; *James Booker v. Merck (Steven G. Bander, D.O.), et al.*; In the County Court at Law No. 4; Dallas County, Texas

Cause No. 03-5-59,764-B; *Carolyn Eller, et al. v. Merck & Co., Inc. (Dr. Donald Plowman), et al.*; In the 135th Judicial District Court of Victoria County, Texas

Cause No. 19961*BH02; *Carol A. Ernst, Individually, and as Personal Representative of the Estate and Heirs of Robert Charles Ernst, Deceased, et al. vs. Merck & Co., Inc. (Brent H. Wallace, M.D), et al.*; In the 23rd Judicial District Court of Brazoria County, Texas