**MINUTE ENTRY**
**FALLON, J.**
**APRIL 8, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br><br> SECTION: L (3) <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a conference with Liaison Counsel to discuss deposition guidelines and electronic service.

*[Signature]*

JS-10: 1 : 05

\_\_\_ Fee_____
\_\_\_ Process\_\_\_\_
_X_ Dktd\_\_\_\_\_
\_\_\_ CtRmDep\_\_\_
\_\_\_ Doc. No \_\_\_