OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -8 P 2:16

LORETTA G. WHYTE
CLERK

Date: 4-8-04

Hubbard Grisamore

vs.

Merck + Co Inc

MDL 05-1657

Case No. 05-0953 Section L mag 3

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) M. A. Dickson Jr
   (address) 410 Kay Lane Shreveport, LA 7115

2. (name) C. T. Corporation System
   (address) 8550 United Plaza Baton Rouge LA

3. (name) Garrett Chifici
   (address) 17 Teton Place Kenner LA 70065

4. (name) Karen Brown
   (address) 200 Mansell Court East Suite 200 Roswell Ga.

Very truly yours,

_____
"Signature"

Attorney for Deborah Switzer

Address 3400 N. Hullen Metr LA
                              70002

___ Fee____
_✓_ Process__
_X_ Dktd____
___ CtRmDep___
___ Doc. No.___