UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -8 1 P 1: 10

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                          :        MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION        :        SECTION:    L
                                                     :
                                                     :        JUDGE FALLON
                                                     :        MAG. JUDGE KNOWLES
                                                     :
THIS DOCUMENT RELATES TO:                             :
                                                     :

SHEET METAL WORKERS LOCAL NO. 20 WELFARE AND BENEFIT FUND and
INDIANA ELECTRICAL WORKERS BENEFIT TRUST, On Behalf of Themselves and All
Others Similarly Situated, currently filed as 05-CV-0349-DFH-VSS; S.D. Ind.

---

## CLARIFICATION ON PRICING CLASS ACTION PLAINTIFFS' SUPPLEMENT REGARDING STRUCTURAL PROTECTIONS FOR THE PUTATIVE CLASS IN THE PRICING CLASS ACTIONS

---

The Plaintiffs, [1] Sheet Metal Workers Local No. 20 Welfare and Benefit Fund ("Sheet

Metal Workers") and Indiana Electrical Workers Benefit Trust ("IEWB"), by counsel,

respectfully notify the Court of an inaccuracy in the April 4, 2005, filing made on behalf of

certain Third-Party Payers.  The signature block of the filing captioned *Pricing Class Action*

---

[1] This RICO action is currently awaiting transfer to the MDL from the Southern District of Indiana, the Honorable David F. Hamilton.  Prior to transfer, the Plaintiffs will be amending the complaint this week to add as additional plaintiffs: Bricklayers of Indiana Welfare Fund; Michiana Area Electrical Workers Health and Welfare Fund; Indiana State Council of Roofers Health and Welfare Fund; and, Indiana State District Council of Laborers & Hod Carriers Welfare Fund.  In addition to this RICO action, the undersigned counsel represent two other classes of plaintiffs in actions which have been or are expected to be transferred to the MDL, namely *Kimberly Van Jelgerhuis, et al., v. Merck & Co., Inc.*, No. 05-0458, formerly filed as 1:04-cv-1651 RLY-WTL; S.D. Ind. (seeking certification of a nationwide class based on tort claims) and *Michelle Biondillo, et al., v. Merck & Co., Inc.*, filed in State of Indiana, Marion County Superior Court, Cause No. 49D06-0503-CT-009590 (seeking certification of a nationwide consumer class based on RICO and Magnusson Moss Act claims).  Although the *Biondillo* plaintiffs were required by statute to file their Magnusson Moss claims in state court, counsel anticipate and do not intend to oppose *Biondillo's* removal to federal court and transfer to the MDL.  The plaintiffs in both the above-captioned RICO action and *Biondillo* have interests in the composition of plaintiffs' steering committee as it relates to economic injury claims.

_____ Fee_____
_____ Process_____
_X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

*Plaintiffs' Supplement Regarding Structural Protections for Putative Class in the Pricing Class Actions* indicates it was filed on behalf of Sheet Metal Workers and the IEWB, as well as others. The Sheet Metal Workers and the IEWB were not notified of, or given an opportunity to review said filing.  After reviewing the filing, the Sheet Metal Workers and the IEWB agree with it to the extent it advocates the position already articulated by the Court, to recognize the interests of the Third-Party Payer and Consumer Claims in the appointments to the Plaintiffs' Steering Committee.

Respectfully submitted,

William N. Riley (IN Bar No. 14941-49)
Henry J. Price (IN Bar No. 8522-49)
Amy Ficklin DeBrota (IN Bar No. 17294-49)
Jana K. Strain (IN Bar No. 20677-49)
Jamie R. Sweeney (IN Bar No. 25124-49)

PRICE WAICUKAUSKI RILEY & DeBROTA, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204

(317) 663-8787
(317) 633-8797 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record

through Plaintiffs' liaison counsel, via email this 7th day of April, 2005.

William N. Riley

G:\20039.03\plead\Clarification of End Payer Participants.doc