**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

---

215-772-1000
800-597-9585
FAX: 215-735-0960

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 11   PM 4: 42

LORETTA G. WHYTE
CLERK

Michelle L. Tiger, Esquire
Direct Dial ( 215) 772-0428
michelle.tiger@klinespecter.com

April 1, 2005

Loretta G. Whyte
United States District Court
Eastern District of Louisiana
C151 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, LA 70130

Re:   *Vioxx - MDL #1657*

Dear Judge Whyte:

Pursuant to Pre-Trial Order No. 1, please add the following to the Panel Service List attached to the Order as Exhibit A:

> Thomas R. Kline
> Lee B. Balefsky
> Michelle L. Tiger
> Kline & Specter, P.C.
> 19th Floor
> 1525 Locust Street
> Philadelphia, PA 19102
> Telephone: 215-772-1000
> emails: tom.kline@klinespecter.com
> lee.balefsky@klinespecter.com
> michelle.tiger@klinespecter.com

Please file stamp the extra copy of this request and return to our office in the enclosed postage prepaid envelope. Thank you.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____

Honorable Loretta G. Whyte
March 16, 2005
Page 2

    Should you have any questions please do not hesitate to contact me at the above referenced number.

                                      Respectfully yours,

                                      MICHELLE L. TIGER

MLT/nlw
cc: Panel Service List