A CERTIFIED TRUE COPY

APR -7 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 11  PM 2: 25

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

05-1383
SECT L MAG 3

*James Luther Williams v. Merck & Co., Inc.*, S.D. Mississippi, C.A. No. 1:05-44

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Williams*) on March 4, 2005.  Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Williams* filed a notice of opposition to the proposed transfer.  Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on March 4, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*James Luther Williams v. Merck & Co., Inc.*, S.D. Mississippi, C.A. No. 1:05-44

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Williams*) on March 4, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Williams* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on March 4, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*James Luther Williams v. Merck & Co., Inc.,* S.D. Mississippi, C.A. No. 1:05-44

William R. Couch
Deakle-Couch Law Firm
802 Main Street
P.O. Box 2072
Hattiesburg, MS 39401

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

April 7, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re:  MDL-1657 -- In re Vioxx Products Liability Litigation

*James Luther Williams v. Merck & Co., Inc.,* S.D. Mississippi, C.A. No. 1:05-44

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on March 4, 2005. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and the conditional transfer order was stayed until further order of the Panel, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001). The opposition has now been withdrawn and I am therefore enclosing a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407.

The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Deputy Clerk

Enclosures

cc:     Transferee Judge:  Judge Eldon E. Fallon
        Transferor Judge:  Judge  Louis Guirola, Jr.
        Transferor Clerk:  J.T. Noblin

JPML Form 68B