## Reginald K Fears
## vs
## Merck & Co Inc

## Case # 404-CU-04187
## MDL # 1657
## Section L
## Judge Fallen
## Mag. Judge Knowles

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 11 2005
LORETTA G. WHYTE
CLERK

MDL 1657

CA 05-549 L

United States District Court
Eastern District of Louisiana

### Re: Vioxx Products Liability Litigation

Plaintiff Reginald K Fears Notice of Opposition
    to Plaintiff's Steering Committee

Now Comes Reginald K. Fears who files the Notice of Opposition for appointment to Plaintiff Steering Committee.

Respectfully Submitted
Reginald K Fears
pro-se: Ramsey 1 Unit
1100 FM 655
Rosharon, Tx 77583

**Certificate of Service**

___ Fee ___
_X_ Process ___
___ Dktd ___
___ CtRmDep ___
___ Doc. No ___

I hereby certify that a opy of the above and foregoing pleading has been served via U.S Mail upon counsel for all parties this 21st day of March, 2005.

*Reginald K Lewis* (signature)

**Reginald K Fears**
**vs**
**Merck & Co Inc**

Case # 404-CU-04187

United States District Court
Eastern District of Louisuana

## Notice of Opposition

**To:** Honorable Judge Elder E Fallen

Under rule 7.6 (F) **Conditional Remand Order**
Plaintiff is asking the Honorable Judge of said court to grant Plaintiff notice of opposition to remand and transfer claim back to the original court ,The Southern District of Texas and Plaitiff will show this court as follows;

## Attendance

Plaintiff is in custody of Texas Dept of Criminal Justice Institutional Division Pardons and Parole for technical violation.

Plaintiff cannot attend any court date, conference, or meeting in another state.

Plaintiff is appearing before court pro-se, indigent and without any representation to handle Plaintiff's affairs in another state.

Therefore under rule 7.6 (F), Plaintiff is asking this court to grant Plaintiff's request and remand the case back to the Southern District Court of Texas.

If the court do not grant a remand for Plaintiff, Plaintiff is asking the court for assistantce in retaining counsel to represent Plaintiff in this case.

*Reginald K Lewis* (signature)