IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: 1

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Anthony J. Mallet, et al. v. Merck & Co., Inc.*, et al., C.A. No. 2:02-2304

*CA 05-470 L*

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Anthony J. Mallet and Priscilla Mallet, who respectfully moves this Honorable Court for an order permitting Allan Kanner, Elizabeth B. Cowen, and Mary Elizabeth Gardner of the law firm Allan Kanner & Associates, PLLC, to enroll as counsel of record on behalf of Plaintiffs in the captioned matter.

Respectfully submitted.

Gladstone N. Jones, III (LA#33331)
JONES, VERRAS & FREIBERG, LLC
601 Poydras Street, Suite 2655N & MCCLAIN
New Orleans, LA 70130
Tel 504-523-2500; Fax 504-523-2508

ALLAN KANNER & ASSOCIATES, P.L.L.C.

By: _____
Allan Kanner (LA#20580)
Elizabeth B. Cowen (LA#23697)
Mary Elizabeth Gardner (LA#28581)
701 Camp Street

New Orleans, LA 70130  
Tel (504) 524-5777; Fax (504) 524-5763

**ATTORNEYS FOR PETITIONERS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was served on all counsel identified on the attached MDL 1657 Plaintiff Attorney List according to Pretrial Order No. 1, by placing a true and correct copy of same in the U.S. Mail, properly addressed and first class postage prepaid, this 28th day of February, 2005.

ELIZABETH B. COWEN, ESQ.