IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR -2 PM 2:36
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: 1<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: *Anthony J. Mallet, et al. v. Merck & Co., Inc.*, et al., C.A. No. 2:02-2304 (05-470)

### [Proposed] O R D E R

Considering the foregoing;

IT IS HEREBY ORDERED that the Motion to Enroll as Counsel of Record is hereby GRANTED and that Allan Kanner, Elizabeth B. Cowen, and Mary Elizabeth Gardner of the law firm Allan Kanner & Associates, PLLC, are hereby enrolled as counsel of record on behalf of Plaintiffs, Anthony J. Mallet and Priscilla Mallet, in the captioned matter.

Date: 3/1/05

_____
U.S. DISTRICT JUDGE

0783 Enroll--Mallet; 2/28/05; 14:53:41
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:35145.1

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No _____