FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -3 PM 4: 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX   PRODUCTS   LIABILITY LITIGATION

MDL NO. 1657

SECTION: L(3)

**This documents relates to:**

JUDGE FALLON
MAG. JUDGE KNOWLES

*Anthony J. Mallet, et al. v. Merck & Co., et al.,*
*U.S.D.C., E.D.LA., No. 05-CV-0470*

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Anthony J. Mallet and Priscilla Mallet, who respectfully move this Court for an Order permitting Stuart H. Smith, Michael G. Stag, and Lloyd S. Jolibois, Jr., of the law firm Smith Stag, L.L.C. to enroll as counsel of record on behalf of Plaintiffs in the above captioned matter. There is dual representation in this matter. Gladstone N. Jones, III's office has consented to this motion.

Respectfully submitted:

_____
Stuart H. Smith (LSBA No. 17805)
Michael G. Stag (LSBA No. 23314)
Lloyd S. Jolibois, Jr. (LSBA No. 28629)
**SMITH STAG, L.L.C.**
ONE CANAL PLACE
365 Canal Street - Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Fax: (504) 593-9601

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2005, I forwarded a true and correct copy of the foregoing pleading to all counsel of record to this proceeding via telecopy and/or U.S. Mail, postage prepaid and properly addressed:

_____
Michael G. Stag