

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L(3)

**This documents relates to:**

JUDGE FALLON
MAG. JUDGE KNOWLE

*Anthony J. Mallet, et al. v. Merck & Co., et al.,*
U.S.D.C., E.D.LA., No. 05-CV-0470

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the Motion to Enroll As Counsel of Record is hereby **GRANTED** and that Stuart H. Smith, Michael G. Stag, and Lloyd S. Jolibois, Jr., of the law firm Smith Stag, L.L.C., are hereby enrolled as counsel of record on behalf of plaintiffs, Anthony Mallet and Priscilla Mallet, in the captioned matter.

New Orleans, Louisiana, this _4th_ day of _March_, 2005

JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.