THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKIE WHITE, individually and on behalf of all others similarly situated,<br>*Plaintiff/Class Representative*, | CIVIL ACTION NO.<br><br>JURY TRIAL DEMANDED |
| VERSUS | CLASS ACTION COMPLAINT |
| MERCK & CO, INC., a New Jersey Corporation<br>*Defendant* | |

CONSOLIDATED WITH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>         PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES ~~TO ALL CASES~~<br>Ref: 05-472 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

ORDER

The foregoing Motion considered:

IT IS HEREBY ORDERED that the captioned matter be dismissed, without prejudice.

Lafayette, Louisiana, this 6th day of April, 2005.

_____
JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____