THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 15 PM 1: 36

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| ALFREDO NARVAEZ, ADELINA CAMPUZANO, JOSE MACHADO, AND RAMON PEREDA | * CIVIL NO. |
| | * 04-3472 |
| *Plaintiffs* | * |
| | * MDL |
| VERSUS | * 05-1657 |
| | * |
| MERCK & CO, INC., a New Jersey Corporation | * |
| *Defendant* | * |

\*        \*        \*        \*        \*

**MOTION FOR LEAVE OF COURT TO
FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, come plaintiffs Alfredo Narvaez, Adelina Campuzano, Jose

Machado, and Ramon Pereda, who file this Motion for Leave of Court to File Supplemental

and Amending Complaint and Incorporated Memorandum in Support Thereof and would

respectfully show unto this Honorable Court as follows:

1.

The Complaint in this matter was filed on December 22, 2004. An Answer was filed

by Merck & Co., Inc. on or about January 19, 2005.

2.

Counsel desires to add one additional plaintiff to the 4 plaintiffs abovementioned in

the original Complaint. This amendment should in no way delay this matter.

3.

Counsel for defendant objects to this motion necessitating the attached Notice of

Hearing.

___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No _____

Respectfully submitted:

_____

Salvador G. Longoria
GAUDIN & LONGORIA
858 Camp Street
New Orleans, Louisiana 70130
Phone No. (504) 524-7727
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon

counsel for all parties by placing same in the U.S. Mails, properly addressed and postage

prepaid on this _____ day of _____, 2005.

_____

SALVADOR G. LONGORIA

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFREDO NARVAEZ, ADELINA CAMPUZANO, JOSE MACHADO, AND RAMON PEREDA | * | CIVIL NO. |
| | * | 04-3472 |
| Plaintiffs | | |
| | * | |
| VERSUS | | |
| | * | |
| MERCK & CO, INC., a New Jersey Corporation | | |
| | * | |
| Defendant | | |

\*       \*       \*       \*       \*

## NOTICE OF HEARING ON MOTION FOR LEAVE OF COURT TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**PLEASE TAKE NOTICE** that undersigned counsel will bring the Motion for Leave of Court to File First Supplemental and Amending Complaint before the Honorable Judge Eldon E. Fallon, on the 25th day of May, 2005 at 9:00 o'clock a.m.

Respectfully submitted,

GAUDIN & LONGORIA

SALVADOR G. LONGORIA (#1851)
828 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-7727
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States mail, postage prepaid, hand delivered or by facsimile, this 13th day of April, 2005.

_____
SALVADOR G. LONGORIA

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFREDO NARVAEZ, ADELINA CAMPUZANO, JOSE MACHADO, AND RAMON PEREDA | * | CIVIL NO. |
| | * | 04-3472 |
| *Plaintiffs* | * | |
| VERSUS | * | (MDL 1657) |
| MERCK & CO, INC., a New Jersey Corporation | * | |
| *Defendant* | * | |

\* \* \* \* \*

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT come plaintiffs, Alfredo Narvaez, Adelina Campuzano, Jose Machado, and Ramon Pereda, who hereby would supplement and amend the original complaint in this matter in the following particulars:

1.

By adding an additional plaintiff, namely, Ana E. Feria, a person of majority and a resident of the Parish of Jefferson, State of Louisiana. Plaintiff Ana E. Feria was also prescribed and took the drug Vioxx. Plaintiff Ana Feria joins the other plaintiffs in bringing this action to recover damages for personal injuries sustained after taking said Vioxx. Original plaintiffs and your addition plaintiff Ana Feria re-allege and re-urge all allegations of the original Complaint filed herein as if copied *in extenso*, including, but not limited to Paragraphs 1-42 of the original Complaint and Counts I-V of said original Complaint.

WHEREFORE, original plaintiffs and Ana E. Feria pray:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

1.      That defendant Merck and Company, Inc. be required to answer this

        Supplemental and Amending Complaint after all legal delays have run, all

        in accord to the law;

2.      That after due proceedings are had, and a trial by jury, there be judgment

        herein and in favor of original plaintiffs and additional plaintiff Ana E.

        Feria and against defendant for all damages which are reasonable in the

        premises, together with legal interest thereon from the date of judicial

        demand until paid, and for all costs of these proceedings;

3.      that the rights of the original plaintiffs and amended plaintiff Ana E. Feria

        to establish their entitlement to compensatory damages, and the amounts

        thereof, be reserved for determination in this action;

4.      that original plaintiffs and additional plaintiff Ana E. Feria  recover their

        costs for the prosecution of this action;

5.      that the Court render judgment in favor of the original plaintiffs and

        amended plaintiff Ana E. Feria awarding all damages as prayed for herein,

        including attorneys' fees, with all costs assessed against Defendant.


                        Respectfully submitted:


                        Salvador G. Longoria
                        GAUDIN & LONGORIA
                        858 Camp Street
                        New Orleans, Louisiana 70130
                        Phone No. (504) 524-7727
                        Attorney for Plaintiffs

**PLEASE SERVE:**

MERCK & CO, INC.
through its attorney of record:
Bryan Reuter
Stanley, Flanagan & Retuer
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112