**MINUTE ENTRY**
**FALLON, J.**
**APRIL 15, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : 
: SECTION: L (3)
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
..............................................................:

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a conference with the Plaintiffs' Steering Committee to discuss the status of the above captioned matter.

JS-10: 0 : 30