AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 22 AM 11: 41
LORETTA G. WHYTE
CLERK

Zenobia Taylor, AlbertNoel,
Irma St.Pierre, Jude St. Pierre
Quince Perrilloux, Aaron LUmar

V.

Merck & Co.Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-0613
SECT. L MAG. 3

TO: (Name and address of defendant)

Merck &Co., Inc. through its resgitered agent for service,
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Geri Broussard Baloney
Broussard Baloney Law Firm, APC
P.O. Box 116
100 Earl Baloney Street at River Road
Garyville, LA 70051
(985) 535-2889 Telephone

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
_____
CLERK

FEB 2 3 2005
_____
DATE

_____
(BY) DEPUTY CLERK

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4-4-05 |
| Name of SERVER (PRINT) Michael McDonald | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Merck & Co. thru CT Corporation on Parrish Ritchie - Senior Fulfillment Specialist

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-4-05
         Date

Signature of Server

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.