

**PARKSCRUMP**
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 20  PM 1: 54

LORETTA G. WHYTE
CLERK

April 19, 2005

Loretta G. Whyte, Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

MDL 1657

    RE:         Paulette Jackson, et al v. Merck & Co. Inc.
    CASE NO.:  C.A. 05-987 L (3)

Dear Mrs. Whyte:

Enclosed please find Plaintiff's summons for service of process in the above-referenced matter. Please file one for the court's records and return the remaining copies to our office in the self-addressed stamped envelope provided so that we might affect service of process. This matter was recently transferred from the Northern District of Florida to this Court as part of the Vioxx Multi-District Litigation. At the time of transfer, this Court assigned C.A. 05-987 L (3) as the docket number.

Thank you for your prompt attention to this matter. Should you have any questions, please do not hesitate to contact me at (850) 222-3333.

Respectfully,
*PARKS & CRUMP, L.L.C.*

Katrice M. Jenkins, Esquire
For the Firm

Enclosures as indicated.

Fee _____
√ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____

240 N. Magnolia Drive
Tallahassee, Florida 32301
v 850 222 3333
f 850 224 6679
w ParksCrump.com