DAVID S. SHRAGER
WAYNE R. SPIVEY
*ROBERT L. SACHS, JR.
† V. PAUL BUCCI, II

Of Counsel:
◊VICTORIA J. KOURY

*also member New Jersey Bar
†also member West Virginia Bar
◊also member Colorado Bar

**Shrager Spivey & Sachs**
ATTORNEYS AT LAW

TWO COMMERCE SQUARE
32nd FLOOR
2001 MARKET STREET
PHILADELPHIA, PA 19103
(215) 568-7771
FAX (215) 568-7495
website: www.shragerlaw.com
general mailbox: info@shragerlaw.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 21   PM 3: 41
LORETTA G. WHYTE
CLERK

April 13, 2005

Loretta G. Whyte
United States District Court
Eastern District of Louisiana
C151 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, LA 70130

    RE:    Vioxx - MDL #1657

Sec. L

Dear Judge Whyte:

    Pursuant to Pre-Trail Order No. 1, please add the following to the Panel Service List attached to the Order as Exhibit A:

> Robert L. Sachs, Jr.
> Shrager, Spivey & Sachs
> 2001 Market Street, 32nd Floor
> Philadelphia, PA 19103
> Telephone No: 215-568-7771
> Email: rsachs@shragerlaw.com

    Please file stamp the extra copy of this request and return to our office in the enclosed postage prepaid envelope. Thank you.

    Should you have any questions, please do not hesitate to contact me.

                                    Very truly yours,

                                    Robert L. Sachs, Jr.

Enclosures
RLS/ap

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____