A CERTIFIED TRUE COPY

APR 19 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
APR - 1 2005

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 25  P 2: 54

LORETTA G. WHYTE
CLERK

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

EDLA
SEC L/3

| | |
|---|---|
| *Brenda Cunningham, etc. v. Merck & Co., Inc., et al.,* D. Kansas, C.A. No. 5:05-4012 | 05-1511 |
| *Isaias Garcia, et al. v. Novartis Pharmaceuticals Corp., et al.,* D. New Mexico, C.A. No. 6:05-196 | 05-1512 |
| *Matthew Cavallo, et al. v. Pfizer, Inc., et al.,* S.D. New York, C.A. No. 1:05-818 | 05-1513 |

### CONDITIONAL TRANSFER ORDER (CTO-4) AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 282 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon. These common questions of fact are presented in the claims in these actions against defendant Merck & Co., Inc. (Merck) relating to ingestion of the prescription drug Vioxx.

It further appears that the remaining claims in these actions, which name other pharmaceutical companies and relate to ingestion of prescription drugs other than Vioxx, do not involve questions of fact common to the actions previously transferred to the Eastern District of Louisiana.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

It is further ordered that all claims in these actions except the Vioxx claims against Merck are separated and simultaneously remanded to their respective transferor courts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 19 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

INVOLVED COUNSEL LIST (CTO-4)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Neil A. Dean
Rice, Dean & Kelsey, L.L.C.
The Liberty Building
214 SW 6th Street, Suite 305
Topeka, KS 66603

Daymon B. Ely
1228 Central Avenue, NW
Albuquerque, NM 87102

Villa B. Hayes
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Scott W. Sayler
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Ann M. Scarlett
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106

Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Gene E. Schroer
115 E. Seventh Street
Topeka, KS 66603

William G. Walker
Walker & Van Heijenoort, P.C.
4263 Montgomery, N.E., # 230
Albuquerque, NM 87109

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

April 19, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

    *Brenda Cunningham, etc. v. Merck & Co., Inc., et al.,* D. Kansas, C.A. No. 5:05-4012
    *Isaias Garcia, et al. v. Novartis Pharmaceuticals Corp., et al.,* D. New Mexico, C.A. No. 6:05-196
    *Matthew Cavallo, et al. v. Pfizer, Inc., et al.,* S.D. New York, C.A. No. 1:05-818

Dear Ms. Whyte:

    I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 1, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

    A list of involved counsel is attached.

                                        Very truly,

                                        Michael J. Beck
                                        Clerk of the Panel

                                        By _____
                                                    Deputy Clerk

Attachments

cc:    Transferee Judge:    Judge Eldon E. Fallon
        Transferor Judges:    Judge Judith C. Herrera, Judge Julie A. Robinson, Judge Kenneth M. Karas
        Transferor Clerks:    J. Michael McMahon, Ralph L. Deloach, Robert M. March

                                                                                                                                                                JPML Form 36A