A CERTIFIED TRUE COPY

APR 21 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR - 5 2005

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 26 P 1: 44
LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-5)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 282 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 21 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# SCHEDULE CTO-5 - TAG ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV. C.A.# | | | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **ALABAMA MIDDLE** | | | | |
| ALM | 2 | 05-191 | Sandra R. Denney v. Merck & Co., Inc. | 05-1526 |
| **ALABAMA NORTHERN** | | | | |
| ALN | 2 | 05-93 | Mary A. Payne, etc. v. Merck & Co., Inc. | 05-1527 |
| ~~ALN~~ | ~~2~~ | ~~05-427~~ | ~~Stephanie Jones, etc. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05 | |
| ALN | 7 | 05-445 | Bruce Marchand, et al. v. Merck & Co., Inc. | 05-1528 |
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 05-132 | George Walker v. Merck & Co., Inc. | 05-1529 |
| **CALIFORNIA CENTRAL** | | | | |
| ~~CAC~~ | ~~8~~ | ~~05-177~~ | ~~Theodore M. Sokarda, et al. v. Merck & Co., Inc.~~ Opposed 4/21/05 | |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 05-399 | Carol N. Scott, et al. v. Merck & Co., Inc. | 05-1530 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 05-919 | Laurie Ann Moore, et al. v. Merck & Co., Inc. | 05-1531 |
| CAN | 3 | 05-928 | Tuija Jagoda, et al. v. Merck & Co., Inc. | 05-1532 |
| ~~CAN~~ | ~~3~~ | ~~05-937~~ | ~~Vick Kargodorian v. Merck & Co., Inc., et al.~~ Opposed 4/20/05 | |
| **CALIFORNIA SOUTHERN** | | | | |
| ~~CAS~~ | ~~3~~ | ~~05-443~~ | ~~Robert V. Purcell v. Merck & Co., Inc., et al.~~ Opposed 4/20/05 | |
| **CONNECTICUT** | | | | |
| CT | 3 | 05-351 | Nancy Stakum, et al. v. Merck & Co., Inc. | 05-1533 |
| **FLORIDA MIDDLE** | | | | |
| FLM | 2 | 05-58 | Joseph Salamido v. Merck & Co., Inc. | 05-1534 |
| ~~FLM~~ | ~~6~~ | ~~05-170~~ | ~~Migna Serrano, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05 | |
| ~~FLM~~ | ~~8~~ | ~~05-223~~ | ~~Wayne Vigil, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05 | |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 1 | 05-20545 | Lee Casler, et al. v. Merck & Co., Inc. | 05-1535 |
| FLS | 1 | 05-20594 | Gladys Alfreda Moss, et al. v. Merck & Co., Inc. | 05-1536 |
| FLS | 9 | 05-80109 | Verne Shevock, etc. v. Merck & Co., Inc. | 05-1537 |
| **GEORGIA MIDDLE** | | | | |
| GAM | 7 | 05-10 | Danny Harris Crumley v. Merck & Co., Inc. | 05-1538 |
| **GEORGIA NORTHERN** | | | | |
| GAN | 1 | 05-408 | Samir Habachy v. Merck & Co., Inc., et al. | 05-1539 |
| GAN | 1 | 05-608 | Stanley Davenport v. Merck & Co., Inc. | 05-1540 |
| **ILLINOIS NORTHERN** | | | | |
| ~~ILN~~ | ~~1~~ | ~~05-636~~ | ~~Ardeth Sukach v. Merck & Co., Inc.~~ Vacated 4/14/05 | |
| ~~ILN~~ | ~~1~~ | ~~05-645~~ | ~~John Poort v. Merck & Co., Inc.~~ Vacated 4/14/05 | |
| ILN | 1 | 05-1242 | Richard C. Kriefer, etc. v. Merck & Co., Inc. | 05-1541 |

SCHEDULE CTO-5 TAG-ALONG ACTIONS (MDL-1657)                                    Page 2 of 3

<u>DISTRICT  DIV. C.A.#</u>                                                               **EDLA**
                                                                              **SEC. L/3**

ILLINOIS SOUTHERN
  ~~ILS      3   05-166~~          ~~Dick Donohoo v. Merck & Co., Inc., et al.~~ Vacated 4/20/05
  ~~ILS      3   05-167~~          ~~Rosalyn Jackson v. Merck & Co., Inc., et al.~~ Vacated 4/20/05
  ~~ILS      3   05-168~~          ~~Helen Wood v. Merck & Co., Inc., et al.~~ Opposed 4/19/05


INDIANA SOUTHERN
  INS      1   05-290             Darlene Mullins, etc. v. Merck & Co., Inc.            **05-1542**

LOUISIANA WESTERN
  LAW      6   05-365             Isaac J. Vice, Jr., et al. v. Merck & Co., Inc.       **05-1543**

MICHIGAN EASTERN
  ~~MIE      2   05-70619~~         ~~Gerald Duronio v. Merck & Co., Inc., et al.~~ Vacated 4/20/05


MINNESOTA
  MN       0   05-229             Jonay Irene Isaacson, etc. v. Merck & Co., Inc.       **05-1544**

MISSOURI EASTERN
  MOE      4   05-156             Sharon Wiser, et al. v. Merck & Co., Inc., et al.     **05-1545**
  ~~MOE      4   05-194~~           ~~Curt Meng, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05
  ~~MOE      4   05-195~~           ~~Ronald Colbert, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05
  MOE      4   05-197             Elsea Guido, et al. v. Merck & Co., Inc., et al.      **05-1546**
  ~~MOE      4   05-297~~           ~~Carver Black, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05
  ~~MOE      4   05-302~~           ~~John Hodges, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05
  ~~MOE      4   05-304~~           ~~Renee Lockett, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05
  ~~MOE      4   05-309~~           ~~LeJuana Young, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05

MISSISSIPPI NORTHERN
  MSN      4   05-35              Lee Bertha Matthews v. Merck & Co., Inc., et al.      **05-1547**

NEW MEXICO
  NM       1   05-197             Esther S. Archuleta v. Merck & Co., Inc.              **05-1548**

NEVADA
  NV       2   05-210             Ruth Young v. Merck & Co., Inc.                       **05-1549**

NEW YORK EASTERN
  NYE      1   05-342             Blanca Balarezo v. Merck & Co., Inc.                  **05-1550**
  NYE      1   05-533             Guillermo Reyes v. Merck & Co., Inc., et al.          **05-1551**
  NYE      1   05-678             Hugo Bua v. Merck & Co., Inc.                         **05-1552**
  NYE      1   05-1032            Eileen Desport, et al. v. Merck & Co., Inc., et al.   **05-1553**
  NYE      1   05-1068            Joseph Freda, et al. v. Merck & Co., Inc.             **05-1554**

NEW YORK SOUTHERN
  NYS      1   05-1957            John W. Smith v. Merck & Co., Inc.                    **05-1555**
  NYS      1   05-1960            John J. O'Connell, Jr. v. Merck & Co., Inc., et al.   **05-1556**

OHIO SOUTHERN
  OHS      1   05-135             Dorothy Jane Conrad, et al. v. Merck & Co., Inc.      **05-1557**
  OHS      2   05-111             Cynthia Pilgrim v. Merck & Co., Inc.                  **05-1558**
  OHS      2   05-128             Thomas E. Bell, etc. v. Merck & Co., Inc.             **05-1559**
  OHS      2   05-201             Bryan Russell, etc. v. Merck & Co., Inc.              **05-1560**
  OHS      3   05-43              Joseph Pandin, etc. v. Merck & Co., Inc.              **05-1561**

PENNSYLVANIA EASTERN
  PAE      2   05-642             Gary R. Geist, et al. v. Merck & Co., Inc.            **05-1562**
  PAE      2   05-643             Alice H. Fox v. Merck & Co., Inc.                     **05-1563**
  PAE      2   05-649             Charles Baker, et al. v. Merck & Co., Inc.            **05-1564**

| DISTRICT DIV. C.A.# | | | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **PENNSYLVANIA WESTERN** | | | | |
| PAW | 2 | 05-133 | Conrad Davis, Jr., et al. v. Merck & Co., Inc. | 05-1565 |
| **SOUTH CAROLINA** | | | | |
| ~~SC~~ | ~~2~~ | ~~05-443~~ | ~~Albert King, et al. v. Merck & Co., Inc.~~ Vacated 4/11/05 | |
| **SOUTH DAKOTA** | | | | |
| SD | 1 | 05-1007 | Gladys Maberry v. Merck & Co., Inc. | 05-1566 |
| SD | 1 | 05-1008 | Felix Bordeaux v. Merck & Co., Inc. | 05-1567 |
| SD | 1 | 05-1009 | Marlene Dykes v. Merck & Co., Inc. | 05-1568 |
| SD | 1 | 05-1010 | Barbara Lundgaard v. Merck & Co., Inc. | 05-1569 |
| SD | 1 | 05-1012 | Rayla J. Larghe v. Merck & Co., Inc. | 05-1570 |
| SD | 1 | 05-1013 | Roland Horstman v. Merck & Co., Inc. | 05-1571 |
| **TENNESSEE EASTERN** | | | | |
| TNE | 1 | 05-30 | Lonnie M. Powell, et al. v. Merck & Co., Inc. | 05-1572 |
| TNE | 1 | 05-31 | Hattie L. Cutts, et al. v. Merck & Co., Inc. | 05-1573 |
| TNE | 1 | 05-32 | John Hadden v. Merck & Co., Inc. | 05-1574 |
| TNE | 1 | 05-33 | Betty Ann Hall v. Merck & Co., Inc. | 05-1575 |
| TNE | 1 | 05-38 | Ricky R. Green v. Merck & Co., Inc. | 05-1576 |
| TNE | 1 | 05-39 | William McConkey, et al. v. Merck & Co., Inc. | 05-1577 |
| TNE | 1 | 05-44 | Charles K. Caldwell, et al. v. Merck & Co., Inc. | 05-1578 |
| TNE | 1 | 05-60 | Broughton J. Maynor, et al. v. Merck & Co., Inc. | 05-1579 |
| TNE | 2 | 05-22 | Callie M. Berry, et al. v. Merck & Co., Inc. | 05-1580 |
| **TENNESSEE WESTERN** | | | | |
| TNW | 1 | 05-1054 | Erma G. Macklin v. Merck & Co., Inc., et al. | 05-1581 |
| TNW | 1 | 05-1064 | David Robbins v. Merck & Co., Inc., et al. | 05-1582 |
| **TEXAS EASTERN** | | | | |
| TXE | 1 | 05-87 | George Zuzukin, M.D., et al. v. Merck & Co., Inc. | 05-1583 |
| TXE | 1 | 05-106 | Anne L. Taylor, etc. v. Merck & Co., Inc. | 05-1584 |
| TXE | 2 | 05-57 | Santos Trevino, et al. v. Merck & Co., Inc. | 05-1585 |
| **TEXAS NORTHERN** | | | | |
| TXN | 4 | 05-143 | Jackie Lynn Jones v. Merck & Co., Inc. | 05-1586 |
| **TEXAS WESTERN** | | | | |
| TXW | 1 | 05-91 | Roxane S. Heinatz, et al. v. Merck & Co., Inc. | 05-1587 |
| **WASHINGTON WESTERN** | | | | |
| WAW | 2 | 04-2377 | Daniel Rygel, et al. v. Merck & Co., Inc. | 05-1588 |
| WAW | 2 | 05-230 | Walton W. Dickhoff, et al. v. Merck & Co., Inc. | 05-1589 |
| **WEST VIRGINIA SOUTHERN** | | | | |
| WVS | 1 | 05-190 | Ruby Perdue, et al. v. Merck & Co., Inc. | 05-1590 |
| WVS | 1 | 05-191 | Norman G. Clark v. Merck & Co., Inc. | 05-1591 |
| WVS | 5 | 05-192 | Underwood Adkins, et al. v. Merck & Co., Inc. | 05-1592 |

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-5
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Rachel B. Abrams
Hersh & Hersh
601 Van Ness Ave., Suite 2080
San Francisco, CA 94102

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Doris C. Allen
Bernstein, Stair & McAdams, LLP
The Weston Building
4823 Old Kingston Pike, Suite 300
Knoxville, TN 37919

Darren O'Leary Aitken
Aitken, Aitken & Cohn
3 Imperial Promenade, Suite 800
P.O. Box 2555
Danta Ana, CA 92707-2555

Samuel Kimerson Allen
Anastopoulo & Anastopoulo
P.O. Box 1525
Charleston, SC 29402

Alejandro Alvarez
355 Palermo Avenue
Coral Gables, FL 33134

Charles Avrith
Hughes, Hubbard & Reed, LLP
350 South Grand Ave., 36th Floor
Los Angeles, CA 90071

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

C. William Berger
Furr & Cohen
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Jimmy W. Bilbo
Logan, Thompson, Miller,
Bilbo, et al.
P.O. Box 191
Cleveland, TN 37364-0191

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Steven J. Boranian
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Cheryl L. Borland
Katz Greenberg & Norton LLP
105 East 4th Street, 4th Floor
Cincinnati, OH 45202

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Michael K. Brown
Reed Smith, LLP
355 South Grand Ave., Suite 2900
Los Angeles, CA 90071

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117-1322

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

William T. Causby
Nelson, Mullins, Riley
& Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley
Co., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Bryan N. Cigelske
Taylor Martino & Hedge
P.O. Box 894
Mobile, AL 36601-0894

James Clinton Clark, Jr.
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
1111 Bay Aveune, 3rd Floor
Columbus, GA 31902

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli
The Halle Building, Suite 900
1228 Euclid Avenue
Cleveland, OH 44115

Judson Lee Cohen
Cohen Law Offices
1 SE Third Avenue, Suite 2900
Miami, FL 33131

Marshall L. Cohen
Law Office of Marshall L. Cohen, PA
1412 Royal Palm Sq., Blvd., Suite 103
Fort Myers, FL 33906-0292

Thomas A. Countryman
Fulbright & Jaworski
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

S. Tessie Corbin
Dechert, LLP
1717 Arch St., Suite 4000
Philadelphia, PA 19103-2793

Danny Harris Crumley
131 Owen Medford Road
Tifton, GA 31794

John P. Cunningham
Brown & James
Richland Plaza 1
525 Main Street
Belleville, IL 62220

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue., Suite 100
Birmingham, AL 35205

Scott E. Denson
McCleave, Allenstein & Denson, LLC
507 Church Street
Mobile, AL 36602

Andrew S. Doctoroff
Honigman, Miller, Schwartz & Cohen
660 Woodward Avenue, Suite 2290
Detroit, MI 48226-3583

David T. Dolan
Frank & Dolan
308 N. 21st. Street, Suite 401
St. Louis, MO 63103

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
P.O. Box 198966
Nashville, TN 37219

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

A. Bradley Dozier, Jr.
Johnson & Benjamin
730 Peachtree Street, NE, Suite 750
Atlanta, GA 30308

James Esparza
Esparza Law Firm
1434 East 4500 South, # 100
Salt Lake City, UT 84117

Jerry A. Esrig
Epstein, Zaideman & Esrig, P.A.
120 South Riverside Plaza, Suite 1150
Chicago, IL 60606

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis, MO 63105

Carl Frankovitch
Frankovitch, Anetakis, Colantonio
& Simon
337 Penco Road
Weirton, WV 26062

Mark R. Galzerano
1301 Hornyak Drive
Aliquippa, PA 15001-4544

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Charles E. Griffin
Griffin & Associates
P.O. Box 968
Jackson, MS 39205-0968

Anne E. Grigg
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX 78701-2011

Todd S. Hageman
Simon, Lowe & Passanate, PC
701 Market Street, Suite 1150
St. Louis, MO 63101

Amy N. Hanson
Keller Rohrback
1201 3rd Ave., Suite 3200
Seattle, WA 93101-3029

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Megan S. Heinsz
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Catherine M. Hensler-Dickenson
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Barry M. Hill
Hill, Toriseva & Williams
89-12th Street
Wheeling, WV 26003

T. Robert Hill
Hill, Boren, P.C.
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101

Lela M. Hollabaugh
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union Street, Suite 2700
P.O. Box 198966
Nashville, TN 37219

Mort Horowitz
Horowitz & Commarosano
401 Broadway, Suite 2110
New York, NY 10013

Debra L. Hurst
Hurst & Hurst
401 West "A" Street, Suite 1825
San Diego, CA 92101

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Jeffrey Royal Johnson
Williams Kastner & Gibbs
601 Union Street, Suite 400
Seattle, WA 9811-3926

Will Kemp
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, NV 89109

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Jeffrey Conett Kirby
Pittman Hooks Dutton Kirby & Hellums PC
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

David A. List
Clark, Perdue, Arnold & Scott
471 East Broad Street, Suite 1400
Columbus, OH 43215

Allison Long
Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael L. Luce
Davenport, Evans, Hurwitz & Smith
P.O. Box 1030
Sioux Falls, SD 57101

Stefan A. Mallen
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Theodore V. Mayer
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

James F. McKeever
Lester, Schwab, Katz & Dwyer
120 Broadway
New York, NY 10271

Juan Enrique Mejia
Watts Law Firm, LLP
555 N Carancahua, Suite 1400
Corpus Christi, TX 78478-0801

Richard W. Mithoff, Jr.
Mithoff & Jacks
500 Dallas, Suite 3450
Penthouse, One Allen Center
Houston, TX 77002

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Douglas C. Monsour
Sloan & Monsour, P.C.
101 E. Whaley Street
P.O. Box 2909
Longview, TX 75606-2909

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202

Donald L. O'Keefe, Jr.
Rabbitt & Pitzer
100 S 4th Street, Suite 400
St. Louis, MO 63101-1821

James D. O'Leary
Onder & Shelton, L.L.C.
1015 Locust Street, Suite 720
St. Louis, MO 63101

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Higland Ave.
Jackson, TN 38033

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

James G. Onder
Onder & Shelton, L.L.C.
1015 Locust Street, Suite 720
St. Louis, MO 63101

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Stephen H. Rovak
Sonnenschein, Nath & Rosenthal
One Metropolitan Square, Suite 3000
St. Louis, MO 63102

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
Hew Haven, CT 06508-1832

Patrick L. Scott
Law Offices of Patrick L. Scott
2126 K. Street
Sacramento, CA 95816

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Manish I. Shah
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
Montgomery, AL 36103

Michael J. Smith
Moser & Marsalek
200 N. Broadway, Suite 700
St. Louis, MO 63102-2730

Scott A. Smith
Halleland, Lewis, Nilan, Sipkins & Johnson
220 6th Street South, Suite 600
Minneapolis, MN 55402

W. Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis & Miles
200 Coosa Street
P.O. Box 4160
Montgomery, AL 36103-4160

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Caroline T. Trost
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

George Charles Vlachos
One Suffolk Square, Suite 220
Islandia, NY 11722

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Ave, Suite 402
Chattanooga, TN 37402

Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35255-5972

Cyril V. Weiner
Weiner & Cox, PLC
3000 Town Center, Suite 1800
Southfield, MI 48075-1221

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
Beaumont, TX 77701

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Paul W. Whelan
Stritmatter Kessler Whelan Withey Caluccio
200 2nd Avenue, West
2nd Floor
Seattle, WA 98119-4204

Lawrence W. White
Leitner, Williams, Dooley & Napolitan
254 Court Avenue, Second Floor
Memphis, TN 38103

Brett A. Williams
Brown & James
1010 Market St. 20th Floor
St Louis, MO 63101

Kim Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd., 40th Floor
Miami, FL 33131-2398

Bob F. Wright
Domengeaux, Wright, Roy & Edwards
556 Jefferson Street
Suite 500
P.O. Box 3668
Lafayette, LA 70502

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-5
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

~~Hon. Joseph F. Anderson, Jr.~~
~~Chief Judge, U.S. District Court~~
~~P.O. Box 447~~
~~Columbia, SC 29202-0447~~

Hon. Janet Bond Arterton
U.S. District Judge
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Alan N. Bloch
Senior U.S. District Judge
U.S. Post Office & Courthouse
Seventh & Grant Streets, Rm. 837
Pittsburgh, PA 15219

~~Hon. Fredrick R. Buckles~~
~~U.S. Magistrate Judge~~
~~U.S. District Court~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Curtis L. Collier
U.S. District Judge
P.O. Box 831
Chattanooga, TN 37401-0931

Hon. Suzanne B. Conlon
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Kent J. Dawson
U.S. District Judge
6006 Lloyd D. George U.S.
Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

~~Hon. Patrick M. Duffy~~
~~U.S. District Judge~~
~~P.O. Box 835~~
~~Charleston, SC 29402-0835~~

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Orinda D. Evans
Chief Judge, U.S. District Court
1988 Richard B. Russell Federal
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. David A. Faber
Chief Judge, U.S. District Court
Post Office Box 5009
Beckley, WV 25801

~~Hon. Patricia C. Fawsett~~
~~Chief Judge, U.S. District Court~~
~~611 George C. Young U.S. Courthouse~~
~~80 North Hughey Avenue~~
~~Orlando, FL 32801~~

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Gregory L. Frost
U.S. District Judge
349 Joseph P. Kinneary United States
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Lorenzo F. Garcia
U.S. Magistrate Judge
680 U.S. Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street, Suite 405
Greenville, TN 37743

Hon. Charles S. Haight, Jr.
U.S. District Judge
U.S. Courthouse, Foley Square
New York, NY 10007

Hon. William Brevard Hand
Senior U.S. District Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

~~Hon. David R. Herndon~~
~~U.S. District Judge~~
~~P.O. Box 259~~
~~E. St. Louis, IL 62202-0259~~

~~Hon. Marilyn L. Huff~~
~~U.S. District Judge~~
~~Edward J. Schwartz U.S. Courthouse~~
~~940 Front Street, Fourth Floor~~
~~San Diego, CA 92101-8908~~

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401-5196

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
P.O. Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 8th Floor
Miami, FL 33128

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

~~Hon. Matthew F. Kennelly~~
~~U.S. District Judge~~
~~1778 Everett McKinley Dirksen~~
~~U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Harry D. Leinenweber
U.S. District Judge
Everett McKinley Dirksen U.S. Crthse.
219 South Dearborn Street
Chicago, IL 60604

Hon. Algenon L. Marbley
U.S. District Judge
349 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Ricardo S. Martinez
U.S. District Judge
13134 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Charles A. Pannell, Jr.
U.S. District Judge
2321 Richard B. Russell Federal Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Thomas M. Rose
U.S. District Judge
910 U.S. Courthouse
200 West Second Street
Dayton, OH 45402

Hon. W. Louis Sands
Chief Judge, U.S. District Court
201 W. Broad Ave.
Albany, GA 31701

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-9958

Hon. John E. Steele
U.S. District Judge
2-194 U.S. Courthouse & Fed. Bldg.
2110 First Street
Ft. Myers, FL 33901

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Crthse.
601 Market Street
Philadelphia, PA 19106-1796

~~Hon. Alicemarie H. Stotler~~
~~U.S. District Judge~~
~~Ronald Reagan Fed. Bldg. &~~
~~U.S. Courthouse~~
~~411 West Fourth Street~~
~~Santa Ana, CA 92701-4516~~

~~Hon. Arthur J. Tarnow~~
~~U.S. District Judge~~
~~124 Theodore Levin U.S. Courthouse~~
~~231 West Lafayette Boulevard~~
~~Detroit, MI 48226~~

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

~~Hon. E. Richard Webber~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

~~Hon. James D. Whittemore~~
~~U.S. District Judge~~
~~223 Sam M. Gibbons U.S. Courthouse~~
~~801 North Florida Avenue~~
~~Tampa, FL 33602~~

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

Hon. Thomas S. Zilly
Senior U.S. District Judge
15229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-5
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Charles R. Diard, Jr., Clerk
123 John A. Campbell
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

~~David J. Weaver, Clerk~~
~~814 Theodore Levin U.S. Courthouse~~
~~231 West Lafayette Boulevard~~
~~Detroit, MI 48226~~

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Gregory J. Leonard, Clerk
P.O. Box 68
Valdosta, GA 31603-0068

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James Bonini, Clerk
P.O. Box 970
Mid City Station
Dayton, OH 45402

James Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

~~Larry W. Propes, Clerk~~
~~P.O. Box 835~~
~~Charleston, SC 29402-9835~~

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Patricia L. McNutt, Clerk
U.S. Courthouse
101 Summer Street, West
Greeneville, TN 37743

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

~~Sherri R. Carter, Clerk~~
~~Ronald Reagan Federal Bldg.~~
~~& U.S. Courthouse~~
~~411 West Fourth Street~~
~~Santa Ana, CA 92701-4516~~

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

~~Sheryl L. Loesch, Clerk~~
~~300 George C. Young U.S. Courthouse~~
~~80 North Hughey Avenue~~
~~Orlando, FL 32801~~

~~Sheryl L. Loesch, Clerk~~
~~218 Sam M. Gibbons U.S. Courthouse~~
~~801 North Florida Avenue~~
~~Tampa, FL 33602-3800~~

Teresa Deppner, Clerk
P.O. Box 5009
Beckley, WV 25801-5009

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

~~W. Samuel Hamrick, Jr., Clerk~~
~~4290 Edward J. Schwartz Federal Building~~
~~880 Front Street~~
~~San Diego, CA 92101-8900~~

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 21, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-5)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 5, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
      Deputy Clerk

Attachments

cc:   Transferee Judge:      Judge Eldon E. Fallon
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A