Reginald K Fears
   Plaintiff

vs

Merck & Co Inc



Case # 4-04-CU-04187

## Motion for Service Process

### To: Clerk or Judge of Said Court

Under Fed. R.Civ P4 (M), Time period maybe extended if court finds that Plaintiff has shown good cause for his failure to obtain Service of Process within the allotted time.

(1) Based on Plaintiff's incarceration and limited resources, with which to effect service.

(2) Plaintiff can only make service to the court and not the M.D.L 1657 Panel Service List.

(3) Plaintiff is Proceeding in **Forma Pauperis.** Plaintiff is asking the court to find this appropriate to order the clerk to Issue and Serve Process in thiscase rathe than dismissing the case for insufficient service due to Plaintiff's incareceration and limited resources.

Sincere Appreciation
Reginald K. Fears
#679336

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____