ATTORNEYS at LAW
## CLIMACO / LEFKOWITZ / PECA / WILCOX & GAROFOLI
### CO., LPA

Litigation / Business Law / Municipal Law / Personal Injury

April 19, 2005

Clerk of the United States District Court
for the Eastern District of Louisiana
500 Poydras Street, Room #C-151
New Orleans, LA 70130

Regina Westenfeld
Paralegal to Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

**RE:    *IN RE: VIOXX PRODUCT LIABILITY LITIGATION: MDL NO. 1657*
CHANGE OF ADDRESS NOTICE**

NOTICE TO ALL CLERK AND ALL COUNSEL:

Please be advised that the law firm of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co.,
L.P.A. has relocated to the following address:

1220 Huron Road, Suite 1000
Cleveland, OH 44115

This notice has been served to the Clerk of United States District Court for the Eastern
District of Louisiana and all attorneys of record.

Respectfully submitted,

John R. Climaco (Ohio #0011456)
Email: jrclim@climacolaw.com
Keith T. Vernon (Ohio #0067337)
Email: ktvern@climacolaw.com
Terri A. Lightner (Ohio #0077874)
Email: taligh@climacolaw.com
Dawn M. Chmielewski (Ohio #0077723)
Email: dxchmi@climacolaw.com

___ Fee_____
___ Process _____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

S:\CL\16336\Pleadings and Motions\changeofAddress_notice.doc

*www.climacolaw.com*

1220 Huron Road / Suite 1000 / Cleveland, OH 44115      216.621.8484      216.771.1632

Offices in: CLEVELAND, OH / WASHINGTON, D.C.

ATTORNEYS at LAW
## CLIMACO / LEFKOWITZ / PECA / WILCOX & GAROFOLI
CO., LPA

*Litigation / Business Law / Municipal Law / Personal Injury*

# WE ARE MOVING!

**We're pleased to inform you that effective April 4, 2005, our firm will relocate to TEMPORARY office space while our permanent office at 1317 Euclid Avenue is under construction.**

**As of April 4th, note our TEMPORARY address is:**

**1220 Huron Road, Suite 1000
Cleveland, Ohio  44115**

**There will be NO CHANGE in our general phone number, fax number, voice-mail extensions or e-mail addresses.**