

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | MDL Docket No. 1657 |
| | * | |
| **VIOXX PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all Louisiana cases, including case nos. 05-473; 04-2726; 05-463; 04-2845; 05-472; 05-0483; 05-468; 05-467; 05-466; 05-469; 04-2937; 04-3060; 04-3053; 05-464; 04-3054; 04-3056; 05-465; 04-3065; 04-3055; 05-481; 05-479; 05-477; 05-480; 05-474; 05-482; 05-475; 05-478; 05-476; 05-471; 04-3284; 04-3280; 04-3281; 04-3363; 04-3282; 04-3279; 05-1018; 05-1019; 04-3181; 04-3181; 04-3372; 04-3283; 05-1021; 05-1020; 04-3517; 04-3472; 05-1015; 05-059; 05-379; 05-1016; 05-1274; 05-0860; 05-859; 05-928; 05-1200 | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD
## FOR DEFENDANT MERCK & CO., INC. FOR ALL LOUISIANA CASES

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, moves the Court for entry of an Order enrolling Phillip A. Wittmann, Anthony M. DiLeo, Barry W. Ashe, Dorothy H. Wimberly, and Carmelite M. Bertaut, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, as additional counsel of record for Merck in all Louisiana cases currently included within MDL 1657, as identified below:

| Case Name | Original Case No. | Original Court | Case No. in MDL |
|---|---|---|---|
| Merrit | 5:03cv1401 | WDLA | 2:05cv0473 |
| Christina | 2:04cv2726 | EDLA | 2:04cv2726 |

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___

769730v.1


| Name | Case No. | District | Case No. |
|---|---|---|---|
| Russell | 3:04cv0712 | MDLA | 2:05cv0463 |
| Alexander | 2:04cv2845 | EDLA | 2:04cv2845 |
| Vicki White | 3:04cv2126 | WDLA | 2:05cv0472 |
| Lavergne | 6:04cv2174 | WDLA | 2:05cv0483 |
| Benoit | 3:04cv0803 | MDLA | 2:05cv0468 |
| Bracken | 3:04cv0802 | MDLA | 2:05cv0467 |
| Brown | 3:04cv0801 | MDLA | 2:05cv0466 |
| Chiszle | 3:04cv0804 | MDLA | 2:05cv0469 |
| Davis | 2:04cv2937 | EDLA | 2:04cv2937 |
| Falick | 2:04cv3060 | EDLA | 2:04cv3060 |
| Gagola | 2:04cv3053 | EDLA | 2:04cv3053 |
| Hudson | 3:04cv0776 | MDLA | 2:05cv0464 |
| Parr | 2:04cv3054 | EDLA | 2:04cv3054 |
| Robertson | 2:04cv3056 | EDLA | 2:04cv3056 |
| Wilkinson | 3:04cv0800 | MDLA | 2:05cv0465 |
| Gottsegen | 2:04cv3065 | EDLA | 2:04cv3065 |
| Savage | 2:04cv3055 | EDLA | 2:04cv3055 |
| Butler | 5:04cv2275 | WDLA | 2:05cv0481 |
| Sadler | 5:04cv2273 | WDLA | 2:05cv0479 |
| Harper | 5:04cv2271 | WDLA | 2:05cv0477 |
| Tice | 5:04cv2274 | WDLA | 2:05cv0480 |
| Wright | 5:04cv2268 | WDLA | 2:05cv0474 |
| Evans | 5:04cv2276 | WDLA | 2:05cv0482 |
| Bates | 5:04cv2269 | WDLA | 2:05cv0475 |
| Burns | 5:04cv2272 | WDLA | 2:05cv0478 |
| McKnight | 5:04cv2270 | WDLA | 2:05cv0476 |
| Warren | 3:04cv2110 | WDLA | 2:05cv0471 |
| LaCour | 2:04cv3284 | EDLA | 2:04cv3284 |
| DeSonza | 2:04cv3280 | EDLA | 2:04cv3280 |
| Doucet | 2:04cv3281 | EDLA | 2:04cv3281 |
| Jacques | 2:04cv3363 | EDLA | 2:04cv3363 |
| Danos | 2:04cv3282 | EDLA | 2:04cv3282 |
| Pilie | 2:04cv3279 | EDLA | 2:04cv3279 |
| Hart | 5:04cv2370 | WDLA | 2:05cv1018 |
| Dufrene | 5:04cv2418 | WDLA | 2:05cv1019 |
| Vinet | 2:04cv3181 | EDLA | 2:04cv3181 |
| Scott | 2:04cv3372 | EDLA | 2:04cv3372 |
| Karen White | 2:04cv3283 | EDLA | 2:04cv3283 |
| Cutliff | 5:04cv2498 | WDLA | 2:05cv1021 |
| Harrell | 5:04cv2438 | WDLA | 2:05cv1020 |
| Akers | 2:04cv3517 | EDLA | 2:04cv3517 |
| Narvaerz | 2:04cv3472 | EDLA | 2:04cv3472 |
| Johnson | 3:04cv0878 | MDLA | 2:05cv1015 |
| Alexander | 2:05cv0059 | EDLA | 2:05cv0059 |

| | | | |
|---|---|---|---|
| Weigel | 2:05cv0379 | EDLA | 2:05cv0379 |
| Persica | 3:05cv0061 | MDLA | 2:05cv1016 |
| Crawford | 3:05cv0115 | MDLA | 2:05cv1274 |
| Stallworth | 2:05cv0860 | EDLA | 2:05cv0860 |
| Hubbard | 2:05cv0859 | EDLA | 2:05cv0859 |
| Gonzalez | 2:05cv0928 | EDLA | 2:05cv0928 |
| Schexnayder | 2:05cv1200 | EDLA | 2:05cv1200 |

The e-mail addresses for these additional counsel are set forth below:

Phillip A. Wittmann -- pwittmann@stonepigman.com
Anthony M. DiLeo -- adileo@stonepigman.com
Barry W. Ashe -- bashe@stonepigman.com
Dorothy H. Wimberly -- dwimberly@stonepigman.com
Carmelite M. Bertaut -- cbertaut@stonepigman.com

Respectfully submitted,

*/s/ Richard C. Stanley*

Richard C. Stanley, #8487
Bryan C. Reuter, #23910
Thomas P. Owen, Jr., #28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Phone: (504) 523-1580
Fax: (504) 524-0069

*/s/ Phil Wittmann*

Phillip A. Wittmann, #13625
Anthony M. DiLeo, #4942
Barry W. Ashe, #14056
Dorothy H. Wimberly, #18509
Carmelite M. Bertaut, #3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: (504) 581-3200
Fax: (504) 581-3361

769730v.1

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion to Enroll has been served upon all liaison counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 22nd day of April, 2005.

*Phil Wittmann*

769730v.1