FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 27  AM 8: 36

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | MDL Docket No. 1657 |
| | * | |
| VIOXX PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to all Louisiana cases, including case nos. 05-473; 04-2726; 05-463; 04-2845; 05-472; 05-0483; 05-468; 05-467; 05-466; 05-469; 04-2937; 04-3060; 04-3053; 05-464; 04-3054; 04-3056; 05-465; 04-3065; 04-3055; 05-481; 05-479; 05-477; 05-480; 05-474; 05-482; 05-475; 05-478; 05-476; 05-471; 04-3284; 04-3280; 04-3281; 04-3363; 04-3282; 04-3279; 05-1018; 05-1019; 04-3181; 04-3181; 04-3372; 04-3283; 05-1021; 05-1020; 04-3517; 04-3472; 05-1015; 05-059; 05-379; 05-1016; 05-1274; 05-0860; 05-859; 05-928; 05-1200 | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record for Defendant Merck & Co., Inc. for all Louisiana Cases,

IT IS ORDERED that Phillip A. Wittmann, Anthony M. DiLeo, Barry W. Ashe, Dorothy H. Wimberly, and Carmelite M. Bertaut, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, be and they hereby are enrolled as additional counsel of record for Merck & Co., Inc. in all Louisiana cases currently included within MDL 1657, as identified below:

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

769730v.1

| Case Name | Original Case No. | Original Court | Case No. in MDL |
|---|---|---|---|
| Merrit | 5:03cv1401 | WDLA | 2:05cv0473 |
| Christina | 2:04cv2726 | EDLA | 2:04cv2726 |
| Russell | 3:04cv0712 | MDLA | 2:05cv0463 |
| Alexander | 2:04cv2845 | EDLA | 2:04cv2845 |
| Vicki White | 3:04cv2126 | WDLA | 2:05cv0472 |
| Lavergne | 6:04cv2174 | WDLA | 2:05cv0483 |
| Benoit | 3:04cv0803 | MDLA | 2:05cv0468 |
| Bracken | 3:04cv0802 | MDLA | 2:05cv0467 |
| Brown | 3:04cv0801 | MDLA | 2:05cv0466 |
| Chiszle | 3:04cv0804 | MDLA | 2:05cv0469 |
| Davis | 2:04cv2937 | EDLA | 2:04cv2937 |
| Falick | 2:04cv3060 | EDLA | 2:04cv3060 |
| Gagola | 2:04cv3053 | EDLA | 2:04cv3053 |
| Hudson | 3:04cv0776 | MDLA | 2:05cv0464 |
| Parr | 2:04cv3054 | EDLA | 2:04cv3054 |
| Robertson | 2:04cv3056 | EDLA | 2:04cv3056 |
| Wilkinson | 3:04cv0800 | MDLA | 2:05cv0465 |
| Gottsegen | 2:04cv3065 | EDLA | 2:04cv3065 |
| Savage | 2:04cv3055 | EDLA | 2:04cv3055 |
| Butler | 5:04cv2275 | WDLA | 2:05cv0481 |
| Sadler | 5:04cv2273 | WDLA | 2:05cv0479 |
| Harper | 5:04cv2271 | WDLA | 2:05cv0477 |
| Tice | 5:04cv2274 | WDLA | 2:05cv0480 |
| Wright | 5:04cv2268 | WDLA | 2:05cv0474 |
| Evans | 5:04cv2276 | WDLA | 2:05cv0482 |
| Bates | 5:04cv2269 | WDLA | 2:05cv0475 |
| Burns | 5:04cv2272 | WDLA | 2:05cv0478 |
| McKnight | 5:04cv2270 | WDLA | 2:05cv0476 |
| Warren | 3:04cv2110 | WDLA | 2:05cv0471 |
| LaCour | 2:04cv3284 | EDLA | 2:04cv3284 |
| DeSonza | 2:04cv3280 | EDLA | 2:04cv3280 |
| Doucet | 2:04cv3281 | EDLA | 2:04cv3281 |
| Jacques | 2:04cv3363 | EDLA | 2:04cv3363 |
| Danos | 2:04cv3282 | EDLA | 2:04cv3282 |
| Pilie | 2:04cv3279 | EDLA | 2:04cv3279 |
| Hart | 5:04cv2370 | WDLA | 2:05cv1018 |
| Dufrene | 5:04cv2418 | WDLA | 2:05cv1019 |
| Vinet | 2:04cv3181 | EDLA | 2:04cv3181 |
| Scott | 2:04cv3372 | EDLA | 2:04cv3372 |
| Karen White | 2:04cv3283 | EDLA | 2:04cv3283 |
| Cutliff | 5:04cv2498 | WDLA | 2:05cv1021 |
| Harrell | 5:04cv2438 | WDLA | 2:05cv1020 |

| | | | |
|---|---|---|---|
| Akers | 2:04cv3517 | EDLA | 2:04cv3517 |
| Narvaerz | 2:04cv3472 | EDLA | 2:04cv3472 |
| Johnson | 3:04cv0878 | MDLA | 2:05cv1015 |
| Alexander | 2:05cv0059 | EDLA | 2:05cv0059 |
| Weigel | 2:05cv0379 | EDLA | 2:05cv0379 |
| Persica | 3:05cv0061 | MDLA | 2:05cv1016 |
| Crawford | 3:05cv0115 | MDLA | 2:05cv1274 |
| Stallworth | 2:05cv0860 | EDLA | 2:05cv0860 |
| Hubbard | 2:05cv0859 | EDLA | 2:05cv0859 |
| Gonzalez | 2:05cv0928 | EDLA | 2:05cv0928 |
| Schexnayder | 2:05cv1200 | EDLA | 2:05cv1200 |

NEW ORLEANS, LOUISIANA, this 26 day of April, 2005.

_____
DISTRICT JUDGE

769730v.1