**MINUTE ENTRY**
**FALLON, J.**
**APRIL 27, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a conference with the Defendants' Steering Committee to discuss the status of the above captioned matter.

Fee_____
Process_____
X  Dktd_____
✓ CtrmDep_____
Doc. No_____

JS-10: 0 : 45