FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 28 PM 1:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re Vioxx Products Liability Litigation | MDL No. 1657 |

| | |
|---|---|
| SHIRLEY HOMISTER, | No. 05-0491 |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| MERCK & CO., INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Shirley Homister hereby dismisses without prejudice this action against the above-named Defendant.

Date: April 26, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:    612-339-6900
Facsimile:    612-339-0981

Attorneys for Plaintiffs

336885-1

___ Fee_____
___/ Process_____
X_ Dktd_____
✓_ CtRmDep_____
___ Doc. No._____