UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                         :    MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION           :    SECTION: L
                                               :
                                               :    JUDGE FALLON
                                               :    MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Reginald Fears v. Merck & Co., Inc.*, CA No. 05-549 L(3)

## ORDER

Before the Court is Petitioner's Notice of Opposition to Plaintiff's Steering Committee.

Petitioner's Motion for Conditional Remand Order contained therein is hereby DENIED.

New Orleans, Louisiana, this ___ day of April, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Reginald K. Fears, #679336
Ramsey I Unit
1100 FM 655
Rosharon, TX 775