FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -2  PM 12: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has been advised that Plaintiffs have unsuccessfully sought documents from the FDA by a Federal Rule of Civil Procedure 45 subpoena issued on September 22, 2004 and a request on December 2, 2004 made under the Freedom of Information Act, 21 CFR, Part 20. Accordingly, IT IS ORDERED that FDA counsel Carmelina Allis and FDA paralegal specialist Harold Stepper appear before the Court on May 23, 2005, 9:00 a.m., for the monthly pretrial conference scheduled in the above captioned matter. Ms. Allis and Mr. Strepper should be prepared to discuss their objections to producing the requested documents.

New Orleans, Louisiana, this 27 day of April, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Carmelina G. Allis
Office of the Chief Counsel
U.S. Dept. of Health and Human Services
Food and Drug Administration
5600 Fishers Lane, Mailcode GCF-1
Rockville, MD  20857

Harold D. Stepper
Paralegal Specialist
U.S. Dept. of Health and Human Services
Center for Drug Evaluation and Research
5600 Fishers Lane, HFD-13
Rockville, MD  20857

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No _____