IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX: | ] | MDL NO. 1657; SECTION L |
| | ] | |
| | ] | The Hon. Eldon E. Fallon and The Hon. |
| PRODUCTS LIABILITY LITIGATION | ] | Magistrate Daniel E. Knowles, III |
| | ] | |
| | ] | **JOINT APPLICATION TO SERVE ON STATE** |
| | ] | **LIASON COMMITTEE** |
| _____ | ] | |

Pursuant to Pretrial Order Number One (1), Setting Initial Conference, **Plaintiff ESTHER S. ARCHULETA,** by and through her attorneys of record, **TURNER W. BRANCH, BRANCH LAW FIRM,** 2025 Rio Grande Boulevard NW, Albuquerque, New Mexico 87104, presents **TURNER W. BRANCH AND RICHARD A. SANDOVAL'S JOINT SUBMISSION TO SERVE AS NEW MEXICO LIASON COUNSEL,** pursuant to the requirements outlined in the Court's PRETRIAL ORDER NUMBER ONE (1).

I.  **JOINT SUBMISSION BY TURNER W. BRANCH AND RICHARD A. SANDOVAL TO SERVE AS NEW MEXICO LIASON COUNSEL**

COMES NOW, **TURNER W. BRANCH AND RICHARD A. SANDOVAL** of **BRANCH LAW FIRM,** and hereby submits their qualifications to participate as a member of the VIOXX New Mexico Liason Counsel:

A.  **EDUCATION, ADMISSION TO PRACTICE, KEY PRACTICE AREAS**

**Turner W. Branch:**

Graduate, University of New Mexico, B.S., 1960; Graduate, Baylor University Law School, J.D., 1965. Admitted, New Mexico District Courts and U.S. District Court, District of New Mexico, 1978; U.S. Court of Appeals, Tenth Circuit, 1988; United States Supreme Court, 1972. Key areas of litigation practice include products liability; multi-party and multi-district litigation; mass torts; medical malpractice; toxic torts; personal injury.

**Richard A. Sandoval:**

Graduate, University of New Mexico, B.S., honors recipient, 1993; Graduate, University of New Mexico, J.D., 1997. Admitted, New Mexico District Courts and U.S. District Court, District of New Mexico, 1997; U.S. Court of Appeals, Tenth Circuit, 1997. Key areas of litigation practice include products liability; multi-party and multi-district litigation; mass torts; medical malpractice; toxic torts; personal injury

B.      **RELEVANT LEGAL PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION AND ENGAGEMENTS**

The Branch Law Firm has been admitted to the Multi District Litigation Steering Committees for L-Tryptophan, Norplant, Omniflux, and Baycol. In 1989 Turner W. Branch served as co-chairman of the Plaintiffs' Steering Committee in the L-Tryptophan litigation, U.S. District Court, Columbia, South Carolina, under the Honorable Matthew J. Perry, United States District Judge. In 1990 Turner W. Branch served as co-chairman of the Plaintiffs' Steering Committing In re: Norplant litigation (contraceptive drug), U.S. District Court, Beumont, Texas. From 1993 to the present, Turner W. Branch has served on the Plaintiffs' Steering Committee, Discovery Committee and Advisory Committee in the Breast Implant litigation, U.S. District Court, Birmingham, Alabama under the Honorable Sam Pointer, United States District Judge. Turner W. Branch has served as Liason Counsel for the State of New Mexico on Lead Paint litigation. Turner W. Branch has served as Liason Counsel on Fen-Phen drug litigation for the State of New Mexico and was MDL'ed in U.S. District Court, Philadelphia, Pennsylvania, under the Honorable Frank Bartel, United States District Judge.

Turner W. Branch serves on the Plaintiffs' Steering Committee In re Castano Tobacco. The first tobacco litigation case to be . Mr. Branch serves on the Castano Executive Committee to this day. His appointment to this committee was approved by Oprah Jones, Eastern District, U.S. District Court, New Orleans, Louisiana. He continues to work on this case and worked on it for approximately 10 years, undertaking various tasks including discovery and serving as State Liason for the State of New Mexico. In re Baycol litigation, U.S. District Court, Minneapolis, Minnesota, the Honorable Michael J. Davis presiding, Mr. Branch served on the Plaintiffs' Steering Committee and on Litigation Discovery Committee and has taken over 40 depositions. Co-counsel, Mr. John .... has taken over 30 depositions in this case. The Baycol litigation is still pending but is winding down and should be completed by April 11, 2005. Turner W. Branch has worked as co-counsel In re Takata Seatbelt Class Action which is presently pending in the Ft. Worth Court of Appeals, Ft. Worth, Texas. Turner W. Branch has also served as State Liason and General Counsel of General Motors Gas Tank Litigation, a national class action filed in State District Court, New Mexico Second Judicial District, Honorable Robert L. Thompson, and have been resolved. Mr. Branch feels his and his firm efforts contributed to the final resolution and closure in theses cases.

Turner W. Branch serves as lead attorney and Plaintiff counsel in Mike Santullo v. Phizer Pharmaceutical. He is seeking and has argued for class certification regarding the drug "*Neurontin*". Class Certification is pending before the Honorable James Hall of First Judicial District, Santa Fe County, Santa Fe, New Mexico. Turner W. Branch was also involved in representing over 100 New Mexicans in settlement of Rezulon, a class 2 diabetic drug sold by Phizer and was lead attorney. Turner W. Branch and his firm are currently working the Second Phase In re Fen-Phen II, U.S. District Court, Philadelphia, Pennsylvania. His firm has specialized with Turner W. Branch and Margaret Moses Branch in filing Dow Corning Wright Breast Implant litigation (Dow Corning has been in bankruptcy for the past 12 years). Claims are being processed and this matter is winding

down for closure. Turner W. Branch is presently working with Richard A. Sandoval on In re Cross Country Towing which has been resolved. This matter involved claims and allegations that Cross Country had a software system that was improperly counting mileage for tow trucks. This was also handled on the National level and has been completed and is pending finalization of settlements. Turner W. Branch has also been involved in Lead Paint Litigation, PPA, Asbestos, Welding Rod and Product and Consumer Litigation at the State and Federal level. Finally, Mr. Branch is on the Executive Committee of the New Mexico Toxic Tort Case representing the State of New Mexico and was retained by the Honorable Patricia Madrid. This matter is currently pending on appeal with the United States Tenth Circuit Court of Appeals.

The following lists voluminous areas of professional experience and engagements: Turner W. Branch has a distinguished legal career. Mr. Branch was elected as a Fellow in the International Academy of Trial Lawyers, which is a prestigious organization consisting of five hundred lawyers throughout the world, and serves on that organization's Board of Directors. He is a life member of Association of Trial Lawyers of America, and served as the New Mexico Representative for Association of Trial Lawyers of America for 12 years. Mr. Branch is a member of the Board of Directors of the Senior Lawyers Division for the State Bar of New Mexico. He served as a member of the Board of Directors for the State Bar of Texas as the liaison for out-of-state members from 2000-2003. He is a former Trustee for National College of Advocacy, Diplomate in the American Board of Trial Advocates, National Board of Directors of the American Board of Trial Advocates, former President New Mexico Chapter of ABOTA 1982-83, and received an outstanding service award from the American Board of Trial Advocates. He is Board Certified as a Civil Trial Advocate by the National Board of Trial Advocacy and has been certified as a Civil Trial Specialist since 1984. He is on the Board of Governors of the Western Trial Lawyers Association, and served as a Board Member of New Mexico Trial Lawyers from 1968 - 1976. He is a Senior Counsel of the American College of Barristers. Mr. Branch has authored seven books and over 200 articles, all legal publications plus numerous articles for publications and Trial Magazine and other trial lawyer association meetings, which are listed in detail on the attached Martindale-Hubbell biography. He and his firm enjoys an  AV rating and Pre-Eminent Rating by Martindale-Hubbell. Bibliography will be provided upon request.

Richard A. Sandoval has has extensive trial experience in New MState and Federal Court. He currently serves as counsel in the class actions of: Ellison v. GAB [need case #], Chavez v. City of Albuquerque, and [class action from Randy]. He has recently served as lead counsel In re Cross Country, a national class action where

settlement is currently under approval. He further serves as lead counsel in Rivera v. Wyeth, [need case number], a PPA case that was recently remanded from MDL [need MDL case #]. During the past year alone, Mr. Sandoval successfully served as lead counsel in Tanberg v. Sholtis, et al, U.S. District Court, Cause No. CIV 02-00348 and presented Oral Arguments to the 10th Circuit Court of Appeals and successfully served as lead counsel in Gutierrez v. Hackett, U.S. District Court, Cause No. CIV 02-00582.

## C.        POSITION STATEMENT

On February 22, 2005, Plaintiff Esther S. Archuleta, through her attorneys of record, TURNER W. BRANCH of BRANCH LAW FIRM, filed a Complaint for Damages against Merck & Co., Inc., concerning the sales and efficacy of Vioxx, a product which is allegedly an osteoarthritis and pain relief drug containing rofecoxib, manufactured and distributed by Merck & Co., Inc. As a result of the ingestion of Vioxx, plaintiff suffered cardiovascular problems that were non-existent prior to ingesting Vioxx. As the Complaint was recently filed, plaintiff is in the process of serving the Complaint. There has been no discovery, motions, or any other activity in this newly filed action.

## D.  WILLINGNESS AND AVAILABILITY TO WORK ON TIME-CONSUMING PROJECT; ABILITY TO WORK COOPERATIVELY WITH OTHERS; AND PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

Turner W. Branch and Richard A. Sandoval are willing, available, and prepared to serve as New Mexico Liason Cousel, which understandably will be a worthwhile and meaningful time-consuming project. Turner W. Branch and Richard A. Sandoval have had years of experience of working professionally and excellently with peers, expert witnesses, judges, clerks, plaintiff liaison committees and administration of complex legal endeavors. Turner W. Branch and Richard A. Sandoval have written and filed hundreds of motions, memorandums of law and appeals and overseen the final preparation and review in complex legal submissions. Turner W. Branch is particularly advantaged in his experience in all aspects of multi district litigation.

The Branch Law Firm has been retained by over one thousand VIOXX clients with lawsuits that to be filed in U.S. Federal Court and New Mexico State Court.

## II. CONCLUSION

Based upon the foregoing Statement, **PLAINTIFF, TURNER W. BRANCH** and **RICHARD A. SANDOVAL** hereby respectfully request to appoint **TURNER W. BRANCH** and **RICHARD A. SANDOVAL** to serve as **VIOXX NEW MEXICO LIASON COUNSEL.**

Dated this 28th day of April, 2005

**BRANCH LAW FIRM**

_____
**TURNER W. BRANCH**

_____
**RICHARD A. SANDOVAL**

1

---

[1] *Archuleta v. Merck & Co., Inc., and John Does 1 through 25*, U.S. District Court, District of New Mexico, Case Number CIV-05-197 DJS LFG, The Honorable Magistrate Judge Don J. Svet, presiding.