# United States District Court

## EASTERN DISTRICT OF LOUISIANA

JERRY M. GRAVER

V.

MERCK & CO., INC

SUMMONS IN A CIVIL CASE

Case Number:   05-0722 "L"  3

TO: (Name and address of defendant)

Merck & Co., Inc

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David W. Oestreicher, II
307 Exchange Alley
New Orleans, LA  70130

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                               March 10, 2005
Clerk                                          Date

B. Gregory
(By) Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/18/2005 |
| NAME OF SERVER (PRINT) Carol S. Cassisa | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left Copies thereof with the Registered Agent for Service of Process, CT Corporation, via Ms Shawna Smith, Fulfillment Specialist.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/18/2005
Date

Signature of Server: Carol Cassisa

Address of Server:
CAPITAL PROCESS SERVICE
PHONE (225) 751-4959
5916 SOUTH SHORE DRIVE
BATON ROUGE, LA 70817-3982

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.