AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

JOHN ERNEST GREENWOOD CAMPBELL
*et al.*
V.

MERCK CO., INC., and PFIZER, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-1491**

**SECT. L MAG. 3**

TO: (Name and address of Defendant)

PFIZER, INC.
c/o CT CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GANO D. LEMOINE, III (#21603)
MURRAY LAW FIRM
909 POYDRAS STREET, SUITE 2550
LL&E TOWER
NEW ORLEANS, LA 70112-4000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                            APR 21 2005

CLERK                                                                          DATE

(By) DEPUTY CLERK

___ Fee
___ Process
_X_ Dkt
___ CtRmDp
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-25-05 |
| NAME OF SERVER *(PRINT)* Kellom Williams | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CT Corporation, A WoltersKluwer Company through Shawna Smith, Fulfillment Specialist

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-25-05
         Date                    Signature of Server

3944 SI-10 Svc Rd. Metairie LA 70001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.