UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -3  AM 8:24

LORETTA G. WHYTE
CLERK

IN RE: VIOXX  : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  : SECTION: L
  :
  : JUDGE FALLON
  : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Consistent with the Transfer Order issued by the Judicial Panel on MultiDistrict Litigation on February 16, 2005, claims involving a prescription drug other than Vioxx shall be separated from the above captioned matter. It has come to the Court's attention that one such case has been filed in the Eastern District of Louisiana. Accordingly, IT IS ORDERED that claims in *John Campbell, et al. v. Merck & Co., Inc., et al.*, E.D. La., C.A. No. 05-1491, relating to a prescription medication other than Vioxx are separated from MDL 1657 to be handled in an appropriate manner at a future date.

New Orleans, Louisiana, this 2d day of May, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____