Case 2:05-md-01657-EEF-DEK   Document 298   Filed 05/02/05   Page 1 of 2

04/27/2005  11:12   7136501720      CRUSE SCOTT HENDERSO                PAGE 02/03
04-26-05  04:29pm  From-Buchanan & Burke, LLP    214 378 9800    T-908  P.002/003  F-348



# BUCHANAN & BURKE, L.L.P.
### ATTORNEYS AT LAW

G. KEVIN BUCHANAN*
EDMUND RUGGER BURKE III**
KATRINA A. KERSHNER
*Board Certified Personal Injury Trial Law
Texas Board Of Legal Specialization
**Licensed in Texas and New York

200 PREMIER PLACE
5910 N. CENTRAL EXPRESSWAY
DALLAS, TEXAS 75206

TELEPHONE: (214) 378-9500
FACSIMILE: (214) 378-9600
www.texjur.com

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 2 2005

LORETTA G. WHYTE
CLERK

April 26, 2005

Ms. Pegi Block
CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133

MDL 1657
REF: CA 05-1315 L

Via Facsimile No. (713) 650-1720

Re: MDL NO. 1657; *Henry Charles Perry v. Merck & Co., Inc., et al;*
Case No. 3:05-CV-0208B from the US District Court of the Northern
District of Texas, Dallas Division

Dear Ms. Block:

Pursuant to Tex. Civ. Prac. & Rem. Code §74.351(a), this letter will memorialize Howard D. Parness, M.D.'s (the "affected party") agreement to extend the 120-day Expert Report deadline which is currently May 10, 2005 for 60 days. The new deadline for Plaintiff to file his expert report will be July 9, 2005.

If this letter accurately reflects our agreement, please indicate by your signature below and return it to me via facsimile and regular mail. I will file the agreement with the court.

If you have any questions, please do not hesitate to contact us.

Kindest regards,

G. Kevin Buchanan

AGREED TO BY:

CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.

Pegi Block
Attorneys for Howard D. Parness, M.D.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Ms. Pegi Block
April 26, 2005
Page 2

cc: Richard L. Josephson
W. Zachary Hughes
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
<u>Via First Class Mail</u>

Earl Bowen Austin
BAKER BOTTS LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
<u>Via First Class Mail</u>

Thomas P. Jackson
Law Office of Thomas P. Jackson
10100 North Central Expressway
Suite 510
Dallas, Texas 75231
<u>Via First Class Mail</u>

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
<u>Via First Class Mail</u>

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, New York 10004-1482
<u>Via First Class Mail</u>

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, Louisiana 70130-3588
<u>Via First Class Mail</u>