

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all Class | * | |
| Action cases | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

## DEFENDANT MERCK'S SUBMISSION REGARDING
## SCOPE AND STATUS OF FEDERAL AND STATE COURT CLASS ACTIONS

This submission responds to the Court's request that Merck provide an overview

of the purported class actions that are pending in this MDL proceeding.

There are currently 109 VIOXX-related class actions pending in U.S. courts. As

set forth below, 64 of these cases are constituent cases in this MDL proceeding. An additional

26 cases are in the MDL "pipeline" – that is, they are cases pending in other federal courts that

are subject to tag-along notices or conditional transfer orders that should eventually move them

into this MDL proceeding. [1] These 90 federal court cases are listed in a table in **Attachment A**,

which sets forth:  (1) the name of each case, (2) transferor court, (3) original case number, (4)

MDL case number (where applicable), (5) status of transfer, (6) scope of proposed class, (7)

primary forms of relief sought, and (8) names of plaintiffs' attorneys.

---

[1]     One of the 26 cases included on the federal court list (*Lane*) will be removed to federal court tomorrow.

There are also 19 class actions pending in state courts, most of which were removed to federal court and remanded before they could be transferred into this MDL proceeding.  These cases are listed in a table in **Attachment B**, which sets forth:  (1) the name of each case, (2) case number, (3) court, (4) scope of proposed class, (5) primary forms of relief sought, (6) names of plaintiffs' attorneys, and (7) contact information for judge (if assigned).

Section I of this paper summarizes information about the purported class actions in the MDL proceeding, and Section II briefly addresses the "pipeline" cases.  Finally, Section III discusses the state court cases, highlighting some of the conflicts that may arise between the MDL proceeding and two nationwide class actions pending in New Jersey state court that are progressing rapidly at the urging of members of the Plaintiffs' Steering Committee in this MDL proceeding.

I.    <u>**CLASS ACTIONS IN THE MDL PROCEEDING**</u>

Looking at the 64 class actions in the MDL proceeding from a geographical perspective, 36 propose certification of nationwide classes, and 28 seek certification of single-state class actions.  The single-state cases have been brought on behalf of the citizens of 18 states:  Alabama, Arizona, California (3), Connecticut, Florida, Illinois (4), Kentucky, Louisiana (4), Missouri, New Mexico, New York, Ohio, Oklahoma (2), Pennsylvania (2), South Carolina, Tennessee, Vermont, and Washington.

Examining the class actions in the MDL proceeding from a subject matter/relief demand perspective, they generally fall into four categories: (1) cases asserting personal injury

2

771378v.1

claims; (2) cases demanding medical monitoring relief; (3) consumer economic loss cases (generally asserting warranty, consumer fraud, unjust enrichment, and/or redhibition claims); and (4) third-party payor cases.  The personal injury cases seek various forms of relief (primarily compensatory damages) on behalf of persons who allege cardiovascular or other medical events attributable to their use of VIOXX.  In the medical monitoring cases, the proposed classes are individuals who used VIOXX who claim that Merck should be required to provide them with various medical services to address health risks allegedly attributable to their VIOXX usage.  The consumer class actions were brought on behalf of persons who bought VIOXX and seek a full or partial refund of the purchase price, essentially claiming that they overpaid or that Merck was unjustly enriched.  Finally, the third-party payor class actions have been brought on behalf of unions, insurance companies, and other entities that paid for VIOXX prescriptions.  Most of these suits seek to recover for alleged economic losses – *i.e.*, they allege that their insureds overpaid for VIOXX, and that they would not have approved payment for prescriptions of VIOXX or would not have reimbursed their insureds to the extent they have if Merck had revealed the alleged dangers of the drug.  A few of the third-party payor cases also seek medical monitoring relief, in addition to recovery for alleged economic losses.

Most of the purported class actions assert claims from more than one of these four subject matter/relief demand categories.  For example, 10 of the 19 personal injury class actions in the MDL proceeding also seek recovery for economic losses.  Nevertheless, most complaints seem to have a predominant focus on one of the four categories.  The following table

3

summarizes the types of cases that are currently in the MDL based on the predominant form of relief sought:

| | | |
|---|---|---|
| **Predominant Claims** | Personal Injury | 19 class actions (13 nationwide; 6 single-state) |
| | Medical Monitoring | 26 class actions (15 nationwide; 11 single-state) |
| | Consumer Economic Loss | 15 class actions (4 nationwide; 11 single state) |
| | Third-Party Payor | 4 class actions (all nationwide) |

As noted above, additional information about these federal court cases is set forth in Attachment A.

## II.     VIOXX CLASS ACTIONS EN ROUTE TO THE MDL PROCEEDING

There are also 26 cases in federal courts around the country that are either subject to tag-along notices or conditional transfer orders – and are thus in the "MDL pipeline." (Some have been stayed by the transferor courts pending transfer, while others have not.) Eight of these cases seek to certify nationwide classes; 17 seek to certify statewide class actions. One seeks to certify a class of all Europeans who took VIOXX. The 17 statewide class actions seek to certify classes representing citizens of twelve different states (Arizona, California (3), Florida (2), Idaho, Louisiana, Massachusetts, New Mexico, North Carolina, Ohio (2), Pennsylvania, Washington, D.C., and West Virginia (2)).

771378v.1

Once again, these cases generally fall into four categories (personal injury, medical monitoring, economic loss and third-party claims), though many of the cases seek more than one type of relief.

As noted above, additional information about the federal court cases is set forth in Attachment A.

Assuming that all of these 26 "pipeline" cases eventually reach this MDL proceeding, the line-up of all purported class actions before this Court would be as follows:

| | | |
|---|---|---|
| Predominant Claims | Personal Injury | 25 class actions (13 nationwide; 11 single-state; 1 international) |
| | Medical Monitoring | 31 class actions (16 nationwide; 15 single-state) |
| | Consumer Economic Loss | 25 class actions (7 nationwide; 18 single state) |
| | Third-Party Payor | 9 class actions (all nationwide) |

## III.   STATE COURT CLASS ACTIONS

There are currently 19 VIOXX class actions pending in the local courts of eight states: California (5), Illinois (4), Indiana, Kansas, Kentucky, Michigan, Missouri, and New Jersey (5). These are cases that Merck determined were not removable (*e.g.*, cases filed against Merck in its home state of New Jersey) or that transferor courts remanded prior to transfer.

The proposed scope and predominant subject matter of these state court class actions may be summarized as follows:

| | | |
|---|---|---|
| Predominant Claims | Medical Monitoring | 7 class actions (1 nationwide; 6 single-state) |
| | Economic Loss | 10 class actions (1 single-county; 6 single-state; 1 two-state; 2 nationwide) |
| | Economic Loss 3d Party | 2 class actions (2 nationwide) |

Most of these state court cases are in early stages. However, there are two nationwide class action cases before Judge Higbee in the New Jersey state court proceeding in which plaintiffs have been pursuing class issues on an expedited basis. Both cases were brought by and are being handled by counsel with prominent positions on the plaintiffs' side of the VIOXX MDL management structure. The first is the *Engineers* case, a purported nationwide third-party payor class action, which is being prosecuted by Christopher Seeger, plaintiffs' lead counsel in the MDL proceeding. The second is the *Sinclair* case, a purported nationwide medical monitoring class action, in which the lead plaintiffs' counsel is Elizabeth Cabraser, who is a member of the MDL Plaintiffs' Steering Committee and who was recently designated chair of the MDL Class Action Committee.

In the *Engineers* case, plaintiffs have filed their motion for class certification, and Merck has filed its opposition. Plaintiffs have asked for additional discovery, which is ongoing.

6

771378v.1

Once that is complete, however, the reply will be filed, and the class certification motion will be fully briefed.  The hearing on plaintiff's request for nationwide class certification would likely take place in July.  In the *Sinclair* case, which has been pending only for several months, plaintiffs have filed a motion for class certification and have urged the New Jersey court to adopt an expedited schedule for hearing that motion.

*Sinclair* and *Engineers* involve precisely the same allegations being made in numerous class actions in the MDL proceeding.  As noted above, there are currently four nationwide third-party payor cases like *Engineers* in the MDL with five more en route.  There are also currently 26 medical monitoring class actions like *Sinclair* in the MDL proceeding, with five more en route.  The nationwide class actions in New Jersey are wholly redundant of multiple class actions pending in the MDL proceeding – they assert basically the same claims against Merck on behalf of precisely the same claimants (*i.e.,* class members).   Two courts should not be hearing identical cases brought by the same counsel on behalf of identical claimants.  Merck respectfully submits that these nationwide cases – particularly the class certification questions presented thereby – should be heard by this MDL Court.

771378v.1

As noted above, additional information about the state court cases is set forth in Attachment B.  Merck has included contact information for the state court judges in Attachment B to facilitate federal-state court coordination of these various cases.

Respectfully submitted,

Phillip A. Wittmann, 13625
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

8

771378v.1

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Defendant Merck's Submission Regarding Scope and Status of Federal and State Court Class Actions has been served upon Plaintiffs' Liaison counsel of record and all defense counsel of record by electronic transmission, this 5th day of May, 2005.

_Phil Wittmann_

771378v.1

Attachment A
Federal Court Vioxx Class Action Cases

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| Abraham v. Merck & Co., Inc. | S.D. Fla. | 04-22631 | 2:05-cv-00445 | Transferred | Nationwide | MM, EL | John H. Ruiz, P.A. |
| Aguero v. Merck & Co., Inc. | D.N.J. | 04-5341 | 2:05-cv-00504 | Transferred | Nationwide | MM, EL | Williams Cuker Berezofsky; Leiff, Cabraser, Heimann & Bernstein, LLP; Cohen & Malad, P.C. |
| Akers v. Merck & Co., Inc. | E.D. La. | 04-3517 | 2:04-cv-03517 | Transferred | Louisiana | PI, MM, EL | Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. |
| Alexander, A. v. Merck & Co., Inc. | E.D. La. | 04-2845 | 2:04-cv-02845 | Transferred | Nationwide | MM, EL | Goldenberg, Miller, Hellerer & Antognoli, P.C.; Gofortin; Lewis Sanford Wilson LLP |
| Alexander, B. v. Merck & Co., Inc. | E.D. La. | 05-0059 | 2:05-cv-00059 | Transferred | Nationwide | EL(3P), MM(3P) | Dugan & Browne APLC; Kahn, Guathier Law Group PLLC |
| Archuleta v. Merck & Co., Inc. | D.N.M. | 05-388 | N/A | Tagalong Pending | New Mexico | EL | James Lyle Clyde DeMersseman |
| Ashman v. Merck & Co., Inc. | C.D. Cal. | 04-8225 | 2:05-cv-00437 | Transferred | Nationwide | PI, EL | Mousseau & Associates |
| Bates v. Merck & Co., Inc. | E.D. Mich. | 04-74513 | 2:05-cv-01025 | Transferred | Nationwide | MM | Charfoos & Christensen, P.C. |
| Bench v. Merck & Co., Inc. | E.D. Mo. | 04-1447 | 2:05-cv-00500 | Transferred | Nationwide | MM | Davis Bethune & Jones, LLC |

[1] PI = Personal Injury; MM = Medical Monitoring; EL= Economic Loss; (3P) = Third Party

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| *Benoit v. Merck & Co., Inc.* | N.D. Ill. | 05-118 | 2:05-cv-01000 | Transferred | Nationwide | EL | Barnow & Associates; Law Office of Kevin Rogers; William J. Harte, LTD; Law Office of Aron D. Robinson |
| *Besaw v. Merck & Co., Inc.* | D.N.J. | 04-5178 | 2:05-cv-00503 | Transferred | Nationwide | PI, EL | Lite DePalma Greenberg & Rivas, LLC; Silverman & Fodera; Levin, Fishbein, Sedran & Berman |
| *Bilbrey v. Merck & Co., Inc.* | S.D. Ill. | 04-836 | 2:05-cv-00456 | Transferred | Illinois | EL | Bilbrey & Hylla, P.C.; The Hendler Law Firm |
| *Biondillo v. Merck & Co., Inc.* | S.D. Ind. | 05-508 | N/A | Tagalong Pending | Nationwide | EL | Price Waicukausi Riley & DeBrota, LLC |
| *Cain v. Merck & Co., Inc.* | E.D.N.Y. | 01-3441 | 2:05-cv-0050 | Transferred | Nationwide | MM, EL | Boies, Schiller, Flexner, LLP |
| *Carr v. Merck & Co., Inc.* | E.D. Pa. | 04-4900 | 2:05-cv-00526 | Transferred | Pennsylvania | MM | Sacks & Weston |
| *Cathey v. Merck & Co., Inc.* | M.D. Tenn. | 04-125 | 2:05-cv-01126 | Transferred | Tennessee | MM, EL | Garrison Scott P.C.; Williamson & Williams; Keller Rohrback L.L.P. |
| *Cavalier Homes v. Merck & Co., Inc.* | D.N.J. | 04-6383 | 2:05-cv-01075 | Transferred | Nationwide | EL(3P) | Spector, Roseman & Kodorof, P.C. |
| *Cheeseman v. Merck & Co., Inc.* | D. Vt. | 04-261 | 2:05-cv-00565 | Transferred | Vermont | MM, EL | Johnson & Perkinson |
| *Christina v. Merck & Co., Inc.* | E.D. La. | 04-2726 | 2:04-cv-02726 | Transferred | Nationwide | MM, EL | Law Offices of Daniel E. Becnel, Jr. |
| *Commonwealth Care Alliance v. Merck & Co., Inc.* | E.D. Mass. | 05-10931 | N/A | Tagalong to be filed | Mass. | PI, MM, EL(3P) | Hagens Berman Sobol & Shapiro |

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Primary Relief Demands[1] | Class Scope | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| *Cooke v. Merck & Co., Inc.* | N.D. Fla. | 05-56 | N/A | CTO-6 | EL | Florida | Pittman & Perry, PA Law Office of John C. Davis; Ivey & Ragsdale |
| *Couch v. Merck & Co., Inc.* | Ohio Common Pleas | Not Yet Assigned | N/A | Tagalong to be filed | PI | Ohio | Robert W. Kerpsack Co., L.P.A. |
| *Crowell v. Merck & Co., Inc.* | M.D. La. | 05-197 | N/A | Tagalong Pending | PI, MM | Louisiana | McKay Law Firm |
| *Dalgo v. Merck & Co., Inc.* | N.D. W.V. | 05-48 | N/A | Tagalong Pending | EL | West Virginia | Peirce, Raimond and Coulter |
| *Deck v. Merck & Co., Inc.* | N.D. Ohio | 04-7729 | 2:05-cv-01097 | Transferred | PI, MM | Ohio | David W. Zoll |
| *Deckowitz v. Merck & Co., Inc.* | N.D. Ill. | 05-1911 | N/A | Tagalong Pending | MM, EL | Nationwide | David W. Zoll |
| *Declouette v. Merck & Co., Inc.* | E.D. La. | 05-915 | 2:05-cv-00915 | Filed Directly in MDL | MM, EL | Louisiana | Jim S. Hall & Associates, LLC |
| *Fairchild v. Merck & Co., Inc.* | E.D. Ky. | 04-420 | 2:05-cv-01012 | Transferred | EL | Kentucky | Wesley W. Duke, Esq.; Franklen K. Belhasen II |
| *Fontanilles v. Merck & Co., Inc.* | S.D. Fla. | 04-22799 | 2:05-cv-00447 | Transferred | EL | Florida | Harke & Clasby LLP; Barnow and Associates, P.C. |
| *Frankemuth Financial Services v. Merci & Co., Inc.* | E.D. Mich. | 05-71577 | N/A | Tagalong Pending | EL(3P) | Nationwide | Charfoos & Christensen, P.C.; Zimmerman Reed PLLP |
| *Gandia v. Merck & Co., Inc.* | E.D. La. | 05-596 | 2:05-cv-00596 | Filed Directly in MDL | MM, EL | Nationwide | Barker, Boudreaux, Lamy & Foley |

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| *Gerber v. Merck & Co., Inc.* | S.D. Fla. | 04-61429 | 2:05-cv-00444 | Transferred | Nationwide | PI, MM, EL | Rodham & Fine, P.A.; Coale Cooley Lietz, P.C. |
| *Grant v. Merck & Co., Inc.* | N.D. Ill. | 04-6407 | 2:05-cv-00451 | Transferred | Nationwide | PI, MM, EL | Kenneth B. Moll & Associates, LTD |
| *Gray v. Merck & Co., Inc.* | D. Conn. | 05-294 | 2:05-cv-01256 | Transferred | Conn. | PI, MM, EL | Stratton Faxon |
| *Green v. Merck & Co., Inc.* | W.D. Pa. | 05-008 | 2:05-cv-01114 | Transferred | Penn. | MM, EL | Frank A. Natale, II, Esquire |
| *Guinta v. Merck & Co., Inc.* | N.D. Cal. | 04-5061 | 2:05-cv-01246 | Transferred | California | PI | Futado, Jaspovice & Simons |
| *Hankins v. Merck & Co., Inc.* | E.D. Ark. | 04-1525 | 2:05-cv-00974 | Transferred | Nationwide | MM | Emerson Poynter LLP; Federman & Sherwood; Combs Law Firm, P.A. |
| *Hornik, J. v. Merck & Co., Inc.* | C.D. Cal. | 05-189 | N/A | CTO-6 | California | PI, MM, EL | Callahan, McCune & Willis |
| *Houston v.Merck & Co., Inc.* | D.D.C. | 04-2188 | N/A | Tagalong Pending | District of Columbia | MM, EL | Pels, Anderson & Lee, L.L.C. |
| *Hubbard v. Merck & Co., Inc.* | E.D. La. | 05-953 | 2:05-cv-00953 | Filed Directly in MDL | Nationwide | PI, MM, EL | Herman Herman Katz & Cotlar, LLP; Gauthier, Houghtaling, Williams & Sulzer; W. James Singleton; Gertler, Gertler & Vincent; L. Clayton Burgess; Gauthier & Amedee; Domengeaux, Wright, Roy & Edwards; Bencomo & Associates |
| *Hunter v. Merck & Co., Inc.* | D. Kan. | 04-2518 | 2:05-cv-00459 | Transferred | Nationwide | MM | Davis Bethune & Jones, LLC |

4

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| Ivory v. Merck & Co., Inc. | N.D. Ill. | 04-6762 | 2:05-cv-00453 | Transferred | Illinois | EL | Edelman, Combs, Latturner & Goodwin, L.L.C. |
| Kaiser, K. v. Merck & Co., Inc. | N.D. Ohio | 05-776 | N/A | Tagalong Pending | Ohio | EL | Sindyla, Anthony & Sindyla; Furnier & Thomas, LLP |
| Kennedy v. Merck & Co., Inc. | D.N.J. | 04-5575 | 2:05-cv-01074 | Transferred | Nationwide | PI | Cuneo, Waldman & Gilbert, L.L.P. |
| Kibodaux v. Merck & Co., Inc. | E.D. La. | 05-578 | 2:05-cv-00578 | Filed Directly in MDL | Nationwide | PI, MM, EL | St. Martin & Williams |
| Kinghorn v. Merck & Co., Inc. | D. Idaho | 5-162 | N/A | Tagalong Pending | Idaho | MM, EL | Greener Banducchi Shoemaker P.A. |
| Lane v Merck & Co., Inc. | M.D. Fla. | To Be Removed | N/A | N/A | Florida | MM | Viles & Beckman, P.A. |
| Lee, T. v. Merck & Co., Inc. | N.D. Okla. | 04-930 | N/A | CTO-1 | Nationwide | EL | Charles D. Watson, Jr., LLC; Locks Law Firm, PLLC; Cuneo Waldman Gilbert, LLP; Levin Fishbein Sedran & Berman |
| Lewis v. Merck & Co., Inc. | E.D. La. | 05-857 | 2:05-cv-00857 | Filed Directly in MDL | Nationwide | PI, MM, EL | Cleo Fields; Michael Guy; Michael Bell |
| Lough v. Merck & Co., Inc. | N.D.W.V. | 05-34 | N/A | CTO-6 | West Virginia | PI, MM, EL | Frankovich, Anetakis, Colantonio & Simon; The Masters Law Firm; The Segal Law Firm |
| Magnifico v. Merck & Co., Inc. | W.D. Pa. | 05-386 | N/A | Tagalong Pending | Penn. | EL | Peirce, Raimond & Coulter |

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| *McCrerey v. Merck & Co., Inc.* | S.D. Cal. | 04-2576 | 2:05-cv-01253 | Transferred | California | EL | Schwartz, Semerdjian, Haile, Ballard & Cauley, L.L.P. |
| *McNaughton v. Merck & Co., Inc.* | S.D.N.Y. | 04-8297 | 2:05-cv-00514 | Transferred | Nationwide | PI | Law Offices of Richard J Weiner, P.C. |
| *McNichols v. Merck & Co., Inc.* | D.S.C. | 04-23064 | 2:05-cv-01118 | Transferred | South Carolina | EL | Philip L. Fairbanks; Frederick M. Corley |
| *Midwestern Teamsters Health & Welfare Fund v. Merck & Co., Inc.* | D.N.J. | 05-81 | 2:05-cv-01076 | Transferred | Nationwide | EL(3P), MM(3P) | Cohn, Lifland, Perlman, Herrmann & Knopf, LLP; Lerach Coughlin Stoia Geller Rudman & Robbins, LLP; Bonnett, Fairbourn, Friedman & Balint, PC |
| *Minibauer v. Merck & Co., Inc.* | D.N.J. | 05-1491 | N/A | Tagalong Pending | International | PI, MM, EL | Nagel, Rice & Mazie LLP; Allan Kanner & Associates, P.L.L.C. |
| *Nevels v. Merck & Co., Inc.* | W.D. Mo. | 04-952 | 2:05-cv-00501 | Transferred | Nationwide | PI, MM | Humphrey, Farrington & McClain |
| *Oswald v. Merck & Co., Inc.* | N.D. Ill. | 04-6741 | 2:05-cv-00452 | Transferred | Illinois | MM, EL | Nisen & Elliot; Edward T Joyce & Associates, P.C.; Patrick J. Sherlock, Esq. |
| *Pace v. Merck & Co., Inc.* | D.N.M. | 04-1356 | 2:05-cv-01078 | Transferred | New Mexico | EL | Law Offices of James P. Lyle, P.C. |
| *Pagan v. Merck & Co., Inc.* | S.D.N.Y. | 04-8959 | 2:05-cv-00515 | Transferred | New York | PI, EL | Ballon, Stoll, Bader & Nadler P.C. |
| *Peltekian v. Merck & Co., Inc.* | S.D. Cal. | 04-2195 | 2:05-cv-01252 | Transferred | California | EL | Schwartz Semerdjian Haile Ballard & Cauley LLP; Blumenthal & Markham |
| *Perkins v. Merck & Co., Inc.* | E.D. Mo. | 04-1446 | 2:05-cv-00499 | Transferred | Missouri | EL | Meyerkord and Steward LLC |

6

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| *Purcell v. Merck & Co., Inc.* | S.D. Cal. | 04-2089 | N/A | CTO-5 | California | EL | Hurst & Hurst |
| *Quick v. Merck & Co., Inc.* | S.D.N.Y. | 04-8169 | 2:05-cv-00517 | Transferred | Nationwide | PI | Law Offices of Richard J. Weiner, P.C. |
| *Reese v. Merck & Co., Inc.* | S.D. Cal. | 05-482 | N/A | CTO-6 | California | PI, MM, EL | Frantz, Townsend & Foldenauer, LLP; Keegan Macaluso & Baker LLP |
| *Russell v. Merck & Co., Inc.* | M.D. La. | 04-712 | 2:05-cv-00463 | Transferred | Nationwide | MM, EL | Fayard and Honeycutt, APC |
| *Saia v. Merck & Co., Inc.* | D. Mass. | 04-12166 | 2:05-cv-00488 | Transferred | Nationwide | MM, EL | Law Offices of Stephen V. Saia; Johnson & Perkinson |
| *Sanchez v. Merck & Co., Inc.* | W.D. Ok. | 04-1688 | 2:05-cv-01100 | Transferred | Oklahoma | MM, EL | John P. Zelbst Law Firm; Federman & Sherwood; Strong, Martin & Associates, P.L.L.C. |
| *Schesnayder v. Merck & Co., Inc.* | E.D. La. | 05-1200 | 2:05-cv-01200 | Removed Directly to MDL | Louisiana | MM, EL | St. Martin & Williams |
| *Seitz v. Merck & Co., Inc.* | E.D. La. | 05-749 | 2:05-cv-00749 | Filed Directly in MDL | Nationwide | EL | Dugan & Browne, P.L.C. |
| *Sheet Metal Workers v. Merck & Co., Inc.* | S.D. Ind. | 05-349 | N/A | Tagalong Pending | Nationwide | EL(3P) | Price Waicukausi Riley & DeBrota, LLC |
| *Stallworth v. Merck & Co., Inc.* | E.D. La. | 05-860 | 2:05-cv-00860 | Removed Directly to MDL | Louisiana | PI, MM | Herman Herman Katz & Cotlar, LLP |
| *Strong v. Merck & Co., Inc.* | N.D. Cal. | 04-5062 | 2:05-cv-01247 | Transferred | Nationwide | EL | Korein Tillery |
| *Suffolk v. Merck & Co., Inc.* | E.D.N.Y. | 05-1582 | N/A | Tagalong Pending | Nationwide | EL(3P) | Barbara J. Hart Goodkind Labaton Rudoff & Sucharov LLP |

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|---|---|---|---|---|---|---|---|
| *Sumner v. Merck & Co., Inc.* | S.D. Ill. | 04-864 | N/A | CTO-1 | Nationwide | EL | The Mills Law Firm |
| *Taylor, Z. v. Merck & Co., Inc.* | E.D. La. | 2:05-cv-00613 | 2:05-cv-00613 | Filed Directly in MDL | Nationwide | MM | Federman & Sherwood; Strong, Martin & Associates, P.L.L.C. |
| *Taylor, T. v. Merck & Co., Inc.* | W.D. Ok. | 04-1623 | 2:05-cv-01099 | Transferred | Oklahoma | MM, EL | Federman & Sherwood; Strong Martin & Associates, P.L.L.C. |
| *Teamsters Local 237 Welfare Fund v. Merck & Co., Inc.* | S.D.N.Y. | 04-9248 | 2:05-cv-00516 | Transferred | Nationwide | EL(3P) | Goodkind Labaton Rudoff & Sucharow LLP; Chimicles & Tikellis LLP; Finkelstein, Thompson & Loughran |
| *Turner v. Merck & Co., Inc.* | M.D. Ala. | 04-999 | 2:05-cv-00428 | Transferred | Alabama | PI | Cobb, Shealy, Crum & Derrick, P.A.; Rufus R. Smith, Jr. & Associates |
| *UFCW Local 1776 v. Merck & Co., Inc.* | E.D. Pa. | 05-0020 | 2:05-cv-01111 | Transferred | Nationwide | EL(3P), PI(3P) | Miller Faucher & Cafferty LLP; Kenny Lennon & Egan; Jacobs, Burns, Orlove, Stanton & Hernandez |
| *Van Jelgerhuis v. Merck & Co., Inc.* | S.D. Ind. | 04-1651 | 2:05-cv-00458 | Transferred | Nationwide | PI, MM | Keller Rohrback L.L.P.; Williamson & Williams |
| *Wallace v. Merck & Co., Inc.* | E.D. La. | 05-835 | 2:05-cv-00835 | Filed Directly in MDL | Nationwide | MM, EL | Allan Kanner & Associates, P.L.L.C. |
| *Waitt v. Merck & Co., Inc.* | W.D. Wash. | 05-759 | N/A | Tagalong Pending | Nationwide | EL | Martens / Ragan, P.S. |
| *White, V. v. Merck & Co., Inc.* | W.D. La. | 04-2126 | 2:05-cv-00472 | Transferred | Nationwide | MM, EL | Cunard Law Firm |

| Case | Transferor Court | Original Case Number | MDL Case Number | Status | Class Scope | Primary Relief Demands[1] | Plaintiffs' Attorney |
|------|------------------|---------------------|-----------------|--------|-------------|--------------------------|----------------------|
| *Williams, D. v. Merck & Co., Inc.* | E.D. Ky. | 04-235 | 2:05-cv-00461 | Transferred | Nationwide | PI | Price Waicukauski & Mellowitz, P.C. |
| *Williams, M. v. Merck & Co., Inc.* | S.D. Ill. | 05-50 | 2:05-cv-01006 | Transferred | Illinois | EL | Favre Law Office; Hagens Berman LLP |
| *Wilson v. Merck & Co., Inc.* | E.D.N.C. | 05-52 | N/A | Tagalong Pending | North Carolina | EL | Lewis & Roberts |
| *Wright v. Merck & Co., Inc.* | D. Ariz. | 04-3037 | 2:05-cv-00980 | Transferred | Arizona | EL | Hagens Berman LLP |
| *Yohe v. Merck & Co., Inc.* | W.D. Wash. | 04-2340 | 2:05-cv-01174 | Transferred | Wash. | MM, EL | Eric D. Deters |
| *Young v. Merck & Co., Inc.* | D. Ariz. | 05-307 | N/A | CTO-1 | Arizona | MM, EL | Keller Rohrback, PLC |

Attachment B

State Court VIOXX Class Action Cases

### California

| Case | Case Number | Court | Class Scope | Primary Relief Sought[1] | Plaintiffs' Attorney | Contact Information for Judge |
|---|---|---|---|---|---|---|
| Anderson v. Merck & Co., Inc. | BC324384 | Superior Court of the State of California, County of Los Angeles | California | EL | Hagens Berman LLP; Spector, Roseman, & Kodroff, PC; The Carey Law Firm | Judge Emilie Elias 600 South Commonwealth Avenue Los Angeles, California 90005 (213) 351-8580 *Designated as of 5/3/05 |
| Bloom-Thomen v. Merck & Co., Inc. | BC322843 | Superior Court of the State of California, County of Los Angeles | California | MM, EL | Kabateck Brown Kellner LLP | Judge Emilie Elias 600 South Commonwealth Avenue Los Angeles, California 90005 (213) 351-8580 *Designated as of 5/3/05 |
| Musicant v. Merck & Co., Inc. | BC327328 | Sup. Ct., Los Angeles County | California | MM, EL | Yourman, Alexander & Parekh LLP; Kirtland & Packard LLP | Judge Emilie Elias 600 South Commonwealth Avenue Los Angeles, California 90005 (213) 351-8580 *Designated as of 5/3/05 |
| Pargar v. Merck & Co., Inc. | BC322401 | Sup. Ct., Los Angeles County | California | MM, EL | Ballon, Stoll, Bader & Nadler P.C. | Judge Emilie Elias 600 South Commonwealth Avenue Los Angeles, California 90005 (213) 351-8580 *Designated as of 5/3/05 |

[1] PI = Personal Injury; MM = Medical Monitoring; EL = Economic Loss; (3P) = Third Party

| Case | Number | Court | State | Type | Law Firm | Judge |
|---|---|---|---|---|---|---|
| *Platzek v. Merck & Co., Inc.* | BC325371 | Sup. Ct., Los Angeles County | California | MM, EL | Law Offices of Shawn Khorrami | Judge Emilie Elias<br>600 South Commonwealth Avenue<br>Los Angeles, California 90005<br>(213) 351-8580<br>*Designated as of 5/3/05 |
| **Illinois** | | | | | | |
| *Amisch v. Merck & Co., Inc.* | 04-L-1101 | Circuit Court 3rd Judicial Circuit, Madison County, IL | Illinois | EL | Bruno & Bruno, LLC | Judge George Moran<br>155 N. Main Street<br>Edwardsville, IL 62025<br>618-692-6290 |
| *Caruso v. Merck & Co., Inc.* | 04L1089 | Cir. Ct., Madison Co. | Illinois | MM, EL | Marker Armstrong LLP; Davis Bethune & Jones, LLC | Judge Nicolas Byron<br>155 N. Main Street<br>Edwardsville, IL 62025<br>618-692-6290 |
| *Gori v. Merck & Co., Inc.* | 04L1254 | Cir. Ct., Madison Co. | Illinois and Indiana | EL | Byron Gerber Petri & Kalb LLC; The Mason Law Firm, P.C. | Judge George Moran<br>155 N. Main Street<br>Edwardsville, IL 62025<br>618-692-6290 |
| *Rensing v. Merck & Co., Inc.* | 04-L-558 | Cir. Ct., St. Clair Co. | Illinois | EL | Brown & Crouppen, P.C. | (Judge being reassigned per Merck Substitution of Judge filed 4/8/05)<br>10 Public Square<br>Belleville, IL 62220<br>(618) 277-6600 x-2317 |
| **Indiana** | | | | | | |

2

| Case | Number | Court | State | | Firm | Judge / Address |
|---|---|---|---|---|---|---|
| *Kantner v. Merck & Co., Inc.* | 04-5259 | Sup. Ct., Marion Co. | Indiana | EL | Bingham McHale, LLP | Honorable S.K. Reid<br>Marion Superior Court, Civil Div. 13<br>T1442 City-County Building,<br>200 E. Washington Street<br>Indianapolis, IN 46204<br>(317) 327-4166 |
| **Kansas** | | | | | | |
| *Porter v. Merck & Co., Inc.* | 04-CV-586 | Dist. Ct., Douglas Co | Kansas | EL | Stueve Siegel Hanson Woody LLP | Judge Robert Fairchild<br>Douglas County District Court,<br>Division 1<br>Judicial Building<br>111 E. 11th St.<br>Lawrence, KS 66044<br>(785) 832-5817 |
| **Kentucky** | | | | | | |
| *Ratliff v. Merck & Co., Inc.* | 04-CI-01493 | Cir. Ct., Pike Co. | Kentucky | MM, EL | Getty & Mayo, PLLC | Judge Steven D. Combs<br>Hall of Justice Building<br>172 Division Street<br>Pikeville, KY 41501<br>(606) 433-7551 |
| **Michigan** | | | | | | |
| *Duronio v. Merck & Co., Inc.* | 04-434718 CP | Cir. Ct. Wayne Co. | Wayne County, Michigan | EL | Weiner & Cox, PLC | Judge Wendy Baxter<br>711 Coleman A. Young<br>Municipal Center<br>2 Woodward Ave.<br>Detroit, MI 48226<br>(313) 224-2427 |
| **Missouri** | | | | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| *Richardson v. Merck & Co., Inc.* | 04CV235817 | Cir. Ct., Jackson Co. | Missouri | EL | Sueve Siegal Hanson Woody LLP | Judge Stephen W. Nixon Circuit Court of Jackson County, Division 5 308 W. Kansas Independence, MO 64050 (816) 881-4405 |
| **New Jersey** | | | | | | |
| *Engineers v. Merck & Co., Inc.* | ATL-L-3015 | Sup. Ct., Atlantic Co. Div. | Nationwide | EL(3P) | Seeger, Weiss LLP | Honorable Carol E. Higbee Atlantic County Superior Court Civil Courthouse, Chambers 1201 Bacharach Boulevard Atlantic City, NJ 08401 (609)343-2190 |
| *GCIU v. Merck & Co., Inc.* | L-6565-04 | Sup. Ct., Hudson Co. | Nationwide | EL(3P) | Reitman Parsonett; Zwerling, Schacter, & Zwerling, LLP; Goodkind, Labaton, Rudoff & Sucharow LLP; Richard M. Greenspan, PC; Wallace, Jordan, Ratliff & Brandt, LLC; Finklestein, Thompson & Loughran; Chimicles & Tikellis, LLP | Honorable Carol E. Higbee Atlantic County Superior Court Civil Courthouse, Chambers 1201 Bacharach Boulevard Atlantic City, NJ 08401 (609)343-2190 |

4

| Case | Docket | Court | Scope | Code | Firms | Judge |
|---|---|---|---|---|---|---|
| *Kleinman v. Merck & Co., Inc.* | ATL-L-7894-04-MT | Superior Court, Camden Co. | Nationwide | EL | Spector, Roseman & Kodoroff, P.C.; Hagens Berman, L.L.P. | Honorable Carol E. Higbee Atlantic County Superior Court Civil Courthouse, Chambers 1201 Bacharach Boulevard Atlantic City, NJ 08401 (609)343-2190 |
| *Martin v. Merck & Co., Inc.* | ATL-L-24-15 | Sup. Ct., Camden County | Nationwide | EL | Spector, Roseman & Kodoroff, P.C.; Hagens Berman, L.L.P.; Law Offices of Christopher M. Cosley | Honorable Carol E. Higbee Atlantic County Superior Court Civil Courthouse, Chambers 1201 Bacharach Boulevard Atlantic City, NJ 08401 (609)343-2190 |
| *Sinclair v. Merck & Co., Inc.* | MT-3771 | Sup. Ct., Atlantic Co. Div. | Nationwide | MM, EL | Williams Cuker Berezofsky; Leiff, Cabraser, Heimann & Bernstein, LLP; Cohen, Milstein, Hausfeld & Toll, P.L.L.C. | Honorable Carol E. Higbee Atlantic County Superior Court Civil Courthouse, Chambers 1201 Bacharach Boulevard Atlantic City, NJ 08401 (609)343-2190 |