IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA DIVISION

JOHN P. EBERHARDT
  Plaintiff

V.                              05 mdl 1657

MERCK + CO. INC.
  Defendant

Case No. 05-545 L(3)
Texas Case No. H-03-1380

FILED MAY 0 5 2005
LORETTA G. WHYTE
Clerk

## Plaintiff's Memorandum in support of Plaintiffs' Motion to appoint Counsel

Plaintiff, ("Eberhardt"), comes now to humbly request the Honorable Court to:

### I

Take into consideration the fact that Eberhardt has had no communications from the Court or Plaintiff Liaison Counsel in a month, eventhough Plaintiff knows by a motion sent in by another Lawfirm, which a copy was sent to Eberhardt, The plaintiffs steering Committee has already been selected, but no notice or results have been sent to Eberhardt.

### II

As stated in Eberhardts Motion to appoint Counsel, ("MTAC"), Eberhardt is restricted by his incarceration, and therefor cannot conduct investigation, or even glean information from the Computer.

1/3     05-545 L(3)

III

As you can see from the copies of Eberhardt's Communication with others attorney's, Eberhardt himself has not given in to complacency, but is diligently pursueing this cause.

IV

Eberhardt would like to reiterate that as in his "MTAC", all pertinent law, cases and opinions on this subject, state the only fair adversary system of litigation demands a Counsel be appointed to ensure a fair trial.

Prayer

Where as, all premises considered, Eberhardt prays that the Honoorable Court will see the meritt to Eberhardt's cause, and diligently seek Counsel to appoint to Eberhardt.

Respectively Submitted

John P. Eberhardt

Certification

Eberhardt states under penalty of perjury that all stated above is true & correct to the best of his ability & knowledge.

John P. Eberhardt

2/3   05-545 L (3)

## Certificate of Service

I, John P. Eberhardt, do hereby certify under penalty of perjury, that a true and correct copy of the document was sent by regular mail to the United States District Court, Eastern District of Louisiana, and to Baker, Botts LLP, Merck & Co. Inc's. Attorney's in Houston Texas. It was put in the Prison Legal mail on 5-2-05

*John P. Eberhardt*

3/3  05-545 L (3)

John P. Eberhardt
#1083045  Loc: 11-32
Ramsey-1 Unit
1100 F.M. 655
Rosharon, TX. 77583

May 1st, 2005

RE: Vioxx Product Liability;

Dear Mr. Herman,

    My name is John Eberhardt. I am a incarserated, pro se, indegent, Prisoner. You can find me on all the older Plaintiffs service list, but I'm not sure if I'm on the newer attorney's list, which I should be, since as far as I know I'm still pro se. My District Court, original Case No. is, 4:03-1380, My new Eastern District of Louisiana Case No. is, 05-545 L (3). I have received no communication from you or anyone else since about 3-24-05. Not only am I concerned I'm being left out of the, "Plaintiff's Loop", I also in fear of being dismissed for want of prosecution. I sent your firm a completed, "In Re Vioxx Products Liability Litigation, MDL 1657 Counsel Contact Information Form. I am sending another one along with this Correspondant. Could you please bring me up to date on the Plaintiff's action, and what discovery has been handed over.

    Thank You for your attention to this matter.

                      Sincerely,
                      John P. Eberhardt

CC: U.S. District Court
     Eastern Louisiana District,
     File

IN Re Vioxx Products Liability Litigation
MDL 1657                Section: L           Judge ELDON FALLON

MDL 1657 Counsel Contact Information Form

Please print or type below.

[X] Plaintiff ATTORNEY INFORMATION
         Counsel

Last name: Eberhardt     First name: John     Middle: Phillip     Suffix: Pro, se.

Bar Number: NONE         E-mail address: NONE

Party Representing: John P. Eberhardt

Direct Dial No.: (281) 595-3491 — Ramsey-1 Unit, TDCJ-ID

Firm Name: John P. Eberhardt Pro, Se. #1083045  Loc: 11-32 Ramsey-1 Unit

Address: 1100 F.M. 655

City: Rosharon,    State: Texas.    Zip: 77583

Phone: (281) 595-3491

→ I must have documents sent to me by conventional mail.

Choose one option below:
- [ ] I elect to have Liaison Counsel transmit documents to me via e-mail and consent to notify Liaison Counsel of any changes in the above information

Signed: [signature]

Date: 5-1-05

May 2-05

Dear Mr. Herman,

As you now know I'm a Plaintiff in the Vioxx Litigation, "pro se". I'm looking for an attorney to handle my case. Let me give you a brief history of my situation.

On April 5th 2000 I was prescribed Vioxx for my back + neck pain by Dr. Alshriti. (I have photo copies of my Vioxx prescriptions from the Pharmacy records). On August 11th 2000 I was sent to Ben Taub Hospital in Houston. (I have all my records). (address; 1504 Taub loop, Houston Texas. 77030-1608. phone number, (713) 793-2170), (where I was living and working at the time), for renal failure. On August 16th 2000 I was rushed to Ben Taub for severe Congestive Heart Failure, (CHF).

I was still only 41 years old. I stayed in the intensive care ward for seven days. I've not been able to do any physical work since then. I was still prescribed Vioxx again when I was dismissed from Ben Taub. I was taken back to the Hospital a few times in the next couple of months, while I was taking Vioxx, with bad chest pain. Once I stopped taking Vioxx I didn't need to go to Ben Taub for heart problems again, except for follow ups.

I was incarserated on April 10th 2001, and I'll have my whole five year sentence completed on April 10th 2006. At that time I'll most likely move back to New Orleans, since I'm from there, (Gentilly Terrace).

I filed my case on April 24th 2003, pro se. I was dismissed sua sponte for being time barred. I appealed and won on the Texas Discovery Rule, and was remanded back to the U.S. District Court, in the Southern District of Texas, Houston Division, Judge Lynn Hughes Court, case number H-03-1380, In the Eastern District of Louisiana the case number is 2:05-00545.

CHF is the only heart problem mentioned in Vioxx's original information insert, "which is what Vioxx came with when it was prescribed to me". It states, in exhibit A of the Exhibits to Merck + Co. Inc's, Memorandum in support of it's Motion for Coordinated pre-trial Proceedings Pursuant to, 28 U.S.C. § 1407., that Merck's attorney's sent to all the Plaintiff's listed on the service list at that time, on page 3, paragraph 7, "Fluid retention and edema have been observed in some patients taking Vioxx. (see adverse reactions). Vioxx should be used with caution, and should be introduced at the lowest recomended dose in patients with Fluid retention, hypertension or heart failure".

I never had fluid retention, hypertension, edema or heart failure until I took Vioxx, (which was prescribed to me at 25mg, once a day, its lowest doseage.). I now suffer from all of the above medical conditions.

I have photo copies of my medical records, including Pharmacy records, and my prescriptions that were filled at the clinic and hospital.

If you are interested in taking my case, write me and I'll send you my records.

Thank You for Your attention,

Sincerely,

John P. Eberhardt

CC: U.S. District Court for the
Eastern District of Louisiana;
    File.