FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 26 PM 3:50
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS IABILITY LITIGATION | Docket No.: MDL 1657 |
| This filing applies to: | MDL Case No: 05-1035 L (3) |
| MARY SMITH, BETTY SCHENE, CARL ALBERS, MAX LOFLIN, JERRY SETSER, JOANNA YOUNGE, and JOHN YOCUM, | |
| Plaintiffs, | |
| vs. | Originally filed in the United States District Court for the Eastern District of Missouri, Case No. 4:05-CV-110-ERW |
| MERCK & CO., INC., AMY SEPKO, SHERRY ALBERTS, ESI MAIL PHARMACY SERVICE, INC. d/b/a EXPRESS SCRIPTS, and JOHN and/or JANE DOES 1-100, | |
| Defendants. | **JURY TRIAL DEMANDED** |

### DEFENDANT ESI MAIL PHARMACY SERVICE, INC.'S AMENDED MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS

Defendant ESI Mail Pharmacy Service, Inc.("ESI"), by and through its undersigned counsel, hereby moves this Court for leave to file a Reply to Plaintiffs' Opposition to ESI's Motion to Dismiss for Failure to File Affidavits of Merit and, in support of this motion, states as follows:

1. ESI moved to dismiss Plaintiffs' Complaint on Monday, April 4, 2005.

2. On March 28, 2005 this case was transferred to this Court for adjudication under MDL 1657.

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____

2037063.01

1

3. On Thursday, April 7, 2005, Plaintiffs submitted with this Court their opposition to ESI's Motion to Dismiss.

4. ESI seeks leave to submit a Reply to Plaintiffs' Opposition, which would have been due, pursuant to the Local Rules for the United States District Court of the Eastern District of Missouri, on April 17, 2005.

5. No date for hearing has been set on ESI's Motion to Dismiss.

6. Due to the complexity of the issues involved, the numerous claims, and the numerous cases filed against Defendant, ESI requests leave to file a brief Reply to Plaintiffs' Opposition. ESI's Reply Brief is attached hereto as Exhibit A.

7. Counsel for ESI has discussed the matter with Plaintiffs' counsel, who has no objection to the requested extension of April 27, 2005.

8. A copy of this motion has been filed in both the United States District Court for the Eastern District of Missouri and the United States District Court for the Eastern District of Louisiana.

9. A proposed Order is attached hereto as Exhibit B.

WHEREFORE, Defendant ESI Mail Pharmacy Services, Inc. respectfully requests this Court grant it leave Reply to Plaintiffs' Opposition to Defendant ESI's Motion to Dismiss.

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: _____
Catherine Hensler-Dickenson, #118919
Timothy F. McCurdy, #118685
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505

**Attorneys for Defendant**
**ESI Mail Pharmacy Service, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of April, 2005 the foregoing was filed electronically with the Clerk of Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system and via U.S. Mail upon the following:

John G. Simon, Esq.
Todd S. Hageman, Esq.
Erich Vieth, Esq.
Simon, Lowe & Passanante, P.C.
701 Market Street, Suite 1150
St. Louis, MO 63101

James G. Onder, Esq.
James D. O'Leary, Esq.
Onder, Shelton, O'Leary & Peterson, LLC
1015 Locust Street, Suite 720
St. Louis, MO 63101

Robert T. Ebert, Jr., Esq.
Stephen G. Strauss, Esq.
Randy J. Soriano
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

Norman C. Kleinberg, Esq.
Theodore V. H. Mayer, Esq.
Charles Avrith, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004