FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -6  PM 12: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | Docket No.: MDL 1657 |
| This filing applies to: | MDL Case No: 05-1035 L (3) |
| MARY SMITH, BETTY SCHENE, CARL ALBERS, MAX LOFLIN, JERRY SETSER, JOANNA YOUNGE, and JOHN YOCUM, | |
| Plaintiffs, | |
| vs. | Originally filed in the United States District Court for the Eastern District of Missouri, Case No. 4:05-CV-110-ERW |
| MERCK & CO., INC., AMY SEPKO, SHERRY ALBERTS, ESI MAIL PHARMACY SERVICE, INC. d/b/a EXPRESS SCRIPTS, and JOHN and/or JANE DOES 1-100, | |
| Defendants. | **JURY TRIAL DEMANDED** |

## ORDER

Defendant, Express Scripts, Inc.'s Motion For Leave to File a Reply to Plaintiffs' Response to Motion to Dismiss is hereby GRANTED.

_____
Judge

May 4, 2005

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____

EXHIBIT
B

2035439.01                                    1