FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -4  AM 8: 49

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| This Document Relates To: 2:05-CV-01034-EEF-DEK | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Stephen H. Rovak and Deborah C. Druley of the law firm of Sonnenschein Nath & Rosenthal LLP and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Rovak's and Ms. Druley's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Medicine Shoppe International, Inc. in *George Bailey et al. v. Merck & Co., Inc. et al.*, No. 2:05-CV-01034-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

    1.    Medicine Shoppe International, Inc. has informed Stephen H. Rovak and Deborah C. Druley that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

2. David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3. Medicine Shoppe International, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Stephen H. Rovak and Deborah C. Druley of the law firm of Sonnenschein Nath & Rosenthal LLP and David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Rovak and Ms. Druley to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Medicine Shoppe International, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Stephen H. Rovak, E.D. Mo. #4218
Deborah C. Druley, E.D. Mo. #122923
One Metropolitan Square, Suite 3000
St. Louis, MO 63102
314-241-1800 Telephone
314-259-5959 Facsimile

Attorneys for Defendant Medicine Shoppe International, Inc.

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on May 2, 2005, I served a copy of the foregoing via United States mail, postage prepaid and properly addressed to:

James G. Onder
Onder, Shelton, O'Leary & Peterson, L.L.C.
1015 Locust Street, Suite 720
St. Louis, Missouri 63101

Todd S. Hageman
Simon, Lowe & Passanante, PC
701 Market Street, Suite 1150
St. Louis, Missouri 63101

Robert T. Ebert, Jr.
Stephen G. Strauss
Randy J. Soriano
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102-2750

David A. Dick
B. Matthew Struble
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101

Russ M. Herman (Plaintiffs' Liason Counsel)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip A. Wittmann (Defendants' Liason Counsel)
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130

23170906