UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY -6 PM 12:44
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1657<br><br>SECTION: L |
| This Document Relates To: 2:05-CV-01034-EEF-DEK | * * | Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

The Court GRANTS the Joint Motion to Withdraw and Subtitute as Counsel for Medicine Shoppe International, Inc. and hereby ORDERS that:

Stephen H. Rovak and Deborah C. Druley of Sonnenschein Nath & Rosenthal LLP are withdrawn as counsel of record, and David A. Dick and B. Matthew Struble of Thompson Coburn are now counsel of record for Medicine Shoppe International, Inc. in *George Bailey et al. v. Merck & Co., Inc. et al.*, No. 2:05-CV-01034-EEF-DEK, which is part of MDL 1657.

[signature]

DATE: May 4, 2005

___ Fee____
___ Process____
_X_ Dktd____
_/_ CtRmDep____
___ Doc. No____