UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -6  PM 12: 39

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*John Eberhardt v. Merck & Co., Inc.*, CA No. 05-545 L(3)
*Reginald Fears v. Merck & Co., Inc.*, CA No. 05-549 L(3)

### ORDER

In previous Orders, the Court forwarded to Plaintiffs' Liaison Counsel motions filed in the above captioned matters by pro se inmates. Specifically, the Court forwarded to Plaintiffs' Liaison Counsel a motion for appointment of counsel filed by John Eberhardt, a motion for appointment of counsel filed by Reginald Fears, and a motion requesting service of process filed by Reginald Fears. The Court directed Plaintiffs' Liaison Counsel to take appropriate action with regard to said motions. IT IS ORDERED that Plaintiffs' Liaison Counsel shall file a response regarding the status of said motions by Monday, June 6, 2005.

New Orleans, Louisiana, this 4th day of May, 2005.

UNITED STATES DISTRICT JUDGE

Fee____
Process____
X  /ktd____
/ CtRmDep____
Doc. No____