COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 18  PM 4: 39

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| SHEILA COLLINS STALLWORTH, | * | CIVIL ACTION NO. 05-0860 |
| INDIVIDUALLY AND ON BEHALF | * | |
| OF HER DECEASED HUSBAND, | * | MDL 05-1657 |
| WILLIAM ANTHONY STALLWORTH, | * | |
| AND JANE VADEN | * | |
| | * | |
| VERSUS | * | JUDGE SECTION "L" |
| | * | |
| MERCK & CO., INC., ALLEN DICKSON, | * | MAGISTRATE "3" |
| INC., MORRIS & DICKSON CO., LLC, | * | |
| LOUISIANA WHOLESALE DRUG CO., INC., | * | |
| LANA R. WEEKLEY, KAREN A. BROWN | * | |
| and GARRETT CHIFICI | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO EXCEED PAGE LIMIT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who move this Court for an Order permitting it to file the attached Motion and Incorporated Memorandum which exceeds the limitation of 25 pages and respectfully represents as follows:

1.     Defendant Merck & Co., Inc., removed the above matter from Civil District Court in Orleans Parish, Louisiana.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

2.      Plaintiffs' Petition named seven defendants, five of whom are Louisiana resident companies or Louisiana domiciliaries.

3.      Plaintiffs' Petition contains 200 paragraphs of allegations in over 40 pages comprising 14 counts.

4.      In order to properly address Merck's Notice of Removal, Plaintiffs needed to incorporate the lengthy factual allegations against the five state defendants and argue state law for each of the counts.

5.      As a result, Plaintiffs' Motion to Remand exceeds the 25 page limit.

6.      Plaintiffs maintain that the length of their motion is necessary to properly address the extensive factual allegations in the context of each of the state claims under Louisiana law.

Accordingly, Plaintiffs move this Court for an Order permitting them to file the attached Motion to Remand which exceeds 25 pages.

Respectfully submitted,

RUSS M. HERMAN, La. Bar No. 6819
LEONARD A. DAVIS, La. Bar No. 14190
STEPHEN J. HERMAN, La. Bar No. 23129
SOREN E. GISLESON, La. Bar No. 26302
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024

2

And

**BOB F. WRIGHT**, La. Bar No. 13691
**JAMES P. ROY**, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, LA  70502
Telephone: (337)233-3033
Telefax: (337)232-8213

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served on all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid, properly addressed, this 18 day of April, 2005.

SOREN E. GISLESON