FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -6  PM 12: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEILA COLLINS STALLWORTH, | * | CIVIL ACTION NO. 05-0860 |
| INDIVIDUALLY AND ON BEHALF | * | |
| OF HER DECEASED HUSBAND, | * | MDL- 05-1657 |
| WILLIAM ANTHONY STALLWORTH, | * | |
| AND JANE VADEN | * | |
| | * | |
| VERSUS | * | JUDGE SECTION "L" |
| | * | |
| MERCK & CO., INC., ALLEN DICKSON, | * | MAGISTRATE "3" |
| INC., MORRIS & DICKSON CO., LLC, | * | |
| LOUISIANA WHOLESALE DRUG CO., INC., | * | |
| LANA R. WEEKLEY, KAREN A. BROWN | * | |
| and GARRETT CHIFICI | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing Motion for Leave to exceed the Page Limit,

**IT IS ORDERED** that the Motion is GRANTED and the Clerk's Office is directed to

accept for filing the attached Motion and Incorporated Memorandum to Remand.

Done this _____ 4th _____ Day of __ May __ , 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

____ Fee_____
____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
____ Doc. No._____

1