COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 18 PM 4:40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA COLLINS STALLWORTH,** | * | CIVIL ACTION NO. 05-0860 |
| **INDIVIDUALLY AND ON BEHALF** | * | |
| **OF HER DECEASED HUSBAND,** | * | MDL - 05-1657 |
| **WILLIAM ANTHONY STALLWORTH,** | * | |
| **AND JANE VADEN** | * | |
| | * | |
| **VERSUS** | * | JUDGE SECTION "L" |
| | * | |
| **MERCK & CO., INC., ALLEN DICKSON,** | * | MAGISTRATE "3" |
| **INC., MORRIS & DICKSON CO., LLC,** | * | |
| **LOUISIANA WHOLESALE DRUG CO., INC.,** | * | |
| **LANA R. WEEKLEY, KAREN A. BROWN** | * | |
| **and GARRETT CHIFICI** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

In accordance with Uniform Local Rule 78.1E, Plaintiffs request oral argument with respect to their <u>Motion to Remand</u>.

Respectfully submitted,

**RUSS M. HERMAN**, La. Bar No. 6819
**LEONARD A. DAVIS**, La. Bar No. 14190
**STEPHEN J. HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar. No. 26302

1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

**HERMAN HERMAN KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024

And

**BOB F. WRIGHT**, La. Bar No. 13691
**JAMES P. ROY**, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, LA 70502
Telephone: (337) 233-3033
Fax: (337) 232-8213

CERTIFICATE OF SERVICE

I do hereby certify that I have on this _18th_ day of _April_, 20_05_, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail properly addressed, and first class postage prepaid

_/s/ Susan L. Swilley_