# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Paulette Jackson, et al

MDL 05-1657

v.                                      CASE NUMBER: C. A. 05-987 L (3)

Merck & Co. Inc.

_____/

## MOTION FOR EXTENSION OF TIME TO SERVE

Plaintiff, **PAULETTE JACKSON**, as Personal Representative of the Estate of RUTH JACKSON, deceased, by and through her undersigned counsel respectfully moves for an extension of time, pursuant to Rule 6(b) Fla. R. Civ. P., and requests a thirty (30) day extension of time to serve her complaint in the above styled matter, up through and including Monday, May 28, 2005, and as grounds therefore would state as follows:

1. On March 31, 2005, this Court requested the transfer of Plaintiff's case from the Northern District of Florida.

2. Plaintiff's case was transferred from the Northern District of Florida on April 15, 2005 and is now pending before this court.

3. Once the case was transferred, Plaintiff filed her summons and a copy her Complaint with this Court which was entered on April 27, 2005.

4. The Defendant will not be prejudiced by the Court's granting of this extension and the court, the defendant nor any potential witnesses will be inconvenienced by the granting of this motion.

5. Thus, Plaintiff hereby request an extension of thirty days to serve her Complaint on the Defendant.

Wherefore, Plaintiff, **PAULETTE JACKSON**, as Personal Representative for the Estate of RUTH JACKSON, hereby moves this Honorable Court to grant her motion for extension of time to serve her complaint.

Dated this 25 day of April, 2005.

*/s/ Daryl D. Parks/*
Daryl D. Parks, Esq.
FL Bar No.: 0054097
Attorney for Plaintiff Paulette Jackson
Parks & Crump, LLC
240 North Magnolia Drive
Tallahassee, FL 32301