FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -6 PM 12: 44

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Paulette Jackson, et al

v.

Merck & Co. Inc.

MDL 05-1657

CASE NUMBER: C. A. 05-987 L (3)

### ORDER GRANTING MOTION FOR EXTENTION OF TIME TO SERVE

This matter came before the Court on Plaintiff's Motion for Extension of Time to Serve, and the Court having considered the motion, having reviewed the file, and being fully advised on the premises, it is therefore

ORDERED as follows:

1. Plaintiff's Motion for Extension of Time to Serve is GRANTED.

2. Plaintiff has an additional thirty (30) days to serve the Defendant.

DONE AND ORDERED in Chambers in New Orleans, Louisiana, this 4th day of May, 2005.

Honorable Eldon E. Fallon
District Court Judge

Copies furnished to:

Daryl D. Parks, Esq.

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No____