UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------x
IN RE: VIOXX PRODUCTS LIABILITY : MDL NO. 1657 SECTION "L"
LITIGATION :
: TAG ALONG ACTION
: TXN305:87-K
-------------------------------------------------------x   Ref: 05-1148

PERTAINS TO:

BRUCE DANIELSON,

      Plaintiff,

v.

MERCK & CO., INC and ALBERTSON'S, INC.
A/K/A ALBERTSON'S PHARMACY,

      Defendants.

## ENTRY OF APPEARANCE

      AND NOW COMES, Stephen F. Dryden, Esquire who does enter his appearance on behalf of defendant Albertson's, Inc., a/k/a Albertson's, Pharmacy, solely. Answering defendant reserves all rights to affirmatively plead any and all defenses available including but not limited to service of process and statute of limitations defenses.

                        ROBINSON GRAYSON & DRYDEN

                        STEPHEN F. DRYDEN, ESQUIRE, #2157
                        910 Foulk Road, Suite 200
                        Wilmington, DE 19803
                        302-655-6262
                        FAX: 302-655-1102
                        Email: sdryden@robgraylaw.com
                        Attorney for Defendant Albertson's, Inc.

Date: 5-2-05

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail for distribution to all counsel of record.

Russ M. Herman  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave., Suite 100  
New Orleans, LA 70113  
Email: rherman@hhke.com  
Liaison Counsel for Plaintiffs

Phillip A. Wittman  
Stone Pigman Walther Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  
Email: pwittmann@stonepigman.com  
Liaison Counsel for Defendants

ROBINSON GRAYSON & DRYDEN

STEPHEN F. DRYDEN, ESQUIRE  
Attorney I. D. No. 2157  
910 Foulk Road, Suite 200  
Wilmington, DE 19803  
(302) 655-6262

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed, first class mail, postage pre-paid upon the following counsel of record:

W.D. Masterson
Kilgore & Kilgore
3109 Carlisle
Dallas, Texas
Counsel for Plaintiff

W. Zachary Hughes
Baker Botts, LLP
910 Louisiana Street (#3000)
Houston, TX 77002
Counsel for Defendant Merck & Co., Inc.

_____
STEPHEN F. DRYDEN, ESQUIRE