UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| GEORGE BAILEY, VIRGIL ASHLEY, JEANNE MONTGOMERY, EDWARD BUSSMAN, MYRNA HARTZELL, CAROL MATUSTIK, EDWARD PATEK, PAMELA SCHMIDT, MANDI SIMPSON-COATS, THERESA TEEGARDEN, LARRY WHITTER, MURILLA HUSKEY, GWENDOLYN SOURLES, BRENDA MAYCOCK, JOHN THROGMORTON, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., AMY SEPKO, SHERRY ALBERTS, THE MEDICINE SHOPPE INTERNATIONAL, INC, JOHN AND/OR JANE DOES 1-100, <br><br> Defendants. | MDL 1657 <br><br> No. 2:05-cv-01034EEF-DEK <br><br> **JURY TRIAL DEMANDED** |

## MEDICINE SHOPPE INTERNATIONAL, INC.'S
## REQUEST FOR EXTENSION OF TIME

COMES NOW Defendant Medicine Shoppe International, Inc. ("MSI"), and moves the Court to enter an order allowing it until April 22, 2005 to file a responsive pleading to Plaintiff's Complaint. In support of this motion, Defendant states as follows:

1. Defendant Medicine Shoppe International, Inc. states that it previously filed its motion for extension of time when this action was pending in the United States District Court, Eastern District of Missouri. Said motion was not ruled on prior to transfer to this court.

2. Undersigned counsel has been retained very recently as counsel for Defendant in this case and in other cases.



3114240

3. Because this case involves many plaintiffs and defendants and the litigation is at its very early stages, no party would be prejudiced by the requested extension of time.

WHEREFORE, Defendant The Medicine Shoppe International, Inc. respectfully requests that the Court allow it additional time, until April 22, 2005, to file a responsive pleading to Plaintiff's Complaint, and that its Motion to Dismiss, filed contemporaneously herewith, be deemed timely filed, and for such other relief as is just.

Respectfully submitted,

THOMPSON COBURN

By _____
David A. Dick, #65275
B. Matthew Struble, #498813
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

Attorneys for The Medicine Shoppe International, Inc.

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed, first class postage prepaid, this 21st day of April, 2005, upon all counsel of record:

James G. Onder
Onder and Shelton, L.L.C.
1015 Locust Street, Suite 720
St. Louis, MO 63101
ATTORNEY FOR PLAINTIFFS

Todd S. Hageman
Simon, Lowe & Passanante, PC
701 Market Street, Suite 1150
St. Louis, MO 63101
ATTORNEY FOR PLAINTIFFS

Robert T. Ebert, Jr.
Stephen G. Strauss
Randy J. Soriano
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
ATTORNEYS FOR DEFENDANTS
MERCK & CO., INC., AMY SEPKO
AND SHERRY ALBERTS