UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -9 PM 12: 12

LORETTA G. WHYTE
CLERK

GEORGE BAILEY, VIRGIL ASHLEY, )
JEANNE MONTGOMERY, EDWARD )
BUSSMAN, MYRNA HARTZELL, CAROL )
MATUSTIK, EDWARD PATEK, PAMELA )
SCHMIDT, MANDI SIMPSON-COATS, )
THERESA TEEGARDEN, LARRY WHITTER, )
MURILLA HUSKEY, GWENDOLYN )
SOURLES, BRENDA MAYCOCK, JOHN )
THROGMORTON, )
)
Plaintiffs, )
)
v. )      No. 2:05-cv-01034EEF-DEK
)
MERCK & CO., INC., AMY SEPKO, )
SHERRY ALBERTS, THE MEDICINE )
SHOPPE INTERNATIONAL, INC, JOHN )
AND/OR JANE DOES 1-100, )
)
Defendants. )

MDL 1657

## ORDER

CAUSE COMES on Defendant Medicine Shoppe International, Inc.'s Request for Extension of Time. The Court, being duly informed, hereby rules that Defendant's Motion is hereby GRANTED.

Defendant is allowed until April 22, 2005, to file a responsive pleading to Plaintiffs' Complaint, and its Motion to Dismiss, filed April 22, 2005, is therefore deemed timely filed. SO ORDERED.

Date: May 6, 2005

United States District Judge Eldon E. Fallon

Fee
Process
Dkd
CtRmDep
Doc. No