

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCT LIABILITY LITIGATION | * |
| | *    Docket No. MDL 1657 |
| **This filing applies to:** |      Section L |
| *Louis J. Schexnayder v. Merck & Co, et al*   * | |
| *State of Louisiana* |      Judge Fallon |
| ~~Civil District Court for the Parish of Orleans~~ | |
| ~~Docket #05-3165, Division I-14~~       * |      Mag. Judge Knowles |
| REF. C.A. 05-1200 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, come defendants, **Allen Dickson, Inc. and Morris & Dickson Co. LLC.**, in transferred matter *Louis J. Schexnayder v. Merck & Co, et al, State of Louisiana, Civil District Court for the Parish of Orleans, Docket #05-3165, Division I-14,* who move this Honorable Court for an order enrolling Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell, & McDaniel, as counsel of record for defendants Allen Dickson, Inc. and Morris & Dickson Co. LLC.

Respectfully submitted,

*[signature]*

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
    Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:    504-831-2492
Counsel for Morris & Dickson Co & Allen Dickson Co.
tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion to Enroll As Counsel of Record on plaintiff and defendant Liason Counsel via email and first class mail, this 3rd day of May, 2005.

Catherine M. Williams (Bar Roll No. 24706)