

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCT LIABILITY LITIGATION | * |
| | * Docket No. MDL 1657 |
| **This filing applies to:** | Section L |
| *Louis J. Schexnayder v. Merck & Co, et al* * | |
| *State of Louisiana* | Judge Fallon |
| ~~Civil District Court for the Parish of Orleans~~ | |
| ~~Docket #05-3165, Division I-14~~ * | Mag. Judge Knowles |
| REF C.A. 05-1200 | |

*********************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxell & McDaniel be enrolled as counsel of record for **Allen Dickson, Inc. and Morris & Dickson Co. LLC.**, in transferred matter *Louis J. Schexnayder v. Merck & Co, et al, State of Louisiana, Civil District Court for the Parish of Orleans, Docket #05-3165, Division I-14.*

New Orleans, Louisiana this 3rd day of May, 2005

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____