UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -5  PM 3: 06

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| This document relates to: | MAGISTRATE: 3 |
| Shantell Thomas, et al. v. Merck & Co., et al., U.S.D.C., N.D.MD., No. 05-CV-0181 | |

Ref: 05-1024

FILED: _____     _____
                                                      DEPUTY CLERK

## MOTION TO ENROLL AS COUNSEL OF RECORD

Andy D. Birchfield, Jr. of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., wishes to enroll as additional trial counsel for plaintiff in the above named cause.

Therefore,

IT IS ORDERED that Andy D. Birchfield, Jr. be enrolled as additional trial counsel of record for plaintiff in this matter.

New Orleans, Louisiana this 6th day of May, 2005.

_____
JUDGE

___ Fee _____
_/_ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

Respectfully submitted,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

_____
Andy D. Birchfield, Jr.  (BIR006)
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:  (334) 269-2343
Facsimile:  (334) 954-7555

OF COUNSEL:
Robert K. Jenner
JANET, WILLOUGHBY, GRESHON,
GETZ & JENNER, LLC
Executive Centre
Hooks Lane,
1 Reservoir Circle,
Suite 200,
Baltimore, Maryland 21208.
Phone  (410) 653-3200
Fax     (410) 653 6903

## CERTIFICATE OF SERVICE

I certify that I have on this 29th day of April, 2005, served a copy of the foregoing pleading on the below listed entities by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
OF COUNSEL


Loretta G. Whyte, Clerk
U.S. District Court Clerk
50 Poydras Street
Room C-151
New Orleans, LA 70130


Plaintiff's Liaison Counsel
Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Defendants' Liaison Counsel
Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130