FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -5  PM 2: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>05-0988<br><br><br>HARRY CONTI and BARBARA<br>CONTI vs. MERCK & CO., INC. and<br>PUBLIX SUPER MARKETS, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. : 1657<br>SECTION: "L"<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### DEFENDANT, PUBLIX SUPERMARKETS, INC. UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, Publix Super Markets, Inc. ("Publix"), respectfully requests an enlargement of time, of twenty (20) days, in which to respond to Plaintiff's Complaint.

In support of this Motion, Publix states:

1. Plaintiffs, Harry and Barbara Conti ("Plaintiffs"), commenced this action in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida.

2. This a the First Request for Enlargement of Time.

3. This cause was then removed to United States District Court, Southern District of Florida.

4. Therefore the cause was stayed pending removal to the Multi-District Litigation in

___/Fee_____
___/Process____
___/ Dktd_____
___  CtRmDep__
___  Doc. No.__

the United States District Court, Eastern District of Louisiana, and the stay has now been lifted.

5. Counsel is in need of additional time to confer with clients, review the file materials and prepare an appropriate response to Plaintiffs' complaint.

6. This Motion is Unopposed. Counsel for Publix has conferred with Counsel for Plaintiff, Jeff Abers, Esq., who has indicated he has no objection to the requested enlargement of time.

WHEREFORE, Publix respectfully requests that the Court issue an Order on Defendant, Publix Super Markets, Inc.'s Unopposed Motion for Extension of time to respond to Plaintiff's Complaint, Granting an extension up to and including May 23, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2005, a copy of the foregoing was sent by U.S. Mail to Jeff S. Abers, Esq., Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll, Post Office Box 14519, Fort Lauderdale, FL 33302 and to Patricia E. Lowry, Steel, Hector & Davis, LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, FL 33401-6198.

```
CONROY, SIMBERG, GANON,
   KREVANS & ABEL, P.A.
125 West Romana Street, Suite 150
Pensacola, Florida 32501
Telephone:  (850) 436-6605
Attorneys for Publix Super Markets,
Inc.

By: _____ (for)
    MILLARD L. FRETLAND
    (Bar #371671)
```