FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -9 PM 12: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. : 1657
   PRODUCTS LIABILITY LITIGATION ) SECTION: "L"
)
THIS DOCUMENT RELATES TO: )
05-0988 ) JUDGE FALLON
) MAG. JUDGE KNOWLES
)
HARRY CONTI and BARBARA )
CONTI vs. MERCK & CO., INC. and )
PUBLIX SUPER MARKETS, INC. )
)
)

## ORDER ON DEFENDANT, PUBLIX SUPER MARKET, INC.'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** is before the Court on Defendant, "Publix", Motion for Enlargement of Time to Respond to Plaintiff's Complaint.

**ORDERED AND ADJUDGED** as follows:

Defendant, Publix Super Market, Inc.,'s Motion for Enlargement of Time to Respond to Plaintiff's Complaint is hereby granted until and including March 23, 2005 to respond to Plaintiff's Complaint.

Judge

Copies to:
Millard L. Fretland, Esq. for Publix
Patricia E. Lowry, Esq. for Merck
Jeff S. Abers, Esq. for Plaintiff

___ Fee_____
___ Process____
_X_ Ktd_____
_✓_ CtRmDep___
___ Doc. No____