UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
       PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to 05-491, Shirley Homister.

## ORDER

The Court has received Notice of Voluntary Dismissal Without Prejudice dated April 26, 2005 and filed pursuant to FRCP 41(a)(1). This rule provides that an action may be dismissed by the plaintiff without order of the Court at any time "before service by the adverse party of an answer . . .". The certified copy of the docket sheet forwarded to this Court from the USDC, District of Minnesota, indicates that defendant, Merck & Co., Inc. filed its answer on December 30, 2004. Accordingly, the case is not dismissed and the aforesaid Notice is hereby ORDERED stricken.

New Orleans, Louisiana, this 9th day of May, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE