ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -6  AM 11: 22

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

-------------------------------x
                            :

ETHEL GRAY, NANCY GIARDINO   :    Civil No. 05CV01256(EEF)
and AGNES MURCH, on behalf   :
of Themselves and a Class of  :    Lead Case No. 05MD01657(EEF)
Persons Similarly Situated,   :

    Plaintiffs,            :

                            :    **CONSOLIDATED MDL CASES**
v.                        :    **IN RE: VIOXX PRODUCTS**
                            :    **LIABILITY LITIGATION**

MERCK & CO., INC.,         :

    Defendant.            :    May 3, 2005

                            :
-------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule of Civil Procedure 83.2.11, defendant
Merck & Co., Inc., hereby moves that Sarah A. L. Merriam and
Thomas J. Murphy be permitted to withdraw as counsel in this
matter.  Merck & Co., Inc., has retained other counsel,
specifically, attorneys Alan G. Schwartz, Daniel L. Crosby, and
Kenneth F. Baum, all of the law firm of Wiggin & Dana in New
Haven, Connecticut, who have appeared in this matter on its
behalf.  In accordance with Local Rule 83.2.11, a copy of this
motion has been provided to the client, Merck & Co., Inc., by
defendants' liaison counsel, Stone Pigman Walther Wittmann, LLC.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

Respectfully submitted,

DEFENDANT
MERCK & CO., INC.

By:

Thomas J. Murphy (ct07959)
Sarah A. L. Merriam (ct25379)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555 (phone)
(860) 249-0012 (fax)
smerriam@cemlaw.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Motion To Withdraw as Counsel was sent on May 3, 2005, via U.S. Mail, first-class, postage pre-paid to all counsel of record and MDL liaison counsel, as follows:

Alan G. Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana
265 Church Street
P.O. Box 1832
New Haven, CT    06508-1832

Michael A. Stratton, Esq.
Joel Thomas Faxon, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT    06510

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
20 O'Keefe Avenue
Suite 100
New Orleans, LA    70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA    70130

Sarah A. L. Merriam