UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------x
                                    :
ETHEL GRAY, NANCY GIARDINO          :   Civil No. 05CV01256(EEF)
and AGNES MURCH, on behalf          :
of Themselves and a Class of        :   Lead Case No. 05MD01657(EEF)
Persons Similarly Situated,         :
                                    :
        Plaintiffs,                 :
                                    :   CONSOLIDATED MDL CASES
v.                                  :   IN RE: VIOXX PRODUCTS
                                    :   LIABILITY LITIGATION
MERCK & CO., INC.,                  :
                                    :
        Defendant.                  :
                                    :
-----------------------------------x
```

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 10 P 1:13
LORETTA G. WHYTE
CLERK

ORDER

The motion of defendant Merck & Co., Inc., that Sarah A. L. Merriam and Thomas J. Murphy be permitted to withdraw as counsel in this matter having been heard, it is hereby

GRANTED / DENIED.

It is so ordered. New Orleans, Louisiana, this 9th day of May, 2005.

Hon. Eldon E. Fallon
United States District Judge

\_\_\_ Fee \_\_\_\_\_
\_\_\_ Process \_\_\_\_\_
X  \_\_\_ Dktd \_\_\_\_\_
✓  \_\_\_ CtRmDep \_\_\_\_\_
\_\_\_ Doc. No \_\_\_\_\_