ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -6 AM 11:21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------x
:
DENISE WHITTAKER, et al.,           :   Civil No. 05CV00257(EEF)
                                    :   05-1257
    Plaintiffs,                     :   Lead Case 05MD01657(EEF)
                                    :
v.                                  :
                                    :
MERCK & CO., INCORPORATED; INTERNAL :   **CONSOLIDATED MDL CASES**
MEDICINE ASSOCIATES, P.C.; DENNIS   :   **IN RE: VIOXX PRODUCTS**
G. HUSKINS, M.D. and THE            :   **LIABILITY LITIGATION**
ORTHOPAEDIC GROUP, LLC,             :
                                    :
    Defendants.                     :   May 3, 2005
                                    :
------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule of Civil Procedure 83.2.11, defendant Merck & Co., Inc., hereby moves that Sarah A. L. Merriam be permitted to withdraw as counsel in this matter. Merck & Co., Inc., has retained other counsel, specifically, attorneys Alan G. Schwartz, Daniel L. Crosby, and Kenneth F. Baum, all of the law firm of Wiggin & Dana in New Haven, Connecticut, who have appeared in this matter on its behalf. In accordance with Local Rule 83.2.11, a copy of this motion has been provided to the client, Merck & Co., Inc., by defendants' liaison counsel, Stone Pigman Walther Wittmann, LLC.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

DEFENDANT
MERCK & CO., INC.

By: _____
Sarah A. L. Merriam (ct25379)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555 (phone)
(860) 249-0012 (fax)
smerriam@cemlaw.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Motion To Withdraw as Counsel was sent on May 3, 2005, via U.S. Mail, first-class, postage pre-paid to all counsel of record and MDL liaison counsel, as follows:

Alan G. Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana
265 Church Street
P.O. Box 1832
New Haven, CT   06508-1832

Michael A. Stratton, Esq.
Joel Thomas Faxon, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT   06510

Amy L. Van Dyke, Esq.
Katherine C. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT   06123-1277

Renee M. Reed, Esq.
Margaret P. Mason, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT   06509-1910

Christopher F. Wanat, Esq.
Gary Charles Kaisen, Esq.
Milano & Wanat
471 East Main Street
Branford, CT   06405

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
20 O'Keefe Avenue, Suite 100
New Orleans, LA   70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA   70130

_____
Sarah A. L. Merriam