UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2005 MAY 10 P 1: 1
LORETTA G. WHYTE
CLERK

------------------------------------x
DENISE WHITTAKER, et al.,           :   Civil No. 05CV01257(EEF)
                                    :
        Plaintiffs,                 :   Lead Case 05MD01657(EEF)
                                    :
v.                                  :
                                    :
MERCK & CO., INCORPORATED; INTERNAL :   CONSOLIDATED MDL CASES
MEDICINE ASSOCIATES, P.C.; DENNIS   :   IN RE: VIOXX PRODUCTS
G. HUSKINS, M.D. and THE            :   LIABILITY LITIGATION
ORTHOPAEDIC GROUP, LLC,             :
                                    :
        Defendants.                 :
                                    :
------------------------------------x

## ORDER

The motion of defendant Merck & Co., Inc., that Sarah A. L. Merriam be permitted to withdraw as counsel in this matter having been heard, it is hereby

GRANTED    DENIED.

It is so ordered. New Orleans, Louisiana, this 9th day of May, 2005.

Hon. Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ /kd_____
_✓_ CtRmDep____
___ Doc. No.____