**ALLAN KANNER & ASSOCIATES, P.L.L.C.**
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
Fax: (504) 524-5763

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 10  PM 1: 36

LORETTA G. WHYTE
CLERK

May 10, 2005

Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

MDL 1657

    RE:    **Request for Summons**
            *Sheryl Lynn Wallace v. Merck & Co., Inc.*, Case No. 05-0835 "L" 3

Dear Sir or Madam:

    On March 17, 2005, your office issued a Summons in the above referenced matter and forwarded it and a conformed copy of the Complaint to plaintiff to effect service on defendant, Merck & Co., Inc. I have enclosed for your reference a copy of the original Summons issued.

    On March 24 and 29, 2005, plaintiff contacted defendant to request that they agree to waive service of the Summons and Complaint. As of this date, plaintiff has had no response from defendant. As such, this letter is to request that a new Summons be issued so that we can effect service of the Summons and Complaint on defendant.

    Thank you for your assistance with this matter. Should you have any questions or comments, please contact me at 524-5777.

                                    Sincerely,

                                    ALLAN KANNER & ASSOCIATES, P.L.L.C.

                                    By: _____
                                        Elizabeth B. Cowen, Esq.

EBC:mal
Enclosure

___ Fee _____
_X_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____