A CERTIFIED TRUE COPY

MAY - 4 2005

ATTEST
For the Judicial Panel on
Multidistrict Litigation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-6)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY - 9 2005
        12:45 pm

LORETTA G. WHYTE
CLERK

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 280 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-6 - TAG- ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **ALABAMA MIDDLE** | | | | |
| ALM | 2 | 05-185 | Michael Rountree v. Merck & Co., Inc. | 05-1722 |
| ALM | 2 | 05-216 | Joe F. Donalson v. Merck & Co., Inc. | 05-1723 |
| ALM | 3 | 05-255 | Joe Sistrunk v. Merck & Co., Inc., et al. | 05-1724 |
| **ALABAMA NORTHERN** | | | | |
| ALN | 2 | 05-478 | Josephine Y. Clarke v. Merck & Co., Inc. | 05-1725 |
| ALN | 2 | 05-484 | Carl E. Ray, Jr. v. Merck & Co., Inc. | 05-1726 |
| ALN | 7 | 05-532 | Ira Lewis Tingle, et al. v. Merck & Co., Inc. | 05-1727 |
| **ARKANSAS EASTERN** | | | | |
| ARE | 4 | 05-178 | Dennis Hendrix v. Merck & Co., Inc., et al. | 05-1728 |
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 05-1627 | Cecile Schreiber v. Merck & Co., Inc. | 05-1729 |
| CAC | 8 | 05-189 | Josephine Hornik v. Merck & Co., Inc., et al. | 05-1730 |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 05-486 | Helen Aronis v. Merck & Co., Inc. | 05-1731 |
| **CALIFORNIA SOUTHERN** | | | | |
| CAS | 3 | 05-482 | Wilmer Wayne Reese v. Merck & Co., Inc. et al. | 05-1732 |
| **COLORADO** | | | | |
| CO | 1 | 05-430 | Art Kleinstein v. Merck & Co., Inc. | 05-1733 |
| **FLORIDA MIDDLE** | | | | |
| FLM | 3 | 05-220 | Mary Rowdy, etc. v. Merck & Co., Inc. | 05-1734 |
| **FLORIDA NORTHERN** | | | | |
| FLN | 5 | 05-56 | Mary Cooke, et al. v. Merck & Co., Inc. | 05-1735 |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 0 | 05-60275 | Harriet Glickel, et al. v. Merck & Co., Inc., et al. | 05-1736 |
| FLS | 0 | 05-60293 | Joyce Hermes, et al. v. Merck & Co., Inc., et al. | 05-1737 |
| FLS | 0 | 05-60345 | Michael Unger v. Merck & Co., Inc. | 05-1738 |
| FLS | 0 | 05-60361 | Diane M. Cramer, et al. v. Merck & Co., Inc. | 05-1739 |
| FLS | 0 | 05-60375 | Tami Dollar, etc. v. Merck & Co., Inc., et al. | 05-1740 |
| FLS | 1 | 05-20613 | Isabel Padron, etc. v. Merck & Co., Inc. | 05-1741 |
| FLS | 1 | 05-20678 | Jeanne Petit-Louis v. Merck & Co., Inc. | 05-1742 |
| FLS | 1 | 05-20679 | Anne I. Chavannes v. Merck & Co., Inc. | 05-1743 |
| FLS | 1 | 05-20680 | Philomene Oltine v. Merck & Co., Inc. | 05-1744 |
| FLS | 1 | 05-20681 | Andre Julien v. Merck & Co., Inc. | 05-1745 |
| FLS | 1 | 05-20682 | Venicia Cadet v. Merck & Co., Inc. | 05-1746 |
| FLS | 1 | 05-20683 | Marie Rose Lordeus v. Merck & Co., Inc. | 05-1747 |
| FLS | 1 | 05-20684 | Clamard Reveil v. Merck & Co., Inc. | 05-1748 |
| FLS | 1 | 05-20685 | Cecilia Achille v. Merck & Co., Inc. | 05-1749 |
| FLS | 1 | 05-20686 | Rosette Manasse v. Merck & Co., Inc. | 05-1750 |
| FLS | 1 | 05-20687 | Mathilde Julien v. Merck & Co., Inc. | 05-1751 |
| FLS | 1 | 05-20688 | Charite Toussaint v. Merck & Co., Inc. | 05-1752 |
| FLS | 1 | 05-20701 | Ana Arroyo v. Merck & Co., Inc. | 05-1753 |

SCHEDULE CTO-6 TAG-ALONG ACTIONS  (MDL-1657)                                            Page 2 of 3

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| FLS | 1 | 05-20702 | Elida Guerra v. Merck & Co., Inc. | 05-1754 |
| FLS | 1 | 05-20703 | Dorinda Novo, et al. v. Merck & Co., Inc. | 05-1755 |
| FLS | 9 | 05-80209 | Iris Foster v. Merck & Co., Inc. | 05-1756 |
| FLS | 9 | 05-80210 | Rudolf Slavin, et al. v. Merck & Co., Inc. | 05-1757 |
| FLS | 9 | 05-80211 | Gloria Connolly, et al. v. Merck & Co., Inc. | 05-1758 |

**IDAHO**

| | | | | |
|---|---|---|---|---|
| ID | 2 | 05-95 | Denis Radtke v. Merck & Co., Inc. | 05-1759 |
| ID | 2 | 05-96 | Gary Mohler v. Merck & Co., Inc. | 05-1760 |
| ID | 2 | 05-97 | Carol Lytle, etc. v. Merck & Co., Inc. | 05-1761 |
| ID | 2 | 05-98 | Travis Inman v. Merck & Co., Inc. | 05-1762 |
| ID | 2 | 05-99 | Marilyn L. Hainsworth v. Merck & Co., Inc. | 05-1763 |
| ID | 2 | 05-104 | Lorinda Roget v. Merck & Co., Inc. | 05-1764 |
| ID | 2 | 05-105 | Fred Van Nostrand, et al. v. Merck & Co., Inc. | 05-1765 |
| ID | 2 | 05-106 | Harvey Vinson v. Merck & Co., Inc. | 05-1766 |
| ID | 2 | 05-107 | Leonard Trueworthy v. Merck & Co., Inc. | 05-1767 |
| ID | 2 | 05-108 | Valerie A. Silva v. Merck & Co., Inc. | 05-1768 |

**LOUISIANA MIDDLE**

| | | | | |
|---|---|---|---|---|
| LAM | 3 | 05-181 | Mary A. Wilson, et al. v. Merck & Co., Inc. | 05-1769 |

**LOUISIANA WESTERN**

| | | | | |
|---|---|---|---|---|
| LAW | 2 | 05-383 | Robert S. Geyen v. Merck & Co., Inc. | 05-1770 |
| LAW | 5 | 05-418 | Eugene Lawrence Barattini, Jr., et al. v. Merck & Co., Inc. | 05-1771 |
| LAW | 6 | 05-437 | Virginia S. Aucoin v. Merck & Co., Inc. | 05-1772 |

**MINNESOTA**

| | | | | |
|---|---|---|---|---|
| MN | 0 | 05-566 | Robert F. Heber v. Merck & Co., Inc. | 05-1773 |
| MN | 0 | 05-567 | Muriel E. Dunckel v. Merck & Co., Inc. | 05-1774 |
| MN | 0 | 05-568 | Richard J. Lenarz v. Merck & Co., Inc. | 05-1775 |
| MN | 0 | 05-586 | Jonathan Creg Cannon, et al. v. Merck & Co., Inc. | 05-1776 |

**MISSOURI EASTERN**

| | | | | |
|---|---|---|---|---|
| ~~MOE~~ | ~~4~~ | ~~05-430~~ | ~~Kathryn Pueser, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-437~~ | ~~Louise McCarter, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-438~~ | ~~Norma Hubbard, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-439~~ | ~~Delores Holmes, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-440~~ | ~~Terry Frame, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-441~~ | ~~Jane Cavins, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-442~~ | ~~Charlesetta Butler, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |

**MISSISSIPPI NORTHERN**

| | | | | |
|---|---|---|---|---|
| MSN | 2 | 05-55 | David R. Garner, et al. v. Merck & Co., Inc. | 05-1777 |
| MSN | 4 | 05-57 | John Thomas, etc. v. Merck & Co., Inc. | 05-1778 |

**NEW HAMPSHIRE**

| | | | | |
|---|---|---|---|---|
| NH | 1 | 05-86 | Joyce E. DiMauro v. Merck & Co., Inc. | 05-1779 |

**NEW YORK EASTERN**

| | | | | |
|---|---|---|---|---|
| NYE | 1 | 05-1145 | Mary Bryant, et al. v. Merck & Co., Inc. | 05-1780 |
| NYE | 1 | 05-1196 | Les Stein, et al. v. Merck & Co., Inc. | 05-1781 |

**NEW YORK SOUTHERN**

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 05-3066 | Sofia Kuper, et al. v. Merck & Co., Inc., et al. | 05-1782 |

SCHEDULE CTO-6 TAG-ALONG ACTIONS  (MDL-1657)                                Page 3 of 3

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **OHIO NORTHERN** | | | | |
| OHN | 1 | 05-671 | Gail Cougar, et al. v. Merck & Co., Inc. | 05-1783 |
| OHN | 1 | 05-672 | Norma Tress, et al. v. Merck & Co., Inc. | 05-1784 |
| OHN | 1 | 05-713 | Richard Paul, Sr., et al. v. Merck & Co., Inc. | 05-1785 |
| OHN | 1 | 05-714 | Jackie Sigman, et al. v. Merck & Co., Inc. | 05-1786 |
| OHN | 1 | 05-715 | Dorothy Shirkey, et al. v. Merck & Co., Inc. | 05-1787 |
| OHN | 1 | 05-716 | George A. Hutchens, Jr., et al. v. Merck & Co., Inc. | 05-1788 |
| OHN | 1 | 05-718 | Clova Koman, et al. v. Merck & Co., Inc. | 05-1789 |
| OHN | 1 | 05-719 | Andrew Dragon, et al. v. Merck & Co., Inc. | 05-1790 |
| OHN | 1 | 05-720 | Nancy Rischar, et al. v. Merck & Co., Inc. | 05-1791 |
| **OKLAHOMA WESTERN** | | | | |
| OKW | 5 | 05-291 | Donald Odquist, et al. v. Merck & Co., Inc. | 05-1792 |
| OKW | 5 | 05-293 | Melissa Rizvi, et al. v. Merck & Co., Inc. | 05-1793 |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 04-5158 | Veronica Morgan, et al. v. Super Fresh Food Markets, Inc., et al. | 05-1794 |
| PAE | 2 | 05-1237 | John O. Cochran v. Merck & Co., Inc., et al. | 05-1795 |
| **TENNESSEE WESTERN** | | | | |
| TNW | 1 | 05-1067 | Pauline Tharpe, etc. v. Merck & Co., Inc., et al. | 05-1796 |
| TNW | 1 | 05-1068 | Charles M. Flippin, et al. v. Merck & Co., Inc., et al. | 05-1797 |
| TNW | 1 | 05-1078 | Rita Rutherford v. Merck & Co., Inc., et al. | 05-1798 |
| TNW | 2 | 05-2189 | Christian Jensen v. Merck & Co., Inc. | 05-1799 |
| TNW | 2 | 05-2191 | Diane McIntyre v. Merck & Co., Inc. | 05-1800 |
| **TEXAS NORTHERN** | | | | |
| TXN | 5 | 05-61 | Margaret May Baldwin, et al. v. Merck & Co., Inc. | 05-1801 |
| TXN | 5 | 05-62 | Earnest Dwayne Kuntz, et al. v. Merck & Co., Inc. | 05-1802 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 1 | 05-66 | Juan Enrique Gavito v. Merck & Co., Inc. | 05-1803 |
| **TEXAS WESTERN** | | | | |
| TXW | 1 | 05-157 | Donna Williams v. Merck & Co., Inc. | 05-1804 |
| TXW | 1 | 05-158 | Santos Irma Salinas, et al. v. Merck & Co., Inc. | 05-1805 |
| TXW | 1 | 05-159 | Virginia Lanz v. Merck & Co., Inc. | 05-1806 |
| TXW | 1 | 05-160 | Vera Platt v. Merck & Co., Inc. | 05-1807 |
| TXW | 1 | 05-161 | Daniel Fay, et al. v. Merck & Co., Inc. | 05-1808 |
| TXW | 1 | 05-162 | Thelma Pannell v. Merck & Co., Inc. | 05-1809 |
| TXW | 1 | 05-163 | Jose Bustos, et al. v. Merck & Co., Inc. | 05-1810 |
| **WEST VIRGINIA NORTHERN** | | | | |
| ~~WVN~~ | ~~5~~ | ~~05-34~~ | ~~William David Lough, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/4/05 | |

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-6
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

Alejandro Alvarez
355 Palermo Avenue
Coral Gables, FL 33134

Clayeo Arnold
608 University Avenue
Sacramento, CA 95825

Brian K. Balser
Law Offices of Brian K. Balser
5311 Meadow Lane Court, Suite 1
Elyria, OH 44035

Kathryn E. Barnett
Lieff, Cabraser, Heimann & Bernstein
3319 West End Avenue, Suite 600
Nashville, TN 37203

Keith T. Belt, Jr.
Bohanan & Belt, PC
2151 Highland Avenue, Suite 310
Birmingham, AL 35205

Steven J. Boranian
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Thomas W. Braun
Moquin & Daley, P.A.
388 Commonwealth Avenue
Boston, MA 02215

Joseph A. Breymeier
Naulty, Scaricamazza & McDevitt
One Penn Center at Suburban Station
Suite 1600
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue, Suite 100
Birmingham, AL 35205

John Clark Davis
Law Offices of John C. Davis
623 Beard Street
Tallahassee, FL 32303

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
New York, NY 10016

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219-8966

Nicola Thompson Drake
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Russell J. Drake
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Scott J. Eldredge
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112-2866

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062-3828

James P. Frantz
Frantz, Townsend & Foldenauer, LLP
600 West Broadway, Suite 1200
San Diego, CA 92101-3819

Michael Gassaway
One N. Hudson Ave., 11th Floor
Oklahoma City, OK 73102

Anthony M. Georges-Pierre
Remer & Georges-Pierre
100 N. Biscayne Blvd., Suite 1003
Miami, FL 33132

Christopher Gomlicker
Harrill & Sutter, P.L.L.C.
310 Natural Resources Drive
P.O. Box 26321
Little Rock, AR 72221-6321

David W. Groner
Office of David Groner
P.O. Box 9207
New Iberia, LA 70562-9207

Frank O. Hanson, Jr.
Law Offices of Frank O. Hanson, Jr.
4401 Gary Avenue
Fairfield, AL 35064

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

David Hadden Hockema
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado
Bldg. 101
P.O. Box 720540
McAllen, TX 78504-0540

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003

James R. Hooper
Law Offices of James Richard
Hooper, P.A.
815 North Garland Avenue
P.O. Box 540509
Orlando, FL 32854-0509

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road, Suite 320
Baltimore, MD 21208

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Sanford E. Knott
Sanford Knott & Associates, PA
P.O. Box 1208
Jackson, MS 39215-1208

Carlene Rhodes Lewis
Goforth, Lewis, Sanford
& Wilson, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Michael A. London
Douglas & London
111 John Street, 8th Floor
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Parkway, East
Suite 375
Houston, TX 77060-2487

Marvin W. Masters
Masters & Taylor, L.C.
181 Summers Street, 4th Floor
Peoples Building
Charleston, WV 25301

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Charles R. Mindlin
Fenstersheib & Blake
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

John Brian T. Murray, Jr.
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Brian K. Oblow
Gray Robinson, P.A.
201 N. Franklin Street, Suite 2200
P.O. Box 3324
Tampa, FL 33601-3324

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Guy N. Paolino
Forbes, Bender, Paolino & Disanti, PC
225 North Olive Street
P.O. Box 568
Media, PA 19063

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Carl Wesley Pittman
Pittman, Manuel, Thompson & Perry
P.O. Box 710
Panama City, FL 32402

Edward Ashton Robinson, III
600 North Foster Drive
Baton Rouge, LA 70806

Gregory E. Ronan
Goddard, Ronan & Dineen, PC
500 Old Country Road
Garden City, NY 11530

Stephen H. Rovak
Sonnenschein & Nath, LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102

Mauro Fernando Ruiz
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

Gregory P. Sautter
Zimmerman Reed
651 Nichollet Avenue, Suite 501
Minneapolis, MN 55402-4123

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Scott S. Segal
Segal Law Firm
810 Kanawha Blvd, E.
Charleston, WV 25301

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg.
400 West Capitol Ave.
Suite 2000
Little Rock, AR 72201-3493

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Daniel Briggs Smith, Jr.
Smith, Phillips, Mitchell & Scott
P.O. Box 1586
Batesville, MS 38606

Kenneth C. Smith, Jr.
Smith & John
3646 Youree Drive
Shreveport, LA 71105

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701

Robert W. Thompson
Callahan, McCune & Willis
111 Fashion Lane
Tustin, CA 92780-3397

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Drive, #200
Coeur d'Alene, ID 83814

Catherine Whitefield
Steel, Hector & Davis, LLP
200 South Biscayne Blvd., Suite 4000
Miami, FL 33131-2398

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

D. Eliot Yaffe
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-6
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Terry I. Adelman
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Hon. Fredrick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Cormac J. Carney
U.S. District Judge
1053 Ronald Regan Federal Building
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. James I. Cohn
U.S. District Judge
203 U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal
Bldg. & U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Paul S. Diamond
U.S. District Court
17613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Federal Justice
Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. Paul W. Greene
U.S. Magistrate Judge
319 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Jean C. Hamilton
Chief Judge, U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-9958

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. William M. Hoeveler
Senior U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7797

Hon. J. Leon Holmes
U.S. District Judge
United States District Court
360 Richard Sheppard Arnold United
States Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Paul C. Huck
U.S. District Judge
1067 Federal Justice Bldg.
99 NE 4th Street
Miami, FL 33132

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-9958

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Edward R. Korman
Chief Judge, U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Marcia S. Krieger
U.S. District Judge
U.S. District Court
Alfred A. Arraj U.S. Courthouse
901 19th Street, A941
Denver, CO 80294-3589

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Edward J. Lodge
U.S. District Judge
Federal Building & U.S. Courthouse
MSC 040
550 West Fort Street
Boise, ID 83724

Hon. M. James Lorenz
U.S. District Judge
2140 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101-8913

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. James R. Muirhead
U.S. Magistrate Judge
407 Warren B. Rudman U.S.
Courthouse
55 Pleasant Street
Concord, NH 03301

Hon. George B. Daniels
U.S. District Court
410 Thurgood Marshall
 U.S. Courthouse
40 Centre Street
New York, NY 10007-1501

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes United States
Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Dan A. Polster
U.S. District Judge
188 Carl B. Stokes
801 W. Superior Avenue
Cleveland, OH 44113

Hon. M. Casey Rodgers
U.S. District Judge
U.S. District Court
One North Palafox Street
Pensacola, FL 32501-5625

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building
701 Clematis Street
West Palm Beach, FL 33401

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. Patricia A. Seitz
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 5th Floor
Miami, FL 33128

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

~~Hon. Frederick P. Stamp, Jr.~~
~~U.S. District Judge~~
~~P.O. Box 791~~
~~Federal Building~~
~~1125 Chapline Street~~
~~Wheeling, WV 26003-0100~~

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S.
Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. E. Richard Webber~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Lesley Brooks Wells
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1836

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street, Suite 200
Austin, TX 78701

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-6
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

Arlen B. Coyle, Clerk
369 Federal Building & U.S.
Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S.
Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S.
Courthouse
901 19th St.
Denver, CO 80294-3589

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James R. Starr, Clerk
110 Warren B. Rudman U.S.
Courthouse
55 Pleasant Street
Concord, NH 03301

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

~~James Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Karen S. Mitchell, Clerk
C-221 Geroge H. Mahn Federal
Building & U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401-4002

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal
Building
777 Florida Street
Baton Rouge, LA 70801-1712

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
101 Federal Building & U.S.
Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Robert R. Di Trolio, Clerk
242 Clifford Davis Federal
Building
167 North Main Street
Memphis, TN 38103

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal
Building
880 Front Street
San Diego, CA 92101-8900

~~Wally A. Edgell, Clerk~~
~~P.O. Box 471~~
~~Wheeling, WV 26003-0060~~

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William M. McCool, Clerk
226 U.S. Courthouse
100 North Palafox Street
Pensacola, FL 32501-5625

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 4, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-6)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 18, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
   Deputy Clerk

Attachments

cc: Transferee Judge:   Judge Eldon E. Fallon
    Transferor Judges:  (See Attached List of Judges)
    Transferor Clerks:  (See Attached List of Clerks)

JPML Form 36A