A CERTIFIED TRUE COPY

MAY - 6 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 2:05-md-01657-EEF-DEK   Document 332   Filed 05/10/05   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 10 PM 3:25

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 0 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

05-1813
SECT. L MAG. 3

*Martha Ann Lemond, et al. v. Merck & Co., Inc., et al.,* N.D. Alabama, C.A. No. 7:05-691
*Joe Stephens, Sr., etc. v. Merck & Co., Inc., et al.,* N.D. Georgia, C.A. No. 1:05-651   VACATED 5/4/05

## CONDITIONAL TRANSFER ORDER (CTO-7)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 280 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon. These common questions of fact are presented in the claims in these actions against defendant Merck & Co., Inc. (Merck) relating to ingestion of the prescription drug Vioxx.

It further appears that the remaining claims in these actions, which name other pharmaceutical companies and relate to ingestion of prescription drugs other than Vioxx, do not involve questions of fact common to the actions previously transferred to the Eastern District of Louisiana.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

It is further ordered that all claims in these actions except the Vioxx claims against Merck are separated and simultaneously remanded to their respective transferor courts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee____
___ Process____
X  ____
___ CtRmDep____
___ Doc. No____

INVOLVED COUNSEL LIST (CTO-7)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bryony Helen Bowers
Troutman Sanders
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308-2216

Dennis T. Cathey
Cathey & Strain
P.O. Box 689
649 Irvin Street
Cornelia, GA 30531-0689

Tom Dutton
Pittman Hooks Dutton Kirby & Hellums PC
Park Place Tower
2001 Park Place North, Suite 1100
Birmingham, AL 35203

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

John P. MacNaughton
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:             [202] 502-2888

http://www.jpml.uscourts.gov

May 6, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

*Martha Ann Lemond, et al. v. Merck & Co., Inc., et al.,* N.D. Alabama, C.A. No. 7:05-691

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 20, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:    Transferee Judge:     Judge Eldon E. Fallon
       Transferor Judge:     Judge L. Scott Coogler
       Transferor Clerk:     Perry D. Mathis

JPML Form 36A