**MINUTE ENTRY**
**FALLON, J.**
**May 12, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court conferred with the Government regarding the FDA's objections to producing documents requested by the Plaintiffs.  The Court will meet with the Government again on Wednesday, May 18, 2005 at 9:00 a.m.

JS10:  0:20