UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Mary Smith, et al. v. Merck & Co., Inc., et al.*, **CA No. 05-1035 L(3)**

**ORDER**

Pending before the Court is Defendant Express Scripts, Inc.'s Motion to Dismiss. IT IS ORDERED that said motion is DISMISSED AS PREMATURE, reserving the movant's right to re-file the motion in the future at a time deemed appropriate by the Court.

New Orleans, Louisiana, this  13th  day of May, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE