IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    APR 1 5 2005
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX Products Liability Litigation | * | MDL 1657 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

***************************************************

**THIS DOCUMENT RELATES TO:** *Cook v. Merck & Co., Inc., et al.* No. 05-0431, previously filed as CV-02-RRA-2710-S, N.D. Ala.

---

### PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MAGISTRATE JUDGE'S REMAND ORDER

---

Comes now the Plaintiff, and moves this Honorable Court for expedited consideration of its review pursuant to Rule 72(a) of the Federal Rules of Civil Procedure of the Remand Order entered by Magistrate Judge Armstrong. This Motion is based on the following grounds:

1. This case is in procedural purgatory in that remand was granted by a magistrate judge, and this Court's review will be performed under Rule 72(a) F.R.C.P. Accordingly, this case is unique in that the Court will not be reviewing a Motion to Remand under the procedural standards established by the Fifth Circuit.

2. Plaintiff realizes this MDL is in its infancy, and Your Honor has yet to establish a procedure by which remand motions will be briefed and ultimately considered. Given the fact that this case has been remanded by a magistrate judge, and the scope of

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

Your Honor's review, Plaintiff submits that this matter should be adjudicated as soon as possible.

3. Further, given the fact that the issue of fraudulent joinder of pharmaceutical sales representatives is essentially a closed issue with Alabama Federal Courts, based on the large volume of remand orders cited in Plaintiff's brief, a decision whether Judge Armstrong complied with Eleventh Circuit law should be relatively easy to determine.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court expedite consideration of its review of Judge Armstrong's Remand Order.

_____
W. Lewis Garrison, Jr.
Attorney for Plaintiff

**Of Counsel:**
GARRISON SCOTT, P.C.
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336
(205) 326-3332

Jere Beasley, Esq.
Andy Birchfield, Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN
      PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36102-4160
(334) 269-2343
(334) 223-1236

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following liason counsel of record by placing a copy of same, postage prepaid and properly affixed this the 14th day of April, 2005:

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Phillip A. Wittman, Esq.
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

_____
Of Counsel