IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>Products Liability Litigation | * * * * * * * * * * * | MDL 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

**********************************************

**THIS DOCUMENT RELATES TO:** *Cook v. Merck & Co., Inc., et al.* No. 05-0431, previously filed as CV-02-RRA-2710-S, N.D. Ala.

---

~~PRETRIAL ORDER NO.~~
ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MAGISTRATE JUDGE'S REMAND ORDER

---

Before the Court is Plaintiff, William Cook's Motion for Expedited Consideration of Magistrate Judge's Remand Order. After considering the unique circumstances of this case, PLAINTIFF'S MOTION for expedited consideration ~~IS~~ GRANTED.

In New Orleans, Louisiana this 13 day of May, 2005.

Denied.

_____
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____