UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
THIS DOCUMENTS RELATES TO: :
BARRAGAN V. MERCK & CO., ET AL. : CASE NO. 05-1160
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

### MOTION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT FOR PRAVEN DESHMUKN, M.D.

The United States of America, pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233, moves that an Order be entered substituting the United States as a defendant in the above-captioned civil action in place of named defendant, Praven Deshmukh, M.D. The grounds for this substitution are:

1. The plaintiff avers pain and suffering and medical malpractice and seeks damages resulting from allegedly negligent or wrongful acts or omissions allegedly committed by Praven Deshmukh, M.D.

2. The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988, provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). The state law torts alleged in the Plaintiff's Original Complaint fall within this provision.

3. Title 42 U.S. C. §§ 233 (a) and (c) specifically extend the Federal Tort Claims Act

1

provisions of exclusive remedy, employee immunity and the procedures for removal and substitution of the United States in claims for damages resulting from the negligent or wrongful acts or omissions of employees of the Public Health Service taken within the scope of their office or employment. Section 233 (g) provides that certain public health entities receiving federal grants and their employees are employees of the United States for purposes of the FTCA.

4. 28 U.S.C. § 2679 (d) (2) provides that upon certification by the Attorney General that a federal employee was acting within the scope of their office or employment at the time of the incident out of which a state law claim arises, any civil action arising out of the incident **shall** be deemed an action brought against the United States, and the United States **shall** be substituted as sole defendant with respect to those claims. The Attorney General has delegated certification authority the United States Attorneys. 28 C.F.R. § 15.3

5. Nuesta Clinica Del Valle, Inc., was deemed by the Department of Health and Human Services, pursuant to 42 U.S.C. § 233 (h), eligible for coverage under the Federal Tort Claims Act effective June 30, 1993.

6. Michael T. Shelby, United States Attorney for the Southern District of Texas, has certified that Praven Deshmukh, M.D., was acting within the scope of his employment at the time of certain incidents alleged in the complaint which occurred after June 30, 1993, and that pursuant to 42 U.S.C. § 233 (g), Praven Deshmukh, M.D., is deemed to be an employee of the United States for Federal Tort Claims Act purposes. See defendant's Exhibit 1 attached hereto.

Accordingly, defendant Praven Deshmukh, M.D., is an employee of Nuestra Clinica Del Valle, Inc., and is a federal employee acting within the scope of his employment, and Praven

Deshmukh, M.D., must be dismissed and the United States substituted therefor.

Respectfully Submitted,

JIM LETTEN
United States Attorney

*/s/ Larry Ludka*
LARRY LUDKA
Assistant United States Attorney
State Bar I.D. Number: 12667500
Admissions I.D. Number: 10721
800 North Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: (361) 888-3111
Fax: (361) 888-3200

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted on three separate occasions to consult with opposing counsel in this case concerning the contents of this motion but he has not responded. I therefore assume the motion is opposed.

*/s/ Larry Ludka*
LARRY LUDKA
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, a true copy of the foregoing pleading was mailed, postage prepaid, to:

Richard Plezia
800 Commerce Street
Houston, Texas 77002-1776

Richard Joseph
910 Louisiana, Suite 3000
Houston, Texas 77002-9934

Kevin O'Hanlon
808 West Avenue
Austin, Texas 78701

_____
LARRY LUDKA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **PRISCILIANO BARRAGAN** § | | |
| § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | CIVIL ACTION NO.7: 05-CV-15 | |
| § | | |
| **MERCK & CO., INC.** § | | |
| SHAFFIN A. MOHAMED, M.D. § | | |
| PRAVEN DESHMUKN, M.D. § | | |
| Defendants. § | | |
| § | | |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

Pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.3, I hereby certify:

I have read the complaint filed in this action. Based on the information now available with respect to the acts or omissions which gave rise to Plaintiffs' Complaint, Dr. Praven Deshmukn was acting within the scope of his employment as an employee of the United States of America at the time of such acts or omissions.

Specifically, based on the information now available with respect to the acts or omissions which gave rise to Plaintiffs' Complaint Dr. Deshmukn was a physician employed by the National Health Service Corps, and was a contract employee of Nuestra Clinica Del Valle, Inc. in McAllen, Texas. I further find that Nuestra Clinica Del Valle, Inc. was deemed eligible for coverage under the Federal Tort Claims Act effective June 30, 1993 and that status has continued without interruption since that date.



Accordingly, I certify that Pravin Deshmukn, M.D. was acting within the scope of his employment at the time of the incidents alleged in the plaintiff's Complaint. Pursuant to 42 U.S.C. § 233(g) he is deemed to be an employee of the United States for Federal Tort Claims Act purposes.

Dated: 4-1-05

MICHAEL T. SHELBY
Acting United States Attorney
Southern District of Texas