UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION : SECTION: L
 :
THIS DOCUMENTS RELATES TO: :
BARRAGAN V. MERCK & CO., ET AL. : CASE NO. 05-1160
 :
 : JUDGE FALLON
 : MAG. JUDGE KNOWLES

## ORDER

The United States of America has filed a Motion for Substitution of the United States as defendant in place of Praven Deshmukn, M. D., with respect to the state law causes of action alleged in the complaint against Praven Deshmukn, M. D., for any acts or omissions that occurred on or after June 30, 1993.

IT IS HEREBY ORDERED that, pursuant to the provisions of 28 U.S.C. § 2679 and 42 U.S.C. § 233, the United States be substituted as defendant with respect to the state law causes of action alleged in the complaint against Praven Deshmukn, M. D. and that the caption be amended accordingly.

Dated: this 13 day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
_X_ Process____
___ Dktd____
_V_ CtRmDep____
___ Doc. No____