# United States District Court

## EASTERN DISTRICT OF LOUISIANA

CHARLES EDWARD LOUIS, Individually
and on behalf of all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

Case Number:    05-0857 "L" 3

MERCK & CO, INC, a New Jersey
Corporation

TO: (Name and address of defendant)

Merck & Co, Inc, a New Jersey Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cleo Fields
2147 Government Street
Baton Rouge, LA   70806

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk
(By) Deputy Clerk

**March 21, 2005**
Date

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

Case 2:05-md-01657-EEF-DEK   Document 346   Filed 05/16/05   Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE APRIL 14, 2005 |
| NAME OF SERVER (PRINT) KATRIN N SMITH | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CTC _____

## STATEMENT OF SERVICE FEES

| TRAVEL 5 miles | SERVICES Delivered Complaint | TOTAL $40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 6, 2005
Date

Signature of Server

Address of Server: 8008 Bluebonnet Blvd Bldg 6 Apt 4, Baton Rouge, LA 70810

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.