

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JOHN ERNEST GREENWOOD            :
CAMPBELL, INDIVIDUALLY AND     :
ON BEHALF OF HIS DECEASED      :
WIFE, DAISY CAMPBELL, AND        :
THEIR CHILDREN, CHARLES         :
GREENWOOD CAMPBELL, JOHN     :
ERNEST GREENWOOD CAMPBELL II,  :
DAVID GREENWOOD CAMPBELL,    :
JUANITA GREENWOOD CAMPBELL,  :
PATRICK GREENWOOD CAMPBELL, AND :
MARY GREENWOOD CAMPBELL HALEY :

                            :     CIVIL ACTION NO. 05-1491

        Plaintiffs,          :

                            :     JUDGE FALLON

VERSUS                        :

                            :     MAGISTRATE KNOWLES

MERCK & CO., INC., and PFIZER, INC.,  :

                            :

        Defendants.        :

                            :

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Pfizer, Inc., who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the accompanying Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant represents that the

         ___ Fee_____
         ___ Process_____
         _X_ Dktd_____
         ___ CtRmDep_____
         ___ Doc. No_____

1

accompanying Motion to Dismiss presents unique issues of law that need to be discussed in open court.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE, LLC

BY: _____

QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed to all parties to this proceeding, by mailing of copy of same to each by First Class United States mail, properly addressed and postage prepaid on this 16th day of May, 2005.

_____