UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER #10

In order to facilitate the coordination of MDL 1657 with state Vioxx cases, the Court appoints the following State Liaison Committee:

    Dawn M. Barrios
    Barrios, Kingsdorf & Casteix, LLP
    701 Poydras St., Suite 3650
    New Orleans, LA 70139

    Turner W. Branch
    Branch Law Firm
    2025 Rio Grande Blvd. NW
    Albuquerque, NM 87104

    Michael S. Burg
    Burg Simpson Eldredge Hersh & Jardine
    40 Inverness Dr. East
    Englewood, CO 80112

    Thomas V. Girardi
    Girardi and Keese
    1126 Wilshire Blvd.
    Los Angeles, CA   90017

    Barry M. Hill
    Hill Toriseva & Williams, PLLC
    89 Twelfth St.
    Wheeling, WV  26003

W. Mark Lanier
The Lanier Law Firm
6810 FM 1960 West
Houston, TX  77069

W. James Singleton
Singleton Law Firm
4050 Linwood Ave.
Shreveport , LA  71108

Sol H. Weiss
Anapol, Schwartz,
Weiss, Cohan, Feldman and Smalley, P.C.
1900 Delancey Pl.
Philadelphia, PA  19103

Justin Witkin
Aylstock, Witkin & Sasser, PLC
55 Baybridge Dr.
Gulf Breeze, FL  32562

New Orleans, Louisiana, this  16th  day of May, 2005.

                        ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE