FOLSOM STATE PRISON

(Name) **DANNY BELL**          CDC #**K-68611**
P.O. Box 950
Folsom, CA 95763

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED MAY 1 6 2005
LORETTA G. WHYTE
Clerk

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

05-1243 c/w   **ORIGINAL**

**DANNY BELL**,                     Case no. **MDL 1657**
        Petitioner, **PLAINTIFF**
                                    SECTION L
v.                                  NOTICE OF CHANGE OF ADDRESS

**MERCK & CO., Inc, et al**,
        Respondent.     /

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED ACTION.

**PLEASE TAKE NOTICE:** That petitioner currently has a pending cause in this court, and that petitioner's prison has created a new Legal Mail address as follows:

FOLSOM STATE PRISON

(Name) **DANNY BELL**          CDC # **K-68611**
P.O. Box 950
Folsom, CA 95763

### VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statement are true and correct.

DATE: **May 4, 2005**            RESPECTFULLY SUBMITTED,

                                  /s/ Danny Bell
                                  DANNY BELL (PRO SE) PLAINTIFF

Fee____
Process____
X Dktd____
X CtRmDep____
Doc.No.____

## PROOF OF SERVICE BY MAIL

I, __DANNY BELL__, DECLARE:

I AM OVER THE AGE OF 18, I (AM) (AM NOT) A PARTY TO THIS ACTION, AND A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA.

MY PRISON NUMBER: __K-68661__, MY PRISON ADDRESS IS: P.O. BOX 950, FOLSOM, CALIFORNIA 95763.

ON __MAY 4__, 2005, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

**CHANGE OF ADDRESS**

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), REPRESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

CLERK OF COURT  
UNITE STATES DISTRICT COURTS  
EASTERN DISTRICT OF LOUISIANA  
NEW ORLEANS, LA   70130

OFFICE OF ATTORNE GENERAL  
(MR BILL LOCKYER)  
P.O. BOX 944255  
Sacramento, CA   94244-2550

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED __MAY 4__, 2005, AT REPRESA, CALIFORNIA.

_Danny Bell_  
&lt;signature here&gt;



Danny Bell #K-68611
FSP 5-BB2-09
P.O. Box 950
Folsom, CA 95763

CLERK OF COURT
UNITED STATES EASTERN DISTRICT COURT OF LOUISIANA
NEW ORLEANS, LA 90130

CONFIDENTIAL -
LEGAL MAIL