UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 16  PM 3: 20

LORETTA G. WHYTE
CLERK

In Re: VIOXX

Products Liability Litigation

This Document Relates to: 05-0974

MDL No.: 1657

SECTION: L

Judge Fallon
Mag. Judge Knowles

### REQUEST FOR ORAL ARGUMENT

In accordance with Uniform Local Rule 78.1E, Plaintiff requests oral argument with respect to their *Motion to Remand*.

DATE: May 11, 2005

Respectfully submitted,

William B. Federman
**FEDERMAN & SHERWOOD**
120 North Robinson, Suite 2720
Oklahoma City, OK  73102
Tel: (405) 235-1560
Fax: (405) 239-2112

Elizabeth A. Watson
Scott E. Poynter
**EMERSON POYNTER, LLP**
2228 Cottondale Ln., Suite 100
Little Rock, AR 72202
Tel: (501) 907-2555
Fax: (501) 907-2556

Gina Cothern Combs
**COMBS LAW FIRM, P.A.**
11621 Rainwood Dr., Suite 8
Little Rock, AR 72212
Tel: (501) 227-7590
Fax: (501) 227-0702
**Plaintiff's Counsel**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 12th day of May 2005.

William B. Federman