COPY IN CHAMBERS

ORIGINAL
Received April 4, 2005

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>*Larry Bauman, et al v. Merck & Co., Inc.,*<br>Cause No. 05-0562 | MDL NO. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## PLAINTIFFS' MOTION CHALLENGING REDESIGNATION OF DOCUMENTS AS "PRIVILEGED"

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Larry Bauman, Lisa Bauman Tolbertt, Kelly Bauman Mincher, Ernest Charles Bauman, III, and Leslie Lynn Bauman Clay, individually and as Representatives of The Estate of Elise Geneva Bauman, Deceased ("Plaintiffs"), file this Motion Challenging Redesignation of Documents as "Privileged", and would respectfully show the following:

1

On March 31, 2005, Plaintiffs' counsel received the letter attached as Exhibit 1 from Charles Deacon of FULBRIGHT & JAWORSKI L.L.P., counsel for Defendant Merck and Co., Inc. ("Merck"). The letter claims an "unintentional and inadvertent disclosure of one (1) privileged document" bearing Bates number MRK-ABI 007311. Plaintiffs challenge this claim of privilege, particularly

since the document on its face does not indicate any basis for a claim of privilege and, in fact, no privilege is specified in the letter attached as Exhibit 1.

2

Plaintiffs received the document in question pursuant to an Agreed Protective Order entered in *Larry Lee Bauman, et al. vs. Merck & Co., Inc.;* Cause # A04 CA 707 LY, in the United States District Court, Western District of Texas, Austin Division, which was signed by the Honorable Lee Yeakel, United States District Judge on January 27, 2005. A true copy of said order is attached as Exhibit 2. Under paragraph 15 of said order, Plaintiffs are entitled to retain a copy of the material in questions while this motion remains pending.

3

Pursuant to paragraph 16 of said order, the document in question is being filed herewith as a Sealed Document as Exhibit 3.

4

Plaintiffs may need to take discovery concerning any privilege Merck may assert respecting this document if, in fact, Merck makes any specific claim of privilege. Plaintiffs are willing to coordinate such discovery with other parties who may have received the same document.

WHEREFORE, PREMISES CONSIDERED, Plaintiff's respectfully pray that this Motion Challenging Redesignation of Documents as "Privileged" be granted and pray for other appropriate relief.

Respectfully submitted,

Tommy Jacks, TX Bar #10452000
James L. "Larry" Wright, TX Bar #22038500
Mark Guerrero, TX Bar #24032377
JACKS LAW FIRM
111 Congress Avenue, Suite 1010
Austin, Texas 78701
512-478-4422
512-478-5015 fax

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I Tommy Jacks, certify that I served copies of the foregoing Plaintiffs' Motion Challenging Redesignation of Documents as "Privileged" on all parties on this 1st of April, 2005.

Charles Deacon
FULBRIGHT & JAWORSKI
300 Convent Street, Suite 2200
San Antonio, TX 78205
*Via Certified Mail and Facsimile*

Attached Service List by First Class Mail

Tommy Jacks

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED