BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 18 2005

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL NO. 1657

*Larry Bauman, et al v. Merck & Co., Inc.,*
*Cause No. 05-0562*

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER GRANTING PLAINTIFFS' MOTION CHALLENGING DEFENDANT MERCK & CO., INC.'S REDESIGNATION OF DOCUMENTS

Plaintiffs Larry Lee Bauman, et al., filed a Motion Challenging Defendant Merck & Co., Inc.'s Redesignation of Documents pursuant to the Protective Order signed by the Honorable Lee Yeakel, United States District Judge on January 27, 2005, calling into question Merck's claim that certain documents produced by Merck in discovery were inadvertantly and unintentionally produced when they were, in fact, Merck alleged, privileged. Merck's notice letter to the Plaintiffs dated March 28, 2005, did not specify any applicable privilege and from an examination of the documents, which were filed under seal by the Plaintiffs in accordance with the Protective Order, there is nothing about the documents that would indicate they fall within any privilege. The Court is of the opinion that Plaintiffs' motion is meritorious and, accordingly, it is hereby ORDERED:

~~Plaintiffs' Motion Challenging Defendant Merck & Co., Inc.'s Redesignation of Documents is hereby GRANTED in all respects.~~ Plaintiffs need not return the documents in question to Merck and may use them in this litigation in accordance with the Protective Order and applicable law.

SIGNED this 16 day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

Dismissed as premature, reserving Movant's right to refile at a future date deemed appropriate by the Court