IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 1 8 2005
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LARRY BAUMAN, LISA BAUMAN TOLBERTT, KELLY BAUMAN MINCHER, ERNEST CHARLES BAUMAN, III, and LESLIE LYNN BAUMAN CLAY, Individually and as Representatives of THE ESTATE OF ELSIE GENEVA BAUMAN, DECEASED<br><br>VS.<br><br>MERCK & CO., INC. | CIVIL CASE NO. ~~A04 CA 707 LY~~<br><br>MDL 1657 L<br><br>R+p: 05-562 |

### ORDER GRANTING PLAINTIFFS' MOTION CHALLENGING DEFENDANT MERCK & CO., INC.'S REDESIGNATION OF DOCUMENTS

Plaintiffs Larry Lee Bauman, et al., filed a Motion Challenging Defendant Merck & Co., Inc.'s Redesignation of Documents pursuant to the Protective Order signed by this Court on January 27, 2005, calling into question Merck's claim that certain documents produced by Merck in discovery were inadvertently and unintentionally produced when they were, in fact, Merck alleged, privileged. Merck's notice letter to the Plaintiffs dated March 28, 2005, did not specify any applicable privilege and from an examination of the documents, which were filed under seal by the Plaintiffs in accordance with the Protective Order, there is nothing about the documents that would indicate they fall within any privilege. The Court is of the opinion that Plaintiffs' motion is meritorious and, accordingly, it is hereby ORDERED:

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

Plaintiffs' Motion Challenging Defendant Merck & Co., Inc.'s Redesignation of Documents is hereby GRANTED in all respects. Plaintiffs need not return the documents in question to Merck and may use them in this litigation in accordance with the Protective Order and applicable law.

SIGNED this 16 day of May, 2005.

UNITED STATES DISTRICT JUDGE

Dismissed as premature, reserving the Movant's right to refile at a future date deemed appropriate by the Court.