**MINUTE ENTRY**
**FALLON, J.**
**May 18, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court met with representatives from the U.S. Attorney's Office regarding the FDA's objections to producing documents requested by the Plaintiffs.  Said representatives indicated that they would be present for a conference in Chambers at 8:00 a.m. on May 23, 2005.  Said representatives also indicated that they have arranged for representatives from the FDA's Maryland office to participate in the conference by telephone.  In light of this cooperation, the Court rescinds its April 29, 2005 Order directing FDA counsel Carmelina Allis and FDA paralegal specialist Harold Stepper to appear before the Court on May 23, 2005 at 9:00 a.m. for the monthly pretrial conference scheduled in the above captioned matter.

JS10:  0:30

<u>Clerk to serve:</u>
Carmelina G. Allis
Office of the Chief Counsel
U.S. Dept. of Health and Human Services
Food and Drug Administration
5600 Fishers Lane, Mailcode GCF-1
Rockville, MD  20857


Harold D. Stepper
Paralegal Specialist
U.S. Dept. of Health and Human Services
Center for Drug Evaluation and Research
5600 Fishers Lane, HFD-13
Rockville, MD  20857

Sharon Smith
Hale Boggs Federal Building
500 Poydras St., 2nd Floor
New Orleans, LA 70130

Stevens Moore
Hale Boggs Federal Building
500 Poydras St., 2nd Floor
New Orleans, LA 70130