U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  MAY 2 0 2005

LORETTA G. WHYTE
Clerk

May *13* ,2005

Clerk of the United States District Court
for the Eastern District of Louisiana
500 Poydras Street, Room #C-151
New Orleans, LA 70130

RE: In Re Vioxx Product Liability Litigation, MDL No.1657

Bobby A. Williams v Merck & Co, Inc.
**U.S. District Court Eastern District of Louisiana
No.05-1010 L(3).**

### NOTICE OF PRO SE ATTORNEY ADDRESS CHANGE

Please be advised that **Bobby A. Williams**, has relocated **TO:**

*Egeler Correctional Facility*
*3855 Cooper st., - #147572*
*Jackson*, MI 49202

Respectfull Submitted,

BY: *Bobby A. Williams*

Mr. Bobby A. Williams #147572
Egeler Correctional Facility
3855 Cooper Street
Jackson, Michigan 49202

Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras St, Room #C-151
New Orleans, LA 70130

70130+3319.24