FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 23 AM 11: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. : 1657<br>SECTION: "L" |
| THIS DOCUMENT RELATES TO:<br>05-0988 | ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| **HARRY CONTI and BARBARA CONTI vs. MERCK & CO., INC. and PUBLIX SUPER MARKETS, INC.** | ) ) ) ) ) ) | |

## AMENDED ORDER ON DEFENDANT, PUBLIX SUPER MARKET, INC.'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** is before the Court on Defendant, "Publix", Motion for Enlargement of Time to Respond to Plaintiff's Complaint.

**ORDERED AND ADJUDGED** as follows:

Defendant, Publix Super Market, Inc.,'s Motion for Enlargement of Time to Respond to Plaintiff's Complaint is hereby granted until and including May 23, 2005 to respond to Plaintiff's Complaint.

Judge

Copies to:
Millard L. Fretland, Esq. for Publix
Patricia E. Lowry, Esq. for Merck
Jeff S. Abers, Esq. for Plaintiff

___ Fee____
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No____