UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation | * MDL NO 1657<br>*<br>* SECTION: L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO** *Benavides, et al. v. Merck & Co., Inc, et al.*, No. 05-0557, previously filed as 5:03-134; S.D. Tex.

## MERCK'S MOTION FOR SUBSTITUTION OF COUNSEL

1. Defendant Merck & Co., Inc. ("Merck") files this Motion to Substitute *Charles Deacon* Attorney-in-Charge, and the law firm of Fulbright & Jaworski L.L.P. as counsel for Merck in place of Richard L. Josephson and the law firm of Baker Botts L.L.P.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. This substitution of counsel is agreed to by Merck.

Defendant Merck respectfully requests that the Court grant this Motion and all other just relief.

30881649.1

Page 1

Respectfully submitted,

**BAKER BOTTS, L.L.P.**

By _____
Richard L. Josephson
State Bar No. 11031500
Federal ID No. 04614
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

**Withdrawing Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Travis Sales
State Bar No. 17532080
Federal ID No. 09173
Maryanne Lyons
State Bar No. 00787937
Federal ID No. 17547
W. Zachary Hughes
State Bar No. 24032441
Federal ID No. 30097
Baker Botts, L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Charles A. Deacon
Charles A. Deacon
State Bar No. 05673300

300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

**Substituting Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Thomas A. Countryman, Senior Counsel
State Bar No. 04888100
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Norman C. Kleinberg
Theodore V. H. Mayer
Charles Avrith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion for substitution of counsel has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via facsimile and/or United States Mail, postage prepaid on March 25, 2005.

Carlene Rhodes Lewis
Goforth Lewis, LLP
1111 Bagby, Suite 2200
Houston, Texas 77002

/s/ Charles A. Deacon