UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #12
**(Reserving Weeks for Depositions)**

The Court has discussed with Liaison Counsel the efficacy of reserving certain weeks of each month for the taking of depositions in the above captioned matter. Liaison Counsel have agreed to reserve the first and third weeks of every month for depositions. Accordingly, IT IS ORDERED that the first and third weeks of every month are reserved for the taking of depositions in the above captioned matter. Counsel shall coordinate which witnesses will be deposed on the specific dates within those reserved weeks.

NEW ORLEANS, this  23rd  day of May, 2005.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE