# MORROW, MORROW, RYAN AND BASSETT

ATTORNEYS AT LAW
POST OFFICE DRAWER 1787
OPELOUSAS, LOUISIANA 70571-1787

E-mail: pmorrow@mmrblaw.com

PATRICK C. MORROW
J. MICHAEL MORROW (1946-1983)
JAMES P. RYAN
JEFFREY M. BASSETT
JAMES S. GATES
P. CRAIG MORROW

PHONE:
OPELOUSAS (337) 948-4483
ABBEVILLE (337) 893-3423
ABBEVILLE (337) 334-5680
FAX: (337) 942-5234

May 19, 2005

Clerk, U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

*MDL 1657*

Re:   Teddie T. Griffin, et ux
Vs:   Merck & Co., Inc.
No:   05-0672-L
Judge Fallon / Magistrate Knowles

Dear Sir:

Enclosed you will find a copy of the Civil Cover Sheet and Original Complaint previously filed in the above captioned matter, together with a Summons directed to the defendant, Merck & Company, Inc.

Please certify the enclosed Summons and copy of the  Complaint, and return to the undersigned in order that service may be effected upon the defendant.

Thanking you in advance, I remain

Sincerely yours,

**MORROW, MORROW, RYAN & BASSETT**

Patrick C. Morrow

PCM:jld

enc.

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____