

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 23  PM 4: 20

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JOHN ERNEST GREENWOOD :
CAMPBELL, INDIVIDUALLY AND :
ON BEHALF OF HIS DECEASED :
WIFE, DAISY CAMPBELL, AND :
THEIR CHILDREN, CHARLES :
GREENWOOD CAMPBELL, JOHN :
ERNEST GREENWOOD CAMPBELL II, :
DAVID GREENWOOD CAMPBELL, :
JUANITA GREENWOOD CAMPBELL, :
PATRICK GREENWOOD CAMPBELL, AND :
MARY GREENWOOD CAMPBELL HALEY :

                               :    CIVIL ACTION NO. 05-1491

         Plaintiffs,          :

                                 :    JUDGE FALLON

VERSUS                        :

                                 :    MAGISTRATE KNOWLES

MERCK & CO., INC., and PFIZER, INC., :

                                 :

         Defendants.          :

## DEFENDANT PFIZER INC.'S
## CORPORATE DISCLOSURE STATEMENT

        PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure

Statement, and states:

        1.     Pfizer Inc. does not have any parent corporations, and no publicly traded company

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

1

owns 10% or more of Pfizer Inc.'s stock.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 23rd day of May, 2005