# United States District Court

## EASTERN DISTRICT OF LOUISIANA

SHERYL LYNN WALLACE, individually and on behalf of all similarly situated

**SUMMONS IN A CIVIL CASE**

V.

Case Number:   05-0835 "L"  3

*MDL 1657 clw*

MERCK & CO., INC.

TO: (Name and address of defendant)

Merck & Co., Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Allan Kanner
701 Camp Street
New Orleans, LA   70130

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Clerk

*B. Gregory*
(By) Deputy Clerk

~~March 17, 2005~~  May 10, 2005
Date

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

*Filed stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LA, 2005 MAY 24 PM 1:41, LORETTA G. WHYTE, CLERK*

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-16-05 |
| NAME OF SERVER (PRINT) Michael L. Cooper | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: CT Corp System 8550 United Plaza Blvd. Baton Rouge, LA 70809

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/C | 55⁰⁰ | 55⁰⁰ paid! |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-16-05
Date

Signature of Server

304 W. Charles St.
Hammond, LA 70401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.