UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ............................................................ | : | |

**THIS DOCUMENT RELATES TO:**
*John Campbell, et al. v. Merck & Co., et al.,* **CA No. 05-1491 L(3)**

### ORDER

Pending before the Court is Defendant Pfizer, Inc.'s Motion to Dismiss. On May 2, 2005, the Court issued an Order separating from MDL 1657 all claims in *John Campbell, et al. v. Merck & Co., et al.*, E.D. La., CA No. 05-1491, relating to a prescription medication other than Vioxx. The claims against Pfizer Inc. in CA No. 05-1491 relate to a prescription medication other than Vioxx. Accordingly, IT IS ORDERED that Defendant Pfizer Inc.'s Motion to Dismiss is separated from MDL 1657 to be handled in an appropriate manner at a future date.

New Orleans, Louisiana, this __23rd__ day of __May__, 2005.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE