FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 25 | A II: 28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                           |   |                        |
|-------------------------------------------|---|------------------------|
| IN RE: VIOXX                              | : | MDL NO. 1657           |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L            |
|                                           | : |                        |
|                                           | : | JUDGE FALLON           |
|                                           | : | MAG. JUDGE KNOWLES     |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:**
*Bobby A. Williams v. Merck & Co., Inc.*, CA No. 05-1010 L(3)

## ORDER

The attached notice of address change has been filed by a pro se inmate in the above captioned matter.  The Court directs Plaintiffs' Liaison Counsel to take appropriate action with regard to said notice.

New Orleans, Louisiana, this 24 day of May, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
X Dktd_____
___ CtRmDep___
___ Doc. No.___



RECEIVED

MAY 2 0 2005

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

May *13* ,2005

Clerk of the United States District Court
for the Eastern District of Louisiana
500 Poydras Street,Room #C-151
New Orleans,LA 70130


RE: In Re Vioxx Product Liability Litigation, MDL No.1657

   Bobby A. Williams v Merck & Co,Inc.
   **U.S. District Court Eastern District of Louisiana**
   **No.05-1010 L(3).**


### <u>NOTICE OF PRO SE ATTORNEY ADDRESS CHANGE</u>


Please be advised that **Bobby A. Williams**,has relocated **TO:**


   _Egeler Correctional Facility_

   _3855 Cooper st., - #147572_

   _Jackson_        ,MI 4 9202


Respectfull Submitted,

BY: _[signature]_

Mr. BOBBA. Williams #147572
ESETEC Correctional FACILITY
3855 Cooper street
JACKSON, MICHIGAN 49202

Clerk of the Court
United States District Court
Eastern District of Louisiana
500 poydras st, Room #C-151

New Orleans, LA 70130

70130+3319 24