UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Shelia Stallworth, et al. v. Merck & Co., Inc., et al.*, CA No. 05-860 L(3)

**ORDER**

Pending before the Court is the Plaintiffs' Motion to Remand. The Court has been advised that the Plaintiffs' have agreed to continue the hearing on this motion without date. Accordingly, IT IS ORDERED that the hearing on Plaintiff's Motion to Remand is hereby CONTINUED to be reset at an appropriate time.

New Orleans, Louisiana, this  24th  day of  May , 2005.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE