

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 24  PM 2: 55
LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE VIOXX PRODUCT LIABILITY LITIGATION** | * |
| | *  **Docket No. MDL 1657** |
| **This filing applies to:** | **Section L** |
| *Louis J. Schexnayder v. Merck & Co, et al* * | |
| *State of Louisiana* | **Judge Fallon** |
| **REP. CA 05-1200** | |
| | *  **Mag. Judge Knowles** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR EXTENSION OF TIME

NOW INTO COURT, come defendants, **Allen Dickson, Inc. and Morris & Dickson Co. LLC.**, (hereinafter collectively referred to as "Dickson") in transferred matter *Louis J. Schexnayder v. Merck & Co, et al, State of Louisiana, Civil District Court for the Parish of Orleans, Docket #05-3165, Division I-14,* **REP CA 05-1200**, who move this Court for an extension of time of thirty (30) days within which to plead, until June 24, 2005, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No ____

        Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492
Counsel for McKesson Drug Company
tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion for Extension of Time upon Liason Counsel via first class mail and email, this 24th day of May, 2005.

                                          Catherine M. Williams (Bar Roll No. 24706)