

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCT LIABILITY LITIGATION | * | |
| | * | Docket No. MDL 1657 |
| This filing applies to: | | Section L |
| *Louis J. Schexnayder v. Merck & Co, et al* | * | |
| *State of Louisiana* | | Judge Fallon |
| *REP. CA 05-1200* | | |
| | * | Mag. Judge Knowles |

*******************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that defendants **Allen Dickson, Inc. and Morris & Dickson Co. LLC.**, (hereinafter collectively referred to as "Dickson") in transferred matter *Louis J. Schexnayder v. Merck & Co, et al, State of Louisiana, Civil District Court for the Parish of Orleans, Docket #05-3165, Division I-14,* **REP CA 05-1200,**, be and are hereby granted an additional thirty (30) days, until June 24, 2005, in which to file responsive pleadings.

New Orleans, Louisiana this ____ day of May, 2005

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____