UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------X

JENNIE IMBURGIA,

                   Plaintiff,

v.

MERCK & CO, INC.,

                   Defendant.

-----------------------------------------------------------------X

MDL No. 1657

Case No. 2:05-cv-01082

**NOTICE OF APPEARANCE**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 25   PM 2: 03
LORETTA G. WHYTE
CLERK

MDL 1657

**PLEASE TAKE NOTICE** that the firm of WEITZ & LUXENBERG, P.C., hereby enters an appearance as co-counsel (trial counsel) on behalf of plaintiff JENNIE IMBURGIA, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on PAUL J. PENNOCK, ESQ. of WEITZ & LUXENBERG, P.C., 180 Maiden Lane, New York, NY 10038.

TO:   Norman Charles Kleinberg, Esq.
       Charles W. Cohen, Esq.
       Robb W. Patryk, Esq.
       Steven E. Armstrong, Esq.
       Theodore V.H. Mayer, Esq.
       **Hughes, Hubbard & Reed, LLP- Battery Park Ofc.**
       One Battery Park Plaza
       New York, NY 10004
       Counsel for Merck & Co., Inc.

Dated: May 17, 2005
       New York, New York

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___

Yours, etc.,

      **WEITZ & LUXENBERG, P.C.**
      Attorneys for Plaintiff
      180 Maiden Lane, 17th Floor
      New York, NY 10038
      (212) 558-5500

By: _____
      Jerry Kristal, Esq.

      **RUSSO, SCAMARDELLA & D'AMATO, P.C.**
      Attorneys for Plaintiff
      1010 Forest Avenue
      Staten Island, NY 10310
      (718) 442-0900

By: _____
      John Michael D'Amato, Jr., Esq.

## SERVICE LIST

Norman Charles Kleinberg, Esq.
Charles W. Cohen, Esq.
Robb W. Patryk, Esq.
Steven E. Armstrong, Esq.
Theodore V.H. Mayer, Esq.
**Hughes, Hubbard & Reed, LLP- Battery Park Ofc.**
One Battery Park Plaza
New York, NY 10004
Counsel for Merck & Co., Inc.


Russ M. Herman, Esq.
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Plaintiff's Liaison Counsel


Phillip Wittmann, Esq.
**Stone Pigman Walther Wittmann, LLC**
546 Carondelet St.
New Orleans, LA 70130
Defendant's Liaison Counsel