UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 25 PM 2: 03
LORETTA G. WHYTE
CLERK

-----------------------------------------------------------X

JOYCE HOROWITZ, as Administrator of the Estate of DAVID KAPLAN,

                Plaintiff,

v.

MERCK & CO, INC.,

                Defendant.

-----------------------------------------------------------X

MDL No. 1657

Case No. 2:05-cv-01080

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the firm of WEITZ & LUXENBERG, P.C., hereby enters an appearance as co-counsel (trial counsel) on behalf of plaintiff JOYCE HOROWITZ, as Administrator of the Estate of DAVID KAPLAN, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on PAUL J. PENNOCK, ESQ. of WEITZ & LUXENBERG, P.C., 180 Maiden Lane, New York, NY 10038.

TO:    Norman Charles Kleinberg, Esq.
         Charles W. Cohen, Esq.
         Robb W. Patryk, Esq.
         Steven E. Armstrong, Esq.
         Theodore V.H. Mayer, Esq.
         **Hughes, Hubbard & Reed, LLP- Battery Park Ofc.**
         One Battery Park Plaza
         New York, NY 10004
         Counsel for Merck & Co., Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Dated: May 17, 2005
      New York, New York


Yours, etc.,

**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiff
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500

By: _____
      Jerry Kristal, Esq.


**RUSSO, SCAMARDELLA & D'AMATO, P.C.**
Attorneys for Plaintiff
1010 Forest Avenue
Staten Island, NY 10310
(718) 442-0900

By: _____
      John Michael D'Amato, Jr., Esq.

## SERVICE LIST

Norman Charles Kleinberg, Esq.
Charles W. Cohen, Esq.
Robb W. Patryk, Esq.
Steven E. Armstrong, Esq.
Theodore V.H. Mayer, Esq.
**Hughes, Hubbard & Reed, LLP- Battery Park Ofc.**
One Battery Park Plaza
New York, NY 10004
Counsel for Merck & Co., Inc.


Russ M. Herman, Esq.
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Plaintiff's Liaison Counsel


Phillip Wittmann, Esq.
**Stone Pigman Walther Wittmann, LLC**
546 Carondelet St.
New Orleans, LA 70130
Defendant's Liaison Counsel