UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------X

LORRAINE FIALO,

                 Plaintiff,

v.

MERCK & CO, INC.,

                 Defendant.

-----------------------------------------------------------X

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 25  PM 2:03

LORETTA G. WHYTE
CLERK

MDL No. 1657

MDL 1657

Case No. 2:05-cv-509

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the firm of WEITZ & LUXENBERG, P.C., hereby enters an appearance as co-counsel (trial counsel) on behalf of plaintiff LORRAINE FIALO and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on PAUL J. PENNOCK, ESQ. of WEITZ & LUXENBERG, P.C., 180 Maiden Lane, New York, NY 10038.

TO:    Norman Charles Kleinberg, Esq.
          Charles W. Cohen, Esq.
          Robb W. Patryk, Esq.
          Steven E. Armstrong, Esq.
          Theodore V.H. Mayer, Esq.
          **Hughes, Hubbard & Reed, LLP- Battery Park Ofc.**
          One Battery Park Plaza
          New York, NY 10004
          Counsel for Merck & Co., Inc.

Dated: May 17, 2005
         New York, New York

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

Yours, etc.,

**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiff
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500

By: _____
    Jerry Kristal, Esq.

**RUSSO, SCAMARDELLA & D'AMATO, P.C.**
Attorneys for Plaintiff
1010 Forest Avenue
Staten Island, NY 10310
(718) 442-0900

By: _____
    John Michael D'Amato, Jr., Esq.

## SERVICE LIST

Norman Charles Kleinberg, Esq.
Charles W. Cohen, Esq.
Robb W. Patryk, Esq.
Steven E. Armstrong, Esq.
Theodore V.H. Mayer, Esq.
**Hughes, Hubbard & Reed, LLP- Battery Park Ofc.**
One Battery Park Plaza
New York, NY 10004
Counsel for Merck & Co., Inc.


Russ M. Herman, Esq.
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Plaintiff's Liaison Counsel


Phillip Wittmann, Esq.
**Stone Pigman Walther Wittmann, LLC**
546 Carondelet St.
New Orleans, LA 70130
Defendant's Liaison Counsel