IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FAY W. GASPARD, as wrongful death  *
benificiary and representative of
REYNOLD VICTOR GASPARD, DECEASED  *    Docket No. 05-1700
                                       Section L

                                    *  Judge Fallon
                                    *
                                    *  Mag. Judge Knowles
*******************************************

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes defendant, **McKesson Drug Company,** who moves this Court for an extension of time of thirty (30) days within which to plead, until June 24, 2005, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
    Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492

Counsel for McKesson Drug Company
tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion for Extension of Time on Counsel of record via first class mail, this 24th day of May, 2005.

_____
Catherine M. Williams (Bar Roll No. 24706)