```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2005 MAY 25  P 1:49

                                           LORETTA G. WHYTE
                                                 CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FAY W. GASPARD, as wrongful death           *
benificiary and representative of
REYNOLD VICTOR GASPARD, DECEASED   *        Docket No. 05-1700
                                            Section L

                                   *        Judge Fallon
                                   *
                                   *        Mag. Judge Knowles
*******************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that defendant McKesson Drug Company, be and it is hereby granted an additional thirty (30) days, until June 24, 2005, in which to file responsive pleadings.

New Orleans, Louisiana this _24_ day of May, 2005

                                         _____
                                         UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No _____