FILED
U.S. DISTRICT
EASTERN DISTRICT COURT
OF LA
2005 MAY 24  PM 2: 56
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FAY W. GASPARD, as wrongful death　　　　*
benificiary and representative of
REYNOLD VICTOR GASPARD, DECEASED　*　　Docket No. 05-1700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Section L

　　　　　　　　　　　　　　　　　　　　　　*　　Judge Fallon
　　　　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　　　*　　Mag. Judge Knowles
*******************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes defendant, **McKesson Drug Company,** who moves this Honorable Court for an order enrolling Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell, & McDaniel, as counsel of record for defendant McKesson Drug Company.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Thomas P. Anzelmo (Bar Roll #2533)
　　　　　　　　　　　　　　　　　　　Catherine M. "Shelly" Williams (Bar Roll #24706)
　　　　　　　　　　　　　　　　　　　McCranie, Sistrunk, Anzelmo,
　　　　　　　　　　　　　　　　　　　　　　Hardy, Maxwell & McDaniel, PC
　　　　　　　　　　　　　　　　　　　3445 N. Causeway Blvd.
　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　Metairie, LA 70002
　　　　　　　　　　　　　　　　　　　Phone: 504-831-0946
　　　　　　　　　　　　　　　　　　　Fax:　 504-831-2492
　　　　　　　　　　　　　　　　　　　Counsel for McKesson Drug Company

___ Fee_____
___ Process_____
_Y_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion to Enroll As Counsel of Record on Counsel of record via first class mail, this 24th day of May, 2005.

Catherine M. Williams (Bar Roll No. 24706)