FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 25  P 1: 49

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FAY W. GASPARD, as wrongful death  *
benificiary and representative of
REYNOLD VICTOR GASPARD, DECEASED  *   Docket No. 05-1700
                                      Section L

                                  *   Judge Fallon
                                  *
                                  *   Mag. Judge Knowles
*********************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxell & McDaniel be enrolled as counsel of record for **McKesson Drug Company** in the referenced matter.

New Orleans, Louisiana this _____ day of May, 2005

                              _____
                              UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____