UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657
SECTION: L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: Betty J. Magee, et al.
v. Merck & Co., Inc., et al., No. 2:03CV249PG (S.D. Miss.)
EDLA # 05-494

### RANDY TILLMAN, M.D. AND WILLIAM M. BARR, M.D.'S NOTICE OF OPPOSITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S SEPARATION OF CLAIMS AND CONDITIONAL REMAND ORDER

COME NOW the Separate Defendants, Randy Tillman, M.D. (hereinafter "Dr. Tillman") and William M. Barr, M.D. (hereinafter "Dr. Barr"), and file this their Notice of Opposition to the Separation of Claims and Conditional Remand Order entered by the Judicial Panel on Multidistrict Litigation on or about May 13, 2005, and in support thereof, would show unto the Court, the following:

1. Plaintiffs filed this lawsuit on December 26, 2002. *See Complaint*, attached as Exhibit "A."

2. The Complaint alleges theories of products liability, breach of implied/express warranties and fraudulent misrepresentation as to the defendant drug manufacturers, G.D. Searle LLC, Pharmacia Corporation, Monsanto Company, Pfizer, Inc. and Merck & Co., Inc. *Id.*

3. The Complaint alleges that Dr. Tillman committed medical malpractice in his

treatment and care of plaintiff, Hattie Barnes, by failing to monitor her condition and by prescribing *Celebrex* in light of his actual and/or constructive knowledge of the danger associated with ingesting *Celebrex*. *Id.* at ¶ 344-348.

4. The Complaint further alleges that Dr. Barr committed medical malpractice in his treatment and care of plaintiff, Lula Echols, by failing to monitor her condition and by prescribing *Celebrex* in light of his actual and/or constructive knowledge of the danger associated with ingesting *Celebrex*. *Id.* at ¶ 160-164.

5. The Plaintiffs also allege that the defendant pharmacies were negligent in dispensing Vioxx and Celebrex to plaintiffs.

6. On April 24, 2003, the separate defendants, G.D. Searle LLC, Pharmacia Corporation, Monsanto Company and Pfizer, Inc., removed this lawsuit to the United States District Court for the Southern District of Mississippi, Hattiesburg Division pursuant to 28 U.S.C. § 1441.

7. The justification for this removal was based on the theory that the defendant physicians and pharmacies were fraudulently joined in this lawsuit.

8. Plaintiffs responded with a Motion to Remand on May 22, 2003.

9. This case was subsequently transferred to the judicial panel on multidistrict litigation, which ultimately created MDL 1657 and consolidated numerous lawsuits from a variety of jurisdictions into one action and transferred it to this Court.

10. As stated above, the Plaintiffs have alleged no claim regarding the prescription of Vioxx against either Dr. Tillman or Dr. Barr. In fact, the sole allegations against these two physicians arise out of their alleged prescription of Celebrex. *See Complaint* attached as Exhibit "A."

11. Thus, the claims of Plaintiffs, Hattie Barnes and Lula Echols, relate to the ingestion of the prescription drug Celebrex and as such, are not appropriate for inclusion in MDL 1657.

12. Therefore, the claims of Hattie Barnes and Lula Echols should be dismissed from this MDL as they relate solely to the ingestion of Celebrex.

13. In support of this motion, the Separate Defendants, Drs. Tillman and Barr attach the following exhibits:

1) Exhibit "A"– Complaint

Wherefore, premises considered, Dr. Tillman and Dr. Barr respectfully request that this Court enter an order dismissing the Plaintiffs' claims against Dr. Tillman and Dr. Barr. Dr. Tillman and Dr. Barr also request any other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Stephanie C. Edgar*

JOSEPH LERAY MCNAMARA, MSB #2784
STEPHANIE C. EDGAR, MSB #101581
ATTORNEYS FOR RANDY TILLMAN, M.D.
AND WILLIAM M. BARR, M.D.

OF COUNSEL:

**COPELAND, COOK, TAYLOR & BUSH**
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
Telephone: (601) 856-7200
Facsimile: (601) 856-7626

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition has been served on Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and upon all parties by electronically uploading same to Lexis Nexis File & Service Advanced in accordance withy Pre-Trial Order No. 8, on this the 26th day of May, 2005.

Stephanie C. Edgar

SEE RECORD FOR

EXHIBITS

OR

ATTACHMENTS

NOT SCANNED