**MINUTE ENTRY**
**FALLON, J.**
**May 27, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court again conferred with Liaison Counsel regarding Plaintiffs Profile Form and Defendants Profile Form to facilitate the resolution of any outstanding issues.

JS10:   1:15