FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 31  PM 1: 39

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 25 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Linda Isner, etc. v. Merck & Co., Inc., et al.*, D. Massachusetts, C.A. No. 1:05-10328

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 26, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Isner*) on March 10, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Isner* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Isner* was remanded to the Superior Court of the Commonwealth of Massachusetts, Middlesex County, by the Honorable Douglas P. Woodlock in an order entered on May 23, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on March 10, 2005, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 20, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

___ Fee_____
___ Process_____
_X_ Dkid_____
___ CtRmDep_____
___ Doc. No _____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

May 25, 2005

Sarah Thornton, Clerk
2300 John Joseph Moakley
    United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

    *Linda Isner, etc. v. Merck & Co., Inc., et al.*, D. Massachusetts, C.A. No. 1:05-10328

Dear Ms. Thornton:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                                Very truly,

                                Michael J. Beck
                                Clerk of the Panel

                                By _____
                                Regina Hale
                                Calendar Clerk

Enclosure

cc:    Transferee Judge: Judge Eldon E. Fallon
        Transferor Judge: Judge Douglas P. Woodlock
        Transferee Clerk: Loretta G. Whyte