**MINUTE ENTRY**
**FALLON, J.**
**June 1, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|   | : |   |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court met with Defendants' Liaison Counsel and a representative from the Plaintiffs' Steering Committe to resolve outstanding issues regarding a Class Action Case Management Order in the above captioned matter. The Plaintiffs shall prepare and submit to the Court a final version of said case management order consistent with the edits made by Court during today's conference.

JS10:  0:20