Register

170219

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2005 MAY 31 PM 2: 44

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

Ref: 05-540

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ellen A. Presby, and gives notice of her withdrawal of appearance as co-counsel for Jack A. Register and Anne Register, Plaintiffs, in the above-entitled and numbered cause.

Please delete Ellen A. Presby of Baron & Budd, P.C. from all service lists. Representation of the plaintiffs will remain with Les Weisbrod of Morgan & Weisbrod, L.L.P. and all future correspondence and documents filed in this case should continue to be directed to them.

Respectfully submitted,

_____
ELLEN A. PRESBY
State Bar No. 16249600
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
11th Floor
Dallas, TX 75206-5141
Phone: (214) 521-3605
Fax: (214) 520-1181

NOTICE OF WITHDRAWAL OF CO-COUNSEL
Page 1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

MORGAN & WEISBROD, L.L.P.

By: *Alexandra S. Boone*
LES WEISBROD
State Bar No. 21104900
ALEXANDRA V. BOONE
State Bar No. 00795259
11551 Forest Central Drive
Suite 300
Dallas, TX 75243
Phone: (214) 373-3761
Fax: (214) 739-4732

ATTORNEYS FOR THE PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby that the above and foregoing Notice of Withdrawal of Co-Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial No. 8, on this 25th day of May, 2005.

*Alexandra S. Boone*
Alexandra V. Boone