FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -1 PM 4: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

Ref: 05-540

### ORDER

This Court, having considered the Notice of Withdrawal of Ellen A. Presby as co-counsel for Jack A. Register and Anne Register, Plaintiffs, finds that:

IT IS HEREBY ORDERED that the Notice of Appearance of Co-Counsel filed with this Court by Ellen A. Presby on March 14, 2005 is withdrawn, that she be deleted from all service lists, that representation of the Plaintiffs will remain exclusively with Les Weisbrod of Morgan & Weisbrod, L.L.P., 11551 Forest Central Drive, Suite 300, Dallas, TX 75243, and that all future correspondence and documents filed in this case should continue to be directed to them.

New Orleans, LA, this 1st day of June, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X/Dktd_____
_/CtRmDep_____
___ Doc. No _____