COPY IN CHAMBERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 31 P 3: 19

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION : L |
| | § | |
| | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| | § | |

Ref: 05-1149

**PLAINTIFF TERESA HARRIS' STIPULATION OF DISMISSAL OF
DEFENDANT TERRY M. SOBEY, M.D. WITHOUT PREJUDICE**

COMES NOW Teresa Harris, Plaintiff in the above-entitled cause of action (hereinafter referred to as Plaintiff), and files this stipulation of dismissal without prejudice as to all of her claims against Defendant Terry M. Sobey, M.D., pursuant to Federal Rule of Civil Procedure 41 and would show as follows:

This case was originally filed in the 162nd Judicial District Court in Dallas Texas on December 20, 2004 against Merck & Company, Inc. and Terry M. Sobey, M.D. (Cause No. 04-12639). All defendants answered and on March 4, 2005, pursuant to an order of the Panel on Multi-District Litigation, this action was transferred to this Court (Cause No. 05-1149).

Plaintiff does not desire to pursue her claims against Defendant Terry M. Sobey, M.D. Plaintiff hereby dismisses her claims against Defendant Terry M. Sobey, M.D. without prejudice, effective upon the filing of this Stipulation. Nothing herein affects Plaintiff's claims against Defendant Merck & Company, Inc. All costs are to be borne by the party incurring same.

*Plaintiff Teresa Harris' Stipulation of
Dismissal of Defendant Terry M. Sobey, M.D.
170292-v1*

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Respectfully submitted,

MORGAN & WEISBROD, L.L.P..

*Alexandra V. Boon*
Les Weisbrod
Texas State Bar No. 21104900
Alexandra Boone
Texas State Bar No. 00795259
11551 Forest Central Dr. Suite 300
Dallas, Texas 75243
Telephone: (214) 373-3761
Telecopy: (214) 373-4732

ATTORNEYS- FOR PLAINTIFF

BAKER BOTTS, L.L.P.

*Richard Josephson* w/permission AVB
Richard Josephson
Texas State Bar No. 11031500
Travis J. Sales
Texas State Bar No. 17532080
Maryanne Lyons
Texas State Bar No. 00787937
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1460
Telecopy: (713) 229-1522

ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.

CRUSE, SCOTT, HENDERSON &
ALLEN, L.L.P.


*J. Scott Allen, Jr.* w/permission AVB

T. Scott Allen, Jr.
Texas State Bar No. 01059700
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
Telecopy: (713) 650-1720

ATTORNEYS FOR DEFENDANT
TERRY M. SOBEY, M.D.

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing has been sent to all counsel via electronic mailing this 27th day of May, 2005.

*Alexandra V. Boone*
Alexandra V. Boone