UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -1 PM 4: 27

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION : L |
| | § | |
| | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| | § | |

Ref: 05-1149

### ORDER GRANTING PLAINTIFF TERESA HARRIS' STIPULATION OF DISMISSAL OF DEFENDANT TERRY M. SOBEY, M.D. WITHOUT PREJUDICE

ON THIS 31st day of May, 2005, before the Court came Plaintiff Teresa Harris' Stipulation of Dismissal of Defendant Terry M. Sobey, M.D. Without Prejudice. It is the opinion of the Court that the Stipulation should be granted.

IT IS THEREFORE ORDERED that Defendant Terry M. Sobey, M.D. is dismissed from this case without prejudice.

IT IS FURTHER ORDERED that all costs are to be borne by the party incurring same.

SIGNED THIS 1st day of June, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____