A CERTIFIED TRUE COPY

MAY 28 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 27 PM 1:52

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2005

FILED
CLERK'S OFFICE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-9)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 350 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDep____
___ Doc. No____

## SCHEDULE CTO-9 - TAG- ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | | EDLA SEC L/3 |
|---|---|---|---|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 1 | 05-643 | Richard J. Harris v. Merck & Co., Inc. | 05-1979 |
| ALN | 2 | 05-586 | Herman D. Spivey, et al. v. Merck & Co., Inc. | 05-1980 |
| ALN | 2 | 05-672 | Mary J. McMeans, et al. v. Merck & Co., Inc. | 05-1981 |
| ALN | 4 | 05-572 | Pamela Mitchell v. Merck & Co., Inc., et al. | 05-1982 |
| ALN | 4 | 05-642 | Curtis E. Gentry v. Merck & Co., Inc. | 05-1983 |
| ALN | 4 | 05-680 | Kenneth Roden v. Merck & Co., Inc. | 05-1984 |
| ALN | 6 | 05-641 | Linda K. Tidwell v. Merck & Co., Inc. | 05-1985 |
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 05-211 | Cathy Larrimore Constantino, et al. v. Merck & Co., Inc. | 05-1986 |
| **ARKANSAS EASTERN** | | | | |
| ARE | 3 | 05-44 | Carl Kelley v. Merck & Co., Inc. | 05-1987 |
| ARE | 3 | 05-46 | Ronald Meeker, et al. v. Merck & Co., Inc. | 05-1988 |
| ARE | 4 | 05-514 | Leslie Kay Gourley, etc. v. Merck & Co., Inc. | 05-1989 |
| **ARIZONA** | | | | |
| AZ | 2 | 05-716 | Adelene M. Hubbs v. Merck & Co., Inc. | 05-1990 |
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 05-1825 | Brian Axelson v. Merck & Co., Inc. | 05-1991 |
| ~~CAC~~ | ~~2~~ | ~~05-1843~~ | ~~Valerie Noriega, et al. v. Merck & Co., Inc., et al.~~ Vacated 5/19/05 | |
| CAC | 2 | 05-2051 | Maria Ceballos, et al. v. Merck & Co., Inc. | 05-1992 |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 05-606 | Allen Hurlburt v. Merck & Co., Inc. | 05-1993 |
| ~~CAE~~ | ~~2~~ | ~~05-656~~ | ~~Leonard Lagden v. Merck & Co., Inc., et al.~~ Opposed 5/23/05 | |
| CAE | 2 | 05-660 | Larry Graham v. Merck & Co., Inc., et al. | 05-1994 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 05-1196 | Vivian Machun, et al. v. Merck & Co., Inc. | 05-1995 |
| ~~CAN~~ | ~~3~~ | ~~05-1256~~ | ~~Nora Olson, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/13/05 | |
| **CALIFORNIA SOUTHERN** | | | | |
| CAS | 3 | 05-570 | Elaine Casey v. Merck & Co., Inc., et al. | 05-1996 |
| **CONNECTICUT** | | | | |
| CT | 3 | 05-491 | Marianne Chambers, et al. v. Merck & Co., Inc., et al. | 05-1997 |
| CT | 3 | 05-529 | Timothy A. Baskay, et al. v. Merck & Co., Inc. | 05-1998 |
| CT | 3 | 05-541 | Carol Ann Silva, et al. v. Merck & Co., Inc. | 05-1999 |
| ~~CT~~ | ~~3~~ | ~~05-543~~ | ~~JoAnn Malek v. Eric Rosenberg, M.D., et al.~~ Opposed 5/23/05 | |
| **DISTRICT OF COLUMBIA** | | | | |
| DC | 1 | 04-2188 | James C. Houston v. Merck & Co., Inc., | 05-2000 |
| **FLORIDA MIDDLE** | | | | |
| ~~FLM~~ | ~~6~~ | ~~05-449~~ | ~~Conchita Merced-Torres, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/17/05 | |
| ~~FLM~~ | ~~6~~ | ~~05-472~~ | ~~Samuel Diaz, et al. v. Merck & Co., Inc.~~ Opposed 5/17/05 | |

| DISTRICT DIV. C.A.# | | | | EDLA SEC L/3 |
|---|---|---|---|---|
| **FLORIDA SOUTHERN** | | | | |
| FLS | 0 | 05-60393 | Erna Wurthman v. Merck & Co., Inc. | 05-2001 |
| FLS | 0 | 05-60425 | Stanley Moss, et al. v. Merck & Co., Inc., et al. | 05-2002 |
| FLS | 0 | 05-60427 | Esma Destinvil v. Merck & Co., Inc. | 05-2003 |
| FLS | 0 | 05-60428 | Robert Conley v. Merck & Co., Inc., et al. | 05-2004 |
| FLS | 1 | 05-20745 | Mary N. Wright v. Merck & Co., Inc. | 05-2005 |
| FLS | 9 | 05-80244 | Anna Zielaskowski, etc. v. Merck & Co., Inc. | 05-2006 |
| FLS | 9 | 05-80255 | Matthew Elzinga, et al. v. Merck & Co., Inc., et al. | 05-2007 |
| **GEORGIA NORTHERN** | | | | 05-2008 |
| GAN | 1 | 05-840 | Mildred Phillips v. Merck & Co., Inc. | 05-2008 |
| GAN | 1 | 05-841 | Hazel Clifford v. Merck & Co., Inc. | 05-2009 |
| GAN | 1 | 05-872 | Jerry Lee Key, et al. v. Merck & Co., Inc. | 05-2010 |
| **IOWA SOUTHERN** | | | | |
| IAS | 4 | 05-179 | Lu Ann Black v. Merck & Co., Inc. | 05-2011 |
| **IDAHO** | | | | |
| ID | 2 | 05-100 | Frederick Gerrard, et al. v. Merck & Co., Inc. | 05-2012 |
| ID | 2 | 05-101 | Gisela Dreyer v. Merck & Co., Inc. | 05-2013 |
| ID | 2 | 05-102 | Sandra Christman, et al. v. Merck & Co., Inc. | 05-2014 |
| ID | 2 | 05-103 | Mary Ruby, et al. v. Merck & Co., Inc. | 05-2015 |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 05-1710 | Samuel Snow v. Merck & Co., Inc. | 05-2016 |
| ILN | 1 | 05-1820 | Evelyn Thomas, etc. v. Merck & Co., Inc. | 05-2017 |
| **KENTUCKY WESTERN** | | | | |
| KYW | 4 | 05-47 | Shirley Greer v. Merck & Co., Inc. | 05-2018 |
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 05-197 | Harry Crowell v. Merck & Co., Inc. | 05-2019 |
| **LOUISIANA WESTERN** | | | | |
| LAW | 5 | 05-431 | Johnie Ray Crooks, et al. v. Merck & Co., Inc. | 05-2020 |
| LAW | 6 | 05-508 | Charles Tidmore v. Merck & Co., Inc. | 05-2021 |
| **MASSACHUSETTS** | | | | |
| MA | 1 | 05-10583 | John D. Lach v. Merck & Co., Inc. | 05-2022 |
| **MARYLAND** | | | | |
| MD | 1 | 05-714 | Janet I. Sidle, et al. v. Merck & Co., Inc. | 05-2023 |
| **MINNESOTA** | | | | |
| MN | 0 | 05-631 | Carol J. Paschka, et al. v. Merck & Co., Inc. | 05-2024 |
| **MISSOURI EASTERN** | | | | |
| ~~MOE~~ | ~~4~~ | ~~05-431~~ | ~~Chris Piechoinski, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-433~~ | ~~Lorraine Phillip, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-434~~ | ~~Barbara O'Bannon, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-435~~ | ~~Mary Miles, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-436~~ | ~~Jeffrey McDaniel, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| MOE | 4 | 05-486 | Mary Wade v. Merck & Co., Inc. | 05-2025 |
| MOE | 4 | 05-519 | Kathryn Easter v. Merck & Co., Inc. | 05-2026 |
| MOE | 4 | 05-520 | Jerry Johnson v. Merck & Co., Inc. | 05-2027 |
| MOE | 4 | 05-521 | Vicki Loughlin v. Merck & Co., Inc. | 05-2028 |

SCHEDULE CTO-9 TAG-ALONG ACTIONS (MDL-1657)                              Page 3 of 4

                                                                          **EDLA**
<u>DISTRICT  DIV.  C.A.#</u>                                              SEC  L/3

MISSOURI WESTERN
    MOW   2  05-4093      Alois Wagner v. Merck & Co., Inc.                                  **05-2029**
    MOW   4  05-282       Ralph Bannigan v. Merck & Co., Inc.                               **05-2030**
    MOW   4  05-286       Shirley Thornton v. Merck & Co., Inc.                           **05-2031**
    MOW   6  05-3123      David Felton v. Merck & Co., Inc.                                   **05-2032**

NORTH CAROLINA EASTERN
    NCE    7  05-50        Elmer F. Miller v. Merck & Co., Inc.                              **05-2033**
    NCE    7  05-51        Harold Keith Gore v. Merck & Co., Inc.                       **05-2034**
    NCE    7  05-52        Carol Wilson v. Merck & Co., Inc.                                 **05-2035**

NEW JERSEY
    NJ     3  05-1585      Diana Burkhard, et al. v. Merck & Co., Inc.                 **05-2036**

NEW YORK EASTERN
    NYE   1  05-1635      Joseph Rocco, et al. v. Merck & Co., Inc., et al.          **05-2037**
    NYE   1  05-1636      Mary Sue Boody, Jr., et al. v. Merck & Co., Inc., et al.   **05-2038**

OHIO NORTHERN
    ~~OHN   1  05-776       Kimberly Kaiser, et al. v. Merck & Co., Inc.~~ Opposed 5/20/05
    OHN   1  05-836       Thomas C. Barnes v. Merck & Co., Inc.                          **05-2039**
    OHN   1  05-842       Alcenia Reeves v. Merck & Co., Inc.                              **05-2040**
    OHN   1  05-844       Patricia Ercegovac v. Merck & Co., Inc.                         **05-2041**
    OHN   3  05-7135      Marilyn Youngpeter, et al. v. Merck & Co., Inc.             **05-2042**
    OHN   4  05-838       Maggie Jackson v. Merck & Co., Inc.                              **05-2043**
    OHN   4  05-853       Barbara Yartz, et al. v. Merck & Co., Inc.                          **05-2044**
    OHN   5  05-810       Gertrude G. Moff, et al. v. Merck & Co., Inc.                **05-2045**
    OHN   5  05-839       Paul L. Mason v. Merck & Co., Inc.                                **05-2046**
    OHN   5  05-840       John McGregor v. Merck & Co., Inc.                                **05-2047**
    OHN   5  05-841       Robert S. Miller v. Merck & Co., Inc.                               **05-2048**
    OHN   5  05-843       Sarah Richards v. Merck & Co., Inc.                                **05-2049**
    OHN   5  05-845       Glenn J. Eagon, Sr. v. Merck & Co., Inc.                         **05-2050**
    OHN   5  05-846       Lois Carroll v. Merck & Co., Inc.                                     **05-2051**

PENNSYLVANIA EASTERN
    ~~PAE   2  05-1349      Barbara Schultz, etc. v. Merck & Co., Inc.~~ Vacated 5/19/05

PENNSYLVANIA WESTERN
    ~~PAW   2  05-386       Mary Ellen Magnifico v. Merck & Co., Inc.~~ Opposed 5/20/05

SOUTH DAKOTA
    SD     1  05-1011      Robin Bair v. Merck & Co., Inc.                                     **05-2052**

TENNESSEE EASTERN
    TNE    1  05-84        Tom Black v. Merck & Co., Inc.                                     **05-2053**

TENNESSEE WESTERN
    TNW   1  05-1083      Charles R. Dailey, Sr., et al. v. Merck & Co., Inc., et al.  **05-2054**
    TNW   1  05-1084      Gerald D. Riley, et al. v. Merck & Co., Inc., et al.       **05-2055**
    TNW   1  05-1089      Larry L. Peter, et al. v. Merck & Co., Inc., et al.        **05-2056**
    TNW   1  05-1095      Shirley F. Sanders v. Merck & Co., Inc., et al.           **05-2057**

TEXAS EASTERN
    TXE    1  05-245       Jose Luis Garcia v. Merck & Co., Inc.                            **05-2058**
    TXE    2  05-126       Mary Armstrong, et al. v. Merck & Co., Inc.                **05-2059**
    TXE    2  05-133       Billy Jack Jones v. Merck & Co., Inc.                              **05-2060**

SCHEDULE CTO-9 TAG-ALONG ACTIONS (MDL-1657)                                Page 4 of 4

| DISTRICT | DIV. | C.A.# | | EDLA SEC L/3 |
|---|---|---|---|---|
| **TEXAS SOUTHERN** | | | | |
| TXS | 4 | 05-963 | Marilyn Shepherd, etc. v. Merck & Co., Inc. | 05-2061 |
| TXS | 4 | 05-1049 | Willie Mae Presswood v. Merck & Co., Inc. | 05-2062 |
| **TEXAS WESTERN** | | | | |
| TXW | 1 | 05-191 | Alma Wheat v. Merck & Co., Inc. | 05-2063 |
| TXW | 5 | 05-205 | Bernadine Cude v. Merck & Co., Inc. | 05-2064 |
| TXW | 5 | 05-213 | Susan George, etc. v. Merck & Co., Inc. | 05-2065 |
| TXW | 5 | 05-238 | Mercy Leal, et al. v. Merck & Co., Inc. | 05-2066 |
| **UTAH** | | | | |
| UT | 2 | 05-268 | Robert Cornell, et al. v. Merck & Co., Inc. | 05-2067 |
| **VIRGINIA EASTERN** | | | | |
| VAE | 1 | 05-358 | D'Arcy Dean v. Merck & Co., Inc. | 05-2068 |
| VAE | 2 | 05-168 | Jennifer Kiyohara-Hasty v. Merck & Co., Inc. | 05-2069 |
| VAE | 3 | 05-201 | Ruth Savage v. Merck & Co., Inc. | 05-2070 |
| VAE | 3 | 05-204 | Mary K. Haislip, etc. v. Merck & Co., Inc. | 05-2071 |
| **WASHINGTON EASTERN** | | | | |
| WAE | 2 | 05-79 | Jerry Cunnington, et al. v. Merck & Co., Inc. | 05-2072 |
| WAE | 2 | 05-80 | Emil Nowoj, et al. v. Merck & Co., Inc. | 05-2073 |
| WAE | 2 | 05-81 | Larry Waybright v. Merck & Co., Inc. | 05-2074 |
| **WISCONSIN EASTERN** | | | | |
| WIE | 2 | 05-338 | Ruth N. Wilson, et al. v. Merck & Co., Inc. | 05-2075 |
| WIE | 2 | 05-339 | Sadaat Fashandi, et al. v. Merck & Co., Inc. | 05-2076 |
| WIE | 2 | 05-340 | Thomas S. Werbie, et al. v. Merck & Co., Inc. | 05-2077 |
| WIE | 2 | 05-341 | Joseph A. Mesec, et al. v. Merck & Co., Inc. | 05-2078 |
| WIE | 2 | 05-342 | Walter J. Hintz, et al. v. Merck & Co., Inc. | 05-2079 |
| WIE | 2 | 05-343 | Linda E. Davis, et al. v. Merck & Co., Inc. | 05-2080 |

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-9
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, DiSalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Bradley E. Abruzzi
Foley Hoag, LLP
155 Seaport Blvd.
Seaport World Trade Center West
Boston, MA 02210-2170

Kevin J. Adrian
Brown & James, PC
1010 Market Street, 20th Floor
St Louis, MO 63101

F. Wendell Allen
Bradley Arant Rose & White
P. O. Box 830709
Birmingham, AL 35283-0709

Susan B. Altman
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936

Alejandro Alvarez
355 Palermo Avenue
Coral Gables, FL 33134

Edward E. Angwin
Cochran, Cherry, Givens, Smith, Gulas
& Stuckey
2031 2nd Avenue North
Birmingham, AL 35203

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

William M. Audet
Alexander, Hawes & Audet, L.L.P.
300 Montgomery Street, Suite 400
San Fransisco, CA 94104

Brian K. Balser
Law Offices of Brian K. Balser
5311 Meadow Lane Court, Suite 1
Elyria, OH 44035

Charles F. Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

J. Scott Bertram
Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Amy Bloom
Steel Hector & Davis, LLP
1900 W. Phillips Point
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael K. Brown
Reed Smith, Crosby & Heafey
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Daniel Kent Bryson
Lewis & Roberts, P.L.L.C.
1305 Navaho Drive, Suite 400
Raleigh, NC 27609

Heather Butler Bush
Gordon, Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Joe B. Campbell
400 E. Main St., Suite 300
P.O. Box 1805
Bowling Green, KY 42101

William M. Cannon
Cannon & Dunphy, S.C.
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Christopher A. Chleborowicz
Lea, Rhine & Associates
314 Walnut Street
Suites 1000 & 2000
Wilmington, NC 28401-4031

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Andrew T. Citrin
Citrin & McGlothren
P.O. Drawer 2187
Daphne, AL 36526

Charles W. Cohen
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Mark E. Colbert
Wisconsin Physicians Service Insurance
Corp.
1717 W. Broadway
P.O. Box 8190
Madison, WI 53708-8190

Edward J. Cloos, III
Law Office of Edward J. Cloos, III
411 N. Theard Street
Covington, LA 70433

Julia T. Cochrun
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

Eugene A. Cooney
Cooney, Scully & Dowling
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5109

S. Tessie Corbin
Dechert, LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Thomas A. Countryman
Fulbright & Jaworski, LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Roger Thomas Creager
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230-0569

Jeanette N. Dannenfelser
Furnier & Thomas
One Financial Way, Suite 312
Cincinnati, OH 45242-5858

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64196

Stephen H. DeBaun
Office of Stephen H. DeBaun
3758 LaVista Road, Suite 100
Tucker, GA 30084

Louis A. DeMers
DeMers & Donovan
100 Howe Avenue
Suite 230 North
Sacramento, CA 95825

Jill Marie Dennis
Hunton & Williams, LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219-8966

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

Donald S. Edgar
Donald S. Edgar Law Offices
408 College Avenue
Santa Rosa, CA 95401

Karen D. Farley
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

Leonard V. Fodera
Silverman & Fodera, PC
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Anthony M. Georges-Pierre
Remer & Georges-Pierre
100 N. Biscayne Blvd., Suite 1003
Miami, FL 33132

Geoffrey L. Gifford
Pavalon, Gifford, Laatsch & Marino
Two North LaSalle Street, Suite 1600
Chicago, IL 60602

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Douglas G. Gray
Douglas G. Gray Law Offices
5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

Thomas D. Haklar
Dougherty, Hildre & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103-6624

Steven D. Hamilton
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Allison M. Heffern
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE, Suite 1200
Cedar Rapids, IA 52401-1266

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Christopher J. Hickey
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101

Bradley D. Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Mitchell R. Jensen
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Janie Lynn Jordan
Mithoff & Jacks, LLP
500 Dallas, Suite 3450
Houston, TX 77001

Jane E. Joseph
Lopez, Hodes, Restaino, Milman & Skikos
13938A Cedar Road, Suite 373
Cleveland, OH 44118

Tom Joseph
909 NE Loop 410
#600
San Antonio, TX 78209

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Grant Kaiser
Keller & Heckman
1001 G Street, NW
Suite 500 West
Washington, DC 20001

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Daniel B. King
King & King Attorneys, PC
King Building
757 Chestnut Street
Gadsden, AL 35901-4192

Jeffrey Conett Kirby
Pittman Hooks Dutton Kirby
& Hellums, PC
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

Gregory S. Kitterman
Kitterman Law Firm
1101 Garland Street
Little Rock, AR 72201

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

David Michael Kopstein
Dross, Levenstein, Perilman
& Kopstein
9220 Paloma Lane
Springfield, VA 22153

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael L. Luce
Davenport, Evans, Hurwitz & Smith
P.O. Box 1030
Sioux Falls, SD 57101-1030

Dennis S. Mackin
Office of Dennis S. Mackin
5381 Glenbrooke Trail
Dunwoody, GA 30338

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Laurence A. Marder
Salsbury Clements Bekman Marder
& Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, MD 21201

Lucien H. Marioneaux, Jr.
Barham & Warner
920 Pierremont Road, Suite 412
Shreveport, LA 71106

Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

Kevin E. McDermott
36815 Detroit Road
Avon, OH 44011

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806-2203

Juan Enrique Mejia
Watts Law Firm, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478-0801

Robert A. Meynardie
Nelson, Mullins, Riley & Scarborough
P.O. Box 30519
Raleigh, NC 27622-0519

Jessica D. Miller
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202

Douglas C. Monsour
Sloan & Monsour, P.C.
101 E. Whaley Street
P.O. Box 2909
Longview, TX 75601-2909

Henry R. Muller
1900 N. Loop W., Suite 500
Houston, TX 77018

Philip F. Mulvey, Jr.
536 Main Street
Falmouth, MA 02540

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, Suite 4800
Chicago, IL 60601-3206

John Brian T. Murray
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

David W. Oestreicher, II
307 Exchange Alley
New Orleans, LA 70130

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Higland Ave.
Jackson, TN 38033

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Jaak Olesk
Jaak Olesk Law Offices
9300 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212

Thomas P. Owen Jr
Stanley, Flanagan & Reuter
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Gale Diane Pearson
Gale D. Pearson & Associates, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Jon D. Pels
Pels, Anderson & Lee, LLC
4833 Rugby Avenue
Fourth Floor
Bethesda, MD 20814

David W. Perez
Northwestern Mutual Life Insurance Co.
720 E. Wisconsin Ave., 6th Floor
Milwaukee, WI 53202

Eric Arnold Peterson
Peterson, Bernard, Vandenberg, Zei,
Geisler & Martin
1550 Southern Blvd., Suite 300
P.O. Box Drawer 15700
West Palm Beach, FL 33146-5700

Lewis Franklin Powell, III
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Carolyn Kaye Ranke
1220 West Sixth Street, Suite 303
Cleveland, OH 44113

D. Aaron Rihn
Peirce, Raimond & Coulter, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1918

Richard J. Rosenblum
Rubin & Machado, Ltd.
120 West Madison Street, Suite 400
Chicago, IL 60602

Ann M. Scarlett
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106

Richard D. Schuler
Sculer, Wilkerson, Halvorson
& Williams P.A.
1615 Forum Place, Floor D
West Palm Beach, FL 33401

Matthew J. Schumacher
Randall & Schumacher, PLLP
400 4th Street, S., Suite 1012
Minneapolis, MN 55415

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
Hew Haven, CT 06508-1832

Manish I. Shah
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825

Anne M. Seibel
Bradley Arant Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

John Chandler Shea
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230-0569

Richard J. Simons
Furtado, Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

Robert J. Sindyla
Sindyla, Anthony & Sindyla
7425 Royalton Road
North Royalton, OH 44133-4743

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jennifer A. Slater Colon
Otjen, Van Ert, Stangle, Lieb & Wier,
S.C.
700 N. Water Street
Suite 800
Milwaukee, WI 53202-4206

Lawrence D. Smith
Walton Lantaff
9350 S. Dixie Highway, 10th Floor
Miami, FL 33156

Wayne R. Spivey
Shrager, McDaid, Loftus, Flum
& Spivey
2001 Market Street
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Dori K. Stibolt
Steel Hector & Davis
1900 W. Phillips Point
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Gary Paul Timin
Steel, Hector & Davis
215 S. Monroe Street
Suite 601
Tallahassee, FL 32301-1804

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Caroline T. Trost
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

Thomas W. Umphrey
Provost Umphrey
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Amy L. Van Dyke
Updike, Kelly & Spellacy, P.C.
One State Street
Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street, Suite 200
Kansas City, MO 64105

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Drive, #200
Coeur d'Alene, ID 83814

Paul F. Waldner
Vickery & Waldner, L.L.P.
One Riverway Drive, Suite 1150
Houston, TX 77056

Stacey C. Geber Ward
U.S. Department of Justice
Office of the U.S. Attorney
517 E. Wisconsin Ave. Rm. 530
Milwaukee, WI 53202-4206

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua Street
Tower II Bldg., 14th Floor
Corpus Christi, TX 78478

Seth Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Gaines F. West, III
West, Webb, Allbritton & Gentry
1515 Emerald Plaza
College Station, TX 77845-1515

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd., 40th Floor
Miami, FL 33131-2398

John E. Williams, Jr.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Matthew R. Willis
Provost Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77701

Benjamin C. Wilson
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Alexander W. Wright
Wayne Wright, LLP
5707 IH-10 West, Suite 101
San Antonio, TX 78201

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-9
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

~~Hon. Janet Bond Arterton~~
~~U.S. District Judge~~
~~Richard C. Lee U.S. Courthouse~~
~~141 Church Street~~
~~New Haven, CT 06510~~

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Dee V. Benson
Chief Judge, U.S. District Court
246 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2600

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Rudi M. Brewster
Senior U.S. District Judge
4165 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101-8902

Hon. Leonie M. Brinkema
U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5799

Hon. James G. Carr
Chief Judge, U.S. District Court
203 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Ruben Castillo
U.S. District Judge
Everett McKinley Dirksen Bldg.
219 South Dearborn Street
Chicago, IL 60604

Hon. Stanley R. Chesler
U.S. District Judge
5050 Clarkson S. Fisher Fed. Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. James I. Cohn
U.S. District Judge
203 U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Hon. Curtis L. Collier
U.S. District Judge
P.O. Box 831
Chattanooga, TN 37401-0931

~~Hon. Audrey B. Collins~~
~~U.S. District Judge~~
~~680 Edward Roybal Federal Building~~
~~& Courthouse~~
~~255 East Temple Street~~
~~Los Angeles, CA 90012~~

~~Hon. Anne C. Conway~~
~~U.S. District Judge~~
~~646 George C. Young U.S. Courthouse~~
~~80 N. Hughey Avenue~~
~~Orlando, FL 32801~~

Hon. Clarence Cooper
U.S. District Judge
1721 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Florence-Marie Cooper
U.S. District Judge
760 Edward R. Roybal Federal Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

Hon. Christopher F. Droney
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Peter C. Economus
U.S. District Judge
313 Federal Building & U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. James C. England
U.S. District Judge
United States Courts
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

~~Hon. Patricia C. Fawsett~~
~~Chief Judge, U.S. District Court~~
~~611 George C. Young U.S. Courthouse~~
~~80 North Hughey Avenue~~
~~Orlando, FL 32801~~

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. W. Royal Furgeson, Jr.
U.S. District Judge
John H. Wood Courthouse
655 E. Durango Blvd.
San Antonio, TX 78206

Hon. Orlando L. Garcia
U.S. District Judge
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. James S. Gwin
U.S. District Judge
510 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

~~Hon. Jean C. Hamilton~~
~~Chief Judge, U.S. District Court~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. William J. Hibbler
U.S. District Judge
1262 Everett Dirksen U.S. Courthouse
219 South Dearborn Street
Chambers 1746
Chicago, IL 60604

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Paul C. Huck
U.S. District Judge
1067 Federal Justice Bldg.
99 NE 4th Street
Miami, FL 33132

Hon. Henry E. Hudson
U.S. District Judge
U.S. District Court
112 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401-5196

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Mark R. Kravitz
U.S. District Judge
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Jonathan G. Lebedoff
U.S. Magistrate Judge
Suite 9E, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. David F. Levi~~
~~Chief Judge, U.S. District Court~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Edward J. Lodge
U.S. District Judge
Federal Building & U.S. Courthouse
MSC 040
550 West Fort Street
Boise, ID 83724

Hon. John M. Manos
Senior U.S. District Judge
16B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1841

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Frederick J. Martone
U.S. District Judge
U.S. District Court
526 Sandra Day O'Connor U.S. Courthouse
401 West Washington St., SPC62
Phoenix, AZ 85003-2158

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

~~Hon. Terrence F. McVerry~~
~~U.S. District Judge~~
~~1008 U.S. Post Office & Courthouse~~
~~700 Grant Street~~
~~Pittsburgh, PA 15219~~

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Alan H. Nevas
Senior U.S. District Judge
Brien McMahon Federal Building
& U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

~~Hon. Marilyn Hall Patel~~
~~U.S. District Judge~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102~~

~~Hon. Catherine D. Perry~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~14th Floor~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Dan A. Polster
U.S. District Judge
188 Carl B. Stokes
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Robert W. Pratt
U.S. District Judge
429 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Dean D. Pregerson
U.S. District Judge
524 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. Rudolph T. Randa
Chief Judge, U.S. District Court
247 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building
701 Clematis Street
West Palm Beach, FL 33401

Hon. Patti B. Saris
U.S. District Judge
8110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Edward F. Shea
U.S. District Judge
Federal Bldg., Suite 190
825 Jadwin Avenue
Richland, WA 99352

~~Hon. Rodney W. Sippel~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 10th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Rebecca Beach Smith
U.S. District Judge
358 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. William H. Steele
U.S. Magistrate Judge
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Richard W. Story
U.S. District Judge
2321 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street
Atlanta, GA 30303-3361

~~Hon. Richard Barclay Surrick~~
~~U.S. District Judge~~
~~8614 James A. Byrne U.S. Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106-1796~~

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Reggie B. Walton
U.S. District Judge
1843 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

~~Hon. Lesley Brooks Wells~~
~~U.S. District Judge~~
~~18A Carl B. Stokes U.S. Courthouse~~
~~801 W. Superior Avenue~~
~~Cleveland, OH 44113-1836~~

Hon. Robert H. Whaley
U.S. District Judge
P.O. Box 283
Spokane, WA 99210-0283

Hon. Richard L. Williams
Senior U.S. District Judge
Lewis F. Powell, Jr.,
U.S. Courthouse, Room 307
1000 East Main Street
Richmond, VA 23219

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-9
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

Elizabeth Paret, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Elizabeth Paret, Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Elizabeth Paret, Clerk
307 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal
Building
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal
Building & U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James R. Rosenbaum, Clerk
P.O. Box 9344
Des Moines, IA 50306

James W. McCormack, Clerk
312 Federal Building
615 South Main Street
Jonesboro, AR 72401

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S.
Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael D. Brooks, Acting Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

~~Michael E. Kunz, Clerk~~
~~2609 James A. Byrne~~
~~U.S. Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106-1796~~

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S.
Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

~~Robert V. Barth, Jr., Clerk~~
~~U.S. District Court~~
~~P.O. Box 1805~~
~~Pittsburgh, PA 15230-1805~~

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

~~Sheryl L. Loesch, Clerk~~
~~300 George C. Young U.S.~~
~~Courthouse~~
~~80 North Hughey Avenue~~
~~Orlando, FL 32801~~

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

May 23, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-9)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 5, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Deputy Clerk

Attachments

cc:   Transferee Judge:     Judge Eldon E. Fallon
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A