A CERTIFIED TRUE COPY
MAY 27 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 31  PM 3: 55

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 11 2005

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1658

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL-1657- IN RE VIOXX PRODUCTS LIABILITY LITIGATION**
**MDL-1658- IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION**

*Susan F. Deckowitz, et al. v. Merck & Co., Inc.,* N.D. Illinois, C.A. No. 1:05-1911

### MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-10) WITH SEPARATION, REMAND AND MDL-1658 CONDITIONAL TRANSFER ORDER (CTO-3)

05-2102
SECT. L MAG. 3

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 350 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On February 23, 2005, the Panel transferred eight civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings in MDL-1658 pursuant to 28 U.S.C. § 1407. Since that time, ten additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Stanley R. Chesler.

It appears that the action on this conditional transfer order (*Deckowitz*) involves questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1658 previously transferred to the District of New Jersey and assigned to Judge Chesler. *Deckowitz* comprises two of sets of claims, as follow: 1) claims of purchasers and consumers of the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims of purchasers and holders of the securities of Merck & Co., Inc. (Merck) that involve common questions of fact with the previously transferred MDL-1658 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), *Deckowitz* is transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 27 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

____ Fee ____
____ Process ____
X  /Dktd
✓  CtRmDep ____
____ Doc. No ____

**INVOLVED COUNSEL LIST (CTO-10)**
**DOCKET NO. 1657**
**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

**INVOLVED COUNSEL LIST (CTO-3)**
**DOCKET NO. 1658**
**IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION**

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark
#4800
Chicago, IL 60601-3206

Robert Joel Shelist
Shelist & Schwartz, LLP
822 West Washington Street
Chicago, IL 60607

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 27, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

**05-2102**
**SECT. L MAG. 3**

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

*Susan F. Deckowitz, et al. v. Merck & Co., Inc.,* N.D. Illinois, C.A. No. 1:05-1911

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 11, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:   Judge Eldon E. Fallon
      Transferor Judge:   Judge Marvin E. Aspen
      Transferor Clerk:   William T. Walsh

JPML Form 36A