```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

        2005 JUN -1  AM 10: 15

           LORETTA G. WHYTE
                  CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL- 1657

| | | |
|---|---|---|
| FAY W. GASPARD, as wrongful death benificiary and representative of REYNOLD VICTOR GASPARD, DECEASED | * * | Docket No. 05-1700 Section L |
| versus | | |
| MERCK, ET AL | * * * | Judge Fallon Mag. Judge Knowles |

*********************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes defendant, **Morris & Dickson Co., LLC.**, who moves this Honorable Court for an order enrolling Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell, & McDaniel, as counsel of record for defendant Morris & Dickson Co., LLC.

Respectfully submitted,

*[signature]*

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
    Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492
Counsel for Morris & Dickson Co., LLC

___ Fee_____
___ Process____
_X_ Dktd_____
_V_ CtRmDep____
___ Doc. No____

tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion to Enroll As Counsel of Record on Counsel of record via first class mail, this 31th day of May, 2005.

Catherine M. Williams (Bar Roll No. 24706)