FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -2 AM 11: 14

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAY W. GASPARD, as wrongful death benificiary and representative of REYNOLD VICTOR GASPARD, DECEASED | * * | MDL 1657 Docket No. 05-1700 Section L |
| versus | | |
| | * | Judge Fallon |
| MERCK, ET AL | * * | Mag. Judge Knowles |

*********************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxell & McDaniel be enrolled as counsel of record for **Morris & Dickson Co., LLC** in the referenced matter.

New Orleans, Louisiana this 1st day of June, 2005

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No____