FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -1 AM 10: 12

LORETTA G. WHYTE
CLERK

MDL1657

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAY W. GASPARD, as wrongful death benificiary and representative of REYNOLD VICTOR GASPARD, DECEASED | * | Docket No. 05-1700<br>Section L |
| versus | | |
| MERCK, ET AL | * | Judge Fallon |
| | * | Mag. Judge Knowles |

*********************************************

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes defendant, **Morris & Dickson Co., LLC.**, who moves this Court for an extension of time of ~~thirty (30)~~ twenty (20) days within which to plead, until June 31, 2005, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

_____
Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
     Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

>Counsel for Morris & Dickson Co., LLC
>tanzelmo@mcsalaw.com
>cwilliams@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion for Extension of Time on Counsel of record via first class mail, this 31st day of May, 2005.

>_____
>Catherine M. Williams (Bar Roll No. 24706)