FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -2 AM II: 14

LORETTA G. WHYTE
CLERK

16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAY W.  GASPARD, as wrongful death benificiary and representative of REYNOLD VICTOR GASPARD, DECEASED | * | MDL 1657 |
| | * | Docket No.  05-1700 Section L |
| versus | | |
| | * | Judge Fallon |
| MERCK, ET AL | * | |
| | * | Mag.  Judge Knowles |
| ******************************************* | | |

### ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that defendant Morris & Dickson Co., LLC,  be and it is

hereby granted an additional ~~thirty (30)~~ twenty 20 days, until June 31, 2005, in which to file responsive

pleadings.

New Orleans, Louisiana this 1st day of June, 2005

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____