IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL-1657

| | | |
|---|---|---|
| DON HUBBARD, et al | * | |
| versus | * | Docket No. 05-0953<br>Section L |
| MERCK & CO, INC., et al | | |
| | * | Judge Fallon |
| | * | Mag. Judge Knowles |

*********************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes defendant, **Allen Dickson Co, Inc.,** who moves this Honorable Court for an order enrolling Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell, & McDaniel, as counsel of record for defendant Allen Dickson Co., Inc..

Respectfully submitted,

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
      Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:    504-831-2492
Counsel for Morris & Dickson Co., LLC
tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion to Enroll As Counsel of Record on Counsel of record via first class mail, this 31th day of May, 2005.

_____
Catherine M. Williams (Bar Roll No. 24706)