*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -2 AM 11:14

LORETTA G. WHYTE
CLERK*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL 1657 c/w

| | | |
|---|---|---|
| **DON HUBBARD, et al** | * | |
| versus | * | Docket No. 05-0953<br>Section L |
| **MERCK & CO, INC., et al** | | |
| | * | Judge Fallon |
| | * | Mag. Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxell & McDaniel be enrolled as counsel of record for **Allen Dickson Co., LLC** in the referenced matter.

New Orleans, Louisiana this _1st_ day of _June_, 2005

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  /Dktd_____
___ CtRmDep_____
___ Doc. No_____