FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -1 AM 10: 16

LORETTA G. WHYTE
CLERK

MDL-1657

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DON HUBBARD, et al                          *

versus                                      *    Docket No. 05-0953
                                                 Section L
MERCK & CO, INC., et al

                                            *    Judge Fallon
                                            *    Mag. Judge Knowles
*********************************************

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes defendant, **Allen Dickson, Inc.,** who moves this Court for an extension of time of ~~thirty (30)~~ twenty 20 days within which to plead, until June 31, 2005, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation.

No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

[signature]

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
    Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492
Counsel for Allen Dickson Co., Inc.
tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com

___ Fee_____
___ Process___
X  ~~Dkd~~___
___ CtRmDep___
___ Doc. No___

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion for Extension of Time on Counsel of record via first class mail, this 31st day of May, 2005.

_____
Catherine M. Williams (Bar Roll No. 24706)