FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -2 AM 11: 13

LORETTA G. WHYTE
CLERK



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DON HUBBARD, et al | * | MDL 1657 ELW |
| versus | * | Docket No. 05-0953 |
| | | Section L |
| MERCK & CO, INC., et al | | |
| | * | Judge Fallon |
| | * | Mag. Judge Knowles |

**********************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that defendant Allen Dickson Co., Inc., be and it is hereby granted an additional twenty 20 ~~thirty (30)~~ days, until June 31, 2005, in which to file responsive pleadings.

New Orleans, Louisiana this 1st day of June 2005

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____