

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The attached Application to Serve on Discovery Committee has been received by the Court. The Court directs Plaintiffs' Liaison Counsel to take appropriate action with regard to said application.

New Orleans, Louisiana, this 1st day of June, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# LAW OFFICE
# ROBERT J. DEBRY
## AND ASSOCIATES



**SALT LAKE CITY**
4252 South 700 East
Salt Lake City, Utah 84107
Ph (801) 262-8915
Fx (801) 262-8995
Toll Free (800) 232-8915

**ST. GEORGE**
243 East St. George Blvd. Ste. 110
St. George, Utah 84770
Ph (435) 656-0198
FX (435) 688-9421
Toll Free (800) 909-3500

www.robertdebry.com

May 24, 2005

**VIA FAX & REGULAR MAIL**

The Honorable Eldon Fallon and
The Honorable Magistrate Daniel E. Knowles, III
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Russ Herman - Plaintiff's Liaison Counsel
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

Re:    APPLICATION TO SERVE ON DISCOVERY COMMITTEE

Gentlemen:

I am interested in serving as a member of the discovery committee. I have been practicing law for fourteen years in various areas of litigation. I have extensive experience in personal injury, medical malpractice and product liability cases, particularly Phen-Fen. Indeed, my Phen-Fen cases were settled in the fall of 2000, after lengthy mediation with American Home Products. I also worked extensively with Alex MacDonald from Robinson & Cole, and Mike Williams from Williams, Love, O'Lear, Craine & Powers to successfully resolve primary pulmonary hypertension cases through both mediation and litigation.

I have a great interest in the Vioxx cases from a legal and medical standpoint. My firm, Robert J. DeBry & Associates, and I are committed to putting in the time and effort necessary to see this litigation through. I have enclosed a Vita for your consideration.

With best regards, I am

Sincerely,

Nancy A. Mismash

NAM/ts
Enclosures

NANCY A. MISMASH<br>
ROBERT J. DeBRY & ASSOCIATES<br>
4252 South 700 East<br>
Salt Lake City, Utah 84107<br>
Telephone: 801/262-8915<br>
Fascimile: 801/262-8995<br>
nmismash@robertdebry.com

| | | |
|---|---|---|
| **EXPERIENCE:** | <u>Robert J. DeBry & Associates, Salt Lake City, Utah</u> | January 1996 to Present |
| | Senior litigation attorney for a plaintiff's personal injury firm. Practice involved all aspects of litigation ranging from investigation of claims to trial and appellate work. Starting in 1997 practice focused on Phen-Fen litigation, including the most medically sophisticated subset of cases, primary pulmonary hypertension claims. Practice also includes medical malpractice and product liability litigation. | |
| | <u>West Publishing, Egan, Minnesota</u> | October 1994 - December 1996 |
| | Academic representative responsible for introducing first year law students to West law as well as providing speciality training for law review, moot court, and law school faculty at five western law schools. | |
| | <u>Neways International, Salem, Utah</u> | April 1993 - July 1994 |
| | In house litigation associate for multinational corporation manufacturing and selling nutritional supplements and over the counter remedies for weight loss/control. Responsibilities included ensuring compliance with FDA labeling and marketing requirements and follow-up reporting of medical studies. | |
| **EDUCATION:** | J.D. – University of Idaho, Moscow, Idaho | December, 1991 |

| | |
|---|---|
| Master's Candidate - Department of Economics<br>University of Utah, Salt Lake City, Utah | September 1988 through July 1989 |
| B.S. Economics<br>B.S. Political Science<br>University of Utah, Salt Lake City, Utah | August 1988<br>June 1988 |

**PUBLISHED OPINIONS:**

*Neely v. Bennett,* 51 P.3d 7254 (Utah App. 2002).

*Brown v. Glover,* 16 P.3d 540 (Utah 2000).

*Tallman v. City of Hurricane,* 985 P. 2d 892 (Utah 1999)

*Thornock v. Jensen,* 950 P. 2d 441 (Utah 1997)

*Neways v. McCausland,* 950 P. 2d 420 (Utah 1997)