UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO 1657 |
| Products Liability Litigation | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO** *Krieder v. Merck & Co., Inc., et al.*, No. 05-0966, previously filed as 2:05-138; N.D. Ala.

### RITE AID'S MOTION FOR SUBSTITUTION OF COUNSEL

1. Defendants Rite Aid Corporation and Rite Aid of Alabama, Inc. ("Rite Aid") file this Motion to Substitute Charles K. Hamilton and the law firm of Bainbridge, Mims, Rogers & Smith, LLP as counsel for Rite Aid in place of Douglas Brown and the law firm of Armbrecht Jackson LLC.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. This substitution of counsel is agreed to by Rite Aid.

Rite Aid respectfully requests that the Court grant this Motion and all other just relief.

Respectfully submitted,

_____
Douglas L. Brown
Withdrawing Attorney for Defendants
Rite Aid Corporation and Rite Aid of Alabama, Inc.

OF COUNSEL:

Armbrecht Jackson LLP
Post Office Box 290
Mobile, Alabama 36601-0290
Telephone: (251) 405-1314
Facsimile: (251) 432-6843
E-mail: dlb@ajlaw.com

_____
Charles K. Hamilton
Substituting Attorney for Defendants
Rite Aid Corporation and Rite Aid of Alabama, Inc.

OF COUNSEL:

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Suite 415
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama 35253
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
E-mail: khamilton@bmrslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Rite Aid's Motion for Substitution of Counsel** has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via facsimile and/or United States Mail, postage prepaid on April 14th, 2005.

William W. Smith, Esq.
Smith & Alspaugh, P.C.
1100 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-4640

Thomas E. Walker, Esq.
Helen Kathryn Downs, Esq.
William D. Jones, III, Esq.
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, Louisiana 70113

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130

_____
OF COUNSEL