# United States District Court

EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

2005 JUN -2 PM 2:09

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| TEDDIE T. GRIFFIN AND<br>TRINA GRIFFIN | SUMMONS IN A CIVIL ACTION<br><br>CASE NUMBER:   05-0672 Div. "L" |
| V. | JUDGE FALLON |
| MERCK & COMPANY, INC. | MAGISTRATE JUDGE KNOWLES |

TO:   **MERCK & COMPANY, INC.**
      **Through It's Agent for Service**
      **C. T. Corporation System**
      **8550 United Plaza Boulevard**
      **Baton Rouge, Louisiana 70809**

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

   PATRICK C. MORROW (#9748)
   Post Office Drawer 1787
   Opelousas, Louisiana 70571-1787

an answer to the first amending complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

LORETTA G. WHYTE
_____
CLERK

_____
BY DEPUTY CLERK

MAY 2 4 2005
_____
DATE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## RETURN OF SERVICE

Served on: CT CORPORATION    Fees Tendered: -0-
(parrish n. title)

DATE: 5/25/05    Location: 8550 United Plaza Blvd.
Baton Rouge, La.

### Statement of Service Fees

TRAVEL:            SERVICES:                TOTAL:

### Declaration of Server

*I declare under penalty of perjury that the foregoing information is true and correct!*

Date: 5/25/05
Signature: [signed]

Name of Server: Billy St. Cyr
Address of Server: 219 N. Liberty
Opelousas, La