```
                                            FILED
                                      U.S DISTRICT COURT
                                    EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 JUN -2 AM 11: 14

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The attached correspondence was sent to the Court by an unrepresented individual. The Court directs Plaintiffs' Liaison Counsel to take appropriate action with regard to said correspondence.

New Orleans, Louisiana, this 1st day of June, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Robert S. Schoening
3663 Park Str. Blvd.
Apt. 1006
St. Louis Park, MN 55416

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Rec'd 6+05 Vioxx

May 24 2005

In Early April-05 I sent my paper work on my Vioxx stroke to U.S. District Judge, at this Address. It Appears from news releases I need to have a lawyer to be included in any legal action on my Vioxx stroke. I cannot afford a lawyer as I am 90 years old, my wife is in a nursing home with Alzheimers and I have very little finances. Can my request on my Vioxx stroke proceed as an individual claim?

Thank you

Robert E. Schoenely

Tuesday, May 24 • 2005

# Vioxx lawsuits likely to number about 100,000

## More than 2,000 filed so far; first might go to court in fall

**By Adam Nossiter**
*Associated Press*

NEW ORLEANS — A federal judge told lawyers Monday that there could ultimately be up to 100,000 cases filed against Merck & Co. over its now-withdrawn pain reliever Vioxx, and that he could hear a case as early as next fall.

There have been more than 2,000 cases filed against the drugmaker so far. The pretrial issues for federal cases are being handled by U.S. District Judge Eldon Fallon, and lawyers from both sides met for a monthly status conference.

Analysts have estimated that Merck's potential liability could reach $18 billion. Merck withdrew Vioxx from the market last September after a study showed it doubled risk of heart attacks and stroke in patients taking the drug longer than 18 months.

Plaintiff attorneys are squabbling with Merck over records of thousands of company employees engaged in marketing the drug. A lawyer for Merck told the court Monday that it would be "tremendously burdensome" to provide the information; the lead plaintiffs' lawyer, Russell Herman, countered afterward that Merck's sales representatives were "told to dodge" potentially awkward questions. Plaintiffs cite an internal Merck document with instructions to the representatives, referred to as "Dodge Ball Vioxx" in a court filing.

"All we want to do is spread some disinfectant," said Herman. The lead Merck lawyer, Phillip Wittmann, suggested it would be more reasonable to look at Merck employees on a case-by-case basis.

Plaintiffs are also trying to extract information from the Food and Drug Administration, which regulated the drug and has been blamed for lax oversight.

Fallon told the lawyers Monday that he wants the cases to move along, and suggested that trials in his court might be held by next fall. The company has vowed to defend every one and has set aside hundreds of millions to defend itself.

Merck shares rose 1 cent $32.63.

Star Tribune • D3

## NEWS IN BRIEF

**Vioxx lawsuits to be transferred:** Federal lawsuits alleging the recalled blockbuster arthritis drug Vioxx harmed patients will be transferred to a Louisiana judge experienced in pharmaceutical litigation for coordinating discovery and other pretrial proceedings. A panel of federal judges assigned all pending Vioxx product liability lawsuits against manufacturer Merck & Co. Inc. to U.S. District Judge Eldon Fallon of the U.S. District Court in New Orleans. Merck has said it faces at least 575 individual product liability and personal injury lawsuits over Vioxx, plus another 70 seeking class-action status. The litigation being transferred to Fallon so far includes 148 cases pending in 41 different federal courts.