UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -6 AM 11: 03

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO 1657 |
| Products Liability Litigation | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Krieder v. Merck & Co., Inc., et al.*, No. 05-0966, previously filed as 2:05-138; N.D. Ala.

## ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court considered Defendants Rite Aid Corporation and Rite Aid of Alabama, Inc.'s ("Rite Aid") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Douglas Brown and the law firm of Armbrecht Jackson LLP are granted leave to withdraw as counsel of record for Rite Aid and that they are relieved from all responsibility as counsel of record in this cause.

It is also ORDERED that Charles K. Hamilton and the law firm of Bainbridge, Mims, Rogers & Smith, LLP are now substituted as counsel of record for Rite Aid.

Signed this 6th day of June, 2005.

_____
Judge Presiding

___ Fee_____
_/ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No._____