IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                          MDL NO. 1657

    Products Liability Litigation            SECTION: L

This document relates to:                             Judge Fallon
                                                      Mag. Judge Knowles

MELISSA RIZVI, ET AL, PLAINTIFFS

VS.                                                   Cause No. 05-1793

MERCK & CO., INC., DEFENDANT

ENTRY OF APPEARANCE

    Come now Don Barrett, Walter R. Hagedorn II and David McMullan, Jr., of the law firm of Barrett Law Office, P.A., and enter their appearance as one of the attorneys of record for the Plaintiffs in the above styled cause.

                                Respectfully submitted,

                                MELISSA RIZVI, ET AL, PLAINTIFFS

                                By: _____
                                    David McMullan, Jr., MSB No. 8494

ATTORNEYS FOR PLAINTIFFS:

Don Barrett
Walter R. Hagedorn II
BARRETT LAW OFFICE, P.A.
P.O. Box 987
Lexington, MS 39095
Tel. 662 834-2376
Fax 662 834-2409

Alex Yaffe
Blake Yaffe
FOSHEE & YAFFE
P. O. Box 890420
Oklahoma City, OK 73189
Ph 405 235 9621
Fax 405 235 9439

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing Entry of Appearance to the following:

Hon. Sheryl N. Young
Hon. John A. Kenney
McAfee & Taft
A Professional Corporation
20th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102

Hon. Norman C. Kleinberg
Hon. Theodore V. H. Mayer
Hon. Charles Avrith
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY 10004-1482

by postage-paid, United States mail.

This the 26th day of May, 2005.

_____
Attorney