A CERTIFIED TRUE COPY

JUN 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -6  PM 2: 11

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Leona McFarland, et al. v. Merck & Co., Inc., et al.*, E.D. Louisiana, C.A. No. 2:05-493
(S.D. Mississippi, C.A. No. 2:03-247)

### SEPARATION OF CLAIMS AND CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that the above-captioned action (*McFarland*), which was transferred by the Panel to the Eastern District of Louisiana in the MDL-1657 initial transfer order on February 16, 2005, contains i) claims relating to ingestion of the prescription drug Vioxx that are appropriate for inclusion in MDL-1657, and ii) claims relating to ingestion of the prescription drug Celebrex that are not appropriate for inclusion in MDL-1657.

IT IS THEREFORE ORDERED that all claims of plaintiffs Leona McFarland, Antoinette Abram, Stephanie Morgan and Jessie Lee Jones in *McFarland* and all cross claims of defendant Susan Gunn, M.D., in *McFarland* be separated and remanded to the United States District Court for the Southern District of Mississippi pursuant to 28 U.S.C. § 1407(a).

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Louisiana.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee
_X_ Process
___ Dktd
___ CtRmDep
___ Doc. No

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 1, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

    *Leona McFarland, et al. v. Merck & Co., Inc., et al.*, E.D. Louisiana, C.A. No. 2:05-493
    (S.D. Mississippi, C.A. No. 2:03-247)

Dear Ms. Whyte:

    I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on May 13, 2005. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

    Please note that transmittal of the order was stayed fifteen (15) days to give any party an opportunity to oppose the remand. The fifteen-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

    Pursuant to Rule 7.6(g) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

                        Very truly,

                        Michael J. Beck
                        Clerk of the Panel

                        By _____
                                 Deputy Clerk

Enclosures

cc:    Transferee Judge: Judge Eldon E. Fallon
        Transferor Clerk: J.T. Noblin

                                                                      JPML Form 41