COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -7  PM 3: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>         Products Liability Litigation | MDL NO. 1657<br><br>SECTION: L |
| This Document Relates to: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION AND ORDER FOR
## APPOINTMENT OF INTERIM CLASS COUNSEL

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs Steering Committee (PSC) herein, which respectfully requests, pursuant to paragraph III of Pretrial Order No. 16 and the provisions of Rule 23(g)(2)(A) of the Federal Rules of Civil Procedure, that the Court appoint the members of the PSC as interim class counsel at this time, with respect to the purported class claims and actions made in this MDL, and which further represents to the Court that counsel for defendants have confirmed that defendants do not oppose this motion.

Respectfully submitted,

BY: _____
GERALD E. MEUNIER, #9471
Gainsburgh, Benjamin, David, Meunier
& Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone:  504/522-2304
Facsimile:   504/528-9973

**ON BEHALF OF PLAINTIFFS STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 7th day of June, 2005.

_____
GERALD E. MEUNIER