

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -8 PM 2:35

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>         Products Liability Litigation | MDL NO. 1657<br><br>SECTION: L |
| This Document Relates to: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing motion,

IT IS ORDERED that, pursuant to Rule 23(g)(2)(A) of the Federal Rules of Civil Procedure, the members of the Plaintiffs Steering Committee (PSC) be appointed as interim class counsel.

NEW ORLEANS, LOUISIANA, this _7th_ day of June, 2005.

_____
                JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____