# ▌▍‖ WheelerTriggKennedy LLP

Andrew H. Myers
(303) 244-1802
myers@wtklaw.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 10  PM 4:18

LORETTA G. WHYTE
CLERK

June 8, 2005

Clerk
United States District Court
   for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA  70130

      Re:    *In re Vioxx Products Liability Litigation*, MDL No. 1657
               Individual Case: *Kleinstein v. Merck & Co.*, MDL individual case no. 05-1733

Dear Clerk:

     It has come to my attention that the docket in the *Kleinstein* matter reflects my appearance as counsel for Merck & Co., but lists my firm affiliation as Arnold & Porter.  This is incorrect.  All pleadings filed on behalf of Merck in *Kleinstein* have reflected my firm affiliation as Wheeler Trigg Kennedy LLP.  Please correct my address on your docket sheet to:

           Andrew H. Myers, Esq.
           Wheeler Trigg Kennedy LLP
           1801 California St., Suite 3600
           Denver, CO  80202
           303/244-1800.

     I appreciate your attention to this detail.

                    Very truly yours,

                    Andrew H. Myers

Fee_____
Process_____
X_ Dkd_____
CtRmDep_____
Doc. No_____