A CERTIFIED TRUE COPY

JUN -7 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 13 PM 1:27

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER ((CTO-11))*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 439 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN -7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dkd_____
___ CtRmDep_____
___ Doc. No_____

# SCHEDULE CTO-11 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV. C.A | CASE CAPTION | EDLA |
|---|---|---|
| | | SEC. L/3 |
| **ALABAMA MIDDLE** | | |
| ALM 3 05-366 | Diana D. James v. Merck & Co., Inc., et al. | 05-2242 |
| **ALABAMA NORTHERN** | | |
| ALN 3 05-697 | Linda Miller, etc. v. Merck & Co., Inc. | 05-2243 |
| ALN 5 05-736 | Janelle Conly v. Merck & Co., Inc. | 05-2244 |
| ALN 5 05-737 | Gladys Ruth Neely v. Merck & Co., Inc. | 05-2245 |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC 2 05-2485~~ | ~~Mike Alfonso, et al. v. Merck & Co., Inc., et al.~~ Vacated 6/6/05 | |
| ~~CAC 2 05-2487~~ | ~~Elida Alaniz, et al. v. Merck & Co., Inc., et al.~~ Vacated 6/6/05 | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 05-580 | Evelyn Mayo v. Merck & Co., Inc. | 05-2246 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-1462 | Richard K. Critchlow v. Merck & Co., Inc. | 05-2247 |
| CAN 3 05-1463 | Frank Womack, et al. v. Merck & Co., Inc. | 05-2248 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1 05-742 | Ernest D. Bell v. Merck & Co., Inc. | 05-2249 |
| **FLORIDA MIDDLE** | | |
| FLM 2 05-138 | Claire Sullivan, et al. v. Merck & Co., Inc. | 05-2250 |
| ~~FLM 3 05-31~~ | Sandra Lowe, etc. v. Merck & Co., Inc. (should be FLM 3:05-315) | 05-2251 |
| FLM 8 05-736 | John L. Bunch, et al. v. Merck & Co., Inc. | 05-2252 |
| FLM 8 05-737 | J. Barna, et al. v. Merck & Co., Inc. | 05-2253 |
| FLM 8 05-738 | Patricia A. Barfield v. Merck & Co., Inc. | 05-2254 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 05-60385 | Robert Wayne Jones, et al. v. Merck & Co., Inc. | 05-2255 |
| FLS 0 05-60498 | Shawn Ryan, et al. v. Merck & Co., Inc. | 05-2256 |
| FLS 9 05-80292 | Joan Berman, et al. v. Merck & Co., Inc. | 05-2257 |
| **GEORGIA MIDDLE** | | |
| GAM 4 05-34 | Catherine P. Ghant, etc. v. Merck & Co., Inc. | 05-2258 |
| **GEORGIA SOUTHERN** | | |
| GAS 4 05-56 | Gladys M. Jackson v. Merck & Co., Inc. | 05-2259 |
| **IOWA SOUTHERN** | | |
| IAS 1 05-9 | Dennis Mefferd v. Merck & Co., Inc. | 05-2260 |
| IAS 4 05-216 | Pamela Fleckenstein, et al. v. Merck & Co., Inc. | 05-2261 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-2062 | Robert Harrison v. Merck & Co., Inc. | 05-2262 |
| ILN 1 05-2076 | James Radats v. Merck & Co., Inc. | 05-2263 |
| ILN 1 05-2260 | Lona Jean Wilson, etc. v. Merck & Co., Inc., et al. | 05-2264 |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA |
|---|---|---|
| ILLINOIS SOUTHERN | | SEC. L/3 |
| ILS 3  05-247 | Richard Behnken v. Merck & Co., Inc. | 05-2265 |
| ILS 3  05-254 | Kathleen Schulten v. Merck & Co., Inc. | 05-2266 |
| ILS 3  05-280 | August Battaglia v. Merck & Co., Inc. | 05-2267 |
| ILS 3  05-281 | Margaret Aguirre v. Merck & Co., Inc., et al. | 05-2268 |
| INDIANA SOUTHERN | | |
| INS 1  05-349 | Sheet Metal Workers Local No. 20 Welfare & Benefit Funds, et al. v. Merck & Co., Inc. | 05-2269 |
| INS 1  05-508 | Michelle Biondillo, et al. v. Merck & Co., Inc. | 05-2270 |
| INS 1  05-538 | Anita Ahern, etc. v. Merck & Co., Inc. | 05-2271 |
| KENTUCKY EASTERN | | |
| KYE 2  05-67 | Thomas Marshall, et al. v. Merck & Co., Inc. | 05-2272 |
| LOUISIANA WESTERN | | |
| LAW 1  05-606 | Cindy Huckaby v. Merck & Co., Inc., et al. | 05-2273 |
| LAW 2  05-647 | Carol Frank v. Merck & Co., Inc. | 05-2274 |
| LAW 2  05-648 | Sayretha Leday v. Merck & Co., Inc. | 05-2275 |
| LAW 2  05-654 | Barbara Morgan v. Merck & Co., Inc. | 05-2276 |
| LAW 2  05-655 | Leland Ryan, Sr. v. Merck & Co., Inc. | 05-2277 |
| LAW 5  05-36 | Jane Carey v. Merck & Co., Inc. | 05-2278 |
| LAW 6  05-680 | Harry Francis, III v. Merck & Co., Inc. | 05-2279 |
| MICHIGAN EASTERN | | |
| MIE 2  05-71577 | Frankenmuth Financial Group, et al. v. Merck & Co., Inc. | 05-2280 |
| MINNESOTA | | |
| MN 0  05-517 | Kristi Dills, etc. v. Merck & Co., Inc. | 05-2281 |
| MN 0  05-709 | Betty Schleich, etc. v. Merck & Co., Inc. | 05-2282 |
| MN 0  05-729 | Benny Ray Beavers v. Merck & Co., Inc. | 05-2283 |
| MN 0  05-777 | Rose Marie Heerwald v. Merck & Co., Inc. | 05-2284 |
| MN 0  05-818 | Johnny M. Peele, etc. v. Merck & Co., Inc. | 05-2285 |
| MISSOURI EASTERN | | |
| MOE 4  05-402 | Deryl Orton v. Merck & Co., Inc. | 05-2286 |
| MOE 4  05-523 | Kenneth Diel v. Merck & Co., Inc. | 05-2287 |
| ~~MOE 4  05-568~~ | ~~Letty Bess, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/6/05 | |
| ~~MOE 4  05-569~~ | ~~Arthur Mullins, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/6/05 | |
| MOE 4  05-571 | Harshad Patel v. Merck & Co., Inc. | 05-2288 |
| MOE 4  05-624 | Gavin Dineen v. Merck & Co., Inc. | 05-2289 |
| MISSOURI WESTERN | | |
| MOW 4  05-360 | Johnny Robinson, et al. v. Merck & Co., Inc. | 05-2290 |
| NORTH CAROLINA MIDDLE | | |
| ~~NCM 1  05-348~~ | ~~Jimmy Reid v. Merck & Co., Inc.~~ Opposed 6/6/05 | |
| NEVADA | | |
| NV 3  05-201 | Michael Diaz v. Merck & Co., Inc. | 05-2291 |
| NEW YORK EASTERN | | |
| NYE 1  05-1753 | Victor Robles, etc. v. Merck & Co., Inc. | 05-2292 |
| NYE 1  05-1793 | Helen Bromfeld v. Merck & Co., Inc. | 05-2293 |
| NYE 2  05-1582 | The County of Suffolk, New York v. Merck & Co., Inc. | 05-2294 |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| **NEW YORK NORTHERN** | | |
| NYN 5 05-451 | Margaret E. Witzke v. Merck & Co., Inc. | 05-2295 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-3428 | John Popper, et al. v. Merck & Co., Inc., et al. | 05-2296 |
| NYS 1 05-3643 | Carlo DeVincentiis, et al. v. Merck & Co., Inc. | 05-2297 |
| NYS 1 05-3644 | Trina Pritchard, etc. v. Merck & Co., Inc., et al. | 05-2298 |
| **OHIO NORTHERN** | | |
| OHN 1 05-867 | Paul Hamrick v. Merck & Co., Inc. | 05-2299 |
| OHN 1 05-885 | Mary Pierce v. Merck & Co., Inc. | 05-2300 |
| OHN 1 05-886 | Nicholas Costa v. Merck & Co., Inc. | 05-2301 |
| OHN 1 05-887 | Virginia C. Marcum, et al. v. Merck & Co., Inc. | 05-2302 |
| OHN 1 05-888 | Mary Gaines v. Merck & Co., Inc. | 05-2303 |
| OHN 1 05-889 | Clyde Wade v. Merck & Co., Inc. | 05-2304 |
| OHN 1 05-890 | Ina Rothman v. Merck & Co., Inc. | 05-2305 |
| OHN 1 05-891 | Hipolito Adorno Gonzalez v. Merck & Co., Inc. | 05-2306 |
| OHN 1 05-892 | Rufus Foster v. Merck & Co., Inc. | 05-2307 |
| OHN 1 05-893 | Maria E. Quinn, etc. v. Merck & Co., Inc. | 05-2308 |
| OHN 1 05-907 | Azell Warner, et al. v. Merck & Co., Inc. | 05-2309 |
| OHN 1 05-908 | Larry A. Haines, et al. v. Merck & Co., Inc. | 05-2310 |
| OHN 1 05-909 | Pamela Hilton, etc. v. Merck & Co., Inc. | 05-2311 |
| OHN 1 05-910 | Charles Smith, Jr. v. Merck & Co., Inc. | 05-2312 |
| OHN 1 05-913 | Ralph E. Sheetz, et al. v. Merck & Co., Inc. | 05-2313 |
| OHN 1 05-916 | Melvin House, et al. v. Merck & Co., Inc. | 05-2314 |
| OHN 1 05-969 | Helene M. Royse v. Merck & Co., Inc. | 05-2315 |
| OHN 3 05-7133 | Robert L. Boyer v. Merck & Co., Inc. | 05-2316 |
| OHN 3 05-7137 | Jerry D. Scouten, et al. v. Merck & Co., Inc. | 05-2317 |
| OHN 3 05-7145 | David Wade Clemens, et al. v. Merck & Co., Inc. | 05-2318 |
| OHN 3 05-7150 | Mary A. Bails v. Merck & Co., Inc. | 05-2319 |
| OHN 3 05-7151 | Bryan B. Goeble, et al. v. Merck & Co., Inc. | 05-2320 |
| OHN 5 05-837 | James E. Fisk v. Merck & Co., Inc. | 05-2321 |
| OHN 5 05-914 | James Sargiovanni v. Merck & Co., Inc. | 05-2322 |
| OHN 5 05-915 | Mary Gatling v. Merck & Co., Inc. | 05-2323 |
| **OHIO SOUTHERN** | | |
| OHS 1 05-220 | Bert Harbin v. Merck & Co., Inc. | 05-2324 |
| OHS 1 05-221 | Claudia Taylor v. Merck & Co., Inc. | 05-2325 |
| OHS 1 05-222 | Angie Ross v. Merck & Co., Inc. | 05-2326 |
| OHS 1 05-230 | Chris Mersman, et al. v. Merck & Co., Inc. | 05-2327 |
| OHS 1 05-235 | Annie Bradford v. Merck & Co., Inc. | 05-2328 |
| OHS 1 05-236 | Naomi Powell, et al. v. Merck & Co., Inc. | 05-2329 |
| OHS 1 05-239 | John W. Kemp, et al. v. Merck & Co., Inc. | 05-2330 |
| OHS 2 05-315 | Robert M. Vermillion v. Merck & Co., Inc. | 05-2331 |
| OHS 2 05-316 | Jose Espinoza v. Merck & Co., Inc. | 05-2332 |
| OHS 2 05-317 | A. Neil Johnson, et al. v. Merck & Co., Inc. | 05-2333 |
| OHS 2 05-319 | Livinus U. Nwampka, et al. v. Merck & Co., Inc. | 05-2334 |
| OHS 2 05-323 | Sherry Oiler v. Merck & Co., Inc. | 05-2335 |
| OHS 2 05-324 | Gary Strapp, et al. v. Merck & Co., Inc. | 05-2336 |
| OHS 2 05-325 | Lillie Mae Boswell v. Merck & Co., Inc. | 05-2337 |
| OHS 2 05-326 | Tony Banfield v. Merck & Co., Inc. | 05-2338 |
| OHS 2 05-327 | Charles Dudas v. Merck & Co., Inc. | 05-2339 |
| OHS 2 05-328 | Gary Strapp, et al. v. Merck & Co., Inc. | 05-2340 |
| OHS 2 05-329 | Rosemary Nash v. Merck & Co., Inc. | 05-2341 |
| OHS 2 05-331 | James Oliver v. Merck & Co., Inc. | 05-2342 |
| OHS 2 05-332 | Wilma Bradam v. Merck & Co., Inc. | 05-2343 |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| OHS 2 05-337 | Gloria Morris, et al. v. Merck & Co., Inc. | 05-2344 |
| OHS 2 05-339 | Elna Looney v. Merck & Co., Inc. | 05-2345 |
| OHS 2 05-340 | Eugene Howard, et al. v. Merck & Co., Inc. | 05-2346 |
| OHS 2 05-341 | Margaret Byerly v. Merck & Co., Inc. | 05-2347 |
| OHS 2 05-342 | Earl Munyan, et al. v. Merck & Co., Inc. | 05-2348 |
| OHS 2 05-343 | Grant N. McCune, et al. v. Merck & Co., Inc. | 05-2349 |
| OHS 2 05-344 | Pam Hanson v. Merck & Co., Inc. | 05-2350 |
| OHS 2 05-354 | Marchelle S. Adams v. Merck & Co., Inc. | 05-2351 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-1610 | Judith Lawrence-Wicks, et al. v. Merck & Co., Inc., et al. | 05-2352 |
| PAE 2 05-1611 | Mabel Slade v. Merck & Co., Inc., et al. | 05-2353 |
| PAE 2 05-1612 | Betty Rayford v. Merck & Co., Inc., et al. | 05-2354 |
| PAE 2 05-1615 | Betty Laney, et al. v. Merck & Co., Inc., et al. | 05-2355 |
| PAE 2 05-1850 | Larry Krieg, et al. v. Merck & Co., Inc. | 05-2356 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 05-425 | Beverly Baker, etc. v. Merck & Co., Inc. | 05-2357 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1096 | Doyle Johnson v. Merck & Co., Inc., et al. | 05-2358 |
| TNW 2 05-2251 | Betty J. Grose v. Merck & Co., Inc. | 05-2359 |
| **TEXAS EASTERN** | | |
| TXE 1 05-253 | Richard Cutbirth v. Merck & Co., Inc. | 05-2360 |
| TXE 1 05-266 | Larry Polk v. Merck & Co., Inc. | 05-2361 |
| TXE 1 05-272 | Debbie Radley, etc. v. Merck & Co., Inc. | 05-2362 |
| TXE 1 05-276 | Racheal Ceaser v. Merck & Co., Inc. | 05-2363 |
| TXE 2 05-134 | Ella Burks, et al. v. Merck & Co., Inc. | 05-2364 |
| TXE 5 05-52 | Douglas Dale Swink v. Merck & Co., Inc. | 05-2365 |
| TXE 5 05-53 | Donna Lynn Watson v. Merck & Co., Inc. | 05-2366 |
| **TEXAS NORTHERN** | | |
| TXN 3 05-745 | Arthur Carpenter, et al. v. Merck & Co., Inc. | 05-2367 |
| TXN 3 05-969 | Betty Dutlon, et al. v. Merck & Co., Inc. | 05-2368 |
| **TEXAS SOUTHERN** | | |
| TXS 2 05-188 | Marina V. Afanasyeva v. Merck & Co., Inc. | 05-2369 |
| TXS 4 05-882 | Joel W. Yeakley, M.D., et al. v. Merck & Co., Inc. | 05-2370 |
| TXS 4 05-1198 | Katie Smith v. Merck & Co., Inc. | 05-2371 |
| TXS 4 05-1199 | Enrique Villafranca, et al. v. Merck & Co., Inc. | 05-2372 |
| TXS 4 05-1354 | Brenda Green-Watkins, et al.v. Merck & Co., Inc. | 05-2373 |
| TXS 4 05-1429 | Perry Washington, et al. v. Merck & Co., Inc. | 05-2374 |
| TXS 6 05-37 | Larry Wolfe v. Merck & Co., Inc. | 05-2375 |
| ~~TXS 6 05-4~~ | Leslie Bouldin, et al. v. Merck & Co., Inc. (should be TXS 6:05-48) | 05-2376 |
| **TEXAS WESTERN** | | |
| TXW 4 05-27 | Francisca Lozano, et al. v. Merck & Co., Inc. | 05-2377 |
| TXW 6 05-137 | Nettie Patterson v. Merck & Co., Inc. | 05-2378 |
| TXW 6 05-138 | Georgelene Smith v. Merck & Co., Inc. | 05-2379 |
| TXW 6 05-146 | Sylvia Castillo, et al. v. Merck & Co., Inc. | 05-2380 |
| **UTAH** | | |
| UT 2 05-267 | Alissa Blake, etc. v. Merck & Co., Inc. | 05-2381 |

SCHEDULE CTO-11 TAG-ALONG ACTIONS  (MDL-1657)                                         PAGE 5 of 5

| DISTRICT  DIV. C.A | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| **VIRGINIA EASTERN** | | |
| VAE  2  05-187 | Belisa Benjumea v. Merck & Co., Inc., et al. | 05-2382 |
| VAE  3  05-287 | Warren L. Meggison v. Merck & Co., Inc. | 05-2383 |
| **VIRGINIA WESTERN** | | |
| VAW  2  05-16 | David Morrison Akers, et al. v. Merck & Co., Inc., et al. | 05-2384 |
| VAW  2  05-17 | Bonnie Booher, et al. v. Merck & Co., Inc., et al. | 05-2385 |
| **WASHINGTON EASTERN** | | |
| WAE  2  05-3039 | David N. Raglin v. Merck & Co., Inc. | 05-2386 |
| **WISCONSIN EASTERN** | | |
| WIE  2  05-337 | Jeffrey W. Corcoran, et al. v. Merck & Co., Inc. | 05-2387 |
| WIE  2  05-389 | Odell Harris v. Merck & Co., Inc. | 05-2388 |
| WIE  2  05-390 | Isidoro Lugo v. Merck & Co., Inc. | 05-2389 |
| WIE  2  05-391 | Christine Patterson v. Merck & Co., Inc. | 05-2390 |
| WIE  2  05-392 | Shirley Pekarske v. Merck & Co., Inc. | 05-2391 |
| WIE  2  05-393 | Margaret Payne v. Merck & Co., Inc. | 05-2392 |
| **WEST VIRGINIA NORTHERN** | | |
| ~~WVN  5  05-48~~ | ~~Shelia Dalgo v. Merck & Co., Inc.~~ Opposed 6/7/05 | |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS  1  05-323 | Doris Haynes, et al. v. Merck & Co., Inc. | 05-2393 |

# INVOLVED COUNSEL LIST (CTO-11)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Lopez, Hodes, Restaino, Milman
& Skikos
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101-2000

Joseph R. Alexander, Jr.
Hanen, Alexander, Johnson
& Spalding
3450 One Allen Center
Houston, TX 77002

F. Wendell Allen
Bradley Arant Rose & White, LLP
P. O. Box 830709
Birmingham, AL 35283-0709

Alejandro Alvarez
355 Palermo Avenue
Coral Gables, FL 33134

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Charles Avrith
Hughes, Hubbard & Reed, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071-3442

Crystal Bowie Baker
Nelson Mullins Riley & Scarborough, LLP
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kathryn E. Barnett
Lieff, Cabraser, Heimann
& Bernstein, L.L.P.
3319 West End Avenue, Suite 600
Nashville, TN 37203-1074

Deidre Baumann
Baumann, Shuldiner & Lee
79 West Monroe Street, Suite 900
Chicago, IL 60603

Donald G. Beattie
Beattie Law Firm PC
4300 Grand Ave
Des Moines, IA 50312

Mark Belz
Belz & Jones
7777 Bonhomme, Ave., Suite 1605
St. Louis, MO 63105-1911

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Kevin F. Berry
Cozen & O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Christopher J. Blake
Nelson, Mullins, Riley & Scarborough, LLP
Glenlake One Suite 200
4140 Parklanke Ave.
Raleigh, NC 27612

Steven J. Boranian
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Terry N. Brown
Brown & Associates
5520 West Main Street
Belleville, IL 62226

William M. Cannon
Cannon & Dunphy, S.C.
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Douglas E. Chaves
Gonzales, Hoblit & Ferguson
802 N. Carancahua, Suite 2000
Corpus Christi, TX 78470

James W. Childress
Pruitt, Neeley & Childress, PLLC
P.O. Box 1259
Grundy, VA 24614

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Phillip A. Ciano
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Cleveland, OH 44113

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli
1220 Huron Road, Tenth Floor
Cleveland, OH 44115

Edward J. Cloos, III
Law Office of Edward J. Cloos, III
411 N. Theard Street
Covington, LA 70433

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

James P. Costello
Costello, McMahon & Burke, Ltd.
150 North Wacker Drive, Suite 3050
Chicago, IL 60606

Roger Thomas Creager
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230

Judith Crumpton
2266 Derby Street
Baldwin, NY 11510

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue, Suite 100
Birmingham, AL 35205

Kyle B. Davis
P.O. Box 1221
New Boston, TX 75570

Amy Ficklin Debrota
Price, Waicukauski, Riley & Debrota
301 Massachusetts Avenue
Indianapolis, IN 46204

Mark A. DiCello
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Neal A. Eisenbraun
Eisenbraun Law Office
2599 Mississippi Street
New Brighton, MN 55112

James Esparza
Esparza Law Firm
1434 East 4500 South
# 100
Salt Lake City, UT 84117

Julie J. Flessas
Turner & Flessas SC
411 E. Wisconsin Ave., Suite 505
Milwaukee, WI 53202

E. Ben Franks
Law Offices of E. Ben Franks
8 Woodmont Crossing
Texarkana, TX 75503

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Anthony Gallucci
Kelley & Ferraro
1300 East Ninth Street
1901 Bond Court Bldg.
Cleveland, OH 44114

Mark R. Galzerano
1301 Hornyak Drive
Aliquippa, PA 15001-4544

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Evan S. Glanz
Gibbons, Del Deo, Dolan, Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102

Ismael Gonzalez
Ismael Gonzalez, P.C.
53 West 36th Street, Suite 605
New York, NY 10018

Tim K. Goss
Capshaw Goss & Bowers
3031 Allen Street, Suite 200
Dallas, TX 75204

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Hunstville, AL 35804

Brian J. Green
Shapero, Green & Michel
220 Signature Square, II
25151 Chagrin Blvd.
Cleveland, OH 44122

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

Charles C. Harrell
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Barbara J. Hart
Goodkind, Labaton, Rudoff
& Sucharow, LLP
100 Park Avenue, 12th Floor
New York, NY 10017-5563

James C. Hayes, III
Office of James C. Hayes, III
40 Division Street
Amsterdam, NY 12010

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Allison M. Heffern
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE, Suite 1200
Cedar Rapids, IA 52401-1266

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Joseph K. Hetrick
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Christopher J. Hickey
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Charles R. Houssiere, III
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Michael K. Houtz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road, Suite 320
Baltimore, MD 21208

Mitchell R. Jensen
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Charles H. Johnson
Charles H. Johnson & Assoicates, PA
12226 Nicollet Avenue, South
P.O. Box 1967
Burnsville, MN 55337

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Michael V. Kelley
Kelley & Ferraro
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Russell M. Koefoed
Barlow, Kobata & Denis
222 South Riverside Plaza, Suite 1410
Chicago, IL 60606

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell & Matthews, PA
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Theodore V. Mayer
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Timothy W. McAfee
McAfee Law Firm, P.C.
P.O. Box 656
Norton, VA 24273-0656

Kevin E. McDermott
36815 Detroit Road
Avon, OH 44011

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Michael D. Meadows
Casper, Meadows & Schwartz
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596

Ronald J. Miciotto
Miciotto, King & King
628 Stoner Avenue
Shreveport, LA 71101

Jessica D. Miller
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Patricia L. Mitchell
Shawn, Khorrami Law Offices
14550 Haynes Street, 3rd Floor
Van Nuys, CA 91411

Richard W. Mithoff, Jr.
Mithoff & Jacks
500 Dallas, Suite 3450
Penthouse, One Allen Center
Houston, TX 77002

William H. Monroe, Jr.
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Patrick J. Mulligan
Law Office of Patrick J. Mulligan
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

John T. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202

William O'Mara
PO Box 2270
Reno, NV 89505

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Lloyd Pierre-Louis
Law Offices of Squire
& Pierre-Louis, LLC
65 East State Street, Suite 200
Columbus, OH 43215

Thomas Plouff
Plouff Law Offices, PC
1117 22nd Street, South
Birmingham, AL 35205

Matthew N. Pope
Office of Matthew N. Pope
945 Broadway, Suite 205
Columbus, GA 31901-2624

Lewis Franklin Powell, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Carolyn Kaye Ranke
1220 West Sixth Street, Suite 303
Cleveland, OH 44113

Jimmy Reid
1421 Miltonwood Road
Brown Summit, NC 27214

D. Aaron Rihn
Peirce, Raimond & Coulter, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1918

Randell C. Roberts
Roberts & Roberts
118 W. Fourth Street
Tyler, TX 75701-4000

Robert W. Rowan
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103

Michael J. Ryan
Krupnick, Campbell, Malone,
Roselli, et al.
700 S.E. 3rd Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, FL 33316-1186

Robert L. Salim
P.O. Box 2069
Natchitoches, LA 71457-2069

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Richard D. Schuler
Sculer, Wilkerson, Halvorson
& Williams P.A.
1615 Forum Place, Floor D
West Palm Beach, FL 33401

Chad Schulze
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Daniel B. Scott
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Anne M. Seibel
Bradley Arant Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Arthur Sherman
Sherman, Salkow, Petoyan & Weber
11601 Wilshire Blvd., Suite 675
Los Angeles, CA 90025-1742

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street, Suite 2500
LL&E Tower
New Orleans, LA 70112

Joseph W. Steele
Steele, Ruffinengo & Biggs
50 South Main Street, Suite 1550
Salt Lake City, UT 84144

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Jason J. Thompson
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202

Chad M. Tuschman
Williams, Jilek, Lafferty, Gallagher & Scott Co.
500 Toledo Legal Building
416 North Erie Street
Toledo, OH 43624-1696

Monica Celeste Vaughan
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Three Post Oak Central
Houston, TX 77056-3815

Marcus W. Viles
Viles & Beckham, P.A.
2075 West First Street, Suite 100
P.O. Box 2486
Ft. Myers, FL 33902

Seth S. Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd.
Suite 4000
Miami, FL 33131-2398

Andrew J. Wilson
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Richard E. Wilson
Cox & Cox, et al.
723 Broad Street
Lake Charles, LA 70601

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

David W. Zoll
Zoll & Kranz, LLC
6620 W. Central Ave., Suite 200
Toledo, OH 43617

Matthew Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-0466

# INVOLVED JUDGES LIST (CTO-11)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Lynn S. Adelman
U.S. District Judge
204 U.S. Courthouse & Fed. Bldg.
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street, Suite 13-200
Sacramento, CA 95814

Hon. William E. Callahan, Jr.
U.S. Magistrate Judge
449 U.S. Courthouse & Fed Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. James G. Carr
Chief Judge, U.S. District Court
203 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. James I. Cohn
U.S. District Judge
203 U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33301

~~Hon. Florence-Marie Cooper~~
~~U.S. District Judge~~
~~760 Edward R. Roybal Fed.~~
~~Bldg. & Courthouse~~
~~255 East Temple Street~~
~~Los Angeles, CA 90012~~

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street, Suite 11-350
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
3-160 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Samuel Der-Yeghiayan
U.S. District Judge
United States District Court
Everett McKinley Dirksen
& U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Paul S. Diamond
U. S District Court
17613 James A. Byrne U. S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Federal
Building
Two South Main Street
Akron, OH 44308

Hon. Dee D. Drell
U.S. District Judge
P.O. Box 1071
Alexandria, LA 71309

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. Peter C. Economus
U.S. District Judge
313 Fed. Bldg. & U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. B. Avant Edenfield
U.S. District Judge
P.O. Box 9865
Savannah, GA 31412

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey U. S. District Court
515 Rusk Street, Room 8631
Houston, TX 77002

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. David A. Faber
Chief Judge, U.S. District Court
Post Office Box 5009
Beckley, WV 25801

Hon. A. Joe Fish
Chief Judge, U.S. District Court
1528 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

~~Hon. Audrey G. Fleissig~~
~~U.S Magistrate Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South 10th Street, Suite 3300~~
~~St. Louis, MO 63102-9958~~

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & P.O. Bldg.
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Bernard A. Friedman
Chief Judge, U.S. District Court
238 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Gregory L. Frost
U.S. District Judge
349 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. James L. Graham
Senior U.S. District Judge
169 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Ronald A. Guzman
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. James S. Gwin
U.S. District Judge
510 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Fed. Bldg.
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. William T. Hart
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Sarah W. Hays
U.S. Magistrate Judge
6672 Charles Evans Whittaker
U.S.Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 U.S. Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. John D. Holschuh
Senior U.S. District Judge
109 Joseph P. KinnearyU.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Joseph M. Hood
U.S. District Judge
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Dora Lizette Irizarry
U.S. District Judge
U.S. District Court
365 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Janis Graham Jack
U.S. District Judge
320 United States Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. James P. Jones
Chief Judge, U.S. District Court
P.O. Box 669
Abingdon, VA 24212

Hon. Robert A. Junell
U.S. District Judge
101 Federal Building
200 East Wall Street
Midland, TX 79701

Hon. David A. Katz
Senior U.S. District Judge
215 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Marvin Katz
Senior U.S. District Judge
13613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1750

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Ronald E. Longstaff
Chief Judge, U.S. District Court
422 U.S. Courthouse
123 East Walnut Street, Suite 422
Des Moines, IA 50309

Hon. John M. Manos
Senior U.S. District Judge
16B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1841

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Crthse.
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. Howard D. McKibben
Senior U.S. District Judge
Bruce R. Thompson U.S. Courthouse
and Federal Building, Suite 804
400 South Virginia Street
Reno, NV 89501

Hon. Terrence F. McVerry
U.S. District Judge
1008 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton
U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. James S. Moody, Jr.
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Norman A. Mordue
U.S. District Judge
P.O. Box 7336
Syracuse, NY 13261

Hon. Henry C. Morgan, Jr.
Senior U.S. District Judge
329 Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton U. S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Michael B. Mukasey
Chief Judge, U.S. District Court
2240 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U. S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1838

Hon. Thomas C. Platt, Jr.
Senior U.S. District Judge
U.S. District Court
Long Island Federal Courthouse
1044 Federal Plaza
Central Islip, NY 11722

Hon. Louis H. Pollak
Senior U.S. District Judge
16613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Dan A. Polster
U.S. District Judge
188 Carl B. Stokes
801 W. Superior Avenue
Cleveland, OH 44113

Hon. John D. Rainey
U.S. District Judge
406 Martin Luther King U.S. P.O.
& Courthouse
312 Main Street
Victoria, TX 77901

Hon. Rudolph T. Randa
Chief Judge, U.S. District Court
247 U.S. Courthouse & Fed. Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Richard W. Roberts
U.S. District Judge
4327 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Berle M. Schiller
U.S. District Judge
5918 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-9958

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. James R. Spencer
Chief Judge, U.S. District Court
Lewis Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. J.P. Stadtmueller
U.S. District Judge
U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

~~Hon. Frederick P. Stamp, Jr.~~
~~U.S. District Judge~~
~~P.O. Box 791~~
~~Federal Building~~
~~1125 Chapline Street~~
~~Wheeling, WV 26003-0100~~

Hon. Joseph E. Stevens, Jr.
Senior U.S. District Judge
8462 Charles E. Wittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. William D. Stiehl
Senior U.S. District Judge
P.O. Box 249
E. St. Louis, IL 62202

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

~~Hon. N. Carlton Tilley, Jr.~~
~~Chief Judge, U.S. District Court~~
~~U.S. District Court~~
~~P.O. Box 3443~~
~~Greensboro, NC 27402~~

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S.
Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Fred Van Sickle
Chief Judge, U.S. District Court
P.O. Box 2209
Spokane, WA 99210

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

~~Hon. E. Richard Webber~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Lesley Brooks Wells
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1836

Hon. Glen M. Williams
Senior U.S. District Judge
P.O. Box 339
Abingdon, VA 24212

~~Hon. Stephen V. Wilson~~
~~U.S. District Judge~~
~~U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

INVOLVED CLERKS LIST (CTO-11)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse & P.O. Bldg.
500 North State Line Avenue
Texarkana, TX 75501

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Elizabeth Paret, Clerk
193 Walter E. Hoffman U.S.
Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Elizabeth Paret, Clerk
307 Lewis F. Powell, Jr. U.S.
Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Geri M. Smith, Clerk
568 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

~~John Brubaker, Clerk~~
~~P.O. Box 2708~~
~~Greensboro, NC 27402-2708~~

John F. Corcoran, Clerk
P.O. Box 490
Big Stone Gap, VA 24219

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Lance S. Wilson, Clerk
Bruce R. Thompson U.S. Courthouse
& Fed. Bldg., Suite 301
400 South Virginia Street
Reno, NV 89501

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 1638
Victoria, TX 77902-1638

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S.
Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
U.S. P.O. & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Robert H. Shemwell, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Robert R. Di Trolio, Clerk
242 Clifford Davis Fed. Bldg.
167 North Main Street
Memphis, TN 38103

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Scott Poff, Clerk
P.O. Box 8286
Savannah, GA 31412-8286

~~Sherri R. Carter, Clerk~~
~~G-8 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Fed. Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

~~Wally A. Edgell, Clerk~~
~~P.O. Box 471~~
~~Wheeling, WV 26003-0060~~

William G. Putnicki, Clerk
410 South Cedar Street
Pecos, TX 79772

William G. Putnicki, Clerk
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 7, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-11)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 20, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
       Deputy Clerk

Attachments

cc:   Transferee Judge:      Judge Eldon E. Fallon
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A