UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*John Campbell, et al. v. Merck & Co., et al.,* **CA No. 05-1491 L(3)**

## ORDER

The claims in *John Campbell, et al. v. Merck & Co., Inc., et al.*, E.D. La., C.A. No. 05-1491, relating to a prescription medication other than Vioxx have been separated from MDL 1657. On May 23, 2005, the Court issued an Order separating Defendant Pfizer, Inc.'s Motion to Dismiss from MDL 1657 to be handled in an appropriate manner at a future date. In light of the Court's previous orders, IT IS ORDERED that the oral argument on Defendant Pfizer, Inc.'s Motion to Dismiss currently scheduled for June 22, 2005 at 9:00 a.m. is hereby CANCELLED.

New Orleans, Louisiana, this  14th  day of   June  , 2005.

_____
UNITED STATES DISTRICT JUDGE