Case 2:05-md-01657-EEF-DEK   Document 435   Filed 06/08/05   Page 1 of 4

```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2005 JUN -8  PM 4:56

                              LORETTA G. WHYTE
                                    CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN ERNEST GREENWOOD CAMPBELL, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED WIFE, DAISY CAMPBELL, AND THEIR CHILDREN, CHARLES GREENWOOD CAMPBELL, JOHN ERNEST GREENWOOD CAMPBELL II, DAVID GREENWOOD CAMPBELL, JUANITA GREENWOOD CAMPBELL, PATRICK GREENWOOD CAMPBELL, AND MARY GREENWOOD CAMPBELL HALEY : | CIVIL ACTION NO. 05-1491<br><br>JUDGE FALLON<br><br>MAGISTRATE KNOWLES |
| Plaintiffs, | |
| VERSUS | |
| MERCK & CO., INC., and PFIZER, INC., | |
| Defendants. | |

### CONSENT MOTION FOR ORDER DISMISSING CAUSES OF ACTION NOT RECOGNIZED BY THE LOUISIANA PRODUCTS LIABILITY ACT

NOW INTO COURT, through undersigned counsel, comes defendant, Pfizer, Inc. (hereinafter "Pfizer"), who respectfully moves for an Order dismissing with prejudice all causes of action and damages alleged by plaintiffs, that fall outside of the exclusive theories of recovery and damages allowed by the Louisiana Products Liability Act, La.-R.S. 9:2800.51 *et seq.* ("LPLA") for the following reasons:

1



1. On May 16, 2005, Pfizer filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) seeking dismissal of all causes of action and damages alleged by plaintiffs that fall outside the exclusive remedies permitted by the LPLA;

2. Particularly, the Complaint filed by the plaintiff alleged recovery against defendant under theories of "strict product liability," "negligence," "negligence per se," "breach of implied warranty," "fraud by concealment," and "negligent misrepresentation." (Complaint ¶¶ 29-55, 60-71);

3. The LPLA does not allow any of the aforementioned theories of recovery;

4. As reflected in the attached correspondence dated June 2, 2005 from counsel representing plaintiffs (Exhibit "A"), plaintiffs do not oppose the granting of the 12(b)(6) Motion that has been filed on behalf of the defendant.

WHEREFORE, defendant, Pfizer, Inc., prays that this Court grant this Motion and enter an Order dismissing any theories of recovery not allowed by the LPLA, including the alleged theories of "strict product liability," "negligence," "negligence per se," "breach of implied warranty," "fraud by concealment," and "negligent misrepresentation," with prejudice, all parties to bear their own costs.

Respectfully submitted,

IRWIN, FRITCHIE, URQUHART & MOORE, LLC

BY: _____
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
*Attorneys for Defendant, Pfizer Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and First Class postage prepaid on this ___8th___ day of June, 2005.

# MURRAY LAW FIRM

SUITE 2550 LL&E TOWER

909 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70112-4000

STEPHEN B. MURRAY*
GANO D. LEMOINE III**
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ROBERT J. DILIBERTO***
JULIE A. JACOBS
DAMON A. KIRIN
JUSTIN I. WOODS
ARTHUR M. MURRAY
NICOLE A. IEYOUB
JAMES M. MURRAY
JALILA JEFFERSON-BULLOCK
JESSICA W. HAYES
DOMINICK F. IMPASTATO, III

TELEPHONE (504) 525-8100
1-800-467-8100
FAX (504) 584-5249

OF COUNSEL
JOSEPH A. RACE

WILLIAM W. GOODELL, JR., LL.M.
ENERGY AND ENVIRONMENT

SARAH M. MCHARG
MANAGING ATTORNEY

*CERTIFIED AS A SPECIALIST IN
CIVIL TRIAL ADVOCACY BY THE NATIONAL
BOARD OF TRIAL ADVOCACY
**LICENSED IN LA. & MISS.
***LICENSED IN LA. & TEXAS

June 2, 2005

<u>VIA FACSIMILE (504) 310-2101</u>

Camala Capodice, Esq.
IRWIN FRITCHIE URQUHART & MOORE, LLC
400 Poydras Street, Suite 2700
New Orleans, LA   70130

Re:   John Greenwood Campbell, et al. v. Pfizer Inc., et al.
      Our File No. 05-125

Dear Camala:

This will confirm that we will not oppose your Motion to Dismiss claims in the above-captioned matter disallowed by the Louisiana Products Liability Act.

Please telephone at your convenience should you require additional information.

Sincerely,

MURRAY LAW FIRM

Gano D. Lemoine III                    (JBD)

GDL/jbd

