IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
|     PRODUCTS LIABILITY LITIGATION ) | MDL Docket No. 1657 |
| ) | SECTION: L |
| ) | |
| ROGELIO HERNANDEZ ) | Civil Action No. 05-1155 |
| ) | |
| VS. ) | |
| ) | Transferred from USDC |
| MERCK & CO., ET AL ) | Southern District of Texas |
| ) | Case # 7:04-CV-00433 |

### STIPULATION OF DISMISSAL

AND NOW, this __13th__ day of __June__, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendants Merck & Co., Inc., and Jaime Hernandez, M.D. with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff **ROGELIO HERNANDEZ** and defendants Merck & Co., Inc., and Jaime Hernandez, M.D. who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

- 1 -

Respectfully submitted by:

ABRAHAM, WATKINS, NICHOLS,
 SORRELS, MATTHEWS & FRIEND

*/s/ David P. Matthews*

David P. Matthews
Texas Bar No. 13206200
Julie L. Rhoades
Texas Bar No. 16811710
800 Commerce Street
Houston, Texas 77002-1 778
(713) 222-7211 (Telephone)
(713) 225-0827 (Facsimile)

ATTORNEYS FOR PLAINTIFF
**ROGELIO HERNANDEZ**

ATTORNEY FOR DEFENDANT
Jaime Hernandez, M.D.

By: _____
Mr. Russell G. Thornton
Stinnett, Thiebaud & Remington, LLP
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
Phone: (214) 954-2200

ATTORNEYS FOR DEFENDANT, MERCK

By: _____
Richard L. Josephson
Baker & Botts
910 Louisiana Ste 3000
Houston, TX 77002-9934
Phone: (713) 229-1460
Fax: (713) 229-7760

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the _____ day of June, 2005 a true and correct copy of *Rogelio Hernandez's Stipulation for Dismissal* was served on all counsel of record.

| | |
|---|---|
| Mr. Russell G. Thornton<br>Stinnett, Thiebaud & Remington, LLP<br>1600 Smith Street, Suite 3500<br>Houston, Texas 77002<br>Phone: (713) 658-6200<br>***Counsel for Defendant Hernandez*** | [ ]  U. S. Mail<br>[X]  Fax<br>[ ]  Overnight Delivery<br>[ ]  Hand Delivery<br>[ ]  Electronic Mail |
| Richard Josephson<br>910 Louisiana, Suite 3000<br>Houston, TX 77002<br>FAX: (713) 229-7760<br>***Counsel for Defendant Merck*** | [ ]  U. S. Mail<br>[X]  Fax<br>[ ]  Overnight Delivery<br>[ ]  Hand Delivery |

_/s/ David P. Matthews_
David P. Matthews