COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 10 PM 4: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:     VIOXX                                      MDL NO. 1657

Products Liability Litigation
                                                      SECTION: L

This Document Relates to:                             JUDGE FALLON
All Class Action Cases                                MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC MOTION AND ORDER REGARDING
## LOCAL RULE 23.1B

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which respectfully submits on plaintiffs' behalf that this Court's entry of Pretrial Order No. 16 effectively has superseded Local Rule 23.1B, inasmuch as Pretrial Order No. 16 sets forth deadline provisions for class certification motion practice in this MDL proceeding, and who accordingly now request that, to avoid any possible confusion among plaintiffs' counsel, this Court order that the provisions of Local Rule 23.1B have been superseded by Pretrial Order No. 16.

Without Opposition.

Respectfully submitted,

RUSS M. HERMAN, La. Bar No. 6819

**LEONARD A. DAVIS**, La. Bar No. 14190
**STEPHEN J. HERMAN**, La. Bar No. 23129
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:   504/581-4892
Facsimile:    504/561-6024

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 10th day of June, 2005.