FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 15  AM 8: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     VIOXX | MDL NO. 1657 |
| Products Liability Litigation | SECTION: L |
| This Document Relates to: | JUDGE FALLON |
| All Class Action Cases | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * *** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion and the entry of Pretrial Order No. 16 herein,

IT IS ORDERED that the provisions of Local Rule 23.1B of the Eastern District of Louisiana, have been and are superseded by this Court's Pretrial Order No. 16 with respect to class certification motion practice.

THIS DONE the 14 day of June, 2005, New Orleans, Louisiana.

_____
JUDGE

