FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 15  AM 8: 13

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN ERNEST GREENWOOD CAMPBELL, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED WIFE, DAISY CAMPBELL, AND THEIR CHILDREN, CHARLES GREENWOOD CAMPBELL, JOHN ERNEST GREENWOOD CAMPBELL II, DAVID GREENWOOD CAMPBELL, JUANITA GREENWOOD CAMPBELL, PATRICK GREENWOOD CAMPBELL, AND MARY GREENWOOD CAMPBELL HALEY | : : : : : : : : : : : : : : : : : | CIVIL ACTION NO. 05-1491<br><br>JUDGE FALLON<br><br>MAGISTRATE KNOWLES |
| Plaintiffs, | | |
| VERSUS | | |
| MERCK & CO., INC., and PFIZER, INC., | | |
| Defendants. | | |

## ORDER

Considering the foregoing Consent Motion for Order Dismissing Causes of Action Not Recognized by the Louisiana Products Liability Act;

IT IS HEREBY ORDERED that the 12(b)(6) Motion of defendant, Pfizer, Inc., is GRANTED and that any theories of recovery not allowed by the Louisiana Products Liability Act, including the alleged theories of "strict product liability," "negligence," "negligence per se,"



"breach of implied warranty," "fraud by concealment," and "negligent misrepresentation," are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___14___ day of ___June___, 2005.

_____
JUDGE