A CERTIFIED TRUE COPY
JUN -9 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 1 3 2005
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY 24 2005
FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

**05-2394**

*Maria Camardella, etc. v. Merck & Co., Inc., et al.,* E.D. Pennsylvania, C.A. No. 2:05-1908

### CONDITIONAL TRANSFER ORDER (CTO-12) SECT. L MAG. 3
### AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 441 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon. These common questions of fact are presented in the claims in this action against defendants Merck & Co., Inc. (Merck) and Rite Aid Corporation (Rite Aid) relating to ingestion of the prescription drug Vioxx.

It further appears that the remaining claims in this action, which name other pharmaceutical companies as well as Rite Aid and relate to ingestion of a prescription drug other than Vioxx, do not involve questions of fact common to the actions previously transferred to the Eastern District of Louisiana.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

It is further ordered that all claims in this action except the Vioxx claims against Merck and Rite Aid are separated and simultaneously remanded to the Eastern District of Pennsylvania.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN -9 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee___
___ Process___
X   Dktd___
___ CtRmDep___
___ Doc. No___

INVOLVED COUNSEL LIST (CTO-12)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Madeline S. Baio
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

Stefanie J. Fogg
DLA Piper, Rudnick, Gray & Cary, US, LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Robert W. Rowan
Gollatz, Green & Ewing, PC
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103

Joshua G. Schiller
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Phillip A. Wittmann
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 9, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re:  MDL-1657 -- In re Vioxx Products Liability Litigation

   *Maria Camardella, etc. v. Merck & Co., Inc., et al.,* E.D. Pennsylvania, C.A. No. 2:05-1908

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 24, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                              By _____
                                    Deputy Clerk

Attachments

cc:      Transferee Judge:       Judge Eldon E. Fallon
         Transferor Judge:       Judge Ronald L. Buckwalter
         Transferor Clerk:       Michael E. Kunz

JPML Form 36A