FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 17 P 2: 27

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION FOR APPOINTMENT OF KATHRYN SNAPKA
### TO PLAINTIFFS' STEERING COMMITTEE

In the February 17, 2005 Pretrial Order No. 1, the Court stated its intention to appoint a Plaintiffs' Steering Committee to conduct and coordinate the discovery stage of this litigation with the Defendants' representatives. In response to that Order, Kathryn Snapka, Senior Partner of the Firm of Snapka, Turman & Waterhouse, L.L.P., submits this Application for Appointment to the Plaintiffs' Steering Committee in MDL No. 1657.

Kathryn Snapka has been lead counsel in landmark cases involving crashworthiness, negligence and pharmaceutical litigation. After completing her undergraduate education at Texas A & M University and earning her law degree from Baylor Law School, she served as a briefing attorney for the Court of Civil Appeals in Texarkana before returning to her hometown of Corpus Christi to practice law in 1981. Kathryn Snapka has been Board Certified in Personal Injury Trial Law since 1992 by the Texas Board of Legal Specialization. She is a member of the American Board of Trial Advocates where she served as President of TEX-ABOTA in 2002 and in 2003 was appointed National Co-Chairman for Diversity by ABOTA President, Ed Nevin. She continues in that capacity as co-chair of the National ABOTA Diversity Initiative. She is a nationally recognized speaker on trial advocacy and product liability issues. Kathryn Snapka fulfills the criteria for membership in the Plaintiffs' Steering Committee as outlined in Pretrial Order No. 1.

(A) <u>Willingness and availability to commit to a time-consuming project.</u>

Vioxx litigation has been a part of the Firm of Snapka, Turman & Waterhouse, L.L.P.'s cases since 2003. In May 2003, the cases of *Zajicek v. Merck, Eller v. Merck* and *Benavides v. Merck* were filed by the firm. Additionally, Kathryn Snapka was retained as co-counsel with the Firm of

Fee_____
Proc_____
X  Dktd_____
____ CtRmDep_____
____ Doc. No._____

Hockema, Tippitt & Escobedo in the case of *Felicia Garza v. Merck*.   In these cases, there have been extensive depositions taken and the *Garza* case was previously scheduled for trial on February 14, 2005.  The case was and is trial-ready but for the last minute removal of the case to federal court (for the second time).  Vioxx cases have been a priority for the firm both before and after the recall. At the current time, over three hundred (300) cases have been reviewed by Snapka, Turman & Waterhouse, L.L.P., and have either been filed or in the process of being prepared for filing in state and federal courts against Defendant Merck.  Kathryn Snapka will continue to commit whatever time is necessary to the duties and responsibilities of the Plaintiffs' Steering Committee.

(B).  Ability to work cooperatively with others.

While there were only a few law firms which were actively involved in Vioxx litigation prior to the recall, literally hundreds of lawyers have been contacted by clients regarding Vioxx litigation since that time.  In October 2004, Kathryn Snapka organized a meeting at the Four Seasons in Houston for Texas lawyers actively litigating Vioxx cases interested in sharing strategies and discovery.  The meeting was attended by more than 30 people.  A second meeting was held in December in Houston at the Four Seasons for the same purpose and for updating the group regarding on-going discovery. At that meeting, the law firm of Beasley Allen was invited to attend and was represented by Andy Birchfield and Paul Sizemore in an effort to coordinate not only Texas litigators but litigation over a broader geographic spectrum.  Additionally, a Vioxx meeting has been planned once again in Houston for late March for purposes of updating lawyers who are interested with the on-going litigation and the proceedings in the MDL.

(C) Professional experience in this type of litigation.

Kathryn Snapka has over twenty-five (25) years of experience as a trial lawyer.  She was lead counsel in the case of *Sylvia Castaneda v. General Motors* and obtained a ten million dollar ($10,000,000.00) verdict for her client, the first in the nation involving the General Motors' Type-3 door latch.

Her practice has always included as a main component, medical negligence, medical products and pharmaceutical litigation covering such diverse areas as breast implant, hip implant, dental

implant, pacemaker, pharmaceutical and supplement litigation. Additionally, Kathryn Snapka was involved in the fen-phen litigation as one of only a handful of lawyers who obtained a verdict against the drug's manufacturer. In April of 2001 in the case of *Lopez v. American Home Products*, Ms. Snapka, as lead counsel, achieved a $56.5 million dollar verdict against American Home Products (now Wyeth), the largest single-plaintiff verdict ever achieved in that litigation.

Kathryn Snapka's experience also extends to multi-district litigation. She currently serves as Plaintiff's Liaison Counsel in MDL 1553, In re: Silica Products. The Honorable Judge Janis Graham Jack, the judge who presides over MDL 1553, has been kind enough to lend her recommendation to this Application for Appointment to the Plaintiffs' Steering Committee in this litigation and is available should the Court wish further information. The duties involved as Plaintiff's Liaison Counsel will not interfere in any way as MDL 1553 is winding up and those cases are anticipated to be remanded in the immediate future. As an attorney who possesses experience in the trial of complex medical and pharmaceutical cases, Kathryn Snapka has the background and experience to participate in a bellwether or test trial as provided for in the Manual for Complex Litigation.

## SUMMARY

Kathryn Snapka and the Firm of Snapka, Turman & Waterhouse, L.L.P., are committed to the rights of the plaintiffs involved in this litigation through discovery coordination with both plaintiffs' counsel and defense counsel and the ultimate resolution of these cases up through and including trial. Kathryn Snapka respectfully requests this Court appoint her to the Plaintiffs' Steering Committee.

Respectfully submitted,

**SNAPKA, TURMAN & WATERHOUSE, L.L.P.**
P.O. Drawer 23017
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78403
(361) 888-7676 ♦ (361) 884-8545 - FAX

By: _____
Kathryn Snapka
State Bar No. 18781200
Federal ID No. 1617

## CERTIFICATE OF SERVICE

I hereby certify that on the ___11th___ day of **March, 2005**, a true and correct copy of the above and foregoing **Application for Appointment of Kathryn Snapka to the Plaintiffs' Steering Committee ("PSC"),** was served upon counsel of record.

Alford's Pharmacy
5897 West Port Arthur Rd.
Port Arthur, TX   77640

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX   77019

Americsourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA   19087

Richard J. Arsenault
Neblert Beard & Arsenault
P.O. Box 1190
Alexandria, LA   71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL   32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX   75702

Steven C. Barkley
3560 Delaware Suite 305
Beaumont, TX   77706

David A. Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Ave., 16th Floor
New York, NY   10022

Bradley Douglas Becnel
Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, LA   70068

Brunswig Bergen
P.O. Box 959
Valley Forge, PA   19482

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA   70084-2095

William C. Berger
Furr & Cohen
One Boca Blace
2255 Glades Rd., Ste. 337W
Boca Raton, FL   33431

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
234 Commerce Street
Montgomery, AL   36103-4160

Reshonda L. Bradford
Singleton Law Office
4050 Linwood Ave.
Shreveport, LA   71108

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA   70113

Virginia M. Buchanan
Levin, Papantonio, Thomas, Mitchell, et al
316 S. Baylen Street, Suite 600
Pensacola, FL   32501-5996

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA   94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY   10271

Raymond S. Carroll
Law Offices of Wiener, Carroll & Strauss
119 Rockland Center, Suite 425
Nanuet, NY   10954

Stephen W. Burrow
Williams, Heidelberg, et al
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS   39568-1407

Ernest Cory
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL   35205

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS   39236-2005

Richard E. Crum
Cobb, Shealy, Crum & Derrick, PA
P.O. Box 6346
Dothan, AL   36302-6346

John Michael D'Amato, Jr.
Russo, Scamardella & D'Amato, PC
1010 Forest Avenue
Staten Island, NY   10310

Eric C. Deters
Eric C. Deters & Associates, PSC
5247 Madison Pike
Independence, KY   41051

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX   75089

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX   77583

Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL   60603

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS   39211

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, SW
Denham Springs, LA   70726

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX   77320

William B. Federman
Federman & Sherwood
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK   73102

Ronald V. Fiestal
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 50th Floor
Chicago, IL   60602

Allen R. Flowers
Flowes Law Firm
341 North 25th Avenue
Hattiesburg, MS   39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO   64105

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX   75204

Richard A. Freese
Sweet & Freese, PLLC
P.O. Box 1178
Jackson, MS   39215

Michael T. Gallagher
Gallagher Law Firm, PC
777 Walker Street, Suite 2500
Houston, TX   77002

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA   91105

Richardo A. Garcia
Attorney At Law
820 S. Main Street
McAllen, TX   78501

Mary Gibson
P.O. Box 400
St. Mary's, GA   31558

Ronald S. Goldster
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN   55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 W. Third Street, Ste. 460
Cleveland, OH   44113

Anthony C. Graffeo
Watson, Jimmerson, Givhan, et al
203 Greene Street
P.O. Box 18368
Huntsville, AL   35804

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 NE Loop 410
San Antonio, TX   78216

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS   38614

Jeffrey D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA   71211-4092

Lance A. Harke
Harke & Clasby
155 South Miami Avenue, Suite 600
Miami, FL   33130

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS   39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS   39158-6020

John F. Hughes
Hamilton Law Firm
P.O. Box 1511
Meridian, MS   39302-1511

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS   67201

David A. Hylla
Bilbrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardsville, IL   62025

Dennis L. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT   5403

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street, Ste. 300
Jackson, MS   39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS   39205-0750

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS   39225-2567

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana Street, Ste. 3000
Houston, TX   77002-9934

Melissa C. Katz
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX   75204

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Blvd., Suite 2500
Miami, FL   33131-4332

Eric R. Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH   44115

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park
New York, NY   10004

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Timothy M. Kolman
Timothy M. Kolman & Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA   19047

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS   39404-8109

Mark W. Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX   77069

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS   38802

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, PA
2350 South Dixie Highway
Miami, FL   33133

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA   19106

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX   77002

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue, Suite 857
Washington, DC   20006

Richard A. Lockridge
Lockridge, Grindal & Nauen PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN   55401-2179

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS   38614-1000

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC   20036

David P. Matthews
Abraham, Watkins, Nichols, Sorrels, et al
800 Commerce Street
Houston, TX   77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, PC
221 West Lexington, Suite 400
Independence, MO   64050

J. Leray McNamara
Copeland, Cook, Taylor & Bush, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS   39158

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue, Suite 2300
Dallas, Texas 75202

Charles M. Merkel
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS   38614-1388

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS   38655-0668

Allen Scott Milavetz
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN   55435

Mason L. Miller
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY   40507

Michel F. Mills
Perona, Langer, Beck, Lallande & Serbin
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, CA   90807

Daniel  Minor
1032 Cardinal Dr.
Waco, TX   76712

Steven R. Minor
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA   24203-8400

Michael H. Moirano
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL   60606

Geoffrey C. Mousseau
Mousseau & Associates
1421 Valverde Place
Suite B
Glendale, CA   91208

Edwin T. Mulhern
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY   11010

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA   70112-4000

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA   17601

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
Jackson, MS   39205-0651

Richard F. O'Malley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL   60603

Gregory J. Owen
Owen, Patteson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA   91355

Thomas Jack Pearson
Pearson & Campbell, PC
2394 Calder Avenue
Beaumont, TX   77702

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA   71103

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA   94010

Leslie J. Bryan
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA   30309-3269

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, In   46204

Eric M. Quetglas-Jordan
Queglas Law Offices
P.O. Box 16606
San Juan, PR   00908-6606

William R.  Robb
Aleshire, Robb & Sivils, PC
901 St. Louis Street
Suite 1600
Springfield, MO   65806

Robert D. Rowland
2227 South State Route 157
Edwardsville, IL   62025

John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL   33126

Scott Rynecki
Rubenstin & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY   11241

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA   2359

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN   46220

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH   44114

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY   10004-2502

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX   75204

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX   75638

Deanna Dean Smith
Ebanks, Smith & Carlson, LLP
1401 McKinney
Suite 2500
Houston, TX   77010-4034

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX   78403

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA   19102

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS   39215-1084

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO   63144

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY   10271

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS   39213

Christopher V. Tisi
Ashcraft & Gerel
2000 L. Street, NW
Suite 400
Washington, DC   20036

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS   38702-1856

Chris J. Walker
Markow Walker, PA
P.O. Box 13669
Jackson, MS   39236-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powerll
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL   35203

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL   35205

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX   76712

Richard J. Weiner
Law Offices of Richard J. Weiner, PC
119 Rockland Center
Suite 425
Nanuet, NY   10954

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX   75243

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA   70809

John K. Weston
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA   19106

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX   78701-0001

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL   34102

James John Zonas
James J. Zonas
Attorney at Law
700-2nd Avenue, North Suite 802
Naples, FL 34102

Nadeem Haider
606 N. Jefferson St.
Louisville, MS 39339

Barbara J. Hart
Goodkink, Labaton, Rudoff & Sucharow
100 Park Ave., 12th Floor
New York, NY 10017-5563

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201

Patrick C. Morrow
Morrow, Morrow, Ryan & Bassett
P.O. Drawer 1787
Opelousas, Louisiana 70571

Robert A. Schwartz
Bailey, Galyen & Gold
18333 Egret Bay Blvd., Suite 120
Houston, Texas 77058

Jeffrey Robinson
Law Offices of Robinson & Sheen, L.L.C.
215 S. State Street, Suite 960
Salt Lake City, Utah 84111

Allan Kanner
Elizabeth B. Cowen
Allan Kanner & Associates, P.L.L.C.
701 Camp Street
New Orleans, Louisiana 70130

Allan Kanner
Elizabeth B. Cowen
Allan Kanner & Associates, P.L.L.C.
701 Camp Street
New Orleans, Louisiana 70130

Vance Andrus
Andrus, Boudreaux, Lemoine & Tonore
416 W. Main Street
Lafayette, LA  70501

Harold J. Lamy
Barker, Boudreaux, Lamy & Foley
210 Baronne Street, Suite 1122
New Orleans, Louisiana 70112

Matthew E. Lundy
Lundy & Davis, L.L.P.
501 Broad Street
Lake Charles, Louisiana 70602

Russ M. Herman
Herman, Herman Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Robert L. Redfearn
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA 70163

Michael Ysasaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 100
Houston, Texas 77010

John R. Climaco
John A. Peca
Terri A. Lightner
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, Ohio 44115

Kathryn Snapka