FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA 2005 JUN 17 PM 4: 15

LORETTA G. WHYTE
CLERK
Sect L

| | |
|---|---|
| In Re:  *Vioxx Products Liability Litigation* | MDL 1657 |
| *This document relates to:* | |
| BETTYE J. MAGEE, ET AL | PLAINTIFFS |
| VS. | MDL CASE NO. 05-0494 |
| MERCK & CO., INC., ET AL | DEFENDANTS |

## DEFENDANT CHARLES DAVID LEE, M.D.'S
## MOTION TO SEPARATE CLAIM AND FOR REMAND

COMES NOW defendant Charles David Lee, M.D., by and through counsel, and files this

Motion to Separate Claim and for Remand, and in support thereof would show as follows:

1.     On December 26, 2002, plaintiffs filed a Complaint in the Circuit Court of Forrest

County, Mississippi naming Dr. Lee as a defendant.

2.     On April 24, 2003, this case was removed by G.D. Searle, LLC, Pharmacia

Corporation, Monsanto Company, and Pfizer, Inc. to the United States District Court for the

Southern District of Mississippi, Hattiesburg Division; Civil Action No. 2:03cv249PG. On February

16, 2005, this case was transferred to the Vioxx MDL.

3.     On May 13, 2005, a Separation of Claims and Conditional Remand Order was filed

by the Judicial Panel on Multidistrict Litigation, ordering that certain claims be separated and

remanded to the United States District Court for the Southern District of Mississippi, due to the fact

that those claims related to the ingestion of the prescription drug Celebrex and therefore were not

appropriate for inclusion in the Vioxx MDL.  On June 6, 2005, this Order was filed in the United

States District Court for the Eastern District of Louisiana, therefore making it effective.

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No_____

4.      As evidenced by the attached Affidavit of Charles David Lee, M.D., Dr. Lee did not prescribe Vioxx to his patient, Bennie Henderson, but instead prescribed Celebrex. Therefore, the claims of Bennie Henderson against Dr. Lee should also be separated and remanded to the United States District Court for the Southern District of Mississippi.

WHEREFORE, ABOVE PREMISES CONSIDERED, defendant Charles David Lee, M.D. moves this Court to separate the claims of Bennie Henderson against him and remand those claims to the United States District Court for the Southern District of Mississippi.

Respectfully submitted,

CHARLES DAVID LEE, M.D.

BY: _____
        WHITMAN B. JOHNSON III (MSB #3158)

OF COUNSEL:

CURRIE JOHNSON GRIFFIN GAINES
    & MYERS, P.A.
POST OFFICE BOX 750
JACKSON, MISSISSIPPI 39205-0750
TELEPHONE: (601) 969-1010
FACSIMILE:  (601) 969-5120

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pre-Trial Order No. 8, on this the 15th day of June, 2005.

WHITMAN B. JOHNSON III

3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  *Vioxx Products Liability Litigation*                              MDL 1657

*This document relates to:*

BETTYE J. MAGEE, ET AL                                               PLAINTIFFS

VS.                                                          MDL CASE NO. 05-0494

MERCK & CO., INC., ET AL                                           DEFENDANTS

---

## AFFIDAVIT OF DEFENDANT CHARLES DAVID LEE, M.D.

---

STATE OF MISSISSIPPI

COUNTY OF SCOTT

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named **CHARLES DAVID LEE, M.D.,** who, being by me first duly sworn, stated on oath as follows, to-wit:

1.      My name is Charles David Lee, M.D.  I am an adult, resident citizen of Scott County, Mississippi and licensed to practice medicine in Mississippi.  I have knowledge of the facts set forth in this affidavit and am competent to give testimony.

2.      I was a treating physician of plaintiff Bennie D. Henderson and prescribed Celebrex to him, not Vioxx, as alleged in the Complaint.  Attached are pages from my office chart of Mr. Henderson evidencing this fact.  I have no recollection of ever providing Vioxx to Mr. Henderson.

AND FURTHER, affiant saith not.

*Charles David Lee MD*

**CHARLES DAVID LEE, M.D.**

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___10th___ day of June, 2005.

*Cassy J Madden*

NOTARY PUBLIC

My Commission Expires:

My Commission Expires
March 18, 2008

2

Kerr, Henderson

4-14-99 ync

① Knees swelling, wrist
+ hands — several weeks
pt. is taking now —
rash on face comes + goes

3l
63.
EF

Ex - Swelling left knee and Thigh (edema)
Heart Rate about 120 + reg
Neu-P.T.i face eczematoid — Conus open

Taking iron + Prevacid

x Celebrex 20 pr ADT x 2
Lortab Plus #30
Catix 40   30 x 2

*Bennie Henderson*

2-7-00 - Lorcet Plus #30

2-18-00 Lorcet Plus #30

3-1-00 - Lorcet Plus #30

3-13-00-Rx Lorcet Plus #30

3-24-00 -Rx Lorcet Plus #30
            Celebrex 200mg x 20


4-4-00 Rx Lorcet Plus #30

4-17-00 Lorcet Plus #30,

4-23-00 - Rx Lorcet Plus #30
            Celebrex 200mg BID #60 (X3)
                                        ,

5-05-00 - Lorcet Plus #30

5-12-00 - Lorcet Plus
   BP 160/80   chest pain © breast area
               lungs clear -
               Rx Ampicillin 500

5-22-00 - Lorcet Plus #30