**MINUTE ENTRY**
**FALLON, J.**
**June 17, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court met with a representative of the Plaintiffs' Steering Committee regarding the allocation of counsel fees and costs for administration and common benefit work. in the above captioned matter.

*[signature]*

JS10  0:30