UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA*

*2005 JUN 13 PM 3: 21*

IN RE: VIOXX                                         MDL NO: 1657
     PRODUCTS LIABILITY LITIGATION            SECTION: L   *LORETTA G. WHYTE*
                                     JUDGE FALLON   *CLERK*

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. ~~3:03-CV-0180~~   05-53̸8̸

## PLAINTIFFS TRAVIS BRUMFIELD AND EMMA BRUMFIELD'S MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFFS TRAVIS BRUMFIELD AND EMMA BRUMFIELD'S CAUSES OF ACTION AGAINST DEFENDANT MERCK & CO., INC.

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiffs Travis Brumfield and Emma Brumfield, in the above-entitled and numbered cause, and file this Motion to Dismiss Without Prejudice. Plaintiffs no longer desire to prosecute any of their causes of action against Merck & Co., Inc., and move for the Court to dismiss all of their causes of action without prejudice to the refiling of same, with all court costs to be taxed against Plaintiffs Travis Brumfield and Emma Brumfield.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Travis Brumfield and Emma Brumfield, respectfully request that the Court enter an Order granting the relief sought herein.

Respectfully submitted,

WATERS & KRAUS, L.L.P.

DANA C. FOX
State Bar No. 24032191
Attorney-in-Charge
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 (Telephone)
(214) 357-7252 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs Travis Brumfield and Emma Brumfield's Motion to Dismiss Without Prejudice Plaintiffs Travis Brumfield and Emma Brumfield's Causes of Action Against Defendant Merck & Co., Inc., has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 10th day of June, 2005

_Dana Fox_
DANA C. FOX