UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO: 1657
SECTION: L
JUDGE FALLON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 20   A 7: 55

LORETTA G. WHYTE
CLERK

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. ~~3:03-CV-0180~~  05-538

### ORDER ON PLAINTIFFS TRAVIS BRUMFIELD AND EMMA BRUMFIELD'S MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFFS TRAVIS BRUMFIELD AND EMMA BRUMFIELD'S CAUSES OF ACTION AGAINST DEFENDANT MERCK & CO., INC.

On this date came on for consideration Plaintiffs Travis Brumfield and Emma Brumfield's Motion to Dismiss Without Prejudice Plaintiffs Travis Brumfield and Emma Brumfield's Causes of Action Against Defendant MERCK & CO., INC. (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be, and it hereby is **GRANTED.**

**IT IS ORDERED** by the Court that all of Plaintiffs Travis Brumfield and Emma Brumfield's causes of action against Defendant MERCK & CO., INC., are hereby dismissed without prejudice to the refiling of same, with all court costs to be taxed against Plaintiffs.

SIGNED this 17 day of June, 2005.

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

DANA C. FOX
State Bar No. 24032191
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Ave, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFF



3