COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUN 15  AM 10: 47
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

*************************************************************************

### PLAINTIFFS' STEERING COMMITTEE'S (PSC) MOTION FOR EXTENSION OF TIME IN WHICH TO FILE COMMON BENEFIT TIME AND EXPENSE RECORDS

MAY IT PLEASE THE COURT:

The Plaintiffs' Steering Committee (PSC) moves for a thirty (30) day extension in which to submit common benefit time and expense records.

Respectfully submitted,

By: _____
RUSS M. HERMAN (Bar No. 6819)
*Russ M. Herman by Richard J. Arsenault with permission*
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Facsimile: (504) 561-6024
**PLAINTIFFS' LIAISON COUNSEL**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>Phone: (318) 487-9874<br>Facsimile: (318) 561-2591<br><br>Andy D. Birchfield, Esq. (Co-Lead Counsel)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>Phone: (800) 898-2034<br>Facsimile: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Phone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust Street, 19th Floor<br>Philadelphia, PA 19102<br>Phone: (215) 772-1000<br>Facsimile: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3875<br>Phone: (215) 592-1500<br>Facsimile: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>Phone: (713) 650-0022<br>Facsimile: (713) 650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Facsimile: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Facsimile: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>Phone: (337) 494-7171<br>Facsimile: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Phone: (949) 720-1288<br>Facsimile: (949) 720-1292<br><br>Christopher Seeger, Esq. (Co-Lead Counsel)<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Facsimile: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street NW, Suite 400<br>Washington, D.C. 20036-4914<br>Phone: (202) 783-6400<br>Facsimile: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this ___15th___ day of June, 2005.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PSC'S MOTION FOR
EXTENSION OF TIME IN WHICH TO FILE COMMON BENEFIT
TIME AND EXPENSE RECORDS**

MAY IT PLEASE THE COURT:

There has been an enormous amount of organizational effort, along with briefing, motion and pleading practice which has occupied much of the PSC's time since the recent inception of this multi-district litigation. Additionally, the time and expense record submission in question is the first for this litigation. It is a detailed and somewhat complex process which has understandably precipitated many questions and requests for clarification which the PSC has and continues to address.

As such, the PSC respectfully moves for the aforementioned thirty (30) day extension.

Respectfully submitted,

By: *Russ M. Herman by Richard J. Arsenault with permission*
RUSS M. HERMAN (Bar No. 6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Facsimile: (504) 561-6024
**PLAINTIFFS' LIAISON COUNSEL**