UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 20 P 1:00

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

*************************************************************************

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the Plaintiffs' Steering Committee's Motion for a Thirty (30) Day Extension of Time in Which to File Common Benefit Time and Expense Records is hereby granted.

New Orleans, Louisiana, this __17__ day of June, 2005.

_____
**JUDGE ELDON FALLON**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____