

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 15 AM 11: 14

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

MDL 1657

| | | |
|---|---|---|
| YVONNE BELL, as a representative | * | CIVIL ACTION NO: |
| of her deceased mother, | * | 2:05 cv 02110 |
| ELEANOR ALCORN and ESTHER LINGONI | * | |
| | * | JUDGE FALLON |
| VERSUS | * | |
| | * | MAG. KNOWLES |
| MERCK COMPANY AND | * | |
| WALGREENS LOUISIANA, INC. | * | |

****************************************************

### MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes defendant, **Walgreen Louisiana Co., Inc.** (incorrectly named as Walgreens Louisiana, Inc.) who moves this Court for an extension of time of twenty(20) days within which to plead, until July 5, 2005, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
    Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

>Counsel for Walgreen Louisiana Co., Inc.
>tanzelmo@mcsalaw.com
>cwilliams@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion for Extension of Time on Counsel of record via first class mail, this 15st day of June, 2005.

_____
Catherine M. Williams (Bar Roll No. 24706)