```
                                              FILED
                                        U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                        2005 JUN 20 P 12: 59

                                           LORETTA G. WHYTE
                                                CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

MDL/1657

| | | |
|---|---|---|
| YVONNE BELL, as a representative of her deceased mother, ELEANOR ALCORN and ESTHER LINGONI | * * * * | CIVIL ACTION NO: 2:05 cv 02110 |
| VERSUS | * * | JUDGE FALLON |
| MERCK COMPANY AND WALGREENS LOUISIANA, INC. | * * * | MAG. KNOWLES |

**************************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that defendant Walgreen Louisiana Co., Inc., be and it is hereby granted an additional twenty (20) days, until July 5, 2005, in which to file responsive pleadings.

New Orleans, Louisiana this /7 day of June, 2005

_____

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____