COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 20 · P 12: 58

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1657<br>SECTION: L |
| FELICIDAD VILLARREAL | ) ) | Civil Action No. 05-1161 |
| VS. | ) ) | |
| MERCK & CO., ET AL | ) ) ) | Transferred from USDC<br>Southern District of Texas<br>Case # 7:05-CV-00036 |

## STIPULATION OF DISMISSAL

AND NOW, this _____ day of _____, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendants Merck & Co., Inc., Javier Saenz, M.D. and Rubin D. Pechero, M.D., with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff **FELICIDAD VILLARREAL** and defendants Merck & Co., Inc., Javier Saenz, M.D. and Rubin D. Pechero, M.D., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Proc_____
X /kd_____
✓ CtRmDep_____
Doc. No._____

Respectfully submitted by:

ABRAHAM, WATKINS, NICHOLS,
 SORRELS, MATTHEWS & FRIEND

David P. Matthews
Texas Bar No. 13206200
Julie L. Rhoades
Texas Bar No. 16811710
800 Commerce Street
Houston, Texas 77002-1 778
(713) 222-7211 (Telephone)
(713) 225-0827 (Facsimile)

ATTORNEYS FOR PLAINTIFF
**Felicidad Villarreal**

ATTORNEY FOR DEFENDANT
**Javier Saenz, M.D.**

By: _____
William Abernathy
Meredith, Donnell, & Abernethy
PO Box 2624
Corpus Christi, Texas 78403
Phone: 361.866.8103

06/02/2005 08:33 FAX 713 225 0027    ABRAHAM WATKINS    ☑006

ATTORNEYS FOR DEFENDANT, MERCK

By: _____

Richard L. Josephson
Baker & Botts
910 Louisiana Ste 3000
Houston, TX 77002-9934
Phone: (713) 229-1460
Fax: (713) 229-7760

DEFENDANT

BY: _____

Ruben Pechero, M.D.
801 E. Nolana, Suite 22
McAllen, Texas 78504

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the __14th__ day of June, 2005 a true and correct copy of *Felicidad Villarreal's Stipulation for Dismissal* was served on all counsel of record.

| | | |
|---|---|---|
| William Abernathy | [ ] | U. S. Mail |
| Meredith, Donnell, & Abernethy | [ ] | Fax |
| 555 N. Carancahua | [X] | Overnight Delivery |
| Corpus Christi, Texas 78403 | [ ] | Hand Delivery |
| Phone: 361.866.8103 | [ ] | Electronic Mail |

| | | |
|---|---|---|
| Richard Josephson | [ ] | U. S. Mail |
| 910 Louisiana, Suite 3000 | [X] | Fax |
| Houston, TX 77002 | [ ] | Overnight Delivery |
| FAX: (713) 229-7760 | [ ] | Hand Delivery |
| ***Counsel for Defendant Merck*** | | |

| | | |
|---|---|---|
| | [ ] | U. S. Mail |
| Ruben Pechero, M.D. | [ ] | Fax |
| 801 E. Nolana, Suite 22 | [X] | Overnight Delivery |
| McAllen, Texas 78504 | [ ] | Hand Delivery |
| ***Defendant*** | | |


_____
David P. Matthews