A CERTIFIED TRUE COPY

JUN 10 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY 25 2005
FILED
CLERK'S OFFICE

DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

EDLA
SEC L/3

*Earl Darby, Jr. v. Merck & Co., Inc., et al.*, N.D. Alabama, C.A. No. 2:05-896     05-2484
*Judy G. Engel, etc. v. Merck & Co., Inc., et al.*, S.D. Indiana, C.A. No. 3:05-73     05-2485
*Kimberly Morris Blackshire, etc. v. Merck & Co., Inc., et al.*, E.D. Texas, C.A. No. 1:05-271   05-2486
*James Davis, et al. v. Merck & Co., Inc., et al.*, E.D. Texas, C.A. No. 2:05-154     05-2487

### CONDITIONAL TRANSFER ORDER (CTO-13)
### AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 441 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon. These common questions of fact are presented in the claims in these actions against defendant Merck & Co., Inc. (Merck) relating to ingestion of the prescription drug Vioxx.

It further appears that the remaining claims in these actions, which name other pharmaceutical companies and relate to ingestion of prescription drugs other than Vioxx, do not involve questions of fact common to the actions previously transferred to the Eastern District of Louisiana.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

It is further ordered that all claims in these actions except the Vioxx claims against Merck are separated and simultaneously remanded to their respective transferor courts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 0 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

## INVOLVED COUNSEL LIST (CTO-13)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Leslie Anne Benitez
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 77010

Tom Dutton
Pittman, Hooks, Dutton, Kirby & Hellums, PC
Park Place Tower
Suite 1100
2001 Park Place North
Birmingham, AL 35203

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Mary Nold Larimore
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282

Gerry Lowry
Fulbright & Jaworski
1301McKinney, Suite 5100
Houston, TX 77010

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 47708

Randell C. Roberts
Roberts & Roberts
118 W. Fourth Street
Tyler, TX 75701-4000

Lane C. Siesky
Barber & Shoulders, LLP
123 N.W. Fourth Street, Suite 402
Evansville, IN 47708

Jonathan Brent Skidmore
Fullbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Phillip A. Wittmann
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 10, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached CTO-13)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 25, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:  Transferee Judge:   Judge Eldon E. Fallon
     Transferor Judges:  Judge Sharon Lovelace Blackburn, Judge Ron Clark, Judge T. John Ward,
                         Judge Richard L. Young
     Transferor Clerks:  David J. Maland, Laura A. Briggs, Perry D. Mathis

JPML Form 36A