UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                   MDL NO: 1657
    PRODUCTS LIABILITY LITIGATION     SECTION: L
                                               JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. ~~3:03-CV-0180~~  05-538 RLb

## WATERS & KRAUS, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF EUGENE BALDONI

COMES NOW, Waters & Kraus, LLP, attorneys for Eugene Baldoni, and files its motion to withdraw as counsel and would respectfully show the Court as follows:

### I.    INTRODUCTION

This action arises from the sales of Vioxx, an osteoarthritis and pain-relief drug containing rofecoxib, to Plaintiff, Eugene Baldoni, who sustained injuries and/or death after taking Vioxx.

### II.   ARGUMENT

Good cause exists for this court to grant this motion to withdraw because the client refuses to cooperate with counsel and, therefore, Waters & Kraus, LLP, seeks to withdraw as counsel of record.

Waters & Kraus has delivered a copy of this motion to Mr. Baldoni and has notified him in writing of the filing of this Motion, both via regular and certified mail.

Eugene Baldoni's last known address is 11545 Carson, Lakewood, California 90715, and his telephone number is (562) 809-4040.

### III.  CONCLUSION

Due to Mr. Baldoni's refusal to cooperate with Waters & Kraus regarding this cause of action, Waters & Kraus respectfully requests that this Court allow Waters & Kraus, LLP, to withdraw as counsel of record for Eugene Baldoni.

1

Respectfully submitted,

WATERS & KRAUS, L.L.P.

*/s/ Dana Fox*

DANA C. FOX
State Bar No. 24032191
Attorney-in-Charge
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 (Telephone)
(214) 357-7252 (Facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Waters & Kraus, LLP's Motion to Withdraw As Counsel of Record for Plaintiff Eugene Baldoni has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 10th day of June, 2005.

*/s/ Dana Fox*

DANA C. FOX

## AFFIDAVIT OF DANA C. FOX

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, on this day personally appeared **DANA FOX**, proved to me through a current identification card or other document issued by the federal government or a state government containing her photograph and signature, to be then person whose name is subscribed to this affidavit, who, being by me duly sworn, deposed as follows:

My name is **DANA FOX**. I am competent to make this affidavit, the facts of which are within my personal knowledge and are true and correct.

On June 8, 2004, my assistant, Vicki Anderson, sent a letter to Mr. Baldoni (a/k/a Valdone) requesting that he sign several HIPAA releases and complete a list of doctors and hospitals where he sought treatment.

On July 1, 2004, my assistant, Vicki Anderson, sent another letter to Mr. Baldoni (a/k/a Valdone) requesting that he please sign the HIPAA releases we sent him on June 8, 2004, as well as to please send us a complete list of the doctors and hospitals where he sought treatment no later than July 9, 2004. *See* July 1, 2004, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 1.

On August 6, 2004, my assistant, Amanda Stowe, spoke with Mr. Baldoni (a/k/a Valdone) and began requesting information to answer Defendant's discovery requests. Mr. Baldoni (a/k/a Valdone) said that he needed to switch phones and would call back in ten minutes. He never called back.

On August 6, 2004, my assistant, Amanda Stowe, left a message with Mr. Baldoni's (a/k/a Valdone) secretary to please call as soon as possible.

On August 9, 2004, my assistant, Amanda Stowe, called Mr. Baldoni (a/k/a Valdone) again. He still refused to give us some of the information we needed in order to continue litigating his case.

On August 9, 2004, I spoke with Mr. Baldoni (a/k/a Valdone) and explained that if we did not receive the requested information, we could not go forward with his lawsuit. He stated that it would take him 200-300 hours to gather the information requested, but he would try to do so.

On August 20, 2004, my assistant, Vicki Anderson, was informed by Mr. Baldoni (a/k/a Valdone) that he refused to allow his secretary to send us the documents we needed to produce in response to Defendant's requests for production because we would not give him our Federal Express number.

On August 24, 2004, I sent a letter to Mr. Baldoni (a/k/a Valdone) stating that we have still not received all of the information necessary to litigate his claims and that failure to provide Waters & Kraus with the necessary information could result in Waters & Kraus withdrawing as counsel from his case. *See* August 24, 2004, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 2.

On October 8, 2004, my assistant, Vicki Anderson, spoke with Mr. Baldoni (a/k/a Valdone) and explained that we need his x-rays from Long Beach Memorial Hospital because he has them at his home.

On November 19, 2004, my assistant, Vicki Anderson, sent a letter to Mr. Baldoni (a/k/a Valdone) stating that he must send us his x-rays from Long Beach Memorial Hospital. *See* November 19, 2004, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 3.

On February 3, 2005, I sent a letter to Mr. Baldoni (a/k/a Valdone) again requesting that he immediately send his x-rays, otherwise Waters & Kraus may be forced to withdraw as counsel from his case. *See* February 3, 2005, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 4.

On March 3, 2005, I sent another letter to Mr. Baldoni (a/k/a Valdone) once again requesting that he send us the information necessary to litigate his claims and that failure to provide Waters & Kraus with the necessary information could result in Waters & Kraus withdrawing as counsel from his case. *See* March 3, 2005, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 5.

On May 23, 2005, my assistant, Amanda Dodd, sent a letter to Mr. Baldoni (a/k/a Valdone) requesting again that he send his x-rays, otherwise Waters & Kraus may be forced to withdraw as counsel from his case. *See* May 23, 2005, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 6. Mr. Baldoni (a/k/a Valdone) has still failed to send his x-rays.

On June 1, 2005, my assistant, Amanda Dodd, left Mr. Baldoni (a/k/a Valdone) a message to call as soon as possible.

On June 2, 2005, my assistant, Amanda Dodd, spoke with Mr. Baldoni (a/k/a Valdone) and inquired as to whether or not he received our letter that, once again, requested his x-rays. He said that he did but his doctor has instructed him to not release the x-rays.

On June 3, 2005, Mr. Baldoni (a/k/a Valdone) sent a letter stating that he would not send his x-rays to Waters & Kraus. *See* June 3, 2005, letter from Eugene Baldoni (a/k/a Chip Valdone) attached and incorporated hereto as Exhibit 7.

Further affiant sayeth not.

_____
DANA FOX

SUBSCRIBED and SWORN to before me on this 9th day of June, 2005.

_____
Notary Public in and for the State of Texas

MONICA R. FURINO
Notary Public, State of Texas
My Commission Expires
February 25, 2009

## WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL

B. Scott Kruka
Rhonda Sullivan Cleaves
Ashley Watkins McDowell
Ron C. Eddins
Leslie C. MacLean
George G. Tankard, III (DC, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nelda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Jamie Reibenspies
Erika Branch (CA)
Charles W. Branham, III
Susan Hays

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

**California Office:**
200 Oceangate, Suite 520
Long Beach, California 90802
Telephone: 562-436-8833
Telecopier: 562-590-7296

**Maryland Office:**
10015 Old Columbia Rd., Suite B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

JEFFREY B. SIMON
TROYCE G. WOLF
DAVID C. GREENSTONE
MICHAEL L. ARMITAGE (CA, LA)

Saar Swartzon (CA, IL)
Clay B. Carroll
Benjamin R. Couture
Scott M. Dolin (CA, NY, TX, WV)
J. Clay McCaslin (LA, OR, TX)
J. Bradley Smith
Kyle Reed

OF COUNSEL:
Shanlon Wu (DC)

James C Barber
(Board Certified in Personal Injury Trial Law by the
Texas Board of Legal Specialization; & certified in
Civil Trial Law by the Nat'l Board of Trial Advocacy)

PLEASE RESPOND TO THE DALLAS OFFICE

July 1, 2004

Mr. Chip Valdone
11545 Carson
Lakewood, CA 90241

Re: Medical Authorizations and Doctor/Hospital Lists

Dear Mr. Valdone:

Our records indicate that on June 8, 2004, we sent you ten (10) copies of HIPPA medical authorizations to obtain copies of your medical records along with a doctor and hospital list for you to complete. We have yet to receive the authorizations or completed doctor and hospital lists it is imperative that we receive these documents from you. Please return the above mentioned documents to me by July 9, 2004

If you have any questions, please give me at call at (800) 226-9880.

Sincerely,

Vicki Anderson

Vicki Anderson
Paralegal to Dana Fox

//vja



## WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL

B. Scott Kruka
Rhonda Sullivan Cleaves
Ashley Watkins McDowell
Ron C. Eddins
Leslie C. MacLean
George O. Tankard, III (DC, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nelda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Jamie Reibenspies
Erika Brauch (CA)
Charles W. Branham, III
Saai Swartzon (CA, IL)
Clay B. Carroll

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

**California Office:**
200 Oceangate, Suite 520
Long Beach, California 90802
Telephone: 562-436-8833
Telecopier: 562-590-7296

**Maryland Office:**
10015 Old Columbia Rd., Suite B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

JEFFREY B. SIMON
TROYCE G. WOLF
DAVID C. GREENSTONE
MICHAEL L. ARMITAGE (CA, LA)

Benjamin R. Couture
Scott M. Dolin (CA, NY, TX, WV)
J. Clay McCaslin (LA, OR, TX)
J. Bradley Smith
Kyla Reed
Joseph C. Garland (MD)
Clifford D. MacKenzie
Jay E. Stuemke

OF COUNSEL:
Shanlon Wu (DC)

James C. Barber
(Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization; & certified in Civil Trial Law by the Nat'l Board of Trial Advocacy)

PLEASE RESPOND TO THE DALLAS OFFICE

August 24, 2004

**Via Federal Express**
Mr. Chip Valdone
11545 Carson
Lakewood, CA 90241

   RE:   Your Vioxx Claim

Dear Mr. Valdone:

   As you know, our office has corresponded with you orally and in writing on numerous occasions now regarding information we need that is necessary to litigate your Vioxx claim. Specifically, we have attempted to gather the requisite information from you beginning on June 8, 2004. On July 1, 2004, August 6, 2004, August 13, 2004, and August 20, 2004, we also notified you in writing that we still lacked much of the necessary information. I am also enclosing the educational records authorization that needs to be signed and notarized, please sign and have the authorization notarized.

   **Unless we receive the information needed to continue litigating your Vioxx claim with seven (7) days from the date of this letter, we may be forced to withdraw as counsel of record from your case.**

   If you have any questions, please contact me at (800) 226-9880 immediately.

                                            Very truly yours,

                                            Dana Fox

                                            Dana C. Fox



# WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL

B. Scott Kruka
Ashley Watkins McDowell
Ron C. Eddins
Leslie C. MacLean
George G. Tankard, III (DC, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nelda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Jamie Reibenspies
Erika Brauch (CA)
Charles W. Branham, III
Saar Swartzon (CA, IL)
Clay B. Carroll
Benjamin R. Couture
J. Clay McCaslin (LA, OR, TX)

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

**California Office:**
200 Oceangate, Suite 520
Long Beach, California 90802
Telephone: 562-436-8833
Telecopier: 562-590-7296

**Maryland Office:**
10015 Old Columbia Rd., Suite B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

JEFFREY B. SIMON
TROYCE G. WOLF
DAVID C. GREENSTONE
MICHAEL L. ARMITAGE (CA, LA)

J. Bradley Smith
Kyla Reed
Clifford D. MacKenzie
Jay E. Stuemke
Jennifer L. Bartlett (CA)
Loren Jacobson (NY)
H. W. Trey Jones

**OF COUNSEL:**
Rhonda Sullivan Cleaves (TX)
Shanlon Wu (DC)

James C. Barber
(Board Certified in Personal Injury Trial Law by the
Texas Board of Legal Specialization; & certified in
Civil Trial Law by the Nat'l Board of Trial Advocacy)

PLEASE RESPOND TO THE DALLAS OFFICE

November 19, 2004

Mr. Chip Baldoni
11545 Carson
Lakewood, CA 90241

Re: Long Beach Memorial X-Ray Films

Dear Mr. Baldoni:

Please send to us any and all copies of –x-ray films in your possession that were checked out from Long Beach Memorial Hospital. Please send them to my attention as soon as possible using our Federal Express account number is 184751038.

If you have any questions, please give me at call at (800) 226-9880.

Sincerely,

*Vicki Anderson*

Vicki Anderson
Paralegal to Dana Fox





# WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL
JEFFREY B. SIMON
TROYCE G. WOLF

Ashley Watkins McDowell
Ron C. Eddins
George G. Tankard, III (DC, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nelda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Jamie Reibenspies
Erika Brauch (CA)
Charles W. Branham, III
Saer Swartzon (CA, IL)
Clay B. Carroll
Benjamin R. Couture

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

**California Office:**
200 Oceangate, Suite 520
Long Beach, California 90802
Telephone: 562-436-8833
Telecopier: 562-590-7296

**Maryland Office:**
10015 Old Columbia Rd., Suite B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

DAVID C. GREENSTONE
MICHAEL L. ARMITAGE (CA, LA)
B. SCOTT KRUKA
LESLIE C. MacLEAN

J. Clay McCaslin (LA, OR, TX)
J. Bradley Smith
Kyla Reed
Clifford D. MacKenzie
Jay B. Stuemke
Jennifer L. Bartlett (CA)
Loren Jacobson (NY)
H. W. Trey Jones
Ketan Kharod

**OF COUNSEL:**
Rhonda Sullivan Cleaves (TX)

James C. Barber
(Board Certified in Personal Injury Trial Law by the Tx
Board of Legal Specialization & certified in Civil Trial
Law by the Nat'l Board of Trial Advocacy)

PLEASE RESPOND TO THE DALLAS OFFICE

February 3, 2005

VIA CERTIFIED MAIL/ 7003 1680 0000 5105 0316

Mr. Chip Valdone
11544 Carson
Lakewood, California 90241

   Re: Your x-rays from Long Beach Memorial Hospital

Dear Mr. Valdone:

  This letter is a follow up to the letter we sent on November 19, 2004 requesting your x-ray films from Long Beach Memorial Hospital. Please send them to my attention by **Monday, February 14, 2005**. If we do not receive them by this date, <u>we will be forced to move to withdraw as your counsel</u>.

             Sincerely,

             Dana Fox

DCF/ads



# WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL
JEFFREY B. SIMON (NY, TX)
TROYCE G. WOLF

Ashley Watkins McDowell
Ron C. Eddins
George G. Tankard, III (DC, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nelda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Saar Swartzon (CA, IL)
Benjamin R. Couture
Kyla Reed

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

DAVID C. GREENSTONE (NY, TX)
MICHAEL L. ARMITAGE (CA, LA)
B. SCOTT KRUKA
LESLIE C. MacLEAN

Clifford D. MacKenzie
Jay E. Stuemke
Jennifer L. Bartlett (CA)
Loren Jacobson (NY)
H. W. Trey Jones
Ketan Kharod

**California Office:**
200 Oceangate, Suite 520
Long Beach, California 90802
Telephone: 562-436-8833
Telecopier: 562-590-7296

**Maryland Office:**
10015 Old Columbia Rd., Suite B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

**OF COUNSEL:**
Rhonda Sullivan Cleaves (TX)

James C. Barber
(Board Certified in Personal Injury Trial Law by the TX Board of Legal Specialization & certified in Civil Trial Law by the Nat'l Board of Trial Advocacy)

PLEASE RESPOND TO THE DALLAS OFFICE

March 3, 2005

*Via FEDEX*

Mr. Eugene Baldoni
11544 Carson
Lakewood, California 90241

    RE:    Your Vioxx Claim

Dear Mr. Baldoni:

    As you know, our office has corresponded with you in writing on numerous occasions now regarding information we need that is necessary to litigate your Vioxx claim. Specifically, we have attempted to gather the requisite information from you beginning on October 6, 2004, when you stated that you were in possession of your x-rays from Long Beach Memorial Hospital and would send them to our office along with the correct social security number that appears on your medical records. On November 19, 2004, and February 3, 2005, we also notified you in writing that we still lacked much of the necessary information.

    **Unless we receive the x-ray films from Long Beach Memorial Hospital and your correct social security number needed to continue litigating your Vioxx claim with seven (7) days from the date of this letter, we will begin taking steps to withdraw as counsel of record from your case.**

    If you have any questions, please contact me at (800) 226-9880 immediately.

Very truly yours,

Dana C. Fox


EXHIBIT 5

# WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL
JEFFREY B. SIMON (NY, TX)
TROYCE G. WOLF

Ashley Watkins McDowell
Ron C. Eddins
George G. Tankard, III (DC, MA, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nelda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Saar Swartzon (CA, IL)
Benjamin R. Couture
Kyla Gail Cole

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

DAVID C. GREENSTONE (NY, TX)
MICHAEL L. ARMITAGE (CA, LA)
B. SCOTT KRUKA
LESLIE C. MacLEAN

Jay R. Stuemke
Jennifer L. Bartlett (CA)
Loren Jacobson (NY)
H. W. Trey Jones
Bryan C. Misshore (CA, LA)

**OF COUNSEL:**
Rhonda Sullivan Cleaves (TX)

James C. Barber
(Board Certified in Personal Injury Trial Law by the TX Board of Legal Specialization & certified in Civil Trial Law by the Nat'l Board of Trial Advocacy)

**California Office:**
300 N. Continental Blvd., Ste. 500
El Segundo, California 90245
Telephone: 310-414-8146
Telecopier: 310-414-8156

**Maryland Office:**
10015 Old Columbia Rd., Ste. B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

PLEASE RESPOND TO THE DALLAS OFFICE

May 23, 2005

**Via FedEx**

Mr. Eugene Baldoni
11544 Carson
Lakewood, California 90715


Re: Your x-rays from Long Beach Memorial Hospital


Dear Mr. Baldoni:

After reviewing your file, I noticed we still have not received your x-ray films from Long Beach Memorial Hospital. We also need your **correct** social security number for our file. Please send this information to my attention by **Monday, March 30, 2005**.

Please call me at 1-800-226-9880 to verify that you received this package. If you have any questions, please do not hesitate to contact me.

Sincerely,

Amanda Stowe
Legal Assistant to Dana C. Fox

/as





**Notifications@fedex.com**
05/24/2005 03:34 PM

Please respond to
<insightmail@fedex.com>

To <adodd@awpk.com>
cc
bcc
Subject  FedEx Shipment 792930420927 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:         792930420927
Reference:               Valdone, Chip
Ship (P/U) date:         May 23, 2005
Delivery date:           May 24, 2005 13:31  PM
Signed for by:           A.GONZALEZ
Service type:            FedEx Standard  Overnight
Packaging type:          FedEx Envelope
Number of pieces:        1
Weight:                  0.5 LB

Shipper Information              Recipient Information
Amanda Stowe                     Eugene Baldoni
Waters & Kraus LLP               11545 Carson
3219 McKinney Avenue             Lakewood
Dallas                           CA
TX                               US
US                               90715
75204

Special handling/Services
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:34 PM CDT on 05/24/2005.

For questions about FedEx Express, please call us at 1.800.Go.FedEx.

All weights are estimated.

To track the status of this shipment online, please use the following:
http://www.fedex.com/Tracking?tracknumbers=792930420927&action=track&language=english&cntry_code=us&clienttype=ivpodalrt

Thank you for your business.

06/03/2005

Dana Fox

Re: Social Security Info and X-Rays

Dear Miss Fox:

On October 7, 2004, I faxed a letter to your associate Vicki Anderson with my social security number and other information.

Vicki Anderson and I talked on numerous occasions about my x-ray file. I told her that it was unsafe to send the medical x-rays to Texas in case of having another stroke. The local doctors would want to see the previous x-rays to better diagnose my condition. She did not have a problem with it.

Anyway with all this said, what do we do now?

Sincerely,

Chip Baldoni



EXHIBIT 7

# FAX COVER SHEET

Date: 06/03/05

Attn: Dana Fox
Fax #: (214) 357-7252

From: Chip Baldoni
Fax: 562-809-6144
Pages: 2

Special Instructions: _____

_____

_____