UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO: 1657
SECTION: L
JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. ~~3:03-CV-0180~~ 05-538 ref.

### ORDER ON WATERS & KRAUS, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF EUGENE BALDONI

On this date came on for consideration Waters & Kraus, LLP's Motion to Withdraw as Counsel of Record for Plaintiff Eugene Baldoni (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be, and it hereby is **GRANTED**.

SIGNED this 21 day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

_____
DANA C. FOX
State Bar No. 24032191
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Ave, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFF

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

3