UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 17  PM 3: 45

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION: L |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Hunter v. Merck & Co., Inc.*, No. 05-459 (previously 04-2518-CM, D. Kan.)
*Smith v. Merck & Co., Inc.*, No. 05-460 (previously 04-1355-MLB, D. Kan.)
*Smita v. Merck & Co., Inc.*, No. 05-1011 (previously 04-2588-CM, D. Kan.)
*Webb, et al. v. Merck & Co., Inc.*, No. 05-1272 (previously 05-1038-JTM, D. Kan.)
*Cunningham v. Merck & Co., Inc., et al.*, No. 05-1511 (previously 05-4012-JAR, D. Kan.)
*Nevels v. Merck & Co., Inc., et al.*, No. 05-501 (previously 04-952-CV-W-DW, W.D. Mo.)
*Young v. Merck & Co., Inc.*, No. 05-502 (previously 04-5117-CV-SW-GAF, W.D. Mo.)
*Shaw, et al. v. Merck & Co., Inc.*, No. 05-1062 (previously 04-1098-CV-W-SOW, W.D. Mo.)
*Quigley v. Merck & Co., Inc.*, No. 05-1063 (previously 04-1099-CV-W-GAF, W.D. Mo.)
*Brewer v. Merck & Co., Inc.*, , No. 05-1064 (previously 05-3017-CV-S-FJG, W.D. Mo.)
*Wagner v. Merck & Co., Inc.*, No. 05-2029 (previously 05-4093-NKL, W.D. Mo.)
*Bannigan v. Merck & Co., Inc.*, No. 05-2030 (previously 05-282-SOW, W.D. Mo.)
*Thornton v. Merck & Co., Inc.*, No. 05-2031 (previously 05-286-CV-W-GAF, W.D. Mo.)
*Felton v. Merck & Co., Inc.*, No. 05-2032 (previously 05-3123-JCE, W.D. Mo.)

## MOTION FOR LEAVE TO WITHDRAW AND ENTRY OF APPEARANCE

Ann M. Scarlett hereby moves the Court for leave to withdraw as counsel for defendant Merck & Co., Inc. Ms. Scarlett will resign from the law firm of Stinson Morrison Hecker LLP effective June 15, 2005. John C. Aisenbrey of the law firm Stinson Morrison Hecker LLP will continue as counsel for defendant Merck & Co., Inc..

Additionally, George F. Verschelden of Stinson Morrison Hecker LLP hereby enters his appearance as counsel of record for defendant Merck & Co., Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

Respectfully submitted,

_/s/ A. M. Scarlett_

John C. Aisenbrey      MO #31907, KS #16187
Ann M. Scarlett        MO #50156, KS #19076
George F. Verschelden  MO #55128, KS #21469
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2800
Kansas City, MO 64108
Telephone (816) 842-8600
Facsimile (816) 691-3495

*ATTORNEYS FOR DEFENDANT*
*MERCK & CO., INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of June, 2005.

Grant L. Davis
Thomas C. Jones
Scott S. Bethune
Timothy L. Brake
Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, MO  64196

Thomas P. Cartmell
Brian J. Madden
Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112

J. Scott Bertram
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO  64114

Wm. Dirk Vandever
The Popham Law Firm, P.C.
323 W. 8th Street, Suite 200
Kansas City, MO  64105

Mark B. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS  67201-0638

Gene E. Schroer
115 S.E. 7th Street
P.O. Box 2667
Topeka, KS  66601-2667

Neil A. Dean
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St., Ste 305
Topeka, KS 66603

Scott W. Sayler
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Kenneth B. McClain
Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, Missouri 64050

James Bandy
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108

Lon Walters
The Walters Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

Ann Schiavone
The Schiavone Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

William R. Robb
901 St. Louis Street, Suite 1600
Springfield, MO 65806

M. Scott Montgomery
The Montgomery Law Firm, LLC
3432 Culpepper Court, Suite A
Springfield, MO 65804

James P. Frickleton
Bartimus, Frickleton et al.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Kirk Goza
Brad Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P. O. Box 482355
Kansas City, MO 64148-2355

Wayne S. Spivey
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103

_____
Attorney for Defendant Merck & Co., Inc.

Your filing has been successfully submitted to LexisNexis File & Serve. Your filing information appears below. To print this information for your records, click anywhere on the filing information, then click the browser Print button.
To perform another filing, click **Begin a New Filing.**
To exit File & Serve, click **Return to My File & Serve.**

## LexisNexis File & Serve Filing Receipt

| | |
|---|---|
| **Filing ID:** | 6016201 |
| **Filed by:** | Ann Scarlett, Stinson Morrison Hecker LLP-Kansas City |
| **Authorized by:** | Ann Scarlett, Stinson Morrison Hecker LLP-Kansas City |
| **Authorize and file on:** | Jun 14 2005 5:40PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern Division E-Service - Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil - Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MC-MDL-1657 |
| **Case Name:** | In Re VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Filing Option:** | Serve Only - Public |
| **Billing Reference:** | 801960-0003 |

**Documents List**
**1 Document(s)**

**Attached Document, 6 Pages**   **Document ID: 3724200**                                       View Original   View PDF

| **Filing Type:** | **Access:** | **Filing Fee:** | **Linked:** |
|---|---|---|---|
| Motion | Secure Public | $0.00 | |

**Document title:**
Motion for Leave to Withdraw and Entry of Appearance

Expand All

⊟ **Filing Parties (2)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Merck & Co Inc | Interested Party | Scarlett, Ann | Stinson Morrison Hecker LLP-Kansas City | Attorney in Charge |
| Merck & Co Inc | Interested Party | Aisenbrey, John | Stinson Morrison Hecker LLP-Kansas City | Attorney in Charge |

⊟ **Recipients (11)**

  ⊟ Service List (11)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Bench, Jurhee | Interested Party | Davis, Grant L | Shrager Spivey & Sachs | Attorney in Charge | Online |
| Service | Dymek, Waclaw Alex MD | Interested Party | Bandy, Lloyd James | Horn Aylward & Bandy LLC | Attorney in Charge | Online |
| Service | Hunter, Vicky D | Interested Party | Davis, Grant L | Shrager Spivey & Sachs | Attorney in Charge | Online |
| Service | Nevels, Caroline | Interested Party | McClain, Kenneth B | Humphrey Farrington & McClain PC | Attorney in Charge | Online |
| Service | Nevels, Caroline | Interested Party | Thomas, Daniel A | Humphrey Farrington & McClain PC | Attorney in Charge | Online |
| Service | Shaw, Elvin | Interested Party | McClain, Kenneth B | Humphrey Farrington & McClain PC | Attorney in Charge | Online |
| Service | Shaw, Elvin | Interested Party | Thomas, Daniel A | Humphrey Farrington & McClain PC | Attorney in Charge | Online |
| Service | Shaw, Mary | Interested Party | McClain, Kenneth B | Humphrey Farrington & McClain PC | Attorney in Charge | Online |
| Service | Shaw, Mary | Interested Party | Thomas, Daniel A | Humphrey Farrington & McClain PC | Attorney in Charge | Online |
| | | Interested | | Hutton & Hutton Law Firm | Attorney in | |

| Service | Smith, Betty S | Party | Hutton, Mark B | LLC | Charge | Online |
| Service | Wallace, Sheryl Lynn | Interested Party | McClain, Kenneth B | Humphrey Farrington & McClain PC | Attorney in Charge | Online |

☐ Additional Recipients (0)

☐ **Case Parties**

[ Begin a New Filing ]   [ Return to My File & Serve ]   [ Print ]