**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 21  P 12: 32

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                    :     MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION :
                                                :     SECTION: L
                                                :
                                                :     JUDGE FALLON
                                                :     MAG. JUDGE KNOWLES
...............................................:

**THIS DOCUMENT RELATES TO:**
*Hunter v. Merck & Co., Inc.,* No. 05-459 (previously 04-2518-CM, D. Kan.)
*Smith v. Merck & Co., Inc.,* No. 05-460 (previously 04-1355-MLB, D. Kan.)
*Smita v. Merck & Co., Inc.,* No. 05-1011 (previously 04-2588-CM, D. Kan.)
*Webb, et al. v. Merck & Co., Inc.,* No. 05-1272 (previously 05-1038-JTM, D. Kan.)
*Cunningham v. Merck & Co., Inc., et al.,* No. 05-1511 (previously 05-4012-JAR, D. Kan.)
*Nevels v. Merck & Co., Inc., et al.,* No. 05-501 (previously 04-952-CV-W-DW, W.D. Mo.)
*Young v. Merck & Co., Inc.,* No. 05-502 (previously 04-5117-CV-SW-GAF, W.D. Mo.)
*Shaw, et al. v. Merck & Co., Inc.,* No. 05-1062 (previously 04-1098-CV-W-SOW, W.D. Mo.)
*Quigley v. Merck & Co., Inc.,* No. 05-1063 (previously 04-1099-CV-W-GAF, W.D. Mo.)
*Brewer v. Merck & Co., Inc., ,* No. 05-1064 (previously 05-3017-CV-S-FJG, W.D. Mo.)
*Wagner v. Merck & Co., Inc.,* No. 05-2029 (previously 05-4093-NKL, W.D. Mo.)
*Bannigan v. Merck & Co., Inc.,* No. 05-2030 (previously 05-282-SOW, W.D. Mo.)
*Thornton v. Merck & Co., Inc.,* No. 05-2031 (previously 05-286-CV-W-GAF, W.D. Mo.)
*Felton v. Merck & Co., Inc.,* No. 05-2032 (previously 05-3123-JCE, W.D. Mo.)

## ORDER GRANTING LEAVE TO WITHDRAW

Having considered the Motion for Leave to Withdraw filed by defendant Merck & Co.,

Inc., the Court hereby GRANTS said Motion and ORDERS that Ann M. Scarlett of the law firm

Stinson Morrison Hecker LLP is hereby withdrawn as counsel for defendant Merck & Co., Inc.

and that John C. Aisenbrey and George F. Verschelden of the law firm Stinson Morrison Hecker

LLP shall continue as counsel for defendant Merck & Co., Inc.

Signed this ___ day of _____, 2005.

_____
Judge Presiding

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No _____

*801960:0003\6634439.1*