**JAAK (JACK) OLESK**
Law Offices of Jaak Olesk
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone 310 860 4799
Fax 310 860 4747



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 20 PM 5: 10

LORETTA G. WHYTE
CLERK

June 17, 2005

Ms. Dina Guilbeau
United States District Court
Eastern District of Louisiana
Office of the Clerk
500 Poydras St., Room C – 151
New Orleans, LA 70130

Via First Class Mail

In Re: MDL 1657 Vioxx Products Liability Litigation; Maria Ceballos et al v. Merck & Co., Inc. C.A. 05-1992L (3)

Dear Ms. Guilbeau:

    Thank you for your courtesy over the telephone this morning. As we discussed: (1) this office represents Maria Ceballos et al; (2) this office has recently relocated.

    Please note new contact information above. Please call with any questions. Again, thank you for your assistance.

Sincerely,

Jaak Olesk
JO/lc
cc: Mr. Thomas Yoo, Reed Smith LLP counsel for Merck & Co., Inc.

___ Fee____
___ Process_
_X_ Dktd____
___ CtRmDep__
___ Doc. No.____