**MINUTE ENTRY**
**FALLON, J.**
**June 21, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court met with representatives of the Plaintiffs' Steering Committee regarding the allocation of counsel fees and costs for administration and common benefit work. in the above captioned matter.

JS10  0:30