UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has not yet received Joint Report No. 4 from Liaison Counsel in the above captioned matter. Counsel are reminded that a joint report is due two (2) days before each monthly pretrial conference to avoid the necessity of cancelling the conference or having the Court take other appropriate actions.

New Orleans, Louisiana, this   22nd   day of    June   , 2005.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE