UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 23  AM II: 56

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The Plaintiffs' Steering Committee ("PSC") and the Defendants' Steering Committee ("DSC") have been unable to agree on a Defendant Profile Form (DPF).  Each side delivered to the Court their proposed version of the DPF, along with their objections to opposing counsels' version.  After considering the positions of both the PSC and the DSC, the Court redrafted the DPF, which is attached hereto.  IT IS ORDERED that the Plaintiff is to redraft the DPF in a fashion consistent with the Court's noted revisions, and deliver said revised draft to the Court no later than June 30, 2005.

New Orleans, Louisiana, this 23 day of June, 2005.

UNITED STATES DISTRICT JUDGE

Attachment

Fee
Process
X  Dktd
CtRmDep
Doc. No.

*[handwritten margin notes: Do it in (2 pt 4) waves; 1st wave: limit profile forms of both P & D. to Cardio Vascular events (M.I., Ischemic Strokes, deaths ) 2d wave after some experience re group + consider others]*

### PSC SUBMISSION OF MERCK INDIVIDUAL CASE PROFILE FORM
### (DRAFT 5 - MAY 20, 2005)

**Draft–For Discussion and for Negotiation purposes only**

### In Re: Vioxx Product Liability Litigation

### MDL No. 1657

### DEFENDANT MERCK CASE PROFILE FORM

For each case, Defendant Merck must complete this Case Profile Form.  This Case Profile Form  must be completed and served on all counsel in the action identified in Section I below.  This must be answered and served 60 days after the date that the Plaintiff's Profile Form has been served on Defendant Merck & Co.

You should attach additional sheets of paper if that is necessary to completely answer the following questions.

I.    **Case Information**

This defendant fact sheet pertains to the following case:

Case caption:_____

Civil Action No._____

Court in which action was originally filed:_____

Name and Address of all person(s) who provided information responsive to the questions posed in this fact sheet:

*[handwritten: OK (2 pt 4)]*

A:      _____
        (Name)

        _____
        (Address)

        _____

II.    **Contacts With Dispensing Health Care Provider**

In Section IV(A.) of Plaintiff's Profile Form, plaintiff identified persons or entities who prescribed or dispensed Vioxx to plaintiff (hereinafter "Prescribing Health Care Provider")  For each prescribing health care provider identified, please state and, where requested, provide the following

A.)  Dear Doctor or Dear Healthcare Provider Letters.

1.  For each "Dear Doctor" or "Dear Healthcare Provider" letter that you contend was *actually sent* to plaintiff's prescribing health care provider, please: a.) identify the letter sent; b.) state the date that each letter was actually sent to plaintiff's dispensing health care provider; c.) state the person to whom each letter was actually sent, d.) state  the address where it was sent, e.) identify the database or documents that demonstrate these facts and,  f.)  identify the persons who provided information responsive to this request.

*OK. (BJ) [handwritten marking]*

*also Merck should identify any Professional info Request (as stated in Merck's Version of PIP Profile form* [handwritten note]

*NOTE.  Please attach hereto a copy of each letter allegedly sent to plaintiff's dispensing health care provider.*

B.  OTHER CONTACTS

*OK [handwritten marking]*

1.  For each prescribing health care provider identified, please identify all contacts between Merck sales representatives and that provider please produce the following information:

| Plaintiff's Dispensing Health Care Provider | Identity and last known address and telephone number Merck representative | The current relationship, if any, between Merck and the sales representative | Date(s) of Contact |
|---|---|---|---|
| | | | |

2.  For each Merck sales representative identified above, please identify or produce his/her custodial file, including and all personal notes, calender entries, computer entries, backgrounder documents, marketing information that is/was in their possession concerning Vioxx or any other pain relief medication.

*Delete I reserve ruling on this until I see how many we are dealing with [handwritten note]*

-2-

3.   For each Merck sales representative identified above, please identify and produce any and all call notes, customer belief notes or other documents that reflects or refers to any communications with any of plaintiff's prescribing health care providers.

*Delete
(Reserve ruling)*

4.   For each Merck sales representative identified above, please identify and produce documents, including journal articles, informational material or promotional information that the sales representative or detail person distributed to or discussed with plaintiff's prescribing health care providers.

5.   For each sales representative identified above, please identify and produce Vioxx-related weekly notes.

6.   For each sales representative identified above, please state whether he/she is has been investigated or reprimanded for his/her marketing practices by either Merck or some other governmental agency. If your answer is "yes", please state whether the investigation is complete and the results of the investigation and identify or produce documents which refer to the investigation or reprimand.

7.   For each prescribing health care provider, please state whether Merck or its representatives ever provided him or her (or anyone in their practice) Vioxx samples. If the answer is "yes," please state:

   A.)   The number or sample packets provided and the dosages provided;
   B)   The dates that they were shipped and/ or provided;
   C.)   The lot numbers for the samples provided on each date identified;
   D.)   The identity of the person or persons who provided the samples.

*(handwritten note in left margin)*

> NOTE:    Please attach hereto any documentation that refers
>          or related to the information requested above and
>          attach a copy or copies of the packaging for
>          samples that were provided

8.    Please identify the person or persons who provided information
      responsive to Section II or any of its subparts.

_____

**III    Consulting With Plaintiff's Dispensing Health Care Provider**

1.    In Section IV(A) of Plaintiff's Profile Form, plaintiff identified his/her
      prescribing health care provider(s)  If you have ever retained any of
      plaintiff's prescribing health care providers as a "thought leader," a
      member of Merck's Speaker Program, a Merck Clinical Investigator, or a
      consultant in any other capacity on the subject of pain medications
      (including Vioxx, Celebrex, Bextra or any other NSAID) or cardiovascular
      risk, please state

      a.)    The identity of the heath care provider consultant:
             _____.

      b.)    The dates they were affiliated with Merck:
             _____

      c.)    The amount of money Merck paid in expenses, honoraria
             and fees, per calender year.
             _____

      d.)    Please identify or produce all consulting agreements and
             contracts
             _____

2.    For each of plaintiff's prescribing healthcare providers identified in section
      III(A) above, please state whether they were ever invited to attend and/or
      did in fact attend any Merck sponsored conferences or events.   If your
      answer is "yes," please state:

      a.)    The identity of the health care provider attendee::
             _____.

      b.)    The title, location and date of the speaker's program

attended:

______________________________

c.) The topic of the speaker's program:.

______________________________

d.) All speakers at the speaker's Program:

______________________________

e.) Please provide or identify the agenda/brochure for the conference or program

______________________________

3. Has plaintiff's Prescribing healthcare provider ever contacted you to request information concerning Vioxx, its indications, its effects and/or its risks?

_______ Yes _______ No

If your answer is "yes," please identify and attach any document which refers to your communication with plaintiff's Prescribing healthcare provider.

______________________________

4. Please identify the person or persons who provided information responsive to Section III or any of its subparts, giving their name, address, telephone number indicating whether said person is currently an employee of Merck and the dates of employment.

______________________________

## IV Plaintiff's Prescribing Health Care Provider's Prescribing Practices

In Section IV(A) of plaintiff's fact sheet, plaintiff identified his/her Prescribing health care provider(s). For each listed provider, please state and produce the following:

1. Do you have or have you had access to any database or information which purports to track any of plaintiff's Prescribing healthcare provider's prescribing practices with respect to Vioxx, Celebrex, Bextra or any other prescription NSAID (e.g. Voltaren) (including, but not limited to the

product(s) prescribed, the number or prescriptions, the number of refills and the time frame when these products were prescribed or (re) filled)

_____   _____
Yes                    No

If your answer is "yes," please produce or identify the database or document which captures that information.

_____

## VI   Plaintiff's Medical Condition

1.   Have you been contacted by Plaintiff, any of his/her physicians, or anyone on behalf of plaintiff concerning plaintiff?

_____        _____
Yes                         No

If your answer is "yes", please a.) state the name of the person(s) who contacted you, b.) state the person(s) who were contacted including their name, address and telephone number and, .c.)  produce or identify any and all documents which reflect any communication between any person and you concerning plaintiff.

2.   Please produce a copy of any MedWatch form which refers or relates to plaintiff, including back-up documentation concerning plaintiff and any evaluation you did concerning the plaintiff.

3.   Please identify the person or persons who provided information responsive to Section IV or any of its subparts

_____

## VII.   Advertising

1.   Did you advertise Vioxx in the Media Market that plaintiff lived at the time that he/she took Vioxx?

_____        _____
Yes                         No

2.   If your answer to the preceding question is "yes," please identify all such advertising stating the nature of the advertisement (i.e., in magazines, newspapers, television or other media) the identity of the media outlet,

-6-

the dates that the advertisements ran, and the cost of the ad campaign

| Identity of the Advertisement and intended media marketplace | Nature of media (print of television) | Identity of the media outlet | Dates that advertisements ran and cost of the campaign |
|---|---|---|---|
|  |  |  |  |

*Please provide or identify true and accurate copies of any advertisement identified above*

3.  Did you advertise Vioxx in the Media Market that plaintiff's prescribing healthcare provider's office was located at the time that plaintiff took Vioxx?

_____ Yes          _____ No

4.  If your answer to the preceding question is "yes," please identify all such advertising stating the nature of the advertisement (i.e., in magazines, newspapers, television or other media) the identity of the media outlet and the dates that the advertisements ran.

| Identity of the Advertisement and intended media marketplace | Nature of media (print of television) | Identity of the media outlet | Dates that advertisements ran and cost of the campaign |
|---|---|---|---|
|  |  |  |  |

*Please provide copies of true and accurate copies of any advertisement identified above*

**VIII.  Documents**

To the extent you have not already done so, please produce a copy of all documents and things that fall into the categories listed below. These include documents in the possession of any of your present and former employees, including information provided to your attorneys:

1.  Any document which relates to or refers to plaintiff.

-7-

2.      Any document sent to or received from any of plaintiff's prescribing physicians.

3.      Any document reflecting any actual communication between you and plaintiff's prescribing physician's concerning the risks, cardiovascular risks associated with any COX-2 drug. V 10 X X

4.      Any document which purports to describe the prescribing practices of any of plaintiff's prescribing physicians.

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge and that I have supplied all requested documents to the extent that such documents are in my possession, custody and control (including the custody and control of my lawyers).

_____       _____       _____
Signature                                     Print name                                        Date

-8-