UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYRTLE HUTCHINSON | CIVIL ACTION NO. 05-0851 |
| VERSUS | SECTION "L" |
| MERCK & CO., INC. | MAGISTRATE 3 |

## MOTION TO ADMIT PRO HAC VICE

**COMES NOW** Jack W. Harang, and respectfully moves this Court to admit to William M. Cunningham of the firm of Burns, Cunningham, Mackey, & Fillinghim, 50 Emanuel Street, Mobile, Alabama 36633 appear in this Court *pro hac vice* and act as co-counsel with him and, in support of this Motion, would show unto this Court as follows:

1. Jack W. Harang is the attorney of record for plaintiffs in the above-styled cause, and a member in good standing of the Alabama Bar.

2. Plaintiffs have associated with William M. Cunningham, Jr. to act as co-counsel with Jack W. Harang in the prosecution of this case.

3. William M. Cunningham, Jr. is currently a member in good standing of the bar of the State of Alabama, as shown by the Certificate of Good Standing attached hereto, and is of good moral character and familiar with the ethics, principles, practices, customs, and usuages of the legal profession in this state.

4. Movant accepts joint and several responsibility with William M. Cunningham, Jr. in all matters arising from these particular causes.

5.      A copy of the Verified Application, as required by law will be is attached hereto.

6.      A statement obtained from the Clerk of the Alabama Supreme Court is attached hereto.

WHEREFORE, movant herein, Jack W. Harang, prays that an order be entered allowing William H. Cunningham to act as co-counsel with him in prosecuting the above matters *pro hac vice* on behalf of plaintiffs.

Respectfully submitted:

_____
JACK W. HARANG (#15083)
3500 N. Hullen Street
Metairie, LA 70002
(504) 456-8658
Attorney for Myrtle Hutchinson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYRTLE HUTCHINSON | * |
| | * |
| | *  CIVIL ACTION NO. 05-0851 |
| vs. | * |
| | *  JURY TRIAL DEMANDED |
| MERCK & CO., INC. | * |
| | *  JUDGE SECT.L. MAG.3 |

## VERIFIED APPLICATION FOR ADMISSION PRO HAC VICE

STATE OF LOUISIANA
PARISH OF JEFFERSON

Personally appeared before me, the undersigned authority in and for the said county and state, William M. Cunningham, Jr., who after being by me duly sworn according to law, states on his oath as follows:

1. My name is William M. Cunningham, Jr. I am an adult under no legal disabilities and competent to make this affidavit, which is made on my own personal knowledge.

2. I desire to appear as counsel pro hac vice for plaintiff in the matter styled above.

3. My full name is William Mitchell Cunningham, Jr. My residence address is 149 Batre Lane, Mobile, Alabama 36608. My office address is 50 Saint Emanuel Street, Mobile, AL 36602. My office telephone number is (251) 432-0612, my fax number is (251) 432-0625, and my email is wmcunningham@bcmlawyers.com.

4. I was admitted to practice in the following jurisdictions on the dates indicated:

| **Jurisdiction** | **Date of Admission** |
|---|---|
| Supreme Court of the State of Alabama | November 7, 1974 |
| U. S. Court of Military Appeals | April 21, 1975 |
| U. S. District Court for the Southern District of Alabama | February 9, 1979 |
| Supreme Court of the State of Mississippi | April 25, 2000 |
| U. S. District Court for the Southern District of Mississippi | April 25, 2000 |
| U. S. District Court for the Northern District of Mississippi | April 25, 2000 |
| U. S. Court of Appeals, 5th Circuit | August 18, 1986 |

5. I have not maintained an office within the State of Louisiana and have not engaged in general practice of law in this state without being properly admitted and licensed to practice law in this state.

6. I am currently licensed, in good standing, to practice law in the above-listed jurisdictions. I am not currently suspended or disbarred in the above-listed jurisdictions, or in any other jurisdiction.

7. I currently practice civil litigation and am qualified to properly represent plaintiffs in this civil litigation.

8. I, William Cunningham, have not been the subject of disciplinary action nor are criminal charges pending against me by the bar or courts of any jurisdiction during the preceding five (5) years.

9. I am of good moral character and familiar with the ethics, principles, practices, customs, and usages of the legal profession in this state.

10. I have not appeared *pro hac vice* within the State of Louisiana within the immediate preceding twelve (12) months.

11. Unless permitted to withdraw by order of this Court, I will continue to represent plaintiffs in this cause until its final determination. With reference to all matters incident to this cause, I consent to the jurisdiction of the courts of the State of Louisiana of the disciplinary tribunals of the Louisiana Bar, and of the Louisiana Board of Admissions in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar.

12. I have associated in this cause with Jack W. Harang, Bar No. 15083, a member in good standing of the Louisiana Bar.

And further, affiant says not.

_____
WILLIAM M. CUNNINGHAM, JR.

SWORN TO and subscribed before me, by _Lisa Starr_ on this the _2nd_ day of _June_, 2005.

_____
NOTARY PUBLIC

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that  William Mitchell Cunningham, Jr.  was duly and legally admitted to practice law by the Supreme Court of Alabama on  November 21, 1974  and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on  June 7, 2005  with the seal of the Supreme Court of Alabama attached.



*Robert G. Esdale, Clerk*
*Supreme Court of Alabama*



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334 / 269-1515 • Fax: 334 / 261-6310
www.alabar.org

**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that William Mitchell Cunningham Jr. has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that William Mitchell Cunningham Jr. was admitted to the Alabama State Bar November 15, 1974.

I further certify that the said William Mitchell Cunningham Jr. is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2005.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 7th day of June, 2005.

*Keith B. Norman*
Keith B. Norman, Secretary

LAWYERS RENDER SERVICE