UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 20 A 7: 56

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| MYRTLE HUTCHINSON | CIVIL ACTION NO. 05-0851 |
| VERSUS | SECTION "L" |
| MERCK & CO., INC. | MAGISTRATE 3 |

### ORDER

THE FOREGOING CONSIDERED,

IT IS HEREBY ORDERED that William M. Cunningham of the firm of Burns, Cunningham, Mackey, & Fillinghim, 50 Emanuel Street, Mobile, Alabama 36633, Alabama, be, and in the same hereby is, admitted Pro Hac Vice in the above entitled and numbered case.

SO ORDERED this _17_ day of _June_, 2005, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____