A CERTIFIED TRUE COPY

JUN 2 0 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 23 P 12: 29

LORETTA G. WHYTE
CLERK

*DOCKET NO. 1657*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUN 2 0 2005**

FILED
CLERK'S OFFICE

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

## *BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL* AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### *TRANSFER ORDER*

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in the 34 actions listed on Schedule A to vacate the Panel's orders conditionally transferring the actions to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Merck & Co., Inc., opposes the motions and favors inclusion of these actions in the centralized pretrial proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana, and that transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Vioxx. *See In re Vioxx Products Liability Litigation*, 360 F.Supp.2d 1352 (J.P.M.L. 2005).

To the Kentucky plaintiff who argues that she does not have the resources to litigate this matter in the Eastern District of Louisiana, we emphasize that since Section 1407 transfer is for pretrial proceedings, there is usually no need for the parties and witnesses to travel to the transferee district for depositions or otherwise. *See, e.g.*, Fed.R.Civ.P. 45(c)(3)(A). Furthermore, the judicious use of liaison counsel, lead counsel and steering committees will eliminate the need for most counsel ever to travel to the transferee district. And it is logical to assume that prudent counsel will combine their forces and

---

* Judges Motz and Vratil took no part in the decision of this matter.



- 2 -

A CERTIFIED TRUE COPY

JUN 2 3 2005

ATTEST
FOR THE JUDICIAL PANEL
MULTIDISTRICT LITIGATION

apportion their workload in order to streamline the efforts of the parties and witnesses, their counsel and the judiciary. This streamlining combined with the uniform case management approach already instituted by the transferee judge will foreseeably lead to an overall savings in transaction costs. *See, e.g.,* *In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415, 422 (J.P.M.L. 1991).

To the Pennsylvania plaintiff who asserts that her action presents unique additional claims or factual questions rendering inclusion of the action in MDL-1657 unnecessary or inadvisable, and the Texas plaintiffs who argue against inclusion of their action in MDL-1657 because of the advanced stage of proceedings in this action, we believe that further refinement of the issues and close scrutiny by the transferee judge provide the better course. Whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

IT IS FURTHER ORDERED that Panel Rule 1.6(a), R.P.J.P.M.L., 199 F.R.D. at 428, regarding transfer of files is suspended for this docket.[1]

FOR THE PANEL:

*Wm. Terrell Hodges*

Wm. Terrell Hodges
Chairman

---

[1] This Panel rule requires clerks of transferor district courts to forward to the clerk of the transferee district court the complete original file and docket sheet for each transferred action. Because of the voluminous files in this docket, we are suspending this rule. Instead, we will rely on the judgment of the transferee judge to request from the transferor district clerks or the parties whatever case files and docket sheets he needs.

# SCHEDULE A

<u>MDL-1657 -- In re Vioxx Products Liability Litigation</u>

| | EDLA SEC L/3 |
|---|---|
| <u>Middle District of Alabama</u> | |
| *Yolanda King v. Merck & Co., Inc., et al.*, C.A. No. 2:05-165 | 05-2559 |
| <u>District of Arizona</u> | |
| *Wayne Young v. Merck & Co., Inc.*, C.A. No. 2:05-307 | 05-2560 |
| <u>Middle District of Florida</u> | |
| *Amparo Alvarez v. Merck & Co., Inc., et al.*, C.A. No. 6:05-171 | 05-1258 |
| *Nelson Oquendo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-172 | 05-2561 |
| *Gloria Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 6:05-221 | 05-1259 |
| *Dallas Childers, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-222 | 05-1260 |
| *Maria Diaz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-239 | 05-1261 |
| *Brenda Jurado v. Merck & Co., Inc., et al.*, C.A. No. 8:05-224 | 05-1262 |
| *Felix Carvajal, et al. v. Merck & Co., Inc., et al.*, C.A. No. 8:05-276 | 05-1263 |
| <u>Northern District of Illinois</u> | |
| *Kathleen Brown, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-1092 | 05-2562 |
| <u>Southern District of Illinois</u> | |
| *Gerald Sumner, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-864 | 05-2563 |
| *Ida Akins v. Merck & Co., Inc., et al.*, C.A. No. 3:05-39 | 05-2564 |
| <u>Eastern District of Kentucky</u> | |
| *Jacquelyn Washburn, etc. v. Merck & Co., Inc.*, C.A. No. 5:05-47 | 05-2565 |

- A2 -

| | EDLA<br>SEC L/3 |
|---|---|
| <u>Eastern District of Missouri</u> | |
| *Theresa Tuma, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-83 | 05-2566 |
| *Celestine Dale, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-84 | 05-2567 |
| *Debra Raymo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-85 | 05-2568 |
| *Vernon Andrews, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-86 | 05-2569 |
| *Carol Thomas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-87 | 05-2570 |
| *Sammy L. Underwood, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-88 | 05-2571 |
| *Arline Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-89 | 05-2572 |
| *Edna McGhee, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-90 | 05-2573 |
| *Regina Menderski, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-92 | 05-2574 |
| *Mary Stewart, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-93 | 05-2575 |
| *Gloria Singleton, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-94 | 05-2576 |
| *Kenneth Britton, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-96 | 05-2577 |
| *James Cerutti, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-97 | 05-2578 |
| *Arthur Hale, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-300 | 05-2579 |
| *Marlene Harris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-301 | 05-2580 |
| *Sineria Jones, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-303 | 05-2581 |
| *Lois Wolz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-307 | 05-2582 |
| <u>Northern District of New York</u> | |
| *Richard F. Core, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:04-1367 | 05-2583 |
| <u>Northern District of Oklahoma</u> | |
| *Tommy Lee v. Merck & Co., Inc.*, C.A. No. 4:04-930 | 05-2584 |
| <u>Western District of Pennsylvania</u> | |
| *Judith E. Orie, M.D. v. Merck & Co, Inc.*, C.A. No. 2:04-1886 | 05-2585 |
| <u>Southern District of Texas</u> | |
| *Felicia Garza, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:05-17 | 05-2586 |

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Kevin J. Adrian
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Timothy Wayne Allen
501 Darby Creek Road
Suite 58
Lexington, KY 40509-2611

Ann-Martha Andrews
Lewis & Roca, LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004

Charles Avrith
Hughes, Hubbard & Reed, LLP
350 South Grand Avenue
36th Floor
Los Angeles, CA 90071

Garza Baldemar
200 E Second Street
Rio Grande City, TX 78582

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117-1322

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

John P. Cunningham
Brown & James
Richland Plaza 1
525 Main Street
Belleville, IL 62220

David A. Dick
Thompson Coburn, LLP
One US Bank Plaza
St Louis, MO 63101

Deborah C. Druley
Sonnenschein & Nath, LLP
One Metropolitan Square
Suite 3000
St. Louis, MO 63102

Robert T. Ebert Jr.
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Jose Escobedo, Jr.
Hockema, Tippit & Escobedo, L.L.P.
P.O. Box 720540
MCAllen, TX 78502

Lawrence B. Grebel
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

David H. Hockema
Hockema, Tippit & Escobedo
P.O. Box 720540
McAllen, TX 78504-0540

Ronald G. Hole
Hole and Alvarez
P.O. Box 720547
McAllen, TX 78504-0547

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Charles J. LaDuca
Cuneo, Waldman & Gilbert
317 Massachusetts Avenue, N.E.,
Bldg. 1200
Washington, DC 20002

Seth R. Lesser
Locks Law Firm, PLLC
110 East 55th Street, 12th Floor
New York, NY 10022

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Barbara B. Litten
Steel Hector & Davis
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Stefan A. Mallen
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway , Suite 3600
St. Louis, MO 63102-2750

Timothy F. McCurdy
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

William M. Mills
Atlas & Hall
P.O. Box Drawer 3725
McAllen, TX 78502

F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Alberto A. Munoz
Munoz, Hockema & Reed
P.O. Box 9600
McAllen, TX 78502

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Donald L. O'Keefe, Jr.
Rabbitt & Pitzer
100 S 4th Street,
Suite 400
St. Louis, MO 63101-1821

David George Oliveira
Roerig, Oliveira & Fisher
855 West Price Road
Suite 9
Brownsville, TX 78520

Cesar Perez
P.O. Box 4319
McAllen, TX 78502-9600

Michael J. Pitzer, Sr.
Rabbitt & Pitzer
100 S 4th Street
Suite 400
St. Louis, MO 63101-1821

John J. Pollock
Levene, Gouldin & Thompson
902 Press Building
P.O. Box F-1706
Binghamton, NY 13902

Stephen J. Potter
Behr & McCarter
7777 Bonhomme Avenue
Suite 1810
St. Louis, MO 63105

John P. Rahoy
Brown & James, P.C.
1010  Market Street
20th Floor
St. Louis, MO 63101

Stephen H. Rovak
Sonnenschein & Nath, LLP
One Metropolitan Square
Suite 3000
St. Louis, MO 63102

Edward B. Ruff
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Jaime A. Saenz
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78520

Mark D. Samson
Keller Rohrback, P.L.C.
3101 North Central Avenue
Suite 900
National Bank Plaza
Phoenix, AZ 85012-2600

L. Shane Seaborn
Penn & Seaborn
P.O. Box  688
Clayton, AL 36016

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

John A. Straka, III
Hirshberg, Gustine, Straka & Orie
One Oxford Centre
Suite 450
Pittsburg, PA 15219

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph R. Swift
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Sheri L. Tarr
Clifford Law Offices, P.C.
120 North LaSalle Street
31st Floor
Chicago, IL 60602

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Victor V. Vicinaiz
Roerig, Oliveira & Fisher
506 E. Dorve Avenue
McAllen, TX 78504

Charles D. Watson, Jr.
Watson & Watson
P.O. Box 647
Drumright, OK 74030

James E. Whaley
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Brett A. Williams
Brown & James
1010 Market St., 20th Floor
St Louis, MO 63101

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann,
LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Aaron M. Zigler
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

# INVOLVED JUDGES LIST
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. John Antoon, II
U.S. District Judge
George C. Young U.S. Courthouse
80 North Hughey Avenue, 6th Floor
Orlando, FL 32801

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young U.S.
Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U.S.
Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth St.
16th Floor
St. Louis, MO 63102-1116

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W Bus Highway 83
Bentsen Tower, Suite 1028
McAllen, TX 78501

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Frederick J. Martone
U.S. District Judge
U.S. District Court
526 Sandra Day O'Connor U.S. Crths.
401 West Washington St., SPC62
Phoenix, AZ 85003-2158

Hon. Terrence F. McVerry
U.S. District Judge
1008 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Norman A. Mordue
U.S. District Judge
P.O. Box 7336
Syracuse, NY 13261

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
14th Floor
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Gregory A. Presnell
U.S. District Judge
300 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

# INVOLVED CLERKS LIST
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

June 20, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule A of Order)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
          Deputy Clerk

Enclosures/Attachment

cc:   Transferee Judge:  Judge Eldon  E. Fallon
        Transferor Judges:  (See Attached List of Judges)
        Transferor Clerks:  (See Attached List of Clerks)

JPML Form 29A