# Vickery & Waldner, LLP
### Trial Lawyers



*JusticeSeekers.com*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 22  PM 1:33

LORETTA G. WHYTE
CLERK

Andy Vickery                                                                                                 Paul Waldner
andy@justiceseekers.com                                                                         paul@justiceseekers.com

June 17, 2005

United States District Clerk
500 Poydras St.
Ste. C151
New Orleans, LA. 70130

Re: Change of Address Notice

CA 05-2060 L

Dear Sir or Madam:

Please note the following change of address:

Paul F. Waldner
Vickery & Waldner, LLP
One Riverway, Ste. 1150
Houston, TX 77056

Please let me know if you need any additional information. Thanks.

Sincerely Yours,

Paul F. Waldner

pfw

One Riverway Drive, Suite 1150
777 S. Post Oak Lane, Houston, Texas 77056-1920
Telephone: 713-526-1100     Toll-Free: 866-767-2945     Facsimile: 713-523-5939