```
                                            FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT            2005 JUN 28 PM 4:49
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET                           LORETTA G. WHYTE
NEW ORLEANS, LOUISIANA   70130                 CLERK
```

Date: June 28, 2005

RUDOLPH H. VALLE, et al

vs.

MERCK AND Co., INC, et al

Case No. 05-2526 Section L-3

05-MD-1657

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) PFIZER, INC.
   (address) CT CORPORATION SYSTEM, 8550 United Plaza Blv
   ~~(name) BATON ROUGE, LA. 70809~~
   (address) _____

2. (name) ~~MERCK AND Co., INC.~~
   (address) ~~CT CORPORATION SYSTEM, 8550 United Plaza~~
4. (name) ~~BATON ROUGE, LA. 70809~~ BLDG
   (address) _____

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address 210