FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 30  A 9: 08

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>) | MDL Docket No. 1657<br>SECTION L |
| YOLANDA CURIEL | )<br>) | Individual Civil Action No. 05-1157 |
| VS. | )<br>) | |
| MERCK & CO.,<br>(LEONEL VELA, MD), ET AL. | )<br>)<br>)<br>) | Transferred from U.S.D.C.<br>**Southern** District of **Texas**<br>Case No. **7:04-cv-00438** |

### STIPULATION of Dismissal ~~AND PRETRIAL ORDER NO.~~

AND NOW, this **28th** day of **June**, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant, **LEONEL VELA, MD**, with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff **YOLANDA CURIEL** and defendant LEONEL VELA, M.D. who has not been served and has not appeared. No other party has asserted claims against Leonel Vela, M.D.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____

Respectfully submitted by:

ABRAHAM, WATKINS, NICHOLS,
 SORRELS, MATTHEWS & FRIEND

*David P. Matthews*

David P. Matthews
Texas Bar No. 13206200
Julie L. Rhoades
Texas Bar No. 16811710
800 Commerce Street
Houston, Texas 77002-1 778
(713) 222-7211 (Telephone)
(713) 225-0827 (Telecopier)

ATTORNEYS FOR PLAINTIFF
**YOLANDA CURIEL**

ATTORNEY FOR DEFENDANT
Jorge Orgegon, M.D.

By: /s/ Philipa M. Remington
Ms. Philipa M Remington
Stinnett, Thiebaud & Remington LLP
1445 Ross Avenue #2500
Dallas, Texas 75202
Phone: (214) 954-2200
Fax: (214) 754-0999

ATTORNEY FOR DEFENDANT
MERCK

By: _____
Richard L Josephson
Baker & Botts
910 Louisiana Ste 3000
Houston, TX 77002-9934
Phone: (713) 229-1460
Fax: (713) 229-7760

- 4 -

ATTORNEY FOR DEFENDANT
Viraf Cooper, M.D.

By: _____/s/ Jay H. Henderson_____

Mr. Jay H. Henderson
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Phone: (713) 650-6600
Fax: (713) 650-1720