IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 30  A 9:07

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL Docket No. 1657 |
| ) | SECTION: L |
| YOLANDA CURIEL ) | Civil Action No. 05-1157 |
| VS. ) | |
| MERCK & CO., ET AL ) | Transferred from USDC Southern District of Texas Case # 7:04-CV-00438 |

## STIPULATION OF DISMISSAL

AND NOW, this __28th__ day of __June__, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendants Merck & Co., Inc., Jorge Ortegon, M.D., and Viraf Cooper, M.D., with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff **YOLANDA CURIEL** and defendants Merck & Co., Inc., Jorge Ortegon, M.D., and Viraf Cooper, M.D., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1

Respectfully submitted by:

ABRAHAM, WATKINS, NICHOLS,
 SORRELS, MATTHEWS & FRIEND

*/s/ David P. Matthews*

David P. Matthews
Texas Bar No. 13206200
Julie L. Rhoades
Texas Bar No. 16811710
800 Commerce Street
Houston, Texas 77002-1 778
(713) 222-7211 (Telephone)
(713) 225-0827 (Facsimile)

ATTORNEYS FOR PLAINTIFF
**YOLANDA CURIEL**

ATTORNEY FOR DEFENDANT
Jorge Ortegon, M.D.

By: _____
Ms. Philipa M Remington
Stinnett, Thiebaud & Remington, LLP
1445 Ross Avenue #2500
Dallas, Texas 75202
Phone: (214) 954-2200
Fax: (214) 754-0999

ATTORNEY FOR DEFENDANT
MERCK

By: _____
Richard L. Josephson
Baker & Botts
910 Louisiana Ste 3000
Houston, TX 77002-9934
Phone: (713) 229-1460
Fax: (713) 229-7760

ATTORNEY FOR DEFENDANT
**Viraf Cooper, M.D.**

By: _/s/ Jay H. Henderson_

Mr. Jay H. Henderson
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Phone: (713) 650-6600
Fax: (713) 650-1720

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the ___23rd___ day of June, 2005 a true and correct copy of *Yolanda Curiel's Stipulation for Dismissal* was served on all counsel of record.

| | |
|---|---|
| Ms. Philipa M Remington<br>Stinnett, Thiebaud & Remington, LLP<br>1445 Ross Avenue #2500<br>Dallas, Texas 75202<br>Phone: (214) 954-2200<br>Fax: (214) 754-0999<br>**Counsel for Jorge Ortegon, M.D.** | [ ] U. S. Mail<br>[ ] Fax<br>[X] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |
| Richard Josephson<br>910 Louisiana, Suite 3000<br>Houston, TX 77002<br>FAX: (713) 229-7760<br>**Counsel for Defendant Merck** | [ ] U. S. Mail<br>[X] Fax<br>[ ] Overnight Delivery<br>[ ] Hand Delivery |
| Mr. Jay H. Henderson<br>Cruse, Scott, Henderson & Allen, LLP<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Phone: (713) 650-6600<br>Fax: (713) 650-1720<br>**Counsel for Defendant Cooper** | [ ] U. S. Mail<br>[ ] Fax<br>[X] Overnight Delivery<br>[ ] Hand Delivery |

_____
David P. Matthews