**MINUTE ENTRY**
**FALLON, J.**
**June 29, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court met with representatives from LexisNexis and the Plaintiffs' and Defendants' Steering Committees regarding outstanding issues concerning the LexisNexis File & Serve process.  Several issues were resolved at the meeting.  The Court issued several orders, which are as follows:

IT IS ORDERED that LexisNexis shall mail out the appropriate Pretrial Order to all attorneys, as per LexisNexis' agreement with Liaison Counsel, no later than Tuesday, July 5, 2005.  It is the responsibility of Liaison Counsel to alert the Court if this is not done.

IT IS FURTHER ORDERED that LexisNexis will mail to Defendants' Liaison Counsel ("DLC") by Tuesday, July 5, 2005, a corrected bill reflecting the credit that will be applied to DLC's account for any overcharges.

JS10  0:45

-1-

Counsel reported that it was taking over a week for LexisNexis to update case information.  LexisNexis indicated that it would correct this problem promptly.  IT IS ORDERED that LexisNexis will update Liaison Counsel to assure that this issue has been rectified no later than July 5, 2005.

Clerk to Serve:
Joseph A. Helfrich
LexisNexis File and Serve. VP of Sales
LexisNexis CourtLink, Inc.
Valley Forge Park Place
1018 West 9th Ave.
King of Prussia, PA 19406

Dana Mercer
Account Executive
LexisNexis CourtLink, Inc.
245 Peachtree Center Ave.
Suite 2400, Marquis Tower One
Atlanta, GA 30303