```
DANNY BELL #K-68611
FOLSOM STATE PRISON     5-BB2-09
P.O. Box 950
Folsom,, CA 95763

(IN PROPRIA PERSONIA)
```

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN 3 0 2005

LORETTA G. WHYTE
Clerk

05-1243 L(3)

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                      )     MDL NO. 1657
        PRODUCTS LITIGATION       )
                                  )     SECTION: L
                                  )
                                  )     JUDGE FALLON
_____)     MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
REQUEST FOR APPOINTMENT OF COUNSEL DUE TO INDIGENCE:

TO THE HONORABLE JUDGE FALLON AND MAGISTRATE JUDGE KNOWLES, OF THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF LOUISIANA.

Pursuant to Title 18, U.S.C.§ 3006 A(g), and 28 U.S.C. §1915(d),(e) Plaintiff Danny Bell, Respectfully seeks appointment of counsel in his representation of this instant matter of complex litigation.

This motion is made upon the grounds more specifically described with the attached declaration and memorandum of points and authorities in support thereof.

on the following bases, plaintiff seeks appointment of adequate counsel.

DATE June 25 2005

Respectfully Submitted By:

Danny Bell
DANNY BELL (PRO SE) PLAINTIFF

___Fee___
___Process___
_X_Dktd___
_X_CtRmDep___
Doc. No.___

## DECLARATION IN SUPPORT
## OF MOTION FOR APPOINTMENT OF COUNSEL

I Danny Bell, do hereby declare and say:

(A) That because plaintiff is currently pursuing relief in the United States Eastern District Court in Multi District Complex litigation and is an indigent state prisoner:  the services of an attorney at law would be useful and beneficial to both the Court and plaintiff who is incompetent of putting forth an effective argument to this complex litigation and is unable to meet the communication requirements necessary to stay fully informed of the preceedings and communications incurred in this action.  Due to said lacking, plaintiff suffer the impediment of receiving Orders, made by this Honorable Court, -dating back to February 7, 2005- received by plaintiff on the 11th day of June, 2005.

Plaintiff as an prison inmate is a incompacitated indigent, who at present reserves no access to internet or redily access to telephone , fax or computer facilities to contend with the complex innovative techniques prescribed by the Court for the prosecution of litigation, necessary to gain remedy from complained of perpetrations by defendants. Appointment of Counsel is respectfully sought.

(B) That because the issues involved proceed far beyond the knowledge of plaintiff Bell, and are very complex, that further litigation is necessary, appointment of counsel is Respectfully sought.

Therefore, based on the accompanying memorandum of points and authorities, I seek appointment of an adequate counsel within this state of California to complete proper investigation  and presentation of the facts and legal claims.

I have written letter to two prespective attorneys, who are presently haldling Vioxx matters in California, and puroprt to recommend to the Court their reccommendation as knowledageble percipiants who's redily available participation of the already activated process of the past 16 Court Orders of this Honorable Court would add to the speedy process of this instant case. "Be it this Honorable Court's Will"... These already, participating California Attorneys names and addresses and phone No's is:

(1).  Mark Robinson, Esq.
      Robinson, Calcagnie & Robinson Law firm
      620 Newport Center Drive 7th Fl.
      Newport Beach, CA 92660
      PH: (949)720-1288

(2)   Thomas J. Brandi, Esq.
      Brandi Law Firm
      44 Montgomery Street Suite 1050
      San Francisco, CA 94104
      PH: (415) 989-1800

I declare that the foregoing is true nd correct under the penalty of perjury.

Executed this 25 day of June, 2005.

RESPECTFULLY SUBMITTED

Danny Bell
DANNY BELL (PRO SE) PLAINTIFF

## PROOF OF SERVICE BY MAIL

I, **DANNY BELL**, DECLARE:

I AM OVER THE AGE OF 18, I (AM) (AM NOT) A PARTY TO THIS ACTION, AND A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA.

MY PRISON NUMBER: **K-68611**, MY PRISON ADDRESS IS: P.O. BOX 950, FOLSOM, CALIFORNIA 95763.

ON **JUNE @% 25**, 2005, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

REQUEST FOR APPOINTMENT OF COUNSEL

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), REPRESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

CLERK
EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT
NEW ORLEANS, LA 70130

PHILLIP A. WITTMAN
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet St.
New Orleans, LA 70130

RUSS M. HERMAN
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'KEEFE AVE., SUITE 100
NEW ORLEANS, LA 70113

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED **JUNE 25**, 2005, AT REPRESA, CALIFORNIA.

_Danny Bell_

Danny Bell    K-68611
F.S.P.    S-BB2-09
P.O. Box 950
Folsom, CA 95763

CONFIDENTIAL
LEGAL MAIL

CLERK OFFICE OF
UNITED STATES DISTRICT COURT
Eastern District of LOUISIANA
500 Poydras St., Room C-151
New Orleans, LA 70130