UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -1  A 8:29

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                 :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION            :     SECTION: L
                                             :
                                             :     JUDGE FALLON
                                             :     MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Danny H. Crumley v. Merck & Co.*, CA No. 05-1538

ORDER

The Court is forwarding to Plaintiffs' Liaison Counsel the attached correspondence from a pro se Plaintiff. Plaintiffs' Liaison Counsel is directed to take appropriate action.

New Orleans, Louisiana, this  30th  day of   June  , 2005.

UNITED STATES DISTRICT JUDGE

Clerk to serve by certified mail:
Danny H. Crumley
131 Owen-Medford Rd.
Tifton, GA  31794

___ Fee_____
___ Process____
___ Dktd_____
___ CtRmDep___
___ Doc. No.___



June 22, 2005

The Honorable Judge Eldon Fallon
500 Camp Street, Room C-456
New Orleans, LA  70130

Dear Judge Fallon,

   I am writing to request a court date for a jury trial regarding case number 2:05-cv-01538. (Danny H. Crumley Vs. Merck & Company)  I am a citizen of the United States of America and the Great State of Georgia by birth, maintaining my domicile and permanent residence in the County of Tift, at 131 Owen-Medford Road, Tifton, Georgia 31794.  I am a lifetime resident of this county and state.  I allege that the defendant, Merck and Company is incorporated in the State of New Jersey with its principal place of business being maintained in said state at One Merck Drive, Whitehouse Station, NJ 08889-0100.  I contend that the above clearly defines the diversity of the plaintiff and defendant, and further provides the diversity of citizenship as relied on by myself as well as fulfilling the requirement of said statute.

   I allege that my rights as a citizen of the United States of America and the State of Georgia have been violated by Merck & Company when manufacturing, distributing, advertising, and marketing the drug, Vioxx, which has been alleged to have caused strokes, and other related problems as a result of individuals taking this product due to recent findings that Merck and Company knew of these problems and did not immediately ban Vioxx from consumers.  This has caused personal injury through product liability in violation of section 365 of the Federal Tort Act.

   Prior to being subscribed Vioxx by my attending physician, Dr. Tom Tosto in August of 2000, I operated a successful business of pool and septic tank installation, cement work, as well as other dirt supply and removal of same and the operation of heavy equipment associated with same.  Due to the negligence of the defendant in the production and distribution of their product, Vioxx, Merck and Company have stripped me of my ability to conduct my business and have cost me by ability to support myself and my family; thus giving me a cause of action against said defendant for their negligence.

   In June of 2001 I suffered a subarachnoid hemorrhage.  I was taken to Tift Regional Medical Center and transported by helicopter to Thomasville, Georgia, where I again was transported by helicopter to Emory University Hospital in Atlanta, Georgia.  I was not expected to live when I arrived.  I stayed at Emory University Hospital and Rehab for a total of thirty-one days.  While at Emory I had three surgeries.  The last surgery was to insert a shunt to relieve the pressure in my brain.  This shunt empties fluid into my stomach where it is absorbed by my body.  Since leaving the hospital I have constant diarrhea.  My strokes have left me with short term memory loss, inability to master

problem solving techniques, trouble with balance, frequent dizziness and physical, mental, and financial devastation. I can no longer manage my business of thirty-two years that I built from "scratch" and I have had to close it. I am still trying to recover from financial losses. My quality of live has changed drastically. I can not function as a husband or father as I did before taking Vioxx. Taking this product has ruined my life and has caused much pain and suffering for my family. I am unable to remember if I have taken my medicine, paid my bills, or if I have agreed to one thing or another. I have asked my wife to write you this letter as I am unable to do this for myself.

    I respectfully request your assistance in setting a trial date at your earliest convenience.

Sincerely yours,

Danny H. Crumley