UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| In re:  VIOXX | * MDL NO 1657 |
| Products Liability Litigation | * |
| | * SECTION: L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO** *Harris v. Merck & Co., Inc.,* **No. 05-1149, previously filed as 3:CV-05-0101-P, N.D. Tex.**

## MOTION FOR SUBSTITUTION OF COUNSEL

1. Defendant Merck & Co., Inc. ("Merck") files this Motion to Substitute Jonathan B. Skidmore, Attorney-in-Charge, and the law firm of Fulbright & Jaworski L.L.P. as counsel for Merck in place of Richard L. Josephson and the law firm of Baker Botts L.L.P.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. This substitution of counsel is agreed to by Merck.

Defendant Merck respectfully requests that the Court grant this Motion and all other just relief.

30909876.1

Page 1

                              Respectfully submitted,

                              **BAKER BOTTS, L.L.P.**

                              By_____
                                  Richard L. Josephson
                                  State Bar No. 11031500
                                  Federal ID No. 04614
                              One Shell Plaza
                              910 Louisiana Street
                              Houston, Texas 77002-4995
                              Telephone: (713) 229-1234
                              Telecopier: (713) 229-1522

                              **Withdrawing Attorney-in-Charge for**
                              **Defendant Merck & Co., Inc.**

OF COUNSEL:

Travis Sales
State Bar No. 17532080
Federal ID No. 09173
Maryanne Lyons
State Bar No. 00787937
Federal ID No. 17547
W. Zachary Hughes
State Bar No. 24032441
Federal ID No. 30097
Baker Botts, L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

FULBRIGHT & JAWORSKI L.L.P.

BY: _____
Jonathan B. Skidmore
State Bar No. 18462500
jskidmore@fulbright.com

2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

**Substituting Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

H. Douglas Wabner
State Bar No. 20625550
Richard S. Krumholz
State Bar No. 00784425
Joe W. Tomaselli, Jr.
State Bar No. 24003064
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone:  214/855-8000
Telecopier:  214/855-8200

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion for substitution of counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of June, 2005.

Les Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas  77019

_____
Jonathan B. Skidmore