ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -5 PH 3:57

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:VIOXX PRODUCTS LIABILITY LITIGATION<br><br>*Henry Charles Perry v. Merck & Co., Inc., et al*<br>C.A. No. 3:05-208 | Docket No. 1657<br>**Case No.: 05-1315**<br>Section: L MAG. 3<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE KNOWLES |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Agreement to Extend the Previously Extended 120-Day Expert Report deadline pursuant to Tex. Civ. Prac. & Rem. Code §74.351(a) has been served on liaison counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 27th day of June, 2005.

Dated June __, 2005.

___ Fee ___
___ Process ___
_X_ Dktd ___
_/_ CtRmDep ___
___ Doc. No ___

Respectfully submitted,

KBL

G. Kevin Buchanan
State Bar No.    00787161
Edmund Rugger Burke III
State Bar No.    00787168
Katrina Kershner
State Bar No.    24038995

BUCHANAN & BURKE, L.L.P.
200 Premier Place
5910 N. Central Expressway
Dallas, Texas 75206
Telephone:  (214) 378-9500
Facsimile:   (214) 378-9600

ATTORNEY FOR PLAINTIFF
HENRY CHARLES PERRY

## PANEL SERVICE LIST

Earl Bowen Austin
BAKER BOTTS LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980

Richard L. Josephson
W. Zachary Hughes
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 1004-1482

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Thomas P. Jackson
Law Office of Thomas P. Jackson
10100 North Central Expressway
Suite 510
Dallas, Texas 75231

Jay H. Henderson
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133

**CERTIFICATE OF SERVICE  -  Page 2**

# BUCHANAN & BURKE, L.L.P.
## ATTORNEYS AT LAW

G. KEVIN BUCHANAN*
EDMUND RUGGER BURKE III**
KATRINA A. KERSHNER
  *Board Certified Personal Injury Trial Law
  Texas Board Of Legal Specialization
  **Licensed in Texas and New York

200 PREMIER PLACE
5910 N. CENTRAL EXPRESSWAY
DALLAS, TEXAS 75206

TELEPHONE: (214) 378-9500
FACSIMILE: (214) 378-9600
www.texjur.com

**RECEIVED**
JUN 2 3 2005
CRUSE, SCOTT, HENDERSON
& ALLEN, L.L.P.

June 21, 2005

Mr. Jay Henderson
CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133

<u>Via Facsimile No. (713) 650-1720</u>

Re: MDL NO. 1657; *Henry Charles Perry v. Merck & Co., Inc., et al*; Case No. 3:05-CV-0208B from the US District Court of the Northern District of Texas, Dallas Division

Dear Ms. Block:

Pursuant to <u>Tex. Civ. Prac. & Rem. Code</u> §74.351(a), this letter will memorialize Howard D. Parness, M.D.'s (the "affected party") agreement to extend the previously extended 120-day Expert Report deadline which is currently July 9, 2005 to September 7, 2005 for 60 days. The new deadline for Plaintiff to file his expert report will be September 7, 2005.

If this letter accurately reflects our agreement, please indicate by your signature below and return it to me via facsimile and regular mail. I will file the agreement with the court.

If you have any questions, please do not hesitate to contact us.

Kindest regards,

G. Kevin Buchanan

**AGREED TO BY:**

CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.

Jay Henderson
Attorneys for Howard D. Parness, M.D.