UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -5 PM 1:54

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX                  * | MDL No. 1657 |
|      PRODUCTS LIABILITY LITIGATION * | |
| * | |
| * | SECTION: L |
| * | |
| This Document Relates To: 2:05-CV-01036-EEF-DEK * | Judge Fallon |
| * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Robert T. Ebert, Jr. and Stefan A. Mallen of the law firm Bryan Cave LLP and Edward S. Bott, Jr. and Robert L. Duckels of the law firm of Greensfelder & Hemker and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Ebert's, Mr. Mallen's, Mr. Bott's and Mr. Duckels's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Schnuck Markets, Inc. in *Janice Gulledge et al. v. Merck & Co., Inc. et al.*, No. 2:05-CV-01036-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. Schnuck Markets, Inc. has informed Robert T. Ebert, Jr., Stefan A. Mallen, Edward S. Bott, Jr., and Robert L. Duckels that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

3.      Schnuck Markets, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Robert T. Ebert, Jr. and Stefan A. Mallen of the law firm Bryan Cave LLP and Edward S. Bott, Jr. and Robert L. Duckels of the law firm of Greensfelder & Hemker and David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Ebert, Mr. Mallen, Mr. Bott, and Mr. Duckels to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Schnuck Markets, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

BRYAN CAVE, LLP

By: _____
Robert T. Ebert, Jr., E.D. Mo. #3035
Stefan A. Mallen, E.D. Mo. #117431
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000 Telephone
314-259-2020 Facsimile

Attorneys for Defendant Schnuck Markets, Inc.

GREENSFELDER & HEMKER

By: _____
Edward S. Bott, Jr. E.D. #31934
Robert L. Duckels, E.D. #100537
10 S. Broadway, Suite 2000, Equitable Bldg.
St. Louis, MO 63102
314-241-9090 Telephone
314-241-4245 Facsimile

Attorneys for Defendant Schnuck Markets, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email, on this 30th day of June, 2005, for distribution to all counsel of record.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email:  rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email:  pwittmann@stonepigman.com
*Liaison Counsel for Defendants*