UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -6 PM 4:29

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br><br> SECTION: L |
| This Document Relates To: 2:05-CV-01036-EEF-DEK | Judge Fallon <br> Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Schnuck Markets, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Robert T. Ebert, Jr. and Stefan A. Mallen of the law firm Bryan Cave LLP and Edward S. Bott, Jr. and Robert L. Duckels of the law firm of Greensfelder & Hemker be permitted to withdraw, and hereby are withdrawn, as counsel for Schnuck Markets, Inc. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Schnuck Markets, Inc. in this matter.

Dated: 7/6/05

[signature]

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____