**COPY IN CHAMBERS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -6 PM 2: 26

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL Docket No. 1657 |
| ) | SECTION: L |
| ) | |
| PRISCILIANO BARRAGAN ) | Civil Action No. 05-1160 |
| ) | |
| VS. ) | |
| ) | |
| MERCK & CO., ET AL ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |

**STIPULATION OF DISMISSAL**

AND NOW, this _____ day of _____, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant, UNITED STATES OF AMERICA (substituted for **PRAVEN DESHMUKN, MD**, as per the Order granted on May 13, 2005) with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff **BARRAGAN** and defendants Merck & Co., Inc., Shaffin A. Mohamed, M.D., Praven Deshmukn, M.D., and United States of America who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_[signature]_
UNITED STATES DISTRICT JUDGE

___ Fee_____
_X_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted by:

ABRAHAM, WATKINS, NICHOLS,
SORRELS, MATTHEWS & FRIEND

*[signature]*

David P. Matthews
Texas Bar No. 13206200
Julie L. Rhoades
Texas Bar No. 16811710
800 Commerce Street
Houston, Texas 77002-1 778
(713) 222-7211 (Telephone)
(713) 225-0827 (Facsimile)

ATTORNEYS FOR PLAINTIFF
**BARRAGAN**

- 3 -

                                      ATTORNEY FOR DEFENDANT
                                      **UNITED STATES OF AMERICA**

By: _____
     LARRY LUDKA
     Assistant United States Attorney
     800 North Shoreline, Suite 500
     Corpus Christi, Texas 78401
     Tel: (361) 888-3111
     Fax: (361) 888-3200

ATTORNEYS FOR DEFENDANT, MERCK

By: _____
Richard L. Josephson
Baker & Botts
910 Louisiana Ste 3000
Houston, TX 77002-9934
Phone: (713) 229-1460
Fax: (713) 229-7760

ATTORNEYS FOR DEFENDANT,
PRAVIN DESHMUKH, M.D.

By: _____
Kevin O'Hanlon
808 West Avenue
Austin, TX 78701
Phone: (512) 494-9949
Fax: (512) 494-9919

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 20th day of May, 2005 a true and correct copy of *Barragan's Stipulation for Dismissal* was served on all counsel of record.

| | | |
|---|---|---|
| Larry Ludka | [ ] | U. S. Mail |
| Assistant United States Attorney | [ ] | Fax |
| 800 North Shoreline | [X] | Overnight Delivery |
| Suite 500 | [ ] | Hand Delivery |
| Corpus Christi, TX 78401 | [ ] | Electronic Mail |
| *Counsel for Defendant United States of America* | | |

| | | |
|---|---|---|
| Richard Josephson | [ ] | U. S. Mail |
| 910 Louisiana, Suite 3000 | [X] | Fax |
| Houston, TX 77002 | [ ] | Overnight Delivery |
| FAX: (713) 229-7760 | [ ] | Hand Delivery |
| *Counsel for Defendant Merck* | | |

| | | |
|---|---|---|
| Kevin O' Hanlon | [ ] | U. S. Mail |
| 808 West Avenue | [X] | Fax |
| Austin, TX 78701 | [ ] | Overnight Delivery |
| FAX: (512) 494-9919 | [ ] | Hand Delivery |
| *Counsel for Defendant Deshmukh* | | |

_____
David P. Matthews