FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUL -7 PM 4: 21
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ZOFIA KUPER and BOGDAN KUPER, et al. v. MERCK & CO., INC., et al. and MEDCO HEALTH SOLUTIONS, INC., et al., No. 05-1782, previously filed as 05-3066, S.D.N.Y.**

## STIPULATION AND ORDER OF DISMISSAL AGAINST MEDCO HEALTH SOLUTIONS, INC.

Pursuant to F.R.C.P. 41 (a)(1), IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, in the above matter no longer seeks to prosecute their claims against defendant, MEDCO HEALTH SOLUTIONS, INC. in the above styled cause and therefore plaintiff, respectfully moves this Court to enter an order dismissing their action with prejudice, without costs to any party as against the other.

Considering the above and foregoing; IT IS ORDERED, ADJUDGED AND DECREED that the above action be and the same is hereby dismissed against defendant, MEDCO HEALTH SOLUTIONS, INC. with prejudice, without costs to any party as against the other.

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____

Respectfully submitted By:

_____
WILLIAM DINKES, ESQ. (WD3256)
DINKES & SCHWITZER
**COUNSEL FOR PLAINTIFFS,**
ZOFIA KUPER and BOGDAN KUPER
112 Madison Avenue
New York, New York 10016
212-685-7800


_____
STEVEN LOEWENTHAL, ESQ.(SL6664)
HEIDELL, PITTONI, MURPHY & BACH, LLP
Attorneys for Defendant
MEDCO HEALTH SOLUTIONS, INC.
99 Park Avenue
New York, New York 10016
212-286-8585


_____
VILIA B. HAYES, ESQ.(VH4601)
HUGHES HUBBARD & REED LLP
Attorneys for Defendant
MERCK & CO., INC.
One Battery Park Plaza
New York, New York 10004-1482
212-837-6000


NEW ORLEANS, LOUISIANA, this 7th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

AFFIDAVIT OF SERVICE

I, JENNIFER JUNG, being sworn, say: I am not a party to the action, am over 18 years of age and reside at BROOKLYN, NEW YORK.
On June 30, 2005, I served the within STIPULATION AND ORDER OF DISMISSAL AGAINST MEDCO HEALTH SOLUTIONS, INC. by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of U.S. Postal Service via Certified Mail within New York State, addressed to each of the following persons at the last known address set forth after each name:

U.S. DISTRICT COURT
500 Poydras Street, Room C-151
New Orleans, LA  70130

JENNIFER JUNG

Sworn to before me on 6/30/05

MALENA REMON
Notary Public, State of New York
No. 01RE6007411
Qualified in Queens County
Commission Expires May 18, 2006