**MINUTE ENTRY**
**FALLON, J.**
**July 8, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the above captioned matter. Participating by telephone were members of the Plaintiffs' and Defendants' Steering Committees. The Court discussed holding a hearing regarding the feasibility of Merck producing its entire Vioxx FACTS database as the Plaintiffs have requested.

IT IS ORDERED that a feasibility haring shall be held on Tuesday, August 2, 2005 at 1:30 p.m. Counsel are directed to conduct any necessary depositions in sufficient time to prepare for the hearing.

JS10  0:30