UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Yvonne Bell, et al. v. Merck & Company, Inc., et al.*, CA No. 05-2110

**ORDER**

Pending before the Court is the Plaintiffs' Motion to Remand in the above captioned matter. The motion is noticed for hearing on July 20, 2005. At the monthly pretrial conferences held in this MDL, the Court has indicated that it will group remand motions and deal with them in accordance with procedures to be established in the future. Accordingly, IT IS ORDERED that the hearing on Plaintiffs' Motion to Remand is hereby CONTINUED to be reset at an appropriate time.

New Orleans, Louisiana, this  8th  day of  July , 2005.

_____
UNITED STATES DISTRICT JUDGE