UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ..........................................: | | |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

In response to the Court's minute entry dated June 29, 2005, LexisNexis has updated the Court with the following information:

1) <u>Master Case</u>:  LexisNexis does not anticipate any problems with the Vioxx Master Case.

2) <u>Costumer Support</u>:  While Dana Mercer is the main contact for LexisNexis Customer Support when Vioxx users call in with changes, she is not the only contact.  When she is not available, urgent questions/issues are directed to others at LexisNexis that may assist the user.

3) <u>New Case Filing</u>:  LexisNexis is currently working on a solution that will allow its system to communicate with Courtlink/Pacer and upload new case information.  Once in place, this will eliminate the need for Defense Liaison Counsel ("DLC") to keep LexisNexis updated on new case filings in this litigation.  New case information will be updated automatically once the new case is transferred to or filed in the Eastern District of Louisiana.  LexisNexis anticipates that this capability will be in place in the next few weeks.  LexisNexis will work with DLC on

the first new cases in order to review the process and ensure that everything is correct.

4) <u>Unregistered Vioxx Attorneys</u>:  All mailings to unregistered Vioxx attorneys were completed by mid-June.

5) <u>Approved Counsel List</u>:  All attorney requests are being checked against the approved counsel list.

6) <u>DLC Invoice</u>:  The May invoice for DLC was corrected in a timely manner and communicated to DLC.  A credit memo will be sent to DLC on July 7, 2005.

7) <u>New Case Information</u>:  New case information must be reconfigured even when DLC sends it to LexisNexis in an excel spreadsheet.  Therefore, to facilitate the process of adding new case information to the LexisNexis system, LexisNexis is currently working on a solution mentioned above in point #3.  In the meantime, LexisNexis will do everything possible to ensure that new information is added in a timely manner.

8) <u>Cases Pending Transfer</u>:  LexisNexis File & Serve has been receiving numerous calls each day with requests for substitution of counsel and requests to add cases that have not yet been transferred fro their original court.  To place control in the hands of the Vioxx users, LexisNexis will turn on the Case & Party Management feature on July 15, 2005.  This will enable all users that are approved in the litigation to submit online charge requests to:

    (a)    Add Party

    (b)    Modify Party

    (c)    Add Attorney

    (d)    Substitute Attorneys

LexisNexis will provide training to Liaison Counsel before it turns on this feature to ensure that

counsel is comfortable with the procedures. LexisNexis will then incorporate this feature into its regularly scheduled training session.

      New Orleans, Louisiana, this  8th  day of   July  ,2005.

                                                       UNITED STATES DISTRICT JUDGE

<u>Clerk to Serve:</u>
Joseph A. Helfrich
LexisNexis File and Serve. VP of Sales
LexisNexis CourtLink, Inc.
Valley Forge Park Place
1018 West 9th Ave.
King of Prussia, PA 19406

Dana Mercer
Account Executive
LexisNexis CourtLink, Inc.
245 Peachtree Center Ave.
Suite 2400, Marquis Tower One
Atlanta, GA 30303