UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The Court is aware that, prior to transfer to the Eastern District of Louisiana, various

motions were filed in cases that are now part of MDL 1657.  Given our docketing system, there

is no way for the Court to identify these transferred motions.  Accordingly, IT IS ORDERED

that all pending motions, other than remand motions, that were originally filed in a district other

than the Eastern District of Louisiana are hereby DISMISSED, reserving the movants' right to

refile at an appropriate time if necessary.

With regard to motions to remand, IT IS ORDERED that the State Liaison Committee

("SLC") compile a list of all pending motions to remand, grouped by state.  The Court will

discuss with the SLC the amount of time needed to prepare said list at the next monthly pretrial

conference scheduled to be held on July 19, 2005 at 9:30 a.m.

New Orleans, Louisiana, this  8th  day of  July , 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-