**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  JUL - 5 2005

LORETTA G. WHYTE
CLERK

## U.S. DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | CA 05-1175 L |
| SUE AVERY and JERRY AVERY, Husband and Wife, | |
| Plaintiffs, | MDL Docket No. 1657 |
| vs. | |
| MERCK & CO., INC., a Corporation; | |
| Defendant. | |

### STIPULATION AND ORDER FOR VOLUNTARY NONSUIT OF PLAINTIFFS AVERY WITHOUT PREJUDICE (CLERKS ACTION REQUIRED)

### STIPULATION

THE PARTIES STIPULATE AND AGREE to a voluntary dismissal of Plaintiffs' claims with prejudice and without costs.

THE PEARSON LAW FIRM, P.S.                WILLIAMS KASTNER & GIBBS, PLLC

By: _____             By: _____
Jerald D. Pearson, WSBA#8970                Douglas S. Hoffman, WSBA#06393
Attorney for Plaintiffs                     Attorney for Defendant Merck and Co.
Dated: 6/30/05                              Dated: 6/23/05

ORIGINAL

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

STIPULATION FOR VOLUNTARY NONSUIT OF
PLAINTIFFS WITHOUT PREJUDICE - 1

THE PEARSON LAW FIRM
35131 SE DOUGLAS STREET, SUITE 103
SNOQUALMIE, WA 98065
(425) 831-3100 TELEPHONE
(425) 831-3105 FACSIMILE

## ORDER

THIS MATTER, having come before the undersigned upon the stipulation of the parties for voluntary nonsuit of plaintiffs without prejudice and without costs, and the Court being fully advised in the premises; NOW, THEREFORE, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that plaintiffs are dismissed with prejudice and without costs.

DONE IN OPEN COURT this 8th day of July, 2005.

_____
THE HONORABLE

Presented by:

THE PEARSON LAW FIRM, P.S.

By: _____
Jerald D. Pearson, WSBA #8970
Attorney for Plaintiffs

Copy Received; Approved as to Form;
Notice of Presentation Waived:

WILLIAMS KASTNER & GIBBS, PLLC

By: _____
Douglas S. Hoffman, WSBA #06393
Attorney for Defendants Merck and Co.

STIPULATION FOR VOLUNTARY NONSUIT OF
PLAINTIFFS WITHOUT PREJUDICE - 2

THE PEARSON LAW FIRM
35131 SE DOUGLAS STREET, SUITE 103
SNOQUALMIE, WA 98065
(425) 831-3100 TELEPHONE
(425) 831-3105 FACSIMILE