

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX** | : | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION L** |
| | : | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF PLAINTIFFS' DEPOSITION OF CHARLOTTE MCKINES

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Charlotte McKines** will be held on **August 3rd, 2005 beginning at 9:30 a.m. EDT** and continuing until 5:30 p.m. EDT, pursuant to Pretrial Order #9, at the offices of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, N.Y., 10004-1482. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619 and Cross-Notice of Deposition of Charlotte McKines in *Dipietro v. Merck & Co., Inc. et al.*, Delaware County Court

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

of Common Pleas, Docket No. 04-19198. Pursuant to Pre-Trial Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

                Respectfully submitted,

                /s/ Dorothy H. Wimberly

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: July 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Charlotte McKines has been served on Liaison Counsel, Russ Herman by hand delivery and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 13th day of July 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via fed ex or United States mail on this 13th day of July, 2005:

Christopher Placitella, Esq.
Wilentz, Goldman & Spitzer
P.O. Box 10
Woodbridge, NJ 07095-0958

James J. McHugh, Jr., Esq.
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Dorothy Duffy, Esq.
O'Brien & Ryan, LLP
Suite 300, Hickory Pointe
Plymouth Meeting, PA 19462

*Dorothy H. Wimberly*

779953v.1