UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -8 PM 2:58

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO.: 1657

SECTION L

THIS DOCUMENT RELATES TO:   Docket No. 1657
2:05-CV-01982-EEF-DEK
(Northern District of Alabama (Middle) 05-572-CLS)
Lead Case: 2:05-md-01657-EEF-DEK

PAMELA MITCHELL, et al., v. MERCK & CO., INC., et al.

Judge Eldon E. Fallon, Presiding
Mag. Judge Knowles

## MOTION TO EXTEND TIME

Come now the plaintiffs, Pamela Mitchell, et al., by and through their counsel of record, and requests this Honorable Court to enter an Order to extend the time for the plaintiffs to serve process on the Defendant, KSM Enterprises, Inc. As grounds for said motion, the plaintiffs state the following:

1. Summons and Complaint were filed on February 11, 2005 in the Circuit Civil Court of Etowah County, Alabama. Service of Process by certified mail on KSM Enterprises, Inc. was attempted and returned not found on March 7, 2005.

2. This case was removed to the United States District Court of Alabama Northern District Middle Division on March 23, 2005.

3. Alias Summons and Complaint were filed on April 8, 2005. Service of Process by certified mail was attempted on KSM Enterprises, Inc. and returned unexecuted on June 6, 2005.

4. Plaintiffs are in the process of attempting service on defendants, KSM Enterprises,

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

   Inc. by serving them by special process server with the Pluries Summons and Complaint.

5. Plaintiff request an additional ninety (90) days to serve the defendants, KSM Enterprises, Inc.

6. The parties would not be prejudiced by allowing the plaintiffs an additional ninety (90) days to perfect service of process on KSM Enterprises, Inc.

   WHEREFORE, plaintiffs respectfully request this Honorable Court to enter an order extending the time for the plaintiffs to perfect service on the defendant, KSM Enterprises, Inc., an additional ninety (90) days.

              Respectfully submitted,

              _____
              Jeffrey C. Kirby
              Of Counsel for Plaintiff
              BAR Number:  ASB-7574-I66J
              PITTMAN, HOOKS, DUTTON, KIRBY &
              HELLUMS, P.C.
              2001 Park Place North
              1100 Park Place Tower
              Birmingham, Alabama  35203
              (205) 322 – 8880
              Fax: (205) 328-2711

**NO ORAL ARGUMENT REQUESTED.**

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and exact copy of the above and foregoing pleading upon all persons listed below, by United States Mail, properly addressed and first-class postage prepaid, or by hand delivery, on this the 7th day of July, 2005.

Helen K. Downs
Thomas E. Walker
William D. Jones, III
JOHNSTON, BARTON, PROCTOR & POWELL, LLP
AmSouth Harbert Plaza, Suite 2900
1901 6th Avenue North
Birmingham, AL 35203-2618

Dr. Pat Herrerra
215 Industrial Boulevard
Leesburg, Alabama 35983

_____
Of Counsel for Plaintiffs

## ORDER

The plaintiffs having moved for an extension of time for the plaintiffs to serve process on the Defendant, KSM Enterprises, Inc., in this matter, it is hereby:

ORDERED, that plaintiffs are granted an additional ninety (90) days to serve process on the Defendant, KSM Enterprises, Inc.

DONE, this 13TH day of July, 2005.

_____
JUDGE