



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 15 AM 10: 09

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: *Desport v. Merck & Co., Inc.*, (E.D. La. Index No. 05-1553) | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * *

### ANSWER TO CROSS-CLAIMS IN DEFENDANT F AND B PHARMACY, INC. D/B/A LAWRENCE PHARMACY, INC.'S VERIFIED ANSWER

Defendant Merck & Co., Inc. ("Merck") by its undersigned attorneys, answers the cross-claims in the Verified Answer of F and B Pharmacy, Inc. d/b/a Defendant Lawrence Pharmacy, Inc. ("Lawrence Pharmacy, Inc.") herein as follows:

#### RESPONSE TO FIRST "CROSS CLAIM AGAINST CO-DEFENDANTS, MERCK & CO., INC. AND RUBIN CHEMISTS, INC."

1. Merck denies that there is any legal or factual basis for finding Defendant Lawrence Pharmacy, Inc. liable to Plaintiffs. Should liability be found, Merck denies each and every allegation contained in the First Cross-Claim.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

780396v.1

## RESPONSE TO "SECOND CROSS-CLAIM AGAINST THE CO-DEFENDANTS, MERCK & CO., INC. AND RUBIN CHEMISTS, INC."

2. Merck denies that there is any legal or factual basis for finding Defendant Lawrence Pharmacy, Inc.'s liable to Plaintiffs. Should liability be found, Merck denies each and every allegation contained in the Second Cross-Claim.


DATED:   New Orleans, Louisiana
         July 15, 2005

                                  Respectfully submitted,

                                  _____
                                  Phillip A. Wittmann, 13625
                                  Anthony M. DiLeo, 4942
                                  Dorothy H. Wimberly, 18509
                                  Carmelite M. Bertaut, 3054
                                  Stone Pigman Walther Wittmann L.L.C.
                                  546 Carondelet Street
                                  New Orleans, Louisiana 70130
                                  Phone: 504-581-3200
                                  Fax:   504-581-3361

                                  Defendants' Liaison Counsel

                                  Theodore V.H. Mayer
                                  Vilia B. Hayes
                                  Robb W. Patryk
                                  Hughes Hubbard & Reed LLP
                                  One Battery Park Plaza
                                  New York, New York 10004

                                  Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Cross-Claims in Defendant F and B Pharmacy, Inc. d/b/a Lawrence Pharmacy, Inc.'s Verified Answer has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of July, 2005.

_Dorothy H. Wimberly_

780396v.1