


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 15 AM 10:09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Popper v. Merck & Co., Inc.*, (E.D. La. Index No. 05-2296) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

### ANSWER TO CROSS-CLAIMS IN DEFENDANT
### FINCH'S DRUG, INC.'S VERIFIED ANSWER

Defendant Merck & Co., Inc. ("Merck") by its undersigned attorneys, answers the cross-claims in Defendant Finch's Drug, Inc.'s Verified Answer herein as follows:

### RESPONSE TO "FIRST CROSS-CLAIM AGAINST
### THE CO-DEFENDANT, MERCK & CO., INC."

1. Merck denies that there is any legal or factual basis for finding Defendant Finch's Drug, Inc. liable to Plaintiffs. Should liability be found, Merck denies each and every allegation contained in the First Cross-Claim.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

780395v.1

## RESPONSE TO "SECOND CROSS-CLAIM AGAINST THE CO-DEFENDANT, MERCK & CO."

2. Merck denies that there is any legal or factual basis for finding Defendant Finch's Drug, Inc.'s liable to Plaintiffs. Should liability be found, Merck denies each and every allegation contained in the Second Cross-Claim.

DATED:   New Orleans, Louisiana
July 15, 2005

Respectfully submitted,

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Theodore V.H. Mayer
Vilia B. Hayes
Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Cross-Claims in Defendant Finch's Drug, Inc.'s Verified Answer has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of July, 2005.

*[signature]*