UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 15 PM 2: 24

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                          MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION :
                                      SECTION: L

                                       JUDGE FALLON
..............................................................   **MAG. JUDGE KNOWLES**

**THIS DOCUMENT RELATES TO:**
***Dineen*** *v. Merck & Co., Inc.,* No. 2:05cv2289 (previously 4:05-cv-624 EDMO USDC)

<u>**REPLY TO AFFIRMATIVE DEFENSES**</u>

       Comes now Plaintiff, GAVIN DINEEN, by and through his undersigned attorney, and for his Reply to the Affirmative Defenses of Defendant, MERCK & CO., INC., states as follows:

       1.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 120.

       2.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 121.

       3.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 122.

       4.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 123.

       5.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 124.

       6.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 125.

____ Fee_____
__X__ Process_____
____ Dktd_____
____ CtRmDep_____
____ Doc. No _____

7.      Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 126.

8.      Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 127.

9.      Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 128.

10.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 129.

11.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 130.

12.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 131.

13.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 132.

14.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 133.

15.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 134.

16.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 135.

17.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 136.

18.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 137.

19.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 138.

20.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 139.

21.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 140.

22.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 141.

23.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 142.

24.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 143.

25.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 144.

26.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 145.

27.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 146.

28.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 147.

29.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 148.

30.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 149.

31.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 150.

32.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 151.

33.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 152.

34.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 153.

35.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 154.

36.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 155.

37.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 156.

38.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 157.

39.   Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 158.

40.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 159.

41.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 160.

42.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 161.

43.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 162.

44.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 163.

45.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 164.

46.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 165.

47.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 166.

48.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 167.

49.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 168.

50.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 169.

51.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 170.

52.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 171.

53.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 172.

54.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 173.

55.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 174.

56.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 175.

57.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 176.

58.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 177.

59.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 178.

60.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 179.

61.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 180.

62.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 181.

63.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 182.

64.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 183.

65.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 184.

66.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 185.

67.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 186.

68.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 187.

69.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 188.

70.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 189.

71.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 190.

72.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 191.

73.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 192.

74.     Plaintiff denies the allegations as set forth in Defendant's Affirmative Defense paragraph 193.

WHEREFORE, Plaintiff GAVIN DINEEN this Honorable Court to dismiss the aforesaid Affirmative Defenses and enter judgment on behalf of Plaintiff as prayed.

Respectfully submitted,

SETH SHARROCK WEBB, # 505666
Brown & Crouppen, P.C.
720 Olive Street
Suite 1800
St. Louis, Missouri  63101
314-421-0216
314-421-0359 facsimile

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Reply has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. **8,** on this 14th day of July, 2005.

Grant L. Davis
Thomas C. Jones
Scott S. Bethune
Timothy L. Brake
Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250 Kansas City,
MO 64196

Thomas P. Cartmell
Brian J. Madden
Thomas J. Preuss
Wagstaff & Cartmell LLP 4740
Grand Avenue, Suite 300
Kansas City, MO 64112

J. Scott Bertram
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Wm. Dirk Vandever
The Popham Law Firm, P.C.
323 W. 8th Street, Suite 200
Kansas City, MO 64105

Mark B. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638

Gene E. Schroer
115 S.E. 7th Street
P.O. Box 2667
Topeka, KS 66601-2667

Neil A. Dean
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St., Ste 305
Topeka, KS 66603

Scott W. Sayler
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Kenneth B. McClain
Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, Missouri 64050

James Bandy
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108

Lon Walters
The Walters Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

Ann Schiavone
The Schiavone Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

William R. Robb
901 St. Louis Street, Suite 1600
Springfield, MO 65806

M. Scott Montgomery
The Montgomery Law Firm, LLC
3432 Culpepper Court, Suite A
Springfield, MO 65804

James P. Frickleton
Bartimus, Frickleton et al.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Kirk Goza
Brad Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P. O. Box 482355
Kansas City, MO 64148-2355

Wayne S. Spivey
Sager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103

Brandi L. Lape, Paralegal