UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 14 PM 2: 40

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                    :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :    SECTION: L (3)
                                :
                                :    JUDGE FALLON
                                :    MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Felicia Garza, et al. v. Merck & Co., Inc.*, CA No. 05-2586

## ORDER

The Court is in receipt of Plaintiffs' Opposed Motion for Emergency Hearing and Request For Oral Argument on Plaintiff's Motion to Remand. IT IS ORDERED that a status conference to discuss said motions and request will be held on July 19, 2005 immediately following the 9:30 a.m. Vioxx monthly pretrial conference. The status conference will be held in the Chambers of Judge Eldon E. Fallon. Plaintiff Garza's counsel is instructed to attend in person. Certain representatives from the Plaintiffs' and Defendants' Steering Committees will also be in attendance.

New Orleans, Louisiana, this 13th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____