A CERTIFIED TRUE COPY
JUN 29 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL 12 2005
LORETTA G. WHYTE
CLERK
DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN 13 2005
FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 542 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 29 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

# SCHEDULE CTO-14 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 1 05-917 | Robert Abernathey, etc. v. Merck & Co., Inc. | 05-2880 |
| ALN 2 05-890 | Dawn Kirkland v. Merck & Co., Inc. | 05-2881 |
| ALN 6 05-906 | Wilbur Clifford Davis v. Merck & Co., Inc. | 05-2882 |
| ALN 6 05-907 | Douglas McArthur Foster v. Merck & Co., Inc. | 05-2883 |
| **ALABAMA SOUTHERN** | | |
| ALS 1 05-277 | Hershel Carl Martin, Jr., et al. v. Merck & Co., Inc. | 05-2884 |
| **ARKANSAS EASTERN** | | |
| ARE 3 05-90 | Stephen Cook v. Merck & Co., Inc. | 05-2885 |
| ARE 5 05-141 | William Beck v. Merck & Co., Inc. | 05-2886 |
| **ARKANSAS WESTERN** | | |
| ARW 6 05-6036 | John Munro, et al. v. Merck & Co., Inc. | 05-2887 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-1570 | Grant Desmet, et al. v. Merck & Co., Inc. | 05-2888 |
| CAC 2 05-3106 | Scott Blair v. Merck & Co., Inc. | 05-2889 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE 2 05-750~~ | ~~John Martin v. Merck & Co., Inc., et al~~ Opposed 6/29/05 | |
| CAE 2 05-914 | Carol Davidson, et al. v. Merck & Co., Inc. | 05-2890 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-1039 | Bijuli Pande v. Merck & Co., Inc. | 05-2891 |
| CAN 3 05-1838 | Glen Martin, et al. v. Merck & Co., Inc. | 05-2892 |
| CAN 3 05-1839 | Roy J. Gramlich v. Merck & Co., Inc. | 05-2893 |
| CAN 4 05-1947 | Howard Mathews, et al. v. Merck & Co., Inc. | 05-2894 |
| **CALIFORNIA SOUTHERN** | | |
| ~~CAS 3 05-943~~ | ~~Alvin Williams v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-944~~ | ~~Margaret Stein v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-945~~ | ~~Otis Anderson v. Merck & Co., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-947~~ | ~~Joan Ongley v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-948~~ | ~~Hilda Armenta v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-949~~ | ~~Robert Levesque v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-950~~ | ~~Clancy Lucille Holloway v. Merck & Co., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-951~~ | ~~Laura Martinez v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-952~~ | ~~Lecia Brown v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-953~~ | ~~Clarice Forbes v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-954~~ | ~~Robert Castro v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-957~~ | ~~Joseph Capozzi v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-958~~ | ~~Anna Lemmons v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-959~~ | ~~Richard Brown v. Merck & Co., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-960~~ | ~~Aida Hernandez v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-961~~ | ~~Harvey Persh v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-962~~ | ~~Robert Scott v. Merck & Co., Inc., et al.~~ Opposed6/24/05 | |
| ~~CAS 3 05-963~~ | ~~Violet Abramson v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |
| ~~CAS 3 05-964~~ | ~~Carmen Esquer v. Merck & Co., Inc., et al.~~ Opposed 6/24/05 | |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM  2  05-202 | Robert Lane v. Merck & Co., Inc. | 05-2895 |
| FLM  3  05-374 | Mary Ann Cantwell v. Merck & Co., Inc. | 05-2896 |
| FLM  8  05-773 | Ruby White v. Merck & Co., Inc., et al. | 05-2897 |
| FLM  8  05-902 | Sigmund T. Kraszka, et al. v. Merck & Co., Inc. | 05-2898 |
| **FLORIDA NORTHERN** | | |
| FLN  3  05-153 | Jane C. Baker, etc. v. Merck & Co., Inc. | 05-2899 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-60121 | Abigail Altu v. Merck & Co., Inc. | 05-2900 |
| FLS  0  05-60386 | Peter Cavari, et al. v. Merck & Co., Inc. | 05-2901 |
| FLS  1  05-21135 | Launa Cobb v. Merck & Co., Inc. | 05-2902 |
| **GEORGIA MIDDLE** | | |
| GAM  5  05-137 | Marinda Wiley v. Merck & Co., Inc. | 05-2903 |
| GAM  6  05-19 | Joe A. Braswell v. Merck & Co., Inc. | 05-2904 |
| **GEORGIA NORTHERN** | | |
| GAN  1  05-1125 | Clarence L. Carr v. Merck & Co., Inc. | 05-2905 |
| **GEORGIA SOUTHERN** | | |
| GAS  2  05-87 | Melvie Whitehead v. Merck & Co., Inc. | 05-2906 |
| GAS  2  05-88 | Mary C. Washington v. Merck & Co., Inc. | 05-2907 |
| GAS  2  05-89 | Louise H. Dallas v. Merck & Co., Inc. | 05-2908 |
| GAS  5  05-33 | Linda L. Poole v. Merck & Co., Inc. | 05-2909 |
| GAS  5  05-34 | Lavada Sears v. Merck & Co., Inc. | 05-2910 |
| **IOWA SOUTHERN** | | |
| IAS  4  05-158 | James B. Smith, etc. v. Merck & Co., Inc. | 05-2911 |
| **IDAHO** | | |
| ID  1  05-162 | Calvin Kinghorn v. Merck & Co., Inc. | 05-2912 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-2715 | Edward Lee Barrow, etc. v. Merck & Co., Inc. | 05-2913 |
| ILN  1  05-2744 | Aldo Calandra, et al. v. Merck & Co., Inc. | 05-2914 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS  3  05-315~~ | ~~Rosie May Spann v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ILS  3  05-328 | Marilyn Fleming v. Merck & Co., Inc. | 05-2915 |
| ILS  3  05-330 | Gary Willis v. Merck & Co., Inc. | 05-2916 |
| ILS  3  05-340 | Nancy Marcum v. Merck & Co., Inc. | 05-2917 |
| **KANSAS** | | |
| KS  2  05-2189 | Nancy L. Brockschmidt, etc. v. Merck & Co., Inc. | 05-2918 |
| **LOUISIANA MIDDLE** | | |
| LAM  3  05-312 | Lynois LeBeau, et al. v. Merck & Co., Inc. | 05-2919 |
| **LOUISIANA WESTERN** | | |
| LAW  2  05-827 | Geneva Thibodeaux, et al., et al. v. Merck & Co., Inc. | 05-2920 |

SCHEDULE CTO-14 TAG-ALONG ACTIONS (MDL-1657)                          PAGE 3 of 5

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MASSACHUSETTS** | | |
| MA 1 05-10819 | Eleanor Campanale, etc. v. Merck & Co., Inc. | 05-2921 |
| MA 1 05-10882 | Marie Stanley v. Merck & Co., Inc. | 05-2922 |
| MA 1 05-10931 | Commonwealth Care Alliance, et al. v. Merck & Co., Inc. | 05-2923 |
| MA 1 05-10947 | Jeanette Anderson, etc. v. Merck & Co., Inc. | 05-2924 |
| **MARYLAND** | | |
| MD 1 05-1219 | Sadie M. Testerman v. Merck & Co., Inc. | 05-2925 |
| MD 1 05-1258 | Hugh Nicholson, et al. v. Merck & Co., Inc. | 05-2926 |
| **MINNESOTA** | | |
| MN 0 05-862 | Lydia Chowning, etc. v. Merck & Co., Inc. | 05-2927 |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 05-557~~ | ~~Dorothy Ganser, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-630 | Lavona Neal, et al. v. Merck & Co., Inc., et al. | 05-2928 |
| ~~MOE 4 05-631~~ | ~~Dorothy Kassing, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-632~~ | ~~Shirley Zook, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-665~~ | ~~Andrew Kisty, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-666~~ | ~~Virginia Kell, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-667 | Margaret Molder, et al. v. Merck & Co., Inc., et al. | 05-2929 |
| ~~MOE 4 05-668~~ | ~~Mary Benson, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-669~~ | ~~Earlie Douglas, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-670 | Walter Dochsteiner, et al. v. Merck & Co., Inc., et al. | 05-2930 |
| ~~MOE 4 05-671~~ | ~~Ricardo Lara, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-672 | Joseph Squillace, et al. v. Merck & Co., Inc., et al. | 05-2931 |
| ~~MOE 4 05-673~~ | ~~Loretta Trinidad, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-674~~ | ~~David Moultrie, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-675~~ | ~~Irene Rogers, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 05-205 | Susan Carol Fisher v. Merck & Co., Inc. | 05-2932 |
| **NEW JERSEY** | | |
| NJ 3 05-1491 | Ferdinand Minibauer v. Merck & Co., Inc. | 05-2933 |
| **NEW MEXICO** | | |
| NM 1 05-488 | Magda Wright, etc. v. Merck & Co., Inc. | 05-2934 |
| **NEW YORK EASTERN** | | |
| NYE 1 05-2313 | John Colligan v. Merck & Co., et al. | 05-2935 |
| **NEW YORK NORTHERN** | | |
| NYN 1 05-518 | William R. Crounse, et al. v. Merck & Co., Inc. | 05-2936 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-4428 | Diane Reid v. Merck & Co., Inc., et al. | 05-2937 |
| **NEW YORK WESTERN** | | |
| ~~NYW 6 05-6211~~ | ~~Gregory Saulpaugh, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/21/05 | |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 05-1166 | Denzil Mahon, et al. v. Merck & Co., Inc. | 05-2938 |
| OHN 1 05-1175 | Eugene Hamilton v. Merck & Co., Inc. | 05-2939 |
| OHN 1 05-1176 | Virginia Green v. Merck & Co., Inc. | 05-2940 |
| OHN 1 05-1177 | Laura Grodek, et al. v. Merck & Co., Inc. | 05-2941 |
| OHN 1 05-1178 | Julian D. Cohen, et al. v. Merck & Co., Inc. | 05-2942 |
| OHN 1 05-1179 | Charles R. Wireman, et al. v. Merck & Co., Inc. | 05-2943 |
| **OHIO SOUTHERN** | | |
| OHS 1 05-301 | Mary Rose Couch, et al. v. Merck & Co., Inc., et al. | 05-2944 |
| OHS 2 05-330 | Judith K. Drum v. Merck & Co., Inc. | 05-2945 |
| OHS 2 05-355 | Deloris Ivers, et al. v. Merck & Co., Inc. | 05-2946 |
| OHS 2 05-434 | Steven Knicely, et al. v. Merck & Co., Inc. | 05-2947 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-1856 | Lynda Richardson, etc. v. Merck & Co., Inc., et al. | 05-2948 |
| PAE 2 05-1875 | Nancy Brenner, et al. v. Merck & Co., Inc., et al. | 05-2949 |
| PAE 2 05-2005 | Henry J. Myers, et al. v. Merck & Co., Inc. | 05-2950 |
| PAE 2 05-2014 | Delores M. Korman, et al. v. Merck & Co., Inc. | 05-2951 |
| PAE 2 05-2110 | Scott E. French, et al. v. Merck & Co., Inc. | 05-2952 |
| PAE 2 05-2156 | Robert E. Pierson, et al. v. Merck & Co., Inc. | 05-2953 |
| PAE 2 05-2204 | Frederick Bianchino, Jr., et al. v. Merck & Co., Inc. | 05-2954 |
| PAE 2 05-2269 | Donald Payne, et al. v. Merck & Co., Inc., et al. | 05-2955 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 3 05-840 | Bernard L. Holleran, M.D. v. Merck & Co., Inc. | 05-2956 |
| PAM 4 05-934 | Timothy Lewis v. Merck & Co., Inc. | 05-2957 |
| **SOUTH CAROLINA** | | |
| SC 6 05-1216 | Mark A. Roberson v. Merck & Co., Inc. | 05-2958 |
| **TENNESSEE EASTERN** | | |
| TNE 1 05-104 | Mickey E. Cunningham, et al. v. Merck & Co., Inc. | 05-2959 |
| TNE 1 05-106 | Herbert L. Cannon, et al. v. Merck & Co., Inc. | 05-2960 |
| TNE 1 05-112 | Wendy A. Burke v. Merck & Co., Inc. | 05-2961 |
| **TENNESSEE MIDDLE** | | |
| TNM 3 05-347 | Lorraine Sawyer, etc. v. Merck & Co., Inc. | 05-2962 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1119 | Betty Elaine Kreider, et al. v. Merck & Co., Inc., et al. | 05-2963 |
| TNW 1 05-1120 | Evelyn S. Ellison v. Merck & Co., Inc., et al. | 05-2964 |
| TNW 1 05-1121 | Teresa A. Davis v. Sarah C. Capocaccia, et al. | 05-2965 |
| TNW 2 05-2294 | Kellah M. Allgood, et al. v. Merck & Co., Inc., et al. | 05-2966 |
| TNW 2 05-2354 | Phebie Harrington v. Merck & Co., Inc., et al. | 05-2967 |
| **TEXAS EASTERN** | | |
| TXE 2 05-167 | Pansy Adams, et al. v. Merck & Co., Inc. | 05-2968 |
| **TEXAS NORTHERN** | | |
| TXN 4 05-306 | Jimmy E. Davis v. Merck & Co., Inc. | 05-2969 |
| **VIRGINIA EASTERN** | | |
| VAE 3 05-202 | Ambrose S. Chatam v. Merck & Co., Inc. | 05-2970 |
| VAE 3 05-203 | Ann Gail Newton, etc. v. Merck & Co., Inc. | 05-2971 |

SCHEDULE CTO-14 TAG-ALONG ACTIONS (MDL-1657)                                                                 PAGE 5 of 5

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| VIRGINIA WESTERN<br>VAW 5 05-25 | Michael L. Buracker v. Merck & Co., Inc. | 05-2972 |
| VERMONT<br>VT 2 05-112 | Guy Christie, et al. v. Merck & Co., Inc. | 05-2973 |
| WASHINGTON EASTERN<br>WAE 2 05-124 | Shirley Dubuque, et al. v. Merck & Co., Inc. | 05-2974 |
| WASHINGTON WESTERN<br>~~WAW 2 05-759~~ | ~~Robert K. Waitt v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| WISCONSIN WESTERN<br>WIW 3 05-78 | Janice Lane, etc. v. Merck & Co., Inc. | 05-2975 |
| WYOMING<br>WY 2 05-129 | Hazel Rudy, etc. v. Merck & Co., Inc. | 05-2976 |

# INVOLVED COUNSEL LIST (CTO-14)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bradley E. Abruzzi
Foley Hoag
155 Seaport Blvd.
Seaport World Trade Center West
Boston, MA 02210-2170

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street, Suite 3450
Houston, TX 77002

Susan B. Altman
Reed Smith, LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936

Rebekah R. Arch
Ashcraft & Gerel, LLP
2000 L Street, NW, Suite 400
Washington, DC 20036

Clayeo Arnold
608 University Avenue
Sacramento, CA 95825

A. Elizabeth Balakhani
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Edward Lee Barrow
324 S. Whipple
Chicago, IL 60612

Kevin F. Berry
Cozen & O'Connor
The Atrium
1900 Market Street, Third Floor
Philadelphia, PA 19103

Jimmy W. Bilbo
Logan, Thompson, Miller, Bilbo, et al.
P.O. Box 191
Cleveland, TN 37364-0191

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Steven J. Boranian
Reed Smith, LLP
P.O. Box 7936
San Francisco, CA 94120-7936

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Thomas P. Brennan
Gallagher, Brennan & Gill
220 Pierce Street
Kingston, PA 18704-4641

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Alyson L. Bustamante
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
P. O. Box 171443
Memphis, TN 38187-1443

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117-1322

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Stan Casper
Casper, Meadows & Schwartz
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Andrew T. Citrin
Citrin & McGlothren
P.O. Drawer 2187
Daphne, AL 36526

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli
1220 Huron Road, Suite 1000
Cleveland, OH 44115

Roger Thomas Creager
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230-0569

Francis J. Curran, Jr.
Law Offices of Francis J. Curran, Jr.
& Associates
200 East State Street, Suite 110
Media, PA 19063

Dan Cytryn
Cytryn & Santana
8100 North University Drive, Suite 202
Tamarac, FL 33321

John A. Dalimonte
Karon & Dalimonte
85 Devonshire Street, Suite 1000
Boston, MA 02109

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

John A. Day
Branham & Day, P.C.
5300 Maryland Way, Suite 300
Brentwood, TN 37027

Nicholas A. DiCello
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Anthony M. DiLeo
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

David A. Dick
Thompson Coburn, LLP
One US Bank Plaza
St Louis, MO 63101

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

Hugh A. Donaghue
Donaghue & Bradley
13 West Third Street
Media, PA 19063

Glenn A. Dorfman
Glenn A. Dorfman Law Offices
225 E. Carrillo Street, Suite 903
Santa Barbara, CA 93101

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

A. Bradley Dozier, Jr.
Johnson & Benjamin
730 Peachtree Street, NE, Suite 750
Atlanta, GA 30308

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Donald J. Feinberg
Feinberg & Silva
2000 Market St., Suite 1805
Philadelphia, PA 19103-3293

M. Albert Figinski
Law Offices of Peter G. Angelos
100 N. Charles Street, 20th Floor
Baltimore, MD 21201

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis, MO 63105

Leonard V. Fodera
Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

Franklin J. Foil
Henchy, Verbois & Foil
P.O. Box 80523
7904 Wrenwood Blvd., Suite C
Baton Rouge, LA 70898-0523

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Henry G. Garrard, III
Blasingame, Burch, Garrard, Bryant
& Ashley
440 College Avenue North
P.O. Box 832
Athens, GA 30603

Evan S. Glanz
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102

Gregg Matthew Goldfarb
19 W. Flagler Street, Suite 703
Maimi, FL 33130

Pam Warnock Green
McNabb, Bragorgos & Burgess, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402

Steve P. Gregory
Dice & Gregory, LLC
2824 Seventh Street
Tuscaloosa, AL 35401

Suzanne M. Gregory
Merck & Co., Inc.
P.O. Box 1000
North Wales, PA 19454-1099

Thomas D. Haklar
Dougherty, Hildre & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103-6624

Dan H. Hall
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kimberly K. Hardeman
Moyer & Bergman, P.L.C.
2720 1st Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Renee Daigle Harrell
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Joseph K. Hetrick
Dechert, Price & Rhoads
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101-3926

Gary Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Richard H. Honaker
Honaker Law Offices
P.O. Box 366
Rock Springs, WY 82902

Michael K. Houtz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Kerry N. Jardine
Burg, Simpson, Eldredge, Hersh
& Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112-2866

Gerald Jowers
Janet, Jenner & Suggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201

Samuel W. Junkin
Samuel W. Junkin, PC
Alston Place
601 Greensboro Avenue, Suite 600
Tuscaloosa, AL 35401

Kristofer Kallman
Kristofer Kallman Law Offices
2019 State Street, Suite B
Santa Barbara, CA 93105-3553

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

Robert W. Kerpsack
Robert W. Kerpsack Co., LPA
21 East State Street, Suite 300
Columbus, OH 43215

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Joy A. Kruse
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

John F. Kupris
47 Winter Street, 4th Floor
Boston, MA 02108

Robert A. Kurtz
1 South Main Street
Shenandoah, PA 17976

David C. Landever
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Gregory M. Lederer
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE, Suite 1200
Cedar Rapids, IA 52401-1266

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jeffrey J. Lowe
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Anne MacArthur
Habush, Habush & Rottier, S.C.
150 East Gilman Street, Suite 2000
Madison, WI 53703

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

James Mark Mann
Welborn, Houston, Adkison, Mann
& Sadler
P.O. Box 1109
Henderson, TX 75653-1109

Jean Martin
Wallace & Graham
525 North Main Street
Salisbury, NC 28144

Lisa M. Martin
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
P.O. Box 171443
Memphis, TN 38119

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell & Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Timothy F. McCurdy
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

John D. McMahan
McMahan Law Firm
323 High Street
Chattanooga, TN 37403

Leland M. McNabb
McNabb, Bragorgos & Burgess, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402

Christopher M. McNally
Circuit Court for Baltimore City
Clarence Mitchell Courthouse
111 N. Calvert Street
Baltimore, MD 21202

James J. Moran
Moran & Kufta, PC
200 Canal View Drive, Suite 206
Rocheter, NY 14623

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Bruce Heller Nagel
Nagel, Rice & Mazie, LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Higland Ave.
Jackson, TN 38033

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Ernest A. Panizzon
Ernest A. Panizzon Law Offices
P.O. Box 788
Santa Barbara, CA 93102-0788

R. Gordon Pate
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

Lewis Franklin Powell, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

James J. Ragen
Martens Ragen
705 Fifth Ave. S., Suite 150
Seattle, WA 98104-4425

B. Kristian W. Rasmussen
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996

Michael J. Ryan
Krupnick, Campbell, Malone, Roselli, et al.
700 S.E. 3rd Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, FL 33316-1186

Daniel R. Santola
Powers, Santola Law Firm
39 North Pearl Street, Suite 2
Albany, NY 12207-2205

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114-3400

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35203-2104

John Chandler Shea
Marks & Harrison
1500 Forest Ave.
P.O. Box 72020
Richmond, VA 23255-2020

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 W. Idaho Street
Boise, ID 83702

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Jennifer A. Slater Carlson
Otjen, Van Ert, Lieb & Wier, S.C.
700 North Water Street, Suite 800
Milwaukee, WI 53202-4206

W. Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Thomas M. Sobol
Hagens Berman, LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Pamela Sotoodch
Kenneth B. Moll & Associates
Three First National Plaza
50th Floor
Chicago, IL 60602

Richard C. Stanley
Stanley, Flanagan & Reuter
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, , Suite 3600
St. Louis, MO 63102-2750

David C. Strouss
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

Kenneth M. Suggs
Janet, Jenner And Suggs, LLC
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701

Gary P. Timin
Steel, Hector & Davis, PA
215 South Monroe Street, Suite 601
Tallahassee, FL 32301

Caroline T. Trost
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street, Suite 200
Kansas City, MO 64105-1679

J. Michael M. Veron
Bice, Palermo & Veron
713 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Marcus W. Viles
Viles & Beckham, P.A.
2075 West First Street, Suite 100
P.O. Box 2486
Ft. Myers, FL 33902

R. Scott Vincent
Leitner, Williams, Dooley & Napolitan, PLLC
254 Court Avenue
Second Floor
Memphis, TN 38103

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd., Suite 4000
Miami, FL 33131-2398

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-4073

Matthew Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-0466

INVOLVED JUDGES LIST (CTO-14)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Terry I. Adelman
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Anthony A. Alaimo
Senior U.S. District Judge
U.S. District Court
P.O. Box 944
Brunswick, GA 31521

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums Fed. Bldg.
1301 Clay Street
Oakland, CA 94612-5212

~~Hon. Henry E. Autrey~~
~~U.S. District Judge~~
~~10N. 148 Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. J. Daniel Breen
U.S. District Judge
345 United States Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. Clarence A. Brimmer
U.S. District Judge
2120 Capitol Avenue, Room 2603
Cheyenne, WY 82001

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Stanley R. Chesler
U.S. District Judge
5050 Clarkson S. Fisher Fed. Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Lacey A. Collier
Senior U.S. District Judge
U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502-5625

Hon. Richard P. Conaboy
Senior U.S. District Judge
P.O. Box 189
U.S. Courthouse, 4th Floor
Scranton, PA 18501

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street, Suite 11-350
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
3-160 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. Robert L. Echols·
Chief Judge, U.S. District Court
824 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Robert L. Echols
Chief Judge, U.S. District Court
824 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Mark R. Filip
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
Suite 3300
111 South 10th Street
St. Louis, MO 63102-9958

Hon. James Knoll Gardner
U.S. District Judge
United States District Court
4701 Edward N. Cahn Federal Bldg.
& U.S. Courthouse
Allentown, PA 18101

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. James T. Giles
Chief Judge, U.S. District Court
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1771

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

~~Hon. Jean C. Hamilton~~
~~U.S. District Judge~~
~~16N. Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. J. Leon Holmes
U.S. District Judge
United States District Court
360 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. John D. Holschuh
Senior U.S. District Judge
109 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Henry E. Hudson
U.S. District Judge
U.S. District Court
112 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

~~Hon. Carol E. Jackson~~
~~Chief Judge, U.S. District Court~~
~~14N. Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth St., 14th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. James P. Jones
Chief Judge, U.S. District Court
P.O. Box 669
Abingdon, VA 24212

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 8th Floor
Miami, FL 33128

~~Hon. Lawrence K. Karlton~~
~~Senior U.S. District Judge~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814~~

Hon. Elizabeth A. Kovachevich
U.S. District Judge
1730 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902

~~Hon. David G. Larimer~~
~~U.S. District Judge~~
~~250 Kenneth B. Keating Fed. Bldg.~~
~~100 State Street~~
~~Rochester, NY 14614-1324~~

~~Hon. Robert S. Lasnik~~
~~Chief Judge, U.S. District Court~~
~~15128 U.S. Courthouse~~
~~700 Stewart Street~~
~~Seattle, WA 98101-1290~~

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Reginald C. Lindsay
U.S. District Judge
5130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Ronald E. Longstaff
Chief Judge, U.S. District Court
422 U.S. Courthouse
123 East Walnut Street
Suite 422
Des Moines, IA 50309

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. William T. Moore, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 10245
Savannah, GA 31412

Hon. Malcolm Muir
Senior U.S. District Judge
240 West Third Street, Suite 401
Williamsport, PA 17701

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Wilbur D. Owens, Jr.
Senior U.S. District Judge
P.O. Box 65
Macon, GA 31202

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Robert E. Payne
U.S. District Judge
Lewis F. Powell, Jr.
United States Courthouse
1000 East Main Street
Richmond, VA 23219-3525

~~Hon. Catherine D. Perry~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~14th Floor~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Virgil Pittman
Senior U.S. District Judge
United States District Court
113 Street Joseph Street
Mobile, AL 36602

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Dan A. Polster
U.S. District Judge
188 Carl B. Stokes
801 W. Superior Avenue
Cleveland, OH 44113

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. C. Ashley Royal
U.S. District Judge
U.S. District Court
P.O. Box 128
Macon, GA 31202

~~Hon. Dana M. Sabraw~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~4290 Edward J. Schwartz U.S.~~
~~Courthouse~~
~~940 Front Street~~
~~San Diego, CA 92101~~

Hon. Frederick J. Scullin, Jr.
Chief Judge, U.S. District Court
P.O. Box 7255
Syracuse, NY 13261

Hon. William K. Sessions, III
Chief Judge, U.S. District Court
P.O. Box 928
Burlington, VT 05402

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

~~Hon. Rodney W. Sippel~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 10th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Lacy H. Thornburg
U.S. District Judge
241 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Alan C. Torgerson
U.S Magistrate Judge
670 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Fred Van Sickle
Chief Judge, U.S. District Court
P.O. Box 2209
Spokane, WA 99210

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

# INVOLVED CLERKS LIST (CTO-14)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Betty A. Griess, Clerk
2141 Joseph C. O'Mahoney Fed. Bldg.
2120 Capitoal Avenue
Cheyenne, WY 82001-3658

~~Bruce Rifkin, Clerk~~
~~U.S. Courthouse~~
~~700 Stewart Street~~
~~Seattle, WA 98101~~

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse
MSC 039
550 West Fort Street
Boise, ID 83724

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S.
Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Drawer I
Hot Springs, AR 71902-1979

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

Elizabeth Paret, Clerk
307 Lewis F. Powell, Jr. U.S.
Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202-0128

Gregory J. Leonard, Clerk
P.O. Box 68
Valdosta, GA 31603-0068

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James W. McCormack, Clerk
312 Federal Building
615 South Main Street
Jonesboro, AR 72401

James W. McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

John F. Corcoran, Clerk
P.O. Box 1207
Harrisonburg, VA 22801

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Lawrence K. Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306

Mary E. D'Andrea, Clerk
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

INVOLVED CLERKS LIST (CTO-14) MDL-1657                                                                 PAGE 2 of 2

Mary E. D'Andrea, Clerk
U.S. District Court
240 West 3rd Street, Suite 218
Williamsport, PA 17701-0608

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Robert R. Di Trolio, Clerk
242 Clifford Davis Federal
Building
167 North Main Street
Memphis, TN 38103

~~Rodney C. Early, Clerk~~
~~2120 Kenneth B. Keating Federal~~
~~Building~~
~~100 State Street~~
~~Rochester, NY 14614-1368~~

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S.
Courthouse
One Courthouse Way
Boston, MA 02210-3002

Scott Poff, Clerk
P.O. Box 1636
Brunswick, GA 31521-1636

Scott Poff, Clerk
P.O. Box 8286
Savannah, GA 31412-8286

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse
& Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

~~W. Samuel Hamrick, Jr., Clerk~~
~~4290 Edward J. Schwartz Federal~~
~~Building~~
~~880 Front Street~~
~~San Diego, CA 92101-8900~~

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed.
Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 29, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-14)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 13, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A