

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*Betty Dutlon, et al. v. Merck & Co., Inc.*, N.D. Texas, C.A. No. 3:05-662
(Incorrectly Listed as N.D. Texas, C.A. No. 3:05-969)

**ORDER CORRECTING CIVIL ACTION NUMBER**

This action, bearing an incorrect civil action number of 3:05-969, was included on the Panel's conditional transfer order filed on May 20, 2005, and finalized on June 7, 2005. The correct Northern District of Texas civil action number of this action is **3:05-662**.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-11" filed on May 20, 2005, and finalized on June 7, 2005, is CORRECTED to reflect the correct Northern District of Texas civil action number of **3:05-662** in this action, and thus this action is transferred to the Eastern District of Louisiana pursuant to CTO-11.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 7 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Betty Dutlon, et al. v. Merck & Co., Inc.*, N.D. Texas, C.A. No. 3:05-662
(Incorrectly Listed as N.D. Texas, C.A. No. 3:05-969)

## ORDER CORRECTING CIVIL ACTION NUMBER

This action, bearing an incorrect civil action number of 3:05-969, was included on the Panel's conditional transfer order filed on May 20, 2005, and finalized on June 7, 2005. The correct Northern District of Texas civil action number of this action is **3:05-662**.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-11" filed on May 20, 2005, and finalized on June 7, 2005, is CORRECTED to reflect the correct Northern District of Texas civil action number of **3:05-662** in this action, and thus this action is transferred to the Eastern District of Louisiana pursuant to CTO-11.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 7, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

*Betty Dutlon, et al. v. Merck & Co., Inc.*, N.D. Texas, C.A. No. 3:05-662
(Incorrectly Listed as N.D. Texas, C.A. No. 3:05-969)

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

Enclosure

cc:   Transferee Judge: Judge Eldon E. Fallon
      Transferor Judge: Judge Sam A. Lindsay
      Transferor Clerk: Karen S. Mitchell

JPML Form 87