U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 18 PM 1:50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Dineen v. Merck & Co., Inc.*, No. 2:05cv2289 (previously 4:05-cv-624 EDMO USDC)

## ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Withdrawal of Counsel, which the Court will construe and Motion for Leave to Withdraw as Counsel, filed July 8, 2005. Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court being fully advised in the premises,

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED

It is So Ordered: _____
JUDGE

DATE: July 17, 2005

___ Fee_____
___ Process_____
X  Dktd_____
√  CtRmDep_____
___ Doc. No._____