

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Yvonne Bell, et al. v. Merck & Co., Inc., et al.*, No. 05-CV-02110.

### MOTION TO SUPPLEMENT AND AMEND MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come complainants, Yvonne Bell, as a representative of her deceased mother, Eleanor Alcorn, and Esther Lingoni, who respectfully submit this Motion to Supplement and Amend their Motion to Remand in the above-captioned matter for the reasons set forth more fully in the attached memorandum.

Respectfully submitted,

*[signature]*

R. Glenn Cater (Bar #4048)
CATER & WILLIS (APLC)
3723 Canal Street
New Orleans, LA 70119
Telephone:   (504) 488-6300
Facsimile:    (504) 488-6302

*and*

Gary J. Gambel (#19864)
MURPHY, ROGERS, SLOSS & GAMBEL
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone:   (504) 523-0400
Facsimile:    (504) 523-5574

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | MDL No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Yvonne Bell, et al. v. Merck & Co., Inc., et al.*, No. 05-CV-02110.

<u>MEMORANDUM IN SUPPORT OF
MOTION TO SUPPLEMENT AND AMEND MOTION TO REMAND</u>

**MAY IT PLEASE THE COURT:**

The complainants, Yvonne Bell, as a representative of her deceased mother, Eleanor Alcorn, and Esther Lingoni, respectfully request that the attached affidavit of complainant, Esther Lingoni, be allowed to supplement the complainants' Motion to Remand. The affidavit was referenced in the complainants' initial Motion to Remand, but was inadvertently not attached as an exhibit when that Motion to Remand was filed with this Honorable Court. Further, complainants move to amend the original Motion to Remand to replace Merck & Co. in the place

and stead of every inadvertent reference to Pfizer.

WHEREFORE, complainants pray that the affidavit of Esther Lingoni be included as an exhibit to the complainants' Motion to Remand and that the Motion to Remand be amended to reflect Merck & Co. in the place and stead of every inadvertent reference to Pfizer.

Respectfully submitted,

_____
R. Glenn Cater (Bar #4048)
CATER & WILLIS (APLC)
3723 Canal Street
New Orleans, LA 70119
Telephone:    (504) 488-6300
Facsimile:    (504) 488-6302

*and*

Gary J. Gambel (#19864)
MURPHY, ROGERS, SLOSS & GAMBEL
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone:    (504) 523-0400
Facsimile:    (504) 523-5574

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Yvonne Bell, et al. v. Merck & Co., Inc., et al.*, No. 05-CV-02110.

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I have on this 8th day of July, 2005 forwarded a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand, properly addressed.

R. Glenn Cater

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Yvonne Bell, et al. v. Merck & Co., Inc., et al.*, No. 05-CV-02110.

## ORDER

Considering the foregoing Motion to Supplement and Amend Motion to Remand:

**IT IS HEREBY ORDERED** that the Complainants' Motion to Supplement and Amend their Motion to Remand be granted as prayed for.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2005.

_____
JUDGE

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF Orleans

    BEFORE ME, the undersigned Notary, personally came and appeared:

    Esther Lingoni,

who, after first being duly sworn, did declare and state:

    That this affidavit is based on her personal knowledge that she personally purchased Vioxx from a Walgreens store owned by defendant, Walgreens Louisiana, Inc..

_____
Esther Lingoni

Sworn to and subscribed before me this 20th day of June, 2005.

_____
NOTARY PUBLIC
Printed Name: R Glenn Cater
Bar No.: 4048

EXHIBIT A