

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Yvonne Bell, et al. v. Merck & Co., Inc., et al.*, No. 05-CV-02110.

### ORDER

Considering the foregoing Motion for Leave to Supplement and Amend Motion to Remand:

**IT IS HEREBY ORDERED** that the Complainants' Motion for Leave to Supplement and Amend its Motion to Remand be granted.

NEW ORLEANS, LOUISIANA, this 12 day of July, 2005.

_____
JUDGE

6

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____