```
Anthony G. Brazil (SBN 84297)
Kanika D. Corley (SBN 223607)
Morris Polich & Purdy LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503
(213) 891-9100
```

ORIGINAL

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA  2005 JUL 12 PM 1:46  LORETTA G. WHYTE CLERK*

# UNITED STATES DISTRICT COURT
## Eastern DISTRICT OF LOUISIANA

Leonard Lagden

Plaintiff(s)

v.

Merck & Company, Inc., Bel Air Pharmacy #514; and Does 1 through 25, inclusive

Defendant(s)

CASE NUMBER: MDL 1657

## SUBSTITUTION OF ATTORNEY

Bel Air Mart, erroneously sued served as Bel Air Pharmacy
*Name of Party*

[ ] Plaintiff  [x] Defendant  [ ] Other _____

hereby substitutes **Anthony G. Brazil and Kanika D. Corley** who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  **1055 West Seventh Street, 24th Fl**
*Street Address*

**Los Angeles, CA 90065**   **(213) 891-9100**   **(323) 488-1178**   **84297 and 223607**
*City, State, Zip Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of **Scott Andre**

Dated: **6/21/2005**

*Signature of Party (Present Attorney)*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: **6/27/05**

*Signature of Present Attorney*
Scott Andre

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: **7/1/05**

*Signature of New Attorney*
Anthony G. Brazil / Kanika D. Corley

Substitution of Attorney is hereby [x] Approved.  [ ] Denied.

Dated: _____

*United States District Judge / Magistrate Judge*

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

Fee____  Process____  Dktd____  CtRmDep____  Doc. No____

G01