# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER NORRIS | |
| Plaintiff, | Cause No. 2:05-CV-1028 |
| v. | |
| MERCK & CO. INC., and TONI R. KLUTHO d/b/a KLUTHO FAMILY PHARMACY | |
| Defendants. | |

*FILED JUL 12 2005*
*LORETTA G. WHYTE, CLERK*

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW plaintiff, Jennifer Norris, by and through her attorneys, Gray, Ritter & Graham, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby requests the court's order dismissing without prejudice, her case against defendants Merck & Co. Inc. and Klutho Family Pharmacy. Plaintiff's proposed order is attached hereto.

GRAY, RITTER & GRAHAM, P.C.

By: _____
Morry S. Cole, #77854
Attorney for Plaintiff
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140

547182 / 041161

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the parties hereto by mailing a copy thereof by U.S. Mail, postage prepaid, on this __1__ day of _July_ 2005, to:

Mr. Daniel H. Ball
Mr. Robert T. Ebert, Jr.
Mr. Stephen G. Strauss
Bryan Cave, L.L.P.
211 N. Broadway, Suite 3600
One Metropolitan Square
St. Louis, MO 63102-2750
dhball@bryancave.com
Attorneys for Merck & Co.

Mr. Norman C. Kleinberg
Mr. Theodore V.H. Mayer
Mr. Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
kleinber@hugheshubbard.com
Attorneys for Merck & Co.

Brett A. Williams
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
bwilliams@bjpc.com
Attorney for Klutho Family Pharmacy