IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

MOL 1657

| | |
|---|---|
| JENNIFER NORRIS<br><br>　　Plaintiff,<br><br>v.<br><br>MERCK & CO. INC. and TONI R. KLUTHO d/b/a KLUTHO FAMILY PHARMACY<br><br>　　Defendants. | Cause No. 2:05-CV-1028 |

## ORDER

　　Plaintiffs motion for voluntary dismissal, without prejudice, is hereby granted.

SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON

547182 / 041161