IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL. NO. 1657

IN RE: VIOXX
       PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

SIDNEY SCHNEIDER
       Plaintiff,
vs.
MERCK & CO., INC.
       Defendant

Transferor Court:
U.S. District Court for the
Southern District of Florida
CASE NO.: 04-22632-CIV-MORENO

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against defendant Merck & Co., Inc., without prejudice.

LEESFIELD, LEIGHTON, & RUBIO, P.A.
*Attorneys for Plaintiff*
2350 South Dixie Highway
Miami, Florida 33133
Phone: (305) 854-4900
Fax: (305) 854-8266
Email: leesfield@leesfield.com

By: _____
IRA H. LEESFIELD
Fla. Bar No. 140270
**JOHN ELLIOTT LEIGHTON**
Florida Bar 0507921

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class U.S. Mail this 6th day of July, 2005 to: **Sharon L. Kegerreis**, Hughes, Hubbard & Reed, LLP, Attorneys for Merck & Co., Inc., 201 S. Biscayne Boulevard, 25th Floor, Miami, Florida 33131-4332.

_____
IRA H. LEESFIELD

**ADDITIONAL COPIES PROVIDED TO**:

Plaintiffs' Liaison Counsel:

Russ Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Defendants' Liaison Counsel:

Philip A. Wittmann, Esquire
Stone, Pigman, Walther, Wittman, LLP
546 Carondelet Street
New Orleans, LA   70130

### Authorization to Withdraw as Counsel and
### To Voluntarily Non-suit with Prejudice

Having met with Ira H. Leesfield to review my file, specifically the report of Dr. Schochin, and having been informed as to the evaluation of this claim, I hereby authorize the law firm of Leesfield Leighton & Rubio, P.A. to withdraw from representing me and to likewise voluntarily dismiss the claim from the U.S. District Court, Southern Distsrict of Florida, **CASE NO.: 04-22632-CIV-MORENO**.

Dated this 5th day of July, 2005.

_Sidney Schneider_
Sidney Schneider