IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL. NO. 1657

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION      SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

SIDNEY SCHNEIDER
    Plaintiff,
vs.
MERCK & CO., INC.
    Defendant

Transferor Court:
U.S. District Court for the
Southern District of Florida
CASE NO.: 04-22632-CIV-MORENO

## ORDER GRANTING VOLUNTARY DISMISSAL

Considering the foregoing motion for Voluntary Dismissal,

IT IS ORDERED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the claim of Sidney Schneider, 04-22632-CIV-MORENO, is hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of __July__, 2005.

By: _____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE