UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 13  PM 4: 27

LORETTA G. WHYTE
CLERK

IN RE:   VIOXX
         PRODUCTS LIABILITY LITIGATION          MDL No. 1657

CA 05-2079 L

## STIPULATION FOR DISMISSAL

The involuntary plaintiff, Michael O. Leavitt, Secretary of Department of Health and Human Services, by Steven M. Biskupic, United States Attorney for the Eastern District of Wisconsin, and Stacy C. Gerber Ward, Assistant United States Attorney, and plaintiff, Walter J. Hintz, by his attorney, William M. Cannon and defendant, Merck & Co., Inc., by their attorney, Todd M. Weir, hereby stipulate to the dismissal of Michael O. Leavitt, Secretary of Department of Health and Human Services, from this action, without prejudice and without costs and fees. The parties also submit a proposed Order of Dismissal for the Court's consideration.

STEVEN M. BISKUPIC
United States Attorney

Dated: 7/7/05          By: _____
                           Stacy C. Gerber Ward
                           Assistant United States Attorneys

Dated: 6/19/05         By: _____
                           William M. Cannon
                           Attorney for Plaintiff

Dated: 6/27/05         By: _____
                           Todd M. Weir
                           Attorney for Defendant