UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 18  PM 1:45

LORETTA G. WHYTE
CLERK 

IN RE:       VIOXX
             PRODUCTS LIABILITY LITIGATION        MDL No. 1657

CA 05-2079 6

**ORDER**

Pursuant to the stipulation of the parties, involuntary plaintiff, Michael O. Leavitt, Secretary of Department of Health and Human Services, is hereby dismissed from the above-captioned action, without prejudice and without costs or fees.

Dated this _____ day of June, 2005.

Eldon E. Fallon
United States District Judge

_____ Fee_____
_____ Process___
X____ Dktd_____
_____ CtRmDep___
_____ Doc. No____