UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 18 PM 1: 46

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX
PRODUCTS LIABILITY LITIGATION          MDL No. 1657

CA 05-2078 L

## ORDER

Pursuant to the stipulation of the parties, involuntary plaintiff, Michael O. Leavitt, Secretary of Department of Health and Human Services, is hereby dismissed from the above-captioned action, without prejudice and without costs or fees.

Dated this 17 day of July, 2005.

_____
Eldon E. Fallon
United States District Judge



____ Fee_____
____ Process____
_X_ Dktd_____
_✓_ CtRmDep____
____ Doc. No____