UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 18 PM 1: 46

LORETTA G. WHYTE
CLERK

IN RE:      VIOXX
            PRODUCTS LIABILITY LITIGATION        MDL No. 1657

CA 05-2025 L

### ORDER

Pursuant to the stipulation of the parties, involuntary plaintiff, Michael O. Leavitt, Secretary of Department of Health and Human Services, is hereby dismissed from the above-captioned action, without prejudice and without costs or fees.

Dated this 17 day of July, 2005.

Eldon E. Fallon
United States District Judge

___ Fee_____
_/_ Process_____
_X_ Dktd_____
_/_ CtRmDep___
___ Doc. No____