UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL CASE NUMBER: 1657

HARRY CONTI and BARBARA CONTI,

    Plaintiffs,

vs.

MERCK & CO., INC., a foreign corporation and
PUBLIX SUPERMARKETS, INC., a Florida corporation,

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PUBLIX SUPERMARKETS, INC.

Plaintiffs, HARRY CONTI and BARBARA CONTI, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby file their Notice of Voluntary Dismissal Without Prejudice of PUBLIX SUPERMARKETS, INC.

DATED on June 22, 2005

Respectfully submitted by:

STEEL HECTOR & DAVIS LLP
Attorneys for MERCK
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
561-650-7200
561-655-1509 FAX

FAZIO, DiSALVO, CANNON, ABERS, PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL 33302
(954) 463-0585 Broward
(305) 940-3432 Dade
(954) 767-9461 FAX

By: _____
CATHERINE WHITFIELD
FB#132391

By: _____
JEFF S. ABERS
FB# 300853

1

Stipulation for Voluntary Dismissal without Prejudice of PUBLIX (Cont.)
MDL Case Number:    1657

                                                  CONROY, SIMBERG, GANON,
                                                  KREVAN & ABEL, P.A.
                                                  Attorneys for PUBLIX
                                                  125 West Romana Street
                                                  Suite 150
                                                  Pensacola, FL  32502
                                                  850-436-6605
                                                  850-436-2102 FAX

                                                  By: _____
                                                       MILLARD L. FRETLAND
                                                       FB# 371671