04-3042 JSA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HARRIET GLICKEL and JACOB
GLICKEL, her husband,

MDL CASE NUMBER: 1657
SECTION: L
JUDGE FALLON

    Plaintiffs,

vs.

MERCK & CO., INC., a New Jersey
corporation and
EXPRESS SCRIPTS, INC., a
Missouri corporation,

    Defendants.

RECEIVED JUL 1 3 2005 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF EXPRESS SCRIPTS, INC.

Plaintiffs, HARRIET GLICKEL and JACOB GLICKEL, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby file their Notice of Voluntary Dismissal Without Prejudice of EXPRESS SCRIPTS, INC ("ESI").

DATED on 7/5/05.

Respectfully submitted by:

STEEL HECTOR & DAVIS LLP
Attorneys for MERCK
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401
561-650-7200
561-655-1509 FAX

FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL 33302
(954) 463-0585 Broward
(305) 940-3432 Dade
(954) 767-9461 FAX

By: _____
CATHERINE WHITFIELD
FB#132391

By: _____
JEFF S. ABERS
FB# 300853

1

Stipulation for Voluntary Dismissal without Prejudice of EXPRESS SCRIPTS, INC. (Cont.)
MDL Case Number:   1657   SECTION : L

                    GRAY ROBINSON, P.A.
                    Attorneys for  EXPRESS SCRIPTS, INC.
                    201 North Franklin Street
                    Suite 2200
                    Tampa, FL  33602
                    813-273-5102
                    813-273-5145 FAX

By: _____
              CHRISTINE DONOGHUE
              FB# 0519571