UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 14 PM 1:09

LORETTA G. WHYTE
CLERK

------------------------------------------------- )
In Re:  VIOXX                                      )   MDL 1657
      Products Liability Litigation        )
                                           )   SECTION: L
                                                   )
**This Document Relates to:**                      )   Judge Fallon
Joyce E. DiMauro v. Merck & Co., Inc.,             )   Magistrate Judge Knowles
No.: 2:05-CV-01779                                 )
                                                   )
------------------------------------------------- )

## MOTION TO APPEAR AS ADDITIONAL COUNSEL OF RECORD

Jennifer L. Frank of Lewis Saul & Associates, P.C., hereby moves this Court to appear as additional counsel on behalf of plaintiff JOYCE E. DIMAURO, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on JENNIFER L. FRANK of LEWIS SAUL & ASSOCIATES, P.C., 183 Middle Street, Suite 200, Portland, ME, 04101.

Counsel of record on this case consents to this motion.

Dated: July 13th, 2005

Respectfully Submitted,

Jennifer L. Frank
Lewis Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME  04101
Telephone: (207) 874-7407
Fax: (207) 874-4930

Thomas W. Braun
Moquin & Daley
226 Coolidge Avenue
Manchester, NH  03102
Telephone: (603) 669-9400
Fax: (603) 669-3122

## CERTIFICATE OF SERVICE

I hereby certify that on July 13th, 2005, a true and accurate copy of the foregoing Entry of Appearance was served via U.S. First Class mail on the following:

| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |
|---|---|
| Russ Herman | Phillip A. Wittmann |
| Herman, Herman, Katz & Cotlar, LLP | Stone Pigman Walther Wittmann, LLC |
| 820 O'Keefe Ave., Suite 100 | 546 Carondelet St. |
| New Orleans, LA  70113 | New Orleans, LA  70130 |

Jennifer L. Frank

Thomas W. Braun