UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 JUL 18 PM 1:50

LORETTA G. WHYTE
CLERK



| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL 1657<br><br>SECTION: L |
| **This Document Relates to:**<br>Joyce E. DiMauro v. Merck & Co., Inc.,<br>No.: 2:05-CV-01779 | Judge Fallon<br>Magistrate Judge Knowles |

### ORDER

Upon consideration of the foregoing Motion to Appear as Additional Counsel of Record, it is hereby

ORDERED that Jennifer L. Frank may appear as additional counsel of record for plaintiff in this matter.

New Orleans, Louisiana this /_7_ day of July, 2005.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____