AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RETURN

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUL 12 PM 2:26
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| RUDOLPH H. VALLE AND ALBERT VALLE | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 05-2526 |
| MERCK AND CO., INC. AND PFIZER, INC. | SEC. L - MAG. 3 |

**TO:** Pfizer Inc.

Through its registered agent for service of process:

CT Corporation System

8550 United Plaza Boulevard

Baton Rouge, Louisiana 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Thomas L. Smith, esq.
210 Baronne St. Suite 1040
New Orleans, Louisiana 70112

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                              JUN 2 7 2005
CLERK                                          DATE

(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
_X_ Dkt_____
___ CtRmDp_____
___ Doc. No_____

**First-Class Mail**
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas L. Smith
210 Baronne St.
Ste: 1040
New Orleans, LA. 70112

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
8550 United Plaza Blvd
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]     ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   M Marist                        2/1/05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 0750 0002 6489 3212

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15