# United States District Court
## EASTERN DISTRICT OF LOUISIANA

Robert Fairchild and
Theresa Fairchild

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-2543

Merck & Co., Inc.

TO: Merck & Co., Inc
(through its agent of service)
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

*[FILED 2005 JUL 13 PM 12:28, LORETTA G. WHYTE, CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF LA]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Anthony J. Millazzo, Jr.
Miranda, Warwick, Milazzo, Giordano & Hebbler
3636 S. I-10 Service Road, W.; Ste. 300
Metairie, Louisiana 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                              DATE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) Miranda, Warwick, Milazzo, Giordano & Hebbler | TITLE Plaintiff Atty |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Ct Corp. Sip; 8550 United Plaza Blvd; Baton Rouge, LA 70809

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-5-05
           Date

Signature of Server

Address of Server: 3636 S. I-10 Service Rd; Ste 300  Metairie, LA 70001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

