AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

James Patterson

                **SUMMONS IN A CIVIL CASE**

V.               CASE NUMBER:   05-2544

Merck & Co, Inc.

TO:  Merck & Co., Inc
(through its agent of service)
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Anthony J. Millazzo, Jr.
Miranda, Warwick, Milazzo, Giordano & Hebbler
3636 S. I-10 Service Road, W.; Ste. 300
Metairie, Louisiana 70001

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                     DATE

(BY) DEPUTY CLERK

___ Fee___
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No.___

[Filed stamp: 2005 JUL 13 PM 12:28, LORETTA G. WHYTE, CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF LA]

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) Miranda, Warwick, Milazzo, Giordano + Hebbler | TITLE Plaintiff Atty |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: CT Corp. Sept; 8550 United Plaza Blvd; Baton Rouge, LA 70809

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-5-05
Date

Signature of Server

Address of Server  3636 S I-10 Service Rd, Ste. 300 Metairie, LA 70001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merck & Co., Inc.
   (through its agent of service)
   CT Corporation System
   8550 United Plaza Blvd.
   Baton Rouge, Louisiana 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                           ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [signature]                    7/6/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0004 2197 8131

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED JUL 7 2005

000393

- Sender: Please print your name, address, and ZIP+4 in this box

   Anthony J. Milazzo, Jr.
   Miranda, Warwick, Milazzo, Giordano & Hebbler
   3636 S. I-10 Service Road, W. Ste. 300
   Metairie, Louisiana 70001

   Patterson v. Merck