

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUDOLPH H. VALLE AND<br>ALBERT VALLE,<br><br>        Plaintiffs,<br><br>VERSUS<br><br>MERCK AND CO, INC. AND<br>PFIZER, INC.,<br><br>        Defendants. | 05 md 1657<br><br>CIVIL ACTION NO. 05-2526<br><br>JUDGE FALLON<br><br>MAGISTRATE KNOWLES |

**DEFENDANT PFIZER INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure Statement, and states:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer Inc.*

\_\_ Fee\_\_\_
\_\_ Process\_\_\_
\_✓\_ Dktd\_\_\_
\_\_ CtRmDep\_\_\_
\_\_ Doc. No\_\_\_

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 21st day of July, 2005.