

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUDOLPH H. VALLE AND<br>ALBERT VALLE, | : | 05 md -1657 |
| | : | |
| | : | CIVIL ACTION NO. 05-2526 |
| Plaintiffs, | : | |
| | : | JUDGE FALLON |
| VERSUS | : | |
| | : | MAGISTRATE KNOWLES |
| MERCK AND CO, INC. AND<br>PFIZER, INC., | : | |
| | : | |
| Defendants. | : | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Pfizer Inc., who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the accompanying Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant represents that the accompanying Motion to Dismiss presents unique issues of law that need to be discussed in open court.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE, LLC

BY: _____
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer Inc.*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been mailed to all parties to this proceeding, by mailing of copy of same to each by First Class United States mail, properly addressed and postage prepaid on this 21st day of July, 2005.