UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: VIOXX            * MDL No 1657
   Products Liability Litigation    *
                                     * SECTION: L
                                     *
                                     * JUDGE ELDON E. FALLON
                                     *
                                     * MAGISTRATE JUDGE
                                     * DANIEL E. KNOWLES, III

* * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO *White, et al. v. Merck & Co., Inc.*, No. 05-1656, V-2:05 cv1656.

## MOTION TO ENROLL ADDITIONAL COUNSEL

Pursuant to Local Rule 83.2.12, petitioners, Claiborne White and Raymond Bennie, individually and on behalf of all persons similarly situated, through undersigned counsel, move to enroll Fredrick A. Stolzle, Jr., STOLZLE LAW FIRM, as additional counsel of record.

WHEREFORE, movants pray that this motion be granted that Fredrick A. Stolzle, Jr. be allowed to enroll as additional counsel of record.

Respectfully submitted,

STOLZLE LAW FIRM
619 Jefferson Highway, Suite 1-A
Baton Rouge, LA 70806
Telephone: (225) 924-2588
Facsimile: (225) 926-7843

By: _____
FREDRICK A. STOLZLE, JR. T.A.
Bar Roll Number 12497

KLEINPETER & SCHWARTZBERG, L.L.C.
619 Jefferson Highway, Suite 2H
Baton Rouge, Louisiana 70806
Telephone (225) 926-4130
Fascimile (225) 929-9817

BY: _____
ROBERT E. KLEINPETER, T.A
Bar Roll Number 07448

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion for enrollment of additional counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this ____ day of _____, 2005.

_____
ROBERT E. KLEINPETER