UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation | * MDL No 1657<br>*<br>* SECTION: L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO *White, et al. v. Merck & Co., Inc.*, No. 05-1656, V-2:05 cv1656.

### ORDER GRANTING ENROLLMENT OF ADDITIONAL COUNSEL

The court considered the plaintiffs', Claiborne White and Raymond Bennie's, Motion to Enroll Additional Counsel and decided to grant the motion.

It is ORDERED that Fredrick A. Stolzle, Jr., Stolzle Law Firm, be allowed to enroll as additional counsel of record.

Signed this 21 day of July, 2005.

Judge Presiding

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____