IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUL 15 PM 1:55
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL Docket No. 1657 |
| | ) | SECTION: L |
| BERNADETTE YOUNG | ) | Civil Action No. 05-0555 |
| VS. | ) | |
| | ) | Transferred from USDC |
| MERCK & CO., INC | ) | Southern District of Texas |
| | ) | Case # H:04-CV-4209 |

## STIPULATION OF DISMISSAL

AND NOW, this ___21___ day of ___July___, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc. with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff **BERNADETTE YOUNG** and defendant Merck & Co., Inc. who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No ___

- 1 -

- 2 -

                Respectfully submitted by:

                ABRAHAM, WATKINS, NICHOLS,
                SORRELS, MATTHEWS & FRIEND

By: _____

                David P. Matthews
                Texas Bar No. 13206200
                Jason B. Ostrom
                Texas Bar No. 24027710
                Julie L. Rhoades
                Texas Bar No. 16811710
                800 Commerce Street
                Houston, Texas 77002-1 778
                (713) 222-7211 (Telephone)
                (713) 225-0827 (Facsimile)

                ATTORNEYS FOR PLAINTIFF
                **BERNADETTE YOUNG**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the ___7th___ day of July, 2005 a true and correct copy of *Bernadette Young's Stipulation for Dismissal* was served on all counsel of record.

Gerry Lowry
Fulbright & Jaworski
1301 McKinney St.
Suite 5100
Houston, TX 77010-3095
Phone: (713) 651-5151
Fax: (713) 651-5246
***Lead Counsel for Defendant Merck***

[ ] U. S. Mail
[X] Fax
[ ] Overnight Delivery
[ ] Hand Delivery

Richard Josephson
Baker & Botts L.L.P.
910 Louisiana, Suite 3000
Houston, TX 77002
Phone: (713) 229-1460
Fax: (713) 229-7760
***Counsel to be noticed for Defendant Merck***

[ ] U. S. Mail
[X] Fax
[ ] Overnight Delivery
[ ] Hand Delivery

/s/ David P. Matthews
David P. Matthews

Received 07/07/2005 03:53PM in 01:02 on line [1] for GL03203 * Pg 4/5
07/07/2005 14:53 FAX 713 225 0827   ABRAHAM WATKINS                                    ☒004

ATTORNEY FOR DEFENDANT, MERCK

By: _____
Gerry Lowry
Fulbright & Jaworski, LLP
1301 McKinney #5100
Houston, TX 77010
Phone: (713) 651-5151
Fax: (713) 651-5246