

ᴺᵒᵗ CHANG ...o

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 18  AM 11: 20

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

COPY IN CHAMBERS

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | § | |
| | § | |
| | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| § § § § § § § | § | MAG. JUDGE KNOWLES |

**This Document Relates To: EDLA Case No. 05-2586**

*FELICIA GARZA, Individually and on behalf of the **ESTATE OF LEONEL GARZA, SR.**, **LEONEL GARZA, JR.**, **LUIS JAIME GARZA**, **LAURO GUADALUPE GARZA**, and **GLORIA GARZA**, Individually, and as Heirs to the **ESTATE OF LEONEL GARZA, SR.** vs. **MICHAEL D. EVANS, M.D.**, **JUAN D. POSADA, M.D.**, and **MERCK & CO., INC.***

---

#### MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO MERCK'S OPPOSITION TO PLAINTIFFS' EMERGENCY HEARING AND REQUEST FOR ORAL ARGUMENT

---

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **FELICIA GARZA**, Individually and on behalf of the **ESTATE OF LEONEL GARZA, SR.**, **LEONEL GARZA, JR.**, **LUIS JAIME GARZA**, **LAURO GUADALUPE GARZA,** and **GLORIA GARZA**, Individually, and as heirs to the **ESTATE OF LEONEL GARZA, SR.**, Plaintiffs, and file this their Motion For Leave To File Plaintiffs'



ORIGINAL

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Reply To Merck's Opposition To Plaintiffs' Emergency Hearing And Request For Oral Argument.

**A.**

1.      Plaintiffs filed their Opposed Motion To Remand, Memorandum In Support Of Its Opposed Motion To Remand and Emergency Hearing and Request For Oral Argument on July 7, 2005.

2.      Defendant filed its Opposition To Plaintiffs' Motion For Emergency Hearing on July 12, 2005.

3.      Plaintiffs are hereby requesting leave to file their Reply To Merck's Opposition To Plaintiffs' Emergency Hearing And Request For Oral Argument.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray their Motion for Leave to file its Reply To Merck's Opposition To Plaintiffs' Emergency Hearing And Request For Oral Argument be granted and such other and further relief, both general and special, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**HOCKEMA, TIPPIT & ESCOBEDO, L.L.P.**
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539-9672
*Mailing address:*
P.O. Box 720540
McAllen, TX 78504-0540
Telephone:   (956) 631-9112
Telecopier:   (956) 630-9472

BY: _____
        Joe Escobedo, Jr.
        State Bar No. 06665850
        Federal Bar No. 12203
        Attorney in Charge
        David H. Hockema
        State Bar No. 16687200
        Federal Bar No. 1204
        Attorney in Charge
        Mauro F. Ruiz
        State Bar No. 24007960
        Federal Bar No. 23774

        Kathryn Snapka
        State Bar No. 18781200
        **SNAPKA, TURMAN & WATERHOUSE, L.L.P.**
        P.O. Drawer 23017
        Corpus Christi, Tx 78504
        Telephone: (361) 888-7676
        Telecopier: (361) 884-8545

**CO-COUNSEL:**

Alberto A. Munoz, II
State Bar No. 14669800
**LAW OFFICE OF ALBERTO A. MUNOZ, II, P.C.**
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539
*Mailing address:*
P.O. Box 9600
McAllen, TX 78502-9600
Telephone:   (956) 631-3444
Telecopier:   (956) 631-9187

Mike Mills
State Bar No. 14163500
Federal Bar No. 1211
**ATLAS & HALL, L.L.P.**
P.O. Box 3725
McAllen, Texas 78502
Telephone:   (956) 682-5501
Telecopier:   (956) 686-6109

**ATTORNEYS FOR PLAINTIFFS FELICIA GARZA,** Individually and on behalf of the
**ESTATE OF LEONEL GARZA, SR., LEONEL GARZA, JR., LUIS JAIME GARZA, LAURO
GUADALUPE GARZA,** and **GLORIA GARZA,** Individually, and as heirs to the **ESTATE OF
LEONEL GARZA, SR.**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs contacted Mr. Wittmann, Defendant's Liaison Counsel, on

Friday, July 15, 2005 at 4:45 p.m. and was not available for purposes of conferring about

this motion for leave.

David H. Hockema
Joe Escobedo, Jr.
Mauro F. Ruiz

## CERTIFICATE OF SERVICE

I hereby certify that on the _15th_ day of **July, 2005**, a true and correct copy of the

above and foregoing **MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO MERCK'S**

**OPPOSITION TO PLAINTIFFS' EMERGENCY HEARING AND REQUEST FOR ORAL**

**ARGUMENT** was served upon counsel of record:

Mr. Phillip A. Wittmann
Stone, Pigman, Walther, Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Mr. Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

David Hockema
Joe Escobedo
Mauro F. Ruiz