

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | § | |
| | § | |
| | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| § § § § § § § § | § | MAG. JUDGE KNOWLES |

This Document Relates To: EDLA Case No. 05-2586

*FELICIA GARZA, Individually and on behalf of the ESTATE OF LEONEL GARZA, SR., LEONEL GARZA, JR., LUIS JAIME GARZA, LAURO GUADALUPE GARZA, and GLORIA GARZA, Individually, and as Heirs to the ESTATE OF LEONEL GARZA, SR. vs. MICHAEL D. EVANS, M.D., JUAN D. POSADA, M.D., and MERCK & CO., INC.*

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO MERCK'S OPPOSITION TO PLAINTIFFS' EMERGENCY HEARING AND REQUEST FOR ORAL ARGUMENT**

---

**ON THIS DAY** came on to be heard Plaintiffs' Motion For Leave To File Plaintiffs' Reply To Merck's Opposition To Plaintiffs' Emergency Hearing And Request For Oral Argument in the above-entitled and numbered cause. The Court, having considered heard Plaintiffs' Motion For Leave To File Plaintiffs' Reply To Merck's Opposition To Plaintiffs'

ORIGINAL

Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Emergency Hearing And Request For Oral Argument, is of the opinion that Motion For Leave To File Plaintiffs' Reply To Merck's Opposition To Plaintiffs' Emergency Hearing And Request For Oral Argument be **GRANTED**;

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion For Leave to file their Reply To Merck's Opposition To Plaintiffs' Emergency Hearing And Request For Oral Argument is hereby **GRANTED.**

July 19, 2005

_____
JUDGE PRESIDING