UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following cases:<br><br>*Vernon Andrews et al. v. Merck & Co., Inc. et al.*, C.A. 05-2569 L(3)<br><br>*Sammy Underwood et al. v. Merck & Co., Inc. et al.*, C.A. 05-2571 L(3)<br><br>*Arline Anderson et al. v. Merck & Co., Inc. et al.*, C.A. 05-2572 L(3)<br><br>*Edna McGhee v. Merck & Co., Inc. et al.*, C.A. 05-2573 L(3)<br><br>*James Cerutti et al. v. Merck & Co., Inc. et al.*, C.A. 05-2578 L(3)<br><br>*Sineria Jones et al. v. Merck & Co., Inc. et al.*, C.A. 05-2581 L(3) | MDL Docket No. 1657<br><br>Section L<br><br>Judge Fallon<br><br>Mag. Judge Knowles |

## MOTION TO ENROLL AS COUNSEL OF RECORD

Defendant CVS Pharmacy, Inc., through undersigned counsel, moves the Court for entry of an Order enrolling Kenneth A. Cohen and Jodi B. Buske and the law firm of Goodwin Procter LLP, as counsel of record for defendant CVS Pharmacy, Inc. in the following cases that are currently included within MDL 1657:

| Case Name | Original Case No. | Original Court | Case No. in MDL |
|---|---|---|---|
| Andrews | 4:05-86 | E.D. Mo. | C.A. 05-2569 L(3) |
| Underwood | 4:05-88 | E.D. Mo. | C.A. 05-2571 L(3) |
| Anderson | 4:05-89 | E.D. Mo. | C.A. 05-2572 L(3) |
| McGhee | 4:05-90 | E.D. Mo. | C.A. 05-2573 L(3) |

| Cerutti | 4:05-97  | E.D. Mo. | C.A. 05-2578 L(3) |
| Jones   | 4:05-303 | E.D. Mo. | C.A. 05-2581 L(3) |

Respectfully submitted,

CVS PHARMACY, INC.,

By its attorneys,

_/s/ Jodi B. Buske_
Kenneth A. Cohen (Massachusetts Bar No. 089560)
Jodi B. Buske (Massachusetts Bar No. 657990)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: July 15, 2005

## CERTIFICATE OF SERVICE

I, Jodi B. Buske, hereby certify that a copy of the foregoing Motion to Enroll has been served upon all liaison counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of July 2005.

*[signature: Jodi B. Buske]*