UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L...
2005 JUL 21 P 12: 37
LORETTA G. WHYTE
CLERK

In re: VIOXX PRODUCTS LIABILITY LITIGATION

This document relates to the following cases:

*Vernon Andrews et al. v. Merck & Co., Inc. et al.*, C.A. 05-2569 L(3)

*Sammy Underwood et al. v. Merck & Co., Inc. et al.*, C.A. 05-2571 L(3)

*Arline Anderson et al. v. Merck & Co., Inc. et al.*, C.A. 05-2572 L(3)

*Edna McGhee v. Merck & Co., Inc. et al.*, C.A. 05-2573 L(3)

*James Cerutti et al. v. Merck & Co., Inc. et al.*, C.A. 05-2578 L(3)

*Sineria Jones et al. v. Merck & Co., Inc. et al.*, C.A. 05-2581 L(3)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

### [Proposed] ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that the Motion to Enroll as Counsel of Record is hereby GRANTED and that Kenneth A. Cohen and Jodi B. Buske of the law firm Goodwin Procter LLP, are hereby enrolled as counsel of record on behalf of defendant CVS Pharmacy, Inc. in the above-captioned matter.

Date: July 21, 2005

_____
U.S. DISTRICT JUDGE

___ Fee_____
___ Process_____
X / Dktd_____
___ CtRmDep_____
___ Doc. No _____

GOODWIN | PROCTER

United States District Court
July 19, 2005
Page 2

Sincerely,

Jodi B. Buske

Enclosure