

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| CONRAD DAVIS, JR. and MARIE DAVIS,<br><br>Plaintiffs<br><br>v.<br><br>MERCK & COMPANY, INC., a New Jersey Corporation,<br><br>Defendant. | **MOTION TO SUBSTITUTE COUNSEL**<br><br>Filed on behalf of Plaintiffs  Ref: 05-1565<br><br>Counsel of record for this party:<br><br>Alan H. Perer, Esquire<br>Pa. Id. # 23603<br><br>Brian W. DelVecchio, Esquire<br>Pa. Id. #79666<br><br>SWENSEN, PERER & KONTOS<br>Firm #262<br>One Oxford Centre, Suite 2501<br>Pittsburgh, PA  15219<br><br>(412) 281-1970 |

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep__
___ Doc. No __

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

CONRAD DAVIS, JR. and MARIE DAVIS
v. MERCK & COMPANY, INC., a New Jersey Corporation

## MOTION TO SUBSTITUTE COUNSEL

AND NOW comes Plaintiffs, Conrad Davis, Jr., and Marie Davis, by and through their attorneys, Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and Swensen, Perer & Kontos, and files the within Motion to Substitute Appearance of Counsel, averring as follows:

1. Counsel withdrawing appearance in the instant case, Mark R. Galzerano, Esquire, Plaintiffs of record, Conrad Davis Jr., and Marie Davis, have requested that Alan H. Perer, Esquire, and Brian W. DelVecchio, Esquire, and Swensen, Perer & Kontos assume representation of Plaintiffs' interest in this case.

2. To that end, an original Substitution of Appearance executed by all counsel consenting to this arrangement is attached at Exhibit "1".

WHEREFORE, Plaintiffs respectfully request that this Court substitute the appearance of Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and the law firm of Swensen, Perer & Kontos, for that of withdrawing counsel, Mark R. Galzerano, Esquire.

Respectfully submitted,

_____
Brian W. DelVecchio, Esquire

AO 458 (Rev. 5/85) Appearance W

# United States District Court

_____DISTRICT OF _____

THE EASTERN DISTRICT OF LOUISIANA

SUBSTITUTION OF **APPEARANCE**

CASE NUMBER: MDL 1657

To the Clerk of this court and all parties of record:

Substitute our appearance as counsel in this case for
CONRAD DAVIS, JR., and MARIE DAVIS

| Counsel Withdrawing Appearance | Counsel Entering Appearance |
|---|---|
| *Signature* | *Signature* |
| Mark R. Galzerano | Alan H. Perer |
| Print Name | Print Name |
| | *Signature* |
| | Brian W. DelVecchio |
| | Print Name |
| 1301 Hornyak Drive | One Oxford Center, Suite 2501 |
| Address | Address |
| Aliquippa, PA  15001 | Pittsburgh, PA  15219 |
| City     State  Zip Code | City    State  Zip Cone |
| (724) 378-5432 | (412) 281-1970 |
| Phone Number | Phone Number |



30 June 2005
Date

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **MOTION TO SUBSTITUTE COUNSEL** is being served upon the following counsel of record this __14__ day of ____July____, 2005 via first class mail, postage prepaid:

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113
*(Plaintiff's Liaison Counsel)*

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
*(Defendant's Liaison Counsel)*

Joshua G. Schiller and
S. Tessie Corbin
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
*(Defense counsel)*

Mark R. Galzerano, P.C.
Attorney at Law
1301 Hornyak Drive
Aliquippa, PA 15001-4544

By: _____
Brian W. DelVecchio, Esquire
Attorney for Plaintiff