UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUL 21 P 12: 37
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

CONRAD DAVIS, JR. and MARIE DAVIS
v. MERCK & COMPANY, INC., a New Jersey Corporation      Ref: 05-1565

**ORDER**

AND NOW, to wit this ___21___ day of ___July___, 2005 it is hereby ORDERED, ADJUDGED and DECREED that the within for Motion for Substitution of Appearance is granted and the Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and the law firm of Swensen, Perer & Kontos are hereby substituted for withdrawing counsel, Mark R. Galzerano, Esquire, as attorneys of record, for Plaintiffs, Conrad Davis, Jr. and Marie Davis.

_____ J.

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No _____