FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22  PM 4: 43

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX
     PRODUCTS LIABILITY LITIGATION

MDL NO: 1657
SECTION: L
JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. 05-538

## WATERS & KRAUS, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF EUGENE BALDONI

COMES NOW, Waters & Kraus, LLP, attorneys for Eugene Baldoni, and files its motion to withdraw as counsel and would respectfully show the Court as follows:

### I.     INTRODUCTION

This action arises from the sales of Vioxx, an osteoarthritis and pain-relief drug containing rofecoxib, to Plaintiff, Eugene Baldoni, who sustained injuries and/or death after taking Vioxx.

### II.     ARGUMENT

Good cause exists for this court to grant this motion to withdraw because the client refuses to cooperate with counsel and, therefore, Waters & Kraus, LLP, seeks to withdraw as counsel of record.

Waters & Kraus has delivered a copy of this motion to Mr. Baldoni and has notified him in writing of the filing of this Motion, both via regular and certified mail.

Eugene Baldoni's last known address is 11545 Carson, Lakewood, California 90715, and his telephone number is (562) 809-4040.

### III.     CONCLUSION

Due to Mr. Baldoni's refusal to cooperate with Waters & Kraus regarding this cause of action, Waters & Kraus respectfully requests that this Court allow Waters & Kraus, LLP, to withdraw as counsel of record for Eugene Baldoni.

1



Respectfully submitted,

WATERS & KRAUS, L.L.P.

DANA C. FOX
State Bar No. 24032191
Attorney-in-Charge
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 (Telephone)
(214) 357-7252 (Facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Waters & Kraus, LLP's Motion to Withdraw As Counsel of Record for Plaintiff Eugene Baldoni has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of July, 2005.

DANA C. FOX