

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
      PRODUCTS LIABILITY LITIGATION

MDL NO: 1657  
SECTION: L  
JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al  
v. Merck & Co., Inc., No. 05-538

### ORDER ON WATERS & KRAUS, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF EUGENE BALDONI

On this date came on for consideration Waters & Kraus, LLP's Motion to Withdraw as Counsel of Record for Plaintiff Eugene Baldoni (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be, and it hereby is **GRANTED**.

SIGNED this 25 day of July, 2005.

_____  
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

_Dana Fox_  
DANA C. FOX  
State Bar No. 24032191  
C. ANDREW WATERS  
State Bar No. 20911450  
3219 McKinney Ave, Suite 3000  
Dallas, Texas 75204  
(214) 357-6244  
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFF

3

## AFFIDAVIT OF DANA C. FOX

STATE OF TEXAS        §
                      §
COUNTY OF DALLAS      §

BEFORE ME, on this day personally appeared **DANA FOX**, proved to me through a current identification card or other document issued by the federal government or a state government containing her photograph and signature, to be then person whose name is subscribed to this affidavit, who, being by me duly sworn, deposed as follows:

My name is **DANA FOX**. I am competent to make this affidavit, the facts of which are within my personal knowledge and are true and correct.

On June 8, 2004, my assistant, Vicki Anderson, sent a letter to Mr. Baldoni (a/k/a Valdone) requesting that he sign several HIPAA releases and complete a list of doctors and hospitals where he sought treatment.

On July 1, 2004, my assistant, Vicki Anderson, sent another letter to Mr. Baldoni (a/k/a Valdone) requesting that he please sign the HIPAA releases we sent him on June 8, 2004, as well as to please send us a complete list of the doctors and hospitals where he sought treatment no later than July 9, 2004. *See* July 1, 2004, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 1.

On August 6, 2004, my assistant, Amanda Stowe, spoke with Mr. Baldoni (a/k/a Valdone) and began requesting information to answer Defendant's discovery requests. Mr. Baldoni (a/k/a Valdone) said that he needed to switch phones and would call back in ten minutes. He never called back.

On August 6, 2004, my assistant, Amanda Stowe, left a message with Mr. Baldoni's (a/k/a Valdone) secretary to please call as soon as possible.

On August 9, 2004, my assistant, Amanda Stowe, called Mr. Baldoni (a/k/a Valdone) again. He still refused to give us some of the information we needed in order to continue litigating his case.

On August 9, 2004, I spoke with Mr. Baldoni (a/k/a Valdone) and explained that if we did not receive the requested information, we could not go forward with his lawsuit. He stated that it would take him 200-300 hours to gather the information requested, but he would try to do so.

On August 20, 2004, my assistant, Vicki Anderson, was informed by Mr. Baldoni (a/k/a Valdone) that he refused to allow his secretary to send us the documents we needed to produce in response to Defendant's requests for production because we would not give him our Federal Express number.

On August 24, 2004, I sent a letter to Mr. Baldoni (a/k/a Valdone) stating that we have still not received all of the information necessary to litigate his claims and that failure to provide Waters & Kraus with the necessary information could result in Waters & Kraus withdrawing as counsel from his case. *See* August 24, 2004, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 2.

On October 8, 2004, my assistant, Vicki Anderson, spoke with Mr. Baldoni (a/k/a Valdone) and explained that we need his x-rays from Long Beach Memorial Hospital because he has them at his home.

On November 19, 2004, my assistant, Vicki Anderson, sent a letter to Mr. Baldoni (a/k/a Valdone) stating that he must send us his x-rays from Long Beach Memorial Hospital. *See* November 19, 2004, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 3.

On February 3, 2005, I sent a letter to Mr. Baldoni (a/k/a Valdone) again requesting that he immediately send his x-rays, otherwise Waters & Kraus may be forced to withdraw as counsel from his case. *See* February 3, 2005, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 4.

On March 3, 2005, I sent another letter to Mr. Baldoni (a/k/a Valdone) once again requesting that he send us the information necessary to litigate his claims and that failure to provide Waters & Kraus with the necessary information could result in Waters & Kraus withdrawing as counsel from his case. *See* March 3, 2005, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 5.

On May 23, 2005, my assistant, Amanda Dodd, sent a letter to Mr. Baldoni (a/k/a Valdone) requesting again that he send his x-rays, otherwise Waters & Kraus may be forced to withdraw as counsel from his case. *See* May 23, 2005, letter to Eugene Baldoni (a/k/a Chip Valdone), attached and incorporated hereto as Exhibit 6. Mr. Baldoni (a/k/a Valdone) has still failed to send his x-rays.

On June 1, 2005, my assistant, Amanda Dodd, left Mr. Baldoni (a/k/a Valdone) a message to call as soon as possible.

On June 2, 2005, my assistant, Amanda Dodd, spoke with Mr. Baldoni (a/k/a Valdone) and inquired as to whether or not he received our letter that, once again, requested his x-rays. He said that he did but his doctor has instructed him to not release the x-rays.

On June 3, 2005, Mr. Baldoni (a/k/a Valdone) sent a letter stating that he would not send his x-rays to Waters & Kraus. *See* June 3, 2005, letter from Eugene Baldoni (a/k/a Chip Valdone) attached and incorporated hereto as Exhibit 7.

Further affiant sayeth not.

_____
DANA FOX

SUBSCRIBED and SWORN to before me on this 20th day of July, 2005.

_____
Notary Public in and for the State of Texas

MONICA R. FURINO
Notary Public, State of Texas
My Commission Expires
February 25, 2009