**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22  PM 4: 33

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                          MDL NO: 1657
      **PRODUCTS LIABILITY LITIGATION**          SECTION: L
                                               JUDGE FALLON

**THIS DOCUMENT RELATES TO: Leonard Lassig, et al**
**v. Merck & Co., Inc., No. 05-538**

## WATERS & KRAUS, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS LEONARD LASSIG AND MARTHA LASSIG

COMES NOW, Waters & Kraus, LLP, attorneys for Leonard Lassig and Martha Lassig, and files its motion to withdraw as counsel and would respectfully show the Court as follows:

### I.      INTRODUCTION

This action arises from the sales of Vioxx, an osteoarthritis and pain-relief drug containing rofecoxib, to Plaintiff, Leonard Lassig, who sustained injuries and/or death after taking Vioxx.

### II.      ARGUMENT

Good cause exists for this court to grant this motion to withdraw and the clients are agreeable to Waters & Kraus, LLP, withdrawing as counsel of record.

Waters & Kraus has delivered a copy of this motion to Mr. & Mrs. Lassig and has notified them in writing of the filing of this motion, both via regular and certified mail.

Leonard Lassig and Martha Lassig's last known address is 3761 Charter Drive, Frisco, Texas 75035, and their telephone number is (469) 384-5438.

### III.      CONCLUSION

Due to good cause existing for Waters & Kraus to withdraw as counsel of record for Leonard Lassig and Martha Lassig and their agreement to allow Waters & Kraus to withdraw as their attorneys of record, Waters & Kraus respectfully requests that this Court allow Waters & Kraus to withdraw as counsel of record for Leonard Lassig and Martha Lassig.

Respectfully submitted,

WATERS & KRAUS, L.L.P.

*Dana Fox*

DANA C. FOX
State Bar No. 24032191
Attorney-in-Charge
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 (Telephone)
(214) 357-7252 (Facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Waters & Kraus, LLP's Motion to Withdraw As Counsel of Record for Plaintiffs Leonard Lassig and Martha Lassig has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of July, 2005.

*Dana Fox*

DANA C. FOX