UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO: 1657
SECTION: L
JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. 05-538

### ORDER ON WATERS & KRAUS, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS LEONARD LASSIG AND MARTHA LASSIG

On this date came on for consideration Waters & Kraus, LLP's Motion to Withdraw as Counsel of Record for Plaintiffs Leonard Lassig and Martha Lassig (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be, and it hereby is **GRANTED**.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

_____
DANA C. FOX
State Bar No. 24032191
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Ave, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFF



3