FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22  AM 11: 30

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| <u>**This applies to all cases**</u> | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S NOTICE OF<br><u>VIDEO-TAPED DEPOSITION OF BARB FREDERIKSEN</u>

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that pursuant to Rule 26 of the Federal Rules of Civil Procedure, defendant Merck & Co., Inc., will take the deposition upon oral examination of Barb Frederiksen on Monday, August 1, 2005, commencing at 10:00 a.m. CDT and continuing until completed, at the offices of Herman, Herman, Katz & Cotlar, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 or at another location mutually agreed upon by the parties. The deposition will be video-taped by a certified court reporter and is being taken for all purposes. You are invited to attend and participate.

The deposition shall be taken pursuant to Pretrial Order No. 9, Deposition Guidelines, which was entered in this matter on April 15, 2005. The terms of Pretrial Order No. 9 are

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```
781355v.1

incorporated into this Notice as if fully set forth herein. The primary examiner will be Phillip A. Wittmann or Ben Barnett.

The deponent is requested to bring to and produce at the deposition the following documents:

> Any and all materials reviewed, used, analyzed, created, considered or relied upon by you in connection with any opinion or testimony concerning the FACTS Database, the process used to extract, assemble, review and produce data from the FACTS Database in this or any other litigation, and the time, effort and cost associated with the extraction, assembling, review, and production of data from the FACTS Database, including without limitation, any document or data whether written (including handwritten), printed, typed, photostatic, photographed, recorded, computer-generated, computer-stored, or otherwise maintained or reproduced communication or representation, as well as any electronic data collection or compilation.
>
> Any and all opinions or declarations prepared or authored by you that address or relate in whole or in part to the production of data from databases in litigation.

Respectfully submitted,

*Dorothy H. Wimberly* (signature)

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Notice of Video-Taped Deposition of Barb Frederiksen has been served on Liaison Counsel, Russ Herman by hand delivery and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 22nd day of July 2005.

_Dorothy H. Wimberly_