IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL. NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

SIDNEY SCHNEIDER
    Plaintiff,
vs.
MERCK & CO., INC.
    Defendant

RUG: 05-446
Transferor Court:
U.S. District Court for the
Southern District of Florida
CASE NO.: 04-22632-CIV-MORENO

PLAINTIFF'S MOTION TO AMEND
JULY 12, 2005, ORDER GRANTING VOLUNTARY DISMISSAL

Plaintiff through undersigned counsel, respectfully moves for an Order amending the Order Granting Voluntary Dismissal which was issued by the Court on July 17, 2005, due to a scrivener's error in the Order. The Order of Voluntary Dismissal, in accordance with the Notice of Voluntary Dismissal which was filed on July 12, 2005, should reflect that the dismissal is **without prejudice**. A corrected Proposed Order is provided herein for the convenience of the Court.

LEESFIELD, LEIGHTON, & RUBIO, P.A.
*Attorneys for Plaintiff*
2350 South Dixie Highway
Miami, Florida 33133
Phone: (305) 854-4900
Fax: (305) 854-8266
Email: leesfield@leesfield.com

By: _____
IRA H. LEESFIELD
Fla. Bar No. 140270

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class U.S. Mail this 19th day of July, 2005 to:   **Sharon L. Kegerreis**, Hughes, Hubbard & Reed, LLP, Attorneys for Merck & Co., Inc., 201 S. Biscayne Boulevard, 25th Floor, Miami, Florida 33131-4332.

/s/ IRA H. LEESFIELD

## ADDITIONAL COPIES PROVIDED TO:

Plaintiffs' Liaison Counsel:

Russ Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Defendants' Liaison Counsel:

Philip A. Wittmann, Esquire
Stone, Pigman, Walther, Wittman, LLP
546 Carondelet Street
New Orleans, LA   70130