IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL. NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

---

SIDNEY SCHNEIDER
    Plaintiff,
vs.
MERCK & CO., INC.
    Defendant

Ref: 05-446
Transferor Court:
U.S. District Court for the
Southern District of Florida
CASE NO.: 04-22632-CIV-MORENO

---

## AMENDED ORDER GRANTING VOLUNTARY DISMISSAL

Considering the Plaintiff's Notice of Voluntary Dismissal, and Plaintiff's Motion to Amend July 12, 2005, Order Granting Voluntary Dismissal,

IT IS ORDERED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the claim of Sidney Schneider against Merck & Co., Inc., Case No. 04-22632, is hereby dismissed, without prejudice.

New Orleans, Louisiana, this 25 day of July, 2005.

By: _____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____