UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22 PM 1:22

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL NO 1657 |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES III |

* * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO *Brown, et al. v. Merck & Co., Inc., et al.*
No. 2:05-CV-00435-EEF-DEK, previously filed as Civil Action 04-4140, W.D. Ark.

========================================================================

WAL-MART STORES, INC.'S MOTION FOR
SUBSTITUTION OF COUNSEL

========================================================================

1. Defendant, Wal-Mart Stores, Inc. ("Wal-Mart") files this motion to substitute Mike Huckabay, Sr., Bruce E. Munson, Beverly A. Rowlett and the law firm of Huckabay, Munson, Rowlett and Moore, P.A. as counsel for Wal-Mart in place of Thomas G. Williams and the law firm of Quattlebaum, Grooms, Tull & Burrow, PLLC.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. This substitution of counsel is agreed to by Wal-Mart.

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

WHEREFORE, defendant, Wal-Mart Stores, Inc., respectfully requests that the Court grant this motion and all other just relief.

        THOMAS G. WILLIAMS
        QUATTLEBAUM, GROOMS, TULL
            & BURROW, PLLC
        111 CENTER STREET, SUITE 1900
        LITTLE ROCK, AR 72201
        501/379-1700

BY: _____
        THOMAS G. WILLIAMS

WITHDRAWING ATTORNEY FOR
WAL-MART STORES, INC.

      MIKE HUCKABAY, SR.  65024
      BRUCE E. MUNSON   78118
      BEVERLY A. ROWLETT  77118
      HUCKABAY, MUNSON, ROWLETT
        AND MOORE, P.A.
      REGIONS CENTER
      400 W. CAPITOL, SUITE 1900
      LITTLE ROCK, AR 72201
      501/374-6535

BY: _/s/ Beverly A. Rowlett_
    BEVERLY A. ROWLETT  77118

SUBSTITUTING ATTORNEYS FOR
DEFENDANT WAL-MART STORES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the foregoing Motion for Substitution of Counsel was mailed this **20** day of July, 2005 to the following counsel of record, as well as all counsel of record through liaison counsel, via facsimile and/or United States mail, postage prepared:

Nicholas Patton
Patton & Tidwell, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, TX 75505-5398
903/792-7080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Dara G. Hegar
Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
713/659-5200

Eugene R. Egdorf
Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
713/659-5200

W. Mark Lanier
Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
713/659-5200

*ATTORNEYS FOR PLAINTIFF*

3

Jennifer Halton Doan
Halton & Doan, LLP
P.O. Box 6227
6500 N. Summerhill Rd., Suite 1A
Texarkana, TX 75505-6227
903/255-1000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Maryanne Lyons
Baker Botts LLP
One Shell Plaza
910 Louisiana St.
Houston, TX 77002-4995
713/229-1234
Email:
maryanne.lyons@bakerbotts.com

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisiana St.
Houston, TX 77002-4995
713/229-1234
Email:
richard.josephson@bakerbotts.com

Travis J. Sales
Baker Botts LLP
One Shell Plaza
910 Louisiana St.
Houston, TX 77002-4995
713/229-1234

W. Zachary Hughes
Baker Botts LLP
910 Louisiana St.
Houston, TX 77002-4995
713/229-1234
Email:
zach.hughes@bakerbotts.com

*ATTORNEYS FOR DEFENDANT MERCK & CO., INC.*

Russ M. Herman
Herman, Herman, Katz
    and Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
504/581-4892 phone
504/561-6024 fax
Email: rherman@hhkc.com

Phillip A. Wittmann
Stone Pigman Walther
    Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504/481-3200 phone
504/581-3361 fax
Email: pwittmann@stonepigman.com

*LIASON COUNSEL*

_____
BEVERLY A. ROWLETT

4