FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 JUL 25  PM 4: 33

| | | |
|---|---|---|
| In re: VIOXX<br>　　　Products Liability Litigation | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO 1657<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES III |

LORETTA G. WHYTE
CLERK

* * * * * * * * * * * * * * * * * * * *     *

THIS DOCUMENT RELATES TO *Brown, et al. v. Merck & Co., Inc., et al.*
No. 2:05-CV-00435-EEF-DEK, previously filed as Civil Action 04-4140, W.D. Ark.

==================================================================

## ORDER GRANTING SUBSTITUTION OF COUNSEL

==================================================================

The Court considered the Defendant Wal-Mart Stores, Inc.'s ("Wal-Mart")
Motion for Substitution of Counsel and decided to grant the motion.

IT IS ORDERED that Thomas G. Williams and the law firm of Quattlebaum,
Grooms, Tull and Burrow, PLLC are granted leave to withdraw as counsel of record
for Wal-Mart and they are relieved from all responsibility as counsel of record in
this cause.

IT IS ALSO ORDERED that Mike Huckabay, Sr., Bruce E. Munson, Beverly
A. Rowlett and the law firm of Huckabay, Munson, Rowlett and Moore, P.A., are
now substituted as counsel of record for Wal-Mart.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
_____ Doc. No _____

SIGNED this 25 day of _____June_____, 2005.

_____
JUDGE PRESIDING