UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Rudolph H. Valle, et al. v. Merck & Co., Inc., et al.,* **CA No. 05-2526 L(3)**

**ORDER**

Pending before the Court is Defendant Pfizer, Inc.'s Motion to Dismiss. Consistent with the Transfer Order issued by the Judicial Panel on MultiDistrict Litigation on February 16, 2005, claims involving a prescription drug other than Vioxx shall be separated from MDL 1657. The claims against Pfizer, Inc. in CA No. 05-2526 relate to a prescription medication other than Vioxx. Accordingly, IT IS ORDERED that claims in *Rudolph H. Valle, et al. v. Merck & Co., Inc., et al.,* CA No. 05-2526 L(3), relating to a prescription medication other than Vioxx are separated from MDL 1657 to be handled in an appropriate manner at a future date.

IT IS FURTHER ORDERED that Defendant Pfizer Inc.'s Motion to Dismiss is separated from MDL 1657 to be handled in an appropriate manner at a future date.

IT IS FURTHER ORDERED that the oral argument on Defendant Pfizer, Inc.'s Motion to Dismiss currently scheduled for August 31, 2005 at 9:00 a.m. is hereby CANCELLED.

New Orleans, Louisiana, this   27th   day of   July  , 2005.

UNITED STATES DISTRICT JUDGE