UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 27 PM 3: 05

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

The Court is in receipt of the attached resignation of Barry Hill from the State Liaison Committee. Accordingly, IT IS ORDERED that as of the date of this Order, Barry Hill is no longer a member of the State Liaison Committee.

New Orleans, Louisiana, this 27 day of July, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

# HILL TORISEVA & WILLIAMS PLLC     ATTORNEYS AT LAW

89 Twelfth Street
Wheeling, West Virginia 26003
tel: 304.233.4966 fax: 304.233.4969
website: www.htwlaw.us



Litigation Architects ℠

Wednesday, July 20, 2005

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

**Subject: Vioxx MDL 1657 State Liaison Committee**

Dear Judge Fallon:

Thank you for appointing me to this committee. Unfortunately, circumstances have developed since the appointment that make it impractical for me to continue as a member. Accordingly, I resign with regret.

Yours for clearer communications,

Barry Hill
writer's email: bhill@htwlaw.us

BH/ke

cc: Russ Herman
    Phillip A. Wittmann
    Dawn M. Barrios
    Turner W. Branch
    Michael S. Burg
    Thomas V. Girardi
    W. Mark Lanier
    W. James Singleton
    Sol H. Weiss
    Justin Witkin