

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | * | |
| | * | MDL NO. 1657 |
| This Document Relates to: | | Section L |
| *Bruce Danielson v. Merck & Co., Inc. and Albertson's Inc. a/k/a Albertson's Pharmacy* | * | Judge Fallon |
| ~~Civil Action No. 3.05-CV-87-K,~~ ~~Northern District of Texas~~ 05-1148 | * | Mag. Judge Knowles |

**********************************************

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, comes defendant, **ALBERTSON'S INC.,** who moves this Honorable Court for an order enrolling Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell, & McDaniel, as additional counsel of record for defendant Albertson's Inc..

Respectfully submitted,

Thomas P. Anzelmo (Bar Roll #2533)
Catherine M. "Shelly" Williams (Bar Roll #24706)
McCranie, Sistrunk, Anzelmo,
    Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:   504-831-2492
tanzelmo@mcsalaw.com
cwilliams@mcsalaw.com



CERTIFICATE OF SERVICE

I, Catherine M. Williams, certify that I served copies of the foregoing Motion to Enroll As Counsel of Record on Counsel of record via Lexis Nexis File and Serve, this 26th day of July, 2005.

Catherine M. Williams (Bar Roll No. 24706)