FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 28  PM 12: 47

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | * | |
| | * | MDL NO. 1657 |
| This Document Relates to: | | Section L |
| *Bruce Danielson v. Merck & Co., Inc.* | | |
| *and Albertson's Inc. a/k/a Albertson's Pharmacy* | * | Judge Fallon |
| ~~Civil Action No. 3:05-CV-87-K,~~ | | |
| ~~Northern District of Texas~~ 05-1148 | * | Mag. Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Thomas P. Anzelmo, Sr. and Catherine M. Williams and the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxell & McDaniel be enrolled as additional counsel of record for **Albertson's Inc.** in the referenced matter.

New Orleans, Louisiana this 28 day of July, 2005

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.