

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 28  PM 12:55

LORETTA G. WHYTE
    CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX** | : | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION L** |
| <u>**This applies to all cases**</u> | : | **JUDGE FALLON** |
| | : | **MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF <u>PLAINTIFFS' DEPOSITION OF PETER HONIG</u>

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Peter Honig** will be held on **August 8 and 9, 2005 beginning at 9:00 a.m. EDT,** at the offices of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103, to continue from day to day until completed. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial Order No. 9, defendants request that

\_\_\_ Fee\_\_\_\_\_
\_\_\_ Process\_\_\_\_\_
_X_ Dktd\_\_\_\_\_
\_\_\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No \_\_\_\_\_

782120v.1

plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Theodore V.H. Mayer
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: July 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Peter Honig has been served on Liaison Counsel, Russ Herman by hand delivery and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of July 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via fed ex or United States mail on this 28th day of July, 2005:

>David R. Buchanan
>Seeger Weiss LLP
>550 Broad Street, Suite 920
>Newark, NJ  07102-4573
>
>David Jacoby
>Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
>402 Park Boulevard
>Cherry Hill, NJ  08002

*/s/ Dorothy H. Wimberly*