**MINUTE ENTRY**
**FALLON, J.**
**July 26, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the above captioned matter.

Participating by telephone were members of the Plaintiffs' Steering Committee ("PSC") and the

Defendants' Steering Committee ("DSC").  Counsel advised the Court of cases that have been

proposed by the PSC and the DSC for early trial in MDL 1657.  The Court intends to try at lease

one Myocardial Infarction ("MI") case first and at least one stroke case shortly thereafter.

After discussion, counsel proposed that the first case to be tried in MDL 1657 should be

*Evelyn Irvin, as personal representative of the estate of Richard Irvin, Jr. v. Merck & Co., Inc.*,

2003-CA 005251AB, Circuit Court of the Fifteenth Judicial Circuit in and for Pal Beach County,

State of Florida.  *Irvin* was on the PSC's list of cases to be tried and Beasley Allen, the firm of

PSC member Andy Birchfield, is counsel of record on the *Irvin* case.  The Court indicated that it

JS10  0:30

-1-

would be agreeable to trying the *Irvin* case first if *Irvin* is filed in MDL 1657.

Counsel also discussed the possibility of trying *Thomas Joseph Pikul, as representative of the Estate of Paul Pikul v. Merck & Co., Inc.*, C.A. 05-547, soon after the *Irvin* trial.  Counsel will meet again with the Court to discuss when and if the *Pikul* case will be tried.

IT IS ORDERED that, by Monday, August 8, 2005, the PSC and DSC select a stroke case for early trial.  IT IS FURTHER ORDERED that the PSC and DSC shall report to the Court on their progress in selecting a stroke case by Thursday, August 4, 2005.

The Court also raised the issue of disclosure of the Merck's sales representatives.  In a correspondence to the Court, Plaintiffs' Liaison Counsel proposed that Merck supply the sales representative list *in camera*, until such time as the Court has decided when and how the list should be made available to all MDL counsel.  In a reply correspondence, Defendants' Liaison Counsel accepted the proposal.  Accordingly, IT IS ORDERED that PLC provide the list of Merck's sales representatives to the Court no later than August 8, 2005.

