UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
 :
 : JUDGE FALLON
 : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The parties have advised the Court that they have amicably resolved their dispute concerning the production of Merck & Co.'s FACTS database.  Accordingly, IT IS ORDERED that the feasibility hearing scheduled for August 2, 2005 is hereby CANCELLED.  In the immediate future, counsel will provide to the Court an order setting forth their agreement on this issue.

New Orleans, Louisiana, this   2nd   day of   August  , 2005.

_____
UNITED STATES DISTRICT JUDGE