UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 AUG -2  AM 10: 53

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| This document relates to<br>05-cv-0508 (S.D. Ind.)<br>05-cv-2744 (N.D. Il.)<br>2:05-cv-02102 (E.D. La.)<br>2:05-cv-00451 (E.D. La.)<br>04-cv-5259 (D. N.J.)<br>05-cv-1491 (D. N.J.)<br>05-cv-0349 (S.D. Ind.) | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' STEERING COMMITTEE'S ANCILLARY NOTICE
CONCERNING MASTER COMPLAINTS
FOR PERSONAL INJURY AND MEDICAL MONITORING**

The Plaintiffs' Steering Committee ("PSC"), as of this date, filed Master Complaints for personal injury and medical monitoring in this multidistrict litigation, pursuant to this Court's Case Management Order. Not included in the PSC's Master Complaints are certain allegations from other complaints that have either been transferred to this Court or are pending transfer, including allegations pursuant to 18 U.S.C. §§ 1961 *et seq.*, the Racketeer Influenced and Corrupt Organizations Act; 15 U.S.C. §§ 2301 *et seq.*, the Magnusson Moss Act; and 15 U.S.C. §§ 78a, *et seq.*, the Securities Exchange Act. Also not included in the Master Complaint are claims set forth in several complaints on behalf of an Italian class, a worldwide class, and an European class. It is

not the intention in eliminating these causes of action from the Master Complaints, to in any way, cause a dismissal of the above-stated claims, or to prejudice the Defendants in any other remedies available to them.

Dated: August 1, 2005

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

By: _____
Russ M. Herman (BarNo.6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*HERMAN, HERMAN, KATZ & COTLAR, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892 (telephone)
504-561-6024 (telecopier)

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2800
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring has been served upon all parties by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-trial Order No. 8, on this 2nd day of August, 2005.

*[signature]*