UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -1  PM 5: 43

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS LIABILITY ) 
LITIGATION )
)
) MDL NO: 1657
)
) SECTION: L
)
) JUDGE ELDON FALLON
) MAG. JUDGE KNOWLES

**NOTICE OF FIRM NAME AND ADDRESS CHANGE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective July 1, 2005, CUNEO WALDMAN & GILBERT, LLP has changed its name to CUNEO GILBERT & LaDUCA, LLP.

PLEASE TAKE FURTHER NOTICE that effective immediately the firm's address is 507 C Street, N.E., Washington, DC 20002. The telephone and facsimile numbers will remain the same.

Dated: July 20, 2005

Respectfully submitted,

CUNEO GILBERT & LaDUCA, LLP

By: _____
Charles J. LaDuca

507 C Street, N.E.
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-789-1813

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005, I, Charles J. LaDuca, caused a true and correct copy of the foregoing Notice of Firm Name Change to be served by first class U.S. mail, postage prepaid, upon the attached Involved Counsel List:

*(signature)*

INVOLVED COUNSEL LIST
DOCKET NO. 1657
IN RE VIOXX LIABILITY LITIGATION

Kevin J. Adrian
BROWN & JAMES
1010 Market Street, 20th Floor
St. Louis, MO 63101

Timothy Wayne Allen
501 Darby Creek Road
Suite 58
Lexington, KY 40509-2611

Ann-Martha Andrews
LEWIS & ROCA, LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004

Charles Avrith
HUGHES, HUBBARD & REED, LLP
350 South Grand Avenue
36th Floor
Los Angeles, CA 90071

Garza Baldemar
200 E Second Street
Rio Grande City, TX 78582

Dan H. Ball
BRYAN CAVE, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Ronald R. Benjamin
LAW OFFICES OF RONALD B. BENJAMIN
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607

Andy D. Birchfield, Jr.
BEASLE, ALLEN, CROW, METHVIN,
  PORTIS & MILES, PC
PO BOX 4160
234 Commerce Street
Montgomery, AL 36103-4160

Evan D. Buxner
WALTHER GLENN LAW ASSOCIATES
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117-1322

Charles W. Cohen
HUGHES, HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY 10004-1482

S. Tessie Corbin
DECHERT LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

John P. Cunningham
BROWN & JAMES
Richland Plaza 1
525 Main Street
Belleville, IL 62220

David A. Dick
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101

Deborah C. Druley
SONNENSCHEIN & NATH, LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102

Robert T. Ebert, Jr.
BRYAN CAVE, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Jose Escobedo, Jr.
HOCKEMA, TIPPIT & ESCOBEDO, LLP
PO Box 720540
McAllen, TX 78502

Lawrence B. Grebel
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101

Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
PO BOX 720540
McAllen, TX 78504-0540

Ronald G. Hole
HOLE AND ALVAREZ
PO BOX 720547
McAllen, TX 78504-0547

Richard L. Josephson
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

John A. Kenney
McAFEE & TAFT
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

Norman C. Kleinberg
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Seth R. Lesser
LOCKS LAW FIRM, PLLC
110 East 55th Street, 12th Floor
New York, NY 10022

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Barbara B. Litten
STEEL HECTOR & DAVIS
777 South Flager Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Jeffrey J. Lowe
JEFFREY J. LOWE, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Stefan A. Mallen
BRYAN CAVE, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

Timothy F. McCurdy
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

William M. Mills
ATLAS & HALL
PO Box Drawer 3725
McAllen, TX 78502

F. Chadwick Morriss  
RUSHTON, STAKELY, JOHNSTON &  
 GARRETT  
184 Commerce Street  
PO Box 270  
Montgomery, AL 36101-0270  

Alberto A. Munoz  
MUNOZ, HOCKEMA & REED  
PO Box 9600  
McAllen, TX 78502  

Eugene Edward Murphy, Jr.  
BRYAN CAVE, LLP  
161 North Clark, # 4800  
Chicago, IL 60601-3206  

Donald L. O'Keefe, Jr.  
RABBITT & PITZER  
100 S. 4th Street  
Suite 400  
St. Louis, MO 63101-1821  

David George Oliveira  
ROERIG, OLIVEIRA & FISHER  
855 West Price Road, Suite 9  
Brownsville, TX 78520  

Cesar Perez  
PO Box 4319  
McAllen, TX 78502-9600  

Michael J. Pitzer, Sr.  
RABBITT & PITZER  
100 S. 4th Street  
 Suite 400  
St. Louis, MO 63101-1821  

John J. Pollock  
LEVENE, GOULDIN & THOMPSON  
902 Press Building  
PO Box F-1706  
Binghamton, NY 13902  

Stephen J. Potter  
BEHR & MCCARTER  
7777 Bonhomme Avenue  
Suite 1810  
St. Louis, MO 63105  

John P. Rahoy  
BROWN & JAMES, P.C.  
1010 Market Street  
20th Floor  
St. Louis, MO 63101  

Stephen H. Rovak  
SONNENSCHEIN & NATH, LLP  
One Metropolitan Square  
Suite 3000  
St. Louis, MO 63102  

Edward B. Ruff  
PRETZEL & STOUFFER, CHTD.  
One South Wacker Drive  
Suite 2500  
Chicago, IL 60606-4673  

Jaime A. Saenz  
RODRIGUEZ, COLVIN & CHANEY  
1201 E. Van Buren  
Brownsville, TX 78520  

Mark D. Samson  
KELLER ROHRBACK, PLC  
3101 North Central Avenue  
Suite 900  
National Bank Plaza  
Phoenix, AZ 85012-2600  

L. Shane Seaborn  
PENN & SEABORN  
PO Box 688  
Clayton, AL 36016

Kathryn A. Snapka
SNAPKA, TURMAN & WATERHOUSE, LLP
606 North Carancahua, Suite 1511
PO Drawer 23017
Corpus Christi, TX 78403

Randy J. Soriano
BRYAN CAVE, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

John A. Straka, III
HIRSHBERG, GUSTINE, STRAKA & ORIE
One Oxford Centre
Suite 450
Pittsburgh, PA 15219

Stephen G. Strauss
BRYAN CAVE, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph R. Swift
BROWN & JAMES
1010 Market Street
20th Floor
St. Louis, MO 63101

Sheri L. Tarr
CLIFFORD LAW OFFICES, PC
120 North LaSalle Street
31st Floor
Chicago, IL 60602

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Victor V. Vicinaiz
ROERIG, OLIVEIRA & FISHER
506 E. Dorve Avenue
McAllen, TX 78504

Charles D. Watson, Jr.
WATSON & WATSON
PO Box 647
Drumright, OK 74030

James E. Whaley
BROWN & JAMES
1010 Market Street
20th Floor
St. Louis, MO 63101

Brett A. Williams
BROWN & JAMES
1010 Market Street
20th Floor
St. Louis, MO 63101

Phillip A. Wittmann
STONE, PIGMAN, WALTHER & WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Aaron M. Zigler
KOREIN TILLERY, LLC
701 Market Street, Suite 300
St. Louis, MO 63101