FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4  PM 2: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court is in receipt of the attached correspondences form counsel regarding the fee assessment proposed by the Plaintiffs' Steering Committee ("PSC"). The Court has considered the arguments presented in the correspondences, as well as those presented during oral argument on July 19, 2005, and approves of the PSC's proposal for the eqiutable allocation of counsel fees and costs for MDL administration and common benefit work. Accordingly, the PSC's Petition for an order securing an equitable allocation of counsel fees and costs for MDL administration and common benefit work is hereby GRANTED. An order consistent with the PSC's fee proposal will be issued by the Court.

New Orleans, Louisiana, this __3rd__ day of __August__, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___



ATTORNEYS AT LAW

MICHAEL L. SLACK
MIKE DAVIS
DONNA J. BOWEN
JOHN C. "RUSTY" ALLMAN
LADD C. SANGER

July 29, 2005

The Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re:   PSC Fee Assessment

Dear Judge Fallon:

As a Texas attorney handling Vioxx cases, I am writing to voice my objection to the fee assessment proposed by the PSC. To the extent that the PSC's proposal seeks to impose a fee on any state court cases, such would be improper under the doctrine of federalism.

The lawyers serving on the PSC have many individual Vioxx cases and their position on the PSC will enable them to attract more. They will likely make large fees off of those cases. To propose that they also get a fee off everyone else's cases is unfair and basically results in a windfall to a small group. Further, the discovery they have done to date was done for their individual cases before the MDL was formed and other plaintiff lawyers should not have to share in that cost.

If it is determined that a fee assessment on the federal cases which are in the MDL is deserved, then the amount of that assessment should be as fair and equitable as possible. I believe that a 3% fee is excessive because of the sheer number of cases that the fee will likely be imposed upon. However, if it is determined that the proposed "special 90-day deal" of 3% is fair and equitable for those lawyers who grab it quick, then it should be equally fair and equitable for all the lawyers involved in the MDL, regardless of when they "sign up."

Thank you for taking these comments into consideration.

Very truly yours,

SLACK & DAVIS, L.L.P.
AUSTIN OFFICE

Donna Bowen

DB/ls

2705 BEE CAVE ROAD, SUITE 220 **AUSTIN, TEXAS 78746**  512.795.8686  512.795.8787 (FAX)
2911 TURTLE CREEK BLVD., SUITE 1400 **DALLAS, TEXAS 75219**  214.528.8686  214.528.6989 (FAX)
800.455.8686 (TOLL-FREE TO AUSTIN OFFICE)  WWW.SLACKDAVIS.COM  INQUIRY@SLACKDAVIS.COM

THE LAW OFFICES OF
## TED B. LYON & ASSOCIATES, P.C.
TOWN EAST TOWER - SUITE 525, 18601 LBJ FREEWAY
MESQUITE, TEXAS 75150

TED B. LYON, JR.
MARQUETTE WOLF
GREG GRAY
SHAWN STEWART
BRIAN LAUTEN†
BILL ZOOK*
*Board Certified in
 Personal Injury and Civil Trial Law
 Texas Board of Legal Specialization
†Licensed in the states of Texas, Montana and Wyoming

PHONE:     972/279-6571
FACSIMILE: 972/279-3021

July 28, 2005

Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

  Re: MDL No. 1657; In Re: Vioxx Products Liability Litigation

Dear Judge Fallon:

  I represent claimants against Merck & Co., Inc. in State Court cases filed in Texas. The Texas Courts are likely to establish their own statewide MDL for discovery purposes.

  I object to any global or mandatory assessments against non-plaintiff steering committee attorneys or their clients.

  PSC attorneys have numerous clients, use the position to gather additional clients, and presumably fees generated by representing their clients will reward them for work on the PSC. Discovery done to date and currently available was done before the MDL was filed and was for individual cases.

  The proposal of 6% if 3% is not agreed to within 90 days makes no sense. If 3% is good if agreed to within 90 days, it should be good enough throughout the process.

  Lawyers who do not voluntarily use MDL work should be assessed nothing. If Merck cross notices MDL depositions for use in State Court cases, that should not be considered "use of MDL work", nor should use of that deposition be considered as such.

The Honorable Eldon E. Fallon
July 28, 2005
Page 2

    A 6% assessment is excessive given the thousands of cases on which it might be assessed.

    If you have any questions, please do not hesitate to contact me

                      Sincerely,

                      Bill Zook

BZ/jf