U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4  PM 1:21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX** | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

## MERCK & CO., INC.'S CROSS-NOTICE OF PLAINTIFFS' DEPOSITION OF BARRY GERTZ

TO:  The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Barry Gertz** will be held on **August 15 and 16, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until completed, at the offices of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, N.Y., 10004-1482. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

          Respectfully submitted,

          */s/ Phil Wittmann*

          Phillip A. Wittmann, 13625
          Anthony M. DiLeo, 4942
          Dorothy H. Wimberly, 18509
          Carmelite M. Bertaut, 3054
          STONE PIGMAN WALTHER WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana 70130
          Phone: 504-581-3200
          Fax:   504-581-3361

          Defendants' Liaison Counsel

          Theodore V.H. Mayer, Esq.
          Wilfred P. Coronato, Esq.
          HUGHES HUBBARD & REED LLP
          101 Hudson Street
          Suite 3601
          Jersey City, NJ 07302

          Doug R. Marvin, Esq.
          Laurie S. Fulton, Esq.
          WILLIAMS & CONNOLLY LLP
          725 12th Street, N.W.
          Washington, D.C. 20005-5901
          (202) 434-5000

          *Attorneys for Defendant Merck & Co., Inc.*

DATED: August 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Barry Gerttz has been served on Liaison Counsel, Russ Herman by hand delivery and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 4th day of August, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 4th day of August, 2005:

> David R. Buchanan
> Seeger Weiss LLP
> 550 Broad Street, Suite 920
> Newark, NJ  07102-4573
>
> David Jacoby
> Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
> 402 Park Boulevard
> Cherry Hill, NJ  08002

*Phil Wittmann* (signature)