UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

In accordance with the Court's Minute Entry dated July 26, 2005, representatives of the Plaintiffs' and Defendants' Steering Committees ("PSC" and "DSC", respectively) have advised the Court of the parties' progress in selecting a stroke case for early trial in MDL 1657. The Court has been advised that the PSC and DSC are working diligently toward agreeing upon a stroke case that is in a posture to be tried and that would be instructive. Counsel have requested that the Court grant them an additional week within which to reach an agreement. Accordingly, IT IS ORDERED that, by Monday, August 15, 2005, the PSC and DSC shall select a stroke case for early trial and shall notify the Court thereof.

New Orleans, Louisiana, this   4th   day of   August  , 2005.

_____
UNITED STATES DISTRICT JUDGE