UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                         :     MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION      :     SECTION: L
                                            :     JUDGE FALLON
                                            :     MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER NO. 20

Following a telephone conference held on July 26, 2005, the parties submitted a proposed pretrial order, which the Court now adopts. IT IS ORDERED that Merck shall provide a listing of the names, addresses and dates of employment of its professional representatives who were involved in promoting sales of Vioxx to the Court, *in camera*, and under seal on or before Monday, August 8, 2005.

Plaintiffs' Liaison Counsel shall be allowed to examine the list for completeness and to select sales representatives for discovery purposes pursuant to the Federal Rules of Civil Procedure, or by interview where permitted by state law. The list shall not be copied or made available to others without leave of Court, after notice to Defendants' Liaison Counsel.

The Court reserves to Merck its right to seel a protective order where appropriate.

New Orleans, Louisiana, this  4th   day of   August , 2005.

                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE