COPY IN CHAMBERS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2005 AUG -4  AM 8: 38
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ISAIAS GARCIA and PAUL GARCIA ) | Civil Action No. ~~05-1161~~ |
| as co-personal representatives of the ) | 05-1512 |
| Estate of Betty Ann Garcia, deceased ) | |
| ) | |
| v. ) | |
| ) | |
| NOVARTIS PHARMACEUTICALS ) | Transferred from USDC |
| CORPORATION, and MERCK & ) | District of New Mexico |
| CO, INC. ) | Cause No. CIV 05-196 JH/ACT |

## STIPULATION OF DISMISSAL

AND NOW, this ___2d___ day of ___August___, 2005, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) that the above-captioned action be and hereby is dismissed **WITH PREJUDICE** as to the Defendants, with each party to bear its owns costs and attorneys' fees.

This Stipulation is filed on behalf of Plaintiffs Isaias Garcia and Paul Garcia, as co-personal representatives of the Estate of Betty Ann Garcia, deceased, and Defendants Merck & Co., Inc., and Novartis Pharmaceuticals Corporation, who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No ____

Respectfully submitted by:

**WALKER & VAN HEIJENOORT PC**

By: _____
       William G. Walker
       New Mexico Bar No.
       Walker & van Heijenoort
       4263 Montgomery NE, Suite 230
       Albuquerque, NM 87109
       Tel: (505) 242-2800/ Fax: (505) 242-4242

and

**LAW OFFICES OF DAYMON B. ELY**

By: _____
       Daymon B. Ely, Esq.
       New Mexico Bar No.
       Law Offices of Daymon B. Ely
       1228 Central Avenue, S.W.
       Albuquerque, NM 87102-2803
       Tel: (505) 248-0370/ Fax: (505) 248-0261

Attorneys for Plaintiffs

**HOLLAND & HART, LLP**

By: _Telephonically approved on 7/28/05_
       Bradford C. Berge, Esq.
       New Mexico Bar No.
       P.O. Box 2208
       Santa Fe, NM 87504-2208
       Tel: (505) 988-4421/ Fax: (505) 983-6043

Attorneys for Defendant Novartis Pharmaceuticals Corporation

**MODRALL SPERLING ROEHL HARRIS & SISK PA**

By: _Telephonically approved on 7/13/05_
       Douglas G. Schneebeck
       New Mexico Bar No.
       PO Box 2168
       Albuquerque NM 87103-2168
       Tel: (505) 848-1800/ Fax: (505) 848-1882

Attorneys for Defendant Merck & Co., Inc.