A CERTIFIED TRUE COPY

AUG 2 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4  AM II: 19

DOCKET NO. 1657 TE
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 5 2005

FILED
CLERK'S OFFICE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-19)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 832 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Fee
Process
Dktd
CtRmDep
Doc. No

# SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ~~ALN  2  05-1054~~ | ~~Jeffrey L. Crook v. Merck & Co., Inc., et al.~~ Vacated 7/29/05 | |
| ALN  2  05-1266 | Alvin Hudson v. Merck & Co., Inc. | 05-3345 |
| ALN  2  05-876 | Joslyn Brown, etc. v. Merck & Co., Inc. | 05-3346 |
| ALN  7  05-996 | Chamis Kimani, etc. v. Merck & Co., Inc., et al. | 05-3347 |
| **ARKANSAS EASTERN** | | |
| ARE  4  05-684 | Jerry Russell Langley, et al. v. Merck & Co., Inc. | 05-3348 |
| **ARKANSAS WESTERN** | | |
| ARW  1  05-1050 | Deltha King v. Merck & Co., Inc. | 05-3349 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-3722 | Russ Whitmeyer v. Merck & Co., Inc. | 05-3350 |
| CAC  2  05-3853 | Jake E. Baker, et al. v. Merck & Co., Inc. | 05-3351 |
| CAC  2  05-3854 | Robert Schwartz v. Merck & Co., Inc. | 05-3352 |
| CAC  2  05-3974 | Joe Obbema, et al. v. Merck & Co., Inc. | 05-3353 |
| CAC  2  05-3975 | Tony Ortega, et al. v. Merck & Co., Inc. | 05-3354 |
| ~~CAC  2  05-4025~~ | ~~Tommy Albright, et al. v. Merck & Co., Inc., et al.~~ Vacated 7/29/05 | |
| CAC  2  05-4037 | John Thayer, et al. v. Merck & Co., Inc. | 05-3355 |
| CAC  2  05-4038 | Judith L. Oldham v. Merck & Co., Inc. | 05-3356 |
| CAC  8  05-350 | Jerry Kirby v. Merck & Co., Inc. | 05-3357 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  05-1027 | Shaun Perkins, et al. v. Merck & Co., Inc. | 05-3358 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-2349 | Kathy Edmonds, et al. v. Merck & Co., Inc., et al. | 05-3359 |
| CAN  5  05-2026 | Pauline Ferrell v. Merck & Co., Inc., et al. | 05-3360 |
| **FLORIDA MIDDLE** | | |
| FLM  2  05-276 | Geraldine Shedd, et al. v. Merck & Co., Inc., et al. | 05-3361 |
| FLM  3  05-530 | William P. Monahan, et al. v. Merck & Co., Inc. | 05-3362 |
| FLM  5  05-269 | Thomas M. McCulla, et al. v. Merck & Co., Inc. | 05-3363 |
| FLM  5  05-270 | Scott S. Gardner, et al. v. Merck & Co., Inc. | 05-3364 |
| FLM  6  05-856 | Michael Jackson v. Merck & Co., Inc. | 05-3365 |
| FLM  8  05-1054 | Susan M. Johnson v. Merck & Co., Inc. | 05-3366 |
| FLM  8  05-1055 | Mary Jane White, et al. v. Merck & Co., Inc. | 05-3367 |
| FLM  8  05-1056 | Finley F. Gable, Jr., et al. v. Merck & Co., Inc. | 05-3368 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-60924 | Margie Kay Marlow, et al. v. Merck & Co., Inc. | 05-3369 |
| FLS  0  05-60925 | Jerome E. Lord, et al. v. Merck & Co., Inc., et al. | 05-3370 |
| FLS  9  05-80495 | Ronald A. Smith v. Merck & Co., Inc., et al. | 05-3371 |
| FLS  9  05-80508 | Michelle Zichlin v. Merck & Co., Inc. | 05-3372 |
| **GEORGIA MIDDLE** | | |
| GAM  1  05-71 | Annie R. Kimbrel, etc. v. Merck & Co., Inc. | 05-3373 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS  (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN  1  05-1403 | Rusell Widener, etc. v. Merck & Co., Inc., et al. | 05−3374 |
| GAN  1  05-1404 | Gwendolyn Woods, etc. v. Merck & Co., Inc., et al. | 05−3375 |
| GAN  4  05-107 | Betty Burnette, etc. v. Merck & Co., Inc. | 05−3376 |
| **GEORGIA SOUTHERN** | | |
| GAS  2  05-106 | Malissia Chance v. Merck & Co., Inc. | 05−3377 |
| ~~GAS  2  05-107~~ | Gladys Danford v. Merck & Co., Inc.  **New GAS C.A. # 5:05-46** | 05−3378 |
| GAS  2  05-108 | Mae Hill v. Merck & Co., Inc. | 05−3379 |
| GAS  2  05-109 | Raymond Cross v. Merck & Co., Inc. | 05−3380 |
| **IDAHO** | | |
| ID  1  05-215 | Constance Ruyle, et al. v. Merck & Co., Inc. | 05−3381 |
| ID  2  05-221 | William Lind v. Merck & Co., Inc. | 05−3382 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-3220 | Mark Bentley, et al. v. Merck & Co., Inc. | 05−3383 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  05-329 | Betty Sharkey v. Merck & Co., Inc. | 05−3384 |
| **KENTUCKY WESTERN** | | |
| ~~KYW  3  05-324~~ | ~~William Andrew Curl, et al. v. Merck & Co., Inc., et al.~~  Opposed 7/29/05 | |
| ~~KYW  3  05-332~~ | ~~Brenda Cox, et al. v. Merck & Co., Inc., et al.~~  Opposed 7/29/05 | |
| ~~KYW  3  05-333~~ | ~~Patrick Wayne Overall, et al. v. Merck & Co., Inc., et al.~~  Opposed 7/29/05 | |
| ~~KYW  3  05-334~~ | ~~James Goodman v. Merck & Co., Inc., et al.~~  Opposed 7/29/05 | |
| ~~KYW  3  05-335~~ | ~~Steven Clark v. Merck & Co., Inc., et al.~~  Opposed 7/29/05 | |
| **LOUISIANA MIDDLE** | | |
| LAM  3  05-831 | Maylene T. Lofton v. Merck & Co., Inc. | 05−3385 |
| **LOUISIANA WESTERN** | | |
| LAW  5  05-871 | Alice Rusell v. Merck & Co., Inc. | 05−3386 |
| **MARYLAND** | | |
| MD  1  05-1470 | Kelly A. Alder, et al. v. Merck & Co., Inc. | 05−3387 |
| MD  1  05-1563 | Leroy F. Lusby v. Merck & Co., Inc. | 05−3388 |
| **MINNESOTA** | | |
| MN  0  05-1048 | Barbara C. Persinger v. Merck & Co., Inc. | 05−3389 |
| MN  0  05-1049 | Kathleen Keating v. Merck & Co., Inc. | 05−3390 |
| MN  0  05-1050 | Jennette Fairchild v. Merck & Co., Inc. | 05−3391 |
| MN  0  05-1051 | David W. Baker v. Merck & Co., Inc. | 05−3392 |
| MN  0  05-1052 | Robert J. Ashley v. Merck & Co., Inc. | 05−3393 |
| MN  0  05-1064 | Carole Webb v. Merck & Co., Inc. | 05−3394 |
| MN  0  05-1065 | Lillian Bontrager v. Merck & Co., Inc. | 05−3395 |
| MN  0  05-1066 | Steve A. Olson v. Merck & Co., Inc. | 05−3396 |
| MN  0  05-1067 | Joyce Hammett v. Merck & Co., Inc. | 05−3397 |
| MN  0  05-1068 | Billy W. Stanaland v. Merck & Co., Inc. | 05−3398 |
| MN  0  05-1071 | Caroline E. Wisniewski v. Merck & Co., Inc. | 05−3399 |
| MN  0  05-1072 | Mary R. Zimmer v. Merck & Co., Inc. | 05−3400 |
| MN  0  05-1074 | William Rosen v. Merck & Co., Inc. | 05−3401 |
| MN  0  05-1075 | Louise J. Ragatz v. Merck & Co., Inc. | 05−3402 |
| MN  0  05-1076 | Philip P. McGuire v. Merck & Co., Inc. | 05−3403 |
| MN  0  05-1077 | Colleen L. Lavine v. Merck & Co. Inc. | 05−3404 |
| MN  0  05-1078 | Rodney L. Coy v. Merck & Co., Inc. | 05−3405 |
| MN  0  05-1079 | Eileen A. Feist v. Merck & Co., Inc. | 05−3406 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)                     PAGE 3 of 8

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| MN | 0 | 05-1080 | Delores T. Ganje v. Merck & Co., Inc. | 05-3407 |
| MN | 0 | 05-1100 | Jerald R. Gibson v. Merck & Co., Inc. | 05-3408 |
| MN | 0 | 05-1101 | Francis J. Davis v. Merck & Co., Inc. | 05-3409 |
| MN | 0 | 05-1102 | Susan Herrboldt v. Merck & Co., Inc. | 05-3410 |
| MN | 0 | 05-1103 | Victor S. Sorenson v. Merck & Co., Inc. | 05-3411 |
| MN | 0 | 05-1104 | Karen L. Castellese v. Merck & Co., Inc. | 05-3412 |
| MN | 0 | 05-1105 | Lorri S. Book v. Merck & Co., Inc. | 05-3413 |
| | | | | |
| **MISSOURI EASTERN** | | | | |
| MOE | 4 | 05-836 | Shirley Bailey, et al. v. Merck & Co., Inc., et al. | 05-3414 |
| MOE | 4 | 05-838 | Charles Hagler, et al. v. Merck & Co., Inc., et al. | 05-3415 |
| ~~MOE~~ | ~~4~~ | ~~05-847~~ | ~~Harriet Aldridge, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| MOE | 4 | 05-848 | Barbara Middleton, et al. v. Merck & Co., Inc., et al. | 05-3416 |
| MOE | 4 | 05-866 | Shirley Martin v. Merck & Co., Inc. | 05-3417 |
| MOE | 4 | 05-867 | Edna Stokes v. Merck & Co., Inc. | 05-3418 |
| MOE | 4 | 05-869 | Dorothy Jackson v. Merck & Co., Inc. | 05-3419 |
| MOE | 4 | 05-878 | Earlene McBride, et al. v. Merck & Co., Inc., et al. | 05-3420 |
| ~~MOE~~ | ~~4~~ | ~~05-879~~ | ~~Mona Swint, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-880~~ | ~~Sam Fife, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-881~~ | ~~Vanita Copeland, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| | | | | |
| **MISSISSIPPI NORTHERN** | | | | |
| MSN | 3 | 05-58 | Geraldine Guess, et al. v. Merck & Co., Inc. | 05-3421 |
| MSN | 3 | 05-67 | Cynthia S. Grammer v. Merck & Co., Inc. | 05-3422 |
| | | | | |
| **NORTH CAROLINA WESTERN** | | | | |
| NCW | 1 | 05-222 | Patricia Copeland, etc. v. Merck & Co., Inc. | 05-3423 |
| | | | | |
| **NEW JERSEY** | | | | |
| NJ | 3 | 05-2525 | Midwest Operating Engineers Health & Welfare Fund v. Merck & Co., Inc. | 05-3424 |
| NJ | 3 | 05-2733 | Phyllis Dirk, etc. v. Merck & Co., Inc. | 05-3425 |
| NJ | 3 | 05-2734 | Ratko Zenzerovic v. Merck & Co., Inc. | 05-3426 |
| | | | | |
| **NEW MEXICO** | | | | |
| NM | 1 | 05-592 | Rose Jaramillo v. Merck & Co., Inc. | 05-3427 |
| NM | 1 | 05-593 | Julie R. Jessen v. Merck & Co., Inc. | 05-3428 |
| NM | 1 | 05-595 | Linda K. McGlinn v. Merck & Co., Inc. | 05-3429 |
| NM | 1 | 05-598 | Frank Moya v. Merck & Co., Inc. | 05-3430 |
| NM | 1 | 05-599 | Anna Marie Rodriguez v. Merck & Co., Inc. | 05-3431 |
| NM | 1 | 05-625 | Matthew Carrasco v. Merck & Co., Inc. | 05-3432 |
| NM | 2 | 05-594 | Christopher Wayne Carmickle v. Merck & Co., Inc. | 05-3433 |
| NM | 2 | 05-627 | Cleo Paiz v. Merck & Co., Inc. | 05-3435 |
| NM | 2 | 05-633 | Marie Martinez v. Merck & Co., Inc., et al. | 05-3436 |
| NM | 6 | 05-596 | Michael Ely v. Merck & Co., Inc. | 05-3437 |
| NM | 6 | 05-626 | Helen Keleher v. Merck & Co., Inc. | 05-3438 |
| NM | 6 | 05-637 | Denise Gonzales v. Merck & Co., Inc., et al. | 05-3439 |
| | | | | |
| **NEVADA** | | | | |
| ~~NV~~ | ~~2~~ | ~~05-599~~ | ~~Duane Allen Carlson, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-624~~ | ~~Patricia McArthur, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-625~~ | ~~Nina Baker, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-626~~ | ~~Amelia Santamaria, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-628~~ | ~~Donald Ackworth, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-330~~ | ~~Eva Harmon, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-331~~ | ~~Fred Gladding, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-333~~ | ~~Terri Ignacio, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-334~~ | ~~Sharon Himmel, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |

SCHEDULE CTO-19 TAG-ALONG ACTIONS  (MDL-1657)                                    PAGE 4 of 8

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| ~~NV~~ | ~~3~~ | ~~05-335~~ | ~~Shawn Colegrove, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-336~~ | ~~Sean Regan, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-337~~ | ~~Clyde Frolich, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-338~~ | ~~Oscar Thomas, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-339~~ | ~~Laura Schaechtele, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-340~~ | ~~Diane McFarlin, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |

**NEW YORK EASTERN**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| NYE | 1 | 05-2446 | Rosalie Garcia v. Merck & Co., Inc., et al. | 05-3440 |
| NYE | 1 | 05-2744 | Johnny Dingle v. Merck & Co., Inc. | 05-3441 |

**NEW YORK SOUTHERN**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| NYS | 1 | 05-5420 | Andrew Montesano v. Merck & Co., Inc., et al. | 05-3442 |

**OHIO NORTHERN**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| OHN | 1 | 05-1187 | Robert J. Nolan, et al. v. Merck & Co., Inc. | 05-3443 |
| OHN | 1 | 05-1198 | Cloteel J. Wade v. Merck & Co., Inc. | 05-3444 |
| OHN | 1 | 05-1201 | Connie T. White v. Merck & Co., Inc. | 05-3445 |
| OHN | 1 | 05-1205 | George Varouh v. Merck & Co., Inc. | 05-3446 |
| OHN | 1 | 05-1206 | Demetrios Kollias v. Merck & Co., Inc. | 05-3447 |
| OHN | 1 | 05-1210 | Beverly Williams v. Merck & Co., Inc. | 05-3448 |
| OHN | 1 | 05-1211 | Leroy Omerza, et al. v. Merck & Co., Inc. | 05-3449 |
| OHN | 1 | 05-1212 | Luis F. Tadrzak v. Merck & Co., Inc. | 05-3450 |
| OHN | 1 | 05-1213 | David B. Fender v. Merck & Co., Inc. | 05-3451 |
| OHN | 1 | 05-1214 | Dorothy Wiley v. Merck & Co., Inc. | 05-3452 |
| OHN | 1 | 05-1218 | Keith L. Jones, et al. v. Merck & Co., Inc. | 05-3453 |
| OHN | 1 | 05-1219 | Byron W. James, et al. v. Merck & Co., Inc. | 05-3454 |
| OHN | 1 | 05-1220 | Pamela S. Bentley, et al. v. Merck & Co., Inc. | 05-3455 |
| OHN | 1 | 05-1221 | Theodore J. Jenda, et al. v Merck & Co., Inc. | 05-3456 |
| OHN | 1 | 05-1222 | Andrew L. Barnes, et al . v. Merck & Co., Inc. | 05-3457 |
| OHN | 1 | 05-1225 | Darrek N. Norris, et al. v. Merck & Co., Inc. | 05-3458 |
| OHN | 1 | 05-1227 | Donald L. Moiser, et al. v. Merck & Co., Inc. | 05-3459 |
| OHN | 1 | 05-1228 | Ronald S. Barclay, et al. v. Merck & Co., Inc. | 05-3460 |
| OHN | 1 | 05-1230 | Paul Mundo, Jr., et al. v. Merck & Co., Inc. | 05-3461 |
| OHN | 1 | 05-1231 | Charlene Hutchings, et al. v. Merck & Co., Inc. | 05-3462 |
| OHN | 1 | 05-1232 | Robert C. Myers, et al. v. Merck & Co., Inc. | 05-3463 |
| OHN | 1 | 05-1233 | James Trusso, etc. v. Merck & Co., Inc. | 05-3464 |
| OHN | 1 | 05-1235 | Joseph Udovic, etc. v. Merck & Co., Inc. | 05-3465 |
| OHN | 1 | 05-1242 | Pamala S. Brewer v. Merck & Co., Inc. | 05-3466 |
| OHN | 1 | 05-1243 | Charles E. Reynolds, et al. v. Merck & Co., Inc. | 05-3467 |
| OHN | 1 | 05-1244 | Richard Pyne, et al. v. Merck & Co., Inc. | 05-3468 |
| OHN | 1 | 05-1245 | Richard A. Carle, et al. v. Merck & Co., Inc. | 05-3469 |
| OHN | 1 | 05-1246 | Linda E. Rader, et al. v Merck & Co., Inc. | 05-3470 |
| OHN | 1 | 05-1247 | Geraldine H. Butler, et al. v. Merck & Co., Inc. | 05-3471 |
| OHN | 1 | 05-1248 | Jackie L. Redinbaugh, et al. v. Merck & Co., Inc. | 05-3472 |
| OHN | 1 | 05-1249 | Johanna N. Risner v. Merck & Co., Inc. | 05-3473 |
| OHN | 1 | 05-1251 | John E. Feltovich, et al. v. Merck & Co., Inc. | 05-3474 |
| OHN | 1 | 05-1252 | Richard E. Farnsworth v. Merck & Co., Inc. | 05-3475 |
| OHN | 1 | 05-1253 | Estel C. Edwards, Sr. v. Merck & Co., Inc. | 05-3476 |
| OHN | 1 | 05-1254 | Mary Jane Gould, et al. v. Merck & Co., Inc. | 05-3477 |
| OHN | 1 | 05-1255 | Thomas Brant, et al. v. Merck & Co., Inc. | 05-3478 |
| OHN | 1 | 05-1256 | Elaine Pirtle, et al. v. Merck & Co., Inc. | 05-3479 |
| OHN | 1 | 05-1257 | Thomas Carroll, et al. v. Merck & Co., Inc. | 05-3480 |
| OHN | 1 | 05-1259 | Jeanette Danford, etc. v. Merck & Co., Inc. | 05-3481 |
| OHN | 1 | 05-1261 | Edna Gardner v. Merck & Co., Inc. | 05-3482 |
| OHN | 1 | 05-1262 | Byron Gilroy, etc. v. Merck & Co., Inc. | 05-3483 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)                      PAGE 5 of 8
                                                                      EDLA

| DIST. | DIV. | C.A. # | CASE CAPTION | SEC. L/3 |
|---|---|---|---|---|
| OHN | 1 | 05-1263 | Donald N. Cheffo, et al. v. Merck & Co., Inc. | 05-3484 |
| OHN | 1 | 05-1265 | Roy L. Daniels, et al. v. Merck & Co., Inc. | 05-3485 |
| OHN | 1 | 05-1266 | Jean E. Price v. Merck & Co., Inc. | 05-3486 |
| OHN | 1 | 05-1267 | Richard E. Tate, et al. v. Merck & Co., Inc. | 05-3487 |
| OHN | 1 | 05-1268 | Nicolaos Halkiadakis, et al. v. Merck & Co., Inc. | 05-3488 |
| OHN | 1 | 05-1269 | Dolores A. Fetterman, et al. v. Merck & Co., Inc. | 05-3489 |
| OHN | 1 | 05-1270 | David Prince, et al. v. Merck & Co., Inc. | 05-3490 |
| OHN | 1 | 05-1271 | Joseph M. Strawser v. Merck & Co., Inc. | 05-3491 |
| OHN | 1 | 05-1272 | Nick W. Tenaglia, et al. v. Merck & Co., Inc. | 05-3492 |
| OHN | 1 | 05-1274 | Joyce D. Vlasek, et al. v. Merck & Co., Inc. | 05-3493 |
| OHN | 1 | 05-1275 | Jean M. Gasner v. Merck & Co., Inc. | 05-3494 |
| OHN | 1 | 05-1276 | Barbara Haselow, etc. v. Merck & Co., Inc. | 05-3495 |
| OHN | 1 | 05-1277 | Elizabeth Marcincin v. Merck & Co., Inc. | 05-3496 |
| OHN | 1 | 05-1281 | Robert Arnold, et al. v. Merck & Co., Inc. | 05-3497 |
| OHN | 1 | 05-1282 | Barbara J. Burger, et al. v. Merck & Co., Inc. | 05-3498 |
| OHN | 1 | 05-1283 | Nelson Fuentes, et al. v. Merck & Co., Inc. | 05-3499 |
| OHN | 1 | 05-1284 | Hazel Hollowell v. Merck & Co., Inc. | 05-3500 |
| OHN | 1 | 05-1285 | Mary L. Hall, et al. v. Merck & Co., Inc. | 05-3501 |
| OHN | 1 | 05-1286 | Jenny Clark, et al. v. Merck & Co., Inc. | 05-3502 |
| OHN | 1 | 05-1288 | Thomas R. Hughes, et al. v. Merck & Co., Inc. | 05-3503 |
| OHN | 1 | 05-1289 | Allayne J. Carte v. Merck & Co., Inc. | 05-3504 |
| OHN | 1 | 05-1291 | Giuseppe Immorlica, et al. v. Merck & Co., Inc. | 05-3505 |
| OHN | 1 | 05-1292 | Dorothea E. Small, et al. v. Merck & Co., Inc. | 05-3506 |
| OHN | 1 | 05-1294 | Rosemarie Hughes, et al. v. Merck & Co., Inc. | 05-3507 |
| OHN | 1 | 05-1295 | Joyce Copeland, et al. v. Merck & Co., Inc. | 05-3508 |
| OHN | 1 | 05-1296 | Lowell L. Staker v. Merck & Co., Inc. | 05-3509 |
| OHN | 1 | 05-1297 | Frederick D. Foutz v. Merck & Co., Inc. | 05-3510 |
| OHN | 1 | 05-1298 | Michael Dorney, et al. v. Merck & Co., Inc. | 05-3511 |
| OHN | 1 | 05-1299 | Joseph L. Dillon, et al. v. Merck & Co., Inc. | 05-3512 |
| OHN | 1 | 05-1301 | James Moore, Jr. v. Merck & Co., Inc. | 05-3513 |
| OHN | 1 | 05-1302 | Elizabeth Kilgore v. Merck & Co., Inc. | 05-3514 |
| OHN | 1 | 05-1303 | Michael E. Nolan, et al. v. Merck & Co., Inc. | 05-3515 |
| OHN | 1 | 05-1304 | Ernest N. Maxwell, et al. v. Merck & Co., Inc. | 05-3516 |
| OHN | 1 | 05-1305 | Gloria D. Clark, et al. v. Merck & Co., Inc. | 05-3517 |
| OHN | 1 | 05-1306 | Martha W. Ogle, et al. v. Merck & Co., Inc. | 05-3518 |
| OHN | 1 | 05-1307 | Tammy Kimble v. Merck & Co., Inc. | 05-3519 |
| OHN | 1 | 05-1308 | Marion D. Scott, et al. v. Merck & Co., Inc. | 05-3520 |
| OHN | 1 | 05-1310 | Rose J. Kolar, et al. v. Merck & Co., Inc. | 05-3521 |
| OHN | 1 | 05-1311 | Earl M. Devinney, et al. v. Merck & Co., Inc. | 05-3522 |
| OHN | 1 | 05-1323 | Sheryll R. Macon v. Merck & Co., Inc. | 05-3523 |
| OHN | 1 | 05-1324 | Joseph P. Wilson, et al. v. Merck & Co., Inc. | 05-3524 |
| OHN | 1 | 05-1328 | Dale E. Jackson, et al. v. Merck & Co., Inc. | 05-3525 |
| OHN | 1 | 05-1329 | Mary Kasony v. Merck & Co., Inc. | 05-3526 |
| OHN | 1 | 05-1331 | Gary R. Lindsey, et al. v. Merck & Co., Inc. | 05-3527 |
| OHN | 1 | 05-1332 | Hattie E. Loudermilk, et al. v. Merck & Co., Inc. | 05-3528 |
| OHN | 1 | 05-1334 | Ildiko P. White, et al. v. Merck & Co., Inc. | 05-3529 |
| OHN | 1 | 05-1336 | Dennis Wasson, et al. v. Merck & Co., Inc. | 05-3530 |
| OHN | 1 | 05-1338 | Viola Shannon, et al. v. Merck & Co., Inc. | 05-3531 |
| OHN | 1 | 05-1339 | Mable J. Taylor v. Merck & Co., Inc. | 05-3532 |
| OHN | 1 | 05-1340 | Valerie L. Wallace v. Merck & Co., Inc. | 05-3533 |
| OHN | 1 | 05-1341 | Charlene M. Sparren v. Merck & Co., Inc. | 05-3534 |
| OHN | 1 | 05-1342 | John D. Rose v Merck & Co., Inc. | 05-3535 |
| OHN | 1 | 05-1343 | Shirley Stalter, et al. v. Merck & Co., Inc. | 05-3536 |
| OHN | 1 | 05-1344 | Rodney Stevenson, Sr.,  et al. v. Merck & Co., Inc. | 05-3537 |
| OHN | 1 | 05-1345 | Edward Styka v. Merck & Co., Inc. | 05-3538 |
| OHN | 1 | 05-1346 | Thomas M. Sayman, et al. v. Merck & Co., Inc. | 05-3539 |
| OHN | 1 | 05-1347 | Norman D. Robinson, et al. v. Merck & Co., Inc. | 05-3540 |
| OHN | 1 | 05-1348 | Mary E. Rosato, et al. v. Merck & Co., Inc. | 05-3541 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 6 of 8

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| OHN | 1 | 05-1349 | Raymond Simonelli v. Merck & Co., Inc. | 05-3542 |
| OHN | 1 | 05-1350 | Sarah Roberts v. Merck & Co., Inc. | 05-3543 |
| OHN | 1 | 05-1351 | Russell Robinson, et al. v. Merck & Co., Inc. | 05-3544 |
| OHN | 1 | 05-1352 | Margaret Varsho, et al. v. Merck & Co., Inc. | 05-3545 |
| OHN | 1 | 05-1353 | Robert M. Hensler, et al. v. Merck & Co., Inc. | 05-3546 |
| OHN | 1 | 05-1356 | Edwin J. Stiffler, Sr. v. Merck & Co., Inc. | 05-3547 |
| OHN | 1 | 05-1357 | Glenn E. Smith v. Merck & Co., Inc. | 05-3548 |
| OHN | 1 | 05-1358 | William F. Saintenoy, et al. v. Merck & Co., Inc. | 05-3549 |
| OHN | 1 | 05-1362 | Oscar Williams, et al. v. Merck & Co., Inc. | 05-3550 |
| OHN | 1 | 05-1363 | Sam Rich, et al. v. Merck & Co., Inc. | 05-3551 |
| OHN | 1 | 05-1365 | Caroline J. Sanker, et al. v. Merck & Co., Inc. | 05-3552 |
| OHN | 1 | 05-1366 | Judith L. Ward, et al. v. Merck & Co., Inc. | 05-3553 |
| OHN | 1 | 05-1368 | Shirley Hensley, et al. v. Merck & Co., Inc. | 05-3554 |
| OHN | 1 | 05-1370 | Tawanda Demmings v. Merck & Co., Inc. | 05-3555 |
| OHN | 1 | 05-1371 | Richard Tock, et al. v Merck & Co., Inc. | 05-3556 |
| OHN | 1 | 05-1372 | Geraldine Mallory v. Merck & Co., Inc. | 05-3557 |
| OHN | 1 | 05-1373 | William S. Lederman v. Merck & Co., Inc. | 05-3558 |
| OHN | 1 | 05-1375 | Irene M. Lanese v. Merck & Co., Inc. | 05-3559 |
| OHN | 1 | 05-1376 | William T. Lemmon, et. al. v. Merck & Co., Inc. | 05-3560 |
| OHN | 1 | 05-1377 | Aldino O. Marini, et al. v. Merck & Co., Inc. | 05-3561 |
| OHN | 1 | 05-1378 | Russell R. Davidson, et al. v. Merck & Co., Inc. | 05-3562 |
| OHN | 1 | 05-1379 | Donald R. Crist, et al. v. Merck & Co., Inc. | 05-3563 |
| OHN | 1 | 05-1381 | David E. Lundgren, et al. v. Merck & Co., Inc. | 05-3564 |
| OHN | 1 | 05-1410 | Williard A. Facemire, et al. v. Merck & Co., Inc. | 05-3565 |
| OHN | 1 | 05-1421 | Albina J. Leonetti v. Merck & Co., Inc. | 05-3566 |
| OHN | 1 | 05-1430 | Stanton Lavelle, et al. v. Merck & Co., Inc. | 05-3567 |
| OHN | 1 | 05-1436 | Abraham A. Acoff, Sr. v. Merck & Co., Inc. | 05-3568 |
| OHN | 1 | 05-1439 | Aaron Dardzinski v. Merck & Co., Inc. | 05-3569 |
| OHN | 1 | 05-1441 | Lularene Benson v. Merck & Co., Inc. | 05-3570 |
| OHN | 1 | 05-1442 | Leona Adkins, et al. v. Merck & Co., Inc. | 05-3571 |
| OHN | 1 | 05-1443 | Henry Washington, et al. v. Merck & Co., Inc. | 05-3572 |
| OHN | 1 | 05-1445 | Luis Fussalva v. Merck & Co., Inc. | 05-3573 |
| OHN | 1 | 05-1447 | John J. Hatten, et al. v. Merck & Co., Inc. | 05-3574 |
| OHN | 1 | 05-1460 | Carl Burns v. Merck & Co., Inc., et al. | 05-3575 |
| OHN | 1 | 05-1461 | Keith A. Lange, et al. v. Merck & Co., Inc. | 05-3576 |
| OHN | 1 | 05-1462 | Hellen Sutton v. Merck & Co., Inc. | 05-3577 |
| OHN | 1 | 05-1463 | Virginia Bloomberg, et al v. Merck & Co., Inc. | 05-3578 |
| OHN | 1 | 05-1464 | Rosa Mizell v. Merck & Co., Inc. | 05-3579 |
| OHN | 1 | 05-1515 | Carol Moss, etc. v. Merck & Co., Inc. | 05-3580 |
| OHN | 1 | 05-1523 | Lee Johnson, et al. v. Merck & Co., Inc. | 05-3581 |
| OHN | 1 | 05-1524 | Marsha Moore, et al. v. Merck & Co., Inc. | 05-3582 |
| OHN | 1 | 05-1534 | Ethel M. Lowman v. Merck & Co., Inc. | 05-3583 |
| OHN | 1 | 05-1572 | Frank P. Jones, et al. v. Merck & Co., Inc. | 05-3584 |
| OHN | 3 | 05-1287 | Boykin Barnett, et al. v. Merck & Co., Inc. | 05-3585 |
| OHN | 3 | 05-1300 | Antoinette R. Evancho, et al. v. Merck & Co., Inc. | 05-3586 |
| OHN | 4 | 05-1420 | William Sanko v. Merck & Co., Inc. | 05-3587 |
| OHN | 4 | 05-1425 | Martin L. Malone, etc. v. Merck & Co., Inc. | 05-3588 |
| OHN | 4 | 05-1426 | Stephen J. Sopik v. Merck & Co., Inc. | 05-3589 |
| OHN | 4 | 05-1428 | Donna J. Tanferno, et al. v. Merck & Co., Inc. | 05-3590 |
| OHN | 4 | 05-1429 | Larry Rudell Walker v. Merck & Co., Inc. | 05-3591 |
| OHN | 4 | 05-1431 | Almajean Karlovic, et al. v. Merck & Co., Inc. | 05-3592 |
| OHN | 4 | 05-1432 | Raymond Ervin, Jr., et al. v. Merck & Co., Inc. | 05-3593 |
| OHN | 4 | 05-1433 | Matthew J . Pritchett, et al . v. Merck & Co., Inc. | 05-3594 |
| OHN | 4 | 05-1438 | Raymond J. Rubino, et al. v. Merck & Co., Inc. | 05-3595 |
| OHN | 4 | 05-1444 | Claude Tillery, et al. v. Merck & Co., Inc. | 05-3596 |
| OHN | 5 | 05-1435 | Shirley Belknap, et al. v. Merck & Co., Inc. | 05-3597 |
| OHN | 5 | 05-1437 | Nancy J. Kiger, et al. v. Merck & Co., Inc. | 05-3598 |
| OHN | 5 | 05-1440 | Harrison Sarver, et al. v. Merck & Co., Inc. | 05-3599 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS  (MDL-1657)

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| **OHIO SOUTHERN** | | | | |
| OHS | 1 | 05-373 | Irma Thompson, et al. v. Merck & Co., Inc. | 05-3600 |
| OHS | 1 | 05-374 | Robert E. Maple v. Merck & Co., Inc. | 05-3601 |
| OHS | 2 | 05-532 | Carley A. Cox v. Merck & Co., Inc. | 05-3602 |
| OHS | 3 | 05-187 | William LeMaster, etc. v. Merck & Co., Inc. | 05-3603 |
| **OKLAHOMA EASTERN** | | | | |
| OKE | 6 | 05-226 | Michele Stuckey, et al. v. Merck & Co., Inc. | 05-3604 |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 05-2079 | Alicia Smith v. Merck & Co., Inc., et al. | 05-3605 |
| PAE | 2 | 05-2274 | Elvia Pompey v. Merck & Co., Inc., et al. | 05-3606 |
| PAE | 2 | 05-2275 | Elaine Baylor v. Merck & Co., Inc., et al. | 05-3607 |
| PAE | 2 | 05-2422 | Mary Brantner, et al. v. Merck & Co., Inc. | 05-3608 |
| PAE | 2 | 05-2430 | Connie Ashby v. Merck & Co., Inc. | 05-3609 |
| PAE | 2 | 05-2441 | Daniel Dougan, etc. v. Merck & Co., Inc. | 05-3610 |
| PAE | 2 | 05-2442 | Shirley DeMary, etc. v. Merck & Co., Inc. | 05-3611 |
| PAE | 2 | 05-2460 | Shawne Christian, etc. v. Merck & Co., Inc. | 05-3612 |
| PAE | 2 | 05-2534 | Kathleen Gavlinski, etc. v. Merck & Co., Inc. | 05-3613 |
| PAE | 2 | 05-2537 | Leland Lewis, etc. v. Merck & Co., Inc. | 05-3614 |
| PAE | 2 | 05-2581 | Dewayne Cawley, etc. v. Merck & Co., Inc. | 05-3615 |
| PAE | 2 | 05-2583 | Jerusha C. Bartay, etc. v. Merck & Co., Inc. | 05-3616 |
| PAE | 2 | 05-2585 | David W. Almond, et al. v. Merck & Co., Inc. | 05-3617 |
| PAE | 2 | 05-2586 | John W. Astle, et al. v. Merck & Co., Inc. | 05-3618 |
| PAE | 2 | 05-2587 | Gregory L. Austin, et al. v. Merck & Co., Inc. | 05-3619 |
| PAE | 2 | 05-2644 | Muriel Besefske, et al. v. Merck & Co., Inc. | 05-3620 |
| PAE | 2 | 05-2646 | Barbara J. Bolick, et al. v. Merck & Co., Inc. | 05-3621 |
| PAE | 2 | 05-2647 | Ajay K. Bansal, et al. v. Merck & Co., Inc. | 05-3622 |
| PAE | 2 | 05-2648 | Arlene Belmore v. Merck & Co., Inc. | 05-3623 |
| PAE | 2 | 05-2649 | Patrice Blaustein, et al. v. Merck & Co., Inc. | 05-3624 |
| PAE | 2 | 05-2678 | Mary L. Bowman, et al. v. Merck & Co., Inc. | 05-3625 |
| PAE | 2 | 05-2680 | Michael E. Hardwick, et al. v. Merck & Co., Inc. | 05-3626 |
| PAE | 2 | 05-2692 | Gordon V. Carr, et al. v. Merck & Co., Inc. | 05-3627 |
| **PENNSYLVANIA WESTERN** | | | | |
| PAW | 1 | 05-174 | Thomas E. Folino, etc. v. Merck & Co., Inc. | 05-3628 |
| PAW | 2 | 05-773 | Madeline K. Tamblyn, etc. v. Merck & Co., Inc. | 05-3629 |
| **TENNESSEE WESTERN** | | | | |
| TNW | 1 | 05-1146 | Earnestine L. Bills v. Merck & Co., Inc., et al. | 05-3630 |
| TNW | 1 | 05-1154 | Lillian Olene Dawson, etc. v. Merck & Co., Inc. | 05-3631 |
| TNW | 1 | 05-1155 | Austin B. Franks, et al. v. Merck & Co., Inc., et al. | 05-3632 |
| TNW | 2 | 05-2391 | Susan Patricia Drake v. Merck & Co., Inc. | 05-3633 |
| TNW | 2 | 05-2397 | Dorothy H. Grannis v. Merck & Co., Inc. | 05-3634 |
| **TEXAS EASTERN** | | | | |
| TXE | 1 | 05-370 | Carol Jones v. Merck & Co., Inc. | 05-3434 |
| TXE | 2 | 05-233 | Policarpio Alberto Madrid v. Merck & Co., Inc., et al. | 05-3635 |
| **TEXAS NORTHERN** | | | | |
| TXN | 3 | 05-1010 | Maria Carmen Capote v. Merck & Co., Inc. | 05-3636 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 4 | 05-1956 | Johnnie M. Ray, et al. v. Merck & Co., Inc. | 05-3637 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS  (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS WESTERN** | | |
| TXW  1  05-381 | Laura Rojas v. Merck & Co., Inc. | 05-3638 |
| TXW  1  05-402 | Melvina Miller, et al. v. Merck & Co., Inc. | 05-3639 |
| TXW  1  05-419 | Edwin M. Richison, et al. v. Merck & Co., Inc. | 05-3640 |
| TXW  6  05-228 | Crystal Polk v. Merck & Co., Inc., et al. | 05-3641 |
| | | |
| **UTAH** | | |
| UT    1  05-77 | Jerry A. Colvell, et al. v. Merck & Co., Inc. | 05-3642 |
| | | |
| **VIRGINIA WESTERN** | | |
| VAW 1  05-47 | Burton Eugene Potter v. Merck & Co. Inc. | 05-3643 |
| | | |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS  1  05-459 | Willie Mae Davis, et al. v. Merck & Co., Inc. | 05-3644 |

# INVOLVED COUNSEL LIST (CTO-19)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

F. Wendell Allen
Bradley Arant Rose & White
P. O. Box 830709
Birmingham, AL 35283-0709

James T. Allison
Law Offices Of James T. Allison
100 North Main Bldg., Suite 2309
Memphis, TN 38103

Susan B. Altman
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936

Peter G. Angelos
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
P.O. Box 1147
Gulf Breeze, FL 32562-1147

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Denise Barton
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Denise Barton
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Sidney F. Beck, Jr.
Beck Law Firm, PC
P. O. Drawer 1310
Olive Branch, MS 38654-0310

Michael M. Berger
Lobl & Berger Law Offices
18455 Burbank Blvd., Suite 308
Tarzana, CA 91356

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Jeffrey Marc Braxton
Fernando L. Roig & Associates
312 S.E., 17th Street
Second Floor
Fort Lauderdale, FL 33316

Eugene W. Brees, II
Whitehurst, Harkness, Watson, London, et al.
P.O. Box 1802
Austin, TX 78767

John B. Briggs
Matthews & Steel
3575 Piedmont Road, NE
15 Piedmont Center, Suite 1560
Atlanta, GA 30305

Robert C. Brock
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
Montgomery, AL 26101-0270

Robert C. Brock
P.O. Box 270
Montgomery, AL 36101-0270

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Alyson L. Bustamante
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

David J. Caputo
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Andrew R. Carr, Jr.
Bateman, Gibson & Childers
Cotton Exchange Building
65 Union Avenue, Suite 1010
Memphis, TN 38103

Joseph Catalano, M.D
720 Hospital Drive
Shelbyville, KY 40065

Jeffrey W. Chambers
Ware, Jackson, Lee & Chambers, LLC
America Tower, 42nd Floor
2929 Allen Parkway
Houston, TX 77019

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

INVOLVED COUNSEL LIST (CTO-19) MDL-1657                                                PAGE 2 of 5

Louis P. Chiozza Jr.
Chiozza & Associates
230 Adams Ave.
Memphis, TN 38103

Dawn M. Chmielewski
Climaco, Lefkowitz, Peca Wilcox
& Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

John R. Climaco
Climaco, Lefkowitz, Peca Wilcox
& Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891

D. Jeffrey Coale
P.O. Box 2572
Abingdon, VA 24212

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Daniel F. Crowley
Daniel Crowley & Associates
37 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404

William C. Cunningham
P.O. Box 624
Columbus, MS 39703

D. Frank Davis
Davis & Norris, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, AL 35205

Mark A. DiCello
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Nicholas A. DiCello
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
St Louis, MO 63101

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Tony W. Edwards
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502

Donald J. Feinberg
Feinberg & Silva
2000 Market Street, Suite 1805
Philadelphia, PA 19103

Dennis Lynd Fleming
2189 East Main Street
Stockton, CA 95205

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Anthony Gallucci
Kelley & Ferraro, LLP
1300 East Ninth Street, Suite 1901
Cleveland, OH 44114

Henry G. Garrard, III
Blasingame, Burch, Garrard, Bryant
& Ashley
440 College Avenue North
P.O. Box 832
Athens, GA 30603

W. Lewis Garrison, Jr.
Garrison, Scott, Gamble & Rosenthal, PC
P.O. Box 11310
2224 1st Avenue North
Birmingham, AL 35202

Scott A. George
Sheller, Ludwig & Badey
One Greentree Centre, Suite 201
Rte 73 & Greentree Road
Marlton, NJ 08053

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Alfred L. Green, Jr.
Butt, Thornton & Baehr
P.O. Box 3170
Albuquerque, NM 87190

Richard H. Greener
Greener, Banducci & Shoemaker, P.A.
815 West Washington Street
Boise, ID 83702

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Charles C. Harrell
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Stanley N. Harris
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Stephanie J. Hartley
Sphorer, Wilner, Maxwell & Matthews, PA
701 West Adams Street, Suite 2
Jacksonville, FL 32204

INVOLVED COUNSEL LIST (CTO-19) MDL-1657                                    PAGE 3 of 5

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Timothy C. Holm
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Michael K. Houtz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road, Suite 320
Baltimore, MD 21208

Andrew B. Johnson
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

Joshua Katz
Lanahan & Reilley
3558 Round Barn Boulevard, Suite 300
Santa Rosa, CA 95403

Darla L. Keen
Lytal, Reiter, Clark, Fountain
& Williams, LLP
515 North Flagler Drive, Tenth Floor
P.O. Box 4056
West Palm Beach, FL 33402-4056

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

Michael V. Kelley
Kelley & Ferraro, LLP
1300 East Ninth Street, Suite 1901
Cleveland, OH 44114

Will Kemp
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109

R. Eric Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

David C. Landever
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Keith A. Lange
Lange Law Offices
15 North Detroit Street, Suite 1000
Kenton, OH 43326-1551

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

David Levenberg
Two Penn Center
1500 JKF Blvd., Suite 200
Philadelphia, PA 19102

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Kenneth W. Lewis
Bush, Lewis & Roebuck, P.C.
1240 Orleans Street
Beaumont, TX 77701

Phyllis Lile-King
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Charles V. Longo
25550 Chagrin Blvd., Suite 320
Beechwood, OH 44122

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

David M. McMullan, Jr.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

INVOLVED COUNSEL LIST (CTO-19) MDL-1657

David Meany
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Howard F. Messer
Howard Messer & Associates
310 Grant Street
Suite 530, Grant Building
Pittsburgh, PA 15219-2301

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202

Charles R. Mindlin
Fenstersheib & Blake
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Nancy A. Mismash
Mismash & McDonough
136 S. Main, Suite 404
Salt Lake City, UT 84107

Patricia L. Mitchell
Shawn, Khorrami Law Offices
14550 Haynes Street, 3rd Floor
Van Nuys, CA 91411

John T. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Higland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Thomas A. Outler
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103-1888

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

James M. Patton
Patton & Veigas PC
1200 20th Street, South, Suite 200
Birmingham, AL 32205

Alan H. Perer
Swensen, Perer, Johnson, et al.
Two Oliver Plaza, Suite 2710
Pittsburgh, PA 15222

M. Norwood Phillips
Shackleford, Phillips, Wineland & et al.
P.O. Box 1718
El Dorado, AR 71730-1718

Kristina Pickering
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71161

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Carols A. Prietto, III
Robinson Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027

Rick L. Rose
Ray, Quinney & Nebeker
36 S. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Robert W. Rowan
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Suite 4D Barristers Building
West Palm Beach, FL 33401-2317

Chad Schulze
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Darrell Scott
Scott Law Group
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36104-4160

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

INVOLVED COUNSEL LIST (CTO-19) MDL-1657

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

David Tao, M.D.
8006 Old Shepherdsville Rd.
Louisville, KY 40202

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Victoria Dizik Teremenko
Kenneth B. Moll & Associates
Three First National Plaza, 50th Floor
Chicago, IL 60602

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Mitchell A. Toups
Weller, Green, Toups & Terrell, LLP
2615 Calder, Suite 400
Beaumont, TX 77704

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Geroge T. Waddoups
Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Erik B. Walker
Hissey Kientz & Herron
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060

Seth S. Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

J. White
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Peter M. Williamson
Williamson & Associates
13915 Panay Way, Suite 1
Marina del Rey, CA 90292

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Douglas L. Winston
Berger & Zavesky
1425 Rockefeller Building
614 West Superior Avenue
Cleveland, OH 44113

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann,
LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
Franklin Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Gary A. Zucker
Zucker & Ballen
16 Court Street,  Suite 3100
Brooklyn, NY 11241

Lee H. des Bordes, Jr.
Hank Desbordes
7732 Goodwood Blvd., Suite A
Baton Rouge, LA 70806

# INVOLVED JUDGES LIST (CTO-19)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Anthony A. Alaimo
Senior U.S. District Judge
U.S. District Court
P.O. Box 944
Brunswick, GA 31521

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
649 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. John Antoon, II
U.S. District Judge
George C. Young U.S. Courthouse
80 North Hughey Avenue, 6th Floor
Orlando, FL 32801

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Sandra S. Beckwith
Chief Judge, U.S. District Court
810 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Dee V. Benson
Chief Judge, U.S. District Court
246 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Bruce D. Black
U.S. District Judge
640 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal Bldg
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2600

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Garrett E. Brown, Jr.
U.S. District Judge
4050 Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. James O. Browning
United States District Court
780 United States Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. William Matthew Byrne, Jr.
Senior U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

~~Hon. Jennifer B. Coffman~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~P.O. Box 2228~~
~~Lexington, KY 40588~~

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
3-160 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 20007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

INVOLVED JUDGES LIST (CTO-19) MDL-1657                                    PAGE 2 of 5

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Legrome D. Davis
U.S. District Judge
2609 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Kent J. Dawson~~
~~U.S. District Judge~~
~~6006 Lloyd D. George~~
~~U.S. Courthouse~~
~~333 Las Vegas Blvd., South~~
~~Las Vegas, NV 89101~~

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Peter C. Economus
U.S. District Judge
313 Fed. Bldg. & U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Leif B. Erickson
U.S. Magistrate Judge
370 Russell E. Smith Federal Bldg.
201 East Broadway Street
Missoula, MT 59802

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. David A. Faber
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 5009
Beckley, WV 25801

Hon. Dale S. Fischer
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

~~Hon. Audrey G. Fleissig~~
~~U.S Magistrate Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~Suite 3300~~
~~111 South 10th Street~~
~~St. Louis, MO 63102-9958~~

Hon. J. Owen Forrester
Senior U.S. District Judge
1921 Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Lorenzo F. Garcia
U.S. Magistrate Judge
680 U.S. Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. James T. Giles
Chief Judge, U.S. District Court
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1771

Hon. James S. Gwin
U.S. District Judge
510 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

~~Hon. Jean C. Hamilton~~
~~U.S. District Judge~~
~~16N Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. James H. Hancock
Senior U.S. District Judge
681 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Judith C. Herrera
U.S. District Judge
P.O. Box 2085
Santa Fe, NM 87504

~~Hon. John G. Heyburn, II~~
~~Chief Judge, U.S. District Court~~
~~239 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

INVOLVED JUDGES LIST (CTO-19) MDL-1657                                    PAGE 3 of 5

~~Hon. Larry R. Hicks~~
~~U.S. District Judge~~
~~607 Bruce R. Thompson U.S. Courthouse~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

~~Hon. Virginia Emerson Hopkins~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~619 Hugo L. Black U.S. Courthouse~~
~~1729 Fifth Avenue, North~~
~~Birmingham, AL 35203~~

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Dennis L. Howell
U.S Magistrate Judge
United States District Court
302 United States Courthouse
100 Otis Street
Asheville, NC 28801-2611

~~Hon. Roger L. Hunt~~
~~U.S. District Judge~~
~~6018 Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. William P. Johnson
U.S. District Judge
U.S. District Court
333 Lomas NW, Suite 770
Albuquerque, NM 87102

Hon. James P. Jones
Chief Judge, U.S. District Court
P.O. Box 669
Abingdon, VA 24212

~~Hon. Robert C. Jones~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~7005 Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Blvd., South~~
~~Las Vegas, NV 89101~~

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse, 501 I Street
Sacramento, CA 95814

Hon. Paul Kelly, Jr.
U.S. Circuit Judge
United States Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

~~Hon. George Herbert King~~
~~U.S. District Judge~~
~~670 Edward R. Roybal Fed. Bldg.~~
~~& Courthouse~~
~~255 East Temple Street~~
~~Los Angeles, CA 90012~~

Hon. Richard H. Kyle
U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Edward J. Lodge
U.S. District Judge
Fed. Bldg. & U.S. Courthouse, MSC 040
550 West Fort Street
Boise, ID 83724

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Fed. Bldg.
& U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

~~Hon. James C. Mahan~~
~~U.S. District Judge~~
~~6085 Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard South~~
~~Las Vegas, NV 89101~~

Hon. Nora M. Manella
U.S. District Judge
155 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. John M. Manos
Senior U.S. District Judge
16B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1841

Hon. Lourdes A. Martinez
U.S Magistrate Judge
U.S. District Court  Fed. Bldg.
200 East Griggs Avenue
Las Cruces, NM 88001

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

~~Hon. Howard D. McKibben~~
~~Senior U.S. District Judge~~
~~Bruce R. Thompson U.S. Courthouse~~
~~& Federal Building, Suite 804~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Sean J. McLaughlin
U.S. District Judge
17 South Park Row
Room A-250
Erie, PA 16501

INVOLVED JUDGES LIST (CTO-19) MDL-1657                    PAGE 4 of 5

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Karen B. Molzen
U.S. Magistrate Judge
United States District Court
Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Fed.
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. William T. Moore, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 10245
Savannah, GA 31412

Hon. Margaret M. Morrow
U.S. District Judge
7100 Edward R. Roybal Federal
Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

~~Hon. Catherine D. Perry~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 14th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Dan A. Polster
U.S. District Judge
188 Carl B. Stokes
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

~~Hon. Edward Rafeedie~~
~~Senior U.S. District Judge~~
~~U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Hon. Manuel L. Real
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

~~Hon. Edward C. Reed, Jr.~~
~~Senior U.S. District Judge~~
~~606 Bruce R. Thompson U.S. Courthouse~~
~~& Federal Building~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Hon. Walter H. Rice
Senior U.S. District Judge
909 Federal Building
200 West Second Street
Dayton, OH 45402

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

~~Hon. Thomas B. Russell~~
~~U.S. District Judge~~
~~307 Federal Building~~
~~501 Broadway Street~~
~~Paducah, KY 42001~~

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building
701 Clematis Street
West Palm Beach, FL 33401

INVOLVED JUDGES LIST (CTO-19) MDL-1657                                                    PAGE 5 of 5

Hon. W. Louis Sands
Chief Judge, U.S. District Court
201 W. Broad Ave.
Albany, GA 31701

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. George P. Schiavelli
U.S. District Judge
United States District Court
218 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Leslie C. Smith
U.S. Magistrate Judge
U.S. Court Federal Building
200 East Griggs Street, 1st Floor
Las Cruces, NM 88001

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
218 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Richard Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Anne E. Thompson
Senior U.S. District Judge
4000 Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Alan C. Torgerson
U.S Magistrate Judge
670 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Martha Vazquez
Chief Judge, U.S. District Court
P.O. Box 2710
Santa Fe, NM 87501-2710

Hon. Donald E. Walter
Senior U.S. District Judge
4200 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3050

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. James Ware
U.S. District Judge
4050 Robert F. Peckham U.S. Courthouse
& Federal Building
280 South First Street
San Jose, CA 95113

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Charles R. Weiner
Senior U.S. District Judge
6613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1770

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street, Suite 200
Austin, TX 78701

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

# INVOLVED CLERKS LIST (CTO-19)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse, MSC 039
550 West Fort Street
Boise, ID 83724

Cameron S. Burke, Clerk
205 North 4th Street, Second Floor
Coeur d'Alene, ID 83814

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1566
El Dorado, AR 71731-1566

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Geri M. Smith, Clerk
568 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal
Building & U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

Gregory J. Leonard, Clerk
P.O. Box 1906
Albany, GA 31702-1906

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James Bonini, Clerk
P.O. Box 970
Mid City Station
Dayton, OH 45402

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

~~Jeffrey A. Apperson, Clerk~~
~~106 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

John F. Corcoran, Clerk
P.O. Box 398
Abingdon, VA 24210

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

~~Lance S. Wilson, Clerk~~
~~Bruce R. Thompson U.S. Courthouse~~
~~& Fed. Bldg., Suite 301~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Luther D. Thomas, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

INVOLVED CLERKS LIST (CTO-19) MDL-1657                                PAGE 2 of 2

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert M. March, Clerk
C-309 Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Robert M. March, Clerk
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Robert R. Di Trolio, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1820
Erie, PA 16507-0820

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Scott Poff, Clerk
P.O. Box 1636
Brunswick, GA 31521-1636

Scott Poff, Clerk
P.O. Box 8286
Savannah, GA 31412-8286

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse &Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

August 2, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-19)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 15, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Deputy Clerk

Attachments

cc:    Transferee Judge:    Judge Eldon E. Fallon
       Transferor Judges:   (See Attached List of Judges)
       Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A