FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -9 AM 11: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------X

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

MDL No. 1657

**This Document Relates To:**
*John Popper and Abbie Popper v.*
*Merck & Co., Inc. and Finch's Drug, Inc.*
*Southern District of New York*
*Index No. 05 CIV. 3428 (S.D.N.Y.)*  EDLA #05-2296

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

---------------------------------------------------------X

## STIPULATION WITHDRAWING CROSS-CLAIMS

IT IS STIPULATED AND AGREED, by and between the undersigned, that defendant, FINCH'S DRUG, INC., by and through its attorneys, PENINO & MOYNIHAN, LLP, does hereby withdraw with prejudice all cross-claims asserted against defendant MERCK & CO., INC.

DATED:   White Plains, New York
              August 4, 2005

| PENINO & MOYNIHAN, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| BY: /s/ Douglas W. Falch | BY: /s/ Vilia B. Hayes |
| DOUGLAS W. FALCH (DWF 6493) | VILIA B. HAYES (VH 4601) |
| Attorneys for Defendant | Attorneys for Defendant |
| FINCH'S DRUG, INC. | MERCK & CO., INC. |
| 180 East Post Road, Suite 300 | One Battery Park Plaza |
| White Plains, New York 10601 | New York, New York 10004 |
| (914) 949-6996 | (212) 837-6000 |
| Our File No. 70-681 | |

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation Withdrawing Cross-Claims of Defendant Finch's Drug, Inc. has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of August, 2005.

*Dorothy H. Wimberly* (signature)

784030v.1