AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2005 AUG -5 PM 4:08*
*LORETTA G. WHYTE*
*CLERK*

LEON SMITH, JR., as administrator of the estate of
ALVIN PAUL SMITH

V.

PFIZER, INC. and MERCK & CO., INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-2637**

**SECT. L MAG. 3**

TO: MERCK & CO., INC. THROUGH:

CT CORPORATION SYSTEM

8550 UNITED PLAZA BLVD.

BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL E. BECNEL, JR.
LAW OFFICES OF DANIEL E. BECNEL, JR.
P.O. DRAWER H
RESERVE, LA  70084
(985) 536-1186
(985) 536-6445 (FACSIMILE)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                                    **JUN 2 7 2005**

CLERK                                                    DATE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

*B. Catalanotto*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7/29/05 |
| Name of SERVER (PRINT) Kevin P. Klibert | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personal service on defendant's agent for service of process: CT Corporation, 8550 United Plaza Blvd., Baton Rouge LA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/29/05
           Date

Signature of Server

Address of Server: P.O. Drawer H, Reserve, LA 70084

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.