UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 11 PM 3:23
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:     VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO ALL CASES | |

## SECOND AMENDED NOTICE OF DEPOSITION DUCES TECUM

TO:   Garret FitzGerald, M.D.
      Through
      Jeremy D. Mishkin, Esq.
      Montgomery, McCracken, Walker & Rhoads, LLP
      123 South Broad Street
      Philadelphia, Pennsylvania 19109-1030

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individuals on the date and time and location indicated below, or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures - The deposition shall be taken pursuant to Pre-Trial Order No. 9. The terms of such order are incorporated into this Notice. The deposition will be taken before a person authorized by law to administer oaths, pursuant to **Fed. R. Civ. P. 28**, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Deponent: Garrett FitzGerald, MD.
Date: August 23, 2005
Time: 10:00 A.M.
Location: Kline & Specter, P.C. 19th Floor, 1525 Locust St., Philadelphia, PA 19102

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

Primary Examiner: Michelle Tiger, Esquire or Christopher V. Tisi, Esquire

Pursuant to Fed R. Civ. Pro. 45, the deponent is commanded to produce and permit inspection and copying the documents requested in the Subpoena for deposition and documents served contemporaneously with this notice.

Note: This deposition is for records only. This deposition will be cancelled if the all the documents requested are produced on or before August 22, 2005, along with the Certificate of Authenticity.

Respectfully submitted:

_____
RUSS M. HERMAN, T.A. (La. Bar #6819)
LEONARD A. DAVIS, #14190
HERMAN, HERMAN, KATZ AND COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax:    (504) 561-6024
**LIAISON COUNSEL FOR PLAINTIFFS STEERING COMMITTEE**

| | |
|---|---|
| ANDY BIRCHFIELD JR.<br>Post Office Box 4160<br>Montgomery, AL 36103 | ARNOLD LEVIN<br>510 Walnut St., Suite 500<br>Philadelphia, PA 19106 |
| CHRISTOPHER A. SEEGER<br>One William Street<br>New York, New York 10004 | CAROLYN RHODES LEWIS<br>1111 Bagby, Suite 2200<br>Houston, TX 77702 |
| RICHARD J. ARSENAULT<br>Post Office Box 1190<br>Alexandria, LA 71309 | GERALD E. MEUNIER<br>2800 Energy Centre<br>1100 Poydras St.<br>New Orleans, LA 70163 |
| ELIZABETH J. CABRASER<br>Embarcadero Center West<br>275 Battery St., 30th Floor<br>San Francisco, CA 94111 | TROY A. RAFFERTY<br>Post Office Box 12308<br>Pensacola, FL 32591 |
| THOMAS R. KLINE<br>1525 Locust St., Suite 1900<br>Philadelphia, PA 19102 | DREW RANIER<br>1419 Ryan St.<br>Lake Charles, LA 70601 |

2

M:\Documents and Settings\rwestenfeld\Local Settings\Temporary Internet Files\OLKF\FitzGerald AMENDED DEPO NOTICE2 Final1.wpd\wd

MARK P. ROBINSON, JR.
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660

CHRISTOPHER V. TISI
2000 L St., NW, Suite 400
Washington, DC 20036

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on defendants liaison counsel, Phillip A. Wittmann by hand delivery or electronically and upon all counsel of record electronically or by electronically being uploaded to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 8 this 10th day of August 2005. In addition, it has been mailed postage prepaid to Michelle Tiger, Esquire and Jeremy D. Mishkin, Esquire.

_____
LEONARD A. DAVIS