FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 12 PM 4: 30

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

05-MD-1657

| | |
|---|---|
| LEON SMITH, JR., as administrator for the estate of ALVIN PAUL SMITH, | C/W |
| | CIVIL ACTION NO. 05-2637 |
| Plaintiff, | |
| | JUDGE FALLON |
| VERSUS | |
| | MAGISTRATE KNOWLES |
| PFIZER, INC. and MERCK & CO., INC. | |
| Defendants. | |

### DEFENDANT PFIZER INC.'S
### CORPORATE DISCLOSURE STATEMENT

PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure Statement, and states:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer Inc.*

___ Fee_____
___ Process_____
X_ Dktd_____
√_ CtRmDep_____
___ Doc. No._____

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 12th day of August, 2005.

_____