

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORAL L. DAVIS, | * | |
| | * | MDL Docket No. 1657 |
| Plaintiff, | * | |
| | * | In re: VIOXX PRODUCTS |
| v. | * | LIABILITY LITIGATION |
| | * | |
| MERCK & COMPANY, INC., et al., | * | CASE NO. 05-957 |
| | * | |
| Defendants. | * | |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

COMES NOW Sara T. Davis, Personal Representative of the Estate of Oral L. Davis, deceased, by and through her counsel of record, and requests that she be substituted for Oral L. Davis as Plaintiff. This motion is brought pursuant to Rule 25(a)(1), Fed.R.Civ.P. Sara T. Davis has submitted herewith a *Suggestion of Death*. In further support of this motion, Sara T. Davis states as follows:

1.      In October 2004, Plaintiff Oral L. Davis instituted this cause of action by filing an original complaint in the Circuit Court of Houston County, Alabama, seeking damages resulting from injuries caused to him by the ingestion of Vioxx® (Rofecoxib). The cause was subsequently removed to the United States District Court for the Middle District of Alabama and was transferred to the United States District Court for the Eastern District of Louisiana as part of the pending Vioxx Multidistrict Litigation.

2.      On December 31, 2004, Oral L. Davis died.

3.      On February 15, 2005, Sara T. Davis was appointed as the personal representative of the Estate of Oral L. Davis by the Probate Court of Houston County, Alabama. A copy of the Letters Testamentary appointing Sara T. Davis to this office is attached hereto.

1

WHEREFORE, Sara T. Davis respectfully requests that she be substituted as Plaintiff in this cause and that the style of the action be changed to accurately reflect her status as personal representative of the Estate of Oral L. Davis, namely: *Sara T. Davis, Personal Representative of the Estate of Oral L. Davis, Deceased, Plaintiff.*

RESPECTFULLY SUBMITTED this the 4th day of August, 2005.

---

JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

**OF COUNSEL:**
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36104-4160

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 4th day of August, 2005.

Robert C. Brock
Chadwick Morris
Benjamin Wilson
RUSHTON, STAKELY,
JOHNSONTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
(334) 206-3100
(334) 262-6277 – FAX

Charles Avrith
Norman C. Kleinberg
Theodore V.H. Mayer
HUGHES, HUBBARD & REED, L.L.P.
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

---

JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORAL L. DAVIS, | * | |
| | * | MDL Docket No. 1657 |
| Plaintiff, | * | |
| | * | In re: VIOXX PRODUCTS |
| v. | * | LIABILITY LITIGATION |
| | * | |
| MERCK & COMPLANY, INC., et al., | * | CASE NO. 05-957 |
| | * | |
| Defendants. | * | |

### SUGGESTION OF DEATH

COMES NOW Sara T. Davis, Personal Representative of the Estate of Oral L. Davis, deceased, by and through counsel of record, and hereby suggests upon the record the death of Plaintiff, Oral L. Davis, who died on or about December 31, 2004. See Rule 25(a)(1), Fed.R.Civ.P.

RESPECTFULLY SUBMITTED this the ____ day of August, 2005.

_____
JERE L. BEASLEY (Ala. Bar No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

**OF COUNSEL:**
BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36104-4160

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the ___ day of August, 2005.

| | |
|---|---|
| Robert C. Brock | Charles Avrith |
| Chadwick Morris | Norman C. Kleinberg |
| Benjamin Wilson | Theodore V.H. Mayer |
| RUSHTON, STAKELY, | HUGHES, HUBBARD & REED, L.L.P. |
| JOHNSONTON & GARRETT, P.A. | One Battery Park Plaza |
| 184 Commerce Street | New York, NY 10004 |
| P.O. Box 270 | (212) 837-6000 |
| (334) 206-3100 | |
| (334) 262-6277 – FAX | |

_____
JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

2