UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORAL L. DAVIS, | * | |
| | * | MDL Docket No. 1657 |
| Plaintiff, | * | |
| | * | In re: VIOXX PRODUCTS |
| v. | * | LIABILITY LITIGATION |
| | * | |
| MERCK & COMPANY, INC., et al., | * | CASE NO. 05-957 |
| | * | |
| Defendants. | * | |

## ORDER
### (Substituting Plaintiff)

THIS CAUSE comes before the Court on *Suggestion of Death* and *Motion for Substitution of Plaintiff*. Sara T. Davis has notified this Court and the Defendant Merck & Co., Inc. of the death of the Plaintiff, Oral L. Davis, has noted that she has been appointed personal representative of the Estate of Oral L. Davis, and has requested that she be substituted as Plaintiff in this cause, pursuant to Rule 25(a)(1), Fed.R.Civ.P.

It is hereby ORDERED that Sara T. Davis's *Motion for Substitution of Plaintiff* be **GRANTED**.

DONE this the __ day of _____, 2005.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1