**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG - 8 2005
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO: 1657<br>SECTION: L<br>JUDGE FALLON |

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. 05-538

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR PLAINTIFF ELIZABETH CAROLYN PEARSON

COMES NOW, Waters & Kraus, LLP, attorneys for Elizabeth Carolyn Pearson, and files this her Motion to Substitute Counsel of Record For Plaintiff Elizabeth Carolyn Pearson and would respectfully show the Court as follows:

1. Counsel withdrawing appearance in the instant case, Waters & Kraus, LLP, counsel of record for Plaintiff, Elizabeth Carolyn Pearson, has requested that Steven B. Stein of Levin, Simes & Kaiser, LLP, assume representation of Plaintiff, Elizabeth Carolyn Pearson's, interest in this case.

2. To that end, an original Substitution of Appearance executed by all counsel consenting to this arrangement is attached and incorporated hereto as Exhibit A.

WHEREFORE, PREMISE CONSIDERED, Plaintiff respectfully requests that this Court substitute the appearance of Steven B. Stein and the law firm of Levin, Simes & Kaiser, for that of withdrawing counsel, Waters & Kraus, LLP.



___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No._____

Respectfully submitted,

WATERS & KRAUS, L.L.P.

*/s/ Dana Fox*

DANA C. FOX
State Bar No. 24032191
Attorney-in-Charge
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 (Telephone)
(214) 357-7252 (Facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Plaintiff Elizabeth Carolyn Pearson has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 4th day of August, 2005.

*/s/ Dana Fox*

DANA C. FOX

# United States District Court

_____ *DISTRICT* OF _____

THE EASTERN DISTRICT OF LOUISIANA

SUBSTITUTION OF APPEARANCE

CASE NUMBER: MDL 1657

To the Clerk of this court and all parties of record:

Substitute our appearance as counsel in this case for
ELIZABETH CAROLYN PEARSON

Counsel Withdrawing Appearance

*(signature)*
*Signature*

Dana Fox
*Print Name*

3219 McKinney Avenue
*Address*

Dallas, Texas 75204
*City    State    Zip Code*

(214) 357-6244
*Phone Number*

Counsel Entering Appearance

*(signature)*
*Signature*

Steven B. Stein
*Print Name*

One Bush Street, 14th Floor
*Address*

San Francisco, CA 94104
*City    State    Zip Code*

(415) 646-7171
*Phone Number*

August 2, 2005
*Date*

3