UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX   MDL NO: 1657
PRODUCTS LIABILITY LITIGATION   SECTION: L
   JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. 05-538

### ORDER ON MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR PLAINTIFF ELIZABETH CAROLYN PEARSON

On this date came on for consideration one Motion to Substitute Counsel of Record for Plaintiff Elizabeth Carolyn Pearson (the "Motion") with Waters & Kraus, LLP, withdrawing as counsel of record and Levin, Simes & Kaiser, LLP, appearing as counsel of record for Plaintiff Elizabeth Carolyn Pearson. Having considered the Motion, the Court is of the opinion that the Motion should be, and it hereby is **GRANTED**.

SIGNED this 12 day of Aug, 2005.

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

DANA C. FOX
State Bar No. 24032191
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Ave, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFF

4