COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 10 PM 3:31
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES: | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO AMEND CAPTION OF PLAINTIFFS' STEERING COMMITTEE'S ANCILLARY NOTICE CONCERNING MASTER COMPLAINTS FOR PERSONAL INJURY AND MEDICAL MONITORING

NOW INTO COURT, comes Plaintiffs' Liaison Counsel, who hereby requests that the Court allow an amendment to the caption of the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring that was filed in this Court on August 2, 2005, for the reasons set forth below:

I.

On August 2, 2005, Plaintiffs, pursuant to Pre-Trial Order No. 16, Section IV(A), filed with the Court the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring.

II.

Following the filing of the Complaint, the Clerk of Court identified certain issues important to the administration of the Clerk's Office in connection with the caption of the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring.

W:\25000-29999\27115\000\PLD\Motion to Amend Caption of the PSC's Ancillary Notice Concerning Master Complaints 2005-8-5.doc

1

Fee_____
Process____
X/Dktd_____
✓ CtRmDep___
___ Doc. No._____

III.

At the request of the Court, Plaintiffs desire to amend the caption of the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring to the form set forth in the attached Exhibit "A".

IV.

Plaintiffs' Liaison Counsel has communicated with Defense Liaison Counsel and there is no objection to this motion.

WHEREFORE, Plaintiffs request that the caption of the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring be amended and that the attached Exhibit "A" be substituted reflecting the amended caption for the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
**Plaintiffs' Liaison Counsel**

| Richard J. Arsenault, Esq. | Gerald E. Meunier, Esq. |
|---|---|
| P.O. Box 1190 | Energy Centre |
| 2220 Bonaventure Court | 1100 Poydras Street, Suite 2800 |
| Alexandria, LA  71309-1190 | New Orleans, LA  70163-2800 |
| PH: (318) 487-9874 | PH: (504) 522-2304 |
| FAX: (318) 561-2591 | FAX: (504) 528-9973 |

W:\25000-29999\27115\000\PLD\Motion to Amend Caption of the PSC's Ancillary Notice Concerning Master Complaints 2005-8-5.doc

| | |
|---|---|
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 10th day of August, 2005.

W:\25000-29999\27115\000\PLD\Motion to Amend Caption of the PSC's Ancillary Notice Concerning Master Complaints 2005-8-5.doc

3