UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES: | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Amend Caption of the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring filed on behalf of Plaintiff Liaison Counsel;

IT IS ORDERED BY THE COURT that the substituted caption attached as Exhibit "A" to Plaintiffs' Motion be and is hereby allowed and that Exhibit "A" shall be substituted for the caption of the Plaintiffs' Steering Committee's Ancillary Notice Concerning Master Complaints for Personal Injury and Medical Monitoring.

NEW ORLEANS, Louisiana, this 12 day of Aug, 2005.

Eldon E. Fallon
United States District Judge

W:\25000-29999\27115\000\PLD\Motion to Amend Caption of the PSC's Ancillary Notice Concerning Master Complaints 2005-8-5.doc

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| PLAINTIFFS' STEERING COMMITTEE'S ANCILLARY NOTICE CONCERNING MASTER COMPLAINTS FOR PERSONAL INJURY AND MEDICAL MONITORING | MAGISTRATE JUDGE KNOWLES |

## PLAINTIFFS' STEERING COMMITTEE'S ANCILLARY NOTICE CONCERNING MASTER COMPLAINTS FOR PERSONAL INJURY AND MEDICAL MONITORING

EXHIBIT "A"