FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 15  AM 8: 45

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :      MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION:
                                   :      SECTION: L
                                   :
THIS DOCUMENT RELATES TO ALL CASES:      JUDGE FALLON
                                   :      MAG. JUDGE KNOWLES

**************************************************************************

### O R D E R

Considering the Motion to Amend Caption of Plaintiffs' Purchase Claims Master Class

Action Complaint filed on behalf of Plaintiff Liaison Counsel;

IT IS ORDERED BY THE COURT that the substituted caption attached as Exhibit "A"

to Plaintiffs' Motion be and is hereby allowed and that Exhibit "A" shall be substituted for the

caption of Plaintiffs' Purchase Claims Master Class Action Complaint.

NEW ORLEANS, Louisiana, this /2 day of _Aug_____, 2005.


_____
Eldon E. Fallon
United States District Judge


_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE Vioxx PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1657<br>SECTION: L |
| | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| | ) | |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED<br><br>PURCHASE CLAIMS MASTER <u>CLASS</u> |

# <u>PURCHASE CLAIMS MASTER CLASS ACTION COMPLAINT</u>

**EXHIBIT "A"**