FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 15 PM 4:06

LORETTA G. WHYTE
CLERK

MDL 1657

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MR. AND MRS. LOUIS WEIGEL | * | CIVIL ACTION NO. 05-0379 |
| Plaintiffs | * | |
| versus | * | JUDGE JAY C. ~~ZAINEY~~ Fallon |
| MERCK & COMPANY, INC. AND JOHN DOE | * | |
| | * | MAGISTRATE JUDGE |
| Defendants | * | JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation; denied as moot

**IT IS HEREBY ORDERED** that the motion be and hereby is ~~GRANTED~~. ~~This case is STAYED pending further orders from this Court.~~

New Orleans, Louisiana, this 15 day of Aug, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee
_X_ Process
___ Dktd
___ CtRmDep
___ Doc. No

4