

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 12  PM 1:07

LORETTA G. WHYTE
      CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657   05-2357<br><br>SECTION: L    4/2<br><br>JUDGE FALLON<br>   MAG. JUDGE KNOWLES |
| BEVERLY A. BAKER, individually and as the Personal Representative of the ESTATE OF MICHAEL BAKER, SR., deceased,<br><br>Plaintiffs<br><br>v.<br><br>MERCK & COMPANY, INC., a New Jersey Corporation,<br><br>Defendant. | **MOTION TO SUBSTITUTE COUNSEL**<br><br>Filed on behalf of Plaintiffs<br><br>Counsel of record for this party:<br><br>Alan H. Perer, Esquire<br>Pa. Id. # 23603<br><br>Brian W. DelVecchio, Esquire<br>Pa. Id. #79666<br><br>SWENSEN, PERER & KONTOS<br>Firm #262<br>One Oxford Centre, Suite 2501<br>Pittsburgh, PA  15219<br><br>(412) 281-1970 |

```
___ Fee_____
___ Process_____
 X  Dktd_____
 /  CtRmDep_____
___ Doc. No._____
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

BEVERLY A. BAKER, individually and as the Personal Representative of the ESTATE OF MICHAEL BAKER, SR., deceased, v. MERCK & COMPANY, INC., a New Jersey Corporation

## MOTION TO SUBSTITUTE COUNSEL

AND NOW comes Plaintiffs, Beverly A. Baker, individually and as the personal representative of the Estate of Michael Baker, Sr., deceased, by and through their attorneys, Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and Swensen, Perer & Kontos, and files the within Motion to Substitute Appearance of Counsel, averring as follows:

1. Counsel withdrawing appearance in the instant case, Mark R. Galzerano, Esquire, Plaintiffs of record, Beverly A. Baker, individually and as the personal representative of the Estate of Michael Baker, Sr., deceased, have requested that Alan H. Perer, Esquire, and Brian W. DelVecchio, Esquire, and Swensen, Perer & Kontos assume representation of Plaintiffs' interest in this case.

2. To that end, a copy of the Substitution of Appearance, originally filed in the United States Western District of Pennsylvania, executed by all counsel consenting to this arrangement is attached at Exhibit "1".

WHEREFORE, Plaintiffs respectfully request that this Court substitute the appearance of Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and the law firm of Swensen, Perer & Kontos, for that of withdrawing counsel, Mark R. Galzerano, Esquire.

Respectfully submitted,

_/s/ Brian W. DelVecchio_
Brian W. DelVecchio, Esquire

AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF
THE WESTERN DISTRICT OF PENNSYLVANIA

SUBSTITUTION OF **APPEARANCE**

CASE NUMBER: 05 0425

To the Clerk of this court and all parties of record:

Substitute my appearance as counsel in this case for

BEVERLY A. BAKER, Individually and as the Personal Representative of the Estate of Michael Baker, Sr., Deceased

| Counsel Withdrawing Appearance | Counsel Entering Appearance |
|---|---|
| Signature | Signature |
| Mark R. Galzerano | Brian W. DelVecchio |
| Print Name | Print Name |
| 1301 Hornyak Drive | One Oxford Centre, Suite 2501 |
| Address | Address |
| Aliquippa, PA 15001 | Pittsburgh, PA 15219 |
| City   State   Zip Code | City   State   Zip Code |
| 724-378-5432 | 412-281-1970 |
| Phone Number | Phone Number |

AND NOW, this 7th day of June, 2005,
IT IS SO ORDERED.                      3 JUNE 2005
_____  Date
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S EXHIBIT 1



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **MOTION TO SUBSTITUTE COUNSEL** is being served upon the following counsel of record this ___8___ day of ___August___, 2005 via first class mail, postage prepaid:

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA  70113
*(Plaintiff's Liaison Counsel)*

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130
*(Defendant's Liaison Counsel)*

Joshua G. Schiller and
S. Tessie Corbin
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103
*(Defense counsel)*

Mark R. Galzerano, P.C.
Attorney at Law
1301 Hornyak Drive
Aliquippa, PA  15001-4544

By: _____
Brian W. DelVecchio, Esquire
Attorney for Plaintiff