UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 15 P 2:37
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

BEVERLY A. BAKER, individually and as the Personal Representative of the ESTATE OF MICHAEL BAKER, SR., deceased, v. MERCK & COMPANY, INC., a New Jersey Corporation

## ORDER

AND NOW, to wit this __15__ day of __August__, 2005 it is hereby ORDERED, ADJUDGED and DECREED that the within for Motion for Substitution of Appearance is granted and the Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and the law firm of Swensen, Perer & Kontos are hereby substituted for withdrawing counsel, Mark R. Galzerano, Esquire, as attorneys of record, for Plaintiffs, Beverly A. Baker, individually and as the personal representative of the Estate of Michael Baker, Sr., deceased.

_[signature]_ J.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____