FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 12  PM 3:02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation | *  MDL NO 1657<br>*<br>*  SECTION: L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO** *Benavidez, et al. v. Merck & Co., Inc, et al.*, No. 05-0557, previously filed as 5:03-CV-00134; S.D. Tex.

### MERCK'S MOTION FOR SUBSTITUTION OF COUNSEL

1.  Defendant Merck & Co., Inc. ("Merck") files this Motion to Substitute Charles A. Deacon, Attorney-in-Charge, and the law firm of Fulbright & Jaworski L.L.P. as counsel for Merck in place of Richard L. Josephson and the law firm of Baker Botts L.L.P.

2.  The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.  This substitution of counsel is agreed to by Merck.

Defendant Merck respectfully requests that the Court grant this Motion and all other just relief.

30913760.1

Fee
Process
X Dktd   Page 1
CtRmDep
Doc. No

Respectfully submitted,

BAKER BOTTS, L.L.P.

By _____
Richard L. Josephson
State Bar No. 11031500
Federal ID No. 04614
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

**Withdrawing Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Travis Sales
State Bar No. 17532080
Federal ID No. 09173
Maryanne Lyons
State Bar No. 00787937
Federal ID No. 17547
W. Zachary Hughes
State Bar No. 24032441
Federal ID No. 30097
Baker Botts, L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Charles A. Deacon
Charles A. Deacon
State Bar No. 05673300

300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

**Substituting Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Thomas A. Countryman, Senior Counsel
State Bar No. 04888100
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion for substitution of counsel has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via facsimile and/or United States Mail, postage prepaid on August 9th, 2005.

Carlene Lewis
Shelly Sanford
GOFORTH LEWIS
SANFORD WILSON, L.L.P
2200 Heritage Plaza
111 Bagby
Houston, Texas 77002

Tim T. Griesenbeck, Jr.
Plunkett & Gibson, Inc.
Renaissance Plaza, Suite 1100
70 N.E. Loop 410
P.O. Box 795061
San Antonio, Texas 78216

Albert Huerta
The Huerta Law Firm
924 Leopard
Corpus Christi, Texas 78401

Albert Huerta

_____
Charles A. Deacon