

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN, as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * *

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on September 1, 2005, beginning at 12:00 p.m. and continuing day-to-day until completion, counsel for Defendants will take the deposition upon oral examination of Christopher **Schirmer, M.D.**, before a notary public or other authorized officer, at The Law Offices of Bunnell & Woulfe, One Financial Plaza, 9th Floor, Ft. Lauderdale, Florida 33394.

Dr. Schirmer is directed *to produce copies of the following documents to Williams & Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005 for receipt no later*

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

***than 7 days before the deposition* [August 24, 2005]** and to bring these documents to his deposition:

1. A copy of **Dr. Schirmer**'s most current *curriculum vitae*.

2. Any and all material **Dr. Schirmer** has reviewed in connection with this litigation.

3. Anything **Dr. Schirmer** has reviewed in preparation for his testimony, including but not limited to, any medical treatises or articles, expert reports, or other documents.

4. All communications with Plaintiff or Plaintiff's agents or Plaintiff's counsel or agents of Plaintiff's counsel.

5. All documents or other materials relating to the care and treatment of the decedent Richard Irvin – medical records – in **Dr. Schirmer**'s possession, custody, or control. The documents and materials requested include all medical records related to the decedent Richard Irvin, including but not limited to, patient consent forms, patient questionnaires, patient histories, patient records, notes, memoranda, records, protocols, intake forms, insurance forms, x-rays, MRI films, MRA films, reports, disability applications, and correspondence. Documents include recorded material of any kind, whether recorded in writing, electronically, or by any other means.

6. Any and all material in **Dr. Schirmer**'s possession, custody, or control regarding NSAIDs in general and Vioxx® in particular.

7. Any and all material in **Dr. Schirmer**'s possession, custody, or control regarding Merck & Co., Inc., including but not limited to, any material from professional sales representatives ("detailers"), Professional Information Requests ("PIRs"), and correspondence.

784812v.1

8.  Any and all samples of Vioxx® in **Dr. Schirmer**'s possession, custody, or control.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

and

Douglas Marvin
Elaine Horn
Megan Hills
WILLIAMS & CONNELLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

Attorneys for Merck & Co., Inc.

3

784812v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Deposition and Subpoena *Duces Tecum* has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, plaintiffs' counsel Andy Birchfield via e-mail, and Counsel for Christopher Schirmer, M.D., Rick Woulfe, Esq., by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this ___15th___ day of August, 2005.

_____

4

784812v.1