UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 15  PM 4: 52

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN, as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that Defendant Merck & Co., Inc., by undersigned counsel, will take the deposition upon oral examination of the witnesses identified below pursuant to the Federal Rules of Civil Procedure, at the date, time and place indicated below, before an officer authorized to take depositions and swear witnesses.  The depositions will continue day to day until completed.

| | |
|---|---|
| Witness: | **Richard Irvin, III** |
| Date: | August 23, 2005 |
| Time: | 10:00 a.m. |
| Location: | Law Offices of Brown, Terrell, Hogan, Ellis, McClamma, Yegelwel, P.A. |
| | 233 East Bay Street, 8th Floor |
| | Jacksonville, FL 32202 |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

784820v.1

|  |  |
|---|---|
| Witness: | **Ashley Irvin** |
| Date: | August 26, 2005 |
| Time: | 10:00 a.m. |
| Location: | Law Offices of Brown, Terrell, Hogan, Ellis, McClamma, Yegelwel, P.A. |
|  | 233 East Bay Street, 8th Floor |
|  | Jacksonville, FL 32202 |

Mr. Irvin is directed *to produce copies of the following documents to* Williams & Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005 *for receipt no later than days before 4 days before the deposition and to bring the originals to the deposition* as this information has been requested previously through interrogatories, but all responsive documents have not yet been produced.

Ms. Irvin is directed *to produce copies of the following documents to* Williams & Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005 *for receipt no later than days before 7 days before the deposition and to bring the originals to the deposition* as this information has been requested previously through interrogatories, but all responsive documents have not yet been produced.

These requests for information are not new requests, but have been previously made:

1. All documents and material in the deponent's possession, custody or control relating and/or reflecting the decedent's support and services to **the Deponent** for the five (5) years preceding April 15, 2001, including, but not limited to, any gifts or loans of money given by decedent to **the Deponent**, attaching the filed tax returns of **the Deponent** reflecting **the Deponent's** financial condition during the specified period and all documents and/or other records or materials related to and/or reflecting the support and services provided by the decedent to **the Deponent**;

784820v.1

2.	All documents and/or material in **the Deponent's** possession, custody or control relating and/or reflecting mental pain, emotional distress, or mental injury suffered by **the Deponent** from the date of decedent's injury or death, including but not limited to any medical records, bills, prescription records, reflecting treatment for such injury.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

and

Douglas Marvin
Elaine Horn
Megan Hills
WILLIAMS & CONNELLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

Attorneys for Merck & Co., Inc.

784820v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Depositions has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 15th day of August, 2005.

*[signature]*

784820v.1