A CERTIFIED TRUE COPY

AUG 10 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 15 AM 11: 51

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-20)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 832 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 10 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

EDLA
SEC. L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 05-1265 | Willie E. Smith v. Merck & Co., Inc. | 05-3822 |
| ALN 2 05-1275 | Kathryn Gates, et al. v. Merck & Co., Inc. | 05-3823 |
| ALN 2 05-1334 | Orrie Q. Johnson, etc. v. Merck & Co., Inc. | 05-3824 |
| **ARKANSAS EASTERN** | | |
| ARE 2 05-133 | Elizabeth Kennedy v. Merck & Co., Inc., et al. | 05-3825 |
| ARE 2 05-135 | Ronald Johnson, et al. v. Merck & Co., Inc., et al. | 05-3826 |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC 2 05-4073~~ | ~~Doris Aaron v. Merck & Co., Inc., et al.~~ Vacated 8/9/05 | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 05-2244~~ | ~~Mylene Edsall, et al. v. Merck & Co., Inc.~~ Vacated 8/9/05 | |
| **COLORADO** | | |
| CO 1 05-1055 | Joseph F. Hatala, et al. v. Merck & Co., Inc. | 05-3827 |
| **CONNECTICUT** | | |
| CT 3 05-995 | Thomas Gainey, etc. v. Merck & Co., Inc. | 05-3828 |
| **FLORIDA MIDDLE** | | |
| FLM 2 05-285 | Donald Allain, et al. v. Merck & Co., Inc. | 05-3829 |
| FLM 2 05-292 | Barbara Steele v. Merck & Co., Inc. | 05-3830 |
| FLM 6 05-847 | Linda Gecosky, et al. v. Merck & Co., Inc. | 05-3831 |
| FLM 8 05-1096 | Bruce A. Bruce, et al. v. Merck & Co., Inc. | 05-3832 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 05-60959 | Marjorie Borsum, et al. v. Merck & Co., Inc. | 05-3833 |
| FLS 1 05-21529 | Kermit Lee, et al. v. Merck & Co., Inc. | 05-3834 |
| **GEORGIA NORTHERN** | | |
| GAN 1 05-1525 | Sylvester Storey v. Merck & Co., Inc. | 05-3835 |
| GAN 1 05-1607 | Tamberlyn Y. Telgen, etc. v. Merck & Co., Inc. | 05-3836 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 05-450~~ | ~~Stanley Hayes v. Merck & Co., Inc., et al.~~ Opposed 8/9/05 | |
| **KENTUCKY WESTERN** | | |
| ~~KYW 3 05-351~~ | ~~Lois Hammond, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/9/05 | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-846 | J.M. Walters, Jr. v. Merck & Co., Inc. | 05-3837 |
| LAM 3 05-904 | Edward Smith v. Merck & Co., Inc. | 05-3838 |
| **LOUISIANA WESTERN** | | |
| LAW 2 05-1137 | Lester Fontenot v. Merck & Co., Inc. | 05-3839 |
| LAW 3 05-190 | Elizabeth A. Bradley v. Merck & Co., Inc. | 05-3840 |
| **MASSACHUSETTS** | | |
| MA 1 05-11307 | Patricia Rafferty v. Merck & Co., Inc. | 05-3841 |
| MA 1 05-11308 | Celia Houghton, et al. v. Merck & Co., Inc. | 05-3842 |

SCHEDULE CTO-20 - TAG-ALONG ACTIONS (MDL - 1657)     PAGE 2 OF 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MA 1 05-11309 | Dorothy M. Basile v. Merck & Co., Inc. | 05-3843 |
| MA 1 05-11310 | Ernest Pleasant v. Merck & Co., Inc. | 05-3844 |
| **MARYLAND** | | |
| MD 8 05-1662 | Paul Williams, etc. v. Merck & Co., Inc. | 05-3845 |
| **MINNESOTA** | | |
| MN 0 05-1161 | Elaine H. Akerstrom v. Merck & Co., Inc. | 05-3846 |
| MN 0 05-1188 | Lawrence Junior Lowrie v. Merck & Co., Inc. | 05-3847 |
| MN 0 05-1218 | Charles A. Agnew v. Merck & Co., Inc. | 05-3848 |
| MN 0 05-1219 | Betty E. Johnson v. Merck & Co., Inc. | 05-3849 |
| MN 0 05-1229 | Kenneth K. Bromen v. Merck & Co., Inc. | 05-3850 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-298 | David Braun, et al. v. Merck & Co., Inc., et al. | 05-3851 |
| MOE 4 05-306 | Ella Price, et al. v. Merck & Co., Inc., et al. | 05-3852 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 05-145 | Perry Wayne Robertson v. Merck & Co., Inc. | 05-3853 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 05-441 | David Howard v. Merck & Co., Inc., et al. | 05-3854 |
| **NEBRASKA** | | |
| NE 7 05-5009 | Oliver S. Mason v. Merck & Co., Inc. | 05-3855 |
| NE 8 05-285 | Mary M. Kleber v. Merck & Co., Inc. | 05-3856 |
| **NEW HAMPSHIRE** | | |
| NH 1 05-227 | William Miller, et al. v. Merck & Co., Inc. | 05-3857 |
| **NEVADA** | | |
| ~~NV 3 05-332~~ | ~~Jennie Allred, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/9/05 | |
| **NEW YORK EASTERN** | | |
| NYE 1 05-2952 | Frida Goldenberg v. Merck & Co., Inc., et al. | 05-3858 |
| NYE 1 05-2971 | Annemarie Tullo, et al. v. Merck & Co., Inc. | 05-3859 |
| NYE 2 05-2833 | Marc Salzberg, et al. v. Merck & Co., Inc. | 05-3860 |
| **NEW YORK NORTHERN** | | |
| NYN 5 05-761 | Diane M. Mann, etc. v. Merck & Co., Inc. | 05-3861 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 04-6106 | Olga Dana, et al. v. Merck & Co., Inc. | 05-3862 |
| NYS 1 05-4563 | Taiwo Sapara v. Merck & Co., Inc. | 05-3863 |
| NYS 1 05-5516 | Matilde Velasquez v. Merck & Co., Inc. | 05-3864 |
| NYS 1 05-5517 | Sukhrajie Seeraj v. Merck & Co., Inc., et al. | 05-3865 |
| NYS 1 05-5519 | Frank Altomare, et al. v. Merck & Co., Inc., et al. | 05-3866 |
| NYS 1 05-5522 | Norma Young v. Merck & Co., Inc., et al. | 05-3867 |
| NYS 1 05-5523 | Patricia Garrow v. Merck & Co., Inc., et al. | 05-3868 |
| NYS 1 05-5928 | Vasilios Patrakas v. Merck & Co., Inc. | 05-3869 |
| NYS 1 05-5929 | Dionysios Patrakas, et al. v. Merck & Co., Inc. | 05-3870 |
| NYS 1 05-5931 | Effie Patrakas, et al. v. Merck & Co., Inc. | 05-3871 |
| NYS 1 05-5932 | Harry Patrakas v. Merck & Co., Inc. | 05-3872 |
| NYS 1 05-5933 | Dimostithinis Patrakas v. Merck & Co., Inc. | 05-3873 |
| NYS 1 05-6007 | Nicholaos Drenis v. Merck & Co., Inc. | 05-3874 |
| NYS 1 05-6008 | Peter Stagias, et al. v. Merck & Co., Inc. | 05-3875 |
| NYS 1 05-6010 | Angelos Psomos v. Merck & Co., Inc. | 05-3876 |

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| NYS 1  05-6011 | Michael Mitaras v. Merck & Co., Inc. | 05-3877 |
| NYS 1  05-6013 | Fotis Miltalios v. Merck & Co., Inc. | 05-3878 |
| NYS 1  05-6044 | Diamonto Vartsakis v. Merck & Co., Inc. | 05-3879 |
| NYS 1  05-6045 | Alexandros Garidis v. Merck & Co., Inc. | 05-3880 |
| NYS 1  05-6046 | Faina Shamis v. Merck & Co., Inc. | 05-3881 |
| NYS 1  05-6047 | Raisa Yarosh v. Merck & Co., Inc. | 05-3882 |
| NYS 1  05-6102 | Diana Hauzenberg, et al. v. Merck & Co., Inc. | 05-3883 |
| NYS 1  05-6103 | Petros Ikonomidis v. Merck & Co., Inc. | 05-3884 |
| NYS 1  05-6104 | Carlo Dana, et al. v. Merck & Co., Inc. | 05-3885 |
| NYS 7  05-5784 | Philip Ginsberg, et al. v. Merck & Co., Inc. | 05-3886 |

**NEW YORK WESTERN**
~~NYW 6  05-6338~~        ~~Lynn Krieger v. Merck & Co., Inc., et al.~~ Opposed 8/8/05

**OHIO NORTHERN**

| OHN 3  05-7123 | Judith U. Williams, et al. v. Merck & Co., Inc. | 05-3887 |
|---|---|---|
| OHN 3  05-7124 | Charlesl J. Hughes v. Merck & Co., Inc. | 05-3888 |
| OHN 4  05-791 | Christina Raynor v. Merck & Co., Inc. | 05-3889 |

**OREGON**
~~OR 6  05-6184~~        ~~Wayne S. Harger v. Merck & Co., Inc., et al.~~ Opposed 8/9/05

**PENNSYLVANIA EASTERN**

| PAE 2  05-2566 | James Lipe, et al. v. Merck & Co., Inc. | 05-3890 |
|---|---|---|
| PAE 2  05-2716 | Elvira Abundiz, et al. v. Merck & Co., Inc. | 05-3891 |
| PAE 2  05-2718 | Edward D. Arnold, et al. v. Merck & Co., Inc. | 05-3892 |
| PAE 2  05-2719 | Betty G. Baker v. Merck & Co., Inc. | 05-3893 |
| PAE 2  05-2814 | Augustus Bidwell, et al. v. Merck & Co., Inc. | 05-3894 |
| PAE 2  05-2815 | Helen M. Booth v. Merck & Co., Inc. | 05-3895 |
| PAE 2  05-2816 | Charles U. Busch, et al. v. Merck & Co., Inc. | 05-3896 |
| PAE 2  05-2944 | Carol A. Greene, etc. v. Merck & Co., Inc. | 05-3897 |
| PAE 2  05-3069 | William F. Hess, Jr. v. Merck & Co., Inc. | 05-3898 |

**SOUTH CAROLINA**

| SC 7  05-1791 | Robert Wilkins, etc. v. Merck & Co., Inc. | 05-3899 |
|---|---|---|

**TENNESSEE WESTERN**

| TNW 1  05-1159 | Jerry Foster, et al. v. Merck & Co., Inc., et al. | 05-3900 |
|---|---|---|
| TNW 1  05-1160 | Charmian A. Wright, et al. v. Merck & Co., Inc., et al. | 05-3901 |
| TNW 1  05-1166 | Denny E. West v. Merck & Co., Inc., et al. | 05-3902 |

**TEXAS EASTERN**

| TXE 1  05-408 | Arnold Kidd v. Merck & Co., Inc., et al. | 05-3903 |
|---|---|---|
| TXE 2  05-218 | Chiquita Alexander, et al. v. Merck & Co., Inc. | 05-3904 |
| TXE 2  05-221 | Beaulah Luper, et al. v. Merck & Co., Inc., et al. | 05-3905 |
| TXE 2  05-222 | Wayne Venters v. Merck & Co., Inc., et al. | 05-3906 |
| TXE 2  05-223 | Kevin F. Smith, et al. v. Merck & Co., Inc., et al. | 05-3907 |
| TXE 2  05-224 | Dawn Shelton v. Merck & Co., Inc., et al. | 05-3908 |
| TXE 2  05-225 | Dorothy M. Shreves v. Merck & Co., Inc., et al. | 05-3909 |
| TXE 2  05-226 | Sheila Seitz, et al. v. Merck & Co., Inc., et al. | 05-3910 |
| TXE 2  05-227 | David Sacco, et al. v. Merck & Co., Inc., et al. | 05-3911 |
| TXE 2  05-228 | Bill R. Owens, et al. v. Merck & Co., Inc., et al. | 05-3912 |
| TXE 2  05-229 | Daniel D. Otstott, etc. v. Merck & Co., Inc., et al. | 05-3913 |
| TXE 2  05-230 | Patsy J. Moses, etc. v. Merck & Co., Inc., et al. | 05-3914 |
| TXE 2  05-231 | Chad Morphew v. Merck & Co., Inc., et al. | 05-3915 |
| TXE 2  05-232 | Patricia A. McQuatters, et al. v. Merck & Co., Inc., et al. | 05-3916 |
| TXE 2  05-234 | Birdie Williams, etc. v. Merck & Co., Inc., et al. | 05-3917 |

SCHEDULE CTO-20 - TAG-ALONG ACTIONS (MDL - 1657)                                        PAGE 4 OF 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| TXE 2  05-235 | Bettye E. Jackson, et al. v. Merck & Co., Inc., et al. | 05-3918 |
| TXE 2  05-236 | Charles E. Gentry, et al. v. Merck & Co., Inc., et al. | 05-3919 |
| TXE 2  05-237 | Ronald D. Coffman, et al. v. Merck & Co., Inc., et al. | 05-3920 |
| TXE 2  05-238 | Sandra P. Brown, et al. v. Merck & Co., Inc., et al. | 05-3921 |
| TXE 2  05-239 | Carolyn A. Brannon, et al. v. Merck & Co., Inc., et al. | 05-3922 |
| TXE 2  05-240 | Marcelline Bowe v. Merck & Co., Inc., et al. | 05-3923 |
| TXE 2  05-241 | Ken Katzenmaier, et al. v. Merck & Co., Inc., et al. | 05-3924 |
| TXE 2  05-242 | Barbara J. Kenyon, et al. v. Merck & Co., Inc., et al. | 05-3925 |
| TXE 2  05-243 | Diana J. Kenney v. Merck & Co., Inc., et al. | 05-3926 |
| TXE 2  05-244 | Beverly S. Carroll, et al. v. Merck & Co., Inc., et al. | 05-3927 |
| TXE 2  05-245 | James R. Johnson, et al. v. Merck & Co., Inc., et al. | 05-3928 |
| TXE 2  05-272 | Dorothy J. Debri, et al. v. Merck & Co., Inc., et al. | 05-3929 |
| TXE 2  05-274 | Liza Lacour v. Merck & Co., Inc., et al. | 05-3930 |
| TXE 2  05-275 | Anthony Henry, et al. v. Merck & Co., Inc., et al. | 05-3931 |
| TXE 2  05-276 | Renee Mouton-Taylor, et al. v. Merck & Co., Inc., et al. | 05-3932 |

**TEXAS SOUTHERN**

| TXS 4  05-2028 | Kimberly Linzer-Cole v. Merck & Co., Inc. | 05-3933 |
| TXS 6  05-72 | Genevive Jordan, et al. v. Merck & Co., Inc. | 05-3934 |

**TEXAS WESTERN**

| TXW 1  05-445 | Gregory Bilton, etc. v. Merck & Co., Inc. | 05-3935 |
| TXW 1  05-446 | Robert Jackson, et al. v. Merck & Co., Inc. | 05-3936 |
| TXW 1  05-447 | William Douglas Simpson, et al. v. Merck & Co., Inc. | 05-3937 |
| TXW 1  05-448 | Robert Meyer, etc. v. Merck & Co., Inc. | 05-3938 |
| TXW 1  05-478 | Jimmy R. Scarborough, Sr., et al. v. Merck & Co., Inc. | 05-3939 |

**WASHINGTON EASTERN**

| WAE 2  05-184 | David Barnes, et al. v. Merck & Co., Inc. | 05-3940 |
| WAE 2  05-186 | Elsa Mazac, et al. v. Merck & Co., Inc. | 05-3941 |
| WAE 2  05-187 | John Michler, et al. v. Merck & Co., Inc. | 05-3942 |

**WASHINGTON WESTERN**

| WAW 3  05-5398 | Daria L. Marvin-McPherson, et al. v. Merck & Co., Inc. | 05-3943 |

# INVOLVED COUNSEL LIST (CTO-20)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo,
Cannon, et al.
633 S. Andrews Avenue
Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Kevin J. Adrian
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

Barry W. Ashe
Stone, Pigman, Walther &
Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Denise Barton
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Howell Scott Basham
Office of Jerry C. Carter, Jr.
736 Green Street
Suite 100
Gainesville, GA 30501

Geoffrey Becker
Becker & Becker
925 Village Center
Suite 2
Lafayette, CA 94549

Carmelite M. Bertaut
Chaffe, McCall, Phillips,
Toler & Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Anthony G. Brazil
Morris, Polich & Purdy
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Dana Brent Brown
Law Offices of Ossie Brown
123 St. Ferdinand Street
Baton Rouge, LA 70802

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Daniel Kent Bryson
Lewis & Roberts, P.L.L.C.
1305 Navaho Drive
Suite 400
Raleigh, NC 27609

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Alan I. Cantor
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Matthew A. Casey
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dennis T. Cathey
Cathey & Strain
P.O. Box 689
649 Irvin Street
Cornelia, GA 30531-0689

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Jim Cole
Cole, Cole & Easley
P.O. Drawer 510
302 West Forrest Street
Victoria, TX 77902

D. Frank Davis
Davis & Norris, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, AL 35205

David A. Dick
Thompson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

Hugh A. Donaghue
Donaghue & Bradley
13 West Third Street
Media, PA 19063

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

John J. Driscoll
Brown & Crouppen
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Deborah C. Druley
Sonnenschein & Nath, LLP
One Metropolitan Square
Suite 3000
St. Louis, MO 63102

B. Michael Easley
Easley, Hicky, Cline & Hudson
510 East Cross Street
P.O. Box 1115
Forrest City, AR 72335-1115

Brady S. Edwards
Edwards & George
1000 Louisiana
Suite 1300
Houston, TX 77002

Betty L. Egan
Walentine, O'Toole,
McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Elizabeth A. Ellis
Cory, Watson, Crowder
 & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Anthony F. Endieveri
Office Of Anthony F. Endieveri
5016 West Genesee Street
Camillus, NY 13031

Edwin V. Falloon
Shasteen, Linscott Law Firm
840 North 48th Street
Suite 2
Lincoln, NE 68504-3301

Herbert W. Fischman
230 Park Avenue
34th Floor
New York, NY 10169

Brenda S. Fulmer
Alley & Ingram, P.A.
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Beverly J. Glascock
Bubalo & Hiestand, PLC
401 S. Fourth Street
Suite 800
Louisville, KY 40202

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Ervin A. Gonzalez
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134

Michael Gonzalez
Law Office of Michael Gonzalez
5020 W. Cypress Street
Suite 100
Tampa, FL 33607

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Richard A. Harpootlian
P.O. Box 1090
Columbia, SC 29202

Charles C. Harrell
Butler, Snow, O'Mara, Stevens &
Cannada , PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz
 & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98101

Kerry N. Jardine
Burg, Simpson, Eldredge, Hersh
& Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112-2866

Andrew B. Johnson
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Charles H. Johnson
Charles H. Johnson & Associates,
PA
2599 Mississippi Street
New Brighton, MN 55112

Jane E. Joseph
Lopez, Hodes, Restaino, Milman
& Skikos
13938A Cedar Road
Suite 373
Cleveland, OH 44118

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Andrew J. Lee
Schwabe, Williamson & Wyatt
Pacwest Center
1211 S.W. 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Roger D. Lott
Lott Lucas & Hason, PA
915 West Pine Street
Hattiesburg, MS 38401

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Jeffrey S. Malcom
Office of Jeffrey Scott Malcom
P.O. Box 681
532 East Howell Street
Hartwell, GA 30643

Stephen D. Martin
Nelson, Mullins, Riley &
Scarborough
GlenLake One, Suite 200
4140 Parklake Avenue
Raleigh, NC 27612

Theodore V. Mayer
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

David Meany
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Robert A. Meynardie
Nelson, Mullins, Riley &
Scarborough
P.O. Box 30519
Raleigh, NC 27622-0519

Michael J. Miller
Miller & Associates
105 N. Alfred Street
Alexandria, VA 22314

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202

Douglas C. Monsour
Sloan & Monsour, P.C.
101 E. Whaley Street
P.O. Box 2909
Longview, TX 75606-2909

Bruce C. Moore
Bruce C. Moore, PC
P.O. Box 11833
96 East Broadway, Suite 7
Eugene, OR 97440

Stephen B. Murray
Murray Law Firm
LL&E Tower
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Andrews Howell Myers
Wheeler, Trigg & Kennedy, LLP
U.S. District Court Box 19
1801 California Street
Suite 3600
Denver, CO 80202

Larry O. Norris
101 Ferguson Street
P.O. Box 8
Hattiesburg, MS 39403-0008

James G. O'Callahan
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Leslie C. O'Toole
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

James M. Patton
Patton & Veigas, PC
1200 20th Street, South
Suite 200
Birmingham, AL 32205

Ira C. Podlofsky
Podlofsky, Orange, Kitt &
Kolenovsky
98 Cutter Mill Road
Suite 299 North
Great Neck, NY 11021

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

John P. Rahoy
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

James W. Scalise
Law Offices of Roy F. Scaffidi
150 East 52nd Street
20th Floor West
New York, NY 10022

Joshua G. Schiller
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Michael David Scott
Richard A. Harpootlian Law Offices
1410 Laurel Street
Columbus, SC 29201

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Edward Smith
#86182
Dixon Correctional Institute
P.O. Box 788
Jackson, LA 70748

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street
LL&E Tower
Suite 2500
New Orleans, LA 70112

Dori K. Stibolt
Steel, Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Maria D. Tejedor
Attorneys Trial Group
540 N. Semoran Boulevard
Orlando, FL 32807

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

E. Todd Tracy
Tracy & Carboy
5473 Blair Road
Suite 200
Dallas, TX 75231

J. Michael Veron
Bice, Palermo & Veron
713 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Marcus W. Viles
Viles & Beckham, P.A.
2075 West First Street
Suite 100
P.O. Box 2486
Ft. Myers, FL 33902

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Raphael Weitzman
Weitzman Law Offices, L.L.C.
67 Wall Street
Floor 22
New York, NY 10005

James E. Whaley
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

C. Mark Whitehead, III
Whitehead Law Firm
610 Barone Street
New Orleans, LA 70113

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Roger S. Wilson, Jr.
R.S. Wilson, Inc.
918 North Yakima
Tacoma, WA 98403

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
Franklin Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Matthew Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-0466

Gary A. Zucker
Zucker & Ballen
16 Court Street
Suite 3100
Brooklyn, NY 11241

# INVOLVED JUDGES LIST (CTO-20)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
10N Thomas F. Eagleton
U.S. Courthouse
P.O. Box 447
Columbia, SC 29202-0447

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black
U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. Robert J. Bryan
Senior U.S. District Judge
4427 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Richard C. Casey
U.S. District Judge
1350 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Hon. Thomas Coffin~~
~~U.S. Magistrate Judge~~
~~U.S. Courthouse~~
~~211 East 7th Avenue~~
~~Eugene, OR 97401~~

Hon. William C. Conner
Senior U.S. District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young U.S.
Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal
Courthouse Square
301 North Miami Avenue
6th Floor
Miami, FL 33128

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
3-160 U.S. Courthouse
& Federal Building
2110 First Street
Fort Myers, FL 33901

Hon. Wiley Y. Daniel
U.S. District Judge
C-218 Bryon G. Rogers
U.S. Courthouse
1929 Stout Street
Denver, CO 80294

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Christopher F. Droney
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse
& Post Office Building
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger
Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. J. Leon Holmes
U.S. District Judge
United States District Court
360 Richard Sheppard Arnold
United States Courthou
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black
U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey
U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Willis B. Hunt, Jr.
Senior U.S. District Judge
1788 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. David A. Katz
Senior U.S. District Judge
215 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

~~Hon. David G. Larimer~~
~~U.S. District Judge~~
~~250 Kenneth B. Keating~~
~~Federal Building~~
~~100 State Street~~
~~Rochester, NY 14614-1324~~

~~Hon. Howard D. McKibben~~
~~Senior U.S. District Judge~~
~~Bruce R. Thompson U.S.~~
~~Courthouse & Federal Building,~~
~~Suite 804~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Hon. Peter J. Messitte
U.S. District Judge
6500 Cherrywood Lane
Room 475A
Greenbelt, MD 20770

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S.
Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Norman A. Mordue
U.S. District Judge
P.O. Box 7336
Syracuse, NY 13261

Hon. James R. Muirhead
U.S. Magistrate Judge
407 Warren B. Rudman
U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

Hon. Michael B. Mukasey, Chief
Chief Judge, U.S. District Court
2240 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes
U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black
U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

~~Hon. Marilyn Hall Patel~~
~~U.S. District Judge~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102~~

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long
Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. John D. Rainey
U.S. District Judge
406 Martin Luther King
U.S. Post Office & Courthouse
312 Main Street
Victoria, TX 77901

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. Patti B. Saris
U.S. District Judge
8110 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

~~Hon. Charles R. Simpson, III~~
~~Chief Judge, U.S. District Court~~
~~247 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Richard W. Story
U.S. District Judge
2321 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street
Atlanta, GA 30303-3361

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Lonny R. Suko
U.S. District Judge
Post Office Box 2726
Yakima, WA 98907-2726

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Fred Van Sickle
Chief Judge, U.S. District Court
P.O. Box 2209
Spokane, WA 99210

~~Hon. John F. Walter~~
~~U.S. District Judge~~
~~G-8 United States Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Charles R. Weiner
Senior U.S. District Judge
6613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1770

Hon. Leonard D. Wexler
Senior U.S. District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Hon. Robert H. Whaley
U.S. District Judge
U.S. Courthouse
P.O. Box 283
Spokane, WA 99210-0283

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street, Suite 200
Austin, TX 78701

# INVOLVED CLERKS LIST (CTO-20)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street #125
Marshall, TX 75670-4144

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

~~Donald M. Cinnamond, Clerk~~
~~100 Federal Building &~~
~~U.S. Courthouse~~
~~211 East 7th Avenue~~
~~Eugene, OR 97401~~

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Geri M. Smith, Clerk
337 Thomas D. Lambros Fed. Bldg.& U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James R. Starr, Clerk
110 Warren B. Rudman
U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

~~Jeffrey A. Apperson, Clerk~~
~~106 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

~~Lance S. Wilson, Clerk~~
~~Bruce R. Thompson~~
~~U.S. Courthouse & Federal Building, Suite 301~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 1638
Victoria, TX 77902-1638

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Richard W. Wieking, Clerk~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3489~~

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

~~Rodney C. Early, Clerk~~
~~2120 Kenneth B. Keating Federal Building~~
~~100 State Street~~
~~Rochester, NY 14614-1368~~

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

~~Sherri R. Carter, Clerk~~
~~G-8 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 10, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-20)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>July 25, 2005</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A