UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              MDL NO: 1657
    PRODUCTS LIABILITY LITIGATION       SECTION: L
                                                            JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. 05-538

## PLAINTIFFS ERIC SMITH AND CAROLYN SMITH'S MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFFS ERIC SMITH AND CAROLYN SMITH'S CAUSES OF ACTION AGAINST DEFENDANT MERCK & CO., INC.

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**COME NOW,** Plaintiffs Eric Smith and Carolyn Smith, in the above-entitled and numbered cause, and file this Motion to Dismiss Without Prejudice. Plaintiffs no longer desire to prosecute any of their causes of action against Merck & Co., Inc., and move for the Court to dismiss all of their causes of action without prejudice to the refiling of same, with all court costs to be taxed against Plaintiffs Eric Smith and Carolyn Smith.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, Eric Smith and Carolyn Smith, respectfully request that the Court enter an Order granting the relief sought herein.

Respectfully submitted,

WATERS & KRAUS, L.L.P.

/s/ Dana Fox
DANA C. FOX
State Bar No. 24032191
Attorney-in-Charge
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 (Telephone)
(214) 357-7252 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs Eric Smith and Carolyn Smith's Motion to Dismiss Without Prejudice Plaintiffs Eric Smith and Carolyn Smith's Causes of Action Against Defendant Merck & Co., Inc., has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 11th day of August, 2005.

_____
DANA C. FOX