UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                            MDL NO: 1657
PRODUCTS LIABILITY LITIGATION                           SECTION: L
                                                        JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. 05-538

### ORDER ON PLAINTIFFS ERIC SMITH AND CAROLYN SMITH'S MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFFS ERIC SMITH AND CAROLYN SMITH'S CAUSES OF ACTION AGAINST DEFENDANT MERCK & CO., INC.

On this date came on for consideration Plaintiffs Eric Smith and Carolyn Smith's Motion to Dismiss Without Prejudice Plaintiffs Eric Smith and Carolyn Smith's Causes of Action Against Defendant MERCK & CO., INC. (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be, and it hereby is **GRANTED.**

**IT IS ORDERED** by the Court that all of Plaintiffs Eric Smith and Carolyn Smith's causes of action against Defendant MERCK & CO., INC., are hereby dismissed without prejudice to the refiling of same, with all court costs to be taxed against Plaintiffs.

SIGNED this 16 day of Aug, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

_Dana Fox_
DANA C. FOX
State Bar No. 24032191
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Ave, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFF

3