**MINUTE ENTRY**
**FALLON, J.**
**August 16, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the above captioned matter in the Chambers of Judge Eldon E. Fallon.  Participating in the conference were Russ Herman, Leonard Davis, and Troy Rafferty for the Plaintiffs' Steering Committee ("PSC") and Phil Wittman and Dorothy Wimberly for the Defendants' Steering Committee ("DSC").   At the conference, the Court discussed discovery problems and other various items relating to the status of the case.  Among the items discussed were the following: a future telephone status conference with the United States Attorney's Office and the Food and Drug Administration ("FDA") to discuss documentation supplied by the FDA; the scheduling of a weekly telephone status conference concerning discovery issues; a pending Motion for Leave of Court to File First Supplemental and Amending Complaint in the case *Alfredo Narvarez et al. v. Merck & Co., Inc.*; the DSC's intention to file 12(b)(6) motions to dismiss pending claims regarding the Racketeer Influenced and Corrupt Organizations Act, the Magnusson Moss Act, and the Securities Exchange Act,

JS10(01:00)

-1-

which are not included in the Master Complaint; a time in which Plaintiffs' Liaison Counsel could review Merck's employment list of professional representatives; tolling agreements; and the order of cases to be tried. In accordance with the discussions at the conference,

IT IS ORDERED that a telephone status conference shall be held on August 23, 2005, at 3:30 p.m. involving a representative from the United States Attorney's Office, the Food and Drug Administration ("FDA"), the PSC, and the DSC to discuss documentation supplied by the FDA and to facilitate the transfer of further documentation from the FDA. Furthermore,

IT IS ORDERED that a weekly telephone status conferences regarding discovery shall be held each Thursday. Further details concerning these conferences is contained in another minute entry issued on the same date as this minute entry. Furthermore,

IT IS ORDERED that all parties shall provide adequate advance notice to opposing counsel whenever a notice of deposition is filed in a pending state court case and the deposing party seeks to cross-notice the deposition in the above captioned case. Furthermore,

IT IS ORDERED that the Court shall withhold from ruling on the Motion for Leave of Court to File First Supplemental and Amending Complaint in the case *Alfredo Narvarez et al. v. Merck & Co., Inc.* for two weeks.

