**MINUTE ENTRY**
**FALLON, J.**
**August 16, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ..................................................... | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the above captioned matter in the Chambers of Judge Eldon E. Fallon. Participating in the conference were Russ Herman, Leonard Davis, and Troy Rafferty for the Plaintiffs' Steering Committee ("PSC") and Phil Wittman and Dorothy Wimberly for the Defendants' Steering Committee ("DSC"). The participants discussed various discovery issues. During the conference, it became apparent to the Court that the discovery phase of this litigation would be advanced by more aggressive court participation. Therefore, to facilitate discovery and eliminate delays,

IT IS ORDERED that a telephone status conference shall be held every Thursday at 3:00 p.m. beginning on August 18, 2005. It shall be the duty and responsibility of both Plaintiffs' and Defendants' Liason Counsel to advise the Court of the participants and their telephone numbers. The Court will initiate the call. In addition, either liaison counsel or their designee shall be present personally and be prepared to produce any documents that they anticipate being referred

JS10(01:00)

-1-

to during the conference.  Furthermore,

IT IS ORDERED that the both the Plaintiffs' and Defendants' Liaison Counsel shall meet prior to the conference and submit to the Court a proposed agenda for the conference no later than the immediately preceding Wednesday by 3:00 p.m.

