UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------------X
IN RE: VIOXX
        PRODUCTS LIABILITY LITIGATION

MDL No. 1657

**This Document Relates To:**
*John Popper and Abbie Popper v.*
*Merck & Co., Inc. and Finch's Drug, Inc.*
~~Southern District of New York~~
~~Index No. 05 CIV. 3428 (S.D.N.Y.)~~ EDLA 05-2296

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

------------------------------------------------------------------------X


## STIPULATION WITHDRAWING CROSS-CLAIMS


IT IS STIPULATED AND AGREED, by and between the undersigned, that defendant, FINCH'S DRUG, INC., by and through its attorneys, PENINO & MOYNIHAN, LLP, does hereby withdraw with prejudice all cross-claims asserted against defendant MERCK & CO., INC.


DATED:   White Plains, New York
               August 4, 2005


PENINO & MOYNIHAN, LLP

BY: _____
DOUGLAS W. FALCH (DWF 6493)
Attorneys for Defendant
**FINCH'S DRUG, INC.**
180 East Post Road, Suite 300
White Plains, New York 10601
(914) 949-6996
Our File No. 70-681

HUGHES HUBBARD & REED LLP

BY: _____
VILIA B. HAYES (VH 4601)
Attorneys for Defendant
**MERCK & CO., INC.**
One Battery Park Plaza
New York, New York 10004
(212) 837-6000