UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

:   MDL NO. 1657
:
:   SECTION: L
:
:   JUDGE FALLON
:   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The discovery status conference scheduled for August 25, 2005, at 3:00 p.m. is CANCELLED.

New Orleans, Louisiana, this  19th  day of  August , 2005.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE