Case 2:05-md-01657-EEF-DEK   Document 883   Filed 08/08/05   Page 1 of 3

COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -8  P 4: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YVONNE BELL, AS A REPRESENTATIVE OF HER DECEASED MOTHER, ELEANOR ALCORN, AND ESTHER LINGONI | * * * * | CIVIL ACTION<br>NO. 2:05-cv-02110 |
| Complainants | * * | SECTION: L |
| versus | * * * | JUDGE FALLON |
| MERCK & COMPANY, INC. AND WALGREENS LOUISIANA, INC., | * * * * | MAG. DIV.<br>MAGISTRATE 3 |
| Defendants | * * * | |

* * * * * * * * * * * * * * * * * * * *

<u>**MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING**</u>

**NOW INTO COURT,** through undersigned counsel, come plaintiffs to move this Honorable Court for an expedited hearing of its Motion for Leave to File First Supplemental and Amending Petition for Damages. Expedited hearing is required because an issue regarding plaintiffs' Original Petition has been raised, and the parties wish to clarify it before the Court rules on the motion to remand. Insofar as amendment of the complaint should be liberally permitted, oral argument is not required; however, an expedited consideration is necessary. Accordingly, plaintiffs seek expedited consideration.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No._____
```

1

Respectfully submitted,

MURPHY, ROGERS, SLOSS & GAMBEL

_____
Gary J. Gambel T.A. #19864
Robert H. Murphy, #9850
Peter B. Sloss, #17142
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574

*and*

Jennifer N. Willis    Bar # 14877
Cater & Willis (APLC)
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6300
Facsimile: (504) 488-6302

*and*

Michael E. Enow    Bar #24404
Enow & Associates, APLC
234 Loyola Avenue, Suite 1010
New Orleans, Louisiana 70112
Telephone: (504) 581-7050
Facsimile: (504) 581-7057

*and*

David W. Bernberg  Bar # 14079
612 Gravier Street
New Orleans, Louisiana 70113
Telephone: (504) 525-5553
Facsimile: (504) 525-1909

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this ___ day of August 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____