UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YVONNE BELL, AS A REPRESENTATIVE OF HER DECEASED MOTHER, ELEANOR ALCORN, AND ESTHER LINGONI | * * * | CIVIL ACTION NO. 2:05-cv-02110 |
| Complainants | * * | SECTION: L |
| versus | * * | JUDGE FALLON |
| MERCK & COMPANY, INC. AND WALGREENS LOUISIANA, INC., | * * * | MAG. DIV. MAGISTRATE |
| Defendants | * * | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Expedited Hearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' Motion for Leave to File First Supplemental and Amending Petition for Damages be set for expedited hearing on the _____ day of August 2005 at _____ o'clock a.m.

New Orleans, Louisiana, this _____ day of July 2005.

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE

1