

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YVONNE BELL, AS A REPRESENTATIVE OF HER DECEASED MOTHER, ELEANOR ALCORN, AND ESTHER LINGONI | * * * * | CIVIL ACTION NO. 2:05-cv-02110 |
| Complainants | * * | SECTION: L |
| versus | * * | JUDGE FALLON |
| MERCK & COMPANY, INC. AND WALGREENS LOUISIANA, INC., | * * * | MAG. DIV. MAGISTRATE |
| Defendants | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave,

**IT IS HEREBY ORDERED** that come plaintiffs, YVONNE BELL, as a representative of her deceased mother, ELEANOR ALCORN, and ESTHER LINGONI,

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

individually and on behalf of those similarly situated, be and hereby are granted leave of court to file the attached First Supplemental and Amending Petition for Damages.

New Orleans, Louisiana this 19th day of August 2005.

_____
J U D G E