

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES C. FOTI, JR., ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-3700 |
| | * | |
| MERCK & CO., INC. | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE KNOWLES |
| | * | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Petitioners' counsel, James R. Dugan, II, David L. Browne, and Douglas R. Plymale, and the law firm of Dugan & Browne, a P.L.C., have a new address, telephone number, and fax number from that set forth in the Petition. Petitioners respectfully request that the Court and all counsel of record update their records to reflect counsel's correct address, telephone number and fax number as follows:

**DUGAN & BROWNE, a P.L.C.**
JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Respectfully submitted, this 15th day of August, 2005,

                                      **DUGAN & BROWNE, a P.L.C.**

                                      _____
JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana  70130
Telephone:  (504) 648-0180
Facsimile: (504) 648-0181

Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners

**CHARLES C. FOTI, JR.**
**Attorney General**

TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

F:\Users\DBrowne\DUGAN & BROWNE\Vioxx AG\pleadings\pleading.002.change.address.wpd

2

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Change of Address has this day been served on all counsel of record by hand, by facsimile, or by depositing same into the United States Mail, postage pre-paid, and properly addressed, this 15th day of August, 2005.

_____