**MINUTE ENTRY**
**FALLON, J.**
**August 23, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

    A status conference was held on this date in the above captioned matter in the Chambers of Judge Eldon E. Fallon. Participating in the conference were Troy Rafferty for the Plaintiffs' Steering Committee, Phil Wittman for the Defendants' Steering Committee, Sharon Smith and Stevens Moore for the United States Attorney's Office, Eastern District of Louisiana, and Carmelina Allis for the Food and Drug Administration. The participants discussed various discovery issues.

JS10(00:20)

-1-