F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 25  PM 2: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| ALL MEDICAL MONITORING CLASS | * | |
| ACTION COMPLAINTS PENDING OR | * | |
| SUBJECT TO TRANSFER TO MDL 1657; | * | |
| ALL PURCHASE CLAIMS CLASS ACTION | * | |
| COMPLAINTS PENDING OR SUBJECT TO | * | |
| TRANSFER TO MDL 1657; and ALL | * | |
| PERSONAL INJURY CLASS ACTION | * | |
| COMPLAINTS PENDING OR SUBJECT | * | |
| TO TRANSFER TO MDL 1657 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL
PAGES FOR DEFENDANT'S 12(b)(6) SUPPORTING MEMORANDA**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel,

hereby moves the Court for an extension of the page length for the memoranda in support of its

Rule 12(b)(6) motions, for the following reasons:

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____ 786273v.1
___ Doc. No._____

1.    On or about August 1, 2005, plaintiffs filed three Master Class Action Complaints: a medical monitoring class action, a purchase claims class action, and a personal injury class action.

2.    Merck intends to move to dismiss one or more of the Master Class Action Complaints. Each motion will be accompanied by a memorandum in support of that motion.

3.    Because Merck contends that each plaintiff's claims are governed under different states' laws, the memorandum in support of each motion to dismiss necessarily will include a choice-of-law analysis, followed by state-by-state analysis. In effect, the memorandum for each motion will be like multiple briefs in one. Accordingly, Merck requests that it be granted fifty (50) additional pages, for a total of seventy-five (75) pages for each of its supporting memoranda.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted fifty (50) additional pages, for a total of seventy-five (75) pages for each of its supporting memoranda.

Respectfully submitted,

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:  504-581-3361

Defendants' Liaison Counsel

786273v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Defendant's 12(b)(6) Supporting Memoranda has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 25th day of August, 2005.

_Paul Wittmann_