```
                                                    U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF LOUISIANA

                                                    FILED    SEP 2 1 2005

                                                             LORETTA G. WHYTE
                                                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| ALL MEDICAL MONITORING CLASS | * | |
| ACTION COMPLAINTS PENDING OR | * | |
| SUBJECT TO TRANSFER TO MDL 1657; | * | |
| ALL PURCHASE CLAIMS CLASS ACTION | * | |
| COMPLAINTS PENDING OR SUBJECT TO | * | |
| TRANSFER TO MDL 1657; and ALL | * | |
| PERSONAL INJURY CLASS ACTION | * | |
| COMPLAINTS PENDING OR SUBJECT | * | |
| TO TRANSFER TO MDL 1657 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Defendant's 12(b)(6) Supporting Memoranda filed by Merck & Co., Inc.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted fifty (50) additional pages, for a total of seventy-five (75) pages for each of its supporting memoranda accompany its motions to dismiss one or more of plaintiffs' Master Class Action Complaints.

NEW ORLEANS, LOUISIANA, this 25 day of Aug , 2005.

_____
DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____ 786273v.1
_V_ CtRmDep_____
___ Doc. No._____
```