**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 9, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon in Houston, Texas. Russ Herman, Leonard Davis, Andy Birchfield, Jere Beasley, Leigh O'Dell, Arnold Levin, and Elizabeth Cabraser participated on behalf of the Plaintiffs. Phil Wittmann, Dorothy Wimberly, John Beisner, Ted Mayer, and Doug Marvin participated on behalf of the Defendants. The following matters were discussed: the Louisiana Master Class Action Complaint, Patient Profile Forms, Service of Patient Profile Forms through Lexis/Nexis, the effect of the Eastern District of Louisiana's Stay of Proceedings on Presciption, Discovery Responses, Priority Production, the Privilege Log, discovery in the New Jersey state litigation, the Master Class Action Schedule, the Defendants' Opposition to the Plaintiffs' Motion to Compel, and the location of the *Irvin* trial. After considering these issues,

IT IS ORDERED that the Defendants shall be granted a fifteen-day extension to respond to the Patient Profile Forms. This commencement of this extension shall have begun to run from



September 1, 2005, instead of August 16, 2005, which was the original date.  Furthermore,

IT IS ORDERED that the parties shall report to the Court any problems that they are having regarding the Privilege Log by September 22, 2005, at 9:00 a.m.  Furthermore,

IT IS ORDERED that September 26, 2005, is the new deadline for the filing of the Defendants' Opposition to the Plaintiffs' Motion to Compel.  Lastly,

IT IS ORDERED that a telephone status conference is scheduled for September 13, 2005, at 2:00 p.m. to discuss the above matters and any new issues.

