MINUTE ENTRY
FALLON, J.
SEPTEMBER 14, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

This Minute Entry amends the Minute Entries dated September 9, 2005, and September 13, 2005. Regarding the Minute Entry dated September 9, 2005,

IT IS ORDERED that the Plaintiffs, not the Defendants, shall have a fifteen-day extension to complete the Plaintiff Profile Forms.

Regarding the Minute Entry dated September 13, 2005, the parties agreed that the Defendants would provide answers or specific objections to all the requested expedited discovery by September 15, 2005. Due to time constraints and the volume of material, the Defendants may not be able to physically produce all the material.

1

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No____