**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 15, 2005**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|       PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon in Houston, Texas.  Andy Birchfield participated on behalf of the Plaintiffs.  Doug Marvin participated on behalf of the Defendants.  At the conference, the parties discussed the location and date of the *Irvin* trial.  Both counsel agreed that Houston was an appropriate and convenient forum for the trial.

Accordingly, the *Irvin* trial will be held at the United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002, on November 28, 2005.

_____ Fee_____
__X__ Process_____
_____ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____