UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 19 PM 5:03

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

* * * * * * * * * * * * * * * * *

## NOTICE TO ALL COUNSEL

Effective immediately, all filings in this case should be made at the temporary offices of the Clerk of Court for the Eastern District of Louisiana located at 102 Versailles Street, Suite 501, Lafayette, Louisiana 70501. Telephone number (337) 262-6700. Although filings can be made in Houston, Texas, Baton Rouge, Louisiana, and Houma, Louisiana, the Court requests that the filings be made in Lafayette whenever possible.

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No _____