FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 19 PM 4:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to | * | JUDGE FALLON |
| All Class Action Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

## AMENDMENT TO PRETRIAL ORDER NO. 16

Following a telephone conference held on September 13, 2005, the following Amendment to Pretrial Order 16 is issued:

I.  **PLEADING ISSUES**

Plaintiffs shall file their oppositions to the pending Motions to Dismiss and Motion to Strike (as filed by Merck on September 9, 2005) on or before November 8, 2005. Defendants shall file their reply briefs in support of these motions on or before December 8, 2005.

II. **MOTION TO STAY PERSONAL INJURY CLASS ACTIONS**

Plaintiffs have indicated that they intend to move for a stay of proceedings regarding the personal injury class actions. Plaintiffs' motion shall be filed on or before September 29, 2005. Merck's opposition to that motion shall be filed on or before

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

October 10, 2005. Plaintiffs' reply brief in support of the motion shall be filed on or before October 17, 2005.

### III. OTHER DEADLINES

All other deadlines in PTO-16 shall continue to govern the class action cases, except that the deadline for filing of a motion for class certification with regard to the personal injury class actions shall begin to run on the date the Court rules on plaintiffs' motion for stay if that motion is denied.

Houston, Texas, this __15th__ day of September, 2005.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE