IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 19  PH 2: 43

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |
| _____ | § | Section: L |
| | § | |
| (This document relates to all cases) | § | Judge Fallon |
| | § | Mag. Judge Knowles |

**DEFENDANT PHYSICIANS' MOTION FOR PROTECTIVE ORDER REGARDING
MERCK & CO., INC'S CROSS-NOTICES OF PLAINTIFF'S DEPOSITIONS OF
ELIAV BARR, M.D., SUSAN BAUMGARTNER, GILBERT BLOCK, M.D., JAMES
DUNN, GREGORY GEBA, M.D., AND MARTY CARROLL**

NOW INTO COURT, through undersigned counsel come Defendant Physicians/Healthcare Providers represented by Cruse, Scott, Henderson & Allen, L.L.P. (hereinafter referred to as "Defendant Physicians") and submit this Motion for Protective Order regarding Merck & Co., Inc.'s Cross-Notices of Plaintiff's Depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., Marty Caroll, James Dunn, and Gregory Geba, M.D. Defendants Physicians show as follows:

1.

On Wednesday, September 14, 2005, Defendant Merck & Co., Inc.'s (hereinafter referred to as "Merck") filed Cross-Notices of Plaintiffs' Depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., James Dunn, Gregory Geba, M.D., and Marty Carroll (hereinafter referred to as "Cross Notices"). Each of these depositions is scheduled as follows:

(1) Deposition of Eliav Barr, M.D. in Philadelphia, Pennsylvania on September 21, 2005 at 9:00 a.m. EST.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
_____ Doc. No _____

(2) Deposition of Susan Baumgartner in Atlanta, Georgia on September 30, 2005 at 9:00 a.m. EST.

(3) Deposition of Gilbert Block, M.D. in Philadelphia, Pennsylvania on October 5, 2005 at 9:00 a.m. EST.

(4) Deposition of James Dunn in Atlanta, Georgia on October 7, 2005 at 9:00 a.m. EST.

(5) Deposition of Gregory Geba, M.D. in New York, New York on October 20, 2005 at 9:00 a.m. EST.

(6) Deposition of Marty Carroll in New York, New York on October 27, 2005 at 9:00 a.m. EST.

Copies of the Cross-Notices are attached hereto and incorporated by reference herein as Exhibit "A".

2.

Counsel for Defendant Physicians did not participate in any discussions regarding the date and location of these depositions.  Therefore, Defendant Physicians object to the Merck's Cross Notices.

3.

The Cross-Notices were issued without any prior consultation or discussions with Defendant Physicians' counsel, even though PTO 9 (II)(c) specifically requires that, "[a]bsent extraordinary circumstances, counsel should consult in advance with opposing counsel and counsel for proposed deponent in an effort to schedule depositions at mutually convenient times and locations."

4.

PTO 9 (II)(c) also requires that "[a]fter counsel, through consultation, have arrived on a mutually acceptable date and location for a deposition, each side shall be notified of the scheduled deposition at least thirty (30) days in advance," (emphasis added). Notwithstanding this order, Merck's first Cross-Notice of Plaintiff's Deposition of Eliav Barr, M.D was filed with the court on September 14, 2005 with notice of it to take place in five business days, on September 21, 2005. Other Cross-Notices also have not provided the sufficient time required by the PTO 9 (II)(c).

5.

Merck's Cross-Notices of depositions without the input of counsel for Defendant Physicians and without proper notice violate the order of this Court.

WHEREFORE, Defendant Physicians respectfully request that the Court issue a protective order quashing Merck's Cross-Notices of Plaintiff's Depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., Marty Caroll, James Dunn, and Gregory Geba, M.D.

Respectfully submitted,

CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.

By:    *Jay H. Henderson*

Jay H. Henderson
State Bar No.: 09424050
Federal ID No.: 1431
T. Scott Allen, Jr.
State Bar No.: 01059700
Federal ID No.: 0064
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
(713) 650-6600 (Telephone)
(713) 650-1720 (Telecopier)

ATTORNEYS FOR DEFENDANT PHYSICIANS

Richard J. Arsenault, Esq.
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
PH: (318) 487-9874
Fax: (318) 561-2591

Andy D. Birchfield, Esq. (Co-Lead
Counsel)
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH: (800) 898-2034
Fax: (334) 954-7555

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH: (415) 956-1000
Fax: (415) 956-1008

Thomas Kline, Esq.
1525 Locust St., 19th Floor
Philadelphia, PA 19102
PH: (215) 772-1000
Fax: (215) 772-1371

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2800
PH: (504) 522-2304
Fax: ( 504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
PH: (850) 435-7000
Fax: (850) 497-7059

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH: (337) 494-7171
Fax: (337) 494-7218

Mark Robinson, Esq.
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
PH: (949) 720-1288
Fax: (949) 720-1292

Christopher Seeger, Esq. (Co-Lead
Counsel)
One William Street
New York, NY 10004
PH: (212) 584-0700
Fax: (212) 584-0799

Arnold Levin, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3875
PH: (215) 592-1500
Fax: (215) 592-4663

Carlene Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
PH: (713) 650-0022
Fax: (713) 650-1669

Christopher Vincent Tisi, Esq.
2000 L. Street, NW, Suite 4000
Washington, DC 20036-4914
PH: (202) 783-6400
Fax: (307) 733-0028

Douglas R. Marvin (Lead Counsel)
Williams & Connolly, L.L.P.
725 Twelfth Street, NW
Washington, DC 20005

Theodore V.H. Mayer
Hughes, Hubbard & Reed, L.L.P.
101 Hudson Street, Suite 3601
Jersey City, NJ 07302

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
P.O. Box 56292
Atlanta GA 30343

John H. Beisner
O'Melveny & Meyers, L.L.P.
1625 Eye Street
Washington, DC 20006

Richard C. Stanley
Stanley, Flanagan & Reuter, L.L.C.
LL&E Tower
240 Laurel Street, Suite 100
Baton Rouge, LA 70801

Phillip A. Wittmann
Anthony M. DiLeo
Stone, Pigman, Elather Wittmann, L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
PH: (504) 523-1580
Fax (225) 490-8960

## CERTIFICATE OF RULE 37 CONFERENCE

Undersigned counsel hereby certifies that, pursuant to the requirement of F.R.C.P. 37, the parties conferred regarding the above motion and the contents thereof. Merck's counsel's opposes this motion. The parties were unable to amicably resolve the underlying discovery dispute without involvement of the Court. As such, the undersigned counsel requests the Court to consider this motion at its earliest convenience.

By:  _____
Jay H. Henderson

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this _16_ day of September, 2005.

By:  _____
Jay H. Henderson



Sep 14 2005
11:26AM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: **VIOXX**

**PRODUCTS LIABILITY LITIGATION**

**This applies to all cases**

: : : :

**MDL Docket No. 1657**

**SECTION L**

**JUDGE FALLON**
**MAGISTRATE JUDGE KNOWLES**

### MERCK & CO., INC.'S CROSS-NOTICE OF
### PLAINTIFFS' DEPOSITION OF ELIAV BARR, M.D.

TO:     The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Eliav Barr, M.D.** will be held on **September 21, 2005, beginning at 9:00 a.m.** EDT and continuing from day to day until completed, at the offices of Morgan Lewis, 1701 Market Street, Philadelphia, Pennsylvania 19103. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

    This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial



EXHIBIT

A

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED:  September 14, 2005

-2-

779965v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Eliav Barr, M.D. has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ 08002

*Dorothy H. Wimber*

779963v.1



**LexisNexis**
File & Serve

# Batch Print Document Cover Sheet

**Document Title:**     Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Eliav Barr, M.D.

**Page Count:**         3

**Transaction ID:**     6695302
**Document Type:**      Notice

**Authorizer:**         Anthony DiLeo
**Authorized Date:**    9/14/2005 12:26:50 PM

**Court:**              LA US District Court Eastern Division E-Service-Vioxx
**Case Number:**        MC-MDL-1657
**Case Name:**          In Re VIOXX Products Liability Litigation MDL No 1657



6693487
Sep 14 2005
9:41AM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX** | : | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION L** |
| <u>**This applies to all cases**</u> | : | |
| | : | **JUDGE FALLON** |
| | | **MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF
### <u>PLAINTIFFS' DEPOSITION OF SUSAN BAUMGARTNER</u>

TO:    The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Susan Baumgartner** will be held on **September 30, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until completed, at the offices of Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 15th Floor, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326-1044. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: September 14, 2005

779953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Susan Baumgartner has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005.  I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ  07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ  08002

*Dorothy H. Wimberly*

779958v.1


**LexisNexis**
File & Serve

# Batch Print Document Cover Sheet

**Document Title:**   Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Susan Baumgartner

**Page Count:**   6

**Transaction ID:**   6693487
**Document Type:**   Notice

**Authorizer:**   Anthony DiLeo
**Authorized Date:**   9/14/2005 10:41:25 AM

**Court:**   LA US District Court Eastern Division E-Service-Vioxx
**Case Number:**   MC-MDL-1657
**Case Name:**   In Re VIOXX Products Liability Litigation MDL No 1657



6695130

Sep 14 2005
11:20AM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

**This applies to all cases**

:
:
:
:

MDL Docket No. 1657

SECTION L

**JUDGE FALLON**
**MAGISTRATE JUDGE KNOWLES**

### MERCK & CO., INC.'S CROSS-NOTICE OF
### PLAINTIFFS' DEPOSITION OF GILBERT BLOCK, M.D.

TO: The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Gilbert Block, M.D.** will be held on **October 5, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until completed, at the offices of Morgan Lewis, 1701 Market Street, Philadelphia, Pennsylvania 19103. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

Respectfully submitted,

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED:  September 14, 2005

779953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Gilbert Block, M.D. has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005.  I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ  07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ  08002

*Dorothy H. Wimbs*

·3·

779963v.1



# Batch Print Document Cover Sheet

**Document Title:**     Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Gilbert Block, M.D.

**Page Count:**     3

**Transaction ID:**     6695130
**Document Type:**     Notice

**Authorizer:**     Anthony DiLeo
**Authorized Date:** 9/14/2005 12:20:53 PM

**Court:**     LA US District Court Eastern Division E-Service-Vioxx
**Case Number:**     MC-MDL-1657
**Case Name:**     In Re VIOXX Products Liability Litigation MDL No 1657



6695018

Sep 14 2005
11:09AM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | | **MDL Docket No. 1657** |
| | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION L** |
| **This applies to all cases** | : | |
| | : | **JUDGE FALLON** |
| | | **MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF
### PLAINTIFFS' DEPOSITION OF JAMES DUNN

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **James Dunn** will be held on **October 7, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until completed, at the offices of Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 15th Floor, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326-1044. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the

attorney(s) who may examine the deponent.

Respectfully submitted,

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: September 14, 2005

-2-

779953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of James Dunn has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005.  I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ 08002

*Dorothy H. Wimberly*

779953v.1


**File & Serve**

# Batch Print Document Cover Sheet

**Document Title:**   Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of James Dunn

**Page Count:**   3

**Transaction ID:**   6695018
**Document Type:**   Notice

**Authorizer:**   Anthony DiLeo
**Authorized Date:** 9/14/2005 12:09:51 PM

**Court:**   LA US District Court Eastern Division E-Service-Vioxx
**Case Number:**   MC-MDL-1657
**Case Name:**   In Re VIOXX Products Liability Litigation MDL No 1657



6694401

Sep 14 2005
10:39AM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | : | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION L** |
| **This applies to all cases** | : | |
| | : | **JUDGE FALLON** |
| | | **MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF
### PLAINTIFFS' DEPOSITION OF GREGORY GEBA, M.D.

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Gregory Geba, M.D.** will be held on **October 20, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until completed, at the offices of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, N.Y., 10004-1482.  The deposition will be video-taped by a certified court reporter and may be used at trial.  You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619.  Pursuant to Pre-Trial

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana  70809
Phone: 225-490-8900
Fax:    225-490-8960

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED:  September 14, 2005

779953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Gregory Geba, M.D. has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005.  I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

> David R. Buchanan
> Seeger Weiss LLP
> 550 Broad Street, Suite 920
> Newark, NJ  07102-4573
>
> David Jacoby
> Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
> 402 Park Boulevard
> Cherry Hill, NJ  08002

*Dorothy H. Wimber*

779965v.1


**LexisNexis**
File & Serve

# Batch Print Document Cover Sheet

**Document Title:**    Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Gregory Geba, M.D.

**Page Count:**    3

**Transaction ID:**    6694401
**Document Type:**    Notice

**Authorizer:**    Anthony DiLeo
**Authorized Date:** 9/14/2005 11:39:37 AM

**Court:**    LA US District Court Eastern Division E-Service-Vioxx
**Case Number:**    MC-MDL-1657
**Case Name:**    In Re VIOXX Products Liability Litigation MDL No 1657



6694601
Sep 14 2005
10:51AM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION    :              SECTION L

This applies to all cases        :

:              JUDGE FALLON
                                 MAGISTRATE JUDGE KNOWLES

## MERCK & CO., INC.'S CROSS-NOTICE OF
## PLAINTIFFS' DEPOSITION OF MARTY CARROLL

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and
through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **Marty Carroll** will be held on

**October 27, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until

completed, at the offices of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York,

N.Y., 10004-1482. The deposition will be video-taped by a certified court reporter and may be

used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice

of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX*

*Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: September 14, 2005

779953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Marty Carroll has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005.  I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

> David R. Buchanan
> Seeger Weiss LLP
> 550 Broad Street, Suite 920
> Newark, NJ 07102-4573
>
> David Jacoby
> Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
> 402 Park Boulevard
> Cherry Hill, NJ 08002

*Dorothy H. Wimber*

779953v.1

 **LexisNexis**
File & Serve

# Batch Print Document Cover Sheet

**Document Title:**   Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Marty Carroll

**Page Count:**   3

**Transaction ID:**   6694601
**Document Type:**   Notice

**Authorizer:**   Anthony DiLeo
**Authorized Date:** 9/14/2005 11:51:16 AM

**Court:**   LA US District Court Eastern Division E-Service-Vioxx
**Case Number:**   MC-MDL-1657
**Case Name:**   In Re VIOXX Products Liability Litigation MDL No 1657

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | § MDL Docket No. 1657 |
| PRODUCTS LIABILITY | § |
| LITIGATION | § |
| _____ | § Section: L |
| | § |
| (This document relates to all cases) | § Judge Fallon |
| | § Mag. Judge Knowles |

## ORDER ON DEFENDANT PHYSICIANS' MOTION FOR PROTECTIVE ORDER REGARDING MERCK & CO., INC'S CROSS-NOTICES OF PLAINTIFF'S DEPOSITIONS OF ELIAV BARR, M.D., SUSAN BAUMGARTNER, GILBERT BLOCK, M.D., JAMES DUNN, GREGORY GEBA, M.D., AND MARTY CARROLL

BE IT REMEMBERED THAT on this day came on to be heard Defendant Physicians' Motion to Quash/Motion for Protection in regard to Merck & Co., Inc.'s Cross-Notices of Plaintiff's Depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., James Dunn, Gregory Geba, M.D., and Marty Carroll, and the Court having considered the pleadings on file and heard arguments of counsel is of the opinion that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the cross-notices of depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., James Dunn, Gregory Geba, M.D., and Marty Carroll propounded by Merck & Co., Inc. are Quashed and these depositions will not proceed until they are coordinated among all involved counsel.

SIGNED THIS _____ DAY OF _____, 2005.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 19  PM 2: 42

LORETTA G. WHYTE
CLERK

| In Re: VIOXX | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |
| _____ | § | Section: L |
| | § | |
| (This document relates to all cases) | § | Judge Fallon |
| | § | Mag. Judge Knowles |

### NOTICE OF HEARING ON
### DEFENDANT PHYSICIANS' MOTION FOR PROTECTIVE ORDER REGARDING MERCK & CO., INC'S CROSS-NOTICES OF PLAINTIFF'S DEPOSITIONS OF ELIAV BARR, M.D., SUSAN BAUMGARTNER, GILBERT BLOCK, M.D., JAMES DUNN, GREGORY GEBA, M.D., AND MARTY CARROLL

Please take notice that Defendant Physicians' Motion for Protective Order Regarding Merck & Co., Inc.'s Cross-Notices of Plaintiff's Depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., Marty Caroll, James Dunn, and Gregory Geba, M.D. by the undersigned will be brought before the Court before the Honorable Eldon E. Fallon, United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002, at _____ a.m. on the _____ day of _____, 2005, as soon as counsel can be heard or at the next regularly scheduled status conference, for such other and further relief as the Court may deem just and appropriate.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

Respectfully submitted,

CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.

By: _____*Jay H. Henderson*_____

Jay H. Henderson
State Bar No.: 09424050
Federal ID No.: 1431
T. Scott Allen, Jr.
State Bar No.: 01059700
Federal ID No.: 0064
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
(713) 650-6600 (Telephone)
(713) 650-1720 (Telecopier)

ATTORNEYS FOR DEFENDANT PHYSICIANS