ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 19  PM 3: 38

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:VIOXX PRODUCTS
LIABILITY LITIGATION

*Henry Charles Perry v. Merck & Co., Inc.,*
     *et al*
*C.A. No. 3:05-208*

Docket No. 1657
**Case No.:  05-1315**
Section:  L MAG. 3

JUDGE ELDON E. FALLON
MAG. JUDGE KNOWLES

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Agreement to Extend the Previously

Extended 120-Day Expert Report deadline pursuant to Tex. Civ. Prac. & Rem. Code

§74.351(a) has been served on liaison counsel, Russ Herman and Phillip Wittmann, by

U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File &

Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of

September, 2005.

Dated September 15, 2005.

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____

Respectfully submitted,

G. Kevin Buchanan
State Bar No.     00787161
Edmund Rugger Burke III
State Bar No.     00787168
Katrina Kershner
State Bar No.     24038995

BUCHANAN & BURKE, L.L.P.
200 Premier Place
5910 N. Central Expressway
Dallas, Texas  75206
Telephone:  (214) 378-9500
Facsimile:    (214) 378-9600

ATTORNEY FOR PLAINTIFF
HENRY CHARLES PERRY

## PANEL SERVICE LIST

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Jay H. Henderson
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 1004-1482

Thomas P. Jackson
Law Office of Thomas P. Jackson
10100 North Central Expressway
Suite 510
Dallas, Texas 75231