# BUCHANAN & BURKE, L.L.P.
### ATTORNEYS AT LAW

**ORIGINAL**

G. KEVIN BUCHANAN*
EDMUND RUGGER BURKE III**
KATRINA A. KERSHNER
*Board Certified Personal Injury Trial Law
  Texas Board Of Legal Specialization
**Licensed in Texas and New York

200 PREMIER PLACE
5910 N. CENTRAL EXPRESSWAY
DALLAS, TEXAS 75206

TELEPHONE: (214) 378-9500
FACSIMILE: (214) 378-9600
www.texjur.com

2005 SEP 19  PM 2: 38
LORETTA G. WHYTE
CLERK

RECEIVED
SEP 0 6 2005
CRUSE, SCOTT, HENDERSON
& ALLEN, L.L.P.

September 1, 2005

Ms. Pegi Block
CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133

Via Facsimile No. (713) 650-1720
and First Class Mail

Re: MDL NO. 1657; *Henry Charles Perry v. Merck & Co., Inc., et al*;
Case No. 3:05-CV-0208B from the US District Court of the Northern District of Texas, Dallas Division

Dear Ms. Block:

This letter will reflect the agreement of the parties to extend Plaintiff's deadline to file his expert report an additional thirty (30) days.

Pursuant to Tex. Civ. Prac. & Rem. Code §74.351(a), this letter will memorialize Howard D. Parness, M.D.'s, (the "affected party"), agreement to extend the 120-day Expert Report deadline which has currently been extended to September 6, 2005, for thirty (30) days. The new deadline for Plaintiff to file his expert report will be October 6, 2005.

If this letter accurately reflects your agreement, please indicate same by your signature below and return it to me via facsimile and regular mail. I will file the agreement with the court.

Thank you again for your kind consideration, and if you have any questions, please do not hesitate to contact us.

Kindest regards,

*[signature]*

G. Kevin Buchanan

GKB/cms

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____

Ms. Pegi Block
September 1, 2005
Page 2

**AGREED TO BY:**

CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.

*/s/ Pegi Block*

Pegi Block
Attorneys for Howard D. Parness, M.D.