FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 19 AM 8: 59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| <u>This applies to all cases</u> | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF<br><u>PLAINTIFFS' DEPOSITION OF JAMES DUNN</u>

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **James Dunn** will be held on **October 7, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until completed, at the offices of Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 15th Floor, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326-1044. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

            Respectfully submitted,

            Phillip A. Wittmann, 13625
            Anthony M. DiLeo, 4942
            Dorothy H. Wimberly, 18509
            Carmelite M. Bertaut, 3054
            STONE PIGMAN WALTHER WITTMANN L.L.C.
            One United Plaza
            4041 Essen Lane, Suite 501
            Baton Rouge, Louisiana 70809
            Phone: 225-490-8900
            Fax:   225-490-8960

            *Defendants' Liaison Counsel*

            Theodore V.H. Mayer, Esq.
            Wilfred P. Coronato, Esq.
            HUGHES HUBBARD & REED LLP
            101 Hudson Street
            Suite 3601
            Jersey City, NJ 07302

            Doug R. Marvin, Esq.
            Laurie S. Fulton, Esq.
            WILLIAMS & CONNOLLY LLP
            725 12th Street, N.W.
            Washington, D.C. 20005-5901
            (202) 434-5000

            *Attorneys for Defendant Merck & Co., Inc.*

DATED: September 14, 2005

779953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of James Dunn has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

>David R. Buchanan
>Seeger Weiss LLP
>550 Broad Street, Suite 920
>Newark, NJ 07102-4573
>
>David Jacoby
>Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
>402 Park Boulevard
>Cherry Hill, NJ 08002

_____
Dorothy H. Wimberly

779953v.1