FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 19  AM 8:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| <u>This applies to all cases</u> | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |

**MERCK & CO., INC.'S CROSS-NOTICE OF**
**<u>PLAINTIFFS' DEPOSITION OF GREGORY GEBA, M.D.</u>**

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Gregory Geba, M.D.** will be held on **October 20, 2005, beginning at 9:00 a.m. EDT** and continuing from day to day until completed, at the offices of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, N.Y., 10004-1482. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition and Demand for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

                                                Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: September 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Gregory Geba, M.D. has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 14th day of September, 2005:

>David R. Buchanan
>Seeger Weiss LLP
>550 Broad Street, Suite 920
>Newark, NJ 07102-4573
>
>David Jacoby
>Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
>402 Park Boulevard
>Cherry Hill, NJ 08002

*Dorothy H. Wimberly* (signature)