UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT, as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Merck & Co., Inc., by undersigned counsel, will take the deposition upon oral examination of the witness identified below pursuant to the Federal Rules of Civil Procedure, at the date, time and place indicated below, before an officer authorized to take deposition and swear witnesses. The depositions will continue day to day until completed.

Witness: **Leslie Goldstein**
Date: September 23, 2005
Time: 9:30 a.m.
Location: Law Offices of Brown, Terrell, Hogan, Ellis,
McClamma, Yegelwel, P.A.
233 East Bay Street, 8th Floor
Jacksonville, FL 32202

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmD_____
___ Doc. No_____

The deponent is requested to produce the following documents at the deposition:

(1)  All medical records, tests, screenings, writings, and/or reports on Richard Irvin, Jr.

(2)  Any and all writings, transcripts, correspondence, and/or emails relating to this lawsuit in your possession.

(3)  Any and all writings, articles, correspondence, emails, or other documents relating to the medication Vioxx in your possession.

        Respectfully submitted,

*Dorothy H Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

and

Douglas Marvin
M. Elaine Horn
Megan Hills
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

Attorneys for Merck & Co., Inc.

787062v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Deposition has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 19th day of September 2005.

*[signature: Dorothy H. Wimberly]*

787062v.1