IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL Docket No. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |
| (This document relates to all cases) | | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 SEP 22 PM 2:59
LORETTA G. WHYTE
CLERK

### DECK STONE, M.D. AND ROGER WEINER, M.D.'S JOINDER IN DEFENDANT PHYSICIANS' MOTION FOR PROTECTIVE ORDER REGARDING MERCK & CO., INC'S CROSS-NOTICES OF PLAINTIFF'S DEPOSITIONS OF ELIAV BARR, M.D., SUSAN BAUMGARTNER, GILBERT BLOCK, M.D., JAMES DUNN, GREGORY GEBA, M.D., AND MARTY CARROLL

**COMES NOW** the defendant physicians, Deck Stone, M.D. and Roger Weiner, through counsel, and joins in Defendant Physicians' Motion for Protective Order Regarding Merck & Co., Inc.'s Cross-Notices of Plaintiff's Depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., James Dunn, Gregory Geba, M.D., and Marty Carroll (hereinafter "Motion"). In support of Dr. Stone and Dr. Weiner's joinder they would incorporate the arguments set forth in Defendant Physician's Motion.

Accordingly, Dr. Stone and Dr. Weiner requests that the Motion be granted and that the depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., James Dunn, Gregory Geba, M.D., and Marty Carroll be quashed.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No _____

Respectfully submitted, this the 20 day of September, 2005.

HENRY D. STONE, M.D. AND ROGER WEINER, M.D.

BY: *[signature]*
CHRIS J. WALKER
ANDREW G. MCCULLOUGH

OF COUNSEL:

CHRIS J. WALKER – MSB# 6869
ANDREW G. MCCULLOUGH - MSB#100424
MARKOW WALKER, P.A.
Post Office Box 13669
Jackson, MS 39236-3669
(601) 853-1911