MINUTE ENTRY
FALLON, J.
SEPTEMBER 19, 2005



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

The parties in the above captioned matter have agreed that the Defendants shall receive a thirty (30) day extension in which to respond to tolling agreements. This gives the Defendants a total of sixty (60) days to respond.

___ Fee____
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No ____