U.S. FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT OF LA
2005 SEP 26 PM 3: 03
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION

MDL NO: 1657  
SECTION: L  
JUDGE FALLON

THIS DOCUMENT RELATES TO: Leonard Lassig, et al
v. Merck & Co., Inc., No. 05-538

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR PLAINTIFF ELIZABETH CAROLYN PEARSON

COMES NOW, Waters & Kraus, LLP, attorneys for Elizabeth Carolyn Pearson, and files this her Motion to Substitute Counsel of Record For Plaintiff Elizabeth Carolyn Pearson and would respectfully show the Court as follows:

1. Counsel withdrawing appearance in the instant case, Waters & Kraus, LLP, counsel of record for Plaintiff, Elizabeth Carolyn Pearson, has requested that Steven B. Stein of Levin, Simes & Kaiser, LLP, assume representation of Plaintiff, Elizabeth Carolyn Pearson's, interest in this case.

2. To that end, an original Substitution of Appearance executed by all counsel consenting to this arrangement is attached and incorporated hereto as Exhibit A.

WHEREFORE, PREMISE CONSIDERED, Plaintiff respectfully requests that this Court substitute the appearance of Steven B. Stein and the law firm of Levin, Simes & Kaiser, for that of withdrawing counsel, Waters & Kraus, LLP.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

WATERS & KRAUS, L.L.P.

*/s/ Dana C. Fox*

DANA C. FOX
State Bar No. 24032191
Attorney-in-Charge
C. ANDREW WATERS
State Bar No. 20911450
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 (Telephone)
(214) 357-7252 (Facsimile)

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Plaintiff Elizabeth Carolyn Pearson has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 4th day of August, 2005.

*/s/ Dana C. Fox*

DANA C. FOX

2

# United States District Court

_____ DISTRICT OF _____

THE EASTERN DISTRICT OF LOUISIANA

SUBSTITUTION OF APPEARANCE

CASE NUMBER: MDL 1657

To the Clerk of this court and all parties of record:

Substitute our appearance as counsel in this case for
ELIZABETH CAROLYN PEARSON

Counsel Withdrawing Appearance

*Dana Fox* (signature)
*Signature*

Dana Fox
*Print Name*

3219 McKinney Avenue
*Address*

Dallas, Texas 75204
*City    State    Zip Code*

(214) 357-6244
*Phone Number*

Counsel Entering Appearance

(signature)
*Signature*

Steven B. Stein
*Print Name*

One Bush Street, 14th Floor
*Address*

San Francisco, CA 94104
*City    State    Zip Code*

(415) 646-7171
*Phone Number*

August 2, 2005
*Date*

3