FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 26  PM 4:39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN, as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |
| No. 05-4046 | |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Merck & Co., Inc., by undersigned counsel, will take the video deposition upon oral examination of the witness identified below pursuant to the Federal Rules of Civil Procedure, at the date, time and place indicated below, before an officer authorized to take deposition and swear witnesses. The deposition will continue day to day until completed.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```
787454v.1

Witness:   **Richard Aycock**
Date:      September 28, 2005
Time:      3:30 p.m.
Location:  St. Augustine Court Reporting Service
           1510 N. Ponce de Leon Blvd., Suite A
           St. Augustine, Florida 32086

The deponent is requested to produce the following documents at the deposition:

1. Any and all writings, transcripts, correspondence, e-mails relating to this lawsuit in your possession.

2. Any and all writings, articles, correspondence, emails, and documents, relating to the Medication Vioxx in your possession.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, Louisiana 70809
Phone: (225) 490-8900
Fax:   (225) 490-8960

Defendants' Liaison Counsel

and

Douglas Marvin
M. Elaine Horn
Megan Hills
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:   (202) 434-5029

Attorneys for Merck & Co., Inc.

- 2 -

787454v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Amended Notice of Deposition has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 26th day of September 2005.

*Dorothy H. Wimberly*