UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co., Inc., | * | CASE NO. 2:05CV4046 |
| | * | |
| Case No. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VIDEOTAPED DEPOSITION

TO: Douglas Marvin
Elaine Horn
Megan Hills
WILLIAMS & CONNELLY LLP
725 Twelfth Street NW
Washington, DC 20005

DATE: September 29, 2005

TIME: 9:30 A.M.

LOCATION: St. Augustine Court Reporting
1510 N. Ponce de Leon, Suite A
St. Augustine, Florida 32084

Please take notice that Plaintiffs will take the stenographic and videotaped oral deposition of Mr. John Weeks on September 29, 2005 at 9:30 a.m., at the offices of St. Augustine Court Reporting, 1510 N. Ponce de Leon, Suite A, St. Augustine, Florida 32084. The deposition will continue from day-to-day until completed. The deposition will be videotaped.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

The deponent is requested to produce the following documents at the deposition:

1. The personnel file of Richard Irvin, Jr.

_____
JERE L. BEASLEY
ANDY BIRCHFIELD, JR.
J. PAUL SIZEMORE

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax     (334) 223-1236

TERRELL, HOGAN
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL 32202
Telephone (904) 632-2424
Facsimile (904) 632-0549

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Videotaped Deposition has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail, defense counsel by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8, on this the _____ day of September, 2005.

Sharon L. Kegerreis, Esq.
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302

Patricia E. Lowry, Esq.
John B.T. Murray, Jr., Esq.
Steel Hector & Davis, LLP

1900 Phillips Point West
777 South Flagler Drive
W. Palm Beach, FL 33401-6198

Russ Herman
Herman & Herman
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130-3588

Douglas Marvin
Williams & Connolly, LLP
725 Twelfth Street NW
Washington, DC 20005

OF COUNSEL