FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 28 PM 2: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILTY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT, As Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF EXPERT REPORTS

Plaintiff, EVELYN IRVIN PLUNKETT, as Personal Representative of the Estate of RICHARD IRVIN, JR., deceased, by and through her undersigned counsel and pursuant to the applicable Rules of Civil Procedure, hereby gives notice of service of the following expert reports to Defendant MERCK & CO., INC.:

1.) Colin M. Bloor, M.D.

2.) Wayne A. Ray, Ph.D.

3.) Frederick A. Raffa

4.) Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A.

5.) Richard A. Kronmal

6.) David Eiglman, M.D., M.P.H.

7.) Winston Gandy, Jr., M.D.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

8.)  John L. Gueriguian, M.D.

9.)  Thomas Baldwin, M.D.

10.) Joseph L. Burton, M.D.

11.) Cecil Pace-Asiak, PhD.

12.) John Farquhar

13.) Richard M. Kapit, M.D.

JERE L. BEASLEY
ANDY BIRCHFIELD, JR.
J. PAUL SIZEMORE
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama 36103
Phone: (334) 269-2343

OF COUNSEL:

Jere L. Beasley
Andy Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama 36103
Phone: (334) 269-2343

Angelo M. Pataca, Jr.
TERRELL HOGAN
The 8th Floor, Blackstone Building
233 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 632-2424

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Service of Expert Reports has been served on Defense Liaison Counsel, Plaintiff Liaison Counsel, and Defense Counsel by e-mail along with expert reports and accompanying exhibits. All other parties have been served by electronically uploading the Notice of Service of Expert Reports to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8, on this the 26 day of September, 2005.

Douglas Marvin
Williams & Connolly, LLP
725 Twelfth Street NW
Washington, DC 20005

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
One United Plaza
4041 Essen Lane - Ste 501
Baton Rouge, LA 70809
(225) 490-8900 (phone)

Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)

Russ Herman
Herman & Herman
910 Airport Road # 3A
Destin, FL 32541
(850) 837-5078 (phone)

Lenny Davis
Herman Herman Katz & Cotlar
3411 Richmond - Ste. 460
Houston, TX 77046
(713) 877-1843 (phone)