**MINUTE ENTRY**
**FALLON, J.**
**August 24, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the above captioned matter in the Chambers of Judge Eldon E. Fallon. Participating in the conference were Russ Herman, Lenny Davis, Troy Rafferty, Andy Birchfield, Chris Tisi, Gerald Meunier, David Buchanan (via telephone), and Richard Arceneaux (via telephone) for the Plaintiffs' Steering Committee ("PSC") and Phil Wittman, Doug Marvin, Charles Cohen, Ted Mayer, Phil Yanella, and Eben Flaster for the Defendants' Steering Committee ("DSC"). At the conference, the following issues were discussed: answers to the PSC's Interrogatories; answers to the PSC's Requests for Productions; production of CRF's (i.e., medical records); production of Professional Information Requests (PIRs); certification of documents in the custodial files of Drs. Barr, Block, Cannell, Geba, and Carroll; production of labeling communications with the Food and Drug Administration; and objections to the requested deposition of James Dunn and Susan Baumgartner. After the Court's considerations of these issues,

JS10(01:05)

     IT IS ORDERED that the DSC shall answer the PSC's Interrogatories by September 15, 2005.  Furthermore,

     IT IS ORDERED that the DSC shall produce the CRFs by August 31, 2005.  Furthermore,

     IT IS ORDERED that the DSC shall produce PIRs for California, Texas, Florida, New York, Louisiana, Mississippi, Alabama, Pennsylvania, and Illinois by August 31, 2005.

