**MINUTE ENTRY**
**FALLON, J.**
**August 24, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the above captioned matter in the Chambers of Judge Eldon E. Fallon. Participating in the conference were Lenny Davis, Troy Rafferty, Andy Birchfield, and Chris Tisi for the Plaintiffs' Steering Committee; Phil Wittman and Doug Marvin for the Defendants' Steering Committee; and, via telephone, Ed Berbach and Mike Gallagher for the Texas Attorney General's Office. At the conference, the participants discussed the status of Vioxx lawsuits brought by the Texas Attorney General pending in the United States District Court for the Western District of Texas.

JS10(00:15)

-1-