UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

### NOTICE TO ALL COUNSEL OF CHANGE
### OF ADDRESS FOR DEFENDANTS' LIAISON COUNSEL

Due to Hurricane Katrina, the offices of Phillip A. Wittmann, Defendants' Liaison Counsel, have relocated to Baton Rouge, Louisiana. Accordingly, effective immediately and until further notice, all correspondence should be sent to the following address:

Phillip A. Wittmann
Stone Pigman Walther Wittmann L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana  70809
Telephone:  (225) 490-8900
Fax:  (225) 490-8960
E-Mail:  pwittmann@stonepigman.com

787096v.1

Respectfully submitted,

*Phil Wittmann*
_____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax: 225-490-8960

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice to All Counsel has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 20th day of September, 2005.

*Phil Wittmann*
_____

787096v.1