# JACKS LAW FIRM

TOMMY JACKS PC • JAMES L. (LARRY) WRIGHT • MARK GEORGE EINFALT
LAURA RUTH JACKS • MARK GUERRERO

September 29, 2005

VIA OVER NIGHT MAIL

U.S. District Clerk for the
Eastern District of Louisiana
U. S. Courthouse
102 Varsailles Street
Lafayette, Louisiana 70501

Re: *David Robbins v. Merck & Co., Inc., et al*, Before the Judicial Panel on Multidistrict Litigation, MDL Docket No. 1657.
MDL Case Number CA 05-1582L(3)

Dear Clerk:

Enclosed please find the original and three copies of the following document:

1. Civil summons for Defendants Merck & Co., Inc., Mart W. James, Bethany Wilks, D. Dowdy Dishell and Pfizer, Inc.;

Please complete the summons for the Defendants and return two file-marked copies of each document to my attention in the enclosed, self-addressed, stamped envelope; we will proceed with service of process.

Thank you for your assistance in this matter. Please give me a call if you have any questions.

Sincerely,

Waylon Stengler
Legal Assistant

Enclosures

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____