UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 29  PM 4: 18

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co., | * | |
| Inc., | * | CASE NO. 2:05CV4046 |
| | * | |
| Case No. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CROSS-NOTICE OF VIDEOTAPED DEPOSITION

TO:   Douglas Marvin
      Elaine Horn
      Megan Hills
      WILLIAMS & CONNELLY LLP
      725 Twelfth Street NW
      Washington, DC 20005

DATE: September 1, 2005

TIME: 12:00 P.M.

LOCATION: The Law Offices of Bunnell & Woulfe
          One Financial Plaza, 9th Floor
          Ft. Lauderdale, Florida 33394

Please take notice that Plaintiffs will take the stenographic and videotaped oral deposition of Dr. Christopher Schirmer on September 1, 2005 at 12:00 p.m., at the offices of Bunnell & Woulfe, One Financial Plaza, 9th Floor, Fort Lauderdale, Florida 33394. The deposition will continue from day-to-day until completed. The deposition will be videotaped by Legal Video Services of 700 SE 3rd Avenue, Suite 205, Fort Lauderdale, Florida 33316.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

                                                                                  _____
                                                                                  JERE L. BEASLEY
                                                                                  ANDY BIRCHFIELD, JR.
                                                                                  J. PAUL SIZEMORE

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax    (334) 223-1236

TERRELL, HOGAN
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL 32202
Telephone (904) 632-2424
Facsimile (904) 632-0549

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Videotaped Deposition has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail, defense counsel by U.S. Mail and facsimile, and Counsel for Christopher Schirmer, M.D., Rick Woulfe, Esq., by U.S. Mail and facsimile, and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8, on this the 26 day of August, 2005.

                                                                                  _____
                                                                                  OF COUNSEL