

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 30  AM 9: 54

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **THIS DOCUMENT RELATES TO: ALL** | * | **JUDGE FALLON** |
| **CASES** | * | |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSES AND OBJECTIONS TO
### SUBPOENA FOR PRODUCTION OF DOCUMENTS OF GILBERT BLOCK

Dr. Gilbert Block, by undersigned counsel, hereby responds and objects to the subpoena

for production of documents, dated September 19, 2005.  These responses and objections are

made only to the subpoena for production of documents; all objections to the subpoena for

testimony are reserved.

### GENERAL OBJECTIONS

1.      Dr. Block objects to the subpoena for production of documents to the extent that it

purports to impose any obligations beyond those imposed by the Federal Rules of Civil

Procedure and any applicable order of this court.

2.      Dr. Block objects to Instruction No. 2 as improper to the extent that it is intended

to seek documents relating to drugs other than VIOXX®.

### RESPONSES AND OBJECTIONS TO INDIVIDUAL REQUESTS

Dr. Block incorporates his General Objections in the specific responses that follow.  The

specific objections set forth in the response are in addition to those objections and, unless

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

otherwise specified, the response is limited in accordance with each of his objections. To the extent that Dr. Block offers to produce confidential information or documents, he will do so only subject to and in reliance on the Protective Order entered in this case.

## REQUEST FOR PRODUCTION NO. 1:

**Please produce any and all documents you have retained in your possession, including but not limited to e-mails, memos, and data compilations, which relate to your work on any Merck clinical trial, including but not limited to Vioxx clinical trials.**

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

Dr. Block objects to this request as overbroad, unduly burdensome, irrelevant to the claims asserted in this action and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks documents related to clinical trials of drugs other than VIOXX®. Subject to and without waiving his general or specific objections, Dr. Block will produce documents related to clinical trials of VIOXX®.

## REQUEST FOR PRODUCTION NO. 2:

**Please produce any and all e-mails, memos, calender[sic] entries, or other communications or memorandums of communications which refer or relate to your work on any Merck clinical trial[sic]**

### RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

Dr. Block objects to this request as overbroad, unduly burdensome, irrelevant to the claims asserted in this action and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks documents related to clinical trials of drugs other than VIOXX®. Subject to and without waiving his general or specific objections, Dr. Block will produce documents related to clinical trials of VIOXX®.

**REQUEST FOR PRODUCTION NO. 3:**

**Please produce any and all documents which refer or relate to your reasons for leaving Merck[*sic*]**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Dr. Block objects to this request as overbroad, unduly burdensome, irrelevant to the claims asserted in this action and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks documents unrelated to VIOXX®. Subject to the foregoing objections, Dr. Block has no documents responsive to this request.

Dated: Sept. 28 , 2005                    Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

Counsel for Defendant Merck & Co., Inc.,
and for Dr. Gilbert Block in his capacity as a
former employee

## REQUEST FOR PRODUCTION NO. 3:

**Please produce any and all documents which refer or relate to your reasons for
leaving Merck[sic]**

## RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

Dr. Block objects to this request as overbroad, unduly burdensome, irrelevant to the

claims asserted in this action and not reasonably calculated to lead to the discovery of admissible

evidence to the extent that it seeks documents unrelated to VIOXX®.  Subject to the foregoing

objections, Dr. Block has no documents responsive to this request.


Dated: _____, 2005                    Respectfully submitted,



                                               _____
                                               Phillip A. Wittmann, 13625
                                               Anthony M. DiLeo, 4942
                                               Dorothy H. Wimberly, 18509
                                               Carmelite M. Bertaut, 3054
                                               Stone Pigman Walther Wittmann L.L.C.
                                               546 Carondelet Street
                                               New Orleans, Louisiana  70130
                                               Phone: 504-581-3200
                                               Fax:    504-581-3361

                                               Defendants' Liaison Counsel

                                               _____
                                               Robb W. Patryk
                                               Hughes Hubbard & Reed LLP
                                               One Battery Park Plaza
                                               New York, NY 10004
                                               (212) 837-6000

                                               Counsel for Defendant Merck & Co., Inc.,
                                               and for Dr. Gilbert Block in his capacity as a
                                               former employee

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Responses and Objections to Subpoena for Production of Documents of Gilbert Block has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of September, 2005.

Dorothy H. Wimberly