BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION



ARNOLD NILSEN,

    Plaintiff,

v.

MERCK & CO., INC., a corporation

    Defendant.

MDL DOCKET NO. 1657
In re Vioxx Products Liability Litigation

Northern District of Illinois
Cause No. 05-C 0341

### PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES OF OF DEFENDANT, MERCK & CO., INC.

NOW COMES plaintiff, ARNOLD NILSEN, by and through his attorneys, POWER ROGERS & SMITH, P.C, and for his Responses to defendant, MERK & CO., INC.'s Affirmative Defenses One through Forty-Seven, states:

1-47. Plaintiff moves to strike Paragraphs One through Forty-Seven of defendant's Affirmative Defenses as improper legal conclusions; there are no facts plead which establish any affirmative defenses.

WHEREFORE, plaintiff, by his attorneys, prays that this Honorable court dismiss defendants' Affirmative Defenses.

POWER ROGERS & SMITH, P.C.

By: _____

Thomas G. Siracusa

Thomas G. Siracusa, Esq.
POWER ROGERS & SMITH, P.C.
70 W. Madison Street
Suite 5500
Chicago, IL 60602
Phone: 312-236-938l

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

ARNOLD NILSEN,

      Plaintiff,

v.

MERCK & CO., INC., a corporation

      Defendant.

MDL DOCKET NO. 1657
In re Vioxx Products Liability
Litigation

Northern District of Illinois
Cause No. 05-C 0341

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on September 26, 2005, I have filed with Judicial Panel on Multi District Litigation, via facsimile, **PLAINTIFF'S RESPONSES TO AFFIRMATIVE DEFENSES OF DEFENDANT, MERCK & CO., INC.,** a copy of which is attached hereto.

POWER ROGERS & SMITH, P.C.
Attorneys for Plaintiff
70 W. Madison Street, Suite 5500
Chicago, IL 60602
Phone: 312-236-9381; Fax: 312/236-9381

### CERTIFICATE OF SERVICE

Undersigned certifies that this notice was caused to be served by mailing a copy to the above-named at the above address by depositing the same in the U.S. Mail located at 70 W. Madison Street, Chicago, Illinois at 5:00 p.m. on September 26, 2005.

Under penalties as provided by law pursuant to Ill. Rev. Stat., ch. 110, §1-109, I certify that the statements set forth herein are true and correct.

## SERVICE LIST

<u>Nilsen v. Merk & Co., Inc. (Case No. 05 C 341) NDI</u>

Eugene Murphy, Esq.
Ms. Erin Martin
Bryan Cave, LLP
161 N. Clark Street, #4800
Chicago, IL 60601
(Merk & Co., Inc.)
Phone: 312/602-5000
Fax: 312/602-5050
E-mail at:

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway Street
Suite 3600
St. Louis, MO 63102
Phone: 314/259-2000
Fax: 314/259-2020
E-Mail at:

Russ Herman
(Plaintiff Liaison)
VIOXX@hhkc.com

Phillip Wittman
(Defendants Liaison)
pwittmann@stonepigman.com

United States Panel on MultiDistrict
  Litigation
Fax: 202/502-2888


<u>TEMPORARY ADDRESS FOR FILING</u>
Clerk of the Court For the Eastern District of Louisiana
MDL-1657 Vioxx Litigation
102 Versailles Street
Suite 501
Lafayette, Louisiana 70501
Phone: 337/262-6700