FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT -3 PM 2:47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO<br>ALL CASES | | |

**MERCK & CO., INC.'S UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL ANSWERS TO MASTER SET OF INTERROGATORIES AND RESPONSES TO MASTER SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (CONCERNING ARCOXIA) AND MOTION TO COMPEL ANSWERS TO MASTER SET OF INTERROGATORIES AND RESPONSES TO MASTER SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (FOREIGN VIOXX RELATED ACTIVITIES)**

Defendant Merck & Co., Inc. ("Merck"), by and through its counsel, respectfully moves the Court to continue the hearing on plaintiffs' Motions to Compel Answers to Master Set of Interrogatories and Responses to Master Set of Requests for Production of Documents (Concerning ARCOXIA) and (Concerning Foreign Vioxx Related Activities), currently scheduled for hearing on October 5, 2005, for one week, until October 12, 2005 at 2:00 p.m.. A one week continuance is necessary to enable Merck to respond to the briefing submitted by plaintiffs on September 30, 2005. Merck will file its response by the close of business on October 7, 2005.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Plaintiffs have agreed to the change in hearing date.

WHEREFORE, Merck requests that this Court continue the hearing on plaintiffs' Motions to Compel Answers to Master Set of Interrogatories and Responses to Master Set of Requests for Production of Documents (Concerning ARCOXIA) and (Concerning Foreign Vioxx Related Activities) until October 12, 2005 at 2:00 p.m.

Respectfully submitted,

*Phil Wittmann*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax: 225-490-8960

Defendants' Liaison Counsel

787890v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Continue has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 3rd day of October, 2005.

*Phil Wittmann*

787890v.1