

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     OCT - 5 2005

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL No. 1657 |
| | ) |
| | ) SECTION L |
| | ) |
| This Document Relates To: | ) JUDGE FALLON |
| | ) MAG. JUDGE KNOWLES |
| ALL ACTIONS | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

___ Fee _____
_X_ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No _____

TO      THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective immediately, Lerach Coughlin Stoia Geller Rudman

& Robbins LLP has relocated its San Diego office as shown below:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

DATED:  October 3, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
FRANK J. JANECEK, JR.
CHRISTOPHER M. BURKE
CHRISTOPHER COLLINS
RACHEL L. JENSEN


RACHEL L. JENSEN

401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT
MICHAEL McKAY
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

- 1 -

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone:  201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff Midwestern Teamsters
Health & Welfare Fund

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF CHANGE OF FIRM ADDRESS

has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or

by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis

File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of October 2005.

RACHEL L. JENSEN