UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co., Inc., | * | CASE NO. 2:05CV4046 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S FACT WITNESS LIST

Plaintiff submits the following list of fact witnesses that may be called upon to testify in this case. This list is not exhaustive and, by agreement of the parties, does not include experts or general liability witnesses, such as employees or former employees of Merck & Co. or entities affiliated with Merck except for those employees or former employees with specific information regarding this case. Moreover, Plaintiff reserves the right to add additional witnesses as revealed during the remaining discovery in this case.

(1) Evelyn Irvin Plunkett (widow of Dicky Irvin)

(2) Richard "Ritchie" Eugene Irvin, III (Dicky Irvin's son)

(3) Allesha Irvin Schirmer (Dicky Irvin's daughter)

(4) Ashley Lauren Irvin (Dicky Irvin's daughter)

(5) Lesley Irvin Goldstein (Dicky Irvin's daughter)

(6) John Weeks (Dicky Irvin's boss at the Seafood Shoppe)

(7) Mary Weeks (wife of John Weeks; also works at Seafood Shoppe)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

(8) Richard "Rick" Aycock (Dicky Irvin's friend, who provided Dicky with Vioxx samples)

(9) Andrew Gunn, MD (physician mentioned in medical records that we have requested, but have not received records yet from his office)

(10) Christopher Schirmer, MD (prescribing physician)

(11) Cary N. Carter (EMT)

(12) Michael Dietrich (EMT)

(13) John C. Crick, MD and/or James J. Conners, MD (removed cyst from Dicky's wrist in 1992)

(14) Felice Koscinski, MD (ER physician)

(15) Terrence Steiner, MD (pathologist/coroner)

(16) Donald L. Becker (sales representative who made contact with Schirmer)

(17) Representative of Blue Cross Blue Shield of Florida

(18) Representative of Health Options Northeast and/or First Group (Sales/Administrators)

(19) Records Custodian of Flagler Hospital

(20) Records Custodian of St. Johns Fire and Rescue Department

(21) Records Custodian of Walgreen Pharmacy

(22) Records Custodian of Wuesthoff Memorial Hospital (did lab work from autopsy)

(23) Danny Pacetti (former employee of Seafood Shoppe who found Dicky Irvin on the morning of his death)

(24) Barry Cass (Dicky's friend; coached youth athletics together)

(25) Bobby Rouseau (Dicky Irvin's brother-in-law)

(26) Richard "Dick" Irvin, Sr. (Dicky Irvin's dad)

(27) Sarah Margaret Irvin (Dicky Irvin's mom)

(28) Dr. Steve Dingfelder & Associates or any other doctor or clinician associated with this group who provided psychological care for Ashley Irvin

(29) Records Custodian of Walgreen's pharmacy that provided Ambien to Ashley Irvin

(30) Any and all Merck employees or representatives that had any contact with Dr. Christopher Schirmer, his practice or the hospital where he practices.

JERE L. BEASLEY
ANDY BIRCHFIELD, JR.
J. PAUL SIZEMORE

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax    (334) 223-1236

TERRELL, HOGAN
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL 32202
Telephone (904) 632-2424
Facsimile (904) 632-0549

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Fact Witness List has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail, defense counsel by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8, on this the 31st day of August, 2005.

Sharon L. Kegerreis, Esq.
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, N J  07302

Patricia E. Lowry, Esq.
John B.T. Murray, Jr., Esq.
Steel Hector & Davis, LLP
1900 Phillips Point West
777 South Flagler Drive
W. Palm Beach, FL 33401-6198

Russ Herman
Herman & Herman
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130-3588

Douglas Marvin
Williams & Connolly, LLP
725 Twelfth Street NW
Washington, DC 20005

_____
Of Counsel