**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX                                         *        MDL No. 1657
      PRODUCTS LIABILITY LITIGATION          *
                                              *
                                              *        SECTION: L
                                              *
**THIS DOCUMENT RELATES TO** *Lavona Neal v.*       *
***Merck & Co., Inc.,*** **No. 2:05-cv-02928-EEF-DEK** *        Judge Fallon
                                              *        Magistrate Judge Knowles
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Kmart Corporation in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Donald L. O'Keefe, Jr. of the law firm of Rabbitt, Pitzer & Snodgrass, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Kmart Corporation in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Kmart Corporation in this matter.

Dated:
10/5/05

3184881