```
                                                    FILED
                                               U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                              2005 AUG 26  PM 5: 10

         UNITED STATES DISTRICT COURT         LORETTA G. WHYTE
         EASTERN DISTRICT OF LOUISIANA              CLERK
```

In Re: VIOXX                                    *        MDL No. 1657
    Products Liability Litigation         *
                                                                 *
                                                                 *        SECTION: L
                                                                 *

**This Document Relates To:** *Arthur Hale et al. v.*        *
*Merck & Co., Inc. et al.*, No. 2:05-cv-02579-EEF-DEK     *        Judge Fallon
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    *        Magistrate Judge Knowles

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Donald L. O'Keefe, Jr. of the law firm of Rabbitt, Pitzer & Snodgrass, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. O'Keefe's motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for Kmart Corporation in *Arthur Hale et al. v. Merck & Co., Inc. et al.*, No. 2:05-CV-02579-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

Kmart Corporation has informed Donald L. O'Keefe, Jr. that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

Kmart Corporation has been notified of all deadlines and pending court appearances.

3180970

```
                                                    __ Fee _____
                                                    __ Process __
                                                    X_ Dktd _____
                                                    √_ CtRmDep __
                                                    __ Doc. No __
```

WHEREFORE, Donald L. O'Keefe, Jr. of the law firm of Rabbitt, Pitzer & Snodgrass, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. O'Keefe to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Kmart Corporation, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

RABBITT, PITZER & SNODGRASS, P.C.

By: _____
Donald L. O'Keefe, Jr., # 39279
100 South Fourth Street, Suite 400
St. Louis, MO 63101-1821
Telephone: (314) 421-5545
Facsimile: (314) 421-3144

*Attorney for Defendant Kmart Corporation*

and

THOMPSON COBURN, LLP

By _____
David A. Dick, #65275
Kelly E. Simon, #508033
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

*Attorneys for Defendant Kmart Corporation*

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 25th day of August, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*