

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 26 PM 4:00

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: 1<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This document relates to *Elvin and Mary Shaw v. Merck & Co., Inc.*,
USDC-WD-MO #04-1098-CV-W-SOW

### MOTION FOR APPOINTMENT OF PLAINTIFF AD LITEM
### *and/or Rule 25 of F.R.C.P.*

Plaintiff Mary Shaw, pursuant to R.S.Mo. § 537.021 moves the court for its order appointing Mary Shaw as plaintiff ad litem for the purposes of prosecuting claims for, *inter alia,* lost chance of recovery and lost chance of survival on behalf of Elvin Shaw. As grounds for this Petition, plaintiff states:

    1.    Elvin Shaw died as a result of adverse reactions and/or health conditions from his ingestion of Vioxx.

___ Fee _____
___ Process _____
_X_ Dktd _____
_V_ CtRmDep _____
___ Doc. No _____

2. Mary Shaw was the lawfully wedded spouse of Elvin Shaw. Mary Shaw intends to prosecute an action for the wrongful death of Elvin Shaw pursuant to R.S.Mo. § 537.080.

3. Pursuant to R.S.Mo. § 537.021, an action for lost chance of recovery or survival may be brought as an alternative theory to a claim for wrongful death.

4. R.S.Mo. § 537.021 provides that upon the request of the plaintiff or other interested person delineated in section 537.080, the court "shall" appoint a plaintiff ad litem to pursue an action for lost chance of recovery or survival.

WHEREFORE, Plaintiff Mary Shaw requests that the court enter its order appointing her as plaintiff ad litem on behalf of Elvin Shaw.

Respectfully submitted,

HUMPHREY, FARRINGTON, & McCLAIN

By: _____
Kenneth B. Mcclain (MO#32430)
Daniel A. Thomas (MO#52030)
221 W. Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050; fax (816) 836-8966

ALLAN KANNER & ASSOCIATES, P.L.L.C.

By: _____
Allan Kanner (LA#20580)
Elizabeth B. Cowen (LA#23697)
701 Camp Street
New Orleans, LA 70130
(504) 524-5777; fax (504) 524-5763

**ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served on designated Plaintiff and Defendant Liaison Counsel by U.S. Mail, properly addressed and first class postage prepaid, this 26th day of August, 2005.

_____
ELIZABETH B. COWEN, ESQ.