IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: 1<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This document relates to *Elvin and Mary Shaw v. Merck & Co., Inc.*,
USDC-WD-MO #04-1098-CV-W-SOW

## ORDER APPOINTING PLAINTIFF AD LITEM

Upon the Motion for Appointment of Plaintiff Ad Litem, and for good cause shown, the court hereby appoints Mary Shaw as Plaintiff Ad Litem for the purpose of prosecuting claims for, *inter alia,* lost chance of recovery or survival on behalf of Elvin Shaw. Mary Shaw is granted leave to proceed in the action.

10/5/05
DATE

JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

0783 - Shaw--Ad Litem Appointment
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:36816.1