

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: 1<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This document relates to *CAROLINE NEVELS, et al.*
*Individually and as Representative for persons identified*
*under R.S. Mo. 537.080(1) concerning the Wrongful Death*
*of SHELLY SOUTH, and on behalf of all others similarly situated,*
*v. MERCK & CO., INC., et al.*; USDC-WD-MO #04-0952-CV-W-DW

### MOTION FOR LEAVE TO AMEND PETITION FOR DAMAGES

Now comes Plaintiff, Caroline Nevels, who moves this Honorable Court for leave to amend her Petition for Damages consistent with the attached Motion for Appointment of Plaintiff Ad Litem and proposed Plaintiffs' First Amended Petition for Damages. Due to the death of Shelly South, Plaintiff, pursuant to Missouri law, seeks to add: (1) a Plaintiffs representative ad litem, and (2) a wrongful death claim. Defendants have answered the initial Petition for Damages. While Plaintiff

1

9783 - Nevels--Motion to Amend
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:36836.1

has requested Defendant's position on whether this Motion is opposed or unopposed, no response has been received, and pursuant to Missouri tort reform deadlines, Plaintiff is filing at this time to preserve the rights of the deceased and her heirs. Once informed, Plaintiff will immediately notify the Court of Defendant's position relative to this Motion, and will arrange for a hearing if necessitated.

WHEREFORE, Plaintiff Caroline Nevels requests that the court enter its order granting her leave to amend her Petition for damages,

Respectfully submitted,

HUMPHREY, FARRINGTON, & McCLAIN

By: /s/ Daniel Thomas

Kenneth B. Mcclain (MO#32430)
Daniel A. Thomas (MO#52030)
221 W. Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050; fax (816) 836-8966

ALLAN KANNER & ASSOCIATES, P.L.L.C.

By: /s/ Elizabeth Cowen

Allan Kanner (LA#20580)
Elizabeth B. Cowen (LA#23697)
701 Camp Street
New Orleans, LA 70130
(504) 524-5777; fax (504) 524-5763

**ATTORNEYS FOR PETITIONERS**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served on designated Plaintiff and Defendant Liaison Counsel by U.S. Mail, properly addressed and first class postage prepaid, this 26th day of August, 2005.

                                                                                    _____
                                                                                    ELIZABETH B. COWEN, ESQ.

3

9783 - Nevels--Motion to Amend
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:36836.1