IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL NO. 1657

SECTION: 1

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to *CAROLINE NEVELS, et al.*
*Individually and as Representative for persons identified*
*under R.S. Mo. 537.080(1) concerning the Wrongful Death*
*of SHELLY SOUTH, and on behalf of all others similarly situated,*
*v. MERCK & CO., INC., et al.*; USDC-WD-MO #04-0952-CV-W-DW

## ORDER

Upon considering Plaintiffs Motion for Leave to Amend Petition for Damages;

IT IS HEREBY ORDERED that Caroline Nevels be and is hereby granted leave to amend her Petition for Damages by adding an ad litem plaintiffs representative, and a wrongful death claim.

10/5/05
DATE

_____
JUDGE

9783 - Nevels--Motion to Amend
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:36836.1