

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: l<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This document relates to *Elvin and Mary Shaw v. Merck & Co., Inc.*,
USDC-WD-MO #04-1098-CV-W-SOW

## MOTION FOR LEAVE TO AMEND PETITION FOR DAMAGES

Now comes Plaintiff, Mary Shaw, who moves this Honorable Court for leave to amend her Petition for Damages consistent with the attached Motion for Appointment of Plaintiff Ad Litem and proposed Plaintiffs' First Amended Petition for Damages. Due to the death of Elvin Shaw, Plaintiff, pursuant to Missouri law, seeks to add: (1) a Plaintiffs representative ad litem, and (2) a wrongful death claim. Defendants have not answered the initial Petition for Damages.

0783 - Shaw--Motion to Amend
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:36835.1

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

WHEREFORE, Plaintiff Mary Shaw requests that the court enter its order granting her leave to amend her Petition for damages,

                                      Respectfully submitted,

                                      HUMPHREY, FARRINGTON, & McCLAIN

By: _____
Kenneth B. Mcclain (MO#32430)
Daniel A. Thomas (MO#52030)
221 W. Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050; fax (816) 836-8966

ALLAN KANNER & ASSOCIATES, P.L.L.C.

By: _____
Allan Kanner (LA#20580)
Elizabeth B. Cowen (LA#23697)
701 Camp Street
New Orleans, LA 70130
(504) 524-5777; fax (504) 524-5763

**ATTORNEYS FOR PETITIONERS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing was served on designated Plaintiff and Defendant Liaison Counsel by U.S. Mail, properly addressed and first class postage prepaid, this 26th day of August, 2005.

_____
ELIZABETH B. COWEN, ESQ.

2