IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: 1

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to *Elvin and Mary Shaw v. Merck & Co., Inc.*,
USDC-WD-MO #04-1098-CV-W-SOW

## ORDER

Upon considering Plaintiffs Motion for Leave to Amend Petition for Damages;

IT IS HEREBY ORDERED that Mary Shaw be and is hereby granted leave to amend her Petition for Damages by adding an ad litem plaintiffs representative, and a wrongful death claim.

10/5/05
DATE

JUDGE

0783 - Shaw--Motion to Amend
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:36835.1

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep____
___ Doc. No_____