UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO** *Arline Anderson v* | * | |
| *Merck & Co., Inc.,* No. 2:05-cv-02572-EEF-DEK, | * | |
| previously filed as 4:05-cv-00089:, E. D. Mo. | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant CVS Pharmacy, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kurt L. Rasmussen and John L. Kellogg of the law firm of Rasmussen, Willis, Dickey & Moore, L.L.C. be permitted to withdraw, and hereby are withdrawn, as counsel for CVS Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for CVS Pharmacy, Inc. in this matter.

Dated: 10/5/05

[signature]

3188502