

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: 1<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This document relates to *CAROLINE NEVELS, et al.*
*Individually and as Representative for persons identified*
*under R.S. Mo. 537.080(1) concerning the Wrongful Death*
*of SHELLY SOUTH, and on behalf of all others similarly situated,*
*v. MERCK & CO., INC., et al.*; USDC-WD-MO #04-0952-CV-W-DW

## MOTION FOR APPOINTMENT OF PLAINTIFF AD LITEM

Plaintiff Caroline Nevels, pursuant to R.S.Mo. § 537.021 and Rule 25 of FRCP, moves the court for its order appointing Caroline Nevels as plaintiff ad litem for the purposes of prosecuting claims for, *inter alia*, lost chance of recovery and lost chance of survival on behalf of Shelly South. As grounds for this Petition, plaintiff states:

1.  Shelly South died as a result of adverse reactions and/or health conditions from her ingestion of Vioxx.

2. Caroline Nevels is the natural mother of Shelly South. Caroline Nevels has filed a claim for the wrongful death of Shelly South pursuant to R.S.Mo. § 537.080.

3. Pursuant to R.S.Mo. § 537.021, an action for lost chance of recovery or survival may be brought as an alternative theory to a claim for wrongful death.

4. R.S.Mo. § 537.021 provides that upon the request of the plaintiff or other interested person delineated in section 537.080, the court "shall" appoint a plaintiff ad litem to pursue an action for lost chance of recovery or survival.

WHEREFORE, Plaintiff Caroline Nevels requests that the court enter its order appointing her as plaintiff ad litem on behalf of Shelly South.

Respectfully submitted,

HUMPHREY, FARRINGTON, & McCLAIN

By: /s/ Daniel Thomas
Kenneth B. Mcclain (MO#32430)
Daniel A. Thomas (MO#52030)
221 W. Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050; fax (816) 836-8966

ALLAN KANNER & ASSOCIATES, P.L.L.C.

By: /s/ Allan Kanner
Allan Kanner (LA#20580)
Elizabeth B. Cowen (LA#23697)
701 Camp Street
New Orleans, LA 70130
(504) 524-5777; fax (504) 524-5763

**ATTORNEYS FOR PETITIONERS**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served on designated Plaintiff and Defendant Liaison Counsel by U.S. Mail, properly addressed and first class postage prepaid, this 26th day of August, 2005.

_____
ELIZABETH B. COWEN, ESQ.

3