IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to *CAROLINE NEVELS, et al. Individually and as Representative for persons identified under R.S. Mo. 537.080(1) concerning the Wrongful Death of SHELLY SOUTH, and on behalf of all others similarly situated, v. MERCK & CO., INC., et al.*; USDC-WD-MO #04-0952-CV-W-DW

## ORDER APPOINTING PLAINTIFF AD LITEM

Upon the Motion for Appointment of Plaintiff Ad Litem, and for good cause shown, the court hereby appoints Caroline Nevels as Plaintiff Ad Litem for the purpose of prosecuting claims for, *inter alia,* lost chance of recovery or survival on behalf of Shelly South. Caroline Nevels is granted leave to proceed in the action.

10/5/05
DATE

JUDGE

0783 - Nevels--Ad Litem Appointment
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:36817.1