UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*U.S. FILED*
*EASTERN DISTRICT COURT*
*DISTRICT OF LA*

*2005 SEP 21  PH 3: 35*

*LORETTA G. WHYTE*
*CLERK*

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO *Sammy Underwood*
*v. Merck & Co., Inc.,* No. 2:05-cv-02571-EEF-DEK,
previously filed as 4:05-cv-00088, E.D. Mo.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*
\*
\*
\*
\*
\*
\*
\*
\*

MDL No. 1657

SECTION: L

Judge Fallon
Magistrate Judge Knowles

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kurt L. Rasmussen and John L. Kellogg of the law firm of Rasmussen, Willis, Dickey & Moore, L.L.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Rasmussen's and Mr. Kellogg's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for CVS Pharmacy Inc. in *Sammy Underwood et al. v. Merck & Co., Inc. et al.,* No. 2:05-cv-02571-EEF-DEK which is part of MDL 1657.  In support of their motion, counsel state:

1.    CVS Pharmacy Inc. has informed Kurt L. Rasmussen and John L. Kellogg that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.    David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

_____ Fee_____
__X__ Process_____
_____ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

3188475

3.      CVS Pharmacy Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Kurt L. Rasmussen and John L. Kellogg of the law firm of Rasmussen, Willis, Dickey & Moore, L.L.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Rasmussen and Mr. Kellogg to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant CVS Pharmacy Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

RASMUSSEN, WILLIS, DICKEY & MOORE, L.L.C.

By:_____
    Kurt L. Rasmussen, MO #32405
    John L. Kellogg,  MO #46533
    9200 Ward Parkway, Suite 310
    Kansas City, Missouri  64114
    (816) 960-1611 Telephone
    (816) 960-1669 - Facsimile

Attorneys for Defendant CVS Pharmacy Inc.

And

THOMPSON COBURN LLP

By:

David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant CVS Pharmacy Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 20 th day of September, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

3188475

- 3 -