IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| Products Liability Litigation | § | |
| | § | SECTION: L |
| | § | |
| This Document Relates to: | § | JUDGE FALLON |
| *Mercy Leal, et al, v. Merck & Co., Inc.* | § | |
| No. 2:05cv2066 | § | MAG. JUDGE KNOWLES |

## MOTION TO RECOGNIZE PRIOR DISMISSAL OF PLAINTIFF LANCE BILLINGSLEY, ONLY

TO THE HONORABLE JUDGE FALLON:

**COMES NOW**, former Plaintiff LANCE BILLINGSLEY and moves the Court to recognize his Dismissal Without Prejudice which was entered prior to transfer of the instant case to the MDL proceedings in this honorable Court. In support thereof, former Plaintiff LANCE BILLINGSLEY would respectfully show unto the Court as follows:

1. On or about February 15, 2005 former Plaintiff LANCE BILLINGSLEY filed suit against Defendant Merck & Co., Inc. in the 166th Judicial District Court of Bexar County, Texas, where it was docketed as Cause No. 2005-CI-02741. Said lawsuit consisted of four Plaintiffs, originally, and was styled: *Mercy Leal, Individually and as Representative of the Estate and on Behalf of all Statutory Beneficiaries of Alfredo Teran, Deceased; and Adolfo Trevino; and Alfred Castillo; and Lance Billingsley, Plaintiffs, vs. Merck & Co., Inc.*

2. On or about March 28, 2005, Defendant Merck & Co., Inc. removed said lawsuit to the United States District Court for the Western District of Texas, San Antonio Division where it was docketed as Cause No. SA-05-CV-0238-RF.

3. On or about May 19, 2005, former Plaintiff Lance Billingsley and Defendant Merck & Co., Inc. together jointly filed their <u>Stipulation of Dismissal as to Plaintiff Lance Billingsley, Only</u>, requesting that the district Court dismiss former Plaintiff Lance Billingsley's suit without prejudice to re-filing same.

4. On or about May 24, 2005, the United States District Court for the Western District of Texas, San Antonio Division entered its <u>Order of Dismissal as to Plaintiff Lance Billingsley, Only</u>, without prejudice. **(a true and correct copy of same is attached hereto as Exhibit "A").**

5. On or about June 10, 2005, an order of the Judicial Panel on Multi District Litigation was filed with the trial court removing this case to the multi-district proceedings in the Eastern District of Louisiana, herein.

6. Former Plaintiff Lance Billingsley's case was docketed in error in this MDL Court due to the fact that his case had been dismissed without prejudice approximately 17 days before this case was removed to this Court.

## PRAYER

Wherefore, premises considered, former Plaintiff Lance Billingsley asks that this honorable Court enter its order recognizing the underlying dismissal without prejudice as to Lance Billingsley, only, and directing the Clerk of the United States District Court for the Eastern District of Louisiana to remove Lance Billingsley as a party plaintiff herein from its docket roll, as his case was dismissed without prejudice before reaching these MDL proceedings.

Respectfully submitted,

**Wayne Wright, L.L.P.**
5707 Interstate Ten West
San Antonio, Texas 78201
Telephone: (210) 734-7077
Facsimile: (210) 734-9965

By: _____
Alex Wyatt Wright
Texas State Bar No. 24037741

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Recognize Prior Dismissal of Plaintiff Lance Billingsley, Only has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26__ day of August, 2005.

_____
Alex Wyatt Wright

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 24 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| MERCY LEAL, Individually and as Representative of the Estate and on Behalf of all statutory Beneficiaries of ALFREDO TERAN, Deceased; and ADOLFO TREVINO; and ALFRED CASTILLO; and LANCE BILLINGSLEY<br>Plaintiffs,<br><br>VS.<br><br>MERCK & CO., INC.<br>Defendant. | CIVIL ACTION NO.<br><br>SA-05-CV-0238-RF |

## ORDER OF DISMISSAL AS TO
## PLAINTIFF LANCE BILLINGSLEY, ONLY

On this the __24th__ day of __May__, 2005 came on to be heard the parties Joint Stipulation of Dismissal as to all causes of action brought by Plaintiff LANCE BILLINGSLEY, only. The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that all stipulations set forth in the underlying joint motion are expressly approved by the Court and that all causes of action brought by Plaintiff LANCE BILLINGSLEY, only, are hereby DISMISSED without prejudice.

Signed 05/24/05.

_Royal Ferguson_
United States District Judge

EXHIBIT
A