IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   VIOXX | § | MDL NO. 1657 |
| Products Liability Litigation | § | |
| | § | SECTION: L |
| | § | |
| This Document Relates to: | § | JUDGE FALLON |
| *Mercy Leal, et al, v. Merck & Co., Inc.* | § | |
| No. 2:05cv2066 | § | MAG. JUDGE KNOWLES |

## ORDER RECOGNIZING THE PRIOR DISMISSAL OF PLAINTIFF LANCE BILLINGSLEY, ONLY

On this the ___5th___ day of ___October___, 2005 came on to be heard Lance Billingsley's Motion to Recognize Prior Dismissal of Plaintiff Lance Billingsley, Only. The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court for the Eastern District of Louisiana is hereby directed to remove Lance Billingsley as a party plaintiff herein from its docket roll, as his case was dismissed without prejudice before reaching these MDL proceedings.

Judge Eldon E. Fallon
United States District Judge

___ Fee
_√_ Process
_√_ Dktd
___ CtRmDep
___ Doc. No