

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to<br>All Class Action Cases | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDMENT TO PRETRIAL ORDER NO. 16

Following a telephone conference held on September 13, 2005, the following Amendment to Pretrial Order 16 is issued:

**I.   PLEADING ISSUES**

Plaintiffs shall file their oppositions to the pending Motions to Dismiss and Motion to Strike (as filed by Merck on September 9, 2005) on or before November 8, 2005. Defendants shall file their reply briefs in support of these motions on or before December 8, 2005.

\_\_\_ Fee_____
\_\_\_ Process\_\_\_\_
_X_ Dktd_____
\_/_ CtRmDe\_\_\_\_
\_\_\_ Doc. No\_\_\_\_

786798v.1

## II. MOTION TO STAY PERSONAL INJURY CLASS ACTIONS

Plaintiffs have indicated that they intend to move for a stay of proceedings regarding the personal injury class actions. Plaintiffs' motion shall be filed on or before September 29, 2005. Merck's opposition to that motion shall be filed on or before October 10, 2005. Plaintiffs' reply brief in support of the motion shall be filed on or before October 17, 2005.

## III. OTHER DEADLINES

All other deadlines in PTO-16 shall continue to govern the class action cases, except that the deadline for filing of a motion for class certification with regard to the personal injury class actions shall begin to run on the date the Court rules on plaintiffs' motion for stay if that motion is denied.

New Orleans, Louisiana, this 5th day of October~~September~~, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE