UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®          *   MDL No. 1657

PRODUCTS LIABILITY LITIGATION   *   SECTION L

*   JUDGE ELDON E. FALLON

*   MAGISTRATE JUDGE DANIEL
*   E. KNOWLES, III

* * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO DIANE REID v. MERCK & CO., INC., Case No. 05-2937

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), it is hereby STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, that Plaintiff DIANE REID no longer seeks to prosecute her claims against defendant MERCK & CO., INC. in the above-entitled action, and therefore the above-entitled action is DISCONTINUED WITH PREJUDICE, without costs to any party as against the other.

Respectfully submitted by:

_____
William Dinkes, Esq. (WD3256)
DINKES & SCHWITZER
112 Madison Avenue
New York, New York 10016
212-685-7800

Attorneys for Plaintiff Diane Reid

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

NY 986884_1.DOC

*Vilia B. Hayes*
Vilia B. Hayes Esq. (VH4601)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Defendant Merck & Co., Inc.

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITH PREJUDICE, without costs to any party as against the other.

APPROVED AND SO ORDERED, this 5th day of Oct, 2005.

_____
UNITED STATES DISTRICT JUDGE

NY 986884_1.DOC

## AFFIDAVIT OF SERVICE

I, JENNIFER JUNG, being sworn, say: I am not a party to the action, am over 18 years of age and reside at BROOKLYN, NEW YORK.

On September 23, 2005, I served the within STIPULATION AND ORDER OF DISMISSAL AGAINST MERCK & CO., INC. by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of U.S. Postal Service via Certified Mail within New York State, addressed to each of the following persons at the last known address set forth after each name:

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
102 Versailles Street, Suite 501
Lafayette, Louisiana 70501

JENNIFER JUNG

Sworn to before me on 9/23/05

Christine Ramirez

CHRISTINE RAMIREZ
Notary Public, State of New York
No. 01RA6089494
Qualified in Queens County
Commission Expires Mar. 24, 2007

MDL NO. 1657
SECTION: L

INDEX NO.: 05-2937

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIANE REID,

                        Plaintiff,

-against-

MERCK & CO., INC.,

                        Defendant.

## STIPULATION AND ORDER OF DISMISSAL

DINKES & SCHWITZER

Attorneys for Plaintiff

Office and Post Office Address, Telephone

112 MADISON AVENUE

NEW YORK, N.Y. 10016

(212) 685-7800