U.S. DISTRICT COURT
Eastern District of Louisiana
FILED SEP 26 2005
LORETTA G. WHYTE
Clerk

MOSES B. FRYER
1200 GLENWOOD AVE, S.E.
ATLANTA, GEORGIA #30316
* Sept. (Twenty-First) 2005

MDL 05-1657

IN RE: 1:04 CV-3679 (CASE), (MDL) (05-995 EDLA) L(3)
FRYER V. MERCK: ET AL.

Honorable,
  CLERK OF THE I HEREBY NOTIFY THEE THAT MY Address IS A NEW AT 1200 GLENWOOD AVENUE, S.E. ATLANTA, GEORGIA #30316 MY PHONE # IS → 678-698-8006.
ALL INFORMATION FROM THE honorable COURT SHOULD BE SENT TO ME AT THE SUPRA Address THEREOF. I PRAY THAT YOU WILL PUT THIS INTO YOUR COMPUTERED RECORDS.
I AM PRO SE. CONCERNING MY (VIOXX) 1983 (USC) PETITION, THUS CASE IS A TRANSFER CASE UNDER (MDL-1657).

I, PETITIONER OF CASE No.# 1:04 CV-3679 HEREBY RESPECTFULLY CLOSE MY LETTER.

PS: ANSWER SO I'LL KNOW YOU RECEIVE THUS CORRESPONDENCE?

/s/ Moses B. Fryer
MOSES B. FRYER, PRO SE.
1200 GLENWOOD AVE, S.E.
ATLANTA, GA #30316

Moses B. Fryer #(Apt-707).
1200 Glenwood Ave, S.E.
Atlanta, Georgia #30316



* Attn: Clerk of Court #(Suite-501).
United States District Court
For The Eastern Dist. of Louisiana
— 102 Versailles Street —
Lafayette, Louisiana. #70501

70501+6700