

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 30 PM 4: 56

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION: L 3 |
| AJAY K BANSAL and<br>VEENA BANSAL, h/w<br>vs.<br>MERCK & CO., INC. | Civil Action No: 05-3622<br><br>Transferred from USDC<br>Eastern District of Pennsylvania<br>Case # 05-cv-2647 |

## STIPULATION OF DISMISSAL

AND NOW, this **5th** day of **October**, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE with respect to any re-filing in federal court only.  The parties stipulate and it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and herby is DISMISSED WITH PREJUDICE with respect to any re-filing in any state court.  Each party will bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiffs AJAY K. BANSAL and VEENA BANSAL and defendant Merck & Co, Inc. who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
THOMAS R. KLINE, ESQUIRE
LEE B. BALEFSKY, ESQUIRE
MICHELLE L. TIGER, ESQUIRE
Pennsylvania Bar Nos:
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
(215)772-1000 (Telephone)
(215)735-0960

ATTORNEYS FOR PLAINTIFF
AJAY K. BANSAL
and VEENA BANSAL


DECHERT LLP

By: _____
Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215)994-4000 (Telephone)

ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 28th day of September, 2005 a true and correct copy of *Ajay K. Bansal's Stipulation for Dismissal* was served on all counsel of record.

Fred T. Magaziner  
Joseph K. Hetrick  
Joshua G. Schiller  
DECHERT LLP  
4000 Bell Atlantic Tower  
1717 Arch Street  
Philadelphia, PA 19103-2793  
(215)994-4000 (Telephone)  
**Attorneys for Defendant Merck & Co., Inc.**

[✓] U.S. Mail  
[ ] Fax  
[ ] Overnight Delivery  
[ ] Hand Delivery

Thomas R. Kline  
Lee B. Balefsky  
Michelle L. Tiger  
KLINE & SPECTER  
A Professional Corporation  
The Nineteenth Floor  
1525 Locust Street  
Philadelphia, PA 19102  
(215)772-0433