IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL Docket No. 1657 |
| ) | SECTION: L 3 |
| DAVID W. ALMOND and ) | Civil Action No: 05-3617 |
| DEBORAH ALMOND, h/w ) | |
| ) | Transferred from USDC |
| vs. ) | Eastern District of Pennsylvania |
| ) | Case # 05-cv-2585 |
| MERCK & CO., INC. ) | |

### STIPULATION OF DISMISSAL

AND NOW, this 5th day of October, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE with respect to any re-filing in federal court only. The parties stipulate and it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and herby is DISMISSED WITH PREJUDICE with respect to any re-filing in any state court. Each party will bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiffs DAVID W. ALMOND and DEBORAH ALMOND and defendant MERCK & CO., INC. who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
THOMAS R. KLINE, ESQUIRE
LEE B. BALEFSKY, ESQUIRE
MICHELLE L. TIGER, ESQUIRE
Pennsylvania Bar Nos:
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
(215)772-1000 (Telephone)
(215)735-0960

ATTORNEYS FOR PLAINTIFF
DAVID W. ALMOND and
DEBORAH ALMOND


DECHERT LLP

By: _____
Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215)994-4000 (Telephone)

ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 28th day of September, 2005 a true and correct copy of *David W. Almond and Deborah Almond Stipulation for Dismissal* was served on all counsel of record.

Fred T. Magaziner     [X] U.S. Mail
Joseph K. Hetrick     [ ] Fax
Joshua G. Schiller     [ ] Overnight Delivery
DECHERT LLP     [ ] Hand Delivery
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215)994-4000 (Telephone)
**Attorneys for Defendant Merck & Co., Inc.**

Thomas R. Kline
Lee B. Balefsky
Michelle L. Tiger
KLINE & SPECTER
A Professional Corporation
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
(215)772-0433