UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------x
IN RE: VIOXX
       PRODUCTS LIABILITY LITIGATION

MDL No. 1657

This Document Relates To:

*Eileen Desport and Leford Desport v.*
*Merck & Co., Inc., Lawrence Pharmacy, Inc.*
*and Rubin Chemists Inc.,*
Index No. 2567/05 (Supreme Court of the State
of New York, County of Kings)
-----------------------------------------------------------------x

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Myra Needleman, associated with the law firm of LONDON FISCHER LLP and Bruce F. Gilpatrick of the law firm HEIDELL, PITTONI, MURPHY & BACH, LLP respectfully request this Court for an order granting Ms. Needleman's motion to withdraw and substituting Mr. Gilpatrick as counsel for AVS RX INC. d/b/a RUBIN CHEMISTS in *Eileen Desport and Leford Desport v. Merck & Co., Inc., Lawrence Pharmacy, Inc. and Rubin Chemists Inc.,* Index No. 2567/05 (Supreme Court of the State of New York, County of Kings) which is part of MDL 1657. In support of their motion, counsel state:

    1.    AVS RX INC. has informed Myra Needleman, associated with the law firm LONDON FISCHER LLP that it has obtained other counsel, specifically Bruce F. Gilpatrick of the law firm HEIDELL, PITTONI, MURPHY & BACH, LLP to represent it in the above-referenced matter.



2. Bruce F. Gilpatrick is an attorney in good standing and licensed to practice in the United States District Court for the Eastern District of New York, the jurisdiction where this matter was originally filed.

3. AVS RX INC. has been notified of all deadlines and pending court appearances.

WHEREFORE, Myra Needleman, associated with the law firm of LONDON FISCHER LLP and Bruce Gilpatrick of the law firm HEIDELL, PITTONI, MURPHY & BACH, LLP respectfully request that the Court enter an order permitting Ms. Needleman to withdraw from this matter and allowing Mr. Gilpatrick to enter an appearance on behalf of Defendant AVS RX INC., and for such other and further relief as the Court deems just and proper.

DATED:   New York, New York
         August 26, 2005

Yours, etc.,

LONDON FISCHER LLP

By: _____
Myra Needleman (3508)
Attorneys for Defendant
AVS RX INC. d/b/a RUBIN CHEMISTS
s/h/a RUBIN CHEMISTS, INC.
59 Maiden Lane
New York, New York 10038
(212) 972-1000
Our File No. 570.18

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
BRUCE F. GILPATRICK (BFG (8841)
99 Park Avenue
New York, New York 10016
(212) 286-8585

Oct 5, 2005

vgfulterman\desport\motions\motionsubstitute

U. S. Dist Judge