UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| This filing applies to: | |
| Josephine Hornik v. Merck & Co., Inc., et al. | |
| Civil Action No. 05-1730, Previously filed as | |
| 05-189, Central District of California | |
| | JUDGE ELDON E. FALLON |
| | |
| | MAGISTRATE JUDGE |
| | DANIEL E. KNOWLES, III |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes defendant, **WALGREEN COMPANY,** who moves this Honorable Court for an order enrolling Anthony G. Brazil and Kanika D. Corley and the law firm of Morris Polich & Purdy, LLP, as counsel of record for defendant WALGREEN COMPANY.

Respectfully submitted,

Anthony G. Brazil
Kanika D. Corley
MORRIS POLICH & PURDY, LLP
1055 W. 7th St., 24th Fl.
Los Angeles, Ca. 90017
Phone: 213-891-9100
Fax: 213-488-1178
abrazil@mpplaw.com
ckorley@mpplaw.com

L0031832                          1