UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| This filing applies to: | |
| Josephine Hornik v. Merck & Co., Inc., et al. | |
| Civil Action No. 05-1730; Previously filed as | |
| 05-189, Central District of California | |
| | JUDGE ELDON E. FALLON |
| | |
| | MAGISTRATE JUDGE |
| | DANIEL E. KNOWLES, III |

### ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Anthony G. Brazil and Kanika D. Corley and the law firm of Morris Polich & Purdy, LLP be enrolled as counsel of record for **WALGREEN COMPANY** in the referenced matter.

New Orleans, Louisiana this _____ day of AUGUST, 2005

UNITED STATES DISTRICT JUDGE

L0031836

____ Fee_____
____ Process_____
X  Dktd_____
√  CtRmDep_____
____ Doc. No._____