UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO** *Josephine Hornik v. Merck & Co., Inc., et al.*, No. 05-1730, Previously filed as 05-189; C.D. California.

---

## WALGREEN'S MOTION FOR SUBSTITUTION OF COUNSEL

1.  Defendant Walgreen Company ("Walgreen") files this Motion to Substitute Anthony G. Brazil/Kanika D. Corley, Attorney-in-Charge, and the law firm of Morris Polich & Purdy LLP as counsel for Walgreen Company in place of John Moorhead of Keller, Price & Moorhead

2.  The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.  This substitution of counsel is agreed to by Walgreen Company.

Defendant Walgreen Company respectfully requests that the Court grant this Motion and all other just relief.

L0031039

1

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X \_Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

Dated: July 27, 2005       Respectfully submitted,

KELLER, PRICE & MOORHEAD

By: _____
John Moorhead
Withdrawing Attorney-in-Charge for,
Walgreen Company


Dated: July 29, 2005       MORRIS, POLICH & PURDY, LLP

By: _____
Anthony G. Brazil
Kanika D. Corley
Substituting Attorney-in-Charge for,
Walgreen Company

## Order

Considering the foregoing motion.
It is ordered that Anthony G. Brazil
& Kanika D. Corley & the law firm of
Morris Polich & Purdy be substituted
& enrolled as attorneys of record for
Walgreen Co. in the referenced matter

Houston, TX this 6th day of Oct. 2005

_____
U.S. District Judge

L0031039