UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  * MDL NO. 1657
PRODUCTS LIABILITY LITIGATION  *
 * SECTION: L(3)
 *
 * JUDGE FALLON
 * MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

After being informed by counsel that an agreement had been reached concerning the Defendant Physicians' Motion for Protective Order Regarding Merck & Co., Inc's Cross-Notices of Plaintiff's Depositions of Eliav Barr, M.D., Susan Baumgartner, Gilbert Block, M.D., James Dunn, Gregory Geba, M.D., and Marty Carroll,

IT IS ORDERED that the Motion is DISMISSED AS MOOT.

Houston, Texas, this __6th__ day of October, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____