UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1657 <br> ) Section: L <br> ) JUDGE FALLON |
| *This document relates to: Phillip Vernon and Gloria Jane Vernon v. Merck & Co., Inc., 1-05-1203* | ) MAG. JUDGE KNOWLES <br> ) <br> ) |

## AGREED ORDER

Counsel for the parties have agreed, as is evidenced by their signatures below, to the request of Phillip and Gloria Jane Vernon to amend the complaint, which amended complaint is attached hereto as Exhibit A.

It is therefore, ORDERED, that the Vernons are hereby granted leave to file their First Amended Complaint.

Entered this 5th day of October, 2005.

JUDGE ELDON E. FALLON

Submitted by:

Kathryn E. Barnett BPR #15361
Mark P. Chalos BPR #19328
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Tel. (615) 313-9000
Fax (615) 313-9965

*Attorney for the Plaintiffs*


Lisa Martin BPR #23314
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
6075 Poplar Ave. Suite 500
Memphis, TN 38119
Tel. (901) 680-7336
Fax. (901) 680-7201

*Attorney for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Agreed Order has been sent by Federal Express to be filed with the Clerk of Court for the United states District Court for the Eastern District of Louisiana on this the 28th day of September, 2005.

I hereby certify that the above and foregoing Agreed Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 28th day of September, 2005.

*[signature]*

476105.1