UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX * MDL NO. 1657
PRODUCTS LIABILITY LITIGATION *
* SECTION: L(3)
*
* JUDGE FALLON
* MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

After hearing from the parties, IT IS ORDERED that Oral Argument regarding the Plaintiffs' Steering Committee's Motions to Compel Answers to Master Set of Interrogatories and Responses to Master Set of Request for Production of Documents (Concerning Arcoxia and Foreign Vioxx Related Activities) are moved from 2:00 p.m. on Wednesday, October 12, 2005, to 10:30 a.m. that same day.

Houston, Texas, this __6th__ day of October, 2005.

UNITED STATES DISTRICT JUDGE