**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 6, 2005**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX** * | |
| * | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** * | |
| * | **SECTION L** |
| **This document relates to:** * | |
| * | **JUDGE FALLON** |
| **EVELYN IRVIN PLUNKETT,** * | |
| as Personal Representative of the * | **MAGISTRATE JUDGE KNOWLES** |
| Estate of * | |
| **RICHARD IRVIN, JR,** * | |
| * | |
| **Plaintiff,** * | |
| **vs.** * | |
| * | |
| **MERCK & CO., INC.,** * | |
| * | |
| **Defendant.** * | |
| * | |
| **CIVIL ACTION NO. 05-4046** | |
| * * * * * * * * * * * * * * * * * * | |

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Andy Birchfield, Russ Herman, Jere Beasley, and Leigh O'Dell participated on behalf of the Plaintiff. Phil Wittmann and Phil Beck participated on behalf of the Defendant. At the conference, the parties discussed the use of jury questionnaires, punitive damages, and the commencement of the trial.

During the conference, the parties indicated that they still wished to use jury

JS:10 0:30

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

questionnaires. The Court informed the parties that the it would need time to review the questionnaires and that the jury administrator would need time to prepare the questionnaires for submission to the venire. As such, the Court informed the parties that they would have until Tuesday, October 12, 2005, to submit drafts of their proposed jury questionnaires.

Next, the parties discussed the issue of punitive damages under Florida law. The parties indicated that they intended to confer and submit motions on this issue to the Court.

Finally, the parties discussed the possibility of moving the start date of the trial from Monday, November 28, 2005, to Tuesday, November 29, 2005, to avoid any conflicts with the Thanksgiving holidays. The Court responded that it would have to discuss this issue with the jury administrator. After the status conference, the Court met with the jury administrator. She informed the Court that this delay would not present any difficulties. Accordingly,

IT IS ORDERED that the trial of this matter shall commence on Tuesday, November 29, 2005. The jury administrator shall summon the venire to appear in Court on Monday, November 14, 2005. At that time, the Court will submit the jury questionnaires to the venire. The Court will meet with the parties sometime between November 14, 2005, and November 29, 2005, to discuss any issues presented by the jury questionnaires.