A CERTIFIED TRUE COPY

SEP - 9 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 22 PM 3: 44

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-22)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 9 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd._____
___ CtRmDep_____
___ Doc. No._____

# SCHEDULE CTO-22 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*EDLA*
*SEC L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 05-1505 | Bonnie Morrow v. Merck & Co., Inc. | 05-4593 |
| ALN 6 05-1512 | Patricia Sutherland v. Merck & Co., Inc., et al. | 05-4594 |
| **ALABAMA SOUTHERN** | | |
| ~~ALS 2 05-425~~ | ~~Marguerite Woods v. Merck & Co., Inc., et al.~~ Opposed 9/9/05 | |
| **ARKANSAS WESTERN** | | |
| ARW 6 05-6052 | Betty Featherston, et al. v. Merck & Co., Inc. | 05-4595 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-2881 | Peggy Johnson v. Merck & Co., Inc., et al. | 05-4596 |
| CAN 3 05-2894 | David McArthur v. Merck & Co., Inc. | 05-4597 |
| **FLORIDA MIDDLE** | | |
| FLM 3 05-683 | Carol Lee Watkins v. Merck & Co., Inc. | 05-4598 |
| FLM 3 05-684 | Brenda Schneble v. Merck & Co., Inc. | 05-4599 |
| FLM 3 05-685 | Jacqueline Silva, etc. v. Merck & Co., Inc., et al. | 05-4600 |
| FLM 3 05-686 | Ann Danziger, et al. v. Merck & Co., Inc., et al. | 05-4601 |
| **FLORIDA SOUTHERN** | | |
| FLS 9 05-80662 | Alice Thomashefski v. Merck & Co., Inc. | 05-4602 |
| **ILLINOIS NORTHERN** | | |
| ~~ILN 1 05-4103~~ | ~~Norbert Cipowski, etc. v. Merck & Co., Inc., et al.~~ Opposed 9/8/05 | |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 05-508 | Betty Herrick v. Merck & Co., Inc. | 05-4603 |
| **KENTUCKY WESTERN** | | |
| KYW 1 05-100 | Sharron Haynes v. Merck & Co., Inc. | 05-4604 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-965 | Aujest Cheramie v. Merck & Co., Inc. | 05-4605 |
| **MAINE** | | |
| ME 1 05-111 | Carol Lally v. Merck & Co., Inc. | 05-4606 |
| **MINNESOTA** | | |
| MN 0 05-1407 | John Utke v. Merck & Co., Inc. | 05-4607 |
| MN 0 05-1466 | Connie S. Bell v. Merck & Co., Inc. | 05-4608 |
| MN 0 05-1475 | Elizabeth M. Skofich v. Merck & Co., Inc. | 05-4609 |
| MN 0 05-1534 | Marjorie J. Savoie v. Merck & Co., Inc. | 05-4610 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-1129 | Geraldine Moore, et al. v. Merck & Co., Inc., et al. | 05-4611 |
| MOE 4 05-1161 | John Fischer v. Merck & Co., Inc. | 05-4612 |
| MOE 4 05-1164 | Robert O'Conner v. Merck & Co., Inc. | 05-4613 |

SCHEDULE CTO-22 TAG-ALONG ACTIONS  (MDL-1657)                                      PAGE 2 of 3

*EDL A*
*SEC. L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **MISSISSIPPI NORTHERN** | | |
| MSN  1  05-176 | Dora Prince v. Merck & Co., Inc. | 05-4614 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  05-435 | Kathy DeKay, et al. v. Merck & Co., Inc. | 05-4615 |
| **MONTANA** | | |
| MT  2  05-47 | Stanley Hanson, et al. v. Merck & Co., Inc. | 05-4616 |
| **NORTH CAROLINA EASTERN** | | |
| NCE  7  05-138 | Daisy Stevens v. Merck & Co., Inc. | 05-4617 |
| **NEBRASKA** | | |
| NE  8  05-361 | Terry Price v. Merck & Co., Inc. | 05-4618 |
| **NEW MEXICO** | | |
| NM  1  05-597 | Kirk Bailey, etc. v. Merck & Co., Inc. | 05-4619 |
| **NEW YORK EASTERN** | | |
| NYE  1  05-3336 | Teresa Binkowska v. Merck & Co., Inc. | 05-4620 |
| NYE  1  05-3337 | Anna Lambropoulos, et al v. Merck & Co., Inc. | 05-4621 |
| NYE  1  05-3391 | Mark Bergman v. Merck & Co., Inc., et al. | 05-4622 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  05-6630 | Gene Stein v. Merck & Co., Inc. | 05-4623 |
| **OHIO NORTHERN** | | |
| OHN  4  05-1512 | Frank W. Bodak, et al. v. Merck & Co., Inc. | 05-4624 |
| **OHIO SOUTHERN** | | |
| OHS  2  05-648 | Glenna M. Moyer, et al. v. Merck & Co., Inc. | 05-4625 |
| OHS  2  05-680 | Thomas Holowitz v. Merck & Co., Inc. | 05-4626 |
| OHS  2  05-694 | Kathy Melvin-Knodel, etc. v. Merck & Co., Inc. | 05-4627 |
| **OREGON** | | |
| OR  3  05-1105 | Robert Kanable v. Merck & Co., Inc. | 05-4628 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  05-3560 | Louis LaPila, et al. v. Merck & Co., Inc., et al. | 05-4629 |
| PAE  2  05-3681 | Linda Gates, et al. v. Merck & Co., Inc. | 05-4630 |
| PAE  2  05-3684 | Richard M. Armour, et al. v. Merck & Co., Inc. | 05-4631 |
| PAE  2  05-3693 | Diana M. Trakimas v. Merck & Co., Inc. | 05-4632 |
| PAE  2  05-3696 | Karen S. Krout, et al. v. Merck & Co., Inc. | 05-4633 |
| PAE  2  05-3740 | Milo Magnan, et al. v. Merck & Co., Inc., et al. | 05-4634 |
| PAE  2  05-3773 | Sharon McClinton Jones, etc. v. Merck & Co., Inc., et al. | 05-4635 |
| PAE  2  05-3832 | Barbara Salyers v. Merck & Co., Inc., et al. | 05-4636 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  3  05-306 | Donald Graham, Sr., etc. v. Merck & Co., Inc. | 05-4637 |
| **RHODE ISLAND** | | |
| RI  1  05-325 | Shirley Asan v. Merck & Co., Inc. | 05-4638 |

SCHEDULE CTO-22 TAG-ALONG ACTIONS  (MDL-1657)                                              PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **TENNESSEE WESTERN** | | |
| TNW  1  05-1168 | John J. Stockton, et al. v. Merck & Co., Inc. | 05-4639 |
| TNW  1  05-1209 | LeRoyce Wallace, et al. v. Merck & Co., Inc., et al. | 05-4640 |
| TNW  1  05-1210 | Tilda N. Simmons v. Merck & Co., Inc., et al. | 05-4641 |
| TNW  1  05-1211 | James H. Oliver, et al. v. Merck & Co., Inc., et al. | 05-4642 |
| TNW  2  05-2534 | Edmund Raines v. Merck & Co., Inc., et al. | 05-4643 |
| **TEXAS EASTERN** | | |
| TXE  2  05-335 | Larry G. Burdett, et al. v. Merck & Co., Inc., et al. | 05-4644 |
| TXE  2  05-336 | Charleen R. Hranicky, et al. v. Merck & Co., Inc., et al. | 05-4645 |
| **TEXAS SOUTHERN** | | |
| ~~TXS  1  05-210~~ | ~~Jackie Roberts, etc. v. Juan Marcos Garcia, M.D., et al.~~ Opposed  9/8/05 | |
| TXS  4  05-2556 | John O'Neill, et al. v. Merck & Co., Inc. | 05-4646 |
| **TEXAS WESTERN** | | |
| TXW  1  05-531 | Ronald D. Boyd, et al. v. Merck & Co., Inc. | 05-4647 |
| TXW  1  05-540 | Marilyn J. Walters v. Merck & Co., Inc. | 05-4648 |
| TXW  3  05-270 | Martin Galindez v. Merck & Co., Inc. | 05-4649 |
| **WASHINGTON EASTERN** | | |
| WAE  2  05-221 | John Stephen Moore, et al. v. Merck & Co., Inc. | 05-4650 |

# INVOLVED COUNSEL LIST (CTO-22)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street, Suite 3450
Houston, TX 77002

John J. Allan
Allan Law Group
4931 Lindell Boulevard, Suite 1E
St. Louis, MO 63108

Thomas J. Andrews
Johnson & Bell, Ltd.
55 East Monroe Street, Suite 4100
Chicago, IL 60603

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Joseph L. Bornstein
Law Offices of Joseph L. Bornstein
P.O. Box 4686
165 Commercial Street
Portland, ME 04112-0578

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue, Suite 1125
Portland, OR 97204

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Philip H. Butler
Bradley Arant Rose & White, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

John R. Cannon, Jr.
Hardison Law Firm
80 Monroe Avenue, Suite 650
Memphis, TN 38103

Marc J. Chase
Weinstein, Chayt & Bard, P.C.
26 Court Street
Brooklyn, NY 11242

Dawn M. Chmielewski
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli
1220 Huron Road, Suite 1000
Cleveland, OH 44115

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Robert J. Crotty
Lukins & Annis, P.S.
1600 Washington Trust Financial Ctr.
717 West Sprague Avenue
Spokane, WA 99201

Dan Cytryn
Cytryn & Santana
8100 North University Drive, Suite 202
Tamarac, FL 33321

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

John J. Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Joseph Dugan
Riconda & Garnett, LP
753 West Merrick Road
Valley Stream, NY 11580

Margaret P. Ellis
Kitchens & Ellis
610 North Street
Jackson, MS 39202-3116

Jose Escobedo, Jr.
Hockema, Tippit & Escobedo, L.L.P.
P.O. Box 720540
MCAllen, TX 78502

Bernard J. Everett
Knight Dahood McLean Everett
& Dayton
P.O. Box 727
Anaconda, MT 59711-0727

Anthony Gallucci
Kelley & Ferraro, LLP
1300 East Ninth Street, Suite 1901
Cleveland, OH 44114

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Hunstville, AL 35804

LaKeysha N. Greer
Cosmich & Simmons, PLLC
733 North State Street
P.O. Box 22626
Jackson, MS 39225-2626

Ike Gulas
Gulas Law Firm, P.C.
1708 29th Court, South
Birmingham, AL 35209

Sandy Hall
223 Maxan Street
P.O. Box 275
Port Isabel, TX 78578

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

William Todd Harvey
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202

Walter A. Hawkins
P.O. Box 603
1724 S. Virginia
Hopkinsville, KY 42240

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Daniel C. Hedlund
Heins, Mills & Olson, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX 77019-3005

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

William Zachary Hughes
Baker Botts LLP
910 Louisiana, Suite
3000 One Shell Plaza
Houston, TX 77002-4995

Stephen M. Hunter
Law Offices of Stephen M. Hunter
1255 Oaklawn Avenue, Suite 2
Cranston, RI 02920

Daniel W. Isaacs
Isaacs & Macaneney, LLP
401 Broadway, Suite 612
New York, NY 10013

W. Thomas Jacks
Mithoff & Jacks, L.L.P.
1010 One Congress Plaza
111 Congress Avenue
Austin, TX 78701

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Andrew B. Johnson
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

David S. Lathrop, Jr.
Hauptman, O'Brien Law Firm
1005 South 107th Avenue, Suite 200
Omaha, NE 68114

Andrew J. Lee
Schwabe, Williamson & Wyatt
Pacwest Center
1211 S.W. 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Robert E. Lee
2566 Foliage Drive
Marrero, LA 70072

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Barbara B. Litten
Steel Hector & Davis
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
P.O. Box 3400
Bowling Green, KY 42102

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Kurt W. Maier
English, Lucas, Priest & Owsley
1101 College Street
P.O. Box 770
Bowling Green, KY 42101

Lisa M. Martin
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
P.O. Box 171443
Memphis, TN 38187-1443

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Robert A. Meynardie
Nelson, Mullins, Riley & Scarborough
P.O. Box 30519
Raleigh, NC 27622-0519

W. Scott Mitchell
Holland & Hart
P.O. Box 639
401 N. 31st Street, Suite 1500
Billings, MT 59103-0639

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Gale Diane Pearson
Gale D. Pearson & Associates, PA
400 South, 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

J. Douglas Peters
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202

Rebecca J. Poate
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Raymond Ragues
Ragues & Min
170 Broadway, Suite 904
New York, NY 10036

Jonathan P. Remijas
30 West Monroe Street, Suite 710
Chicago, IL 60603

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Matthew J. Schumacher
Randall & Schumacher, PLLP
400 4th Street, S., Suite 1012
Minneapolis, MN 55415

Robert A. Schwartz
Bailey, Galyen & Gold
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg., Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Aaron H. Simon
Hobin, Shingler & Simon, LLP
1011 A Street
Antioch, CA 94509-2323

J. Callen Sparrow
Garrison Scott, PC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35202-1310

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Craig L. Vandergrift
Goldberg, Persky & White, PC
1030 Fifth Avenue
Pittsburgh, PA 15219

Joy Rhyne Webb
Browne, Flebotte, Wilson, Horn & Webb, PLLC
Meridian Business Campus
2525 Meridian Parkway, Suite 300
P.O. Box 2247
Durham, NC 27713

Seth S. Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
Franklin Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

Matthew J. Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Ctr.
717 W. Sprague Ave.
Spokane, WA 99201-0466

# INVOLVED JUDGES LIST (CTO-22)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4245

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S.
Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Frederick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

~~Hon. Elaine E. Bucklo~~
~~U.S. District Judge~~
~~Everett McKinley Dirksen~~
~~U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Peter C. Economus
U.S. District Judge
313 Federal Building & U.S.
Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey U.S. District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Gregory L. Frost
U.S. District Judge
349 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Kim R. Gibson
U.S. District Judge
U.S. District Court
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

~~Hon. Callie V.S. Granade~~
~~Chief Judge, U.S. District Court~~
~~123 John A. Campbell U.S. Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3621~~

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Sam E. Haddon
U.S. District Judge
United States Post Office Bldg.
215 First Avenue, North
Great Falls, MT 59401

Hon. Ancer L. Haggerty
Chief Judge, U.S. District Court
1307 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Mary M. Lisi
U.S. District Judge
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. Gerard E. Lynch
U.S. District Judge
910 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Frank Montalvo
U.S. District Judge
U.S. Courthouse
511 East San Antonio Avenue
El Paso, TX 79901

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

Hon. Clarence C. Newcomer
Senior U.S. District Judge
13614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1778

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. Justin L. Quackenbush
Senior U.S. District Judge
P.O. Box 1432
Spokane, WA 99210

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building
701 Clematis Street
West Palm Beach, FL 33401

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Berle M. Schiller
U.S. District Judge
5918 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. W. Daniel Schneider
U.S Magistrate Judge
720 U.S. States Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

~~Hon. Hilda G. Tagle~~
~~U.S. District Judge~~
~~Federal Building & U.S. Courthouse~~
~~#306~~
~~600 East Harrison Street~~
~~Brownsville, TX 78520~~

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

## INVOLVED CLERKS LIST (CTO-22)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

~~Charles R. Diard, Jr., Clerk~~
~~123 John A. Campbell U.S. Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3621~~

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Drawer I
Hot Springs, AR 71902-1979

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S.
Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal
Building & U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

~~Michael N. Milby, Clerk~~
~~101 Federal Building & U.S. Courthouse~~
~~600 East Harrison Street~~
~~Brownsville, TX 78522-7114~~

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

~~Michael W. Dobbins, Clerk~~
~~Everett McKinley Dirksen U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patrick E. Duffy, Clerk
273 Federal Building
400 North Main Street
Butte, MT 59701

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Robert R. Di Trolio, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Robert V. Barth, Jr., Clerk
U.S. District Court
208 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
350 U.S. Courthouse
511 East San Antonio Street
El Paso, TX 79901-2401

William S. Brownell, Clerk
P.O. Box 1007
Bangor, ME 04402

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

September 9, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-22)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 24, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:     Judge Eldon E. Fallon
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A