UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
| | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| EVELYN IRVIN PLUNKETT, | * | |
| as Personal Representative of the | * | MAGISTRATE JUDGE KNOWLES |
| Estate of | * | |
| RICHARD IRVIN, JR, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| CIVIL ACTION NO. 05-4046 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PRETRIAL ORDER

This Order establishes a schedule for the trial of the *Plunkett v. Merck* matter to ensure that this case is prepared and tried in this Court in an expeditious manner.

    A.    **Schedule**

        1.    Fact Discovery

            (a)    Exchange lists of fact witnesses - August 31, 2005
            (b)    Deadline for fact discovery - September 30, 2005

        2.    Expert Discovery

            (a)    Plaintiffs' deadline for identifying experts and submitting reports - September 26, 2005
            (b)    Deadline for completion of depositions of plaintiffs'

        experts - October 10, 2005

(c)     Defendants' deadline for identifying experts and submitting reports - October 3, 2005

(d)     Deadline for completion of depositions of defendants' experts - October 14, 2005

3. **Daubert Motions**

    (a)     *Daubert* motions due - October 21, 2005

    (b)     Opposition to *Daubert* motions due - November 2, 2005

    (c)     *Daubert* Reply briefs due - November 9, 2005

    (d)     *Daubert* hearing - November 14-15, 2005

4. **Dispositive Motions**

    (a)     Dispositive motions due - October 21, 2005

    (b)     Opposition to dispositive motions due - November 4, 2005

    (c)     Reply briefs due - November 11, 2005

    (d)     Hearing on dispositive motions - November 18, 2005

5. **Motions *in Limine***

    *(a)*     *Motions in Limine* due - November 4, 2005

    (b)     Responses to Motions - November 11, 2005

    (c)     Reply briefs due - November 18, 2005

6. **Exhibits and Witness Lists**

    (a)     Plaintiffs' Exhibit and Witness Lists - October 24, 2005

    (b)     Defendants' Exhibit and Witness Lists - October 28, 2005

    (c)     Deposition Testimony Designations - October 31, 2005

    (d)     Objections to Exhibits and Deposition Designations - November 11, 2005

7. Status Conference: September 30, 2005, at 9:00 a.m.

8. Pre-trial Conference - November 21, 2005, at 1:30 p.m.

9. <u>Trial Date</u>: November 28, 2005, two week jury trial commencing at 8:30 a.m. Counsel should arrive in chambers at 8:00 a.m.

**Houston, Texas, this __30__ day of __September__, 2005.**

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**
