UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

After hearing from both Plaintiffs' Liaison Counsel ("PLC") and Defendant's Liaison Counsel ("DLC") regarding the dissemination of information within Merck's Detailer List,

IT IS ORDERED that DLC will forward a single copy of the Detailer List to PLC. PLC will divide the list equally among the members of the Plaintiffs' Steering Committee ("PSC"). Each excerpt forwarded to a member of the PSC will be page numbered and cross referenced to a particular member of the PSC. In addition, no further copies of the Detailer List or any excerpts of it shall be made. Lastly, PLC will provide both the Court and DLC with a list of the pages which each PSC member has been furnished for review.

Houston, Texas, this __5th__ day of __October__, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  /Dktd_____
V  CtRmDep_____
___ Doc. No._____