UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co., | * | |
| Inc., | * | CASE NO. 2:05CV4046 |
| | * | |
| Case No. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VIDEOTAPED DEPOSITION

TO:   Tarek Ismail
      Bartlit Beck Herman Palenchar & Scott LLP
      Courthouse Place
      54 West Hubbard Street
      Chicago, Illinois 60610

DATE:   October 12, 2005

TIME:   8:00 A.M.

LOCATION: Johnston, Barton, Proctor & Powell, LLP
          2900 AmSouth Harbert Plaza
          1901 Sixth Avenue North
          Birmingham, Alabama

Please take notice that Plaintiffs will take the stenographic and videotaped oral deposition of **Dr. Barry Rayburn** on October 12, 2005 at 8:00 a.m., at the offices of Johnston, Barton, Proctor & Powell, LLP, 2900 AmSouth Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203. The deposition will continue from day-to-day until completed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Plaintiff requests deponent to bring to the deposition the following documents and/or things described in Exhibit "A" attached hereto.

_____
JERE L. BEASLEY
ANDY BIRCHFIELD, JR.
J. PAUL SIZEMORE

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone  (334) 269-2343
Fax     (334) 223-1236

TERRELL, HOGAN
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL  32202
Telephone  (904) 632-2424
Facsimile  (904) 632-0549

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Service of Expert Reports has been served on Defense Liaison Counsel, Plaintiff Liaison Counsel, and Defense Counsel by e-mail along with expert reports and accompanying exhibits. All other parties have been served by electronically uploading the Notice of Service of Expert Reports to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8, on this the _10_ day of October, 2005.

Douglas Marvin
Williams & Connolly, LLP
725 Twelfth Street NW
Washington, DC 20005

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
One United Plaza
4041 Essen Lane - Ste 501
Baton Rouge, LA 70809
(225) 490-8900 (phone)

Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)

Russ Herman
Herman & Herman
910 Airport Road # 3A
Destin, FL 32541
(850) 837-5078 (phone)

Lenny Davis
Herman Herman Katz & Cotlar
3411 Richmond - Ste. 460
Houston, TX 77046
(713) 877-1843 (phone)

## EXHIBIT "A"

1. All histological slides in your possession pertaining to the Irvin matter.

2. All photomicrographs pertaining to the Irvin matter.

3. Copies of all invoices submitted to defense counsel to the Irvin matter.

4. Copies of all medical articles you are relying upon as the basis for your opinions in the Irvin matter

5. Copies of all internal Merck communications, emails or memos you are relying upon as the basis for your opinions in the Irvin matter.

6. Copies of any other materials you are relying upon as the basis for your opinions in the Irvin matter.