UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) MDL Docket No. 1657 |
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) SECTION: L |
| | ) JUDGE FALLON |
| | ) MAG. JUDGE KNOWLES |

**Relates to:**

*Lovicy Richard, et al v. Merck & Co., Inc., et al* §   Civil Action No. 2:05cv534

---

### NOTICE OF CHANGE OF FIRM ADDRESS

---

Effective September 12, 2005, the law firm of Crouch & Ramey, L.L.P. has changed its address. **The only change is the firm's *suite number*.** The correct address for the firm is now as follows:

> Crouch & Ramey, L.L.P.
> 1445 Ross Avenue
> **Suite 3600**
> Dallas, Texas 75202
> Telephone: (214) 922-7100
> Facsimile: (214) 922-7101

Please revise your records to reflect this new suite number. The firm's address and other contact information remains unchanged.

Respectfully submitted,

By: _____
**Hubert A. Crouch, III**
State Bar No. 05148500
**Kim M. Meaders**
State Bar No. 05352500

CROUCH & RAMEY, L.L.P.
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone:    (214) 922-7100
Facsimile:    (214) 922-7101

**ATTORNEYS FOR DEFENDANT
ALFORD'S PHARMACY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to all known counsel via LexisNexis on the ____ day of _October_, 2005.

_____
Kim M. Meaders