A CERTIFIED TRUE COPY

SEP 27 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 28  PM 2: 48

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 8 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-21)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

# SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*EDLA*
*Sec L/3*

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS  2  05-385 | Bryan Keith Yeager, etc. v. Merck & Co., Inc. | 05-4663 |
| **ARKANSAS EASTERN** | | |
| ARE  4  05-915 | George McCroskey, et al. v. Merck & Co., Inc. | 05-4664 |
| ARE  4  05-916 | Roger Green, et al. v. Merck & Co., Inc. | 05-4665 |
| ARE  4  05-917 | Charles Thomas James, et al. v. Merck & Co., Inc. | 05-4666 |
| ARE  4  05-940 | Barbara Keathley v. Merck & Co., Inc. | 05-4667 |
| ARE  5  05-187 | Dorothy Cypert, et al. v. Merck & Co., Inc. | 05-4668 |
| **ARKANSAS WESTERN** | | |
| ARW  1  05-1053 | Ressie M. Thomas v. Merck & Co., Inc. | 05-4669 |
| ARW  4  05-4049 | Emma Flemister, et al. v. Merck & Co., Inc. | 05-4670 |
| **CALIFORNIA CENTRAL** | | |
| CAC  8  05-638 | Vivian Walker v. Merck & Co., Inc. | 05-4671 |
| **CALIFORNIA NORTHERN** | | |
| CAN  4  05-2050 | Kathleen Taylor v. Merck & Co., Inc. | 05-4672 |
| **CONNECTICUT** | | |
| CT  3  05-1102 | Josepha Viswanathan, etc. v. Daniel Belin, M.D., et al. | 05-4673 |
| CT  3  05-1103 | Celina Boyer, et al. v. Merck & Co., Inc. | 05-4674 |
| **FLORIDA MIDDLE** | | |
| ~~FLM  3  05-586~~ | ~~Barbara Fowler-Browning, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/23/04 | |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-61039 | John Dedrick, et al. v. Merck & Co., Inc. | 05-4675 |
| FLS  0  05-61040 | Milton Kirsch, et al. v. Merck & Co., Inc. | 05-4677 |
| FLS  0  05-61083 | Joseph Chesler, et al. v. Merck & Co., Inc. | 05-4678 |
| FLS  0  05-61084 | Bernard Adler, et al. v. Merck & Co., Inc. | 05-4679 |
| FLS  0  05-61095 | Marius Amzand, et al. v. Merck & Co., Inc. | 05-4680 |
| **IOWA SOUTHERN** | | |
| IAS  1  05-26 | Kathryn M. Laumann v. Merck & Co., Inc. | 05-4681 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-3371 | Richard Zaininger v. Merck & Co., Inc. | 05-4682 |
| ~~ILN  1  05-3784~~ | ~~James Zafiratos v. Merck & Co., Inc., et al.~~ Opposed 8/24/05 | |
| ILN  1  05-3857 | Christopher O'Toole v. Merck & Co., Inc. | 05-4683 |
| **INDIANA SOUTHERN** | | |
| INS  1  05-984 | Kathie L. Boltz, etc. v. Merck & Co., Inc. | 05-4684 |
| **KANSAS** | | |
| KS  2  05-2294 | Michelle R. Rabe v. Merck & Co., Inc. | 05-4685 |

SCHEDULE CTO-21 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 3

*EDLA*
*Sec L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **KENTUCKY WESTERN** | | |
| KYW  3  05-386 | Judith Johnson v. Merck & Co., Inc. | 05-4686 |
| **LOUISIANA MIDDLE** | | |
| LAM  3  05-937 | Karen S. Wright v. Merck & Co., Inc. | 05-4687 |
| **MASSACHUSETTS** | | |
| MA  1  05-11311 | David Barberie, et al. v. Merck & Co., Inc. | 05-4688 |
| **MINNESOTA** | | |
| MN  0  05-1281 | Dale Dean, etc. v. Merck & Co., Inc. | 05-4689 |
| **MISSOURI EASTERN** | | |
| MOE  4  05-752 | Louis Johnson, etc. v. Merck & Co., Inc. | 05-4690 |
| **NORTH CAROLINA WESTERN** | | |
| NCW  3  05-302 | Robert J. Cook v. Merck & Co., Inc. | 05-4691 |
| **NEW HAMPSHIRE** | | |
| NH  1  05-228 | Sandra Franklin v. Merck & Co., Inc. | 05-4692 |
| **NEW MEXICO** | | |
| NM  1  05-618 | Marilyn Schweich v. Merck & Co., Inc., et al. | 05-4693 |
| **NEW YORK EASTERN** | | |
| NYE  1  05-3004 | Michael Vaccaro, et al. v. Avula Satyanarayana, et al. | 05-4694 |
| NYE  1  05-3060 | Alfonso Longobardi, et al. v. Merck & Co., Inc., et al. | 05-4695 |
| NYE  1  05-3215 | Sabira Rao, et al. v. Merck & Co., Inc. | 05-4696 |
| **NEW YORK NORTHERN** | | |
| NYN  6  05-820 | Kenneth Kreimeyer, et al. v. Merck & Co., Inc. | 05-4697 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  05-6210 | Nick Somos v. Merck & Co., Inc. | 05-4698 |
| NYS  1  05-6212 | Mariya Shpolyanskaya v. Merck & Co., Inc. | 05-4699 |
| NYS  1  05-6247 | Dimitrios Psomostithis v. Merck & Co., Inc. | 05-4700 |
| NYS  1  05-6304 | William Brady v. Merck & Co., Inc. | 05-4701 |
| NYS  1  05-6307 | Cindy Hill v. Merck & Co., Inc. | 05-4702 |
| NYS  1  05-6363 | Aida Fontanez, et al. v. Merck & Co., Inc. | 05-4703 |
| NYS  1  05-6364 | Lawrence Hait, et al. v. Merck & Co., Inc. | 05-4704 |
| **OHIO NORTHERN** | | |
| OHN  1  05-1217 | Jeffrey L. Adkins v. Merck & Co., Inc. | 05-4705 |
| OHN  1  05-1278 | Samuel B. Hart v. Merck & Co., Inc. | 05-4706 |
| OHN  1  05-1280 | Jesse Combs, II, et al. v. Merck & Co., Inc. | 05-4707 |
| OHN  1  05-1309 | Elvin Jackson v. Merck & Co., Inc. | 05-4708 |
| **OHIO SOUTHERN** | | |
| OHS  1  05-191 | Lawrence Smith, et al. v. Merck & Co., Inc. | 05-4709 |
| OHS  1  05-455 | Antionette Taylor, et al. v. Merck & Co., Inc., et al. | 05-4710 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  05-748 | James Wheatley v. Merck & Co., Inc., et al. | 05-4711 |
| OKW  5  05-787 | Anita Roberts v. Merck & Co., Inc. | 05-4712 |

SCHEDULE CTO-21 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 3 of 3

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| | | | | EDLA SEC L/3 |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 05-2818 | Edwin F. Brown, et al. v. Merck & Co., Inc. | 05-4713 |
| PAE | 2 | 05-3420 | Carol L. Unruh, et al. v. Merck & Co., Inc. | 05-4714 |
| PAE | 2 | 05-3441 | Mary Bowen, et al. v. Merck & Co., et al. | 05-4715 |
| PAE | 2 | 05-3505 | Charles W. Christman, et al. v. Merck & Co., Inc. | 05-4716 |
| PAE | 2 | 05-3506 | Stewart G. Hart, et al. v. Merck & Co., Inc. | 05-4717 |
| PAE | 2 | 05-3521 | Sherry Danforth, et al. v. Merck & Co., Inc., et al. | 05-4718 |
| PAE | 2 | 05-3522 | K.B. Ferguson, et al. v. Merck & Co., Inc., et al. | 05-4719 |
| **SOUTH DAKOTA** | | | | |
| SD | 4 | 05-4102 | Gerald L. Pyles, etc. v. Merck & Co., Inc. | 05-4720 |
| **TENNESSEE EASTERN** | | | | |
| TNE | 1 | 05-195 | William A. Williams v. Merck & Co., Inc. | 05-4721 |
| ~~TNE~~ | ~~2~~ | ~~05-170~~ | ~~Louise Denton v. Merck & Co., Inc.~~ Opposed 8/19/05 | |
| **TENNESSEE WESTERN** | | | | |
| TNW | 1 | 05-1182 | Timmy W. Blankenship, et al. v. Merck & Co., Inc., et al. | 05-4722 |
| TNW | 1 | 05-1183 | Marion Gaffney, etc. v. Merck & Co., Inc., et al. | 05-4723 |
| TNW | 1 | 05-1184 | Sylvia L. Studard, et al. v. Merck & Co., Inc., et al. | 05-4724 |
| **TEXAS EASTERN** | | | | |
| TXE | 1 | 05-444 | Ronald Lee Sedtal, etc. v. Merck & Co., Inc., et al. | 05-4725 |
| TXE | 1 | 05-445 | Bobbie J. Holmes v. Merck & Co., Inc., et al. | 05-4726 |
| TXE | 1 | 05-446 | Barbara Ann Hawkins v. Merck & Co., Inc., et al. | 05-4727 |
| TXE | 1 | 05-455 | Juanita Villareal v. Merck & Co., Inc. | 05-4728 |
| TXE | 1 | 05-460 | Johnny Actkinson v. Merck & Co., Inc. | 05-4729 |
| TXE | 1 | 05-461 | Shirley M. Joseph v. Merck & Co., Inc. | 05-4730 |
| TXE | 2 | 05-220 | Marshall G. Jager, et al. v. Merck & Co., Inc., et al. | 05-4731 |
| TXE | 2 | 05-273 | Henry Jackson, Jr., et al. v. Merck & Co., Inc., et al. | 05-4732 |
| TXE | 2 | 05-281 | James H. Yerian, et al. v. Merck & Co., Inc., et al. | 05-4733 |
| TXE | 2 | 05-282 | Cecil R. Chapa, et al. v. Merck & Co., Inc., et al. | 05-4734 |
| TXE | 2 | 05-283 | Linda G. Gann v. Merck & Co., Inc., et al. | 05-4735 |
| TXE | 2 | 05-284 | William L. Nelson v. Merck & Co., Inc., et al. | 05-4736 |
| TXE | 2 | 05-285 | James P. Morrison, et al. v. Merck & Co., Inc., et al. | 05-4737 |
| TXE | 2 | 05-304 | Denise Allen, et al. v. Merck & Co., Inc. | 05-4738 |
| **TEXAS NORTHERN** | | | | |
| TXN | 3 | 05-1138 | Heirs of the Estate of Esther M. Paz v. Merck & Co., Inc. | 05-4739 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 3 | 05-391 | Cynthia Miller v. Merck & Co., Inc., et al. | 05-4740 |
| **TEXAS WESTERN** | | | | |
| TXW | 1 | 05-504 | Ronald Weidman v. Merck & Co., Inc. | 05-4741 |
| TXW | 3 | 05-269 | Rogelio Acevedo v. Merck & Co., Inc. | 05-4742 |
| **UTAH** | | | | |
| UT | 2 | 05-578 | Saolotoga Aiono, et al. v. Merck & Co., Inc. | 05-4743 |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 24, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re:  MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-21)

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 8, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                    Very truly,

                                    Michael J. Beck
                                    Clerk of the Panel

                                    By _____
                                         Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

INVOLVED COUNSEL LIST (CTO-21)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue
Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

Bruce Garrett Anderson
517 W. Ormsby Avenue
Louisville, KY 40203

Crystal Bowie Baker
Nelson Mullins Riley & Scarborough
The Knollwood
380 Knollwood Street
Suite 530
Winston-Salem, NC 27103

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Gordon Ball
Ball & Scott
550 West Main Avenue
Suite 750
Knoxville, TN 37902-2567

Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Christopher J. Blake
Nelson, Mullins, Riley
& Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622-0519

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Lewis Mark Bonner
Norman & Edem PLLC
127 NW 10th Street
Oklahoma City, OK 73103-4927

Bradley G. Bonynge
Bradley, Bonynge Law Office
100 S. Spring Avenue
Suite 140
Sioux Falls, SD 57104

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Alan I. Cantor
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Stan Casper
Casper, Meadows & Schwartz
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596

John C. Cherundolo
Cherundolo, Bottar Law Firm
MONY Tower II - 16th Floor
120 Madison Street
Syracuse, NY 13202

Daniel P. Chiplock
Lieff, Cabraser, Heimann
& Bernstein, LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024

James P. Costello
Costello, McMahon & Burke, Ltd.
150 North Wacker Drive
Suite 3050
Chicago, IL 60606

Bruce A. Craig
Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Lee H. Desbordes, Jr.
7732 Goodwood Blvd.
Suite A
Baton Rouge, LA 70806

Nicholas A. DiCello
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

Thomas M. Donnell, Jr.
Stewart, Estes & Donnell
Third National Financial Center
424 Church Street
14th Floor
Nashville, TN 37219-2392

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street
Suite 2700
Nashville, TN 37219-8966

Nathan J. Elter
11 South Broadway
Suite 200
Lebanon, OH 45036

Frances C. Fenelon
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Robert Edward Godosky
Godosky & Gentile
61 Broad Street
20th Floor
New York, NY 10006

Thomas C. Hall
Hall & Bates
115 E. Travis
Suite 700
San Antonio, TX 78205

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Terence S. Hawkins
205 Church Street
Suite 304
New Haven, CT 06510

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Andrew J. Horne
Anderson & Horne, PLLC
517 W. Ormsby Avenue
Louisville, KY 40203

Robert A. Huffaker, Jr.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101

William Zachary Hughes
Baker Botts LLP
One Shell Plaza
910 Louisiana
Suite 3000
Houston, TX 77002-4995

Robert Gordon Hyland
Ritter & Randolph, LLC
105 E Fourth Street
Suite 1200
Cincinnati, OH 45202

Mitchell R. Jensen
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

John A. Kenney
McAfee & Taft
Two Leadership Square
211 N. Robinson
10th Floor
Oklahoma City, OK 73102-7101

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Scott Alan Lazar
Koltun & Lazar
7000 SW 97th Avenue
Suite 210
Miami, FL 33173

Scott D. Levensten
Beasley Firm
1125 Walnut Street
Philadelphia, PA 19107

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Michael A. London
Douglas & London
111 John Street, 8th Floor
New York, NY 10038

Gregory M. Lederer
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401-1266

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Maryanne Lyons
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Floyd L. Matthews Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark
Suite 4800
Chicago, IL 60601-3206

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202

Hilary Fisher Nelson
O'Brien, Shafner, Bartinik, Stuart
& Kelly
Cityplace II
Hartford, CT 06103-3402

Donald J. Nolan
Nolan Law Group
20 North Clark Street
30th Floor
Chicago, IL 60602

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Thomas A. Outler
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103-1888

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

M. Norwood Phillips
Shackleford, Phillips, Wineland, et al.
P.O. Box 1718
El Dorado, AR 71730-1718

Thomas Plouff
Plouff Law Offices, PC
1117 22nd Street, South
Birmingham, AL 35205

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Joseph A. Power, Jr.
Power, Rogers & Smith, P.C.
70 West Madison, Suite 5500
Chicago, IL 60602

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris
& Sisk
P.O. Box 2168
Albuquerque, NM 87103

Gene E. Schroer
115 E. Seventh Street
Topeka, KS 66603

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Robert A. Schwartz
Bailey, Galyen & Gold
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg., Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Joseph W. Steele
Steele, Ruffinengo & Biggs
50 South Main Street, Suite 1550
Salt Lake City, UT 84144

Adam Stein
Ferguson, Stein, Chambers, Adkins,
Gresham, et al.
312 W. Franklin Street, Suite 2
Chapel Hill, NC 27516

R. Scott Steinbach
Steinbach Law Firm
14643 Dallas Parkway, Suite 325
Dallas, TX 75254

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

John T. Sutton
Law Office of John T. Sutton
P.O. Box 70457
Tuscaloosa, AL 35407

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Matthew V. Van Fleet
Matthew V. Van Fleet Law Offices
600 Newport Center Dr., Fourth Floor
Newport Beach, CA 92660

R. Scott Vincent
Leitner, Williams, Dooley & Napolitan, PLLC
254 Court Avenue, Second Floor
Memphis, TN 38103

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Seth S. Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Mark Weber
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Bradley C. West
West Law Firm
124 West Highland Street
P.O. Box 698
Shawnee, OK 74802

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Edward Kirskey Wood, Jr.
E. Kirk Wood, Attorney At Law
P.O. Box 382434
Birmingham, AL 35238

# INVOLVED JUDGES LIST (CTO-21)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Janet Bond Arterton
U.S. District Judge
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Sandra S. Beckwith
Chief Judge, U.S. District Court
810 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Bruce D. Black
U.S. District Judge
640 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Robin J. Cauthron
Chief Judge, U.S. District Court
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Howell Cobb
Senior U.S. District Judge
P.O. Box 632
Beaumont, TX 77704-0632

Hon. James I. Cohn
U.S. District Judge
203 U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Hon. Curtis L. Collier
U.S. District Judge
U.S. District Court
Post Office Box 831
Chattanooga, TN 37401-0931

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Patricia C. Fawsett~~
~~Chief Judge, U.S. District Court~~
~~611 George C. Young United States~~
~~Courthouse~~
~~80 North Hughey Avenue~~
~~Orlando, FL 32801~~

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. Nicholas G. Garaufis
U.S. District Judge
319 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. James T. Giles
Chief Judge, U.S. District Court
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1771

~~Hon. J. Ronnie Greer~~
~~U.S. District Judge~~
~~United States District Court~~
~~220 West Depot Street~~
~~Suite 405~~
~~Greeneville, TN 37743~~

Hon. James E. Gritzner
U.S. District Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA 50306

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. David Keesler
U.S. Magistrate Judge
168 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Hon. Robert E. Keeton
Senior U.S. District Judge
3130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Robert F. Kelly
Senior U.S. District Judge
11613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1765

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550-1738

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Kristi D. Lee
U.S. Magistrate Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Street
Kansas City, KS 66101-2436

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Federal Building
& U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. John M. Manos
Senior U.S. District Judge
16B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1841

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Frank Montalvo
U.S. District Judge
U.S. Courthouse
511 East San Antonio Avenue
El Paso, TX 79901

Hon. James R. Muirhead
U.S. Magistrate Judge
407 Warren B. Rudman U.S.
Courthouse
55 Pleasant Street
Concord, NH 03301

Hon. Michael B. Mukasey
Chief Judge, U.S. District Court
2240 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John A. Nordberg
Senior U.S. District Judge
Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Lawrence L. Piersol
Chief Judge, U.S. District Court
Federal Building & U.S. Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57102

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Frederick J. Scullin, Jr.
Chief Judge, U.S. District Court
P.O. Box 7255
Syracuse, NY 13261

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Amy J. St. Eve
U.S. District Judge
Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Alicemarie H. Stotler
U.S. District Judge
Ronald Reagan Federal Bldg. &
U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

~~Hon. James B. Zagel~~
~~U.S. District Judge~~
~~Everett McKinley Dirksen U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

# INVOLVED CLERKS LIST (CTO-21)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1566
El Dorado, AR 71731-1566

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 2746
Texarkana, AR 75504-2746

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James R. Starr, Clerk
110 Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James W. McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Lawrence K. Baerman, Clerk
Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, NY 13501

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S.
Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

~~Patricia L. McNutt, Clerk~~
~~U.S. Courthouse~~
~~101 Summer Street, West~~
~~Greeneville, TN 37743~~

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert R. Di Trolio, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

~~Sheryl L. Loesch, Clerk~~
~~U.S. District Court~~
~~311 West Monroe Street~~
~~Jacksonville, FL 32201~~

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
350 U.S. Courthouse
511 East San Antonio Street
El Paso, TX 79901-2401