A CERTIFIED TRUE COPY

SEP 26 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 28  PM 2: 48

DOCKET NO. 1657   G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2005

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-23)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,491 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 26 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM   2   05-702~~ | ~~Glendora Turner, etc. v. Merck & Co., Inc., et al.~~ Vacated 9/23/05 | |
| **ALABAMA NORTHERN** | | |
| ALN   2   05-1633 | Steve Widmar, Jr., et al. v. Merck & Co., Inc. | 05-4773 |
| ALN   4   05-1616 | Helen McMichen, et al. v. Merck & Co., Inc. | 05-4774 |
| **ALABAMA SOUTHERN** | | |
| ALS   1   05-470 | Margaret Hadley, et al. v. Merck & Co., Inc., et al. | 05-4775 |
| **ARKANSAS EASTERN** | | |
| ARE   2   05-185 | Stoney Walton v. Merck & Co., Inc. | 05-4776 |
| **CALIFORNIA CENTRAL** | | |
| CAC   2   05-5446 | Ronnie Penfold v. Merck & Co., Inc. | 05-4777 |
| **CALIFORNIA NORTHERN** | | |
| CAN   3   05-3130 | Ismael Lopez, et al. v. Merck & Co., Inc. | 05-4778 |
| CAN   3   05-3131 | Giovanni Cortese v. Merck & Co., Inc. | 05-4779 |
| CAN   3   05-3188 | Dennis Parks, et al. v. Merck & Co., Inc. | 05-4780 |
| CAN   3   05-3205 | Sandra J. Springs v. Merck & Co., Inc., et al. | 05-4781 |
| **COLORADO** | | |
| CO   1   05-1436 | Gail Janet Lagomarsino-Burmmett v. Merck & Co., Inc. | 05-4782 |
| **CONNECTICUT** | | |
| CT   3   05-1198 | Don Hanrahan v. Merck & Co., Inc. | 05-4783 |
| **FLORIDA SOUTHERN** | | |
| FLS   1   05-22179 | James E. Sprinkle, et al. v. Merck & Co., Inc. | 05-4784 |
| **IOWA NORTHERN** | | |
| IAN   1   05-132 | Sherrill Herke v. Merck & Co., Inc. | 05-4785 |
| **IDAHO** | | |
| ID   1   05-312 | Charles Piquet v. Merck & Co., Inc. | 05-4786 |
| **ILLINOIS NORTHERN** | | |
| ILN   1   05-4556 | Patricia Bennett v. Merck & Co., Inc. | 05-4787 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS   3   05-526~~ | ~~Gary Auslander v. Merck & Co., Inc., et al.~~ Vacated 9/26/05 | |
| ~~ILS   3   05-527~~ | ~~Myrtle Bohannon v. Merck & Co., Inc., et al.~~ Opposed 9/22/05 | |
| ILS   3   05-528 | Laurence Madden v. Merck & Co., Inc. | 05-4788 |
| ~~ILS   3   05-529~~ | ~~John G. Smith, Jr. v. Merck & Co., Inc., et al.~~ Opposed 9/26/05 | |
| ILS   3   05-548 | Bridgette Bradley v. Merck & Co., Inc. | 05-4789 |
| ILS   3   05-549 | Mary A. Koch v. Merck & Co., Inc. | 05-4790 |
| ~~ILS   3   05-550~~ | ~~Larry King v. Merck & Co., Inc., et al.~~ Opposed 9/26/05 | |
| ILS   3   05-557 | Arhonda Hoffman v. Merck & Co., Inc. | 05-4791 |
| ILS   3   05-558 | David Green v. Merck & Co., Inc. | 05-4792 |
| ILS   3   05-559 | Kelvin Handy v. Merck & Co., Inc. | 05-4793 |

SCHEDULE CTO-23 TAG-ALONG ACTIONS (MDL-1657)                              PAGE 2 of 4

*EDLA*
*SEC. L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| ILS   3   05-560 | Mae Bess Hale v. Merck & Co., Inc. | 05-4794 |
| ILS   3   05-561 | David Spiegelberg v. Merck & Co., Inc. | 05-4795 |
| ~~ILS   3   05-562~~ | ~~Clara Kirkendall v. Merck & Co., Inc., et al.~~ Opposed 9/16/05 | |
| ~~ILS   3   05-563~~ | ~~Mary Hardin v. Merck & Co., Inc., et al.~~ Opposed 9/16/05 | |
| ILS   3   05-564 | Steven Mitchell v. Merck & Co., Inc. | 05-4796 |
| ILS   3   05-565 | Paul Lucas v. Merck & Co., Inc. | 05-4797 |
| ILS   3   05-566 | Margaret Hughes v. Merck & Co., Inc., et al. | 05-4798 |
| ILS   3   05-567 | Bettye Harris v. Merck & Co., Inc. | 05-4799 |
| ILS   3   05-568 | Betty Belue v. Merck & Co., Inc. | 05-4800 |
| ILS   3   05-569 | Mary Price v. Merck & Co., Inc. | 05-4801 |

**INDIANA NORTHERN**

| INN   3   05-448 | Roger Weissmann, et al.v. Merck & Co., Inc. | 05-4802 |
| INN   3   05-449 | Phyllis Ranschaert v. Merck & Co., Inc. | 05-4803 |
| INN   3   05-450 | Bernie Harlan v. Merck & Co., Inc. | 05-4804 |
| INN   3   05-451 | Thomas J. Lustik, et al. v. Merck & Co., Inc. | 05-4805 |

**KANSAS**

| KS   2   05-2334 | Nona Conyers v. Merck & Co., Inc. | 05-4806 |
| KS   2   05-2335 | Elaine Coppenbarger v. Merck & Co., Inc., et al. | 05-4807 |
| KS   5   05-4090 | Alan Hewitt v. Merck & Co., Inc. | 05-4808 |

**KENTUCKY WESTERN**

| KYW  1   05-112 | Walter Glenn v. Merck & Co., Inc., et al. | 05-4809 |

**LOUISIANA MIDDLE**

| LAM   3   05-1003 | Brenda Deiter v. Merck & Co., Inc. | 05-4810 |
| LAM   3   05-1009 | Thomas Gridley v. Merck & Co., Inc. | 05-4811 |

**LOUISIANA WESTERN**

| LAW   3   05-1444 | Mary Katherine Brady, et al. v. Merck & Co., Inc. | 05-4812 |
| LAW   5   05-1409 | Connie Hankins, et al. v. Merck & Co., Inc. | 05-4813 |

**MARYLAND**

| MD   1   05-2074 | Lisa Gray v. Merck & Co., Inc. | 05-4814 |
| MD   1   05-2245 | William Edris Evans v. Merck & Co., Inc. | 05-4815 |

**MINNESOTA**

| MN   0   05-1630 | Jimmy Gould v. Merck & Co., Inc. | 05-4816 |
| MN   0   05-1641 | T.J. Power, etc. v. Merck & Co., Inc. | 05-4817 |
| MN   0   05-1642 | Salvatore Randazzo v. Merck & Co., Inc. | 05-4818 |
| MN   0   05-1643 | Ralph C. Pomeroy v. Merck & Co., Inc. | 05-4819 |
| MN   0   05-1644 | Gerald W. Norback v. Merck & Co., Inc. | 05-4820 |
| MN   0   05-1646 | David W. Burnham v. Merck & Co., Inc. | 05-4821 |
| MN   0   05-1647 | Russsell R. Keefer v. Merck & Co., Inc. | 05-4822 |
| MN   0   05-1648 | Brian F. Vaughn v. Merck & Co., Inc. | 05-4823 |
| MN   0   05-1649 | Alice H. Bolton v. Merck & Co., Inc. | 05-4824 |
| MN   0   05-1650 | Helen M. Atemborski v. Merck & Co., Inc. | 05-4825 |
| MN   0   05-1651 | Patricia J. Rivera v. Merck & Co., Inc. | 05-4826 |

**MISSOURI EASTERN**

| MOE   4   05-1165 | Antonia Albert v. Merck & Co., Inc. | 05-4827 |
| MOE   4   05-1166 | Francis Best v. Merck & Co., Inc. | 05-4828 |
| MOE   4   05-1167 | Richard D. Kueber v. Merck & Co., Inc. | 05-4829 |
| MOE   4   05-1168 | Loretta Bates v. Merck & Co., Inc. | 05-4830 |
| MOE   4   05-1169 | Nathan Yopp, Sr. v. Merck & Co., Inc. | 05-4831 |
| MOE   4   05-1170 | Edward Evans v. Merck & Co., Inc | 05-4832 |

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| MOE  4  05-1197 | Carol Souders v. Merck & Co., Inc. | 05-4833 |
| MOE  4  05-1200 | Kenneth Hohlt, Jr. v. Merck & Co., Inc. | 05-4834 |
| MOE  4  05-1267 | Delores Beaver v. Merck & Co., Inc. | 05-4835 |

MISSOURI WESTERN
| MOW  4  05-696 | William D. Glenn, et al. v. Merck & Co., Inc. | 05-4836 |
|---|---|---|

MISSISSIPPI NORTHERN
| MSN  1  05-190 | Shirley Foster v. Merck & Co., Inc., et al. | 05-4837 |
|---|---|---|
| MSN  2  05-154 | Lorene Sparks v. Merck & Co., Inc., et al. | 05-4838 |
| MSN  2  05-155 | Larry Aaron v. Merck & Co., Inc., et al. | 05-4839 |
| MSN  2  05-156 | Lee Dawkins v. Merck & Co., Inc., et al. | 05-4840 |
| MSN  2  05-157 | Doretha Banks v. Merck & Co., Inc., et al. | 05-4841 |

MONTANA
| MT  9  05-128 | Kevin Allen v. Merck & Co., Inc. | 05-4842 |
|---|---|---|

NORTH CAROLINA EASTERN
| NCE  5  05-520 | Richard Gaddie v. Merck & Co., Inc. | 05-4843 |
|---|---|---|

NORTH DAKOTA
| ND  3  05-78 | Lorn Campbell v. Merck & Co., Inc. | 05-4844 |
|---|---|---|

NEBRASKA
| NE  4  05-3189 | Jon Brunkhorst v. Merck & Co., Inc. | 05-4845 |
|---|---|---|
| NE  8  05-366 | Joann P. Howe, etc. v. Merck & Co., Inc. | 05-4846 |

NEW JERSEY
| NJ  3  05-3728 | Wanda Cole, et al. v. Merck & Co., Inc. | 05-4847 |
|---|---|---|
| NJ  3  05-3778 | Theresa Ducham, et al. v. Merck & Co., Inc. | 05-4848 |
| NJ  3  05-3779 | Anthony Krowicki v. Merck & Co., Inc. | 05-4849 |
| NJ  3  05-3796 | Christie Anderson v. Merck & Co., Inc. | 05-4850 |

NEVADA
| ~~NV  2  05-627~~ | ~~Daniel Morrison, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/23/05 | |
|---|---|---|

NEW YORK NORTHERN
| NYN  1  05-981 | Doreen J. Maxwell v. Merck & Co., Inc. | 05-4851 |
|---|---|---|

NEW YORK SOUTHERN
| NYS  1  05-6932 | Norma Tio v. Merck & Co., Inc. | 05-4852 |
|---|---|---|
| NYS  1  05-6958 | June Tauber Golden, et al. v. Loren Martin Fishman, M.D., et al., | 05-4853 |
| NYS  1  05-7084 | Ashraf Ahmed, et al. v. Merck & Co., Inc. | 05-4854 |
| NYS  1  05-7085 | Carlota Bajana, et al. v. Merck & Co., Inc. | 05-4855 |

OHIO NORTHERN
| OHN  1  05-1875 | Jason Ross v. Merck & Co., Inc. | 05-4856 |
|---|---|---|
| OHN  1  05-1958 | Patricia Workman, et al. v. Merck & Co., Inc. | 05-4857 |

OKLAHOMA WESTERN
| OKW  5  05-871 | Mary A. Bruch, et al. v. Merck & Co., Inc. | 05-4858 |
|---|---|---|

OREGON
| OR  3  05-1228 | Cheryl Edwards v. Merck & Co., Inc. | 05-4859 |
|---|---|---|

PENNSYLVANIA EASTERN
| PAE  2  05-4090 | William Hnatuk, et al. v. Merck & Co., Inc., et al. | 05-4860 |
|---|---|---|

EDLA
SEC. L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| PAE 2 05-4103 | Klaus Hofmann, et al. v. Merck & Co., Inc., et al. | 05-4861 |
| PAE 2 05-4237 | Mark Justus, et al. v. Merck & Co., Inc., et al. | 05-4862 |
| PAE 2 05-4238 | Sherrie Hedden, etc. v. Merck & Co., Inc., et al. | 05-4863 |
| PAE 2 05-4239 | Amelia A. Wilson, et al. v. Merck & Co., Inc., et al. | 05-4864 |

PENNSYLVANIA WESTERN
| PAW 2 05-1073 | Renee M. Bernabe v. Merck & Co., Inc. | 05-4865 |

RHODE ISLAND
| RI 1 05-331 | Stephen Moreau v. Merck & Co., Inc. | 05-4866 |

SOUTH DAKOTA
| SD 1 05-1026 | Ruth Grotjohn v. Merck & Co., Inc. | 05-4867 |
| SD 1 05-1027 | Gerald Sanborn v. Merck & Co., Inc. | 05-4868 |
| SD 1 05-1028 | Charles Mardian v. Merck & Co., Inc. | 05-4869 |
| SD 1 05-1029 | Jerry Hansen v. Merck & Co., Inc. | 05-4870 |
| SD 1 05-1030 | Richard Wolf v. Merck & Co., Inc. | 05-4871 |
| SD 1 05-1031 | Gary Ofstad v. Merck & Co., Inc. | 05-4872 |
| SD 1 05-1032 | John Shaver v. Merck & Co., Inc. | 05-4873 |
| SD 1 05-1033 | Steve Klima v. Merck & Co., Inc. | 05-4874 |
| SD 1 05-1034 | Alvin Dexter v. Merck & Co., Inc. | 05-4875 |

TENNESSEE EASTERN
| TNE 3 05-381 | Steven R. Chapman, et al. v. Merck & Co., Inc. | 05-4876 |

TENNESSEE MIDDLE
| TNM 2 05-71 | Joyce Duke, et al. v. Merck & Co., Inc. | 05-4877 |

TENNESSEE WESTERN
| TNW 1 05-1203 | Phillip Vernon v. Merck & Co., Inc. | 05-4878 |

TEXAS EASTERN
| TXE 2 05-351 | Brenda DeLoach, et al. v. Merck & Co., Inc. | 05-4879 |
| TXE 2 05-353 | Richard L. Dutton v. Merck & Co., Inc. | 05-4880 |

TEXAS NORTHERN
| TXN 2 05-212 | Audelia Serna, etc. v. Merck & Co., Inc. | 05-4881 |
| TXN 3 05-1504 | Linda Powell v. Merck & Co., Inc. | 05-4882 |

TEXAS SOUTHERN
| TXS 2 05-375 | Velma Byrd, etc. v. Merck & Co., Inc. | 05-4883 |
| TXS 5 05-164 | Rosa Reyes, et al. v. Merck & Co., Inc., et al. | 05-4884 |

UTAH
| UT 1 05-100 | Marilyn Nestman v. Merck & Co., Inc. | 05-4885 |
| UT 2 05-636 | Clifton E. Allenbach, et al. v. Merck & Co., Inc. | 05-4886 |

WASHINGTON WESTERN
| WAW 2 05-1323 | Ronald Forrest v. Merck & Co., Inc. | 05-4887 |

WEST VIRGINIA SOUTHERN
| WVS 2 05-596 | Terry Kelly v. Merck & Co., Inc. | 05-4888 |

WYOMING
| WY 2 05-215 | James R. Pope v. Merck & Co., Inc. | 05-4889 |

# INVOLVED COUNSEL LIST (CTO-23)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Douglas B. Abrams
Abrams & Abrams, P.A.
414 W. Jones Street
Raleigh, NC 27603

A. Shawn Alford
District Attorney Office 3rd., J D C
100 E. Bayou
Farmerville, LA 71241

Jeffrey R. Atkins
Atkins & Markoff
9211 Lake Hefner Parkway
Suite 104
Oklahoma City, OK 73120

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kathryn E. Barnett
Lieff, Cabraser, Heimann
& Bernstein, LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219

Denise Barton
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Esther Eva Berezofsky
Williams Cuker & Berezofsky
Woodland Falls Corporate Center
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002-1163

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittmann,
LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

John L. Black, Jr.
10 W. 300 South, Suite 500
Salt Lake City, UT 84101

Dana A. Blanton
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Alexandra V. Boone
Morgan & Weisbrod, LLP
11551 Forest Central Drive, Suite 300
P.O. Box 821329
Dallas, TX 75382-1329

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue, Suite 1125
Portland, OR 97204

Mark I. Bronson
Newman & Bronson
2300 West Port Plaza Drive
St. Louis, MO 63146-3213

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Evan D. Buxner
Walther Glenn Law Associates
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105

John P. Byrd
Byrd Law Firm
323 Center Street, Suite 1300
Little Rock, AR 72201

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Christopher T. Cain
Ball & Scott
Bank of America
550 Main Avenue, Suite 750
Knoxville, TN 37902-2567

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

D. Frank Davis
Davis & Norris, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, AL 35205

Stephanie H. Demont
Spain & Spain, P.C.
671 Route Six
Mahopac, NY 10541

Anthony M. DiLeo  
Stone, Pigman, Walther & Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  

David A. Dick  
Thomspson Coburn, LLP  
One US Bank Plaza, Suite 2600  
St Louis, MO 63101  

Aaron Dickey  
Goldenberg, Miller, Heller & Antognoli  
2227 South State Route 157  
P.O. Box 959  
Edwardsville, IL 62025  

William Dinkes  
Dinkes & Schwitzer  
112 Madison Avenue, 10th Floor  
New York, NY 10016  

Eric D. Dixon  
Law Office of Eric D. Dixon  
3090 South Avenue A  
Portales, NM 88130  

John J. Driscoll  
Brown & Crouppen, PC  
720 Olive Street, Suite 1800  
St. Louis, MO 63101-2302  

Thomas E. Dutton  
Pittman, Hooks, Dutton, Kirby & Hellums, PC  
Park Place Tower  
2001 Park Place North, Suite 1100  
Birmingham, AL 35203  

Douglas B.M. Ehlke  
Ehlke Law Offices  
28840 11th Avenue South  
Federal Way, WA 98003  

Henry D. Fincher  
305 East Spring Street  
Cookeville, TN 38501-3311  

James E. Fitzgerald  
Fitzgerald Law Firm  
2108 Warren Avenue  
Cheyenne, WY 82001  

Douglas Curwood Fladseth  
Law Office of Douglas C. Fladseth  
50 Old Courthouse Square, Suite 600  
Santa Rosa, CA 95404  

Franklin J. Foil  
Henchy, Verbois & Foil  
P.O. Box 80523  
7904 Wrenwood Blvd., Suite C  
Baton Rouge, LA 70898-2523  

Daniel H. Friedman  
Friedman Law Offices  
P.O. Box 82009  
Lincoln, NE 68501  

Richard B. Garrett  
P.O. Box 270  
Montgomery, AL 36101  

Robert Edward Godosky  
Godosky & Gentile  
61 Broad Street, 20th Floor  
New York, NY 10006  

Ronald S. Goldser  
Zimmerman Reed  
651 Nicollet Mall, Suite 501  
Minneapolis, MN 55402-4123  

Gayle L. Gough  
Sedgwick Detert Moran & Arnold  
One Embarcadero Center, 16th Floor  
San Francisco, CA 94111-3628  

Lawrence B. Grebel  
Brown & James, P.C.  
1010 Market Street, 20th Floor  
St. Louis, MO 63101  

Charles E. Griffin  
Griffin & Associates  
P.O. Box 968  
Jackson, MS 39205-0968  

Henry Phillip Gruss  
Pavalon, Gifford, Laatsch & Marino  
Two North LaSalle Street, Suite 1600  
Chicago, IL 60602  

Vilia B. Hayes  
Hughes, Hubbard & Reed, LLP  
One Battery Park Plaza  
New York, NY 10004  

Russ M. Herman  
Herman, Herman, Katz & Cotlar, L.L.P.  
820 O'Keefe Avenue  
New Orleans, LA 70113  

Barry M. Hill  
Hill, Toriseva & Williams  
89-12th Street  
Wheeling, WV 26003  

John Davis Hoffman  
Hoffman & Hoffman  
848 Brickwell Avenue, Suite 900  
Miami, FL 33131  

Richard M. John  
3646 Youree Drive  
Shreveport, LA 71105  

Richard L. Josephson  
Baker Botts LLP  
One Shell Plaza  
910 Louisana Street, Suite 3000  
Houston, TX 77002-9934  

Ted M. Kanner  
Ted Kanner Law Office  
606 Virginia Street, East, Suite 200  
Charleston, WV 25301  

Patricia J. Kasputys  
Law Offices of Peter G. Angelos, P.C.  
One Charles Center  
100 North Charles Street, 20th Floor  
Baltimore, MD 21201  

John S. Kearns  
Saiontz, Kirk & Miles, P.A.  
3 South Frederick Street, Suite 900  
Baltimore, MD 21202  

Jerry Kelly  
Kelly Law Firm  
P.O. Box 500  
Lonoke, AR 72086  

Thomas D. Kelsch  
Kelsch Kelsch Ruff & Kranda, PLLP  
Collins & Main  
P.O. Box 1266  
Mandan, ND 58554-7266  

R. Eric Kennedy  
Weisman, Kennedy & Berris  
1600 Midland Building  
101 Prospect Avenue, West  
Cleveland, OH 44115  

Norman C. Kleinberg  
Hughes Hubbard & Reed, LLP  
One Battery Park Plaza, 12th Floor  
New York, NY 10004-1482  

Andrea B. Lamere  
Schaeffer & Lamere, PC  
5512 Godfrey Road, Suite B  
Godfrey, IL 62035

Andrew J. Lee
Schwabe, Williamson & Wyatt
Pacwest Center
1211 S.W. 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Robert E. Lee
2566 Foliage Drive
Marrero, LA 70072

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Andrew C. Littman
Stevens, Littman, Biddison, Tharp
& Weinberg
250 Arapahoe, #301
Boulder, CO 80302

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Kurt W. Maier
English, Lucas, Priest & Owsley
1101 College Street
P.O. Box 770
Bowling Green, KY 42101

James Mark Mann
Welborn, Houston, Adkison, Mann
& Sadler
P.O. Box 1109
Henderson, TX 75653-1109

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
234 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Christopher R. Miller
Humphrey, Farrington & McClain,
P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, Suite 4800
Chicago, IL 60601-3206

Frrank A. Natale, II
2616 Wilmington Road, Suite F
New Castle, PA 16105

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

Timothy J. O'Connor
Office of Timothy O'Connor
29 Wards Lane
Albany, NY 12204

Robert S. Parker
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903-7108

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Michael J. Pearce
Wise Pearce Yocis & Smith
249 East Ocean Blvd., Suite 440
Long Beach, CA 90801

J. Douglas Peters
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202

James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler
North Gate Business Park
500 Tracy Way
Charleston, WV 25311

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Eugene B. Ralston
Ralston, Buck & Associates
2913 S.W. Maupin Lane
Topeka, KS 66614

Sunena Sabharwal
1939 Harrison Street, Suite 290
Oakland, CA 94612

Kevin M. Sadler
Baker Botts LLP
1600 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 W. Idaho Street
Boise, ID 83702

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

Douglas D. Small
Foley & Small
1002 East Jefferson Boulevard
South Bend, IN 46617

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Richard C. Stanley
Stanley, Flanagan & Reuter
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701

Gregory W. Turman
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Carey B. Underwood
Davenport, Files & Kelly
P.O. Box 4787
Monroe, LA 71211

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-2150

Geroge T. Waddoups
Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Steven P. Wandro
Wandro & Associates, P.C.
2501 Grand Avenue, Suite B
Des Moines, IA 50312

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101


Mark A. Weber
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

J. Stewart White
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Matthew R. Willis
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Donald A. Windham, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Douglas L. Winston
Berger & Zavesky
1425 Rockefeller Building
614 West Superior Avenue
Cleveland, OH 44113

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Douglas J. Wold
Wold Law Firm, PC
218 First Street, E
P.O. Box 400
Polson, MT 59860-0400

# INVOLVED JUDGES LIST (CTO-23)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Micaela Alvarez
U.S. District Court
3245 U.S. Courthouse
1300 Victoria Street
Laredo, TX 78040

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal Bldg
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2600

Hon. Karon O. Bowdre
U.S. District Judge
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue N.
Birmingham, AL 35203

Hon. Larry M. Boyle
U.S. Magistrate Judge
U.S. Courthouse, Room 630
550 West Fort Street, MSC 040
Boise, ID 83724

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S.
Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. David S. Cercone
U.S. District Judge
1036 U.S. P.O. & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Stanley R. Chesler
U.S. District Judge
5050 Clarkson S. Fisher Federal Bldg
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Legrome D. Davis
U.S. District Judge
2609 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kent J. Dawson
U.S. District Judge
6006 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William F. Downes
Chief Judge, U.S. District Court
210 Ewing T. Kerr Federal Building
& U.S. Courthouse
111 South Wolcott Street
Casper, WY 82601

Hon. Christopher F. Droney
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ralph R. Erickson
U.S. District Judge
410 Quentin N. Burdick U.S. Courthouse
655 First Avenue North
Fargo, ND 58102

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102-9958

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & P.O. Bldg.
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. James Knoll Gardner
U.S. District Judge
U.S. District Court & Fed. Bldg.
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

Hon. James T. Giles
Chief Judge, U.S. District Court
17614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1771

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Ancer L. Haggerty
Chief Judge, U.S. District Court
1307 Mark O. Hatfield
U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. James H. Hancock
Senior U.S. District Judge
681 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. William Brevard Hand
Senior U.S. District Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. James H. Jarvis
Senior U.S. District Judge
140 Howard H. Baker Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Robert G. Klausner
U.S. District Judge
860 Edward R. Roybal Federal
Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office & Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Federal Building
& U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John M. Manos
Senior U.S. District Judge
16B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1841

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Edward J. McManus
Senior U.S. District Judge
Federal Building & U.S. Courthouse
101 First Street, S.E.
Room 329
Cedar Rapids, IA 52401

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S.
Courthouse
St. Louis, MO 63102-1116

Hon. Robert L. Miller, Jr.
Chief Judge, U.S. District Court
325 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Donald W. Molloy
Chief Judge, U.S. District Court
P.O. Box 7309
Missoula, MT 59807-7309

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Federal Building & U.S.
Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Charles R. Norgle, Sr.
U.S. District Judge
2346 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Edward W. Nottingham
U.S. District Judge
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg. &
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Julie A. Robinson
U.S. District Judge
405 United States Courthouse
444 Southeast Quincy Street
Topeka, KS 66683

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Fed Bldg.
205 East Fifth Avenue
Amarillo, TX 79101

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Gary L. Sharpe
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Hon. William D. Stiehl
Senior U.S. District Judge
P.O. Box 249
E. St. Louis, IL 62202

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

~~Hon. Myron H. Thompson~~
~~U.S. District Judge~~
~~P.O. Box 235~~
~~Montgomery, AL 36101-0235~~

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
363 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903-1779

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Thomas S. Zilly
Senior U.S. District Judge
15229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

# INVOLVED CLERKS LIST (CTO-23)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Arlen B. Coyle, Clerk
369 Fed & Bldg. U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Betty A. Griess, Clerk
2141 Joseph C. O'Mahoney Fed. Bldg.
2120 Capitol Avenue
Cheyenne, WY 82001-3658

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse,
MSC 039
550 West Fort Street
Boise, ID 83724

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

~~Debra P. Hackett, Clerk~~
~~U.S. District Court~~
~~P.O. Box 711~~
~~Montgomery, AL 36101-0711~~

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Edward J. Klecker, Clerk
130 Quentin N. Burdick U.S. Courthouse
655 First Avenue North
Fargo, ND 58107

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James D. Hodges, Jr., Clerk
P.O. Box 74710
Cedar Rapids, IA 52407-4710

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Keith Throckmorton, Clerk
228 L. Clure Morton U.S. Post
Office & Courthouse
9 East Broad Street
Cookeville, TN 38501

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

Lawrence K. Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 597
Laredo, TX 78040-0597

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Patrick E. Duffy, Clerk
P.O. Box 8537
Missoula, MT 59807-8537

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ralph L. DeLoach, Clerk
490 Frank Carlson Federal Building
& U.S. Courthouse
444 S.E. Quincy Street
Topeka, KS 66683

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Stephen R. Ludwig, Clerk
315 Robert A. Grant Federal
Bldg. & U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed.
Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

September 26, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-23)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 8, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Deputy Clerk

Attachments

cc: Transferee Judge:     Judge Eldon E. Fallon
    Transferor Judges:    (See Attached List of Judges)
    Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A