

| MRK-AAB Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Documents Withheld or Privilege | | | |
|---|---|---|---|---|---|---|---|
| | | | | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
| 018895-900 | 05/02/02 | Braunstein, Ned S. | Shapiro, Deborah R. | E-mail | Portions reflecting a request for legal advice and opinions regarding public relations issues (at 018896, 018897, 018899 and 018900). | Attorney-Client Privilege | |
| 0122493-500 | 11/04/04 | DiCesare, Elizabeth A. | Doshi, Dharmesh H.; Braunstein, Ned S.; Korn, Scott H.; Curtis, Sean P.; Horgan, Kevin J.; Hostelley, Linda S.; Hornbrey, Janet Mary; Edelman, Jonathan M.; Tershakovec, Andrew M.; Kishen, Venkat; Bolognese, James A.; Lewis, Suzanne M.; Gregory*, van Adelsberg, Janet; cc: Oxenius, Bettina; White-Guay, Brian; Erb, Dennis M. | E-mail | Portions reflecting a request for legal advice and opinions regarding public relations issues (at 0122497 and 0122498). | Attorney-Client Privilege | Attaching 0122501-9 and 0122510-1 |

944502_1

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

1


EXHIBIT C

| MRK-AAC Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| | | | | Documents Withheld for Privilege | | | |
| 0051966 | 06/05/01 | Hirsch, Laurence J. | Daly, Brian G.* | E-mail requesting legal advice regarding draft correspondence. | Entire document. | Attorney-Client Privilege | Attaching 0051967-9 |
| 0051967-9 | 06/05/01 | Hirsch, Laurence J. | Daly, Brian G.* | Draft correspondence reflecting legal advice and client confidences. | Entire document. | Attorney-Client Privilege | Attached to 0051966 |
| 0052144-6 | 06/06/01 | Kostek, Alexander M. | Distribution | Agenda | Portions requesting legal advice regarding draft manuscripts (at 0052145 and 0052146) | Attorney-Client Privilege | Attached to 0052110 |
| 0052193 | 06/06/01 | Schwartz, Jules | Gertz, Barry J. | E-mail reflecting legal advice regarding draft marketing materials. | Entire document. | Attorney-Client Privilege | Attaching 0052194-214 and 0052215 |
| 0052194-214 | 06/06/01 | Schwartz, Jules | Gertz, Barry J. | Draft study reflecting legal advice and client confidences. | Entire document. | Attorney-Client Privilege | Attached to 0052193 |
| 0052215 | 06/06/01 | Schwartz, Jules | Gertz, Barry J. | Study data attached to e-mail reflecting legal advice and opinions | Entire document. | Attorney-Client Privilege | Attached to 0052193 |
| 0052216 | 06/07/01 | Dixon, Wendy L. | Hirsch, Laurence J | E-mail reflecting legal advice regarding study. | Entire document. | Attorney-Client Privilege | Attaching 0052217-9 |
| 0052217-9 | 06/07/01 | Dixon, Wendy L. | Hirsch Laurence J | Draft correspondence reflecting legal advice and client confidences | Entire document. | Attorney-Client Privilege | Attached to 0052216 |
| 0052303-5 | 06/08/01 | Lahner, Joanne* | Daigler, Nancy J., Kaufman, Art, Kornowski, Sophie; Wainwright, Joan | E-mail reflecting legal advice and opinions regarding draft press release. | Entire document. | Attorney-Client Privilege | Attaching 0052306-12 and 0052313-6 |
| 0052306-12 | 06/08/01 | Lahner, Joanne* | Daigler, Nancy J., Kaufman, Art, Kornowski, Sophie; Wainwright, Joan | Revised draft press release attached to e-mail reflecting legal advice and opinions. | Entire document. | Attorney-Client Privilege | Attached to 0052303-5 |
| 0052313-6 | 06/08/01 | Lahner, Joanne* | Daigler, Nancy J., Kaufman, Art, Kornowski, Sophie; Wainwright, Joan | Draft press release attached to e-mail reflecting legal advice and opinions. | Entire document. | Attorney-Client Privilege | Attached to 0052303-5 |
| 0052375-6 | 06/09/01 | Harper, Sean E. | Gertz, Barry J., Nies, Alan S | E-mail | Portions reflecting a request for legal advice regarding study issues (at 0052375 and 0052376). | Attorney-Client Privilege | |

* Attorney; Legal Assistant, Administrative Assistant or Paralegal

91292_1


EXHIBIT D

912606_2

**Documents Withheld for Privilege**

| MRK-AAD Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| | | | cc: Reicin, Alise S.; Simon, Thomas J. | | opinions regarding contract issues (at 0228073) | Attorney-Client Privilege | 0228075-83 |
| 0228075-83 | 06/13/02 | Guentz, Mary J. | Waldstreicher, Joanne cc: Reicin, Alise S.; Simon, Thomas J. | Draft internal document reflecting a request for legal advice and opinions regarding contract issues. | Entire document. | Attorney-Client Privilege | Attached to 0228073-4 |
| 0228253 | 06/16/02 | Grosser, Karen | Reicin, Alise S. | E-mail | Portions reflecting a request for legal advice and opinions regarding study issues | Attorney-Client Privilege | |
| 0228254 | 06/16/02 | Grosser, Karen | Reicin, Alise S. | E-mail | Portions reflecting a request for legal advice and opinions regarding study issues. | Attorney-Client Privilege | |
| 0228345-408 | 06/17/02 | Bryant, Lenore Andrea | Turner, Mervyn J.; Reicin, Alise S.; Hale, Jeffrey J.; Morris, Sandra A.; Wright, Hamish; Grosser, Karen; Horn, Gary J.; Davies, Philip; Altmeyer, Anne cc: Carr, Faith E.; Reed, Pamela R.; Simon, Kathie L.; Bowen, Ben; Kelly, Jill St. Marie; Soban, Eileen C.; Bennett, Lorena L.; Stapleton, Debbie E.; Bryant, Lenore Andrea | Presentation | Portion reflecting legal advice and opinions regarding patent and regulatory issues (at 0228371) | Attorney-Client Privilege | Attached to 0228343 |
| 0229896-8 | 06/20/02 | Wright, Hamish | Distribution | Minutes of meeting | Portions reflecting a request for legal advice and opinions regarding study and promotional issues (at 0229897) | Attorney-Client Privilege | Attached to 0229895 |
| 0229899 | 06/27/02 | Reicin, Alise S. | Shank-Samiec, Dolores M. cc: Schechter, Adam H.; Silverman, Robert E.; Weiner, Jan D.; Wainwright, Joan; Reicin, Alise S. | E-mail | Portion reflecting a request for legal advice and opinions regarding regulatory issues | Attorney-Client Privilege | Attaching 0229900-3 |
| 0229900-3 | 06/27/02 | Reicin, Alise S. | Shank-Samiec, Dolores M. cc: Schechter, Adam H.; Silverman, Robert E.; Weiner, Jan D.; Wainwright, Joan; Reicin, Alise S. | Draft correspondence reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | Attached to 0229899 |
| 0230263-4 | 07/01/02 | Hirsch, Laurence J | Reicin, Alise S. | E-mail | Portion reflecting a request for legal advice and opinions regarding study issues (at 0230263) | Attorney-Client Privilege | |
| 0230403 | 07/02/02 | McWilliams, Edward J. | Reicin, Alise S. | E-mail | Portion reflecting a request for legal advice and opinions regarding study issues | Attorney-Client Privilege | |
| 0230458 | 07/02/02 | Shah, Rashmi J. | Reicin, Alise S | E-mail | Portion reflecting a request for legal... | Attorney-Client Privilege | |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal


EXHIBIT E-1

91306_2

## Documents Withheld for Privilege

| MRK-AAD Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0251827-8 | 11/18/02 | Braunstein, Ned S. | Lahner, Joanne* | legal advice and opinions regarding regulatory issues | | Attorney-Client Privilege | 0251827-8 |
| 0252161-3 | 11/21/02 | Burton-Gidman, Linda | Silverman, Robert E.; Reicin, Alise S.; van Adelsberg, Janet; Gottesdiener, Keith M.; Lahner, Joanne* | Draft correspondence reflecting a request for legal advice and opinions regarding regulatory issues | Portion reflecting legal advice and opinions regarding regulatory issues (at 0252161) | Attorney-Client Privilege | Attached to 0251826 |
| 0252263 | 11/21/02 | Lahner, Joanne* | Reicin, Alise S. | E-mail reflecting legal advice and opinions regarding study issues | Entire document. | Attorney-Client Privilege | |
| 0252753-5 | 11/25/02 | Daruwala, Paul | A&A WBST | Draft memorandum | Portion reflecting legal advice and opinions regarding regulatory issues (at 0252754) | Attorney-Client Privilege | Attached to 0252752 |
| 0253058-60 | 11/27/02 | Daruwala, Paul | A&A WBST | Memorandum | Portion reflecting legal advice and opinions regarding regulatory issues (at 0253059). | Attorney-Client Privilege | Attached to 0252994 |
| 0253089-97 | 11/27/02 | Fanelle, Christine | Braunstein, Ned S.; Reicin, Alise S. cc: Payne, Susan M.; Griffing, William J. | E-mail | Portion reflecting a request for legal advice and opinions regarding public relations issues (at 0253089) | Attorney-Client Privilege | |
| 0253315 | 12/02/02 | Schechter, Adam H | Lahner, Joanne*; Fanelle, Christine; Reicin, Alise S | E-mail reflecting a request for legal advice and opinions regarding promotional issues | Entire document. | Attorney-Client Privilege | Attaching 0253316-9 |
| 0253316-9 | 10/28/02 | Mukherjee, Debabrata; Topol, Eric J. | N/A | Report reflecting a request for legal advice and opinions regarding study issues | Entire document. | Attorney-Client Privilege | Attached to 0253315 |
| 0253322-3 | 12/03/02 | Fanelle, Christine | Reicin, Alise S.; Schechter, Adam H. | E-mail reflecting a request for legal advice and opinions regarding study issues | Entire document. | Attorney-Client Privilege | Attached to 0253316-9 |
| 0253369 | 12/03/02 | Lahner, Joanne* | Reicin, Alise S | E-mail reflecting legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | |
| 0254008 | 12/06/02 | Korn, Scott H. | Reicin, Alise S | E-mail reflecting a request for legal advice and opinions regarding promotional and study issues | Entire document. | Attorney-Client Privilege | Attaching 0254009-20 |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal.


EXHIBIT
E-2

**Documents Withheld for Privilege**

| MRK-AAD Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0414273 | 01/05/05 | Gertz, Barry J | Reicin, Alise S.; Braunstein, Ned S cc: Lahner, Joanne* | reflecting a request for legal advice and opinions regarding study issues. | Entire document | Client Privilege | |
| 0414279-80 | 01/05/05 | Braunstein, Ned S. | Gertz, Barry J.; Reicin, Alise S. cc: Lahner, Joanne* | E-mail reflecting a request for legal advice and opinions regarding study, promotional and regulatory issues. | Entire document | Attorney-Client Privilege | |
| 0414469 | 01/09/05 | Braunstein, Ned S. | Lahner, Joanne*; Reicin, Alise S | E-mail reflecting a request for legal advice and opinions regarding study issues. | Entire document | Attorney-Client Privilege | |
| 0414470-1 | 01/10/05 | Braunstein, Ned S. | Gertz, Barry J.; Reicin, Alise S.; Lahner, Joanne* | E-mail reflecting a request for legal advice and opinions regarding study and promotional issues. | Entire document | Attorney-Client Privilege | Attaching 0414472-4 |
| 0414472-4 | 01/10/05 | Braunstein, Ned S. | Gertz, Barry J.; Reicin, Alise S.; Lahner, Joanne* | Draft agenda reflecting a request for legal advice and opinions regarding study and promotional issues. | Entire document | Attorney-Client Privilege | Attached to 0414470-1 |
| 0414602 | Undated | N/A | Reicin, Alise S. | Agenda reflecting legal advice and opinions regarding study and regulatory issues. | Entire document | Attorney-Client Privilege | |
| 0414608-9 | 01/13/05 | Horgan, Kevin J | Reicin, Alise S.; Gertz, Barry J.; Lahner, Joanne* cc: Reiss, Theodore F.; Lines, Christopher | E-mail reflecting a request for legal advice and opinions regarding study and regulatory issues. | Entire document | Attorney-Client Privilege | Attaching 0414610-39 |
| 0414610-39 | 01/13/05 | Horgan, Kevin J | Reicin, Alise S.; Gertz, Barry J.; Lahner, Joanne* cc: Reiss, Theodore F.; Lines, Christopher | Draft manuscript reflecting a request for legal advice and opinions regarding study issues. | Entire document | Attorney-Client Privilege | Attached to 0414608-9 |
| 0414721-4 | 01/18/05 | Horgan, Kevin J | Davish, Patrick T.*, Plobroos, Antonius; Reicin, Alise S.; Braunstein, Ned S.; Wainwright, Joan; Colgan, Kevin; Lewis, Suzanne M Gregory*; Lahner, Joanne* | E-mail | Portions reflecting a request for legal advice and opinions regarding study and public relations issues (at 0414722, 0414723 and 0414724) | Attorney-Client Privilege | |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

954077_1


EXHIBIT F-1

954677_1

| MRK-AAD Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Documents Withheld for Privilege | | | |
|---|---|---|---|---|---|---|---|
| | | | | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
| | | | cc: Hamilton, Kim Burke, Bain, Raymond P.; Ogden, Tracy C.; Larsen, Anita | E-mail | | | |
| 0414725-8 | 01/18/05 | Davish, Patrick T.* | Horgan, Kevin L.; Plohoros, Antonius; Reicin, Alise S.; Braunstein, Ned S.; Wainwright, Joan; Colgan, Kevin; Lewis, Suzanne M. Gregory*; Lahner, Joanne* cc: Hamilton, Kim Burke, Bain, Raymond P.; Ogden, Tracy C.; Larsen, Anita | E-mail | Portions reflecting a request for legal advice and opinions regarding study and public relations issues (at 0414725, 0414726, 0414727 and 0414728). | Attorney-Client Privilege | |
| 0414729 | 01/18/05 | Boice, Judith A. | Reicin, Alise S. | E-mail reflecting legal advice and opinions regarding public relations and study issues. | Entire document. | Attorney-Client Privilege | |
| 0414730 | 01/18/05 | Lewis, Suzanne M. Gregory* | Reicin, Alise S. | E-mail reflecting legal advice and opinions regarding public relations and study issues. | Entire document. | Attorney-Client Privilege | |
| 0414737-9 | 01/19/05 | Falcione, Aaron R. | Kim, Peter S.; Reicin, Alise S | E-mail reflecting legal advice and opinions regarding study issues. | Portions reflecting legal advice and opinions regarding regulatory and promotional issues (at 0414737). | Attorney-Client Privilege | |
| 0415259-60 | 01/31/05 | Hirsch, Laurence J. | Distribution | E-mail | Portion reflecting a request for legal advice and opinions regarding study and regulatory issues (at 0415259). | Attorney-Client Privilege | |
| 0415838-9 | 12/13/04 | Reicin, Alise S. | Einhorn, Renee | E-mail | Portions reflecting a request for legal advice and opinions regarding public relations issues (at 0415838 and 0415839). | Attorney-Client Privilege | |
| 0415846-8 | 12/14/04 | Reicin, Alise S. | Lahner, Joanne* | E-mail reflecting legal advice and opinions regarding regulatory and study issues | Entire document. | Attorney-Client Privilege | |
| 0415917-8 | 12/16/04 | Reicin, Alise S. | Larsen, Anita, DeRose, Annette M.; Colbert, Beth S.; Einhorn, Renee cc: Lavin, Christine M* M*; Wainwright, Joan | E-mail reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | |
| 0416046-9 | 11/04/04 | Reicin, Alise S. | Cromley, David W.*; Lines, Christopher | E-mail reflecting legal advice | Entire document | Attorney- | |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal



EXHIBIT
F-2

| MRK AAD Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Documents Withheld for Privilege | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| | | | | and opinions regarding study and regulatory issues | | Client Privilege | |
| 0416652-3 | 11/04/04 | Reicin, Alise S. | Kim, Peter S. | E-mail | Portions reflecting legal advice and opinions regarding study and public relations issues (at 0416652) | Attorney-Client Privilege | Attaching 0416654-5, 0416656-7 and 0416658-9 |
| 0416654-5 | 11/04/04 | Reicin, Alise S. | Kim, Peter S. | Draft public relations document reflecting legal advice and opinions regarding study and regulatory issues  | Entire document | Attorney-Client Privilege | Attached to 0416652-3 |
| 0416656-7 | 11/04/04 | Reicin, Alise S. | Kim, Peter S. | Draft public relations document reflecting legal advice and opinions regarding study issues | Entire document | Attorney-Client Privilege | Attached to 0416652-3 |
| 0416658-9 | 11/04/04 | Reicin, Alise S. | Kim, Peter S. | Draft public relations document reflecting legal advice and opinions regarding study and regulatory issues. | Entire document | Attorney-Client Privilege | Attached to 0416652-3 |
| 0416169 | 11/08/04 | Reicin, Alise S. | Einhorn, Renee | E-mail | Portion reflecting a request for legal advice and opinions regarding study issues | Attorney-Client Privilege | Attaching 0416170-4 |
| 0416170-4 | 11/08/04 | Reicin, Alise S. | Einhorn, Renee | Internal document reflecting a request for legal advice and opinions regarding study and regulatory issues | Entire document | Attorney-Client Privilege | Attached to 0416169 |
| 0416175 | 11/08/04 | Reicin, Alise S. | Ogden, Tracy C.; Saporito, Jacinta S.; van Adelsberg, Janet cc: Grasso, Tina | E-mail reflecting a request for legal advice and opinions regarding study, regulatory and public relations issues. | Entire document | Attorney-Client Privilege | |
| 0416180-1 | 11/10/04 | Reicin, Alise S. | Gertz, Barry J. | E-mail reflecting a request for legal advice and opinions regarding regulatory and study issues. | Entire document | Attorney-Client Privilege | |
| 0416630 | 11/30/04 | Reicin, Alise S. | Plohoros, Antonius, Braunstein, Ned S. | E-mail | Portion reflecting legal advice and opinions regarding study issues. | Attorney-Client Privilege | |
| 0416690-1 | 10/25/04 | Reicin, Alise S. | Kim, Peter S. cc: Lahner, Joanne* | E-mail reflecting a request for legal advice and opinions regarding study and regulatory | Entire document | Attorney-Client Privilege | |

18

* Attorney, Legal Assistant, Administrative Assistant or Paralegal

95677_1



EXHIBIT
E-3

| MRK-AAD Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Documents Withheld for Privilege | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0420476 | 12/07/04 | Plohoros, Antonius | Reicin, Alise S.; Braunstein, Ned S.; cc: Wainwright, Joan | E-mail reflecting a request for legal advice and opinions regarding public relations and study issues | | Attorney-Client Privilege | |
| 0420477-8 | 12/07/04 | Lahner, Joanne* | Plohoros, Antonius, Reicin, Alise S., Braunstein, Ned S. | E-mail reflecting advice and opinions regarding public relations and study issues | Entire document. | Attorney-Client Privilege | |
| 0420479-80 | 12/07/04 | Plohoros, Antonius | Lahner, Joanne*; Reicin, Alise S.; Braunstein, Ned S. | E-mail reflecting legal advice and opinions regarding public relations and study issues | Entire document. | Attorney-Client Privilege | |
| 0420746-8 | 12/15/04 | Horgan, Kevin J | Reicin, Alise S. | E-mail reflecting a request for legal advice and opinions regarding study issues | Entire document. | Attorney-Client Privilege | |
| 0420785-6 | 12/16/04 | Larsen, Anita | Reicin, Alise S. | E-mail reflecting a request for legal advice and opinions regarding study issues | Entire document. | Attorney-Client Privilege | |
| 0420791-2 | 12/16/04 | Einhorn, Renee | Reicin, Alise S. | E-mail reflecting a request for legal advice and opinions regarding regulatory issues | Entire document | Attorney-Client Privilege | |
| 0420844 | 12/15/04 | Kishen, V. | Distribution | Memorandum | Portions reflecting a request for legal advice and opinions regarding study issues | Attorney-Client Privilege | Attached to 0420842-3 |
| 0420862-3 | 12/21/04 | Braunstein, Ned S. | Kim, Peter S.; Lahner, Joanne* Gertz, Barry J.; Hong, Peter K.; Erb, Dennis M., Reicin, Alise S. | E-mail | Portion reflecting a request for legal advice and opinions regarding public relations issues (at 0420863) | Attorney-Client Privilege | |
| 0420877-9 | 12/22/04 | Reicin, Alise S. | Lines, Christopher; Reicin, Alise S. | E-mail reflecting a request for legal advice and opinions regarding study issues | Entire document. | Attorney-Client Privilege | |
| 0420880 | 12/23/04 | Ogden, Tracy C. | Braunstein, Ned S.; Reicin, Alise S.; Curtis, Sean P. | E-mail | Portion reflecting a request for legal advice and opinions regarding public relations and study issues | Attorney-Client Privilege | |
| 0420902 | 12/28/04 | Weaver, Kirke D.* | Reicin, Alise S. | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of | Entire document | Attorney-Client Privilege and Work | Attaching 0420903-10 |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

954677_1



EXHIBIT E-4

| MRK-ABC Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Documents Withheld for Privilege: Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0011142-225 | 07/15/97 | N/A | N/A | Minutes of meeting | study (at 0011141). Portion reflecting legal advice and opinions regarding patent issues (at 0011162, 0011190 and 0011193). | Attorney-Client Privilege | |
| 0011226-92 | 03/18/96 | N/A | N/A | Development plan | Portions reflecting legal advice and opinions regarding patent issues (at 0011274 and 0011275). | Attorney-Client Privilege | |
| 0011301-8 | 03/18/96 | N/A | N/A | Presentation | Portion reflecting legal advice and opinions regarding patent issues (at 0011302). | Attorney-Client Privilege | |
| 0011316-25 | 12/06/96 | Bissett, Robert T.* | McKinney, Errol S.; Niess, Alan S.; Ortleb, David | Fax cover sheet and minutes of meeting | Portion reflecting legal advice and opinions regarding patent issues (at 0011316). | Attorney-Client Privilege | |
| 0011472-500 | 01/03/96 | N/A | N/A | Report | Portions reflecting legal advice and opinions regarding patent issues (at 0011495 and 0011496). | Attorney-Client Privilege | |
| 0011625-723 | 06/22/95 | N/A | N/A | Agenda and minutes of meeting | Portions reflecting legal advice and a request for legal advice and opinions regarding patent issues (at 0011630, 0011722 and 0011723). | Attorney-Client Privilege | |
| 0011724-80 | N/A | N/A | N/A | Report | Portion reflecting legal advice and opinions regarding patent issues (at 0011743, 0011744, 0011751 and 0011774). | Attorney-Client Privilege | |
| 0011781-802 | 04/06/93 | Pickett, C. | Evans, Jill H.; Gresser, Michael; Prasit, P.; Vickers, Philip; Young, Robert; Zamboni, R. cc: Friedman, B.; Niess, Alan S.; Pickett, C. | Report | Portion reflecting legal advice and opinions regarding patent issues (at 0011801 and 0011802). | Attorney-Client Privilege | |
| 0014871 | Undated | N/A | N/A | Handwritten notes reflecting legal advice and opinions regarding litigation issues | Entire document. | Attorney-Client Privilege | |
| 0014872 | 07/26/99 | Harper, Simon* | Niess, Alan S. | Correspondence reflecting legal advice and opinions regarding preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | Attaching 0014873 |
| 0014873 | 07/26/99 | Harper, Simon* | Fendelander, Helene C. | Fax cover sheet reflecting attorney communication regarding preparatory measures | Entire document. | Attorney-Client Privilege and | Attached to 0014872 |

5

* Attorney, Legal Assistant, Administrative Assistant or Paralegal

912325_1



EXHIBIT
G

| MRK-ABI Bates Nos. | Date of Correspondence | Author(s) or Correspondent(s) | Recipient(s) (or Addressee(s)) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| | | | | **Documents Withheld for Privilege** | | | |
| 0001947 | 04/29 | Anstice, David W. | Ken | Correspondence requesting legal advice and opinions regarding regulatory issues | Entire document | Attorney-Client Privilege | |
| 0001968 | Undated | Anstice, David W. | N/A | Handwritten note reflecting a request for legal advice and opinions | Entire document | Attorney-Client Privilege | |
| 0002126-8 | 05/08/00 | Dixon, Wendy L. | Scolnick, Edward M.; cc: Anstice, David W.; Bell, Gregory; Daniels, Brian F.; El-Dada, Riad H.; Greene, Douglas A.; McGlynn, Margaret G.; McKines, Charlotte O.; McKinney, Errol S.; Nies, Alan S.; Perlmutter, Roger; Reicin, Alise S.; Ruef, Tim F. | Memorandum | Portions reflecting legal advice and opinions regarding regulatory issues (at 0002126 and 0002127) | Attorney-Client Privilege | Attaching 0002129-37 |
| 0002233-4 | 04/30/00 | Frazier, Kenneth C.* | Anstice, David W. | E-mail reflecting legal advice and opinions regarding public relations document. | Entire document | Attorney-Client Privilege | |
| 0002477 | 05/24/99 | Margatto, Gaye M. | Anstice, David W.; Dixon, Wendy L.; McKines, Charlotte O.; McKinney, Errol S.; Khanna, Deepak; Ruef, Tim F.; Yarbrough, Caroline; Chopé, Teresa | E-mail forwarding a request for legal advice and opinions regarding regulatory issues. | Entire document | Attorney-Client Privilege | Attaching 0002478-502 |
| 0002478-502 | 05/24/99 | Margatto, Gaye M. | Anstice, David W.; Dixon, Wendy L.; McKines, Charlotte O.; McKinney, Errol S.; Khanna, Deepak; Ruef, Tim F.; Yarbrough, Caroline; Chopé, Teresa | Analysis for prepared legal advice and opinions regarding regulatory issues | Entire document. | Attorney-Client Privilege | Attached to 0002477 |
| 0003111 | 12/14/01 | Rowan, Jean A. | Shollenberger, Joan C. | E-mail transmitting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | Attaching 0003112-5 |
| 0003112-5 | 11/16/01 | Lahner, Joanne* | Distribution cc: Boulware-Miller, Kay*; Colbert, Celia A.*; Dalton, Daniel J.*; Frazier, Kenneth C.*; Glasser, Harold*; Hacker, Michael A.*; Henshall, Ronald S.*; Lewis, Suzanne Gregory*; Matukaitis, Paul D.*; McGuire, Richard P.*; Quinlan, Michael*; Sodomora, Shirley; Steinbugler, Kathryn*; Weinstein, Bert J.* | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document | Attorney-Client Privilege and Work Product | Attached to 0003111 |

912294_1

*Attorney, Legal Assistant, Administrative Assistant or Paralegal



EXHIBIT
H-2

| | | | | Documents Withheld for Privilege | | | |
|---|---|---|---|---|---|---|---|
| MRK-ABI Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
| 0005095-7 | 09/28/01 | Lilly, Stephen; Ryan, Patrick | Boisclair, Robert; Dolan, Robert | Draft memorandum reflecting a request for legal advice and opinions regarding project | Entire document | Attorney-Client Privilege | Attached to 0005093-4 |
| 0005104-5 | 10/03/01 | Anstice, David W. | Kelley, Bernard J. | E-mail reflecting a request for legal advice and opinions regarding project | Entire document | Attorney-Client Privilege | |
| 0005106-7 | 10/03/01 | Anstice, David W. | Beauchard, Lucine E. | E-mail reflecting a request for legal advice and opinions regarding project | Entire document | Attorney-Client Privilege | |
| 0005115-6 | 10/04/01 | Anstice, David W. | Kelley, Bernard J. cc: Henshall, Ronald S.* | E-mail reflecting a request for legal advice and opinions regarding project | Entire document, | Attorney-Client Privilege | |
| 0005118 | 05/04/00 | Anstice, David W. | Degatano, Mark A. | E-mail | Portion reflecting a request for legal advice and opinions regarding proposal. | Attorney-Client Privilege | |
| 0005119 | 05/08/00 | Anstice, David W. | Dixon, Wendy L. | E-mail | Portion reflecting a request for legal advice and opinions regarding proposal. | Attorney-Client Privilege | |
| 0005120-1 | 10/01/01 | Dixon, Wendy L. | Anstice, David W. cc: Getz, Barry J.; Wainwright, Joan | E-mail | Portion reflecting a request for legal advice and opinions regarding public relations issues (at 0005120) | Attorney-Client Privilege | |
| 0005151 | 10/08/01 | Anstice, David W. | Beauchard, Lucine E.; Steinbugler, Kathryn* | E-mail reflecting a request for legal advice and opinions regarding project | Entire document | Attorney-Client Privilege | |
| 0005157 | 05/18/00 | Anstice, David W. | Frazier, Kenneth C.*; McGlynn, Margaret G.; Dixon, Wendy L.; Reaves, Gregory cc: Scolnick, Edward M.; Wold-Olsen, Per; Distlerath, Linda | E-mail reflecting legal advice and opinions regarding public relations issues. | Entire document | Attorney-Client Privilege | |
| 0005161 | 10/10/01 | Anstice, David W. | Frazier, Kenneth C.*; Wainwright, Joan | E-mail reflecting a request for legal advice and opinions regarding project | Entire document | Attorney-Client Privilege | Attaching 0005162-4 |
| 0005162-4 | 10/10/01 | Anstice, David W. | Frazier, Kenneth C.*; Wainwright, Joan | Presentation reflecting a request for legal advice and opinions | Entire document | Attorney-Client Privilege | Attached to 0005161 |
| 0005177 | 06/09/00 | Anstice, David W. | Frazier, Kenneth C.* cc: Distlerath, Linda | E-mail reflecting a request for legal advice and opinions regarding protocol | Entire document | Attorney-Client Privilege | Attached to 0005[16] |
| 0005200-3 | 06/12/00 | Anstice, David W. | McGlynn, Margaret G. cc: Wold-Olsen, Per | E-mail | Portions reflecting legal advice and opinions regarding marketing issues (at 0005200 and 0005201). | Attorney-Client Privilege | |
| 0005211-3 | 06/15/00 | Anstice, David W. | Jordan, Laura J. cc: Redmond, Mary H.; Dixon, Wendy L.; Dorsa, Caroline; Weiner, Jan D. | E-mail | Portions reflecting a request for legal advice and opinions regarding regulatory issues (at 0005211) | Attorney-Client Privilege | |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

912294_1



EXHIBIT
H-2

912294_1

| MRK-ABI Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Documents Withheld for Privilege / Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0005222-5 | 06/19/00 | Anstice, David W. | Jordan, Laura J.; Dorsa, Caroline; Weiner, Jan D cc: Redmond, Mary H.; Dixon, Wendy L. | E-mail | Portions reflecting a request for legal advice and opinions regarding public relations issues (at 0005222 and 0005223) | Attorney-Client Privilege | |
| 0005240-4 | 06/22/00 | Anstice, David W. | Distlerath, Linda cc: Weiner, Jan D.; Dorsa, Caroline; Jordan, Laura J.; Dixon, Wendy L. | E-mail | Portions reflecting legal advice and opinions regarding public relations issues (at 0005240, 0005241 and 0005242) | Attorney-Client Privilege | |
| 0005255 | 05/13/99 | Anstice, David W. | McDonald, Mary M.* | E-mail reflecting a request for legal advice and opinions regarding marketing issues | Entire document. | Attorney-Client Privilege | |
| 0005256-58 | 10/22/01 | Anstice, David W. | Cannell, Thomas R. cc: McGlynn, Margaret G.; Dixon, Wendy L.; Beauchard, Lucine E. | E-mail reflecting a request for legal advice and opinions regarding project. | Entire document. | Attorney-Client Privilege | |
| 0005268-71 | 10/23/01 | Anstice, David W. | McGlynn, Margaret G. cc: Beauchard, Lucine E.; Dixon, Wendy L.; Henshall, Ronald S.* | E-mail discussing a request for legal advice and opinions regarding project. | Entire document. | Attorney-Client Privilege | |
| 0005272-5 | 10/23/01 | Anstice, David W. | Dixon, Wendy L. cc: McGlynn, Margaret G | E-mail discussing a request for legal advice and opinions regarding project. | Entire document. | Attorney-Client Privilege | |
| 0005283-6 | 10/24/01 | Anstice, David W. | McGlynn, Margaret G.; Dixon, Wendy L.; McLeod, Brian R. cc: Beauchard, Lucine E. | E-mail reflecting legal advice and opinions regarding project. | Entire document. | Attorney-Client Privilege | |
| 0005289-92 | 10/24/01 | Anstice, David W. | McGlynn, Margaret G. cc: Dixon, Wendy L. | E-mail discussing a request for legal advice and opinions regarding project. | Entire document. | Attorney-Client Privilege | |
| 0005744-5 | 06/28/99 | Anstice, David W. | Abramson, Bernard | E-mail | Portion reflecting a request for legal advice and opinions regarding public relations issues (at 0005744) | Attorney-Client Privilege | Attaching 0005746 |
| 0005757-8 | 06/30/99 | Henshall, Ronald S.* | | E-mail reflecting a request for legal advice and opinions regarding regulatory issues | Entire document. | Attorney-Client Privilege | |
| 0005764-8 | 11/14/01 | Frazier, Kenneth C.* | | E-mail reflecting a request for legal advice and opinions regarding regulatory issues | Entire document. | Attorney-Client Privilege | |
| 0005797 | 11/19/01 | Rowan, Jean A. | Brooks, Barbara A.; Buckler, Nancy M.; Devito, Penny*; Flattery, Mary L.; Florio, Lisa P.; Folga, Bonnie L.*; Gibb, Patricia M.; Gibson, Rose; Linden, Dianne E.; Madden, Kathy; Mechler, Elaine H.; Mendoza, Miriam; Mulhern, Mary J.; Rowan, Jean A.; Shollenberger, Jean C.; Uhil, Rosemary M.; Witherwax, Carol L. | E-mail transmitting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | Attaching 0005798-801 |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

7

EXHIBIT H-3