| MRK-ABI Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0006368 | 06/01/01 | Anstice, David W. | Sheares, Bradley T.; Edwards, Tyrone V.; Henshall, Ronald S.*; Dixon, Wendy L.; Carroll, Marty | E-mail transmitting memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | Attaching 0006369-71 |
| 0006369-71 | 06/01/01 | Anstice, David W. | Sheares, Bradley T.; Edwards, Tyrone V.; Henshall, Ronald S.*; Dixon, Wendy L.; Carroll, Marty | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | Attached to 0006368 |
| 0006374-5 | 06/06/01 | Rowan, Jean A. | Fushille, Lynne P. | E-mail | Portions reflecting a request for legal advice and opinions regarding program (at 0006374 and 0006375). | Attorney-Client Privilege | |
| 0006479 | 08/28/01 | Rowan, Jean A. | Mechler, Elaine H.; Basford, Ellen cc: Shollenberger, Joan C. | E-mail transmitting memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | Attaching 0006480-2 |
| 0006480-2 | 08/28/01 | Lahner, Joanne* | Distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | Attached to 0006479 |
| 0006489 | 09/11/01 | Anstice, David W. | Gilmartin, Raymond V. | E-mail | Portion reflecting a request for legal advice and opinions regarding communications plan (at 0006489). | Attorney-Client Privilege | |
| 0006537 | 09/18/01 | Anstice, David W. | Frazier, Kenneth C.*; Henshall, Ronald S.* cc: Dixon, Wendy L.; Casola, Tom M. | E-mail reflecting a request for legal advice and opinions regarding labeling issues. | Entire document. | Attorney-Client Privilege | |
| 0006549-50 | 09/25/01 | Anstice, David W. | Frazier, Kenneth C.* | E-mail reflecting a request for legal advice and opinions regarding product issues. | Entire document. | Attorney-Client Privilege | |
| 0006611 | 01/07/02 | Lachow, Gary S. | Anstice, David W.; Sheares, Bradley T. cc: McGlynn, Margaret G.; Edwards, Tyrone V.; Adams, Patty M.; Rowan, Jean A.; Brady, Leo M. | E-mail | Portion reflecting a request for legal advice and opinions regarding presentation. | Attorney-Client Privilege | Attaching 0006612-4 |
| 0006615 | 01/02/02 | Rowan, Jean A. | Shollenberger, Joan C. | E-mail discussing legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | |
| 0006616 | 01/03/02 | Rowan, Jean A. | Shollenberger, Joan C. | E-mail discussing legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. | Attorney-Client Privilege and Work Product | |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

912294_1


EXHIBIT A-4

| MRK-ABI Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0007559-60 | 10/03/02 | Wainwright, Joan | Kim, Peter S.; Greene, Douglas Alan; Anstice, David W. cc: Rowan, Jean A.; Reaves, Gregory E.; Moyer, Elizabeth M. | E-mail reflecting legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | Attached to 0007558 |
| 0007975 | 05/24/99 | Margiatto, Gaye M. | Anstice, David W.; Dixon, Wendy L.; McKines, Charlotte O.; McKinney, Errol S.; Khanna, Deepak; Ruef, Tim F.; Yarbrough, Caroline; Chope, Teresa | E-mail reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | Attaching 0007976-8000 |
| 0007976-8000 | 05/24/99 | Margiatto, Gaye M. | Anstice, David W.; Dixon, Wendy L.; McKines, Charlotte O.; McKinney, Errol S.; Khanna, Deepak; Ruef, Tim F.; Yarbrough, Caroline; Chope, Teresa | Report reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | Attached to 0007975 |
| 0008036-41 | 03/27/00 | Worldwide Human Health and Marketing | Merck Research Laboratories | Memorandum | Portion reflecting a request for legal advice and opinions regarding patent issues (at 0008041). | Attorney-Client Privilege | Attached to 0008035 |
| 0008291-7 | 05/22/00 | Klyish, Gregory S. | Wold-Olsen, Per; Anstice, David W.; McGlynn, Margaret G.; McKinney, Errol S.; Dixon, Wendy L.; Distlerath, Linda; Ruef, Tim F.; McKines, Charlotte O.; Kaufman, Art; Jordan, Laura J.; Griffing, William J.; Kasperzik, Jens; Reiss, Sandra Marie; Kortever, Hans cc: Daniels, Brian F.; Reicin, Alise S. | Report | Portions reflecting a request for legal advice and opinions regarding public relations, study and regulatory issues (at 0008295 and 0008296). | Attorney-Client Privilege | Attached to 0008290 |
| 0008396-401 | 05/22/00 | Knox, Arlene M. | Dorsa, Caroline | Memorandum | Portions reflecting legal advice and opinions regarding patent issues (at 0008398). | Attorney-Client Privilege | Attached to 0008395 |
| 0008402-5 | 05/12/00 | Westrick, Ellen R. | Salis, Spencer | Correspondence reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0008409-10 | 04/30/00 | Frazier, Kenneth C.* | Anstice, David W. | E-mail reflecting a request for legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | |
| 0008612 | 10/05/04 | Gilmartin, Raymond V. | Management Committee | Agenda | Portion reflecting a request for legal advice and opinions regarding public relations issues. | Attorney-Client Privilege | |
| 0008835-6 | 09/24/02 | Frazier, Kenneth C.* | Anstice, David W. | E-mail reflecting legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | |
| 0009727-8 | 06/13/02 | McGlynn, Margaret G. | Schechter, Adam H.; Anstice, David W. | E-mail | Portions reflecting legal advice and opinions regarding regulatory and study issues (at 0009727 and 0009728). | Attorney-Client Privilege | Attaching 0009729-30 and 0009731-2 |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

912610_1

1



| MRK-ABK Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What Was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0098654-73 | 12/14/98 | N/A | N/A | Minutes of meeting | Portion reflecting a request for legal advice and opinions regarding study issues (at 0098670). | Attorney-Client Privilege | |
| 0098746-8 | 02/29/00 | Malloy, Tracey | Distribution | Minutes of meeting | Portions reflecting a request for legal advice and opinions regarding study issues (at 0098746 and 0098748). | Attorney-Client Privilege | |
| 0099054-74 | 09/25/01 | Biegelsen, Lawrence H. | Dixon, Wendy L. cc: Cannell, Thomas R.; Stejbach, Mark P.; Vignau, Steven R.; Rode, Robert J. | Presentation | Portions reflecting a request for legal advice and opinions regarding regulatory and promotional issues (at 0099061). | Attorney-Client Privilege | Attached to 0098928-9 |
| 0099593 | 10/19/01 | OSTIC Correspondence | Altmeyer, Anne; Heyse, Joseph F.; Lahner, Joanne*; Panzer, Curtis C.*; Watson, Douglas J.; Bonaccorso, Silvia N.; Simon, Thomas J.; Teutsch, Steven M.; Truitt, Ken E. cc: Margolskee, Dorothy J.; Yates, John; Oppenheimer, Leonard; Straus, Walter L.; Silverman, Robert E.; Stejbach, Mark P.; Melin, Jeffrey M.; Kasperzik, Jens H.; Griffing, William J.; El-Dada, Riad H.; DeTora, Lisa M.; Bourdow, Carrie L.; Curtis, Sean P.; Cannuscio, Carolyn C.; Sperling, Rhoda S. | E-mail | Portion reflecting legal advice and opinions regarding study issues. | Attorney-Client Privilege | Attaching 0099594-5 and 0099596-614 |
| 0100772-91 | 12/14/98 | N/A | N/A | Minutes of meeting | Portion reflecting a request for legal advice and opinions regarding study issues (at 0100788). | Attorney-Client Privilege | |
| 0100875-7 | 02/29/00 | Malloy, Tracey | Distribution | Minutes of meeting | Portions reflecting a request for legal advice and opinions regarding study issues (at 0100875 and 0100877). | Attorney-Client Privilege | |
| 0101083-5 | 08/01/01 | Kostek, Alexander M. | Distribution | Agenda | Portion reflecting a request for legal advice and opinions regarding study issues (at 0101085). | Attorney-Client Privilege | Attached to 0101050-1 |
| 0101106-8 | 07/30/01 | Novick, Rebecca | Melin, Jeffrey M. cc: Stinson, Robert; Egger, Perry Jr. T.; Knight, Elvin A.; Orlando, Lloyd J.; Neal, Chadwick T.; Fava, Richard W. | E-mail | Portion reflecting a request for legal advice and opinions regarding study issues (at 0101106). | Attorney-Client Privilege | Attaching 0101109-39 |
| 0101931-3 | 09/19/01 | Kostek, Alexander M. | Distribution | Memorandum | Portion reflecting a request for legal advice and opinions regarding study issues (at 0101932). | Attorney-Client Privilege | Attached to 0101930 |
| 0102159- | 10/16/01 | Cannell, Thomas R. | Barker, Tyrus; Bourdow, Carrie L.; Coppola, Linda | Presentation | Portions reflecting a request for legal advice and | Attorney-Client Privilege | Attached to 0102158 |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

912824_1

52



| MRK-ABW Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0005506-7 | 09/21/01 | Moan, Andreas | Alan, Gertz, Barry J.; Truitt, Ken E.; Braunstein, Ned S.; Brokopp, Hanne; Defusco, Christa L.; Eader, Lou Ann; Erb, Dennis M.; Huang, Philip Lin; Lesher, Michelle Domingo; Loran, Bea; Mussen, Filip; Preuveneers, Geert; Simpson, Sandra L.; White-Guay, Brian cc: Lahner, Joanne*; Dixon, Wendy L. | E-mail | opinions regarding regulatory issues | Attorney-Client Privilege | |
| 0005597-8 | 09/20/01 | Weiner, Jan D. | Gertz, Barry J.; Truitt, Ken E.; Dixon, Wendy L.; Kornowski, Sophie; Ruef, Tim F.; El-Dada, Riad H.; Demopoulos, Laura A.; Dixon, Wendy L. cc: Griffing, William J.; Rodger, Ian W. | E-mail | Portion reflecting a request for legal advice and opinions regarding promotional issues (at 0005506). | Attorney-Client Privilege | |
| 0005606 | 09/21/01 | Kornowski, Sophie | Dixon, Wendy L.; Mechler, Elaine H. | E-mail | Portion reflecting legal advice and opinions regarding public relations issues (at 0005597). | Attorney-Client Privilege | |
| 0005608-9 | 09/20/01 | Lahner, Joanne* | Dixon, Wendy L. cc: Nichterger, Steven A. | E-mail | Portion reflecting a request for legal advice and opinions regarding promotional issues. | Attorney-Client Privilege | |
| 0005610 | 09/20/01 | Lahner, Joanne* | Kornowski, Sophie cc: Dixon, Wendy L.; Weiner, Jan D. | E-mail reflecting legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | Attaching 0005610 |
| 0005616 | 09/24/01 | Cannell, Thomas R. | Kornowski, Sophie cc: Dixon, Wendy L.; Weiner, Jan D. | Internal communication reflecting legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | Attached to 0005608-9 |
| 0005626 | 09/18/01 | Casola, Tom M. | Dixon, Wendy L. | E-mail | Handwritten note reflecting a request for legal advice and opinions regarding promotional issues. | Attorney-Client Privilege | |
| 0005627-8 | 09/18/01 | Casola, Tom M. | Dixon, Wendy L.; Lahner, Joanne* | E-mail reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | Attaching 0005627-8 and 0005629-30 |
| 0005629-30 | 09/18/01 | Casola, Tom M. | Dixon, Wendy L.; Lahner, Joanne* | Promotional materials reflecting a request for legal advice and opinions. | Entire document. | Attorney-Client Privilege | Attached to 0005626 |
| 0005657 | 09/11/01 | Truitt, Ken E. | Dixon, Wendy L.; Lahner, Joanne* | Promotional materials reflecting a request for legal advice and opinions. | Entire document. | Attorney-Client Privilege | Attached to 0005626 |
|  |  | Panzer, Curtis C.* | cc: Dixon, Wendy L. | E-mail reflecting a request for legal advice and opinions regarding patent issues. | Entire document. | Attorney-Client Privilege | |

* Attorney, Legal Assistant or Paralegal, Administrative Assistant

10

912298_1

EXHIBIT K

| MRK-ACI Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0014539 | 06/28/02 | Shank-Samiec, Dolores M. | Schechter, Adam H.; Lahner, Joanne* cc: Casola, Thomas M. | E-mail reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | Attaching 0014540-2 |
| 0014540-2 | 06/28/02 | Shank-Samiec, Dolores M. | Schechter, Adam H.; Lahner, Joanne* cc: Casola, Thomas M. | Correspondence reflecting a request for legal advice and opinions regarding public relations, regulatory and study issues. | Entire document. | Attorney-Client Privilege | Attached to 0014539 |
| 0014543 | 07/01/02 | Silverman, Robert E. | Shank-Samiec, Dolores M. Cc: Schechter, Adam H.; Weiner, Jan D.; Wainwright, Joan; Reicin, Alise S.; Casola, Thomas M.; Henshall, Ronald S. * | E-mail reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | Attaching 0014544-7 |
| 0014544-7 | 06/26/02 | Casola, Thomas M. | Governale, Laura; Lenkel, Laurie Cc: Silverman, Robert E.; Goldkind, Lawrence | Draft correspondence reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attached to 0014543 |
| 0014562 | 07/03/02 | Lahner, Joanne* | Shank-Samiec, Dolores M. cc: Casola, Thomas M. | E-mail reflecting legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | Attaching 0014563-5 |
| 0014563-5 | 07/03/02 | Lahner, Joanne* | Shank-Samiec, Dolores M. cc: Casola, Thomas M. | Correspondence reflecting a request for legal advice and opinions regarding public relations, regulatory and study issues. | Entire document. | Attorney-Client Privilege | Attached to 0014562 |
| 0014582-3 | 07/09/02 | Rosati, Jamie | Lahner, Joanne*, Casola, Thomas M.; Shank-Samiec, Dolores M. cc: Schechter, Adam H.; Casola, Thomas M.; Roberts, Rick M.; Tacconi, Leonard J. | E-mail reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Entire document. | Attorney-Client Privilege | |
| 0014677 | 08/13/02 | Shank-Samiec, Dolores M. | Lewis, Suzanne M. Gregory*; Casola, Thomas M. | E-mail reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Entire document. | Attorney-Client Privilege | |
| 0014738 | 09/06/02 | Tansey, Diane E. | Distribution | E-mail reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Entire document. | Attorney-Client Privilege | Attaching 0014739-40 |
| 0014739-40 | 09/05/02 | Casola, Thomas M. | Lenkel, Laurie cc: Hankin, Joan | Correspondence reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Entire document. | Attorney-Client Privilege | Attached to 0014738 |
| 0014757 | 09/12/02 | Shank-Samiec, Dolores M. | Lewis, Suzanne M. Gregory*; cc: Casola, Thomas M. | E-mail reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Entire document. | Attorney-Client Privilege | |
| 0014768 | 09/16/02 | Shank-Samiec, | Roberts, Kathryn A. | E-mail | Portions reflecting a request for legal | Attorney- | Attaching |

* Attorney; Legal Assistant, Administrative Assistant or Paralegal

7

939872_1

EXHIBIT L

## Documents Withheld for Privilege

| MRK-ACO Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0071351 | Undated | N/A | Bold, Thomas M. | Handwritten note reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | |
| 0071352-5 | Undated | N/A | N/A | Report reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | |
| 0074932-3 | 04/24/02 | N/A | Roberts, Rick M.; Eisele, Pamela L. | E-mail | Portions reflecting a request for legal advice and opinions regarding regulatory issues (at 0074932 and 0074933). | Attorney-Client Privilege | |
| 0075878 | 08/04/03 | Vilardo, Laura E. | Lewis, Suzanne M. Gregory* cc: Bold, Thomas M. | E-mail reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attaching 0075879-83 |
| 0075879-83 | 08/04/03 | Vilardo, Laura E. | Lewis, Suzanne M. Gregory* cc: Bold, Thomas M. | Report reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attached to 0075878 |
| 0078179-81 | 08/18/03 | Malloy, Tracey | Distribution | Agenda | Portion reflecting a request for legal advice and opinions regarding patent issues (at 0078181). | Attorney-Client Privilege | Attached to 0078177-8 |
| 0078184-6 | 08/18/03 | Malloy, Tracey | Distribution | Agenda | Portion reflecting a request for legal advice and opinions regarding patent issues (at 0078186). | Attorney-Client Privilege | Attached to 0078182-3 |
| 0082243-6 | 08/26/03 | Malloy, Tracey | Distribution | Agenda | Portion reflecting a request for legal advice and opinions regarding patent issues (at 0082246). | Attorney-Client Privilege | Attached to 0082242 |
| 0083795-8 | 09/07/03 | Malloy, Tracey | Distribution | Agenda | Portion reflecting a request for legal advice and opinions regarding patent issues (at 0083798). | Attorney-Client Privilege | Attached to 0083794 |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

11

912609_1



| MRK-ADO Bates/Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0104441-2 | 10/29/03 | N/A | Buttala, Michael A. | Report | legal advice and opinions regarding promotional issues (at 0104428). | Privilege | |
| 0104443-5 | 10/29/03 | N/A | Buttala, Michael A. | Report | Portion reflecting a request for legal advice and opinions regarding promotional issues (at 0104441). | Attorney-Client Privilege | |
| 0104473 | 10/16/03 | N/A | Buttala, Michael A. | Calendar | Portions reflecting a request for legal advice and opinions regarding promotional issues (at 0104443). | Attorney-Client Privilege | |
| 0104490 | Undated | N/A | Buttala, Michael A. | Agenda reflecting a request for legal advice and opinions regarding promotional issues. | Portion reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Attorney-Client Privilege | |
| 0104516-45 | Undated | N/A | Buttala, Michael A. | Presentation | Entire document. | Attorney-Client Privilege | |
| 0104552-5 | 10/00/03 | N/A | Buttala, Michael A.; cc: Distribution | Chart | Portion reflecting a request for legal advice and opinions regarding promotional issues (at 0104544). | Attorney-Client Privilege | |
| 0104564-5 | 10/02 | N/A | Buttala, Michael A. | Agenda reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Portions reflecting a request for legal advice and opinions regarding promotional issues (at 0104552 and 0104555). | Attorney-Client Privilege | |
| 0104585-6 | Undated | N/A | Buttala, Michael A. | Agenda reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0104591 | 10/03/03 | Vincent, Gini | Whipple, Heather Lee Ingram cc: Buttala, Michael A.; Valentine, Nicole Signore; Simmons, Rebecca E.; Sugerman, Rachel W. | E-mail reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0104598 | 12/18/03 | Buttala, Michael A. | Silverman, Robert E. cc: Russo, Elaine M. | E-mail reflecting a request for legal advice and opinions | Entire document. | Attorney-Client Privilege | |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

954681_1

8



EXHIBIT
N-1

| MRK-ADO Bates Nos. | Date | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Documents Withheld for Privilege Description of Document | What was Withheld/Redacted | Privilege Asserted | Attachment Information |
|---|---|---|---|---|---|---|---|
| 0104610-2 | 12/15/03 | N/A | Buttala, Michael A. cc: Distribution | Chart regarding promotional issues | Portions reflecting a request for legal advice and opinions regarding promotional issues (at 0104611 and 0104612). | Attorney-Client Privilege | |
| 0104996-9 | Undated | N/A | Buttala, Michael A. | Public relations document reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0105181 | Undated | N/A | Buttala, Michael A. | Internal document reflecting a request for legal advice and opinions regarding study and promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0105244 | 06/19/03 | Vincent, Gini | DeVito, Penny* cc: Whipple, Heather Lee Ingram; Buttala, Michael A. | E-mail reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0105274 | Undated | N/A | Buttala, Michael A. | Agenda reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0105275-6 | Undated | Buttala, Michael A. | Silverman, Robert E. | E-mail reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0105280 | 06/11/03 | Whipple, Heather Lee Ingram | Distribution cc: Distribution | E-mail reflecting a request for legal advice and opinions regarding promotional issues. | Entire document. | Attorney-Client Privilege | |
| 0105338-40 | 09/22/03 | N/A | Albright, Gil R.; Buttala, Michael A.; Whipple, Heather Lee Ingram; Roberts, Rick M.; Valentine, Nicole Signore cc: Barbour, Bebe; Fischette, Jennie; Forbes, Caleb; Fox, Jerold, Francis, Abigail; Jackson, Joe; Maiman, Dana | Agenda | Portions reflecting a request for legal advice and opinions regarding promotional and regulatory issues (at 0105338, 0105339 and 0105340). | Attorney-Client Privilege | |
| 0105448-51 | 02/24/03 | N/A | Buttala, Michael A. | Chart | Portion reflecting a request for legal advice and opinions regarding promotional issues (at 0105449). | Attorney-Client Privilege | |
| 0105452 | Undated | N/A | Buttala, Michael A. | Agenda reflecting a request for legal advice and opinions regarding promotional and regulatory issues. | Entire document. | Attorney-Client Privilege | |

*Attorney, Legal Assistant, Administrative Assistant or Paralegal

EXHIBIT N-2

| | | | | | |
|---|---|---|---|---|---|
| 0000237 | 05/20/03 | Moyer, Elizabeth M. | Lahner, Joanne* cc: Reicin, Alise S.; Gertz, Barry J. | E-mail reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege |
| 0000239 | 05/20/03 | Rodger, Ian W. | Kim, Peter S.; DiBattiste, Peter M. | E-mail reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attaching 0000240-4 |
| 0000240-4 | 05/20/03 | Rodger, Ian W. | Kim, Peter S.; DiBattiste, Peter M. | Article reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attached to 0000239 |
| 0000376-88 | Undated | Kim, Peter S. | N/A | Notes | Portion reflecting a request for legal advice and opinions regarding study issues (at 0000384). | Attorney-Client Privilege |
| 0000639 | 04/09/03 | Kim, Peter S. | Lahner, Joanne* cc: Reicin, Alise S.; Gertz, Barry J. | E-mail reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attaching 0000640-1 and 0000642-60 |
| 0000640-1 | 04/09/03 | Kim, Peter S. | Lahner, Joanne* cc: Reicin, Alise S.; Gertz, Barry J. | Correspondence reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attached to 0000639 |
| 0000642-60 | 04/09/03 | Kim, Peter S. | Lahner, Joanne* cc: Reicin, Alise S.; Gertz, Barry J. | Manuscript reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | Attached to 0000639 |
| 0000661 | 04/09/03 | Lahner, Joanne* | Kim, Peter S. | E-mail reflecting legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege |
| 0000662 | 04/09/03 | Reicin, Alise S. | Kim, Peter S.; Lahner, Joanne* cc: Gertz, Barry J. | E-mail reflecting a request for legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege |
| 0000663 | 05/27/03 | Lahner, Joanne* | Kim, Peter S. | E-mail reflecting legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege |
| 0000820 | 07/20/03 | Frazier, Kenneth C.* | Kim, Peter S. | E-mail reflecting legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege |
| 0000821 | 07/20/03 | Frazier, Kenneth C.* | Kim, Peter S. | E-mail reflecting legal advice and opinions regarding study issues | Entire document. | Attorney-Client Privilege |

* Attorney, Legal Assistant, Administrative Assistant or Paralegal

959866_1

1

EXHIBIT

| Bates | Date | Author | Recipient | Description | Privilege Claim | Privilege | Notes |
|---|---|---|---|---|---|---|---|
| 0032716-25 | 08/09/01 | Fitzgerald, Garret A.; Patrono, Carlo | N/A | Article reflecting a request for legal advice and opinions regarding promotional issues | Entire document. | Attorney-Client Privilege | |
| 0033472 | Undated | Lahner, Joanne* | Schechter, Adam H. | Correspondence reflecting legal advice and opinions regarding study issues. | Entire document. | Attorney-Client Privilege | |
| 0033473 | Undated | Schechter, Adam H. | Krause, Frank H. | Correspondence reflecting legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | Attaching 0033473 and 0033474 |
| 0033474 | 07/14/03 | Krause, Frank H. | Gilmartin, Raymond V. | Correspondence reflecting legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | Attached to 0033472 |
| 0033475-90 | 09/05/03 | N/A | Schechter, Adam H. | Presentation | Portion reflecting a request for legal advice and opinions regarding regulatory issues (at 0033488) | Attorney-Client Privilege | |
| 0033498 | 07/07/03 | Jackson, Robert W. | Gilmartin, Raymond V. | Correspondence reflecting a request for legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | |
| 0033499-500 | Undated | N/A | Schechter, Adam H. | Report | Portion reflecting a request for legal advice and opinions regarding promotional issues (at 0033500). | Attorney-Client Privilege | |
| 0033508 | 07/07/03 | Jackson, Robert W. | Gilmartin, Raymond V. | Correspondence reflecting a request for legal advice and opinions regarding public relations issues. | Entire document. | Attorney-Client Privilege | |
| 0033509-10 | Undated | N/A | Schechter, Adam H. | Report | Portion reflecting a request for legal advice and opinions regarding promotional issues (at 0033510). | Attorney-Client Privilege | |
| 0033517 | 06/10/03 | Lee, Cheryl | Pharmacovigilance/Drug Safety and Surveillance | Correspondence reflecting a request for legal advice and opinions regarding regulatory issues. | Entire document. | Attorney-Client Privilege | Attaching 0033518-20 |

\* Attorney, Legal Assistant, Administrative Assistant or Paralegal

912607_1

3



EXHIBIT P

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

### NOTICE OF HEARING

Please take notice that, upon the pleadings, the depositions, and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 515 Rusk Street, Suite 8613, Houston, Texas 77002, on the _____ day of _____, 2005, at _____ a.m., or as soon thereafter as counsel can be heard, for an order on the PLC's and PSC's Motion to Compel Production of Documents Improperly Claimed as Privileged on Merck's Privilege Log, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH:  (318) 487-9874<br>FAX:  (318) 561-2591<br><br>Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>FAX:  (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**