

DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-24)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,551 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT - 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# SCHEDULE CTO-24 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*EDLA*
*SEC L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN  7  05-1763 | Gary Oswalt v. Merck & Co., Inc. | 05-4903 |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC  2  05-5867~~ | ~~Joyce Moore, et al. v. California Hospital Medical Center-Los Angeles, et al.~~ Opposed 10/3/05 | |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-3237 | Christopher Dunn v. Merck & Co., Inc. | 05-4904 |
| CAN  3  05-3361 | Alan Ruckert v. Merck & Co., Inc. | 05-4905 |
| CAN  3  05-3362 | Elsie Shuely v. Merck & Co., Inc. | 05-4906 |
| **CONNECTICUT** | | |
| CT  3  05-1275 | Patricia J. Davis, etc. v. Merck & Co., Inc. | 05-4907 |
| **FLORIDA MIDDLE** | | |
| FLM  8  05-1535 | Edward Jackson v. Merck & Co., Inc. | 05-4908 |
| **FLORIDA SOUTHERN** | | |
| FLS  1  05-22170 | Gloria Levine, et al. v. Merck & Co., Inc. | 05-4909 |
| FLS  1  05-22287 | Dorothy Tomlinson v. Merck & Co., Inc. | 05-4910 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  05-601 | Norma Henderson, etc. v. Merck & Co., Inc. | 05-4911 |
| **KENTUCKY WESTERN** | | |
| KYW  1  05-113 | William Warinner v. Merck & Co., Inc. | 05-4912 |
| KYW  1  05-114 | Frances Skaggs v. Merck & Co., Inc. | 05-4913 |
| KYW  1  05-115 | William Flatt v. Merck & Co., Inc. | 05-4914 |
| KYW  1  05-116 | LaRue Turner v. Merck & Co., Inc. | 05-4915 |
| KYW  1  05-117 | Jimmie Kinnard v. Merck & Co., Inc. | 05-4916 |
| KYW  4  05-119 | Clara I. Durall v. Merck & Co., Inc. | 05-4917 |
| KYW  4  05-120 | Elmer Nelson v. Merck & Co., Inc. | 05-4918 |
| KYW  4  05-121 | Janice Stover v. Merck & Co., Inc. | 05-4919 |
| **MASSACHUSETTS** | | |
| ~~MA  1  05-11716~~ | ~~Kathleen Martin v. Merck & Co., Inc.~~ Opposed 10/3/05 | |
| **MARYLAND** | | |
| MD  8  05-2073 | Vivian Shinberg v. Merck & Co., Inc. | 05-4920 |
| **MINNESOTA** | | |
| MN  0  05-1876 | Sandra L. Day, etc. v. Merck & Co., Inc. | 05-4921 |
| **MISSOURI EASTERN** | | |
| ~~MOE  4  05-1268~~ | ~~Michael Elder, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/4/05 | |
| ~~MOE  4  05-1272~~ | ~~Nina Cook, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/4/05 | |
| ~~MOE  4  05-1273~~ | ~~George Likins, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/4/05 | |
| **NORTH CAROLINA MIDDLE** | | |
| NCM  1  05-724 | John Johnson v. Merck & Co., Inc. | 05-4922 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  05-7241 | Emanuel Makropoulos, et al. v. Merck & Co., Inc. | 05-4923 |

EDLA
SEC L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| NYS  1  05-7242 | Jilly Boiangiu, et al. v. Merck & Co., Inc. | 05-4924 |
| ~~NYS  1  05-7301~~ | ~~Douglas A. Spalter, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/3/05 | |
| **OHIO SOUTHERN** | | |
| OHS  2  05-787 | Dennis Hawk v. Merck & Co., Inc. | 05-4925 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  05-587 | Diane Mitchell, et al. v. Merck & Co., Inc., et al. | 05-4926 |
| PAE  2  05-4322 | Carl Howard, et al. v. Merck & Co., Inc., et al. | 05-4927 |
| **TENNESSEE EASTERN** | | |
| TNE  3  05-388 | George T. Grubb v. Merck & Co., Inc. | 05-4928 |
| **TENNESSEE WESTERN** | | |
| TNW  1  05-1231 | Hazel Pearson v. Merck & Co., Inc. | 05-4929 |
| **TEXAS EASTERN** | | |
| ~~TXE  1  05-567~~ | ~~Alison Nettles, et al. v. Medical Center of Southeast Texas, LP, et al.~~ Opposed 10/3/05 | |
| TXE  2  05-366 | Dale R. Anderson, et al. v. Merck & Co., Inc., et al. | 05-4930 |
| TXE  2  05-367 | Vince Andrade, et al. v. Merck & Co., Inc., et al. | 05-4931 |
| TXE  2  05-368 | Mary E. Barclay v. Merck & Co., Inc., et al. | 05-4932 |
| TXE  2  05-369 | John S. Breeding, et al. v. Merck & Co., Inc., et al. | 05-4933 |
| TXE  2  05-370 | Barbara D. Brice, et al. v. Merck & Co., Inc., et al. | 05-4934 |
| TXE  2  05-371 | Guadalupe Duran, et al. v. Merck & Co., Inc., et al. | 05-4935 |
| TXE  2  05-372 | Mary D. Gonzales, et al. v. Merck & Co., Inc., et al. | 05-4936 |
| TXE  2  05-373 | Sharon L. Kelly v. Merck & Co., Inc., et al. | 05-4937 |
| TXE  2  05-374 | Johnny Prado, et al. v. Merck & Co., Inc., et al. | 05-4938 |
| TXE  2  05-375 | Lee St. John, et al. v. Merck & Co., Inc., et al. | 05-4939 |
| TXE  2  05-376 | S. Susan J. Preston, et al. v. Merck & Co., Inc., et al. | 05-4940 |
| TXE  2  05-377 | Mona L. Price v. Merck & Co., Inc., et al. | 05-4941 |
| TXE  2  05-378 | Susan C. Rogers, et al. v. Merck & Co., Inc., et al. | 05-4942 |
| TXE  2  05-379 | Mary R. Ruiz, et al. v. Merck & Co., Inc., et al. | 05-4943 |
| TXE  2  05-381 | Anita A. Shannon, et al. v. Merck & Co., Inc., et al. | 05-4944 |
| TXE  2  05-382 | Martha A. Shull, et al. v. Merck & Co., Inc., et al. | 05-4945 |
| TXE  2  05-383 | Andrew E. Sisneros, et al. v. Merck & Co., Inc., et al. | 05-4946 |
| TXE  2  05-384 | Johnny M. Wallace, et al. v. Merck & Co., Inc., et al. | 05-4947 |
| TXE  2  05-385 | Donna R. Wesley v. Merck & Co., Inc., et al. | 05-4948 |
| TXE  2  05-390 | Jean E. Badger v. Merck & Co., Inc., et al. | 05-4949 |
| TXE  2  05-391 | Fannie L. Frazier v. Merck & Co., Inc., et al. | 05-4950 |
| TXE  2  05-392 | Cleta A. Johnson, et al. v. Merck & Co., Inc. | 05-4951 |
| TXE  2  05-393 | Peggy J. Newman v. Merck & Co., Inc., et al. | 05-4952 |
| TXE  2  05-394 | Paula S. Quattlebaum v. Merck & Co., Inc., et al. | 05-4953 |
| TXE  2  05-397 | Josefina R. Rivera v. Merck & Co., Inc., et al. | 05-4954 |
| TXE  2  05-398 | Joe Sullivan, et al. v. Merck & Co., Inc., et al. | 05-4955 |
| **TEXAS SOUTHERN** | | |
| TXS  4  05-2864 | Blair Justice, Ph.D., et al. v. Merck & Co., Inc. | 05-4956 |
| TXS  4  05-2865 | Chris Connally, et al. v. Merck & Co., Inc. | 05-4957 |
| **TEXAS WESTERN** | | |
| TXW  6  05-305 | Charlotte Leifester v. Merck & Co., Inc. | 05-4958 |
| **WASHINGTON WESTERN** | | |
| WAW  2  05-1419 | Thomas Dunlap, et al. v. Merck & Co., Inc. | 05-4959 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS  1  05-665 | Annie Potter v. Merck & Co., Inc. | 05-4960 |
| WVS  1  05-668 | Lucy Kidd v. Merck & Co., Inc. | 05-4961 |
| WVS  5  05-663 | Jency J. Tincher, et al. v. Merck & Co., Inc. | 05-4962 |

# INVOLVED COUNSEL LIST (CTO-24)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street, Suite 3450
Houston, TX 77002

Joseph M. Andrews
Andrews & Hensleigh
611 West Sixth Street, Suite 2350
Los Angeles, CA 90017

Crystal Bowie Baker
Nelson Mullins Riley & Scarborough
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kathryn E. Barnett
Lieff, Cabraser, Heimann
& Bernstein, LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219

Charles H. Bendig, III
Wilcox, Schlosser & Bendig Co.
4937 West Broad Street
Columbus, OH 43228

Kevin F. Berry
Cozen O'Connor
The Atrium
1900 Market Street, Third Floor
Philadelphia, PA 19103

Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, NY 10601

Christopher J. Blake
Nelson, Mullins, Riley
& Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622-0519

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Evan D. Buxner
Walther Glenn Law Associates
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105

Rebecca L. Byrne
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Mark P. Chalos
Neal & Harwell
150 Fourth Avenue, North, Suite 2000
Nashville, TN 37219

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Curry L. Cooksey
Orgain, Bell & Tucker, L.L.P.
10077 Grogan's Mill Road, Suite 500
The Woodlands, TX 77380

Billy H. Davis, Jr.
Campbell, Cherry, Harrison, Davis
& Dove
P. O. Drawer 21387
Waco, TX 76702-1387

Victor Manuel Diaz, Jr.
Podhurst, Orseck, P.A
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130

David A. Dick
Thompson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

James J. Dillon
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Robert T. Ebert, Jr.
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

James L. Ferraro
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

John A. Fulmer, II
Fulmer Law Firm, LLC
601 Greensboro Avenue, Suite 600
Tuscaloosa, AL 35401

Sidney W. Gilreath
Gilreath & Associates
550 Main Avenue, Suite 500
P.O. Box 1270
Knoxville, TN 37901-1270

Evan S. Glanz
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102

Amy N. Hanson
Keller, Rohrback, LLP
1201 3rd Avenue
Suite 3200
Seattle, WA 98101-3052

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Barry M. Hill
Hill, Toriseva & Williams
89-12th Street
Wheeling, WV 26003

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Timothy E. Irwin
Irwin & Reed
P.O. Box 2186
Knoxville, TN 37901

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

John S. Kearns
Saiontz, Kirk & Miles, P.A.
3 South Frederick Street, Suite 900
Baltimore, MD 21202

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
P.O. Box 3400
Bowling Green, KY 42102

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Kurt W. Maier
English, Lucas, Priest & Owsley
1101 College Street
P.O. Box 770
Bowling Green, KY 42101-0770

Andrea L. McDonald-Hicks
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

James J. McHugh, Jr.
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Stephen P. Meyer
Meyer & Ford
P.O. Box 11090
Charleston, WV 25339

Richard W. Mithoff, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas, Suite 3450
Penthouse, One Allen Center
Houston, TX 77002

Bob K. Monk
McPherson, Monk, Hughes, et al.
3120 Central Mall Drive
Port Arthur, TX 77642

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

James S. Peterson
500 Tracy Way
Charleston, WV 25311

John S. Rand
Clark, Gagliardi & Miller, P.C.
99 Court Street
White Plains, NY 10601

Robert W. Rowan
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103

Gregory P. Sautter
Zimmerman Reed
651 Nichollet Avenue, Suite 501
Minneapolis, MN 55402-4123

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

John Edward Spalding
Johnson, Spalding, Doyle, West
& Trent
910 Travis, Suite 1700
Houston, TX 77002

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Andrew K. Tine
Haese, LLC
30 Federal Street, Third Floor
Boston, MA 02110

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Joy Rhyne Webb
Browne, Flebotte, Wilson, Horn
& Webb, PLLC
Meridian Business Campus
2525 Meridian Parkway, Suite 300
P.O. Box 2247
Durham, NC 27713

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Kim Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann,
LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-24)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. James A. Beaty, Jr.
U.S. District Judge
248 Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

~~Hon. Frederick R. Buckles~~
~~U.S. Magistrate Judge~~
~~U.S. District Court~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

~~Hon. Marcia A. Crone~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~P.O. Box 1470~~
~~Beaumont, TX 77706~~

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. David A. Faber
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 5009
Beckley, WV 25801

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & P.O. Bldg.
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Paul C. Huck
U.S. District Judge
1067 Federal Justice Bldg.
99 NE 4th Street
Miami, FL 33132

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Mark R. Kravitz
U.S. District Judge
307 Richard C. Lee
U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

~~Hon. George P. Schiavelli~~
~~U.S. District Judge~~
~~United States District Court~~
~~218 United States Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker, Jr.
U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Alexander Williams, Jr.
U.S. District Judge
445A United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

~~Hon. Mark L. Wolf~~
~~U.S. District Judge~~
~~5110 John Joseph Moakley U.S. Courthouse~~
~~One Courthouse Way~~
~~Boston, MA 02210-3002~~

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

# INVOLVED CLERKS LIST (CTO-24)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

~~David J. Maland, Clerk~~
~~Jack Brooks Fed Bldg. & U.S.~~
~~Courthouse~~
~~300 Willow Street, Suite 104~~
~~Beaumont, TX 77701~~

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

James Bonini, Clerk
260 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

~~James Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

~~Sarah Thornton, Clerk~~
~~2300 John Joseph Moakley U.S.~~
~~Courthouse~~
~~One Courthouse Way~~
~~Boston, MA 02210-3002~~

~~Sherri R. Carter, Clerk~~
~~G-8 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Teresa Deppner, Clerk
P.O. Box 5009
Beckley, WV 25801-5009

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

William G. Putnicki, Clerk
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 4, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-24)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 16, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc: Transferee Judge:      Judge Eldon E. Fallon
    Transferor Judges:     (See Attached List of Judges)
    Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A