Michael D. Shalhoub (MS 2879)
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, New York  10016
(212) 286-8585

Attorneys for Defendant WEGMANS FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
- - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE VIOXX PRODUCT LIABILITY
LITIGATION

This filing applies to:

GREGORY and JEANETTE SAULPAUGH,

                          Plaintiffs,

            -against-

MERCK & CO., INC. and WEGMANS FOOD
MARKETS, INC., and MICHAEL S.
SCHNEIDER, M.D.

                          Defendants.

Western District of New York,
REP Case # 05-2977
- - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No. MDL 1657
Section L

Judge Fallon

Mag. Judge Knowles

## RULE 7.1 STATEMENT OF DEFENDANT WEGMANS FOOD MARKETS, INC.

      Defendant WEGMANS FOOD MARKETS, INC. ("WEGMANS"), by its attorneys, HEIDELL, PITTONI, MURPHY & BACH, LLP, states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal that there is no parent corporation for WEGMANS and that there is no publicly held corporation that owns 10% or more of the stock of WEGMANS.

351782.1

\_\_\_ Fee_____
\_\_\_ Process_____
_X_ Dktd_____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No._____

Dated: New York, New York
       August 31, 2005

                                    Respectfully submitted,

                                    HEIDELL, PITTONI, MURPHY & BACH, LLP

                            By:   _____
                                   Michael D. Shalhoub (MS 2879)
                                   99 Park Avenue
                                   New York, New York  10016
                                   (212) 286-8585
                                   (212) 490-8966 (facsimile)

                                   Attorneys for Defendant
                                   WEGMANS FOOD MARKETS, INC.

To:    James Moran, Esq.
        Moran & Kufta, P.C.
        200 Canal View Blvd., Suite 206
        Rochester, New York  14623
        (585) 442-1040

        Attorneys for Plaintiffs

        Vilia B. Hayes, Esq.
        Hughes Hubbard & Reed LLP
        One Battery Park Plaza
        New York, New York  10004
        (212) 837-6839

        Attorneys for Defendant MERCK & CO., INC.

351782.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

  **Yasmin A. Ali**, being duly sworn, deposes and says:

  Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

  On **August 31, 2005**, deponent served the within **RULE 7.1 STATEMENT OF DEFENDANT WEGMANS FOOD MARKETS, INC.**, upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: James Moran, Esq.
   MORAN & KUFTA, P.C.
   Attorneys for Plaintiffs
   200 Canal View Blvd., Suite 206
   Rochester, New York  14623
   (585) 442-1040

   Vilia B. Hayes, Esq.
   HUGHES HUBBARD & REED LLP
   Attorneys for Defendant MERCK & CO., INC.
   One Battery Park Plaza
   New York, New York  10004
   (212) 837-6839

             _____
             Yasmin A. Ali

Sworn to before me this
1st day of September, 2005

_____
NOTARY PUBLIC

JACQUELINE RAMIREZ
Notary Public, State of New York
No. 01RA6124050
Qualified in New York County
Commission Expires March 21, 2009

351782.1