

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES C. FOTI, JR., ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-3700 |
| | * | |
| MERCK & CO., INC. | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE KNOWLES |
| | * | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Petitioners, CHARLES C. FOTI, JR., et al., will bring the attached Motion to Remand for hearing on the _____ day of _____, 200__ at _____ a.m. before the Honorable Stanwood R. Duval, Jr., Judge, United States District Court of the Eastern District of Louisiana, _____

_____.

Respectfully submitted, this 11th day of October, 2005,

> DUGAN & BROWNE, a P.L.C.
>
> _____
> JAMES R. DUGAN, II, T.A. (Bar No. 24785)
> DAVID L. BROWNE (Bar No. 20729)
> DOUGLAS R. PLYMALE (Bar No. 28409)
> 1181 West Tunnel Boulevard - Suite A
> Houma, Louisiana 70360
> Telephone: (985) 580-4573
> Facsimile: (985) 873-9534
>
> Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners
>
> **CHARLES C. FOTI, JR.**
> **Attorney General**
>
> TINA VICARI GRANT
> Assistant Attorney General
> LOUISIANA DEPARTMENT OF JUSTICE
> 1885 North Third Street - 6th Floor
> Baton Rouge, Louisiana 70802
> Telephone: (225) 326-6020
> Facsimile: (225) 326-6096
>
> **LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**
>
> FRANCISCO H. PEREZ
> General Counsel
> P.O. Box 3836
> Baton Rouge, Louisiana 70821
> Telephone: (225) 342-1188
> Facsimile: (225) 342-2232

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\pleadings\pleading.003b.notice.hearing.wpd

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has this day been served on all counsel of record by hand, by facsimile, or by depositing same into the United States Mail, postage pre-paid, and properly addressed, this 11th day of October, 2005.

_____