AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 14 2005
LORETTA G. WHYTE
CLERK

Evelyn Plunkett, et al. V. Merck & Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 2:05 CV 4046

Sec. L

TO: Alan Nies
2818 Decros Pt.
Richmond, Texas 77469

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>Bob Casey US Court House<br>515 Rusk Street<br>Houston, Texas 77002 | Judge Lee Rosenthal Courtroom |
| | DATE AND TIME   8:30 am<br>November 28- December 2 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff | 9/29/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
W. Roger Smith   334-269-2343
234 Commer Street
Montgomery, Alabama 36103

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 10/4/05  7:22 PM | 2818 DECROSPT Richmond, TX 77469 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| JAMES STREVELS | INVESTIGATOR |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10/4/05
DATE

SIGNATURE OF SERVER

6610 BAILEY
ADDRESS OF SERVER

PEARLAND, TX 77584