FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 14  PM 3: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN PLUNKETT, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

**NOTICE OF VIDEOTAPED DEPOSITION OF BENEDICT LUCCHESI**

TO:   Andy D. Birchfield, Jr.
      BEASELY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
      218 Commerce Street
      Montgomery, AL  36103-4160

DATE:   OCTOBER 18, 2005

TIME:   9:00 A.M.

LOCATION: CAMPUS INN
          615 E. HURON
          ANN ARBOR, MI

```
___ Fee___ _____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```
788780v.1

Please take notice that Merck & Co, Inc. will take the stenographic and videotaped deposition of Dr. Benedict Lucchesi on October 18, 2005 beginning at 9:00 a.m. at the Campus Inn, 615 E. Huron, Ann Arbor, Michigan. The deposition will continue from day to day until completed.

Merck requests that deponent to bring to the deposition the following documents described in Exhibit A hereto.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
L.L.C.
4041 Essen Lane
One United Plaza, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

Defendants' Liaison Counsel

Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone: 312-494-4400
Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

Dated: October 14, 2005

788780v.1

**EXHIBIT A**

1. Copies of all documents you are relying upon as a basis for your opinions in the *Plunkett* matter.

2. Copies of all medical articles you are relying upon as a basis for your opinions in the *Plunkett* matter.

3. All documents, including all data, relating to any scientific study that has not been published that you are relying upon as a basis for your opinions in the *Plunkett* matter.

4. All medical records in your possession relating to Richard Irvin.

5. Documents from which your total compensation for Vioxx-related litigation can be calculated.

788780v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Notice of Deposition has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 14th day of , 2005.

_Dorothy H. Wimberly_

788780v.1