UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 26  PM 5: 12

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                          *     MDL No. 1657
     PRODUCTS LIABILITY LITIGATION        *
                                                          *
                                                          *     SECTION: L
                                                          *
**THIS DOCUMENT RELATES TO** *John Hodges v.*   *
*Merck & Co., Inc.,* **No. 2:05-cv-03803-EEF-DEK,**  *
**previously filed as 4:05-cv-00302, E.D. Mo.**     *     Judge Fallon
                                                          *     Magistrate Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DISMISSAL OF COUNTERCLAIM

COMES NOW Defendant and Counterclaimant CVS Pharmacy, Inc., and

dismisses the counterclaim against Merck & Co., Inc. filed on June 7, 2005 in the Eastern

District of Missouri.  This dismissal is without prejudice, pursuant to Rule 41(a)(1)(i) and (c) of

the Federal Rules of Civil Procedure.

Respectfully submitted,

RASMUSSEN, WILLIS, DICKEY & MOORE,
L.L.C.

By:_____
    Kurt L. Rasmussen, MO #32405
    John L. Kellogg,  MO #46533
    9200 Ward Parkway, Suite 310
    Kansas City, Missouri  64114
    (816) 960-1611 Telephone
    (816) 960-1669 - Facsimile

Attorneys for Defendant CVS Pharmacy Inc.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

3189281

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 2٩ th day of August, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*