UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br>     PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO *Lavona Neal et al v. Merck & Co., Inc.*, No. 2:05-cv-02928-EEF-DEK | Judge Fallon <br> Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Dierbergs Markets, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Michael J. Pitzer, Sr. of the law firm of Rabbitt, Pitzer & Snodgrass, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Dierbergs Markets, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Dierbergs Markets, Inc. in this matter.

Dated: 10/18/05

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3216020