UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| This Document Relates To: *Kenneth Britton et al. v.* | * | |
| *Merck & Co., Inc. et al.*, No. 2:05-cv-02577-EEF-DEK | * | Judge Fallon |
| ****************************************** | * | Magistrate Judge Knowles |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Michael J. Pitzer, Sr. of the law firm of Rabbitt, Pitzer & Snodgrass, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Pitzer's motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for Dierbergs Markets, Inc. in *Kenneth Britton et al. v. Merck & Co., Inc. et al.*, No. 2:05-CV-02577-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

Dierbergs Markets, Inc. has informed Michael J. Pitzer, Sr. that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

Dierbergs Markets, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Michael J. Pitzer, Sr. of the law firm of Rabbitt, Pitzer & Snodgrass, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully

3215951

request that the Court enter an order permitting Mr. Pitzer to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Dierbergs Markets, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

RABBITT, PITZER & SNODGRASS, P.C.

By: _____
Michael J. Pitzer, Sr., # 23141
100 South Fourth Street, Suite 400
St. Louis, MO 63101-1821
Telephone: (314) 421-5545
Facsimile: (314) 421-3144

*Attorney for Defendant Dierbergs Markets, Inc.*

and

THOMPSON COBURN, LLP

By _____
David A. Dick, #65275
Kelly E. Simon, #508033
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

*Attorneys for Defendant Dierbergs Markets Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 4th day of October, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*