**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO *Kenneth Britton et* | * | |
| *al v. Merck & Co., Inc.*, No. 2:05-cv-02577-EEF-DEK | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Dierbergs Markets, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Michael J. Pitzer, Sr. of the law firm of Rabbitt, Pitzer & Snodgrass, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Dierbergs Markets, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Dierbergs Markets, Inc. in this matter.

Dated:

10/14/05

_____

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____

3216010