FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT -6  PH 3: 22

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCT LIABILITY LITIGATION | * | |
| | * | Docket No.  MDL 1657 |
| This filing applies to: | | Section L |
| *KATHLEEN E. BROWN, Special Administrator of the Estate of Ross Silvestri Brown v. Merck & Co., Inc.* | * | |
| *MDL Case # 2:05 CV 2562* | * | Judge Fallon |
| | * | Mag.  Judge Knowles |

*********************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes defendant, **AMERICAN DRUG STORES, INC. d/b/a OSCO DRUG,** who moves this Honorable Court for an order enrolling Thomas J. Andrews and the law firm of Johnson & Bell, Ltd, as counsel of record for defendant AMERICAN DRUG STORES, INC. d/b/a OSCO DRUG.

Respectfully submitted,

Thomas J. Andrews
Julie M. Kennedy
Joshua S. Singewald
JOHNSON & BELL, LTD
55 East Monroe Street - Suite 4100
Chicago, IL 60603
Phone: 312-372-0770
Fax:  312-372-9818
Counsel for American Drug Stores, Inc. d/b/a OSCO Drug
andrewst@jbltd.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

CERTIFICATE OF SERVICE

I, Joshua S. Singewald, certify that I served copies of the foregoing Motion to Enroll As Counsel of Record on all parties by electronically uploading same to LexisNexis File an Serve in accordance with Pre Trial Order No. 8,   this _21_ day of September, 2005.

Joshua S. Singewald