

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCT LIABILITY LITIGATION | * | |
| | * | Docket No. MDL 1657 |
| This filing applies to: | | Section L |
| KATHLEEN E. BROWN, Special Administrator of the Estate of Ross Silvestri Brown v. Merck & Co., Inc. | * | |
| MDL Case # 2:05 CV 2562 | * | Judge Fallon |
| | * | Mag. Judge Knowles |

*******************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Thomas J. Andrews and the law firm of Johnson & Bell, Ltd. be enrolled as counsel of record for **AMERICAN DUG STORES, INC. D/B/A OSCO DRUG** in the referenced matter.

New Orleans, Louisiana this ___12___ day of ~~SEPTEMBER~~ Oct., 2005

_____
UNITED STATES DISTRICT JUDGE

Thomas J. Andrews
Julie M. Kennedy
Joshua S. Singewald
JOHNSON & BELL, LTD
55 East Monroe Street - Suite 4100
Chicago, IL 60603
Phone: 312-372-0770
Counsel for American Drug Stores, Inc. d/b/a OSCO Drug

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____