IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCT LIABILITY LITIGATION | * | |
| | * | Docket No. MDL 1657 |
| This filing applies to: | | |
| | | Section L |
| KATHLEEN E. BROWN, Special Administrator of the Estate of Ross Silvestri Brown v. Merck & Co., Inc. | * | |
| MDL Case # 2:05 CV 2562 | * | Judge Fallon |
| | * | Mag. Judge Knowles |

*******************************************

## MOTION TO FILE AMENDED MOTION TO DISMISS

Defendant, AMERICAN DRUG STORES, INC. d/b/a OSCO DRUG, by and through its attorneys, JOHNSON & BELL, LTD., and moves to file an Amended Fed.R.Civ.P. 12(b)(6) Motion to Dismiss for the reasons stated as follows:

1. Counsel has recently substitution on behalf of AMERICAN DRUG STORES, INC. d/b/a OSCO DRUG and has reviewed the pleadings filed by prior defense counsel.

2. Upon review of the previously filed Motion to Dismiss, it was determined that an Amended Motion to Dismiss should be filed, with the original motion being withdrawn.

3. Plaintiff has filed no response to the original Motion to Dismiss, and will suffer no prejudice by allowing the filing of the Amended Motion to Dismiss. No briefing scheduled was ever set for the original motion, and the case was stayed pending transfer into the Multi-District Litigation.

WHEREFORE, Defendant, AMERICAN DRUG STORES, INC. d/b/a OSCO DRUG, moves this Honorable Court for leave to withdraw its original Motion to Dismiss and file its Amended 12(b)(6) Motion to Dismiss.

Respectfully submitted,

JOHNSON & BELL, LTD.

_____
One of the Attorneys for Defendant,
American Drug Stores, Inc. d/b/a Osco Drug

Thomas J. Andrews, Esq.
Joshua S. Singewald, Esq.
JOHNSON & BELL, LTD.
55 East Monroe Street
Suite 4100
Chicago, Illinois 60603
(312) 372-0770

**CERTIFICATE OF SERVICE**

  I, Joshua S. Singewald, certify that I served copies of the foregoing Motion for Leave to File Amended Motion to Dismiss on all parties by electronically uploading same to LexisNexis File an Serve in accordance with Pre Trial Order No. 8, this 26 day of September, 2005.

                _____
                Joshua S. Singewald

#1267779