IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCT LIABILITY LITIGATION

\*

\*   Docket No. MDL 1657

**This filing applies to:**

Section L

KATHLEEN E. BROWN, Special Administrator
of the Estate of Ross Silvestri Brown v.
Merck & Co., Inc.
MDL Case # 2:05 CV 2562                    \*   Judge Fallon

\*   Mag. Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter coming before the Court on AMERICAN DRUG STORES, INC. d/b/a OSCO DRUG's Motion to File Amended Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6); due notice having been provided; Plaintiff's counsel having no objection; and the Court being fully advised;

IT IS HEREBY ORDERED:

1. AMERICAN DRUG STORES, INC. d/b/a OSCO DRUG's Motion to File Amended Motion to Dismiss Plaintiff's Complaint is granted;

ENTERED: _____
Judge Fallon

Thomas J. Andrews
Julie M. Kennedy
Joshua S. Singewald
JOHNSON & BELL, LTD
55 East Monroe Street - Suite 4100
Chicago, IL 60603
Phone: 312-372-0770
Counsel for American Drug Stores, Inc. d/b/a OSCO Drug

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____