UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX * MDL No. 1657
    PRODUCTS LIABILITY LITIGATION *
 *
 * SECTION: L
 *
THIS DOCUMENT RELATES TO *Mary Stewart v.* *
*Merck & Co., Inc.,* No. 2:05-cv-02575-EEF-DEK, *
previously filed as 4:05-cv-00093, E.D. Mo. * Judge Fallon
 * Magistrate Judge Knowles

******************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Walgreen Co. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian and David P. Ellington of the law firm of Brown & James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Walgreen Co. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Walgreen Co. in this matter.

Dated: 10/17/05

[signature]

3184243