**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION * | |
| * | SECTION: L |
| THIS DOCUMENT RELATES TO *Edna McGhee v.* * | |
| *Merck & Co., Inc.*, No. 2:05-cv-02573-EEF-DEK, * | |
| previously filed as 4:05-cv-00090, E.D. Mo. * | Judge Fallon |
| * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian and David P. Ellington of the law firm of Brown & James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's and Mr. Ellington's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Walgreen Co. in *Edna McGhee et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-02573-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. Walgreen Co. has informed Kevin J. Adrian and David Ellington that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3. Walgreen Co. has been notified of all deadlines and pending court appearances.

3184172

WHEREFORE, Kevin J. Adrian and David P. Ellington of the law firm of Brown & James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian and Mr. Ellington to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Walgreen Co., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: _____
David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Walgreen Co.

By: _____
David P. Ellington, #3058
Kevin J. Adrian, #92555
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
(314) 421-3400 Telephone
(314) 421-3128 - Facsimile

Attorneys for Defendant Walgreen Co.

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 26th day of August, 2005.

Russ M. Herman  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave., Suite 100  
New Orleans, LA 70113  
Email: rherman@hhkc.com  
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann  
Stone Pigman Walther Wittmann, LLC  
546 Carondelet St.  
New Orleans, LA 70130  
Email: pwittmann@stonepigman.com  
*Liaison Counsel for Defendants*