# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO *Ida Akins v. Merck & Co., Inc.*, No. 2:05-cv-02564-EEF-DEK, previously filed as 3:05-cv-00039:, S.D. Il. | Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Walgreens Home Care, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that John P. Cunningham of the law firm of Brown & James, P.C. be permitted to withdraw, and hereby is withdrawn, as counsel for Walgreens Home Care, Inc. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Walgreens Home Care, Inc. in this matter.

Dated: 10/17/05

[Signature of Judge Fallon]

3184103