MINUTE ENTRY
FALLON, J.
OCTOBER 12, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A hearing on the Plaintiffs' Steering Committee's Motions to Compel regarding Foreign Vioxx Related Activities and Arcoxia was scheduled on this date. Prior to beginning the hearing, the parties indicated that they were close to reaching a mutually amicable resolution to the motions. As such, the parties asked the Court to delay the hearing until a later date. In addition, the parties informed the Court that they would continue working on the possible resolution and report back to the Court on the status of these motions on Tuesday, October 18, 2005, at 11:00 a.m. The Court agreed with the parties' request.



1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____