UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED OCT 17 2005 LORETTA G. WHYTE CLERK*

| | |
|---|---|
| In Re: VIOXX  *<br>  PRODUCTS LIABILITY LITIGATION  * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1657 <br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ZOFIA KUPER and BOGDAN KUPER, et al. v. Merck & Co., Inc., et al., No. 05-1782.

### STIPULATION TO AMEND SUMMONS AND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the complaint is deemed amended as to the date of injury listed in paragraphs number 2 and 28. The date of injury has been amended to read July 22, 2003.

Dated: New York, New York
       September 30, 2005

Respectfully submitted By:

_____
BY: WILLIAM DINKES, ESQ.(WD3256)
DINKES & SCHWITZER
Attorneys for Plaintiffs
ZOFIA KUPER and BOGDAN KUPER
112 Madison Avenue
New York, New York 10016
212-685-7800

_____
BY: VILIA B. HAYES, ESQ.(VH4601)
HUGHES HUBBARD & REED LLP
Attorneys for Defendant
MERCK & CO., INC.
One Battery Park Plaza
New York, New York 10004-1482
212-837-6000

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

AFFIDAVIT OF SERVICE

I, JENNIFER JUNG, being sworn, say: I am not a party to the action, am over 18 years of age and reside at BROOKLYN, NEW YORK.

On October 11, 2005, I filed the within STIPULATION TO AMEND SUMMONS AND COMPLAINT by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of U.S. Postal Service via Certified Mail within New York State, addressed to each of the following persons at the last known address set forth after each name:

United States District Court
Eastern District of Louisiana
102 Versailles Street, Suite 501
Lafayette, Louisiana 70501

JENNIFER JUNG

Sworn to before me on 10/11/05

Christine Ramirez

CHRISTINE RAMIREZ
Notary Public, State of New York
No. 01RA6089494
Qualified in Queens County
Commission Expires Mar. 24, 2007