

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX** | : | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | : | SECTION L |
| <u>This applies to all cases</u> | : | |
| | : | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |

### <u>MERCK & CO., INC.'S NOTICE OF CANCELLATION<br>OF DEPOSITION OF GREGORY GEBA, M.D.</u>

TO:  The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Gregory Geba, M.D.,** previously scheduled for **October 20, 2005, beginning at 9:00 a.m. EDT,** at the offices of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, N.Y., 10004-1482, has been **CANCELLED**.

Respectfully submitted,

/s/ Phil Wittmann
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:   225-490-8960

*Defendants' Liaison Counsel*

788937v.1

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Notice of Cancellation Deposition of Gregory Geba, M.D. has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of October, 2005.

_Phil Wittmann_