

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*John G. Smith, Jr. v. Merck & Co., Inc., et al.*, S.D. Illinois, C.A. No. 3:05-529

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE NOVEMBER 17, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Smith*) on September 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Smith* submitted a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-23" filed on September 8, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 13, 2005

05-5003
SECT. L MAG. 3

Loretta G. Whyte, Clerk
Unite States District Court
102 Versailles Street, Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

   *John G. Smith, Jr. v. Merck & Co., Inc., et al.*, S.D. Illinois, C.A. No. 3:05-529

Dear Ms. Whyte:

   A conditional transfer order was filed in the above matter on September 8, 2005. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                    Very truly,

                                    Michael J. Beck
                                    Clerk of the Panel

                                    By _____
                                       Regina Hale
                                       Calendar Clerk

Enclosures

cc:   Transferee Judge:  Judge Eldon E. Fallon
      Transferor Judge:  Judge David R. Herndon
      Transferor Clerk:  Norbert G. Jaworski

JPML Form 68A

INVOLVED COUNSEL
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750

Aaron Dickey
Goldenberg, Miller, Heller & Antognoli
2227 South State Route 157
P.O. Box 959
Edwardsville, IL  62025

Lawrence B. Grebel
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO  63101

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588