IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 1657<br>Section: L<br>Judge: The Honorable Eldon E. Fallon |
| *This document relates to McIntyre v. Merck & Co., Inc. (E.D. La. Index No. 05-1800)* | ) ) ) ) |

## AGREED ORDER

As evidenced by the signatures below, the parties are in agreement that Plaintiff be granted leave pursuant to Fed. R. Civ. P. 15 to file her First Amended Complaint, which adds only one additional cause of action for Outrageous Conduct/Intentional or Reckless Infliction of Emotional Distress.

It is, therefore, ORDERED, that Plaintiffs be granted leave to file their First Amended Complaint.

Dated this the _17_ day of _October_, 2005.

_____
ELDON E. FALLON
United States District Judge

468336.1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

**APPROVED FOR ENTRY:**

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: _____
         Kathryn Barnett, #15361

One Nashville Place
150 Fourth Avenue, No., Suite 1650
Nashville, TN 37219-2423
(615) 313-9000


**BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC**

By: _Lisa M. Martin_, w/perm. by KK
         Lisa M. Martin, #23314

6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7336

468336.1