ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    SEP 27 2005
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re VIOXX ) <br> Products Liability Litigation ) <br> ) <br> ———————————————— ) <br> ) <br> (This document relates to the following ) <br> individual case:) ) <br> ) <br> ———————————————— ) <br> ) <br> MICHAEL CARTER, MARY CARTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MERCK & CO., INC., ) <br> ) <br> Defendant. ) <br> ) | MDL Docket No. 1657 <br><br> CIVIL ACTION NO. <br><br> 05-4315 <br><br> SECT. L MAG. 3 <br><br> Judge Fallon <br> Mag. Judge Knowles |

## NOTICE OF RELATED CASES

PLEASE TAKE NOTICE that this case is related to actions which have been transferred by the Judicial Panel on Multidistrict Litigation to the United States District Court for the Eastern District of Louisiana before the Honorable Eldon E. Fallon, designated as In re Vioxx Products Liability Litigation, MDL No. 1657.

///

///

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

Plaintiff respectfully requests this case be included and made part of In re Vioxx Products Liability Litigation, MDL No. 1657, before the Honorable Eldon E. Fallon.

DATED: September 26, 2005

Respectfully submitted,

Arthur Sherman, Esq. (Cal. Bar No. 24403)
Richard Salkow, Esq. (Cal. Bar No. 204572)
Sherman Salkow & Newkirk
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484;   Fax: (310) 914-0079