IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | : | CHANGE OF ADDRESS |
| | : | |
| | : | |
| | : | MDL No. 1657 |
| | : | Section: L |
| *This document relates to Erickson v. Merck* | : | Judge Eldon E. Fallon |
| *& Co., Inc. (No. 1 05-6)* | : | |
| | : | |

---

Counsel for plaintiff, Jeffrey Robinson, hereby gives notice that counsel and the firm

formerly known as Robinson & Sheen, L.L.C., now known as Jeffrey Robinson, PLLC, moved

as of September 19, 2005, and the new address, phone and fax are as follows:

> JEFFREY ROBINSON, PLLC
> 7613 Jordan Landing Blvd. #200
> West Jordan, Utah 84084
> Phone: (801) 520-8016
> Fax:    (801) 280-2187

DATED:      October *10*, 2005

JEFFREY ROBINSON, PLLC

By _____
Jeffrey Robinson
Attorneys for Dee Erickson

CERTIFICATE OF SERVICE

I certify that on October _10_, 2005, a copy of this Change of Address was mailed to:

Phillip A. Wittman
Dorothy H. Wimberly
Stone Pigman Walther Wittman L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, Louisiana 70809
Defendants' Liaison Counsel

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
3411 Richmond Ave., Suite 460
Houston, TX 77046
Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with the Pre-Trial Order No. 8.