MINUTE ENTRY
FALLON, J.
OCTOBER 20, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Houston Chambers of Judge Eldon E. Fallon. Russ Herman participated on behalf of the Plaintiffs' Steering Committee. Phil Wittmann participated on behalf of the Defendant's Steering Committee. At the conference, the parties indicated that they were concerned that the World Series may present some logistical problems for the monthly pretrial conference scheduled for October 27, 2005. To accommodate the parties,

IT IS ORDERED that the monthly pretrial conference scheduled to begin at 9:30 a.m. on October 27, 2005, is moved back until 11:00 a.m. In addition, liaison counsel will now meet with the Court at 10:00 a.m.

1

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____