

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 21  PM 3:08

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-4046 | |
| | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

### NOTICE OF FILING

For the Court's convenience, Defendant Merck & Co., Inc. ("Merck") respectfully submits the following list of pleadings, filed concurrently herewith:

#### MOTIONS

1.  Merck & Co., Inc.'s Memorandum Regarding Vioxx Science Issues

2.  Merck & Co., Inc.'s Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation

___ Fees_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

789197v.1

- Memorandum in Support of Merck & Co., Inc.'s Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation

- Motion and Incorporated Memorandum for Additional Pages for Merck & Co., Inc.'s Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation

3. Merck & Co., Inc.'s Motion to Exclude Testimony of Thomas Baldwin, M.D.

- Memorandum in Support of Merck & Co., Inc.'s Motion to Exclude Testimony of Thomas Baldwin, M.D.

4. Merck & Co., Inc.'s Motion to Exclude Testimony of Winston Gandy, Jr., M.D.

- Memorandum in Support of Merck & Co., Inc.'s Motion to Exclude Testimony of Winston Gandy, Jr., M.D.

5. Merck & Co., Inc.'s Motion to Exclude Testimony of Colin M. Bloor, M.D. and Joseph L. Burton, M.D.

- Memorandum in Support of Merck & Co., Inc.'s Motion to Exclude Testimony of Colin M. Bloor, M.D. and Joseph L. Burton, M.D.

6. Merck & Co., Inc.'s Motion to Exclude Testimony of Richard M. Kapit, M.D.

- Memorandum in Support of Merck & Co., Inc.'s Motion to Exclude Testimony of Richard M. Kapit, M.D.

7. Merck & Co., Inc.'s Motion to Exclude Testimony of Wayne A. Ray, Ph.D.

- Memorandum in Support of Merck & Co., Inc.'s Motion to Exclude Testimony of Wayne A. Ray, Ph.D.

8. Merck & Co., Inc.'s Motion to Exclude Testimony of John W. Farquhar, M.D.

- Memorandum in Support of Merck & Co., Inc.'s Motion to Exclude Testimony of John W. Farquhar, M.D.

## SUPPORTING DECLARATIONS

1. Declaration of Ned Stephen Braunstein, M.D. in Support of Merck's Motions to Exclude Evidence

2. Declaration of J. Michael Gaziano, M.D., M.P.H. in Support of Merck's Motions to Exclude Evidence

3. Declaration of Phillip A. Wittmann in Support of Merck's Memorandum Regarding Vioxx Science Issues and Merck's Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation

789197v.1

4.  Declaration of Phillip A. Wittmann in Support of Merck's Motions to Exclude Evidence

                Respectfully submitted,

                */s/ Phil Wittmann*
                Phillip A. Wittmann, 13625
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMANN L.L.C.
                4041 Essen Lane
                One United Plaza, Suite 501
                Baton Rouge, Louisiana 70809
                Phone:  225-490-8900
                Fax:      225-490-8960

                Defendants' Liaison Counsel

                Philip S. Beck
                Adam L. Hoeflich
                Tarek Ismail
                BARTLIT BECK HERMAN PALENCHAR
                & SCOTT LLP
                54 West Hubbard Street, Suite 300
                Chicago, Illinois  60610
                Phone:  312-494-4400
                Fax:      312-494-4440

                And

                Douglas Marvin
                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, D.C.  20005
                Phone: (202) 434-5000
                Fax:     (202) 434-5029

                Attorneys for Merck & Co., Inc.

789197v.1

789197v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Filing has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 21st day of October, 2005.

_____Phil Wittmann_____