FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 21  PM 2: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S MEMORANDUM REGARDING VIOXX SCIENCE ISSUES AND MERCK'S MOTION TO EXCLUDE EVIDENCE OF PLAINTIFF'S EXPERTS REGARDING CAUSATION

I, PHILLIP A. WITTMANN, by way of declaration, say:

I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Memorandum Regarding Vioxx Science Issues and Merck's

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
789198v.1

Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation, filed concurrently herewith. I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

## Exhibit Index

1. Wolfe MM et al., *Gastrointestinal Toxicity of Nonsteroidial Anti-inflammatory Drugs*, N. ENGL. J. MED. 1999;340:1888-98.

2. Vane J, *Towards a Better Aspirin*, NATURE 1994;367:215-16.

3. Ridker PM et al., *Inflammation, Aspirin and the Risk of Cardiovascular Disease in Healthy Men*, N. ENGL. J. MED. 1997;336:973-79.

4. Vioxx Label No. 9183800, dated May 1999.

5. Catella-Lawson F et al., *Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics and Vasoactive Ekosanoids*, J. PHARMACOL. EXP. THE. 1999 May;289(2):735-41.

6. Bombardier C et al., *Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in patients with Rheumatoid Arthritis*, N. ENGL. J. MED. 2000;343(21):1520-28.

7. Konstam MA et al., *Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib*, CIRCULATION 2001 Nov;104:2280-88.

8. Van Hecken A et al., *Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 and COX-1 in Healthy Volunteers*, J. CLIN. PHARMACOL. 2000;40:1-12.

9. Weir MR et al., *Selective COX-2 Inhibition and Cardiovascular Effects: A Review of the Rofecoxib Development Program*, AM. HEART J. 2003;146:591-604.

10. Vioxx Label No. 9183810, dated April 2002.

11. Wong E et al., *Effects of COX-2 Inhibitors on Aortic Prostacyclin Productions in Cholesterol-Fed Rabbits*, ATHEROSCLEROSIS 2001 Aug;157(2):393-402.

12. Tuleja E et al., *Effects of Cyclooxegenases Inhibitors on Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men*, ARTERIOSCLER.THROMB. VASC. BIOL. 2003 Jun 1;23(6):1111-15

789198v.1

13. Patrono C and FitzGerald G et al., *Platelet- Active Drugs: The Relations Among Dose, Effectiveness, and Side Effects*, CHEST Septt. Suppl. 2004; 234S-265S at 246S.

14. Solomon et al., *Non-Steriodal Anti-Inflammatory Drug Use and the Acute Myocardinal Infarction*, ARCH. INT. MED. 2002;162:1099-1104.

15. Watson et al., *Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis*, ARCH. INT. MED. 2002;162:1105-10.

16. Rahme et al., *Association Between Naproxen Use and Protection Against Acute Myocardial Infarction*, ARCH. INT. MED. 2002;162: 1111-15.

17. Capone et al., *Clinical Pharmacology of Platelet, Monocyte, and Vascular Cyclooxygenase Inhibition by Naproxen and Low Dose Aspirin in Healthy Subjects*, CIRCULATION 2004;109:1468-71.

18. Reines, S et al., *Rofecoxib: No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study*, NEUROLOGY 2004: 62:66-71.

19. Thal, L et al., *A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment*, NEUROPSYCHOPHARMACOLOGY (2005)

20. Bresalier RS et al., *Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial*, N. ENGL. J. MED. 2005;352 (11) 1092-102.

21. Bogaty P et al., *Impact of Prolonged Cyclooxygenase- 2 Inhibition on Inflammatory Markers and Endothelial Function in Patients with Ischemic Heart Disease and raised C-Reactive Protein: A Randomized Placebo- Controlled Study*, CIRCULATION 2004;110: 934-939.

22. April 6, 2005 Memorandum from John K. Jenkins, M.D., Director, Office of New Drugs, and Paul J. Seligman, M.D., M.P.H., Director, Office of Pharmacoepidemiology and Statistical Science, through Steven Galson, M.D., M.P.H., Acting Director, Center for Drug Evaluation and Research, to NDA files 20-998, 21-156, 21-341, 21-042, posted April 15, 2005 at http://www.fda.gov/cder/drug/infopage/COX2/NSAIDDecisionMemo.pdf.

23. FDA Proposed NSAID Package Insert Labeling Template 1, posted at http://www.fda.gov/cder/drug/infopage/COX2/NSAIDRxTemplate.pdf.

24. Singer II et al., *COX-1 Is the Major Isoform of Cyclooxygenase Co-Localized with Prostacyclin Synthase in Normal Dog Aortic Endothelium*, INFLAMM. RES. 2003;52:588, IS/18.

25. Burleigh ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-Deficient and C57BL/6 Mice*, J. MOL. CELL. CARDIOL. 2005 Sep.; 39(3):443-52

          Respectfully submitted,

          */s/ Phillip A. Wittmann*
          Phillip A. Wittmann
          Attorney for Merck & Co., Inc.

789198v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's Memorandum Regarding Vioxx Science Issues and Merck's Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 21st day of October, 2005.

_____Phil Wittmann_____

789198v.1