

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * ** | * | |

### NOTICE OF VIDEOTAPED DEPOSITION OF RICHARD KRONMAL

TO: Andy D. Birchfield, Jr.
BEASELY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36103-4160

DATE: OCTOBER 28, 2005

TIME: 9:00 A.M.

LOCATION: SILVER CLOUD INN
5036 25th AVE., N.E.
SEATTLE, WA 98105

789410v.1

Please take notice that Merck & Co, Inc. will take the stenographic and videotaped deposition of Dr. Richard Kronmal on October 28, 2005 beginning at 9:00 a.m. at the Silver Cloud Inn, 5036 35th Ave., N.E., Seattle, WA. The deposition will continue from day to day until completed.

Merck requests that deponent to bring to the deposition the following documents described in Exhibit A hereto.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
4041 Essen Lane
One United Plaza, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax: 225-490-8960

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax: 312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

Attorneys for Merck & Co., Inc.

789410v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Video-taped Deposition of Richard Kronmal has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 25th day of October, 2005.

*Dorothy H. Wimberly*

789410v.1

## **EXHIBIT A**

1. Copies of all documents you are relying upon as a basis for your opinions in the *Plunkett* matter.

2. Copies of all medical articles you are relying upon as a basis for your opinions in the *Plunkett* matter.

3. All spreadsheets, charts, graphs, data compilations of any kind that you created (or had created for you) that involve Vioxx, Celebrex or Naproxen, whether or not such data was included in your expert report.

4. All medical records in your possession relating to Richard Irvin.

5. Documents from which your total compensation for Vioxx-related litigation can be calculated.

789410v.1