UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Vioxx Products Liability Litigation | : | MDL 1657 |
| | : | |
| | : | Section L |
| This document relates to: | : | |
| | : | Judge Fallon |
| Sherry and Harold Danforth | : | Magistrate Judge Knowles |
| E.D. PA. No.  05-CV-3521 | : | No. 05-4718 |

## STIPULATION OF DISMISSAL
## AS TO RITE AID CORPORATION ONLY
## AND TO AMEND CAPITON

The parties, by and through their respective counsel, hereby stipulate and agree:

1. To the dismissal with prejudice of all claims against defendant Rite Aid Corporation;

2. To the amendment of the caption to reflect the deletion of Rite Aid Corporation's name from the list of defendants; and

3. Each party to bear its own costs and fees.

THE BEASLEY FIRM

By: _____
Scott D. Levensten, Esquire
1125 Walnut Street
Philadelphia, PA  19107

Attorney for Plaintiffs
Sherry and Harold Danforth

GOLLATZ, GRIFFIN & EWING, P.C.

By: _____
Robert W. Rowan, Esquire
Four Penn Center Plaza
1600 JFK Blvd., Suite 200
Philadelphia, PA  19103

Attorney for Defendant
Rite Aid Corporation

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No._____

1

DECHERT LLP

By: _____
Joshua G. Schiller, Esquire
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.

COZEN O'CONNOR

By: _____
Kevin F. Berry, Esquire
1900 Market Street
Philadelphia, PA  19103

Attorney for Defendant
David Anstice

GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
Evan S. Glanz, Esquire
One Riverfront Plaza
Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:

_____ J.

Dated: __10/21/05__

DECHERT LLP

By: _____
    Joshua G. Schiller, Esquire
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.

COZEN O'CONNOR

By: _____
    Kevin F. Berry, Esquire
    1900 Market Street
    Philadelphia, PA  19103

Attorney for Defendant
David Anstice


GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
    Evan S. Glanz, Esquire
    One Riverfront Plaza
    Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:


_____
                                  J.

Dated:_____

| | |
|---|---|
| DECHERT LLP | COZEN O'CONNOR |
| By: _____<br>Joshua G. Schiller, Esquire<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA  19103 | By: _____<br>Kevin F. Berry, Esquire<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Attorney for Defendant<br>Merck & Co., Inc. | Attorney for Defendant<br>David Anstice |

GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
       Evan S. Glanz, Esquire
       One Riverfront Plaza
       Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:


_____ J.


Dated:_____