UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| In Re: Vioxx Products Liability Litigation : | MDL 1657 |
| : | |
| : | Section L |
| This document relates to: : | |
| : | Judge Fallon |
| : | Magistrate Judge Knowles |
| Elaine Baylor : | |
| E.D. PA No. 05-CV-02275 : | No. 05-3607 |

## STIPULATION OF DISMISSAL
## AS TO RITE AID CORPORATION ONLY
## AND TO AMEND CAPITON

The parties, by and through their respective counsel, hereby stipulate and agree:

1. To the dismissal with prejudice of all claims against defendant Rite Aid Corporation;

2. To the amendment of the caption to reflect the deletion of Rite Aid Corporation's name from the list of defendants; and

3. Each party to bear its own costs and fees.


THE BEASLEY FIRM                                    GOLLATZ, GRIFFIN & EWING, P.C.

By: _____                          By: _____
    Scott D. Levensten, Esquire                         Robert W. Rowan, Esquire
    1125 Walnut Street                                  Four Penn Center Plaza
    Philadelphia, PA  19107                             1600 JFK Blvd., Suite 200
                                                        Philadelphia, PA  19103

Attorney for Plaintiff                              Attorney for Defendant
Elaine Baylor                                       Rite Aid Corporation

1

DECHERT LLP

By: _____/s/ Joshua G. Schiller_____
    Joshua G. Schiller, Esquire
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA 19103

Attorney for Defendant
Merck & Co., Inc.

COZEN O'CONNOR

By: _____
    Kevin F. Berry, Esquire
    1900 Market Street
    Philadelphia, PA 19103

Attorney for Defendant
David Anstice

GIBBONS Del DEO DOLAN GRIFFINGER & VECCHIONE

By: _____
    Evan S. Glanz, Esquire
    One Riverfront Plaza
    Newark, NJ 07101

Attorney for Defendant
Louis Sherwood

APPROVED BY THE COURT:

_____ J.

Dated: 10/21/05

DECHERT LLP

By: _____
    Joshua G. Schiller, Esquire
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.


GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
    Evan S. Glanz, Esquire
    One Riverfront Plaza
    Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


COZEN O'CONNOR

By: ___/s/ Kevin F. Berry/_____
    Kevin F. Berry, Esquire
    1900 Market Street
    Philadelphia, PA  19103

Attorney for Defendant
David Anstice


APPROVED BY THE COURT:


_____ J.

Dated:_____

2

| | |
|---|---|
| DECHERT LLP | COZEN O'CONNOR |
| By: _____<br>Joshua G. Schiller, Esquire<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA  19103 | By: _____<br>Kevin F. Berry, Esquire<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Attorney for Defendant<br>Merck & Co., Inc. | Attorney for Defendant<br>David Anstice |

GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
Evan S. Glanz, Esquire
One Riverfront Plaza
Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:


_____ J.


Dated:_____

2