UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Vioxx Products Liability Litigation | : | MDL 1657 |
| | : | |
| | : | Section L |
| This document relates to: | : | |
| | : | Judge Fallon |
| Donald and Carol Payne | : | Magistrate Judge Knowles |
| Civil Action No. 05-2955 | : | |
| (Transferred from E.D. PA No. 2:05-CV-02269) | : | No. 05-2955 |

## STIPULATION OF DISMISSAL
## AS TO RITE AID CORPORATION ONLY
## AND TO AMEND CAPITON

The parties, by and through their respective counsel, hereby stipulate and agree:

1.      To the dismissal with prejudice of all claims against defendant Rite Aid

Corporation;

2.      To the amendment of the caption to reflect the deletion of Rite Aid

Corporation's name from the list of defendants; and

3.      Each party to bear its own costs and fees.


THE BEASLEY FIRM                              GOLLATZ, GRIFFIN & EWING, P.C.


By: _____          By:    _____
Scott D. Levensten, Esquire                   Robert W. Rowan, Esquire
1125 Walnut Street                            Four Penn Center Plaza
Philadelphia, PA  19107                       1600 JFK Blvd., Suite 200
                                              Philadelphia, PA  19103


Attorney for Plaintiffs                       Attorney for Defendant
Donald and Carol Payne                        Rite Aid Corporation

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

1

DECHERT LLP

By: _____
     Joshua G. Schiller, Esquire
     4000 Bell Atlantic Tower
     1717 Arch Street
     Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.


GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
     Evan S. Glanz, Esquire
     One Riverfront Plaza
     Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


COZEN O'CONNOR

By: _____
     Kevin F. Berry, Esquire
     1900 Market Street
     Philadelphia, PA  19103

Attorney for Defendant
David Anstice


APPROVED BY THE COURT:

_____ J.

Dated: _____10/21/05_____

2

DECHERT LLP

By:   _____
      Joshua G. Schiller, Esquire
      4000 Bell Atlantic Tower
      1717 Arch Street
      Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.


GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By:   _____
      Evan S. Glanz, Esquire
      One Riverfront Plaza
      Newark, NJ  07101

Attorney for Defendant
Louis Sherwood

COZEN O'CONNOR

By:   _____
      Kevin F. Berry, Esquire
      1900 Market Street
      Philadelphia, PA  19103

Attorney for Defendant
David Anstice


APPROVED BY THE COURT:


_____
                        J.

Dated:_____

2

DECHERT LLP

By: _____
      Joshua G. Schiller, Esquire
      4000 Bell Atlantic Tower
      1717 Arch Street
      Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.


GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
      Evan S. Glanz, Esquire
      One Riverfront Plaza
      Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


COZEN O'CONNOR

By: _____
      Kevin F. Berry, Esquire
      1900 Market Street
      Philadelphia, PA  19103

Attorney for Defendant
David Anstice


APPROVED BY THE COURT:


_____
                          J.

Dated:_____