UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Vioxx Products Liability Litigation | : | MDL 1657 |
| | : | |
| | : | Section L |
| This document relates to: | : | |
| | : | Judge Fallon |
| | : | Magistrate Judge Knowles |
| Alicia Smith | : | |
| E.D. PA No. 2:05-cv-02079 | : | No. 05-3605 |

## STIPULATION OF DISMISSAL
## AS TO RITE AID CORPORATION ONLY
## AND TO AMEND CAPITON

The parties, by and through their respective counsel, hereby stipulate and agree:

1. To the dismissal with prejudice of all claims against defendant Rite Aid Corporation;

2. To the amendment of the caption to reflect the deletion of Rite Aid Corporation's name from the list of defendants; and

3. Each party to bear its own costs and fees.

THE BEASLEY FIRM                                GOLLATZ, GRIFFIN & EWING, P.C.

By: _____          By: _____
Scott D. Levensten, Esquire                    Robert W. Rowan, Esquire
1125 Walnut Street                              Four Penn Center Plaza
Philadelphia, PA  19107                         1600 JFK Blvd., Suite 200
                                                Philadelphia, PA  19103

Attorney for Plaintiff                          Attorney for Defendant
Alicia Smith                                    Rite Aid Corporation

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

1

DECHERT LLP

By: _____
Joshua G. Schiller, Esquire
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.

COZEN O'CONNOR

By: _____
Kevin F. Berry, Esquire
1900 Market Street
Philadelphia, PA  19103

Attorney for Defendant
David Anstice

GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
Evan S. Glanz, Esquire
One Riverfront Plaza
Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:

_____ J.

Dated: 10/21/05

2

| | |
|---|---|
| DECHERT LLP | COZEN O'CONNOR |
| By: _____<br>Joshua G. Schiller, Esquire<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA  19103 | By: _____<br>Kevin F. Berry, Esquire<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Attorney for Defendant<br>Merck & Co., Inc. | Attorney for Defendant<br>David Anstice |

GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
       Evan S. Glanz, Esquire
       One Riverfront Plaza
       Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:


_____
                                                        J.

Dated:_____

2

| DECHERT LLP | COZEN O'CONNOR |
|---|---|
| By: _____<br>Joshua G. Schiller, Esquire<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103 | By: _____<br>Kevin F. Berry, Esquire<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Attorney for Defendant<br>Merck & Co., Inc. | Attorney for Defendant<br>David Anstice |

GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
Evan S. Glanz, Esquire
One Riverfront Plaza
Newark, NJ 07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:


_____
                              J.

Dated:_____

2