UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Vioxx Products Liability Litigation : MDL 1657
: 
: Section L
This document relates to: :
: Judge Fallon
: Magistrate Judge Knowles
Diane and Harry Mitchell :
E.D. PA No. 05-CV-587 : No. 05-4926

**STIPULATION OF DISMISSAL
AS TO RITE AID CORPORATION ONLY
AND TO AMEND CAPITON**

The parties, by and through their respective counsel, hereby stipulate and agree:

1. To the dismissal with prejudice of all claims against defendant Rite Aid Corporation;

2. To the amendment of the caption to reflect the deletion of Rite Aid Corporation's name from the list of defendants; and

3. Each party to bear its own costs and fees.

THE BEASLEY FIRM                         GOLLATZ, GRIFFIN & EWING, P.C.

By: _____             By: _____
   Scott D. Levensten, Esquire               Robert W. Rowan, Esquire
   1125 Walnut Street                        Four Penn Center Plaza
   Philadelphia, PA  19107                   1600 JFK Blvd., Suite 200
                                             Philadelphia, PA  19103

Attorney for Plaintiffs                  Attorney for Defendant
Diane and Harry Mitchell                 Rite Aid Corporation

1

DECHERT LLP

By: _____
   Joshua G. Schiller, Esquire
   4000 Bell Atlantic Tower
   1717 Arch Street
   Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.

COZEN O'CONNOR

By: _____
   Kevin F. Berry, Esquire
   1900 Market Street
   Philadelphia, PA  19103

Attorney for Defendant
David Anstice

GIBBONS Del DEO DOLAN GRIFFINGER & VECCHIONE

By: _____
   Evan S. Glanz, Esquire
   One Riverfront Plaza
   Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:

_____ J.

Dated: 10/21/05

DECHERT LLP

By: _____
    Joshua G. Schiller, Esquire
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.


COZEN O'CONNOR

By: _____/s/ Kevin P. Berry_____
    Kevin P. Berry, Esquire
    1900 Market Street
    Philadelphia, PA  19103

Attorney for Defendant
David Anstice


GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By: _____
    Evan S. Glanz, Esquire
    One Riverfront Plaza
    Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:

_____ J.

Dated:_____

2

| | |
|---|---|
| DECHERT LLP | COZEN O'CONNOR |
| By: _____<br>Joshua G. Schiller, Esquire<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA  19103 | By: _____<br>Kevin F. Berry, Esquire<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Attorney for Defendant<br>Merck & Co., Inc. | Attorney for Defendant<br>David Anstice |

GIBBONS Del DEO DOLAN
GRIFFINGER & VECCHIONE

By:   *[signature]*
      Evan S. Glanz, Esquire
      One Riverfront Plaza
      Newark, NJ  07101

Attorney for Defendant
Louis Sherwood


APPROVED BY THE COURT:


_____ J.

Dated:_____