UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Vioxx Products Liability Litigation | : | MDL 1657 |
| | : | |
| | : | Section L |
| This document relates to: | : | |
| | : | Judge Fallon |
| | : | Magistrate Judge Knowles |
| Mary Henderson | : | |
| Civil Action No. 05-1447 | : | |
| (Transferred from E.D. PA. No. 04-CV-05987) | : | No. 05-1447 |

## STIPULATION OF DISMISSAL
## AS TO RITE AID CORPORATION ONLY
## AND TO AMEND CAPITON

The parties, by and through their respective counsel, hereby stipulate and agree:

1. To the dismissal with prejudice of all claims against defendant Rite Aid Corporation;

2. To the amendment of the caption to reflect the deletion of Rite Aid Corporation's name from the list of defendants; and

3. Each party to bear its own costs and fees.

| | |
|---|---|
| THE BEASLEY FIRM | GOLLATZ, GRIFFIN & EWING, P.C. |
| By: _____ | By: _____ |
| Scott D. Levensten, Esquire | Robert W. Rowan, Esquire |
| 1125 Walnut Street | Four Penn Center Plaza |
| Philadelphia, PA  19107 | 1600 JFK Blvd., Suite 200 |
| | Philadelphia, PA  19103 |
| Attorney for Plaintiff | Attorney for Defendant |
| Mary Henderson | Rite Aid Corporation |

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

1

DECHERT LLP

By: _____
Joshua G. Schiller, Esquire
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.


APPROVED BY THE COURT:

_____ J.
10/21/05