UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Vioxx Products Liability Litigation : MDL 1657
: 
: Section L
This document relates to: :
: Judge Fallon
: Magistrate Judge Knowles
Maria Camardella, Individually and as :
Administratrix of the Estate of Rose Pascarella :
Civil Action No. 05-2394 :
(Transferred from E.D. PA No. 2:05-CV-1908) : No. 05-2394

## STIPULATION OF DISMISSAL
## AS TO RITE AID CORPORATION ONLY
## AND TO AMEND CAPITON

The parties, by and through their respective counsel, hereby stipulate and agree:

1. To the dismissal with prejudice of all claims against defendant Rite Aid Corporation;

2. To the amendment of the caption to reflect the deletion of Rite Aid Corporation's name from the list of defendants; and

3. Each party to bear its own costs and fees.

THE BEASLEY FIRM                           GOLLATZ, GRIFFIN & EWING, P.C.

By: _____               By: _____
Scott D. Levensten, Esquire                    Robert W. Rowan, Esquire
1125 Walnut Street                             Four Penn Center Plaza
Philadelphia, PA  19107                        1600 JFK Blvd., Suite 200
                                               Philadelphia, PA  19103

Attorney for Plaintiff                     Attorney for Defendant
Maria Camardella, Individually and as      Rite Aid Corporation
Administratrix of the Estate of
Rose Pascarella

DECHERT LLP

By: _____
Joshua G. Schiller, Esquire
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Attorney for Defendant
Merck & Co., Inc.

APPROVED BY THE COURT:

_____ J.

Dated: 10/21/05