UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2005 AUG 25  AM 10: 35

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION. | ) ) ) ) ) ) ) | MDL No. 1657<br><br>Case No. 05-1005<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

TO:   (See attached service list)

Eugene E. Murphy, Jr., Esq.          Edward B. Ruff
Erin F. Martin                       Michael P. Turiello
BRYAN CAVE LLP                       Pretzel & Stouffer, Chartered
161 N. Clark Str., Ste 4800          One South Wacker Drive, Suite 2500
Chicago, IL 60601                    Chicago, IL 60606

## NOTICE OF FILING

PLEASE TAKE NOTICE that on August 25, 2005, we caused to be filed, with

the Clerk of the United States District Court for the Eastern District of Louisiana, the

attached *Plaintiff's Motion to Remand, Merck's Opposition to Plaintiff's Motion to*

*Remand, Plaintiff's Reply in Support of her Motion to Remand and Plaintiff's*

*Certificate of Merit in Support of her Motion to Remand,* a copy of which is hereby

served on the attorneys of record set forth above and all parties on the attached service

list.

LINDA JOHNSON as Special Administrator of
the Estate of JOHN JOHNSON, Deceased,

By:  _____
One of Plaintiff's Attorneys

Antonio M. Romanucci
Stephanie K. Nathanson
ROMANUCCI & BLANDIN, L.L.C.
33 North LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 458-1000
(312) 458-1004 (facsimile)

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

## CERTIFICATE OF SERVICE

Stephanie K. Nathanson, an attorney, certifies that she caused the foregoing Notice of Filing and *Plaintiff's Motion to Remand, Merck's Opposition to Plaintiff's Motion to Remand, Plaintiff's Reply in Support of her Motion to Remand and Plaintiff's Certificate of Merit in Support of her Motion to Remand* to be filed with the Clerk of the United States District Court for the Eastern District of Louisiana, to be served by causing copies thereof to be mailed to all counsel on the attached service list and the attached Notice of Filing, on August 25, 2005.

Stephanie K. Nathanson

## SERVICE LIST
JOHNSON v. MERCK CO., INC.
Case Number 05 C 0342

Eugene E. Murphy, Jr., Esq.
Erin F. Martin
BRYAN CAVE, L.L.P.
161 N. Clark Street
Suite 4800
Chicago, IL 60601
(312)602-5000
(312)602-5050 (facsimile)
*Attorneys for Merck Co., Inc.*

Edward B. Ruff
Michael P. Turiello
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
312-346-1973
312-346-8242 (fax)
*Attorneys for Narendra Dabhade, M.D., and Narendra D. Dabhade, M.D., Ltd.*

## SERVICE LIST

JOHNSON v. MERCK CO., INC.
MDL No. 1657
Case Number 05-1005

Mr. Russ M. Herman
Mr. Leonard A. Davis
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 561-6024 (facsimile)
*Liaison Counsel for Plaintiffs*

Mr. Phillip A. Wittmann
STONE, PIGMAN, WALTHER, & WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200
(504) 581-3361 (facsimile)
*Liaison Counsel for Defendants*

SEE RECORD FOR

EXHIBITS

OR

ATTACHMENTS

NOT SCANNED