UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 24  AM 10: 57

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX                          : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION:        | |
|                                       : | SECTION: L |
| This Document Relates To  05-4046   : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc.  : | MAG. JUDGE KNOWLES |

### PLAINTIFF'S MOTION TO EXCLUDE OPINION TESTIMONY THAT VIOXX® IS THE SAME AS ALL NSAIDS REGARDING CARDIOTOXIC EFFECTS

PLAINTIFF, EVELYN IRVIN PLUNKETT, moves this Court for an Order to Exclude Opinion Testimony that Vioxx® is the same as All NSAIDs Regarding Cardiotoxic Effects, and requests that the Court consider the Memorandum in Support incorporated herein and rule in plaintiff's favor pursuant to the Federal Rules of Civil Procedure. This Motion and accompanying pleadings are submitted by Plaintiff's Liaison Counsel on behalf of counsel for plaintiff, Evelyn Irvin Plunkett, and to accommodate such counsel.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:   (713) 877-1843
FAX: (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 21st day of October, 2005.

W:\25000-29999\27115\000\PLD\Daubert\Sames as NSAIDS Exhibits\Daubert Motion re NSAIDS 2005-10-21.doc

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| This Document Relates To | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE OPINION TESTIMONY THAT VIOXX® IS THE SAME AS ALL NSAIDS REGARDING CARDIOTOXIC EFFECTS

MAY IT PLEASE THE COURT:

PLAINTIFF, EVELYN IRVIN PLUNKETT, files this Memorandum in Support of Motion to Exclude Opinion Testimony that Vioxx® is the same as All NSAIDs Regarding Cardiotoxic Effects, and in support thereof shows:

I.  **Statement of Relevant Facts**

In April and May of 2001, Richard Irvin was a new user of Vioxx®. He ingested 25 mg. Vioxx® for approximately 30 days before suffering sudden thrombotic cardiac death on May 15, 2001, at age 53. An autopsy revealed an unattached coronary thrombus (clot) in the left anterior descending (LAD) coronary artery. The unattached clot was grossly visible to the pathologist, was identified on the autopsy record, and has been further documented through photomicrographs. There is no dispute that Richard Irvin suffered a thrombotic cardiac event during a period of ingestion of Vioxx®.

On September 30, 2004, Merck removed Vioxx® from the market worldwide and reported that its long term prospective clinical trial (APPROVe) resulted in statistically significant increases in confirmed thrombotic cardiac events among Vioxx® users compared to

placebo. This followed other clinical trials and multiple epidemiologic studies that evidenced the significantly increased risk of thrombotic cardiovascular events among users of Vioxx®.[1]

On April 6, 2005, the Food and Drug Administration (FDA) issued a memorandum stating in part that the data do not clearly demonstrate that the COX-2 selective agents confer a greater risk of serious adverse CV events than non-selective NSAIDs.

Seeking to cloak itself in the comfort of a class effect, Merck has latched onto this FDA memorandum and proffers experts for the opinion that Vioxx® is no different than other cox-2 inhibitors or NSAIDs when it comes to cardiovascular risks. The only exception by Merck is to say that the data is unclear with regard to naproxen, because to state otherwise would destroy the hypothesis by Merck that naproxen had cardioprotective qualities sufficient to explain the significantly higher cardiac events in Vioxx users when compared to naproxen in the VIGOR clinical trial.

## II. Summary of Expert Opinions and Discussion

Dr. Michael Gaziano, an epidemiology and causation expert for Merck, offers the opinion that the FDA Memorandum of April 6, 2005, as cited in the preceding paragraph, is reflective of the current state of the medical knowledge about cardiovascular safety of selective cox-2 inhibitors.[2] In addition, Dr. Gaziano relies upon an as of yet unpublished analysis allegedly recently presented at Health Canada by an unidentified source that allegedly shows that there is no difference in thrombotic events among all selective NSAIDs compared to nonselective NSAIDS, but a reported excess risk compared to placebo. *Id.* at ¶ 102. Thus, Dr. Gaziano concludes that this may "*indicate* that there is a question that all NSAIDs *may* pose some risk if

---

[1] *See generally* Exhibit A, which is attached, article by Juni et al (Lancet, Nov. 7, 2004).
[2] *See* Gaziano Report, Exhibit B, at ¶108. Dr. Gaziano has not been deposed as of the date of this filing and Plaintiff reserves the right to challenge Dr. Gaziano's opinions and qualifications after his deposition is taken in this matter.

W:\25000-29999\27115\000\PLD\Daubert\Sames as NSAIDS Exhibits\Daubert Motion re NSAIDS MEMO IN SUPPORT 2005-10-21.doc

used for a long period of time." *Id.* (emphasis added). Importantly, Dr. Gaziano recognizes this is a hypothesis only and that "[t]his is a finding that requires confirmation in further studies, but it is not consistent with the notion that selective NSAIDs are different than nonselective ones." *Id.* Acknowledgement of this as a theory or hypothesis is also found at paragraphs 70 ("may suggest") and 71 ("data indicate trends toward") of Dr. Gaziano's report.

Similar to Dr. Gaziano's report, Dr. David Silver, an internist expert for Merck, stated in his report, "[t]he FDA in an April 6, 2005 memorandum by the Center for New Drug Evaluation and Research discussed the issues regarding the cardiovascular risks of the NSAIDs and COX-2 inhibitors based on a thorough review of the available data. The FDA has stated that the issues need to be examined for the entire class of drugs, not just Vioxx or the other COX-2 inhibitors."[3] Given the chance to testify as to the basis for this statement, Dr. Silver testified only that he believed the FDA recommended changes on labeling for all NSAIDs and he <u>assumes</u> it was done.[4]

In yet another view of the meaning of the same memorandum, Janet Arrowsmith-Lowe,[5] Merck's proposed FDA expert, states in her report that the FDA memorandum concludes that "any cardiovascular risks associated with VIOXX® are comparable to the risks associated with all other non-aspirin selective and non-selective NSAIDs, with the possible exception of naproxen."[6]

Offering the opinion that all NSAIDs are the same based upon this limited, unpublished, non-peer-reviewed data is contrary to studies comparing Vioxx® with other selective and non-

---

[3] Report of Dr. David Silver, attached as Exhibit C, at p. 14.
[4] Deposition of Dr. David Silver, draft, attached as Exhibit D, at 0092:5-7.
[5] Dr.. Lowe's deposition has not been taken at the time of this filing. Plaintiff reserves the right to challenge Dr. Lowe's opinions and qualifications.
[6] Report of Janet Arrowsmith-Lowe, attached as Exhibit E, at p. 11.

selective NSAIDs[7] and contrary to the standards for reliable expert testimony. The hypothesis or theory has not been tested; it has not been subjected to peer review and/or publication; it is impossible to know the rate of error or potential rate of error given its broad-sweeping application to all NSAIDs; there is no indication that it is generally accepted in the relevant scientific community; and, given the above factors as well as the admission by Merck's own expert that it requires further study to confirm, there is a huge analytical gap between existing scientific certainty and a hypothetical opinion that Vioxx is like all other NSAIDs, with the convenient exception of naproxen.

### III. Relevant Legal Authority

The United States Supreme Court determined non-exclusive factors for reliability regarding the admissibility of expert testimony. *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 585-588, 113 S.Ct. 2786, 2792-93 (1993). These factors include (1) whether and if the theory or technique has been tested; (2) whether it has been subjected to peer review and/or publication; (3) its potential or known rate of error; (4) whether it has been generally accepted within the relevant scientific community; and (5) whether there is an analytical gap between the underlying data and the opinion proffered. *Id.* In addition, the court must determine that the proposed opinion is relevant to any issues in dispute in the particular case. *Id.* at 2796.

It is further well settled that, under *Daubert*, scientific knowledge must derive from the scientific method. While the determination of reliability is left to the discretion of the court, the Supreme Court found that a trial court does not have to accept an opinion only by the *ipse dixit* of an expert's testimony. Stated simply, the mere fact that an expert says something does not make it so. *General Electric v. Joiner*, 522 U.S. 136, 118 S.Ct. 512, 517-519 (1997). Indeed, proper credentials are necessary but not sufficient to admit an expert's testimony. *Kuhmo Tire*

---

[7] *See, e.g.* report of pharmacoepidemiologist, Dr. Wayne Ray, attached to Plaintiff's Summary Science Brief.

W:\25000-29999\27115\000\PLD\Daubert\Sames as NSAIDS Exhibits\Daubert Motion re NSAIDS MEMO IN SUPPORT 2005-10-21.doc

*Co., Ltd., et al. v. Carmichael, et al.*, 526 U.S. 137, 119 S.Ct. 1167, 1176-77 (1999). In *Kuhmo Tire*, the Supreme Court re-emphasized that expert testimony is only admissible when the proponent demonstrates by a preponderance of the evidence that the expert is qualified, the evidence is relevant to the suit, and the factual basis, data, principles, methods and applications are all reliable. *Id.* at 1175-1179.

Opinion testimony is initially governed by FED. R. EVID. 701-703. Rule 702 provides as follows:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experiences, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

Fed. R. Evid. 702 (West 2005). Rule 703 requires that the facts or data in the particular case upon which an expert bases an opinion or inference shall not be disclosed to a jury unless the court determines that their probative value in assisting the jury to evaluate the expert's opinion substantially outweighs their prejudicial effect. FED. R. EVID. 703. According to the Advisory Committee on Evidence Rules, these amendments incorporate *Daubert/Kumho Tire* standards, reinforce the gatekeeper role of the trial judge as to all experts and reemphasize that the standard is preponderance of the evidence. In addition, Rule 703 provides that an expert's reliance on

otherwise inadmissible evidence does not automatically warrant its disclosure without a balancing test similar to FED. R. EVID. 403.

Under these standards, and as set forth below, the opinion testimony here should be excluded.

### III.  Conclusion

Accordingly, since the opinion that Vioxx® is the same as all NSAIDs regarding cardiotoxic effects is based upon an untested hypothesis or theory that falls short of the criteria for reliable scientific testimony, Plaintiff respectfully requests that the Court strike any opinion or fact testimony on this issue.

Respectfully submitted,

_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:   (713) 877-1843
FAX: (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis, File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 21st day of October, 2005.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| This Document Relates To  05-4046 | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

**NOTICE OF HEARING**

Please take notice that, upon the pleadings, the depositions, and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 515 Rusk Street, Suite 8613, Houston, Texas 77002, on the 14th day of November, 2005, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiff's Motion to Exclude Opinion Testimony that Vioxx® is the same as All NSAIDs Regarding Cardiotoxic Effects, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:    (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED