UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 24  AM 10: 41

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION: | : | |
| | : | SECTION: L |
| | : | |
| This Document Relates To  05-4046 | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

## PLAINTIFF'S MOTION TO EXCLUDE OPINION
## TESTIMONY OF DR. FRANK LANZA AND DR. MERLIN WILSON

PLAINTIFF, EVELYN IRVIN PLUNKETT, moves this Court for an Order to Exclude

Opinion Testimony of Dr. Frank Lanza and Dr. Merlin Wilson, and requests that the Court

consider the Memorandum in Support incorporated herein and rule in plaintiff's favor pursuant

to the Federal Rules of Civil Procedure.  This Motion and accompanying pleadings are submitted

by Plaintiff's Liaison Counsel on behalf of counsel for plaintiff, Evelyn Irvin Plunkett, and to

accommodate such counsel.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:    (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
_____ Doc. No _____

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 21st day of October, 2005.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION:** | | |
| | : | **SECTION: L** |
| | : | |
| **This Document Relates To** | : | **JUDGE FALLON** |
| **Evelyn Irvin Plunkett v. Merck & Co, Inc.** | : | **MAG. JUDGE KNOWLES** |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE OPINION TESTIMONY OF DR. FRANK LANZA AND DR. MERLIN WILSON

MAY IT PLEASE THE COURT:

**PLAINTIFF, EVELYN IRVIN PLUNKETT**, files this Memorandum in Support of Motion to Exclude Opinion Testimony of Dr. Frank Lanza and Dr. Merlin Wilson, and in support thereof shows:

## I.   Operative Facts

In April and May of 2001, Richard Irvin was a new user of Vioxx®. He ingested 25 mg. of Vioxx® for approximately 30 days before suffering sudden thrombotic cardiac death on May 15, 2001, at age 53. An autopsy revealed an unattached coronary thrombus (clot) in the left anterior descending (LAD) coronary artery. The unattached clot was grossly visible to the pathologist, was identified on the autopsy record, and has been further documented through photomicrographs. There is no dispute that Richard Irvin suffered a thrombotic cardiac event during a period of ingestion of Vioxx®.

Vioxx® was first marketed in the United States in May of 1999. By the end of 1999, Merck had completed its first large, randomized clinical trial (VIGOR) comparing Vioxx® to naproxen in rheumatoid arthritis patients to determine the effects of the medications on pre-

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

1

specified gastrointestinal endpoints. An additional finding of the VIGOR clinical trial was a 5.0 increased relative risk for myocardial infarction among Vioxx® users and a 2.80 increased relative risk for serious coronary heart disease (myocardial infarction and sudden cardiac death).[1] It is not disputed that the full results of VIGOR were known throughout Merck by March of 2000, some 13 months before Richard Irvin ingested Vioxx.[2]

Based upon VIGOR, Merck sought to remove the gastrointestinal warnings accompanying Vioxx®. This indication was refused. Merck was able only to allege that at 50 mg compared to naproxen in the VIGOR trial, the gastrointestinal events were significantly fewer among Vioxx® users.[3]

On September 30, 2004, Vioxx® was withdrawn from the market worldwide based upon a long term placebo controlled trial that showed a significant excess of thrombotic cardiac events among Vioxx® users at 25 mg.

Dr. Frank Lanza, a gastroenterologist, was retained by Merck to offer opinions in this case that Vioxx and other cox-2 selective inhibitors serve as an important treatment option for patients with a history of gastrointestinal complications. A copy of Dr. Lanza's report is attached hereto as Exhibit C.[4] Dr. Lanza's gastroenterology research clinic in Houston did the first human studies for Merck on Vioxx when it was in investigational stages.[5] Overall, he conducted three studies for Merck and two studies for Merck's competitor Pfizer on its cox-2-selective inhibitors

---

[1]   In the relevant epidemiology community, and in courts evaluating the magnitude of such risks, these relative risks correlate to attributable risks of 80.2 percent and 64.5 percent, respectively. See, Report of Plaintiff's expert pharmacoepidemiologist, Dr. Wayne Ray, Section 5, Attributable Proportion of Increased Risk attached as Exhibit A and incorporated herein for all purposes.
[2]   There is further no dispute that the VIGOR labeling changes to incorporate the adverse cardiac events were not made until April of 2002, almost a year after Richard Irvin's death.
[3]   See April 2002 Labeling attached as Exhibit B and incorporated herein for all purposes.
[4]   Dr. Lanza testified in his deposition that he did not intend to testify about the cause of Mr. Irvin's death. See Deposition Testimony of Dr. Lanza attached as Exhibit D, 49:2-4. To the extent that this changes in any way, Plaintiff hereby challenges Dr. Lanza's qualifications to render a general or specific causation opinion in this case.
[5]   Id. at 9:17.

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

Celebrex and Bextra.[6] For each of the five studies, the compensation ranged from $200,000.00 to $400,000.00. Dr. Lanza testified that the initial study for Merck was done "to prove the hypothesis that the Cox-2 inhibitors were safer [on the gastrointestinal system]."[7]

Dr. Merlin Wilson, a Rheumatologist, was retained by Merck to offer opinions in this case that Vioxx was a safe and effective treatment for pain and inflammation associated with Rheumatoid Arthritis, osteoarthritis, and other musculoskeletal disorders; that Vioxx was an important medicine for physicians like him; that in his patient practice patients experienced fewer gastrointestinal side effects on Vioxx than on traditional NSAIDs; and that the results of VIGOR were disseminated widely in the medical community starting in March 2000. A copy of Dr. Wilson's report is attached hereto as Exhibit E and incorporated herein for all purposes.

Both Dr. Lanza and Dr. Wilson base their opinions primarily on their own anecdotal patient stories and practice. Dr. Wilson has testified multiple times that he can only speak to his own personal practice in regard to his opinions relative to Vioxx. Dr. Wilson's basis for his opinion is contained in the summary paragraph of his report in this case. Dr. Lanza similarly testified:

Mr. Taylor: " …you indicate that since the coxibs became available, while not eliminating the adverse events, consistent with the VIGOR trial, I have observed a clinical difference in favor of the coxibs regarding the incidence of GI events in connection with the use of non-selective and COX-selective NSAIDs. What's the basis for that statement?"

Dr. Lanza: "Personal experience. I mean, we don't even begin to see the number of patients with large ulcers and GI bleeding from – from NSAIDs that weren't taking the Cox-2s. I mean, my experience has been that we just haven't seen, you know – I don't have any studies – as we spoke previously, I don't have any studies to back that up. I just have to say that as a practicing gastroenterologist we don't get the people coming in with bleeding like they used to."

[6]   *Id.* at 13:, 6-11- 15: 3-22
[7]   *Id.* at 15:18-22.
W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

Exhibit D at 46:25- 47:16.

In addition to the argument presented below that such subjective testimony runs afoul of the accepted standards for scientific testimony[8], there is no dispute that Mr. Irvin was not being treated by either a gastroenterologist or a rheumatologist. As such, the anecdotal information is not relevant to any issue specific to the Plaintiff Decedent here or that will be presented to the trier of fact. Mr. Irvin did not have a gastrointestinal injury and did not suffer from rheumatoid or osteoarthritis.

## II. Summary of Authority

The United States Supreme Court determined non-exclusive factors for reliability regarding the admissibility of expert testimony. *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 585-588, 113 S.Ct. 2786, 2792-93 (1993). These factors include:

(1)     Whether and if the theory or technique has been tested;

(2)     Whether it has been subjected to peer review and/or publication;

(3)     Its potential or known rate of error;

(4)     Whether it has been generally accepted within the relevant scientific community; and

(5)     Whether there is an analytical gap between the underlying data and the opinion proffered.

*Id.*     In addition, the court must determine that the proposed opinion is relevant to the issues in dispute in this particular case. *See Id.* at 2796.

---

[8]     Hand picking the patients or subjects has been considered suspect by this Court as a basis for scientific opinion testimony. *See In re Propulsid*, 261 F.Supp.2d 603, 616 (E.D. La 2003) (Fallon, J.)(indicating that a study involving subjects who were hand-picked by the attorneys and whose medical histories may have impacted the study findings was suspect).

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

It is further well settled that, under *Daubert*, scientific knowledge must derive from the scientific method. While the determination of reliability is left to the discretion of the court, the Supreme Court found that a trial court does not have to accept an opinion only by the *ipse dixit* of an expert's testimony. Stated simply, the mere fact that an expert says something does not make it so. *General Electric v. Joiner*, 522 U.S. 136, 146 (1997). Indeed, proper credentials are necessary but not sufficient to admit an expert's testimony. *Kuhmo Tire Co., Ltd., et al. v. Carmichael, et al.*, 526 U.S. 137 (1999).

Opinion testimony is governed by Federal Rules of Evidence, Rules 701-703. Rule 703 requires that the facts or data in the particular case upon which an expert bases an opinion or inference shall not be disclosed to a jury unless the court determines that their probative value in assisting the jury to evaluate the expert's opinion substantially outweighs their prejudicial effect. Fed. R. Civ. P. 703. According to the Advisory Committee on Evidence Rules, these amendments incorporate *Daubert/Kuhmo Tire* standards and reinforce the gatekeeper role of the trial judge as to all experts and reemphasize that the standard is preponderance of the evidence. In addition, Rule 703 provides that an expert's reliance on otherwise inadmissible evidence does not automatically warrant its disclosure without a balancing test similar to Fed. R. Evid. 403.

Under these standards, and as set forth below, the opinion testimony of Dr. Lanza and Dr. Wilson should be excluded.

## III.  Argument

Since the opinions of these physicians about the benefits of Vioxx ingestions are based upon their practice and patient population and were made after the drug was withdrawn from the market, there is no scientific method at play. Indeed, the beauty of such an opinion for Merck is that it can be whatever the physician chooses to remember about his or her patient population,

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

5

whether or not followed by the physician for adverse event purposes. In addition, this basis for an opinion is contrary to each of the *Daubert* factors. Namely, the hypothesis cannot be tested as it is based upon the subjective recall of the physician; the theory has not been tested or subjected to peer review or publication; no rate of error has been assessed; and given that it is unique to these physician groups it is impossible to determine whether it has been generally accepted within the relevant scientific community.[9] Importantly, Dr. Lanza testified that it is still a valid therapy to use an NSAID in combination with a proton pump inhibitor (PPI) to alleviate any gastrointestinal effects."[10]

The conclusion here is clearly based upon the pre-conceived misconception that Vioxx is safer on the gastrointestinal tract than all NSAIDs. In 2001, shortly after Mr. Irvin's death, Merck's own Medical Director, Dr. Louis Sherwood, wrote, to a handful of physicians only, that Vioxx had never been proven to be safer or more efficacious than other NSAIDs on measures of overall safety, and that there were serious risks of GI bleeds with Vioxx.[11] Dr. Sherwood wrote in part that:

> Serious gastrointestinal toxicity such as bleeding, ulceration, or
> perforation of the stomach, small intestine, or large intestine, can
> occur at any time, with or without warning symptoms, in patients
> treated with NSAIDs, including Vioxx....
> Vioxx has not been proven to be safer or have fewer side effects
> than other NSAIDs on measures of overall safety.

*Id.* Presumably, Dr. Sherwood's basis for this Merck admission is, in part, Dr. Lanza's own investigational studies for Merck on Vioxx.

---

[9]     To the contrary, the most recent and peer-reviewed publication on this issue, in September of 2005, concludes that Cox-2 inhibitors do not decrease the incidence of serious GI bleeds in the patient population. *See* Exhibit F which is attached and incorporated herein for all purposes.

[10]    *See* Exhibit D at 49:5- 50: 21.

[11]    A true and accurate copy is attached as Exhibit G and incorporated herein for all purposes.

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

There is no reliable basis for the opinions offered by Dr. Lanza and Dr. Wilson. Nor are the opinions relevant to any issue relating to Mr. Irvin.

## IV.    Conclusion

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the opinion testimony of Dr. Frank Lanza and Dr. Merlin Wilson be excluded, that this motion be granted, and for such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX  77046
PH:    (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000 |

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

| | |
|---|---|
| PH: (800) 898-2034<br>FAX: (334) 954-7555 | FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY  10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 21st day of October, 2005.

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MEMO IN SUPPORT 2005-10-21.doc

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | **MDL NO. 1657** |
|     **PRODUCTS LIABILITY LITIGATION:** | | |
| | : | **SECTION: L** |
| | : | |
| **This Document Relates To** | : | **JUDGE FALLON** |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | **MAG. JUDGE KNOWLES** |

## NOTICE OF HEARING

Please take notice that, upon the pleadings, the depositions, and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 515 Rusk Street, Suite 8613, Houston, Texas 77002, on the 14th day of November, 2005, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiff's Motion to Exclude Opinion Testimony of Dr. Frank Lanza and Dr. Merlin Wilson, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:   (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson NOTICE OF HEARING 2005-10-21.doc

1

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## <u>PLAINTIFFS' STEERING COMMITTEE</u>

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson NOTICE OF HEARING 2005-10-21.doc

2