UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| This Document Relates To 05-4046 | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

**PLAINTIFF'S MOTION TO EXCLUDE**
**OPINION TESTIMONY OF DR. DAVID SILVER**

PLAINTIFF, EVELYN IRVIN PLUNKETT, moves this Court for an Order to Exclude Opinion Testimony of Dr. David Silver, and requests that the Court consider the Memorandum in Support incorporated herein and rule in plaintiff's favor pursuant to the Federal Rules of Civil Procedure. This Motion and accompanying pleadings are submitted by Plaintiff's Liaison Counsel on behalf of counsel for plaintiff, Evelyn Irvin Plunkett, and to accommodate such counsel.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:  (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 21st day of October, 2005.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|       PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| This Document Relates To | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO EXCLUDE
OPINION TESTIMONY OF DR. DAVID SILVER

MAY IT PLEASE THE COURT:

**PLAINTIFF, EVELYN IRVIN PLUNKETT**, files this Memorandum in Support of Motion to Exclude Opinion Testimony of Dr. David Silver, and in support thereof shows:

**I.     Operative Facts**

In April and May of 2001, Richard Irvin was a new user of Vioxx®. He ingested 25 mg. of Vioxx® for approximately 30 days before suffering sudden thrombotic cardiac death on May 15, 2001, at age 53. An autopsy revealed an unattached coronary thrombus (clot) in the left anterior descending (LAD) coronary artery. The unattached clot was grossly visible to the pathologist, was identified on the autopsy record, and has been further documented through photomicrographs. There is no dispute that Richard Irvin suffered a thrombotic cardiac event during a period of ingestion of Vioxx®.

Vioxx® was first marketed in the United States in May of 1999. By the end of 1999, Merck had completed its first large, randomized clinical trial (VIGOR) comparing Vioxx® to naproxen in rheumatoid arthritis patients to determine the effects of the medications on pre-specified gastrointestinal endpoints. An additional finding of the VIGOR clinical trial was a 5.0

1

increased relative risk for myocardial infarction among Vioxx® users and a 2.80 increased relative risk for serious coronary heart disease (myocardial infarction and sudden cardiac death).[1] It is not disputed that the full results of VIGOR were known throughout Merck by March of 2000, some 13 months before Richard Irvin ingested Vioxx.[2]

Based upon VIGOR, Merck sought to remove the gastrointestinal warnings accompanying Vioxx®. This indication was refused. Merck was able only to allege that at 50 mg compared to Naproxen in the VIGOR trial, the gastrointestinal events were significantly fewer among Vioxx® users.[3]

On September 30, 2004, Vioxx® was withdrawn from the market worldwide based upon a long term placebo controlled trial that showed a significant excess of thrombotic cardiac events among Vioxx® users at 25 mg.

Dr. David Silver was retained by Merck to offer opinions in this case relating to a threshold for duration of 36 months,[4] the naproxen hypothesis,[5] alleged gastrointestinal safety relating to Vioxx®, adequacy of labeling for Vioxx, and specific causation as to the death of Richard Irvin. For the reasons stated below, Plaintiff requests that this testimony be precluded.

---

[1] In the relevant epidemiology community, and in courts evaluating the magnitude of such risks, these relative risks correlate to attributable risks of 80.2 percent and 64.5 percent, respectively. *See*, Report of Plaintiff's expert pharmacoepidemiologist, Dr. Wayne Ray, Section 5, Attributable Proportion of Increased Risk, attached as Exhibit A and incorporated herein for all purposes.

[2] There is further no dispute that the VIGOR labeling changes to incorporate the adverse cardiac events were not made until April of 2002, almost a year after Richard Irvin's death.

[3] *See* April 2002 Labeling attached as Exhibit B and incorporated herein for all purposes.

[4] This opinion is separately challenged through Plaintiff's Motion to Exclude Opinion Testimony that Vioxx® Cannot Cause Adverse Thrombotic Events Unless Ingested Eighteen (18) Months or Longer. That motion is being filed simultaneously.

[5] This opinion is separately challenged through Plaintiff's Motion to Exclude Opinion Testimony that Naproxen® is Sufficiently Cardioprotective to Explain Excess Cardiac Risk in VIGOR. That motion is being filed simultaneously.

2

## II. Summary of Authority

The United States Supreme Court has determined non-exclusive factors for reliability regarding the admissibility of expert testimony. *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 585-588, 113 S.Ct. 2786, 2792-93 (1993). These factors include:

(1) Whether and if the theory or technique has been tested;

(2) Whether it has been subjected to peer review and/or publication;

(3) Its potential or known rate of error;

(4) Whether it has been generally accepted within the relevant scientific community; and

(5) Whether there is an analytical gap between the underlying data and the opinion proffered.

*Id.* In addition, the court must determine that the proposed opinion is relevant to the issues in dispute in this particular case. *See Id.* at 2796.

It is further well settled that, under *Daubert*, scientific knowledge must derive from the scientific method. While the determination of reliability is left to the discretion of the court, the Supreme Court found that a trial court does not have to accept an opinion only by the *ipse dixit* of an expert's testimony. Stated simply, the mere fact that an expert says something does not make it so. *General Electric v. Joiner*, 522 U.S. 136, 146 (1997). Indeed, proper credentials are necessary but not sufficient to admit an expert's testimony. *Kuhmo Tire Co., Ltd., et al. v. Carmichael, et al.*, 526 U.S. 137 (1999).

Opinion testimony is governed by Fed. R. Evid. 701-703. Rule 703 requires that the facts or data in the particular case upon which an expert bases an opinion or inference shall not be disclosed to a jury unless the court determines that their probative value in assisting the jury to evaluate the expert's opinion substantially outweighs their prejudicial effect. Fed. R. Civ. P. 703. According to the Advisory Committee on Evidence Rules, these amendments incorporate *Daubert/Kuhmo Tire* standards and reinforce the gatekeeper role of the trial judge as to all experts and reemphasize that the standard is preponderance of the evidence. In addition, Rule 703 provides that an expert's reliance on otherwise inadmissible evidence does not automatically warrant its disclosure without a balancing test similar to Fed. R. Evid. 403.

Under these standards, and as set forth below, the opinion testimony of Dr. Silver should be excluded.

## III. Dr. Silver Lacks the Requisite Qualifications to Render the Opinions Offered

Dr. Silver is Board Certified in Internal Medicine and Rheumatology and is Associate Director of the Osteoporosis Medical Center, a Non-Profit Research Corporation that works primarily for pharmaceutical interests.[6] Dr. Silver himself has consulted with such pharmaceutical interests as Merck, Pfizer-Pharmacia, Amgen, Boehringer Ingelheim, Wyeth, Roche, Winston, Cipher, Novartis, and Eli Lilly.[7] In addition, Dr. Silver was a clinical investigator on Vioxx® for Merck in the ADVANTAGE trial, and on Merck's hoped-for second generation cox-2 inhibitor, Arcoxia.[8]

Dr. Silver admits he is not a cardiologist, pharmacologist, biostatistician, neurologist, regulatory expert, hematologist/clot expert or pharmacoepidemiologist.[9] His curriculum vitae

---

[6] The Director of the OMC Research Corporation is a member of Merck's Advisory Board.
[7] Draft Deposition of Dr. Silver, attached as Exhibit C and incorporated herein for all purposes, at Pages 10-11.
[8] *Id.* at p. 17.
[9] *Id.* at pp. 9-10.

W:\25000-29999\27115\000\PLD\Daubert\Silver Daubert\Exhibits\Daubert Motion re Dr. David Silver MEMO IN SUPPORT 2005-10-21.doc

4

shows that he has no particular expertise in the area of cardiology or cardiac pathology. Thus, any opinions in these areas would fall outside his area of expertise.

There is nothing about Dr. Silver's qualifications as a rheumatologist that gives him specialized knowledge to opine on the past medical treatment of Richard Irvin, including why he ingested Vioxx®. Specifically, osteoarthritis or rheumatoid arthritis are not diagnosed conditions for Richard Irvin. It was not important for Dr. Silver to know one way or another whether Mr. Irvin had arthritis of any sort.[10]

The presence or absence of a clot in Mr. Irvin's arteries is similarly outside of Dr. Silver's area of expertise as he has no specialized training or experience in these areas.

Third, there were no gastrointestinal issues relating to Mr. Irvin's use of Vioxx that warrant opinion testimony here by Dr. Silver.[11] To the extent Dr. Silver bases any opinion on the

---

[10]   *See* Exhibit C at Page 22 where Dr. Silver states the following:

| | |
|---|---|
| Mr. Robinson: | Do you look at Mr. Irvin as being a rheumatoid arthritis case? |
| Dr. Silver: | I don't know what type of arthritis he had. |
| Mr. Robinson: | Well, did you see anything in the records that made you believe he had rheumatoid arthritis? |
| Dr. Silver: | I see nothing, but he hadn't seen a physician. So I don't think I can comment on that. |
| Mr. Robinson: | If you had to swear under oath that you are certain that he had rheumatoid arthritis, can you do that? |
| Dr. Silver: | No. |
| Mr. Robinson: | Okay. Same for osteoarthritis? |
| Dr. Silver: | No. |

[11]   While there is no contention that Mr. Irvin suffered gastrointestinal problems with other NSAIDs, Dr. Silver opines about the importance of Cox-2 selective inhibition therapy to Mr. Irvin because gastrointestinal problems associated with other NSAIDs made Vioxx an appropriate therapy. This opinion is based upon a 1999 study he read analyzing data before Vioxx® was ever put on market. *See Id*. at Pages 22-23.   Even if the article had some relevance, Dr. Silver does not know whether the numbers he quotes stayed the same or changed thereafter. [*Id*.]. Dr. Silver testified as follows:

| | |
|---|---|
| Mr. Robinson: | And to your knowledge, have those numbers changed up to the present? Have they gone down or up or – to your knowledge? |
| Dr. Silver: | I don't know if that issue has been specifically addressed that I am aware of. |
| Mr. Robinson: | So as of the evidence you have right now, you would say that those numbers have stayed the same? |
| Dr. Silver: | I don't know. … |
| Mr. Robinson: | As far as you know, the numbers, 16,500 that were published in 1999, are – are the |

W:\25000-29999\27115\000\PLD\Daubert\Silver Daubert\Exhibits\Daubert Motion re Dr. David Silver MEMO IN SUPPORT 2005-10-21.doc

5

gastrointestinal tolerability of Vioxx® in his own patient population, such testimony is merely anecdotal and cannot qualify as scientific and reliable data.

Finally, without the requisite cardiology training, nothing about Dr. Silver's practice or medical experience uniquely qualifies him to testify as to the specific cause of Mr. Irvin's thrombotic cardiac event and death. It is not a standard part of his practice and by his own admission, he is neither a pathologist, a cardiologist nor a clot expert.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests that the opinion testimony of Dr. David Silver be excluded, that this motion be granted, and for such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:   (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

|  | same today as they were then? |
|---|---|
| Dr. Silver: | I have no idea.*[Id.]* |

W:\25000-29999\27115\000\PLD\Daubert\Silver DaubertExhibits\Daubert Motion re Dr. David Silver MEMO IN SUPPORT 2005-10-21.doc

6

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 21st day of October, 2005.

W:\25000-29999\27115\000\PLD\Daubert\Silver DaubertExhibits\Daubert Motion re Dr. David Silver MEMO IN SUPPORT 2005-10-21.doc

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| This Document Relates To | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

### NOTICE OF HEARING

Please take notice that, upon the pleadings, the depositions, and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 515 Rusk Street, Suite 8613, Houston, Texas 77002, on the 14th day of November, 2005, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiff's Motion to Exclude Opinion Testimony of Dr. David Silver, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750
**Plaintiffs' Liaison Counsel**

W:\25000-29999\27115\000\PLD\Daubert\Silver DaubertExhibits\Daubert Motion re Dr. David Silver NOTICE OF HEARING 2005-10-21.doc

1

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

W:\25000-29999\27115\000\PLD\Daubert\Silver DaubertExhibits\Daubert Motion re Dr. David Silver NOTICE OF HEARING 2005-10-21.doc

SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED