UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 21  PM 4: 16

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | * |
| | * |
| PRODUCTS LIABILITY LITIGATION | * |
| | * |
| | * |
| This document relates to Case No. 05-4046 | * |
| | * |
| EVELYN IRVIN PLUNKETT, | * |
| as Personal Representative of the Estate of | * |
| RICHARD IRVIN, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| MERCK & CO., INC., | * |
| | * |
| Defendant. | * |
| | * |

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

* * * * * * * * * * * * * * * * *

## DECLARATION OF J. MICHAEL GAZIANO, M.D., M.P.H., IN SUPPORT OF MERCK'S MOTIONS TO EXCLUDE EVIDENCE AND FOR SUMMARY JUDGMENT

J. Michael Gaziano, M.D., M.P.H., under penalty of perjury, declares:

1.      I have been asked by counsel for Merck to provide this declaration in support of Merck's Motions to Exclude Evidence and for Summary Judgment. This declaration concerns the issue of whether VIOXX caused the injuries of decedent Richard Irvin. In preparing this declaration, I have reviewed the plaintiff's complaint, the medical records of Mr. Irvin to the extent they were provided to Merck, the deposition of Christopher Schirmer, M.D., the reports of plaintiff's experts and relevant scientific literature.

2.      I have been asked to interpret the literature on the possible risk of cardiovascular

events associated with VIOXX and other NSAIDs including selective COX-2 inhibitors, and evaluate what caused Mr. Irvin's death. I conclude the following to a reasonable degree of medical certainty: (1) Mr. Irvin's sudden cardiac death was caused by an abnormal heart rhythm as a result of a thrombus in a coronary artery that was the result of long standing coronary heart disease caused by pre-existing cardiovascular risk factors; (2) the scientific data demonstrate no increased prothrombotic effect leading to increased risk of thrombotic cardiovascular events from short-term use of VIOXX, other selective or nonselective NSAIDs; (3) while recent trials raise questions about thrombotic cardiovascular risks following the long-term use of all NSAIDs, it is not clear that there are any differences between VIOXX and other selective COX-2 inhibitors, or between selective inhibitors and traditional NSAIDs, in terms of possible long-term cardiovascular risks; (4) prior to the results from the Adenomatous Polyp Prevention on VIOXX ("APPROVe") trial that Merck publicly disclosed in September 2004, as well as the other large-scale trials that were terminated at the time, the totality of evidence indicated that VIOXX did not increase the risk of thrombotic cardiovascular events.

## I.    Background

3.     I am board certified in cardiology. I received my M.D. from the Yale University School of Medicine in 1987, and my Masters in Public Health from the Harvard School of Public Health in 1993. I completed an internship and residency in Internal Medicine and a fellowship in cardiology at the Brigham and Women's Hospital in Boston, Massachusetts. I currently hold the positions of Associate Professor of Medicine at Harvard Medical School, Chief of the Division of Aging at Brigham and Women's Hospital, Director of Cardiovascular Disease Epidemiology and Co-Director of Clinical Trials of the Division of Preventive Medicine at Brigham and Women's Hospital, and Director of the Massachusetts Veterans Epidemiology Research and Information Center for the Veteran's Administration Boston Healthcare System. I am also the

Chair of the Physicians' Health Study Steering Committee, a large-scale trial that established the

cardiac prophylactic effect of low-dose aspirin.  I have published epidemiological studies on the

renal effects of NSAIDs, and numerous studies, articles, and book chapters on risk factors and

causes of cardiovascular disease.

## II.     Mr. Irvin's Death Was Caused by an Occlusion in a Coronary Artery Resulting in Cardiac Arrest That Was Caused By His Coronary Heart Disease.

4.      Mr. Irvin died of a sudden cardiac arrest due to an abnormal heart rhythm brought

on by a blocked coronary artery resulting from long standing coronary heart disease, which was

the result of cardiovascular risk factors.   The attribution of his death to VIOXX is not

supportable.

5.      Mr. Irvin had moderate to severe coronary heart disease documented on autopsy

after his death.  On May 15, 2001, he "was found unresponsive slumped over sitting in a chair at

his desk at work." (Report of Autopsy, 4109:62078:00002.)  Emergency medical services were

called and emergency personnel found Mr. Irvin in full cardiac arrest.  (Emerg. Dep't Physician

Initial Assessment Form, 4109:62062:00008.)  Emergency medical responders noted that his

heart rhythm was ventricular fibrillation, an abnormal heart rhythm that does not allow the heart

to pump blood resulting in loss of consciousness.  (*Id.*)  He was defibrillated as per protocol and

cardiopulmonary resuscitation was administered.  (Report of Autopsy, 4109:62078:00002.)  He

was transferred to Flagler Hospital Emergency Room where resuscitation attempts were

unsuccessful and he was pronounced dead at 9:02 am.  (*Id.*)  There is minimal history about any

symptoms that occurred prior to the event.

6.      An autopsy was performed on May 16, 2001.  (Report of Autopsy,

4109:62078:00001.)  The final anatomic diagnoses were: "1. Unexpected death, with A)

ventricular fibrillation. B) Attempted cardiopulmonary resuscitation. C) Pulmonary congestion

and edema. D) cerebral edema, slight." (*Id.*) C and D are consequences of the cardiac arrest and attempts at resuscitation. Additional diagnoses included "2. Coronary arteriosclerosis, focally severe, with: A) Acute thrombosis, L.A.D. coronary. B) Cardiomegaly. C) Splenomegaly." (*Id.*) Examination of the heart revealed an enlarged heart of 420 grams. (*Id.* at 4109:62078:00003.) Valves were normal. Examination of the coronary arteries revealed "generalized moderate arteriosclerosis" noting "foci" of 20-40% occlusions by atheromatous plaque. (*Id.*) The left anterior descending (LAD) artery revealed a 60% occlusion 2.2 cm from its origin with a 1.0 cm thrombus proximal to the 60% lesion. (*Id.*)

7.      Mr. Irvin's thrombus and death were the result of moderate to severe coronary heart disease. The coronary heart disease was noted to be moderate to severe on the autopsy report. The likely sequence of events was a disruption of the atherosclerotic plaque in the wall of the LAD artery. This caused a blood clot to form in the artery that blocked the blood from flowing. The lack of blood flow to the region of the heart supplied by the LAD artery in turn deprived the heart muscle of oxygen. Lack of oxygen to part of the heart muscle caused the abnormal rhythm, ventricular fibrillation. This heart rhythm caused the heart to beat in an abnormal fashion and the heart could not effectively pump blood to the rest of the body. This lack of blood flow to the body and brain caused Mr. Irvin to become unconscious. Emergency medical personnel and emergency room staff were not able to stop the abnormal rhythm and restore the normal heart rhythm and Mr. Irvin was pronounced dead. An autopsy of the heart muscle in LAD territory would not appear different from the rest of the heart muscle because of the short time frame.

8.      The events of May 15, 2001 were set in motion many years before. Mr. Irvin had moderate to severe coronary artery disease that resulted from a long process taking many years

4

to develop. It is caused by a combination of inherited and acquired risk factors that can begin to cause changes in the arteries in people in their teens and twenties. It progresses, often silently, for decades. In many cases, like in Mr. Irvin's, a thrombus is the first sign of coronary artery disease. This is not an uncommon event among people like Mr. Irvin given his age, gender and given the fact that he was overweight. It does not appear that he had been evaluated for cardiovascular risk factors as is recommended for men his age. There was evidence in 1998 that he had some stiffening of his arteries. During a visit to the emergency room for a cut on his finger, he was noted to have an elevated blood pressure of 149/90. (Flagler Hosp., 4109:62062:00002.) Also, the autopsy report and records from this hospital visit show that Mr. Irvin weighed approximately 230 pounds and was 6 feet tall and therefore was obese. (*Id.*; Autopsy Report at 4109:62078:00002.)

9.      Mr. Irvin had used VIOXX for no more than a month. Dr. Schirmer prescribed to Mr. Irvin 25 mg of VIOXX daily on April 15, 2001. (Deposition of Christopher Schirmer, M.D., dated Sep. 6, 2005, at 51:1-16; Walgreen's prescription record, 4109:62060:00001.) On April 9, 2001, Dr. Schirmer prescribed other medications (Vicoprofen and methocarbamol) to Mr. Irvin for back and joint pain, but those drugs failed to alleviate Mr. Irvin's pain. (Schirmer Dep. at 37:9-24, 52:14-19; Walgreen's, 4109:62060:00001.) However, Mr. Irvin had tried a few VIOXX pills that he received from a friend and they worked well. (Schirmer Dep. at 52:14-24.) He then asked Dr. Schirmer to give him a prescription for VIOXX. (*Id.*) This limited use of VIOXX did not cause Mr. Irvin's sudden death.

## III.    Coronary Heart Disease and Its Risk Factors

10.     In order to properly evaluate the questions about the cardiovascular effects of VIOXX, selective COX-2 inhibitors, and NSAIDs, it is essential that the data on these agents be

interpreted in light of our current and extensive understanding of heart disease, our knowledge of other risk factors for heart disease, and the scientific process for correctly interpreting data from clinical trials and data from other studies. Therefore, in Section A, I begin with a description of our understanding of heart disease. In Section B, I discuss the various risk factors for heart disease. In Section C, I explain how scientists and in particular epidemiologists interpret scientific data. Later on, in Part IV, I discuss the history of the controversy surrounding the cardiovascular effects of VIOXX, and I explain how the totality of evidence does not support the claim that the short-term use of VIOXX can cause heart attacks, and that there are insufficient data to establish a cause-and-effect relationship between VIOXX and thrombotic events.

### A.      Pathophysiology of Heart Disease

11.      Heart attacks or myocardial infarctions are the death of heart muscle. Heart muscle dies when blood flow to the heart is completely cut off in one of the arteries that feed blood to the heart. These arteries are called the coronary arteries.

12.      Myocardial infarctions are typically the final result of the process of atherosclerosis. Atherosclerosis is a process where plaques composed of cholesterol-lipid-calcium deposits form in the walls of arteries. If those plaques rupture or erode, the body reacts by triggering the clotting process, which leads to the formation of a thrombus (clot). In a myocardial infarction, the thrombus cuts off the blood flow to a region of the heart. This deprives the heart muscle of oxygen. This can cause abnormal heart rhythms that can result in cardiac arrest. If the heart muscle downstream from the completely blocked artery is deprived of oxygen, that heart muscle dies and a scar forms.

13.      The process of the formation of atherosclerotic plaques takes decades. Evidence suggests that early atherosclerotic lesions can develop in an individual in his or her teens and

6

twenties and may not result in any adverse effects until decades later.  The process begins with

damage to the inner lining of our arteries known as the endothelium, a thin layer of cells that line

the walls of arteries.  This damage is caused by factors in the blood such as bad cholesterol.  This

damage to the endothelium allows the movement of lipoprotein (cholesterol-containing) particles

across the endothelium into the artery wall.  As these lipids enter the artery wall, they trigger an

immune response where white blood cells (leukocytes) begin to adhere to and then move into the

artery wall to engulf the lipids.  The leukocytes, having engulfed the lipids, transform into larger

foam cells and result in an inflamed area inside the artery lying underneath the endothelium. (See

Figure 1.)

## FIGURE 1



Schematic of the evolution of the atherosclerotic plaque.  1, Accumulation of lipoprotein particles in the intima.  The modification of these lipoproteins is depicted by the darker color.  Modifications include oxidation and glycation.  2, Oxidative stress including products found in modified lipoproteins can induce local cytokine elaboration.  3, The cytokines thus induce increased expression of adhesion molecules for leukocytes that cause their attachments and chemoattractant molecules that direct their migration into the intima.  4,  Blood monocytes, on entering the artery wall in response to chemoattractant cytokines such as monocyte chemoattractant protein 1 (MCP-1), encounter stimuli such as macrophage colony stimulating factor (M-CSF) that can augment their expression of scavenger receptors.  5,  Scavenger Macrophage foam cells are a source of mediators such as further cytokines and effector molecules such as hypochlorous acid, superoxide anion($O_2^-$), and matrix metalloproteinases.  6, Smooth muscle cells in the intima divide, and other smooth muscle cells migrate into the intima from the media.  7, Smooth muscle cells can then divide and elaborate extracellular matrix, promoting extracellular matrix accumulation in the growing atherosclerotic plaque.  In this manner, the fatty streak can evolve into a fibrofatty lesion.  8, In later stages, calcification can occur (not depicted) and fibrosis continues sometimes accompanied by smooth muscle cell death (including programmed cell death, or apoptosis), yielding a relatively acellular fibrous capsule surrounding a lipid-rich core that may also contain dying or dead cells and their detritus.
LDL = low-density lipoprotein;  IL-1 = interleukin-1.

14.     This inflamed area is an early plaque. The plaque then grows by the movement of

more cholesterol particles and white cells into the inflamed area.  As it grows it forms a partial

blockage limiting but not preventing the flow of blood.  Unless plaques are severe, they may not

even be noticed by a person with a plaque because they do not limit blood flow enough to cause

any symptoms.  Younger plaques are not very stable and can be disrupted.  If the plaque ruptures

or an erosion forms, the overlying endothelium is no longer covering the plaque.  This allows

tissue factor in the plaque to come into contact with the blood stream.  Tissue factor promotes

clot formation.  The resulting clot can block the blood flow and cause a myocardial infarction.

(See Figure 2.)

## FIGURE 2



Mechanisms of plaque disruption.  Advanced atherosclerotic plaques can promote thrombosis by disruption.
Fracture of the plaque's protective fibrous cap accounts for three fourths of fatal coronary thromboses.  *A.*  When
the fibrous cap ruptures, blood with its coagulation factors can contact the tissue factor within the plaque, notably
associated with plaque macrophages, although also found as acellular particles and on smooth muscle cells.  *B.*  The
remainder of fatal coronary plaque disruptions appear to occur because of a superficial erosion of the endothelial
layer exposing the blood and platelets to the subendothelial basement membrane containing platelet activation and
thrombosis.

15.    The endothelium plays an important role in this process.  The endothelium

supplies chemicals that help the blood coagulate and chemicals that act as anticoagulants.  The

anticoagulants include, among others, $PGI_2$, thrombomodulin, nitric oxide, heparin sulfates and t-

PA.  (See Figure 3.)

8

**FIGURE 3**



The endothelial thrombotic balance. This diagram depicts the anticoagulant profibrinolytic functions of the endothelial cell *(left)* and certain procoagulant and antifibrinolytic functions *(right)*. t-PA = tissue type plasminogen activator; PGI₂ = prostacyclin; PA; = plasminogen activator inhibitor; vWf = von Willebrand factor.

(Figures 1-3 are taken from Chapter 30 of Braunwald et al., <u>Heart Disease</u>, 6th edition.)

16.   Atherosclerosis is therefore a disease in which the proper functioning of the endothelium is disrupted. The formation of an occlusive thrombus leading to a myocardial infarction is the consequence of this disruption to the endothelium overlying a plaque that took years and perhaps decades to form.

17.   We now also know that as plaques form they have a life cycle of their own. New plaques are unstable and prone to rupture or erosion. As they age they form a sort of scar or fibrous cap that covers the plaques. Eventually, calcium deposits in the cap. It becomes hard, and as a result the plaque is more stable and is unlikely to rupture. For this reason, the occlusive thrombi that cause heart attacks generally do not occur at the site of older and larger plaques, but at the site of younger, smaller, and therefore unstable plaques. Large stenoses, or narrowings in

the arteries, are not usually the cause of heart attacks but are evidence that the patient may have many other small unstable plaques elsewhere in his coronary arteries. Therefore, a patient with only moderate atherosclerosis is still at risk for a heart attack.

**B.     Risk Factors For Heart Disease**

18.     In addition to this understanding of atherosclerosis at the cellular level, we can identify a variety of factors at the population level that help us predict heart disease, as well as factors that if modified may lower heart disease. Some risk factors cannot be modified. For instance, age, being male, and family history of heart disease are factors that predict risk but cannot be changed. Other factors can be modified by behavior, such as smoking or LDL cholesterol levels through diet and statin therapy (cholesterol-lowering agents).

19.     The American College of Cardiology's Bethesda conferences placed risk factors into four categories according to the likelihood that modification of the factor will result in lower risk. These categories include: (1) factors for which interventions have been proved to reduce risk; (2) factors for which interventions are likely to lower the incidence of events; (3) factors clearly associated with coronary heart disease ("CHD") risk that, if modified, might lower the incidence of coronary events; and (4) factors associated with CHD risk that cannot be modified or, if modified, are not likely to decrease risk. (See Table 1.)

20.     As becomes clear when we look at the list of risk factors included in Table 1, a factor that increases the risk of an event is not the same as a cause. Risk factors predict who will have an event. Simply because a factor is associated with increased risk does not mean the factor plays a causal role in heart disease. For instance, low socioeconomic status is associated with heart disease. Being poor is not likely to be a cause but rather a marker for other factors that cause heart disease.

**TABLE 1**

| TABLE 42-3 | Evidence Supporting the Association of Risk Factors with Cardiovascular Disease, the Usefulness of Measuring Them, and Their Responsiveness to Intervention | | | | |
|---|---|---|---|---|---|
| | Evidence for Association with CVD | | Clinical Association with CVD? | Response to | |
| Risk Factor | Unadjusted | Other Risks | | Completed Controlled Trials | Not Completed Trials |
| **Category I (Risk Factors for which Interventions Have Been Proved to Lower CVD Risk)** | | | | | |
| Cigarette smoking | +++ | ++ | +++ | +++ | ++ |
| LDL cholesterol | +++ | +++ | +++ | +++ | +++ |
| High-fat/high-cholesterol diet | +++ | ++ | ++ | ++ | − |
| Hypertension | +++ | +++ (Stroke) | +++ | + | +++ |
| Left ventricular hypertrophy | +++ | + | ++ | − | ++ |
| **Category II (Risk Factors for which Interventions Are Likely to Lower CVD Risk)** | | | | | |
| Diabetes mellitus | +++ | + | +++ | ++ | +++ |
| Physical inactivity | +++ | ++ | ++ | ++ | − |
| HDL cholesterol | +++ | + | +++ | ++ | + |
| Triglycerides; small, dense LDL | ++ | ++ | +++ | ++ | +++ |
| Obesity | +++ | − | +++ | ++ | + |
| Postmenopausal status (women) | +++ | | +++ | − | +++ |
| **Category III (Factors Associated with Increased CVD Risk that, if Modified, Might Lower Risk)** | | | | | |
| Psychosocial factors | ++ | + | +++ | + | − |
| Lipoprotein (a) | + | − | + | − | + |
| Homocysteine | ++ | − | + | ++ | ++ |
| Oxidative stress | + | − | − | + | ++ |
| No alcohol consumption | +++ | − | ++ | ++ | |
| **Category IV (Factors Associated with Increased CVD Risk but Cannot be Modified)** | | | | | |
| Age | +++ | − | +++ | − | − |
| Male gender | +++ | − | +++ | − | − |
| Low socioeconomic status | +++ | − | ++ | − | − |
| Family history of early-onset CVD | +++ | − | +++ | − | − |

+ = weak, somewhat consistent evidence; ++ = moderately strong, rather consistent evidence; +++ = very strong, consistent evidence; − = poor or nonexistent evidence.  CVD = cardiovascular disease; HDL = high-density lipoprotein; LDL = low-density lipoprotein.
Modified from Pearson TA.  McBride PE, Miller NH, Smith SC:  27th Bethesda Conference:  Matching the intensity of risk factor management with the hazard for coronary disease events.  Task Force 8.  Organization or preventive cardiology service.  J Am Coll Cardiol 27:1039-1047, 1996.

(This table is taken from Chapter 42 of Braunwald et al., <u>Heart Disease</u>, 7th edition.)

21.     Among the major modifiable risk factors for heart disease are elevated LDL cholesterol, low HDL cholesterol, hypertension, glucose intolerance, smoking, physical inactivity and obesity.

22.     It is important to bear in mind with respect to many of these established risk factors for heart disease that the average is not necessarily normal.  Cholesterol levels are a prime example.  There is strong evidence to suggest that even what we accept medically as normal cholesterol levels in the Western world are substantially higher than what is truly optimal

11

for human beings.  Likewise, with many established risk factors like hypertension, elevated cholesterol, glucose intolerance, physical inactivity, smoking, and obesity, the relationship with the risk of heart disease is fairly linear.  In other words, a person with borderline hypertension readings or borderline cholesterol readings is still at increased risk compared to a person with optimal levels even though his levels may not be defined as "high."

23.     Another important consideration in understanding risk of heart disease is to understand the role of borderline risk factors.  A recent study in the *Annals of Internal Medicine* estimated the relative and absolute contributions of five major risk factors – LDL cholesterol, HDL cholesterol, hypertension, glucose intolerance, and smoking, both at elevated and borderline levels, to the total amount of coronary heart disease.  (Vasan RS et al., "Relative Importance of Borderline and Elevated Levels of Coronary Heart Disease Risk Factors," *Ann Intern Med* 2005;142:393-402, attached hereto as Exhibit 1.)  This study analyzed data from the Third National Health and Nutrition Examination Survey (NHANES III), an enormous national survey.  The authors grouped risk factors into three categories:  "optimal," "borderline," and "elevated."  They then estimated the total events among the population in these various risk categories.  The authors found that very few individuals had optimal levels for all five risk factors.  They found that there were large absolute numbers of myocardial infarctions or coronary deaths even among patients with only borderline risk factors.  Among all white males aged 45-64 in the United States, those with only one elevated risk factor can be expected to experience more than 672,000 heart attacks or coronary deaths within ten years, as compared to approximately 183,000 among those with four elevated factors.

24.     The American Heart Association estimates that over 70 million people in the United States suffer from cardiovascular disease.  Cardiovascular disease is the leading cause of

death in the United States, accounting for approximately two out of every five deaths.  In fact, every minute of every day on average, someone will die in this country from cardiovascular disease.  There are a large number of Americans just like Mr. Irvin who have heart attacks every year.  According to American Heart Association statistics there are about 250,000 myocardial infarctions per year among men age 45 to 64.  (AHA, Heart Disease and Stroke Statistics – 2005 Update, *available at* http://www.americanheart.org/downloadable/heart/ 1105390918119HDSStats2005Update.pdf, at 3, 4, 14.)  These heart attacks are caused by the risk factors described above.

###### C.    The Quality of the Data on the Causes of Heart Disease: Hierarchy of Data

25.    As a preventive cardiologist and epidemiologist, my clinical practice and research focus on the discovery and recommendation of agents and behaviors that help prevent heart disease and the identification and discouragement of agents and behaviors that increase the risk of heart disease.

26.    First, it is important to understand how the scientific process works.  We begin analyzing an issue with studies that are "hypothesis generating," that is, studies that do not actually prove that a given intervention causes a known effect in humans, but rather help us determine whether a particular issue merits further study.  For a new intervention, after we conduct an analysis through a variety of different kinds of basic research and human observational studies and develop a better understanding of the issue, we design a randomized placebo-controlled clinical trial to test the effect of the intervention or a randomized comparator trial to compare the effects of different interventions.  Basic research studies examine biological mechanisms.  Basic research includes tests in vivo or in vitro on humans or animals.  Basic research is relied on to understand potential biological mechanisms that could result in a risk of

cardiovascular disease and the biological mechanisms that could result in the prevention of cardiovascular disease. Basic research studies typically provide an insufficient basis for demonstrating a cause-and-effect relationship in humans because the human body is too complex for scientists to predict reliably how a particular biological process will affect a person's health. And animal models, while useful in exploring possible mechanisms, are too different from actual humans to be accurate predictors of how a process in an animal would affect humans. Moreover, it is particularly inappropriate to infer causation from animal studies where such studies are inconsistent with data from clinical trials.

27.     Human physiologic clinical investigation studies are a type of basic research studies that examine biological mechanisms on humans in vivo, typically by measuring changes that occur in the subjects' bodies. They are usually small and do not last long enough to determine whether the subjects experience changes in their health. Because clinical investigations measure changes in the human body without also analyzing the ultimate effect of those changes, they generally cannot be used to demonstrate a cause-and-effect relationship.

28.     In order to determine relationships between a risk factor and chronic disease we need to study the disease in humans. The two types of human studies where we study actual diseases are randomized trials and observational studies. Human observational studies fall below randomized clinical trials on the "hierarchy of data," with different types of observational studies carrying varying weights of persuasiveness based on the conclusions that can be reliably drawn from their outcomes.

29.     Observational epidemiological studies analyze the incidence of a disease within a defined population. We use them to suggest relationships that are subsequently investigated in further epidemiological studies and finally in randomized clinical trials. Observational

14

epidemiological studies fall into two broad categories: descriptive and analytic.

30.     Descriptive studies, which include case reports, ecological studies, and time trends, are the least reliable in establishing a cause-and-effect relationship and are merely hypothesis-generating. Case reports are a simple description of a particular patient's medical condition and his or her history of exposure and disease. Medical recommendations cannot be based on descriptive studies alone because their design prevents adequate control of confounding factors, bias and chance. Case reports are hypothesis-generating but cannot be the basis to establish either a cause-and-effect relationship or a medical recommendation because the data are not being compared against a control.

31.     The two main types of analytic studies are cohort and case-control studies. Case-control studies look at a group of individuals with a disease and an appropriate control group without evidence of that disease and measure the rate of exposure in each group. The limitations of case-control studies include biases in the selection process and inaccuracies in the documentation of risk factors because exposure is ascertained retrospectively.

32.     Cohort studies evaluate subjects before the onset of a disease and then monitor for the development of the disease. Cohort studies are subject to less bias than case-control studies because the exposure is not being determined retrospectively, but both types of studies are subject to various biases and confounding factors because without the randomization and other controls of a clinical trial, a variety of unknown factors can affect the outcome. Cohort studies can be retrospective or prospective. Prospective studies are less subject to bias because the study is designed in advance to collect data needed to answer the question being investigated. Retrospective studies, particularly those using health care databases, rely on information already collected for other purposes which frequently does not include all of the data needed to evaluate

the question and was not collected in ways to minimize confounding.

33.     In some cases, observational epidemiological studies can be used to establish a cause-and-effect relationship. For instance, observational epidemiological studies of tobacco use consistently show that smoking increases the risk of heart disease by several fold. It is unnecessary and unethical to conduct a clinical trial when the relative risk documented in observational epidemiological studies is larger than any potential flaw or confounding factor. However, where the differences being measured are small both in relative and absolute terms or where the observational epidemiological studies are contradictory, the evidence is insufficient to infer a causal relationship without randomized clinical trial data.

34.     In a randomized clinical trial, participants are picked according to specific criteria designed to make the outcome more reliable. The participants are randomly assigned to treatment groups. By selecting the groups randomly, scientists attempt to balance in each group factors that could affect the results of the trial. Next, in a placebo-controlled clinical trial, one group is exposed to the intervention and the other group is given a placebo (essentially a sugar pill). Then, some predetermined clinical outcome is measured – for example, heart attacks or gastrointestinal bleeding. Once a certain predetermined number of outcomes occur or a predetermined period of time goes by, the trial is over. Each of these features of a randomized clinical trial is designed to eliminate bias and reduce confounding factors. Randomized placebo-controlled clinical trials are generally the most reliable type of scientific evidence. Randomized placebo-controlled clinical trials are considered to be the "gold standard" for determining causal relationships because they allow the researcher to determine whether the observed findings are attributable to the drug of interest as opposed to the comparator agent. In determining complex issues like medical causation, scientists generally must conduct randomized placebo-controlled

clinical trials before they can state, to a reasonable degree of medical certainty, that a particular dose of a drug is capable of causing a specific injury.

35.     Clinical trials using a comparator drug are more challenging than placebo-controlled clinical trials.  When an active comparator is used, any differences which might be observed in the outcome between the patients taking the study drug and patients taking the active comparator can be explained either by effects of the study drug or by effects of the active comparator.  This is especially true when the effect of the comparator has not been clearly established.

36.     In many cases, data from individual studies do not yet provide definitive answers to a novel question.  In this case, it is useful to combine data from all available studies in order to derive insights that individual studies could not provide.  Meta-analyses and systematic reviews can provide valuable insights and point to new questions provided that they are complete and adhere to current standards.

## IV.    The Data Show No Cardiovascular Risk Associated With the Short-Term Use of VIOXX.

### A.    Historical Perspective on Cardiovascular Effects of Selective COX-2 Inhibitors

37.     Traditional non-steroidal anti-inflammatory drugs ("NSAIDs") work by inhibiting cyclooxygenase (COX), a key enzyme responsible for the production of prostaglandins and thromboxanes.  Prostaglandins and thromboxanes are produced in a variety of tissues throughout the body and serve a variety of functions.

38.     It was initially thought that only one form of COX existed.  However, in the early 1990s, two isoforms of COX were identified and designated COX-1 and COX-2.  Scientists theorized that COX-1 is responsible for the synthesis of prostaglandins that serve homeostatic or

"housekeeping" physiologic functions, while COX-2 is responsible for the synthesis of prostaglandins that play a role in pain, inflammation, and fever. Therefore, some scientists postulated that by specifically inhibiting COX-2, and sparing the function of COX-1 (both of which are blocked by most traditional NSAIDs) one could inhibit pain, inflammation, and fever while preserving the physiologic functions of the prostaglandins. New agents that could specifically inhibit COX-2 while having less of an effect in blocking COX-1 were developed.

39.      Various scientists had postulated certain clinical effects of these new selective agents. First, it was hypothesized that a COX-1 sparing inhibitor could be an effective analgesic and anti-inflammatory agent while possibly circumventing some serious side effects from traditional NSAIDs. In particular, it was hoped that a selective COX-2 inhibitor would reduce the risk of serious gastrointestinal side effects from NSAIDs that result in numerous deaths and hospitalizations each year and reduce the effectiveness of NSAIDs as a treatment. Others postulated this selectivity for COX-2 might have beneficial or harmful effects in terms of cardiovascular disease. Some proposed that blocking COX-2 could increase the risk of acute thrombotic events while others reasoned that these agents would lower the risk of thrombotic cardiovascular events by decreasing inflammation in the artery wall. One prominent investigator proposed a large trial to determine if VIOXX would lower the risk of thrombotic cardiovascular events in patients with known cardiovascular disease.

40.      All of these hypotheses were intriguing but required the type of confirmation that could come only from large-scale trials. A number of trials were undertaken to determine if these new agents were effective and at the same time would reduce the risk of GI bleeding complications. At the same time, data were collected on cardiovascular disease to determine if there was an effect in either direction. As I will demonstrate below, the expected reduction in

risk of GI bleeding compared with other NSAIDs was demonstrated in several trials. However, the issues regarding cardiovascular effects are not yet clear from the existing data and require further investigation. The VIOXX GI Outcomes Research Study (VIGOR) raised some questions about thrombotic cardiovascular events. With the early success in terms of GI tolerability of these new drugs, several longer-term studies (over years) were undertaken and have provided additional data. These studies are among the longest done with any NSAIDs and as I will discuss below raise new questions about the long-term use of all NSAIDs.

**B.      Basic Research on the Possible Cardiovascular Effects of Selective COX-2 Inhibitors**

41.      It is widely believed that in platelets, thromboxane is produced by COX-1. Thromboxane is involved in platelet aggregation. Aspirin and traditional non-selective NSAIDs inhibit COX-1 in the platelet and therefore can inhibit platelet aggregation. Aspirin binds permanently to the platelet and therefore inhibits the platelet for its entire life of approximately ten days. Traditional NSAIDs do not bind permanently, and thus their clinical effect on platelet inhibition varies and depends on factors like the extent of platelet inhibition, dose, and duration of the inhibitory effect. VIOXX, by contrast, as a selective COX-2 inhibitor, appears to have no effect on thromboxane.

42.      Around 1997, in a study by Dr. Garrett FitzGerald, VIOXX was given to healthy volunteers. (Catella-Lawson F et al., "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics and Vasoactive Eicosanoids," *J Pharmacol Exp Ther* 1999 May;289(2):735-41, attached hereto as Exhibit 2.) The study measured a significant decrease in a urinary metabolite of prostacyclin, a product of COX-1 and COX-2. Prostacyclin appears in many tissues throughout the body, including, among others, the lungs, kidney, brain, sex organs and, as noted above, the endothelium. Dr. FitzGerald hypothesized that the prostacyclin

metabolite was a good marker for systemic prostacyclin. He further hypothesized that if the prostacyclin reduction was coming from the endothelium, selective COX-2 inhibition could leave thromboxane unopposed which could in turn lead to thrombotic events. I will refer to this hypothesis as the "Prothrombotic Hypothesis."

43.     It is important to note that the Prothrombotic Hypothesis relies on a number of unproven assumptions. First, a major problem with this theory is that most non-selective NSAIDs do not inhibit platelet activity sufficiently to demonstrate any real effect in preventing heart attacks. For aspirin to do its job it needs to prevent nearly all of the thromboxane production. Since traditional NSAIDs do not bind permanently to COX-1 and have only an intermediate effect on platelets, they cannot act as a substitute for aspirin. If blocking COX-2 is an issue for the selective agents, it is hard to imagine how a traditional NSAID would not have the same issue because they do not really offer an effective anti-thrombotic effect.

44.     Second, as previously mentioned, the actual source of prostacyclin reduction observed by FitzGerald is unknown. For the Prothrombotic Hypothesis to be correct, the reduction must come from the endothelium. Third, the Prothrombotic Hypothesis assumes that only partial inhibition of prostacyclin is needed to have a clinical effect since the data showed that not all prostacyclin was inhibited. Fourth, the Prothrombotic Hypothesis assumes that there is a critical balance between prostacyclin and thromboxane that is being upset. To date, none of these assumptions have been definitively established. For example, some studies in animals and healthy volunteers have associated prostacyclin production in the endothelium with COX-1, not COX-2. (Singer II et al., "COX-1 is the major isoform of cyclooxygenase co-localized with prostacyclin synthase in normal dog aortic endothelium," (abstract) *Inflamm Res* 2003; 52:588, IS/18, attached hereto as Exhibit 3; Wong E et al., "Effects of COX-2 inhibitors on aortic

prostacyclin production in cholesterol-fed rabbits," *Atherosclerosis* 2001;157:393-402, attached

hereto as Exhibit 4; Tuleja et al., "Effects of Cyclooxygenase-1 and –2 Inhibitors on the Balance

of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in

Healthy Men," *Atherioscler Thromb Vasc Biol* 2003 Jun 1;23(6):1111-15; attached hereto as

Exhibit 5.)

45.     The Prothrombotic Hypothesis suggests that the COX-1 sparing agents are

different from the nonselective traditional nonsteroidals because the COX-2 inhibitory effect is

not opposed by the effect of COX-1 inhibition.  Like many hypotheses in medicine, the

Prothrombotic Hypothesis implicates a number of highly complicated physiological processes.

In addition to the basic research and animal studies described above, the question of whether the

Prothrombotic Hypothesis had any actual clinical significance required examination of

observational studies and randomized trials in humans.

46.     An additional hypothesis that bears mentioning at this time is the hypothesis that

selective COX-2 inhibitors are cardioprotective.  Selective COX-2 inhibitors such as VIOXX are

anti-inflammatory agents, and scientists theorized that by reducing inflammation VIOXX would

have a salutary effect on atherosclerosis, a cardiovascular condition associated with

inflammation.  Studies measuring levels of C-reactive protein (CRP), an inflammatory marker,

suggest that a reduction in CRP is associated with a reduction in cardiovascular events.  As

recently as August 2004, scientists published a study demonstrating that patients with ischemic

heart disease had lower CRP levels after 6 months of therapy on VIOXX, and the authors called

for further study on the benefit of selective COX-2 inhibitors in patients with ischemic heart

disease.  (Bogaty P, et al., "Impact of Prolonged Cyclooxygenase-2 Inhibition on Inflammatory

Markers and Endothelial Function in Patients With Ischemic Heart Disease and Raised C-

Reactive Protein," *Circulation*, 2004 Aug;110:934-939, attached hereto as Exhibit 6.)  In a recent

report, inhibition of COX-2 from certain white blood cells in laboratory mice reduced the

development of early atherosclerotic lesions.  (Burleigh ME et al., "Cyclooxygenase-2 promotes

early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice," *J Mol Cell*

*Cardiol.* 2005 Sep;39(3):443-52, attached hereto as Exhibit 7.)  These and similar studies

underscore the absence of any consensus on what, if any, effect selective COX-2 inhibitors might

have on the cardiovascular system.

47.     There are some established cardiovascular effects of all NSAIDs based on short-

term physiologic studies.  Most if not all NSAIDs cause salt and fluid retention and may raise

blood pressure on susceptible patients.[1]  In some patients with underlying damage to the heart

muscle where the heart's ability to pump blood is diminished, the retention of salt and water can

overwhelm the heart's ability to pump and fluid can back up in the lungs.  This is known as

congestive heart failure.  This needs to be distinguished from thrombotic events.  This is not a

heart attack and does not involve a blood clot blocking an artery.  With respect to salt and fluid

retention, the selective agents are very similar to the traditional NSAIDs and this effect is

generally believed to be dose-dependent.  This effect of most or all NSAIDs is well-known to

physicians.  To the extent that any long-term effects are mediated by these effects, we would not

expect there to be a difference between equivalent doses of the selective and the nonselective

NSAIDs.

48.     In summary, the basic science and human physiologic studies generate a number

of hypotheses.  First, could the selective agents lower the risk of GI side effects and events?

---

1.   As discussed more fully below, at Paragraph 113, it is important to distinguish NSAID induced increases in
     blood pressure from the disease of primary hypertension.

Second, do the selective agents have an acute prothrombotic, anti-aspirin effect such that short-term use would increase the risk of thrombotic cardiovascular events, and in this way are they different from the nonselective agents? Third, could these selective agents prevent or delay vascular disease? Fourth, based on an understanding of the physiologic effects of all NSAIDs in raising blood pressure another question emerged: do all NSAIDs increase the risk of thrombotic cardiovascular events when used for long periods of time? These questions can be raised by this basic research but answers can only come from a sufficient number of large-scale human observational studies and well-designed randomized clinical trials.

### C.      Observational Studies

49.      One avenue for further exploring the questions raised by these basic research studies is through observational studies. A number of observational epidemiological studies were conducted to shed additional light on the findings of VIGOR. As discussed below, the epidemiological studies often drew data from databases of health care plans. These types of studies generally provide weak evidence with respect to a cause-and-effect relationship because it is impossible in such studies to fully control for confounding factors.

50.      In October 2002, Ray et al. published a retrospective cohort study, using the Tennessee Medicaid database, that assessed the occurrence of serious coronary heart disease (CHD), defined as acute myocardial infarction or cardiac death, in patients taking VIOXX, Celebrex, or other NSAIDs. (Ray WA et al., "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease," *Lancet* 2002 Oct 5;360(9339):1071-73, attached hereto as Exhibit 8.) Among 251,046 NSAID users and 202,916 non-users there were 5,316 events. Use of VIOXX at doses greater than 25 mg was associated with 1.93 relative risk (95% CI, 1.09-3.43) of serious CHD among patients who were "new users" compared with non-

users of NSAIDs.  This result was based on only 12 exposed cases.  There was no evidence of increased risk among users of selective COX-2 inhibitors in general or among users of VIOXX at all doses or among users of 25 mg or less, or among users of Celebrex, naproxen or ibuprofen. The finding among the very small subgroup of 50 mg users must be interpreted cautiously for several reasons, including the small number of events, the limitations inherent in observational studies, and the likelihood that patients prescribed 50 mg doses of VIOXX tend to be less healthy than patients who do not have the need for any NSAID (see below).

51.     In February 2003, Mamdani et al. published a population-based, retrospective cohort study among 66,964 elderly patients taking selective COX-2 inhibitors, naproxen and non-aspirin NSAIDs and 100,000 controls not using these drugs, using administrative databases in Ontario, Canada.  (Mamdani M et al., "Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly," *Arch Intern Med.* 2003 Feb 24;163(4):481-6, attached hereto as Exhibit 9.)  A total of 701 events occurred during the study period.  This study observed no difference in the rates of acute myocardial infarction (MI) among the drugs studied nor did it observe any differences between users of selective COX-2 inhibitors or VIOXX and the controls not using NSAIDs.

52.     In June 2003, the UK Drug Safety Research Unit published a prescription-event monitoring study, a type of observational cohort study, to compare the incidence rates of selected thromboembolic (cardiovascular, cerebrovascular and peripheral venous thrombotic) events reported for patients prescribed VIOXX and meloxicam (Mobic) in general practice.  (Layton D et al., "Comparison of the incidence rates of thromboembolic events reported for patients prescribed VIOXX and meloxicam in general practice in England using prescription-event monitoring (PEM) data," *Rheumatology (Oxford)*, 2003 Nov;42(11):1342-53 (published

electronically on June 27, 2003), attached hereto as Exhibit 10.)  Adjusting for age and gender, the relative risk for VIOXX compared to meloxicam for cerebrovascular events was 1.68 (95% CI 1.15, 2.46), for peripheral venous thrombotic events 0.29 (95% CI, 0.11, 0.78), and for cardiovascular thromboembolic events 1.38 (95% CI 0.71, 2.67).  The authors concluded that compared to meloxicam, VIOXX was associated in the study with an increase in the rate of cerebrovascular events, a reduction in peripheral venous thrombotic events, and no difference in the rate of cardiovascular thromboembolic events.   The incidence of these three types of events was low (less than 0.5%).  In addition, the nature of the data collection process, the low rate of participation, and the comparison of data from two different calendar periods make these results particularly difficult to interpret.

53.     In May 2004, Solomon et al. published a retrospective case-control study to assess the risk of acute MI among users of VIOXX, Celebrex, and NSAIDs among 54,475 elderly recipients of Medicare in New Jersey and Pennsylvania.  (Solomon DH et al., "Relationship Between Selective Cyclooxygenase 2 Inhibitors and Acute Myocardial Infarction in Older Adults," *Circulation* 2004 May 4;109(17):2068-73, attached hereto as Exhibit 11.)  This study did not find a statistically significant difference between the rates of myocardial infarction among VIOXX users and non-users of NSAIDs (odds ratio 1.14, 95% CI, 1.00 – 1.31), nor between VIOXX users and users of nonselective NSAIDs.  These are the main findings of the study.  The study did find an increased risk associated with VIOXX when compared with Celebrex but that risk disappeared after the first 90 days of use.  Cutting the data to look at the effects during the first 90 days was arbitrary and any finding from this small post-hoc subgroup analysis may be the result of chance.  In addition, in the subgroup of patients with a previous acute MI, the study found no increased risk compared to Celebrex.

54.     The Solomon study also had several limitations.  Because it used records from a Medicare database it lacked the ability to adjust for all possible risk factors.  ("Several variables of interest were not available within the study database, including body mass index, tobacco use, aspirin use, and socioeconomic status." *Id.* at 2069.)  Additionally, the study found no decreased risk of acute MI associated with statins, and a decreased risk associated with hormone replacement therapy.  These results contradict the findings from randomized clinical trials, and are further evidence that results from this study are highly confounded.

55.     Several additional retrospective observational studies using health care related databases have been published.  In January 2005, Shaya et al. published a case-control study comparing risk of the APTC endpoint among users of selective COX-2 inhibitors and users of NSAIDs other than naproxen, in a high-risk Medicaid population.  (Shaya et al., "Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population," *Arch Intern Med.* 2005 Jan 24;165(2):181-6, attached hereto as Exhibit 12.)  This study found no increased risk associated with selective COX-2 inhibitors compared to non-naproxen NSAIDs (adjusted odds ratio ("OR") 1.09, 95% CI 0.90-1.33).  In February 2005, Kimmel et al. demonstrated no increased risk of MI among all users of selective COX-2 inhibitors compared with non-users of NSAIDs in a case-control study.  (Kimmel SE et al., "Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction," *Ann Intern Med.* 2005 Feb 1;142(3):157-64, attached hereto as Exhibit 13.)  In fact, there was a trend toward a protective effect (OR 0.73, 95% CI 0.49-1.07).  In addition, there was an overall protective effect of nonselective NSAIDs (OR 0.61, 95% CI 0.52-0.71).  These effects did not seem to be modified by aspirin use, suggesting a mechanism other than an aspirin effect or confounding as an explanation for these findings.  If NSAIDs were functioning through an

aspirin-like effect this would not be apparent among aspirin users. VIOXX users had no statistically significant increase in risk (OR 1.16, 0.70-1.93) and Celebrex users had lower risk (OR 0.43, 95% CI 0.23-0.79) compared with non-users. Thus, when VIOXX was compared with Celebrex there was an excess risk. In contrast, Harrison-Woolrych conducted an analysis of prescription data in New Zealand demonstrating no increase in risk with VIOXX compared with Celebrex (adjusted hazard ratio for Celebrex vs. VIOXX 0.94, 95% CI 0.51-1.70). (Harrison-Woolrych M et al., "Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: interim results from the New Zealand Intensive Medicines Monitoring Programme." *Drug Saf.* 2005;28(5):435-42, attached hereto as Exhibit 14.) In February 2005, Graham et al. published a case-control study of the Kaiser Permanente healthcare database comparing the risk of acute MI and sudden cardiac death among users of celecoxib, ibuprofen, naproxen, VIOXX, and other NSAIDs.[2] (Graham DJ et al., "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study," *Lancet* 2005 Feb 5(9458);365:475-81, attached hereto as Exhibit 15.) This study reported an adjusted odds ratio of 3.00 (95% CI 1.09-8.31) for VIOXX > 25 mg compared with remote use of any NSAID, based on 10 exposed cases; no significant risk was associated with VIOXX = < 25 mg.

56.     In April 2005, Levesque et al. conducted a retrospective cohort study using Quebec's administrative health database. (Levesque LE et al., "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults," *Ann Intern*

---

[2] Observational studies of the same Kaiser Permanente healthcare database had been presented earlier in abstract form by Levy GD et al. in 2002 and Campen DH et al. in 2003. These abstracts appear not to be independent studies. Graham et al. is discussed here as inclusive of the two earlier abstracts.

*Med.* 2005 Feb 8 attached hereto as Exhibit 16.)  In general, any use of NSAIDs was not

associated with MI (adjusted rate ratio 0.91, 95% CI 0.77-1.09).  Any use of VIOXX or Celebrex

was also not associated with risk of MI (VIOXX:  0.97, 95% CI 0.85-1.10, Celebrex:  1.00, 95%

CI 0.88-1.13).  In the subset of current users, a modest excess risk was noted for current users of

VIOXX (1.24, 95% CI 1.05 -1.46) but not Celebrex (0.99, 95% CI 0.85-1.16).  In a very small

subset of higher current dose VIOXX users, there was an apparent excess risk (1.73, 95% CI

1.09-2.76); however, this was based on 21 myocardial infarctions in a cohort of over 113,000

patients.  In May 2005, Johnsen et al. reported results from a population-based case-control study

in Denmark.  (Johnsen SP et al., "Risk of Hospitalization for Myocardial Infarction Among

Users of Rofecoxib, Celecoxib, and Other NSAIDs: A Population-Based Case-Control Study,"

*Arch Intern Med.* 2005 May 9;165(9):978-84, attached hereto as Exhibit 17.)  They demonstrated

that current and new users of several selective and nonselective NSAIDs were associated with an

increased risk of hospitalization for MI.  (*See id.* at Table 2.)  In June 2005, Hippisley-Cox and

Coupland, using data from 367 general practices in the UK, demonstrated modest significant

increases in risk of MI among those prescribed rofecoxib (OR 1.32, 95% CI 1.09-1.61),

diclofenac (OR 1.55, 95% CI 1.39-1.72), and ibuprofen (OR 1.24, 95% CI 1.11-1.39) and trends

toward increasing risk for other selective and nonselective NSAIDS.  (Hippisley-Cox J et al.,

"Risk of myocardial infarction in patients taking cyclooxygenase-2 inhibitors or conventional

non-steroidal anti-inflammatory drugs: population based nested case-control analysis," *BMJ.*

2005 Jun 11;330(7504):1366, attached hereto as Exhibit 18.)  In October 2005, Sudbo et al.

reported results from a nested case-control study within a cohort of heavy smokers in Norway.

(Sudbo J et al, "Non-steroidal anti-inflammatory drugs and the risk of oral cancer:  a nested case-

control study," *Lancet* 2005;366:1369-1366, Epub Oct. 7, 2005, attached hereto as Exhibit 19.)

The study found that long-term use of nonselective NSAIDs was associated with an increased risk of death due to cardiovascular disease (adjusted hazard ratio 2.05, 95% CI 1.33–3.16), and a decreased risk of oral cancer (HR 0.47, 95% CI 0.37-0.60).

57.     All of the epidemiological studies discussed above suffer to some extent from limitations of observational studies using health care databases.  These types of studies cannot measure or completely control for differences in characteristics of the groups being compared.  It is known that selective COX-2 inhibitors are preferentially prescribed over non-selective NSAIDs to older patients and to those with a higher baseline risk of MI (i.e., "channeling"). (Zhao SZ et al., "Baseline risk of cardiovascular disorders among new users of ibuprofen, naproxen, diclofenac, and celecoxib" (abstract) *Ann Rheum Dis* 2002;61(Suppl 1):341, attached hereto as Exhibit 20; Wolfe F et al., "Increase in lifetime adverse drug reactions, service utilization, and disease severity among patients who will start COX-2 specific inhibitors," *J Rheumatol* 2002;29(5):1015-22, attached hereto as Exhibit 21; Gimeno V et al., "Gastrointestinal and cardiovascular characterization of users of valdecoxib and other COX-2 specific inhibitors," [Abstract] *Pharmacoepidemiol Drug Saf* 2004;13:S236, attached hereto as Exhibit 22; Teeling M et al., "Are Cox-2 selective inhibitors preferentially prescribed in patients on aspirin therapy?", [Abstract] *Pharmacoepidemiol Drug Saf* 2004;13:S286, attached hereto as Exhibit 23.)  While the studies described have attempted to control for differential prescribing of selective COX-2 inhibitors and NSAIDs, limited information is available from claims databases to allow for complete control of such differences.  These studies also lack information regarding important potential confounders, such as use of over-the-counter medications (e.g., aspirin or other NSAIDs), cigarette smoking, alcohol consumption, physical activity, and diet.  Because these studies rely on databases of medical information collected primarily for insurance purposes,

misclassification of outcomes resulting from the lack of endpoint verification through clinical

chart review can be a major problem in many of these studies. In addition, it is generally

accepted that small relative risks (i.e., <2.0) in observational studies may easily arise due to

confounding or bias, as discussed by Dr. Robert Temple of the FDA. (Temple R, "Meta-analysis

and epidemiologic studies in drug development and postmarketing surveillance," *JAMA* 1999

Mar 3;281(9):841-4, attached hereto as Exhibit 24.)

    58.    The observational data described above does not give us a clear answer to the

questions raised by the basic research. There is no consistent finding regarding class of agent.

Some studies suggest a protective effect of NSAIDs, while others show no effect, while still

others show excess risk. Similarly, certain studies demonstrate a protective effect of selective

NSAIDs while others demonstrate neutral or harmful effects when compared with no use of

NSAIDs. Results are also inconsistent when use of selective agents is compared with that of

nonselective ones, or to each other. Analyses of specific agents are not consistent either, and are

based on small subsets. Analyses of specific doses are based on extremely small subsets of users

and must therefore be interpreted with extreme caution. There are no consistent findings on dose

or duration of use. For example, in Ray et al., VIOXX only at doses greater than 25 mg was

associated with a significant increased risk of serious coronary heart disease among patients who

were "new users" compared with non-users of NSAIDs. In Solomon et al., VIOXX (all doses

combined) was associated with a significantly increased risk of acute MI compared to Celebrex

(all doses combined). However, this increased risk was demonstrated only during the first 90

days of use, after which the risk was similar. The authors also noted a difference between

VIOXX and no NSAID use although this difference did not reach statistical significance

(p=0.054). The authors also reported findings for statins and hormone replacement therapy at

odds with accepted randomized clinical trial evidence.  In Graham et al., VIOXX only at doses greater than 25 mg was associated with increased risk compared to "remote" NSAID use, based on an extremely small number of events.  Therefore, the comparative observational studies do not provide clear conclusions about the cardiovascular safety profile of VIOXX.

59.    Clearly, more observational data will emerge.  Higher quality data from large-scale prospective studies are needed.  However, given the modest risks observed and the limitations of the current data derived largely from clinical and administrative databases, the only way to fully understand the relationship of NSAIDs with thrombotic cardiovascular events addressing the questions raised by the basic research is through large-scale trials.

### D.    Randomized Trials

60.    In 1999-2000, Merck conducted the VIOXX GI Outcomes Research Study (VIGOR), a randomized clinical trial designed to assess whether VIOXX significantly reduced the risk of gastrointestinal perforations, ulcers, and bleeds compared to naproxen, a traditional NSAID sold over the counter as Aleve.  The results of VIGOR were made public in March 2000 and published in a peer-reviewed journal in November 2000.  (Bombardier C et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," *N Engl J Med* 2000;343:1520-1528, attached hereto as Exhibit 25.)  Almost 8,100 patients participated in VIGOR.  Over a treatment period averaging nine months, 4,047 patients with rheumatoid arthritis received a daily dose of 50 mg of VIOXX – twice the highest recommended chronic dosage – and 4,029 patients received a common therapeutic prescription dose of naproxen.

61.    The VIGOR data confirmed that patients taking VIOXX experienced significantly fewer serious gastrointestinal perforations, ulcers and bleeds than patients taking naproxen.  The

data also showed, however, that the naproxen group experienced fewer serious thrombotic cardiovascular events, adjudicated in accordance with Merck's standard operating procedure, than the VIOXX group over a treatment period averaging nine months.  The number of VIOXX users who experienced such events was 45 compared to 19 naproxen users, with myocardial infarctions – 20 on VIOXX compared to 4 on naproxen – accounting for most of the difference. ("Rofecoxib:  FDA Advisory Committee Background Information," *available at* http://www.fda.gov/ohrms/dockets/ac/05/briefing/2005-4090B1_02_MERCK-Vioxx.pdf, ("FDA 2005 Background") at 80.)  Although the additional number of events for VIOXX was not large in relation to the size of the treatment group – 26 incremental events in 4,000 patients – the difference was statistically significant.

62.    The cardiovascular data from VIGOR were difficult to interpret for a variety of reasons.  First, VIGOR compared VIOXX to naproxen rather than placebo, and basic research and human observational studies indicated that naproxen may have cardioprotective effects.  An early animal study by Smith et al. found that naproxen significantly reduced arachidonic acid-induced platelet aggregation and prevented an increase in thromboxane levels during myocardial ischemia.  (Smith EF et al., "Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:  efficacy of the nonsteroidal anti-inflammatory agent, naproxen," *Am Heart J* 1981 Apr;101(4):394-402, attached hereto as Exhibit 26.)  A randomized placebo-controlled trial of flurbiprofen, a long-acting NSAID like naproxen, found that it was effective in preventing rethrombosis after cardiac angioplasty. (Brochier ML, "Evaluation of Flurbiprofen for Prevention of Reinfarction and Reocclusion After Successful Thrombolysis or Angioplasty in Acute Myocardial Infarction" *Eur Heart J* 1993 Jan; 87:951-7, attached hereto as Exhibit 27.)  Another randomized placebo-controlled trial found that

indobufen, another nonselective NSAID, significantly reduced the risk of serious cardiovascular events in patients with heart disease. (Fornaro G et al., "Indobufen in the Prevention of Thromboembolic Complications in Patients With Heart Disease: a Randomized, Placebo-Controlled, Double-Blind Study," *Circulation* 1993 Jan; 87:162-64, attached hereto as Exhibit 28.) Van Hecken et al. published a placebo-controlled ex vivo blood assay study of a number of nonselective NSAIDs and selective COX-2 inhibitors, which found that naproxen sodium at 550 mg twice daily caused 95% platelet inhibition during the entire dosing interval, a level comparable to that of aspirin. (Van Hecken A et al., "Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in Healthy Volunteers," *J Clin Pharmacol* 2000 Oct; 40:1109-1120, attached hereto as Exhibit 29.) Therefore, the hypothesis that naproxen has a cardioprotective effect could not be dismissed as an explanation for the cardiovascular results in VIGOR. In addition, as discussed below, Merck systematically pooled and later published the cardiovascular data from clinical trials of VIOXX. That data strongly supported the naproxen explanation for the VIGOR results.

63.     Second, the actual number of cardiovascular events in VIGOR was small and the confidence interval around the relative risk estimate was wide. The lower bound of the estimate was 1.39 and the upper bound was 4.00. (FDA 2005 Background at 79.) Given the uncertainty inherent in analysis of non-prespecified endpoints in a study, and the wide confidence interval around the relative risk estimate in VIGOR, it is likely that the effect of chance, in addition to the cardioprotective effect of naproxen, explains the size of the effect observed.

64.     The Celecoxib Long-term Arthritis Safety Study ("CLASS") was a large-scale trial designed to test the gastrointestinal safety of Celebrex. (White WB et al., "Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor,

versus ibuprofen or diclofenac." *Am J Cardiol.* 2002 Feb 15;89(4):425-30, attached hereto as

Exhibit 30.) This study did not demonstrate an excess risk of thrombotic cardiovascular events

among those assigned to Celebrex compared with nonselective NSAIDs (RR 1.1, 95% CI 0.7-

1.16). Among the subgroup of patients not taking aspirin the results were similar (RR 1.1, 95%

CI 0.6-1.9); the Kaplan-Meier plot for this group is shown at Figure 4.

**FIGURE 4**



Kaplan-Meier analyses of time to thromboembolic events in patients not taking aspirin from the
CLASS trial. A, celecoxib versus the combined nonsteroidal antiflammatory agents (NSAIDs)
ibuprofen and diclofenac combined (p = 0.973 celecoxib vs NSAIDs). (Ex. 30, White WB et al., at
429.)

65.     In addition to clinical trials of VIOXX exploring gastrointestinal safety, several

trials were undertaken to test for a beneficial effect in treatment for Alzheimer's Disease. These

studies provided information on thrombotic cardiovascular events. As demonstrated in the

Kaplan-Meier plots, there was an early trend toward cardiovascular protection, which did not

persist. (See Figure 5.) Overall, there was no increase or decrease in cardiovascular risk

associated with VIOXX. The combined relative risk for confirmed thrombotic cardiovascular

events was 1.01 (95% CI 0.67-1.53). (FDA 2005 Background, at 114.)

**FIGURE 5**

Kaplan-Meier Estimates of Cumulative Incidence (95% CI) of



Thrombotic Cardiovascular Serious Adverse Experiences
Protocols 078 and 091 (Final Data Jun-2003)

| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 1069 | 878 | 707 | 415 | 318 | 226 | 185 |
| Placebo | 1074 | 939 | 797 | 463 | 385 | 283 | 243 |

(FDA 2005 Background, at 115.)

66.    In August 2004, the results of TARGET, a large randomized clinical trial of

lumiracoxib, a COX-2 inhibitor manufactured by Novartis, were published. (Farkouh ME et al.,

"Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research

and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomized controlled

trial," *Lancet* Aug 2004 21;364:675-684, attached hereto as Exhibit 31.)  TARGET consisted of

two subtrials:  one comparing lumiracoxib to ibuprofen, and the other comparing lumiracoxib to

naproxen.  In the comparison between lumiracoxib and ibuprofen, there were 5 myocardial

infarctions in the lumiracoxib arm compared to 7 in the ibuprofen arm.  In the comparison

between lumiracoxib and naproxen, there were 18 myocardial infarctions in the lumiracoxib arm

compared to 10 in the naproxen arm.  For the composite cardiovascular endpoint, there were 19

events in the lumiracoxib arm compared to 23 in the ibuprofen arm.  In the lumiracoxib versus

35

naproxen sub-study, there were 40 cardiovascular events in the lumiracoxib arm compared to 27 in the naproxen arm.  These results did not reach statistical significance, but the pattern is similar to comparisons between VIOXX and naproxen and VIOXX and non-naproxen NSAIDs.

67.     The results of the TARGET study are consistent with an earlier open-label crossover study of low-dose aspirin and naproxen given at 500 mg twice daily.  (Capone ML et al., "Clinical Pharmacology of Platelet, Monocyte and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy Subjects," *Circulation* 2004 Mar 30;109(12):1468-71, attached hereto as Exhibit 32.)   This study found that platelet inhibition from naproxen up to twelve hours after dosing was at approximately the same level as platelet inhibition induced by aspirin.

68.     Thus, by September 2004, the totality of data weighed heavily in favor of the view that VIOXX did not have an acute prothrombotic effect leading to thrombotic cardiovascular events.  In September 2004, the initial results of the APPROVe study were made public, and preliminary results were presented on October 18, 2004 at the annual meeting of the American College of Rheumatology.  The APPROVe trial, which was designed to test whether VIOXX could prevent the recurrence of cancerous colon polyps, was one of three large placebo-controlled trials from which Merck planned to pool cardiovascular data to obtain further information about the cardiovascular safety of VIOXX.  (Bresalier RS et al., "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," *N Engl J Med* 2005 Feb 15;352, attached hereto as Exhibit 33.)  APPROVe began to enroll patients in February 2000.  In APPROVe, VIOXX at 25 mg was compared to placebo.  For the first 18 months of the study, there was no difference in the rate of confirmed thrombotic events.  However, beginning at 18 months, an increase in these events was observed in the patients on

VIOXX.  (See Figure 6.)  The study found a relative risk of 1.92 (95% CI, 1.19 – 3.11).  The

APPROVe data do not show an increased mortality rate among patients receiving VIOXX as

compared to placebo.  At approximately 34 months, APPROVe was terminated, and soon

afterwards Merck withdrew VIOXX from the market.

**FIGURE 6**

**Kaplan-Meier Plot for Confirmed Thrombotic Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



(Abbreviated Clinical Study Report, Protocol 122, at 256)

69.      In addition, in response to a request from the FDA, Merck provided a separate

analysis of the APPROVe data using an endpoint called "New Ischemic Events."[3]  This analysis,

although not prespecified, shows that prior to 18 months, there were fewer events on VIOXX

compared to placebo.  (See Figure 7.)

---

[3]      New ischemic events were defined as acute coronary syndrome, acute myocardial infarction, angina pectoris, angina unstable, cardiac arrest, coronary artery disease, coronary artery occlusion, coronary artery stenosis, ECG signs of myocardial ischemia, myocardial infarction, myocardial ischemia, sudden cardiac death, sudden death, and ventricular fibrillation.

**FIGURE 7**
**Kaplan-Meier Plot for New Ischemic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



(Abbreviated Clinical Study Report for Protocol 122, at 273.)

70.    Additional studies subsequent to APPROVe raise the question of a risk for all selective COX-2 inhibitors and may suggest that all NSAIDs have the same cardiovascular risk. A long-term randomized, placebo-controlled trial, named Adenoma Prevention with Celecoxib (APC), was designed to test the effectiveness of Celebrex in preventing colon cancer and found an increased risk of serious cardiovascular events associated with Celebrex that did not appear until approximately 12 months of continuous exposure, as shown in the Kaplan-Meier plot for this trial (see Figure 8).[4] (Solomon SD et al., "Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention," *N Engl J Med* 2005 Mar 17;352(11):1071-80,

---

[4]    The Kaplan-Meier curve reflected in Figure 8 includes heart failure along with death from cardiovascular causes, myocardial infarction, and stroke as part of its composite end point. Although heart failure is not a thrombotic event and therefore it would be inappropriate to look at events of heart failure to determine whether VIOXX causes thrombotic cardiovascular events, there were too few heart failure events reported in the APC trial to affect this time to event analysis.

attached hereto as Exhibit 34.)

**FIGURE 8**



| No. at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Celecoxib, 400 mg | 671 | 669 | 665 | 655 | 651 | 648 | 576 |
| Celecoxib, 200 mg | 685 | 681 | 676 | 675 | 673 | 670 | 595 |
| Placebo | 679 | 677 | 675 | 672 | 668 | 667 | 585 |

Kaplan–Meier Estimates of the Risk of the Composite End Point of Death from
Cardiovascular Causes, Myocardial Infarction, Stroke, or Heart Failure among Patients
Who Received Celecoxib (200 mg Twice Daily or 400 mg Twice Daily) or Placebo.
(Ex. 34, Solomon SD et al., at SOLOMON-7.)

71.     While no long-term controlled clinical trials have been conducted on Bextra

comparing it to either placebo or nonselective NSAIDs, two recent short-term placebo-controlled

trials using parecoxib (a pro-drug for valdecoxib, given intravenously) and valdecoxib (Bextra)

in patients following coronary artery bypass graft (CABG) surgery found an elevated or

significantly increased risk of serious cardiovascular events associated with Bextra.  (Nussmeier

NA et al., "Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib After Cardiac

Surgery," *N Engl J Med* 2005; 352(11): 1081-91, attached hereto as Exhibit 35; Ott E et al.,

"Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients

undergoing coronary artery bypass surgery," *J Thorac Cardiovasc Surg.* 2003 Jun;125(6):1481-

92, attached hereto as Exhibit 36.)  Patients were exposed to treatment for at most 14 days, but

this was a unique patient population.  Data from other studies in post-operative patients showed

no differences for serious adverse cardiovascular events in patients undergoing various types of

non-vascular general surgical procedures.  I substantially agree with the FDA's interpretation of

this data.  It stated, "The parecoxib/valdecoxib data also provide support for the safety of short-

term use.  The two short-term placebo-controlled CABG studies showed an increased risk of

serious CV events, but, a short-term placebo-controlled trial in general surgery patients did not

show an increased risk.  These data may suggest that in the absence of a predisposing condition,

such as recent CABG surgery, the CV risk of short-term use of NSAIDs is very small, if any

. . . ." (FDA Statement dated April 6, 2005, attached hereto as Exhibit 37.)  CABG patients are a

unique group of patients.  This surgery disrupts the proper functioning of their arteries.  As a

result, such patients may spontaneously thrombose.  Also, intravenously administered pro-drugs

generally may have different effects than orally administered forms.  It would be improper to

extrapolate from this unique group of patients to patients as a whole.

72.     Three additional clinical trials have been completed but results have not yet been

published:  VIOXX in Prostate Cancer Prevention Study ("ViP"), VIOXX in Colorectal Cancer

Therapy: Definition of Optimal Regime Study ("VICTOR"), and Alzheimer's Disease Anti-

Inflammatory Prevention Trial ("ADAPT").  ViP and VICTOR were stopped at the time Merck

voluntarily withdrew VIOXX from the market.  The results from APPROVe, ViP and VICTOR

constitute Merck's pooled cardiovascular outcomes study.  Data from VICTOR have not yet

been finalized.  ViP data have been finalized but not published.  ViP showed no statistically

significant increased risk from VIOXX.  The ADAPT trial compared naproxen and celecoxib to

placebo.  ADAPT was also terminated prior to scheduled completion.  Preliminary reports of this

data indicate trends toward excess risk for both treatments, naproxen and Celebrex, with stronger

trends for naproxen compared with placebo.  There are three ongoing trials, Prevention of

Colorectal Sporadic Adenomatous Polyps Trial ("PreSAP", with Celebrex), Etoricoxib (Arcoxia)

vs. Diclofenac Sodium Gastrointestinal Tolerability and Effectiveness Trial (in rheumatoid

arthritis patients) ("EDGE II"), and Multinational Etoricoxib and Diclofenac Arthritis Long-term

Study  ("MEDAL"), which will provide additional data on the possible effects of selective agents

on thrombotic cardiovascular events.  The Data Safety Monitoring Boards have not terminated

these studies.

      E.     **Pooled Analyses**

      73.     The trials investigating selective COX-2 inhibitors were not designed with

possible cardiovascular effects as the main outcome.  In addition, a number of studies were of a

scale and duration such that few thrombotic cardiovascular events occurred.  Summarizing the

data by combining results of these studies provided some insights into possible cardiovascular

effects.

      74.     The first publication after VIGOR to discuss the cardiovascular results of VIGOR

was by Drs. Mukherjee, Nissen, and Topol.  (Mukherjee D et al., "Risk of cardiovascular events

associated with selective COX-2 inhibitors," *JAMA* 2001 Aug;286(8):954-959, attached hereto

as Exhibit 38.)  This analysis did not gather new data but rather reinterpreted the results of

VIGOR and the results of a similar study of Celebrex called CLASS.  The Mukherjee analysis

has serious limitations that warrant comment.  With respect to VIOXX, the analysis is limited to

the VIGOR data and its conclusions are therefore subject to limitations of those data.  In

addition, the fact that the analysis looked only at the VIGOR data is a significant limitation,

because the VIGOR trial is not representative of the totality of evidence.

      75.     More importantly, the Mukherjee analysis is flawed because the authors

attempted to compare the rate of heart attacks of patients taking VIOXX in the VIGOR study with the rate of heart attacks in the general population. To determine the rate of heart attacks in the general population, Mukherjee et al. relied on the incidence of cardiovascular events from the placebo groups of four large primary prevention trials of aspirin. This comparison is completely invalid. The heart attack rates in placebo groups from the different aspirin trials vary greatly, because the patient group in each trial had different levels of risk for heart disease. Further, all of the VIGOR participants had rheumatoid arthritis, and individuals with rheumatoid arthritis have a substantially higher risk for developing cardiovascular disease and related deaths than the general population. In addition, participants of VIGOR had to be over 50 years old (or over 40 and receiving long-term steroid therapy; average age was 58), and risk of heart disease increases with age. And yet, Mukherjee compared the risk of myocardial infarction in VIGOR participants to placebo groups from large studies such as the Physicians' Health Study, in which the vast majority of participants did not have rheumatoid arthritis and participants over 40 could enroll. (In fact, a substantial percentage of the participants in the Physicians' Health Study were between 40 and 50 years old.)

76.    Despite these differences, Mukherjee found only a 0.2% absolute difference between the rate of myocardial infarctions among patients taking VIOXX in VIGOR and the average rate of myocardial infarctions among the placebo arms of four large clinical trials. The VIGOR patients' higher myocardial infarction rate is likely explained by the fact that the participants were on average older and had rheumatoid arthritis, as well as by other confounding factors. This flawed comparison of MI rates in treatment groups of one study to the placebo groups of other studies provides no useful scientific information and should be disregarded.

77.    Yet another reason that the VIGOR and Mukherjee studies should not be used to

draw conclusions about causation is that the authors themselves do not conclude that VIOXX

causes blood clots.  In addition, Mukherjee et al. concede that one explanation of the VIGOR

cardiovascular results is the cardioprotective effect of naproxen.  While the authors fail to

acknowledge the severity of the flaws in their analysis, they do concede that their study cannot

support causation on its own:

> Our analysis has several significant limitations.  The increase in
> cardiovascular events in these trials was unexpected and evaluation of
> these end points was not prespecified.  There remains considerable
> uncertainty in any post hoc analysis.  The patient populations in these
> trials were heterogeneous, and it has been established that patients with
> rheumatoid arthritis have a higher risk of MI.  This leads to difficulty in
> assessing a risk in a more representative sampling of patients. . . .
> Definitive evidence of such an adverse effect will require a prospective
> randomized clinical trial.

(Ex. 38, Mukherjee et al., at 958.)

78.     In summary, the VIGOR and Mukherjee studies do not in any way show a cause-

and-effect relationship.  They are at most only hypothesis-generating.

79.     The most compelling data concerning the cardiovascular safety of VIOXX at the

time of the presentation of VIGOR were data obtained from all randomized clinical trials at that

time.  Because a substantial number of placebo-controlled, randomized clinical trials of VIOXX

had been conducted, it was possible to look at the cardiovascular data from these studies to see if

VIOXX increases the risk of thrombotic cardiovascular events.  A number of those trials were

small, so several scientists pooled the data in an analysis published in the peer-reviewed journal

*Circulation*.  (Konstam MA et al., "Cardiovascular thrombotic events in controlled, clinical trials

of rofecoxib," Circulation 2001 Nov;104(19):2280-88 ("Pooled Analysis"), attached hereto as

Exhibit 39.)  The Pooled Analysis looked at both published and unpublished data from 23

randomized clinical trials of VIOXX involving 28,000 patients.  Nineteen of these studies were

placebo-controlled trials involving over 9,000 patients.  When the authors of the Pooled Analysis

examined the rates of cardiovascular events in the placebo trials, they found no difference in the

incidence of events in patients on VIOXX compared to the patients taking placebo.  (See Table

2.)

Table 2.  Pooled Analysis of APTC[5] Endpoint:  Rofecoxib Relative to Placebo

| Indication for Treatment | Rofecoxib | | Placebo | | |
|---|---|---|---|---|---|
| | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | Relative Risk (95% CI) |
| Rheumatoid arthritis | 1622 | 3/337 (0.89) | 989 | 1/201 (0.50) | 1.78 (0.14, 9.37) |
| Osteoarthritis | 3165 | 12/655 (1.83) | 1215 | 3/232 (1.30) | 1.53 (0.43, 5.44) |
| Alzheimer's/low back pain | 1503 | 18/1197 (1.50) | 1278 | 28/1246 (2.25) | 0.68 (0.37, 1.23) |
| Total | 6290 | 33/2189 (1.51) | 3482 | 32/1678 (1.91) | 0.84 (0.51, 1.38) |

*Rate=APTC events per 100 patient-years at risk.

80.     Examining the trials that compared non-naproxen NSAIDs to VIOXX also did not

show an increased risk of cardiovascular disease from VIOXX.  In fact, there was a trend toward

a protective effect from VIOXX.  (See Table 3.)  Only in those trials that used naproxen as a

comparator was there an apparent excess risk in the VIOXX group, and this difference was

driven by VIGOR.

Table 3.  Pooled Analysis of APTC Endpoint:  Rofecoxib Relative to Non-Naproxen NSAIDs

| Indication for Treatment | Rofecoxib | | Non-Naproxen NSAIDs | | |
|---|---|---|---|---|---|
| | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | Relative Risk (95% CI) |
| Rheumatoid arthritis | 0 | . . . | 0 | . . . | . . . |
| Osteoarthritis | 4549 | 21/1934 (1.09) | 2755 | 14/984 (1.42) | 0.79 (0.40, 1.55) |
| Alzheimer's/low back pain | 0 | . . . | 0 | . . . | . . . |
| Total | 4549 | 21/1934 (1.09) | 2755 | 14/984 (1.42) | 0.79 (0.40, 1.55) |

[5]     An Antiplatelet Trialists' Collaboration (APTC) endpoint consists of the combined incidence of (1) CV, hemorrhagic, and unknown death; (2) nonfatal MI; and (3) nonfatal stroke.  This end point was appropriate for this analysis because it is the most common and widely accepted end point used in quantifying the overall CV impact of antithrombotic compounds in clinical trials.

*Rate=APTC events per 100 patient-years at risk.

81.     The Konstam publication also broke out separately the data concerning

myocardial infarctions, and these data were consistent with the data concerning APTC endpoints.

The most logical explanation for these data was that VIOXX did not increase the risk of

cardiovascular events, and that naproxen reduced that risk.

82.     Several placebo trials that were part of the Pooled Analysis were not complete at

the time of its publication.  The authors updated their analysis with these completed studies as

well as additional studies after the publication of the Pooled Analysis.  This update was

submitted to the FDA in May 2002.  This updated Pooled Analysis analyzed over 30,500

patients, representing 18,500 patient years.  Again, the relative risk of APTC endpoints was

lower among patients on VIOXX compared to either placebo or comparator NSAIDs other than

naproxen.  (See Figure 9.)

## FIGURE 9



APTC Combined Endpoint—Relative Risk (95% CI) of Rofecoxib to Comparator

83.     The placebo-controlled trials had a slight tendency toward fewer APTC endpoints

among patients on VIOXX.  If VIOXX actually were prothrombotic, then one should have

observed in these placebo-controlled studies that patients on VIOXX had more thrombotic events than patients not on VIOXX. These clinical trial data showed no difference in the rate of APTC events generally between VIOXX and the placebo groups or between VIOXX and comparator groups other than naproxen, and this was strong evidence against any potentially prothrombotic effect of VIOXX. As before, the increased risk relative to naproxen was driven by VIGOR.

84.     In October 2003, an update to the Cardiovascular Pooled Analysis of VIOXX trials was published in a peer-reviewed journal. (Weir MR et al., "Selective COX-2 Inhibition and Cardiovascular effects: A review of the rofecoxib development program," *Am Heart J* 2003 Oct;146(4):591-604, attached hereto as Exhibit 40.) This update incorporated data finalized by March 16, 2001 and May 15, 2001. The overall results of this update were unchanged from those of the original Pooled Analysis, namely, there was no evidence that VIOXX was associated with an increased risk of cardiovascular events compared to placebo and non-naproxen NSAIDs.

85.     Another pooled analysis by Juni et al. pooled data from various VIOXX clinical trials. The pooled data included many of the studies already pooled in Konstam and Weir. However, Juni et al. failed to include all VIOXX trials including the largest source of placebo-controlled data, the Alzheimer's studies. Their analysis also improperly combined data from trials using different comparators, most notably naproxen. Given the strong evidence that naproxen behaves differently than other comparators, it was improper to combine these data. That is particularly the case given that in the same article the authors performed a pooled analysis of observational studies of naproxen that showed that naproxen had a statistically significant cardioprotective effect.

86.     In August 2003, a pooled analysis of clinical trial data involving another COX-2 inhibitor, Celebrex, was published. (White WB et al., "Cardiovascular Thrombotic Events in

Arthritis Trials of the Cyclooxygenase-2 Inhibitor Celecoxib," *Am J Cardiol.* 2003 Aug 15;92(4):411-8, attached hereto as Exhibit 41.)  As with the VIOXX Cardiovascular Pooled Analysis, these clinical trial data also do not support a prothrombotic effect of selective COX-2 inhibitors.  In an analysis of 15 clinical trials involving Celebrex, representing over 31,000 patients, the authors found no difference in cardiovascular events (as measured in APTC endpoints) between patients on Celebrex and those on either placebo or other NSAIDs.

87.     The Cardiovascular Pooled Analysis of VIOXX trials was updated again with data obtained as of June 2003, and was submitted to the FDA in March 2004.  This updated Pooled Analysis encompassed a period of up to four years of follow-up in more than 32,000 patients representing over 19,300 patient-years of exposure to VIOXX or comparators.  As before, this update found no significant increased risk of thrombotic cardiovascular events associated with VIOXX compared to placebo or non-naproxen NSAIDs, and the increased risk relative to naproxen was driven by VIGOR.

88.     Results of a recent, as yet unpublished, more comprehensive meta-analysis were provided to the FDA and presented to Health Canada.  This analysis demonstrated that there is no difference between the selective and the nonselective agents other than naproxen. There was an increase in risk of thrombotic cardiovascular events for all selective NSAIDs compared to placebo.  This is driven by the long-term, large-scale studies and suggests to me that this is likely to be a late stage effect of all selective NSAIDs.

**F.     Totality of the Evidence**

89.     We can now turn to the question of whether these data establish a cause-and-effect relationship.  It is important to consider the totality of the data.  It would not be appropriate to use selected results.  In assessing that totality of evidence we need to consider a number of

factors including temporal relationship, strength of association, dose-response relationship, biological plausibility, specificity of association, internal consistency of findings and consistency with other knowledge. This process of critically evaluating the data has been attributed to Bradford Hill. Since Bradford Hill first articulated these criteria in the 1960s, there have been considerable developments in the field of evidence-based medicine. I have articulated the hierarchy of data that is a useful tool in weighing the various types of studies relied on in medicine.

90.     In this section, I will summarize the totality of evidence on the relationship between VIOXX, other selective and non-selective NSAIDs and cardiovascular thrombotic events. I will focus on the main questions raised:

    a.  Does VIOXX have a prothrombotic effect that results in an increased short-term risk of thrombotic cardiovascular events?

    b.  Is VIOXX different from other selective NSAIDs in this regard?

    c.  Do all NSAIDS have a prothrombotic effect?

    d.  Are the long-term consequences of VIOXX, other selective or nonselective NSAIDS an increase in the risk of cardiovascular events?

    **1)     Biologic Plausibility**

91.     Basic science provides inconsistent data for the hypothesis that selective NSAIDs are prothrombotic. There is biologic plausibility for both a beneficial and harmful effect of NSAIDs in general and selective NSAIDs specifically. All NSAIDs have a COX-2 inhibitory effect. Nonselective NSAIDs, while inhibiting COX-1, are not effective antiplatelet agents with the possible exception of agents like naproxen that seem to have an aspirin-like effect. For this reason it is hard to imagine they would have an effective anti-platelet effect that would counter

the proposed harmful effects of COX-2 inhibition. Recent data even suggest additional mechanisms by which inhibition of COX-2 could delay early atherosclerosis. The human physiologic data suggest that all NSAIDs can raise blood pressure. Some scientists feel the basic science is adequate and can imply clinical outcomes. This is clearly not the case. There are many examples where basic science predicted a clinical effect only to have that anticipated effect not confirmed in large-scale trials. A good example of this is vitamin E. Basic and animal research suggested that the antioxidant effects of vitamin E should prevent or delay cardiovascular disease. Randomized trial data have not confirmed this even though many basic scientists felt strongly that vitamin E should be protective.

### 2)    Specificity

92.    In order to test the Prothrombotic Hypothesis, which is based on the basic science, we need to focus on thrombotic cardiovascular events. There has been much debate about the appropriate endpoints to include. Some have argued that all cardiovascular endpoints including hypertension and heart failure should be included. However, these are the result of known biological effects of all NSAIDs which are not due to thrombosis, so it would not be appropriate to include them when trying to explore whether or not there is a prothrombotic effect of selective NSAIDs.

93.    Plaintiff's expert John W. Farquhar M.D. points to the curves of all investigator reported thrombotic cardiovascular events in APPROVe as support for the notion that VIOXX is prothrombotic. However, this is not appropriate. Investigator reported events included events that panels of cardiologists, neurologists, and vascular specialists, who were blinded to the treatment group, determined not to be thrombotic events after a careful review of each patient's records. This is why investigator-reported events need to be adjudicated.

94.     There are many different kinds of cardiovascular events.  They have different causes and some have no relationship to each other beyond the fact that they involve the heart. Congestive heart failure and hypertension are not thrombotic events.  Thrombotic events involve the formation of a blood clot.  Congestive heart failure and hypertension are not conditions that are the result of the formation of a blood clot.  Moreover, congestive heart failure and increases in blood pressure have a well-known association with NSAIDs as a class and have long been disclosed in the prescribing information for VIOXX and all NSAIDs.  The question we are asking is whether VIOXX causes <u>thrombotic</u> cardiovascular events.  These events are stroke, myocardial infarction, etc.  Including large numbers of non-thrombotic events in the analysis of that question is improper.  For example, in order to determine whether aspirin reduced the risk of thrombotic events, the group known as the Anti-Platelet Trialist Collaboration analyzed and pooled data from many randomized controlled trials of aspirin using the exact same endpoint that Merck used in pooling its data.  Merck's choice of endpoint was appropriate given that VIOXX was hypothesized to have an "anti-aspirin" effect.

## 3)    Consistency

95.     As described above, human observational studies collectively do not tell a simple story.  The quality of the human observational studies is not high.  Most of these data derive from health care systems administrative data that were not collected expressly for this purpose. This does not permit for control of various potential confounding factors.  Some of these studies suggest excess risk for specific subclasses and specific agents while others suggest neutral or protective effects.  Recent studies suggest that there may be excess risk among users of all NSAIDs whether they are selective or not.  There are no consistent findings for dose or duration of use.  In fact, durational effects have not been carefully explored.  It remains possible that the

effects that occur only after very long-term use and exposure to VIOXX may represent longer-term exposure to other nonselective NSAIDs since those taking VIOXX may have failed other therapies. Confounding by indication also remains a major problem in all of these studies. Some had findings in subgroup analyses based on very small numbers. In fact, some observational studies showed the largest difference between VIOXX and Celebrex, with Celebrex showing a protective trend. That result is inconsistent with the theory that COX-2 inhibition causes thrombotic events and inconsistent with the findings from trial data in which a risk at long durations of use was associated with Celebrex that is similar to the risk at long durations of use observed in APPROVe. Better-designed prospective studies may provide further insights into these relationships.

96.     The trial data are also not consistent when all of the data are carefully examined. Some individuals have ignored inconsistencies, frequently taking a piece of evidence out of context to draw conclusions based on a single piece of evidence rather than evaluating the totality of the evidence. There are inconsistencies between studies and even within studies. For example, ADVANTAGE is one of the over 25 randomized clinical trials that Merck conducted. In ADVANTAGE, there were 10 APTC events on VIOXX vs. 7 on naproxen. There were 9 vs. 12 adjudicated confirmed thrombotic events. Five myocardial infarctions occurred in the VIOXX group, and one occurred in the naproxen group (P > 0.2). No strokes occurred in the VIOXX group and six, all thrombotic, occurred in naproxen group (P = 0.015). In the published study, the difference in MI did not reach statistical significance, but the difference in strokes, favoring VIOXX, was statistically significant. (Lisse RJ et al. (ADVANTAGE Study Group), "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis," *Ann Intern Med.* 2003 Oct 7;139(7):539-46, attached hereto as Exhibit 42.)

These results are internally inconsistent because both types of thrombotic events should have the same treatment effect if the effect was causal rather than due to chance. Should we conclude therefore that VIOXX prevents strokes because in one study a statistically significant decrease in strokes was observed? That would not be scientifically acceptable. Rather, all of the evidence needs to be viewed in its totality.

97.    Selective isolated findings on mortality – specifically the all-cause mortality data from the Alzheimer's' trials – have also been used to point to an excess risk of VIOXX. This, however, is invalid. There was no pattern of on-drug all-cause mortality in other VIOXX clinical trials as illustrated in Figure 10.

### FIGURE 10
**On-Drug Mortality**
**Rates Per 100 Patient Years (95% CI)**
**(Jun-2003 Data)**



98.    Moreover, there was no difference in the all-cause mortality in the APPROVe trial. There were 5 deaths in each arm of the trial within 14 days of discontinuation. An

additional 15 patients died more than 14 days after discontinuation but within 3 years from randomization – 8 deaths in the VIOXX arm and 7 in the placebo arm. (FDA 2005 Background at 139.) Also, plaintiff's expert Dr. Kronmal has suggested that the all-cause mortality data from the Alzheimer's trials should have alerted Merck to an association between VIOXX and thrombotic cardiovascular events. However, Dr. Kronmal considered deaths that occurred more than a year after the patients discontinued their use of VIOXX. Also, some of the deaths in the VIOXX arms of the Alzheimer's trials occurred from events to which VIOXX has no plausible connection, such as cancer or procedural complications. Therefore, the data on all-cause mortality simply do not support any conclusions about causality.

99.     Likewise, selective findings from subgroup analyses have been used to point to an excess risk from short-term use of VIOXX. For example, plaintiff's expert Dr. Farquhar has relied on a Kaplan-Meier graph of "high risk patients" to argue for a short-term effect. This is improper. Use of non-prespecified subgroups in this way has often been called data mining and raises a problem in statistics known as the multiple comparison problem. In simple terms, the more statistical comparisons that are made, the less reliable they become.

### 4)     Temporality and Duration

100.     Dr. FitzGerald's original Prothrombotic Hypothesis suggests that VIOXX might tip the balance between thromboxane and prostacyclin in favor of a prothrombotic state as a plausible mechanism to explain the data. However, that hypothesized mechanism is not consistent with the data. If VIOXX put the vascular system in a pro-thrombotic state, then we should not expect an 18-month delay before observing thrombotic events. By comparison, in studies of aspirin, which is known to have an anti-thrombotic effect, we observe aspirin's effect in reducing the number of thrombotic events immediately.

101.    In fact, a more accurate view of the data is that we had a plausible mechanism by which VIOXX could cause thrombotic events – the Prothrombotic Hypothesis – but that theory is inconsistent both with a body of basic research and animal studies and with the data that has not shown a short-term effect.  Rather, we have data that raise a question about the risk from long-term use of any NSAID and the precise mechanism by which NSAIDs may increase the risk is unknown.  In the early pooled analyses, that included a large number of shorter term studies, placebo-controlled randomized clinical trials involving thousands of patients consistently show no increased risk of thrombotic events associated with the short-term use of VIOXX.

102.    If we look at the Kaplan-Meier curves for both the APPROVe trial and the Alzheimer's trials we see no evidence of an increased risk for a period of at least 18 months of continuous daily use.  There is no difference in the cumulative rate of thrombotic cardiovascular events for over a year and a half of daily use.  Further, in the APC trial there also seems to be a late separation in the Celebrex and placebo curves for thrombotic cardiovascular events.  This is in contrast to the aspirin trials that demonstrate a very early effect of aspirin.  The pooled analysis presented to Health Canada suggesting an increase for all selective NSAIDs is dominated by the large trials with longer treatment. The only consistent interpretation of these data along with the data from the other VIOXX trials is that short-term use of 25 mg of VIOXX does not cause thrombotic cardiovascular events.

103.    I understand that Dr. Farquhar has criticized the claim that APPROVe shows no risk prior to 18 months because APPROVe was not powered to answer that particular question.  I agree that it would be improper to reach a conclusion regarding the relationship between duration of use and the risk of thrombotic cardiovascular events based on APPROVe alone.  I have not done that.  As explained above, the Alzheimer's trials showed no increased risk.  Given the

conflicting results from equally powered placebo-controlled randomized clinical trials, there is nothing inappropriate about looking at the Kaplan-Meier curves from APPROVe as an additional source of data in analyzing the question of whether VIOXX causes thrombotic cardiovascular events.

104.    The observational studies are not consistent on temporality.  In Solomon et al., while there was no overall effect of VIOXX, in the subgroup of those using 25 mg or less within the first 90 days there was an apparent risk compared to Celebrex but none for those patients using for longer durations.  (*See* Ex. 11.)  This is inconsistent with other observational studies and not consistent with the trials.

105.    Given the inconsistencies in the individual trials, pooling has provided valuable insights.  Since, as I explain above, scientists accord data from randomized clinical trials substantially more weight than observational data, these pooled analyses should be among the most important data.  The earlier pooled data on individual agents, VIOXX and Celebrex, do not show any statistically significant increase in risk associated with either drug when compared with placebo or non-naproxen NSAIDs.  Recent data presented to Health Canada on July 7, 2005 compared all selective NSAIDs to nonselective NSAIDs and showed no difference in thrombotic events except for naproxen.  When compared to placebo there was reported excess risk.  As mentioned above, these analyses are driven to a large degree by the recent large scale long-term trials discussed above.  Taking these two findings together indicates that there is a question that all NSAIDs may pose some risk if used for a long period of time.  This is a finding that requires confirmation in further studies, but it is not consistent with the notion that selective NSAIDs are different then nonselective ones.

### 5)    Quantity and Quality of the data

106.    Finally, we can contrast situations in which we have adequate knowledge to make

conclusions about a cause-and-effect relationship with the situation here.  In the Antiplatelet

Trialists' Collaboration meta-analyses of aspirin that established aspirin's cardioprotective effect,

the amount and consistency of the data establishing a cause-and-effect relationship is in stark

contrast to the situation with respect to VIOXX.   An early version of this meta-analysis included

25 randomized clinical trials involving over 4,900 events and 29,000 patients.

107.    Despite the volume of data in this meta-analysis from 1988, the FDA did not

reach a consensus that aspirin reduced the risk of heart attack until several years after an

additional meta-analysis was completed, which included over 145 randomized trials that

collected 10,943 events in 102,459 patients.  We now have over 400 trials of aspirin in secondary

prevention and six in primary prevention and tens of thousands events.

108.    Similarly, we have enormous amounts of data that consistently establish the

causal role of risk factors like hypertension, cholesterol, and diabetes.  For instance, the meta-

analysis that demonstrated that statin therapy reduced the risk of heart disease involved over 25

randomized clinical trials collecting over 5,000 events in 69,511 patients.

109.    In contrast to the situation for aspirin, cholesterol lowering agents, and

antihypertensive drugs, where we have findings based on many thousands of events, for NSAIDs

and thrombotic cardiovascular events we have only a couple hundred.  It will take more studies

and many more events before we can safely say we understand these relationships.

110.    When we do view the evidence in its totality and give the appropriate weight to

data from randomized clinical trials, we see, as described above, that the body of evidence for

VIOXX is quite limited in contrast to other causes of thrombotic cardiovascular events.  After

careful examination of all the data we see that there is not a consistent body of data to establish a cause-and-effect relationship. Data from observational studies and randomized trials are inconsistent and far from conclusive. Data from the pooled analyses found no difference between selective NSAIDs in general and VIOXX in particular and other non-selective NSAIDs in terms of thrombotic events. To answer the questions posed by the basic scientists: The totality of data does not support a prothrombotic effect of VIOXX, the selective NSAIDs or the NSAIDs of all types. The only consistent interpretation of these data along with the data from the other VIOXX trials is that short-term use of 25 mg of VIOXX does not cause heart attacks or thrombotic cardiovascular events. There is no suggestion that VIOXX is somehow different from the other selective NSAIDs. Further, there is no support for the notion that the selective NSAIDs are different from the nonselective ones in regard to thrombotic cardiovascular events. All NSAIDs, whether they are selective or not, may increase blood pressure and exacerbate congestive heart failure in susceptible patients. Whether or not all NSAIDs pose some long-term thrombotic cardiovascular risk is not clear and further data are needed.

111.    The opinions I have expressed here are in substantial agreement with the results of a thorough review of all of the available data on the cardiovascular safety of COX-2 selective inhibitors by the FDA, and reflect the current state of medical knowledge. In an April 6, 2005 memorandum from the FDA following its review of the data, the FDA concluded that the data "do not clearly demonstrate that the COX-2 selective agents confer a greater risk of serious adverse CV events than non-selective NSAIDs." It further noted that "[t]aken together these observations raise serious questions about the so called 'COX-2 hypothesis,' which suggests that COX-2 selectivity contributes to increased CV risk." The FDA also noted that "[s]hort-term use of NSAIDs to relieve acute pain, particularly at low doses, does not appear to confer an increased

risk of serious adverse CV events." (Ex. 37, FDA Statement.)  My conclusions are also consistent with an opinion from Health Canada.

112.    It is crucial in rendering a scientifically acceptable opinion that one clearly identifies the hypothesis being evaluated.  I have viewed the scientific data on VIOXX from the perspective of evaluating what I have called the Prothrombotic Hypothesis, *i.e.*, does selective COX-2 inhibition tip the balance between prostacyclin and thromboxane in the vasculature and cause thrombotic (clotting) events.  As discussed above, according to this hypothesized mechanism, selective COX-2 inhibitors, like VIOXX, should cause an acute or immediate effect and this effect should be confined to selective COX-2 inhibitors.  The data simply fail to support either hypothesis.  We see no increased risk from short-term use.  We see no difference in the risk when comparing VIOXX or other selective COX-2 inhibitors, like Celebrex or lumiracoxib, to non-selective NSAIDs with the exception of naproxen.  The increased incidence of thrombotic cardiovascular events observed in APPROVe was not eliminated in aspirin users, as the Prothrombotic Hypothesis would predict, since aspirin inhibits COX-1 and thus would negate the hypothesized imbalance between prostacyclin and thromboxane.

113.    Plaintiff's experts, however, fail to clearly identify which hypothesis they mean to evaluate.  One example of this failure is their use of data regarding hypertension, edema, and congestive heart failure.  All NSAIDs, both selective and non-selective, cause salt and fluid retention which may result in increases in blood pressure, edema or even congestive heart failure.  These cardio-renal effects of NSAIDs are well-established in the medical community and warned of in the labeling for all NSAIDs, including VIOXX.  Also, plaintiff's experts failed to point out that there was no interaction found between hypertension and excess thrombotic events in either VIGOR or APPROVe.

114.    To the extent that there are data showing blood pressure increases associated with VIOXX, these data are not relevant to evaluating the Prothrombotic Hypothesis.  In theory, the Prothrombotic Hypothesis could explain Mr. Irvin's sudden death, but the data fails to support that hypothesis.  Plaintiff's experts try to escape the data that fails to show an increase in risk from short-term use of VIOXX by pointing to an immediate blood pressure effect of VIOXX.  These transient increases in blood pressure are not the same as the disease primary hypertension which is a risk factor for atherosclerosis which is in turn a risk factor for thrombotic cardiovascular events.  This short-term effect does not confer risk in the short term.  It could plausibly confer risk only for longer durations of use and for prolonged blood pressure elevations.  Accordingly, it is inapplicable in the case of Mr. Irvin because of his short-term use of VIOXX.  And further, this effect would have been present if he had stayed on a non-selective NSAID rather than switching to VIOXX since this effect is a characteristic of all NSAIDs.

115.    As noted above, scientific rigor requires that one clearly identify the hypothesis that is being studied.  Plaintiff's experts have apparently speculated on other mechanisms, *e.g.*, vasospasm, plaque rupture, and acceleration of atherosclerosis.  Any literature that may exist on these hypotheses is purely speculative.  These hypotheses suffer from the same problems that I have tried to demonstrate with respect to the Prothrombotic Hypothesis and the claims involving hypertension.  To the extent that plaintiff's experts are speculating on an acute mechanism, *i.e.*, vasospasm, the data do not support the hypothesis.  To the extent that plaintiff's experts are speculating on mechanisms that require prolonged exposure, these mechanisms simply have no application to patients like Mr. Irvin.  Regardless, the hypothesis must be clearly identified and the totality of the evidence must be evaluated in light of that hypothesis.

116.    In summary, the scientific data do not support a risk of thrombotic cardiovascular

events from short-term use of VIOXX, other selective NSAIDs or nonselective NSAIDs.  There is no compelling evidence of a prothrombotic effect that distinguishes VIOXX from other selective NSAIDs and no clear evidence that distinguishes selective NSAIDs from nonselective ones in this regard.  The selective agents appear to reduce the risk of gastrointestinal bleeding side effect of nonselective NSAIDs, are very well-tolerated, and are effective in relieving pain and reducing inflammation.  These advantages lead to the ability to conduct long-term trials of cancer and Alzheimer's disease prevention.  These recent trials have raised concerns about cardiovascular risks following the long-term use of all NSAIDs.  However, it is not clear that there are any differences between selective COX-2 inhibitors and traditional NSAIDs in terms of possible long-term cardiovascular risks.  The question remains unanswered even today.  Three more large-scale trials of selective agents are underway.  We need much more information on the long-term risks of thrombotic cardiovascular events with traditional NSAIDs so we can continue to use these valuable agents with better knowledge.  Until then it is inappropriate to make definitive statements about the long-term effects of VIOXX, as well as the other NSAIDs.

117.    Finally, a reliable causal analysis requires ruling out possible alternative causes. Conducting such an analysis requires a review of the patient's medical history, including but not limited to the results of physical examinations, diagnostic tests and other medical records. Where, as here, there is a marked absence of a prior medical history, it is not possible to rule out other possible causes of an individual's injury.

**Conclusion**

Mr. Irvin's sudden cardiac death was caused by an abnormal heart rhythm as a result of a thrombus in one of his main coronary arteries that was the result of longstanding coronary heart disease caused by pre-existing cardiovascular risk factors. This event is not an unusual occurrence in a man Mr. Irvin's age in the United States. Each year about a quarter of a million heart attacks occur in middle-aged males. Many of these are the first evidence of a heart disease and unfortunately many are fatal. All the evidence indicates Mr. Irvin's thrombus and death were the result of years and even decades of progressive atherosclerosis caused by well-established factors, as supported by a massive body of published literature and clinical experience. It is inappropriate to suggest that his death was caused by VIOXX based on the limited data above. The available scientific evidence does not support a cause-and-effect relationship between VIOXX, when taken at the dose and for the duration purportedly used by Mr. Irvin, and thrombotic cardiovascular events. In medicine, we have an expression: "when you hear hoof beats think of horses not zebras." The horses in this case are the usual factors that cause a thrombus and sudden cardiac death in overweight middle-aged men. VIOXX is the zebra and in contrast to the wealth of data on the causes of heart attacks and sudden cardiac death, there is no valid reason to believe that VIOXX played any role in Mr. Irvin's death.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts on October 20, 2005.

J. MICHAEL GAZIANO, M.D., M.PH.

61

SEE RECORD FOR

EXHIBITS

OR

ATTACHMENTS

NOT SCANNED