FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 21  PM 4: 19

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

___ Fee ___
___ Process ___
___ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S MOTIONS TO EXCLUDE EVIDENCE

I, PHILLIP A. WITTMANN, by way of declaration, say:

      1.     I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Motions to Exclude Evidence of Plaintiff's Experts Regarding Causation; Exclude Testimony of Thomas Baldwin, M.D.; Exclude Testimony of

Richard M. Kapit, M.D.; Exclude Testimony of Winston Gandy, Jr., M.D.; Exclude Testimony of Colin M. Bloor, M.D. and Joseph L. Burton, M.D.; Exclude Testimony of John W. Farquhar, M.D.; and Exclude Testimony of Wayne A. Ray, Ph.D, filed concurrently herewith.   I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

## DEPOSITIONS

2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the September 28, 2005 deposition of Richard Aycock, taken in connection with this action.

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the October 6, 2005 deposition of Thomas Baldwin, M.D., taken in connection with this action.

4.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the October 5, 2005 deposition of Colin M. Bloor, M.D., taken in connection with this action.

5.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action.

6.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the March 22, 2005 deposition of Joseph L. Burton, M.D., taken in connection with *Rogers v. Merck*, No. CV-03-073 (Cir. Ct. Clay County Ala. filed Aug. 22, 2003).

7.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the October 10, 2005 deposition of John W. Farquhar, M.D., taken in connection with this action.

8.     Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the October 10, 2005 deposition of Winston H. Gandy, Jr., M.D., taken in connection with this action.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the September 23, 2005 deposition of Leslie Goldstein, taken in connection with this action.

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the August 26, 2005 deposition of Ashley Irvin, taken in connection with this action.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the August 23, 2005 deposition of Richard Irvin, taken in connection with this action.

12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the September 30, 2005 deposition of Richard M. Kapit, M.D., taken in connection with this action.

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the September 28, 2005 deposition of Barry Kass, taken in connection with this action.

14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the October 18, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the April 25, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

16.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the August 26, 2003 deposition of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

17.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the October 3, 2002 deposition of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Lehr v. Merck*, No. 3:1-CV-516-MJR (S.D. Ill. filed August 2, 2001).

18.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the February 18, 2005 deposition of Briggs Morrison, taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the September 28, 2005 deposition of Daniel Pacetti, taken in connection with this action.

20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the September 13, 2005 deposition of Evelyn Irvin Plunkett, taken in connection with this action.

21.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the July 13, 2005 deposition of Wayne A. Ray, Ph.D., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the March 31, 2005 deposition of Wayne A. Ray, Ph.D., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

23.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the September 2, 2004 deposition of Wayne A. Ray, Ph.D., taken in connection with *Stubblefield v. Merck*, No. H-02-CV-3139 (S.D. Tex. filed May 2, 2002).

24.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the October 12, 2005 deposition of Barry K. Rayburn, M.D., taken in connection with this action.

25.     Attached hereto at Exhibit 24 is a true and correct copy of excerpts from the October 4, 2005 deposition of Allesha Schirmer, taken in connection with this action.

26.     Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the September 6, 2005 deposition of Christopher Schirmer, taken in connection with this action.

27.     Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the December 7, 2004 deposition of Christopher Schirmer, taken in connection with this action.

28.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the September 29, 2005 deposition of John Weeks, taken in connection with this action.

29.     Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the September 23, 2005 deposition of Mary Lee Weeks, taken in connection with this action.

30.     Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the April 25, 2005 deposition of Diane L. Zwicke, taken in connection with *Rogers v. Merck*, No. CV-03-073 (Cir. Ct. Clay County Ala. filed Aug. 22, 2003).

## EXPERT REPORTS

31.     Attached hereto as Exhibit 30 is a true and correct copy of the expert report of Thomas Baldwin, M.D., submitted in connection with this action.

32.     Attached hereto as Exhibit 31 is a true and correct copy of the expert report of Colin M. Bloor, M.D., submitted in connection with this action.

33.     Attached hereto as Exhibit 32 is a true and correct copy of the expert report of Joseph L. Burton, M.D., submitted in connection with this action.

34.     Attached hereto as Exhibit 33 is a true and correct copy of the expert report of John W. Farquhar, M.D., submitted in connection with this action.

35.     Attached hereto as Exhibit 34 is a true and correct copy of the expert report of Winston H. Gandy, Jr., M.D., submitted in connection with this action.

36.     Attached hereto as Exhibit 35 is a true and correct copy of the expert report of J. Michael Gaziano, M.D., submitted in connection with this action.

37.     Attached hereto as Exhibit 36 is a true and correct copy of the expert report of Richard M. Kapit, M.D., submitted in connection with this action.

38.     Attached hereto as Exhibit 37 is a true and correct copy of the expert report of Richard Kronmal, submitted in connection with this action.

39.     Attached hereto as Exhibit 38 is a true and correct copy of the expert report of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., submitted in connection with this action.

40.     Attached hereto as Exhibit 39 is a true and correct copy of the expert report of Wayne A. Ray, Ph.D., submitted in connection with this action.

41.     Attached hereto as Exhibit 40 is a true and correct copy of the expert report of Barry K. Rayburn, M.D., submitted in connection with this action.

42.     Attached hereto as Exhibit 41 is a true and correct copy of the expert report of Thomas M. Wheeler, M.D., submitted in connection with this action.

## MEDICAL REPORTS

43.     Attached hereto as Exhibit 42 is a true and correct copy of excerpts from Mr. Irvin's records from the Flagler Hospital Emergency Room.

44.     Attached hereto as Exhibit 43 is a true and correct copy of excerpts from the St. Johns County Fire Rescue Department Out of Hospital Care Report regarding Mr. Irvin.

45.     Attached hereto as Exhibit 44 is a true and correct copy of the Autopsy Report of Richard Irvin.

## OTHER EXHIBITS

46.     Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the trial transcript in *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

47.     Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the trial transcript in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

48.     Attached hereto as Exhibit 47 is a true and correct copy of excerpts from Plaintiff's Responses to Defendant Merck and Co., Inc.'s First Set of Interrogatories, filed in connection with this action.

49.     Attached hereto as Exhibit 48 is a true and correct copy of Vioxx Label No. 9183810 dated April 2002.

50.     Attached hereto as Exhibit 49 is a true and correct copy of Vioxx Label No. 9183800 dated May 1999.

51.     Attached hereto as Exhibit 50 is a true and correct copy of the April 6, 2005 FDA Memorandum.

52.     Attached hereto as Exhibit 51 is a true and correct copy of a facsimile dated January 2, 2002 to Thomas M. Casola from Laura Governale, Ph.D.

Respectfully submitted,

Phil Wittmann

Phillip A. Wittmann
Attorney for Merck & Co., Inc.

789219v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's Motions to Exclude Evidence has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 21st day of October, 2005.

Phil Wittmann

789219v.1

SEE RECORD FOR

EXHIBITS

OR

ATTACHMENTS

NOT SCANNED