UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| This Document Relates To  05 - 4046 | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

## PLAINTIFF'S WITNESS LIST

This Witness List is submitted by Plaintiff's Liaison Counsel on behalf of counsel for plaintiff, Evelyn Irvin Plunkett, and to accommodate such counsel.

Plaintiff, EVELYN IRVIN PLUNKETT, as Personal Representative of the Estate of RICHARD IRVIN, JR., deceased, by and through her undersigned counsel, hereby identify the following persons whom Plaintiff may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Plaintiff would seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to introduce prior deposition testimony from the same witness. Plaintiff reserve the right to supplement or amend based upon any ruling of the Court that affect the scope of evidence in this trial or if Defendant alters or amends its Witness List. Plaintiff further reserves the right to withdraw any witnesses. Plaintiff also reserves the right to call, live or by deposition, any witnesses (i) identified by Defendant, (ii) for which Defendant designates deposition testimony, (iii) who is identified hereafter through discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Plaintiff does not intend to waive any of its objections to depositions testimony, exhibits, or other evidence or argument.

(1)   Evelyn Irvin Plunkett

(2)   Richard "Ritchie" Eugene Irvin, III

(3)   Allesha Irvin Schirmer

(4)   Ashley Lauren Irvin

(5)   Lesley Irvin Goldstein

(6)   Christopher Schirmer, M.D.

(7)   John Weeks

(8)   Mary Lee Weeks

(9)   Richard Aycock

(10)  Barry Kass

(11)  Cary N. Carter

(12)  Michael Dietrich

(13)  Felice Koscinski, MD

(14)  Terrence Steiner, MD

(15)  Donald L. Becker

(16)  Representative of Blue Cross Blue Shield of Florida

(17)  Custodian of records for Blue Cross Blue Shield of Florida

(18)  Representative of Health Options Northeast and/or First Group Sales/Administrators

(19)  Custodian of records for Health Options Northeast and/or First Group Sales/Administrators

(20)  Richard "Dick" Irvin, Sr.

(21)  Sarah Margaret Irvin

(22)  Dr. Steve Dingfelder & Associates or any other doctor or clinician associated with this group who provided psychological care for Ashley Irvin

(23) Custodian of records for Dr. Steve Dingfelder & Associates or any other doctor or clinician associated with this group who provided psychological care for Ashley Irvin

(24) David Anstice

(25) Susan Baumgartner

(26) Gregory Bell

(27) Thomas Bold

(28) James Bolognese

(29) Carolyn Cannuscio

(30) Thomas Casola

(31) Brian Daniels, M.D.

(32) Wendy Dixon

(33) Jarrod Dumas

(34) James Dunn

(35) Elliot Ehrich, M.D.

(36) Jillian Evans

(37) Anthony Ford-Hutchinson

(38) Barry Gertz

(39) Raymond Gilmartin

(40) Peter Honig

(41) Linda Hostelley

(42) Terry Jacklin

(43) Peter Kim

(44) Gregory Kulp

(45)  Bernadette McKeon

(46)  Charlotte McKines

(47)  Liberino Martino

(48)  Kathleen Metters

(49)  Briggs Morrison, M.D.

(50)  Thomas Musliner

(51)  Jennifer Ng

(52)  Alan Nies

(53)  Alise Reicin

(54)  Nancy Santenella

(55)  Adam Schechter

(56)  Ed Scolnick

(57)  Beth Seidenberg, M.D.

(58)  Deborah Shapiro

(59)  Louis Sherwood

(60)  Robert Silverman, M.D.

(61)  Leonard Silverstein

(62)  Thomas Simon, M.D.

(63)  Leonard Tacconi

(64)  Douglas Watson, Ph.D.

(65)  Jan Weiner

(66)  Marty Carroll

(67)  Benedict Lucchesi, M.D., Ph.D.

(59) Wayne Ray, Ph.D.

(60) Frederick Raffa, Ph.D

(61) John Farquhar, M.D.

(62) Thomas Baldwin, M.D.

(63) Colin M. Bloor, M.D.

(64) Richard A. Kronmal

(65) Richard M. Kapit, M.D.

(66) Winston M. Gandy, Jr., M.D.

(67) Joseph L. Burton, M.D.

(68) Eric Topol, M.D.

(69) Steven E. Nissen, M.D.

(70) Dr. Ned Braunstein

(71) Dr. John Oates

(72) Dr. Daniel Solomon

(73) Dr. Shari Targum

(74) James Fries, M.D.

(75) Dr. David Graham

(76) Dr. Jerry Avorn

(77) Richard R. Stover

(78) Leslie Crofford

(79) Garrett A. FitzGerald, M.D.

(80) Jeff Mason

(81) Steve Whitfield

(82) Joycelyn Romero

(83) Steve Jenkins

(84) Tami Ameen

(85) Marcus Enard

(86) Eliav Barr, M.D.

(87) Custodian of Records for Ingenix Epidemiology-A UnitedHealth Group Company

(88) Any and all Merck employees or representatives that had any contact with Dr. Christopher Schirmer, his practice or the hospital where he practices.

(89) Any and all Merck employees or representatives that had any contact with Dr. Robert Pohl, his practice or any hospital with which he is affiliated.

(90) Any custodian of records or representative of any party, agency, department, business, insurer and/or medical provider necessary to authenticate any document, record, business entry or payment.

(91) Any witness necessary for purposes of rebuttal.

(92) Any witness that is discovered subsequent to the filing of this list.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024
Temporary address:
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH:   (713) 877-1843
FAX: (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 24th day of October, 2005.