

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**DECLARATION OF PHILLIP A. WITTMANN
IN SUPPORT OF MERCK & CO., INC.'S MOTION TO EXCLUDE
TESTIMONY OF BENEDICT R. LUCCHESI, M.D., PH.D., M.S., F.A.H.A.**

I, PHILLIP A. WITTMANN, by way of declaration, say:

1. I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Motion to Exclude Testimony of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A., filed concurrently herewith. I have personal knowledge to state

789659v.1

that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the October 18, 2005 deposition of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the October 26, 2005 deposition of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

4. Attached hereto as Exhibit 3 is a true and correct copy of the expert report of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A., submitted in connection with this action.

Respectfully submitted,

*Paul Wittmann*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
4041 Essen Lane
One United Plaza, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

789659v.1

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:     (202) 434-5029

Attorneys for Merck & Co., Inc.

789659v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's Motion to Exclude Testimony of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A. has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 28th day of October, 2005.

_____
Phil Wittmann

789659v.1

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**