

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 28  PM 4: 10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT, as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

## MERCK & CO., INC'S LIST OF WITNESSES FOR TRIAL

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of prior deposition testimony if Plaintiff seeks to introduce prior deposition testimony from the same witness. Defendant reserves the right to supplement or amend based upon any ruling of the Court that affect the scope of evidence in this trial or if Plaintiff alters or amends her Witness List. Defendant further reserves the right to withdraw any

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

witnesses. Defendant also reserves the right to call, live or by deposition, any witnesses (i) identified by Plaintiff, (ii) for which Plaintiff designates deposition testimony, (iii) who is identified hereafter through discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

1. David Anstice
2. Dr. Janet Arrowsmith-Lowe
3. Richard Aycock
4. Dr. Eliav Barr
5. Susan Baumgartner
6. Thomas Bold
7. Thomas Casola
8. Dr. Francesca Catella-Lawson
9. Brian Daniels
10. Wendy Dixon
11. James Dunn
12. Elliott Ehrich
13. Dr. Michael Gaziano
14. Dr. Barry Gertz
15. Raymond Gilmartin
16. Leslie Goldstein
17. Linda Hostelley
18. Barry Kass
19. Dr. Peter Kim
20. Dr. Frank Lanza
21. Charlotte McKines
22. Dr. Briggs Morrison
23. Dr. Thomas Musliner
24. Dr. Alan Nies
25. Dr. John Oates
26. Daniel Pacetti
27. Dr. Craig Pratt
28. Dr. Barry Rayburn
29. Dr. Alise Reicin
30. Dr. Nancy Santanello
31. Adam Schechter

789666v.1

32. Allesha Schirmer
33. Dr. Christopher Schirmer
34. Dr. Edward Scolnick
35. Beth Seidenberg
36. Dr. Deborah Shapiro
37. Dr. Louis Sherwood
38. Dr. David Silver
39. Robert Silverman
40. Tom Simon
41. Douglas Watson
42. John Weeks
43. Mary Weeks
44. Jan Weiner
45. Ellen Westrick
46. Dr. Thomas Wheeler
47. Dr. Merlin Wilson

Respectfully submitted,

*Phil Wittmann*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60601
Phone: 312-494-4400
Fax:    312-494-4440

And

789666v.1

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co., Inc.'s List of Witnesses for Trial has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 28th day of October, 2005.

_Phil Wittmann_

789666v.1