FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 31   PM 1: 56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### MERCK & CO., INC.'S DESIGNATION OF DEPOSITION TESTIMONY

Merck & Co., Inc. ("Merck"), by its attorneys, hereby designates the following deposition testimony that may be used at the trial of this matter. Merck reserves the right to supplement this list. The list below does not include counter designations to any deposition testimony offered by Plaintiff. Merck reserves the right to offer any deposition testimony designated by Plaintiff. Merck reserves the right to withdraw any testimony designated herein:

_____ Fee_____
__X__ Process_____
_____ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

789779v.1

| **David Anstice** (4/12/05) | Page 1042, Lines 20 – 22 |
|---|---|
| | Page 1043, Lines 2 – 18 |
| | Page 1043, Line 22 – Page 1044, Line 3 |
| | Page 1044, Line 8 – Page 1045, Line 10 |
| | Page 1045, Lines 14 – 19 |
| | Page 1045, Line 22 – Page 1047, Line 11 |
| | Page 1047, Line 15 – Page 1048, Line 4 |
| | Page 1048, Lines 9 –10 |
| | Page 1048, Lines 12 – 20 |
| | Page 1048, Line 22 – Page 1049, Line 7 |
| | Page 1049, Line 11 – Page 1052, Line 6 |
| | Page 1052, Line 12 – Page 1053, Line 22 |
| | **Page 1053, Line 23 – Page 1056, Line 1** |
| | Page 1056, Line 2 – Page 1057, Line 6 |
| | Page 1057, Line 9 – Page 1061, Line 2 |
| | Page 1061, Lines 4 – 13 |
| | Page 1061, Lines 16 – 22 |
| | Page 1061, Line 24 – Page 1062, Line 6 |
| | Page 1062, Line 8 – Page 1063, Line 2 |
| | Page 1063, Lines 10 – 11 |
| | Page 1063, Line 13 – Page 1065, Line 1 |
| | **Page 1065, Line 2 – Page 1067, Line 8** |
| | Page 1067, Line 9 – 1069, Line 10 |
| | Page 1069, Line 11 – Page 1071, Line 15 |
| | Page 1072, Line 9 – Page 1073, Line 2 |
| | **Page 1073, Line 3 – Page 1076, Line 23** |
| | **Page 1077, Line 2 – Page 1077, Line 25** |
| | **Page 1078, Lines 19 – 25** |
| | **Page 1079, Line 5 – Page 1083, Line 13** |
| | Page 1083, Line 14 – Page 1084, Line 2 |
| | Page 1084, Lines 4 – 11 |
| | Page 1084, Line 17 – Page 1085, Line 4 |
| | Page 1085, Line 8 – Page 1088, Line 9 |
| | Page 1088, Lines 14 – 16 |
| | Page 1088, Lines 18 – 24 |
| | Page 1089, Line 2 – Page 1090, Line 4 |
| | Page 1090, Line 9 – Page 1092, Line 6 |
| | Page 1092, Line 11 – Page 1094, Line 22 |
| | Page 1095, Lines 5 – 15 |
| | Page 1098, Lines 1 – 14 |
| | Page 1098, Line 18 – Page 1099, Line 21 |
| | Page 1099, Line 25 – Page 1100, Line 2 |
| | Page 1100, Lines 8 – 25 |
| | **Page 1101, Line 1 – Page 1104, Line 20** |
| | Page 1104, Line 21 – Page 1105, Line 7 |
| | **Page 1105, Lines 8 – 24** |

789779v.1

| |
|---|
| **Page 1107, Line 10 – Page 1109, Line 15** |
| **Page 1110, Lines 2 – 14** |
| **Page 1111, Line 18 – Page 1117, Line 4** |
| **Page 1117, Line 10 – Page 1119, Line 1** |
| **Page 1119, Lines 4 – 25** |
| **Page 1120, Line 2 – Page 1122, Line 6** |
| **Page 1122, Line 9 – Page 1123, Line 12** |
| **Page 1123, Line 13 – Page 1124, Line 15** |
| **Page 1124, Line 24 – Page 1128, Line 25** |
| **Page 1129, Line 10 – Page 1132, Line 3** |
| **Page 1132, Lines 8 – 10** |
| **Page 1132, Line 11 – Page 1135, Line 23** |
| **Page 1137, Line 23 – Page 1138, Line 3** |
| **Page 1138, Lines 7 – 24** |
| **Page 1139, Lines 2 – 14** |
| **Page 1139, Line 19 – Page 1140, Line 12** |
| **Page 1140, Lines 15 – 20** |
| **Page 1140, Line 24 – Page 1141, Line 4** |
| **Page 1141, Line 5 – Page 1142, Line 15** |
| **Page 1142, Line 19 – Page 1143, Line 21** |
| **Page 1144, Line 1 – Page 1147, Line 20** |
| **Page 1148, Lines 16 – 21** |
| **Page 1149, Line 2 – Page 1151, Line 5** |
| **Page 1151, Line 16 – Page 1153, Line 25** |
| **Page 1154, Lines 1 – 9** |
| **Page 1154, Line 11 – Page 1159, Line 11** |
| Page 1160, Lines 14 – 19 |
| Page 1160, Line 22 – Page 1163, Line 4 |
| Page 1163, Lines 11 – 15 |
| Page 1163, Lines 17 – 22 |
| Page 1164, Lines 7 – 12 |
| Page 1165, Line 12 – Page 1166, Line 5 |
| **Page 1166, Lines 6 – 19** |
| Page 1166, Line 20 – Page 1170, Line 8 |
| Page 1170, Line 11 – Page 1171, Line 19 |
| Page 1171, Line 21 – Page 1173, Line 9 |
| Page 1173, Lines 12 – 13 |
| Page 1173, Line 20 – Page 1174, Line 9 |
| Page 1174, Line 19 – Page 1175, Line 3 |
| **Page 1175, Line 23 – Page 1177, Line 6** |
| **Page 1177, Line 10 – Page 1178, Line 6** |
| **Page 1178, Line 9 – Page 1179, Line 1** |
| **Page 1179, Line 3 – Page 1179, Line 23** |
| **Page 1185, Line 6 – Page 1186, Line 15** |
| **Page 1187, Line 13** |
| **Page 1187, Lines 18 – 22** |

789779v.1

| |
|---|
| **Page 1188, Line 2 – Page 1189, Line 8** |
| **Page 1189, Lines 15 – 21** |
| **Page 1189, Line 24 – Page 1190, Line 11** |
| **Page 1190, Line 14** |
| **Page 1190, Line 16 – Page 1191, Line 1** |
| **Page 1191, Lines 3 – 12** |
| **Page 1191, Line 15 – Page 1192, Line 3** |
| **Page 1192, Lines 7 – 8** |
| **Page 1192, Lines 11 – 23** |
| **Page 1192, Line 25 – Page 1193, Line 8** |
| **Page 1194, Lines 6 – 18** |
| **Page 1194, Line 20 – Page 1195, Line 4** |
| **Page 1195, Lines 6 – 12** |
| **Page 1195, Lines 16 – 19** |
| **Page 1195, Line 23 – Page 1196, Line 5** |
| **Page 1196, Lines 9 – 10** |
| **Page 1196, Line 23 – Page 1197, Line 14** |
| **Page 1197, Line 15 – Page 1198, Line 10** |
| **Page 1198, Line 15 – 18** |
| **Page 1198, Line 19 – Page 1199, Line 5** |
| **Page 1201, Lines 21 – 25** |
| **Page 1202, Line 5 – Page 1203, Line 7** |
| **Page 1203, Line 9** |
| **Page 1203, Lines 12 – 14** |
| **Page 1203, Lines 17 – 24** |
| **Page 1204, Lines 4 – 7** |
| **Page 1204, Line 12** |
| **Page 1204, Line 14 – Page 1205, Line 3** |
| **Page 1205, Lines 5 – 10** |
| **Page 1205, Lines 14 – 16** |
| **Page 1205, Line 20** |
| **Page 1205, Lines 22 – 24** |
| **Page 1206, Lines 4 – 9** |
| **Page 1206, Lines 12 – 19** |
| **Page 1207, Lines 4 – 25** |
| **Page 1208, Lines 3 – 8** |
| **Page 1208, Lines 10 – 19** |
| **Page 1208, Line 21 – Page 1209, Line 10** |
| **Page 1209, Line 15 – Page 1210, Line 4** |
| **Page 1210, Lines 6 – 11** |
| **Page 1210, Lines 18 – 22** |
| **Page 1211, Lines 2 – 15** |
| **Page 1211, Line 19** |
| **Page 1211, Line 21 – 22** |
| **Page 1211, Line 24 – Page 1212, Line 15** |
| **Page 1212, Line 17 – Page 1213, Line 3** |

4

789779v.1

|  | **Page 1213, Line 13 – Page 1214, Line 2**<br>**Page 1214, Lines 10 – 25**<br>**Page 1215, Lines 4 – 21**<br>**Page 1215, Line 24 – Page 1216, Line 8**<br>**Page 1216, Lines 11 – 21**<br>**Page 1216, Line 25**<br>**Page 1220, Line 21 – Page 1221, Line 7**<br>**Page 1221, Line 11 – Page 1222, Line 4**<br>**Page 1222, Lines 6 – 23**<br>**Page 1224, Lines 7– 13**<br>**Page 1224, Lines 16 – 20**<br>**Page 1224, Line 25 – Page 1225, Line 22**<br>**Page 1226, Lines 3 – 6**<br>**Page 1226, Lines 9 – 11**<br>**Page 1226, Lines 16 – 22**<br>**Page 1227, Lines 2 – 5**<br>**Page 1227, Lines 9 – 21**<br>**Page 1227, Lines 23 – 24** |
|---|---|
| **Richard Aycock (9/28/05)** | Page 5, Lines 5 – 9<br>Page 12, Lines 11 – 12<br>Page 12, Line 23 – Page 13, Line 9<br>Page 15, Lines 6 – 10<br>Page 17, Line 13 – Page 18, Line 9<br>Page 18, Lines 20 – 25<br>Page 20, Lines 3 – 5<br>Page 25, Line 23 – Page 26, Line 22<br>Page 27, Lines 2 - 7<br>Page 27, Lines 8 – 23<br>Page 27, Line 24 – Page 31, Line 19<br>Page 33, Lines 5 – 17<br>Page 33, Line 18 – Page 24, Line 14<br>Page 24, Line 21 – Page 35 Line 1<br>Page 35, Lines 18 – 24 |
| **Eliav Barr (1/28/05)** | Page 10, Lines 21 – 24<br>Page 18, Lines 3-10<br>Page 18, Lines 17-19<br>Page 18, Line 22 – Page 19, Line 1<br>Page 19, Line 15 – Page 20, Line 12<br>Page 20, Lines 23 – 25<br>Page 21, Line 14 – Page 22, Line 8<br>Page 23, Line 20 – Page 24, Line 25<br>Page 25, Line 18 – Page 26, Line 11<br>Page 30, Line 24 – Page 31, Line 3<br>Page 31, Line 18 – Page 32, Line 1 |

789779v.1

| | |
|---|---|
| | Page 33, Line 17 – Page 34, Line 5<br>Page 35, Lines 9 – 15<br>Page 36, Lines 7 – 20<br>Page 37, Line 23 – Page 38, Line 14<br>Page 40, Line 21 – Page 41, Line 8<br>Page 42, Line 16 – Page 43, Line 12<br>Page 44, Lines 7 – 10<br>Page 44, Lines 13 – 15<br>Page 55, Line 20 – Page 56, Line 2<br>Page 59, Line 10 – 21<br>Page 59, Line 24 – Page 60, Line 11<br>Page 150, Line 8 – Page 151, Line 1<br>Page 151, Lines 4 – 12<br>Page 151, Line 15 – Page 154, Line 21<br>Page 204, Line 19 – Page 205, Line 1<br>Page 205, Lines 9 – 17<br>Page 224, Line 14 – Page 234, Line 23<br>Page 235, Line 10 – Page 237, Line 12<br>Page 238, Line 20 – Page 239, Line 2 |
| **Susan Baumgartner** (2/25/05 – 3/11/05) | Page 10, Lines 2 – 8<br>Page 12, Line 14 – Page 13, Line 2<br>Page 13, Line 11 – Page 15, Line 13<br>Page 16, Lines 6 – 25<br>Page 22, Lines 6 – 19<br>**Page 24, Lines 9 – 20**<br>**Page 28, Line 23 – Page 31, Line 14**<br>**Page 88, Lines 6 – 19**<br>**Page 89, Line 11 – Page 90, Line 2**<br>**Page 91, Lines 4 – 9**<br>**Page 113, Lines 6 – 18**<br>**Page 120, Lines 1 – 20**<br>Page 558, Line 4 – Page 563, Line 8<br>**Page 567, Line 25 – Page 573, Line 17**<br>**Page 574, Line 11 – Page 576, Line 1** |
| **Susan Baumgartner** (9/30/05) | Page 498, Line 2 – Page 501, Line 12<br>Page 501, Lines 20 – 23<br>Page 503, Line 12 – Page 508, Line 18<br>Page 509, Line 6 – Page 515, Line 10<br>Page 515, Line 23 – Page 522, Line 3<br>Page 522, Lines 8 – 22<br>Page 523, Line 5 – Page 524, Line 20<br>Page 524, Line 24 – Page 525, Line 19 |
| **Thomas Bold** (6/25/04) | Page 6, Lines 20 – 25 |

789779v.1

|  | Page 7, Lines 1 – 8 |
|  | Page 21, Lines 20 – 25 |
|  | Page 22, Line 1 |
|  | Page 22, Lines 3 – 9 |
|  | Page 23, Lines 13 – 16 |
|  | Page 23, Lines 19 – 25 |
|  | Page 84, Lines 9 – 25 |
|  | Page 85, Lines 1 – 2 |
|  | Page 85, Lines 14 – 19 |
|  | Page 85, Lines 21 – 25 |
|  | Page 86, Lines 1 – 9 |
|  | Page 94, Lines 15 – 25 |
|  | Page 95, Lines 1 – 7 |
|  | Page 133, Lines 22 – 25 |
|  | Page 134, Lines 2 – 7 |
|  | Page 155, Lines 9 – 18 |
|  | Page 155, Lines 20 – 25 |
|  | Page 156, Lines 1 – 13 |
| **Thomas Casola (5/21/03)** | Page 8, Line 23 – Page 9, Line 8 |
|  | Page 9, Lines 12 – 17 |
|  | Page 10, Lines 22 – 24 |
|  | Page 11, Lines 3 – 22 |
|  | Page 13, Lines 1 – 7 |
|  | Page 13, Lines 15 – 20 |
|  | Page 13, Line 24 – Page 14, Line 3 |
|  | Page 15, Line 15 – Page 16, Line 6 |
|  | Page 17, Line 3 – Page 18, Line 2 |
|  | Page 19, Lines 2 – 13 |
|  | Page 19, Lines 16 – 22 |
|  | Page 20, Lines 2 – 10 |
|  | Page 20, Lines 13 – 17 |
|  | Page 20, Line 20 – Page 21, Line 4 |
|  | Page 22, Line 14 – Page 23, Line 13 |
|  | Page 23, Lines 16 – 22 |
|  | Page 24, Lines 1 – 6 |
|  | Page 24, Lines 9 – 15 |
|  | Page 24, Line 18 – Page 25, Line 7 |
|  | Page 25, Lines 10 – 11 |
|  | Page 38, Lines 14 – 16 |
|  | Page 38, Line 19 – Page 39, Lines 15 |
|  | Page 39, Line 22 – Page 40, Line 10 |
|  | Page 40, Line 15 – Page 41, Line 7 |
|  | Page 41, Line 18 – Page 42, Line 10 |
|  | Page 42, Lines 16 – 18 |
|  | Page 42, Line 21 – Page 43, Line 22 |

|  | Page 45, Lines 4 – 10 |
|  | Page 57, Line 23 – Page 58, Line 2 |
|  | Page 58, Lines 5 – 13 |
|  | Page 58, Line 23 – Page 59, Line 11 |
|  | Page 61, Lines 8 – 19 |
|  | Page 63, Line 16 – Page 64, Line 6 |
|  | Page 65, Lines 6 – 11 |
|  | Page 70, Lines 13 – 17 |
|  | Page 70, Line 20 – Page 71, Line 12 |
|  | Page 75, Lines 8 – 11 |
|  | Page 75, Lines 15 – 22 |
|  | Page 82, Lines 1 – 19 |
|  | Page 86, Line 22 – Page 87, Line 2 |
|  | Page 87, Lines 11 – 17 |
|  | Page 88, Line 8 – Page 89, Line 2 |
|  | Page 92, Line 22 – Page 94, Line 3 |
|  | Page 95, Line 15 – Page 96, Line 18 |
|  | Page 105, Line 24 – Page 107, Line 2 |
|  | Page 107, Line 22 – Page 108, Line 9 |
|  | Page 110, Line 16 – Page 111, Line 14 |
|  | Page 113, Line 20 – Page 114, Line 11 |
|  | Page 114, Line 22 – Page 115, Line 19 |
|  | Page 115, Line 22 – Page 118, Line 5 |
|  | Page 118, Lines 18 – 21 |
|  | Page 199, Lines 3 – 21 |
|  | Page 122, Line 12 – Page 123, Line 7 |
| **Thomas Casola (6/24/04)** | Page 191, Line 10 – Page 192, Line 19 |
| **Brian Daniels (10/20/04)** | Page 9, Line 5- Page 11, Line 24 |
|  | Page 12, Line 16- Page 14, Line 13 |
|  | Page 16, Lines 5- 24 |
|  | Page 21, Line 4- Page 26, Line 3 |
|  | Page 152, Lines 9-23 |
|  | Page 153, Line 2- Page 154, Line 13 |
|  | Page 194, Line 20- Page 196, Line 7 |
|  | Page 199, Line 23- Page 200, Line 4 |
|  | Page 200, Line 8- Page 201, Line 11 |
|  | **Page 415, Line 7- Page 416, Line 3** |
|  | Page 519, Line 9- Page 520, Line 6 |
|  | Page 520, Line 9- Page 521, Line 15 |
|  | Page 522, Line 4- Page 523, Line 16 |
|  | Page 523, Line 21- Page 527, Line 1 |
| **Wendy Dixon (1/19/05)** | Page 18, Line 8 – Page 21, Line 20 |

789779v.1

| | |
|---|---|
| **Wendy Dixon** (8/5/05) | Page 761, Line 6 – Page 762, Line 3<br>Page 762, Line 18 – Page 764, Line 20<br>Page 765, Line 8 – Page 782, Line 10 |
| **James Dunn** (7/8/05) | Page 146, Lines 2 – 4<br>Page 146, Line 6<br>Page 147, Lines 17 – 20<br>Page 148, Lines 14 – 19<br>Page 148, Line 21 – Page 149, Line 9<br>Page 149, Line 12 – Page 150, Line 2<br>Page 150, Lines 6 – 16 |
| **James Dunn** (10/7/05) | Page 317, Line 5 – Page 324, Line 7<br>Page 324, Line 9 – Page 330, Line 6<br>Page 330, Line 16 – Page 335, Line 15<br>Page 335, Line 22 – Page 336, Line 19<br>Page 336, Lines 23 – 24<br>Page 337, Line 2 – Page 341, Page 19<br>Page 341, Line 22 – Page 346, Line 22<br>Page 347, Lines 2 – 16<br>Page 350, Line 12 – Page 354, Line 11<br>Page 362, Lines 1 – 20 |
| **Elliott Erich** (10/21/04) | Page 10, Lines 12-16<br>Page 17, Line 1- Page 19, Line 21<br>Page 19, Line 24- Page 24, Line 7<br>Page 28, Line 13- Page 30, Line 16<br>Page 30, Line 19- Page 34, Line 2<br>Page 34, Line 7- Page 35, Line 20<br>Page 36, Lines 3- 5<br>Page 88, Lines 17-22<br>Page 89, Lines 1- 7<br>Page 89, Line 14- Page 90, Line 23<br>Page 141, Line 23- Page 142, Line 4<br>Page 142, Line 23- Page 144, Line 2<br>Page 160, Line 16- Page 161, Line 3<br>Page 161, Line 6- Page 164, Line 9 |
| **Barry Gertz** (9/28/05) | Page 1267, Lines 17 – 23<br>Page 1268, Line 15 – Page 1321, Line 5 |
| **Raymond Gilmartin** (6/17/05) | Page 860, Line 2 – Page 876, Line 17<br>Page 876, Lines 21 – 23<br>Page 876, Line 25 – Page 877, Line 6<br>**Page 877, Lines 10 – 16**<br>Page 877, Line 17 – Page 878, Line 23<br>**Page 878, Line 24 – Page 880, Line 2**<br>Page 880, Lines 3 – 5 |

789779v.1

| | |
|---|---|
| | Page 880, Lines 7 – 17 |
| | Page 880, Line 21 – Page 881, Line 9 |
| | Page 881, Line 12 – Page 882, Line 14 |
| | Page 882, Line 18 – Page 883, Line 19 |
| | Page 883, Line 23 – Page 884, Line 21 |
| | Page 884, Line 24 – Page 885, Line 1 |
| | Page 885, Lines 13 – 15 |
| | Page 885, Line 17 – Page 886, Line 7 |
| | Page 886, Lines 11 – 13 |
| | Page 886, Line 15 – Page 887, Line 14 |
| | Page 887, Line 16 – Page 889, Line 21 |
| | Page 890, Lines 1 – 13 |
| | Page 890, Lines 15 – 22 |
| | Page 890, Line 24 – Page 891, Line 5 |
| | Page 891, Lines 9 – 11 |
| | Page 891, Lines 13 – 19 |
| | Page 891, Line 21 – Page 893, Line 23 |
| | Page 893, Line 25 – Page 895, Line 1 |
| | Page 895, Lines 3 – 15 |
| | Page 895, Line 19 – Page 897, Line 8 |
| | Page 897, Lines 11 – 22 |
| | Page 898, Lines 1 – 5 |
| | Page 898, Lines 8 – 14 |
| | Page 898, Line 16 – Page 899, Line 4 |
| | **Page 899, Line 8 – Page 900, Line 7** |
| | **Page 900, Line 12 – Page 901, Line 6** |
| | **Page 901, Lines 9 – 17** |
| | **Page 901, Line 21 – Page 902, Line 25** |
| | **Page 903, Line 4 – Page 904, Line 8** |
| | Page 904, Lines 9-10 |
| | Page 904, Line 12 – Page 907, Line 19 |
| | Page 907, Line 23 – Page 908, Line 16 |
| | Page 908, Line 21 – Page 909, Line 8 |
| | Page 909, Line 10 – Page 910, Line 24 |
| | Page 911, Line 3 – Page 913, Line 11 |
| | Page 913, Line 13 – Page 914, Line 5 |
| | Page 914, Line 9 – Page 915, Line 21 |
| | Page 915, Line 25 – Page 916, Line 2 |
| | Page 916, Lines 4 – 24 |
| | Page 917, Line 1 – Page 918, Line 6 |
| | Page 918, Line 10 – Page 920, Line 4 |
| | Page 1204, Line 22 – Page 1205, Line 2 |
| **Leslie Goldstein (9/23/05)** | Page 4, Lines 17 – 23 |
| | Page 9, Lines 20 – 21 |
| | Page 14, Lines 21- 2 |

10

789779v.1

| | |
|---|---|
| | Page 15, Lines 6 – 21<br>Page 15, Lines 22 – 24<br>Page 16, Lines 8 – 15<br>Page 17, Lines 6 – 20<br>Page 20, Lines 3 – 7<br>Page 20, Line 24 – Page 21, Line 5<br>Page 21, Line 24 – Page 22, Line 6<br>Page 23, Lines 6 – 20<br>Page 28, Lines 2 – 17<br>Page 29, Lines 18 – 23<br>Page 30, Lines 3 – 5<br>Page 30, Lines 29 – 21<br>Page 31, Line 16 – Page 32, Line 1<br>Page 32, Line 8 – 17<br>Page 33, Lines 8 – 24<br>Page 33, Line 25 – Page 34, Line 2<br>Page 34, Lines 7 – 15<br>Page 35, Lines 5 – 10<br>Page 38, Line 13 – Page 39, Line 4<br>Page 42, Lines 13 – 25 |
| **Linda Hostelley** *(2/25/04)* | Page 10, Lines 6-24<br>Page 11, Lines 1 – 24<br>Page 12, Lines 1 – 24<br>Page 13, Lines 1 – 24<br>Page 14, Lines 1 – 24<br>Page 15, Lines 1-6<br>Page 63, Lines 14 -24<br>Page 64, Lines 1-6<br>Page 82, Lines 10-16, 19 - 24<br>Page 83, Lines 1-6<br>Page 93, Lines 18-24<br>Page 94, Lines 1-16, 19 - 21 |
| **Linda Hostelley** (4/27/04) | Page 5, Lines 2 – 9<br>Page 10, Lines 7 – 11<br>Page 10, Lines 13 – 25<br>Page 11, Lines 2 – 25<br>Page 12, Lines 2 – 5<br>Page 13, Lines 10 – 16<br>Page 13, Lines 19 – 23<br>Page 17, Lines 20 – 25<br>Page 18, Lines 2 – 13<br>Page 22, Lines 6 – 25<br>Page 23, Line 2<br>Page 149, Lines 15 – 22 |

11

|  | Page 149, Lines 24 – 25<br>Page 150, Lines 2 – 12 |
|---|---|
| **Barry Kass** (9/28/05) | Page 12, Lines 6 – 21<br>Page 13, Line 23 – Page 14, Line 9<br>Page 15, Lines 2 – 4<br>Page 24, Lines 11 – 22<br>Page 25, Lines 1 – 22<br>Page 25, Line 24 – Page 26, Line 24<br>Page 27, Lines 8 – 15<br>Page 27, Line 20 – Page 29, Line 5<br>Page 32, Lines 7 – 24 |
| **Peter Kim** (6/8/05) | Page 899, Line 2 – Page 902, Line 7<br>Page 902, Line 9 – Page 903, Line 11<br>Page 903, Line 15<br>Page 903, Line 19 – Page 904, Line 1<br>Page 906, Line 25 – Page 910, Line 15<br>Page 910, Line 19 – Page 913, Line 4<br>Page 913, Lines 7 – 24<br>Page 914, Line 3 – Page 916, Line 17<br>Page 916, Lines 19 – 23<br>Page 917, Line 22 – Page 918, Line 4<br>Page 918, Line 6 – Page 919, Line 3<br>Page 919, Lines 6-8<br>Page 919, Line 10 – Page 920, Line 7<br>Page 920, Line 9 – Page 921, Line 12<br>**Page 921, Line 15 – Page 922, Line 12**<br>Page 922, Lines 13 – 17<br>Page 922, Line 19 – Page 924, Line 6<br>Page 924, Lines 8 – 14<br>Page 924, Lines 16 – 20<br>Page 924, Line 22 – Page 925, Line 3<br>Page 925, Lines 5 – 19<br>Page 925, Line 21 – Page 926, Line 2<br>Page 926, Lines 17 – 22<br>Page 926, Line 25 – Page 927, Line 7<br>Page 927, Line 9 – Page 932, Line 8<br>Page 932, Line 12 – Page 934, Line 8<br>Page 934, Line 10 – Page 936, Line 21<br>Page 936, Line 24 – Page 939, Line 14<br>Page 939, Line 19 – Page 943, Line 1<br>Page 943, Lines 4 – 7<br>Page 943, Lines 9 – 12<br>Page 943, Lines 15 – 25<br>Page 944, Lines 2 – 4 |

789779v.1

Page 944, Lines 6 – 10
Page 944, Line 12 – Page 947, Line 16
Page 948, Line 9 – Page 950, Line 4
Page 950, Lines 6 – 25
Page 951, Lines 4 – 6
Page 951, Lines 9 – 16
Page 951, Lines 18 – 19
Page 951, Line 23 – Page 953, Line 20
Page 953, Line 23 – Page 954, Line 19
Page 954, Line 23 – Page 957, Line 10
Page 957, Line 17 – Page 958, Line 16
Page 958, Line 18 – Page 959, Line 11
Page 959, Lines 15 – 17
Page 959, Line 20 – Page 960, Line 18
Page 960, Lines 20 – 22
Page 960, Line 24 – Page 961, Line 1
Page 961, Line 3 – 5
Page 961, Line 8 – Page 962, Line 17
Page 962, Line 21 – Page 963, Line 5
Page 963, Lines 21 – 22
Page 963, Line 25
Page 964, Lines 3 – 5
Page 964, Lines 15 – 16
Page 964, Lines 19 – 22
Page 964, Line 25 – Page 965, Line 13
Page 965, Line 18 – Page 969, Line 6
Page 969, Line 11 – Page 972, Line 5
Page 972, Line 9 – Page 973, Line 15
Page 973, Lines 17 – 22
Page 974, Line 1 – Page 975, Line 11
Page 975, Lines 18 – 20
Page 975, Line 22 – Page 976, Line 23
**Page 977, Lines 2 – 10**
**Page 977, Lines 13 – 15**
**Page 977, Lines 18 – 20**
**Page 977, Line 22 – Page 978, Line 1**
**Page 978, Lines 3 – 6**
**Page 978, Lines 8 – 12**
**Page 978, Line 16 – Page 979, Line 1**
**Page 979, Lines 3 – 7**
**Page 979, Lines 10 – 18**
**Page 979, Line 21 – Page 980, Line 10**
**Page 980, Line 12 – Page 981, Line 1**
**Page 981, Lines 5 – 17**
**Page 981, Lines 19 – 24**
**Page 982, Line 2 – Page 983, Line 9**

|  | Page 983, Line 13 |
|  | Page 983, Line 15 – Page 984, Line 6 |
|  | Page 984, Lines 9 – 12 |
|  | Page 984, Lines 15 – 23 |
|  | Page 985, Lines 4 – 5 |
|  | Page 985, Line 7 – Page 986, Line 16 |
|  | Page 986, Line 18 – Page 987, Line 4 |
|  | Page 987, Lines 9 – 10 |
|  | Page 987, Lines 14 – 25 |
|  | Page 988, Lines 2 – 5 |
|  | Page 988, Lines 8 – 25 |
|  | Page 989, Lines 2 – 12 |
|  | Page 989, Line 15 – Page 991, Line 10 |
|  | Page 991, Lines 13-15 |
| **Charlotte McKines** (8/3/05) | Page 22, Lines 18 – 21 |
|  | Page 25, Line 16 – Page 26, Line 23 |
| **Charlotte McKines** (9/9/05) | Page 529, Line 15 – Page 555, Line 21 |
| **Briggs Morrison** (2/18/05) | Page 547, Line 1 – Page 547, Line 3 |
|  | Page 547, Lines 17 – 22 |
|  | Page 548, Line 6 – Page 552, Line 8 |
|  | Page 552, Lines 12 – 19 |
|  | Page 552, Lines 23 – 24 |
|  | Page 553, Lines 3 – 18 |
|  | Page 554, Line 6 – Page 555, Line 3 |
|  | Page 555, Line 11 – Page 559, Line 11 |
|  | Page 559, Line 13 – Page 560, Line 15 |
|  | Page 561, Line 8 – Page 562, Line 6 |
|  | Page 562, Lines 22 – 24 |
|  | Page 563, Lines 3 – 25 |
|  | Page 564, Line 5 – Page 566, Line 19 |
|  | Page 567, Line 13 – Page 568, Line 2 |
|  | Page 568, Line 6 – Page 569, Line 3 |
|  | Page 570, Lines 1 – 18 |
|  | Page 571, Lines 6 – 8 |
|  | Page 571, Line 12 – Page 572, Line 1 |
|  | Page 573, Lines 6 – 24 |
|  | Page 574, Lines 3 – 20 |
|  | Page 574, Line 22 |
|  | Page 575, Line 11 – Page 576, Line 7 |
|  | Page 576, Lines 17 – 19 |
|  | Page 578, Line 16 – Page 579, Line 17 |
|  | Page 579, Lines 19 – 25 |
|  | Page 580, Line 2 – Page 582, Line 4 |

789779v.1

|  | Page 583, Lines 6 – 22 |
|---|---|
|  | Page 584, Lines 2 – 4 |
|  | Page 584, Line 6 |
|  | Page 584, Lines 8 – 17 |
|  | Page 584, Line 20 – Page 586, Line 16 |
|  | Page 587, Line 4 – Page 588, Line 4 |
|  | Page 588, Line 14 – Page 589, Line 23 |
|  | Page 590, Lines 3 – 10 |
|  | Page 590, Line 18 – Page 591, Line 15 |
|  | Page 591, Lines 21 – 25 |
|  | Page 592, Lines 2 – 14 |
|  | Page 592, Lines 18 – 22 |
|  | Page 592, Line 24 – Page 593, Line 6 |
|  | Page 593, Lines 8 – 16 |
|  | Page 594, Line 4 – Page 595, Line 15 |
|  | Page 595, Lines 20 – 24 |
|  | Page 596, Lines 1 – 21 |
|  | Page 596, Line 25 – Page 597, Line 3 |
|  | Page 597, Lines 9 – 23 |
|  | Page 598, Line 14 – Page 603, Line 16 |
|  | Page 603, Line 21 – Page 604, Line 8 |
|  | Page 604, Line 25 – Page 607, Line 11 |
|  | Page 609, Line 1 – Page 611, Line 19 |
|  | Page 611, Line 21 – Page 612, Line 16 |
|  | Page 612, Line 18 – Page 613, Line 7 |
|  | Page 613, Line 24 – Page 614, Line 20 |
|  | Page 614, Line 22 – Page 619, Line 2 |
|  | Page 619, Line 19 – Page 20, Line 15 |
|  | Page 621, Line 9 – Page 623, Line 4 |
|  | **Page 623, Line 5 – Page 625, Line 4** |
|  | **Page 625, Lines 6 – 12** |
|  | **Page 625, Line 16 – Page 627, Line 10** |
| **Thomas Musliner** (11/5/04) | Page 10, Line 13 – Page 19, Line 17 |
|  | Page 21, Lines 2 – 24 |
|  | Page 26, Line 17 – Page 28, Line 19 |
|  | Page 87, Line 19 – Page 89, Line 4 |
|  | Page 89, Line 12 – Page 90, Line 9 |
|  | Page 90, Line 12 – Page 91, Line 7 |
|  | Page 91, Line 9 – Page 92, Line 5 |
|  | Page 92, Lines 8 – 16 |
|  | Page 100, Lines 8 – 18 |
|  | Page 100, Line 22 – Page 101, Line 23 |
|  | Page 102, Line 2 – Page 103, Line 2 |
|  | Page 134, Line 10 – 16 |
|  | Page 134, Line 19 – Page 138, Line 3 |

789779v.1

|  | Page 138, Line 6 – 24 |
| --- | --- |
| **Alan Nies (4/1/05)** | Page 359, Lines 9 – 11 |
|  | Page 364, Line 16 – Page 366, Line 12 |
|  | Page 366, Line 16 – Page 372, Line 12 |
|  | Page 372, Line 15 – Page 377, Line 5 |
|  | Page 377, Lines 8 – 12 |
|  | Page 377, Line16 – Page 378, Line 4 |
|  | Page 378, Lines 7 – 17 |
|  | Page 378, Line 19 – Page 394, Line 20 |
|  | Page 394, Line 25 – Page 397, Line 9 |
|  | **Page 397, Line 10 – Page 398, Line 23** |
|  | **Page 399, Lines 3 – 5** |
|  | **Page 399, Line 10 – Page 400, Line 14** |
|  | **Page 401, Lines 10 – 18** |
|  | **Page 401, Lines 20 – 24** |
|  | **Page 402, Line 1 – Page 403, Line 10** |
|  | **Page 403, Lines 17 – 21** |
|  | **Page 404, Line 4 – Page 406, Line 3** |
|  | Page 406, Line 4 – Page 409, Line 22 |
|  | **Page 409, Line 23 – Page 410, Line 3** |
|  | Page 410, Line 4 – Page 413, Line 1 |
|  | Page 413, Lines 4 – 17 |
|  | **Page 413, Line 18 – Page 414, Line 11** |
|  | Page 414, Line 15 – Page 416, Line17 |
|  | Page 416, Line 22 – Page 417, Line 12 |
|  | Page 417, Lines 16 – 23 |
|  | Page 418, Lines 1 – 12 |
|  | Page 418, Lines 16 – 25 |
|  | Page 419, Lines 6 – 7 |
|  | Page 419, Lines 9 – 17 |
|  | Page 420, Lines 4 – 20 |
|  | Page 420, Line 24 – Page 421, Line 2 |
|  | Page 421, Line 4 |
|  | Page 423, Line 16 – Page 425, Line 2 |
|  | Page 425, Lines 5 – 8 |
|  | **Page 425, Line 15 – Page 428, Line 7** |
|  | **Page 428, Lines 12 – 19** |
|  | **Page 428, Line 22 – Page 429, Line 15** |
|  | **Page 429, Line 17 – Page 430, Line 13** |
|  | **Page 430, Lines 16 – 23** |
|  | Page 430, Line 24 – Page 433, Line 5 |
|  | Page 433, Line 7 – Page 434, Line 17 |
|  | Page 434, Lines 20 – 22 |
|  | Page 434, Line 24 – Page 435, Line 1 |
|  | Page 435, Lines 3 – 22 |

789779v.1

| | |
|---|---|
| | Page 436, Line 2 – Page 437, Line 4 |
| | Page 437, Line 9 – Page 439, Line 14 |
| | Page 439, Lines 18 – 22 |
| | Page 439, Line 24 – Page 444, Line 5 |
| | Page 444, Line 8 – Page 445, Line 19 |
| | Page 445, Lines 22 – 25 |
| | Page 446, Line 5 – Page 448, Line 3 |
| | Page 448, Line 9 |
| | Page 448, Lines 11 – 13 |
| | Page 448, Line 16 – Page 449, Line 2 |
| | Page 449, Lines 5 – 12 |
| | Page 449, Line 15 – Page 450, Line 22 |
| | Page 451, Line 10 – Page 453, Line 3 |
| | Page 453, Line 6 – Page 454, Line 1 |
| | Page 454, Line 10 |
| | Page 454, Line 14 – Page 456, Line 18 |
| | Page 457, Lines 2 – 21 |
| | Page 457, Line 25 – Page 458, Line 2 |
| | Page 458, Lines 7 – 21 |
| | Page 459, Lines 4 – 21 |
| | Page 459, Line 24 – Page 460, Line 2 |
| | Page 460, Line 4 – Page 461, Line 25 |
| | Page 462, Lines 7 – 20 |
| | Page 462, Line 24 – Page 463, Line 8 |
| | Page 463, Lines 10 – 17 |
| | Page 463, Line 19 – Page 464, Line 23 |
| | Page 464, Line 25 – Page 465, Line 3 |
| | Page 465, Line 9 – Page 466, Line 5 |
| | Page 466, Lines 8 – 15 |
| | Page 466, Line 22 – Page 468, Line 23 |
| | Page 469, Lines 1 – 5 |
| | Page 469, Line 8 – Page 470, Line 5 |
| | Page 470, Line 7 – Page 471, Line 10 |
| | Page 471, Line 14 – Page 473, Line 16 |
| | **Page 473, Line 17 – Page 474, Line 12** |
| | **Page 474, Line 15 – Page 475, Line 6** |
| | **Page 476, Lines 1 – 19** |
| | **Page 476, Line 24 – Page 477, Line 6** |
| | **Page 477, Line 23 – Page 478, Line 5** |
| | **Page 478, Line 11 – Page 479, Line 2** |
| | **Page 479, Lines 4 – 20** |
| | **Page 479, Line 23 – Page 481, Line 5** |
| | **Page 481, Line 8 – Page 482, Line 11** |
| | Page 482, Line 12 – Page 484, Line 13 |
| | Page 485, Lines 8 – 18 |
| | Page 485, Lines 21 – 23 |

789779v.1

|  | Page 486, Line 1 – Page 487, Line 12 |
|---|---|
|  | Page 487, Lines 15 – 20 |
|  | Page 487, Line 23 – Page 488, Line 4 |
|  | Page 488, Lines 11 – 14 |
|  | **Page 488, Line 15 – Page 489, Line 16** |
| **Daniel Pacetti (9/25/05)** | Page 5, Lines 10 – 12 |
|  | Page 10, Line 23 – Page 11, Line 8 |
|  | Page 11, Line 18 – Page 12, Line 5 |
|  | Page 12, Lines 6 – 20 |
|  | Page 17, Lines 17 – 29 |
|  | Page 31, Line 11 – Page 33, Line 11 |
|  | Page 37, Lines 4 – 14 |
|  | Page 37, Line 23 – Page 37, Line 1 |
|  | Page 63, Line 19 – Page 65, Line 12 |
| **Alise Reicin (2/26/03)** | Page 5, Lines 7 – 11 |
|  | Page 5, Lines 17 – 20 |
|  | Page 40, Lines 7 – 23 |
|  | Page 101, Line 24 – Page 102, Line 10 |
|  | Page 105, Line 18 – Page 106, Line 11 |
|  | Page 114, Lines 12 – 22 |
|  | Page 139, Lines 6 – 20 |
|  | Page 154, Line 25 – Page 158, Line 9 |
|  | Page 178, Line 15 – Page 180, Line 7 |
|  | Page 181, Line 22 – Page 183, Line 20 |
|  | Page 185, Line 12 – Page 189, Line 8 |
|  | Page 192, Line 6 – Page 194, Line 2 |
|  | Page 222, Line 11 – Page 225, Line 5 |
| **Alise Reicin (3/16/04)** | Page 5, Line 23 – Page 6, Line 6 |
|  | Page 6, Line 9 – Page 6, Line 10 |
|  | Page 70, Line 5 – Page 71, Line 22 |
|  | Page 75, Line 6 – Page 76, Line 13 |
|  | Page 76, Line 15 – Page 77, Line 19 |
|  | Page 91, Line 10 – Page 94, Line 11 |
|  | Page 94, Line 13 – Page 97, Line 17 |
|  | Page 116, Line 20 – Page 118, Line 11 |
|  | Page 120, Line 6 – Page 121, Line 23 |
|  | Page 185, Line 11 – Page 185, Line 19 |
|  | Page 185, Line 21 – Page 186, Line 8 |
|  | Page 194, Lines 5 – Page 194, Line 10 |
|  | Page 194, Line 13 – Page 194, Line 24 |
|  | Page 211, Line 16 – Page 212, Line 1 |
|  | Page 212, Line 7 – Page 213, Line 25 |
|  | **Page 221, Line 4 – Page 223, Line 6** |

789779v.1

| | |
|---|---|
| **Alise Reicin** (6/22/04) | Page 6, Line 18 – Page 7, Line 3<br>Page 40, Line 14 – Page 44, Line 9<br>Page 59, Line 12 – Page 61, Line 17<br>Page 70, Line 4 – Page 71, Line 11<br>Page 74, Line 4 – Page 76, Line 19<br>Page 88, Line 17 – Page 89, Line 11<br>Page 150, Line 13 – Page 151, Line 25<br>Page 227, Line 11 – Page 231, Line 23<br>Page 268, Lines 11 – 22<br>Page 310, Line 11 – Page 311, Line 7<br>Page 313, Line 10 – 17 |
| **Alise Reicin** (8/19/05) | Page 727, Line 5 – Page 728, Line 9<br>Page 729, Line 9 – Page 730, Line 2<br>Page 739, Line 5 – Page 740, Line 1<br>Page 743, Line 25 – Page 744, Line 7 |
| **Nancy Santanello** (12/22/04) | Page 6, Lines 2 – 4<br>Page 8, Line 11 – Page 9, Line 16<br>**Page 9, Line 17 – Page 10, Line 10**<br>**Page 11, Lines 4 – 17**<br>**Page 13, Lines 1 – 11**<br>**Page 23, Line 12 – Page 24, Line 23**<br>**Page 65, Line 7 – Page 69, Line 1**<br>Page 126, Line 11 – Page 143, Line 5<br>Page 143, Line 14 – Page 146, Line 23<br>Page 147, Line 2 – Page 149, Line 22<br>Page 150, Line 9 – Page 161, Line 3<br>**Page 161, Line 4 – Page 162, Line 16**<br>Page 162, Line 17 – Page 163, Line 12<br>**Page 163, Line 16 – Page 164, Line 3**<br>**Page 164, Line 6 – Page 169, Line 2**<br>Page 169, Line 3 – Page 173, Line 18<br>Page 173, Line 21 – Page 177, Line 12 |
| **Adam Schecter** (12/10/04) | Page 13, Line 3 – Page 14, Line 14<br>Page 15, Lines 4 – 15<br>Page 15, Lines 20 – 24<br>Page 15, Line 19 – Page 18, Line 3<br>Page 20, Line 12 – Page 22, Line 19<br>Page 24, Line 22 – Page 25, Line 11<br>Page 30, Line 6 – Page 34, Line 4<br>Page 34, Lines 6 – 21<br>Page 35, Lines 6 – 25<br>Page 36, Lines 3 – 14 |

789779v.1

| | |
|---|---|
| | Page 36, Line 18 – Page 37, Line 8 |
| | Page 37, Lines 11 – 17 |
| | Page 38, Line 18 – Page 39, Line 16 |
| | Page 39, Line 23 – Page 40, Line 10 |
| | Page 44, Lines 13 – 21 |
| | Page 66, Line 15 – Page 67, Line 1 |
| | Page 68, Line 18 – Page 70, Line 24 |
| | Page 71, Lines 2 – 15 |
| | Page 72, Lines 18 – 22 |
| | Page 72, Line 25 – Page 73, Line 11 |
| | Page 141, Line 19 – Page 142, Line 15 |
| | Page 151, Line 6 – Page 152, Line 6 |
| | Page 251, Line 11 – Page 252, Line 18 |
| | Page 254, Lines 1 – 22 |
| | Page 260, Line 22 – Page 263, Line 10 |
| | Page 263, Line 24 – Page 264, Line 2 |
| | Page 264, Lines 5 – 12 |
| | Page 283, Line 2 – Page 284, Line 7 |
| | Page 326, Line 22 – Page 327, Line 23 |
| | Page 328, Lines 3 – 9 |
| | Page 339, Line 7 – Page 340, Line 8 |
| | Page 340, Line 11 – Page 341, Line 9 |
| **Allesha Schirmer (10/4/05)** | Page 5, Lines 20 – 22 |
| | Page 6, Lines 1 – 6 |
| | Page 13, Lines 4 – 7 |
| | Page 13, Lines 8 – 12 |
| | Page 14, Lines 17 – 19 |
| | Page 14, Line 25 – Page 15, Line 2 |
| | Page 15, Lines 19 – 23 |
| | Page 16, Lines 7 – 8 |
| | Page 17, Lines 2 – 10 |
| | Page 18, Lines 15 – 19 |
| | Page 19, Lines 6 – 19 |
| | Page 22, Line 19 – Page 23, Line 1 |
| | Page 24, Line 24 – Page 25, Line 1 |
| | Page 39, Line 9 – Page 40, Line 4 |
| | Page 40, Line 13 – Page 41, Line 6 |
| | Page 43, Line 22 – Page 45, Line 13 |
| | Page 45, Lines 16 – 21 |
| | Page 46, Line 14 – Page 47, Line 1 |
| | Page 48, Line 14 – Page 50, Line 23 |
| | Page 51, Lines 7 – 9 |
| | Page 53, Lines 3 – 7 |
| | Page 53, Line 8 – Page 54, Line 15 |
| | Page 55, Lines 7 – 14 |

| | |
|---|---|
| | Page 55, Lines 21 – 25 |
| | Page 56, Line 21 – Page 57, Line 23 |
| | Page 57, Line 24 – Page 58, Line 8 |
| | Page 58, Line 9 – Page 59, Line 22 |
| | Page 60, Lines 1 – 4 |
| | Page 60, Line 9 – Page 61, Line 4 |
| | Page 62, Lines 1 – 9 |
| | Page 63, Lines 6 – 10 |
| | Page 63, Lines 13 – 16 |
| | Page 63, Lines 21 – 25 |
| | Page 64, Line 18 – Page 65, Line 9 |
| | Page 66, Line 6 – Page 67, Line 1 |
| | Page 67, Lines 13 – 22 |
| | Page 67, Line 23 – Page 68, Line 5 |
| | Page 68, Lines 6 – 15 |
| | Page 68, Lines 22 – 25 |
| | Page 69, Lines 7 – 13 |
| | Page 70, Line 7 – Page 71, Line 8 |
| **Christopher Schirmer, M.D. (9/6/05)** | Page 4, Line 24 – Page 6, Line 19 |
| | Page 18, Line 12 – Page 24, Line 5 |
| | Page 25, Line 10 – Page 26, Line 1 |
| | Page 26, Lines 13 – 19 |
| | Page 27, Line 24 – Page 28, Line 3 |
| | Page 28, Lines 18 – 23 |
| | Page 30, Lines 17 – 20 |
| | Page 35, Line 1 – Page 36, Line 25 |
| | Page 37, Line 9 – Page 38, Line 7 |
| | Page 38, Line 20 – Page 39, Line 2 |
| | Page 39, Lines 7 – 11 |
| | Page 40, Lines 1 – 15 |
| | Page 40, Line 22 – Page 41, Line 6 |
| | Page 42, Lines 10 – 19 |
| | Page 43, Lines 2 – 8 |
| | Page 44, Line 25 – Page 45, Line 2 |
| | Page 45, Line 25 – Page 27, Line 11 |
| | Page 48, Line 24 – Page 49, Line 1 |
| | Page 49, Line 13 – Page 53, Line 4 |
| | Page 53, Lines 12 – 14 |
| | Page 54, Line 3 – Page 55, Line 5 |
| | Page 55, Line 15 – Page 56, Line 20 |
| | Page 58, Line 6 – Page 59, Line 23 |
| | Page 64, Lines 2 – 12 |
| | Page 65, Line 9 – Page 66, Line 13 |
| | Page 68, Lines 10 – 21 |
| | Page 87, Line 16 – Page 88, Line 7 |

789779v.1

|  | Page 88, Lines 11 – 13 |
|  | Page 88, Line 19 – Page 89, Line 1 |
|  | Page 90, Lines 5 – 14 |
|  | Page 90, Line 22 – Page 91, Line 21 |
|  | Page 92, Line 23 – Page 93, Line 6 |
|  | Page 93, Lines 21 – 25 |
| **Edward Scolnick (6/1/05)** | Page 736, Line 2 – Page 737, Line 14 |
|  | Page 819, Line 21 – Page 822, Line 9 |
|  | Page 822, Lines 12 – 20 |
|  | Page 822, Line 23 – Page 823, Line 4 |
|  | Page 823, Lines 7 – 17 |
|  | Page 823, Line 19 – Page 824, Line 9 |
|  | Page 824, Line 11 – Page 825, Line 4 |
|  | Page 825, Line 6 – Page 826, Line 6 |
|  | Page 826, Lines 9 – 17 |
|  | Page 826, Line 20 – Page 828, Line 6 |
|  | Page 828, Lines 10 – 21 |
|  | Page 829, Lines 1 – 17 |
|  | Page 829, Line 19 – Page 830, Line 15 |
|  | Page 830, Line 21 – Page 831, Line 16 |
|  | Page 831, Line 20 – Page 833, Line 13 |
|  | Page 833, Line 17 – Page 834, Line 11 |
|  | Page 834, Line 15 – Page 837, Line 7 |
|  | Page 837, Line 11 – Page 838, Line 10 |
|  | Page 838, Line 12 – Page 839, Line 11 |
|  | Page 839, Line 14 – Page 840, Line 11 |
|  | Page 840, Lines 13 – 23 |
|  | Page 841, Lines 2 – 22 |
|  | Page 841, Line 25 – Page 842, Line 23 |
|  | Page 843, Line 2– Page 844, Line 8 |
|  | Page 844, Lines 10 – 25 |
|  | Page 845, Line 4 – Page 846, Line 14 |
|  | Page 846, Line 18 – Page 847, Line 3 |
|  | Page 847, Lines 7 – 15 |
|  | Page 847, Line 23 – Page 848, Line 9 |
|  | Page 848, Line 11– Page 849, Line 22 |
|  | Page 850, Line 1 – Page 850, Line 14 |
|  | Page 850, Line 15 – Page 851, Line 2 |
|  | Page 851, Lines 4 – 21 |
|  | Page 851, Line 25 – Page 852, Line 18 |
|  | Page 852, Line 20 – Page 853, Line 3 |
|  | **Page 853, Lines 4 – 12** |
|  | Page 853, Line 13 – Page 854, Line 1 |
|  | Page 854, Lines 4 – 10 |
|  | Page 854, Lines 11 – 14 |

789779v.1

**Page 854, Line 17 – Page 855, Line 8**
Page 855, Lines 9 – 23
Page 856, Lines 2 – 11
Page 856, Lines 15 – 19
Page 856, Line 23 – Page 859, Line 10
Page 859, Line 15 – Page 860, Line 14
Page 860, Lines 17 – 22
Page 860, Line 24 – Page 868, Line 23
Page 868, Line 25 – Page 872, Line 25
Page 873, Lines 4 – 16
Page 873, Line 19 – Page 874, Line 6
Page 874, Line 23 – Page 876, Line 8
Page 876, Line 13 – Page 878, Line 3
Page 878, Line 7– Page 881, Line 10
Page 881, Line 25 – Page 883, Line 18
Page 883, Line 22 – Page 885, Line 6
Page 885, Line 8 – Page 886, Line 6
Page 886, Lines 9 – 16
Page 886, Lines 19 – 24
**Page 887, Lines 1 – 7**
**Page 887, Line 19 – Page 890, Line 11**
**Page 890, Line 14 – Page 891, Line 24**
Page 891, Line 25 – Page 893, Line 6
**Page 893, Lines 7 – 12**
Page 893, Line 13 – Page 894, Line 13
Page 894, Line 16 – Page 899, Line 11
Page 899, Line 14 – Page 900, Line 10
Page 900, Line 12 – Page 901, Line 1
Page 901, Line 3 – Page 903, Line 13
Page 903, Line 16 – Page 904, Line 13
Page 904, Lines 17 – 20
**Page 904, Line 21 – Page 907, Line 16**
Page 907, Line 17 – Page 909, Line 9
Page 909, Line 12 – Page 910, Line 8
**Page 910, Line 9 – Page 913, Line 10**
**Page 913, Line 24 – Page 914, Line 6**
Page 914, Line 7 – Page 917, Line 25
Page 918, Line 4 – Page 919, Line 4
Page 919, Lines 7 – 18
Page 919, Line 20 – 24
Page 920, Lines 1 – 5
Page 920, Line 7 – Page 922, Line 4
Page 922, Line 8 – Page 923, Line 15
Page 923, Line 17 – Page 924, Line 17
Page 924, Line 22 – Page 927, Line 15
Page 927, Line 19 – Page 929, Line 2

789779v.1

| | |
|---|---|
| | Page 929, Lines 4 – 22 |
| | Page 930, Line 3 – Page 931, Line 25 |
| | Page 932, Lines 2 – 11 |
| | Page 933, Lines 2 – 5 |
| | **Page 933, Line 7 – Page 934, Line 16** |
| | **Page 934, Line 20 – Page 937, Line 1** |
| | **Page 937, Line 4 – Page 938, Line 6** |
| | Page 938, Line 7 – Page 939, Line 2 |
| | Page 939, Lines 16 – 20 |
| | **Page 939, Lines 21 – 24** |
| | Page 939, Line 25 – Page 940, Line 10 |
| | Page 940, Lines 12 – 15 |
| | Page 940, Lines 18 – 21 |
| | Page 940, Line 24 – Page 941, Line 7 |
| | Page 941, Lines 10 – 14 |
| | **Page 941, Line 23 – Page 942, Line 7** |
| | Page 942, Line 8 – Page 943, Line 20 |
| | Page 943, Line 24 – Page 944, Line 7 |
| | Page 944, Lines 9 – 18 |
| | Page 944, Line 22 – Page 945, Line 8 |
| | Page 945, Lines 12 – 14 |
| | Page 946, Lines 2 – 7 |
| | **Page 947, Lines 2 – 5** |
| | **Page 947, Line 7** |
| | **Page 947, Line 24 – Page 948, Line 6** |
| | Page 948, Lines 7 – 24 |
| | **Page 948, Line 25 – Page 949, Line 5** |
| | Page 949, Lines 6 – 25 |
| | Page 950, Lines 4 – 15 |
| | Page 950, Lines 21 – 23 |
| | Page 950, Line 25 – Page 951, Line 22 |
| | Page 951, Line 24 – Page 953, Line 12 |
| | **Page 953, Line 13 – Page 954, Line 25** |
| | Page 955, Lines 1 – 6 |
| | **Page 955, Line 7 – Page 957, Line 11** |
| | **Page 957, Lines 16 – 18** |
| | **Page 957, Lines 20 – 23** |
| | Page 957, Line 25 – Page 958, Line 21 |
| | Page 959, Lines 2 – 20 |
| | Page 959, Line 22 – Page 960, Line 14 |
| | Page 960, Lines 18 – 20 |
| | Page 960, Line 22 – Page 962, Line 1 |
| | Page 962, Lines 3 – 10 |
| | **Page 962, Line 12 – Page 965, Line 8** |
| | **Page 965, Lines 12 – 18** |
| | **Page 966, Lines 4 – 11** |

789779v.1

| | |
|---|---|
| | **Page 966, Line 13 – Page 967, Line 7** |
| | **Page 967, Line 17 – Page 968, Line 5** |
| | **Page 968, Lines 6 – 19** |
| | **Page 968, Line 23 – Page 969, Line 11** |
| | **Page 969, Line 14 – Page 971, Line 3** |
| | **Page 971, Lines 6 – 25** |
| | **Page 972, Lines 1-10** |
| | **Page 972, Lines 12 – 17** |
| | **Page 972, Line 20 – Page 973, Line 19** |
| | **Page 973, Line 25 – Page 974, Line 9** |
| | **Page 974, Line 10 – Page 976, Line 3** |
| | **Page 976, Line 20 – Page 980, Line 6** |
| | **Page 980, Line 10 – Page 982, Line 2** |
| | **Page 982, Line 3 – Page 984, Line 10** |
| | **Page 984, Line 14 – Page 985, Line 9** |
| | **Page 985, Line 14 – Page 988, Line 14** |
| | **Page 988, Line 19 – Page 991, Line 11** |
| | **Page 991, Line 13 – Page 993, Line 3** |
| | **Page 993, Lines 5 – 20** |
| | **Page 994, Lines 6 – 17** |
| | **Page 994, Line 19 – Page 995, Line 25** |
| | Page 996, Lines 4 – 25 |
| | Page 997, Lines 2 – 21 |
| | Page 997, Line 24 – Page 998, Line 11 |
| | Page 998, Line 14 – Page 999, Line 9 |
| | Page 999, Lines 13 – 15 |
| | Page 999, Line 20 – Page 1000, Line 11 |
| **Edward Scolnick (8/16/05)** | Page 1155, Lines 13 – 25 |
| | Page 1156, Lines 1 – 9 |
| | Page 1161, Lines 20 – 24 |
| | Page 1162, Lines 1 – 25 |
| | Page 1163, Lines 1 – 6 |
| | Page 1163, Lines 9 – 25 |
| | Page 1164, Lines 1 – 6 |
| | Page 1165, Lines 10 – 21 |
| | Page 1217, Lines 8 – 10 |
| | Page 1217, Lines 14 – 17 |
| | Page 1217, Lines 21 – 23 |
| | Page 1217, Line 25 |
| | Page 1218, Lines 1 – 11 |
| | Page 1218, Lines 13 – 25 |
| | Page 1219, Lines 1 – 11 |
| | Page 1219, Lines 13 – 19 |
| **Beth Seidenberg (10/7/04)** | Page 20, Line 14- 17 |

789779v.1

| | |
|---|---|
| | Page 34, Line 6- Page 35, Line 19 |
| | Page 35, Line 24- Page 45, Line 4 |
| | Page 45, Line 17- Page 47, Line 13 |
| | Page 121, Line 12- Page 123, Line 5 |
| | Page 126, Line 16- Page 130, Line 16 |
| | Page 276, Line 2- Page 277, Line 16 |
| | Page 292, Lines 14- 19 |
| | Page 292, Line 22- Page 293, Line 8 |
| | Page 293, Line 11- Page 294, Line 21 |
| **Deborah Shapiro (6/30/05)** | Page 875, Line 5 – Page 885, Line 15 |
| | Page 885, Line 19 – Page 892, Line 21 |
| | Page 893, Line 1 – Page 894, Line 10 |
| | Page 894, Line 15 – Page 895, Line 14 |
| | Page 895, Line 19 – Page 896, Line 2 |
| | Page 896, Line 7 – Page 897, Line 10 |
| | Page 897, Line 14 – Page 898, Line 9 |
| | Page 898, Line 13 – Page 899, Line 2 |
| | Page 899, Line 5 – Page 900, Line 6 |
| | Page 900, Line 11 – Page 904, Line 8 |
| | Page 904, Line 12 – Page 906, Line 6 |
| | Page 906, Lines 9 – 19 |
| | **Page 906, Line 20 – Page 908, Line 18** |
| | **Page 908, Line 19 – Page 910, Line 13** |
| | **Page 910, Line 14 - Page 915, Line 16** |
| | **Page 915, Lines 19 – 25** |
| | **Page 916, Line 6 – Page 920, Line 20** |
| | **Page 920, Line 23 – Page 921, Line 1** |
| | **Page 921, Line 12 – Page 926, Line 8** |
| | **Page 926, Line 9 – Page 930, Line 13** |
| | **Page 930, Line 16 – Page 931, Line 8** |
| | **Page 931, Lines 13 – 16** |
| | **Page 931, Line 19 – Page 932, Line 13** |
| | **Page 932, Line 17 – Page 933, Line 20** |
| | **Page 934, Line 2 – Page 934, Line 24** |
| | Page 934, Line 25 – Page 935, Line 10 |
| | Page 935, Line 18 – Page 938, Line 25 |
| | **Page 939, Line 1 – Page 946, Line 25** |
| | **Page 947, Line 13 – Page 949, Line 23** |
| | **Page 950, Lines 2 – 16** |
| | **Page 950, Line 19 – Page 951, Line 14** |
| | **Page 951, Line 18 – Page 964, Line 3** |
| **Dr. Louis Sherwood (9/30/04 and 12/14/04)** | Page 18, Line 22 – Page 21, Line 24 |
| | Page 22, Line 13 – Page 23, Line 8 |
| | Page 24, Line 7 – Page 26, Line 16 |

789779v.1

| | |
|---|---|
| | Page 40, Line 9 – Page 42, Line 3 |
| | Page 65, Line 15 – Page 66, Line 8 |
| | Page 66, Lines 9 – 23 |
| | Page 66, Line 24 – Page 67, Line 5 |
| | Page 67, Line 10 – Page 68, Line 7 |
| | Page 93, Lines 2 – 15 |
| | **Page 352, Line 15 – Page 353, Line 12** |
| | **Page 413, Lines 3 – 23** |
| | **Page 421, Lines 3-7** |
| | **Page 421, Line 10 – Page 422, Line 17** |
| | **Page 490, Line 16 – Page 491, Line 4** |
| | **Page 495, Lines 6 – 24** |
| | **Page 511, Line 5 – Page 512, Line 14** |
| | **Page 553, Lines 2-18** |
| | **Page 613, Lines 7 – 16** |
| **Robert Silverman (11/19/04)** | Page 7, Line 11 |
| | Page 16, Lines 13 – 25 |
| | Page 17, Lines 1 – 15 |
| | Page 18, Lines 22-25 |
| | Page 19, Lines 1-12 |
| | Page 22, Lines 8-21 |
| | Page 23, Lines 20-25 |
| | Page 24, Line 1 |
| | Page 24, Lines 6 – 17 |
| | Page 41, Lines 23-25 |
| | Page 42, Line 1 |
| | Page 42, Lines 3 – 24 |
| | Page 56, Lines 20-25 |
| | Page 57, Lines 1-25 |
| | Page 81, Lines 16-19 |
| | Page 81, Lines 21 – 25 |
| | Page 82, Lines 1-23 |
| | Page 96, Lines 17-20 |
| | Page 96, Lines 22 – 25 |
| | Page 97, Lines 1-8 |
| | Page 105, Lines 19-25 |
| | Page 106, Line 1 |
| | Page 108, Lines 7-20 |
| | Page 109, Lines 7-9 |
| | Page 109, Lines 11-17 |
| | Page 111, Lines 2-11 |
| **Tom Simon (1/5/05 – 1/19/05)** | Page 7, Line 16 – Page 9, Line 25 |
| | Page 21, Line 15 – Page 22, Line 13 |
| | Page 26, Line 12 – Page 29, Line 18 |

789779v.1

|  | Page 31, Line 23 -- Page 33, Line 2 |
|--|--|
|  | Page 34, Line 13 – Page 38, Line 12 |
|  | Page 40, Line 23 – Page 44, Line 21 |
|  | Page 46, Lines 13 – 16 |
|  | Page 47, Lines 5 -- 10 |
|  | Page 47, Line 22 – Page 48, Line 7 |
|  | Page 49, Line 6 – Page 50, Line 20 |
|  | Page 51, Lines 14 – 20 |
|  | Page 53, Line 8 – Page 54, Line 2 |
|  | Page 55, Line 6 – Page 56, Line 20 |
|  | Page 122, Lines 3 – 15 |
|  | Page 123, Lines 11 – 15 |
|  | Page 124, Line 9 – Page 125, Line 11 |
|  | Page 146, Line 6 – Page 150, Line 13 |
|  | Page 150, Line 17 – Page 151, Line 3 |
|  | Page 167, Line 16 – Page 169, Line 8 |
|  | Page 182, Lines 11 – 24 |
|  | Page 183, Lines 2 – 17 |
|  | Page 184, Lines 10 – 17 |
|  | Page 202, Line 4 – Page 203, Line 4 |
|  | Page 212, Line 25 – Page 215, Line 6 |
|  | Page 364, Line 5 – Page 371, Line 12 |
|  | Page 371, Line 15 – Page 372, Line 18 |
|  | Page 372, Line 21 -- Page 373, Line 1 |
| **Douglas Watson (8/4/05)** | Page 569, Line 25 – Page 578, Line 2 |
|  | Page 578, Line 5 |
|  | Page 578, Line 12 – Page 579, Line 3 |
|  | Page 579, Line 7 – Page 585, Line 6 |
|  | Page 585, Line 13 – Page 587, Line 13 |
|  | Page 587, Line 19 – Page 589, Line 5 |
|  | Page 589, Line 14 – Page 603, Line 10 |
|  | Page 603, Line 13 – page 607, Line 14 |
|  | Page 607, Line 18 – Page 608, Line 12 |
|  | Page 608, Lines 15 – 19 |
|  | Page 608, Line 22 – Page 610, Line 14 |
|  | Page 610, Line 16 – Page 612, Line 20 |
|  | Page 612, Line 22 – Page 613, Line 17 |
|  | Page 613, Line 25 – Page 618, Line 20 |
|  | Page 618, Line 24 -- Page 619, Line 16 |
|  | Page 619, Line 18 – Page 620, Line 21 |
| **John Weeks (9/29/05)** | Page 41, Line 10 – Page 43, Line 15 |
|  | Page 51, Line 25 – Page 53, Line 2 |
|  | Page 53, Line 7 – Page 55, Line 2 |
|  | Page 55, Lines 5 – 6 |

789779v.1

| | |
|---|---|
| | Page 55, Line 22 – Page 56, Line 9<br>Page 56, Line 18 – Page 57, Line 13<br>Page 59, Lines 4 – 8<br>Page 60, Lines 18 – 20<br>Page 60, Lines 21 – 25<br>Page 61, Lines 3 – 7<br>Page 61, Lines 8 – 14 |
| **Mary Lee Weeks** (9/9/05) | Page 15, Lines 4 – 13<br>Page 20, Line 10 – Page 21, Line 16<br>Page 21, Line 19 – Page 23, Line 20<br>Page 23, Lines 21 – Page 24, Line 9<br>Page 25, Line 18 – Page 26, Line 1 |
| **Jan Weiner** (8/12/05) | Page 521, Line 11 – Page 522, Line 6<br>Page 522, Line 13 – Page 525, Line 13<br>Page 526, Line 8 – Page 527, Line 3<br>Page 527, Lines 7 – 15<br>Page 528, Lines 6 – 20<br>Page 529, Lines 18 – 21<br>Page 530, Line 3 – Page 531, Line 7<br>Page 531, Lines 10 – 22<br>**Page 532, Line 4 – Page, 533, Line 23**<br>**Page 536, Line 13 – Page 537, Line 19**<br>Page 537, Line 23 – Page 538, Line 5<br>Page 538, Line 13 – Page 540, Line 12<br>Page 541, Line 11 – Page 542, Line 15<br>**Page 544, Lines 16 – 17**<br>**Page 545, Lines 6 – 15**<br>**Page 545, Line 18 – Page 546, Line 4**<br>Page 547, Lines 3 – 5<br>Page 548, Line 25 – Page 549, Line 19<br>Page 550, Line 21 – Page 551, Line 3<br>Page 554, ines 11 – 22<br>Page 554, Line 24 – Page 555, Line 7<br>Page 556, Line 10 – Page 557, Line 9 |
| **Ellen Westrick** (8/30/05) | Page 14, Line 21 – Page 15, Line 12<br>Page 15, Line 23 – Page 17, Line 18<br>Page 18, Line 10 – Page 24, Line 13<br>Page 25, Line 18 – Page 32, Line 24<br>Page 34, Line 5 – Page 40, Line 18<br>Page 44, Lines 14 – 16<br>Page 46, Lines 3 – 9<br>Page 46, Lines 20 – 24<br>Page 47, Lines 8 – 24<br>Page 56, Line 16 – Page 57, Line 1 |

789779v.1

| | Page 63, Line 23 – Page 66, Line 4 |
|---|---|
| | Page 66, Lines 14 – 20 |
| | Page 69, Lines 2 – 5 |
| | Page 70, Line 20 – Page 71, Line 13 |
| | Page 103, Lines 14 – 25 |
| | Page 129, Lines 9 – 16 |
| | Page 130, Line 6 – Page 132, Line 10 |
| | Page 136, Lines 9 – 25 |
| | Page 149, Line 21 – Page 150, Line 5 |

Merck, in general, did not include objections to deposition testimony. However, to the extent that any such objections are designated, Merck reserves the right to remove them upon resolution of the objection.

Designations in **BOLD** typeface are intended primarily for rebuttal purposes and are subject to the Court's rulings on Merck's objections and motions to exclude. By designating this testimony, Merck does not waive its right to object to and/or move to exclude any documents or testimony that Plaintiffs may offer at trial. Merck reserves all such rights.

Further, Merck does not waive its rights to object to Plaintiffs' designations of deposition testimony and exhibits. Merck reserves the right to make additional counter-designations and completeness designations upon receipt of Plaintiffs' designations.

789779v.1

Merck reserves the right to designate additional testimony from depositions that have not yet started and/or been completed.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

And

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

Attorneys for Merck & Co., Inc.

31

789779v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Designation of Deposition Testimony** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 31st day of October, 2005.

*Dorothy H. Wimberly*

789779v.1