UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 1 2005
LORETTA G. WHYTE
CLERK

IN RE: VIOXX * MDL No. 1657
    PRODUCTS LIABILITY LITIGATION *
     *
     * SECTION: L
     *
THIS DOCUMENT RELATES TO *Vernon Andrews v.* *
*Merck & Co., Inc.,* No. 2:05-cv-02569-EEF-DEK, *
previously filed as 4:05-cv-00086, E.D. Mo. * Judge Fallon
     * Magistrate Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED DISMISSAL OF CLAIM

COMES NOW Defendant CVS Pharmacy, Inc., and amends its previously filed Notice of Dismissal of Counterclaim to read as follows:

### NOTICE OF DISMISSAL OF CROSS-CLAIM

COMES NOW Defendant CVS Pharmacy, Inc., and dismisses the cross-claim filed on June 7, 2005 in the Eastern District of Missouri against Co-Defendant Merck & Co., Inc. This dismissal is without prejudice, pursuant to Rule 41(a)(1)(i) and (c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RASMUSSEN, WILLIS, DICKEY & MOORE, L.L.C.

By: _____
Kurt L. Rasmussen, MO #32405
John L. Kellogg, MO #46533
9200 Ward Parkway, Suite 310
Kansas City, Missouri 64114
(816) 960-1611 Telephone
(816) 960-1669 - Facsimile

Attorneys for Defendant CVS Pharmacy Inc.

3190754

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Amended Dismissal of Claim has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 31 st day of August, 2005.

Russ M. Herman  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave., Suite 100  
New Orleans, LA 70113  
Email: rherman@hhkc.com  
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann  
Stone Pigman Walther Wittmann, LLC  
546 Carondelet St.  
New Orleans, LA 70130  
Email: pwittmann@stonepigman.com  
*Liaison Counsel for Defendants*

/s/ Joe C. Kelley