UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *James Cerutti v. Merck & Co., Inc.,* No. 2:05-cv-02578-EEF-DEK, previously filed as 4:05-cv-00097, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED DISMISSAL OF CLAIM

COMES NOW Defendant CVS Pharmacy, Inc., and amends its previously filed Notice of Dismissal of Counterclaim to read as follows:

## NOTICE OF DISMISSAL OF CROSS-CLAIM

COMES NOW Defendant CVS Pharmacy, Inc., and dismisses the cross-claim filed on June 7, 2005 in the Eastern District of Missouri against Co-Defendant Merck & Co., Inc. This dismissal is without prejudice, pursuant to Rule 41(a)(1)(i) and (c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RASMUSSEN, WILLIS, DICKEY & MOORE, L.L.C.

By: _____
Kurt L. Rasmussen, MO #32405
John L. Kellogg, MO #46533
9200 Ward Parkway, Suite 310
Kansas City, Missouri 64114
(816) 960-1611 Telephone
(816) 960-1669 - Facsimile

Attorneys for Defendant CVS Pharmacy Inc.

3190771

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Amended Dismissal of Claim has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 31st day of August, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

/s/ Joe C. Kellogg