.STERN DISTRICT     LOUISIANA

FILED   NOV   1 2005

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    *    MDL No. 1657
      PRODUCTS LIABILITY LITIGATION      *
                                                *
                                                *    SECTION: L
                                                *
THIS DOCUMENT RELATES TO *Sineria Jones v.*     *
*Merck & Co., Inc.,* No. 2:05-cv-02581-EEF-DEK, *
previously filed as 4:05-cv-00303, E.D. Mo.     *    Judge Fallon
                                                *    Magistrate Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED DISMISSAL OF CLAIM

COMES NOW Defendant CVS Pharmacy, Inc., and amends its previously filed Notice of

Dismissal of Counterclaim to read as follows:

## NOTICE OF DISMISSAL OF CROSS-CLAIM

COMES NOW Defendant CVS Pharmacy, Inc., and dismisses the cross-claim filed on

June 7, 2005 in the Eastern District of Missouri against Co-Defendant Merck & Co., Inc. This

dismissal is without prejudice, pursuant to Rule 41(a)(1)(i) and (c) of the Federal Rules of Civil

Procedure.

Respectfully submitted,

RASMUSSEN, WILLIS, DICKEY & MOORE,
L.L.C.

By:_____
    Kurt U. Rasmussen, MO #32405
    John L. Kellogg,  MO #46533
    9200 Ward Parkway, Suite 310
    Kansas City, Missouri  64114
    (816) 960-1611 Telephone
    (816) 960-1669 - Facsimile

____ Fee_____
____ Process_____
__X_ Dktd_____
_X__ CtRmDep_____
____ Doc. No _____

Attorneys for Defendant CVS Pharmacy Inc.

3190775

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Dismissal of Claim has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 31 st day of August, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*