UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     NOV - 1 2005

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

Plaintiff Evelyn Irvin Plunkett, as Personal Representative of the Estate of Richard Irvin, Jr., deceased, by and through her undersigned counsel, hereby designates the following deposition testimony that may be used at the trial of this matter. Plaintiff reserves the right to supplement this list. The list below does not include counter-designations to any deposition testimony offered by Defendant Merck & Co. Plaintiff reserves the right to offer any deposition testimony designated by Defendant Merck & Co. Plaintiff reserves the right to withdraw any testimony designated herein:

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

**1.  Anstice, David**          3/16/05

| | | |
|---|---|---|
| 13:19 – 14:2 | 104:7 – 104:11 | 151:12 – 158:13 |
| 15:7 – 16;17 | 104:15 – 104:23 | 159:11 – 161:25 |
| 16:20 – 17:1 | 105:11 – 106:14 | 162:4 – 162:7 |
| 17:15 – 18:6 | 106:16 – 108:10 | 162:12 – 164:3 |
| 20:6 – 20:8 | 108:13 – 110:12 | 164:6 – 167:22 |
| 21:1 – 21:7 | 110:14 – 111:2 | 167:25 – 171:4 |
| 21:17 – 21:24 | 111:7 – 112:3 | 171:6 |
| 22:10 – 22:14 | 112:7 – 113:3 | 171:10 – 173:14 |
| 23:21 – 24:15 | 113:5 – 113:9 | 173:16 – 173:17 |
| 26:18 – 27:19 | 113:11 – 113:25 | 173:19 – 173:23 |
| 61:2 – 61:11 | 114:3 – 114:4 | 174:1 – 174:11 |
| 61:18 – 61:24 | 114:7 – 114:17 | 174:21 – 181:2 |
| 62:2 – 62:9 | 114:20 – 114:25 | 181:11 – 187:13 |
| 65:5 – 65:11 | 115:3 – 117:13 | 188:7 – 188:22 |
| 66:9 – 67:20 | 117:18 – 119:15 | 189:2 – 189:5 |
| 68:15 – 68:19 | 119:19 – 121:11 | 189:7 – 190:7 |
| 68:23 – 69:7 | 121:15 – 121:25 | 190:19 – 198:16 |
| 69:22 – 70:8 | 122:2 – 122:16 | 198:18 – 198:22 |
| 70:13 – 71:4 | 122:18 – 124:3 | 198:24 |
| 71:6 – 72:23 | 124:6 – 124:21 | 199:4 – 200:7 |
| 72:25 – 73:7 | 125:1 – 127:1 | 200:11 – 202:22 |
| 73:9 – 73:13 | 127:3 – 127:18 | 202:24 – 205:7 |
| 73:17 – 73:25 | 127:20 – 127:21 | 205:20 – 206:2 |
| 74:2 – 74:22 | 127:23 – 127:25 | 206:4 – 206:11 |
| 74:25 – 76:3 | 128:2 – 128:6 | 206:15 – 207:1 |
| 76:10 – 76:19 | 128:8 – 128:15 | 207:4 – 207:24 |
| 76:22 – 77:25 | 128:17 – 128:25 | 208:2 – 208:7 |
| 78:3 – 78:5 | 129:2 – 129:4 | 208:10 – 208:18 |
| 78:13 – 86:8 | 129:7 – 129:24 | 208:22 – 210:24 |
| 87:7 – 87:13 | 130:16 – 131:10 | 211:1 – 213:13 |
| 87:16 – 87:24 | 131:12 – 131:25 | 213:18 – 215:2 |
| 88:2 – 90:14 | 132:3 – 135:23 | 215:4 – 216:20 |
| 90:25 – 93:7 | 136:7 – 137:17 | 216:24 – 216:25 |
| 93:10 – 93:13 | 137:19 – 138:11 | 217:2 – 219:19 |
| 93:15 | 138:14 – 140:14 | 219:21 – 221:11 |
| 93:17 – 93:22 | 140:18 – 140:20 | 221:21 – 221:22 |
| 93:24 – 94:5 | 140:22 – 141:17 | 221:24 – 231:2 |
| 94:7 – 94:15 | 141:22 – 142:24 | 232:1 – 232:20 |
| 94:17 – 101:25 | 143:1 – 143:14 | 233:22 – 235:12 |
| 102:4 – 102:7 | 143:17 – 144:17 | 235:14 – 236:9 |
| 102:9 – 102:15 | 144:19 – 146:3 | 237:6 – 239:8 |
| 102:17 – 102:22 | 146:18 – 147:20 | 241:22 – 245:5 |
| 102:24 – 103:7 | 147:22 – 148:3 | 245:10 – 245:19 |
| 103:9 – 104:6 | 148:19 – 151:10 | 245:21 – 246:4 |

246:7 – 248:8
248:11 – 248:16
249:14 – 250:3
250:5 – 250:6
251:3 – 251:24
252:2 – 252:17
252:21 – 253:22
253:24 – 254:16

254:20 – 254:22
254:24 – 255:16
255:18 – 256:3
256:6 – 256:10
256:13 – 257:1
257:9 – 257:24
258:5 – 258:11
258:15 – 269:17

269:19 – 278:5
279:3 – 281:6
281:9 – 285:23
285:24 – 286:2
286:6 – 288:2
288:13 – 308:24

**2.    Anstice, David                3/17/05**

328:15 – 328:20
329:4 – 330:25
331:2 – 335:3
335:5 – 341:18
341:22 – 343:25
344:2 –  350:24
351:21 – 355:5
355:15 – 360:14
360:23 – 363:7
363:20 – 364:15
364:21 – 367:18
369:6 – 374:24
375:24 – 376:25
377:2 – 377:23
377:24 – 379:3
379:10 – 381:21
381:24 – 385:13
386:2 – 387:15
388:2 – 390:11
390:14 – 391:2
391:4 – 393:10
393:15 – 395:4
395:17 – 399:15
399:22 – 405:25
406:2 – 417:4
417:23 – 421:21
422:7 – 423:23
424:13 – 425:7
425:20
425:22 – 430:7
430:9 – 430:21
430:25 – 431:1
431:7 – 432:24

433:3 – 434:1
434:3 – 435:6
435:8 – 435:25
436:3 – 436:8
436:13 – 438:6
438:8 – 440:18
440:22 – 447:16
447:19 – 447:22
447:25 – 455:3
455:12 – 456:5
456:16 – 458:3
458:14 – 460:8
460:10 – 462:18
462:23 – 464:15
464:23 – 465:7
465:13 – 469:7
469:10 – 470:8
470:23 – 471:18
472:5 – 474:2
474:4 – 474:22
474:25 – 476:2
476:4 – 477:25
478:2
478:18 – 478:25
479:2 – 482:16
482:18 – 494:7
494:10 – 495:14
495:20 – 496:7
496:10 – 498:9
498:16 – 504:16
504:19 – 505:17
505:20 – 511:18
511:21 – 512:25

513:3 – 522:24
523:11 – 532:10
532:22 – 534:1
534:3 – 534:9
534:25 – 535:5
535:7 – 536:4
536:7 – 540:16
540:18 – 546:5
546:15 – 546:20
547:1 – 549:16
550:8 – 551:6
551:8 – 555:10
555:14 – 556:20
556:22 – 558:15
558:17 – 563:1
563:3 – 573:15
574:4 – 578:20
578:24 – 585:8
585:15 – 590:25
594:10 – 607:16
608:2 – 614:25
615:2 – 627:21
628:3 – 629:11
629:14 – 631:3
633:2 – 635:15
635:17 – 637:3
640:2 – 642:25
643:6 – 644:8
644:10 – 646:21
647:25 – 653:2
653:16 – 657:22

**3.**      **Anstice, David**          **3/18/05**

| | | |
|---|---|---|
| 674:9 – 690:19 | 798:25 – 800:6 | 937:18 – 939:12 |
| 691:3 – 716:4 | 800:7 | 939:24 – 942:17 |
| 716:14 – 726:25 | 800:23 – 804:11 | 942:19 – 943:6 |
| 727:2 – 743:16 | 804:13 – 804:25 | 943:13 – 944:2 |
| 744:6 – 746:18 | 805:2 – 814:22 | 944:21 – 945:3 |
| 746:22 – 748:1 | 815:5 – 819:13 | 945:24 – 956:16 |
| 748:15 – 749:16 | 820:2 – 830:17 | 957:12 – 958:22 |
| 750:4 – 751:10 | 832:17 – 837:4 | 959:23 – 961:4 |
| 751:13 – 751:22 | 837:25 – 864:23 | 961:10 – 979:1 |
| 751:25 – 752:23 | 865:3 – 872:21 | 979:14 – 980:13 |
| 753:6 – 753:7 | 873:25 – 892:18 | 980:25 – 983:20 |
| 754:4 – 754:5 | 893:7 – 893:19 | 984:1 – 990:14 |
| 754:7 – 758:10 | 894:8 – 896:10 | 990:23 – 995:1 |
| 758:15 – 784:2 | 905:7 – 907:1 | 995:19 – 1008:4 |
| 784:7 – 788:3 | 907:20 – 916:4 | 1008:7 – 1008:16 |
| 788:15 – 790:6 | 918:14 – 929:9 | 1008:19 – 1010:11 |
| 790:8 – 790:25 | 929:20 – 933:3 | 1010:16 – 1011:1 |
| 791:2 – 798:20 | 934:4 – 936:20 | |

**4.**      **Anstice, David**          **4/12/05**

| | | |
|---|---|---|
| 1058:12 – 1059:23 | 1172:10 – 1172:22 | 1306:15 – 1308:1 |
| 1062:5 – 1063:2 | 1230:1 – 1237:21 | 1309:9 – 1312:5 |
| 1065:22 – 1066:13 | 1237:23 – 1238:1 | 1312:18 – 1325:14 |
| 1075:22 – 1076:25 | 1238:3 – 1284:9 | 1325:18 – 1328:5 |
| 1078:14 – 1078:25 | 1285:1 – 1291:17 | 1328:15 – 1333:14 |
| 1123:24 – 1124:4 | 1291:21 – 1305:1 | 1333:17 – 1336:2 |
| 1153:12 – 1153:25 | 1305:11 – 1305:18 | 1336:14 – 1338:10 |

**5.**      **Anstice, David**          **5/20/05**

| | | |
|---|---|---|
| 1356:18 – 1360:7 | 1405:3 – 1409:17 | 1576:21 – 1610:22 |
| 1360:17 – 1379:8 | 1410:5 – 1423:18 | 1612:13 – 1614:16 |
| 1380:6 – 1383:11 | 1424:11 – 1425:2 | 1615:4 – 1636:8 |
| 1384:24 – 1386:25 | 1425:3 – 1425:15 | 1637:1 – 1640:4 |
| 1387:7 – 1392:6 | 1425:16 – 1446:7 | 1641:1 – 1642:4 |
| 1392:13 – 1395:17 | 1447:1 – 1477:18 | 1643:1 – 1650:23 |
| 1396:3 – 1399:14 | 1478:8 – 1505:11 | 1651:11 – 1651:19 |
| 1399:18 – 1400:25 | 1507:4 – 1513:22 | 1652:15 – 1653:15 |
| 1401:18 – 1402:8 | 1514:17 – 1531:11 | |
| 1403:17 – 1404:6 | 1531:24 – 1576:10 | |

6.      **Aycock, Richard**          **9/28/2005**

Entire deposition transcript

7.      **Barr, Eliav**          **1/28/05**

| | | |
|---|---|---|
| 17:9 – 17:11 | 117:13 – 117:24 | 186:7 – 187:24 |
| 20:14 – 20:19 | 119:2 – 122:9 | 188:17 – 189:5 |
| 21:14 – 22:8 | 132:19 – 133:6 | 189:10 – 190:15 |
| 35:9 – 35:13 | 134:13 – 134:18 | 194:5 – 195:17 |
| 35:16 – 35:21 | 136:21 – 137:2 | 196:2 |
| 36:18 – 36:20 | 154:5 – 155:9 | 197:16 – 198:9 |
| 38:4 – 38:5 | 156:12 – 156:25 | 200:2 – 200:19 |
| 38:7 – 38:14 | 160:8 – 161:7 | 201:18 - 202:5 |
| 50:9 – 50:25 | 161:14 – 161:16 | 203:10 – 203:25 |
| 51:1 – 51:6 | 162:17 – 163:6 | 204:2 – 205:25 |
| 51:17 – 52:1 | 164:14 – 165:9 | 206:1 – 207:14 |
| 64:15 – 65:13 | 171:3 – 171:5 | 219:13 – 219:21 |
| 84:4 – 84:5 | 171:9 – 172:1 | 220:5 – 220:10 |
| 91:14 – 93:7 | 172:19 – 172:21 | 220:24 – 221:3 |
| 105:10 – 106:13 | 173:23 – 174:2 | 221:16 – 222:2 |
| 106:19 – 107:6 | 176:13 – 176:19 | 239:25 – 240:2 |
| 107:13 – 108:1 | 181:2 – 181:7 | 240:11 – 241:2 |
| 108:15 – 108:17 | 181:22 – 182:14 | |

8.      **Baumgartner, Susan**          **2/25/05**

| | | |
|---|---|---|
| 12:7 - 12:9 | 21:23 – 22:21 | 38:7 |
| 12:14 – 12:15 | 22:22 – 23:6 | 38:8 – 38:12 |
| 13:19 – 14:15 | 23:7 – 23:16 | 39:1 – 39:5 |
| 14:16 – 14:20 | 23:17 – 24:8 | 39:6 – 39:7 |
| 14:21 – 15:13 | 24:9 – 24:20 | 39:8 – 39:16 |
| 16:6 – 16:25 | 24:22 – 25:2 | 39:17 – 41:3 |
| 17:2 – 17:6 | 28:23 – 29:5 | 41:20 – 41:21 |
| 17:8 – 17:12 | 29:6 – 29:10 | 42:5 – 42:19 |
| 17:24 – 18:1 | 29:11 – 29:12 | 42:20 |
| 18:7 – 18:12 | 29:23 – 29:25 | 42:21 – 42:22 |
| 19:20 – 20:5 | 30:1 – 30:14 | 42:23 – 45:10 |
| 20:6 – 20:8 | 30:15 – 30:18 | 45:11 – 45:13 |
| 20:9 – 20:10 | 30:19 – 31:14 | 45:14 |
| 20:10 – 20:11 | 31:16 – 31:20 | 45:15 – 45:23 |
| 20:12 – 21:10 | 32:13 – 37:10 | 45:24 – 45:25 |
| 21:11 – 21:13 | 37:19 – 37:22 | 46:10 – 46:11 |
| 21:14 – 21:22 | 37:23 – 37:25 | 46:13 – 46:15 |

| | | |
|---|---|---|
| 47:24 – 48:11 | 154:24 – 155:1 | 208:20 – 209:15 |
| 48:12 – 48:13 | 155:11 | 209:17 – 209:20 |
| 48:14 – 48:15 | 155:14 – 155:20 | 210:11 – 210:19 |
| 48:16 – 49:5 | 156:3 – 156:6 | 210:20 – 210:24 |
| 49:21 – 50:2 | 156:8 – 156:11 | 211:2 – 211:12 |
| 50:3 – 50:6 | 156:12 – 156:13 | 211:25 – 212:18 |
| 50:10 – 50:15 | 156:23 – 156:24 | 212:20 – 212:21 |
| 51:2 – 53:13 | 157:2 – 157:3 | 212:23 – 213:6 |
| 53:23 – 54:7 | 157:5 – 157:10 | 214:2 – 214:16 |
| 54:15 – 54:22 | 157:16 – 157:24 | 214:20 – 215:9 |
| 56:6 – 60:5 | 158:24 – 159:1 | 216:5 – 216:11 |
| 61:15 – 61:17 | 159:4 – 159:12 | 217:10 – 217:20 |
| 62:4 – 64:5 | 159:13 – 159:16 | 218:16 – 219:4 |
| 64:9 – 69:11 | 159:19 – 159:22 | 219:7 – 219:10 |
| 70:16 – 72:16 | 160:11 – 160:16 | 219:25 – 220:4 |
| 72:17 – 77:9 | 160:21 – 161:5 | 220:7 – 220:13 |
| 77:10 – 78:8 | 161:6 – 161:17 | 221:2 – 221:8 |
| 78:15 – 79:22 | 161:18 – 161:19 | 221:17 – 221:24 |
| 79:23 – 80:18 | 161:20 – 162:7 | 221:25 – 222:2 |
| 81:1 – 81:2 | 165:17 – 165:23 | 222:7 – 222:11 |
| 81:14 – 86:4 | 166:1 – 166:4 | 222:16 – 222:23 |
| 86:22 – 87:7 | 167:10 – 167:18 | 222:25 – 223:4 |
| 88:6 – 89:9 | 167:22 – 171:6 | 223:6 – 223:13 |
| 89:25 – 90:2 | 171:14 – 172:5 | 223:17 – 223:19 |
| 91:4 – 91:9 | 176:15 – 176:23 | 224:5 – 224:7 |
| 91:20 – 91:22 | 177:2 – 177:14 | 224:12 – 224:23 |
| 92:6 – 103:15 | 177:18 – 177:19 | 225:14 – 225:24 |
| 104:7 – 106:4 | 178:3 – 179:3 | 226:2 – 226:3 |
| 106:19 – 107:9 | 179:10 – 179:24 | 226:5 – 226:12 |
| 108:6 – 108:20 | 180:9 – 180:24 | 226:15 |
| 109:8 – 110:12 | 181:10 – 181:12 | 245:1 |
| 110:13 – 110:15 | 181:20 – 182:16 | 245:4 – 246:7 |
| 110:16 – 111:10 | 182:19 | 246:10 – 246:13 |
| 112:19 – 116:12 | 182:23 – 182:25 | 246:16 |
| 118:7 – 119:15 | 183:25 – 184:13 | 246:20 – 247:1 |
| 119:24 – 120:23 | 192:2 – 192:21 | 247:2 – 247:3 |
| 121:6 – 121:7 | 193:4 – 193:10 | 247:4 – 247:7 |
| 124:2 – 124:6 | 194:2 – 194:7 | 247:8 – 247:11 |
| 124:20 – 128:17 | 194:17 – 195:2 | 247:12 – 247:14 |
| 129:13 – 138:20 | 199:22 – 199:23 | 247:15 – 247:17 |
| 139:1 – 140:3 | 200:17 – 200:25 | 247:19 – 248:15 |
| 140:25 – 141:5 | 203:24 – 204:2 | 248:16 – 248:18 |
| 141:7 – 150:12 | 207:9 – 207:12 | 248:19 – 248:23 |
| 153:24 – 153:25 | 208:6 – 208:9 | 248:24 – 248:25 |
| 154:9 – 154:16 | 208:12 – 208:14 | 249:1 – 249:3 |
| 154:20 – 154:21 | 208:15 – 208:19 | 249:15 – 249:19 |

250:19 – 251:2
251:8 – 251:9
251:17 – 251:19
251:23 – 252:2
252:4 – 252:17
252:19 – 253:9
253:12 – 253:18
255:25 – 256:11
256:20 – 256:25
257:1 – 257:2
257:4 – 257:8
257:11 – 258:5
258:6 – 258:13
259:11 – 259:19
259:21 – 259:25
260:2 – 260:6
260:7 – 260:9
260:11 – 260:12

260:17 – 260:18
261:8 – 261:11
261:24 – 262:1
262:5 – 262:10
263:16 – 263:25
264:3
264:18 – 264:19
265:2 – 266:11
267:14 – 267:16
267:19 – 267:20
268:4 – 268:5
268:8 – 268:12
270:6 – 271:13
271:16 – 272:2
272:5 – 272:7
272:16 – 273:2
273:5 – 273:12
274:7 – 275:10

275:13 – 275:14
275:16 – 276:17
276:19 – 278:13
278:16 – 278:17
278:19 – 279:7
279:18 – 279:19
280:3
280:11 – 281:20
282:15 – 282:21
282:25 – 283:14
283:20 – 284:2
284:3 – 284:10
284:13 – 284:18
284:20 – 285:7
285:11 – 285:14
285:15
285:19 – 285:20

**9.    Baumgartner, Susan        3/11/05**

299:2 – 299:4
340:23 – 340:25
342:11 – 342:14
342:17
345:1 – 345:3
345:6 – 345:7
346:19 – 347:2
347:5
401:2 – 401:3
401:8 – 401:12
401:16 – 401:18

401:25 – 402:12
402:16 – 404:21
404:25 – 405:11
405:15 – 405:16
413:15 – 413:16
414:3 – 414:8
414:12 - 414:15
417:17 – 418:4
418:7 – 418:10
418:13 – 418:16
424:10 – 424:13

424:22 – 424:23
429:25 – 430:12
434:6 – 434:9
500:7 – 500:10
500:17
501:13 – 501:17
501:19 – 501:20
509:18 – 509:19
509:21

**10.    Bell, Gregory        11/10/05**

10:1 – 10:3
11:18 – 11:19
13:15 – 15:18
16:2 – 16:18
17:15 – 19:1
19:5 – 19:19
22:6 – 22:12
23:7 – 29:5
29:22 – 30:1
30:10 – 32:25

33:4 – 36:19
37:13 – 38:12
38:23 – 44:23
45:8 – 45:20
47:5 – 48:22
49:3 – 51:3
51:8 – 54:18
55:1 – 56:6
56:23 – 59:15
60:1 – 61:10

64:2 – 65:20
70:20 – 70:23
71:11 – 76:1
76:14 – 79:20
81:22 – 82:10
82:23 – 88:13
88:24 – 89:10
89:14 – 89:16
89:22 – 90:17
90:23 – 101:7

102:7 – 104:10
104:19 – 106:25
108:5 – 108:6
108:9 – 109:20
110:1 – 110:16
111:12 – 116:22
117:12 – 117:14
118:10 – 119:2
119:22 – 119:24
120:3 – 122:19
123:6 – 127:1
127:4 – 129:10
130:1 – 131:14
132:4 – 138:12
138:15 – 139:8
139:15 – 139:16
139:22 – 145:18
145:24 – 146:16
146:21 – 147:5
147:8 – 151:19
152:4 – 152:6
152:20 – 153:3

153:10 – 154:15
155:2 – 156:17
157:10 – 157:11
157:15 – 157:17
158:7 – 159:13
159:21 – 162:12
162:24 – 170:25
171:15 – 173:19
174:8 – 177:8
177:16 – 178:16
178:24 – 185:13
185:16 – 185:17
186:4 – 188:10
188:13 – 189:3
189:22 – 192:25
193:15 – 194:9
194:17 – 197:10
198:16 – 199:6
201:9 – 204:13
209:2 – 211:25
212:11 – 212:20
212:23 – 215:2

216:4 – 219:2
219:15 – 223:2
224:1 – 224:18
225:6 – 227:2
227:10 – 233:17
236:14 – 240:12
242:5 – 244:18
245:5 – 247:24
256:23 – 260:17
261:21 – 265:5
265:15 – 266:23
267:25 – 269:4
269:16 – 272:2
272:18 – 277:8
278:2 – 279:2
279:20 – 281:10
281:17 – 283:1
283:18 – 284:15
284:24 – 286:3
288:14 – 292:9

11.    **Bold, Thomas**          **3/11/05**

17:24 – 18:22
35:9 – 35:13
35:15 – 35:17
36:1 – 36:21
46:25 – 47:3
47:5 – 47:9
47:23 – 48:2

12.    **Casola, Thomas**        **6/24/2004**

92:20 – 92:23
93:13 – 93:14
93:16 – 94:6
94:8
94:10 – 94:19
94:22 – 95:3
95:4 – 96:22
96:23 – 97:4
97:6 – 97:22

98:6 – 98:22
99:3 – 100:19
101:8 – 102:15
102:23 – 103:2
103:20 – 103:24
104:17 – 105:6
105:8 – 105:12
106:6 – 106:8
107:1 – 107:20

108:1 – 108:9
108:12 – 108:16
109:5 – 109:15
109:17 – 110:3
110:4 – 111:1
111:2 – 112:3
112:6 – 112:15
113:6 – 113:22
114:8 – 114:24

| | | |
|---|---|---|
| 115:9 – 116:14 | 145:21 – 145:24 | 172:3 – 172:15 |
| 116:16 – 116:20 | 146:1 – 147:12 | 172:24 – 173:1 |
| 116:21 – 117:18 | 147:14 | 173:4 – 173:20 |
| 117:21 – 118:8 | 147:15 – 148:1 | 175:2 – 175:14 |
| 118:10 – 118:23 | 148:3 – 148:7 | 175:23 – 176:2 |
| 119:1 | 148:8 – 149:1 | 176:8 – 176:15 |
| 119:2 – 119:18 | 149:2 – 149:15 | 176:18 – 176:24 |
| 119:19 – 120:6 | 149:24 – 150:2 | 177:16 – 177:21 |
| 120:8 – 120:11 | 150:4 | 177:23 – 178:2 |
| 120:13 – 122:14 | 150:6 | 178:5 – 178:9 |
| 122:15 – 123:7 | 150:21 – 151:6 | 178:12 – 179:4 |
| 123:9 – 123:16 | 151:8 –151:22 | 179:6 |
| 123:18 – 124:4 | 152:9 – 152:15 | 179:9 – 180:3 |
| 124:22 – 125:18 | 152:17 – 152:19 | 180:5 – 180:15 |
| 125:20 – 126:6 | 154:5 – 155:4 | 180:18 – 180:22 |
| 126:19 – 127:19 | 155:5 – 155:14 | 181:14 – 182:20 |
| 127:22 – 128:4 | 155:22 – 155:24 | 182:21 – 183:4 |
| 128:8 – 128:23 | 156:2 – 156:20 | 183:7 – 183:9 |
| 129:1 – 129:10 | 156:21 – 157:1 | 183:18 – 184:5 |
| 129:12 | 157:3 – 157:7 | 184:13 – 184:22 |
| 129:21 – 130:5 | 157:9 – 157:11 | 185:3 – 185:17 |
| 131:10 – 132:4 | 158:7 – 159:2 | 185:20 – 186:1 |
| 132:6 –133:1 | 159:9 – 160:7 | 187:4 – 187:11 |
| 133:2 – 134:20 | 160:21 – 161:2 | 187:16 – 188:18 |
| 134:24 – 135:8 | 161:4 – 161:8 | 188:20 – 188:24 |
| 135:10 – 135:11 | 161:20 – 162:15 | 189:2 – 189:16 |
| 136:7 – 136:10 | 162:16 – 163:9 | 189:24 |
| 136:21 – 136:23 | 163:15 – 164:1 | 193:10 – 193:16 |
| 137:1 – 137:10 | 164:4 – 164:12 | 193:20 – 194:3 |
| 137:12 – 137:17 | 165:21 – 166:4 | 194:5 – 194:14 |
| 137:18 – 138:19 | 166:6 – 167:2 | 194:17 |
| 138:21 – 139:9 | 167:10 – 167:16 | 194:23 – 195:2 |
| 139:11 – 140:4 | 167:18 – 168:19 | 195:10 – 195:17 |
| 141:1 – 141:11 | 168:21 – 169:2 | 195:23 – 196:1 |
| 141:13 – 141:17 | 169:4 – 169:14 | 197:1 – 197:7 |
| 141:19 – 142:10 | 169:17 – 169:20 | 197:9 – 197:13 |
| 142:15 – 142:21 | 170:6 – 171:1 | 197:14 – 198:16 |
| 143:16 – 144:5 | 171:4 | 199:5 – 199:22 |
| 144:7 – 144:15 | 171:10 – 172:1 | 200:11 – 200:16 |

**13.**   **Casola, Thomas Vol. II**   **5/21/2003**

7:23 – 8:4
8:23 – 9:8
9:12 – 10:4
10:14 – 10:24
11:10 – 11:12
13:1 – 13:7
13:15 – 13:19

**14.**   **Daniels, Brian**   **10/20/2004**

| | | |
|---|---|---|
| 9:7 – 9:11 | 157:17 – 160:1 | 327:19 – 329:12 |
| 9:20 – 10:21 | 160:23 – 162:9 | 337:7 – 340:8 |
| 11:8 – 11:24 | 162:10 – 167:3 | 341:10 – 348:1 |
| 12:17 – 13:18 | 169:18 – 171:4 | 348:5 – 349:22 |
| 15:14 – 15:24 | 175:17 – 177:14 | 349:23 – 352:1 |
| 21:10 – 23:2 | 182:11 – 188:22 | 352:12 – 354:5 |
| 23:19 – 25:22 | 189:20 – 196:14 | 358:9 – 359:5 |
| 26:8 – 26:24 | 196:16 – 197:24 | 359:21 – 360:19 |
| 30:16 – 31:7 | 203:17 – 208:23 | 360:21 – 363:5 |
| 33:22 – 35:14 | 208:24 – 212:20 | 363:10 – 366:8 |
| 53:2 – 57:10 | 215:17 – 215:23 | 369:8 – 370:19 |
| 60:21 – 64:13 | 217:24 – 218:21 | 371:13 – 385:18 |
| 66:13 – 70:23 | 219:6 – 223:13 | 386:11 – 388:8 |
| 73:6 – 73:12 | 228:6 – 229:5 | 389:2 – 394:1 |
| 73:17 – 77:20 | 230:10 – 232:9 | 395:4 – 401:16 |
| 79:15 – 81:9 | 232:12 – 249:20 | 402:8 –402:17 |
| 101:7 – 101:21 | 252:1 – 257:15 | 410:22 – 413:20 |
| 102:19 – 106:2 | 259:2 – 262:18 | 416:6 – 417:20 |
| 121:22 – 123:15 | 263:22 – 264:21 | 420:22 – 426:18 |
| 129:12 – 132:12 | 267:6 – 268:4 | 429:3 – 430:14 |
| 134:1 – 134:12 | 268:15 – 270:5 | 434:13 – 435:3 |
| 136:17 – 139:15 | 270:10 – 272:10 | 435:9 – 436:16 |
| 143:4 – 144:1 | 290:7 – 293:11 | 442:11 – 450:1 |
| 144:15 – 145:11 | 297:21 – 298:16 | 453:5 – 460:6 |
| 145:13 – 146:3 | 301:19 – 311:17 | 461:1 – 465:9 |
| 150:11 – 155:13 | 315:22 – 323:10 | 465:15 – 474:23 |
| 156:13 – 157:10 | 323:12 – 325:4 | 481:8 – 486:5 |

**15.**    **Dixon, Wendy**              **1/19/2005**

| | | |
|---|---|---|
| 19:18 – 19:21 | 171:12 – 171:23 | 383:23 – 384:1 |
| 25:23 – 26:2 | 172:14 – 172:25 | 384:20 – 384:25 |
| 31:17 – 31:22 | 174:13 – 174:17 | 388:11 – 389:2 |
| 32:7 – 32:21 | 175:25 – 176:12 | 390:16 – 391:1 |
| 32:25 – 33:8 | 181:1 – 181:2 | 393:22 – 394:4 |
| 33:11 | 181:13 – 182:6 | 394:7 – 394:9 |
| 34:11 – 34:14 | 182:7 – 182:19 | 394:12 – 394:20 |
| 34:17 | 183:1 – 183:11 | 395:25 – 396:11 |
| 35:16 – 35:24 | 183:13 – 183:23 | 397:4 – 397:10 |
| 60:23 – 61:1 | 185:2 – 185:12 | 397:18 – 398:8 |
| 61:5 – 61:11 | 185:25 – 186:16 | 398:10 – 399:3 |
| 61:19 – 61:23 | 187:2 – 187:5 | 399:6 – 399:11 |
| 62:10 – 63:8 | 188:13 – 188:16 | 399:14 – 400:3 |
| 64:7 – 64:11 | 189:19 – 190:11 | 400:6 – 400:16 |
| 64:15 – 64:20 | 190:14 – 190:15 | 401:7 – 401:20 |
| 72:22 – 72:24 | 192:23 – 193:5 | 402:14 – 403:4 |
| 73:3 – 73:5 | 195:7 – 195:12 | 404:18 – 405:2 |
| 76:2 – 76:4 | 230:1 – 230:6 | 405:5 – 405:12 |
| 79:25 – 80:11 | 230:9 – 230:14 | 405:19 – 405:25 |
| 80:18 – 80:25 | 238:14 – 238:15 | 411:14 – 411:21 |
| 81:1 – 81:3 | 239:15 – 239:17 | 411:24 – 412:4 |
| 82:6 – 82:7 | 239:20 – 240:8 | 412:7 – 412:12 |
| 82:10 – 82:12 | 241:10 – 241:14 | 412:22 – 412:24 |
| 86:12 – 86:17 | 242:1 – 242:7 | 413:3 – 414:25 |
| 87:17 – 88:3 | 242:10 – 242:16 | 419:13 – 420:9 |
| 89:22 – 89:25 | 247:20 – 247:25 | 423:25 – 424:13 |
| 90:3 – 90:4 | 279:24 – 279:25 | 424:18 – 425:1 |
| 100:18 – 101:1 | 304:13 – 304:15 | 426:12 – 426:19 |
| 104:3 – 104:5 | 307:9 – 307:19 | 426:25 – 427:8 |
| 104:8 | 309:23 – 310:11 | 429:25 – 431:6 |
| 105:2 - 105:4 | 324:15 – 325:3 | 432:20 – 433:12 |
| 105:11 – 105:13 | 326:10 – 326:21 | 433:19 – 434:19 |
| 118:16 – 118:22 | 327:17 – 327:20 | 435:9 – 435:13 |
| 119:1 – 120:6 | 328:9 – 328:12 | 412:22 – 413:1 |
| 120:18 – 121:10 | 329:3 – 329:12 | 418:10 – 418:21 |
| 139:12 – 139:17 | 347:16 – 350:2 | 419:13 – 420:8 |
| 140:20 – 140:23 | 350:7 – 350:18 | 427:12 – 427:16 |
| 140:25 – 141:1 | 350:22 – 351:2 | 429:15 – 430:12 |
| 142:4 – 142:7 | 351:5 – 351:11 | 432:8 – 433:12 |
| 142:16 – 142:24 | 351:13 – 352:7 | 435:9 – 435:22 |
| 143:3 – 143:13 | 352:21 – 353:9 | 436:3 – 436:15 |
| 147:2 – 147:25 | 364:18 – 365:7 | 442:8 – 442:17 |
| 148:4 – 149:9 | 365:13 – 365:23 | 443:5 – 443:14 |
| 151:10 – 151:25 | 373:4 – 373:8 | 458:17 – 458:22 |
| 155:12 – 155:15 | 374:7 – 374:12 | |

**16.**   **Dixon, Wendy**          **2/18/2005**

| | | |
|---|---|---|
| 512:3 – 512:4 | 529:3 – 529:16 | 568:2 – 568:21 |
| 512:11 – 512:13 | 530:7 – 530:25 | 569:24 – 571:8 |
| 514:19 – 515:5 | 531:22 – 531:25 | 600:15 – 600:19 |
| 516:11 – 516:15 | 532:12 – 532:24 | 602:23 – 603:25 |
| 517:14 – 517:17 | 534:10 - 534:19 | 607:6 – 607:20 |
| 518:4 – 519:10 | 534:24 – 535:10 | 608:5 – 608:16 |
| 520:15 – 521:3 | 548: 9 – 548:20 | 608:20 – 608:23 |
| 521:8 – 521:11 | 549:16 – 549:23 | 617:7 – 618:12 |
| 522:13 – 522:17 | 565:4 – 565:7 | 619:9 – 619:24 |
| 523:22 | 565: 14 – 566:3 | 620:4 – 621:3 |
| 524:1 – 524:13 | 566:4 – 567:8 | |
| 526:4 – 526:11 | 567:15 – 567:23 | |

**17.**   **Dumas, Jarrod**       **4/2/2004**

8:7 – 211:11

**18.**   **Dunn , James R. Vol I**          **11/7/2002**

| | | |
|---|---|---|
| 6:13 – 6:15 | 52:4 – 52:21 | 94:19 – 97:2 |
| 8:8 – 8:9 | 53:6 – 53:17 | 97:4 – 97:14 |
| 8:12 – 9:3 | 53:18 – 54:24 | 97:15 – 98:8 |
| 9:6 – 9:11 | 56:14 – 56:22 | 99:2 – 100:25 |
| 9:15 – 9:16 | 57:8 – 58:3 | 101:1 – 101:14 |
| 9:18 – 9:23 | 60:15 – 63:15 | 101:15 – 102:14 |
| 11:2 – 11:14 | 63:16 – 65:6 | 102:15 – 104:16 |
| 11:18 – 11:19 | 67:2 – 67:12 | 104:17 – 105:1 |
| 23:9 – 23:16 | 67:13 – 67:19 | 105:2 – 105:16 |
| 26:18 – 28:8 | 67:20 – 68:22 | 105:17 – 106:4 |
| 36:14 – 36:20 | 68:23 – 70:9 | 106:5 – 106:14 |
| 37:14 – 37:21 | 71:6 – 73:10 | 106:15 – 106:25 |
| 40:6 – 40:15 | 74:3 – 74:14 | 107:7 – 107:19 |
| 41:2 – 41:10 | 74:19 – 75:13 | 107:20 – 108:11 |
| 41:15 – 41:22 | 75:14 – 76:2 | 108:13 – 108:19 |
| 42:21 – 42:24 | 76:8 – 78:7 | 108:20 – 109:9 |
| 42:25 – 43:10 | 78:8 – 78:23 | 109:15 – 110:6 |
| 44:6 – 45:3 | 82:8 – 85:13 | 110:7 – 110:20 |
| 45:18 – 46:2 | 86:2 – 92:22 | 110:21 – 111:19 |
| 46:9 – 46:23 | 93:3 – 93:9 | 113:24 – 114:18 |
| 48:8 – 49:4 | 93:17 – 94:3 | 115:8 – 116:7 |
| 50:14 – 51:8 | 94:11 – 94:18 | 116:8 – 116:21 |

116:22 – 117:12
117:17 – 118:12
118:15 – 118:20
118:21 – 119:12
119:19 – 120:6
120:7 – 120:15
120:16 – 120:22
120:23 – 121:9
121:10 – 121:22
121:23 – 122:6
122:7 – 122:14
122:15 – 124:4
124:13 - 124:20
124:21 – 125:14
125:15 – 125:24
125:25 – 126:15
126:16 – 127:9
127:10 – 127:13

127:19 – 128:2
128:3 – 128:7
128:8 – 129:5
129:6 – 129:14
129:19 – 130:4
130:5 – 130:19
131:18 – 132:5
132:13 – 132:18
133:6 – 134:6
134:7 – 135:24
136:9 – 136:25
138:1 – 138:15
138:16 – 139:8
145:8 – 146:15
148:1 – 148:7
149:19 – 148:20
153:6 – 153:15
154:23 - 157:7

158:7 – 158:12
158:20 – 159:4
159:19 – 160:2
160:3 – 160:20
161:22 – 162:3
162:4 – 162:13
163:8 – 163:23
164:11 – 166:7
166:19 – 167:10
170:15 – 170:23
171:12 - 173:6
175:9 – 175:13
175:14 – 175:21
176:5 – 177:15
179:10 – 181:2
182:3 – 182:24

**19.   Dunn , James R. Vol. II      2/21/2003**

4:8 – 4:10
5:11 – 5:20
5:21 – 5:25
7:13 – 7:22
8:10 – 8:13
8:14 – 8:25
10:7 – 10:18
11:2 – 11:10
14:4 – 14:13
15:23 – 17:13
18:25 – 19:12
20:3 – 20:7
24:18 – 26:3
27:9 – 27:13
29:25 – 30:6
30:7 – 30:20
39:16 – 40:16
42:22 – 45:23
47:12 – 47:17
48:2 – 48:5
48:23 – 49:23
51:23 – 52:18
52:19 – 53:23

54:6 – 54:11
56:11 – 56:23
56:24 – 57:13
57:16 – 58:14
59:9 – 60:16
65:20 – 66:11
66:12 – 67:11
69:7 – 69:15
69:16 – 72:9
73:5 – 74:15
75:15 – 77:4
77:12 – 77:18
77:25 – 78:6
80:12 – 80:25
81:15 – 82:7
90:9 – 91:8
94:8 – 95:23
96:6 – 97:20
97:21 – 101:11
103:23 – 109:21
113:11 – 115:5
116:23 – 117:14
117:23 – 118:11

119:2 – 121:21
124:11 – 125:5
125:6 – 127:7
127:24 – 129:17
129:18 – 130:3
131:5 – 131:9
131:10 – 131:24
132:22 – 133:8
134:11 - 136:6
143:10 - 144:15
146:7 - 146:17
146:21 - 147:11
147:12 - 148:9
148:13 - 149:5
149:6 - 150:8
151:15 - 151:18
151:19 - 151:25
154:9 - 155:5
156:16 - 157:6
162:16 - 164:5
164:6 - 164:18

**20.     Ehrich, Elliott          10/21/2004**

| | | |
|---|---|---|
| 9:13 - 9:14 | 59:7 - 61:7 | 112:16 - 113:15 |
| 10:12 - 10:22 | 65:18 - 66:12 | 114:16 - 116:14 |
| 17:2 - 19:19 | 67:12 - 67:24 | 117:15 - 119:8 |
| 21:14 - 24:7 | 88:17 - 88:22 | 122:11 - 125:2 |
| 28:13 -30:9 | 89:14 - 92:3 | 126:24 - 130:9 |
| 33:23 - 35:20 | 92:21 - 93:13 | 140:13 - 141:22 |
| 36:12 - 37:21 | 94:13 - 95:13 | 144:21 - 146:20 |
| 40:9 - 40:19 | 97:1 - 98:20 | 149:18 - 151:22 |
| 44:2 - 44:23 | 99:19 - 100:14 | 153:23 - 161:14 |
| 53:15 - 56:5 | 108:5 - 112:5 | 164:12 - 166:9 |

**21.     Gertz, Barry          8/27/2003**

| | | |
|---|---|---|
| 7:24 - 7:25 | 58:11 - 60:18 | 115:10 - 115:15 |
| 8:9 - 8:11 | 61:16 - 63:20 | 116:11 - 118:16 |
| 20:5 - 20:20 | 64:4 - 65:23 | 122:23 - 124:8 |
| 21:20 - 24:15 | 66:5 - 68:19 | 125:16 - 127:5 |
| 25:9 - 26:2 | 70:4 - 71:3 | 127:7 - 129:9 |
| 26:21 - 28:16 | 71:16 - 74:19 | 130:4 - 130:15 |
| 30:24 - 31:24 | 77:2 - 83:21 | 130:20 - 131:12 |
| 32:23 - 32:25 | 84:10 - 85:21 | 133:6 - 133:19 |
| 34:16 - 40:21 | 95:21 - 96:14 | 137:6 - 139:19 |
| 41:8 - 41:25 | 97:20 - 99:25 | 149:2 - 150:7 |
| 42:20 - 43:25 | 106:7 - 107:15 | 166:16 - 172:14 |
| 44:5 - 51:9 | 108:9 - 108:12 | |
| 51:15 - 53:17 | 110:10 - 110:19 | |
| 54:11 - 55:5 | 111:9 - 115:5 | |

**22.     Gertz, Barry          8/15/2005**

| | | |
|---|---|---|
| 15:6 – 16:9 | 71:19 – 75:11 | 126:9 – 135:7 |
| 23:16 – 25:3 | 77:6 – 78:6 | 135:22 – 140:7 |
| 26:5 – 27:8 | 80:1 – 81:14 | 141:2 – 141:20 |
| 27:18 – 29:4 | 82:6 – 82:25 | 142:5 – 149:23 |
| 29:20 – 36:22 | 84:20 – 85:17 | 151:9 – 153:23 |
| 38:15 – 45:16 | 86:5 – 89:1 | 154:5 – 156:6 |
| 46:17 – 42:21 | 92:16 – 98:8 | 157:3 – 157:19 |
| 47:10 – 53:1 | 101:13 – 103:15 | 158:12 – 159:5 |
| 55:1 – 62:5 | 107:17 – 117:9 | 159:22 – 160:11 |
| 65:9 – 67:8 | 118:7 – 118:21 | 161:8 – 162:3 |
| 70:24 – 71:13 | 119:6 – 125:5 | 164:23 – 165:11 |

| | | |
|---|---|---|
| 166:19 – 167:4 | 262:15 – 266:11 | 477:12 – 485:19 |
| 167:12 – 169:20 | 267:3 – 267:13 | 487:6 – 494:3 |
| 170:17 – 171:10 | 269:17 – 278:9 | 495:22 – 496:2 |
| 179:5 – 179:16 | 280:1 – 283:20 | 496:9 – 500:14 |
| 180:13 – 182:13 | 286:2 – 286:24 | 501:7 – 525:17 |
| 182:20 – 183:11 | 291:1 – 296:10 | 526:5 – 536:22 |
| 184:22 – 184:25 | 296:24 – 298:7 | 537:6 – 540:10 |
| 187:3 – 190:11 | 298:19 – 299:5 | 541:3 – 548:15 |
| 191:17 – 193:19 | 303:6 – 304:22 | 549:14 – 556:25 |
| 194:11 – 196:9 | 308:7 – 309:11 | 560:13 - 560:23 |
| 197:5 – 197:8 | 315:13 – 316:8 | 564:16 – 571:19 |
| 198:11 – 198:16 | 323:11 – 334:23 | 578:9 – 583:6 |
| 201:15 – 201:23 | 347:13 – 349:19 | 584:3 – 604:11 |
| 206:1 – 207:5 | 359:8 – 359:11 | 605:11 – 632:5 |
| 209:3 – 217:13 | 361:2 – 362:5 | 632:15 – 632:21 |
| 218:1 – 218:7 | 367:15 – 373:25 | 636:14 – 636:18 |
| 221:2 – 223:6 | 382:2 – 384:8 | 642:2 – 652:18 |
| 246:23 – 249:12 | 428:17 – 428:23 | |
| 249:18 – 254:2 | 451:17 – 459:6 | |
| 255:3 – 256:10 | 471:11 – 471:24 | |

**23.**    **Gilmartin, Raymond**    **3/24/2005**

| | | |
|---|---|---|
| 15:22 - 16:21 | 109:16 - 110:25 | 229:14 - 229:19 |
| 17:8 - 17:12 | 114:6 - 116:17 | 230:5 - 230:25 |
| 19:8 - 19:15 | 117:11 - 118:15 | 231:2 - 231:10 |
| 20:6 - 20:19 | 120:20 - 120:24 | 232:2 - 232:6 |
| 21:10 - 21:25 | 122:23 - 125:25 | 237:2 - 237:21 |
| 22:6 - 25:12 | 128:7 - 132:14 | 238:2 - 240:6 |
| 25:16 - 27:6 | 136:8 - 140:10 | 242:8 - 244:9 |
| 29:6 - 29:15 | 141:6 - 141:24 | 244:24 - 245:2 |
| 33:16 - 34:19 | 142:9 - 144:18 | 245:11 - 256:2 |
| 45:17 - 47:9 | 144:20 - 147:2 | 257:2 - 258:5 |
| 47:17 - 55:18 | 147:11 - 147:20 | 259:7 - 260:18 |
| 56:20 - 60:8 | 151:25 - 154:12 | 268:16 - 269:8 |
| 61:13 - 62:3 | 158:20 - 159:1 | 270:7 - 278:7 |
| 64:3 - 68:1 | 160:11 - 160:20 | 286:22 - 301:19 |
| 79:1 - 79:24 | 175:15 - 189:7 | 307:22 - 310:23 |
| 80:21 - 81:6 | 189:9 - 189:17 | 311:13 - 313:2 |
| 81:20 | 189:18 - 191:13 | 315:20 - 318:11 |
| 81:21 - 84:16 | 213:8 - 213:11 | 319:18 - 322:23 |
| 86:19 - 89:22 | 217:22 - 218:5 | 323:18 - 334:11 |
| 90:11 - 95:16 | 221:20 - 221:25 | 335:3 - 336:16 |
| 97:9 - 105:3 | 225:13 -225:17 | 337:8 - 338:12 |

| | | |
|---|---|---|
| 338:24 - 344:16 | 362:1 - 378:4 | 403:14 - 405:8 |
| 346:24 - 347:8 | 378:17 - 383:13 | |
| 350:7 - 361:13 | 385:2 - 399:4 | |

**24.   Gilmartin, Raymond      4/11/2005**

| | | |
|---|---|---|
| 424:19 - 424:21 | 575:11 - 578:14 | 718:7 - 718:12 |
| 425:15 - 429:11 | 579:6 - 594:20 | 721:21 - 729:9 |
| 429:20 - 464:19 | 595:20 - 598:5 | 729:18 - 738:4 |
| 465:12 - 476:9 | 598:19 - 609:11 | 740:4 - 747:8 |
| 478:13 - 482:21 | 610:6 - 612:3 | 747:10 - 750:3 |
| 483:18 - 485:11 | 612:22 - 622:25 | 754:17 - 765:9 |
| 486:9 - 489:1 | 625:1 - 626:19 | 772:23 - 773:3 |
| 491:2 - 513:23 | 626:22 - 629:3 | 780:10 - 780:19 |
| 514:25 - 539:16 | 629:4 - 630:25 | 785:17 - 788:5 |
| 541:2 - 546:23 | 632:24 - 644:23 | 801:14 - 804:8 |
| 548:3 - 548:13 | 645:10 - 658:7 | 809:20 - 811:22 |
| 548:15 - 552:24 | 659:8 - 659:18 | 813:6 - 817:20 |
| 553:11 - 554:17 | 661:2 - 666:1 | 826:24 - 831:13 |
| 554:18 - 557:3 | 681:7 - 682:1 | 837:11 - 838:15 |
| 557:19 - 564:12 | 683:5 - 683:15 | 842:7 - 842:23 |
| 564:25 - 573:25 | 711:20 - 718:2 | 846:15 - 847:2 |

**25.   Gilmartin, Raymond      4/18/2005**

| | | |
|---|---|---|
| 14:20 - 15:6 | 48:8-14 | 273:2 - 281:16 |
| 31:11-13 | 48:17 - 49:4 | 282:14 - 294:15 |
| 31:16 - 32:24 | 49:7-15 | 298:8 - 301:17 |
| 33:4 | 49:20 - 50:4 | 302:14 - 309:8 |
| 33:7 - 34:2 | 50:9-24 | 309:15 - 337:19 |
| 34:5-22 | 51:3-18 | 338:24 - 341:6 |
| 35:1 - 36:8 | 51:21 - 52:10 | 341:19 - 357:4 |
| 36:11 - 37:4 | 53:13-21 | 388:9 - 439:4 |
| 37:7-15 | 54:4 - 93:14 | 440:13 - 441:4 |
| 38:21 - 40:4 | 94:3 - 99:17 | 445:12 - 456:7 |
| 40:7 - 41:15 | 101:2 - 101:9 | 457:3 - 465:19 |
| 41:18 - 42:5 | 106:5 - 114:3 | 465:22 - 466:12 |
| 42:8 - 44:23 | 200:13 - 221:14 | 466:15 - 467:15 |
| 45:3 - 46:24 | 225:19 - 228:21 | 468:1 - 476:3 |
| 46:3 - 47:12 | 232:5 - 252:24 | 476:7 - 480:10 |
| 47:15-21 | 254:11 - 263:2 | 481:11 - 487:8 |
| 47:24 - 48:5 | 269:23 - 272:7 | 487:10 - 502:15 |

**26.**     **Gilmartin, Raymond      6/17/2005**

921:2 – 1205:2

**27.**     **Goldstein, Leslie          9/23/2005**

Entire deposition transcript

**28.**     **Honig, Peter          8/8/2005**

| | | |
|---|---|---|
| 12:2 – 12:23 | 104:15 – 120:2 | 469:14 – 469:23 |
| 13:17 – 41:12 | 120:12 – 125:10 | 470:11 – 498:3 |
| 41:17 – 44:7 | 126:1 – 183:17 | 498:17 – 520:8 |
| 44:9 – 45:5 | 183:25 – 235:18 | 520:21 – 525:23 |
| 45:8 – 46:15 | 236:3 – 277:8 | 526:23 – 536:12 |
| 46:21 – 47:7 | 277:24 – 291:24 | 536:18 – 570:4 |
| 47:16 – 49:14 | 292:20 – 305:14 | 571:1 – 574:10 |
| 50:3 – 50:21 | 305:19-322:16 | 574:20 – 584:14 |
| 51:2 – 57:24 | 322:18 – 338:11 | 584:24 – 595:3 |
| 58:7 – 69:23 | 351:20 – 351:21 | 595:10 – 606:7 |
| 69:25 – 70:17 | 352:5 – 369:8 | 608:10 – 608:18 |
| 71:21 – 75:16 | 370:13 – 377:18 | 609:3 – 615:1 |
| 76:4 – 80:7 | 378:3 – 385:5 | 615:12 – 666:11 |
| 80:14 – 82:14 | 385:10 – 398:7 | 667:1 – 685:1 |
| 82:25 – 84:25 | 400:23 – 443:11 | 685:5 – 698:9 |
| 85:8 – 85:25 | 444:8 – 452:21 | 699:6 – 703:4 |
| 86:4 – 86:13 | 453:2 – 463:16 | |
| 86:22 – 104:11 | 465:12 – 469:4 | |

**29.**     **Kass, Barry          9/28/2005**

Entire deposition transcript

**30.**     **Kim, Peter          3/15/2005**

| | | |
|---|---|---|
| 12:13 - 12:15 | 23:14 - 23:17 | 33:6 - 33:11 |
| 12:25 - 13:5 | 25:13 - 25:23 | 34:1 - 34:4 |
| 19:7 - 20:18 | 26:3 - 26:8 | 35:25 - 36:2 |
| 21:25 - 22:9 | 31:23 - 32:14 | 36:7 - 36:18 |

| | | |
|---|---|---|
| 37:13 - 37:20 | 85:16 - 87:7 | 137:11 - 137:13 |
| 38:22 - 39:16 | 87:21 - 90:22 | 174:5 - 178:25 |
| 40:18 - 42:13 | 100:4 - 100:16 | 206:21 - 207:1 |
| 42:21 - 42:23 | 101:7 - 101:14 | 207:9 - 207:13 |
| 43:12 - 43:22 | 106:15 - 106:23 | 207:21 - 207:24 |
| 45:21 - 47:7 | 108:11 - 108:15 | 209:6 - 209:16 |
| 55:7 - 55:14 | 109:2 - 109:16 | 210:23 - 211:25 |
| 56:19 - 57:8 | 110:5 - 111:7 | 212:9 - 212:20 |
| 57:23 - 58:6 | 113:22 - 113:24 | 214:4 - 214:9 |
| 59:13 - 59:15 | 115:6 - 115:19 | 214:15 - 216:1 |
| 61:9 - 61:13 | 119:20 - 119:24 | 216:8 - 217:8 |
| 61:25 - 62:7 | 123:19 - 123:20 | 247:10 - 247:18 |
| 62:18 - 63:13 | 124:18 - 125:3 | 247:22 - 248:10 |
| 64:21 - 64:25 | 126:17- 126:22 | 248:22 - 249:3 |
| 65:8 - 65:19 | 127:12 - 127:14 | 255:2 - 255:19 |
| 65:23 - 66:1 | 127:19 - 127:21 | 256:8 - 259:7 |
| 66:13 - 66:24 | 128:4 - 128:8 | 260:4 - 260:11 |
| 68:5 - 69:2 | 128:15 - 128:18 | 262:1 - 263:23 |
| 76:18 - 76:20 | 129:5 - 129:13 | 264:22 - 265:14 |
| 77:8 - 77:11 | 129:17 - 130:11 | 267:3 - 268:6 |
| 77:23 - 78:23 | 130:21 - 131:11 | 269:1 - 269:15 |
| 79:13 - 79:22 | 133:2 - 133:14 | 271:13 - 271:16 |
| 83:1 - 84:4 | 133:21 - 133:24 | 272:1 - 272:6 |
| 84:21 - 84:23 | 134:16 - 135:8 | |
| 85:7 - 85:9 | 136:18 - 136:25 | |

**31.     Kim, Peter       3/16/2005**

| | | |
|---|---|---|
| 336:9 - 338:7 | 387:1 - 388:2 | 591:9 – 591:22 |
| 348:6 - 351:5 | 389:16 - 390:2 | 593:1 – 593:15 |
| 363:21 - 364:13 | 410:14 - 410:17 | 597:8 – 597:10 |
| 364:18 - 364:21 | 461:12 – 462:4 | 597:19 – 597:20 |
| 366:1 - 366:3 | 478:7 - 479:6 | 598:5 – 599:24 |
| 369:21 - 370:15 | 494:10 – 494:21 | 600:24 – 601:4 |
| 370:16 - 371:14 | 546:10 – 546:16 | 601:10 – 602:3 |
| 371:24 - 372:11 | 546:19 – 547:3 | |

**32.     Kim, Peter       4/8/2005**

| | | |
|---|---|---|
| 647:5 – 649:7 | 657:20 – 658:4 | 662:9 – 662:24 |
| 650:16 – 651:19 | 658:8 – 658:10 | 663:14 – 663:15 |
| 652:7 – 652:18 | 660:8 – 660:13 | 663:25 – 664:3 |
| 653:3 – 653:12 | 661:1 – 661:3 | 664:9 – 664:21 |
| 654:1 – 654:10 | 661:13 – 662:5 | 664:22 – 665:8 |

| | | |
|---|---|---|
| 667:4 – 667:7 | 729:16 – 729:24 | 759:4 – 759:10 |
| 670:18 – 670:19 | 730:2 – 730:15 | 759:11 – 759:15 |
| 672:1 – 672:6 | 731:23 – 732:18 | 766:1 – 766:8 |
| 672:25 – 673:11 | 734:1 – 734:3 | 766:14 – 767:1 |
| 673:21 – 674:21 | 737:3 – 737:11 | 786:24 – 787:4 |
| 675:10 – 677:1 | 738:16 – 739:9 | 787:13 – 788:16 |
| 702:10 – 702:24 | 740:8 – 740:11 | 793:14 – 794:3 |
| 703:21 – 704:11 | 742:15 – 742:19 | 825:11 – 825:18 |
| 705:4 – 705:8 | 743:1 – 743:4 | 825:25 – 826:17 |
| 705:17 – 706:6 | 743:21 – 743:25 | 827:7 – 827:21 |
| 707:14 – 707:17 | 744:15 – 745:5 | 828:4 – 830:3 |
| 708:14 – 709:18 | 745:24 – 746:5 | 830:4 – 830:10 |
| 710:7 – 710:11 | 749:14 – 749:18 | 830:21 – 831:15 |
| 714:9 – 714:14 | 750:18 – 750:21 | 831:23 – 836:20 |
| 716:15 – 716:19 | 751:4 – 751:16 | 838:19 – 838:21 |
| 718:17 – 719:2 | 752:11 – 752:17 | 858:12 – 860:14 |
| 724:20 – 725:15 | 755:12 – 755:25 | 861:3 – 862:2 |
| 728:2 – 728:25 | 756:21 – 757:18 | 862:24 – 863:19 |
| 729:9 – 729:15 | 758:24 – 759:3 | 869:13 – 869:24 |

**33.    Kim, Peter        4/21/2005**

| | | |
|---|---|---|
| 9:4 – 10:12 | 44:6 – 44:16 | 93:22 – 94:23 |
| 12:22 – 14:13 | 44:19 – 45:1 | 95:5 – 99:6 |
| 15:12 – 20:8 | 45:4 – 45:24 | 101:1 – 108:8 |
| 20:11 – 20:23 | 52:11 – 53:10 | 108:11 – 111:15 |
| 21:2 – 21:17 | 54:8 – 55:18 | 113:17 – 114:22 |
| 21:21 – 22:13 | 56:21 – 56.23 | 115:1- 118:13 |
| 22:16 – 24:20 | 62:10 – 62:11 | 118:16 – 120:2 |
| 24:24 – 27:9 | 65:1 – 65:13 | 120:21 – 121:12 |
| 27:12 – 34:14 | 65:19 – 66:3 | 122:7 – 123:20 |
| 34:17 – 35:8 | 74:22 – 75:13 | 124:4 – 124:24 |
| 35:11 – 37:3 | 76:1 – 80:23 | 127:11 – 128:24 |
| 37:6 – 40:16 | 84:20 – 85:2 | 130:24 – 131:9 |
| 41:4 – 43:20 | 85:5 – 86:9 | |
| 43:24 – 44:3 | 92:11 – 93:7 | |

**34.    Kim, Peter        6/8/2005**

992:7 – 1115:2

**35.**   **McKines, Charlotte**          **8/3/2005**

| | | |
|---|---|---|
| 25:1 – 25:20 | 143:4 – 143:9 | 207:19 – 208:1 |
| 26:1 – 27:5 | 143:11 – 143:14 | 208:8 – 208:11 |
| 31:3 – 31:12 | 144:20 -145:12 | 208:13 -208:14 |
| 70:4 – 71:9 | 145:14 – 145:15 | 208:16 |
| 71:11 – 71:14 | 145:17 – 146:8 | 208:20 – 208:21 |
| 74:2 – 74:18 | 146:10 -147:3 | 208:23 – 209:9 |
| 74:20 – 75:10 | 147:15 – 147:24 | 211:22 – 212:4 |
| 75:12 – 75:14 | 148:4 – 148:11 | 212:8 – 212:17 |
| 75:17 – 76:22 | 154:16 – 154:17 | 212:19 – 212:20 |
| 76:24 – 77:2 | 154:20 – 155:4 | 212:23 |
| 77:4 – 77:23 | 155:8 – 155:14 | 212:25 – 213:1 |
| 77:25 – 78:23 | 156:13 – 157:8 | 213:3 – 213:6 |
| 79:6 – 80:18 | 157:10 – 157:24 | 213:9 – 213:13 |
| 81:5 – 81:19 | 158:2 – 159:18 | 213:15 |
| 81:21 – 82:5 | 168:19 – 169:17 | 213:18 – 214:1 |
| 88:4 – 88:10 | 169:19 – 170:1 | 214:3 – 214:6 |
| 88:16 – 88:22 | 170:7 – 170:16 | 214:8 – 214:20 |
| 89:17- 90:5 | 170:18 – 170:25 | 215:12 – 216:3 |
| 91:2 – 91:8 | 171:13 – 171:17 | 216:6 – 216:12 |
| 103:24 – 104:23 | 196:9 – 199:4 | 216:24 – 216:25 |
| 125:22 – 125:24 | 199:12 – 200:19 | 217:3 – 217:7 |
| 126:1- 126:2 | 200:21 – 200:25 | 217:9 – 218:5 |
| 126:5 – 126:17 | 201:2 – 201:7 | 218:7 – 218:8 |
| 126:19 – 126:21 | 201:22 – 201:25 | 218:14 – 218:25 |
| 126:23 – 127:2 | 202:2 – 202:6 | 222:3 – 222:10 |
| 127:4 – 127:6 | 206:5 – 206:6 | 222:17 – 222:24 |
| 127:8 – 127:11 | 206:10 – 206:11 | 228:24 – 229:16 |
| 132:7 – 132:15 | 206:17 – 206:18 | 229:19 – 229:25 |
| 142:16 – 142:18 | 206:20 – 207:2 | 230:2 – 230:5 |
| 142:20 – 142:24 | 207:7 – 207:17 | |

**36.**   **McKines, Charlotte**          **8/4/2005**

| | | |
|---|---|---|
| 308:20 – 310:25 | 327:15 – 327:16 | 333:13 – 333:18 |
| 318:12 – 319:23 | 327:19 – 327:23 | 333:20 – 334:8 |
| 319:25 – 320:12 | 328:4 – 329:1 | 336:10 – 336:18 |
| 325:4 – 325:6 | 329:14 – 330:15 | 337:6 – 337:10 |
| 325:8 – 325:10 | 330:18 – 330:25 | 337:12 – 337:18 |
| 325:12 | 331:4 – 331:23 | 337:20 – 337:25 |
| 325:14 – 325:18 | 331:25 – 332:3 | 369:12 – 369:18 |
| 325:20 – 325:21 | 332:5 – 332:25 | 370:6 |
| 327:4 – 327:13 | 333:2 – 333:11 | 370:8 – 370:10 |

| | | |
|---|---|---|
| 370:13 – 371:17 | 421:25 – 422:23 | 454:23 – 454:25 |
| 371:23 – 372:15 | 428:11 – 428:25 | 455:8 – 455:24 |
| 372:20 – 374:15 | 429:4 – 429:12 | 457:12 – 457:21 |
| 374:19 – 376:6 | 429:14 – 430:1 | 458:1 – 458:4 |
| 376:11 – 376:25 | 430:10 – 430:12 | 458:6 – 458:9 |
| 377:2 – 377:10 | 430:14 – 430:15 | 458:11 – 458:21 |
| 377:12 – 377:15 | 430:17 – 430:25 | 458:23 – 458:25 |
| 377:18 – 377:25 | 431:12 – 432:2 | 459:1 – 459:5 |
| 378:2 – 378:5 | 432:5 – 432:16 | 459:7 – 459:9 |
| 378:22 – 378:25 | 432:18 – 432:24 | 459:16 – 459:19 |
| 379:2 – 379:20 | 433:7 – 433:16 | 459:21 – 459:23 |
| 379:25 – 381:20 | 433:18 – 434:1 | 461:8 – 461:23 |
| 382:1 – 383:15 | 434:3 – 434:10 | 462:4 – 463:10 |
| 383:17 – 384:2 | 434:12 – 434:18 | 463:13 – 463:16 |
| 384:7 – 390:24 | 434:20 – 434:24 | 463:22 – 463:25 |
| 391:2 – 391:3 | 435:5 | 464:1 – 464:9 |
| 391:8 – 391:21 | 437:16 – 437:22 | 464:21 – 465:1 |
| 391:24 – 392:8 | 437:24 – 438:2 | 465:3 – 465:6 |
| 392:10 | 439:4 – 439:9 | 465:13 – 476:10 |
| 392:12 – 392:17 | 440:2 – 440:25 | 467:12 – 467:16 |
| 392:19 – 392:21 | 441:7 – 441:10 | 467:21 – 468:5 |
| 392:23 – 393:13 | 442:12 – 442:13 | 468:10 – 468:19 |
| 393:15 – 393:19 | 442:15 – 442:17 | 468:23 – 469:1 |
| 393:24 – 394:3 | 442:23 – 443:8 | 469:3 – 469:7 |
| 394:20 – 395:13 | 443:10 – 444:15 | 470:11 – 471:20 |
| 395:18 – 396:22 | 444:20 – 445:12 | 472:8 – 473:9 |
| 396:24 – 397:8 | 445:15 – 445:22 | 473:13 – 473:21 |
| 397:16 – 398:1 | 446:20 – 447:2 | 473:24 – 474:8 |
| 398:3 – 398:10 | 447:14 – 448:2 | 474:13 – 476:2 |
| 398:15 – 398:21 | 448:9 – 448:17 | 476:7 – 477:10 |
| 399:4 – 399:12 | 448:25 – 449:4 | 477:14 – 478:11 |
| 399:14 – 399:22 | 449:8 – 449:14 | 478:13 – 478:15 |
| 400:4 – 400:9 | 449:23 | 478:17 – 478:21 |
| 400:11 | 449:25 – 450:8 | 478:23 – 479:8 |
| 415:17 – 416:2 | 450:10 – 450:14 | 480:10 – 480:25 |
| 416:6 – 416:20 | 450:23 – 451:2 | 481:3 – 481:5 |
| 416:22 – 417:1 | 451:4 – 451:6 | 481:10 – 481:21 |
| 417:3 – 417:13 | 451:18 – 452:1 | 481:23 – 481:24 |
| 417:15 – 418:8 | 452:3 – 452:5 | 482:1 – 482:3 |
| 418:13 – 418:19 | 452:7 – 452:8 | 482:5 – 482:17 |
| 418:21 – 419:10 | 452:13 – 452:14 | 482:19 – 482:21 |
| 419:14 – 419:20 | 452:16 – 452:18 | 482:23 – 483:5 |
| 419:25 – 420:14 | 453:14 – 453:18 | 484:17 – 484:21 |
| 420:17 – 421:2 | 453:22 – 453:24 | 484:25 – 485:17 |
| 421:4 – 421:13 | 454:1 – 454:14 | 485:20 – 485:25 |
| 421:18 – 421:23 | 454:18 – 454:21 | 486:12 – 486:20 |

486:22 – 487:11
488:24 – 489:1
489:5 – 489:24
490:1 – 490:4
490:13 – 490:16
491:1 – 494:7
494:12 – 495:4
495:11 – 495:18

495:20 – 495:23
495:25 – 496:19
496:25 – 497:16
497:19 – 498:1
498:6 – 498:12
498:14 – 498:22
498:24 – 499:4
499:6 – 499:7

499:9 – 499:13
499:15 – 499:17
500:6 – 500:12
500:16 – 500:21
501:1 – 501:12

**37.    Morrison, Briggs     2/16/2005**

10:9 – 10:10
11:5 – 11:7
11:20 – 11:24
17:24 – 18:1
19:6 – 19:9
19:12 – 19:16
19:17 – 20:13
20:16 – 21:6
21:7 – 21:8
21:13 – 21:16
21:20 – 22:1
22:2 – 22:6
22:7 – 22:13
22:14 – 22:21
22:22 – 22:25
23:2 – 23:6
24:10 – 24:23
25:12 – 25:16
28:9 – 28:13
29:3 – 29:8
29:20 – 30:1
30:3 – 31:16
33:15 – 33:19
34:2 – 34:9
34:11 – 34:14
34:19 – 34:22
34:23 – 35:6
35:7 – 35:11
35:12 – 35:16
35:25 – 36:6
37:9 – 37:15
39:4 – 40:3
40:10 – 40:24
41:7 – 41:16

41:22 – 41:23
42:12 – 42:15
42:16 – 42:20
42:21 – 42:25
43:19 – 44:9
45:3 – 45:5
45:18 – 45:23
45:24 – 46:20
46:21 – 47:3
47:4 – 47:7
47:10 – 47:16
47:20 – 48:3
48:5 – 48:20
48:21 – 48:24
48:25 – 49:4
49:11 – 51:14
51:15 – 51:18
51:21 – 52:1
53:16 – 53:21
53:22 – 54:6
54:7 – 55:4
55:11 – 55:24
56:1 – 56:17
56:22 – 57:9
57:11 – 57:22
59:18 – 59:22
60:4 – 60:9
60:18 – 60:23
61:9 – 64:18
64:20 – 65:2
65:4 – 65:11
66:8 – 66:12
66:14 – 67:10
67:14 – 67:18

67:21 – 68:11
68:19 – 68:23
68:25 – 70:6
70:8 – 70:19
70:22 – 71:6
71:16 – 72:9
72:12 – 72:17
72:19 – 72:21
74:2 – 74:16
74:19 – 75:5
75:12 – 76:1
76:3 – 76:11
76:13 – 77:4
77:21 – 78:2
78:4 – 78:5
78:22 – 78:24
79:2 – 79:5
79:12 – 79:14
79:23 – 80:8
81:18 – 82:10
82:12 – 83:14
84:11 – 84:15
85:6 – 85:25
86:3
86:5 – 87:5
87:7 – 87:22
87:24 – 89:15
89:17 – 90:1
90:4 – 90:13
90:15 – 91:3
91:5 – 91:9
91:13 – 91:24
96:12 – 96:15
97:5 – 97:9

| | | |
|---|---|---|
| 97:11 – 98:20 | 136:23 – 137:3 | 186:14 – 186:19 |
| 99:5 – 99:14 | 138:4 – 140:3 | 186:23 – 187:2 |
| 99:25 – 100:23 | 140:10 – 141:7 | 187:5 – 187:11 |
| 100:25 – 101:11 | 141:9 – 143:5 | 187:13 – 188:8 |
| 101:13 – 102:11 | 143:7 – 143:12 | 188:15 – 188:18 |
| 102:15 – 102:21 | 144:15 – 144:18 | 188:20 – 189:13 |
| 102:24 – 103:20 | 144:20 – 145:19 | 189:16 – 190:5 |
| 103:23 – 104:4 | 145:21 – 146:2 | 190:7 – 191:18 |
| 104:8 – 104:21 | 146:19 – 147:22 | 194:3 – 194:13 |
| 105:24 | 147:24 – 148:3 | 194:15 – 194:16 |
| 106:3 – 106:7 | 150:5 – 150:14 | 194:18 – 194:23 |
| 106:9 – 106:20 | 150:25 – 151:12 | 195:5 – 195:8 |
| 106:23 – 107:13 | 151:15 – 151:25 | 195:11 – 196:2 |
| 107:21 – 108:20 | 152:1 – 152:12 | 196:15 – 196:20 |
| 109:23 – 110:14 | 152:14 – 152:24 | 196:21 – 197:8 |
| 110:21 – 111:8 | 153:1 – 153:17 | 197:19 – 198:3 |
| 111:11 – 111:17 | 153:19 – 153:22 | 198:5 – 198:6 |
| 111:20 – 112:9 | 155:10 – 155:23 | 198:8 – 198:22 |
| 112:12 – 112:18 | 155:25 | 199:10 – 200:5 |
| 114:15 – 115:14 | 156:12 – 156:16 | 200:7 – 200:25 |
| 115:16 – 116:25 | 156:21 – 156:24 | 201:2 – 201:6 |
| 117:2 – 117:4 | 157:2 – 157:12 | 201:22 – 203:3 |
| 117:13 – 117:15 | 157:23 – 158:6 | 203:6 – 203:19 |
| 117:22 – 118:13 | 159:7 – 163:3 | 203:25 – 204:8 |
| 118:15 – 118:18 | 163:5 – 164:5 | 204:11 – 204:24 |
| 118:23 – 119:3 | 164:8 – 164:23 | 205:2 |
| 119:7 – 119:10 | 164:25 – 165:25 | 205:9 – 206:3 |
| 119:16 – 120:19 | 166:8 – 166:17 | 206:5 – 206:12 |
| 120:20 – 121:3 | 166:19 – 167:6 | 206:14 – 207:15 |
| 121:5 – 121:7 | 167:8 – 167:12 | 208:2 – 208:22 |
| 121:12 – 121:18 | 167:21 – 168:24 | 208:24 – 209:22 |
| 121:20 – 122:2 | 169:11 – 169:15 | 209:24 – 210:2 |
| 122:22 – 123:2 | 170:4 – 170:25 | 210:10 – 211:2 |
| 123:4 – 123:15 | 171:11 – 171:13 | 211:5 – 212:1 |
| 124:7 – 124:21 | 171:22 – 172:4 | 212:5 – 213:5 |
| 125:5 – 125:12 | 172:8 – 172:11 | 213:10 – 213:20 |
| 125:14 – 125:23 | 172:14 – 172:22 | 213:25 – 214:2 |
| 126:6 – 126:18 | 172:24 – 173:8 | 214:17 – 214:21 |
| 128:2 – 128:21 | 173:10 – 173:15 | 215:2 – 215:6 |
| 128:23 – 128:24 | 174:13 – 174:18 | 215:14 – 215:17 |
| 130:14 – 130:19 | 174:20 – 175:15 | 215:19 – 215:20 |
| 130:21 – 131:6 | 175:17 | 216:8 – 216:18 |
| 131:8 – 131:9 | 177:13 – 179:4 | 217:25 – 218:7 |
| 131:12 – 131:23 | 182:13 – 183:2 | 218:9 – 218:11 |
| 131:25 – 132:1 | 183:11 – 183:24 | 218:18 – 218:20 |
| 132:3 – 132:5 | 185:2 – 186:12 | 218:23 – 219:7 |

219:9 – 219:10
219:14 – 220:1
220:3 – 220:11
222:8 – 222:11
223:8 – 224:24
225:9 – 226:7
226:12 – 227:4
227:10 – 227:15
227:17 – 227:18
229:6 – 229:10
229:12 – 229:14
230:10 – 231:4
232:22 – 233:6
233:16 – 233:18
233:21 – 234:9
234:11 – 235:10
235:14 – 236:4
237:14 – 238:10
239:6 – 239:13
239:17 – 239:19
239:22 – 240:6
240:8 – 240:10
240:14 – 240:17
240:18 – 241:16
241:17 – 241:19
241:21 – 241:22
241:24 – 242:3
242:6 – 242:8
242:10 – 242:14
242:16 – 243:17
243:18 – 244:14
244:22 – 245:5
245:8 – 245:9
245:19 – 247:6
247:8 – 247:16
247:19 – 247:21
247:24 – 248:5
248:22 – 248:24
249:8 – 249:13
249:20 -249:22
249:24 – 250:11
250:13 – 250:23
251:1 – 251:2
251:4 – 252:1
252:9 – 253:8
253:9 – 253:11

253:13
253:15 – 254:2
254:4 – 254:13
254:15 – 255:15
255:18 – 256:20
257:7 – 257:9
257:13 – 257:18
257:24 – 258:16
259:12 – 261:22
261:24 – 262:13
262:15 – 262:23
262:25 – 263:2
263:11 – 263:14
263:16 – 264:10
264:12 – 264:22
265:1 – 265:20
265:22 – 266:11
266:13 – 266:14
266:23 – 267:23
268:1 – 269:5
269:7 – 269:15
269:17 – 270:14
270:16 – 270:19
271:13 – 272:21
272:23 -273:3
273:7 – 273:10
273:18 – 273:24
274:4 – 274:11
274:12 – 276:7
276:8 – 276:10
276:14 – 276:23
276:24 – 277:17
277:18 – 278:3
278:11 – 278:18
279:5 – 280:12
281:21 – 281:25
282:5 – 282:7
282:8 – 283:9
283:10 – 283:11
283:14
283:16 – 283:18
284:7 – 285:20
285:21 – 286:14
286:16 – 286:17
287:3 – 287:6
287:8 – 287:9

287:13 – 288:11
288:12 – 288:18
288:21 – 289:11
289:12 – 290:25
291:2 – 291:9
291:11 – 291:15
292:5 – 292:6
292:9 – 292:22
292:24 – 293:5
293:7 – 293:8
293:10 – 293:17
293:21 – 294:18
294:19 – 294:22
295:6 – 295:7
295:9 – 295:14
295:21 – 297:7
297:8
297:10 – 298:13
298:16 – 299:10
299:21 – 300:1
300:12 – 300:24
301:1
301:3 – 301:4
301:6
301:8 – 301:12
301:14 – 301:16
302:12 – 302:16
303:3 – 304:2
304:4 – 304:23
305:9 – 305:12
305:17 – 305:25
306:16 – 307:11
307:13 – 307:23
307:25 – 308:19
312:11 – 312:18
313:10 – 313:24
314:14 – 315:7
315:24 – 316:24
317:4 – 317:6
317:12 – 317:18
318:1 – 319:19
319:21 – 320:20
320:4 – 320:5
320:12 – 321:3
321:24 – 322:1
322:3

322:5 – 322:11
322:13 – 322:25
323:2 – 323:4
323:15 – 323:17
323:21 – 325:6
325:12 – 326:2
326:5
326:8
326:10 – 326:17
327:1 – 327:7
327:16 – 327:17

328:9 – 329:6
329:8 – 330:7
330:14 – 330:17
330:22 – 330:23
330:25 – 331:2
331:7 – 331:12
331:15 – 331:21
332:1 – 332:8
332:11
332:14 – 332:24
332:25 – 333:2

333:6 – 333:16
333:19 – 334:6
335:5 – 336:22
336:23 – 337:4
389:5 – 389:18
390:20 – 391:20
393:15 – 393:25
395:3 – 395:7
396:16 -397:3
398:10 – 399:9

### 38.   Morrison, Briggs      2/18/2005

426:16 – 426:17
426:20 – 427:6
428:14 – 428:18
433:18 – 434:5
440:15 – 440:22
440:23 – 440:25
441:3 – 441:4
441:19 – 441:22
441:24 – 442:3
442:10
442:17 – 442:19
442:21 – 442:22
442:24 – 442:25
445:2 – 445:3
445:5 – 445:9
445:11 – 445:13
446:24 – 447:10
448:25 – 449:4
449:6 – 449:11
449:25 – 450:3
450:5 – 450:12
450:14 – 450:17
450:19 – 451:1
451:3 – 451:6
451:7 – 451:13
451:23 – 452:1
452:3 – 452:14
452:16 – 452:17
452:19 – 452:22
452:24 – 453:5

454:8 – 454:14
454:16 – 454:23
458:12 – 458:17
458:18 – 459:6
459:7 – 459:20
459:21 – 460:8
460:10 – 460:11
460:17 – 461:6
461:7 – 461:10
461:12 – 462:2
462:15 – 462:23
462:24 – 463:18
464:2 – 464:8
464:9 – 464:10
464:14 – 464:16
464:17 – 464:22
464:23 – 465:14
465:17 – 466:6
466:8 – 466:20
467:4 – 467:9
467:12 – 467:14
467:16 – 467:17
467:19 – 468:12
468:14 – 469:15
471:15 – 471:18
471:24
472:8 – 472:10
472:12 – 472:17
472:19 – 472:22
475:13 – 476:1

476:3 – 476:6
476:21 – 477:4
477:6 – 478:3
478:6 – 478:9
478:11 – 478:12
478:21 – 478:23
478:24 – 479:3
479:4 – 479:17
479:18 – 479:22
480:15 – 480:23
480:24 – 481:12
4841:13 – 482:13
482:22 – 483:8
483:9 – 485:10
485:11 – 485:12
485:14 – 485:19
485:21 – 485:25
486:2 – 486:6
486:8 – 486:10
486:12 – 486:14
486:22 – 487:2
487:9 – 487:20
487:21 – 488:3
488:4 – 488:9
489:25 – 490:22
490:24 – 491:1
491:3
491:7 – 491:11
491:13
491:20 – 493:4

493:6 – 493:8
493:10 – 493:22
493:24 – 494:7
494:9 – 495:8
495:11 – 497:1
498:23 – 498:25
499:5 – 499:8
499:9 – 499:12
499:13 – 499:17
499:18 – 499:19
499:24 – 500:1
500:3 – 500:4
500:9 – 500:12
500:14 – 500:20
501:23 – 502:2
502:4 – 502:15
502:22 – 502:23
502:25 – 503:3
503:4 – 503:10
503:12 – 503:24
504:1 – 504:12
504:14 – 504:16
504:18 – 504:23
504:25 – 505:4
5005:25 – 506:5
506:7 – 506:16
506:18 – 506:20
506:22 – 506:25
507:2 – 507:11
507:13 – 507:17
508:7 – 508:9

508:11 – 508:13
508:19 – 508:22
508:24 – 509:7
509:21 – 509:23
511:8 – 511:13
511:14 – 511:22
511:24 – 512:1
513:15 – 513:17
514:2 – 514:3
514:8 – 514:13
514:15 – 514:16
514:21 – 515:1
515:3 – 515:4
515:6 – 515:11
517:8 – 517:21
517:23 – 518:3
518:5
518:7 – 518:9
518:11 – 518:12
518:14 – 518:23
520:19 – 520:20
520:24 – 521:8
521:9 – 521:16
522:2 – 522:10
522:11 – 522:18
523:19 – 523:23
524:9 – 524:24
525:14 – 525:17
526:7 – 526:19
526:20 – 527:18
527:19 – 527:25

528:2 – 528:14
528:15 – 528:24
528:25 – 529:8
529:9 – 529:18
530:1 – 530:2
530:4 – 530:5
531:6 – 531:11
531:13 – 531:14
532:1 – 532:4
532:8 – 532:10
532:17 – 533:1
533:6 – 533:8
533:13 – 534:1
534:3 – 534:7
534:9 – 534:13
534:15 – 534:16
534:18 – 535:17
538:23 – 539:1
539:18
539:20 – 540:16
540:17 – 540:25
541:2 – 541:6
541:8 – 541:11
541:14 – 541:15
541:19 – 541:22
541:25 – 542:2
542:4 – 542:20
542:22 – 543:5
641:14 – 726:10

**39.   Musliner, Thomas        11/5/2004**

7:20 – 7:23
10:13 – 10:19
12:13 – 12:20
27:9 – 28:7
28:24 – 29:7
30:18 – 30:21
32:10 – 33:16
33:20 – 34:14
36:1 – 37:14
37:20 – 38:20

38:24 – 39:3
39:24 – 40:9
40:15 – 42:12
52:13 – 53:17
76:23
80:11 – 80:18
81:1 – 81:4
81:8 – 82:9
85:10 – 85:14
85:22 – 86:3

86:6 – 86:14
87:2 – 87:7
87:10 – 87:11
88:20 – 89:4
89:8 – 89:24
100:3 -100:7
128:11 – 128:13
128:18 – 129:2
136:23 – 137:13

**40.**   **Ng , Jennifer**          **1/21/2005**

| | | |
|---|---|---|
| 9:3 – 16:25 | 100:7 – 101:8 | 181:21 – 184:10 |
| 60:7 – 60:23 | 127:21 – 129:19 | 198:5 – 204:23 |
| 61:9 – 62:1 | 132:13 – 133:7 | 209:3 – 210:17 |
| 63:1 – 68:12 | 162:22 – 164:23 | 213:1 – 216:19 |
| 69:10 – 76:5 | 169:12 – 170:12 | 222:10 – 227:7 |
| 98:1 – 98:6 | 177:10 – 180:2 | 242:5 – 265:7 |

**41.**   **Nies, Alan**          **3/2/2005**

| | | |
|---|---|---|
| 10:23 – 11:1 | 133:1 – 134:8 | 270:25 – 273:12 |
| 20:4 – 22:19 | 137:7 – 144:18 | 278:3 – 280:20 |
| 23:10 – 27:1 | 145:5 – 145:19 | 283:1 – 284:25 |
| 27:24 – 29:24 | 153:16 – 156::25 | 285:13 – 288:3 |
| 31:23 – 33:10 | 158:17 – 164:25 | 288:9 – 288:25 |
| 71:21 – 73:20 | 175:14 – 180:18 | 291:13 – 297:11 |
| 76:22 – 79:25 | 199:11 – 216:16 | 298:2 – 299:5 |
| 80:15 – 97:3 | 217:5 – 229:24 | 303:10 – 306:4 |
| 112:16 – 113:10 | 231:6 – 232:2 | 306:16 – 307:7 |
| 115:3 – 119:19 | 233:17 – 239:22 | 331:14 – 333:13 |
| 120:11 – 122:17 | 242:7 – 243:11 | 337:4 – 337:12 |
| 123:13 – 126:9 | 247:12 – 249:6 | 341:5 – 343:13 |
| 126:17 – 128:11 | 255:10 – 255:13 | |
| 128:20 – 130:8 | 267:12 – 268:16 | |

**42.**   **Nies,  Alan**          **4/1/2005**

| | | |
|---|---|---|
| 490:20 – 492:2 | 529:18 – 531:3 | 559:8 – 566:9 |
| 494:13 – 496:9 | 531:16 – 532:5 | 587:1 – 599:12 |
| 498:15 – 505:6 | 537:3 – 540:7 | 603:17 – 605:16 |
| 513:5 – 518:25 | 544:7 – 547:4 | 606:1 – 626:15 |
| 520:20 – 526:12 | 548:19 – 554:10 | 627:3 – 650:25 |
| 528:12 – 528:25 | 555:12 – 558:21 | |

**43.**   **Reicin, Alise**          **3/2/2005**

| | | |
|---|---|---|
| 12:22 – 12:25 | 37:11 – 37:16 | 73:15 – 73:17 |
| 30:11 – 30:25 | 45:18 – 46:4 | 74:23 – 75:4 |
| 34:19 – 35:2 | 72:13 – 72:17 | 75:24 – 76:3 |

| | | |
|---|---|---|
| 78:23 – 79:23 | 101:6 – 101:17 | 218:9 – 218:23 |
| 80:21 – 80:25 | 109:25 – 110.5 | 218:24 – 219:9 |
| 81:22 – 82:4 | 110:14 – 110:18 | 242:18 – 243:5 |
| 85:16 – 85:19 | 165:14 – 165:18 | 250:13 – 250:20 |
| 87:6 – 87:12 | 166:1 – 166:17 | 252:2 – 252:8 |
| 87:21 – 87:24 | 167:9 – 167:21 | 264:7 – 266:15 |
| 88:6 – 88:7 | 171:2 – 171:6 | 266:19 – 267:17 |
| 88:16 – 88:19 | 171:12 – 171:21 | 275:14 – 275:16 |
| 89:2 – 89:13 | 172:19 – 172:23 | 277:2 – 277:10 |
| 89:17 – 89:25 | 207:5 – 208:24 | 278:5 – 278:19 |
| 90:2 – 90:4 | 209:2 – 209:10 | 279:2 – 279:6 |
| 92:7 – 92:9 | 211:5 – 212:9 | 280:14 – 281:13 |
| 92:12 – 92:18 | 213:5 – 213:10 | 281:24 – 283:8 |
| 94:12 – 94:14 | 213:23 – 213:25 | 284:12 – 284:18 |
| 97:21 – 97:25 | 214:3 – 214:8 | 285:7 – 285:13 |
| 98:21 – 99:2 | 215:11 – 216:9 | 286:2 – 286:21 |
| 99:5 – 99:10 | 216:24 – 217:4 | 287:7 – 287:24 |
| 99:20 – 99:22 | 217:8 – 218:2 | 289:14 – 290:6 |

**44.**   **Reicin, Alise**          **3/23/2005**

| | | |
|---|---|---|
| 309:17 – 310:5 | 383:14 – 384:9 | 457:5 – 457:9 |
| 311:17 – 311:20 | 385:3 – 388:7 | 459:24 – 460:19 |
| 314:17 – 315:11 | 389:21 – 390:15 | 465:10 – 465:24 |
| 316:8 – 317:12 | 391:8 – 391:12 | 466:16 – 466:25 |
| 320:11 – 321:9 | 393:5 – 393:22 | 468:6 – 468:18 |
| 322:5 – 322:13 | 394:2 – 395:2 | 471:20 – 472:16 |
| 323:5 – 323:25 | 396:19 – 397:21 | 473:16 – 473:25 |
| 324:2 – 324:11 | 398:9 – 398:23 | 476:3 – 478:3 |
| 325:5 – 325:10 | 399:14 – 399:20 | 479:23 – 480:17 |
| 327:9 – 327:11 | 400:6 – 400:10 | 483:2 – 483:11 |
| 334:25 – 335:5 | 400:17 – 403:11 | 484:3 – 485:1 |
| 339:5 – 339:11 | 404:3 – 405:2 | 485:12 – 485:20 |
| 342:20 – 343:23 | 405:16 – 406:6 | 488:17 – 489:5 |
| 343:25 – 344:11 | 407:23 – 408:24 | 489:10 – 489:11 |
| 344:7 – 344:17 | 409:5 – 409:10 | 489:19 – 491:16 |
| 348:21 – 349:18 | 412:19 – 413:6 | 492:7 – 492:17 |
| 349:25 – 350:17 | 414:14 – 414:17 | 493:6 – 493:9 |
| 354:4 – 354:13 | 431:25 – 432:8 | 495:8 – 496:17 |
| 355:14 – 355:22 | 437:2 – 437:16 | 499:23 – 499:25 |
| 356:4 – 356:14 | 437:22 – 439:9 | 504:11 – 505:7 |
| 362:11 – 363:2 | 440:11 – 440:14 | 505:9 – 506:1 |
| 372:14 – 374:19 | 446:20 – 447:6 | 506:4 – 507:6 |
| 378:4 – 378:8 | 452:10 – 452:18 | 507:24 – 508:9 |
| 381:10 – 381:15 | 454:7 – 454:14 | 508:13 – 508:18 |

509:14 – 509:21
510:2 – 510:24
511:1 – 511:3
511:10 – 511:13
515:19 – 516:1
516:3 – 517:2
517:9 – 517:12
517:17 – 517:22
518:1 – 518:7
523:1 – 523:17
527:8 – 527:15
528:24 – 529:5
529:13 – 529:19
529:22 – 530:15
533:10 – 533:12
533:19 – 533:21
533:25 – 534:3
534:11 – 534:13

537:6 – 537:14
537:22 – 538:3
539:15 – 539:22
540:12 – 541:9
541:12 – 542:5
563:16 – 564:20
569:3 – 569:7
569:17 – 571:2
573:4 – 573:8
574:21 – 575:13
577:5 – 577:11
577:19 – 578:6
578:12 – 579:1
580:20 – 581:4
583:1 – 583:13
584:2 – 584:5
584:8 – 584:20
587:20 – 588:5

589:20 – 590:2
591:9 – 594:10
595:7 – 595:8
596:18 – 597:11
598:1 – 598:10
599:23 -- 601:11
601:25 – 602:5
602:11 – 602:15
602:23 – 603:3
603:7 – 603:13
604:4 – 606:12
606:17 – 606:18
607:6 – 607:12
607:18 – 607:20
609:8 – 609:15
609:18 – 609:22

**45.** __Reicin,  Alise__ __5/27/2005__

12:19 – 12:21
18:1 – 18:18
23:21 – 24:8
26:20 – 27:21
28:20 – 29:1

33:8 – 33:21
50:3 – 51:9
52:1 – 53:2
53:10 – 54:13
70:17 – 70:24

71:3 – 71:7
72:10 – 72:19
105:14 – 106:24
166:2 – 166:10
178:24 – 179:15

**46.** __Santanello, Nancy__ __8/10/2004__

7:20 – 7:22
8:13 – 8:17
11:22 – 12:7
12:11 – 12:14
12:18 – 12:23
12:24 – 13:5
13:18 – 13:20
15:1 – 15:3
17:7 – 17:9
17:15 – 17:16
17:18 – 17:22
17:23 – 18:2
18:14 – 18:21

19:15 – 19:23
20:18 – 20:23
21:9 – 21:12
21:16 – 21:21
22:21 – 22:24
23:16 – 23:23
24:13 – 24:20
25:11 – 25:13
25:16 – 25:17
26:2 – 26:7
29:1 – 29:3
29:6 – 29:10
29:12

29:17 – 29:22
30:8 – 30:11
30:13 – 30:25
31:4 – 31:6
31:7 – 31:10
31:17 – 31:20
31:21 – 32:6
32:13 – 32:18
32:24 – 34:1
34:4 – 34:12
34:13 – 34:15
34:19 – 35:2
35:9 – 35:20

| | | |
|---|---|---|
| 36:1 – 36:8 | 59:12 – 60:2 | 79:13 – 79:21 |
| 36:24 – 37:4 | 60:25 – 61:16 | 81:6 – 82:4 |
| 37:10 – 37:20 | 61:17 – 62:15 | 82:24 – 83:23 |
| 39:3 – 39:9 | 65:10 – 66:6 | 85:5 – 86:12 |
| 42:21 – 42:22 | 66:7 – 66:23 | 86:19 – 87:21 |
| 43:3 – 43:7 | 66:24 – 67:1 | 88:6 – 88:17 |
| 43:8 – 43:12 | 67:8 – 67:21 | 88:23 – 89:1 |
| 43:17 – 43:19 | 68:2 – 68:14 | 89:8 – 89:10 |
| 43:21 – 43:22 | 69:8 – 69:19 | 89:18 – 90:18 |
| 51:23 – 52:22 | 69:20 – 70:2 | 91:19 – 91:23 |
| 53:25 – 54:5 | 70:10 – 70:19 | 91:25 – 92:7 |
| 54:6 – 54:19 | 71:4 – 71:16 | 92:18 – 96:4 |
| 54:20 | 72:2 – 72:20 | 98:2 – 99:18 |
| 54:25 – 55:6 | 72:24 – 73:4 | 100:8 – 101:11 |
| 55:21 – 56:14 | 73:7 – 75:21 | 102:1 – 102:17 |
| 56:21 – 57:2 | 75:22 – 76:8 | 102:18 – 104:18 |
| 57:3 – 57:25 | 76:11 – 76:14 | 104:19 – 105:17 |
| 58:23 – 59:11 | 78:6 – 79:12 | 106:6 – 106:10 |

**47.**   **Schechter, Adam Vol. I**          **9/13/2002**

6:8 – 8:13
55:5 – 55:14
56:12 – 56:18
80:2 – 80:20
187:17 – 195:5
203:11 – 203:22

**48.**   **Schechter, Adam Vol. II**          **9/23/2003**

8:4 – 8:11
18:1 – 21:20
27:13 – 32:24
33:23 – 34:9
136:4 – 136:15
192:23 – 193:18

**49.**   <u>Schechter,  Adam</u>              <u>12/10/2004</u>

| | | |
|---|---|---|
| 13:3 – 14:14 | 100:23 - 105:6 | 137:4 – 141:18 |
| 15:7 – 18:3 | 107:7 – 107:19 | 141:19 – 148:3 |
| 31:5 – 32:19 | 107:20 – 111:25 | 148:9 – 150:23 |
| 34:6 – 37:17 | 112:1 – 127:23 | 154:16 – 161:23 |
| 52:23 – 62:19 | 127:24 – 128:4 | 209:12 – 209:21 |
| 68:18 – 73:11 | 128:7 – 132:24 | 210:14 – 225:9 |
| 82:5 – 86:13 | 132:25 – 136:6 | 258:18 – 292:19 |

**50.**   <u>Schirmer, Allesha</u>              <u>10/4/2005</u>

| | | |
|---|---|---|
| 5:18-6:4 | 61:19-64:24 | 87:1-4,6, 8-10, 12 |
| 25:2-34:15 | 65:10-70:1 | 87:22-88:1 |
| 18:25-39:5 | 71:18-74:7 | 88:3, 6-8,18-23 |
| 43:3-51:13 | 85:18-23 | 89:1-6, 8, 24-25 |
| 56:15-57:23 | 86:1-5, 8-10, 20-22, 24 | 90:1-2, 5-8 |

**51.**   <u>Schirmer,  Dr. Christopher</u>         <u>9/6/2005</u>

| | | |
|---|---|---|
| 4:24-5:2 | 74:21-75:11, 13-25 | 82:8-9, 11-12, 14, 16-20 |
| 18:3-19:14 | 76:2-8, 10-21, 23 | 82:25-83:3 |
| 23:3-27:23 | 77:18-24 | 83:5, 7-9, 11, 13-25 |
| 28:24-30:24 | 78:2-10, 12, 14-19, 21 | 84:1-2, 4, 6-8, 11-25 |
| 35:5-59:23 | 78:23-79:3 | 85:1-11 |
| 67:11-18 | 79:12, 14-19, 21 | 85:13-86:6 |
| 68:10-70:13 | 79:5, 7-11, 13-20, 22 | 86:8, 20-23, 25 |
| 70:16-23 | 79:24-80:5 | 87:2-5, 7 |
| 71:2-4, 7-17, 19-20, 23-24 | 80:7, 9-24 | 87:16-94:16 |
| 72:5-74:17, 19 | 81:2-82:6 | |

**52.**   <u>Scolnick, Edward</u>              <u>3/19/2001</u>

| | | |
|---|---|---|
| 8:20 – 9:9 | 26:13 – 27:10 | 39:14 – 39:20 |
| 9:14 – 10:13 | 27:23 – 27:25 | 41:8 – 42:4 |
| 13:19 – 14:18 | 28:5 – 28:10 | 43:3 – 43:8 |
| 15:7 – 15:15 | 31:17 – 32:19 | 47:14 – 47:18 |
| 18:9 – 18:18 | 33:3 – 33:7 | 57:14 – 57:19 |
| 18:21 – 18:22 | 34:8 – 34:19 | 58:9 – 58:17 |
| 19:7 – 19:14 | 37:10 – 37:14 | 60:14 – 60:24 |
| 19:19 – 19:21 | 37:23 – 38:21 | 62:3 – 62:9 |

| | | |
|---|---|---|
| 63:21 – 64:11 | 99:16 – 99:22 | 185:7 – 185:11 |
| 64:17 – 64:21 | 100:23 – 101:4 | 189:18 – 190:25 |
| 67:10 – 68:11 | 101:14 – 101:19 | 192:9 – 192:25 |
| 69:13 – 72:19 | 103:5 – 103:22 | 193:1 – 193:12 |
| 75:17 – 76:10 | 104:17 – 106:11 | 193:23 – 194:2 |
| 80:16 – 80:19 | 108:23 – 109:7 | 194:20 – 194:25 |
| 82:17 – 83:3 | 110:7 – 111:4 | 196:2 – 194:22 |
| 84:24 – 85:17 | 114:11 – 116:2 | 199:5 – 199:22 |
| 85:21 | 117:18 – 118:3 | 200:5 – 200:11 |
| 86:4 – 86:16 | 119:4 – 119:13 | 201:8 – 201:10 |
| 90:19 – 91:9 | 120:7 – 120:12 | 203:22 – 204:3 |
| 91:20 – 92:8 | 120:23 – 121:18 | 204:15 – 204:19 |
| 92:20 – 92:25 | 130:21 – 131:9 | 228:8 – 228:25 |
| 94:17 – 94:23 | 167:2 – 167:9 | 229:2 – 230:22 |
| 95:16 – 96:6 | 177:18 – 179:15 | 234:9 – 234:18 |
| 97:16 – 98:7 | 181:10 – 181:20 | 235:5 – 235:10 |
| 98:14 – 99:2 | 181:24 – 181:25 | |

**53.**   **Scolnick, Edward**          **1/30/2003**

| | | |
|---|---|---|
| 9:2 – 9:4 | 65:20 | 100:20 – 100:21 |
| 11:21 – 12:10 | 71:4 – 71:13 | 100:24 |
| 20:16 – 20:21 | 72:14 – 72:22 | 102:17 – 102:22 |
| 21:7 – 21:8 | 73:13– 74:12 | 103:1 – 103:10 |
| 21:18 – 21:19 | 75:2 – 75:14 | 104:2 – 104:4 |
| 22:7 – 22:8 | 75:17 – 75:18 | 104:5 – 104:7 |
| 22:11 – 22:19 | 76:5 – 76:20 | 104:15 – 104:20 |
| 22:24 – 23:1 | 76:21 – 77:13 | 104:23 – 105:1 |
| 27:24 – 28:17 | 81:10 – 81:12 | 105:4 – 105:7 |
| 29:10 – 29:18 | 81:13 – 81:16 | 106:1 – 106:3 |
| 29:20 – 30:3 | 81:18 – 82:3 | 107:3 – 107:10 |
| 36:19 – 36:23 | 82:21 – 82:25 | 107:23 – 108:3 |
| 41:24 – 42:12 | 83:3 – 84:16 | 108:4 – 110:5 |
| 42:25 – 43:15 | 84:18 – 85:13 | 110:22 – 111:2 |
| 43:25 – 45:25 | 85:16 – 87:21 | 111:9 – 111:20 |
| 46:15 – 46:18 | 87:22 – 89:18 | 111:21 – 113:7 |
| 46:23 – 46:25 | 90:13 – 90:18 | 113:12 – 113:19 |
| 47:1 – 47:3 | 90:22 – 91:7 | 113:22 – 114:3 |
| 47:17 – 48:4 | 92:3 – 92:19 | 114:5 – 114:11 |
| 54:6 – 54:14 | 94:21 – 95:4 | 114:14 – 115:7 |
| 54:18 – 54:22 | 97:24 – 98:12 | 115:10 – 116:3 |
| 62:4 – 62:15 | 98:13 – 98:18 | 116:6 – 117:22 |
| 63:25: - 64:12 | 98:24 – 100:13 | 117:24 – 118:5 |
| 65:10 – 65:18 | 100:15 – 100:19 | 118:23 – 119:12 |

| | | |
|---|---|---|
| 119:17 – 119:19 | 194:24 – 194:25 | 250:1 – 250:2 |
| 119:24 – 120:25 | 195:7 – 195:21 | 250:5 – 250:16 |
| 121:8 – 121:17 | 195:22 – 198:14 | 250:22 – 252:17 |
| 121:21 – 122:20 | 198:22 – 199:2 | 252:21 – 252:22 |
| 123:18 – 124:5 | 199:19 – 200:23 | 253:1 – 253:13 |
| 129:3 – 129:19 | 200:24 – 201:11 | 253:15 – 253:22 |
| 130:4 – 130:10 | 202:14 – 202:19 | 259:5 – 260:14 |
| 130:16 – 131:9 | 206:14 – 208:16 | 260:24 – 261:5 |
| 131:15 – 132:25 | 209:1 – 209:2 | 261:6 – 263:7 |
| 133:1 – 134:7 | 209:6 – 209:13 | 263:9 – 263:13 |
| 134:8 – 135:5 | 210:4 – 210:13 | 263:23 – 265:5 |
| 135:6 – 135:9 | 210:16 – 210:23 | 265:10 – 266:3 |
| 135:10 – 143:3 | 211:8 – 211:11 | 266:4 – 266:14 |
| 144:18 – 145:6 | 212:20 – 214:4 | 266:24 – 267:20 |
| 145:14 – 150:24 | 214:5 – 215:7 | 268:13 – 270:24 |
| 151:7 – 151:9 | 215:12 – 215:19 | 277:3 – 280:8 |
| 151:12 – 152:18 | 216:22 – 218:25 | 281:16 – 282:5 |
| 152:19 – 153:14 | 219:5 – 219:7 | 285:10 – 288:8 |
| 153:17 – 154:7 | 219:8 – 219:21 | 290:4 – 291:25 |
| 154:10 – 154:14 | 219:22 – 219:24 | 294:3 – 294:20 |
| 154:18 – 154:22 | 220:11 – 220:15 | 298:5 – 298:23 |
| 154:23 – 165:9 | 220:22 – 221:3 | 299:10 – 300:5 |
| 165:14 – 167:4 | 221:7 – 222:18 | 307:18 – 308:3 |
| 170:3 – 170:7 | 222:19 – 227:16 | 309:17 – 309:20 |
| 170:10 – 170:20 | 233:9 – 237:2 | 309:24 – 311:22 |
| 170:23 – 172:8 | 237:24 – 239:2 | 313:23 – 314:16 |
| 173:24 – 176:5 | 239:3 – 239:7 | 318:21 – 318:25 |
| 179:21 – 180:7 | 239:21 – 239:25 | 320:18 – 322:15 |
| 180:9 – 180:10 | 240:22 – 241:8 | 331:13 – 332:7 |
| 182:22 – 183:4 | 241:10 – 241:25 | 332:24 – 333:20 |
| 183:11 – 185:16 | 245:5 – 245:16 | 339:25 – 340:22 |
| 193:6 – 193:10 | 247:4 – 248:10 | |
| 193:14 – 193:23 | 248:13 – 248:24 | |
| 194:2 – 194:19 | 249:6 – 249:23 | |

**54.**    **Scolnick, Edward/Lanier**      **3/22/2005**

| | | |
|---|---|---|
| 13:18 – 13:19 | 22:13 – 23:16 | 32:12 – 32:23 |
| 15:5 – 15:7 | 24:7 – 24:11 | 33:7 – 33:10 |
| 17:5 – 19:1 | 24:14 – 24:16 | 34:16 – 36:4 |
| 19:3 – 19:9 | 24:18 – 24:19 | 37:4 – 37:6 |
| 20:19 – 20:21 | 24:22 – 27:24 | 37:8 – 38:2 |
| 20:23 – 21:4 | 28:18 – 31:3 | 38:6 – 38:11 |
| 21:5 – 21:20 | 32:3 – 32:10 | 38:13 – 38:16 |

38:19 – 42:13
43:9 – 44:21
45:15 – 46:18
46:20 - 47:12
47:13 – 48:2
48:24 – 49:10
49:11 – 50:1
50:2 – 50:8
50:9 – 51:10
52:2 – 57:19
57:21 – 58:15
58:17 – 58:24
59:1 – 59:15
59:16 – 60:17
60:19 – 61:6
61:16 – 62:19
63:9 – 67:18
67:20 – 67:24
68:3 – 68:4
68:11 – 68:18
68:19 – 69:8
69:9 – 70:18
70:19 – 71:12
73:5 – 74:20
76:18 – 78:16
79:6 – 84:20
85:20 – 86.8
86:10 – 86:8
87:9 – 89:12
90:3 – 91:16
91:22 – 92:5
92:15 – 92:23
93:11 – 95:6
95:8 – 95:13
95:14 – 96:4
96:5 – 96:7
96:8 – 96:11
96:12 – 96:14
96:15 – 97:9
97:12 – 98:2
98:3 – 98:7
98:13 – 99:8
99:20 – 102:3
104:5 – 104:9
104:21 – 104:24
105:10 – 105:23

106:9 – 106:13
109:9 – 110:15
110:19 – 111:8
114:17 – 114:13
114:15 – 114:17
114:19 – 114:23
115:3 – 115:10
116:12 – 116:24
118:5 – 118:11
119:10 – 120:5
120:23 – 122:3
124:2 - 125:6
128:1 – 128:22
129:2 – 129:5
129:8 – 129:13
129:18 – 130:4
130:7 - 130:9
130:11 – 130:20
134:15 – 135:3
135:4 – 136:7
136:9 – 137:16
138:18 – 138:24
139:21 – 140:17
140:19 – 141:1
141:9 – 142:7
143:1 – 143:7
143:13 – 145:20
146:11 – 146:5
147:6 – 148:2
148:4 – 148:7
148:10 -148:16
148:17 – 149:16
149:17 – 150:2
151:13 – 151:22
151:23 – 152:11
152:17 – 153:12
152:15 – 153:24
155:9 – 157:14
158:19 – 159:17
160:10 – 160:18
161:20 – 162:3
163:20 – 164:3
165:1 – 165:15
165:23 – 167:14
167:24 – 169:6
169:7 – 169:16

169:17 – 169:24
170:14 – 170:21
170:22 – 171:5
171:6 – 171:13
172:4 – 172:9
173:6 – 173:14
176:11 – 178:8
179:16 – 180:6
180:10 – 180:18
180:22 – 182:6
186:12 – 186:22
186:23 – 188:7
188:8 – 189:1
189:17 – 189:21
191:24 – 193:12
194:9 – 194:19
194:20 – 195:4
197:10 – 197:11
204.24 – 205:5
207:5 – 207:24
211:10 – 212:5
212:6 – 213:1
213:2 -213:18
218:10 – 218:19
218:20 – 219:1
219:2 – 219:5
219:6 – 219:23
219:24 – 220:14
224:17 – 224:23
224:24 – 225:16
225:24 – 226:10
226:15 – 226:17
227:7 – 228:6
228:7 – 228:14
228:15 – 229:1
229:2 – 229:8
229:11 – 230:5
230:6 – 230:14
230:21 – 230:22
231:20 – 234:3
234:11 – 234:18
234:19 – 235:17
237:3 – 237:7
239:4 – 240:3
240:6 – 241:2
242:1 – 244:7

244:8 – 244:21
244:22 – 245:9
245:20 – 246:7
251:7 – 253:15
253:17 – 253:20
254:3 – 255:8
255:10 – 256:2
257:24 – 258:9
260:22 – 260:24
261:1 – 261:2

261:5 – 261:11
261:16 – 261:23
263:1 – 263:17
268:7 – 268:17
269:2 – 269:21
271:5 – 274:2
275:10 – 275:17
276:5 – 276:18
276:22 – 278:8
279:8 – 279:24

280:15- 280:16
280:24 – 286:2
289:4 – 290:19
294:10 – 296:8
297:4 – 305:20
307:1 – 308:18
309:8 – 309:21
311:2 – 313:4

**55.** **Scolnick, Edward**          **4/29/2005**

10:12 – 11:14
11:19 – 12:5
12:20 – 12:24
13:11 – 15:21
16:5 – 16:13
17:24 – 18:3
18:12 – 18:23
20:18 – 20:23
21:11 – 22:9
23:8 – 24:14
25:7 – 26:21
27:14 – 28:1
28:2 – 28:13
28:16 – 28:20
28:24 – 29:6
29:13 – 31:3
31:10 – 31:13
32:8 – 33:25
34:8 – 35:23
36:9 – 40:3
38:17 – 40:3
41:3 – 41:18
42:1 – 42:9
42:10 – 42:17
43:4 – 43:19
44:7 – 45:3
45:14 – 46:4
46:15 – 47:5
47:6 – 48:10
48:23 – 49:17
49:18 – 50:15
52:10 – 53:9

54:4 – 55:14
55:16 – 56:3
56:4 – 58:25
59:9 – 67:9
68:16 – 68:23
69:1 – 69:11
70:4 – 70:6
70:8 – 70:21
72:3 – 72:8
73:1 – 73:6
73:7 – 74:8
75:2 – 75:5
75:6 – 75:10
76:3 – 77:16
77:23 – 77:25
78:14 – 78:24
79:6 – 79:9
82:8 – 82:10
82:21 – 82:25
83:3 – 83:12
83:18 – 83:22
84:8
86:6 – 86:11
87:3 – 87:12
87:18 – 87:22
87:23 – 88:14
89:3 – 89:25
90:8 – 90:10
90:21 – 91:4
92:16 – 92:25
94:16 – 94:22
94:25 – 95:6

97:4 – 97:10
97:20 – 98:23
99:4 – 100:21
101:1 – 101:22
102:13 – 103:14
103:22 – 103:23
104:4 – 104:9
106:6 – 106:20
108:10 – 108:16
108:18 – 109:9
109:19 – 11:20
112:1 – 112:8
112:9 – 112:13
112:14 – 112:21
112:22 – 113:13
113:22 – 115:10
115:17 – 115:25
116:1 – 116:11
116:21 – 117:15
117:18 – 117:25
118:1 – 118:22
120:17 – 120:19
120:24 – 121:24
122:17 – 123:23
123:25 – 124:11
124:19 – 124:33
125:5 – 126:16
127:6 – 127:12
127:18 – 127:25
128:14 – 132:5
133:15 – 134:10
134:12 – 134:14

| | | |
|---|---|---|
| 134:21 – 135:10 | 189:20 – 189:24 | 248:25 – 249:7 |
| 135:15 – 135:25 | 189:25 – 190:2 | 249:14 – 250:11 |
| 136:16 – 137:14 | 190:3 – 190:7 | 250:22 – 251:5 |
| 138:18 – 138:24 | 190:9 – 190:12 | 252:9 – 254:20 |
| 139:21 – 140:3 | 190:17 – 191:1 | 255:16 – 256:15 |
| 140:15 – 141:5 | 191:24 – 193:1 | 256:19 – 257:14 |
| 141:23 – 142:9 | 193:9 – 196:7 | 261:17 – 261:22 |
| 143:15 – 146:21 | 197:16 – 199:15 | 262:21 – 264:1 |
| 147:8 – 148:8 | 199:16 – 200:8 | 264:2 – 264:8 |
| 148:9 – 148:12 | 201:7 – 201:22 | 264:16 – 266:1 |
| 149:3 – 149:8 | 201:24 – 202:1 | 266:25 – 268:21 |
| 150:1 – 150:6 | 202:2 – 202:18 | 270:2 – 273:13 |
| 151:10 – 152:1 | 203:23 – 205:10 | 273:18 – 274:1 |
| 152:12 – 154:20 | 205:17 – 205:18 | 274:3 – 274:6 |
| 155:6 – 155:20 | 205:22 – 206:12 | 274:12 – 274:19 |
| 155:21 – 156:1 | 207:6 – 209:23 | 275:1 – 275:25 |
| 156:2 – 156:9 | 209:25 – 210:3 | 276:1 – 276:5 |
| 157:7 – 157:24 | 210:11 – 210:18 | 276:6 – 276:11 |
| 157:25 – 158:8 | 210:25 – 211:10 | 276:20 – 276:22 |
| 158:14 – 158:22 | 212:2 – 212:25 | 278:4 – 280:7 |
| 159:24 – 160:15 | 220:19 – 221:14 | 280:9 – 280:22 |
| 160:23 – 161:13 | 222:17 – 222:21 | 281:14 – 282:16 |
| 161:24 – 162:16 | 223:1 – 223:22 | 282:20 – 283:10 |
| 163:24 – 164:10 | 225:3 – 225:9 | 283:11 – 284:1 |
| 164:11 – 164:22 | 225:17 – 225:20 | 284:5 – 286:1 |
| 165:11 – 165:23 | 226:5 – 226:10 | 286:13 – 288:17 |
| 166:20 – 166:25 | 226:22 – 227:10 | 289:4 – 289:16 |
| 167:1 – 167:17 | 227:12 – 228:1 | 289:19 – 290:2 |
| 168:11 – 169:9 | 228:3 – 228:16 | 290:16 – 290:17 |
| 170:2 – 170:12 | 228:17 – 229:23 | 291:18 – 292:16 |
| 170:20 – 171:7 | 231:4 – 231:13 | 293:11 – 294:2 |
| 171:9 – 171:25 | 231:17 – 232:4 | 295:7 – 295:17 |
| 172:1 – 172:3 | 232:8 – 232:11 | 295:24 – 296:14 |
| 172:5 – 172:14 | 232:21 – 233:6 | 296:25 – 297:19 |
| 172:22 – 172:24 | 233:23 – 234:2 | 298:24 – 299:11 |
| 173:4 – 173:7 | 234:10 – 234:25 | 300:12 – 301:10 |
| 174:5 – 174:17 | 235:23 – 236:8 | 301:11 – 301:16 |
| 174:21 – 175:9 | 236:18 – 236:24 | 301:17 – 301:20 |
| 175:16 – 176:7 | 237:20 – 238:12 | 302:3 – 302:7 |
| 176:11 – 176:15 | 238:22 – 238:23 | 302:15 – 305:13 |
| 177:4 – 177:14 | 240:4 – 240:24 | 305:15 – 306:14 |
| 177:24 – 178:3 | 241:6 – 242:21 | 307:7 – 307:17 |
| 178:4 – 178:22 | 243:22 – 244:17 | 308:11 – 308:22 |
| 179:2 – 179:16 | 245:4 – 245:10 | 309:17 – 310:2 |
| 188:6 – 188:18 | 245:17 – 247:19 | 311:6 – 315:24 |
| 189:9 – 189:19 | 248:10 – 248:15 | 317:8 – 317:12 |

320:8 – 321:10
322:6 – 325:17
326:7 – 326:13
328:14 – 329:5
329:10 – 329:19
330:17 – 332:25
333:11 – 334:12
334:13 – 334:19
334:20 – 335:4
335:12 – 341:20

342:9 – 344:1
344:2 – 344:13
344:15 – 344:21
345:21 – 346:17
347:16 – 348:3
348:7
349:1 – 351:9
352:5 – 352:16
353:12 – 355:5
355:16 – 355:19

355:23 – 357:17
358:9 – 366:11
366:15 – 370:20
371:15 – 373:2
373:12 – 376:13
377:1 – 378:14
381:5 – 383:8

**56.**     **Scolnick, Edward**     **5/17/2005**

400:15 – 400:16
400:21 – 402:15
402:21 – 403:6
403:18 – 404:21
404:23 – 404:25
405:3 – 405:7
406:11 – 407:17
408:4 – 408:8
408:12 – 408:18
408:24 – 409:15
409:20 – 410:24
411:1 – 411:2
411:14 – 411:24
412:13 – 415:13
415:15 – 416:20
416:24 – 418:5
418:8 – 420:10
420:13 – 420:20
420:23 – 420:24
421:1 – 422:18
423:11 – 423:16
423:19 – 425:5
425:20 – 426:10
426:13 – 426:21
427:14 – 427:19
427:21 – 427:25
428:4 – 428:7
428:10 – 428:17
429:1 – 429:20
429:24 – 431:18
431:20 – 432:8
432:11 – 432:23

433:1 – 433:8
433:11 – 433:25
434:2 – 434:13
434:15 – 434:21
434:24 – 435:5
435:8 – 435:14
435:18 – 435:19
435:22 – 436:9
436:12 – 436:18
436:24 – 439:4
439:6 – 439:12
440:3 – 442:4
442:7 – 443:13
443:16 – 443:19
444:7 – 444:9
444:12 – 444:20
444:23 – 445:13
445:16 – 445:21
446:4 – 446:5
446:8 – 446:23
447:1 – 447:7
447:9 – 447:16
449:1 – 451:3
451:6 – 451:14
451:17 – 453:1
453:7 – 453:21
453:24 – 454:3
454:6 – 454:13
454:16 – 455:7
455:9 – 456:4
459:6 – 460:24
461:2 – 461:6

462:7 – 464:3
464:6 – 464:10
465:11 – 465:12
465:16 – 465:22
466:12 – 466:22
467:1 – 467:3
467:7 – 467:9
467:12 – 467:22
468:15 – 468:25
469:2 – 469:8
470:15 – 470:18
470:21
470:24 – 473:20
473:23 – 475:16
475:19 - 477:12
477:18 – 478:5
478:7 – 479:15
479:17 – 482.11
482:15 – 488:20
488:23 – 489:7
489:10 – 489:14
489:22 – 491:9
491:12 – 491:17
491:21 – 492:11
492:14 – 492:15
493:1 – 494:7
494:11 – 494:12
494:16 – 494:18
500:18 – 503:7
503:10 – 503:18
503:21 – 504:1
504:4 – 504:8

| | | |
|---|---|---|
| 504:11 – 504:16 | 563:12 – 563:17 | 616:1 – 616:10 |
| 504:19 – 504:25 | 563:21 – 563:25 | 621:11 – 622:6 |
| 505:4 – 505:10 | 564:2 – 564:13 | 622:10 – 623:17 |
| 505:13 – 505:24 | 564:16 – 565:2 | 623:19 – 624:10 |
| 506:18 – 506:21 | 565:4 – 566:4 | 624:12 – 626:7 |
| 506:24 – 506:25 | 566:6 – 566:10 | 626:9 – 627:3 |
| 507:3 – 508:24 | 566:14 – 566:17 | 627:8 – 627:11 |
| 509:10 – 509:21 | 566:19 – 568:21 | 627:17 – 628:24 |
| 509:24 – 509:25 | 569:3 – 570:4 | 629:3 – 629:10 |
| 510:3 – 512:6 | 570:9 – 572:16 | 629:14 – 629:21 |
| 513:2 – 514:15 | 572:19 – 573:3 | 630:2 – 630:13 |
| 515:6 – 515:16 | 573:6 – 575:7 | 631:1 – 631:8 |
| 515:24 – 516:4 | 575:10 – 575:15 | 631:10 – 631:17 |
| 516:10 – 519:6 | 575:17 – 576:6 | 631:19 – 632:12 |
| 520:3 – 520:22 | 576:9 – 576:15 | 632:15 – 632.22 |
| 524:2 – 524:9 | 576:20 – 576:24 | 633:16 – 634:11 |
| 524:12 – 525:11 | 577:1 – 577:7 | 634:15 – 634:18 |
| 525:13 – 526:1 | 577:11 – 577:14 | 635:17 – 635:20 |
| 526:20 – 527:16 | 577:21 – 577:22 | 636:6 – 636:8 |
| 528:4 – 529:1 | 577:25 – 579:24 | 636:11 |
| 530:5 – 530:23 | 580:6 – 580:22 | 636:15 |
| 531:1 – 531:8 | 581:2 – 582:4 | 636:18 – 639:5 |
| 531:11 – 531:13 | 582:10 – 582:12 | 639:7 – 639:17 |
| 531:20 – 532:5 | 582:4 – 583:1 | 641:16 – 642:2 |
| 532:8 | 583:4 – 583:6 | 642:4 – 643:6 |
| 532:14 – 532:23 | 584:14 – 584:19 | 643:8 – 643:17 |
| 533:2 – 534:13 | 584:22 – 585:2 | 643:21 – 644:1 |
| 534:15 – 534:18 | 585:5 – 587:9 | 644:9 – 645:3 |
| 536:8 – 536:23 | 587:12 – 588:25 | 645:4 – 645:10 |
| 537:1 – 538:23 | 589:11 – 590:20 | 645:12 – 645:16 |
| 538:25 – 539:6 | 591:9 – 591:20 | 645:19 – 645:23 |
| 539:8 – 539:9 | 591:22 – 592:23 | 646:2 – 646:24 |
| 539:11 – 539:13 | 593:1 – 593:24 | 647:9 – 647:18 |
| 539:15 – 544:18 | 594:5 – 594:8 | 648:25 – 649:3 |
| 544:20 - 547:7 | 594:12 – 594:23 | 649:5 – 649:9 |
| 547:10 – 547:13 | 596:1 – 596:20 | 649:12 – 649:13 |
| 548:14 – 549:9 | 597:4 – 599:10 | 651:17 – 653:3 |
| 549:13 – 549:22 | 599:12 – 600:15 | 654:2 – 655:10 |
| 549:24 – 550:6 | 600:19 – 602:18 | 655:13 – 655:25 |
| 550:9 – 550:19 | 602:20 – 602:25 | 657:3 – 657:9 |
| 550:23 – 560:15 | 603:12 – 605:11 | 657:12 – 658:11 |
| 560:17 – 560:23 | 606:1 – 608:18 | 658:13 – 658:17 |
| 560:25 – 561:7 | 609:8 – 612:6 | 658:20 - 660:3 |
| 561:9 – 561:18 | 612:10 – 612:25 | 659:3 – 659:15 |
| 561:21 – 563:4 | 613:8 – 613:23 | 660:6 – 660:10 |
| 563:6 – 563:10 | 614:18 – 615:11 | 660:13 – 661:2 |

661:8 – 662:22
663:1 – 663:5
664:14 – 664:16
664:25 – 665:12
665:15 – 666:3
666:6 – 666:14
666:16 – 666:17
667:4 – 667:15
667:18 – 667:22
667:24 – 668:1
668:3 – 668:18
668:21 – 668:23
669:1 – 669:13
669:20 – 671:9
671:16 – 672:5
673:5 – 673:9
673:14 – 673:18
673:21 – 674:14

674:19 – 674:25
675:13 – 675:16
676:2 – 676:20
677:1 – 677:2
678:9 – 660:6
680:14 – 680:18
680:22 – 681:15
681:19 – 682:2
682:25 – 683:9
683:12 – 683:17
684:25 – 685:2
685:13 – 686:2
686:5 – 687:2
690:7 – 690:8
690:18 – 691:1
692:24 – 693:17
694:18 – 694:20
695:3 – 696:8

696:12 – 696:17
696:20 – 697:2
697:5 – 697:8
700:25 – 701:9
703:8 – 703:12
703:21 – 704:9
704:17 – 705:1
705:6 – 705:9
705:17 – 705:18
705:25 – 706:13
706:15 – 706:19
707:3 – 707:8
707:11 – 707:25
708:3 – 708:15
708:24 – 709:4

**57.   Scolnick, Edward          6/1/2005**

738:10 – 740:13
740:16 – 740:17
740:19 – 740:20
741:11 – 741:22
742:2 – 742:8
742:13 – 742:14
743:11 – 743:21
743:24 – 743:25
744:3 – 744:6
744:21 – 744:22
745:1 – 745:3
745:10 - 746:15
746:18 – 747:3
747:24 – 748:3
748:5 – 749:1
749:10 – 749:16
750:10 – 751:17
751:22 – 753:23
753:25 – 755:2
756:5 – 756:7
756:15 – 757:17
758:20 – 759:10
759:12 – 759:19

760:6 – 760:22
761:13 – 762:13
762:16 – 762:17
762:19 – 763:7
763:11 – 763:24
764:2 – 764:3
764:5 – 765:6
765:21 – 765:23
766:2 – 766:8
766:11 – 766:22
767:2 – 767:24
786:2 – 768:3
768:7 – 768:14
768:16
769:13 – 770:12
770:18 – 772:6
772:10
772:21 – 773:6
773:9 – 773:10
773:13 – 773:18
773:20 – 774:2
774:5 – 774:8
776:22 – 778:6

778:10 – 778:11
778:13 – 779:2
779:5 – 779:14
779:19 – 780:4
781:8 – 781:11
781:14 – 781:25
782:11 – 782:15
783:7 – 784:6
784:8 – 785:4
785:6 – 786:11
785:16 – 785:22
786:11
786:15 – 787:21
788:2 – 788:7
788:9 – 788:16
788:19 – 790:5
790:7 – 790:18
792:22 – 794:2
794:6 – 794:7
794:9 – 794:13
795:2 – 798:8
798:11 – 799:3
799:6 – 799:14

799:17 – 800:6
800:11 – 800:18
800:20 – 801:16
801:20 – 801:25
802:4 – 802:7
802:9 – 803:2
803:5 – 803:10
803:12 – 803:18
803:20 – 804:8

804:11 – 804:18
806:14 – 806:20
807:5 – 807:16
807:18 – 807:20
808:16 – 808:19
808:25 – 809:7
810:14 – 810:16
812:11 – 813:14
813:24 – 815:3

815:6 – 815:11
815:15 – 815:16
815:19 – 816:8
816:11 – 816:15
817:19 – 818:1
818:5 – 818:15
818:17 – 818:19
818:23 – 818:25

**58.**   **Seidenberg, Beth C.**                    **10/7/2004**

20:14 – 20:16
33:24 – 43:21
45:17 – 45:24
47:4 – 47:6
47:7 – 47:13
52:11 – 56:17
64:21 – 68:9
69:20 – 70:24
71:1 – 71:8
75:20 – 76:7
76:8 – 76:18
85:8 – 85:18
85:21 – 85:22
86:16 – 86:18
90:14 – 90:16
90:19 – 90:21
91:12 – 91:16
93:19 – 94:5
98:6 – 98:11
98:12 – 99:24
100:1 – 101:15
103:8 – 103:10
103:20 – 103:22
104:4 – 104:15
108:1 – 108:6
108:7 – 108:23
109:13 – 109:24
110:18 – 110:20

111:7 – 111:8
111:13 – 111:14
113:7 – 116:19
118:3 – 118:9
118:13 – 119:5
119:11 – 119:15
121:3 – 121:21
122:1 – 123:16
124:15 – 125:7
125:22 – 126:15
147:7 – 148:22
149:3 – 149:9
149:10 – 158:2
159:22 – 160:2
167:15 – 182:24
184:17 – 189:4
210:11 – 211:23
212:5 – 212:6
215:1 – 215:11
264:19 -265:19
279:24 – 280:5
280:14 – 281:8
281:11 – 282:5
282:11 – 292:19
285:7 – 285:11
285:14 – 285:18
285:21 – 287:5
287:21 – 288:15

290:18 – 292:2
295:21 – 296:3
296.8 – 296:9
302:14 – 303:8
303:11 – 303:14
303:19 – 303:21
303:23 – 304:5
304:8 – 305:20
305:23 – 305:24
306:4 – 306:24
307:9 – 307:18
308:5 – 308:10
308:13 -309:17
310:7 – 310:10
310:14 – 311:5
311:9 – 311:13
313:18 – 313:24
314:13 – 316:16
318:9 – 318:22
319:1 – 319:5
341:22 – 344:7
395:21 – 395:23
396:7 – 396:8
396:18 – 396:24
397:7 – 398:18

**59.**   **Shapiro, Deborah**   **1/25/2005**

| | | |
|---|---|---|
| 112:18 – 112:24 | 189:12 – 189:14 | 258:22 – 260:20 |
| 112:25 – 113:5 | 194:8 – 194:11 | 262:12 – 263:1 |
| 114:22 – 115:2 | 194:13 – 194:22 | 263:9 – 264:24 |
| 115:3 – 115:9 | 194:23 – 195:10 | 264:25 – 265:9 |
| 115:10 – 115:11 | 222:8 – 224:23 | 266:21 – 267:6 |
| 115:12 – 115:22 | 235:5 – 235:15 | 267:7 – 278:11 |
| 116:1 – 116.50 | 235:24 – 236:5 | 278:12 – 278:17 |
| 116:6 – 117:18 | 240:23 – 241:18 | 291:10 – 298:20 |
| 117:19 – 118:21 | 241:19 – 241:25 | 299:23 – 300:2 |
| 118:22 – 121:7 | 242:2 – 242:5 | 305:21 – 305:25 |
| 154:3 – 154:14 | 243:3 – 243:19 | 307:12 – 307:18 |
| 156:4 – 160:19 | 249:15 – 250:10 | 309:15 – 310:19 |
| 162:20 -164:4 | 252:5 – 252:10 | 315:10 – 315:15 |
| 170:24 – 175:22 | 254:18 – 255:10 | 317:7 – 318:25 |
| 182:19 – 182:24 | 257:15 – 258:5 | 320:1 – 323:15 |
| 183:14 – 184:21 | 258:12 – 258:13 | 323:25 – 326:17 |
| 185:12 – 185:21 | 258:15 – 258:18 | |
| 186:1– 187:14 | 258:19 – 258:21 | |

**60.**   **Shapiro, Deborah**   **2/14/2005**

| | | |
|---|---|---|
| 343:14 – 343:16 | 405:1 – 405:10 | 457:6 – 457:12 |
| 360:2 – 360:6 | 405:16 – 405:22 | 459:1 – 459:14 |
| 360:7 – 360:15 | 406:11 – 407:11 | 481:3 – 481:8 |
| 360:16 – 360:18 | 409:17 – 410:1 | 481:9 – 481:12 |
| 361:3 – 362:5 | 416:5 – 416:11 | 481:19 – 482:3 |
| 362:6 – 362:16 | 416:16 – 417:19 | 485:8 – 485:12 |
| 362:17 -- 362:19 | 418:9 – 418:20 | 487:1 – 487:7 |
| 363:6 – 363:11 | 420:12 – 420:21 | 487:17 – 487:25 |
| 363:17 – 365:7 | 420:22 – 422:3 | 488:10 – 488:17 |
| 374:20 – 375:12 | 422:4 – 423:13 | 491:19 – 492:6 |
| 379:24 – 381:1 | 423:14 – 424:10 | 505:23 – 506:4 |
| 381:2 – 381:17 | 424:11 – 424:18 | 506:25 – 507:15 |
| 381:18 – 382:22 | 424:19 – 424:25 | 512:4 – 513:4 |
| 382:23 – 383:5 | 425:1 – 425:5 | 531:21 – 532:4 |
| 383:6 – 383:17 | 425:6 – 425:14 | 532:5 – 532:16 |
| 383:18 – 383:20 | 425:15 – 425:19 | 533:8 – 533:17 |
| 389:14 – 389:16 | 426:22 – 427:13 | 533:18 – 534:7 |
| 391:16 – 391:20 | 427:14 – 427:22 | 534:7 – 535:4 |
| 392:1 – 392:5 | 453:22 – 453:24 | 540:10 – 540:11 |
| 393:23 – 394:8 | 454:1 – 454:3 | 540:12 – 540:19 |
| 394:19 – 394:24 | 454:14 – 455:4 | 541:14 – 541:16 |
| 395:6 – 395:14 | 455:5 – 455:9 | 541:17 – 542:12 |

546:4 – 548:2              548:18 – 548:23
548:3 – 548:17            577:15 – 578:4


**61.   Shapiro, Deborah      6/29/2005**

627:24 – 628:1            659:11 – 660:19          739:15 – 746:3
634:12 – 635:12          662:7 – 663:3            746:20 – 751:1
635:25 – 640:5            663:17 – 664:14          751:20 – 752:17
642:19 – 645:3            672:11 – 673:1           753:15 – 774:11
645:17 – 646:16          676:5 – 676:25           801:16 – 804:21
646:25 – 648:2            677:14 – 677:15          805:10 – 806:13
648:16 – 649:23          677:23 – 678:7           806:21 – 808:19
650:20 – 651:23          679:16 – 681:15          826:6 – 827:17
652:3 – 653:17            726:13 – 729:2           837:2 – 838:20
657:20 – 658:25          729:8 – 730:23


**62.   Shapiro, Deborah      6/30/2005**

964:19 – 1012:24


**63.   Sherwood, Louis M.  Vol. I  9/30/2004**

12:5 – 12:14              159:13 – 160:2           316:19 – 316:20
18:22 – 19:10            163:8 – 163:23           317:17 – 319:11
22:19 – 24:4             164:14 – 164:24          324:20 – 325:13
24:10 – 26:8             169:23 – 170:11          349:13 – 352:24
40:9 – 42:21             174:18 – 175:20          353:24 – 354:13
48:6 – 48:16             179:14 – 179:20          356:11 – 357:17
53:1 – 53:17             180:21 – 181:12          358:20 – 362:11
79:8 – 79:15             181:18 – 181:22          372:6 – 372:18
83:15 – 84:1             182:8 – 182:19           373:14 – 374:3
91:6 – 91:12             185:15 – 185:22          374:4 – 376:7
91:24 – 92:3             186:22 – 187:1           379:2 – 380:11
98:17 –99:1              187:4 – 187:5            405:13 – 406:10
131:13 – 131:18          187:16 – 187:20          406:24 – 409:12
132.24 – 133:6           188:14 – 188:23          411:13 – 411:22
135:21 – 136:4           239:24 – 240:23          411:23 – 412.4
136:19 – 137:17          293:8 – 293:18           412:17 – 413:2
137:22 – 138:4           295:4 – 297:4            414:9 – 415:15
139:16 – 140:11          299:12 – 304:7           418:1 – 422:17
140:16 – 140:19          304:9 – 304:22           424:7 – 424:11
143:21 – 144:6           305:11 – 306:13          424:12 – 425:11
159:1 – 159:4            308:3 – 308:11           429:7 – 432:8

432:10 – 434:5          444:1 – 444:11          447:16 – 448:16
436:23 – 441:18         444:19 – 445:11
441:20 – 442:18         445:19 – 446:8


**64.   Sherwood, Louis M.  Vol. II 12/14/2004**

472:3 – 472:11          521:4 – 521:24          564:11 – 565:10
479:15 – 480:25         523:4 – 524:5           565:17 – 566:19
481:13 – 481:16         526:11 – 529:20         567:10 – 567:20
482:18 – 483:3          531:2 – 532:6           568:20 – 569:12
485:22 – 486:17         537:10 – 537:15         570:19 – 574:15
487:21 – 490:10         538:7 – 538:16          577:22 – 578:3
490:15                  539:18 – 545:23         587:16 – 590:11
491:9 – 491:17          547:13 – 552:25         591:12 – 592:13
494:4 – 494:15          554:2 – 554:13          594:4 – 595:4
497:18 – 498:5          554:25 – 555:3          595:24 – 597:11
498:10 – 498:11         556:2 – 557:20          597:20 – 598:23
509:25 – 510:4          558:9 – 558:16          600:4 – 606:8
511:22 – 512:4          559:1 – 562:13          624:18 – 624:24
512:15 – 520:9          562:22 – 563:5          625:12 – 625:16
520:20 – 521:1          563:23 – 564:9


**65.   Sherwood, Louis M.  (Lanier)        12/14/2004**

4:1 – 87:18



**66.   Simon, Thomas        1/5/2005**

6:24 – 7:1              54:15 – 54:20           128:12 – 128:13
7:16 – 7:18             55:2 – 56:9             128:16 – 128:20
7:21 – 9:25             56:17 – 56:20           129:1 – 130:22
21:17 – 21:25           58:19 – 58:25           132:10 – 132:20
40:23 – 42:3            59:7 – 60:1             134:13 – 134:20
44:4 – 44:21            60:21 – 61:8            139:21 – 140:22
46:13 – 46:16           62:21 – 63:15           141:10 – 142:7
47:5 – 47:10            63:24 – 64:5            145:6 – 145:18
47:22 – 48:7            122:10 – 122:18         145:25 – 146:5
49:6 – 50:9             123:11 – 123:23         147:2 – 147:8
50:15 – 50:20           124:9 – 124:18          147:12 – 149:11
51:14 – 52:9            124:21 – 124:24         149:20 – 150:13
52:13 – 52:20           125:3 – 125:11          150:17 – 151:3
53:8 – 54:8             126:24 – 128:10         151:20 – 151:24

152:5 – 154:6
154:13 – 154:19
156:11 – 159:6
159:12 – 159:21
160:3 – 160:23
161:16 – 162:2
162:11 – 162:14
163:1 – 164:11
164:15
165:2 – 165:7
165:14 – 166:19
167:16 – 168:7
168:15 – 169:8
170:7 – 171:11
171:24 – 172:4
172:17 – 173:11
175:4 – 176:4
176:7 – 176:15
177:4 – 177:10
177:24 – 179:12
179:16 – 179:23
180:17 – 181:16
182:10 – 182:24

183:2 – 183:17
184:10 – 185:7
185:25 – 186:24
187:16 – 187:24
188:11 – 188:25
190:14 – 192:18
194:4 – 195:6
195:8 – 195:19
195:22 – 196:25
197:2 – 198:21
199:4 – 199:21
202:4 – 204:15
204:22 – 205:9
206:3 – 206:9
207:17 – 208:10
209:2 – 209:4
209:19 – 209:22
211:7 – 212:4
212:7 – 212:20
213:7 – 214:6
214:9 – 216:11
217:5 – 220:14
220:24 – 221:20

221:22 – 222:9
222:20 – 222:22
225:14 – 226:14
226:18 – 227:5
227:13 – 228:10
228:13 – 228:22
228:25 – 229:9
230:23 – 233:9
233:14 – 233:25
234:17 – 234:19
235:2 – 236:18
236:24 – 237:7
237:19 – 237:22
238:6 – 238:9
238:19 – 238:23
239:1 – 239:7
239:21 – 241:5
241:9 – 241:10
241:17 – 242:16
242:20
243:15 – 243:22
244:4 – 244:18
244:21 – 245:17

**67.**   **Simon, Thomas**       **1/19/2005**

262:20 – 263:10
264:7 – 264:14
264:25 – 265:1
265:5 – 265:8
265:19 – 267:1
267:9 – 267:15
267:19 – 268:8
269:5 – 269:10
270:9 – 271:25
272:4 – 272:19
275:10 – 275:12
275:16 – 275:21
276:5 – 276:20
277:4 – 277:20
280:8 – 280:22
280:24 – 281:13
281:15 – 281:22
282:1 – 283:3
283:6 – 283:20

284:16 – 284:17
285:5 – 285:12
286:1 – 286:12
288:11 – 288:25
289:3 – 289:9
289:17 – 291:5
291:13 – 291:22
292:3 – 292:5
292:13 – 292:14
292:25 – 293:13
293:20 – 294:11
294:15
294:18 – 295:21
298:5 – 298:16
299:8 – 299:12
299:25 – 300:5
300:8 – 300:9
301:2 – 301:7
301:24 – 302:6

302:14 – 303:15
304:4 – 304:5
305:3 – 306:7
306:25 – 307:4
307:7 – 307:14
307:18 – 308:13
308:21 – 309:7
310:22 – 310:24
311:5 – 311:17
312:8 – 312:21
312:24 – 313:10
314:24 – 315:24
317:11 – 317:15
317:23 – 319:2
319:8 – 319:11
319:19 – 321:7
321:12 – 321:21
322:6 – 322:15
322:17 – 324:16

325:5 – 325:6
325:19 – 326:5
326:10 – 326:20
327:2 – 327:15
328:10 – 328:13
329:15 – 330:23
331:22 – 332:17
332:21 – 333:2
333:6 – 333:19
334:6 – 334:20
335:2 – 335:3
335:6 – 335:17
336:4 – 336:13
336:17 – 336:21
337:25 – 340:17
344:8 – 345:3
345:22 – 346:12
346:22 – 346:24
347:9 – 347:15
347:21 – 347:24

348:5 – 348:18
349:14 - 350:1
350:4 – 350:25
351:7 – 351:24
352:14 – 352:16
353:19 – 354:4
354:7 – 354:16
354:22 – 355:2
355:6 – 355:9
357:15 – 358:10
358:13 – 358:17
359:21 – 360:2
360:8 – 361:1
361:10 – 362:8
363:3 – 363:11
374:7 – 376:5
378:10 – 381:17
382:11 – 382:17
382:19 – 383:1
383:4 – 383:7

383:9 – 383:12
384:4 – 384:13
384:21 – 385:11
386:12 – 387:3
387:7
387:20 – 387:24
388:3 – 388:16
388:19 – 388:22
388:24 – 389:6
389:10 – 390:3
390:5 – 390:6
390:11 – 390:22
390:25 – 391:17
391:19 – 392:12
392:20 – 395:12
395:16 – 396:5
397:18 – 397:20

## 68. __Watson, Douglas__      __2/9/2005__

10:23 – 11:1
29:24 – 30:1
43:1 – 43:2
43:5 – 43:6
43:21 – 44:1
44:11 – 44:22
60:11 – 61:1
64:18 – 65:14
66:18 – 66:23
68:21 – 69:23
71:4 – 71:7
71:10 – 71:12
99:24 – 100:10
100:15 – 100:17
100:22 – 100:25
101:9 – 101:15
103:13 – 104:13
104:16 – 104:17
105:23 – 106:5
106:8 – 106:10
107:17 – 107:25
108:3 – 108:4

108:13 – 108:14
108:17
108:19 – 108:24
109:3 – 109:4
183:11 – 183:16
184:1 – 184:3
184:5 – 184:7
186:23 – 187:7
187:11 – 187:25
190:18 – 190:21
191:8 – 191:11
191:14 – 191:16
191:24 – 192:15
192:17 – 192:20
192:22 – 192:25
193:3 – 193:7
198:6 – 198:21
198:23 – 198:24
199:15 – 200:11
202:17 – 202:21
202:23 – 203:4
203:7 – 203:11

203:14 – 203:19
203:21 – 204:12
204:16 – 204:20
204:22 – 204:24
206:3 – 206:7
206:9 – 206:10
207:7 – 207:10
207:13 – 207:22
239:9 – 239:18
240:2 – 240:20
240:24 – 241:11
241:14 – 241:18
251:9 – 251:15
251:18
253:3 – 253:8
253:12 – 253:21
254:1 – 254:16
254:19 – 255:13
269:22 – 269:25
270:14 – 270:15
271:1 – 271:2
271:22 – 272:1

| | | |
|---|---|---|
| 272:7 | 290:21 – 291:6 | 320:19 – 321:18 |
| 272:12 – 273:5 | 291:20 – 292:9 | 321:20 – 321:22 |
| 273:13 – 274:7 | 294:6 – 294:14 | 322:8 – 322.10 |
| 274:13 – 275:5 | 294:25 – 295:4 | 322:21 – 323:7 |
| 275:8 – 275:11 | 296:9 – 296:14 | 329:19 – 329:20 |
| 275:20 – 276:13 | 296:17 – 296:20 | 330:9 – 330:20 |
| 278:25 – 279:9 | 297:17 – 297:22 | 331:1 – 331:4 |
| 280:5 – 280:17 | 299:10 – 299:15 | 331:13 – 331:18 |
| 281:15 – 282:2 | 299:18 | 331:24 – 332:16 |
| 282:17 – 282:22 | 308:22 – 308:24 | 332:18 – 333:7 |
| 283:15 – 284:24 | 309:7 | 334:16 – 335:11 |
| 285:2 – 283:5 | 313:11 – 313:13 | 337:6 – 337:12 |
| 285:7 – 285:10 | 313:17 – 314:6 | 337:17 – 337:20 |
| 285:13 – 285:20 | 314:19 – 315:4 | 337:24 – 338:2 |
| 288:15 – 289:6 | 315:19 – 316:2 | 338:17 – 339:4 |
| 289:8 – 289:13 | 319:12 – 319:15 | |
| 290:2 – 290:18 | 320:9 – 320:16 | |

**69.**   **Weeks, John**         **9/29/2005**

Entire deposition transcript


**70.**   **Weeks, Mary**         **9/29/2005**

Entire deposition transcript


71.    The deposition of Dr. Eric Topol (when taken).

72.    The deposition of Dr. Steven Nissen (when taken).

73.    The depositions of all sales representatives scheduled prior to trial.

74.    Any further or additional depositions taken prior to trial.


    Plaintiff reserves the right to remove any objections included herein upon resolution of the objection. By designating this testimony, Plaintiff does not waive her right to object to or move to exclude any documents or testimony that Defendant Merck & Co. may offer at trial.

Plaintiff reserves the right to object to Defendant Merck & Co.'s designation of deposition testimony and exhibits. Plaintiff reserves the right to make counter-designations upon receipt of Defendant Merck & Co.'s designations.

Respectfully submitted,

By: _P. Leigh O'Dell_

**Andy D. Birchfield, Jr., Esquire**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISON COUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

## Co-Lead Counsel

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## PLAINTIFF'S STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **31**st day of October, 2005.

*P. Leigh ODell*