```
 1 │ CLAYEO C. ARNOLD
   │ A Professional Corporation
 2 │ Clayeo C. Arnold, SBN 65070
   │ Clifford L. Carter, SBN 149621
 3 │ Kirk J. Wolden, SBN 138902
   │ 608 University Avenue
 4 │ Sacramento, CA 95825
   │ Telephone (916) 924-3100
 5 │ Fax (916) 924-1829
 6 │ Rodney A. Klein, SBN 035541
   │ Lawrence S. Paikoff, M.D., J.D., SBN 191732
 7 │ 2300 Bell Executive Lane
   │ Sacramento, CA 95825
 8 │ Telephone (916) 929-6000
   │ Fax (916) 929-5137
 9 │
   │ Attorneys for Plaintiff
10 │
```

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED AUG 25 2005
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| MDL 1657 | ) | MDL-1657 – In Re Vioxx Products Liability Litigation |
|---|---|---|
| In Re Vioxx Products Liability Litigation | ) | LEONARD LAGDEN v. MERCK & CO., INC., et al. |
| | ) | E.D. California, C.A. No. 2:05-656 |
| | ) | 05-2501 L/3 |
| | ) | JOINT MOTION TO SUBSTITUTE PLAINTIFF'S ATTORNEY OF RECORD (Local Rule 82.2.11) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that plaintiff, Leonard Lagden, will, and hereby does, move for an order substituting Clayeo C. Arnold, PLC, in association with Rodney A. Klein, and Lawrence S. Paikoff as his attorneys of record in this action in place of Louis A. DeMers.

1

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___

1  Clayeo C. Arnold, PLC, Rodney A. Klein, and Lawrence S. Paikoff are admitted to
2  practice before the Eastern District of California.
3  Louis A. DeMers, Clayeo C. Arnold, PLC, Rodney A. Klein, and Lawrence S. Paikoff
4  all consent to the above substitution.
5  Furthermore, Leonard Lagden designates the following to receive service of all
6  pleadings notices, orders and other papers relating to this matter before the Judicial Panel
7  on Multi-District Litigation.

       Clifford L. Carter
       Clayeo C. Arnold
       608 University Avenue
       Sacramento, CA 95825
       916-924-3100
       Facsimile 916-924-1829
       Cliff@ccalawcorp.com

Dated: August 12, 2005

By: _____
    LEONARD LAGDEN
    Plaintiff

I consent to the above substitution.
Dated: August 9, 2005

DEMERS & DONOVAN

By: _____
    LOUIS A. DEMERS
    Present Attorney for Plaintiff

I accept the above substitution.
Dated: August 9, 2005

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
    CLIFFORD L. CARTER
    Proposed Attorney for Plaintiff

Re: Lagden v. Merck & Co., E.D. California, C.A. No. 2:05-656
MDL-1657- In re Vioxx Products Liability Litigation

## PROOF OF SERVICE

I, Susie Duenas, declare and state:

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action. My business address is 608 University Avenue, Sacramento, CA 95825.

On August 18, 2005, I served the within **JOINT MOTION TO SUBSTITUTE PLAINTIFF'S ATTORNEY OF RECORD (LOCAL RULE 82.2.11)** on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope by:

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in the designated area to be deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business;

Susan B. Altman
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120

Michael K. Brown
Thomas J. Yoo
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90017

Norman C. Kleinberg
Theodore V.H. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004

Thomas P. Anzelmo
Catherine M. Williams
McCraine, Sistrunk, Anzelmo, Hardy, Maswell & McDaniel, PC
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002

Anthony G. Brazil
Kanika D. Corley
Morris Polich & Purdy LLP
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017

5

1  Russ M. Herman
   Herman, Herman, Katz & Cotlar, LLP
2  820 O'Keefe Avenue
   New Orleans, LA 70113
3
   Phillip A. Wittmann
4  Stone, Pigman, Walther, Wittmann, LLC
   546 Carondelet Street
5  New Orleans, LA 70130

6  []   (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail/UPS depository at Sacramento, California; overnight service;
7
8  []   (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed below;

9  []   (BY FACSIMILE/TELECOPIER) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents.
10
11 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 18, 2005 at Sacramento, California.
12
13                                           _____
                                             Susie Duenas
14

6