

CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden,  SBN 138902
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax (916) 924-1829

Rodney A. Klein, SBN 035541
Lawrence S. Paikoff, M.D., J.D., SBN 191732
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone (916) 929-6000
Fax (916) 929-5137

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MDL 1657<br><br>In Re Vioxx Products<br><br>Liability Litigation | MDL-1657 – In Re Vioxx Products Liability Litigation<br><br>LEONARD LAGDEN v. MERCK & CO., INC., et al.<br>E.D. California, C.A. No. 2:05-656<br><br>ORDER SUBSTITUTING PLAINTIFF'S ATTORNEY OF RECORD (Local Rule 82.2.11) |

    IT IS ORDERED that plaintiff's motion to substitute his attorney of record hereby is, granted and Clayeo C. Arnold, PLC, in association with Rodney A. Klein, and Lawrence S. Paikoff are hereby substituted in the place of Louis A. DeMers as plaintiff, LEONARD LAGDEN'S, attorney of record in this action.

1  Furthermore, all pleadings notices, orders and other papers relating to practice
2  before the Judicial Panel on Multi-District Litigation in this matter, shall be served on:

3      Clifford L. Carter
    Clayeo C. Arnold
4      608 University Avenue
    Sacramento, CA 95825
5      916-924-3100
    Facsimile 916-924-1829
6      Cliff@ccalawcorp.com

7
8  Dated: 11/3, 2005          By: _____
                                United States District Judge
9

4

Re: Lagden v. Merck & Co., E.D. California, C.A. No. 2:05-656
MDL-1657- In re Vioxx Products Liability Litigation

**PROOF OF SERVICE**

I, Susie Duenas, declare and state:

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action. My business address is 608 University Avenue, Sacramento, CA 95825.

On August 18, 2005, I served the within **ORDER SUBSTITUTING PLAINTIFF"S ATTORNEY OF RECORD (LOCAL RULE 82.2.11)** on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope by:

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in the designated area to be deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business;

Susan B. Altman
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120

Michael K. Brown
Thomas J. Yoo
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90017

Norman C. Kleinberg
Theodore V.H. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004

Thomas P. Anzelmo
Catherine M. Williams
McCraine, Sistrunk, Anzelmo, Hardy, Maswell & McDaniel, PC
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002

Anthony G. Brazil
Kanika D. Corley
Morris Polich & Purdy LLP
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017

7

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

[ ]   (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail/UPS depository at Sacramento, California; overnight service;

[ ]   (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed below;

[ ]   (BY FACSIMILE/TELECOPIER) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 18, 2005 at Sacramento, California.

*Susie Duenas* (signature)

Susie Duenas