COPY
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 24  PM 4: 21

LORETTA G. WHYTE
CLERK

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 1657<br>SECTION: L |
| PAUL BONE, LLOYD JOHNSTON, GLETTA TAYLOR | ) ) ) ) | Civil Action No. V-2:05cv977 |
| VS. | ) ) | |
| MERCK & CO., INC | ) ) ) ) | Transferred from USDC<br>Eastern District of Arkansas<br>Pine Bluff Division 5<br>Case # 5:05-CV-027 WRW |

## STIPULATION OF DISMISSAL

AND NOW, this **3rd** day of **November**, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), that plaintiff Gletta Taylor, and ONLY Gletta Taylor in the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff **GLETTA TAYLOR** and defendant Merck & Co., Inc., who have appeared in the above-captioned matter.

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

GARY EUBANKS & ASSOCIATES

_____
Robert L. Rountree
Arkansas Bar No. 99211
William Gary Holt
Arkansas Bar No. 81090
P.O. Box 3887
Little Rock, Arkansas 72203-3887
(501) 372-0266 (Telephone)
(501) 688-7757 (Facsimile)

ATTORNEYS FOR PLAINTIFF
**Gletta Taylor**

ATTORNEYS FOR DEFENDANT, MERCK & CO., INC.

By: _____
James M. Simpson, AR # 77125
Martin A. Kasten, AR # 99100
FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3493

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Philip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this _19_ day of _October_, 2005.

_____
Robert L. Rountree or
William Gary Holt