# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ✦ | MDL Docket No: 1657 |
| PRODUCTS LIABILITY LITIGATION | ✦ | |
| | ✦ | Section L |
| | ✦ | |
| THIS DOCUMENT RELATES TO: | ✦ | Judge Fallon |
| | ✦ | |
| | ✦ | Mag. Judge Knowles |
| ALL PURSHASE CLAIMS CLASS | ✦ | |
| ACTION COMPLAINTS PENDING | ✦ | |
| OR SUBJECT TO TRANSFER TO | ✦ | |
| MDL 1657 | ✦ | |
| | ✦ | |

✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦

### MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MERCK'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

**COME NOW** Plaintiffs in the above-style and numbered cause, by and through their undersigned liaison counsel, and hereby move this Court for an extension of the page length for the memorandum in support of its opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6), for the following reasons:

1. On or about August 1, 2005, Plaintiffs filed a Purchase Claims Master Class Action Complaint.

2. On or about September 12, 2005, Defendant Merck & Co., Inc. ("Merck") filed a Motion to Dismiss Plaintiff's Purchase Claims Master Class Action Complaint with accompanying memorandum in support of its motion.

3. On or about August 25, 2005 Merck filed a Motion and Incorporated Memorandum for Additional Pages for Defendant's 12(b)(6) Supporting Memorandum, which was granted.

4.      In Merck's Motion and Supporting Memorandum, Merck contends that each plaintiff's claims are governed under different states' laws, which includes choice-of-law analysis and state-by-state analysis incorporated into multiple briefs.  Accordingly, Plaintiffs request that it be granted fifty (50) additional pages, for a total of seventy-five (75) pages for their supporting memorandum in response to Merck's Motion.

5.      Merck does not oppose Plaintiffs' Motion.

**WHEREFORE**, Plaintiffs respectfully move that they be granted fifty (50) additional pages, for a total of seventy-five (75) pages for their memorandum in opposition to Merck's Motion to Dismiss.

**DATED:**  This the 28th day of October, 2005.

Respectfully submitted,

Richard A. Freese
**SWEET & FREESE, PLLC**
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL  35223
205-871-4144
205-871-4104 (fax)

One of the attorneys for Plaintiff's Purchase Claims Committee

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion and Incorporated Memorandum for Additional Pages for Plaintiffs' Memorandum in Opposition to Merck's Motion to Dismiss Pursuant to Rule 12(b)(6)* has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, Esquire, and Defendants' Liaison Counsel, Phillip A. Wittmann, Esquire, via U.S. Mail and e-mail as listed below and on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 28th day of October, 2005.

Russ M. Herman, Esquire (LA Bar No.: 6819)
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
910 Airport Road, Suite 3A
Destin, FL  32541
850-650-8409
850-837-8178 (fax)
email:  rherman@hhkc.com

Phillip A. Wittmann, Esquire (LA Bar No.: 13625)
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA  70130
504-581-3200; temporarily – 225-490-8900
504-581-3361 (fax)
e-mail:  pwittmann@stonepigman.com

OF COUNSEL