UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV -3 PM 3: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX <br> PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL PURSHASE CLAIMS CLASS <br> ACTION COMPLAINTS PENDING <br> OR SUBJECT TO TRANSFER TO <br> MDL 1657 | MDL Docket No.: 1657 <br><br> Section L <br><br> Judge Fallon <br><br> Mag. Judge Knowles |

## ORDER

Considering the foregoing *Motion and Incorporated Memorandum for Additional Pages for Plaintiffs' Memorandum in Opposition to Merck's Motion to Dismiss Pursuant to Rule 12(b)(6)*,

**IT IS ORDERED** that Plaintiffs be and it hereby is granted fifty (50) additional pages, for a total of seventy-five (75) pages for their memorandum in opposition to Merck's 12(b)(6) Motion to Dismiss Plaintiff's Purchase Claims Master Class Action Complaint.

NEW ORLEANS, LOUISIANA, this 3rd day of November, 2005.

District Judge Eldon Fallon

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____