UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| This Document Relates To | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

## MOTION FOR LEAVE TO ATTACH EXHIBIT

PLAINTIFF, EVELYN IRVIN PLUNKETT, moves this Court for leave to file the attached Exhibit "G" which was inadvertently left off of the Plaintiff's Motion to Exclude Opinion Testimony of Dr. Frank Lanza and Dr. Merlin Wilson, which was filed herein on or about October 22, 2005  This Motion is submitted by Plaintiff's Liaison Counsel on behalf of counsel for plaintiff, Evelyn Irvin Plunkett, and to accommodate such counsel.

Respectfully submitted,

_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX  77046
PH:     (713) 877-1843
FAX:   (713) 871-9750
**Plaintiffs' Liaison Counsel**

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MOTION FOR LEAVE TO ATTACH EXHIBIT 2005-10-28.doc

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH:  (318) 487-9874<br>FAX:  (318) 561-2591<br><br>Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>FAX:  (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MOTION FOR LEAVE TO ATTACH EXHIBIT 2005-10-28.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 28th day of October, 2005.

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MOTION FOR LEAVE TO ATTACH EXHIBIT 2005-10-28.doc

3

# EXHIBIT G

November 2001

Merck & Co., Inc
PO Box 4
West Point, PA 19486-0004



**IMPORTANT CORRECTION OF DRUG INFORMATION**

Dear Healthcare Provider:

This letter is being sent to you at the request of the U.S. Food and Drug Administration ("FDA"). The FDA's Division of Drug Marketing, Advertising, and Communications has notified Merck & Co., Inc., ("Merck") that it considered audioconferences that you attended concerning Vioxx (rofecoxib) tablets, given on behalf of Merck by a physician speaker, to be false or misleading in violation of the Federal Food, Drug, and Cosmetic Act.

Specifically, the FDA has objected to claims made by the speaker that FDA asserts were misleading about the significant cardiovascular findings in the Vioxx Gastrointestinal Outcomes Research ("VIGOR") study. The speaker presented as fact only one of several possible explanations for why in VIGOR 0.5% of patients on Vioxx had a myocardial infarction compared to 0.1% of patients on the comparator drug, naproxen. Additionally, the FDA has objected to other statements made by the speaker.

Therefore, the FDA has requested that we correct these promotional messages.

- Alternative interpretations have been proposed for the difference in the rates of myocardial infarctions (MI) in the Vioxx treatment group in comparison with the naproxen treatment group. Possible explanations include that Vioxx increased the MI rate or naproxen decreased the MI rate. The underlying reason for the difference has not been established in prospectively designed clinical studies.

- Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing Vioxx therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In post-marketing experience, bleeding events have been reported predominantly in the elderly, in association with increases in prothrombin time in patients receiving Vioxx concurrently with warfarin.

- Serious gastrointestinal toxicity such as bleeding, ulceration, or perforation of the stomach, small intestine, or large intestine, can occur at any time, with or without warning symptoms, in patients treated with NSAIDs, including Vioxx.

MRK-ABR 0007554

- **Vioxx (rofecoxib) is contraindicated in patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs.** Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients. Vioxx is also contraindicated in patients with known hypersensitivity to rofecoxib or any other component of Vioxx.

- **Vioxx has not been proven to be safer or have fewer side effects than other NSAIDs on measures of overall safety.**

- Vioxx is indicated ONLY for relief of the signs and symptoms of osteoarthritis, management of acute pain in adults, and treatment of primary dysmenorrhea.

If you have any questions about the use of Vioxx, please refer to the enclosed full prescribing information.

Sincerely,

*Louis M. Sherwood*

Louis M. Sherwood, M.D.
Senior Vice President,
U.S. Medical & Scientific Affairs

© 2001 Merck & Co., Inc.
All rights reserved.

20112247:25-11 01-VIO

Printed in USA
Minimum 10% Recycled Paper