UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| This Document Relates To | : | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | : | MAG. JUDGE KNOWLES |

**FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2005 NOV -3 PM 3: 34 LORETTA G. WHYTE CLERK**

## ORDER

Considering the above and foregoing Motion for Leave to Attach Exhibit;

IT IS ORDERED BY THE COURT that PLAINTIFF, EVELYN IRVIN PLUNKETT, be and she is hereby granted leave to file and the Clerk is Ordered to attach to Plaintiff's Motion to Exclude Opinion Testimony of Dr. Frank Lanza and Dr. Merlin Wilson filed herein on or about October 22, 2005, Exhibit "G" attached hereto.

New Orleans, LA, this 3rd day of November, 2005.

HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

W:\25000-29999\27115\000\PLD\Daubert\Lanza & Wilson Exhibits\Daubert Motion re Drs. Lanza and Wilson MOTION FOR LEAVE TO ATTACH EXHIBIT 2005-10-28.doc

4