MINUTE ENTRY
FALLON, J.
November 2, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

The Court received the attached letter today. It is a letter from Albert Schuholz, who is presently detained at the United States Medical Center for Federal Prisoners, asking the Court to provide him with the names and contact information for members of the Plaintiffs' Steering Committee. Plaintiffs' Liaison Counsel shall respond to Mr. Schuholz's letter and the Clerk's Office will serve a copy of this Minute Entry on Mr. Schuholz by United States Mail at the following address:

        Albert Schuholz 00430061
        U.S. Medical Center for Federal Prisoners
        P.O. Box 4000
        Springfield, Missouri 65801-4000

JS10(00:05)

-1-

10-5-2005

U.S. Dist. Ct., Eastern District of Louisiana
500 Camp St., U.S. Ct. Hse. New Orleans, La. 70130-3367

Class action Plaintiffs et al.
v. Merck Corp. Vioxx, Defendants et al.

RECEIVED NOV - 2 2005 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

Request for Plaintiff's Lead and Co-Lead Counsel addresses.

Comes now Gilbert Schulof, pro se and states as follows:

1. I am requesting Atty's Seeger's Law Firm address and his capacity.

2. I am requesting Atty's Cindy Birchfield of Alabama address and his capacity.

3. The information above was presented in The Wall Street Journal dated 10-4-05 on page A-17.

4. If there is a list of attorneys, PSC, please send me that list of attorneys and their addresses.

Thanks for the Cooperation, Respectfully Submitted;
Gilbert Schulof 00430061,

Certification of Service:

Sent 10-5-05 by U.S. Mail to the above address.
Gilbert Schulof 00430061, U.S.MCFP. Springfield, Mo.
65801-4000



Robert Schultz 00130061
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Legal Mail

Judge Eldon Fallon, U.S. District Court
500 Camp St.; C-151 U.S. Ct. Hse.
New Orleans, La. 70130-3367

70130+3367