FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -3 PM 3: 35

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657<br><br>Section L |
| (This document relates to all cases) | * * * | Judge Fallon<br>Mag. Judge Knowles |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Extend Deadline for Submitting Full Participation Option Agreements filed by the PSC;

IT IS ORDERED BY THE COURT that the deadline for plaintiffs' counsel to submit a Full Participation Option Agreement is hereby extended up until and through November 16, 2005.

New Orleans, Louisiana, this 2ND day of November, 2005.

**ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**

W:\25000-29999\27115\000\PLD\Motion for Extension of Deadline for Submitting Participation Agreement 2005-11-02.wpd\

Fee_____
Process_____
X/Dktd_____
CtRmDep_____
Doc. No_____