

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX** | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| <u>This applies to all cases</u> | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

## MERCK & CO., INC.'S CROSS-NOTICE OF <u>PLAINTIFFS' DEPOSITION OF GREG CORAM AND CORAM & ASSOCIATES</u>

TO: The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Greg Coram and Coram & Associates,** will be held on **November 14, 2005, beginning at 10:00 a.m. EDT** and continuing from day to day until completed, at the offices of Alan B. Grant, 77 North Bridge Avenue, Somerville, New Jersey. The deposition will be taken by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Deposition and/or Subpoena for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial Order No. 9,

790094v.1

defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent(s).

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: November 3, 2005

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Greg Coram and Coram & Associates has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of November, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 3rd day of November, 2005:

Christopher M. Placitella
Cohen, Placitella & Roth
115 Maple Avenue
Red Bank, New Jersey 07701

*Dorothy H. Wimberly*