

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX** | : | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | : | SECTION L |
| <u>This applies to all cases</u> | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE KNOWLES |

### <u>MERCK & CO., INC.'S CROSS-NOTICE OF PLAINTIFFS'</u>
### <u>DEPOSITION OF SCIENTIFIC THERAPEUTICS, INC. AND JOHN ROMANKIEWICZ</u>

TO:  The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Scientific Therapeutics, Inc. and John Romankiewicz** will be held on **November 21, 2005, beginning at 10:00 a.m. EDT** and continuing from day to day until completed, at the offices of Gordon & Gordon, 80 Main Street, West Orange, New Jersey 07052. The deposition will be taken by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Deposition and/or Subpoena for Production of Documents in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. Pursuant to Pre-Trial Order No. 9,



defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent(s).

Respectfully submitted,

*[signature: Dorothy H. Wimberly]*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED:  November 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Scientific Therapeutics, Inc. and John Romankiewicz has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of November, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 3rd day of November, 2005:

    Christopher M. Placitella
    Cohen, Placitella & Roth
    115 Maple Avenue
    Red Bank, New Jersey  07701