A CERTIFIED TRUE COPY
OCT 21 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 27 2005
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 21 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

**BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL**

### TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by the health care defendant in the Southern Texas action and plaintiffs in the remaining 47 actions listed on Schedule A to vacate the Panel's orders conditionally transferring the actions to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Vioxx. *See In re Vioxx Products Liability Litigation,* 360 F.Supp.2d 1352 (J.P.M.L. 2005).

To the North Carolina plaintiff who argues that he does not have the resources to litigate his claims in the Eastern District of Louisiana and to the health care defendant in the Southern Texas action who argues that it is not proper to split the Texas action into multiple pretrial proceedings, we emphasize that since Section 1407 transfer is for pretrial proceedings, there is usually no need for the parties and witnesses to travel to the transferee districts for depositions or otherwise. *See, e.g.,* Fed.R.Civ.P. 45(c)(3)(A). Furthermore, the judicious use of liaison counsel, lead counsel and steering

---

[*] Judge Motz took no part in the decision of this matter.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A CERTIFIED TRUE COPY

committees will eliminate the need for most counsel ever to travel to the transferee districts. And it is logical to assume that prudent counsel will combine their forces and apportion their workload in order to streamline the efforts of the parties and witnesses, their counsel and the judiciary. This streamlining, combined with uniform case management approaches instituted or anticipated in these multidistrict proceedings will foreseeably lead to an overall savings in transaction costs. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415, 422 (J.P.M.L. 1991).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

IT FURTHER ORDERED that the claims against Pfizer Inc. (Pfizer) and the physician defendant in *Santos Villarreal Layton v. Dario Arango, M.D., et al.*, S.D. Texas, C.A. No. 7:05-149, relating to Pfizer's Celebrex prescription medication are separated and remanded, pursuant to 28 U.S.C. § 1407(a), to the Southern District of Texas.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-1657 -- In re Vioxx Products Liability Litigation

EDLA SEC. L/3

### Southern District of California

| Case | EDLA No. |
|---|---|
| Alvin Williams v. Merck & Co., Inc., et al., C.A. No. 3:05-943 | 05-5272 |
| Margaret Stein v. Merck & Co., Inc., et al., C.A. No. 3:05-944 | 05-5273 |
| Otis Anderson v. Merck & Co., Inc., et al., C.A. No. 3:05-945 | 05-5274 |
| Joan Ongley v. Merck & Co., Inc., et al., C.A. No. 3:05-947 | 05-5275 |
| Hilda Armenta v. Merck & Co., Inc., et al., C.A. No. 3:05-948 | 05-5276 |
| Robert Levesque v. Merck & Co., Inc., et al., C.A. No. 3:05-949 | 05-5277 |
| Clancy Lucille Holloway v. Merck & Co., Inc., et al., C.A. No. 3:05-950 | 05-5278 |
| Laura Martinez v. Merck & Co., Inc., et al., C.A. No. 3:05-951 | 05-5279 |
| Clarice Forbes v. Merck & Co., Inc., et al., C.A. No. 3:05-953 | 05-5280 |
| Robert Castro v. Merck & Co., Inc., et al., C.A. No. 3:05-954 | 05-5281 |
| Joseph Capozzi v. Merck & Co., Inc., et al., C.A. No. 3:05-957 | 05-5282 |
| Anna Lemmons v. Merck & Co., Inc., et al., C.A. No. 3:05-958 | 05-5283 |
| Richard Brown v. Merck & Co., Inc., et al., C.A. No. 3:05-959 | 05-5284 |
| Aida Hernandez v. Merck & Co., Inc., et al., C.A. No. 3:05-960 | 05-5285 |
| Harvey Persh v. Merck & Co., Inc., et al., C.A. No. 3:05-961 | 05-5286 |
| Robert Scott v. Merck & Co., Inc., et al., C.A. No. 3:05-962 | 05-5287 |
| Violet Abramson v. Merck & Co., Inc., et al., C.A. No. 3:05-963 | 05-5288 |
| Carmen Esquer v. Merck & Co., Inc., et al., C.A. No. 3:05-964 | 05-5289 |

### Southern District of Illinois

| Case | EDLA No. |
|---|---|
| Rosie-May Spann v. Merck & Co., Inc., et al., C.A. No. 3:05-315 | 05-5290 |
| James Steele, Jr., et al. v. Merck & Co., Inc., et al., C.A. No. 3:05-339 | 05-5291 |
| Greg Miller, et al. v. Merck & Co., Inc., et al., C.A. No. 3:05-361 | 05-5292 |
| Wilma Gaston, et al. v. Merck & Co., Inc., et al., C.A. No. 3:05-362 | 05-5293 |
| John Allen, et al. v. Merck & Co., Inc., et al., C.A. No. 3:05-377 | 05-5294 |

### Western District of Kentucky

| Case | EDLA No. |
|---|---|
| William Andrew Curl, et al. v. Merck & Co., Inc., et al., C.A. No. 3:05-324 | 05-5295 |
| Brenda Cox, et al. v. Merck & Co., Inc., et al., C.A. No. 3:05-332 | 05-5296 |
| Patrick Wayne Overall, et al. v. Merck & Co., Inc., et al., C.A. No. 3:05-33: | 05-5297 |
| James Goodman v. Merck & Co., Inc., et al., C.A. No. 3:05-334 | 05-5298 |
| Steven Clark v. Merck & Co., Inc., et al., C.A. No. 3:05-335 | 05-5299 |

### Eastern District of Missouri

| Case | EDLA No. |
|---|---|
| Dorothy Ganser, et al. v. Merck & Co., Inc., et al., C.A. No. 4:05-557 | 05-5300 |
| Letty Bess, et al. v. Merck & Co., Inc., et al., C.A. No. 4:05-568 | 05-5301 |
| Arthur Mullins, et al. v. Merck & Co., Inc., et al., C.A. No. 4:05-569 | 05-5302 |
| Dorothy Kassing, et al. v. Merck & Co., Inc., et al., C.A. No. 4:05-631 | 05-5303 |
| Shirley Zook, et al. v. Merck & Co., Inc., et al., C.A. No. 4:05-632 | 05-5304 |
| Andrew Kisty, et al. v. Merck & Co., Inc., et al., C.A. No. 4:05-665 | 05-5305 |

...

- A2 -

|  | EDLA SEC. L/3 |
|---|---|
| **Eastern District of Missouri (Continued)** | |
| *Virginia Kell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-666 | 05-5306 |
| *Mary Benson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-668 | 05-5307 |
| *Earlie Douglas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-669 | 05-5308 |
| *Ricardo Lara, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-671 | 05-5309 |
| *Loretta Trinidad, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-673 | 05-5310 |
| *David Moultrie, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-674 | 05-5311 |
| *Irene Rogers, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-675 | 05-5312 |
| *Charlotte Bohlke, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-837 | 05-5313 |
| **Middle District of North Carolina** | |
| *Jimmy Reid v. Merck & Co., Inc.*, C.A. No. 1:05-348 | 05-5314 |
| **Eastern District of Texas** | |
| *Elfriede Blacketer v. Merck & Co., Inc., et al.*, C.A. No. 1:05-336 | 05-5315 |
| *Walter Maddox v. Merck & Co., Inc., et al.*, C.A. No. 1:05-338 | 05-5316 |
| **Southern District of Texas** | |
| *Santos Villarreal Layton v. Dario Arango, M.D., et al.*, C.A. No. 7:05-149 | 05-5317 |
| **Western District of Washington** | |
| *Robert K. Waitt v. Merck & Co., Inc., et al.*, C.A. No. 2:05-759 | 05-5318 |
| **Northern District of West Virginia** | |
| *Shelia Dalgo v. Merck & Co., Inc.*, C.A. No. 5:05-48 | 05-5319 |

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

T. Scott Allen
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019-2133

Charles Avrith
Hughes, Hubbard & Reed, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071

Crystal Bowie Baker
Nelson Mullins Riley & Scarborough
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Christopher J. Blake
Nelson, Mullins, Riley
& Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622-0519

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Donald K. Brown, Jr.
O'Bryan, Brown & Toner
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

James M. Burd
Whonsetler & Johnson, PLLC
6011 Brownsboro Park Blvd., Suite E
Louisville, KY 40207

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd.
Suite 1300
St. Louis, MO 63117

Joseph S. Cohen
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056-3000

John P. Cunningham
Brown & James
Richland Plaza 1
525 Main Street
Belleville, IL 62220

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Suite 2200
San Antonio, TX 78205

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street, Suite E
McAllen, TX 78504

Andrew C. Gauen
Merrick, Hofstedt & Lindsey
710 9th Avenue
Seattle, WA 98104

Lawrence B. Grebel
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Dan H. Hall
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

McCall B. Kuhne
Dougherty, Hildre & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103-6624

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

INVOLVED COUNSEL LIST- MDL-1657                                                                  PAGE 2 of 2

Richard L. Martens  
Martens Ragen  
705 Fifth Avenue South, Suite 150  
Seattle, WA 98104-4425  

Timothy F. McCurdy  
Husch & Eppenberger, LLC  
190 Carondelet Plaza, Suite 600  
St. Louis, MO 63105  

Winston E. Miller  
Frost, Brown & Todd, L.L.C.  
400 West Market Street, 32nd Floor  
Louisville, KY 40202  

Ann B. Oldfather  
Oldfather & Morris  
1330 South Third Street  
Louisville, KY 40208  

Rene O. Oliveira  
Roerig, Oliveira & Fisher  
855 West Price Road, Suite 9  
Brownsville, TX 78520  

Gary P. Paul  
Brinker & Doyen  
120 S. Central Ave., Suite 700  
Clayton, MO 63105  

Susan J. Pope  
Frost, Brown & Todd, L.L.C.  
250 W. Main Street  
2700 Lexington Financial Center  
Lexington, KY 40507-1749  

D. Brian Rattliff  
Bubalo & Hiestand, PLC  
401 S. Fourth Street, Suite 800  
Louisville, KY 40202  

Jimmy Reid  
1421 Miltonwood Road  
Brown Summit, NC 27214  

D. Aaron Rihn  
Peirce, Raimond & Coulter, P.C.  
2500 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219-1918  

Jaime A. Saenz  
Rodriguez, Colvin & Chaney  
1201 E. Van Buren  
Brownsville, TX 78520  

T. Evan Schaeffer  
Schaeffer & Lamere, PC  
5512 Godfrey Road, Suite B  
Godfrey, IL 62035  

Randy J. Soriano  
Bryan Cave, L.L.P.  
One Metropolitan Square  
211 N. Broadway, Suite 3600  
St. Louis, MO 63102-2750  

Stephen G. Strauss  
Bryan Cave, L.L.P.  
One Metropolitan Square  
211 N. Broadway, Suite 3600  
St. Louis, MO 63102-2750  

Bryant M. Struble  
Thompson & Coburn, LLP  
One US Bank Plaza, Suite 2600  
St. Louis, MO 63101  

David Tao, M.D.  
8006 Old Shepherdsville Rd.  
Louisville, KY 40202  

Tyler S. Thompson  
Dolt, Thompson, Shepherd & Kinney  
455 S. 4th Street  
310 Starks Building  
Louisville, KY 40202  

Gerald Richard Toner  
O'Bryan, Brown & Toner  
455 S. Fourth Avenue  
1500 Starks Building  
Louisville, KY 40202  

Carrie Von Hoff  
O'Hagan, Smith & Amundsen, LLC  
150 North Michigan Avenue, Suite 3300  
Chicago, IL 60601  

James E. Whaley  
Brown & James  
1010 Market Street  
20th Floor  
St Louis, MO 63101  

Phillip A. Wittmann  
Stone, Pigman, Walther & Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130-3588

# INVOLVED JUDES LIST
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Jennifer B. Coffman
U.S. District Judge
U.S. District Court
P.O. Box 2228
Lexington, KY 40588

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
Suite 3300
111 South 10th Street
St. Louis, MO 63102-9958

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Dana M. Sabraw
U.S. District Judge
U.S. District Court
4290 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. Frederick P. Stamp, Jr.
U.S. District Judge
P.O. Box 791
Federal Building
1125 Chapline Street
Wheeling, WV 26003-0100

Hon. William D. Stiehl
Senior U.S. District Judge
P.O. Box 249
E. St. Louis, IL 62202

Hon. N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

**INVOLVED CLERKS LIST**
**DOCKET NO. 1657**
**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 21, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule A of Order)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosures/Attachment

cc:   Transferee Judge:  Judge Eldon E. Fallon
      Transferor Judges: (See Attached List of Judges)
      Transferor Clerks: (See Attached List of Clerks)

JPML Form 29A