UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -3  AM 10: 34

LORETTA G. WHYTE
CLERK

### PLAINTIFF'S MOTION TO STRIKE DEPOSITION TESTIMONY OF DR. DIANE ZWICKE

Plaintiff Evelyn Irvin Plunkett, as Personal Representative of the Estate of Richard Irvin, Jr., deceased, by and through her undersigned counsel, hereby, moves this Court to strike the deposition testimony of Dr. Diane Zwicke offered as Exhibit 29 of the Declaration of Phillip A. Wittman in Support of Merck's Motion to Exclude Evidence, filed October 21, 2005. *See* Ex. A.

As grounds, Plaintiff states that Dr. Diane Zwicke has not been designated in accordance with Rule 26 as an expert in this case. As such, Dr. Zwicke's testimony has not been offered in accordance with the Rules, is not relevant and should be stricken from Defendant's submission. For these reasons, Plaintiff urges the Court to grant her Motion to Strike.

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

By: /s/
**Andy D. Birchfield, Jr., Esquire**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**


**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISONCOUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**


Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel,
Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **31st** day of October, 2005.

- Excerpts

| | |
|---|---|
| [1:1] - [1:25] | 4/25/2005   Zwicke, Diane L. (Rogers) |

```
page 1
 1              IN THE CIRCUIT COURT OF CLAY COUNTY
 2                       STATE OF ALABAMA
 3   ------------------------------------------------
 4   CHERYL ROGERS, et cetera,           )
 5                                       )
             Plaintiff,                  ) Case No.:
 6                                       ) CV-03-073
         vs.                             )
 7                                       )
     MERCK & CO., INC., et al.,          )
 8                                       )
                                         )
 9           Defendants.                 )
10
11
12
13   Deposition of DIANNE L. ZWICKE, M.D., F.A.C.C., F.A.C.P.,
                                P.C.C.P.
14
                     Monday, April 25th, 2005
15
                            9:40 a.m.
16
                               at
17
                 CARDIOVASCULAR DISEASE CONSULTANTS
18          2801 West Kinnickinnic River Parkway, Suite 777
                     Milwaukee, Wisconsin  53215
19
20
21          Reported by ELISABETH K. CHANG, RPR
22
23
24
25
```

| | |
|---|---|
| [174:3] - [174:4] | 4/25/2005   Zwicke, Diane L. (Rogers) |

```
page 174
 3   Q   Vioxx doesn't cause spasms; correct?
 4   A   Correct.
```

| | |
|---|---|
| [175:25] - [176:2] | 4/25/2005   Zwicke, Diane L. (Rogers) |

```
page 175
25   Q   Okay.  So you don't know if this event resulted from
page 176
 1       spasm or not.
 2   A   No, we don't know that.  We will never know that.
```

| | |
|---|---|
| [180:3] - [181:17] | 4/25/2005   Zwicke, Diane L. (Rogers) |

```
page 180
 3           STATE OF WISCONSIN )
 4                              ) SS:
 5           MILWAUKEE COUNTY   )
 6
 7              We, Constance L. Bauer, RPR/RMR/CRR and
 8       Notary Public, and Elisabeth K. Chang, RPR and Notary
 9       Public in and for the state of Wisconsin, do hereby
10       certify that the preceding deposition was recorded by
11       us and reduced to writing under our personal
```

10/21/2005 12:01 AM




1

• Excerpts

```
12        direction.
13                   We further certify that said deposition was
14        taken at St. Luke's Medical Center, 2801 West
15        Kinnickinnic River Parkway, Milwaukee, Wisconsin, on
16        the 25th day of April, 2005, commencing at 9:40 a.m.
17                   We further certify that we are not a
18        relative or employee or attorney or counsel of any of
19        the parties, or a relative or employee of such
20        attorney or counsel, or financially interested
21        directly or indirectly in this action.
22
23
24
25
page 181
1
2
3                    In witness whereof, we have hereunto set
4         our hand and affixed our seal of office on this 26th
5         day of April, 2005.
6
7

8                                    ELIZABETH K. CHANG, RPR
                                     Notary Public
9
     My commission expires April 30th, 2006.
10
11
12
                                     CONSTANCE L. BAUER, RPR/RMR/CRR
13                                   Notary Public
14   My commission expires March 12th, 2006.
15
16
17
```