IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 Section L |
| (This document relates to all cases) | * * * | Judge Fallon Mag. Judge Knowles |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Extend Deadline for Submitting Full Participation Option Agreements filed by the PSC;

IT IS ORDERED BY THE COURT that the deadline for plaintiffs' counsel to submit a Full Participation Option Agreement is hereby extended up until and through November 16, 2005.

New Orleans, Louisiana, this ___ day of November, 2005.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE**

W:\25000-29999\27115\000\PLD\Motion for Extension of Deadline for Submitting Participation Agreement 2005-11-02.wpd\