UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF FILING

Defendant Merck & Co., Inc. ("Merck") respectfully submits the following motions *in limine*, filed concurrently herewith:[1]

1. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence of, or Reference to, Marketing and Promotional Materials Unrelated to Mr. Irvin or His Prescribing Physician

---

[1] Many of the motions *in limine* identify only exemplars of documents Merck seeks to exclude. Plaintiff's exhibit list includes more than 1,600 documents. Merck will submit a more exhaustive list of documents that are the subject of the motions in advance of the hearing.



790292v.1

2. Motion of Merck & Co., Inc. ("Merck") to Exclude (1) Evidence of Motive and (2) Evidence Relating to Assets and Profitability of Merck or to the Compensation and Financial Decisions of Its Employees

3. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence or Argument Pertaining to Conduct With No Nexus to the Issues Being Tried in This Case

4. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence or Argument re Warning Letters and Other Unofficial Statements Made By FDA Employees re Vioxx®

5. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence or Argument Preempted by Federal Regulations

6. Motion of Merck & Co., Inc. ("Merck") to Exclude Scientifically Unreliable and Irrelevant Medical and Scientific Evidence

7. Motion of Merck & Co., Inc. ("Merck") to Exclude Irrelevant Medical Conditions

8. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence of and Reference to Estimates of Dr. David Graham

9. Motion of Merck & Co., Inc. ("Merck") to Exclude (1) Evidence of Interim or "Blinded" Data from Trials of Vioxx® and (2) Evidence that Specific Studies of Vioxx® Were Considered but not Undertaken or that Completed Studies Were Inadequate

10. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence or Argument Concerning Alleged Unethical Conduct Associated With Clinical Trials

11. Motion of Merck & Co., Inc. ("Merck") to Exclude All Evidence of and Reference to AERs and Other Anecdotal Reports

12. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence of Changes Between the 16th and 17th Editions of The Merck Manual

13. Motion of Merck & Co., Inc. ("Merck") to Exclude Letters to the Editor and Non-Scientific Editorials in Science Journals

14. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence of a Privileged, Previously Excluded Confidential Memorandum of Invention

15. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence of or Argument Regarding (1) Statements Made in Connection with Political Proceedings and Debate Regarding Vioxx and (2) Evidence of Other Verdicts From Other Claims and Actions, or Government Proceedings

16. Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence or Argument Concerning Alleged Misconduct Unrelated to Vioxx®

17. Motion of Merck & Co., Inc. ("Merck") to Exclude Improper Witness Testimony

18. Motion of Merck & Co., Inc. ("Merck") to Exclude Irrelevant and Prejudicial Evidence

790292v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Attorneys for Merck & Co., Inc.

790292v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Filing has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 4th day of November, 2005.

*Dorothy H. Wimberly*

790292v.1