UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 31 2005

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                         MDL No. 1657

    Product Liability Litigation              Section: L

_____/             Judge Fallon

This Document Relates TO:

Bobby A. Williams V Merck & CO., INC, No. 05-1010 L(3)

## plaintiff'S PRO SE MOTION FOR CONTINUOUS RECEIPT OF SERVICE OF PRETRIAL ORDERS AND UPDATED INFORMATION

Now Coems Plaintiff **Bobby A. Williams**, acting in Pro Se, relevant to this cause moves the court for an order for the continuous receipt of service of pretrial orders and updated information relevant to: **Vioxx Products Liability Litigation** and says the following in support thereof:

(1). That on or about August 17th, 2005, plaintiff received notice from liaison counsel that no other physical mailings will be provided (see attached Exhibit"A").

(2). That Plaintiff is an Institutionalized person whom is unable to access E-mails or websites.

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep__
___ Doc. No___

(3). That Judge Fallon's Pretrial order 5A, requires liaison counsel to serve all papers upon all interested parties.

(4). That because plaintiff has a continuous interest in this litigation, physical receipt of orders and updated information should be afforded him.

WHEREFORE, FOR ALL OF THE ABOVE SAID REASONS PLAINTIFF PRAYS THAT THIS HONORABLE COURT GRANT HIS MOTION.

Dated: 8/24/05

Bobby A. Williams
JMF Corr. Facility-147572
4010 Cooper Street
Jackson, MI 49201

# EXHIBIT A

**MDL-1657 Vioxx Litigation**
STATE LIAISON COMMITTEE
E-MAIL NEWSLETTER

USDC E.D. Louisiana
Hon. Judge Eldon E. Fallon

# ATTENTION!

THIS WILL BE THE LAST PHYSICAL MAILING OF THE STATE LIAISON COMMITTEE E-MAIL NEWSLETTER. PLEASE PROVIDE US WITH YOUR E-MAIL ADDRESS SO THAT YOU CAN RECEIVE FUTURE NEWSLETTERS. ALL FUTURE NEWSLETTERS WILL ONLY BE SENT ELECTRONICALLY.

THE E-MAIL NEWSLETTERS CONTAIN IMPORTANT INFORMATION NECESSARY FOR ANY ATTORNEY WITH VIOXX CASES.

PLEASE CONTACT LISA VINSON AT LISA@BKC-LAW.COM WITH YOUR EMAIL ADDRESS OR FAX THIS SHEET BACK WITH YOUR EMAIL ADDRESS TO 504-524-3313.

_____
PRINT ATTORNEY NAME

_____
PRINT FIRM NAME

_____
E-MAIL ADDRESS

8/11/05

Name: Bryon Williams #147572
Southern Michigan Correctional Facility
4010 Cooper Street
Jackson, MI 49201-7552

Clerk of The Court
United States District Court
Eastern of Louisiana
500 Poydras
New Orleans
70501-6700