**MINUTE ENTRY**
**FALLON, J.**
**November 7, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Russ Herman, Richard Arsenault, Elizabeth Cabraser, Mark Robinson, Tom Kline, Anthony Irpino, Dave Buchanan, Frank Woodson, and Lee Balefsky participated on behalf of the Plaintiffs' Steering Committee. Phil Wittman, Doug Marvin, and John Beisner participated on behalf of the Defendant's Steering Committee ("DSC"). Counsel discussed the following issues: the status of the privilege log, the Merck Fact Sheet for the *Irvin/Plunkett* case, the possible management and coordination of Canadian cases in the MDL, the possibility of trying the Louisiana AG case in the MDL, the Patent Memorandum, the deposition of Mr. Skolnick, and the deposition of Mr. Ebarb.

Regrading the privilege log, IT IS ORDERED that the DSC shall produce under seal all the documents designated as privileged to the Court within ten (10) days. At that time, the Court will begin its review of the privileged documents.

JS10(00:35)

-1-

Regarding the Merck Fact Sheet in the *Irvin/Plunkett* case, the parties indicated that they would confer with each other in an effort to produce the information contained in questions 1-4 of section 5 of the Merck Fact Sheet without the necessity of having to provide the entire document.

Regarding the coordination of Canadian cases in the MDL, Elizabeth Cabraser indicated that she would provide both the Court and the DSC with the name and contact number of the presiding judge. In addition, she would provide other relevant information. Upon being provided with this information, the Court will contact and confer with the presiding Canadian judge. Before any coordination occurs, however, the Court will meet with the parties again.

Regarding the possibility of trying the Louisiana AG case in the MDL, the parties indicated that they would confer with each other. In addition, Russ Herman would put the members of the DSC in contact with Jim Dugan, who is an attorney representing the Louisiana AG's office.

Regarding the Patent Memorandum, the parties indicated that they intend to finalize the briefing of this motion soon and to argue this motion next week.

Regarding the deposition of Mr. Skolnick, the parties indicated that this deposition is scheduled for November 22, 2005. The parties will confer amongst each other regarding the possibility of presenting this deposition at the *Irvin/Plunkett* trial.

Regarding the Ebarb deposition, the parties indicated that they would confer with each other to determine if this deposition still needed to be taken.

-2-