FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -3  PM 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO.: 1657 |
| | SECTION: L |
| Johnie Ray Crooks, Rita Crooks, Lane<br>Crooks and Adelia Crooks Murphy<br>(CV05-0431 in the Western District<br>of Louisiana, Shreveport Division) | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## JOINT MOTION AND ORDER TO WITHDRAW AND ENROLL COUNSEL

**ON THE JOINT MOTION** of Lucien H. Marioneaux, Jr., Attorney at Law, suggesting to the court that he desires to be withdrawn as counsel of record for Johnie Ray Crooks, Rita Crooks, Lane Crooks and Adelia Crooks Murphy, and Henry N. Bellamy and the law firm of Barham & Warner, L.L.C. suggesting to the court that Henry N. Bellamy and the law firm of Barham & Warner, L.L.C. have been retained as counsel for Johnie Ray Crooks, Rita Crooks. Lane Crooks and Adelia Crooks Murphy, and that they desire to have Henry N. Bellamy and the law firm of Barham & Warner, L.L.C. enrolled and substituted as counsel of record in these proceedings.

**WHEREFORE**, Mover prays that this motion be granted and that Lucien H. Marioneaux, Jr., Attorney at Law, be withdrawn as counsel of record and that Henry N. Bellamy and the law firm of Barham & Warner, L.L.C. be enrolled as counsel of record on behalf of Johnie Ray Crooks, Rita Crooks, Lane Crooks and Adelia Crooks Murphy.



Respectfully submitted,

LUCIEN H. MARIONEAUX, JR.
A Professional Law Corporation

Lucien H. Marioneaux, Jr., #25784
920 Pierremont, Suite 108
Shreveport, Louisiana 71106
(318) 869-1827
Fax: (318) 869-3134


BARHAM & WARNER, L.L.C.

Henry N. Bellamy, #14026
920 Pierremont, Suite 412
Shreveport, Louisiana 71106
(318) 865-0081
Fax: (318) 865-2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO.: 1657 |
| | SECTION: L |
| Johnie Ray Crooks, Rita Crooks, Lane<br>Crooks and Adelia Crooks Murphy<br>(CV05-0431 in the Western District<br>of Louisiana, Shreveport Division) | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been this date served upon the following by United States Mail, postage properly affixed thereto.:

| | |
|---|---|
| Mr. Russ M. Herman<br>Attorney at Law<br>910 Airport Drive, Suite 3A<br>Destin, Florida 32541 | Mr. Phillip Whittmann<br>Attorney at Law<br>546 Carondelet Street<br>New Orleans, Louisiana 70130 |

**I FURTHER CERTIFY** that all counsel listed on NexisLexis File and Serve for this case have been served electronically through NexisLexis File and Serve.

Shreveport, Louisiana this 31st day of October, 2005.

_____
OF COUNSEL