UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>        PRODUCTS LIABILITY LITIGATION | MDL NO.: 1657 |
| | SECTION: L |
| Johnie Ray Crooks, Rita Crooks, Lane<br>Crooks and Adelia Crooks Murphy<br>(CV05-0431 in the Western District<br>of Louisiana, Shreveport Division) | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the foregoing motion:

**IT IS HEREBY ORDERED** that the name of Lucien H. Marioneaux, Jr., be and is hereby removed from the record of this court, as counsel for Johnie Ray Crooks, Rita Crooks, Lane Crooks and Adelia Crooks Murphy, in the above numbered and captioned proceeding and that the name of Henry N. Bellamy and the law firm of Barham & Warner, L.L.C. be enrolled and added to the record of this court as counsel for Johnie Ray Crooks, Rita Crooks, Lane Crooks and Adelia Crooks Murphy.

Thus done and signed in New Orleans, Louisiana, on this the 7th day of Nov., 2005.

_____
JUDGE