MINUTE ENTRY
FALLON, J.
November 4, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION: L (3) |
| : | |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. In attendance were Russ Herman, Richard Arsenault, Chris Seeger, Tom Kline, Anthony Irpino, Dave Buchanan, Mike Woodson, and Lee Balefsky for the Plaintiffs' Steering Committee, and Phil Wittman, Doug Marvin, John Beisner, and Ted Mayer for the Defendants' Steering Committee. Counsel discussed the following issues: the status of the privilege log, the selection of cases for early trial, the letter dated November 1 sent to Judge Higbee by six law firms, and the admissibility of a patent memo that may be subject to attorney-client privilege.

Another telephone status conference is scheduled in this matter for Monday, November 7, 2005 at 1:30 p.m.

JS10(00:25)

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____