FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -9 PM 4:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | MDL Docket No. 1657 |
| * | |
| PRODUCTS LIABILITY LITIGATION * | SECTION L |
| * | |
| * | JUDGE FALLON |
| This document relates to * | |
| Case No. 05-4046* * | |
| * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT * | |
| as Personal Representative of the Estate of * | |
| RICHARD IRVIN, JR., * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | |
| * | |
| MERCK & CO., INC., * | |
| * | |
| Defendant. * | |
| * | |
| * * * * * * * * * * * * * * * * * * | |

## NOTICE OF FILING

Defendant Merck & Co., Inc. ("Merck") respectfully submits the following briefs, filed concurrently herewith:

### REPLY BRIEFS

1. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence of Plaintiff's Experts Regarding Causation

   - Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Evidence of Plaintiff's Experts Regarding Causation

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No ___ 790723v.1

2. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of Thomas Baldwin, M.D.

3. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of Winston Gandy, Jr., M.D.

4. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of Colin M. Bloor and Joseph L. Burton

5. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of Richard M. Kapit, M.D.

6. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of Wayne A. Ray, Ph.D.

7. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of John W. Farquhar, M.D.

- Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of John W. Farquhar, M.D.

**OPPOSITION BRIEF**

8. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion to Exclude Opinion Testimony of Dr. Janet Arrowsmith-Lowe

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
4041 Essen Lane
One United Plaza, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:   225-490-8960

Defendants' Liaison Counsel

790723v.1

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Attorneys for Merck & Co., Inc.

790723v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Filing has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of November, 2005.

*Dorothy H. Wimberly*

790723v.1