FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 NOV 10 ℗ 12: 25

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| This document relates to:<br>All Medical Monitoring Class<br>Action Complaints Pending Or<br>Subject to Transfer to MDL 1657 | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Response in Opposition to Merck & Co., Inc.'s Motion to Dismiss Plaintiffs' Medical Monitoring Master Class Action Complaint, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this _10_ day of _Nov_, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____