UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 NOV -3 PM 4: 32

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL No. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

### AFFIDAVIT OF SERVICE

This is to certify that I have, on the date set out below, mailed a letter, via U.S. mail, to Troy Rafferty of Levin, Papantonio, Thomas, Mitchell, Eschner & Proctor, P.A. Copies of said letter were also mailed to the Honorable Eldon E. Fallon, Phillip Wittman, Esquire and Russ M. Herman, Esquire. A copy of said letter is attached hereto.

Vibeke S. Erickson
Motley Rice LLC
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000
(843) 216-9440 (Fax)

October 24, 2005

___ Fee_____
___ Process___
___ ___d_____
___ _____
___ Doc. No___



**Fred Thompson III**
Licensed in SC
DIRECT DIAL 843.216.9118
DIRECT FAX 843.216.9440
FThompson@motleyrice.com

October 24, 2005

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ESCHNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502

RE:    Vioxx MDL Discovery Committee Resignation

Dear Troy:

Thank you for appointing myself as well as Joe Rice and Ann Ritter from our firm as members of the Vioxx MDL Discovery Committee. Unfortunately, due to the limited number of MDL cases our firm has within the MDL, we are not in a position to participate in a meaningful way and it is impractical for any of our attorneys to continue as a members. Accordingly, we resign from any and all Vioxx MDL committees on which Motley Rice or any attorney from Motley Rice may be listed as a member. Please remove Joe, Ann and myself from the Vioxx MDL Discovery Committee. Thank you for your assistance in this matter.

Sincerely,

Fred Thompson, III, Esq.
Motley Rice, LLC

cc:    Hon. Eldon E. Fallon
       Russ Herman, Esquire
       Phillip A. Wittmann

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX