UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1657 <br> ) Section: L <br> ) JUDGE FALLON |
| This document relates to: Mickey E. Cunningham & Velma Cunningham v. Merck & Co., Inc., 1-05-cv-00104 | ) MAG. JUDGE KNOWLES <br> ) <br> ) |

## NOTICE OF APPEARANCE

Kathryn Barnett of Lieff, Cabraser, Heimann & Bernstein, LLP hereby enters her appearance as additional counsel of record on behalf of Plaintiffs Mickey and Velma Cunningham.

Kathryn E. Barnett
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37203-1074
Tel. (615) 313-9000
Fax. (615) 313-9965

John D. McMahan
MCMAHAN LAW FIRM
323 High St.
Chattanooga, TN 37403
Telephone: (423) 265-1100
Facsimile: (423) 756-8120

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice has been sent by Federal Express to be file with the Clerk of court for the United States District Court for the Eastern District of Louisiana on this the 2nd day of November, 2005.

I hereby certify that the above Notice has been served on the following this 2nd day of November, 2005:

Russ Herman
Herman Herman Katz & Cotlar LLP
3411 Richmond Avenue
Suite 460
Houston, TX 77057

Phillip A. Wittmann
Stone Pigman Walther & Wittmann LLC
546 Carondelet St.
New Orleans, LA 70130

Caroline T. Trost
James M. Doran
Lela M. Hollabaugh
Waller Lansden Dortch & Davis
PO Box 198966
Nashville, TN 37219-8966

I hereby certify that the above Amended Complaint will be served to all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 when this case has been added to LexisNexis.

_____

479061.1