```
                                                    U.S. DISTRICT COURT
                                                 EASTERN DISTRICT OF LOUISIANA

              UNITED STATES DISTRICT COURT       FILED    NOV - 7 2005
              EASTERN DISTRICT OF LOUISIANA
                                                        LORETTA G. WHYTE
IN RE: VIOXX PRODUCTS          )    MDL DOCKET NO. 1657      CLERK
LIABILITY LITIGATION           )
                               )
                               )
```

Pursuant to Rule 5(D) of the Ohio Rules of Civil Procedure, notice is hereby given that on this 31st day of October, 2005, STEPHEN S. CRANDALL, counsel for Plaintiffs has served Plaintiffs Profile Forms of the following cases: Karen Arnoff, Robert Arnold, Linda Bailes, Ronald S. Barclay, Andrew Barnes, Pamela Sue Bentley, Patricia Blackburn, Enid Blankenship, Michael Beck, Wilma Jean Bulger, Barbara J. Burger, Geraldine Butler, Richard Carle, Allayne Carte, Larry O'Neal Cartmell, Gloria Clark, James D. Clark, Jesse Combs II, Joyce Copeland, Donald R. Crist, on Defendant, by mailing said documents by first class U.S. mail on the date referenced above upon the following:

Phillip A. Whittmann
Stone, Pigman, Walther & Wittman, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Attorney for Defendant
Merck & Co., et al.

Respectfully submitted,

**STEPHEN S. CRANDALL #0063810**
**JAMES M. KELLEY III #0061990**
Elk & Elk Co., L.P.A.
6110 Parkland Boulevard
Mayfield Hts., Ohio 44124
(440) 442-6677
(440) 442-8281-facsimile
*Attorneys for Plaintiffs*
scrandall@elkandelk.com
jkelley@elkandelk.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____