FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 10 AM 11: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>   Civil Action No:  05-1016-C-M2 | |
| CAMELLIA R. PERSICA | SECTION: 1 |
| VERSUS | JUDGE FALLON |
| MERCK & COMPANY, INC. | MAGISTRATE JUDGE NOLAND |

## MOTION FOR LEAVE OF COURT TO FILE
## FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, CAMELLIA R. PERSICA, who desires to amend and supplement the original Complaint filed herein by adding as an additional plaintiff her spouse, Manuel Persica, who desires to add a loss of consortium claim herein.

WHEREFORE, plaintiff prays that this motion be granted and that she be allowed leave of court to file the First Amended and Supplemental Complaint.

Page 1 of 3

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

Respectfully submitted:

**IEYOUB & LANDRY, L.L.C.**
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _____
KATHRYN LANDRY, Bar Roll No. 19229

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Leave of Court to File First Amended and Supplemental Complaint has been served on Liaison Counsel, Russ Herman, and Phillip Wittmann and Thomas P. Owen, Jr., by U.S. Mail and e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

Baton Rouge, Louisiana this the ___9th___ day of November, 2005.

_____
KATHRYN LANDRY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>Civil Action No: 05-1016-C-M2 | |
| CAMELLIA R. PERSICA | SECTION: 1 |
| VERSUS | JUDGE FALLON |
| MERCK & COMPANY, INC. | MAGISTRATE JUDGE NOLAND |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff herein, Camellia Persica, has filed a Motion for Leave of Court to File First Amended and Supplemental Complaint in order to file a First Amended and Supplemental Complaint adding her spouse as a plaintiff herein to assert a claim for loss of consortium. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, leave shall be freely given when justice so requires. In preparing this Motion for Leave of Court to File First Amended

Page 1 of 4

and Supplemental Complaint, undersigned counsel sought the approval of counsel for the defendant to the filing and granting of this motion. In opposing the filing and granting of this motion, counsel for the defendant has asserted that they believe Mr. Persica's claims are prescribed, which was the basis of their opposition. However, that is a matter to be addressed on the merits of Mr. Persica's claim. As stated by this Honorable Court in <u>Wilson v. National Association of Letter Carriers</u>, 2005 W.L. 2037544 (E.D. La. 2005) Federal Rule of Civil Procedure 15(a), which governs the amendment of pleadings, provides that leave to amend pleadings shall be freely given when justice so requires. This, and other federal rules, "reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accepts the principle that the purpose of pleading is to facilitate a proper decision on the merits". Thus, Rule 15(a) evinces a liberal amendment policy and a motion to amend should not be denied, absent a substantial reason to do so. This policy is strongest when the motion challenge is the first motion to amend.

In this case, plaintiff has not unduly delayed the filing of this motion for leave to amend. In fact, upon review of the Tolling Agreement entered into between the Plaintiffs Steering Committee and the defendant herein, undersigned counsel had forwarded to counsel for the defendants a Notice of Filing of Tolling Agreement for this loss of consortium claim, pursuant to Paragraph 1 of the Tolling Agreement which referenced filings of claims or notices for loss of consortium claims. Therefore, undersigned counsel sent Notice of Filing of Tolling Agreement for the loss of consortium claim herein by

facsimile transmission on August 11, 2005. Subsequently, undersigned counsel also forwarded to counsel for Merck, a Claimant Profile Form completed by Manuel Persica. However, on November 2, 2005, undersigned counsel received correspondence from counsel for Merck alleging that they did not believe the Tolling Agreement applied to the loss of consortium claim. Thereafter, undersigned counsel requested from counsel for Merck consent to the filing of this Motion for Leave of Court to amend the Complaint to add the loss of consortium claim, which consent was not given by counsel for the defendants. Accordingly, there is no claim herein for undue or unjust or dilatory motive on the part of undersigned counsel or the plaintiffs. In fact, as stated above, the Profile Form for Mr. Persica has already been submitted and the Patient Profile Form of Camellia Persica has also been submitted, together with medical records.

For the foregoing reasons, plaintiff respectfully requests that this Honorable Court grant this motion and allow the filing of the First Amended and Supplemental Complaint herein. Any defenses of defendant should be addressed on the merits when appropriate.

Respectfully submitted:

IEYOUB & LANDRY, L.L.C.
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _____
KATHRYN LANDRY, Bar Roll No. 19229

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Memorandum in Support of Motion for Leave of Court to File First Amended and Supplemental Complaint has been served on Liaison Counsel, Russ Herman, and Phillip Wittmann and Thomas P. Owen, Jr., by U.S. Mail and e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

Baton Rouge, Louisiana this the ____9th____ day of November, 2005.

_____
KATHRYN LANDRY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>Civil Action No: 05-1016-C-M2 | |
| CAMELLIA R. PERSICA | SECTION: 1 |
| VERSUS | JUDGE FALLON |
| MERCK & COMPANY, INC. | MAGISTRATE JUDGE NOLAND |

### CERTIFICATE OF OPPOSITION

Undersigned counsel for the plaintiff, contacted counsel for defendant, Andrew D. Mendez, to attempt to obtain consent to the filing and granting of this Motion for Leave of Court to File First Amended and Supplemental Complaint. Pursuant to letter dated November 7, 2005, counsel for the defendant advised that it did not consent to such an amendment.

Respectfully submitted:

**IEYOUB & LANDRY, L.L.C.**
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _____
KATHRYN LANDRY, Bar Roll No. 19229

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certificate of Opposition has been served on Liaison Counsel, Russ Herman, and Phillip Wittmann and Thomas P. Owen, Jr., by U.S. Mail and e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

Baton Rouge, Louisiana this the ___9th___ day of November, 2005.

_____
KATHRYN LANDRY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>    Civil Action No: 05-1016-C-M2 | |
| CAMELLIA R. PERSICA | SECTION: 1 |
| VERSUS | JUDGE FALLON |
| MERCK & COMPANY, INC. | MAGISTRATE JUDGE NOLAND |

### ORDER

Considering the foregoing Motion for Leave of Court to File the First Amended and Supplemental Complaint:

**IT IS HEREBY ORDERED** that plaintiff is granted leave of court to file her First Amended and Supplemental Complaint.

New Orleans, Louisiana, this _____ day of _____,2005.

_____
JUDGE

Page 3 of 3

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>  Civil Action No:    05-1016-C-M2 | |
| CAMELLIA R. PERSICA | SECTION: 1 |
| VERSUS | JUDGE FALLON |
| MERCK & COMPANY, INC. | MAGISTRATE JUDGE NOLAND |

### NOTICE OF HEARING

**NOTICE IS HEREBY** given that the Motion for Leave of Court to File First Amended and Supplemental Complaint filed by plaintiff, Camellia R. Persica, will be heard by this Court on the 14th day of December, 2005 at 9:00 a.m.

New Orleans, Louisiana, this _9th_ day of November, 2005.

Respectfully submitted:

IEYOUB & LANDRY, L.L.C.
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _____
KATHRYN LANDRY, Bar Roll No. 19229

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman, and Phillip Wittmann and Thomas P. Owen, Jr., by U.S. Mail and e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

Baton Rouge, Louisiana this the ___9th___ day of November, 2005.

_____
KATHRYN LANDRY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>    Civil Action No:    05-1016-C-M2 | |
| CAMELLIA R. PERSICA | SECTION: 1 |
| VERSUS | JUDGE FALLON |
| MERCK & COMPANY, INC. | MAGISTRATE JUDGE NOLAND |

### FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Camellia Persica who amends and supplements the original Complaint as follows:

1.

Made additional plaintiff herein is Manuel Persica, the spouse of Camellia Persica.

Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
Doc. No. ____

2.

Plaintiff, Manuel Persica, asserts a cause of action for loss of consortium as a result of the injuries sustained by Camellia Persica and seeks such damages as are reasonable in the premises.

3.

Plaintiff reiterates all of the allegations contained in the original Complaint as if restated in their entirety herein.

WHEREFORE, plaintiffs, Camellia Persica and Manuel Persica, pray that:

a. Defendant be required to answer this complaint after all legal delays have run;

b. After due proceedings are had, and a trial by jury, there be judgment herein in favor of plaintiffs and against defendant for all damages, including attorneys fees, which are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid and all costs of these proceedings; and

c. For all other general and equitable relief as this Court deems proper.

Respectfully submitted:

**IEYOUB & LANDRY, L.L.C.**
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _____
KATHRYN LANDRY, Bar Roll No. 19229

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing First Amended and Supplemental Complaint has been served on Liaison Counsel, Russ Herman, and Phillip Wittmann and Thomas P. Owen, Jr., by U.S. Mail and e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

Baton Rouge, Louisiana this the _____9th_____ day of November, 2005.

*Kathryn Landry*