MINUTE ENTRY
FALLON, J.
NOVEMBER 10, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                            MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION
                                                       SECTION: L

                                                       JUDGE FALLON
                                                       MAG. JUDGE KNOWLES

**BEFORE JUDGE ELDON E. FALLON**
Thursday, November 10, 2005, 9:00 am
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances:
for the plaintiffs: Arnold Levin, Esq.
for the defendants: John Beisner, Esq.
                     Dorothy Wimberly, Esq.

---

1. Motion of Plaintiffs to Amend the Class Action Master Complaint:

2. Motion of Plaintiffs for a Stay in Class Action Briefing:

3. Motion of Defendant to Strike Several Causes of Action in Plaintiffs' Class Action Complaint:


1., 2. & 3. - Argument - Counsel are to confer with each other to formulate a proposed order regarding briefing of the certification of the national personal injury and wrongful death class action.


JS-10:   :25

Fee_____
Process_____
X Dktd_____
__CtRmDep_____
Doc.No._____