*Copy in Chambers* 

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE DECLARATION OF J. PAUL WAYMACK, M.D., Sc.D.

Comes now the Defendant, and moves this Honorable Court for Leave to File the Declaration of J. Paul Waymack, M.D., Sc.D. The Declaration supports the seven opposition memoranda filed today in this matter.

WHEREFORE Defendant prays that this Court grant to leave to file a Declaration of J. Paul Waymack, M.D., Sc.D.

                                        Respectfully submitted,

                                        */s/ Dorothy H. Wimberly*
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER
                                        WITTMANN L.L.C.
                                        546 Carondelet Street
                                        New Orleans, Louisiana  70130-3588
                                        Phone:  504-581-3200
                                        Fax:    504-581-3361

                                        Defendants' Liaison Counsel

790011v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to File Declaration of J. Paul Waymack, M.D., Sc.D. has been served on Liaison Counsel Russ Herman by Federal Express at the address below and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2nd day of November, 2005.

Dorothy H. Wimberly

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar
910 Airport Road
Office 3-A
Destin, FL  32541

790011v.1