

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATION OF J. PAUL WAYMACK, M.D., Sc.D.

Before the Court is Defendant's Motion for Leave to File Declaration of J. Paul Waymack, M.D., Sc.D.

IT IS HEREBY ORDERED that said Declaration be filed.



1

790011v.1

In New Orleans, Louisiana this 10 day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

790011v.1