*Copy in Chambers*

```
                                         FILED
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                    2005 NOV -2  PM 3: 56

                                    LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE
### DECLARATION OF LISA D. RARICK, M.D.

Comes now the Defendant, and moves this Honorable Court for Leave to File the Declaration of Lisa D. Rarick, M.D.  The Declaration supports the seven opposition memoranda filed today in this matter.

1

```
___ Fee_____
___ Process___
 X  Dktd_____
 A  CtRmDep__
___ Doc. No___
              790018v.1
```

WHEREFORE Defendant prays that this Court grant to leave to file a Declaration of Lisa D. Rarick, M.D.

                                      Respectfully submitted,

                                      _/s/ Dorothy H. Wimberly_
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

790018v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to File Declaration of Lisa D. Rarick, M.D. has been served on Liaison Counsel Russ Herman by Federal Express at the address below and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2nd day of November, 2005.

_____
Dorothy H. Wimberly

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar
910 Airport Road
Office 3-A
Destin, FL  32541

790018v.1