U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 1 4 2005
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN

Before the Court is Defendant's Motion for Leave to File Declaration of Phillip A. Wittmann

IT IS HEREBY ORDERED that said Declaration be filed.

____ Fee_____
____ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
____ Doc. No_____

790027v.1

In New Orleans, Louisiana this 10 day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

790027v.1