

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT<br>as Personal Representative of the Estate of<br>RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

### DECLARATION OF PHILLIP A. WITTMANN
### IN SUPPORT OF MERCK'S OPPOSITION BRIEFS

I, PHILLIP A. WITTMANN, by way of declaration, say:

1. I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Opposition Briefs, filed concurrently herewith. I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

789936v.1

## **DEPOSITIONS**

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the October 5, 2005 deposition of Colin M. Bloor, M.D., taken in connection with this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the October 10, 2005 deposition of John W. Farquhar, M.D., taken in connection with this action.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the July 19, 2005 deposition of John M. Gaziano, M.D., M.P.H., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the October 13, 2005 deposition of Frank L. Lanza, M.D., taken in connection with this action.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the September 13, 2005 deposition of Evelyn Irvin Plunkett, taken in connection with this action.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the October 14, 2005 deposition of Craig Pratt, M.D., taken in connection with this action.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the July 13, 2005 deposition of Wayne A. Ray, Ph.D., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the October 12, 2005 deposition of Barry K. Rayburn, M.D., taken in connection with this action.

789936v.1

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the September 6, 2005 deposition of Christopher Schirmer, M.D. taken in connection with this action.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the October 10, 2005 deposition of David S. Silver, M.D., taken in connection with this action.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the October 13, 2005 deposition of Dr. Thomas M. Wheeler, taken in connection with this action.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the July 1, 2005 deposition of Merlin Wilson, M.D., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the April 13, 2005 deposition of Merlin Wilson, M.D., taken in connection with *International Union of Operating Engineers Local # 68 Welfare Fund v. Merck*, No. ATL-3-15-03-MT (N.J. Super. Ct. Law Div.).

## **EXPERT REPORTS**

16. Attached hereto as Exhibit 15 is a true and correct copy of the expert report of Janet Arrowsmith-Lowe, M.D., submitted in connection with this action.

17. Attached hereto as Exhibit 16 is a true and correct copy of the expert report of John W. Farquhar, M.D., submitted in connection with this action.

18. Attached hereto as Exhibit 17 is a true and correct copy of the expert report of Frank Lanza, M.D., submitted in connection with this action.

19. Attached hereto as Exhibit 18 is a true and correct copy of the expert report of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., submitted in connection with this action.

20. Attached hereto as Exhibit 19 is a true and correct copy of the expert report of Wayne A. Ray, Ph.D., submitted in connection with this action.

21. Attached hereto as Exhibit 20 is a true and correct copy of the expert report of Barry K. Rayburn, M.D., submitted in connection with this action.

22. Attached hereto as Exhibit 21 is a true and correct copy of the expert report of David S. Silver, M.D., submitted in connection with this action.

23. Attached hereto as Exhibit 22 is a true and correct copy of the expert report of Thomas M. Wheeler, M.D., submitted in connection with this action.

24. Attached hereto as Exhibit 23 is a true and correct copy of the expert report of Merlin Wilson, M.D., submitted in connection with this action.

## OTHER EXHIBITS

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the trial transcript in *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the trial transcript in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

27. Attached hereto as Exhibit 26 is a true and correct copy of Vioxx Label No. 9183810 dated April 2002.

28. Attached hereto as Exhibit 27 is a true and correct copy of the April 6, 2005 FDA Memorandum.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Expert Report of Dr. Frist, attached as Exhibit 14 to the October 4, 2005 Deposition of Dr. Joseph L. Burton, taken in connection with this action.

30. Attached hereto as Exhibit 29 is a true and correct copy of the *Curriculum Vitae* of Lisa Dale Rarick, M.D., attached as Exhibit A to the Expert Report of Lisa Dale Rarick, M.D., filed in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

31. Attached hereto as Exhibit 30 is a true and correct copy of the October 6, 1999 Vioxx (rofecoxib tablets), Special Supplement – Changes Being Effected, from Eric A. Floyd, Ph.D., Merck Research Laboratories, to the Food and Drug Administration.

32. Attached hereto as Exhibit 31 is a true and correct copy of the October 28, 1999 Letter from Anthony Zeccola, Food and Drug Administration, to Eric A. Floyd, PhD., Merck Research Laboratories.

33. Attached hereto as Exhibit 32 is a true and correct copy of F.D.A., *Guidance for Industry; Changes to an Approved NDA or ANDA* (1999).

Respectfully submitted,

*Phil Wittmann*
Phillip A. Wittmann

Attorney for Merck & Co., Inc.

789936v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's Opposition Briefs has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2nd day of November, 2005.

_Phil Wittmann_

789936v.1

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED