

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S MOTIONS *IN LIMINE*

Considering the foregoing defendant's Motion for Leave to File Declaration of Phillip A. Wittmann in Support of Merck's Motions *In Limine*.

IT IS HEREBY ORDERED that said Declaration be filed.



790367v.1

In New Orleans, Louisiana this 10 day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

790367v.1