

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S MOTIONS *IN LIMINE*

I, PHILLIP A. WITTMANN, by way of declaration, say:

1.  I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Motions *in Limine*, filed concurrently herewith. I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

790226v.1

## DEPOSITIONS

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the March 16, 2005 deposition of David W. Anstice, taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the March 17, 2005 deposition of David W. Anstice, taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the September 28, 2005 deposition of Richard Aycock, taken in connection with this action.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the October 6, 2005 deposition of Thomas Baldwin, M.D., taken in connection with this action.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the January 28, 2005 deposition of Eliav Barr, M.D., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the February 25, 2005 deposition of Susan L. Baumgartner, Pharm. D., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the March 11, 2005 deposition of Susan L. Baumgartner, Pharm. D., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the October 5, 2005 deposition of Colin M. Bloor, M.D., taken in connection with this action.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the March 22, 2005 deposition of Joseph L. Burton, M.D., taken in connection with *Rogers v. Merck*, No. CV-03-073 (Cir. Ct. Clay County Ala. filed Aug. 22, 2003).

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the June 13, 2005 deposition of Dr. David Egilman, taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the October 10, 2005 deposition of John W. Farquhar, M.D., taken in connection with this action.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the October 10, 2005 deposition of Winston H. Gandy, Jr., M.D., taken in connection with this action.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the June 17, 2005 deposition of Raymond Gilmartin, taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the April 18, 2005 deposition of Raymond Gilmartin, taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the April 11, 2005 deposition of Raymond Gilmartin, taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

790226v.1

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the September 23, 2005 deposition of Leslie Goldstein, taken in connection with this action.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the August 26, 2005 deposition of Ashley Irvin, taken in connection with this action.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the August 23, 2005 deposition of Richard Irvin, taken in connection with this action.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the September 30, 2005 deposition of Richard M. Kapit, M.D., taken in connection with this action.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the September 28, 2005 deposition of Barry Kass, taken in connection with this action.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the April 21, 2005 deposition of Peter S. Kim, Ph.D., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the October 26, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the October 18, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the August 26, 2003 deposition of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the September 13, 2005 deposition of Evelyn Irvin Plunkett, taken in connection with this action.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the July 13, 2005 deposition of Wayne A. Ray, Ph.D., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the March 31, 2005 deposition of Wayne A. Ray, Ph.D., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the October 12, 2005 deposition of Barry K. Rayburn, M.D., taken in connection with this action.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the March 2, 2005 deposition of Alice Reicin, taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the June 22, 2004 deposition of Alice Reicin, taken in connection with *Garza v. Heart Clinic, P.A.*, No. DC-03-84 (Dist. Ct. Starr County Tex. filed Mar. 10, 2003).

33. Attached hereto at Exhibit 32 is a true and correct copy of excerpts from the October 4, 2005 deposition of Allesha Schirmer, taken in connection with this action.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the September 6, 2005 deposition of Christopher Schirmer, taken in connection with this action.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the December 7, 2004 deposition of Christopher Schirmer, taken in connection with this action.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the May 17, 2005 deposition of Edward M. Scolnick, M.D., taken in connection with *DiPietro v. Merck*, No. 04-19198 (N.J. Super. Ct. Law Div. filed Dec. 30, 2004).

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the February 14, 2005 deposition of Deborah Shapiro, Ph.D, taken in connection with *Garza v. Heart Clinic, P.A.*, No. DC-03-84 (Dist. Ct. Starr County Tex. filed Mar. 10, 2003).

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the April 29, 2004 deposition of Deborah Shapiro, Ph.D., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the October 22, 2002 deposition of Deborah Shapiro, Ph.D, taken in connection with *Jones v. Merck* No. A167270 (Dist. Ct. Jefferson County Tex. filed May 24, 2002).

40. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the September 3-, 2004 deposition of Louis M. Sherwood, M.D., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

41. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the September 29, 2005 deposition of John Weeks, taken in connection with this action.

### EXPERT REPORTS

42. Attached hereto as Exhibit 41 is a true and correct copy of the expert report of John W. Farquhar, M.D., submitted in connection with this action.

43. Attached hereto as Exhibit 42 is a true and correct copy of the expert report of J. Michael Gaziano, M.D., submitted in connection with this action.

44. Attached hereto as Exhibit 43 is a true and correct copy of the expert report of Richard M. Kapit, M.D., submitted in connection with this action.

45. Attached hereto as Exhibit 44 is a true and correct copy of the expert report of Richard Kronmal, submitted in connection with this action.

46. Attached hereto as Exhibit 45 is a true and correct copy of the expert report of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., submitted in connection with this action.

47. Attached hereto as Exhibit 46 is a true and correct copy of the expert report of Wayne A. Ray, Ph.D., submitted in connection with this action.

## OTHER EXHIBITS

48. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the trial transcript in *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

49. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from the trial transcript in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

50. Attached hereto as Exhibit 49 is a true and correct copy of the Affidavit of Joseph F. DiPrima, filed in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003), in support of Motion For A Protective Order Prohibiting Use Or Disclosure Of Inadvertently Produced Privileged Documents And Compelling Plaintiffs To Return All Copies Of The Documents.

51. Attached hereto as Exhibit 50 is a true and correct copy of the Affadavit of Dr. Kathleen Metters, filed in New Jersey Superior Court, Case No. 619, *In Re: Vioxx Litigation*, in support of Motion For A Protective Order Prohibiting Use Or Disclosure Of Inadvertently

790226v.1

Produced Privileged Documents And Compelling Plaintiffs To Return All Copies Of The Documents.

52. Attached hereto as Exhibit 51 is a true and correct copy of the April 6, 2005 FDA Memorandum.

53. Attached hereto as Exhibit 52 is a true and correct copy of Daniel E. Troy, *FDA Involvement in Product Liability Lawsuits*, UPDATE, Jan./Feb. 2003

54. Attached hereto as Exhibit 53 is a true and correct copy of the United States' Statement of Interest, submitted in connection with this action.

55. Attached hereto as Exhibit 54 is a true and correct copy of Mr. Irvin's Walgreen's Pharmacy Record, dated August 8, 2002.

56. Attached hereto as Exhibit 55 is a true and correct copy of Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors, identified as MRK-AAB0029224 *et seq*.

57. Attached hereto as Exhibit 56 is a true and correct copy of THE MERCK MANUAL (16th ed.), identified as MRK-AKV0000014 to 0000028.

58. Attached hereto as Exhibit 57 is a true and correct copy of THE MERCK MANUAL (17th ed.), identified as MRK-AKV0000001 to 0000013.

Respectfully submitted,

*Phil Wittmann*
Phillip A. Wittmann
Attorney for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's Motions *in Limine* has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 4th day of November, 2005.

*Phil Wittmann*

790226v.1

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED