COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -9 PM 4: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL
PAGES FOR REPLY MEMORANDUM IN SUPPORT OF MOTION
OF MERCK & CO., INC. ("MERCK") TO EXCLUDE EVIDENCE
OF PLAINTIFF'S EXPERTS REGARDING CAUSATION**

Merck, through undersigned counsel, hereby moves the Court for an extension of the page length for the Reply Memorandum in support of its Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation, for the following reasons:

1.     Through this Reply Memorandum, Merck seeks to exclude the testimony of plaintiff's causation experts – namely, Drs. Thomas Baldwin, Colin Bloor, Joseph Burton, John

790747v.1

Farquhar, Winston Gandy, and Benedict Lucchesi, in addition to Professors Wayne Ray and Richard Kronmal. Each of these experts has submitted a report that raises numerous and complex scientific issues.

2. This Reply Memorandum requires consideration of numerous scientific issues, addressed in the expert reports and depositions of plaintiff's experts, in addition to numerous scientific studies.

3. Because of the nature of this litigation and the volume of material to be addressed, the Reply Memorandum in support of Merck's Motion to Exclude Evidence of Plaintiff's Expert Regarding Causation will be like multiple briefs in one. Accordingly, Merck requests that it be granted forty-one (41) additional pages, for a total of fifty-one (51) pages for the Reply Memorandum.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted forty-one (41) additional pages, for a total of fifty-one (51) pages for the Reply Memorandum in support of its Motion to Exclude Evidence of Plaintiff's Expert Regarding Causation.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

790747v.1

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Attorneys for Merck & Co., Inc.

790747v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Memorandum for Additional Pages for Reply Memorandum in Support of Motion of Merck & Co., Inc. to Exclude Evidence of Plaintiff's Experts Regarding Causation has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of November, 2005.

*Dorothy H. Wimberly*