UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    NOV 1 4 2005
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for the Reply Memorandum filed by Merck & Co., Inc. in support of its Motion to Exclude Testimony of Plaintiff's Experts Regarding Causation,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted forty-one (41) additional pages, for a total of fifty-one (51) pages for the Reply Memorandum in support of its Motion to Exclude Testimony of Plaintiff's Experts Regarding Causation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2005.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

790747v.1