

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT<br>as Personal Representative of the Estate of<br>RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR REPLY MEMORANDUM IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK") TO EXCLUDE TESTIMONY OF JOHN W. FARQUHAR, M.D.

Merck, through undersigned counsel, hereby moves the Court for an extension of the page length for the Reply Memorandum in support of its Motion to Exclude Testimony of John W. Farquhar, M.D., for the following reasons:

1. As evidenced by his expert report, which exceeds ninety (90) pages, Dr. Farquhar is poised to opine on a number of scientific topics. Additionally, Plaintiff's Opposition

Memorandum, which is thirty-eight (38) pages in length, raises a numerous issues that necessitate a reponse.

2.  Thus, the Reply Memorandum in support of Merck's Motion to Exclude Testimony of John W. Farquhar, M.D. will require more than the allotted page limit, in order to address Dr. Farquhar's various opinions, explain why Federal Rule of Evidence 702 acts to bar them, and respond to Plaintiff's Opposition Memorandum. Accordingly, Merck requests that it be granted three (3) additional pages, for a total of thirteen (13) pages for its Reply Memorandum.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted three (3) additional pages, for a total of thirteen (13) pages for the Reply Memorandum in support of its Motion to Exclude Evidence of John W. Farquhar, M.D.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:     312-494-4440

790726v.1

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Attorneys for Merck & Co., Inc.

790726v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Memorandum for Additional Pages for Reply Memorandum in Support of Motion of Merck & Co., Inc. to Exclude Testimony of John W. Farquhar, M.D. has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of November, 2005.

*[signature]*