U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 1 4 2005
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-4046 | |
| | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for the Reply Memorandum filed by Merck & Co., Inc. in support of its Motion to Exclude Testimony of John W. Farquhar, M.D.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted three additional pages, for a total of thirteen pages for the Reply Memorandum in support of its Motion to Exclude Testimony of John W. Farquhar, M.D.

NEW ORLEANS, LOUISIANA, this 10 day of November, 2005.

_____
DISTRICT JUDGE

790726v.1