

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-4046 | |
| | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S REPLY BRIEFS

Considering the foregoing defendant's Motion for Leave to File Declaration of Phillip A. Wittmann in Support of Merck's Reply Briefs,

IT IS HEREBY ORDERED that said Declaration be filed.



1

790721v.1

In New Orleans, Louisiana this __10__ day of __November__, 2005.

_____
UNITED STATES DISTRICT JUDGE

790721v.1