

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK & CO., INC.'S ("MERCK'S") REPLY BRIEFS

I, PHILLIP A. WITTMANN, by way of declaration, say:

1. I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Reply Briefs, filed concurrently herewith. I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

790699v.1

## **DEPOSITIONS**

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the October 28, 2005 deposition of Janet Arrowsmith-Lowe, M.D., F.A.C.P, taken in connection with this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the October 6, 2005 deposition of Thomas Baldwin, M.D., taken in connection with this action.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the October 5, 2005 deposition of Colin M. Bloor, M.D., taken in connection with this action.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the October 10, 2005 deposition of John W. Farquhar, M.D., taken in connection with this action.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the October 10, 2005 deposition of Winston H. Gandy, Jr., M.D., taken in connection with this action.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the September 30, 2005 deposition of Richard M. Kapit, M.D., taken in connection with this action.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the June 8, 2005 Deposition of Peter S. Kim, Ph.D., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the October 26, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the October 18, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the April 25, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

13. Attached hereto as Exhibit 11B is a true and correct copy of excerpts from the February 26, 2003 deposition of Alise Reicin in *Calcaterra v. Merck*, No. 02-L-0047 (Cir. Ct. St. Clair County Ill. filed Jan. 22, 2002).

## OTHER EXHIBITS

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the trial transcript in *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the trial transcript in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

16. Attached hereto as Exhibit 14 is a true and correct copy of an August 4, 2003 E-mail from Alise Reicin entitled "RE: MI risk - short term use of rofecoxib."

17. Attached hereto as Exhibit 15 is a true and correct copy of the October 18, 2000 Vioxx® Preliminary Cardiovascular Meta-Analysis.

18.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from Stedman's Medical Dictionary (27th ed. 2000).

19.     Attached hereto as Exhibit 17 is a true and correct copy of a February 2, 1998 Report Entitled "Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase IIb/III VIOXX Osteoarthritis Clinical Trials."

Respectfully submitted,

_____
Phillip A. Wittmann
Attorney for Merck & Co., Inc.

790699v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck & Inc., Co.'s Reply Briefs has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of November, 2005.

*Phil Wittmann*

790699v.1

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED