

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® § <br> PRODUCTS LIABILITY CASES § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> § <br> JOJUANA DANIEL, MARIAH § <br> SURVILLION, MARY GUSSMAN, ADA § <br> TAYLOR, MARIE CEPEDA, ROY § <br> WAYCHOFF and GLORIA WAYCHOFF, § <br> MERCEDES KIRK, RUBY FERGUSON, § <br> Individually and as Representative § <br> of the Estate of ELLA MAY § <br> MCDONALD, WALLACE LUDWICK, § <br> ALPHA VANCKHOVEN, MARGIE § <br> MCDUFFIE, JAMES MCKINNEY, § <br> MARY HILL and PAUL HILL, WILLIAM § <br> PAUL, JOSE ANTONIO GARZA, § <br> RUSSELL LEVY, LEEATTRICE SMITH, § <br> LILIAN MARIE JACKSON and WANDA § <br> KIRKWOOD § <br> § <br> *Plaintiffs,* § <br> § <br> VS. § <br> § <br> MERCK & CO., INC. § <br> § <br> *Defendant.* § | DOCKET NO. 2:05-CV-1152 <br><br> MDL NO. 1657 <br><br> SECTION: L <br><br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES <br><br><br> TRANSFEROR COURT: <br><br> U.S. DISTRICT COURT FOR THE <br> SOUTHERN DISTRICT OF TEXAS <br> CAUSE NO. H-05-0255 |

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No _____

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff JOSE ANTONIO GARZA, <u>ONLY</u>, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendant, MERCK & CO., INC., without prejudice. The remaining Plaintiffs under this cause of action continue to prosecute their claims against Defendant MERCK & CO., INC.

                Respectfully Submitted,

                MITHOFF LAW FIRM

                _____
                RICHARD WARREN MITHOFF
                State Bar No. 14228500
                S.D. Tex. Bar No. 2101
                JOSEPH R. ALEXANDER, JR.
                Attorney-In-Charge
                State Bar No. 00995150
                S.D. Tex. Bar No. 1368
                Penthouse, One Allen Center
                500 Dallas, Suite 3450
                Houston, Texas 77002
                (713) 654-1122
                (713) 739-8085 (Fax)

                ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Ms. Gerry Lowry, Fulbright & Jaworski, L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, attorney for Merck & Co., Inc., on this 9th day of November 2005. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having discussed with Jose Antonio Garza to review his file for his claim against Merck & Co., Inc., on October 14, 2005, Jose Antonio Garza has authorized the law offices of Mithoff Law Firm to withdraw from his representation and to likewise voluntarily dismiss his claim from the U.S. District Court, Southern District of Texas, cause number H-05-0255.

Dated this 9th day of November 2005.

JOSEPH R. ALEXANDER, JR.