

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 10 P 2:42

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX® | § | |
|     PRODUCTS LIABILITY CASES | § | |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | DOCKET NO. 2:05-CV-1152 |
| | § | |
| | § | MDL NO. 1657 |
| LOMA E. RASCO, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF THE | § | SECTION: L |
| ESTATE OF HARVEY J. RASCO, III, | § | |
| DECEASED AND AS NEXT FRIEND OF | § | JUDGE FALLON |
| GAIL N. RASCO, BRANDON A. RASCO | § | MAG. JUDGE KNOWLES |
| AND HALEIGH E. RASCO, MINORS, | § | |
| ET AL. | § | TRANSFEROR COURT: |
| | § | |
|         *Plaintiffs,* | § | U.S. DISTRICT COURT FOR THE |
| | § | SOUTHERN DISTRICT OF TEXAS |
| VS. | § | CAUSE NO. H-04-4559 |
| | § | |
| MERCK & CO., INC. | § | |
| | § | |
|         *Defendant.* | § | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

     Plaintiff PAULA ANN BARKER, <u>ONLY</u>, pursuant to Rule 41(a) of the Federal Rules

of Civil Procedure, hereby voluntarily dismisses all claims against Defendant, MERCK &



____ Fee____
____ Process____
_X_ Dkid____
____ CtRmDep____
____ Doc. No____

CO., INC., without prejudice.  The remaining Plaintiffs under this cause of action continue

to prosecute their claims against Defendant MERCK & CO., INC.

Respectfully Submitted,

MITHOFF LAW FIRM

RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No.  2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No.  1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail,

Certified Mail, Return Receipt Requested to Ms. Gerry Lowry, Fulbright & Jaworski, L.L.P.,

1301 McKinney, Suite 5100, Houston, Texas 77010, attorney for Merck & Co., Inc., on this

9th  day of November 2005.   Additional copies were also served on Plaintiffs' Liaison

Counsel and Defendants' Liaison Counsel.

JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having met with Paula Ann Barker to review her file for her claim against Merck & Co., Inc., on October 5, 2005, Paula Ann Barker has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Southern District of Texas, cause number H-04-4559.

Dated this 9th day of November 2005.

_____
JOSEPH R. ALEXANDER, JR.