FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA 2005 NOV 10 P 2:26

LORETTA G. WHYTE

IN RE: VIOXX                                      :        MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION:
                                              :        SECTION: L
                                              :
THIS DOCUMENT RELATES TO ALL CASES:        JUDGE FALLON
                                              :        MAG. JUDGE KNOWLES

## NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED)

TO:    Merck & Co, Inc.
         Through
         Phillip A. Wittmann, Esq.
         STONE, PIGMAN
         546 Carondelet Street
         New Orleans, Louisiana 70130-3588
         LIAISON COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individuals on the dates and times indicated below at the Main Campus of The Cleveland Clinic Foundation, 9500 Euclid Avenue, Cleveland, Ohio 44195, or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures - The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

        Videotaped Deposition:           Yes

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

W:\25000-29999\27115\000\PLD\Notice of Deposition of Eric Topol, MD 2005-11-07.doc

1

1.   Deponent: **Eric Topol, M.D.**
     Date: **Tuesday, November 22, 2005**
     Time: **9:30 a.m.  EST**
     Primary Examiner: **A Member of the PSC or its designee**

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024

Temporary address:

3411 Richmond Ave., Suite 460
Houston, TX  77046
PH:     (713) 877-1843
FAX:   (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |

W:\25000-29999\27115\000\PLD\Notice of Deposition of Eric Topol, MD 2005-11-07.doc

| | |
|---|---|
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on the below listed counsel via electronic submission, facsimile and/or U.S. Mail, and on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 7th day of November, 2005:

Victoria L. Vance, Esq.
The Cleveland Clinic Foundation
1950 Richmond Road
Lyndhurst, OH 44124

_____
**LEONARD A. DAVIS**

W:\25000-29999\27115\000\PLD\Notice of Deposition of Eric Topol, MD 2005-11-07.doc