# AFFIDAVIT OF SERVICE

**COUNTY: ARANSAS**          CASE # A-05-0065VCV          COURT 343          500
                                                         Clt. Ref.#

BRIAN MCKENNA, INDIV. ET AL

VS
MERCK & CO., INC. AND JACK BRACKLIN, M.D.

05-3221

The documents came to hand for service on 04/26/05   Time: 09:56:45

Documents received for service:

**CITATION; PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on **04/29/05**   **Time: 14:50:00**

Executed at: 350 N. St. Paul
             Dallas, TX 75201
to the following: **Merck & Co. Inc.**
                  **By Delivering To C.T. Corporation System**
                  **Accepted By Shirley Dillon**

__X__ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Tobin E. McDowell                 , am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: _____                    Tobin E. McDowell
                                           Professional Civil Process Dallas, Inc.
Witness Fee Tendered: _____            2001 Bryan Street Suite 3175
                                                  Dallas, Texas 75201

STATE OF TEXAS}
                            VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this ___ day of May 200_5_.

PCP Inv. #D04050705
                                        NOTARY PUBLIC FOR THE STATE OF TEXAS

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No _____

DEE ROBERTS
MY COMMISSION EXPIRES
September 27, 2007



**BRIAN MCKENNA, ET AL**

vs.

**MERCK & CO., INC, & JACK BRACKIN, M.D.**

**343RD DISTRICT COURT**

**ARANSAS COUNTY, TEXAS**

**DOCKET NO. A-05-0065-CV-C**

## CITATION

MERCK & CO., INC.
C.T. CORP SYSTEM, REG. AGENT
350 N. ST. PAUL
DALLAS, TX 75201-

You are hereby commanded to appear before the 343RD DISTRICT COURT of ARANSAS County, Texas by filing a written answer to the Plaintiff's PLAINTIFF'S ORIGINAL PETITION on or before 10 o'clock A.M. of the Monday next after expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause numbered A-05-0065-CV-C, styled BRIAN MCKENNA, ET AL, Plaintiff/Petitioner, vs MERCK & CO., INC, & JACK BRACKIN, M.D.,Defendant/Respondent, filed in said court on MARCH 28, 2005.

The name and address of the attorney for plaintiff/petitioner, or the address of plaintiff/petitioner is: KATHRYN SNAPKA, P.O. DRAWER 23017, CORPUS CHRISTI, TX 78403

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

WITNESS,PAM HEARD, Clerk of the 343RD DISTRICT COURT of ARANSAS County, Texas.

Issued and given under my hand and seal this the 29th day of March, 2005.

PAM HEARD, District Clerk of ARANSAS County, Texas.

By_____Deputy

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand on the _____day of_____, _____, at _____o'clock____M. Executed at (address) _____ in the County of_____ Texas, at _____o'clock ____.M. on the _____day of _____, _____ by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the _____ Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.
FEE: $ _____

Delivered by:_____

_____County, Texas

By_____Deputy

_____Affiant

SEE ATTACHED ORIGINAL RETURN OF SERVICE

gencit.rcv