# AFFIDAVIT OF SERVICE

**COUNTY: ARANSAS**            CASE # A-05-0065CVC            **COURT 343**

Clt. Ref.#

BRIAN MCKENNA, INDIV. ET AL

VS
MERCK & CO., INC. AND JACK BRACKLIN, M.D.

*05-3221*

The documents came to hand for service on 04/22/05  Time: 11:00:00

Documents received for service:

**CITATION; PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on **04/27/05  Time: 10:50:00**

Executed at: 1209 Highway 35 N.
            Rockport, TX 78382
to the following: **Brackin, Jack M.D.**

_____    PERSONALLY delivering the document(s) to the person above.
_____    SUBSTITUTE SERVICE per Order by delivering to _____a person
            over sixteen (16) years of age, at the above listed address which is the usual
            place of abode/business of the above named person.
_____    POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Charles Allen _____ ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____

Witness Fee Tendered:_____

STATE OF TEXAS}

_____
Charles Allen
Professional Civil Process
317 Peoples Street Suite 500
P.O. Box 181293 (78480-1293)
Corpus Christi, Tx. 78401-2356

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this _27_ day of _April_ 200_5_.

PCP Inv. #C04050286

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

E BIER
NOTARY PUBLIC
State of Texas
Comm. Exp. 09-14-2006

General Citation P/S



edoc Technologies, Inc. Austin, Tx

BRIAN MCKENNA, ET AL

VS.

MERCK & CO., INC, & JACK BRACKIN, M.D.

**343RD DISTRICT COURT**

**ARANSAS COUNTY, TEXAS**

**DOCKET NO. A-05-0065-CV-C**

# CITATION

JACK BRACKIN, M.D.
1209 HIGHWAY 35 N.

ROCKPORT, TX 78382-

You are hereby commanded to appear before the 343RD DISTRICT COURT of ARANSAS County, Texas by filing a written answer to the Plaintiff's PLAINTIFF'S ORIGINAL PETITION on or before 10 o'clock A.M. of the Monday next after expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause numbered A-05-0065-CV-C, styled BRIAN MCKENNA, ET AL, Plaintiff/Petitioner, vs MERCK & CO., INC, & JACK BRACKIN, M.D.,Defendant/Respondent, filed in said court on MARCH 28, 2005.

The name and address of the attorney for plaintiff/petitioner, or the address of plaintiff/petitioner is: KATHRYN SNAPKA, P.O. DRAWER 23017, CORPUS CHRISTI, TX 78403

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

WITNESS,PAM HEARD, Clerk of the 343RD DISTRICT COURT of ARANSAS County, Texas.

Issued and given under my hand and seal this the 29th day of March, 2005.

PAM HEARD, District Clerk of ARANSAS County, Texas.

By_____Deputy

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand on the _____day of_____, _____, at _____o'clock____M. Executed at (address) _____ in the County of_____ Texas, at _____o'clock ____.M. on the _____day of _____, _____ by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the _____ Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.
FEE: $ _____

_____Affiant

gencit.rcv

Delivered by:_____

_____County, Texas

By_____Deputy

SEE ATTACHED ORIGINAL RETURN OF SERVICE