# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 14  AM 9: 07

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| **KNOWLES** | | |
| **Plunkett v. Merck & Co., Inc.,** | * | |
| | * | **CASE NO. 2:05CV4046** |
| | * | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT MERCK'S EXHIBITS

Plaintiff hereby submits objections to the Defendant's exhibits as set forth below.  Plaintiff's attempt to identify specific documents subject to Plaintiff's previously filed motions in limine is not a waiver of objections; Plaintiff reserves the right to assert any previously asserted in limine objections to the exhibits listed below.  Plaintiff has attempted to make a good faith review of the thousands of pages of documents submitted to the Plaintiff by the Defendant.  Plaintiff's review of the exhibits began on Thursday, November 10, 2005 at 2:00 p.m. CST when they received a copy of the defense exhibits with a deadline to file objections of November 11, 2005.  Plaintiff reserves the right to supplement these objections or to raise additional objections at trial, as appropriate.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

| Ex # | Title | Objection |
|---|---|---|
| 1. | ICH Harmonized Tripartite Guideline: The Extent of Population Exposure to Assess Clinical Safety for Drugs ..... Conditions E1 | |
| 2. | Ltr from MRL to FDA re: Original IND: L-748,731 | |
| 3. | Ltr from FDA to MRL re: IND 46,894 | |
| 4. | ICH-E1A Guideline for Industry: The Extent of Population Exposure to Assess Clinical Safety for Drugs .....Conditions | |
| 5. | Medical Affairs Procedures & Policies, Procedure 11: Clinical Study Blinding | |
| 6. | Ltr from Heisler to Gilmartin re: Merck's participation in the World Bank African Program for Onchocerclasis Control | Improper character evidence – MIL #4 |
| 7. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | |
| 8. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | |
| 9. | Ltr from MRL to FDA re: MK-0966: IND 46,894 (L-748,731) | |
| 10. | Ltr from MRL to FDA re: IND 46,894: MK-0966  Protocol Amendment – Change in Protocol | |
| 11. | Fax from FDA to B. Goldmann | |
| 12. | Phase III OA Clinical Development Strategy | |
| 13. | Memorandum | |

| | | |
|---|---|---|
| 14. | MRL memo to MK-966 (COX-2) Project Team Members re: MK-966 (COX-2) Project Team Minutes – Nov. 8, 1996 | |
| 15. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) (1/16/97) | |
| 16. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) (5/20/97) | |
| 17. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) (6/16/97) – Protocol Amendment – New Protocol | |
| 18. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) (8/22/97) – Protocol Amendment – New Protocol | |
| 19. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Background Pkg for 12/11/97 Pre-NDA Meeting | |
| 20. | Project Team Minutes | Document contains improper character evidence (MIL #4), constitutes inadmissible hearsay, and is not relevant to these proceedings. |
| 21. | Memo from J. Schwartz & P. Hong to B. Gertz et al re: Prolongation of the QTc Interval Evaluation | Document is incomplete, confusing & vague. Irrelevant. |
| 22. | Watson's CV Analysis MRL Epidemiology Dept Tec Rpt No. EPR7006.005.98 | Document contains improper references to heart attacks in the general population in comparison to heart attacks in the pertinent study – MIL #1. Irrelevant. Hearsay. Lack of foundation. |
| 23. | Final results of analysis of CV events in clinical trials | Document contains improper references to heart attacks in the |

| | | |
|---|---|---|
| | | general population in comparison to heart attacks in the pertinent study – MIL #1.  Irrelevant.  Hearsay.  Lack of foundation. |
| 24. | Ltr from MRL to FDA re: Original IND: MK-0966 (L-748,731) | |
| 25. | Ltr from FDA to MRL re: IND 55,269 | |
| 26. | Dr. Alan Nies' Write-up for Meeting of Board of Scientific Advisors | Document contains improper references to GI events resulting from non-selective NSAIDs - MIL #8. |
| 27. | Memo: Scientific Advisors' Meeting May 3-6, 1998; Programmatic Review, VIOXX Program | |
| 28. | Ltr to Brenda Colatrella & Nelson Aldrich re: selection of Merck as one of America's 25 most generous companies by The American Benefactor | Improper character evidence – MIL #4 |
| 29. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731 | |
| 30. | Minutes from VIOXX project team | |
| 31. | Email from Scolnick to D. Anstice Subj: Vioxx | |
| 32. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – Change in Protocol | |
| 33. | Email from L. Patino to D. Anstice et al w/Background Pkg for Review Prior to HHPAC Meeting 8/21 | |
| 34. | Ltr from Robert Silverman to Robert DeLapp | |

| | | |
|---|---|---|
| 35. | Ltr from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | |
| 36. | Clinical Safety Rpt for Protocol 069 (GI Meta-Analysis) | |
| 37. | Email from A. Nies to T. Baillie re: draft discussion" Effect of Chronic Dosing of COX-2 Inhibitors on Prostanoid Excretion in Conscious Dogs" | |
| 38. | Memo from Denis Riendeau to Don Nicholson & ike Gresser re: Dog urinary prostaglandin study | |
| 39. | Ltr from Gro Harlem Brundtland to R. Gilmartin re: Merck's offer to donate to the WHO Lymphatic Filariasis programme | Improper character evidence – MIL #4 |
| 40. | "E. Clinical Safety" Vioxx Clinical Documentation | |
| 41. | Section of ISS dealing w/Thromboembolic Cardiovascular Adverse Experiences | |
| 42. | Fax from FDA to MRL | |
| 43. | Ltr from MRL to FDA re: Original New Drug App. NDA 21-042: Vioxx (rofecoxib) Tablets | This does not appear to be the document identified in the defendant's list of exhibits. Plaintiff reserves the right to supplement objections. |
| 44. | Policy Ltr 128 | |
| 45. | Policy Ltr 140 | |
| 46. | Policy Ltr 110 | |

| | | |
|---|---|---|
| 47. | Policy Ltr 118 | |
| 48. | Ltr from MRl to FDA re: IND # 55,269: MK-0966 Protocol Amendment-New Protocol | |
| 49. | Minutes: FDA/Merck Research Laboratories Vioxx G.I. Outcomes Meeting | |
| 50. | Ltr from MRl to FDA re: IND 46,894: Vioxx (Rofecoxib, MK-0966) Protocol Amendment | |
| 51. | Regulatory Highlights for Vioxx from 99-00 | Internal timeline.  Document is self-serving & improper character evidence – MIL #4 |
| 52. | Analgesic & Anti-inflammatory Training Program | |
| 53. | Rules of The Road | Merck training manual that includes improper character evidence – MIL #4 |
| 54. | FDA facsimile to MRL | |
| 55. | Memo from M. Lee to E. Ehrich & B. Daniels re: Effect of MK-0966 on  QTc interval (Attachment 1) | |
| 56. | Memo from E. Ehrich & J. Giuliano to B. Seldenbert et al re: "MK-0966 Addtl ECG Analysis" | |
| 57. | Medical Affairs Procedures & Policies, Procedure 13: Adverse Experience Reporting to Worldwide Product Safety & Epidemiology | |
| 58. | Email from D. Riendeau to B. Gertz re: dog urinary study-preliminary | Attachments are incomplete.  Email has five attachments shown w/only |

| | | three attachments included. |
|---|---|---|
| 59. | Memo from J. P. Falqeyret to Denis Riendeau re: Inhibition of the B-oxidationof 6-keto-PGF 1 in isolated hepatocytes by Cox-2 inhibitors | |
| 60. | Memo to Denis Reindeau et al re: "Exploratory analysis of urinary metabolites form metabolism of 3H-6 keto PGF 1a in anesthetized dogs treated w/Celecoxib" | |
| 61. | Ltr from MRL to FDA re: NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) Safety Update Rpt | |
| 62. | Ltr from MRL to FDA re: IND 46,894 (L-748,731) Protocol Amendment – New Protocol | |
| 63. | Ltr from MRL to FDA | |
| 64. | Ltr from Robert Silverman to Robert DeLapp re: NDA 21-042 | |
| 65. | Arthritis Advisory Committee meeting, Silverman's Slides | |
| 66. | "NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Info Presented to: Arthritis Advisory Committee 4/20/99 | |
| 67. | PI 9183800 | |
| 68. | Fax from FDA to MRL | |
| 69. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (Rofecoxib) Tablets, Resp to FDA Req | |
| 70. | Email from S. Cook to MRL Regulatory Liaison re: Draft | |

| | | |
|---|---|---|
| 71. | Fax from FDA to MRL | |
| 72. | Email from MRL Regulatory Liaison – Domestic to Sandra Cook re: NDA 21-042: Label | |
| 73. | Ltr from FDA to MRL re: NDA 21-042 | |
| 74. | Fax from MRL to FDA re: Press Materials for Vioxx | Attachments to letter to FDA are not included (press releases re: approval of Vioxx) |
| 75. | Ltr from FDA to MRL | |
| 76. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (Rofecoxib) Tablets | |
| 77. | Memo from Denis Riendeau | |
| 78. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (rofecoxib tablets) Supplemental New Drug App 50 mg Tablets | |
| 79. | CV SOP | |
| 80. | P1 9183801 | |
| 81. | Ltr from MRL to FDA re: INDA 46,894: Vioxx (Rofecoxib) Info Amendment – Clinical, Data Analysis Plan for Protocol 088 | |
| 82. | Ltr from D. Erb to R. Katz re: IND 55,269: MK-0966 Protocol Amendment – Change of Protocol | |
| 83. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |

| | |
|---|---|
| 84. | Ltr from D. Erb to R. Katz re:IND 55,296: MK-0966 Protocol Amendment – Change of Protocol |
| 85. | Ltr from MRL to FDA re: NDA 21-042 Vioxx (Rofecoxib) General Correspondence |
| 86. | Ltr from MRL to FDA re: IND 46,894 Protocol Amendment – Change of Protocol |
| 87. | Ltr from MRL to FDA |
| 88. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (rofecoxib tablets) Special Supplement – Changes Being Effected |
| 89. | Bulletin COX 00=079 Reference Binder for Vioxx |
| 90. | Ltr from E. Floyd to K. Midthun re: IND 46,894: Vioxx (Rofecoxib) Protocol Amendment – Change in Protocol |
| 91. | Ltr from FDA to MRL re: NDA -21-042/S-003 |
| 92. | FDA approves Patient Pkg Insert for Vioxx |
| 93. | PI 9183802 |
| 94. | Ltr from MRL to FDA re: Rofecixob (L-748731; MK-0966) Initial Investigational New Drug App |
| 95. | Ltr from FDA to MRL re: IND 59,222 |
| 96. | Ltr from MRL to FDA re:  IND 46,894: Vioxx (Rofecoxib) General Correspondence, Req for PRE-sNDA Meeting, VIGOR Trial |

| 97. | Ltr from MRL to FDA re: IND 46,894: Vioxx (Rofecoxib) General Correspondence, Req for PRE-sNDA Meeting, Rheumatoid Arthritis | |
| 98. | NDA 21-042: Vioxx (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | |
| 99. | Ltr from MRL to FDA r: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| 100. | Naproxen Label – June 2000 | |
| 101. | Aspirin Label | |
| 102. | Clinical Study Report (CSR) | |
| 103. | Fax from FDA to MRL re: IND 59,222 | |
| 104. | Ltr from MRl to FDA re: IND 55,269: MK-0966 Protocol Amendment – New Protocol | |
| 105. | Ltr from FDA to MRL | Ltr to FDA from the company addressing a supplemental NDA (New Drug Application). Subject matter seems to be irrelevant & the redacted portions make the document vague, ambiguous & confusing |
| 106. | PI 913804 | |
| 107. | NDA 21-042: Vioxx (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | |
| 108. | Ltr from MRL to FDA re: IND 46,894: Vioxx (rofecoxib) Info Amendment – | |

| | | |
|---|---|---|
| | Clinical Vioxx Gastrointestinal Outcomes Research (VIGOR) Data Analysis Plan (DAP) | |
| 109. | MRL ltr to FDA re: NDA 21-042: Vioxx (Rofecoxib) Resp to FDA Req for Info | |
| 110. | MRL ltr to FDA re: NDA 21-042: Vioxx (rofecoxib tablets) Background Pkg for 4/10/00 Pre-sNDA Meeting Vioxx Gastrointestinal Outcomes Research Study (VIGOR) | |
| 111. | Memo from Peter Gruer to Alise Reicin regarding Cardiovascular AEs | |
| 112. | Fax from FDA to MRL | |
| 113. | Ltr from MRl to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| 114. | E mail form D. Bjorkman to D. Shapiro | Improper attempt to express an expert opinion – MIL #9.  Improper character evidence – MIL #4 |
| 115. | Email from Deborah Shapiro to Susan Stauffer | |
| 116. | MRL ltr to FDA re: IND 46,894: Vioxx (rofecoxib)Amendment to Pending App | |
| 117. | Dear Investigator Ltr | |
| 118. | Bulletin COX 00-019 | |
| 119. | Press Release | |
| 120. | MRL Ltr to FDA re: IND 46,894: Vioxx (rofecoxib) General Correspondence | |

| | |
|---|---|
| 121. | Ltr from MRL to FDA |
| 122. | Email from Alise Recin to Alan Nies, Barry Gertz re: Patrono on Vigor |
| 123. | P1 9556412 |
| 124. | NDA 21-042/S-003: Vioxx (rofecoxib tablets ) NDA 21-052/S-003: Vioxx (rofecoxib oral suspension) Final Printed Labeling for Approved Supplemental NDAs |
| 125. | Fax from FDA to MRL |
| 126. | Randall Pierson, "Merck's Vioxx Seen Facing FDA Scrutiny on Heart Attacks" |
| 127. | "Merck falls on safety concerns from Vioxx arthritis trial," Reuters |
| 128. | Dow Jones article |
| 129. | CNBC transcript from "Today's Business Early Ed" |
| 130. | CNBC transcript from "Street Signs" |
| 131. | Bulletin COX 00-029 New Obstacle Response |
| 132. | "Shares of Merck Sink on Worries Over Vioxx," WSJ |
| 133. | FDA Webview: FDA: Too Early to Tell If Merck's Vioxx Needs Stronger Labeling |
| 134. | Merck Memo Raymond Bain's Alzheimer's Analysis |
| 135. | MRL ltr to FDA re: IND 46,894: Vioxx (rofecixob) Resp to FDA Req for Info |

| | |
|---|---|
| 136. | Ltr to Robert Utiger from Claire Bombardier |
| 137. | Press Release |
| 138. | Report from Digestive Disease Week Congress |
| 139. | Ltr from MRL to FDA re: NDA 21-042/S-003: Vioxx (rofecoxib tablets) NDA 21-052/S-003: Vioxx (rofecoxib oral suspension) Req for Agency Resp |
| 140. | Fax from FDA to MRL |
| 141. | Fax from FDA to MRL |
| 142. | Email from Dorothy Bolton r: Press Materials: EULAR Journalists Workshop |
| 143. | Ltr from MRl to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| 144. | Ltr from D. Erb to R. Pazdur re: IND 59,222: MK-0966 Protocol Amendment – Change in Protocol 122: Sporadic Adenomatous Polyp (SAP) Chemoprevention Study |
| 145. | MRL ltr to FDA re: NDA 21-042: Vioxx (rofecoxib tablets) Supplemental New Drug App, Vioxx Gastrointestinal Outcomes Research Study (VIGOR) |
| 146. | PI 9183806 |
| 147. | Emails including Ned Braunstein & Ed Scolnick re: report on APS patients – Memo attached |
| 148. | Ltr from FDA to MRL re: NDA -210042/S-007 |
| 149. | PI 9556413 |

| | |
|---|---|
| 150. | Ltr from MRl to FDA re: NDA 21-042/S-007 Vioxx (rofecoxib tablets) NDA 21-052/S-004 Vioxx (rofecoxib oral suspension) |
| 151. | Ltr from MRl to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| 152. | Ltr form MRL to FDA re: IND 46,894: Vioxx (rofecoxib) Resp to FDA Req for Info |
| 153. | Ltr from MRl to FDA |
| 154. | Ltr from MRL to FDA re: NDA 21-042/S-003: Vioxx (rofecoxib tablets) Special Supplement – Changes Being Effected |
| 155. | Ltr from MRL to FDA re: NDA 21-042/S-004: Vioxx (rofecoxib oral suspension) Safety Update Report Vioxx Gastrointestinal Outcomes Research Study (VIGOR) |
| 156. | Ltr from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – Change in Protocol |
| 157. | Fax from FDA to MRL |
| 158. | Policy Ltr 140 |
| 159. | Orientation & Welcome, Leader's Guide |
| 160. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib) Draft Bakground Pkg foro Arthritis Advisory Committee |
| 161. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info |
| 162. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |

| | | Improper expert opinion MIL #8 |
|---|---|---|
| 163. | Barr Expert Opinion Report on Cardiovascular findings of VIGOR Study | |
| 164. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets ) Resp to FDA Req for Info | |
| 165. | Ltr from MRL to FDA re: Initial Investigational New Drug App MK-0966 (L-748731): Vioxx (rofecoxib) – Treatment of Migraine | |
| 166. | Fax from FDA to MRL | |
| 167. | Merck Culture, Leader's Guide | |
| 168. | Policy Ltr # 110: Statement of Professional Responsibility of US Human Health Professional Reps | |
| 169. | Policy Ltr # 118: Pharmaceutical Info to Physicians, Pharmacists, & Other Health Care Professionals | |
| 170. | Basic Training Orientation | |
| 171. | Policy Ltr 141 | |
| 172. | District Implementation Meeting | |
| 173. | Ltr from MRI to FDA re: IND 46,894: Vioxx (rofecoxib) Resp to FDA Req for Info | |
| 174. | Ltr from R. Silverman to J. Bull re: IND 46,894: Vioxx (rofecoxib) Info Amendment – clinical | |
| 175. | Ltr from MRL to FDA re: IND 46,894: Vioxx (rofecoxib) General Correspondence | |

| | | |
|---|---|---|
| 176. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info | |
| 177. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info | |
| 178. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib) Resp for Agency Meeting | |
| 179. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info | |
| 180. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info/Req for Teleconference | |
| 181. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info | |
| 182. | Memo from D. Shapiro to R. Silverman | |
| 183. | Minutes to VIGOR Pre-Advisory Committee Meeting | |
| 184. | DDMAC Warning Ltr to Pharmacia | Irrelevant |
| 185. | DDMAC Ltr to McMillen | Irrelevant |
| 186. | Email from Scolnick to Nies, Reicin, Guess | |
| 187. | FDA Advisory Committee Hearing, Transcript | MIL #8; Hearsay |
| 188. | Merck Slide Show Presentation to FDA Advisory Committee | |

| | | MIL #8; Hearsay; Self-serving statements |
|---|---|---|
| 189. | Press Release | |
| 190. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) General Correspondence – Req for Meeting | |
| 191. | Ltr from FDA to MRL re: NDA 21-032/S-007 NDA 21-052/S-004 | |
| 192. | Ltr from MRL to FDA re: NDA 21-052: Vioxx (rofecoxib tablets) Supplemental New Drug App Rheumatoid Arthritis | |
| 193. | PI 9183807 | |
| 194. | Selling Clinics Leader's Guide | |
| 195. | Selling Clinics | |
| 196. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Amendment to Supplemental New Drug App | |
| 197. | Ltr from D. Erb to R. Katz re: IND 55,296: MK-0966 (L-748731) Protocol Amendment – Change in Protocol | |
| 198. | Regulatory Liaison FDA Conversation Record | Hearsay |
| 199. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info | |
| 200. | African Green Monkey Slide Set | Hearsay; Irrelevant |
| 201. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| 202. | Ltr from MRL to FDA | |

| | | |
|---|---|---|
| 203. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info (ADVANTAGE CSR) | |
| 204. | Clebrex DDMAC ltr | Irrelevant |
| 205. | Email from Silverman to Folkendt re: NDA 21-042/S-007: ADVANTAGE CSR | |
| 206. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (rofecoxib oral susupension) Special Supplement – Changes Being Effected | |
| 207. | Ltr from FDA to MRL re: nDA 21-042/S-007 NDA 21-052/S-004 | |
| 208. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info (ADVANTAGE CSR – Item 11) | |
| 209. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info (ADVANTAGE CSR – Item 12) | |
| 210. | PI9183808 | |
| 211. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info  - Req for FDA Comment | |
| 212. | Fax from FDA to MRL | |
| 213. | Ltr from MRL to FDA re: NDA 21-052/S-004: Vioxx (rofecoxib oral suspension) Amendment to Supplemental New Drug App | |
| 214. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info/Req for FDA Comment | |

| | | |
|---|---|---|
| 215. | Memo from Shapiro & Mukhopadhyay to Sulverman & Reicin | MIL #8 |
| 216. | Ltr from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – Change in Protocol | |
| 217. | Ltr from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – Change in Protocol | Irrelevant |
| 218. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Minutes to 4/11/01 FDA/MRL Meeting | |
| 219. | Merck Press Release | MIL #8 |
| 220. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info | |
| 221. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| 222. | Ltr from MRl to FDA re: Initial Investigational New Drug App MK-0966 IL-74731): Rofecoxib – Adjuvant Therapy for Patients w/Prostate Cancer | |
| 223. | Fax from FDA to MRL re: 21-042 S-007 Exclusion from SUR | |
| 224. | Ltr from FDA to MRL re: IND 62,768 | |
| 225. | Ltr from MRL to FDA re: NDA 21-042/S-012: Vioxx (Rofecoxib Tablets) Safety Update Report Rheumatoid Arthritis | |
| 226. | Training module for sales repos | |
| 227. | PI 9183809 | |

| | | |
|---|---|---|
| 228. | Fax from FDA to MRL re: NDA21-042/s007 Advantage, FDA 4/6/01 Approvable ltr | |
| 229. | Teleconference b/t Silverman & Goldhind re: 21-042/21-052 | |
| 230. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info (Safety Update Report) | |
| 231. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info (Safety Update Report No. 2) | |
| 232. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info (Safety Update Report No. 3) | |
| 233. | Fax from FDA to MRL re: NDA 21-042 Clinical Info Req | |
| 234. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (rofecoxib) | |
| 235. | Ltr from MRL to FDA | |
| 236. | Anstice/Merck resp to FDA Warning Ltr | |
| 237. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (Rofecoxib Tablets) Special Supplement – Changes Being Effected | |
| 238. | Email from Moan to Kornowski & Nichtberger w/attached abstract "The Effects of COX-2 Inhibitors on BP Control & Cardiovascular Safety in Patients w/Hypertension – Experiences from LIFE" (Losartan Intervention for Endpoint) | |
| 239. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| 240. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp | Appears to be a draft, not final |

| | | document. Objection. |
|---|---|---|
| 241. | Email from B. Gould to R. Silverman re: Vioxx Draft Label | |
| 242. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for Info | |
| 243. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) NDA 21-052/S-004: Vioxx (rofecoxib oral suspension) Amendment to Supplemental New Drug App | |
| 244. | Email from Scolnick to Reicin | |
| 245. | Email from Reicin to Scolnick | |
| 246. | Email from Silverman (MRL) to Gould re: NDA 21-042/S-007: Info relevant to VIGOR label negotiations | |
| 247. | Email from S. Duffy-Cyr to B. Blehn et al: Newsedge-web.com summary of Goldman Sachs conf call led by Dr. Fitzgerald | |
| 248. | Goldman Sachs Investment Research Report | Document is incomplete - Objection. |
| 249. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Amendment to Supplemental New Drug App | |
| 250. | Annual Business Brief (Scolnick Slide) | Portions of document are irrelevant; Some improper character evidence; MIL #4. |
| 251. | Ltr from MRL to FDA re: NDA 21-052: Oral Suspension Vioxx (Rofecoxib) | |

to FDA Req for Info

| 252. | Fax from FDA to MRL re: NDA 21-042/S-012 AE Ltr | |
|------|--------------------------------------------------|---|
| 253. | Fas from FDA to MRL re: NDA 21-042/S-007 & NDA 21-052/S-004 Draft Label Proposal | |
| 254. | Our Values & Standards: The Basis of Our Success | |
| 255. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Amendment to Supplemental New Drug App (Revised Proposed Label) | |
| 256. | Fax from FDA to MRL re: NDA 21-042/S-007 & NDA 21-052/S-004 AE Ltr | |
| 257. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) NDA 21-052/S-004: Vioxx (Rofecoxib Oral Suspension) General Correspondence (Rofecoxib & Cardiovascular Events) | |
| 258. | Ltr from Silverman to Raczkowski re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment – Changes in Protocol (Protocol No. 122) | |
| 259. | Fax from FDA to MRL re: NDA 21-042/S-007, 012  NDA 21-042/S-004, 007 Proposed Label | |
| 260. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) NDA 21-052/S-004: Vioxx (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug App (Clarification of VIGOR Data in Proposed Label) | |
| 261. | Ltr from Silverman to Simon re: NDA 21-042/S-007: Vioxx (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug App (Revised Proposed Label) | |
| 262. | FDA Req for Info | |

| | | |
|---|---|---|
| 263. | Email from R. Silverman to Gould re: VIGOR label negations proposals | |
| 264. | Silverman's copy of PSUR #6[(no WORF submission] | |
| 265. | Email from Silverman to Gould re: NDA 21-042/S-007; VIGOR label proposal | |
| 266. | MRL Resp to FDA Req for Info | |
| 267. | WPS&E Processing of Adverse Experience Info, SOP No. 1 | MIL #8 |
| 268. | Memorandum from M. L. Villalba to L. Goldkind re: Cardiovascular data in Alzheimer's studies | |
| 269. | APPROVe Trial Cardiovascular Safety Report | |
| 270. | Amicus Curlae Brief of USA in Support of Defs/Respondents SmithKline Beecham Consumer Healthcase LP, et al in Dowhal v. SmithKline Beecham | Relevance, Lack of foundation; Prejudicial; Hearsay |
| 271. | Our Values & Standards in Action, USHH Field Sales Version, Scenarios & Responses | |
| 272. | PI 9183811 | |
| 273. | PI 9183810 | |
| 274. | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Major Amendment | |
| 275. | Ltr from Casola to Governale re: NDA 21-042 Vioxx (rofecoxib) tablets; NDA 21-052 Vioxx (rofecoxib) oral suspension | |
| 276. | NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Major Amendment (Complete | |

| | | Resp) | |
|---|---|---|---|
| | 277. | Fax from Gould to N. Braunstein re: Approval Ltr for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014, and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | |
| | 278. | Bulletin COX 02-027 | |
| | 279. | Ltr from Casola of Merck to FDA | |
| | 280. | Medical Affairs Procedures & Policies, Procedure 13 (Addendum); Clarification of Adverse Experience Reporting for Clinical Studies & Marketing Programs | |
| | 281. | Bulletin COX 02-038 | |
| | 282. | Bulletin COX 02-039 | |
| | 283. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (rofecoxib tablets) Final Printed Labeling for Approved Supplemental NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 | |
| | 284. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (Rofecoxib Tablets) Special Supplement – Changes Being Effected | |
| | 285. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | |
| | 286. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| | 287. | Press Release | |
| | 288. | Ltr from Braunstein to Katz re: IND 55,296: MK-0966 Info Amendment – | |

| | Clinical Study Reports (CSRs) 091 and 126 | |
|---|---|---|
| 289. | Amicus Brief for US in Support of Def-Appellee & Cross-Appellant, & in Favor of Reversal of Dist Ct's Order Denying Partial SJ to Def-Appellee & Cross-Appellant in Motus v. Pfizer, Inc. | Relevance, Lack of foundation; Hearsay; Prejudicial |
| 290. | Ltr from Hostelley to Seligman | |
| 291. | Ltr from MRL to FDA re: IND 46,894: Vioxx (Rofecoxib) Req for Special Protocol Assessment (Combined Analysis of Thrombotic Cardiovascular Events in Placebo-Controlled Studies of Rofecoxib) | |
| 292. | Ltr from Braunstein to Simon re: IND 55,269: Vioxx (Rofecoxib) General Correspondence Notification of Termination of Protocol 078, Rofecoxib Alzheimer's Disease Prevention Study | |
| 293. | Ltr from MRL to FDA re: IND 46,894: Vioxx (Rofecoxib) General Correspondence, Background Info for CV Outcomes Teleconference | |
| 294. | Ltr from Huang to Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – New Protocol | |
| 295. | Ltr from MRL to FDA re: NDA 21-042: Vioxx Rofecoxib Tablets NDA 21-052: Vioxx Rofecoxib Oral Suspension Resp to Info Req | |
| 296. | Ltr from Braunstein to Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – Change in Protocol | |
| 297. | Ltr from Hostelley to Seligman | |
| 298. | Ltr from MRL to FDA re: IND 46,894: Vioxx (Rofecoxib) New Epidemiologic Studies on MI Risk w/Rofecoxib | |

| | | |
|---|---|---|
| 299. | Protocol/Amendment 203-00 | |
| 300. | NA 21-042: Vioxx (Rofecoxib Tablet) NDA 21-052: Vioxx (Rofecoxib Oral Suspension) Supplement – Changes Being Effected | |
| 301. | Ltr from MRl to FDA re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment – Change in Protocol | |
| 302. | Ltr from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| 303. | Ltr from Braunstein to Simon re: IND 46,894: Vioxx (Rofecoxib) Protocol Amendment – New Protocol | |
| 304. | Ltr from FDA to MRL re: NDA 21-042/S-018 & NDA 21-052/S-012 | |
| 305. | Email from Cannuscio to Watson et al re: Solomon Paper rejected by NEJM | |
| 306. | NDA 21-042/S-018: Vioxx Rofecoxib Tablet NDA 21-052/S-012: Vioxx Rofecoxib Oral Suspension Final Printed Labelling for Approved NDA 21-042/S-018 | |
| 307. | Email from Cannuscio to Schecter et al re: NEJM Reviewer comments on Solomon paper.doc | |
| 308. | Fax from FDA to MRL re: Minutes of 2/4/03 CV Outcomes Teleconference | |
| 309. | Ltr from MRL to Seligma | |
| 310. | Fax from Solomon to Cannuscio | Hearsay |
| 311. | Ltr from MRl to FDA re: IND 46, 894: Vioxx (Rofecoxib) Amendment to Req for Meeting/Teleconference (Rofecoxib Protocol 203 Vioxx CV Outcomes Study) | |

| | | Relevance, Character, MIL #4 |
|---|---|---|
| 312. | Ltr from Jimmy Carter to R. Gilmartin requesting contribution to The Carter Center's Onchocerciasis Elimination Program | |
| 313. | Merck Sumit sNDA for JRA | |
| 314. | Ltr from MRI to FDA re: IND 55,269: Rofecoxib (MK-0966) Resp to FDA Req for Info | |
| 315. | PI 9556414 | |
| 316. | PI 9556414 (duplicate?) | |
| 317. | PI 9556415 | |
| 318. | PI 9556416 | |
| 319. | Ltr from MRL to FDA r: IND 46,894: Vioxx Info Amendment – Clinical | |
| 320. | Ltr from MRL to Seligman | |
| 321. | Ltr from FDA to Merck | |
| 322. | Merck submits sNDA to support Vioxx label w/final CV safety data from Alzheimer's studies | |
| 323. | MRL memo | |
| 324. | Ltr from FDA to MRL re: NDA 21-042 | |
| 325. | Quan Safety Update for APPROVe | |
| 326. | Vioxx Timeline – Key Dates for VIGOR & Long-Term, Placebo-controlled | |

| | | |
|---|---|---|
| | Studies Implemented to Provide Cardiovascular Safety Data | |
| 327. | FDA Press Release | |
| 328. | Ltr from K. Roberts (OML) to M. Moncavage (DDMAC) | |
| 329. | Dear Healthcare Provider Ltr re: Merck Announce Voluntary Worldwide Withdrawal of Vioxx | |
| 330. | Ltr from MRL to Seligman | |
| 331. | Ltr from Diane Louie, MD to Brian Harvey, MD re: IND 46,894 | |
| 332. | Slides: Preliminary Cardiovascular Safety Data from the APPROVe Study | |
| 333. | Braunstein's "Cox-2 FDA Advisory Committee Meeting 2005 | |
| 334. | Ltr from MRL to FDA re: NDA 21-042: Vioxx (Rofecoxib Tablets) Advisory Committee Background Pkg (Revised) | |
| 335. | Ltr from MRL to FDA re: IND 46,894 Vioxx: General Correspondence | |
| 336. | US Dept of Health & Human Services: Guidance for Industry: Pre-marketing Assessment | |
| 337. | APPROVe Trial Cardiovascular Safety Report | |
| 338. | Memo from Jenkins & Seligman to NDA files 20-998, 21-156, 21-341, 21-042 re: Analysis & recommendations for Agency action re: non-steroidal anti-inflammatory drugs & cardiovascular risk | Hearsay; Relevance |
| 339. | FDA memo from J. Jenkins, Director, office of new drugs to NDA files 20-998, 21-156, 21-042 re: analysis & recommendations for Agency action re: | Hearsay; Relevance |

| | | |
|---|---|---|
| | non-steroidal anti-inflammatory drugs & cardiovascular risk | |
| 340. | Bextra Public Advisory | Hearsay; Relevance |
| 341. | Ltr from FDA to sponsors of all non-steroidal anti-inflammatory drugs (NSAID) attaching over-the-counter non-selective NSAIDs labeling template | Hearsay; Relevance |
| 342. | Ltr from FDA to sponsors of all non-steroidal anti-inflammatory drugs (NSAID) attaching the prescription non-selective NSAIDs labeling template | Hearsay; Relevance |
| 343. | Merck, Cardiac Event Documentation Inventory, Allocation No. 10385 | |
| 344. | Merck, Ltr from Huang to Rappaport re: Info Amendment – Clinical, & attachment | |
| 345. | Clinical Study Report (CSR) Protocol 201 | |
| 346. | "Theory of Cox-2 Inhibitors" 1 page Slide | |
| 347. | Certificate of Appreciation from UNICEF to Merck | Improper character evidence; MIL #4 |
| 348. | Appendix to SOP | |
| 349. | Report of Expert Advisory Panel on Safety of Cox-2 Selective Non steroidal Anti-Inflammatory Drugs (NSAIDs) | Hearsay |
| 501. | Scientific Article | |
| 502. | Scientific Article | |
| 503. | Scientific Article | |
| 504. | Scientific Article | |

| | | |
|---|---|---|
| 505. | Scientific Article | |
| 506. | Scientific Article | |
| 507. | Scientific Article | |
| 508. | Scientific Article | |
| 509. | Scientific Article | |
| 510. | Scientific Article | |
| 511. | Scientific Article | |
| 512. | Scientific Article | |
| 513. | Scientific Article | |
| 514. | Scientific Article | |
| 515. | Scientific Article | |
| 516. | Scientific Article | |
| 517. | Scientific Article | |
| 518. | Scientific Article | |
| 519. | Scientific Article | |
| 520. | Scientific Article | |

| | |
|---|---|
| 521. | Scientific Article |
| 522. | Scientific Article |
| 523. | Scientific Article |
| 524. | Scientific Article |
| 525. | Scientific Article |
| 526. | Scientific Article |
| 527. | Scientific Article |
| 528. | Scientific Article |
| 529. | Scientific Article |
| 530. | Scientific Article |
| 531. | Scientific Article |
| 532. | Scientific Article |
| 533. | Scientific Article |
| 534. | Scientific Article |
| 535. | Scientific Article |
| 536. | Scientific Article |
| 537. | Scientific Article |

| | | |
|---|---|---|
| 538. | Scientific Article | |
| 539. | Scientific Article | |
| 540. | Scientific Article | |
| 541. | Scientific Article | |
| 542. | Scientific Article | |
| 543. | Scientific Article | |
| 544. | Scientific Article | |
| 545. | Scientific Article | |
| 546. | Scientific Article | |
| 547. | Scientific Article | |
| 548. | Scientific Article | |
| 549. | Scientific Article | |
| 550. | Scientific Article | |
| 551. | Scientific Article | |
| 552. | Scientific Article | |
| 553. | Scientific Article | |

| 554. | Scientific Article |
|------|--------------------|
| 555. | Scientific Article |
| 556. | Scientific Article |
| 557. | Scientific Article |
| 558. | Scientific Article |
| 559. | Scientific Article |
| 560. | Scientific Article |
| 561. | Scientific Article |
| 562. | Scientific Article |
| 563. | Scientific Article |
| 564. | Scientific Article |
| 565. | Scientific Article |
| 566. | Scientific Article |
| 567. | Scientific Article |
| 568. | Scientific Article |
| 569. | Scientific Article |
| 570. | Scientific Article |

| No. | Description | |
|---|---|---|
| 571. | Scientific Article | |
| 572. | Scientific Article | |
| 573. | Scientific Article | |
| 574. | Scientific Article | |
| 575. | Scientific Article | |
| 576. | Scientific Article | |
| 577. | Scientific Article | |
| 578. | Scientific Article | |
| 579. | Scientific Article | |
| 801. | Affidavit for Arrest Warrant | Subject to MIL #10. Irrelevant under R. 401 & impermissible character evidence under R. 404 |
| 802. | Flagler Hospital Visit Record (1998) | |
| 803. | Flagler Hospital Billing Records | |
| 804. | Flagler Hospital ER Records (2001) | |
| 805. | St. John's Cty Fire Rescure Dept Records | |
| 806. | Care Report | |

| | | |
|---|---|---|
| 807. | Craig Funeral Home & Crematory | |
| 808. | Worker's Comp File | |
| 809. | Autopsy Report | |
| 810. | Life Ins. Records | |
| 811. | Walgreen's Prescription Records | |
| 812. | Legal Retainer | Irrelevant under R. 401. |
| 813. | St. John's Cty Probate Court papers for Irvin Est. | |
| 814. | Ltrs of Administration | |
| 815. | First Group Sales/Administrators | |
| 816. | Seafood Shoppe Inc. | |
| 817. | Death Certificate | |
| 818. | St. Vincent's Hospital Billing Records | |
| 819. | Ltr from Wheeler to Tomaselli | |
| 820. | BC/BS | |
| 821. | BC/BS | |
| 822. | Med Records of Dr. John Crick | |
| 823. | Seafood Shoppe Payroll Records | |

| | |
|---|---|
| 824. | SS Administration Statement of Earnings |
| 825. | PDR Label Vicoprofin 7.5 mg/200 mg tablets |
| 826. | PDR Label Methocarbamol 750 mg tablets |
| 827. | Tax Records |
| 828. | Wheeler Curriculum Vitae |
| 829. | Lessons from Sudden Coronary Death – A Comprehensive Morphological Classification Scheme for Atherosclerotic Lesions, Virmani, R. et al, 2/4/00, Atherioscler Thromb Vasc Biol. |
| 830. | Wheeler Slide |
| 831. | Wheeler Slide |
| 832. | Wheeler Slide |
| 833. | Wheeler Slide |
| 834. | Wheeler Slide |
| 835. | Wheeler Slide |
| 836. | Wheeler Slide |
| 837. | Wheeler Slide |
| 838. | Wheeler Slide |

| | | |
|---|---|---|
| 839. | Wheeler Slide | |
| 840. | Wheeler Slide | |
| 841. | Rofecoxib – FDA Advisory Committee Background Info | |
| 842. | Irvin Records | |
| 843. | Nies Curriculum Vitae | |

Respectfully submitted,

By: *C. Leigh O'Dell*
**Andy D. Birchfield, Jr.**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISON COUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **11th** day of November, 2005.