FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 14  A 8: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

### MERCK & CO., INC.'S OBJECTIONS AND COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections and Counter-Designations to Plaintiff's Deposition Designations.

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| David Anstice (3/16/05) | [13:19]-[14:2] | Sidebar; incomplete designation |

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep____790913v.1
___ Doc. No._____

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [20:6]-[20:8] | Initial question not designated |
| | [21:17]-[21:24] | Initial question not designated; Final answer not designated |
| | [22:10]-[22:14] | Question not designated |
| | [26:18]-[27:19] | Initial question not designated; Final answer not designated |
| | [61:2]-[61:11] | Irrelevant; unfair prejudice (see MIL re motive and profitability; MIL re other drugs) |
| | [61:18]-[61:24] | Irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [62:2]-[62:9] | Initial question not designated; irrelevant; unfair prejudice (see MIL re motive and profitability; MIL other drugs) |
| | [65:5]-[65:11] | Initial question not designated; irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [66:9]-[67:20] | Irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [69:22]-[70:8] | Irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [70:13]-[71:4] | Irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [71:6]-[72:23] | Foundation; improper hypothetical; irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [72:25]-[73:7] | Initial question not designated; irrelevant; unfair prejudice (see MIL re motive and profitability); foundation |
| | [73:17]-[73:25] | Foundation; improper hypothetical; irrelevant; unfair prejudice (see MIL re motive and profitability); assumes facts not in, and contrary to, the evidence |
| | [74:2]-[74:22] | Improperly includes objection; foundation; assumes facts not in, and contrary, to, the evidence; irrelevant, unfair prejudice (see MIL re motive and profitability) |
| | [74:25]-[76:3] | Foundation; assumes facts not in, and contrary, to, the evidence |
| | [76:10]-[76:19] | Initial question not fully designated |
| | [76:22]-[77:25] | Foundation; irrelevant; unfair prejudice (see MIL re motive and profitability) |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [78:3]-[78:5] | Improper, sidebar |
| | [78:13]-[86:8] | Vague and ambiguous; overly broad; irrelevant; foundation; unfair prejudice (see MIL re motive and profitability); includes objections; improper hypotheticals; mischaracterizes prior testimony |
| | [87:7]-[87:13] | Foundation; irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [87:16]-[87:24] | Foundation; irrelevant; unfair prejudice (see MIL re motive and profitability) |
| | [88:2]-[90:14] | Sidebar; includes objection |
| | [90:25]-[93:7] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; vague and ambiguous; calls for speculation |
| | [93:10]-[93:13] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; vague and ambiguous; calls for speculation |
| | [93:15] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; vague and ambiguous; calls for speculation |
| | [93:17]-[93:22] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; vague and ambiguous; calls for speculation |
| | [93:24]-[94:5] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; vague and ambiguous; calls for speculation |
| | [94:7]-[94:15] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; vague and ambiguous; calls for speculation |
| | [94:17]-[101:25] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; vague and ambiguous; calls for speculation; improper hypotheticals; includes objections |
| | [102:4]-[102:7] | Foundation; vague and ambiguous; calls for speculation; improper hypothetical |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [102:9]-[102:15] | Foundation; vague and ambiguous; calls for speculation; improper hypothetical |
|  | [102:17]-[102:22] | Foundation; vague and ambiguous; calls for a legal conclusion |
|  | [102:24]-[103:7] | Foundation; vague and ambiguous; calls for a legal conclusion |
|  | [103:9]-[104:6] | Foundation; irrelevant |
|  | [104:7]-[104:11] | Foundation; irrelevant |
|  | [104:15]-[104:23] | Foundation; irrelevant |
|  | [105:11]-[106:14] | Foundation; irrelevant |
|  | [106:16]-[108:10] | Foundation; irrelevant |
|  | [111:7]-[112:3] | Foundation; irrelevant; calls for speculation |
|  | [112:7]-[113:3] | Foundation; irrelevant; calls for speculation |
|  | [113:5]-[113:9] | Foundation; irrelevant; calls for speculation |
|  | [113:11]-[113:25] | Foundation; irrelevant; calls for speculation |
|  | [114:3]-[114:4] | Foundation; irrelevant; calls for speculation |
|  | [114:7]-[114:17] | Foundation; irrelevant; calls for speculation |
|  | [114:20]-[114:25] | Foundation; irrelevant; calls for speculation |
|  | [115:3]-[117:13] | Foundation; irrelevant; calls for speculation |
|  | [117:8]-[119:15] | Foundation; irrelevant; calls for speculation |
|  | [119:19]-[121:11] | Includes objections; foundation; irrelevant; calls for speculation |
|  | [121:15]-[121:25] | Foundation; calls for speculation |
|  | [122:2]-[122:16] | Foundation; calls for speculation; calls for legal conclusion |
|  | [122:18]-[124:3] | Foundation; calls for speculation; calls for legal conclusion; irrelevant |
|  | [124:6]-[124:21] | Foundation |
|  | [125:1]-[127:1] | Foundation |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [127:3]-[127:18] | Foundation; irrelevant |
| [127:20]-[127:21] | Foundation |
| [127:23]-[127:25] | Foundation; calls for speculation; irrelevant |
| [128:2]-[128:6] | Foundation; calls for speculation; irrelevant |
| [128:8]-[128:15] | Foundation; calls for speculation |
| [128:17]-[128:25] | Foundation; calls for speculation |
| [129:2]-[129:4] | Foundation; calls for speculation |
| [129:7]-[129:24] | Final answer incomplete |
| [130:16]-[131:10] | Argumentative |
| [131:12]-[131:25] | Argumentative |
| [132:3]-[135:23] | Foundation; vague and ambiguous; mischaracterizes the evidence, calls for speculation and expert testimony |
| [136:7]-[137:17] | Foundation; irrelevant |
| [137:19]-[138:11] | Foundation; irrelevant |
| [138:14]-[140:14] | Foundation; irrelevant |
| [140:18]-[140:20] | Foundation; irrelevant; includes objection; calls for legal conclusion |
| [140:22]-[141:17] | Foundation; calls for legal conclusion |
| [141:22]-[142:24] | Foundation; includes objections |
| [143:1]-[143:14] | Foundation; irrelevant; argumentative |
| [143:17]-[144:17] | Argumentative; irrelevant; foundation |
| [144:19]-[146:3] | Foundation |
| [146:18]-[147:20] | Foundation; argumentative; irrelevant; mischaracterizes the evidence |
| [147:22]-[148:3] | Foundation; argumentative |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [148:19]-[151:10] | Irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [151:12]-[158:13] | Irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [159:11]-[161:25] | Irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [162:4]-[162:7] | Irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [162:12]-[164:3] | Irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [164:6]-[167:22] | Irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [167:25]-[171:4] | Irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [171:6] | Calls for a legal conclusion; vague and ambiguous; argumentative; irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [171:10]-[173:14] | Calls for a legal conclusion; vague and ambiguous; argumentative; irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [173:16]-[173:17] | Calls for a legal conclusion; vague and ambiguous; argumentative; irrelevant; unfair prejudice (see MIL re motive and compensation) |
|  | [173:19]-[173:23] | Irrelevant |
|  | [174:1]-[174:11] | Irrelevant |
|  | [174:21]-[181:2] | Irrelevant; unfair prejudice (see MILs re out-of-state conduct, other drugs, and motive and compensation) |
|  | [181:11]-[187:13] | Irrelevant; unfair prejudice (see MIL re other drugs) |
|  | [188:7]-[188:22] | Argumentative; includes objections; omits final answer |
|  | [189:2]-[189:5] | Argumentative |
|  | [189:7]-[190:7] | Argumentative |
|  | [190:19]-[198:16] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [198:18]-[198:22] | Foundation; assumes facts not in evidence |
|  | [198:24] | Foundation; assumes facts not in evidence |
|  | [199:4]-[200:7] | Foundation; mischaracterizes the evidence |
|  | [200:11]-[202:22] | Foundation; mischaracterizes the evidence; includes objections |
|  | [202:24]-[205:7] | Foundation; irrelevant; includes objections; calls for privileged information; unfair prejudice; calls for speculation |
|  | [205:20]-[206:2] | Argumentative |
|  | [206:4]-[206:11] | Argumentative |
|  | [206:15]-[207:1] | Foundation; irrelevant |
|  | [207:4]-[207:24] | Foundation; irrelevant; argumentative |
|  | [208:2]-[208:7] | Foundation; argumentative |
|  | [208:10]-[208:18] | Foundation; argumentative |
|  | [208:22]-[210:24] | Foundation; irrelevant (see MILs re profitability and other drugs) |
|  | [211:1]-[213:13] | Foundation; irrelevant; unfair prejudice (see MILs re profitability, other drugs, and unrelated marketing and promotion) |
|  | [213:18]-[215:2] | Foundation |
|  | [215:4]-[216:20] | Foundation |
|  | [216:24]-[216:25] | Foundation; argumentative |
|  | [217:2]-[219:19] | Foundation; argumentative |
|  | [219:21]-[221:11] | Argumentative |
|  | [221:21]-[221:22] | Initial question not designated; argumentative; mischaracterizes the evidence; foundation; irrelevant; unfair prejudice (see MIL re studies); incomplete designation |
|  | [221:24]-[231:2] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [232:1]-[232:20] | Foundation; mischaracterizes the evidence; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [233:22]-[235:12] | Argumentative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [235:14]-[236:9] | Argumentative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [237:6]-[239:8] | Foundation; mischaracterizes the evidence; includes objection; argumentative; irrelevant; unfair prejudice (see MIL re motives and compensation |
| | [241:22]-[245:5] | Foundation; irrelevant; unfair prejudice (see MIL re data from studies) |
| | [245:10]-[245:19] | Foundation; irrelevant; unfair prejudice (see MIL re data from studies) |
| | [245:21]-[246:4] | Foundation; irrelevant; unfair prejudice (see MIL re data from studies) |
| | [246:7]-[248:8] | Foundation; irrelevant; unfair prejudice (see MIL re data from studies); compound; argumentative |
| | [248:11]-[248:16] | Argumentative; compound; foundation |
| | [249:14]-[250:3] | Argumentative; foundation; mischaracterizes the evidence |
| | [250:5]-[250:6] | Argumentative; foundation; mischaracterizes the evidence |
| | [251:3]-[251:24] | Argumentative; foundation; mischaracterizes the evidence |
| | [252:21]-[253:22] | Foundation; calls for speculation; irrelevant; unfair prejudices |
| | [253:24]-[254:16] | Foundation; calls for speculation; irrelevant; unfair prejudice |
| | [254:20]-[254:22] | Compound; argumentative; foundation; calls for speculation; irrelevant; unfair prejudice |
| | [254:24]-[255:16] | Foundation; irrelevant; unfair prejudice |
| | [255:18]-[256:3] | Foundation; argumentative; irrelevant; unfair prejudice |
| | [256:6]-[256:10] | Argumentative; foundation; mischaracterizes the evidence |
| | [256:13]-[257:1] | Argumentative; foundation; mischaracterizes the evidence; includes objections |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [257:9]-[257:24] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion) |
|  | [258:5]-[258:11] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, and FDA hearsay) |
|  | [258:15]-[269:17] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, and FDA hearsay); argumentative; foundation; sidebar; includes objections |
|  | [269:19]-[278:5] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, and FDA hearsay); argumentative; foundation; sidebar; includes objections |
|  | [279:3]-[281:6] | Foundation |
|  | [281:9]-[285:23] | Foundation; argumentative; includes objections; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
|  | [288:13]-[308:24] | Foundation; mischaracterizes the evidence; argumentative; includes objections; irrelevant; unfair prejudice (see MIL re motive and profitability) |
| David Anstice (3/17/05) | [329:4]-[330:25] | Foundation; argumentative; mischaracterizes the evidence; calls for legal conclusion |
|  | [331:2]-[335:3] | Foundation; argumentative; calls for legal conclusion; includes objections; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
|  | [335:5]-[341:18] | Foundation; argumentative; includes objections; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
|  | [341:22]-[343:25] | Foundation; argumentative; includes objections; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
|  | [344:2]-[350:24] | Foundation; argumentative; includes objections; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); sidebar; mischaracterizes the evidence |
|  | [351:21]-[355:5] | Foundation; argumentative; includes objections; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [355:15]-[360:14] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| [360:23]-[363:7] | Foundation; mischaracterizes the evidence; argumentative; sidebar; includes objection |
| [363:20]-[364:15] | Foundation; irrelevant; unfair prejudice |
| [364:21]-[367:18] | Includes objections; foundation; irrelevant; unfair prejudice; calls for speculation |
| [369:6]-[374:24] | Foundation; calls for speculation; sidebar; includes objections; irrelevant; argumentative |
| [375:24]-[376:25] | Foundation; argumentative; irrelevant; unfair prejudice |
| [377:24]-[379:3] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| 379:10]-[381:21] | Argumentative; foundation; compound; includes objections |
| [381:24]-[385:13 | Sidebar; argumentative; includes objection; irrelevant; unfair prejudice (see MILs re unrelated marketing and other drugs); mischaracterizes the evidence; final answer not designated |
| [386:2]-[387:15] | Irrelevant; unfair prejudice (see MIL re unrelated marketing) |
| [388:2]-[390:11] | Foundation; irrelevant |
| [390:14]-[391:2] | Foundation; irrelevant |
| [391:4]-[393:10] | Argumentative; irrelevant; unfair prejudice (see MILs re unrelated marketing, FDA hearsay); includes objections; sidebars |
| [393:15]-[395:4] | Foundation; argumentative; irrelevant; unfair prejudice (see MILs re unrelated marketing, FDA hearsay); includes objections; sidebars |
| [395:17]-[399:15] | Foundation; argumentative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections; sidebars |
| [399:22]-[405:25] | Irrelevant; unfair prejudice; argumentative; foundation |
| [406:2]-[417:4] | Irrelevant; unfair prejudice; argumentative; foundation; includes objections |
| [417:23]-[421:21] | Irrelevant; unfair prejudice; includes objections; calls for privileged information; see MIL re other proceedings |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [422:7]-[423:23] | Irrelevant; unfair prejudice (see MIL re other proceedings); includes objections |
|  | [424:13]-[425:7] | Sidebar; foundation; argumentative; mischaracterizes the evidence |
|  | [425:20] | Argumentative |
|  | [425:22]-[430:7] | Argumentative; includes objections; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
|  | [430:9]-[430:21] | Irrelevant; unfair prejudice (see MIL re profitability); improper hypothetical; foundation; argumentative; sidebar; calls for speculation |
|  | [430:25]-[431:1] | Foundation; argumentative; calls for speculation |
|  | [431:7]-[432:24] | Foundation; calls for speculation; final answer not designated; irrelevant |
|  | [433:3]-[434:1] | Irrelevant; unfair prejudice |
|  | [434:3]-[435:6] | Irrelevant; unfair prejudice |
|  | [435:8]-[435:25] | Irrelevant; unfair prejudice; argumentative; sidebar |
|  | [436:3]-[436:8] | Irrelevant; unfair prejudice |
|  | [436:13]-[438:6] | Irrelevant; unfair prejudice (see MIL re motive and profitability); argumentative |
|  | [438:8]-[440:18] | Irrelevant; unfair prejudice (see MIL re motive and profitability); argumentative; includes objections |
|  | [440:22]-[447:16] | Foundation; irrelevant; unfair prejudice (see MIL re motive, profitability, and compensation); argumentative; includes objections |
|  | [447:19]-[447:22] | Argumentative |
|  | [447:25]-[455:3] | Argumentative; includes objections; foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); sidebar |
|  | [455:12]-[458:3] | Foundation; argumentative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [456:16]-[458:3] | Foundation; argumentative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objection; incomplete document |
| | [458:14]-[460:8] | Foundation; argumentative; sidebar; compound; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); incomplete document |
| | [460:10]-[462:18] | Foundation; argumentative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); incomplete document |
| | [462:23]-[464:15] | Foundation; argumentative; sidebar; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); incomplete document |
| | [464:23]-[465:7] | Irrelevant |
| | [465:13]-[469:7] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [469:10]-[470:8] | Argumentative |
| | [470:23]-[471:18] | Sidebar; argumentative; irrelevant; foundation |
| | [472:5]-[474:2] | Argumentative; sidebar; foundation; irrelevant; unfair prejudice (see MIL re other proceedings) |
| | [474:4]-[474:22] | Foundation; irrelevant; unfair prejudice (see MILs re other proceedings, unrelated marketing and promotion) |
| | [474:25]-[476:2] | Argumentative; sidebar; foundation; irrelevant; unfair prejudice (see MILs re other proceedings, unrelated marketing and promotion); includes objections |
| | [476:4]-[477:25] | Argumentative; sidebar; foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [478:2] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [478:18]-[478:25] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative |
| | [479:2]-[482:16] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections; argumentative |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [482:18]-[494:7] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [494:10]-[495:14] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objection |
| | [495:20]-[496:7] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); mischaracterizes the evidence |
| | [496:10]-[498:9] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [498:16]-[504:16] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections; mischaracterizes prior testimony |
| | [504:19]-[505:17] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [505:20]-[511:18] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections; sidebar |
| | [511:21]-[512:25] | Cumulative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative |
| | [513:3]-[522:24] | Cumulative; argumentative; foundation; calls for speculation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections; sidebar |
| | [523:11]-[532:10] | Sidebar; foundation; irrelevant; unfair prejudice (see MILs re motive and profitability, other proceedings); argumentative; mischaracterizes the evidence; includes objections |
| | [532:22]-[534:1] | Foundation; irrelevant; unfair prejudice (see MILs re other proceedings, unrelated marketing and promotion) |
| | [534:3]-[534:9] | Foundation, assumes facts not in evidence; irrelevant; unfair prejudice (see MIL re other proceedings,) |
| | [534:25]-[535:5] | Argumentative; foundation; mischaracterizes the evidence; foundation; irrelevant |
| | [535:7]-[536:4] | Argumentative; foundation; mischaracterizes the evidence; assumes facts not in evidence; irrelevant; unfair prejudice (see MIL re other proceedings); calls for speculation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [536:7]-[540:16] | Argumentative; foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
|  | [540:18]-[546:5] | Argumentative; foundation; cumulative; irrelevant; unfair prejudice (see MILs re motive and profitability, unrelated marketing and promotion); includes objections |
|  | [546:15]-[546:20] | Calls for a legal conclusion; irrelevant |
|  | [547:1]-[549:16] | Calls for a legal conclusion; irrelevant, unfair prejudice (see MIL re federal preemption); sidebar; includes objections |
|  | [550:8]-[551:6] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative; foundation |
|  | [551:8]-[555:10] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; calls for speculation; includes objections |
|  | [555:14]-[556:20] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, FDA hearsay); cumulative |
|  | [556:22]-[558:15] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, FDA hearsay); cumulative |
|  | [558:17]-[563:1] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, FDA hearsay); cumulative |
|  | [563:3]-[573:15] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, FDA hearsay); cumulative; foundation; argumentative; sidebar |
|  | [574:4]-[578:20] | Argumentative; cumulative; irrelevant; unfair prejudice |
|  | [578:24]-[585:8] | Irrelevant; unfair prejudice (see MILs re motive and profitability); foundation; argumentative; sidebar; includes objections |
|  | [585:15]-[590:25] | Foundation; irrelevant; unfair prejudice (see MILs re motive and profitability, other drugs); argumentative; includes objections |
|  | [594:10]-[607:16] | Irrelevant; unfair prejudice (see MILs re motive and profitability, other drugs); argumentative; mischaracterizes the evidence; includes objections |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [608:2]-[614:25] | Irrelevant; unfair prejudice (see MILs re motive and profitability, unrelated marketing and promotion); argumentative; includes objections; sidebar |
| | [615:2]-[627:21] | Irrelevant; unfair prejudice (see MILs re motive and profitability, unrelated marketing and promotion); argumentative; mischaracterizes the evidence; includes objections; sidebar |
| | [628:3]-[629:11] | Irrelevant; unfair prejudice (see MILs re motive and profitability, unrelated marketing and promotion); argumentative |
| | [629:14]-[631:3] | Foundation; calls for speculation; irrelevant; unfair prejudice (see MILs re motive and profitability, unrelated marketing and promotion); argumentative; includes objections |
| | [633:2]-[635:15] | Irrelevant; unfair prejudice (see MILs re motive and profitability, other drugs, unrelated marketing and promotion); foundation; argumentative; includes objections |
| | [635:17]-[637:3] | Irrelevant; unfair prejudice (see MILs re motive and profitability, unrelated marketing and promotion); argumentative; mischaracterizes the evidence; includes objections |
| | [640:2]-[642:25] | Foundation; calls for speculation; argumentative; irrelevant; unfair prejudice; includes objections; sidebars; mischaracterizes prior testimony |
| | [643:6]-[644:8] | Foundation; argumentative |
| | [644:10]-[646:21] | Sidebars; argumentative; irrelevant; includes objections; foundation |
| | [647:25]-[653:2] | Sidebars; includes objections; foundation; irrelevant; unfair prejudice (see MIL on unrelated marketing and promotion) |
| | [653:16]-[657:22] | Irrelevant; unfair prejudice (see MIL on unrelated marketing and promotion); argumentative; sidebars; includes objections |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
| David Anstice<br><br>(3/18/05) | [674:9]-[690:19] | Argumentative; sidebars; irrelevant; unfair prejudice (see MILs re motive and compensation); cumulative; includes objections |
|  | [691:3]-[716:4] | Argumentative; sidebars; irrelevant; unfair prejudice (see MILs re motive and compensation, other drugs); foundation; mischaracterizes the evidence; cumulative; includes objections |
|  | [716:14]-[726:25] | Sidebar; argumentative; irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion); includes objections |
|  | [727:2]-[743:16] | Sidebar; argumentative; foundation; irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion); includes objections |
|  | [744:6]-[746:18] | Sidebar; argumentative; cumulative; irrelevant; unfair prejudice (see MIL re motive and profitability); foundation; calls for speculation |
|  | [746:22]-[748:1] | Foundation; calls for speculation; mischaracterizes prior testimony; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
|  | [748:15]-[749:16] | Argumentative; foundation; irrelevant; includes objection |
|  | [750:4]-[751:10] | Foundation; irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion); mischaracterizes the evidence |
|  | [751:13]-[751:22] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); calls for legal conclusion |
|  | [751:25]-[752:23] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); |
|  | [753:6]-[753:7] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative; sidebar |
|  | [754:4]-[754:5] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
|  | [754:7]-[758:10] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative; sidebars; includes objections |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [758:15]-[784:2] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative; mischaracterizes the evidence; sidebars; includes objections |
| | [784:7]-[788:3] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative; sidebars; includes objections |
| | [788:15]-[790:6] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative; foundation; includes objection |
| | [790:8]-[790:25] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; argumentative |
| | [791:2]-[798:20] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; mischaracterizes the evidence; sidebars; includes objections |
| | [798:25]-[800:6] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation |
| | [800:7] | Incomplete question |
| | [800:23]-[804:11] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative |
| | [804:13]-[804:25] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [805:2]-[814:22] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive, profitability, and compensation); foundation; calls for speculation; sidebar; includes objections |
| | [815:5]-[819:13] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive, profitability, and compensation); foundation; calls for speculation; sidebar; includes objections |
| | [820:2]-[830:17] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive, profitability, and compensation); foundation; calls for speculation; sidebar; includes objections |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [832:17]-[837:4] | Argumentative; irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive and profitability); foundation; calls for speculation |
| | [837:25]-[864:23] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive, profitability, and compensation); foundation; calls for speculation; sidebar; includes objections |
| | [865:3]-[872:21] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; argumentative; includes objections |
| | [873:25]-[892:18] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive, profitability, and compensation); foundation; includes objections |
| | [893:7]-[893:19] | Foundation; argumentative |
| | [894:8]-[896:10] | Sidebar; includes objections; final question not designated; irrelevant |
| | [905:7]-[907:1] | Foundation; irrelevant; unfair prejudice |
| | [907:20]-[916:4] | Irrelevant; unfair prejudice (see MILs re Graham study, motive and profitability); calls for speculation; includes objections; final answer not designated |
| | [918:14]-[929:9] | Foundation; irrelevant; unfair prejudice (see MILs re interim data; includes objections |
| | [929:20]-[933:3] | Foundation; irrelevant; includes objections |
| | [934:4]-[936:20] | Irrelevant; unfair prejudice (see MIL re preemption) |
| | [937:18]-[939:12] | Irrelevant; unfair prejudice (see MIL re preemption); includes objections |
| | [939:24]-[942:17] | Irrelevant; unfair prejudice (see MILs re motive and compensation); includes objections |
| | [942:19]-[943:6] | Incomplete designation |
| | [943:13]-[944:2] | Argumentative; foundation; irrelevant |
| | [945:24]-[956:16] | Foundation; argumentative; irrelevant; unfair prejudice (see MILs re preemption, unrelated marketing); includes objections |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [957:12]-[958:22] | Foundation; calls for speculation; calls for legal conclusion; irrelevant; unfair prejudice (see MIL re preemption); includes objections |
|  | [959:23]-[961:4] | Foundation; calls for speculation; cumulative |
|  | [961:10]-[979:1] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
|  | [979:14]-[980:13] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation |
|  | [980:25]-[983:20] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; includes objections |
|  | [984:1]-[990:14] | Foundation; calls for speculation; improper hypotheticals; includes objections |
|  | [990:23]-[995:1] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
|  | [[995:19]-[1008:4] | Irrelevant; unfair prejudice (see MILs re non-probative scientific evidence, Graham study, unrelated marketing and promotion); foundation; includes objections |
|  | [1008:7]-[1008:16] | Foundation |
|  | [1008:19]-[1010:11] | Foundation; irrelevant; unfair prejudice (see MIL re contemplated studies) |
|  | [1010:16]-[1011:1] | Foundation; irrelevant |
| David Anstice (4/12/05) | [1075:22]-[1076:25] | Includes objection |
|  | [1078:14]-[1078:25] | Includes objections |
|  | [1230:1]-[1237:21] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
|  | [1237:23]-[1238:1] | Foundation |
|  | [1238:3]-[1284:9] | Irrelevant; unfair prejudice (see MIL re contemplated studies, unrelated marketing and promotion); foundation; argumentative; includes objections |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [1285:1]-[1291:17] | Argumentative; irrelevant; mischaracterizes the evidence; includes objections |
|  | [1291:21]-[1305:1] | Argumentative; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; includes objections |
|  | [1305:11]-[1305:18] | Calls for privileged information; incomplete designation |
|  | [1306:15]-[1308:1] | Argumentative; sidebar; includes objection; foundation; irrelevant; final answer not designated |
|  | [1309:9]-[1312:5] | Foundation |
|  | [1312:18]-[1325:14] | Argumentative; foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); cumulative; includes objections |
|  | [1325:18]-[1328:5] | Argumentative; foundation; irrelevant; unfair prejudice (see MIL re non-probative scientific evidence, unrelated marketing and promotion); cumulative; includes objections |
|  | [1328:15]-[1333:14] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); cumulative; includes objections |
|  | [1333:17]-[1336:2] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); cumulative; includes objections |
|  | [1336:14]-[1338:10] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); argumentative; cumulative; includes objections |
| David Anstice (5/20/05) | [1356:18]-[1360:7] | Irrelevant; argumentative |
|  | [1360:17]-[1379:8] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; includes objections |
|  | [1384:24]-[1386:25] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
|  | [1387:7]-[1392:6] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |

790913v.1