| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [1392:13]-[1395:17] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
| | [1396:3]-[1399:14] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
| | [1399:18]-[1400:25] | Sidebar; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation |
| | [1401:18]-[1402:8] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation |
| | [1403:17]-[1404:6] | Foundation; calls for speculation |
| | [1405:3]-[1409:17] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; includes objections |
| | [1410:5]-[1423:18] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion); foundation; includes objections |
| | [1424:11]-[1425:2] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion) |
| | [1425:3]-[1425:15] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; |
| | [1425:16]-[1446:7] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; includes objections |
| | [1447:1]-[1477:18] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive and profitability); foundation; mischaracterizes prior testimony; includes objections |
| | [1478:8]-[1505:11] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); includes objections |
| | [1507:4]-[1513:22] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); calls for speculation; includes objections |
| | [1514:17]-[1531:11] | Foundation; irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); mischaracterizes the evidence; includes objections |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [1531:24]-[1576:10] | Foundation; irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, other drugs); includes objections |
|  | [1576:21]-[1610:22] | Irrelevant; unfair prejudice (see MIL re unrelated marketing and promotion); foundation; includes objections |
|  | [1612:13]-[1614:16] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, other drugs); includes objection |
|  | [1615:4]-[1636:8] | Irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, motive and compensation); sidebar; argumentative; includes objections |
|  | [1637:1]-[1640:4] | Includes objections |
|  | [1641:1]-[1642:4] | Sidebar |
|  | [1643:1]-[1650:23] | Foundation; irrelevant; unfair prejudice (see MILs re unrelated marketing and promotion, preemption); sidebar; includes objections |
|  | [1651:11]-[1651:19] | Irrelevant; unfair prejudice (see MIL re preemption) |
|  | [1652:15]-[1653:15] | Irrelevant; unfair prejudice (see MIL re preemption) |
| Richard Aycock (09/28/05) | [26:23]-[27:1] | FRE(s) 401, 402, 403 |
|  | [39:19]-[39:23] | FRE(s) 611, 403, 602, 701 |
|  | [40:3]-[40:10] | FRE(s) 403, 701 |
|  | [40:25]-[41:6] | FRE(s) 403, 611 |
|  | [41:7]-[41:17] | FRE(s) 401, 402, 403, 611 |
|  | [41:18]-[41:22] | FRE(s) 401, 402, 403 |
|  | [41:24]-[42:4] | FRE(s) 401, 402, 403 |
|  | [42:5]-[42:9] | FRE(s) 401, 402, 403, 611 |
|  | [42:11]-[42:15] | FRE(s) 401, 402, 403, 611 |
|  | [42:21]-[42:23] | FRE 611 |
|  | [43:14]-[43:17] | FRE 611 |
|  | [43:18]-[43:21] | FRE(s) 802, 611 |
|  | [45:10]-[45:19] | FRE 701 |
|  | [45:20]-[46:6] | FRE(s) 401, 402, 403, 701 |
|  | [46:15]-[46:25] | FRE(s) 611, 401, 402, 403, 701 |
|  | [47:12]-[47:14] | FRE(s) 611, 401, 402, 403, 802 |
|  | [47:15]-[47:23] | FRE(s) 401, 402, 403, 611 |
|  | [49:3]-[49:22] | FRE(s) 401, 402 |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| Eliav Barr (1/28/05) | [84:4]-[84:5] | Foundation; Relevance; Exhibit not on Exhibit List |
|  | [91:14]-[93:7] | Foundation; Relevance |
|  | [105:10]-[106:13] | Foundation; Relevance |
|  | [106:19]-[107:6] | Foundation; Relevance |
|  | [119:2]-[122:9] | Foundation; Relevance |
|  | [160:8]-[161:7] | Speculative; Argumentative; Foundation |
|  | [162:17]-[163:6] | Argumentative; Relevance; Foundation; Mischaracterized prior testimony |
|  | [171:9]-[172:1] | Foundation; Relevance |
|  | [176:13]-[176:19] | Relevance; authentication |
|  | [194:5]-[195:17] | Foundation; Mischaracterizes prior testimony; Compound; Incomplete |
|  | [196:2] | Incomplete |
|  | [200:2]-[200:19] | Hearsay; Relevance; Foundation; Vagueness |
|  | [201:18]-[202:5] | Foundation; Vagueness |
|  | [203:10]-[203:25] | Vagueness; Argumentative; Hearsay; Foundation |
|  | [204:2]-[205:25] | Vagueness; Argumentative; Hearsay; Foundation |
|  | [206:1]-[207:14] | Hearsay; Improper Opinion; Foundation |
|  | [239:25]-[240:2] | Relevance; Hearsay |
|  | [240:11]-[241:2] | Relevance; Hearsay |
| Susan Baumgartner (2/25/05) | [17:8]-[17:12] | Hearsay (personnel file 2001); irrelevant; prejudicial |
|  | [17:24]-[18:1] | Hearsay (personnel file 2001); irrelevant; prejudicial |
|  | [18:7]-[18:12] | Hearsay (personnel file 2001); irrelevant; prejudicial |
|  | [19:20]-[24:8] | Lack of foundation; hearsay (2001 personnel file); irrelevant; prejudicial |
|  | [24:22]-[25:2] | Hearsay (7/1/99 Physicians to Neutralize); irrelevant; prejudicial |
|  | [31:16]-[31:20] | Hearsay (2/11/05 NYT Article); irrelevant; prejudicial |
|  | [32:13]-[37:10] | Hearsay (2/11/05 NYT Article); lack of foundation; speculation; irrelevant; prejudicial |
|  | [37:19]-[37:25] | Hearsay (4/29/99SB email to Mendez); irrelevant; prejudicial |
|  | [38:7] | Fragment; Hearsay (4/29/99SB email to Mendez); irrelevant; prejudicial |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [38:8]-[38:12] | Fragment, does not include witness' answer; Hearsay (4/29/99SB email to Mendez); irrelevant; prejudicial |
| | [39:1]-[41:3] | Hearsay (4/29/99SB email to Mendez); irrelevant; prejudicial |
| | [41:20]-[41:21] | Hearsay (email from Mendez to SB); irrelevant; prejudicial |
| | [42:23]-[45:25] | Lack of foundation; calls for speculation; hearsay (email from Mendez to SB); irrelevant; prejudicial |
| | [46:10]-[46:11] [46:13]-[46:15] | Lack of foundation; calls for speculation; hearsay (Sherwood 1/23/01 memo to Anstice); irrelevant; prejudicial |
| | [47:24]-[48:15] | Lack of foundation; calls for speculation; hearsay (Sherwood 1/23/01 memo to Anstice); irrelevant; prejudicial |
| | [51:2]-[53:13] | Hearsay (Baumgartner Diary 2/7/01 and Sherwood 1/23/01 memo to Anstice); irrelevant; prejudicial |
| | [53:23]-[54:7] | Hearsay (Baumgartner Diary 2/7/01 and Sherwood 1/23/01 memo to Anstice); irrelevant; prejudicial; fragment |
| | [54:15]-[54:22] | Hearsay (Baumgartner Diary 2/7/01 and Sherwood 1/23/01 memo to Anstice); irrelevant; prejudicial; fragment |
| | [56:6]-[60:5] | Lack of foundation; speculation; Hearsay (Baumgartner Diary 2/7/01 and Sherwood 1/23/01 memo to Anstice); irrelevant; prejudicial |
| | [60:15]-[60:17] | Hearsay (SB Memo 10/4/2000 re Singh); irrelevant; prejudicial |
| | [62:4]-[62:5] | Fragment |
| | [62:9]-[62:11] | Fragment, does not include witness' answer |
| | [70:16]-[72:16] | Lack of foundation; speculative; hearsay (personnel file 2001); irrelevant; prejudicial |
| | [72:17]-[77:9] | Lack of foundation; speculation; hearsay (SB Memo 10/4/2000 re Singh); irrelevant; prejudicial |
| | [77:10]-[78:2] | Lack of foundation; speculation; hearsay (2/7/2001 Diary); prejudicial; irrelevant |
| | [78:15]-[79:22] | Lack of foundation; speculation; hearsay (2/7/2001 diary); irrelevant; prejudicial |

790913v.1

| Plaintiff Designation | Merck Objection |
|---|---|
| [79:23]-[80:15] | Lack of foundation; speculation; Hearsay (Fries letter); irrelevant; prejudicial |
| [81:1]-[81:2] | Hearsay (Baumgartner Ex. 11); irrelevant; prejudicial |
| [81:14]-[86:4] | Lack of foundation; speculation; hearsay (Baumgartner Ex.11); irrelevant; prejudicial |
| [86:22]-[87:7] | Lack of foundation; speculation; hearsay (Baumgartner Ex.11); irrelevant; prejudicial; argumentative |
| [88:20]-[89:9] | Lack of foundation; speculation; hypothetical |
| [91:20]-[91:22] | Argumentative; fragment |
| [92:6]-[103:15] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 12); irrelevant; prejudicial |
| [104:7]-[106:4] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 12); irrelevant; prejudicial; argumentative |
| [106:19]-[107:9] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 12); irrelevant; prejudicial; argumentative; fragment |
| [108:6]-[108:20] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 12); irrelevant; prejudicial; argumentative |
| [109:8]-[111:10] | Argumentative; speculative; hypothetical |
| [112:19]-[116:12] | Argumentative; speculative; hypothetical |
| [118:7]-[119:15] | Argumentative; speculative; hypothetical |
| [120:21]-[120:23] | Argumentative |
| [121:6]-[121:7] | Hearsay 91/29/02 email re MSG to SB); irrelevant; prejudicial |
| [124:2]-[124:6] | Hearsay 91/29/02 email re MSG to SB); irrelevant; prejudicial |
| [124:20]-[128:17] | Argumentative; Hearsay (1/29/02 email re MSG to SB); irrelevant; prejudicial |
| [129:13]-[132:10] | Argumentative; Hearsay (1/29/02 email; irrelevant; prejudicial |
| [132:11]-[138:20] | Argumentative; lack of foundation; speculation; hearsay (4/19/99 email from Yarbrough); irrelevant; prejudicial |
| [139:1]-[140:3] | Hearsay (7/9/99 email from Nielkelski); irrelevant; prejudicial |
| [141:7]-[148:2] | Lack of foundation; speculation; hearsay (7/9/99 email from Nielkelski); Irrelevant; prejudicial |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [148:3]-[150:12] | Hearsay (9/17/99 contract with Dr. Andrews); irrelevant; prejudicial |
| | [153:24]-[153:25] | Hearsay (Baumgartner Ex. 18); irrelevant; prejudicial |
| | [154:9]-[154:16] | Lack of foundation; speculation, hearsay (Baumgartner Ex. 18); irrelevant; prejudicial |
| | [154:20]-[154:21] | Lack of foundation; speculation, hearsay (Baumgartner Ex. 18); irrelevant; prejudicial |
| | [154:24]-[155:1] | Lack of foundation; speculation, hearsay (Baumgartner Ex. 18); irrelevant; prejudicial |
| | [155:11] | Lack of foundation; speculation, hearsay (Baumgartner Ex. 18); irrelevant; prejudicial |
| | [155:14]-[155:20] | Lack of foundation; speculation, hearsay (Baumgartner Ex. 18); irrelevant; prejudicial |
| | [156:3]-[156:6] | Hearsay (2001 Profit Plan); speculative; irrelevant; prejudicial |
| | [157:16]-[157:24] | Hearsay (2001 Profit Plan); speculative; irrelevant; prejudicial |
| | [158:24]-[159:1] | Lack of foundation; speculation; hearsay (2001 Profit Plan); irrelevant; prejudicial |
| | [159:4]-[159:12] | Lack of foundation; speculation; hearsay (2001 Profit Plan); irrelevant; prejudicial |
| | [159:13]-[159:16] | Argumentative |
| | [159:19]-[159:22] | Argumentative |
| | [160:11]-[160:16] | Lack of foundation; speculation |
| | [160:21]-[161:17] | Lack of foundation; speculation; hearsay (2001 Profit Plan); irrelevant; prejudicial; speculative |
| | [161:20]-[162:7] | Lack of foundation; speculation; hearsay (2001 Profit Plan); irrelevant; prejudicial |
| | [165:17]-[165:23] | Argumentative; asked & answered |
| | [166:1]-[166:4] | Argumentative; asked & answered |
| | [167:10]-[167:18] | Hearsay (7/26/99 email from Freundlich); irrelevant; prejudicial |
| | [167:22]-[171:4] | Lack of foundation; speculation; hearsay (7/26/99 email from Freundlich); irrelevant; prejudicial |
| | [171:5]-[171:6] | Hearsay (7/23/99 email string); irrelevant; prejudicial |
| | [171:14]-[172:5] | Hearsay (7/23/99 email string); irrelevant; prejudicial |
| | [176:15]-[176:23] | Argumentative; hearsay (2001 personnel file); irrelevant; prejudicial |

| | | |
|---|---|---|
| | [177:2]-[177:14] | Argumentative; hearsay (2001 personnel file); irrelevant; prejudicial; fragment |
| | [177:18]-[177:19] | Argumentative; hearsay (2001 personnel file); irrelevant; prejudicial; fragment, omits witness' answer |
| | [178:3]-[179:3] | Argumentative; hearsay (2001 personnel file); irrelevant; prejudicial; fragment |
| | [180:9]-[180:24] | Hearsay (2/9/01 memo); irrelevant; prejudicial |
| | [181:10]-[181:12] | Fragment; hearsay (2/7/02 Diary); irrelevant; prejudicial |
| | [181:20]-[182:16] | Lack of foundation; hearsay (2/9/01 memo); irrelevant; prejudicial |
| | [182:19] | Fragment |
| | [182:23]-[182:25] | Lack of foundation; hearsay (2/9/01 memo); irrelevant; prejudicial |
| | [183:25]-[184:13] | Lack of foundation; speculation |
| | [192:2]-[192:21] | Lack of foundation; hearsay (4/6/2000 memo re Dr. Simon); irrelevant; prejudicial |
| | [193:4]-[193:10] | Lack of foundation; hearsay (4/6/2000 memo re Dr. Simon); irrelevant; prejudicial |
| | [199:22]-[199:23] | Hearsay (7/23/99 memo); irrelevant; prejudicial |
| | [200:17]-[200:25] | Fragment |
| | [203:24]-[204:2] | Hearsay (7/23/99 memo); irrelevant; prejudicial |
| | [208:6]-[208:9] | Hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [208:12]-[208:14] [208:15]-[209:15] [209:17]-[209:20] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [210:11]-[210:24] | Argumentative; lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [211:2]-[211:12] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [211:25]-[212:18] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [212:20]-[212:21] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [212:23]-[213:6] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [214:2]-[214:16] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [214:20]-[215:9] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [216:5]-[216:11] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [217:10]-[217:20] | Lack of foundation; speculation; hypothetical |
| | [218:16]-[219:4] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [219:7]-[219:10] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [219:25]-[220:4] | Lack of foundation, hypothetical; speculation |
| | [220:7]-[220:13] | Lack of foundation, hypothetical; speculation |
| | [221:2]-[221:8] | Lack of foundation, hypothetical; speculation |
| | [221:17]-[221:24] | Lack of foundation, hypothetical; speculation |
| | [221:25]-[222:2] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [222:7]-[222:11] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [222:16]-[222:23] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [222:25]-[223:4] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [223:6]-[223:13] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [223:17]-[223:19] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [224:5]-[224:7] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [224:12]-[224:23] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [225:14]-[225:24] | Lack of foundation; speculation; hearsay (Baumgartner Ex. 26); irrelevant; prejudicial |
| | [226:2]-[226:3] | Argumentative; lack of foundation |
| | [226:5]-[226:12] | Argumentative; lack of foundation |
| | [226:15] | Argumentative; lack of foundation |
| | [245:1] | Hearsay (PhRMA Code) |
| | [245:4]-[246:7] | Hearsay (PhRMA Code) |
| | [246:10]-[246:13] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [246:16] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [246:20]-[247:1]<br>[247:2]-[247:3]<br>[247:4]-[247:7]<br>[247:8]-[247:11]<br>[247:12]-[247-14]<br>[247:15]-[247:17]<br>[247:19]-[248:15]<br>[248:16]-[248:18]<br>[248:19]-[248:23]<br>[248:24]-[248:25]<br>[249:1]-[249:3] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [251:8]-[251:9] | Hearsay (Baumgartner Ex. 30); irrelevant; prejudicial |
| | [252:11]-[252:17]<br>[252:19]-[253:9] | Hearsay (Baumgartner Ex. 30); irrelevant; prejudicial |
| | [253:12]-[253:18] | Hearsay (Baumgartner Ex. 30); irrelevant; prejudicial |
| | [257:1]-[257:2]<br>[257:4]-[257:8] | Hearsay (Nat'l Thought Leader Summary 1/31/01); irrelevant; prejudicial |
| | [257:11]-[258:13] | Lack of foundation; hearsay (Nat'l Thought Leader Summary 1/31/01); irrelevant; prejudicial |
| | [259:11]-[259:19] | Lack of foundation; hearsay (Nat'l Thought Leader Summary 1/31/01); irrelevant; prejudicial |
| | [259:21]-[259:25] | Lack of foundation; hearsay (Nat'l Thought Leader Summary 1/31/01; 2/9/2001 Diary); irrelevant; prejudicial |
| | [260:2]-[260:9] | Lack of foundation; hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [260:11]-[260:12] | Lack of foundation; hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [260:17]-[260:18] | Lack of foundation; hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [261:8]-[261:11] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [261:24]-[262:1] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [262:5]-[262:10] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [263:16]-[263:25] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [264:3] | Hearsay (2/9/2001 Diary); irrelevant; prejudicial |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [264:18]-[264:19] | Fragment |
| | [265:2]-[266:11] | Lack of foundation; hearsay (Nies 3/28/2000 email re Patrono); irrelevant; prejudicial |
| | [268:4]-[268:5] | Argumentative; hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [268:8]-[268:12] | Argumentative; hearsay (2/9/2001 Diary); irrelevant; prejudicial |
| | [270:6]-[271:4] | Hearsay (7/31/2000 MSG proposal); irrelevant; prejudicial |
| | [272:16]-[273:2] | Hearsay (7/31/2000 MSG proposal); irrelevant; prejudicial |
| | [274:7]-[275:10] | Hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [275:13]-[275:14] | Lack of foundation; hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [276:4]-[276:17] | Lack of foundation; hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [276:19]-[278:13] | Lack of foundation; hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [279:18]-[279:19] | Fragment |
| | [280:3] | Fragment |
| | [280:11]-[281:20] | Hearsay (10/18/2000 memo re MSG); irrelevant; prejudicial |
| | [282:15]-[282:21] | Hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [282:25]-[283:14] | Hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [283:20]-[284:10] | Hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [284:13]-[284:18] | Hearsay (Baumgartner Ex. 34 re Rothman Institute); irrelevant; prejudicial |
| | [285:3]-[285:7] | Argumentative |
| | [285:11]-[285:14] | Argumentative |
| | [285:15] | Argumentative |
| | [285:19]-[285:20] | Argumentative |
| Susan Baumgartner (3/11/05) | [401:2]-[401:3] | Hearsay (3/30/2001 Diary); irrelevant; prejudicial |
| | [402:16]-[404:21] | Hearsay (3/30/2001 Diary); irrelevant; prejudicial; speculation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [404:25]-[405:11] | Hearsay (3/30/2001 Diary); irrelevant; prejudicial; speculation |
|  | [405:15]-[405:16] | Hearsay (3/30/2001 Diary); irrelevant; prejudicial; speculation |
|  | [413:15]-[413:16] | Hearsay (9/17/2001 warning letter); irrelevant; prejudicial |
|  | [414:3]-[414:8] | Hearsay (9/17/2001 warning letter); irrelevant; prejudicial |
|  | [414:12]-[414:15] | Hearsay (9/17/2001 warning letter); irrelevant; prejudicial |
|  | [417:17]-[418:4] | Hearsay (9/17/2001 warning letter); irrelevant; prejudicial |
|  | [418:7]-[418:10] | Hearsay (9/17/2001 warning letter); hypothetical; irrelevant; prejudicial |
|  | [418:13]-[418:16] | Hearsay (9/17/2001 warning letter); hypothetical; irrelevant; prejudicial |
|  | [424:10]-[424:13] | Lack of foundation |
|  | [424:22]-[424:23] | Lack of foundation |
|  | [434:6]-[434:9] | Lack of foundation; speculation |
| Gregory Bell (11/10/04) | [28:4]-[28:15] | Hypothetical |
|  | [29:22]-[30:1] | Assuming Facts Not in Evidence |
|  | [33:4]-[33:11] | Assuming Facts Not in Evidence, Ambiguous |
|  | [37:16]-[37:21] | Assuming Facts Not in Evidence, Ambiguous |
|  | [38:23]-[39:4] | Compound Question, Ambiguous |
|  | [39:05]-[39:11] | Assuming Facts Not in Evidence, Compound Question |
|  | [39:12]-[39:15] | Compound Question, Ambiguous |
|  | [39:16]-[39:24] | Hypothetical, Compound Question, Ambiguous |
|  | [40:3]-[40:15] | Hypothetical, Compound Question, Ambiguous |
|  | [40:16]-[40:22] | Compound Question, Ambiguous |
|  | [40:25]-[41:8] | Compound Question, Ambiguous |
|  | [42:22]-[43:3] | Assuming Facts Not in Evidence, Compound Question, Ambiguous |
|  | [43:4]-[43:11] | Compound Question |
|  | [43:12]-[43:20] | Assuming Facts Not in Evidence |
|  | [43:21]-[44:4] | Compound Question, Assuming Facts Not in Evidence, Ambiguous, Hypothetical |
|  | [44:5]-[44:8] | Hypothetical |
|  | [44:19]-[44:23] | Compound Question, Ambiguous |
|  | [45:14]-[45:20] | Ambiguous, Compound Question |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [47:5]-[47:9] | Misstating Witness Testimony, Assuming Facts Not in Evidence |
| | [47:15]-[48:18] | Mischaracterizing Witness Testimony |
| | [51:8]-[51:11] | Ambiguous |
| | [52:8]-[52:18] | Ambiguous, Compound Question |
| | [53:4]-[54:18] | Assuming Facts Not in Evidence, Relevance |
| | [57:21]-[57:23] | Calls for a Conclusion/Opinion |
| | [58:2]-[58:9] | Ambiguous |
| | [60:1]-[60:9] | Assuming Facts Not in Evidence |
| | [60:10]-[60:17] | Assuming Facts Not in Evidence, Hypothetical, Ambiguous, Compound Question |
| | [65:1]-[65:05] | Asked and Answered, Relevance |
| | [65:12]-[65:15] | Asked and Answered, Assuming Facts Not in Evidence |
| | [65:16]-[65:20] | Assuming Facts Not in Evidence |
| | [74:4]-[74:10] | Assuming Facts Not in Evidence, Ambiguous, Mischaracterizing Evidence |
| | [75:6]-[75:11] | Mischaracterizing Evidence |
| | [75:16]-[76:1] | Asked and Answered, Speculative, Ambiguous |
| | [76:14]-[76:20] | Asked and Answered, Ambiguous |
| | [76:24]-[77:2] | Ambiguous |
| | [77:3]-[77:09] | Argumentative, Asked and Answered, Mischaracterizing Witness Testimony |
| | [77:14]-[77:19] | Argumentative |
| | [77:20]-[77:23] | Speculative |
| | [77:24]-[78:2] | Assuming Facts Not in Evidence |
| | [78:3]-[78:7] | Assuming Facts Not in Evidence |
| | [78:8]-[79:3] | Ambiguous, Assuming Facts Not in Evidence |
| | [79:4]-[79:7] | Assuming Facts Not in Evidence, Ambiguous |
| | [79:8]-[79:20] | Assuming Facts Not in Evidence, Ambiguous |
| | [81:22]-[82:10] | Assuming Facts Not in Evidence, Ambiguous, Beyond the Scope |
| | [82:23]-[83:8] | Assuming Facts Not in Evidence, Ambiguous, Argumentative |
| | [83:9]-[83:17] | Assuming Facts Not in Evidence, Asked and Answered |
| | [83:18]-[83:21] | Argumentative/Badgering |
| | [84:2]-[84:5] | Argumentative/Badgering, Ambiguous, Asked and Answered |
| | [84:9]-[84:17] | Foundation, Assuming Facts Not in Evidence, Compound Question, Ambiguous |
| | [84:18]-[85:2] | Assuming Facts Not in Evidence, Ambiguous |

Case 2:05-md-01657-EEF-DEK   Document 1414-1   Filed 11/14/05   Page 13 of 20

Page 33

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [87:25]-[88:6] | Asked and Answered, Speculative, Compound Question, Ambiguous |
| [88:7]-[88:13] | Asked and Answered, Speculative |
| [89:8]-[89:11] | Foundation, Assuming Facts Not in Evidence |
| [91:22]-[92:2] | Hearsay, Assuming Facts Not in Evidence |
| [92:3]-[92:7] | Ambiguous, Hearsay |
| [92:8]-[92:15] | Argumentative, Badgering, Hearsay |
| [93:18]-[93:23] | Mischaracterizing Evidence, Hearsay, Speculative |
| [93:24]-[94:6] | Mischaracterizing Evidence, Assuming Facts Not in Evidence, Ambiguous |
| [94:21]-[95:10] | Mischaracterizing Evidence, Assuming Facts Not in Evidence, Ambiguous |
| [95:20]-[96:3] | Compound Question, Assuming Facts Not in Evidence, Ambiguous |
| [96:4]-[96:11] | Assuming Facts Not in Evidence, Ambiguous |
| [96:12]-[96:21] | Assuming Facts Not in Evidence, Ambiguous, Calls for a Conclusion, Hypothetical |
| [97:02]-[97:13] | Asked and Answered, Ambiguous, Assuming Facts Not in Evidence, Argumentative/Badgering, Hypothetical |
| [97:17]-[97:24] | Asked and Answered, Ambiguous, Assuming Facts Not in Evidence, Argumentative/Badgering, Hypothetical |
| [98:5]-[98:11] | Compound Question, Ambiguous |
| [98:14]-[98:25] | Ambiguous, Compound Question |
| [99:10]-[99:14] | Assuming Facts Not in Evidence, Ambiguous, Speculative |
| [99:15]-[99:17] | Assuming Facts Not in Evidence, Ambiguous, Speculative |
| [99:18]-[100:2] | Assuming Facts Not in Evidence, Ambiguous, Speculative |
| [100:3]-[100:7] | Asked and Answered |
| [100:8]-[100:11] | Asked and Answered, Ambiguous |
| [100:12]-[100:17] | Asked and Answered, Argumentative/Badgering, Ambiguous |
| [100:18]-[100:23] | Foundation, Assuming Facts Not in Evidence, Ambiguous |
| [100:24]-[101:7] | Compound Question, Asked and Answered, Ambiguous |
| [102:7]-[102:21] | Asked and Answered, Ambiguous |
| [105:8]-[105:19] | Assuming Facts Not in Evidence, Ambiguous |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [105:20]-[106:5] | Calls for a Conclusion/Opinion, Asked and Answered, Ambiguous |
| | [106:6]-[106:15] | Argumentative/Badgering, Asked and Answered, Ambiguous |
| | [106:16]-[106:25] | Calls for an Opinion, Argumentative/Badgering, Asked and Answered, Ambiguous |
| | [109:1]-[109:3] | Irrelevant/Immaterial |
| | [109:11]-[109:16] | Ambiguous, Speculative |
| | [110:4]-[110:16] | Assuming Facts Not in Evidence, Hearsay, Ambiguous |
| | [111:12]-[111:23] | Ambiguous, Calls for a Conclusion, Compound Question |
| | [112:1]-[112:5] | Ambiguous, Mischaracterizing Prior Testimony, Assuming Facts Not in Evidence |
| | [112:9]-[112:15] | Assuming Facts Not in Evidence, Ambiguous |
| | [112:18]-[112:24] | Ambiguous, Speculative, Competence, Assumes Facts Not in Evidence |
| | [112:25]-[113:9] | Compound Question, Ambiguous, Assuming Facts Not in Evidence |
| | [114:5]-[114:12] | Ambiguous, Hearsay |
| | [115:2]-[115:24] | Assuming Facts Not in Evidence, Ambiguous |
| | [123:23]-[124:6] | Compound Question, Ambiguous |
| | [124:16]-[124:20] | Compound Question |
| | [126:1]-[126:8] | Speculative, Ambiguous |
| | [126:22]-[127:1] | Assuming Facts Not in Evidence, Speculative, Compound Question |
| | [128:22]-[129:02] | Compound Question, Ambiguous, Hearsay |
| | [129:3]-[129:10] | Ambiguous, Hearsay |
| | [130:1]-[130:14] | Compound Question, Assuming Facts Not in Evidence, Ambiguous |
| | [133:7]-[133:11] | Hearsay |
| | [134:12]-[134:17] | Ambiguous, Calls for a Conclusion/Opinion, Speculative, Hearsay |
| | [135:1]-[135:6] | Hearsay |
| | [135:7]-[135:9] | Asked and Answered |
| | [135:15]-[135:20] | Ambiguous |
| | [135:24]-[136:5] | Calls for an Opinion, Speculative, Ambiguous, Assuming Facts Not in Evidence |
| | [136:19]-[136:22] | Speculative, Ambiguous |
| | [137:12]-[137:21] | Ambiguous, Calls for an Opinion |
| | [138:7]-[138:12] | Calls for an Opinion, Irrelevant/Immaterial |
| | [138:15]-[138:22] | Ambiguous |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [141:5]-[141:9] | Ambiguous |
|  | [141:25]-[142:4] | Ambiguous |
|  | [142:19]-[143:17] | Calls for an Opinion, Mischaracterizing Witness Testimony, Hearsay, Ambiguous |
|  | [144:6]-[144:12] | Hypothetical, Speculative, Calls for a Conclusion/Opinion, Ambiguous |
|  | [144:22]-[145:8] | Foundation, Assuming Facts Not in Evidence, Ambiguous |
|  | [147:23]-[148:3] | Hypothetical, Calls for a Conclusion/Opinion, Ambiguous |
|  | [148:14]-[148:20] | Ambiguous, Compound Question |
|  | [148:21]-[149:1] | Ambiguous, Relevance |
|  | [149:21]-[150:4] | Ambiguous, Asked and Answered |
|  | [151:4]-[151:12] | Ambiguous, Asked and Answered |
|  | [153:10]-[153:17] | Ambiguous, Assuming Facts Not in Evidence |
|  | [155:8]-[155:11] | Calls for a Conclusion, Hearsay |
|  | [155:12]-[155:19] | Calls for a Conclusion, Speculative, Hypothetical, Ambiguous |
|  | [155:20]-[156:2] | Assuming Facts Not in Evidence, Ambiguous, Compound Question, Relevance |
|  | [156:3]-[156:11] | Ambiguous, Compound Question, Assuming Facts Not in Evidence |
|  | [156:12]-[156:17] | Calls for a Conclusion, Assuming Facts Not in Evidence, Ambiguous |
|  | [160:18]-[160:22] | Irrelevant/Immaterial, Compound Question |
|  | [161:21]-[162:1] | Irrelevant/Immaterial, Asked and Answered |
|  | [162:24]-[163:3] | Assuming Facts Not in Evidence, Ambiguous |
|  | [163:4]-[163:6] | Asked and Answered |
|  | [164:3]-[164:11] | Mischaracterizing Witness Testimony, Speculative, Calls for an Opinion, Ambiguous, Relevance |
|  | [165:1]-[165:7] | Mischaracterizing Witness Testimony, Assuming Facts Not in Evidence, Ambiguous |
|  | [165:23]-[166:3] | Asked and Answered |
|  | [166:4]-[166:13] | Hearsay |
|  | [166:14]-[166:20] | Mischaracterizing Witness Testimony |
|  | [167:5]-[167:8] | Compound Question |
|  | [167:9]-[167:16] | Ambiguous |
|  | [167:17]-[167:24] | Assuming Facts Not in Evidence, Mischaracterizing Witness Testimony, Ambiguous |
|  | [168:3]-[168:9] | Compound Question, Ambiguous |
|  | [168:25]-[169:9] | Assuming Facts Not in Evidence, Ambiguous |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [169:13]-[169:16] | Assuming Facts Not in Evidence, Ambiguous |
| | [169:17]-[169:23] | Ambiguous, Hypothetical |
| | [169:24]-[170:8] | Ambiguous, Speculative |
| | [170:13]-[170:17] | Compound Question, Speculative |
| | [170:18]-[170:25] | Ambiguous, Compound Question, Speculative |
| | [174:21]-[175:4] | Assuming Facts Not in Evidence, Ambiguous |
| | [178:4]-[178:11] | Assuming Facts Not in Evidence, Ambiguous |
| | [179:18]-[179:24] | Speculative, Ambiguous |
| | [180:7]-[180:13] | Assuming Facts Not in Evidence, Compound Question, Ambiguous |
| | [181:9]-[181:17] | Compound Question, Assuming Facts Not in Evidence, Ambiguous, Irrelevant/Immaterial |
| | [181:18]-[181:23] | Compound Question, Ambiguous, Irrelevant/Immaterial |
| | [182:3]-[182:8] | Assuming Facts Not in Evidence, Ambiguous, Compound Question |
| | [182:21]-[183:2] | Hypothetical, Ambiguous |
| | [183:6]-[183:11] | Assuming Facts Not in Evidence, Ambiguous |
| | [183:12]-[183:18] | Assuming Facts Not in Evidence, Ambiguous, Asked and Answered |
| | [183:19]-[184:2] | Hypothetical, Ambiguous, Compound Question |
| | [184:7]-[184:15] | Assuming Facts Not in Evidence, Mischaracterizing Witness Testimony, Ambiguous |
| | [184:16]-[185:1] | Hypothetical, Speculative, Ambiguous |
| | [185:9]-[185:13] | Compound Question, Ambiguous |
| | [187:9]-[187:19] | Assuming Facts Not in Evidence, Competence (Attorney Testifying) |
| | [187:25]-[188:8] | Assuming Facts Not in Evidence, Ambiguous, Compound Question |
| | [190:11]-[190:23] | Compound Question, Ambiguous |
| | [191:22]-[192:1] | Compound Question, Irrelevant/Immaterial |
| | [192:17]-[192:25] | Compound Question, Ambiguous |
| | [194:17]-[194:24] | Mischaracterizing Witness Testimony |
| | [195:19]-[196:1] | Ambiguous |
| | [201:9]-[201:17] | Calls for an Opinion, Speculative, Argumentative/Badgering |
| | [201:18]-[201:22] | Calls for an Opinion, Speculative, Argumentative/Badgering, Asked and Answered |
| | [202:9]-[202:15] | Ambiguous, Argumentative/Badgering, Calls for a Conclusion |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [202:16]-[202:23] | Ambiguous, Argumentative/Badgering, Calls for a Conclusion |
| [203:4]-[203:8] | Sidebar, Mischaracterizing Prior Testimony |
| [204:7]-[204:13] | Mischaracterizing Prior Testimony, Assuming Facts Not in Evidence |
| [209:15]-[209:23] | Calls for a Conclusion |
| [210:3]-[210:10] | Hypothetical, Ambiguous |
| [210:19]-[211:4] | Argumentative/Badgering, Asked and Answered, Irrelevant/Immaterial, Ambiguous |
| [211:5]-[211:11] | Speculative, Calls for an Opinion, Ambiguous |
| [211:12]-[211:15] | Speculative, Argumentative/Badgering, Ambiguous |
| [211:16]-[211:25] | Calls for a Conclusion, Speculative, Irrelevant/Immaterial, Ambiguous |
| [212:11]-[212:20] | Calls for a Conclusion, Speculative, Ambiguous |
| [213:13]-[213:19] | Assuming Facts Not in Evidence, Irrelevant/Immaterial, Ambiguous |
| [214:8]-[214:15] | Asked and Answered, Irrelevant/Immaterial |
| [216:13]-[216:16] | Speculative, Calls for a Conclusion/Opinion, Ambiguous |
| [216:17]-[216:23] | Speculative, Calls for a Conclusion/Opinion, Ambiguous, Competence, Irrelevant/Immaterial |
| [216:24]-[217:7] | Foundation, Speculative, Calls for an Opinion, Irrelevant/Immaterial |
| [218:21]-[219:2] | Assuming Facts Not in Evidence, Ambiguous |
| [220:9]-[220:12] | Compound Question, Irrelevant/Immaterial |
| [220:17]-[220:23] | Compound Question, Assuming Facts Not in Evidence, Ambiguous, Irrelevant/Immaterial |
| [220:24]-[221:6] | Compound Question, Assuming Facts Not in Evidence, Ambiguous, Irrelevant/Immaterial |
| [227:10]-[227:18] | Mischaracterizing Evidence |
| [228:6]-[228:18] | Argumentative/Badgering, Speculative, Irrelevant/Immaterial, Ambiguous |
| [228:19]-[229:02] | Asked and Answered, Ambiguous |
| [229:3]-[229:11] | Mischaracterizing Witness Testimony, Argumentative/Badgering, Ambiguous, Irrelevant/Immaterial |
| [229:12]-[229:20] | Assuming Facts Not in Evidence, Argumentative/Badgering, Ambiguous, Asked and Answered |
| [229:21]-[229:24] | Irrelevant/Immaterial |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [230:5]-[230:10] | Ambiguous, Irrelevant/Immaterial |
|  | [230:11]-[230:24] | Mischaracterizing Witness Testimony, Irrelevant/Immaterial, Ambiguous |
|  | [230:25]-[231:11] | Ambiguous |
|  | [231:12]-[231:17] | Asked and Answered, Ambiguous |
|  | [233:1]-[233:7] | Assuming Facts Not in Evidence |
|  | [236:14]-[236:20] | Ambiguous |
|  | [237:25]-[238:6] | Assuming Facts Not in Evidence |
|  | [238:9]-[238:19] | Assuming Facts Not in Evidence, Ambiguous |
|  | [239:19]-[240:12] | Assuming Facts Not in Evidence, Ambiguous |
|  | [242:5]-[242:14] | Relevance, Ambiguous, Compound Question |
|  | [242:22]-[243:2] | Assuming Facts Not in Evidence, Ambiguous |
|  | [243:3]-[243:11] | Mischaracterizing Witness Testimony |
|  | [244:7]-[244:18] | Compound Question, Ambiguous |
|  | [245:5]-[245:7] | Asked and Answered, Ambiguous |
|  | [246:7]-[246:13] | Ambiguous |
|  | [247:1]-[247:4] | Mischaracterizing Witness Testimony, Ambiguous |
|  | [247:18]-[247:24] | Asked and Answered, Ambiguous, Irrelevant/Immaterial |
|  | [261:21]-[262:2] | Compound Question, Ambiguous |
|  | [262:15]-[263:1] | Mischaracterizing Witness Testimony, Ambiguous, Hearsay |
|  | [263:9]-[263:11] | Hearsay, Ambiguous, Argumentative/Badgering |
|  | [263:12]-[263:17] | Hearsay, Ambiguous, Argumentative/Badgering |
|  | [263:18]-[263:23] | Irrelevant/Immaterial, Hearsay |
|  | [264:7]-[264:12] | Irrelevant/Immaterial |
|  | [264:13]-[264:18] | Irrelevant/Immaterial |
|  | [264:24]-[264:5] | Irrelevant/Immaterial |
|  | [265:21]-[266:08] | Irrelevant/Immaterial, Compound Question, Ambiguous |
|  | [268:11]-[268:15] | Ambiguous |
|  | [268:16]-[268:20] | Compound Question, Ambiguous |
|  | [268:23]-[269:4] | Assuming Facts Not in Evidence, Ambiguous |
|  | [270:8]-[270:22] | Compound Question, Calls for an Opinion |
|  | [270:23]-[271:9] | Calls for an Opinion, Ambiguous |
|  | [273:13]-[273:15] | Sidebar, Argumentative/Badgering |
|  | [276:11]-[276:19] | Calls for a Conclusion, Ambiguous/Irrelevant |
|  | [280:9]-[280:16] | Assuming Facts Not in Evidence, Ambiguous |
|  | [281:17]-[281:24] | Assuming Facts Not in Evidence, Ambiguous |
|  | [282:14]-[282:23] | Ambiguous, Irrelevant/Immaterial |

| | | Objection |
|---|---|---|
| | [284:4]-[284:10] | Compound Question, Assuming Facts Not in Evidence, Ambiguous |
| | [284:11]-[284:15] | Compound Question, Ambiguous |
| | [289:4]-[289:13] | Ambiguous |
| | [289:20]-[290:5] | Ambiguous |
| | [290:13]-[290:22] | Compound Question, Asked and Answered (Sidebar), Ambiguous |
| Thomas Bold (3/11/05) | [35:9]-[35:13] | Form |
| | [46:25]-[47:3] | Form |
| Thomas Casola (5/21/03) | [9:6]-[9:17] | Ambiguous; Compound Question |
| | [10:22]-[11:7] | Assumes facts not in evidence; Compound Question |
| | [13:1]-[13:7] | Ambiguous |
| | [13:15]-[13:19] | Ambiguous; Compound Question |
| Thomas Casola (6/24/04) | [24:24]-[25:4] | Ambiguous; Compound Question |
| | [25:12]-[25:18] | Ambiguous; Hypothetical; Speculative; Compound Question |
| | [25:19]-[25:25] | Ambiguous; Hypothetical; Speculative; Assumes facts not in evidence |
| | [27:20]-[28:6] | Speculative; Calls for a Conclusion; Ambiguous; Competence |
| | [28:22]-[29-12] | Compound Question, Ambiguous, Speculative |
| | [30:10]-[30:22] | Ambiguous; Hypothetical; Speculative; Asked and Answered |
| | [30:2]-[31:12] | Ambiguous; Speculative; Competence |
| | [36:3]-[36:9] | Ambiguous; Compound Question |
| | [38:24]-[39:4] | Foundation; Hearsay |
| | [39:11]-[39:16] | Foundation |
| | [41:23]-[42:2] | Asked and Answered |
| | [45:9]-[45:16] | Ambiguous; Objection to Sidebar |
| | [45:24]-[45:5] | Ambiguous; Compound Question; Asked and Answered |
| | [47:11]-[47:15] | Ambiguous; Compound Question |
| | [51:17]-[51:21] | Foundation; Hearsay |
| | [51:22]-[51:23] | Asked and Answered |
| | [52:10]-[52:13] | Hearsay |
| | [52:14]-[52:18] | Ambiguous; Relevance; Asked and Answered; Hearsay |
| | [53:18]-[54:07] | Foundation; Hearsay |
| | [54:22]-[55:4] | Mischaracterizing the Document |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [56:5]-[56:13] | Ambiguous; Foundation; Hearsay |
| [56:20]-[56:25] | Hearsay; Speculative; Calls for a Conclusion |
| [57:12]-[57:19] | Ambiguous; Compound Question; Hearsay |
| [57:20]-[58:8] | Ambiguous; Compound Question |
| [60:6]-[60:9] | Compound Question |
| [66:4]-[66:20] | Hearsay |
| [67:3]-[67:7] | Ambiguous; Compound Question; Relevance |
| [67:8]-[67:13] | Hearsay |
| [76:9]-[76:11] | Foundation; Ambiguous |
| [76:5]-[76:17] | Assumes Facts Not in Evidence |
| [80:22]-[81:6] | Hearsay |
| [82:12]-[82:18] | Ambiguous; Compound Question; Relevance |
| [82:19]-[83:5] | Ambiguous; Compound Question |
| [83:24]-[84:16] | Ambiguous |
| [85:17]-[85:23] | Ambiguous; Hearsay |
| [86:3]-[86:7] | Ambiguous; Compound Question |
| [86:19]-[86:25] | Hearsay |
| [87:22]-[88:2] | Speculative; Calls for an Opinion |
| [92:7]-[92:24] | Asked and Answered |
| [93:14]-[93:19] | Ambiguous |
| [94:4]-[94:13] | Ambiguous; Speculative; Calls for an Opinion; Relevance |
| [94:14]-[94:20] | Ambiguous; Compound Question |
| [94:23]-[95:4] | Ambiguous; Compound Question |
| [96:24]-[97:5] | Ambiguous; Speculative; Compound Question; Assumes Facts Not in Evidence; Hearsay |
| [97:20]-[97:25] | Ambiguous; Hearsay; Assumes Facts Not in Evidence |
| [98:10]-[98:18] | Hearsay |
| [99:15]-[99:18] | Ambiguous; Compound Question |
| [105:7]-[105:10] | Ambiguous; Compound Question; Hearsay |
| [108:9]-[108:17] | Ambiguous; Assumes Facts Not in Evidence; Hearsay |
| [109:15]-[109:21] | Ambiguous; Asked and Answered; Compound Question; Assumes Facts Not in Evidence |
| [111:24]-[112:8] | Ambiguous; Hearsay; Hypothetical; Assumes Facts Not in Evidence |
| [114:15]-[114-19] | Ambiguous; Speculative; Hearsay |
| [114:20]-[115:2] | Ambiguous; Hearsay; Compound Question |
| [116:13]-[116:17] | Assumes Facts Not in Evidence; Hearsay; Speculative |
| [117:3]-[117:10] | Speculative; Hearsay; Foundation; Relevance |