| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [118:6]-[118:12] | Ambiguous; Compound Question; Asked and Answered |
| | [118:24]-[119:2] | Ambiguous; Speculative; Calls for an Opinion; Hearsay; Relevance |
| | [119:3]-[119:5] | Argumentative |
| | [119:12]-[119:19] | Hearsay |
| | [120:4]-[120:10] | Hearsay; Speculative |
| | [120:11]-[120:14] | Ambiguous; Assumes Facts Not in Evidence; Hearsay; Compound Question |
| | [123:5]-[123:13] | Speculative; Calls for an Opinion; Hearsay |
| | [123:14]-[123:24] | Mischaracterizing Prior Testimony |
| | [124:23]-[125:9] | Hearsay |
| | [125:18]-[125:22] | Speculative; Hearsay; Calls for an Opinion |
| | [127:12]-[127:24] | Speculative; Hearsay |
| | [128:23]-[128:25] | Hearsay |
| | [129:2]-[129:7] | Hearsay; Mischaracterizing the Document |
| | [128:8]-[129:17] | Speculative; Hearsay |
| | [132:3]-[132:8] | Speculative; Hearsay; Calls for an Opinion |
| | [132:14]-[132:16] | Ambiguous; Relevance; Speculative; Calls for an Opinion; Hearsay |
| | [134:12]-[134:16] | Hearsay |
| | [135:7]-[135:12] | Ambiguous; Compound Question |
| | [135:13]-[135:18] | Ambiguous; Compound Question |
| | [137:7]-[137:18] | Ambiguous; Compound Question; Asked and Answered |
| | [137:19]-[137:23] | Ambiguous; Speculative; Calls for an Opinion |
| | [138:17]-[139:2] | Ambiguous |
| | [139:7]-[139:14] | Ambiguous; Speculative; Assumes Facts Not in Evidence |
| | [141:9]-[141:16] | Ambiguous |
| | [141:17]-[141:24] | Ambiguous; Assumes Facts Not in Evidence |
| | [142:6]-[142:10] | Ambiguous; Speculative |
| | [143:23]-[144:3] | Speculative; Hearsay |
| | [144:4]-[144:7] | Speculative; Calls for an Opinion |
| | [144:8]-[144:10] | Ambiguous |
| | [147:9]-[147:15] | Hearsay |
| | [147:16]:[148:5] | Hearsay; Speculative; Calls for an Opinion |
| | [148:6]-[148:8] | Speculative; Hearsay; Calls for an Opinion; Ambiguous; Compound Question |
| | [148:9]-[148:15] | Hearsay; Assumes Facts Not in Evidence |
| | [148:22]-[149:2] | Calls for an Opinion |
| | [149:3]-[149:6] | Assumes Facts Not in Evidence; Hearsay |
| | [149:14]-[149:16] | Assumes Facts Not in Evidence; Hearsay |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [149:24]-[150:7] | Ambiguous; Compound Question; Speculative; Calls for an Opinion; Assumes Facts Not in Evidence |
|  | [150:22]-[151:5] | Assumes Facts Not in Evidence; Hearsay |
|  | [151:6]-[151:13] | Ambiguous; Compound Question |
|  | [152:10]-[152:15] | Mischaracterizing Prior Testimony |
|  | [152:16]-[152:20] | Ambiguous; Mischaracterizing Prior Testimony |
|  | [155:4]-[155:15] | Hearsay; Assumes Facts Not in Evidence |
|  | [155:23]-[156:4] | Hearsay; Assumes Facts Not in Evidence; Speculative; Calls for a Conclusion |
|  | [156:5]-[156:12] | Argumentative; Objection to Sidebar |
|  | [156:22]-[157:4] | Hearsay; Ambiguous; Compound Question; Assumes Facts Not in Evidence |
|  | [157:5]-[157:12] | Hearsay; Assumes Facts Not in Evidence; Argumentative |
|  | [157:13]-[157:24] | Hearsay; Assumes Facts Not in Evidence; Argumentative |
|  | [158:8]-[158:12] | Assumes Facts Not in Evidence; Ambiguous; Compound Question |
|  | [160:22]-[161:7] | Ambiguous; Compound Question |
|  | [164:10]-[164:16] | Ambiguous; Compound Question |
|  | [166:3]-[166:6] | Ambiguous; Compound Question; Assumes Facts Not in Evidence |
|  | [167:14]-[167:22] | Ambiguous; Compound Question; Assumes Facts Not in Evidence |
|  | [168:18]-[168:23] | Ambiguous; Hearsay; Assumes Facts Not in Evidence |
|  | [168:24]-[169:6] | Ambiguous; Speculative; Compound Question |
|  | [169:7]-[169:15] | Hearsay |
|  | [172:2]-[172:12] | Ambiguous |
|  | [176:13]-[176:18] | Ambiguous; Compound Question; Hearsay; Speculative |
|  | [176:23]-[177:3] | Ambiguous; Speculative |
|  | [177:18]-[177:24] | Ambiguous; Assumes Facts Not in Evidence; Speculative; Compound Question; Hearsay |
|  | [178:9]-[178:13] | Ambiguous; Assumes Facts Not in Evidence |
|  | [179:2]-[179:7] | Ambiguous; Assumes Facts Not in Evidence; Foundation; Argumentative |
|  | [180:3]-[180:6] | Ambiguous; Compound Question |
|  | [181:20]-[181:22] | Ambiguous; Incomplete Designation |
|  | [187:9]-[187:16] | Beyond the Scope of the Designation |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [188:23]-[189:4] | Hearsay; Argumentative; Ambiguous; Compound Question; Speculative |
| | [189:15]-[189:25] | Hearsay; Argumentative; Speculative |
| | [193:25]-[194:8] | Ambiguous; Compound Question; Mischaracterizes Prior Testimony |
| | [194:12]-[194:17] | Ambiguous; Compound; Assumes Facts Not in Evidence; Argumentative |
| | [194:24]-[195:12] | Ambiguous; Speculative; Hypothetical; Calls for an Opinion; Argumentative |
| | [195:19]-[196:2] | Ambiguous; Compound Question; Argumentative |
| | [197:2]-[197:14] | Ambiguous; Compound Question; Hearsay; Argumentative; Speculative; Calls for an Opinion |
| | [198:13]-[198:21] | Hearsay; Ambiguous; Assumes Facts Not in Evidence; Speculative; Calls for an Opinion; Argumentative; Asked and Answered |
| | [199:21]-[199:24] | Ambiguous; Compound Question; Asked and Answered; Argumentative |
| Brian Daniels (10/20/04) | [61:13]-[63:15] | Foundation; Mischaracterization of document and fact; Hearsay |
| | [64:5]-[64:9] | Scope; Assumed facts not in evidence; Mischaracterization of facts; Calls for a conclusion |
| | [66:13]-[66:24] | Ambiguous; Competence |
| | [68:9]-[68:14] | Competence |
| | [75:10]-[75:14] | Ambiguous |
| | [76:24]-[77:20] | Speculative; Incomplete hypothetical; Calls for a conclusion; Mischaracterization of fact |
| | [102:19]-[103:21] | Calls for opinion |
| | [103:22]-[105:16] | Calls for a conclusion; Speculative; Mischaracterization of facts |
| | [144:22]-[145:11] | Calls for conclusion/opinion; Speculative |
| | [150:11]-[152:8] | Mischaracterization of fact; Assuming facts not in evidence; Beyond scope of deposition |
| | [152:18]-[154:13] | Assuming facts not in evidence; Calls for conclusion; Speculative; Mischaracterization of fact; Competence |
| | [155:12]-[155:13] | Competence |
| | [156:13]-[156:24] | Assumes facts not in evidence; Beyond scope of deposition; Asked and answered |
| | [165:5]-[165:13] | Competence; Speculative |

| | Plaintiff's Designation | Merck's Objections |
| --- | --- | --- |
| | [176:11]-[176:19] | Competence; Assumes facts in evidence; Mischaracterization of fact |
| | [176:21]-[176:24] | Ambiguous |
| | [177:1]-[177:8] | Beyond scope of deposition; Calls for opinion |
| | [187:3]-[187:19] | Competence; Hearsay; Speculative |
| | [188:6]-[188:11] | Competence; Hearsay |
| | [188:17]-[188:22] | Competence |
| | [193:16]-[194:1] | Assumes facts not in evidence; Speculative; Mischaracterization of facts; Competence; Calls for conclusion |
| | [196:8]-[196:14] | Assumes facts not in evidence; Calls for conclusion; Mischaracterizes facts; Competence |
| | [203:17]-[204:22] | Asked and answered |
| | [205:7]-[205:20] | Assumes facts not in evidence; Mischaracterization of document; Hearsay |
| | [205:22]-[206:12] | Assumes facts not in evidence; Mischaracterizes facts; Calls for opinion |
| | [207:2]-[207:17] | Mischaracterizes facts; Assumes facts not in evidence; Mischaracterizes testimony |
| | [207:19]-[208:8] | Assumes facts not in evidence; Mischaracterizes facts; Speculative, Competence |
| | [208:10]-[208:17] | Speculative; Assumes facts not in evidence; Mischaracterizes facts; Competence |
| | [208:19]-[208:23] | Calls for opinion |
| | [211:9]-[211:16] | Assumes facts not in evidence; Speculative; Mischaracterizes facts; Asked and answered |
| | [211:18]-[212:2] | Mischaracterizes facts; Assumes facts not in evidence; Speculative; Competence |
| | [228:11]-[228:18] | Ambiguous |
| | [230:10]-[230:21] | Assumes facts not in evidence; Mischaracterizes facts; Speculative |
| | [235:14]-[236:8] | Speculation; Competence; Mischaracterizes document; Assumes facts not in evidence |
| | [238:15]-[239:8] | Mischaracterizes testimony; Speculative; Calls for conclusion |
| | [241:5]-[241:14] | Assumes facts not in evidence; Speculative; Mischaracterizes facts; Competence |
| | [241:15]-[242:24] | Competence |
| | [243:13]-[244:8] | Asked and answered; Competence; Speculative; Assumes facts not in evidence; Mischaracterizes facts |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [244:10]-[245:3] | Asked and answered |
| | [245:5]-[245:13] | Competence; Speculative |
| | [245:15]-[245:23] | Competence; Speculative; Assumes facts not in evidence; Calls for opinion |
| | [246:5]-[246:19] | Assumes facts not in evidence; Mischaracterizes facts |
| | [246:21]-[247:20] | Asked and answered; Speculative; Assumes facts not in evidence |
| | [248:21]-[249:20] | Assumes facts not in evidence; Speculative; Competence; Mischaracterizes facts; Asked and answered |
| | [253:4]-[253:20] | Competence; Speculation |
| | [253:21]-[254:13] | Speculative; Competence; Assumes facts not in evidence |
| | [255:8]-[255:13] | Competence; Speculation |
| | [256:5]-[257:3] | Asked and answered; Competence; Speculative; Assumes facts not in evidence |
| | [257:7]-[257:15] | Assumes facts not in evidence; Speculation; Competence; Mischaracterizes facts |
| | [259:2]-[259:6] | Ambiguous |
| | [259:7]-[259:11] | Ambiguous; Beyond scope of deposition; Competence |
| | [259:12]-[259:18] | Ambiguous; Speculative; Competence |
| | [259:22]-[260:18] | Speculative; Competence; Beyond scope of deposition; Asked and answered; Ambiguous |
| | [261:18]-[261:24] | Competence |
| | [262:1]-[262:10] | Speculative; Competence; Assumes facts not in evidence |
| | [263:22]-[264:7] | Speculative; Competence; Calls for conclusion; Mischaracterizes facts |
| | [268:22]-[269:5] | Speculative; Competence; |
| | [270:22]-[271:12] | Speculative; Competence; Mischaracterizes document |
| | [271:14]-[272:1] | Asked and answered; |
| | [272:2]-[272:10] | Speculative; Competence |
| | [304:24]-[305:8] | Assumes facts not in evidence |
| | [305:15]-[305:23] | Assumes facts not in evidence |
| | [306:1]-[306:10] | Asked and answered; |
| | [309:12]-[309:24] | Speculative; Competence |
| | [317:11]-[317:18] | Assumes facts not in evidence; Mischaracterizes facts |
| | [317:19]-[318:6] | Speculative; Assumes facts not in evidence |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [318:10]-[318:21] | Speculative; Calls for facts not in evidence; Competence |
| | [319:5]-[319:17] | Competence; Speculative; Beyond scope of deposition |
| | [319:18]-[320:1] | Competence; Speculative; Assumes facts not in evidence |
| | [320:2]-[320:5] | Speculative; Competence; Assumes facts not in evidence; Mischaracterizes facts |
| | [322:17]-[323:2] | Asked and answered; Speculative; Competence |
| | [323:3]-[323:10] | Competence; Calls for conclusion |
| | [323:21]-[324:3] | Speculative; Competence; Assumes facts not in evidence |
| | [324:6]-[324:19] | Calls for conclusion; Assumes facts not in evidence |
| | [324:20]-[325:4] | Asked and answered; |
| | [327:19]-[328:14] | Speculative; Competence; Assumes facts not in evidence |
| | [338:4]-[338:16] | Speculative; Competence; Assumes facts not in evidence |
| | [342:13]-[344:14] | Speculative; Competence |
| | [345:4]-[345:10] | Speculation; Competence |
| | [345:11]-[346:5] | Speculative; Competence; Assumes facts not in evidence |
| | [346:7]-[346:21] | Speculative; Competence; Assumes facts not in evidence; Beyond scope of deposition |
| | [346:23]-[347:10] | Asked and answered |
| | [347:12]-[347:20] | Competence; Beyond scope of deposition |
| | [348:5]-[348:16] | Assumes facts not in evidence; Mischaracterizes facts |
| | [349:8]-[349:18] | Competence; Mischaracterizes document |
| | [350:17]-[351:1] | Assumes facts not in evidence; Mischaracterizes facts |
| | [352:24]-[353:14] | Calls of opinion/conclusion |
| | [359:21]-[360:19] | Calls for opinion |
| | [360:21]-[362:2] | Asked and answered |
| | [364:16]-[364:22] | Competence; Speculative |
| | [364:23]-[365:5] | Calls for opinion/conclusion |
| | [365:6]-[365:18] | Competence; Speculative |
| | [365:20]-[366:8] | Calls for conclusion/opinion |
| | [372:19]-[372:22] | Speculative; Competence; Assumes facts not in evidence |
| | [373:16]-[374:12] | Calls for conclusion |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [374:13]-[375:3] | Mischaracterizes fact; Compound; Foundation |
| | [375:5]-[375:14] | Speculative; Competence; Assumes facts not in evidence |
| | [375:16]-[375:24] | Speculative; Competence |
| | [376:1]-[376:12] | Speculative; Competence; Mischaracterizes facts |
| | [377:1]-[377:17] | Mischaracterizes facts |
| | [377:19]-[378:2] | Mischaracterizes facts; Compound; Speculation |
| | [378:16]-[378:20] | Speculation; Competence |
| | [378:21]-[379:4] | Calls for conclusion |
| | [380:12]-[380:23] | Speculative; Competence; Mischaracterizes facts |
| | [381:1]-[381:13] | Speculative; Competence; Asked and answered |
| | [382:18]-[385:18] | Assumes facts not in evidence; Mischaracterizes facts; Speculative; Competence |
| | [387:5]-[387:12] | Speculation; Competence; Calls for opinion/conclusion |
| | [389:2]-[390:9] | Calls for opinion |
| | [390:11]-[391:3] | Asked and answered |
| | [392:5]-[392:14] | Calls for conclusion; Mischaracterizes facts |
| | [397:4]-[397:14] | Speculation; Competence; Calls for conclusion/opinion |
| | [398:21]-[399:4] | Hearsay |
| | [399:20]-[400:12] | Speculative; Competence; Calls for conclusion; Hearsay; Asked and answered |
| | [400:14]-[400:21] | Speculative; Competence; Mischaracterizes facts; Assumes facts not in evidence |
| | [410:22]-[411:2] | Foundation |
| | [411:3]-[411:9] | Hearsay |
| | [411:23]-[412:6] | Hearsay |
| | [412:12]-[413:20] | Speculative; Competence; Mischaracterizes facts; Assumes facts not in evidence |
| | [416:6]-[416:11] | Speculation; Competence |
| | [417:11]-[417:20] | Asked and answered |
| | [420:22]-[421:12] | Foundation |
| | [422:3]-[424:18] | Asked and answered |
| | [425:13]-[425:21] | Mischaracterizes facts; Assumes facts not in evidence; Compound |
| | [435:9]-[435:15] | Foundation |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [436:11]-[436:16] | Speculation; Competence |
| | [443:13]-[443:18] | Mischaracterizes facts |
| | [445:22]-[446:3] | Ambiguous |
| | [446:6]-[446:23] | Assumes facts not in evidence |
| | [447:1]-[447:8] | Speculative; Competence; Beyond scope of deposition |
| | [447:20]-[448:10] | Assumes facts not in evidence |
| | [448:24]-[449:15] | Assumes facts not in evidence |
| | [449:17]-[450:1] | Beyond scope of deposition |
| | [454:8]-[454:24] | Speculation; Competence |
| | [455:2]-[455:11] | Assumes facts not in evidence; Calls for conclusion |
| | [457:14]-[457:19] | Assumes facts not in evidence; Mischaracterizes facts |
| | [458:8]-[458:16] | Speculation; Competence |
| | [461:19]-[462:10] | Speculation; Competence |
| | [466:15]-[467:1] | Speculation; Competence |
| | [467:3]-[467:20] | Speculation; Competence; Calls for conclusion |
| | [470:18]-[471:6] | Compound |
| | [471:11]-[471:19] | Asked and answered |
| | [472:7]-[473:2] | Mischaracterizes facts |
| | [473:11]-[473:21] | Beyond scope of deposition; Speculation; Competence |
| | [482:16]-[482:20] | Foundation |
| Wendy Dixon (1/19/05) | [60:23]-[61:1] | Document discussed is hearsay (1998 personnel file); irrelevant; prejudicial |
| | [62:10]-[63:8] | Document discussed is hearsay (1998 personnel file); irrelevant; prejudicial |
| | [64:7]-[64:11] | Document discussed is hearsay (1998 personnel file); irrelevant; prejudicial |
| | [72:22]-[72:24] | Lack of foundation; hypothetical |
| | [73:3]-[73:5] | Lack of foundation; hypothetical; cuts off witness' answer |
| | [79:25]-[80:11] | Document discussed is hearsay (1998 personnel file); irrelevant; prejudicial |
| | [82:6]-[82:7] | Hearsay |
| | [82:10]-[82:12] | Hearsay |
| | [87:17]-[88:3] | Document discussed is hearsay (2001 personnel file); irrelevant; prejudicial |
| | [100:18]-[101:1] | Lack of foundation; hearsay (6/22/98 Scolnick email) |
| | [118:16]-[118:22] | Document is hearsay (5/8/00 Dixon memo to Scolnick) |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [119:1]-[120:6] | Reading from document; document is hearsay (5/8/2000 Dixon memo to Scolnick) |
| | [120:18]-[121:10] | Document is hearsay (5/8/00 Dixon memo to Scolnick) |
| | [139:12]-[139:17] | Lack of foundation; hearsay |
| | [140:20]-[140:23] | Lack of foundation |
| | [140:25]-[141:1] | Lack of foundation |
| | [142:4]-[142:7] | Lack of foundation |
| | [147:2]-[147:25] | Lack of foundation |
| | [148:4]-[148:9] | Hearsay, lack of foundation (5/22/01 press release) |
| | [151:10]-[151:25] | Cuts off the witness' answer |
| | [155:12]-[155:15] | Lack of foundation |
| | [171:12]-[171:23] | Lack of foundation; speculative; irrelevant; prejudicial; document is hearsay (6/18/01 WBST) |
| | [172:14]-[172:25] | Lack of foundation; speculative; irrelevant; prejudicial; document is hearsay (6/18/01 WBST) |
| | [174:13]-[174:17] | Lack of foundation |
| | [175:25]-[176:12] | Lack of foundation; irrelevant; prejudicial; hearsay (Dorothy Hamill contract) |
| | [181:1]-[181:2] | Hearsay (9/17/01 email string); speculative |
| | [181:13]-[182:6] | Hearsay (9/17/01 email string); speculative |
| | [182:7]-[182:19] | Lack of foundation; speculative; irrelevant; prejudicial; hearsay; (10/19/01 Branchburg review) |
| | [183:1]-[183:11] | Lack of foundation; speculative; irrelevant; prejudicial; hearsay; (10/19/01 Branchburg review) |
| | [183:13]-[183:23] | Lack of foundation; speculative; irrelevant; prejudicial; hearsay; (10/19/01 Branchburg review) |
| | [185:2]-[185:12] | Lack of foundation; speculative; irrelevant; prejudicial; hearsay; (10/19/01 Branchburg review) |
| | [185:25]-[186:16] | Lack of foundation; hearsay |
| | [188:13]-[188:16] | Lack of foundation; irrelevant; prejudicial; hearsay; (11/12/01 email) |
| | [189:19]-[190:11] | Lack of foundation; irrelevant; prejudicial; hearsay; (11/12/01 email) |
| | [190:14]-[190:15] | Lack of foundation; irrelevant; prejudicial; hearsay; (11/12/01 email) |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [192:23]-[193:5] | Lack of foundation; irrelevant; prejudicial |
|  | [238:14]-[238:15] | Lack of foundation; speculative; irrelevant; prejudicial; hearsay; (Scolnick 10/17/01 email) |
|  | [239:15]-[239:17] | Lack of foundation; speculative; irrelevant; prejudicial; hearsay; (Scolnick 10/17/01 email) |
|  | [239:20]-[240:8] | Lack of foundation; speculative; prejudicial; hearsay; (Scolnick 10/17/01 email) |
|  | [241:10]-[241:14] | Lack of foundation; speculative; hearsay; (Scolnick 10/17/01 email) |
|  | [242:1]-[242:7] | Lack of foundation; speculative; hearsay; (Scolnick 10/17/01 email) |
|  | [242:10]-[242:16] | Lack of foundation; speculative; hearsay; (Scolnick 10/17/01 email) |
|  | [247:20]-[247:25] | Lack of foundation; speculative; hearsay; (Scolnick 10/17/01 email) |
| Wendy Dixon (1/20/05) | [279:24]-[279:25] | Hearsay (2001 Profit Plan) |
|  | [309:23]-[310:11] | Lack of foundation; hearsay; speculative; prejudicial (2001 Profit Plan) |
|  | [324:15]-[325:3] | Lack of foundation; hearsay; speculative; prejudicial (6/12/01 Demopoulos email re Topol article) |
|  | [326:10]-[326:21] | Lack of foundation; hearsay; speculative; prejudicial (6/12/01 Demopoulos email re Topol article) |
|  | [327:17]-[327:20] | Lack of foundation; hearsay; speculative; prejudicial (2001 Profit Plan) |
|  | [328:9]-[328:12] | Lack of foundation; hearsay; speculative; prejudicial (2001 Profit Plan) |
|  | [329:3]-[329:12] | Lack of foundation; hearsay; speculative; prejudicial (2001 Profit Plan) |
|  | [412:22]-[413:1] | Lack of foundation; hearsay (11/18/98 Scolnick email) [note – no testimony is designated here] |
|  | [418:10]-[418:21] | Lack of foundation; hearsay; speculative; prejudicial (2001 Profit Plan) |
|  | [419:13]-[420:8] | Lack of foundation; speculative |
|  | [427:12]-[427:16] | Lack of foundation; hearsay; irrelevant; prejudicial (Dixon Ex. 34) |
|  | [429:15]-[430:12] | Lack of foundation; hearsay; irrelevant; prejudicial (Dixon Ex. 34) |
|  | [432:8]-[433:12] | Lack of foundation; hearsay; irrelevant; prejudicial (Dixon Ex. 34) |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [435:9]-[435:22] | Lack of foundation; hearsay; irrelevant; prejudicial (Dixon Ex. 34) |
| | [436:3]-[436:15] | Lack of foundation; hearsay; irrelevant; prejudicial (Dixon Ex. 34) |
| Wendy Dixon (2/18/05) | [512:3]-[512:4] | Fragment – does not provide witness' answer |
| | [514:19]-[515:5] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [516:11]-[516:15] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [517:14]-[517:17] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [518:4]-[518:22] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [520:15]-[521:3] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [521:8]-[521:11] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [522:13]-[522:17] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [523:22] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [524:1]-[524:13] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [526:4]-[526:11] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [529:3]-[529:16] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [532:12]-[532:24] | Hypothetical question; speculative; lack of foundation. (Dixon Ex. 39. PhRMA Code) |
| | [602:23]-[603:25] | Lack of foundation; speculative |
| | [607:6]-[607:20] | Lack of foundation; speculative |
| | [608:5]-[608:16] | Lack of foundation; speculative |
| | [608:20]-[608:23] | Lack of foundation; speculative |
| | [619:9]-[619:24] | Argumentative; speculative; prejudicial |
| | [620:4]-[621:3] | Argumentative; speculative; prejudicial |
| Jarrod Dumas (4/2/04)) | All Testimony Designated by Plaintiff | This professional representative has no connection whatsoever to Mr. Irvin or his Prescriber, and therefore this testimony is completely irrelevant. |
| | | |
| James Dunn (11/07/02) | [8:8]-[8:9] [8:12]-[8:16] | Ambiguous |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [8:24]-[9:1] | Compound, Ambiguous |
| | [9:2]-[9:11] | Ambiguous |
| | [11:13]-[11:14] | Ambiguous |
| | [23:09]-[23:16] | Compound Question, Ambiguous |
| | [26:18]-[26:25] | Beyond the Scope of the Deposition |
| | [27:1]-[27:3] | Beyond the Scope of the Deposition |
| | [27:4]-[27:10] | Beyond the Scope of the Deposition, Ambiguous |
| | [27:11]-[27:17] | Beyond the Scope of the Deposition, Ambiguous |
| | [27:23]-[28:8] | Beyond the Scope of the Deposition, Asked and Answered |
| | [40:6]-[40:15] | Beyond the Scope of the Deposition, Ambiguous |
| | [45:18]-[45:20] | Ambiguous, Assuming Facts Not in Evidence, Foundation |
| | [45:24]-[46:5] | Ambiguous |
| | [46:9]-[46:16] | Ambiguous |
| | [50:14]-[50:20] | Ambiguous |
| | [50:21]-[51:8] | Ambiguous, Competence, Compound Question, Hypothetical, Speculative, Sidebar |
| | [52:4]-[52:9] | Compound Question, Ambiguous |
| | [52:11]-[52:14] | Compound Question, Ambiguous |
| | [52:15]-[52:21] | Compound Question, Ambiguous |
| | [53:6]-[53:10] | Ambiguous |
| | [53:11]-[53:17] | Ambiguous, Non-Responsive |
| | [53:18]-[54:2] | Foundation, Ambiguous |
| | [54:3]-[54:6] | Competence, Foundation |
| | [54:7]-[54:10] | Compound Question, Ambiguous |
| | [54:11]-[54:13] | Ambiguous |
| | [54:18]-[54:24] | Compound Question, Ambiguous |
| | [57:8]-[57:15] | Foundation, Compound Question, Ambiguous |
| | [57:16]-[58:3] | Argumentative, Assuming Facts Not in Evidence, Foundation |
| | [60:16]-[61:22] | Foundation, Assuming Facts Not in Evidence, Competence, Compound Question, Ambiguous |
| | [60:23]-[61:13] | Hypothetical, Speculative, Compound Question, Ambiguous, Assuming Facts Not in Evidence, Foundation |
| | [61:14]-[61:15] | Ambiguous |
| | [62:1]-[62:4] | Speculative |
| | [62:5]-[62:14] | Non-Responsive |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [62:15]-[62:25] | Compound Question, Ambiguous, Non-Responsive |
| | [63:1]-[63:12] | Compound Question, Ambiguous, Misstating Witness Testimony, Assuming Facts Not in Evidence |
| | [63:13]-[63:20] | Compound Question, Ambiguous |
| | [63:21]-[64:03] | Foundation, Ambiguous, Compound Question |
| | [64:4]-[64:8] | Compound Question, Ambiguous |
| | [64:14]-[64:16] | Competence |
| | [64:21]-[65:6] | Assuming Facts Not in Evidence, Competence, Foundation, Ambiguous |
| | [67:2]-[67:12] | Speculative, Hypothetical, Assuming Facts Not in Evidence |
| | [67:13]-[67:19] | Speculative, Ambiguous |
| | [67:20]-[67:24] | Ambiguous, Compound |
| | [67:25]-[68:3] | Foundation, Ambiguous |
| | [68:4]-[68:9] | Foundation, Ambiguous |
| | [68:10]-[68:17] | Compound Question, Ambiguous |
| | [68:18]-[68:22] | Ambiguous |
| | [68:23]-[69:2] | Foundation, Assuming Facts Not in Evidence |
| | [69:3]-[69:7] | Compound Question, Ambiguous |
| | [69:14]-[69:19] | Foundation, Assuming Facts Not in Evidence |
| | [69:20]-[69:25] | Foundation, Assuming Facts Not in Evidence, Asked and Answered |
| | [70:1]-[70:6] | Foundation, Assuming Facts Not in Evidence, Asked and Answered, Argumentative |
| | [70:7]-[70:9] | Foundation, Assuming Facts Not in Evidence, Ambiguous |
| | [71:6]-[71:10] | Foundation, Assuming Facts Not in Evidence, Ambiguous |
| | [71:11]-[71:16] | Ambiguous |
| | [71:17]-[72:16] | Argumentative, Asked and Answered |
| | [74:03]-[74:6] | Foundation, Assuming Facts Not in Evidence, Competence |
| | [74:7]-[74:11] | Ambiguous, Compound Question |
| | [75:4]-[75:9] | Ambiguous |
| | [76:18]-[76:21] | Ambiguous |
| | [76:22]-[76:25] | Compound Question, Ambiguous |
| | [77:1]-[77:4] | Argumentative, Asked and Answered, Calls for Conclusion |
| | [77:5]-[77:10] | Compound Question, Ambiguous, Calls for Conclusion |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [77:11]-[77:17] | Compound Question, Ambiguous, Calls for Conclusion |
| | [77:18]-[77:21] | Foundation, Assuming Facts Not in Evidence |
| | [78:14]-[78:19] | Foundation, Assuming Facts Not in Evidence, Ambiguous |
| | [78:20]-[8:23] | Foundation, Assuming Facts Not in Evidence |
| | [82:8]-[82:12] | Foundation, Assuming Facts Not in Evidence |
| | [82:13]-[82:15] | Foundation, Assuming Facts Not in Evidence |
| | [82:16]-[82:20] | Foundation, Assuming Facts Not in Evidence |
| | [82:21]-[83:4] | Calls for a Conclusion, Calls for an Opinion, Ambiguous, Speculative |
| | [83:5]-[83:13] | Calls for a Conclusion, Calls for an Opinion, Ambiguous, Speculative |
| | [83:14]-[83:20] | Ambiguous, Compound Question |
| | [83:21]-[83:24] | Ambiguous |
| | [83:25]-[84:7] | Ambiguous |
| | [84:8]-[84:17] | Ambiguous |
| | [84:18]-[85:3] | Assuming Facts Not in Evidence, Foundation, Ambiguous |
| | [85:4]-[85:9] | Ambiguous |
| | [86:2]-[86:7] | Misstating Witness Testimony, Assuming Facts Not in Evidence |
| | [86:8]-[86:14] | Misstating Witness Testimony, Assuming Facts Not in Evidence |
| | [87:23]-[88:4] | Compound Question, Ambiguous |
| | [88:17]-[88:21] | Compound Question |
| | [88:22]-[89:5] | Misstating Witness Testimony, Assuming Facts Not in Evidence |
| | [89:11]-[89:14] | Foundation |
| | [89:15]-[89:24] | Foundation, Assuming Facts Not in Evidence, Mischaracterizing Witness Testimony |
| | [89:25]-[90:3] | Foundation, Assuming Facts Not in Evidence, Mischaracterizing Witness Testimony |
| | [90:4]-[90:10] | Compound Question, Argumentative |
| | [90:14]-[90:18] | Foundation, Ambiguous |
| | [90:19]-[90:23] | Assuming Facts Not in Evidence, Speculative, Calls for a Conclusion |
| | [90:24]-[91:1] | Speculative, Calls for a Conclusion/Opinion |
| | [91:3]-[91:9] | Compound Question, Foundation, Assuming Facts Not in Evidence |
| | [91:18]-[91:23] | Assuming Facts Not in Evidence, Foundation |
| | [91:24]-[92:5] | Argumentative, Compound Question |
| | [92:6]-[92:10] | Assuming Facts Not in Evidence, Foundation |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [92:11]-[92:18] | Assuming Facts Not in Evidence, Foundation, Asked and Answered |
| | [92:19]-[92:22] | Compound Question |
| | [93:3]-[93:6] | Competence, Foundation |
| | [93:7]-[93:9] | Competence, Foundation |
| | [93:17]-[93:23] | Competence, Asked and Answered |
| | [93:24]-[94:3] | Competence |
| | [94:11]-[94:15] | Competence |
| | [94:16]-[94:18] | Competence |
| | [94:19]-[94:25] | Foundation, Assuming Facts Not in Evidence, Ambiguous |
| | [95:1]-[95:5] | Ambiguous |
| | [95:6]-[95:9] | Assuming Facts Not in Evidence, Foundation |
| | [95:15]-[95:25] | Argumentative, Foundation, Assuming Facts Not in Evidence |
| | [96:1]-[96:5] | Ambiguous |
| | [96:13]-[96:24] | Compound Question, Ambiguous |
| | [96:25]-[97:4] | Calls for a Narrative |
| | [97:10]-[97:14] | Ambiguous |
| | [97:15]-[97:20] | Foundation, Ambiguous, Assuming Facts Not in Evidence |
| | [97:21]-[98:2] | Foundation, Assuming Facts Not in Evidence |
| | [98:3]-[98:8] | Asked and Answered, Foundation, Assuming Facts Not in Evidence |
| | [99:2]-[99:12] | Foundation, Assuming Facts Not in Evidence |
| | [99:13]-[99:20] | Foundation, Assuming Facts Not in Evidence |
| | [99:24]-[99:25] | Argumentative, Asked and Answered |
| | [100:5]-[100:14] | Competence, Ambiguous |
| | [100:15]-[100:19] | Foundation, Assuming Facts Not in Evidence |
| | [101:1]-[101:6] | Foundation, Assuming Facts Not in Evidence |
| | [101:7]-[101:14] | Ambiguous, Argumentative |
| | [101:15]-[102:5] | Foundation, Ambiguous, Assuming Facts Not in Evidence |
| | [102:6]-[102:9] | Foundation, Ambiguous |
| | [102:10]-[102:14] | Compound Question, Ambiguous, Assuming Facts Not in Evidence |
| | [102:15]-[102:19] | Compound Question, Ambiguous, Assuming Facts Not in Evidence |
| | [103:9]-[103:15] | Asked and Answered, Argumentative |
| | [103:16]-[103:20] | Asked and Answered, Argumentative |
| | [103:21]-[104:3] | Argumentative, Compound Question, Mischaracterizing Witness Testimony |
| | [104:4]-[104:12] | Asked and Answered, Argumentative |

| Plaintiff | Designation | Defendants' Objection |
|---|---|---|
| | [104:13]-[105:1] | Foundation, Assuming Facts Not in Evidence |
| | [105:2]-[105:9] | Argumentative, Asked and Answered, Assuming Facts Not in Evidence |
| | [105:17]-[106:4] | Asked and Answered, Assuming Facts Not in Evidence |
| | [106:5]-[106:14] | Foundation, Assuming Facts Not in Evidence |
| | [106:15]-[106:25] | Argumentative, Asked and Answered, Assuming Facts Not in Evidence, Calls for a Conclusion/Opinion, Speculative |
| | [107:20]-[108:11] | Argumentative, Foundation, Asked and Answered, Ambiguous |
| | [108:13]-[108:19] | Compound Question, Ambiguous, Foundation |
| | [108:20]-[108:25] | Foundation, Assuming Facts Not in Evidence, Ambiguous |
| | [109:1]-[109:9] | Compound Question, Argumentative, Ambiguous, Foundation |
| | [109:15]-[109:23] | Foundation, Assuming Facts Not in Evidence |
| | [110:7]-[110:18] | Compound Question, Ambiguous |
| | [110:19]-[110:21] | Mischaracterizing Witness Testimony, Asked and Answered |
| | [111:7]-[111:19] | Compound Question, Ambiguous |
| | [113:24]-[114:2] | Foundation |
| | [114:3]-[114:6] | Ambiguous |
| | [114:7]-[114:10] | Foundation, Assuming Facts Not in Evidence |
| | [114:11]-[114:15] | Ambiguous |
| | [114:16]-[114:18] | Compound Question, Ambiguous |
| | [115:8]-[115:13] | Foundation, Compound Question, Ambiguous |
| | [115:14]-[115:18] | Foundation |
| | [115:19]-[115:23] | Foundation, Assuming Facts Not in Evidence |
| | [116:2]-[116:7] | Foundation, Assuming Facts Not in Evidence |
| | [116:16]-[116:21] | Speculative, Calls for a Conclusion/Opinion, Competence |
| | [116:24]-[117:1] | Ambiguous |
| | [117:8]-[117:16] | Asked and Answered, Competence |
| | [118:1]-[118:20] | Ambiguous |
| | [118:21]-[119:3] | Ambiguous |
| | [119:4]-[119:12] | Asked and Answered |
| | [119:19]-[120:6] | Compound Question, Ambiguous, Misstating Witness Testimony |
| | [120:7]-[120:15] | Foundation, Ambiguous, Assuming Facts Not in Evidence |
| | [120:16]-[120:22] | Compound Question, Ambiguous, Calls for a Conclusion |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [120:23]-[121:2] | Compound Question, Ambiguous, Calls for a Conclusion |
| | [121:10]-[121:13] | Ambiguous, Calls for a Conclusion |
| | [121:14]-[121:22] | Argumentative |
| | [121:23]-[122:6] | Ambiguous, Foundation, Beyond the Scope of the Deposition |
| | [122:7]-[122:14] | Ambiguous, Beyond the Scope of the Deposition |
| | [122:19]-[123:6] | Beyond the Scope of the Deposition, Calls for a Conclusion/Opinion |
| | [123:7]-[123:20] | Ambiguous, Compound Question, Beyond the Scope of the Deposition |
| | [124:13]-[124:20] | Argumentative, Misstating Witness Testimony |
| | [124:21]-[125:3] | Foundation, Assuming Facts Not in Evidence |
| | [125:4]-[125:14] | Foundation, Assuming Facts Not in Evidence |
| | [125:15]-[125:24] | Foundation, Assuming Facts Not in Evidence |
| | [126:6]-[126:15] | Foundation, Assuming Facts Not in Evidence |
| | [126:16]-[126:25] | Foundation, Assuming Facts Not in Evidence |
| | [127:1]-[127:9] | Ambiguous |
| | [127:19]-[128:2] | Ambiguous |
| | [128:3]-[128:7] | Speculative, Calls for a Conclusion, Argumentative |
| | [128:15]-[128:19] | Argumentative, Lack of Foundation |
| | [128:20]-[128:21] | Argumentative |
| | [128:25]-[129:5] | Ambiguous, Calls for a Conclusion, Hypothetical |
| | [129:6]-[129:14] | Asked and Answered, Argumentative |
| | [129:19]-[129:23] | Ambiguous |
| | [129:24]-[130:4] | Asked and Answered |
| | [131:9]-[131:19] | Compound Question, Privilege |
| | [132:6]-[132:18] | Ambiguous, Assumes Facts Not in Evidence, Irrelevant |
| | [133:6]-[133:13] | Assumes Facts Not in Evidence, Irrelevant, Ambiguous |
| | [133:18]-[133:20] | Compound Question, Ambiguous |
| | [133:21]-[133:25] | Lack of Foundation, Assumes Facts Not in Evidence |
| | [134:1]-[134:4] | Foundation |
| | [134:5]-[134:8] | Foundation, Assuming Facts Not in Evidence |
| | [134:9]-[134:14] | Foundation |
| | [134:15]-[134:18] | Foundation, Ambiguous |
| | [134:19]-[134:21] | Ambiguous |
| | [134:22]-[135:3] | Foundation |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [135:4]-[135:9] | Argumentative, Compound Question, Ambiguous |
| | [136:5]-[136:13] | Compound Question |
| | [136:14]-[136:25] | Calls for an Opinion, Beyond the Scope of the Deposition |
| | [138:1]-[138:6] | Foundation |
| | [138:9]-[138:15] | Compound Question, Ambiguous |
| | [138:16]-[138:21] | Ambiguous, Foundation |
| | [138:22]-[139:4] | Calls for an Opinion, Beyond the Scope of the Deposition, Speculative, Competence |
| | [139:5]-[139:15] | Calls for an Opinion, Beyond the Scope of the Deposition, Speculative, Competence |
| | [145:8]-[145:23] | Compound Question, Argumentative |
| | [145:24]-[146:14] | Asked and Answered, Compound Question, Argumentative |
| | [148:1]-[148:7] | Beyond the Scope of the Deposition, Foundation, Compound Question |
| | [153:6]-[153:10] | Compound Question, Competence |
| | [154:23]-[155:5] | Ambiguous, Argumentative |
| | [155:6]-[155:9] | Argumentative, Calls for a Conclusion |
| | [155:10]-[155:20] | Argumentative, Ambiguous |
| | [155:21]-[156:1] | Mischaracterizing Witness Testimony, Calls for a Conclusion |
| | [156:2]-[156:7] | Ambiguous |
| | [156:8]-[156:13] | Compound Question, Ambiguous |
| | [156:14]-[156:22] | Ambiguous |
| | [159:25]-[160:2] | Compound Question |
| | [160:3]-[160:10] | Calls for a Conclusion |
| | [160:13]-[160:19] | Calls for a Conclusion |
| | [160:23]-[161:1] | Compound Question |
| | [161:22]-[162:3] | Asked and Answered |
| | [162:4]-[162:11] | Compound Question, Ambiguous |
| | [162:12]-[162:22] | Best Evidence, Argumentative |
| | [163:8]-[163:16] | Assuming Facts Not in Evidence, Argumentative, Competence, Compound Question |
| | [163:17]-[163:23] | Irrelevant, Calls for a Conclusion |
| | [164:11]-[164:19] | Irrelevant |
| | [164:20]-[164:24] | Irrelevant |
| | [165:3]-[165:9] | Compound Question, Irrelevant |
| | [165:10]-[165:13] | Asked and Answered, Argumentative |
| | [165:17]-[165:23] | Irrelevant, Calls for a Conclusion |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [165:24]-[166:7] | Ambiguous, Argumentative, Assumes Facts Not in Evidence |
|  | [166:19]-[166:22] | Foundation, Assuming Facts Not in Evidence, Asked and Answered, Argumentative |
|  | [166:23]-[167:10] | Foundation, Assuming Facts Not in Evidence |
|  | [170:15]-[170:23] | Ambiguous |
|  | [172:19]-[173:6] | Ambiguous, Argumentative |
|  | [175:14]-[175:18] | Asked and Answered |
|  | [175:19]-[176:4] | Argumentative, Compound Question |
|  | [176:5]-[176:11] | Calls for a Conclusion, Irrelevant |
|  | [176:12]-[176:23] | Calls for a Conclusion, Irrelevant, Hypothetical, Speculative, Compound Question |
|  | [176:24]-[177:4] | Argumentative |
|  | [177:5]-[177:6] | Argumentative |
|  | [177:7]-[177:15] | Argumentative |
|  | [179:10]-[179:14] | Ambiguous |
|  | [179:15]-[179:20] | Ambiguous, Assuming Facts Not in Evidence |
|  | [179:25]-[180:7] | Foundation, Assuming Facts Not in Evidence |
|  | [180:11]-[180:18] | Foundation, Assuming Facts Not in Evidence |
|  | [180:19]-[180:22] | Asked and Answered |
| James Dunn (2/21/03) | [8:14]-[8:21] | Compound Question |
|  | [10:7]-[10:18] | Calls for a Conclusion/Opinion, Ambiguous, Compound Question |
|  | [11:2]-[11:10] | Calls for a Conclusion/Opinion, Ambiguous, Compound Question |
|  | [14:4]-[14:13] | Ambiguous, Relevance |
|  | [16:4]-[16:11] | Compound Question, Ambiguous |
|  | [16:12]-[16:22] | Assuming Facts Not in Evidence, Ambiguous |
|  | [16:23]-[17:4] | Ambiguous, Relevance |
|  | [17:5]-[17:13] | Ambiguous, Relevance |
|  | [18:25]-[19:10] | Ambiguous, Compound Question |
|  | [19:11]-[19:12] | Compound Question, Ambiguous |
|  | [24:18]-[25:4] | Lacks Foundation, Compound Question, Assuming Facts Not in Evidence, Ambiguous |
|  | [25:5]-[25:10] | Lacks Foundation, Ambiguous, Relevance |
|  | [25:11]-[25:18] | Ambiguous, Assuming Facts Not in Evidence, Compound Question |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [25:19]-[26:23] | Ambiguous, Assuming Facts Not in Evidence, Asked and Answered |
| | [27:9]-[27:13] | Argumentative/Badgering, Ambiguous, Calls for a Conclusion/Opinion, Speculative, Ambiguous |
| | [29:25]-[30:06] | Ambiguous |
| | [30:7]-[30:14] | Lacks Foundation, Mischaracterizing Witness Testimony, Assuming Facts Not in Evidence |
| | [30:15]-[30:20] | Ambiguous, Compound Question |
| | [39:16]-[40:03] | Asked and Answered, Hypothetical, Ambiguous, Speculative, Relevance |
| | [40:4]-[40:12] | Ambiguous |
| | [40:13]-[40:16] | Ambiguous |
| | [42:22]-[43:2] | Ambiguous, Relevance |
| | [43:2]-[43:16] | Compound Question, Ambiguous, Relevance |
| | [43:17]-[43:24] | Mischaracterization of Prior Testimony, Ambiguous |
| | [43:25]-[44:13] | Mischaracterization of Prior Testimony, Ambiguous |
| | [44:14]-[44:18] | Ambiguous |
| | [44:24]-[45:8] | Ambiguous, Relevance |
| | [45:9]-[45:11] | Ambiguous, Relevance |
| | [45:15]-[45:21] | Compound Question, Ambiguous, Assuming Facts Not in Evidence, Mischaracterizing Prior Testimony |
| | [47:12]-[47:17] | Ambiguous, Relevance |
| | [48:2]-[48:5] | Ambiguous, Assuming Facts Not in Evidence |
| | [48:23]-[49:8] | Ambiguous, Compound Question |
| | [49:9]-[49:11] | Compound Question, Ambiguous |
| | [49:12]-[49:15] | Ambiguous, Mischaracterizing Witness Testimony, Compound Question |
| | [49:16]-[49:23] | Ambiguous, Mischaracterizing Witness Testimony |
| | [52:19]-[52:24] | Ambiguous |
| | [52:25]-[53:9] | Mischaracterizing Witness Testimony, Ambiguous, Compound Question |