|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [53:10]-[53:19] | Compound Question, Mischaracterizing Witness Testimony |
|  | [53:20]-[53:23] | Assuming Facts Not in Evidence, Mischaracterizing Witness Testimony, Ambiguous |
|  | [54:6]-[54:11] | Assuming Facts Not in Evidence, Compound Question, Ambiguous |
|  | [56:11]-[56:16] | Ambiguous, Mischaracterizing Witness Testimony |
|  | [56:24]-[57:7] | Ambiguous, Compound Question, Relevance |
|  | [57:8]-[57:13] | Mischaracterizing Witness Testimony, Assuming Facts Not in Evidence |
|  | [57:16]-[57:22] | Compound Question, Mischaracterizing Witness Testimony, Ambiguous |
|  | [58:3]-[58:8] | Ambiguous, Mischaracterizing Witness Testimony |
|  | [58:9]-[58:14] | Ambiguous, Mischaracterizing Witness Testimony |
|  | [59:9]-[59:16] | Speculative, Mischaracterizing Witness Testimony, Ambiguous |
|  | [60:8]-[60:16] | Compound Question, Assuming Facts Not in Evidence |
|  | [65:20]-[66:3] | Ambiguous, Compound Question |
|  | [66:4]-[66:11] | Ambiguous |
|  | [66:12]-[66:18] | Compound Question, Ambiguous |
|  | [66:19]-[66:21] | Compound Question, Irrelevant/Immaterial, Ambiguous |
|  | [66:22]-[66:25] | Asked and Answered, Ambiguous |
|  | [67:2]-[67:7] | Ambiguous, Asked and Answered |
|  | [69:7]-[69:12] | Compound Question, Ambiguous |
|  | [69:13]-[69:15] | Compound Question, Ambiguous |
|  | [69:16]-[69:21] | Mischaracterizing Witness Testimony, Assuming Facts Not in Evidence, Ambiguous |
|  | [69:22]-[71:6] | Asked and Answered, Compound Question, Ambiguous |
|  | [71:7]-[71:16] | Compound Question, Asked and Answered, Ambiguous |
|  | [71:17]-[72:2] | Misstating Witness Testimony, Compound Question, Relevance |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [72:3]-[72:9] | Assuming Facts Not in Evidence, Misstating Witness Testimony, Hypothetical, Ambiguous |
| | [73:5]-[73:10] | Compound Question, Ambiguous |
| | [73:11]-[73:15] | Compound Question, Ambiguous |
| | [73:16]-[73:22] | Compound Question, Ambiguous |
| | [73:23]-[74:5] | Compound Question, Ambiguous |
| | [74:6]-[74:12] | Compound Question, Ambiguous |
| | [74:13]-[74:15] | Compound Question, Ambiguous |
| | [74:20]-[74:25] | Irrelevant/Immaterial, Ambiguous |
| | [75:8]-[75:14] | Irrelevant/Immaterial, Ambiguous |
| | [75:15]-[75:25] | Calls for an Opinion, Ambiguous, Irrelevant/Immaterial |
| | [76:2]-[76:9] | Calls for an Opinion, Ambiguous, Irrelevant/Immaterial, Asked and Answered, Argumentative/Badgering |
| | [76:10]-[76:16] | Ambiguous, Argumentative/Badgering, Asked and Answered |
| | [76:17]-[77:4] | Argumentative/Badgering, Asked and Answered, Ambiguous, Relevance, Objection to Sidebar |
| | [77:12]-[77:18] | Calls for an Opinion, Irrelevant/Immaterial, Ambiguous, Compound Question |
| | [77:25]-[78:6] | Asked and Answered, Calls for an Opinion, Irrelevant/Immaterial, Ambiguous, Compound Question |
| | [80:12]-[80:16] | Ambiguous, Assuming Facts Not in Evidence, Irrelevant/Immaterial, Calls for an Opinion, Compound Question, Relevance |
| | [80:17]-[80:25] | Argumentative/Badgering, Mischaracterizing Witness Testimony, Ambiguous, Asked and Answered |
| | [81:15]-[81:21] | Argumentative, Calls for an Opinion, Irrelevant, Ambiguous, Compound Question |
| | [81:25]-[82:7] | Argumentative, Hypothetical, Calls for Speculation, Assumes Facts Not in Evidence, Ambiguous |
| | [91:5]-[91:10] | Lacks Foundation, Competence, Relevance |
| | [94:12]-[95:4] | Lacks Foundation, Hearsay, Assuming Facts Not in Evidence, Ambiguous |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [95:5]-[95:9] | Ambiguous, Relevance |
| [95:10]-[96:5] | Compound Question, Ambiguous, Calls for an Opinion, Irrelevant/Immaterial |
| [96:6]-[96:19] | Foundation, Compound Question, Ambiguous, Calls for an Opinion, Irrelevant/Immaterial |
| [96:20]-[97:20] | Foundation, Compound Question, Assumes Facts Not in Evidence, Hearsay, Ambiguous, Calls for an Opinion, Argumentative, Relevance |
| [97:21]-[98:11] | Foundation, Compound Question, Ambiguous, Calls for an Opinion, Relevance |
| [98:23]-[99:4] | Ambiguous, Irrelevant |
| [100:12]-[100:18] | Lacks Foundation, Calls for Speculation, Hearsay, Mischaracterizes Document, Assumes Facts Not in Evidence, Calls for a Conclusion, Ambiguous |
| [100:19]-[100:25] | Calls for an Opinion, Relevance |
| [101:2]-[101:11] | Asked and Answered, Lacks Foundation, Calls for Speculation, Hearsay, Mischaracterizes Document, Assumes Facts Not in Evidence, Calls for a Conclusion |
| [101:12]-[101:19] | Lacks Foundation, Ambiguous, Calls for an Opinion, Irrelevant, Argumentative |
| [101:20]-[102:3] | Lacks Foundation, Ambiguous, Calls for an Opinion, Irrelevant, Competence, Argumentative/Badgering, Asked and Answered, Objection to Sidebar |
| [102:4]-[102:25] | Lacks Foundation, Calls for Speculation, Calls for an Opinion, Irrelevant, Ambiguous |
| [103:23]-[104:3] | Foundation, Assumes Facts Not in Evidence, Compound Question |
| [104:4]-[104:17] | Ambiguous, Mischaracterizing Witness Testimony, Assumes Facts Not in Evidence, Foundation, Compound Question, Objection to Sidebar |
| [104:18]-[104:22] | Foundation, Ambiguous, Relevance |
| [104:23]-[105:9] | Mischaracterizing Witness Testimony, Assumes Facts Not in Evidence, Argumentative, Ambiguous, Relevance |
| [105:10]-[105:19] | Assumes Facts Not in Evidence, Argumentative, Lacks Foundation, Calls for an Opinion, Irrelevant |

790913v.1

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [106:13]-[106:23] | Foundation, Asked and Answered, Assumes Facts Not in Evidence, Argumentative, Irrelevant, Compound Question, Ambiguous |
| [106:24]-[107:23] | Foundation, Hearsay, Mischaracterizes Document, Assuming Facts Not in Evidence, Ambiguous, Argumentative |
| [107:24]-[109:21] | Speculative, Hearsay, Asked and Answered, Argumentative, Ambiguous, Relevance |
| [113:22]-[114:10] | Foundation, Calls for Speculation, Compound Question, Ambiguous |
| [114:11]-[114:17] | Foundation, Compound Question, Ambiguous |
| [114:18]-[115:5] | Assumes Facts Not in Evidence, Ambiguous, Compound Question, Speculation, Argumentative |
| [116:23]-[117:7] | Beyond the Scope of the Deposition, Ambiguous |
| [117:8]-[117:11] | Compound Question, Irrelevant/Immaterial, Beyond the Scope of the Deposition |
| [117:23]-[118:4] | Calls for an Opinion, Irrelevant/Immaterial, Beyond the Scope of the Deposition, Ambiguous |
| [118:5]-[118:9] | Ambiguous, Irrelevant/Immaterial, Beyond the Scope of the Deposition |
| [119:17]-[119:23] | Irrelevant/Immaterial, Beyond the Scope of the Deposition, Foundation, Hearsay, Ambiguous |
| [119:24]-[120:6] | Assuming Facts Not in Evidence, Ambiguous, Relevance, Argumentative |
| [120:15]-[120:20] | Calls for an Opinion, Compound Question, Ambiguous, Beyond the Scope of the Deposition, Irrelevant/Immaterial |
| [120:21]-[120:24] | Calls for an Opinion, Competence, Beyond he Scope of the Deposition, Ambiguous, Irrelevant/Immaterial, Asked and Answered |
| [120:25]-[121:6] | Calls for an Opinion, Competence, Beyond the Scope of the Deposition, Ambiguous, Irrelevant/Immaterial |
| [121:7]-[121:15] | Calls for an Opinion, Competence, Beyond the Scope of the Deposition, Ambiguous, Irrelevant/Immaterial, Foundation |
| [121:16]-[121:21] | Ambiguous, Competence, Beyond the Scope of the Deposition, Asked and Answered, Relevance |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [124:11]-[124:16] | Ambiguous, Argumentative |
| | [124:23]-[125:5] | Beyond the Scope of the Deposition, Ambiguous |
| | [125:6]-[125:12] | Relevance, Beyond the Scope of the Deposition, Ambiguous, Calls for an Opinion |
| | [125:13]-[125:20] | Beyond the Scope of the Deposition, Ambiguous, Calls for an Opinion, Relevance |
| | [125:21]-[126:6] | Asked and Answered, Mischaracterizing Witness Testimony, Ambiguous, Argumentative/Badgering, Beyond the Scope of the Deposition, Calls for an Opinion, Relevance |
| | [126:10]-[126:15] | Ambiguous, Beyond the Scope of the Deposition |
| | [126:16]-[127:7] | Asked and Answered, Ambiguous, Beyond the Scope of the Deposition, Argumentative, Objection to Sidebar |
| | [127:24]-[128:16] | Ambiguous, Hypothetical, Speculative, Calls for an Opinion, Relevance |
| | [128:17]-[129:2] | Ambiguous, Hypothetical, Speculative, Calls for an Opinion, Asked and Answered, Relevance |
| | [129:13]-[129:17] | Ambiguous, Competence, Beyond the Scope of the Deposition, Objection to Sidebar |
| | [129:25]-[130:3] | Foundation, Ambiguous |
| | [131:10]-[131:16] | Hearsay, Compound Question, Ambiguous, Irrelevant/Immaterial, Foundation |
| | [131:17]-[131:24] | Hearsay, Ambiguous, Irrelevant/Immaterial, Foundation |
| | [132:22]-[133:5] | Compound Question, Foundation, Calls for an Opinion, Asked and Answered, Ambiguous, Relevance |
| | [134:24]-[135:4] | Ambiguous, Assumes Facts Not in Evidence |
| | [135:5]-[135:9] | Assuming Facts Not in Evidence |
| | [135:10]-[135:15] | Calls for an Opinion, Irrelevant/Immaterial, Beyond the Scope of the Deposition, Ambiguous |
| | [135:21]-[136:6] | Ambiguous, Mischaracterizing Witness Testimony, Calls for an Opinion, Competence, Irrelevant/Immaterial, Beyond the Scope of the Deposition, Asked and Answered |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [143:10]-[144:16] | Asked and Answered, Hypothetical, Ambiguous, Speculative, Relevance |
|  | [146:7]-[148:9] | Asked and Answered, Hypothetical, Calls for Speculation, Ambiguous, Relevance, Argumentative |
|  | [146:25]-[147:8] | Ambiguous, Calls for Speculation, Hypothetical, Asked and Answered |
|  | [147:9]-[148:6] | Asked and Answered, Compound Question, Argumentative/Badgering, Hypothetical, Relevance |
|  | [148:7]-[148:12] | Ambiguous, Opinion, Relevance |
|  | [148:13]-[148:18] | Ambiguous, Relevance, Beyond the Scope of the Deposition |
|  | [148:19]-[149:7] | Ambiguous, Beyond the Scope of the Deposition, Compound Question, Asked and Answered |
|  | [149:13]-[149:20] | Ambiguous, Irrelevant/Immaterial |
|  | [150:2]-[150:8] | Lacks Foundation, Compound Question, Ambiguous, Calls for an Opinion |
|  | [163:5]-[163:8] | Asked and Answered |
|  | [163:9]-[163:15] | Argumentative/Badgering |
|  | [163:16]-[163:20] | Argumentative/Badgering, Objection to Sidebar |
|  | [163:21]-[164:18] | Ambiguous, Compound Question, Argumentative/Badgering, Relevance, Objection to Sidebar |
|  | [164:12]-[164:18] | Asked and Answered, Ambiguous, Relevance |
| Elliott Ehrich (10/21/04) | [36:16]-[37:4] | Hearsay |
|  | [37:5]-[37:15] | Ambiguous |
|  | [44:2]-[44:5] | Hearsay; Compound |
|  | [44:6]-[44:17] | Hearsay; Compound; Argumentative; Foundation |
|  | [44:18]-[44:23] | Ambiguous; Argumentative; Foundation |
|  | [53:21]-[53:24] | Asked and answered |
|  | [54:11]-[54:21] | Mischaracterization of testimony |
|  | [55:15]-[56:5] | Mischaracterization of testimony; Foundation |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [59:7]-[59:16] | Compound; Ambiguous |
| | [59:17]-[60:19] | Assumes facts not in evidence; Argumentative; Ambiguous |
| | [60:22]-[61:7] | Compound |
| | [65:18]-[66:3] | Foundation; Argumentative; Assumes facts not in evidence; Mischaracterization of facts |
| | [66:4]-[66:12] | Argumentative; Assumes facts not in evidence; Mischaracterization of facts |
| | [67:12]-[67:24] | Argumentative; Foundation |
| | [88:17]-[88:22] | Ambiguous; Foundation |
| | [89:21]-[90:23] | Speculation |
| | [90:24]-[91:21] | Ambiguous; Argumentative |
| | [91:22]-[92:3] | Argumentative |
| | [92:20]-[93:13] | Argumentative; Asked and answered |
| | [94:13]-[94:23] | Argumentative |
| | [94:24]-[95:7] | Mischaracterization of testimony; Argumentative |
| | [95:10]-[95:13] | Argumentative |
| | [97:1]-[97:9] | Argumentative; Mischaracterization of facts and testimony |
| | [97:12]-[98:6] | Foundation; Assumes facts not in evidence; Ambiguous; Argumentative |
| | [98:12]-[98:20] | Ambiguous; Argumentative |
| | [109:13]-[109:17] | Speculation |
| | [109:18]-[110:3] | Argumentative; Mischaracterization of testimony |
| | [111:1]-[111:12] | Argumentative; Mischaracterization |
| | [111:18]-[112:5] | Argumentative; Mischaracterization of testimony; Asked and answered |
| | [112:16]-[112:23] | Argumentative; Mischaracterization of testimony |
| | [112:24]-[113:2] | Argumentative; Ambiguous; Mischaracterization of testimony |
| | [113:5]-[113:15] | Argumentative; Mischaracterization of testimony |
| | [114:16]-[115:4] | Argumentative |

790913v.1

Case 2:05-md-01657-EEF-DEK   Document 1414-3   Filed 11/14/05   Page 8 of 20

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [115:23]-[116:2] | Foundation |
|  | [117:15]-[118:3] | Argumentative; Assumes facts not in evidence; Speculation |
|  | [118:4]-[118:13] | Speculation; Foundation |
|  | [118:14]-[119:6] | Mischaracterization of testimony; Argumentative |
|  | [123:11]-[123:24] | Speculation |
|  | [124:1]-[124:8] | Argumentative; Speculation; Mischaracterization of testimony |
|  | [124:17]-[124:24] | Argumentative; Asked and answered |
|  | [126:24]-[127:3] | Assumes facts not in evidence; Foundation; Speculation |
|  | [127:8]-[127:18] | Mischaracterization of facts |
|  | [127:24]-[128:3] | Speculation |
|  | [128:4]-[128:20] | Ambiguous; Speculation |
|  | [129:20]-[130:4] | Argumentative |
|  | [130:5]-[130:9] | Speculation |
|  | [140:13]-[141:4] | Foundation; Mischaracterization of facts |
|  | [141:14]-[141:22] | Speculation |
|  | [145:18]-[146:20] | Argumentative; Speculation; Mischaracterization of facts |
|  | [149:18]-[150:5] | Argumentative; Mischaracterization of facts; Speculation |
|  | [150:18]-[151:22] | Argumentative; Mischaracterization of testimony |
|  | [157:14]-[157:20] | Ambiguous; Mischaracterization of facts; Speculation |
|  | [158:11]-[160:15] | Ambiguous; Speculation; Argumentative |
|  | [160:16]-[161:8] | Speculation; Ambiguous; Argumentative |
| Barry Gertz (8/27/03) | [25:9]-[25:21] | Ambiguous, Assumes facts not in evidence; Compound |
|  | [27:22]-[27:25] | Asked and answered |
|  | [43:10]-[43:25] | Argumentative; Assumes facts not in evidence |
|  | [44:5]-[44:7] | Argumentative; Mischaracterization of testimony |
|  | [44:23]-[45:5] | Compound |
|  | [46:8]-[46:24] | Compound; Lack of foundation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [46:25]-[47:14] | Mischaracterization of testimony; Compound; Argumentative |
|  | [48:4]-[48:20] | Assumes facts not in evidence; Argumentative; Mischaracterization of prior testimony |
|  | [50:6]-[50:18] | Mischaracterization of witness testimony |
|  | [51:15]-[52:3] | Mischaracterization of testimony; Lack of foundation; Argumentative |
|  | [52:4]-[52:13] | Assumes facts not in evidence; Compound; Foundation |
|  | [54:11]-[54:17] | Foundation |
|  | [58:11]-[58:18] | Foundation; Mischaracterization of testimony |
|  | [58:19]-[59:9] | Foundation; Mischaracterization of testimony |
|  | [59:10]-[60:2] | Foundation |
|  | [60:6]-[60:18] | Assumes facts not in evidence; Foundation |
|  | [61:16]-[62:11] | Foundation; Assumes facts not in evidence |
|  | [70:4]-[70:12] | Foundation |
|  | [71:23]-[72:9] | Compound; Mischaracterization of testimony |
|  | [72:10]-[73:6] | Foundation |
|  | [73:7]-[73:18] | Foundation; Argumentative; Assumes facts not in evidence |
|  | [73:19]-[74:9] | Foundation; Assumes facts not in evidence; Argumentative |
|  | [77:4]-[77:22] | Argumentative; Speculation; Hearsay; Assumes facts not in evidence |
|  | [78:3]-[79:12] | Argumentative; Foundation; Compound |
|  | [79:13]-[79:22] | Foundation; Argumentative |
|  | [80:3]-[80:16] | Mischaracterization of testimony |
|  | [81:4]-[81:17] | Compound; Assumes facts not in evidence; Ambiguous |
|  | [82:10]-[83:3] | Ambiguous; Argumentative |
|  | [95:21]-[96:5] | Asked and answered |
|  | [96:9]-[96:13] | Assumes facts not in evidence; Foundation |
|  | [98:23]-[99:13] | Argumentative; Assumes facts not in evidence |
|  | [101:23]-[102:23] | Argumentative; Irrelevant |
|  | [106:10]-[107:15] | Ambiguous |
|  | [110:10]-[110:19] | Ambiguous |
|  | [111:9]-[112:4] | Compound; Foundation; Ambiguous |
|  | [112:5]-[112:19] | Foundation; Ambiguous; Assumes facts not in evidence |
|  | [112:20]-[113:11] | Mischaracterization of testimony |
|  | [114:10]-[114:23] | Ambiguous |
|  | [117:9]-[117:19] | Ambiguous; Assumes facts not in evidence |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [122:23]-[123:3] | Asked and answered |
|  | [125:16]-[125:21] | Asked and answered |
|  | [128:16]-[128:23] | Compound |
|  | [130:20]-[131:12] | Compound |
|  | [133:6]-[133:19] | Argumentative; Assumes facts not in evidence |
|  | [137:14]-[137:25] | Asked and answered; Compound |
|  | [138:1]-[139:2] | Ambiguous |
|  | [139:3]-[139:19] | Mischaracterization of testimony; Misstatement of fact; Misleading |
|  | [149:20]-[150:7] | Foundation; Ambiguous |
|  | [167:24]-[168:16] | Mischaracterization of testimony; Ambiguous |
|  | [169:4]-[169:14] | Foundation |
|  | [169:23]-[170:13] | Mischaracterization of testimony; Argumentative; Misleading |
|  | [170:23]-[172:14] | Misstatement of facts; Mischaracterization of testimony; Argumentative |
| Barry Gertz (8/15/05) | [36:9]-[36:15] | Compound; Vague; Assuming Facts Not in Evidence; Argumentative |
|  | [36:17]-[36:22] | Assuming Facts Not in Evidence |
|  | [44:4]-[45:9] | Vague; Assuming Facts Not in Evidence |
|  | [49:3]-[50:8] | Hearsay |
|  | [52:15]-[52:19] | Vague |
|  | [52:21]-[53:1] | Hearsay |
|  | [57:2]-[57:11] | Vague |
|  | [57:15]-[57:20] | Vague |
|  | [60:18]-[61:2] | Hearsay |
|  | [61:19]-[62:5] | Speculation |
|  | [65:24]-[67:8] | Hearsay |
|  | [75:2]-[75:11] | Vague |
|  | [77:6]-[78:6] | Irrelevant |
|  | [82:6]-[82:20] | Irrelevant |
|  | [82:21]-[82:25] | Mischaracterization of Testimony; Irrelevant |
|  | [85:7]-[85:11] | Hearsay |
|  | [85:12]-[85:17] | Irrelevant |
|  | [93:5]-[93:11] | Compound |
|  | [95:4]-[95:13] | Hearsay; Vague |
|  | [95:14]-[95:22] | Assuming Facts Not in Evidence; Vague |
|  | [95:23]-[96:2] | Vague |
|  | [96:17]-[96:25] | Mischaracterization |
|  | [97:20]-[98:1] | Mischaracterization of Document; Vague |
|  | [101:13]-[101:19] | Hearsay |
|  | [102:1]-[103:15] | Irrelevant |
|  | [110:10]-[110:22] | Assuming Facts Not in Evidence |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [110:23]-[111:6] | Mischaracterization; Assuming Facts Not in Evidence |
|  | [112:8]-[112:14] | Mischaracterization of Document |
|  | [112:23]-[113:2] | Mischaracterization of Document |
|  | [113:15]-[114:1] | Asked and Answered; Assuming Facts Not in Evidence |
|  | [116:9]-[117:1] | Mischaracterization; Assuming Facts Not in Evidence |
|  | [118:12]-[118:21] | Assuming Facts Not in Evidence |
|  | [119:16]-[120:1] | Mischaracterization of Facts; Assuming Facts Not in Evidence |
|  | [121:13]-[121:19] | Assuming Facts Not in Evidence; Mischaracterization |
|  | [123:17]-[124:6] | Speculation; Compound |
|  | [130:11]-[130:20] | Mischaracterization of document |
|  | [137:19]-[138:5] | Mischaracterization |
|  | [138:17]-[139:13] | Vague |
|  | [139:23]-[140:3] | Assuming Facts Not in Evidence |
|  | [157:10]-[157:19] | Mischaracterization of Facts |
|  | [165:5]-[165:11] | Mischaracterization |
|  | [167:19]-[167:24] | Vague |
|  | [167:25]-[168:11] | Mischaracterization of testimony |
|  | [168:12]-[168:22] | Vague |
|  | [170:17]-[171:10] | Irrelevant |
|  | [179:5]-[179:16] | Vague; Irrelevant |
|  | [181:19]-[182:3] | Irrelevant |
|  | [182:4]-[182:13] | Assuming Facts Not in Evidence; Vague; Irrelevant |
|  | [182:20]-[183:2] | Irrelevant; Assuming Facts Not in Evidence |
|  | [183:3]-[183:11] | Irrelevant |
|  | [184:22]-[184:25] | Irrelevant |
|  | [187:3]-[190:11] | Irrelevant |
|  | [192:15]-[192:23] | Mischaracterization |
|  | [192:24]-[193:1] | Hearsay |
|  | [193:11]-[194:7] | Hearsay |
|  | [195:1]-[195:5] | Assuming Facts Not in Evidence |
|  | [195:6]-[195:9] | Hearsay |
|  | [209:3]-[209:13] | Mischaracterization |
|  | [209:15]-[209:18] | Vague |
|  | [211:7]-[211:20] | Hearsay |
|  | [211:21]-[212:5] | Vague; Mischaracterization |
|  | [213:13]-[[214:1] | Hearsay |
|  | [215:4]-[215:23] | Compound; Mischaracterization |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [215:24]-[216:5] | Foundation |
|  | [216:6]-[216:17] | Foundation |
|  | [216:18]-[217:13] | Vague; Mischaracterization; Assuming Facts Not in Evidence; Foundation |
|  | [218:1]-[218:7] | Vague; Mischaracterization; Assuming Facts Not in Evidence; Foudnation |
|  | [221:2]-[221:13] | Mischaracterization |
|  | [222:25]-[223:6] | Hearsay |
|  | [249:22]-[250:7] | Mischaracterization |
|  | [255:18]-[256:6] | Mischaracterization of Document |
|  | [264:23]-[265:3] | Mischaracterization of Document |
|  | [265:4]-[265:9] | Vague; Compound |
|  | [265:10]-[265:19] | Speculation |
|  | [275:3]-[275:7] | Vague; Mischaracterization |
|  | [277:7]-[277:20] | Mischaracterization; Assuming Facts Not in Evidence |
|  | [277:20]-[278:4] | Compound |
|  | [280:1]-[280:13] | Mischaracterization of Document |
|  | [281:20]-[282:17] | Mischaracterization of Testimony |
|  | [283:2]-[283:20] | Foundation; Speculation; Vague |
|  | [286:9]-[286:24 | Mischaracterization |
|  | [291:1]-[291:21] | Vague; Assuming Facts Not in Evidence |
|  | [291:23]-[292:2] | Vague |
|  | [292:4]-[292:16] | Irrelevant |
|  | [292:17]-[292:24] | Irrelevant; Vague; Assuming Facts Not in Evidence |
|  | [293:1]-[293:4] | Irrelevant; Vague; Assuming Facts Not in Evidence |
|  | [296:2]-[296:10] | Speculation |
|  | [315:23]-[316:8] | Speculation; Assuming Facts Not in Evidence |
|  | [323:15]-[323:19] | Mischaracterization of Document |
|  | [325:2]-[325:19] | Mischaracterization of Document; Mischaracterization of Testimony |
|  | [325:23]-[326:6] | Mischaracterization of Document; Mischaracterization of Testimony; Asked and Answered |
|  | [326:13]-[326:23] | Mischaracterization of Document; Mischaracterization of Testimony; Asked and Answered |
|  | [326:24]-[327:5] | Mischaracterization |
|  | [328:14]-[328:21] | Mischaracterization |
|  | [329:3]-[329:10] | Vague; Assuming Facts Not in Evidence; Mischaracterization |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [329:19]-[330:9] | Vague; Assuming Facts Not in Evidence; Mischaracterization |
|  | [332:19]-[333:7] | Mischaracterization |
|  | [333:9]-[334:11] | Mischaracterization; Assuming Facts Not in Evidence |
|  | [334:12]-[334:20] | Mischaracterization of Testimony |
| Barry Gertz (8/16/05) | [348:5]-[348:11] | Assuming Facts Not in Evidence |
|  | [348:19]-[349:3] | Compound Question |
|  | [351:13]-[351:23] | Assuming Facts Not in Evidence |
|  | [361:24]-[362:15] | Assuming Facts Not in Evidence; Mischaracterization |
|  | [368:3]-[368:16] | Mischaracterization of Testimony |
|  | [369:20]-[369:23] | Mischaracterization of Testimony |
|  | [370:24]-[371:6] | Speculation |
|  | [371:14]-[371:19] | Vague; Irrelevant |
|  | [371:20]-[372:2] | Speculation |
|  | [372:3]-[373:15] | Speculation; Mischaracterization of Document |
|  | [373:16]-[373:21] | Mischaracterization |
|  | [383:19]-[383:25] | Argumentative |
|  | [384:1]-[384:8] | Foundation; Speculation; Vague |
|  | [452:10]-[452:12] | Mischaracterization of Testimony |
|  | [452:24]-[453:16] | Mischaracterization of Testimony |
|  | [458:15]-[459:1] | Asked and Answered; Argumentative |
|  | [471:11]-[471:24] | Mischaracterization |
|  | [478:22]-[479:3] | Speculation |
|  | [479:22]-[480:22] | Hearsay |
|  | [480:24]-[481:20] | Mischaracterization; Speculation; Foundation; Vague |
|  | [482:7]-[482:21] | Hearsay |
|  | [482:22]-[483:7] | Mischaracterization |
|  | [483:19]-[484:5] | Vague; Ambiguous |
|  | [484:18]-[484:24] | Mischaracterization of Testimony |
|  | [484:25]-[485:11] | Hearsay |
|  | [485:12]-[485:19] | Asked and Answered |
|  | [489:22]-[490:6] | Hearsay |
|  | [492:22]-[493:3] | Mischaracterization of Testimony; Argumentative |
|  | [493:16]-[494:3] | Mischaracterization of Document |
|  | [495:22]-[496:6] | Hearsay |
|  | [496:9]-[496:17] | Assuming Facts Not in Evidence |
|  | [497:12]-[497:18] | Foundation; Assuming Facts Not in Evidence |
|  | [500:2]-[500:14] | Hearsay |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [501:7]-[501:10] | Vague; Ambiguous |
| | [501:11]-[501:25] | Assuming Facts Not in Evidence |
| | [507:8]-[507:18] | Hearsay |
| | [508:5]-[508:12] | Irrelevant; Assuming Facts Not in Evidence |
| | [508:13]-[508:17] | Irrelevant |
| | [509:8]-[510:13] | Hearsay |
| | [512:12]-[512:22] | Hearsay |
| | [514:9]-[514:25] | Hearsay |
| | [515:1]-[515:7] | Assuming Facts Not in Evidence |
| | [515:8]-[515:18] | Assuming Facts Not in Evidence; Vague |
| | [515:19]-[516:1] | Assuming Facts Not in Evidence; Vague |
| | [517:7]-[517:21] | Hearsay; Mischaracterization |
| | [518:8]-[518:17] | Mischaracterization |
| | [519:4]-[519:10] | Mischaracterization of Testimony |
| | [519:17]-[519:21] | Vague |
| | [519:22]-[519:24] | Hearsay |
| | [519:25]-[520:9] | Assuming Facts Not in Evidence |
| | [520:10]-521:5] | Assuming Facts Not in Evidence; Mischaracterization |
| | [521:6]-[522:2] | Assuming Facts Not in Evidence |
| | [522:3]-[522:9] | Hearsay |
| | [522:16]-[522:19] | Hearsay |
| | [524:12]-[525:3] | Hearsay |
| | [525:9]-[525:22] | Mischaracterization; Assuming Facts Not in Evidence |
| | [527:16]-[528:2] | Vague; Foundation; Compound |
| | [528:7]-[528:16] | Mischaracterization |
| | [528:17]-528:24] | Mischaracterization; Vague |
| | [529:3]-[529:23] | Hearsay; Mischaracterization |
| | [532:15]-[532:18] | Mischaracterization |
| | [533:5]-[533:9] | Vague |
| | [533:10]-[533:14] | Mischaracterization; Assuming Facts Not in Evidence |
| | [534:1]-[534:20] | Mischaracterization of Document |
| | [534:21]-[535:20] | Mischaracterization of Document; Assuming Facts Not in Evidence |
| | [535:21]-[536:13] | Mischaracterization of Testimony |
| | [536:14]-[536:20] | Foundation; Assuming Facts Not in Evidence; Vague |
| | [539:19]-[540:10] | Hearsay; Speculation |
| | [541:3]-[541:14] | Asked and Answered |
| | [545:13]-[545:17] | Mischaracterization of Document; Speculation |
| | [545:18]-[545:21] | Argumentative |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [547:19]-[548:6] | Speculation |
|  | [552:10]-[552:16] | Mischaracterization of Document |
|  | [553:12]-[553:25] | Hearsay |
|  | [560:13]-[560:23] | Compound |
|  | [569:5]-[569:20] | Hearsay; Mischaracterization of Document |
|  | [580:7]-[580:23] | Mischaracterization of Testimony |
|  | [582:17]-[583:6] | Hypothetical |
|  | [584:21]-[585:5] | Foundation |
|  | [587:20]-[604:11] [603:11]-[613:2] | Irrelevant |
|  | [591:3]-[591:8] | Hearsay |
|  | [591:24]-[592:21] | Hearsay; Mischaracterization of Document |
|  | [593:2]-[593:13] | Assuming Facts Not in Evidence |
|  | [595:17]-[596:4] | Foundation; Assuming Facts Not in Evidence |
|  | [596:11]-[596:19] | Mischaracterization |
|  | [596:20]-[597:11] | Assuming Facts Not in Evidence |
|  | [597:12]-[598:5] | Argumentative |
|  | [598:6]-[598:11] | Vague |
|  | [600:5]-[600:18] | Hypothetical |
|  | [600:22]-[601:11] | Vague; Opinion |
|  | [603:6]-[603:14] | Asked and Answered; Vague |
|  | [606:25]-[607:15] | Hearsay |
|  | [609:16]-[610:6] | Hearsay |
|  | [610:7]-[610:17] | Mischaracterization of Testimony |
|  | [610:18]-[611:9] | Vague |
|  | [612:5]-[612:22] | Hearsay |
|  | [615:15]-[616:1] | Irrelevant |
|  | [616:3]-[616:11] | Speculation |
|  | [616:12]-[619:14] | Irrelevant |
|  | [619:15]-[[619:19] | Mischaracterization; Irrelevant |
|  | [619:2]-[621:16] | Irrelevant |
|  | [621:17]-[622:1] | Irrelevant; Asked and Answered |
|  | [622:2]-[622:9] | Irrelevant |
|  | [622:21]-[623:6] | Speculation |
|  | [623:7]-[623:12] | Assuming Facts Not in Evidence |
|  | [623:13]-[624:1] | Assuming Facts Not in Evidence; Mischaracterization |
|  | [624:6]-[624:12] | Assuming Facts Not in Evidence |
|  | [624:12]-[624:24] | Vague |
|  | [625:20]-[626:1] | Speculation |
|  | [626:2]-[626:13] | Vague; Assuming Facts Not in Evidence |
|  | [626:14]-[627:2] | Vague |
|  | [627:3]-[627:23] | Assuming Facts Not in Evidence; Speculation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [627:24]-[628:15] | Assuming Facts Not in Evidence; Speculation; Asked and Answered |
|  | [630:7]-[631:16] | Hearsay |
|  | [645:12]-[645:18] | Mischaracterization; Assuming facts Not in Evidence |
|  | [646:2]-[646:13] | Hearsay |
|  | [647:4]-[648:3] | Hearsay |
|  | [648:4]-[648:16] | Speculation; Foundation |
|  | [648:17]-[649:1] | Speculation |
|  | [649:2]-[649:8] | Mischaracterization; Speculation |
|  | [650:23]-[651:2] | Vague; Speculation; Assuming Facts Not in Evidence |
|  | [651:3]-[651:8] | Speculation |
| Raymond Gilmartin (3/24/05) | [20:6]-[20:19] | Irrelevant; prejudice outweighs probative value |
|  | [21:10]-[21:25] | Irrelevant; prejudice outweighs probative value |
|  | [22:6]-[25:12] | Irrelevant; prejudice outweighs probative value; improper motive evidence |
|  | [25:16]-[27:6] | Vague; improper motive evidence |
|  | [29:6]-[29:15] | Irrelevant |
|  | [45:17]-[47:9] | Vague; irrelevant; prejudice outweighs probative value |
|  | [47:17]-[55:18] | [50:18]-[51:16] Foundation [52:1]-[55:18] Irrelevant |
|  | [64:3]-[68:1] | [67:18]-[67:21] Irrelevant |
|  | [79:1]-[79:24] | Irrelevant; prejudice outweighs probative value |
|  | [80:21]-[81:6] | Irrelevant; prejudice outweighs probative value |
|  | [81:20] | Erroneous Designation (partial sentence) |
|  | [81:21]-[84:16] | Irrelevant; prejudice outweighs probative value |
|  | [86:19]-[89:22] | Irrelevant; prejudice outweighs probative value |
|  | [90:11]-[95:16] | Irrelevant; prejudice outweighs probative value; also, colloquy between counsel at [93:13]-[94:4] should be excised |
|  | [97:9]-[105:3] | [100:16-17], [101:16-18], [102:11-13], [103:5-6], [104:4-5], [104:23-24] Improper objections of counsel [102:15]-[104:25] Argumentative |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [109:16]-[110:25] | [110:13-17] Irrelevant; prejudice outweighs probative |
| | [114:6]-[116:17] | [114:9-14] Irrelevant<br>[114:15-17] Foundation; mischaracterizes prior testimony<br>[115:18]-[116:6] Vague |
| | [122:23]-[125:25] | [122:23]-[125:7] Irrelevant |
| | [128:7]-[132:14] | Irrelevant; remedial measures |
| | [136:8]-[140:10] | [136:22]-[137:19] Foundation; argumentative; improper attack on FDA<br>[139:20]-[140:1] Irrelevant |
| | [141:6]-[141:24] | Irrelevant |
| | [142:9]-[144:18] | Irrelevant |
| | [144:20]-[147:2] | Irrelevant |
| | [147:11]-[147:20] | Irrelevant |
| | [151:25]-[154:12] | Irrelevant |
| | [175:15]-[189:7] | [175:15]-[176:3] Irrelevant<br>[184:3]-[187:20] Hearsay, irrelevant (non-final FDA comments)<br>[181:5-6], [183:11-12], [186:20]-[187:2], [187:18-23] Improper objections/comment of counsel<br>[188:19]-[189:7] Foundation |
| | [189:18]-[191:13] | [190:23-24] Improper objection of counsel |
| | [217:22]-[218:5] | Foundation |
| | [230:5]-[230:25] | [230:5-13] Misleading – answer taken out of context based on previous question and answer |
| | [237:2]-[237:21] | Irrelevant |
| | [238:2]-[240:6] | [238:2]-[239:7] Irrelevant |
| | [242:8]-[244:9] | [243:1-2] Improper objection of counsel |
| | [245:11]-[256:2] | [245:15]-[246:18] Argumentative<br>[247:3-13] Argumentative; irrelevant<br>[251:12]-[253:5] Irrelevant<br>[253:7]-[254:2] Mischaracterizes prior testimony<br>[254:4-12] Irrelevant<br>[255:14]-[256:2] Foundation |
| | [257:2]-[258:5] | [257:10-11] Improper objection of counsel |
| | [259:7]-[260:18] | [260:5-8] Improper objection of counsel<br>[260:16-18] Irrelevant |
| | [268:16]-[269:8] | Hearsay, irrelevant (non-final FDA comments) |

790913v.1

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [270:7]-[278:7] | Hearsay, irrelevant (non-final FDA comments)<br>[271:19-21], [274:9-11] Improper objection of counsel<br>[275:4-16] Colloquy among counsel<br>[277:23]-[278:1] Argumentative; foundation; prejudice outweighs probative value |
|  | [286:22]-[301:19] | [286:22]-[287:21] Foundation; argumentative<br>[291:6]-[292:3] Colloquy among counsel<br>[294:18]-[295:10] Irrelevant<br>[296:10-11], [298:3-4], [299:19-20] Improper objection counsel<br>[298:6-7] Argumentative<br>[298:18]-[299:4] Improper interruption by counsel<br>[299:22]-[301:19] Attorney-client privileged |
|  | [307:22]-[310:23] | [308:5-15] Foundation |
|  | [311:13]-[313:2] | Foundation |
|  | [315:20]-[318:11] | [316:6]-[317:6] Foundation |
|  | [319:18]-[322:23] | [321:7-21] Foundation; irrelevant |
|  | [323:18]-[334:11] | Irrelevant (fraud on the FDA argument)<br>[331:16-18] Improper objection of counsel<br>[331:20]-[333:20] Foundation |
|  | [335:3]-[336:16] | Irrelevant (fraud on the FDA argument)<br>[335:12-20] Foundation<br>[336:4-16] Foundation, argumentative |
|  | [337:8]-[338:12] | Irrelevant (fraud on the FDA argument); foundation; argumentative |
|  | [338:24]-[344:16] | Irrelevant (fraud on the FDA argument0<br>[338:24]-[339:2] Foundation, argumentative<br>[342:12]-[344:16] Irrelevant, foundation |
|  | [346:24]-[347:8] | Irrelevant (fraud on the FDA argument), foundation, argumentative |
|  | [350:7]-[361:13] | [357:22-24] Irrelevant, foundation<br>[359:11-19] Argumentative, improper commentary |
|  | [362:1]-[378:4] | [368:17]-[369:1] Attorney-client privileged; colloquy among counsel<br>[370:17]-[371:6], [372:17]-[373:21], [376:25]-[378:4] Foundation |
|  | [385:2]-[399:4] | [390:12-20] Foundation<br>[398:18]-[399:4] Vague, argumentative |
|  | [403:14]-[405:8] | [404:23]-[405:8] Irrelevant |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| Raymond Gilmartin (4/11/05) | [424:15] - [428:11] | Irrelevant; Prejudicial [Entire]; Compound, Argumentative; Vague [426:8-19] |
|  | [428:20] - [463:19] | 432:5-8 – Answer interrupted, question reformulated at 432:10-11; 434:13-20 – Misstates exhibit 7, argumentative, foundation; 434:13-436:12 Hearsay; 438:15-439:9 –Question withdrawn at 439:9; 439:11-25 – Foundation, Calls for an opinion; 441:22-442:9 – improper characterization, misstates the exhibit; 443:20-444:11 – improper characterization, misstates the exhibit; 446:14-447:12 – Argumentative; ambiguous, vague; 447:20 – 448:23 Argumentative; 450:5 – 450:15 foundation, opinion; 451:7-14 – vague, argumentative;  451:21-25 – vague, argumentative; 456:9-458:17 – asked and answered, cumulative; 458:5-463:19 – calls for opinion, improper hypothetical, argumentative |
|  | [464:12] - [475:9] | 464:12 – 472:4 – calls for opinion, foundation, argumentative, asked and answered, improper comments by counsel; 474:4-19 – improper characterization, argumentative, compound |
|  | [477:13] - [481:21] | 478:6-480:4 – argumentative, calls for speculation, foundation; 481:19-21 – question fragment, argumentative |
|  | [482:18] - [484:11] | 484:1-5 – argumentative |
|  | [490:2] - [512:23] | 491:24-492:18 – argumentative, calls for speculation, foundation, improper characterization; 493:3- 512:23 – hearsay; irrelevant, prejudicial; 499:18-500:13 – inquiry into attorney/client privilege, question withdrawn (500:15);  501:24-512:23 – relevance, cumulative |
|  | [513:25] - [538:16] | 513:25-538:16 – Hearsay, relevance, calls for speculation, prejudicial |
|  | [540:2] - [545:23] | Relevance, prejudicial, calls for speculation, hearsay (Fries letter) |
|  | [547:3] - [547:13] | Relevance, hearsay, prejudicial |
|  | [547:15] - [551:24] | Relevance, prejudicial |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [552:11] - [553:17] | Relevance, prejudicial |
|  | [553:18] - [556:3] | Relevance, prejudicial |
|  | [556:19] - [563:12] | Relevance, prejudicial; 561:1-17 – argumentative |
|  | [563:25] - [572:25] | 563:25-565:17 – Relevance, prejudicial; 571:1-572:25 – Relevance, prejudicial |
|  | [574:11] - [577:14] | 574:11-21 – calls for speculation, improper hypothetical; 575:12-577:14 – Relevance, prejudicial, argumentative |
|  | [578:6] - [593:20] | Relevance; 578:6-588:5 Hearsay, relevance, prejudicial |
|  | [594:20] - [597:5] | 596:6-597:5 Relevance, prejudicial |
|  | [597:19] - [608:11] | Relevance, prejudicial |
|  | [609:6] - [611:3] | Relevance, prejudicial |
|  | [611:22] - [621:25] | 617:7 – 620:6, speculation |
|  | [624:1] - [625:19] | 624:1-625:1, exchange between counsel |
|  | [625:22] - [628:3] | 625:22 – 626:5, mischaracterization of testimony |
|  | [631:24] - [643:23] | 633:9 – 634:23, Foundation, mischaracterization of record; 639:1 – 639:6; objection to form; foundation; mischaracterization of evidence; 640:25 – 641:5, objection to form; foundation; mischaracterization of evidence; 643:8 – 643:23, objection to form; foundation; mischaracterization of evidence |
|  | [644:10] - [657:7] | Relevance; 644:10 - 646:3, Argumentative; 647:23 – 648:20, question withdrawn |
|  | [658:8] - [658:18] | Relevance |
|  | [660:2] - [665:1] | Relevance; Argumentative |
|  | [710:20] - [717:2] | Relevance, Hearsay, Argumentative |
|  | [717:7] - [717:12] | Argumentative |
|  | [720:21] - [728:9] | Relevance; Foundation |