|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [728:18] - [737:4] | Relevance |
|  | [753:17] - [764:9] | Relevance; Hearsay; Prejudice; Objections to Form; Mischaracterization of Testimony |
|  | [771:23] - [772:3] | Mischaracterization of Testimony |
|  | [779:10] - [779:19] | Foundation |
|  | [784:17] - [787:5] | Relevance |
|  | [808:20] - [810:22] | 810: 7-22, Relevance |
|  | [812:6] - [816:20] | 815:15 – 816:20, Relevance; question withdrawn |
|  | [825:24] - [830:13] | Relevance; Prejudice |
|  | [836:11] - [837:15] | Relevance |
|  | [841:7] - [841:23] | Relevance |
| Raymond Gilmartin (4/18/05) | [14:20]-[15:6] | Foundation (no longer true) |
|  | [33:7]-[34:2] | [33:24]-[24:2] Foundation; argumentative |
|  | [34:5]-[34:22] | Foundation; Argumentative |
|  | [35:1]-[36:8] | [35:22]-[35:24] Irrelevant<br>[36:8]-[36:8] Incomplete; Hypothetical; Argumentative |
|  | [36:11]-[37:4] | [36:14]-[36:18] Foundation; Argumentative<br>[36:23]-[37:4] Mischaracterizes Prior Testimony; Argumentative |
|  | [38:21]-[40:4] | [38:21]-[39:18] Relevance; Prejudicial; Foundation<br>[39:24]-[40:4] Argumentative; Relevance; Prejudicial |
|  | [40:7]-[41:15] | [40:7]-[40:22] Argumentative; Relevance; Prejudicial<br>[40:23]-[41:5] Foundation (referenced testimony is not designated)<br>[41:11]-[41:15] Calls for a Legal Conclusion; MIL #5; Argumentative |
|  | [41:18]-[42:5] | {42:3]-[42:5] Foundation; MIL #5; Argumentative |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [42:8]-[44:23] | Foundation; MIL #5; Arguentative; [44:17]-[44:23] Improper Statement by Attorney (partial sentence read) |
| | [45:3]-[46:24] | [45:20]-[45:23] Vague; [46:7]-[46:13] Foundation [46:15]-[46:19] Vague [46:22]-[[46:24] Calls for Legal Conclusion; MIL #5; Asked and Answered |
| | [47:3]-[47:12] | [47:10]-[47:12] Argumentative; Prejudicial |
| | [47:15]-[47:21] | [47:20]-[47:21] Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
| | [47:24]-[48:5] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
| | [48:8]-[48:14] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
| | [48:17]-[49:4] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
| | [49:7]-[49:15] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
| | [49:20]-[50:4] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
| | [50:9]-[50:24] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
| | [51:3]-[51:18] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |

Case 2:05-md-01657-EEF-DEK   Document 1414-4   Filed 11/14/05   Page 3 of 20

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [51:21]-[52:10] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
|  | [53:13]-[53:21] | Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence |
|  | [59:1]-[61:1] | [59:16]-[59:18] Mischaracterizes the Evidence; Argumentative<br>[59:20]-[61:1] Irrelevant; Statistically Insignificant Data (MIL #6) |
|  | [445:12]-[456:7] | Irrelevant; Prejudicial; Warning Letter (MILs #1 & #4); Argumentative Throughout; Improper Comments of Counsel Throughout<br>[446:11]-[446:13] Argumentative; Improper Comment by Counsel<br>[447:9] Irrelevant; Argumentative; Foundation<br>[448:22]-[449:1] Argumentative<br>[449:6]-[449:7] Argumentative<br>[450:6]-[450:8] Argumentative<br>[455:3]-[455:10] Irrelevant; Prejudicial; Foundation MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence;<br>[455:12]-[455:17] Improper Comment by Counsel, withdrawn |
|  | [465:3]-[465:19] | Irrelevant; Prejudicial; Warning Letter (MILs #1 & #4); Argumentative throughout; Improper Comments of Counsel throughout<br>[465:3]-[465:12] Irrelevant; Prejudicial; Foundation; MIL #5 (fraud on the FDA); Attorney-Client Privileged; Argumentative; Mischaracterizes the Evidence;<br>[465:14]-[465:19] Foundation (not clear what document in being used |
|  | [465:22]-[466:12] | Irrelevant; Prejudicial; Warning Letter (MILs #1 & #4); Argumentative throughout; Improper Comments of Counsel throughout; MIL #16; Foundation (not clear what document is being used) |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [466:15]-[467:15] | [466:15]-[467:12] Irrelevant; Prejudicial; Warning Letter (MILs #1 & #4); Argumentative throughout; Improper Comments of Counsel throughout; MIL #16; Foundation (not clear what document is being used); Designation ends mid-sentence |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
| Raymond Gilmartin (6/17/05) | [921:2] - [1205:2] | 921:8-13; 922:19-23 Objections to form<br>923:10-13; 923:22-24 Objections to form<br>924:18-19 Objections to form<br>926:4-7 Objections to form<br>927:14-929:15 Objections to form; Relevance<br>929:22-932:12 Objections to form<br>935:3-936:19 Relevance; Objections to form<br>938:23; 939:20 Objections to form; Relevance<br>938:21-24 Objections to form<br>940:21 Objections to form; Foundation<br>941:21-942:10 Objections to form; Foundation<br>942:14-944:6 Relevance; Hearsay; Foundation; Objections to form; Argumentative<br>957:7-958:7 Argumentative<br>959:13-977:8 Relevance; Hearsay; Objections to form; Prejudice<br>977:9-979:10 Objections to form; Relevance; Mischaracterization<br>979:12-990:11 Relevance; Objections to form; Asked and answered<br>990:13-998:7 Relevance; Objections to form<br>998:9-1006:10 Relevance; Objections to form<br>1009:24-1014:7 Relevance; Hearsay; Objections to form<br>1014:14-1017:9 Relevance; Objections to form; Argumentative<br>1046:10-13 Objections to form; Foundation<br>1047:20-24 Objections to form<br>1048:15-19 Objections to form<br>1058:19-23 Objections to form<br>1059:23-1060:15 Objection to form; Argumentative<br>1082:1-17 Relevance<br>1096:6-10 Objection to form; Argumentative<br>1102:14-1104:17 Relevance<br>1104:19-1105:9 Hearsay, Relevance<br>1105:17-1122:14 Relevance<br>1123:15-1125:22 Relevance<br>1125:23-1138:22 Relevance, counterfactual hypotheticals; Foundation<br>1137:20-21 Argumentative<br>1138:24-1164:18 Hearsay, Relevance, mischaracterizes documents;<br>1139:5-7 - Argumentative, mischaracterizes testimony;<br>1144:2-3 – Argumentative |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  |  | 1165:2-1173:13 Relevance; Hearsay<br>1173:21-1174:11 Relevance<br>1174:13-15 Mischaracterizes testimony<br>1182:6-1184:6 Relevance<br>1184:7-1189:7 Hearsay, Relevance<br>1190:3-1196:7 Hearsay, Argumentative<br>1196:9-10 Argumentative<br>1197:18-1197:23 Hearsay, Relevance<br>1199:21-22 Mischaracterizes evidence<br>1200:6-12 Relevance<br>1200:13-1203:4 Hearsay, Relevance |
| Leslie Goldstein (9/23/05) | [39:23]-[41:5] | FRE(s) 401, 402 |
|  | [41:18]-[42:3] | FRE(s) 602, 802 |
| Peter Honig (8/8/05) | [16:14]-[17:4] | Foundation; Irrelevant; Unfair Prejudice; MIL #4; Includes Objection |
|  | [22:4]-[22:9] | Foundation; Calls for Speculation |
|  | [23:17]-[24:15] | Foundation; Irrelevant; Argumentative; Mischaracterizes Evidence |
|  | [29:10]-[29:21] | Vague and Ambiguous; Includes Objection |
|  | [33:9]-[34:6] | Argumentative; Sidebar |
|  | [35:11]-[36:6] | Argumentative; Sidebar; Includes Objections |
|  | [38:8]-[38:22] | Foundation; Calls for Speculation; Improper Hypothetical; Includes Objections |
|  | [40:6]-[41:12] | Argumentative; Sidebar; Includes Objections; Irrelevant; Mischaracterizes evidence and testimony |
|  | [47:6]-[47:7] | Question w/o an Answer; Vague and Ambiguous |
|  | [48:1]-[48:15] | Vague; Ambiguous; Compound; Foundation; Includes Objections |
|  | [50:3]-[50:14] | Vague; Ambiguous; Sidebar; Foundation; Includes Objections |
|  | [50:15]-[50:21] | Question designated w/o an answer; foundation |
|  | [57:23]-[57:24] | Question designated w/o an answer; foundation |
|  | [64:8]-[64:19] | Foundation; Argumentative; Compound; Includes Objections |
|  | [72:21]-[72:24] | Foundation; Calls for Speculation; Includes Objections |
|  | [74:20]-[75:16] | Irrelevant; Sidebar |
|  | [76:4]-[76:6] | No Question designated or pending |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [76:8]-[76:23] | Irrelevant; Sidebar; Foundation |
| | [70:20]-[80:7] | Foundation; Mischaracterizes Evidence; Includes Objection |
| | [80:20]-[81:5] | Foundation; Vague and Ambiguous; includes objection |
| | [83:22]-[84:5] | Foundation; Calls for Speculation; includes objections |
| | [85:8]-[82:21] | Foundation; Calls for Speculation; includes objections |
| | [85:22]-[85:25] | Incomplete question designated and no answer designated |
| | [86:4]-[86:13] | Foundation; Calls for Speculation; includes objections |
| | [90:16]-[92:17] | Foundation; Mischaracterizes Evidence; includes Objections |
| | [95:21]-[96:25] | Foundation; Calls for Speculation; MIL #4 |
| | [97:11]-[97:17] | Foundation; Calls for Speculation; Includes Objections |
| | [99:7]-[99:12] | Foundation; Mischaracterizes Evidence; Includes Objections |
| | [100:7]-[100:22] | Argumentative; sidebar; foundation; includes objections |
| | [101:13]-[103:4] | Argumentative; sidebar; foundation; vague and ambiguous; calls for speculation includes objections |
| | [103:5]-[103:11] | Question designated w/o an answer |
| | [109:15]-[110:4] | Foundation; Mischaracterizes Evidence; Includes Objection |
| | [110:6]-[110:26] | Foundation; Hearsay; Includes Objections |
| | [111:2]-[112:8] | Foundation; Calls for Speculation; Improper Hypothetical; Argumentative; Includes Objections |
| | [114:19]-[116:2] | Vague; Ambiguous; Argumentative; Foundation; includes Objections |
| | [116:4]-[117:18] | Vague; Ambiguous; Foundation; Mischaracterizes Evidence; includes Objections |
| | [121:4]-[125:10] | Irrelevant |
| | [135:10]-[137:16] | Argumentative; Foundation; Calls for Speculation; Includes Objections |
| | [145:19]-[146:20] | Foundation; Argumentative; Mischaracterizes Evidence and Testimony; Includes Objections |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [150:5]-[151:22] | Foundation; Argumentative; Mischaracterizes Evidence; Includes Objections |
| | [158:1]-[158:11] | Vague; Ambiguous; Unintelligible; Foundation; Includes Objections |
| | [167:9]-[171:1] | Foundation; Mischaracterizes Evidence; Assumes Facts not in Evidence and/or False Facts; Argumentative; Includes Objections |
| | [177:10]-[178:3] | Vague and Ambiguous; Foundation; includes objections |
| | [181:24]-[182:20] | Foundation; Argumentative; Includes Objections |
| | [195:10]-[196:9] | Argumentative; Sidebar; Includes Objections |
| | [202:8]-[202:17] | Foundation; Speculation; Compound |
| | [203:3]-[203:11] | Vague; Ambiguous; Includes Objection |
| | [205]-[206:9] | Foundation; Assumes Facts not in Evidence and/or False Facts; Mischaracterizes Evidence; MIL #3; Includes Objection |
| | [206:20]-[207:5] | Foundation; Assumes Facts not in Evidence and/or False Facts; Mischaracterizes Evidence; MIL #3; Includes Objection |
| | [212:1]-[212:21] | Argumentative; Sidebar; Includes Objection |
| | [213:24]-[217:1] | Argumentative; Sidebar; Mischaracterizes Evidence and Testimony; Includes Objection |
| | [217:13]-[220:1] | Argumentative; Sidebar; Mischaracterizes Evidence and Testimony; Includes Objection; Includes Lawyer Colloquy |
| | [223:16]-[223:22] | Question designated w/o an answer |
| | [228:18]-[229:13] | Irrelevant; includes Lawyer Colloquy |
| | [230:8]-[230:22] | Argumentative; Foundation; Assumes Facts not in Evidence |
| | [223:2]-[232:20] | Foundation; Assumes Facts not in Evidence; Speculation; Includes Objection |
| | [233:2]-[234:22] | Foundation; Speculation; Improper Hypothetical; Includes Objection |
| | [238:4]-[238:17] | Foundation; Vague; Ambiguous; Includes Objection |
| | [239:17]-[240:8] | Argumentative; Foundation Includes Objection |
| | [241:10]-[241:17] | Question designated w/o an answer; includes objection |
| | [244:10]-[246:7] | Foundation; Argumentative; Mischaracterizes evidence and testimony; includes objections |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [250:6]-[251:6] | Foundation; Argumentative; Mischaracterizes evidence and testimony; includes objections |
| [251:23]-[252:9] | Foundation; Argumentative; Mischaracterizes evidence and testimony; includes objections |
| [253:1]-[253:12] | Argumentative; Sidebar |
| [255:11]-[262:19] | Irrelevant; Argumentative; MIL #3; More Prejudicial than Probative; Includes Objection |
| [266:4]-[266:12] | Irrelevant; MIL #3; More Prejudicial than Probative; Includes Objection |
| [267:7]-[267:18] | Argumentative |
| [268:8]-[269:11] | Irrelevant; Hearsay; Argumentative; MIL #6; Assumes Facts not in Evidence; Mischaracterizes Evidence; Includes Objections |
| [270:25]-[272:7] | Argumentative; assumes facts not in evidence; MIL #6; hearsay; speculation; includes objections |
| [277:5]-[277:8] | Incomplete answer |
| [277:24]-[279:13] | Argumentative; Sidebar |
| [282:17]-[283:6] | Vague; Ambiguous; Mischaracterizes Evidence; Compound; Includes Objections |
| [289:7]-[291:24] | Argumentative; Foundation; Speculation; Mischaracterizes Evidence and Testimony; includes objections |
| [294:13]-[295:16] | Argumentative; Includes Objections |
| [297:18]-[298:10] | Argumentative; Vague; Ambiguous; Calls for Opinion Testimony; Includes Objections |
| [299:21]-[300:2] | Question w/o answer; mischaracterizes evidence; speculation; includes objection |
| [300:4]-[300:10] | Foundation; Speculation; Mischaracterizes Evidence; Includes Objection |
| [306:1]-[306:24] | Argumentative; Mischaracterizes Evidence; Includes Objections |
| [308:18]-[309:8] | Argumentative; Mischaracterizes Evidence; Includes Objections |
| [312:23]-[313:16] | Mischaracterizes Evidence; Lawyer Colloquy |
| [314:11]-[315:15] | Argumentative; Mischaracterizes Evidence and testimony; Includes Objections |
| [315:16]-[315:21] | Question w/o answer |
| [315:23]-[216:14] | Argumentative; mischaracterizes evidence and testimony; includes objections |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [316:16]-[317:21] | Hearsay; Argumentative; MIL #6; assumes facts not in evidence; mischaracterizes evidence; includes objections |
|  | [318:10]-[319:16] | Argumentative; sidebar; speculation; foundation; mischaracterizes evidence; includes objections |
|  | [319:17]-[320:3] | Incomplete question; question w/o answer |
|  | [320:9]-[321:20] | Argumentative; mischaracterizes evidence and testimony; speculation; includes objection |
|  | [321:21]-[322:16] | Hearsay; argumentative; MIL #6; assumes facts not in evidence; mischaracterizes evidence; includes objections |
|  | [322:18]-[323:14] | Irrelevant; sidebar |
|  | [323:16]-[324:11] | Hearsay; argumentative; MIL #6; assumes facts not in evidence; mischaracterizes evidence; speculation; includes objections |
|  | [325:14]-[327:6] | Argumentative; sidebar |
|  | [327:7]-[327:25] | Irrelevant; sidebar |
|  | [330:17]-[331:13] | Compound; vague; ambiguous; includes objection |
|  | [331:16]-[332:11] | Argumentative; compound; mischaracterizes evidence; includes objection |
|  | [332:12]-[332:20] | Irrelevant; sidebar |
|  | [332:22]-[334:3] | Argumentative; mischaracterizes evidence and testimony; includes objection |
|  | [334:25]-[335:18] | Argumentative; mischaracterizes evidence and testimony; includes objection |
|  | [336:7]-[338:8] | Argumentative; mischaracterizes evidence and testimony; speculation; includes objection |
| Peter Honig (8/9/05) | [360:10]-[360:20] | Argumentative; mischaracterizes evidence and testimony; compound; includes objection |
|  | [361:23]-[362:11] | Vague; ambiguous; mischaracterizes evidence; includes objection |
|  | [373:6]-[375:22] | Foundation; speculation; improper hypothetical; mischaracterizes evidence; includes objections |
|  | [376:6]-[376:16] | Vague; ambiguous; mischaracterizes evidence; includes objection |
|  | [377:9]-[377:18] | Vague; ambiguous; mischaracterizes evidence; includes objection; question w/o answer |
|  | [378:3]-[378:17] | Vague; ambiguous; mischaracterizes evidence |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [379:14]-[381:9] | Vague; ambiguous; mischaracterizes evidence; speculation; argumentative; sidebar; includes objection |
|  | [385:13]-[386:21] | Compound; vague; ambiguous; includes objection |
|  | [388:19]-[390:15] | Mischaracterizes evidence; assumes facts not in evidence; speculation; includes objections |
|  | [391:9]-[391:23] | Mischaracterizes evidence; assumes facts not in evidence; hearsay; speculation; includes objections |
|  | [394:4]-[394:23] | Argumentative; calls for speculation; includes objection |
|  | [395:21]-[397:20] | Argumentative; calls for speculation; question w/o answer; includes objection |
|  | [398:6]-[398:7] | Incomplete question; question w/o answer |
|  | [412:20]-[413:4] | Lawyer Colloquy |
|  | [414:20]-[415:9] | Mischaracterizes evidence; vague; ambiguous; includes objections |
|  | [418:13]-[419:18] | Argumentative; speculation; vague; ambiguous; includes objections |
|  | [421:9]-[421:25] | Argumentative; includes objections |
|  | [427:8]-[427:2] | Foundation; speculation; includes objections |
|  | [429:2]-[429:9] | Foundation; speculation; includes objections |
|  | [430:6]-[431:3] | Foundation; speculation; includes objections |
|  | [432:5]-[432:23] | Foundation; speculation; argumentative; improper hypothetical |
|  | [434:8]-[435:6] | Irrelevant; sidebar |
|  | [438:7]-[439:19] | Foundation; speculation; argumentative; improper hypothetical includes objections |
|  | [442:23]-[443:11] | Argumentative; includes objections |
|  | [445:13]-[445:19] | Argumentative; includes objections |
|  | [446:9]-[447:21] | Argumentative; mischaracterizes evidence and testimony; includes objections |
|  | [450:24]-[451:23] | Mischaracterizes evidence and testimony; vague; ambiguous; includes objections |
|  | [452:12]-[452:21] | Mischaracterizes evidence and testimony; vague; ambiguous; includes objections |
|  | [465:12]-[466:7] | Argumentative; speculation; improper hypothetical; includes objections |
|  | [468:19]-[469:23] | Argumentative; foundation; speculation; improper hypothetical; includes objections |
|  | [470:23]-[471:11] | Foundation; mischaracterizes evidence and testimony; includes objections |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [474:9]-[475:8] | Foundation; speculation; includes objections |
| | [476:10]-[477:25] | Argumentative; foundation; speculation; improper hypothetical; includes objections |
| | [479:16]-[483:7] | Mischaracterizes evidence and testimony; foundation; vague; ambiguous; speculation; argumentative; includes objections |
| | [484:17]-[488:25] | Mischaracterizes evidence and testimony; foundation; speculation; argumentative; sidebar; includes objections |
| | [493:7]-[493:16] | Foundation; speculation |
| | [494:6]-[495:3] | Foundation; speculation; irrelevant; includes objections |
| | [496:4]-[496:14] | Foundation; speculation; mischaracterizes evidence; includes objections |
| | [497:7]-[497:13] | Foundation; speculation; mischaracterizes evidence; includes objections |
| | [498:17]-[498:23] | Foundation; speculation; mischaracterizes evidence; includes objections |
| | [499:9]-[501:10] | Foundation; speculation; mischaracterizes evidence; argumentative; includes objections |
| | [503:4]-[504:4] | Mischaracterizes evidence; argumentative; hearsay; includes objections |
| | [507:13]-[507:23[]] | Foundation; speculation; mischaracterizes evidence; argumentative; includes objections |
| | [508:25]-[514:12] | Foundation; speculation; mischaracterizes evidence and testimony; argumentative; MIL #6; hearsay; includes objections |
| | [514:13]-[514:22] | Foundation; speculation; mischaracterizes evidence; argumentative; includes objections |
| | [518:19]-[519:11] | Foundation; argumentative; includes objections |
| | [523:12]-[525:17] | Argumentative; sidebar; foundation; includes objections |
| | [532:5]-[532:20] | Foundation; speculation; includes objections |
| | [534:4]-[534:17] | Foundation; speculation; mischaracterizes evidence; includes objections |
| | [540:15]-[540:23] | Foundation; mischaracterizes evidence; includes objections |
| | [542:10]-[543:10] | Foundation; mischaracterizes evidence; includes objections |
| | [544:18]-[546:3] | Foundation; speculation; mischaracterizes evidence; argumentative; includes objections |

Case 2:05-md-01657-EEF-DEK   Document 1414-4   Filed 11/14/05   Page 13 of 20

Page 93

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [550:6]-[551:18] | Foundation; speculation; mischaracterizes evidence; includes objections |
|  | [561:4]-[562:4] | Argumentative; foundation; includes objections |
|  | [562:22]-[563:7] | Foundation; speculation; includes objections |
|  | [564:17]-[567:3] | Argumentative; foundation; speculation; includes objections |
|  | [590:19]-[570:4] | Argumentative; sidebar; question w/o answer |
|  | [578:8]-[576:19] | Argumentative; includes objections |
|  | [580:13]-[582:7] | Foundation; speculation; argumentative; includes objections |
|  | [583:3]-[583:20] | Foundation; speculation; argumentative; includes objections |
|  | [591:23]-[595:3] | Foundation; speculation; mischaracterizes evidence; argumentative; sidebar; includes objections |
|  | [599:13]-[601:5] | Foundation; speculation; mischaracterizes evidence; argumentative; includes objections |
|  | [609:11]-[609:18] | Argumentative; includes objections |
|  | [611:2]-[611:15] | Argumentative; includes objections |
|  | [613:5]-[613:22] | Argumentative |
|  | [667:24]-[670:5] | Argumentative; foundation; hearsay |
|  | [670:6]-[670:17] | Irrelevant; sidebar |
|  | [671:24]-[672:4] | Argumentative |
|  | [677:5]-[677:23] | Argumentative; sidebar; includes objections |
|  | [679:23]-[681:1] | Argumentative |
|  | [688:10]-[688:14] | Foundation; speculation; improper hypothetical |
|  | [691:4]-[691:19] | Foundation; speculation; improper hypothetical |
|  | [693:7]-[693:21] | Foundation; speculation; improper hypothetical |
| Barry Kass (9/28/05) | [10:8]-[10:11] | FRE(s) 401, 402, 403, 701 |
|  | [11:19]-[12:2] | FRE 602 |
|  | [14:10]-[14:23] | FRE(s) 401, 402, 403, 701 |
|  | [14:24]-[15:1] | FRE(s) 401, 402, 403, 701 |
|  | [15:5]-[16:2] | FRE(s) 401, 402, 403 |
|  | [17:20]-[17:22] | FRE 611 |
|  | [19:4]-[19:8] | FRE(s) 401, 402, 403 |
|  | [19:9]-[19:10] | FRE(s) 401, 402, 403 |
|  | [19:12]-[19:23] | FRE(s) 401, 402, 403 |
|  | [27:16]-[27:19] | FRE(s) 401, 402, 403 |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [35:9]-[35:22] | FRE(s) 401, 402, 403, 611, 602 |
| Peter Kim (3/15/05) | [22:6]-[22:9] | Irrelevant; unfair prejudice; see MIL No. 6 |
|  | [23:14]-[23:17] | Irrelevant; unfair prejudice; see MIL No. 6 |
|  | [26:3]-[26:8] | Irrelevant; unfair prejudice; see MIL No. 4 |
|  | [34:1]-[34:4] | Lack of foundation; legal conclusion |
|  | [38:22]-[39:16] | Lack of foundation; irrelevant |
|  | [40:18]-[41:16] | Lack of foundation; hypothetical |
|  | [41:13]-[41:16] | Lack of foundation; speculation |
|  | [45:20]-[46:8] | Lack of foundation; hypothetical; asked and answered |
|  | [46:17]-[46:22] | Lack of foundation; hypothetical; asked and answered |
|  | [47:3]-[47:7] | Asked and answered |
|  | [58:2]-[58:6] | Irrelevant |
|  | [61:25]-[62:7] | Lack of foundation; hypothetical |
|  | [64:21]-[64:25] | Mischaracterizes prior testimony |
|  | [65:23]-[66:1] | Lack of foundation; irrelevant |
|  | [66:13]-[66:17] | Lack of foundation; irrelevant; mischaracterizes prior testimony |
|  | [68:9]-[68:14] | Lack of foundation; hearsay; MIL No. 5 |
|  | [76:18]-[76:20] | Irrelevant; unfair prejudice; MIL No. 1 |
|  | [77:8]-[77:11] | Irrelevant; unfair prejudice; MIL No. 1 |
|  | [77:23]-[78:23] | Irrelevant; unfair prejudice; MIL No. 1; mischaracterizes prior testimony |
|  | [79:13]-[79:22] | Irrelevant; unfair prejudice; MIL No. 1 |
|  | [84:1]-[84:3] | Irrelevant; unfair prejudice; lack of foundation; MIL No. 1; MIL No. 4; MIL No. 5 |
|  | [84:21]-[84:23] | Irrelevant; unfair prejudice; MIL No. 5 |
|  | [85:7]-[85:9] | Irrelevant; unfair prejudice; MIL No. 5 |
|  | [85:16]-[87:7] | Irrelevant; unfair prejudice; MIL No. 1; MIL No. 5 |
|  | [87:21]-[89:7] | Irrelevant; unfair prejudice; MIL No. 1; MIL No. 5 |
|  | [100:4]-[100:16] | Irrelevant; unfair prejudice; MIL No. 1; MIL No. 5 |
|  | [106:15]-[106:23] | Irrelevant; unfair prejudice; MIL No. 5 |
|  | [108:11]-[108:15] | Irrelevant; unfair prejudice; MIL No. 5 |
|  | [109:2]-[109:16] | Irrelevant; unfair prejudice; MIL No. 1; MIL No. 5 |
|  | [110:5]-[111:7] | Irrelevant; unfair prejudice; MIL No. 1; MIL No. 5 |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [119:20]-[119:24] | Argumentative; mischaracterizes prior testimony |
|  | [129:17]-[130:7] | Lack of foundation; speculation |
|  | [133:2]-[133:14] | Irrelevant; unfair prejudice |
|  | [133:21]-[133:24] | Irrelevant; unfair prejudice |
|  | [134:16]-[135:8] | Irrelevant; unfair prejudice |
|  | [136:18]-[136:25] | Irrelevant; unfair prejudice |
|  | [138:11]-[138:13] | Irrelevant; unfair prejudice |
|  | [207:21]-[207:24] | Argumentative; mischaracterizes exhibit |
|  | [210:23]-[211:7] | Lack of foundation |
|  | [212:9]-[212:20] | Lack of foundation |
|  | [214:4]-[214:9] | Lack of foundation |
|  | [214:15]-[216:1] | Lack of foundation |
|  | [216:8]-[217:8] | Lack of foundation |
|  | [247:22]-[248:10] | Lack of foundation |
|  | [248:22]-[249:3] | Lack of foundation |
|  | [255:2]-[255:19] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [256:8]-[259:7] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [260:4]-[260:11] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [262:14]-[263:23] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [264:22]-[265:14] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [267:3]-[268:6] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [269:1]-[269:9] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
| Peter Kim (3/16/05) | [336:9]-[338:2] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [366:1]-[366:3] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [369:21]-[371:14] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [371:24]-[372:11] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 5 |
|  | [461:12]-[462:4] | Irrelevant; unfair prejudice |
|  | [478:7]-[479:6] | Hearsay |
|  | [591:9]-[591:22] | Hearsay; lack of foundation; irrelevant |
|  | [593:1]-[593:15] | Hearsay; lack of foundation; irrelevant |
|  | [597:8]-[597:10] | Irrelevant; unfair prejudice; MIL No. 11 |

|  | Plaintiff's Designation | Merck's Objections |
| --- | --- | --- |
|  | [597:19]-[597:20] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [598:5]-[599:24] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [600:24]-[601:4] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [601:10]-[602:3] | Irrelevant; unfair prejudice; MIL No. 11 |
| Peter Kim (4/08/05) | [651:15]-[651:19] | Irrelevant; unfair prejudice |
|  | [652:7]-[652:18] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [653:3]-[653:12] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [654:1]-[654:10] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [657:20]-[658:4] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [662:9]-[662:24] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [663:14]-[663:15] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [663:25]-[664:3] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [664:9]-[665:8] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [670:18]-[670:19] | Irrelevant |
|  | [703:21]-[704:11] | Hearsay; unfair prejudice; MIL No. 5 |
|  | [705:4]-[705:8] | Hearsay; unfair prejudice; MIL No. 5 |
|  | [705:17]-[706:6] | Hearsay; unfair prejudice; MIL No. 5 |
|  | [707:14]-[707:17] | Hearsay; unfair prejudice; MIL No. 5 |
|  | [708:14]-[709:18] | Hearsay; unfair prejudice; MIL No. 5 |
|  | [710:7]-[710:11] | Hearsay; unfair prejudice; MIL No. 5 |
|  | [714:9]-[714:14] | Hearsay; unfair prejudice; MIL No. 5 |
|  | [724:24]-[725:15] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [728:2]-[728:25] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [729:9]-[729:13] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [737:3]-[737:11] | Lack of foundation; hearsay |
|  | [738:16]-[739:9] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [742:15]-[742:19] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [743:1]-[743:4] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [744:15]-[745:5] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [745:24]-[746:5] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [749:14]-[749:18] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [750:18]-[750:21] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [751:4]-[751:16] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [752:11]-[752:17] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [755:12]-[755:25] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [756:21]-[757:1] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [766:1]-[766:8] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [766:14]-[767:1] | Hearsay; unfair prejudice; MIL No. 12 |
|  | [787:13]-[788:16] | Hearsay; unfair prejudice; MIL No. 3; MIL No. 12 |
|  | [825:11]-[825:18] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [825:25]-[826:17] | Irrelevant; unfair prejudice; MIL No. 11 |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [827:7]-[827:21] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [828:4]-[830:10] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [830:21]-[831:15] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [838:19]-[838:21] | Irrelevant; unfair prejudice; MIL No. 11 |
|  | [869:13]-[869:24] | Irrelevant; unfair prejudice; MIL No. 4 |
| Peter Kim (4/21/05) | [10:1]-[10:7] | Argumentative; mischaracterizes prior testimony |
|  | [15:12]-[15:24] | Argumentative; mischaracterizes prior testimony |
|  | [17:13]-[17:17] | Argumentative; mischaracterizes prior testimony |
|  | [17:23]-[18:9] | Lack of foundation; hypothetical |
|  | [19:9]-[19:12] | Lack of foundation |
|  | [20:6]-[20:8] [20:11]-[20:23] | Lack of foundation; irrelevant; unfair prejudice; MIL No.1; MIL No. 7 |
|  | [21:2]-[21:17] | Lack of foundation; irrelevant; unfair prejudice; MIL No.1; MIL No. 7 |
|  | [21:21]-[22:13] | Lack of foundation; irrelevant; unfair prejudice; MIL No.1; MIL No. 7 |
|  | [22:16]-[23:17] | Lack of foundation; irrelevant; unfair prejudice; MIL No.1; MIL No. 7 |
|  | [23:18]-[24:20] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 2 |
|  | [24:24]-[27:9] | Lack of foundation; irrelevant; unfair prejudice; MIL No. 2 |
|  | [27:12]-[33:17] | Lack of foundation; irrelevant; unfair prejudice; argumentative; MIL No. 2 |
|  | [34:11]-[34:14] | Lack of foundation; irrelevant; unfair prejudice |
|  | [34:17]-[35:8] | Lack of foundation; irrelevant; unfair prejudice |
|  | [35:11]-[37:3] | Lack of foundation; hypothetical; irrelevant; unfair prejudice |
|  | [37:6]-[37:18] | Lack of foundation; hypothetical; irrelevant; unfair prejudice |
|  | [38:1]-[39:10] | Lack of foundation; irrelevant |
|  | [39:11]-[40:16] | Hearsay; irrelevant; unfair prejudice; MIL No. 5 |
|  | [41:4]-[43:4] | Hearsay; irrelevant; unfair prejudice; MIL No. 5 |
|  | [43:5]-[43:20] | Irrelevant; hypothetical; unfair prejudice; MIL No. 2 |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [43:24]-[44:3] | Irrelevant; hypothetical; unfair prejudice; argumentative; MIL No. 2 |
|  | [44:6]-[44:16] | Irrelevant; hypothetical; unfair prejudice; argumentative; MIL No. 2 |
|  | [44:19]-[45:1] | Irrelevant; hypothetical; unfair prejudice; argumentative; MIL No. 2 |
|  | [45:21]-[45:24] | Lack of foundation; unfair prejudice; mischaracterizes prior testimony; argumentative |
|  | [52:11]-[52:15] | Lack of foundation |
|  | [53:7]-[53:10] | Lack of foundation; argumentative |
|  | [54:19]-[54:21] | Lack of foundation; argumentative |
|  | [56:21]-[56:23] | Asked and answered |
|  | [65:1]-[65:13] | Lack of foundation |
|  | [65:19]-[66:3] | Lack of foundation |
|  | [84:20]-[85:2] | Lack of foundation; argumentative |
|  | [85:5]-[85:17] | Lack of foundation; argumentative |
|  | [94:6]-[94:11] | No foundation |
|  | [95:5]-[99:6] | Lack of foundation; failure to identify document |
|  | [101:1]-[107:22] | Hearsay; irrelevant; unfair prejudice; MIL No. 5 |
|  | [107:23]-[108:8] | Mischaracterizes prior testimony; irrelevant; argumentative; MIL No. 1 |
|  | [108:11]-[108:13] | Mischaracterizes prior testimony; irrelevant; argumentative; MIL No. 1 |
|  | [108:15]-[109:15] | Hearsay; irrelevant; unfair prejudice; MIL No. 5 |
|  | [117:17]-[118:8] | Lack of foundation |
|  | [118:9]-[118:3] [118:16]-[120:2] | Irrelevant; unfair prejudice |
|  | [120:21]-[121:12] | Lack of foundation; unintelligible question |
|  | [124:4]-[124:20] | Irrelevant; MIL No. 1 |
|  | [127:11]-[127:15] | Lack of foundation; irrelevant; MIL No. 1 |
|  | [127:20]-[128:14] | Lack of foundation; irrelevant |
|  | [128:15]-[128:24] | Lack of foundation; irrelevant; hearsay |
|  | [130:24]-[131:9] | Irrelevant; hearsay |
| Peter Kim (6/8/05) | [994:10]-[1003:6] | Irrelevant; unfair prejudice |
|  | [1014:16]-[1014:25] | Lack of foundation |
|  | [1019:5]-[1019:12] | Irrelevant; MIL No. 3 |
|  | [1027:13]-[1027:14] | Mischaracterizes prior testimony |
|  | [1027:23]-[1028:15] | Lack of foundation; irrelevant |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [1029:5]-[1029:6] | Irrelevant; unfair prejudice |
|  | [1029:19]-[1030:12] | Irrelevant |
|  | [1033:8]-[1033:16] | Lack of foundation; irrelevant |
|  | [1034:16]-[1034:20] | Irrelevant |
|  | [1035:21]-[1041:9] | Irrelevant; MIL No. 3 |
|  | [1041:11]-[1045:3] | Asked and answered |
|  | [1047:16]-[1055:23] | Irrelevant; hearsay; MIL No. 3 |
|  | [1058:22]-[1059:2] | Lack of foundation |
|  | [1059:4]-[1059:13] | Asked and answered |
|  | [1059:14]-[1060:25] | Irrelevant; MIL No. 7 |
|  | [1067:19]-[1068:16] | Hearsay; MIL No. 5 |
|  | [1092:16]-[1094:4] | Hearsay; MIL No. 5 |
|  | [1098:8]-[1098:16] | Irrelevant |
|  | [1099:8]-[1099:12] | Irrelevant; unfair prejudice; MIL No. 6 |
|  | [1105:1]-[1105:11] | Lack of foundation |
|  | [1109:13]-[1110:1] | Lack of foundation; irrelevant |
|  | [1110:25]-[1112:4] | Lack of foundation; irrelevant |
|  | [1113:12]-[1113:18] | Lack of foundation; irrelevant |
|  | [1114:6]-[1114:6] | Argumentative |
| Charlotte McKines (8/3/05) | [80:8]-[80:19] | Lack of foundation; hypothetical; speculation |
|  | [81:21]-[82:5] | Lack of foundation; hypothetical; speculation; improper, ends with a question |
|  | [103:24]-[104:23] | Lack of foundation; speculation; improper, begins with answer and ends with a question |
|  | [126:8]-[126:11] | Improper question with no answer designated |
|  | [131:7]-[131:15] | Lack of foundation; speculation; argumentative |
|  | [141:16]-[141:24] | Hearsay |
|  | [144:10]-[146:3] | Lack of foundation; speculation; |
|  | [146:15]-[146:24] | Lack of foundation; speculation; improper – ends with question without answer designated |
|  | [147:4]-[147:11] | Lack of foundation; speculation; |
|  | [153:16]-[153:17] | Lack of foundation (Scolnick testimony on 3/22/05 re 3/9/00 email from Scolnick to Shapiro); improper, merely reading from transcript |
|  | [153:29]-[154:1] | Lack of foundation (Scolnick testimony on 3/22/05 re 3/9/00 email from Scolnick to Shapiro); improper, merely reading from transcript |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [154:2]-[154:4] | Lack of foundation (Scolnick testimony on 3/22/05 re 3/9/00 email from Scolnick to Shapiro); HE MISREADS the transcript |
|  | [154:8]-[154:14] | Lack of foundation |
|  | [155:13]-[156:8] | Lack of foundation (Clip of Anstice 3/17/05) |
|  | [156:10]-[156:24] | Lack of foundation |
|  | [157:2]-[158:18] | Argumentative; lack of foundation |
|  | [195:8]-[198:4] | Lack of foundation; hearsay (4/28/00 email from Rode to Basaman); mischaracterizes prior testimony |
|  | [198:12]-[199:19] | Lack of foundation; hearsay (4/28/00 email from Rode to Basaman); mischaracterizes prior testimony; document does not refresh her recollection |
|  | [199:21]-[200:7] | Lack of foundation; hearsay (4/28/00 email from Rode to Basaman); |
|  | [205:5]-[205:6] | Lack of foundation; hearsay (CV Card) |
|  | [205:10]-[205:11] | Lack of foundation; hearsay (CV Card) |
|  | [205:17]-[205:18] | Lack of foundation; hearsay (CV Card) |
|  | [205:20]-[206:2] | Lack of foundation; hearsay (CV Card) |
|  | [206:7]-[206:17] | Lack of foundation; hearsay (CV Card) |
|  | [206:29]-[207:1] | Lack of foundation; hearsay (CV Card) |
|  | [207:8]-[207:11] | Lack of foundation; hearsay (CV Card) |
|  | [207:13]-[207:14] | Lack of foundation; hearsay (CV Card) |
|  | [207:16] | Lack of foundation; hearsay (CV Card) |
|  | [207:20]-[207:21] | Lack of foundation; hearsay (CV Card) |
|  | [207:23]-[208:9] | Lack of foundation; hearsay (CV Card) |
|  | [210:22]-[211:4] | Lack of foundation; hearsay (CV Card) |
|  | [211:8]-[211:17] | Lack of foundation; hearsay (CV Card) |
|  | [211:19]-[211:20] | Lack of foundation; hearsay (CV Card) |
|  | [211:23] | Lack of foundation; hearsay (CV Card) |
|  | [211:25]-[212:1] | Lack of foundation; hearsay (CV Card) |
|  | [212:3]-[212:6] | Lack of foundation; hearsay (CV Card) |
|  | [212:9]-[212:13] | Lack of foundation; hearsay (CV Card) |
|  | [212:15] | Lack of foundation; hearsay (CV Card) |
|  | [212:18]-[213:1] | Lack of foundation; hearsay (CV Card) |
|  | [213:3]-[213:6] | Lack of foundation; hearsay (CV Card) |
|  | [213:8]-[213:20] | Lack of foundation; hearsay (CV Card) |
|  | [215:6]-[215:12] | Lack of foundation; hearsay (CV Card); Mischaracterizes testimony |
|  | [215:24]-[215:25] | Lack of foundation; hearsay (CV Card); cuts off witness answer |
|  | [216:3]-[216:7] | Lack of foundation; hearsay (CV Card) |

790913v.1