| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [216:9]-[217:5] | Lack of foundation; hearsay (CV Card) |
| | [217:7]-[217:8] | Lack of foundation; hearsay (CV Card); improperly cuts off answer |
| | [227:24]-[228:16] | Lack of foundation; hypothetical; speculation |
| | [308:6]-[309:25] | Lack of foundation; hearsay (CV Card); improper – ends with question |
| | [317:12]-[318:23] | Lack of foundation; hearsay (Bulletin for CV Card) |
| | [318:25]-[319:12] | Lack of foundation; hearsay (Bulletin for CV Card) |
| | [324:4]-[324:20] | Lack of foundation; hearsay (Bulletin for CV Card) |
| | [326:4]-[326:23] | Hearsay (Bulletin for CV card); improper – ends with question |
| | [327:4]-[328:1] | Hearsay (Bulletin for CV card); improper – ends with question |
| | [328:14]-[329:15] | Hearsay (Bulletin for CV card); |
| | [329:18]-[329:25] | Hearsay (CV Card); asked and answered; mischaracterizes testimony; argumentative |
| | [330:4]-[330:23] | Hearsay (Bulletin for CV card); |
| | [330:25]-[331:25] | Hearsay (Bulletin for CV card); argumentative |
| | [332:2]-[333:8] | Hearsay (Bulletin for CV card); argumentative; lack of foundation; speculation; improper – ends with question |
| | [335:10]-[335:18] | Lack of foundation; calls for speculation |
| | [336:6]-[336:25] | Lack of foundation; calls for speculation |
| | [368:12]-[368:18] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford) |
| | [369:6]-369:10] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford) |
| | [369:13]-[370:17] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford) |
| | [370:23]-[371:15] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford) |
| | [371:20]-[375:6] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford); argumentative; improper-omits answer |
| | [375:11]-[377:5] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [377:22]-[380:20] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |
|  | [381:1]-[390:3] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |
|  | [390:8]-[392:19] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |
|  | [392:24]-[393:3] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |
|  | [393:20]-[394:13] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |
|  | [394:18]-[396:8] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |
|  | [396:16]-[397:10] | Lack of foundation; hearsay (5/8/00 email to Scolnick from Basford and 5/5/00 memo from Dixon to Scolnick); argumentative; improper – omits answer |
|  | [397:15]-[397:21] | Improper – question only – and he admits question is bad and rephrases |
|  | [398:4]-[398:22] | Lack of foundation |
|  | [399:4]-[399:11] | Argumentative |
|  | [415:18]-[416;13] | Hearsay (5/9/00 email from McKines to El Dada and Baumgartner); improper – omits answer |
|  | [416:15]-[417:8] | Hearsay (5/9/00 email from McKines to El Dada and Baumgartner); improper – omits answer |
|  | [417:13]-[418:10] | Hearsay (5/9/00 email from McKines to El Dada and Baumgartner) |
|  | [418:14]-[418:20] | Hearsay (5/9/00 email from McKines to El Dada and Baumgartner); improper – omits answer |

|   | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|   | [419:17]-[420:13] | Hearsay (5/9/00 email from McKines to El Dada and Baumgartner); improper – omits answer |
|   | [420:18]-[421:18] | Lack of foundation |
|   | [421:19]-[421:23] | Improper – question with no answer designated |
|   | [427:11]-[427:25] | Hearsay (DWA 9/13/01 MVX); lack of foundation |
|   | [428:14]-[429:1] | Hearsay (DWA 9/13/01 MVX); lack of foundation |
|   | [429:21]-[429:25] | Improper – question without answer; question later rephrased |
|   | [430:12]-[431:19] | Hearsay (DWA 9/13/01 MVX); lack of foundation |
|   | [431:20]-[431:25] | Improper – omits answer to question |
|   | [432:7]-[433:15] | Hearsay (DWA 9/13/01 MVX); lack of foundation |
|   | [433:16]-[433:24] | Improper – question without answer; attorney sidebar |
|   | [434:5] | Improper – just snippet of answer |
|   | [436:16]-[437:2] | Lack of foundation |
|   | [438:4]-[438:9] | Improper – question without answer |
|   | [439:2]-[439:25] | Lack of foundation (4/28/00 press release) |
|   | [440:7]-[440:10] | Improper – question without answer |
|   | [442:6]-[444:16] | Lack of foundation (4/28/00 press release) |
|   | [444:17]-[444:22] | Improper – question without answer |
|   | [445:20]-[446:2] | Lack of foundation (4/28/00 press release); improper – question without answer |
|   | [446:14]-[447:2] | Hearsay (4/28/00 press release) |
|   | [447:9]-[447:17] | Lack of foundation (4/28/00 press release); improper – question without answer |
|   | [447:25]-[448:4] | Improper – only question (but not answer) designated |
|   | [448:23} | Improper – designate answer to a different question |
|   | [448:25] – [449:14] | Lack of foundation; calls for speculation |
|   | [450:18]- [451:14] | Lack of foundation; calls for speculation; hearsay (4/28/00 press release) |
|   | [451:16]-[451:18] | Improper – attorney sidebar |
|   | [452:14] | Improper – attorney sidebar |
|   | [452:15]-[453:25] | Hearsay (4/28/00 press release); lack of foundation; calls for speculation |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [454:8]-[454:22] | Hearsay (4/28/00 press release); lack of foundation; calls for speculation |
|  | [454:23]-[454:24] | Improper – only question (but not answer) designated |
|  | [456:12]-[456:19] | Hearsay (4/28/00 press release) |
|  | [456:29]-[456:21] | Improper – only question (but not answer) designated |
|  | [457:1]-[458:9] | Hearsay (4/28/00 press release); lack of foundation; calls for speculation |
|  | [458:16]-[458:23] | Hearsay (4/28/00 press release); lack of foundation; calls for speculation |
|  | [460:8]-[460:21] | Hearsay (4/28/00 press release); lack of foundation; calls for speculation |
|  | [460:22]-[460:23] | Improper – only question (but not answer) designated |
|  | [461:4]-[462:8] | Lack of foundation |
|  | [462:9]-[462:10] | Improper – only question (but not answer) designated |
|  | [462:13]-[462:16] | Improper – only question (but not answer) designated |
|  | [462:22]-[463:9] | Hearsay (4/28/00 press release); lack of foundation; calls for speculation; argumentative |
|  | [463:21]-[464:1] | Improper – designates answer without question |
|  | [464:3]-[464:6] | Improper – cuts off witness |
|  | [466:12]-[466:16] | Improper – only question (but not answer) designated |
|  | [467:2]-[267:5] | Improper – only question (but not answer) designated |
|  | [467:10]-[468:1] | Lack of foundation; hearsay (May 2000 press release re DDW) |
|  | [469:11]-[470:14] | Hearsay (May 25, 2000 bulletin re VIGOR and CLASS); lack of foundation |
|  | [470:15]-[470:20] | Improper – cuts off witness' answer |
|  | [471:8]-[472:6] | Hearsay (May 25, 2000 bulletin re VIGOR and CLASS, 5/25/00 press release); lack of foundation |
|  | [472:13]-[474:23] | Hearsay (May 25, 2000 bulletin re VIGOR and CLASS, 5/25/00 press release); lack of foundation |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [474:24]-[475:2] | Hearsay (May 25, 2000 bulletin re VIGOR and CLASS, 5/25/00 press release); lack of foundation; improper – question only (but not answer) designated |
|  | [476:14]-[478:4] | Lack of foundation; hearsay (video clip form May 12, 2000 rheumatology convention) |
|  | [478:5]-[478:8] | Lack of foundation; hearsay (video clip form May 12, 2000 rheumatology convention); lack of foundation; improper – question only (but not answer) designated |
|  | [479:10]-[481-13] | Lack of foundation; hearsay (video clip form May 12, 2000 rheumatology convention); lack of foundation; |
|  | [481:13]-[482:5] | Hearsay (5/8/00 email from Basford to Scolnich) |
|  | [483:17]-[483:21] | Improper – designates answer without question; hearsay (5/8/00 email from Basford to Scolnick) |
|  | [483:25]-[484:25] | Hearsay (5/8/00 email from Basford to Scolnick) |
|  | [485:23]-[485:13] | Improper – designates answer without question |
|  | [485:14]-[485:20] | Improper – question gets re-asked |
|  | [485:22]-[486:9] | Hearsay (5/8/00 email from Basford to Scolnick); lack of foundation; calls for speculation |
|  | [486:10]-[486:11] | Improper- designates only question |
|  | [487:24]-[488:22] | Hearsay (6/2/00 memo from Weiner); lack of foundation |
|  | [488:23]-[4878:24] | Attorney objection |
|  | [488:25]-[489:4] | Improper- designates question that gets re-phrased |
|  | [490:1]-[493:4] | Hearsay (6/2/00 memo from Weiner); lack of foundation |
|  | [493:5]-[493:7] | Improper- designates only question |
|  | [493:12]-{493:25] | Hearsay (6/2/00 memo from Weiner); lack of foundation |
|  | [494:1]-[494:4] | Improper- designates question that gets re-phrased |
|  | [494:11]-[495:14] | Hearsay (6/2/00 memo from Weiner); lack of foundation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [495:15]-[495:19] | Improper- designates question that gets re-phrased |
|  | [496:24]-[497:1] | Improper- designates only question |
|  | [497:6]-[497:12] | Hearsay (6/2/00 memo from Weiner); lack of foundation; improper – designates only question |
|  | [497:14]-[498:7] | Hearsay (6/2/00 memo from Weiner); lack of foundation |
|  | [498:9]-[498:17] | Lack of foundation; calls for speculation |
|  | [499:6]-[499:21] | Hearsay (6/2/00 memo from Weiner); lack of foundation; asked and answered |
|  |  |  |
| Briggs Morrison (2/16/05) | [22:22]-[23:6] | Irrelevant |
|  | [24:10]-[24:16] | Irrelevant |
|  | [24:17]-[24:23] | Irrelevant; Ambiguous; Vague |
|  | [25:12]-[25:16] | Asked and answered; Irrelevant |
|  | [28:9]-[28:13] | Irrelevant |
|  | [29:3]-[29:8] | Irrelevant |
|  | [29:20]-[30:1] | Irrelevant |
|  | [30:17]-[31:11] | Mischaracterization of Facts; Assuming Facts not in evidence; Irrelevant |
|  | [31:13]-[31:16] | Irrelevant |
|  | [33:15]-[33:19] | Vague; Ambiguous |
|  | [34:2]-[34:9] | Vague; Ambiguous; Irrelevant |
|  | [34:10]-[35:16] | Irrelevant |
|  | [36:2]-[36:6] | Irrelevant, Ambiguous, Vague |
|  | [39:4]-[39:25] | Irrelevant |
|  | [40:10]-[40:24] | Irrelevant |
|  | [41:7]-[41:15] | Irrelevant |
|  | [42:12]-[42:25] | Irrelevant |
|  | [43:19]-[44:9] | Irrelevant |
|  | [45:18]-[45:23] | Irrelevant |
|  | [45:24]-[46:3] | Irrelevant; Competence; Foundation |
|  | [46:4]-[46:8] | Irrelevant; Competence; Foundation; Asked and answered |
|  | [46:9]-[46:23] | Irrelevant |
|  | [46:24]-[47:14] | Irrelevant; Asked and answered |
|  | [47:15]-[47:25] | Irrelevant; Asked and answered; Mischaracterization |
|  | [48:1]-[48:9] | Argumentative; Badgering; Irrelevant |
|  | [48:14]-[48:20] | Mischaracterization; Assuming Facts not in evidence; Irrelevant |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [48:25]-[49:4] | Ambiguous; Vague; Competence |
|  | [51:15]-[52:1] | Ambiguous; Vague |
|  | [55:1]-[56:2] | Speculation; Hearsay |
|  | [56:4]-[56:17] | Speculation |
|  | [57:4]-[57:14] | Compound |
|  | [57:16]-[57:22] | Speculation; Hearsay |
|  | [59:18]-[59:22] | Speculation |
|  | [60:4]-[60:9] | Speculation; Hearsay |
|  | [60:18]-[60:23] | Speculation; Hearsay |
|  | [61:9]-[61:11] | Speculation; Hearsay |
|  | [61:16]-[61:19] | Speculation; Hearsay |
|  | [61:20]-[61:24] | Speculation; Hearsay |
|  | [61:25]-[62:5] | Speculation; Hearsay |
|  | [62:6]-[62:10] | Speculation; Hearsay |
|  | [62:12]-[62:22] | Speculation; Hearsay |
|  | [62:24]-[63:1] | Speculation; Hearsay |
|  | [63:16]-[64:6] | Asked and answered; Speculation; Ambiguous; Vague |
|  | [64:8]-[64:14] | Speculation; Mischaracterization of facts |
|  | [64:16]-[64:23] | Speculation; Mischaracterization of facts |
|  | [64:25]-[65:6] | Speculation; Mischaracterization of facts |
|  | [66:8]-[66:17] | Incomplete hypothetical; Vague; Ambiguous |
|  | [67:14]-[68:11] | Speculation |
|  | [68:19]-[69:23] | Incomplete hypothetical; Vague; Ambiguous |
|  | [69:24]-[70:15] | Incomplete hypothetical; Vague; Ambiguous |
|  | [70:17]-[70:24] | Speculation |
|  | [72:17]-[72:24] | Speculation |
|  | [74:13]-[74:20] | Mischaracterization of facts |
|  | [76:8]-[76:17] | Vague; Ambiguous |
|  | [76:19]-[77:4] | Assuming facts not in evidence |
|  | [77:21]-[78:5] | Assuming facts not in evidence; Asked and answered |
|  | [78:22]-[78:24] | Assuming facts not in evidence; Asked and answered |
|  | [79:2]-[79:14] | Incomplete hypothetical; Speculative; Vague; Ambiguous |
|  | [81:24]-[82:7] | Hearsay |
|  | [82:12]-[82:18] | Hearsay |
|  | [82:19]-[83:5] | Hearsay |
|  | [83:6]-[83:14] | Hearsay |
|  | [85:13]-[85:22] | Hearsay |
|  | [85:23]-[86:3] | Mischaracterization of facts; Speculation; Foundation |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [86:5]-[86:13] | Mischaracterization; Speculation ; Foundation Facts |
| [86:14]-[86:20] | Hearsay |
| [86:21]-[87:1] | Hearsay |
| [87:2]-[87:11] | Speculation; Hearsay; Vague; Ambiguous |
| [87:18]-[88:2] | Speculation; Incomplete hypothetical; Vague; Ambiguous |
| [88:3]-[88:13] | Hearsay |
| [88:14]-[88:19] | Hearsay |
| [88:22]-[89:11] | Hearsay |
| [89:12]-[89:20] | Hearsay; Speculative |
| [89:21]-[90:1] | Hearsay; Mischaracterization of facts |
| [90:4]-[90:7] | Assuming facts not in evidence |
| [90:8]-[90:17] | Incomplete hypothetical; Speculation; Vague; Ambiguous |
| [90:21]-[90:24] | Compound |
| [90:25]-[91:9] | Compound |
| [96:11]-[96:15] | Assuming facts not in evidence |
| [98:9]-[98:20] | Hearsay |
| [99:5]-[99:9] | Hearsay |
| [99:10]-[99:14] | Compound |
| [99:25]-[100:77] | Hearsay |
| [100:8]-[100:18] | Hearsay |
| [100:19]-[101:4] | Hearsay; Mischaracterizes; Vague; Ambiguous |
| [101:6]-[101:23] | Hearsay; Vague; Ambiguous |
| [102:15]-[102:20] | Hearsay |
| [102:24]-[102:25] | Speculation; Vague; Ambiguous |
| [103:1]-[103:16] | Hearsay; Speculation |
| [103:17]-[103:20] | Incomplete hypothetical; Ambiguous; Speculation; Mischaracterization of testimony |
| [104:1]-[104:21] | Incomplete hypothetical; Ambiguous; Speculation; Mischaracterization of testimony |
| [106:5]-[106:18] | Ambiguous; Vague |
| [109:23]-[110:6] | Hearsay |
| [111:5]-[111:8] | Mischaracterization of testimony |
| [111:11]-[111:17] | Hearsay |
| [112:5]-[112:9] | Hearsay |
| [112:15]-[112:18] | Vague; Ambiguous; Speculation; Competence |
| [116:3]-[116:8] | Hearsay |
| [116:9]-[118:4] | Hearsay; Compound |
| [118:8]-[118:18] | Vague; Ambiguous; Speculation |
| [118:23]-[119:9] | Mischaracterization of evidence; Speculation |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [120:18]-[120:24] | Asked and answered |
| | [120:25]-[121:7] | Mischaracterization of evidence |
| | [121:17]-[121:21] | Mischaracterization of testimony |
| | [121:23]-[122:2] | Competence, Foundation |
| | [123:9]-[123:15] | Hearsay |
| | [124:7]-[124:18] | Hearsay |
| | [125:9]-[126:13] | Compound; Foundation; Vague; Ambiguous |
| | [126:15]-[126:18] | Hearsay; Vague; Ambiguous |
| | [128:2]-[128:14] | Hearsay |
| | [128:20]-[128:24] | Vague; Ambiguous |
| | [130:14]-[131:3] | Speculation |
| | [131:5]-[131:9] | Speculation; Mischaracterization |
| | [131:12]-[131:19] | Hearsay |
| | [131:22]-[132:1] | Speculation; Mischaracterization |
| | [139:19]-[140:3] | Hearsay |
| | [140:10]-[141:1] | Hearsay |
| | [141:2]-[141:20] | Mischaracterization of evidence; Assuming facts not in evidence |
| | [141:23]-[142:24] | Hearsay |
| | [142:25]-[143:12] | Mischaracterization; Ambiguous; Vague |
| | [144:15]-[145:1] | Vague; Ambiguous |
| | [145:15]-[146:2] | Mischaracterization; Vague; Ambiguous; Compound |
| | [146:25]-[147:12] | Hearsay |
| | [147:20]-[148:3] | Competence; Vague; Ambiguous |
| | [151:7]-[151:20] | Vague; Ambiguous; Mischaracterization |
| | [152:10]-[152:14] | Mischaracterization |
| | [152:16]-[152:22] | Hearsay |
| | [152:23]-[153:2] | Mischaracterization |
| | [153:14]-[153:22] | Mischaracterization of evidence; Ambiguous; Vague |
| | [155:21]-[155:25] | Ambiguous; Vague; Competent; Foundation |
| | [156:21]-[156:24] | Vague; Ambiguous |
| | [159:7]-[159:12] | Mischaracterization of evidence |
| | [163:2]-[163:6] | Ambiguous; Vague; Incomplete hypothetical |
| | [164:19]-[165:3] | Ambiguous; Vague |
| | [165:20]-[165:25] | Vague; Ambiguous; Mischaracterization of testimony |
| | [166:11]-[166:23] | Incomplete hypothetical; Vague; Ambiguous; Speculation; Competence |
| | [166:25]-[167:12] | Incomplete hypothetical; Vague; Ambiguous; Speculation; Competence; Assuming facts not in evidence |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [166:25]-[167:12] | Incomplete hypothetical; Vague; Ambiguous; Speculation; Competence; Assuming facts not in evidence |
|  | [167:25]-[168:1] | Asked and answered |
|  | [168:6]-[168:8] | Asked and answered |
|  | [168:9]-[168:18] | Mischaracterization of facts; Vague; Ambiguous |
|  | [168:20]-[168:24] | Speculation |
|  | [169:11]-[169:15] | Mischaracterization of evidence |
|  | [171:11]-[171:13] | Mischaracterization of evidence |
|  | [172:8]-[172:17] | Vague; Ambiguous |
|  | [172:18]-[173:3] | Vague; Ambiguous |
|  | [173:5]-[173:15] | Vague; Ambiguous |
|  | [174:13]-[175:6] | Mischaracterization; Vague; Ambiguous |
|  | [175:11]-[175:17] | Vague; Ambiguous |
|  | [186:10]-[186:15] | Vague; Ambiguous |
|  | [186:23]-[187:6] | Vague; Ambiguous |
|  | [187:8]-[187:16] | Argumentative; Badgering |
|  | [188:15]-[189:1] | Vague; Ambiguous |
|  | [189:11]-[189:13] | Vague; Ambiguous |
|  | [190:4]-[190:20] | Vague; Ambiguous |
|  | [191:2]-[191:6] | Mischaracterization of testimony |
|  | [194:3]-[194:16] | Mischaracterization of the document; Vague; Ambiguous |
|  | [194:22]-[195:15] | Mischaracterization of document; Vague; Ambiguous; Asked and answered |
|  | [197:25]-[198:6] | Argumentative; Speculation |
|  | [199:25]-[200:15] | Vague; Ambiguous |
|  | [200:20]-[201:6] | Mischaracterization of document; Compound |
|  | [202:24]-[203:9] | Mischaracterization of testimony |
|  | [203:18]-[204:1] | Mischaracterization of testimony |
|  | [204:7]-[204:14] | Vague; Ambiguous; Foundation |
|  | [204:22]-[205:2] | Mischaracterization of facts |
|  | [206:1]-[206:8] | Mischaracterization of facts; Asked and answered |
|  | [206:10]-[206:15] | Mischaracterization of facts |
|  | [207:10]-[207:15] | Mischaracterization of facts |
|  | [208:19]-[209:8] | Mischaracterization of facts |
|  | [209:19]-[210:2] | Mischaracterization of facts |
|  | [211:23]-[212:8] | Ambiguous; Vague |
|  | [215:4]-[215:6] | Mischaracterization of document |
|  | [215:14]-[215:20] | Mischaracterization of document |
|  | [216:16]-[216:18] | Mischaracterization of document |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [217:25]-[218:3] | Mischaracterization of document |
| | [218:4]-[218:11] | Mischaracterization of document |
| | [218:18]-[219:1] | Mischaracterization of document |
| | [219:2]-[219:10] | Mischaracterization of document |
| | [219:24]-[220:5] | Mischaracterization of document |
| | [226:24]-[227:4] | Vague Ambiguous |
| | [227:13]-[227:18] | Mischaracterization of document; Competence |
| | [229:6]-[229:14] | Speculation |
| | [230:13]-[230:23] | Compound; Vague; Ambiguous |
| | [233:16]-[234:2] | Vague; Ambiguous |
| | [234:4]-[234:16] | Ambiguous; Vague |
| | [235:7]-[235:10] | Vague; Ambiguous |
| | [240:2]-[240:10] | Mischaracterization of facts |
| | [241:16]-[241:23] | Speculation |
| | [241:24]-[242:8] | Speculation; Ambiguous; Vague |
| | [242:10]-[242:17] | Speculation |
| | [244:11]-[244:14] | Speculation; Ambiguous; Vague |
| | [244:18]-[244:22] | Speculation; Ambiguous; Vague |
| | [245:1]-[245:9] | Speculation; Incomplete hypothetical; Vague; Ambiguous |
| | [247:2]-[247:10] | Speculation |
| | [247:19]-[247:25] | Vague; Ambiguous |
| | [249:20]-[250:8] | Speculation |
| | [250:10]-[250:16] | Ambiguous; Vague |
| | [250:18]-[251:8] | Speculation |
| | [253:8]-[253:13] | Speculation |
| | [253:23]-[254:7] | Vague; Ambiguous |
| | [254:9]-[254:16] | Vague; Ambiguous; Mischaracterization of facts |
| | [255:15]-[255:19] | Ambiguous; Vague |
| | [259:12]-[259:15] | Compound |
| | [261:20]-[262:2] | Ambiguous; Vague |
| | [262:10]-[262:23] | Mischaracterization of facts; Vague; Ambiguous |
| | [262:25]-[263:2] | Vague; Ambiguous |
| | [263:16]-[264:7] | Competence |
| | [264:8]-[264:14] | Competence; Speculation |
| | [264:20]-[265:7] | Mischaracterization of facts |
| | [265:16]-[265:23] | Incomplete hypothetical; Mischaracterization of facts; Vague; Ambiguous; Foundation; Competence |
| | [266:6]-[266:15] | Mischaracterization of facts; Foundation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [267:20]-[267:23] | Mischaracterization of facts |
|  | [268:15]-[269:3] | Hearsay |
|  | [269:4]-[269:12] | Mischaracterization of facts; Hearsay |
|  | [269:13]-[269:19] | Mischaracterization of facts |
|  | [269:21]-[270:3] | Hearsay |
|  | [270:4]-[270:9] | Hearsay |
|  | [270:10]-[270:17] | Speculation |
|  | [272:17]-[272:24] | Vague; Ambiguous |
|  | [276:8]-[276:18] | Vague; Ambiguous |
|  | [281:21]-[282:6] | Mischaracterization of document |
|  | [283:10]-[283:18] | Ambiguous; Vague |
|  | [284:15]-[284:23] | Mischaracterization of document |
|  | [286:11]-[286:17] | Competence; Foundation; Speculation |
|  | [287:2]-[287:9] | Vague; Ambiguous |
|  | [288:15]-[288:18] | Mischaracterization of facts; Vague; Ambiguous |
|  | [290:20]-[291:3] | Mischaracterization of document |
|  | [291:5]-[291:15] | Vague; Ambiguous |
|  | [292:5]-[292:11] | Vague; Ambiguous |
|  | [292:12]-[292:25] | Vague; Ambiguous; Asked and answered |
|  | [293:2]-[293:8] | Asked and answered |
|  | [295:21]-[296:4] | Vague; Ambiguous |
|  | [300:21]-[301:1] | Mischaracterization of facts |
|  | [301:3]-[301:7] | Mischaracterization of facts; Hearsay |
|  | [301:8]-[301:16] | Mischaracterization of facts |
|  | [303:23]-[304:10] | Vague; Ambiguous |
|  | [305:9]-[305:25] | Ambiguous; Vague |
|  | [307:10]-[307:18] | Mischaracterization of testimony; Mischaracterization of facts |
|  | [307:20]-[307:25] | Vague; Ambiguous |
|  | [317:4]-[317:10] | Mischaracterization of document |
|  | [317:15]-[317:18] | Mischaracterization of document |
|  | [319:14]-[319:23] | Mischaracterization of document |
|  | [319:25]-[320:5] | Vague; Ambiguous |
|  | [320:20]-[320:24] | Vague; Ambiguous; Irrelevant |
|  | [321:20]-[322:3] | Argumentative |
|  | [322:10]-[322:14] | Compound; Vague; Ambiguous |
|  | [322:16]-[323:4] | Mischaracterization of facts; Vague; Ambiguous |
|  | [323:15]-[325:22] | Irrelevant |
|  | [325:23]-[326:2] | Mischaracterization of testimony; Mischaracterization of document; Vague; Ambiguous; Irrelevant |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [326:5]-[326:17] | Mischaracterization of document |
| | [327:1]-[327:17] | Mischaracterization of facts; Mischaracterization of testimony; Irrelevant |
| | [328:8]-[329:1] | Irrelevant |
| | [329:15]-[330:7] | Ambiguous; Vague; Irrelevant |
| | [330:14]-[330:23] | Irrelevant; Mischaracterization of testimony |
| | [330:25]-[331:12] | Irrelevant |
| | [331:15]-[331:21] | Irrelevant; Mischaracterization of document; Mischaracterization of facts |
| | [332:1]-[332:16] | Irrelevant; Mischaracterization of document; Vague; Ambiguous |
| | [332:18]-[332:24] | Irrelevant |
| | [332:25]-[333:13] | Irrelevant, Vague Ambiguous |
| | [333:14]-[333:20] | Mischaracterization of document; Mischaracterization of testimony; Irrelevant |
| | [333:22]-[334:6] | Irrelevant |
| | [335:5]-[337:1] | Irrelevant |
| | [337:2]-[337:6] | Irrelevant; Speculation |
| | [396:20]-[397:3] | Speculation; Mischaracterization of facts; Irrelevant |
| | [398:10]-[399:2] | Irrelevant; Speculation; Ambiguous; Vague |
| Briggs, Morrison (2/18/05) | [426:16]-[426:17] | Irrelevant |
| | [440:15]-[440:22] | Vague; Ambiguous |
| | [440:23]-[441:4] | Incomplete hypothetical; Vague; Ambiguous |
| | [441:20]-[442:8] | Vague; Ambiguous; Foundation; Competence |
| | [442:17]-[443:5] | Vague; Ambiguous; Asked and answered; Competence |
| | [445:2]-[445:13] | Ambiguous; Vague; Competence |
| | [446:24]-[447:10] | Competence |
| | [448:25]-[449:11] | Foundation; Speculation; Competence |
| | [449:25]-[450:12] | Ambiguous; Speculative |
| | [450:14]-[451:1] | Speculative; Incomplete hypothetical; Vague; Ambiguous |
| | [451:23]-[453:5] | Incomplete hypothetical; Speculative; Ambiguous |
| | [454:12]-[454:23] | Incomplete hypothetical; Ambiguous; Speculative |
| | [459:10]-[459:15] | Foundation |
| | [459:21]-[459:25] | Vague; Ambiguous; Irrelevant |
| | [460:1]-[460:11] | Irrelevant; Vague; Ambiguous |
| | [460:17]-[461:6] | Irrelevant; Vague; Ambiguous |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [461:7]-[461:22] | Irrelevant; Assuming facts not in evidence |
|  | [461:24]-[462:2] | Irrelevant; Hearsay; Foundation |
|  | [466:8]-[467:25] | Vague; Speculative; Assuming facts not in evidence |
|  | [468:2]-[468:8] | Asked and answered; Assuming facts not in evidence |
|  | [468:14]-[468:17] | Assuming facts not in evidence |
|  | [468:18]-[468:23] | Assuming facts not in evidence; Vague; Ambiguous |
|  | [469:2]-[469:15] | Assuming facts not in evidence; Vague; Ambiguous |
|  | [471:15]-[471:24] | Asked and answered; Ambiguous; Vague; Assuming facts not in evidence |
|  | [472:8]-[472:17] | Ambiguous; Vague |
|  | [472:19]-[472:22] | Competence; Foundation |
|  | [478:6]-[478:12] | Foundation |
|  | [483:9]-[484:1] | Mischaracterization of facts; Assuming facts not in evidence |
|  | [484:2]-[484:9] | Mischaracterization of evidence; Assuming facts not in evidence |
|  | [484:10]-[484:15] | Foundation |
|  | [484:16]-[485:1] | Foundation; Vague; Ambiguous |
|  | [485:11]-[485:19] | Vague; Ambiguous |
|  | [485:21]-[486:6] | Assuming facts not in evidence; Competence; Speculative |
|  | [486:8]-[486:14] | Speculative; Assuming facts not in evidence; Foundation |
|  | [490:24]-[491:3] | Vague; Ambiguous |
|  | [491:7]-[491:13] | Mischaracterization of document |
|  | [493:2]-[493:8] | Foundation; Vague; Ambiguous |
|  | [493:20]-[494:7] | Hearsay; Mischaracterization of document; Assuming facts not in evidence |
|  | [494:9]-[494:19] | Mischaracterization of evidence; Assuming facts not in evidence |
|  | [494:20]-[495:1] | Mischaracterization of evidence; Assuming facts not in evidence; Foundation |
|  | [495:3]-[495:8] | Foundation |
|  | [495:23]-[497:1] | Irrelevant |
|  | [498:23]-[499:8] | Foundation |
|  | [499:24]-[500:4] | Compound |
|  | [500:9]-[500:15] | Vague; Ambiguous; Competence; Speculative |
|  | [501:23]-[502:10] | Ambiguous; Vague |

Case 2:05-md-01657-EEF-DEK   Document 1414-5   Filed 11/14/05   Page 15 of 20

Page 115

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [502:12]-[503:3] | Mischaracterization of testimony; Ambiguous; Vague |
| | [503:4]-[503:24] | Speculative; Vague; Ambiguous; Incomplete hypothetical |
| | [504:1]-[504:6] | Speculative; Incomplete hypothetical; Ambiguous; Vague |
| | [504:7]-[504:16] | Speculative; Incomplete hypothetical; Ambiguous; Vague |
| | [504:18]-[505:3] | Speculative; Incomplete hypothetical; Ambiguous; Vague |
| | [505:25]-[506:16] | Speculative; Vague; Ambiguous; Compound |
| | [506:18]-[506:25] | Mischaracterization of facts; Assuming facts not in evidence |
| | [507:8]-[507:17] | Assuming facts not in evidence; Mischaracterization of facts |
| | [508:7]-[508:13] | Mischaracterization of facts; Vague; Irrelevant |
| | [508:19]-[509:9] | Assuming facts not in evidence; Irrelevant |
| | [509:21]-[509:23] | Foundation; Calls for opinion |
| | [511:8]-[511:19] | Irrelevant; Competence |
| | [511:20]-[512:1] | Irrelevant; Competence |
| | [513:15]-[513:17] | Calls for conclusion/opinion; Ambiguous; Competence |
| | [514:2]-[514:3] | Calls for conclusion/opinion; Ambiguous; Competence |
| | [514:8]-[514:16] | Hearsay; Foundation |
| | [514:21]-[515:4] | Hearsay; Foundation; Irrelevant |
| | [515:6]-[515:11] | Irrelevant |
| | [517:18]-[517:24] | Hearsay; Foundation; Irrelevant |
| | [518:1]-[518:5] | Mischaracterization of facts; Ambiguous |
| | [518:7]-[518:12] | Hearsay; Mischaracterization of facts; Foundation |
| | [518:19]-[518:23] | Asked and answered |
| | [527:8]-[527:25] | Hearsay |
| | [530:1]-[530:5] | Vague; Ambiguous |
| | [531:6]-[531:14] | Mischaracterization of facts; Compound |
| | [533:6]-[533:8] | Mischaracterization of facts; Mischaracterization of document |
| | [533:24]-[534:7] | Ambiguous; Vague; Mischaracterization of facts |
| | [534:9]-[534:16] | Ambiguous; Vague; Mischaracterization of facts |
| | [535:19]-[535:24] | Irrelevant |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [540:8]-[540:12] | Hearsay |
| | [540:22]-[541:6] | Vague; Ambiguous |
| | [541:81]-[541:15] | Mischaracterization of document; Vague; Ambiguous |
| | [541:19]-[542:2] | Mischaracterization of document; Vague; Ambiguous; Asked and answered |
| | [542:19]-[543:1] | Vague; Ambiguous; Foundation |
| | [643:11]-[643:19] | Vague; Ambiguous; Mischaracterization of testimony |
| | [644:15]-[644:22] | Incomplete hypothetical; Vague; Ambiguous |
| | [645:20]-[646:3] | Incomplete hypothetical; Vague; Ambiguous |
| | [646:4]-[646:10] | Incompetence; Vague; Ambiguous |
| | [646:18]-[647:5] | Incomplete hypothetical; Vague; Ambiguous |
| | [647:22]-[648:3] | Incomplete hypothetical; Vague; Ambiguous |
| | [648:5]-[650:8] | Vague; Incomplete hypothetical; Ambiguous; Speculation |
| | [650:9]-[650:17] | Mischaracterization of testimony |
| | [650:22]-[651:5] | Incomplete hypothetical; Vague; Ambiguous; Speculation |
| | [657:15]-[657:25] | Vague; Ambiguous |
| | [659:7]-[659:10] | Vague; Ambiguous |
| | [659:23]-[660:5] | Foundation; Ambiguous; Vague |
| | [660:15]-[661:3] | Vague; Ambiguous; Incomplete hypothetical |
| | [662:17]-[662:22] | Ambiguous; Vague; Foundation |
| | [663:16]-[664:12] | Mischaracterization of testimony; Hearsay |
| | [664:13]-[665:1] | Hearsay; Mischaracterization of document |
| | [665:3]-[665:25] | Hearsay; compound; Vague; Ambiguous |
| | [666:6]-[666:13] | Mischaracterization of testimony |
| | [666:15]-[666:20] | Competence; Vague; Ambiguous |
| | [669:10]-[669:16] | Mischaracterization of document |
| | [669:22]-[670:3] | Asked and answered; Mischaracterization of document |
| | [671:9]-[671:16] | Mischaracterization of facts; Ambiguous; Vague |
| | [671:18]-[671:24] | Mischaracterization of facts; Ambiguous; Vague; Argumentative |
| | [672:4]-[672:9] | Foundation; Assumes facts not in evidence; Irrelevant |
| | [672:23]-[673:2] | Compound |
| | [673:3]-[673:10] | Foundation |
| | [673:16]-[673:25] | Mischaracterization of testimony |
| | [674:2]-[674:7] | Asked and answered |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [674:18]-[675:2] | Vague; Ambiguous; Mischaracterization of document |
| [675:7]-[675:13] | Compound; Vague; Ambiguous |
| [675:17]-[675:24] | Mischaracterization of document |
| [676:1]-[676:4] | Compound |
| [676:5]-[676:14] | Compound; Asked and answered; Mischaracterization of document |
| [676:16]-[677:2] | Ambiguous; Mischaracterization of document |
| [677:4]-[677:12] | Ambiguous; Vague |
| [678:9]-[678:16] | Mischaracterization of article; Compound |
| [680:7]-[680:19] | Vague; Ambiguous |
| [681:6]-[681:13] | Mischaracterization of testimony |
| [682:13]-[682:20] | Mischaracterization of testimony |
| [682:22]-[683:6] | Compound |
| [684:1]-[684:8] | Compound; Vague; Ambiguous; Asked and answered |
| [684:10]-[684:12] | Asked and answered; Vague; Ambiguous |
| [684:25]-[685:5] | Vague |
| [686:17]-[686:21] | Speculative |
| [686:23]-[687:4] | Irrelevant; Speculative; Incomplete hypothetical |
| [687:6]-[687:11] | Irrelevant |
| [687:12]-[688:14] | Mischaracterization of facts; Vague; Ambiguous |
| [688:25]-[689:14] | Ambiguous; Vague |
| [690:5]-[690:12] | Asked and answered; Vague; Ambiguous |
| [690:16]-[690:25] | Mischaracterization of testimony |
| [691:6]-[691:8] | Irrelevant |
| [692:16]-[692:24] | Ambiguous; Vague; Mischaracterization of testimony |
| [692:25]-[693:5] | Irrelevant; Speculative |
| [693:6]-[693:11] | Irrelevant |
| [693:13]-[693:19] | Irrelevant; Speculative |
| [693:21]-[694:2] | Argumentative |
| [694:15]-[695:11] | Privilege |
| [695:13]-[695:18] | Irrelevant |
| [695:19]-[695:25] | Irrelevant; Compound question |
| [696:2]-[696:8] | Irrelevant; Ambiguous; Speculative |
| [696:18]-[696:23] | Irrelevant |
| [697:6]-[697:10] | Irrelevant; Speculative |
| [697:15]-[698:6] | Irrelevant |
| [698:8]-[698:12] | Irrelevant; Foundation |
| [699:21]-[700:7] | Irrelevant; Foundation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [700:9]-[700:13] | Irrelevant; Speculative; Incomplete hypothetical; Vague |
|  | [700:20]-[701:3] | Irrelevant; Speculation; Incomplete hypothetical; Vague |
|  | [701:7]-[702:6] | Incomplete hypothetical; Irrelevant; Vague; Ambiguous |
|  | [702:9]-[703:4] | Incomplete hypothetical; Ambiguous; Vague; Irrelevant |
|  | [703:6]-[704:1] | Mischaracterization of testimony; Ambiguous; Vague |
|  | [704:3]-[705:1] | Vague; Ambiguous; Compound question |
|  | [705:2]-[705:14] | Incomplete hypothetical |
|  | [706:1]-[706:15] | Incomplete hypothetical; Ambiguous; Vague |
|  | [707:22]-[708:2] | Irrelevant; Vague; Ambiguous |
|  | [708:7]-[708:23] | Outside scope of direct exam |
|  | [708:25]-[709:17] | Outside scope of direct exam; Compound question |
|  | [709:19]-[710:9] | Ambiguous; Vague; Outside scope of direct exam |
|  | [710:23]-[711:3] | Ambiguous; Vague |
|  | [711:10]-[713:1] | Outside scope of direct exam; Vague; Ambiguous |
|  | [713:2]-[713:15] | Outside scope of direct exam; Vague; Ambiguous; Argumentative |
|  | [713:16]-[714:13] | Ambiguous; Vague; Incomplete hypothetical |
|  | [714:15]-[714:21] | Outside scope of direct |
|  | [714:22]-[716:21] | Outside scope of direct; Vague; Ambiguous |
|  | [716:23]-[717:8] | Mischaracterization of testimony |
|  | [717:14]-[717:21] | Vague; Ambiguous; Foundation |
|  | [718:20]-[719:11] | Mischaracterization of evidence |
|  | [720:8]-[720:15] | Compound; Ambiguous |
| Thomas Musliner (11/5/04) | [33:13]-[34:14] | Argumentative; Mischaracterization |
|  | [37:1]-[37:9] | Mischaracterization; Compound |
|  | [38:7]-[39:3] | Argumentative; Mischaracterization |
|  | [39:24]-[40:6] | Asked and answered; Argumentative |
|  | [40:24]-[41:4] | Lack of foundation |
|  | [81:1]-[81:4] [81:8]-[81:10] | Asked and answered; Mischaracterization |
|  | [81:12]-[81:18] | Mischaracterization |
|  | [81:19]-[81:24] | Compound; Argumentative |
|  | [82:1]-[82:6] | Mischaracterization |
|  | [82:7]-[82:9] | Argumentative |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [85:22]-[86:14] | Mischaracterization; Incomplete Hypothetical; Argumentative |
|  | [87:2]-[87:11] | Argumentative; Incomplete Hypothetical |
|  | [88:20]-[89:24] | Compound; Incomplete Hypothetical; Argumentative |
|  | [100:3]-[100:7] | Mischaracterization; Argumentative |
|  | [128:11]-[129:2] | Asked and answered |
|  | [136:23]-[137:13] | Mischaracterization |
| Jennifer Ng (1/21/05) | [66:1]-[66:8] | Form; unintelligible question (question using same term withdrawn at page 67:4); lack of foundation |
|  | [66:10]-[66:15] | Form; unintelligible question (question using same term withdrawn at page 67:4); lack of foundation |
|  | [66:21]-[67:4] | Form; question withdrawn and rephrased |
|  | [70:22]-[71:23] | Asked and answered |
|  | [71:25]-[72:12] | Lack of foundation; calls for speculation |
|  | [72:22]-[73:21] | Asked and answered |
|  | [74:24]-[75:6] | Form |
|  | [98:1]-[98:6] | Form |
|  | [100:23]-[101:8] | Lack of foundation; irrelevant |
|  | [133:2]-[133:7] | Lack of foundation; irrelevant |
|  | [162:22]-[163:12] | Lack of foundation |
|  | [169:12]-[170:12] | Hearsay; asked and answered |
|  | [179:2]-[179:9] | Irrelevant; assumes facts not in evidence |
|  | [183:3]-[184:19] | Hypothetical |
|  | [199:18]-[200:3] | Form |
|  | [201:25]-[202:10] | Form |
|  | [209:3]-[210:4] | Form; unintelligible question |
|  | [213:11]-[214:2] | Lack of foundation; irrelevant |
|  | [214:9]-[214:15] | Lack of foundation; irrelevant |
|  | [214:24]-[215:15] | Lack of foundation |
|  | [246:5]-[247:13] | Asked and answered |
|  | [247:23]-[248:5] | Lack of foundation |
|  | [250:19]-[251:19] | Form; lack of foundation; hypothetical; argumentative |
|  | [252:10]-[252:22] | Form; lack of foundation; hypothetical; argumentative |
|  | [253:3]-[253:12] | Asked and answered |
|  | [253:13]-[253:18] | Lack of foundation |
|  | [253:19]-[254:5] | Lack of foundation; form; unintelligible question |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [259:21]-[260:10] | Lack of foundation; assumes facts not in evidence; form |
|  | [263:21]-[264:8] | Lack of foundation; form |
| Alan Nies (3/02/05) | [22:10]-[22:13] | Misstates prior testimony |
|  | [27:24]-[29:24] | Irrelevant |
|  | [31:23]-[33:10] | Irrelevant |
|  | [73:16]-[73:20] | Calls for speculation (question refers to hypothetical that Nies has already refused to answer) |
|  | [79:6]-[79:7] | Testifying |
|  | [81:1]-[81:9] | Irrelevant |
|  | [84:19]-[84:20] | Testifying |
|  | [87:8]-[87:11] | Testifying |
|  | [91:13]-[92:5] | Calls for speculation; lack of foundation |
|  | [92:12]-[92:19] | Calls for speculation; lack of foundation |
|  | [96:20]-[97:3] | Irrelevant; unfair prejudice (*see* MIL 9) |
|  | [115:8]-[115:10] | Testifying |
|  | [115:3]-[119:19] | Irrelevant; unfair prejudice (*see* MIL 9) |
|  | [120:11]-[122:17] | Irrelevant; unfair prejudice (*see* MIL 9) |
|  | [124:25]-[125:2] | Testifying |
|  | [126:17]-[128:11] | Irrelevant; unfair prejudice (deals with Celebrex AERs) |
|  | [128:20]-[130:8] | Irrelevant; unfair prejudice (deals with Celebrex AERs) |
|  | [137:7]-[144:18] | Irrelevant; unfair prejudice (deals with Celebrex AERs) |
|  | [139:24]-[140:1] | Misstates prior testimony |
|  | [142:19]-[143:4] | Misstates prior testimony |
|  | [145:5]-[145:19] | Irrelevant; unfair prejudice (*see* MIL 9). Also, this testimony relates to Celebrex AERs |
|  | [156:19]-[156:25] | Irrelevant; unfair prejudice (*see* MIL 9) |
|  | [158:21]-[158:24] | Misstates prior testimony; testifying |
|  | [159:6]-[159:11] | Misstates prior testimony; testifying; irrelevant; unfair prejudice |
|  | [160:13]-[160:18] | Testifying |
|  | [163:13]-[164:25] | Lack of foundation; testifying; calls for speculation |
|  | [180:6]-[180:18] | Calls for speculation; irrelevant; unfair prejudice |
|  | [199:16]-[199:17] | Testifying; doesn't allow answer to question |
|  | [200:15]-[200:23] | Irrelevant |
|  | [200:24]-[201:4] | Testifying |

790913v.1