| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [203:25]-[204:5] | Misstating prior testimony; testifying |
| | [206:14]-[207:10] | Misstating prior testimony; testifying |
| | [212:16]-[216:16] | Asked and answered |
| | [222:6]-[222:15] | Irrelevant; unfair prejudice (*see* MIL 9) |
| | [223:8]-[223:21] | Testifying; misstates prior testimony |
| | [225:12]-[228:23] | Irrelevant; unfair prejudice (*see* MIL 9) |
| | [229:7]-[229:9] | Testifying |
| | [233:20]-[233:21] | Testifying |
| | [235:8]-[235:12] | Testifying |
| | [236:23]-[236:25] | Testifying |
| | [237:4]-[237:7] | Testifying |
| | [237:11]-[237:25] | Irrelevant; unfair prejudice; calls for speculation (*see* MIL 9). Also, this testimony relates to Celebrex AERs |
| | [238:1]-[238:8] | Irrelevant |
| | [238:16]-[238:18] | Testifying |
| | [242:7]-[243:11] | Irrelevant; unfair prejudice (*see* MIL 2) |
| | [255:10]-[255:13] | Irrelevant; unfair prejudice (*see* MIL 1) |
| | [267:12]-[268:16] | Irrelevant; unfair prejudice (*see* MIL 9); testifying |
| | [270:25]-[273:12] | Irrelevant; unfair prejudice (deals with UK label) |
| | [283:1]-[284:25] | Irrelevant; unfair prejudice (*see* MIL 1) |
| | [285:13]-[288:25] | Irrelevant; unfair prejudice (*see* MIL 1) |
| | [292:19]-[294:6] | Calls for speculation; lack of foundation; testifying; irrelevant |
| | [296:15]-[296:20] | Testifying; calls for speculation; lack of foundation |
| | [298:2]-[299:5] | Irrelevant; unfair prejudice (*see* MIL 9) |
| | [306:21]-[307:7] | Misstates prior testimony; irrelevant |
| | [331:14]-[333:13] | Testifying; calls for speculation |
| | [341:13]-[341:19] | Testifying; calls for speculation; irrelevant; unfair prejudice (*see* MIL 1) |
| | [342:17]-[343:13] | Asked and answered; misstates prior testimony |
| Alan Nies (4/1/05) | [494:13]-[494:23] | No question included |
| | [496:1]-[496:9] | Unintelligible question |
| | [498:23]-[499:3] | Argumentative |
| | [499:8]-[499:12] | Argumentative |
| | [499:20]-[504:21] | Irrelevant; unfair prejudice; MIL No.9; hearsay; argumentative |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [505:2]-[505:6] | Asked and answered |
| [513:20]-[514:6] | Hearsay |
| [514:7]-[515:10] | Lack of foundation; speculation |
| [515:22]-[516:13] | Hearsay |
| [517:1]-[517:9] | Argumentative |
| [518:23]-[519:1] | Asked and answered |
| [521:14]-[521:17] | Argumentative; lack of foundation |
| [522:13]-[522:16] | Argumentative |
| [525:13]-[525:14] | Argumentative |
| [530:19]-[530:22] | Mischaracterizes the evidence |
| [537:3]-[537:6] | Mischaracterizes the evidence |
| [539:9]-[539:24] | Asked and answered |
| [539:25]-[540:4] | Unintelligible answer |
| [545:16]-[545:19] | Unintelligible answer |
| [546:5]-[546:8] | Argumentative |
| [546:22]-[546:25] | Lack of foundation; hypothetical |
| [551:1]-[551:4] | Argumentative |
| [556:19]-[556:21] | Lack of foundation |
| [558:4]-[558:21] | Lack of foundation |
| [559:24]-[560:4] | Hearsay |
| [560:10]-[560:20] | Irrelevant |
| [560:24]-[561:6] | Hearsay |
| [561:7]-[562:7] | Hearsay; MIL No.5 |
| [563:4]-[563:12] | Hearsay; MIL No.5 |
| [564:7]-[564:12] | Irrelevant; unfair prejudice; MIL No.1 |
| [564:13]-[565:16] | Hearsay; MIL No.5 |
| [565:23]-[566:4] | Hearsay |
| [589:9]-[590:2] | Irrelevant |
| [591:12]-[591:18] | Argumentative |
| [592:4]-[592:24] | Argumentative; irrelevant |
| [595:16]-[595:25] | Argumentative; irrelevant |
| [596:24]-[597:9] | Argumentative; irrelevant |
| [597:14]-[597:21] | Argumentative; irrelevant |
| [598:3]-[598:5] | Argumentative; irrelevant |
| [598:11]-[599:12] | Irrelevant; unfair prejudice; MIL No.9 |
| [605:7]-[605:16] | Irrelevant; unfair prejudice; MIL No.9 |
| [607:1]-[607:11] | Irrelevant |
| [608:2]-[608:4] | Irrelevant |
| [616:3]-[616:15] | Irrelevant |
| [617:9]-[617:25] | Irrelevant |
| [619:3]-[619:19] | Irrelevant |
| [622:14]-[622:19] | Argumentative; mischaracterizes the exhibit |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [623:1]-[623:12] | Lack of foundation; mischaracterizes the exhibit |
|  | [628:10]-[631:12] | Lack of foundation; hypothetical |
|  | [631:14]-[631:23] | Irrelevant |
|  | [632:8]-[632:13] | Irrelevant |
|  | [636:1]-[636:9] | Irrelevant; withdrawn |
|  | [636:21]-[637:6] | Lack of foundation; speculation |
|  | [639:23]-[640:6] | Lack of foundation |
|  | [640:16]-[640:25] | Mischaracterizes the exhibit |
|  | [641:1]-[641:3] | Asked and answered |
|  | [641:11]-[641:13] | Argumentative |
| Alise Reicin (3/2/05) | [30:22]-[30:25] | Mischaracterization |
|  | [34:19]-[35:2] | Compound; Assumes facts not in evidence |
|  | [45:18]-[45:22] | Mischaracterization |
|  | [45:23]-[46:4] | Foundation |
|  | [74:23]-[75:4] | Mischaracterization; Ambiguous |
|  | [78:23]-[79:8] | Irrelevant |
|  | [87:6]-[87:12] | Argumentative; Mischaracterization; Compound |
|  | [89:7]-[89:10] | Compound |
|  | [94:12]-[94:14] | Irrelevant |
|  | [98:21]-[99:2] | Mischaracterization |
|  | [99:5]-[99:10] | Argumentative; Mischaracterization |
|  | [165:14]-[165:18] | Asked and answered; Mischaracterization |
|  | [166:15]-[166:17] | Asked and answered |
|  | [167:9]-[167:21] | Compound; Mischaracterization |
|  | [207:1]-[219:25] | Irrelevant |
|  | [207:5]-[207:7] | Lack of foundation; Mischaracterization; Argumentative |
|  | [207:8]-[207:12] | Lack of foundation; Mischaracterization; Argumentative |
|  | [207:13]-[207:16] | Lack of foundation; Mischaracterization; Argumentative; Asked and answered |
|  | [207:17]-[207:20] | Lack of foundation; Mischaracterization; Argumentative; Asked and answered |
|  | [207:21]-[207:24] | Lack of foundation; Mischaracterization; Argumentative |
|  | [211:11]-[211:24] | Ambiguous; Mischaracterization |
|  | [211:25]-[212:9] | Mischaracterization; Argumentative |
|  | [215:10]-[215:15] | Mischaracterization |
|  | [215:23]-[216:9] | Mischaracterization |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [216:24]-[217:10] | Mischaracterization |
|  | [217:19]-[217:23] | Mischaracterization; Argumentative |
|  | [218:20]-[219:2] | Argumentative; Mischaracterization; Compound |
|  | [219:4]-[219:9] | Argumentative; Mischaracterization; Compound |
|  | [242:18]-[243:5] | Irrelevant |
|  | [264:7]-[264:16] | Lack of foundation; Compound; Mischaracterization |
|  | [265:4]-[265:9] | Mischaracterization |
|  | [266:19]-[267:7] | Argumentative; Assumes facts not in evidence; Mischaracterization; Compound |
|  | [281:2]-[281:7] | Mischaracterization |
|  | [281:24]-[282:4] | Mischaracterization |
|  | [282:11]-[282:14] | Ambiguous |
|  | [283:3]-[283:8] | Argumentative; Mischaracterization |
|  | [286:5]-[286:10] | Mischaracterization; Argumentative |
|  | [287:7]-[287:16] | Mischaracterization |
|  | [287:17]-[287:24] | Mischaracterization; Argumentative |
|  | [289:14]-[290:6] | Argumentative |
| Alise Reicin (3/23/05) | [309:17]-[309:25] | Argumentative; Mischaracterization; Lack of foundation |
|  | [316:8]-[316:20] | Argumentative; Mischaracterization; Assuming facts not in evidence |
|  | [316:21]-[317:7] | Mischaracterization; Argumentative |
|  | [317:8]-[317:12] | Mischaracterization |
|  | [322:5]-[322:13] | Asked and answered; Mischaracterization |
|  | [323:5]-[323:12] | Mischaracterization |
|  | [323:16]-[324:11] | Mischaracterization; Argumentative; Assuming facts not in evidence |
|  | [334:25]-[335:5] | Mischaracterization |
|  | [342:20]-[342:23] | Ambiguous |
|  | [343:2]-[343:8] | Argumentative; Mischaracterization |
|  | [343:9]-[343:15] | Mischaracterization |
|  | [343:16]-[344:1] | Argumentative; Mischaracterization |
|  | [344:7]-[344:12] | Lack of foundation |
|  | [344:13]-[344:17] | Assuming facts not in evidence; Argumentative |
|  | [348:25]-[349:3] | Mischaracterization |
|  | [349:10]-[349:18] | Mischaracterization |
|  | [350:3]-[350:5] | Lack of foundation; Argumentative |
|  | [350:6]-[350:8] | Argumentative |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [350:9]-[350:14] | Mischaracterization; Assuming facts not in evidence |
| | [354:4]-[354:13] | Mischaracterization |
| | [355:14]-[355:22] | Argumentative; Badgering |
| | [362:11]-[362:19] | Mischaracterization; Argumentative |
| | [373:14]-[373:18] | Argumentative; Mischaracterization |
| | [373:19]-[373:23] | Mischaracterization |
| | [374:4]-[374:10] | Argumentative |
| | [374:11]-[374:19] | Argumentative; Mischaracterization |
| | [378:4]-[378:8] | Lack of foundation; Mischaracterization |
| | [381:10]-[397] | Irrelevant |
| | [383:14]-[383:19] | Mischaracterization |
| | [383:20]-[383:23] | Argumentative |
| | [383:24]-[384:10] | Mischaracterization |
| | [385:4]-[385:9] | Mischaracterization |
| | [385:10]-[385:19] | Mischaracterization; Argumentative |
| | [385:20]-[386:7] | Argumentative; Mischaracterization; Assuming facts not in evidence |
| | [386:19]-[386:25] | Mischaracterization; Argumentative |
| | [387:1]-[387:15] | Mischaracterization |
| | [387:16]-[387:19] | Argumentative; Mischaracterization; Badgering |
| | [387:20]-[388:7] | Mischaracterization; Argumentative |
| | [389:24]-[390:8] | Speculation; Hearsay |
| | [390:9]-[390:12] | Hearsay |
| | [390:13]-[390:15] | Argumentative; Lack of foundation; Badgering |
| | [391:8]-[391:12] | Mischaracterization; Argumentative |
| | [393:5]-[393:10] | Mischaracterization; Argumentative; Lack of foundation |
| | [393:11]-[393:13] | Hearsay; Lack of foundation |
| | [393:14]-[393:22] | Argumentative |
| | [394:2]-[394:6] | Asked and answered; Argumentative |
| | [394:12]-[394:18] | Argumentative; Mischaracterization |
| | [394:19]-[395:2] | Mischaracterization; Compound; Argumentative |
| | [396:19]-[396:23] | Mischaracterization |
| | [396:24]-[397:6] | Argumentative; Mischaracterization |
| | [397:8]-[397:10] | Hearsay |
| | [397:11]-[397:13] | Hearsay; Mischaracterization |
| | [397:14]-[397:16] | Argumentative; Mischaracterization |
| | [397:17]-[397:21] | Badgering; Argumentative |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [398:19]-[398:23] | Argumentative; Mischaracterization; Assuming facts not in evidence |
| | [399:14]-[399:20] | Argumentative; Mischaracterization; Assuming facts not in evidence |
| | [400:6]-[408] | Irrelevant |
| | [401:8]-[401:15] | Compound; Argumentative; Mischaracterization |
| | [401:16]-[401:20] | Argumentative |
| | [401:21]-[402:1] | Argumentative; Mischaracterization; Ambiguous |
| | [402:4]-[402:22] | Compound; Argumentative; Mischaracterization |
| | [403:1]-[403:8] | Mischaracterization; Argumentative |
| | [404:14]-[404:19] | Argumentative |
| | [404:24]-[405:2] | Mischaracterization |
| | [405:16]-[405:20] | Compound |
| | [405:24]-[406:6] | Mischaracterization; Argumentative |
| | [407:23]-[408:2] | Ambiguous; Mischaracterization; Argumentative; Misleading |
| | [408:5]-[408:9] | Argumentative |
| | [408:10]-[408:13] | Argumentative; Mischaracterization |
| | [408:14]-[408:17] | Argumentative; Mischaracterization |
| | [408:18]-[408:24] | Mischaracterization |
| | [412:18]-[412:20] | Mischaracterization |
| | [412:21]-[412:23] | Mischaracterization; Argumentative |
| | [412:24]-[413:6] | Argumentative; Mischaracterization |
| | [414:14]-[414:17] | Argumentative; Mischaracterization; Lack of foundation |
| | [431:25]-[432:8] | Irrelevant; Mischaracterization; Compound; Argumentative |
| | [437]-[440] | Irrelevant |
| | [437:8]-[437:16] | Ambiguous; Argumentative; Mischaracterization |
| | [438:21]-[439:4] | Lack of foundation; Argumentative; Mischaracterization; Assuming facts not in evidence |
| | [439:5]-[439:9] | Argumentative |
| | [446:20]-[447:6] | Irrelevant; Argumentative; Mischaracterization |
| | [452:14]-[452:18] | Argumentative |
| | [460:4]-[460:8] | Mischaracterization |
| | [460:14]-[460:19] | Mischaracterization |
| | [465:20]-[465:24] | Compound |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [471:20]-[472:8] | Mischaracterization; Compound; Argumentative; Calls for speculation |
| | [472:10]-[472:16] | Argumentative; Mischaracterization |
| | [473:16]-[473:25] | Mischaracterization; Argumentative |
| | [476:3]-[476:9] | Assuming facts not in evidence; Lack of foundation; Mischaracterization |
| | [476:10]-[476:15] | Mischaracterization; Lack of foundation |
| | [476:20]-[476:22] | Compound |
| | [477:5]-[477:9] | Argumentative |
| | [477:10]-[477:13] | Ambiguous |
| | [479:23]-[480:7] | Mischaracterization; Argumentative |
| | [480:8]-[480:13] | Argumentative |
| | [480:14]-[480:17] | Compound |
| | [484:16]-[484:21] | Mischaracterization |
| | [485:12]-[485:16] | Argumentative; Mischaracterization |
| | [488:17]-[489:5] | Argumentative; Mischaracterization |
| | [489:22]-[490:20] | Argumentative; Mischaracterization |
| | [490:21]-[491:4] | Mischaracterization |
| | [491:5]-[491:10] | Irrelevant |
| | [491:11]-[491:16] | Argumentative; Badgering |
| | [495:8]-[495:12] | Speculation |
| | [495:16]-[496:1] | Mischaracterization; Argumentative |
| | [504:11]-[504:17] | Mischaracterization; Argumentative |
| | [504:18]-[505:3] | Mischaracterization; Lack of foundation; Argumentative |
| | [505:4]-[505:13] | Compound; Mischaracterization |
| | [505:15]-[505:22] | Mischaracterization; Argumentative; Badgering; Misleading |
| | [505:24]-[506:8] | Mischaracterization; Argumentative; Badgering; Misleading |
| | [506:9]-[506:20] | Argumentative; Mischaracterization; Badgering; Misleading |
| | [506:21]-[507:1] | Argumentative; Mischaracterization; Assuming facts not in evidence |
| | [507:2]-[507:6] | Argumentative; Mischaracterization |
| | [507:23]-[508:2] | Mischaracterization; Argumentative |
| | [508:16]-[508:18] | Speculation |
| | [509:14]-[511] | Irrelevant |
| | [515:23]-[516:4] | Mischaracterization; Compound; Argumentative |
| | [516:6]-[516:10] | Mischaracterization; Compound |
| | [516:12]-[516:17] | Argumentative; Badgering; Compound; Mischaracterization |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [517:15]-[517:24] | Argumentative; Mischaracterization |
| | [523:8]-[523:11] | Mischaracterization |
| | [527:8]-[527:15] | Asked and answered; Mischaracterization; Compound; Argumentative; Badgering |
| | [528:24]-[529:5] | Argumentative; Mischaracterization |
| | [529:13]-[530:4] | Irrelevant; Compound; Argumentative; Mischaracterization |
| | [530:5]-[530:8] | Irrelevant |
| | [530:9]-[530:15] | Argumentative; Mischaracterization; Irrelevant |
| | [533:25]-[534:13] | Argumentative; Mischaracterization; Misleading |
| | [537:11]-[537:14] | Argumentative; Mischaracterization |
| | [537:22]-[538:3] | Compound; Speculation; Argumentative |
| | [539:15]-[539:18] | Compound |
| | [540:19]-[540:22] | Compound |
| | [540:23]-[541:2] | Immaterial |
| | [541:3]-[542:2] | Speculation; Mischaracterization; Argumentative |
| | [542:3]-[542:5] | Badgering; Argumentative; Mischaracterization |
| | [563:16]-[563:21] | Mischaracterization; Argumentative |
| | [564:2]-[564:13] | Argumentative; Mischaracterization; Badgering |
| | [564:14]-[564:22] | Compound; Argumentative; Mischaracterization |
| | [569:3]-[569:7] | Compound |
| | [569:25]-[570:2] | Ambiguous |
| | [570:3]-[570:6] | Argumentative; Badgering |
| | [570:20]-[571:2] | Badgering; Argumentative |
| | [573:4]-[573:8] | Argumentative; Mischaracterization |
| | [574:21]-[575:3] | Argumentative |
| | [577:5]-[577:11] | Mischaracterization; Argumentative |
| | [577:24]-[578:6] | Mischaracterization; Badgering |
| | [578:12]-[578:16] | Argumentative; Mischaracterization |
| | [580:20]-[581:4] | Compound; Mischaracterization; Argumentative |
| | [583:1]-[583:13] | Irrelevant; Argumentative; Mischaracterization |
| | [583:23]-[584:15] | Badgering; Argumentative; Compound; Mischaracterization |
| | [584:17]-[584:20] | Mischaracterization; Argumentative |
| | [587:20]-[587:24] | Compound; Mischaracterization |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [589:24]-[590:3] | Compound |
|  | [591:9]-[591:21] | Badgering; Argumentative |
|  | [592:11]-[592:13] | Mischaracterization |
|  | [592:14]-[592:18] | Asked and answered |
|  | [593:3]-[593:12] | Lack of foundation; Argumentative; Compound |
|  | [597:7]-[597:11] | Argumentative; Mischaracterization |
|  | [598:6]-[598:10] | Mischaracterization |
|  | [598:11]-[598:14] | Argumentative; Compound |
|  | [600:10]-[600:20] | Argumentative; Assuming facts not in evidence; Mischaracterization |
|  | [600:22]-[601:3] | Mischaracterization; Argumentative |
|  | [601:8]-[601:11] | Argumentative; Mischaracterization |
|  | [601:25]-[602:3] | Argumentative; Mischaracterization |
|  | [602:23]-[603:3] | Asked and answered; Argumentative; Mischaracterization |
|  | [603:7]-[603:10] | Compound; Argumentative |
|  | [604:4]-[604:8] | Compound |
|  | [604:9]-[604:12] | Mischaracterization |
|  | [604:13]-[604:17] | Argumentative |
|  | [604:18]-[604:19] | Argumentative; Badgering |
|  | [605:21]-[606:2] | Hearsay; Mischaracterization |
|  | [606:3]-[606:12] | Argumentative |
|  | [607:6]-[607:12] | Argumentative; Mischaracterization |
|  | [609:8]-[609:22] | Argumentative; Compound; Mischaracterization |
| Alise Reicin (5/27/05) | [18:1]-[18:18] | Argumentative; Mischaracterization |
|  | [23:21]-[24:5] | Argumentative; Mischaracterization |
|  | [24:6]-[24:8] | Argumentative |
|  | [26:20]-[27:5] | Argumentative; Mischaracterization |
|  | [27:12]-[27:15] | Mischaracterization |
|  | [28:20]-[29:1] | Argumentative; Mischaracterization |
|  | [33:8]-[33:21] | Asked and answered; Argumentative; Badgering; Mischaracterization |
|  | [53:20]-[54:13] | Mischaracterization; Argumentative; Ambiguous |
|  | [70:17]-[71:7] | Badgering; Argumentative; Mischaracterization |
|  | [72:10]-[72:19] | Argumentative; Mischaracterization |
|  | [105:14]-[105:21] | Incomplete Hypothetical; Compound |
|  | [105:22]-[106:7] | Argumentative; Mischaracterization |
|  | [106:8]-[106:14] | Compound |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [106:15]-[106:24] | Speculation; Incomplete Hypothetical |
|  | [166:2]-[166:10] | Argumentative; Mischaracterization |
|  | [179:5]-[179:7] | Mischaracterization |
| Nancy Santanello (8/10/04) | [11:207] | Relevance of Solomon to Irvin, all occurred after 5/15/01 |
|  | [25:8]-[25:13] | Compound |
|  | [30:8]-[30:14] | Vague |
|  | [35:9]-[35:23] | Leading |
|  | [39:2]-[39:15] | Leading |
|  | [57:1]-[57:25] | Beyond the scope of the deposition |
|  | [59:3]-[59:6] | Asked and answered |
|  | [62:8]-[62:13] | Leading; Assumes facts not in evidence |
|  | [67:15]-[68:7] | Compound; Assumed facts not in evidence; Leading |
|  | [68:8]-[68:19] | Argumentative; Mischaracterization |
|  | [69:8]-[69:19] | Foundation |
|  | [69:22]-[70:3] | Asked and answered. |
|  | [71:6]-[71:15] | Compound |
|  | [74:22]-[75:7] | Ambiguous; Compound |
|  | [75:22]-[76:2] | Compound |
|  | [78:6]-[78:21] | Mischaracterization of facts |
|  | [79:13]-[79:18] | Mischaracterization of facts; Assumes facts not in evidence |
|  | [81:15]-[81:17] | Immaterial |
|  | [81:18]-[81:21] | Immaterial |
|  | [83:18]-[83:25] | Compound; Asked and answered |
|  | [86:4]-[86:12] | Leading; Mischaracterization of facts |
|  | [89:19]-[89:22] | Compound |
|  | [93:12]-[93:21] | Mischaracterization of facts |
|  | [94:6]-[95:1] | Mischaracterization of facts |
|  | [95:21]-[96:8] | Mischaracterization of facts; Assuming facts not in evidence |
|  | [98:19]-[99:7] | Argumentative; Immaterial; Ambiguous |
|  | [99:8]-[99:14] | Mischaracterization of facts; Speculation |
|  | [99:15]-[99:19] | Speculation |
| Adam Schechter (9/13/02) | [6:11]-[6:14] | Compound Question |
|  | [7:6]-[7:15] | Foundation, Assuming Facts Not in Evidence, Competence |
|  | [55:5]-[55:14] | Irrelevant/Immaterial, Ambiguous |
|  | [56:12][56:18] | Irrelevant/Immaterial, Compound Question, Ambiguous |
|  | [80:2]-[80:20] | Sidebar, Compound Question |

790913v.1

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [187:17:]-[188:13] | Speculative, Ambiguous, Asked and Answered, Compound Question |
|  | [188:14]-[189:15] | Argumentative/Badgering, Asked and Answered, Ambiguous, Compound Question |
|  | [189:16]-[190:12] | Assuming Facts Not in Evidence, Ambiguous, Relevance |
|  | [190:13]-[192:13] | Argumentative/Badgering, Ambiguous, Asked and Answered |
|  | [192:14]-[193:5] | Mischaracterizing Witness Testimony, Ambiguous, Beyond the Scope of the Deposition, Assuming Facts Not in Evidence |
|  | [193:6]-[193:16] | Asked and Answered, Irrelevant/Immaterial |
|  | [193:7]-[194:6] | Irrelevant/Immaterial, Ambiguous, Compound Question, Hypothetical, Speculative, Calls for an Opinion |
|  | [194:7]-[195:5] | Irrelevant/Immaterial, Ambiguous, Assuming Facts Not in Evidence |
|  | [203:11]-[203:16] | Ambiguous, Speculative, Beyond the Scope of the Deposition |
|  | [203:17]-[203:22] | Ambiguous, Beyond the Scope of the Deposition |
| Adam Schechter (9/23/03) | [18:1]-[18:4] | Asked and Answered |
|  | [18:5]-[18:11] | Prejudicial, Ambiguous, Compound Question, Asked and Answered |
|  | [18:20]-[18:24] | Prejudicial, Ambiguous, Compound Question |
|  | [19:1]-[19:6] | Prejudicial, Ambiguous |
|  | [19:20]-[19:22] | Compound Question |
|  | [20:1]-[20:9] | Ambiguous |
|  | [21:18]-[21:20] | Asked and answered, Ambiguous |
|  | [28:8]-[28:10] | Ambiguous |
|  | [28:11]-[28:16] | Ambiguous, Relevance |
|  | [28:17]-[28:24] | Ambiguous |
|  | [29:18]-[29:20] | Asked and Answered |
|  | [31:1]-[31:3] | Ambiguous |
|  | [34:6]-[34:9] | Asked and Answered |
|  | [136:4]-[136:12] | Competence, Asked and Answered, Compound Question |
|  | [192:23]-[193:4] | Competence, Beyond the Scope of the Deposition |
|  | [193:5]-[193:9] | Competence, Beyond the Scope of the Deposition |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [193:10]-[193:14] | Competence, Beyond the Scope of the Deposition |
|  | [193:15]-[193:18] | Competence, Beyond the Scope of the Deposition |
| Adam Schechter (12/10/04) | [31:15]-[31:22] | Mischaracterizes evidence of prior testimony; Ambiguous |
|  | [31:23]-[32:18] | Asked and Answered; Ambiguous |
|  | [34:22]-[35:5] | Speculative; Competency |
|  | [36:9]-[37:5] | Ambiguous; Relevance |
|  | [38:6]-[38:18] | Compound Question; Relevance; Ambiguous |
|  | [54:22]-[54:24] | Foundation; Hearsay |
|  | [57:10]-[57:11] | Foundation; Hearsay |
|  | [57:12]-[57:14] | Foundation; Hearsay |
|  | [57:15]-[57:17] | Foundation; Hearsay |
|  | [57:18]-[57:24] | Foundation; Hearsay |
|  | [57:25]-[58:5] | Foundation; Hearsay |
|  | [58:6]-[56:9] | Foundation; Hearsay |
|  | [58:10]-[59:8] | Foundation; Hearsay; Ambiguous; Competency |
|  | [59:9]-[59:13] | Foundation; Hearsay; Ambiguous |
|  | [59:14]-[59:24] | Foundation; Hearsay; Ambiguous |
|  | [59:24]-[60:12] | Foundation; Hearsay; Competency; Speculative |
|  | [60:24]-[61:7] | Ambiguous; Mischaracterizing evidence of prior testimony; Competency |
|  | [61:8]-[61:17] | Compound Question; Ambiguous; Competency; Asked and Answered |
|  | [61:18]-[61:23] | Asked and Answered |
|  | [61:24]-[62:7] | Ambiguous; Competency; Beyond the Scope of Deposition |
|  | [62:8]-[62:15] | Ambiguous; Competency; Beyond the Scope of Deposition |
|  | [68:18]-[69:10] | Assuming Facts Not in Evidence; Ambiguous |
|  | [69:11]-[69:18] | Assuming Facts Not in Evidence; Ambiguous |
|  | [70:3]-[70:8] | Foundation; Hearsay |
|  | [70:9]-[70:18] | Ambiguous |
|  | [70:19]-[71:15] | Competency; Ambiguous; Argumentative; Assuming Facts Not in Evidence |
|  | [71:17]-[71:21] | Compound Question; Ambiguous |
|  | [82:11]-[82:16] | Foundation |
|  | [82:17]-[83:5] | Hearsay |
|  | [83:6]-[83:10] | Ambiguous, Competence, Relevance |
|  | [83:11]-[83:16] | Ambiguous, Competence, Relevance |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [83:17]-[84:1] | Ambiguous, Competence, Speculative, Irrelevant/Immaterial |
| | [84:9]-[84:11] | Hearsay |
| | [85:12]-[85:16] | Argumentative; Assuming Facts Not In Evidence; Mischaracterizing Witness Testimony; Asked and Answered |
| | [85:17]-[86:13] | Speculative; Calls for an Opinion |
| | [102:14]-[102:20] | Ambiguous |
| | [102:25]-[103:8] | Competence; Ambiguous; Speculative; Calls for an Opinion |
| | [103:9]-[103:16] | Hearsay; Ambiguous |
| | [103:17]-[104:3] | Hearsay; Asked and Answered; Assumes facts not in evidence; Mischaracterizing Witness Testimony |
| | [104:4]-[104:18] | Ambiguous; Speculative |
| | [104:19]-[104:24] | Ambiguous; Asked and Answered; Calls for Answer; Hypothetical |
| | [107:20]-[107:23] | Ambiguous; Compound Question |
| | [108:4]-[108:5] | Competence |
| | [108:6]-[108:10] | Competence |
| | [108:11]-[108:14] | Competence |
| | [111:8]-[111:13] | Ambiguous; Compound Question; |
| | [111:14]-[111:24] | Ambiguous |
| | [111:25]-[112:14] | Ambiguous; Assuming Facts Not In Evidence |
| | [112:15]-[112:22] | Ambiguous; Asked and Answered |
| | [112:25]-[113:2] | Competence; Ambiguous; Compound Question |
| | [113:9]-[113:12] | Ambiguous |
| | [113:13]-[113:16] | Ambiguous; Compound Question |
| | [113:20]-[113:23] | Ambiguous; Compound Question |
| | [113:24]-[114:5] | Ambiguous; Compound Question |
| | [114:9]-[114:13] | Ambiguous |
| | [114:14]-[114:18] | Ambiguous |
| | [114:19]-[115:1] | Ambiguous; Compound Question |
| | [115:2]-[115:6] | Asked and Answered |
| | [115:7]-[115:12] | Ambiguous; Compound Question |
| | [117:22]-[118:5] | Competence; Ambiguous; Hearsay; Mischaracterizing Witness Testimony; Assuming Facts Not In Evidence |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [118:6]-[118:15] | Competence; Ambiguous; Hearsay; Mischaracterizing Witness Testimony; Assuming Facts Not In Evidence; Compound Question; Calls for an Opinion |
|  | [118:16]-[118:24] | Ambiguous |
|  | [118:25]-[119:5] | Ambiguous; Hypothetical |
|  | [119:6]-[119:20] | Ambiguous; Relevance |
|  | [119:21]-[119:23] | Hearsay |
|  | [119:24]-[120:4] | Ambiguous; Hearsay; Mischaracterizes Prior Testimony |
|  | [120:7]-[120:21] | Ambiguous; Mischaracterizing Witness Testimony; Assuming Facts Not In Evidence; |
|  | [120:22]-[121:2] | Ambiguous; Compound Question |
|  | [121:3]-[121:9] | Ambiguous |
|  | [121:19]-[122:5] | Speculative; Ambiguous |
|  | [122:14]-[123:18] | Ambiguous; Mischaracterizing Witness Testimony; Assuming Facts Not In Evidence; Argumentative; Compound Question |
|  | [123:19]-[124:17] | Ambiguous; Mischaracterizing Witness Testimony; Assuming Facts Not In Evidence; Argumentative; Compound Question; |
|  | [126:10]-[126:22] | Ambiguous; Hearsay; Foundation; Limited Admissibility; Hypothetical |
|  | [127:4]-[127:15] | Competence; Speculative; Asked and Answered; Ambiguous |
|  | [128:7]-[128:19] | Asked and Answered |
|  | [128:20]-[128:21] | Asked and Answered |
|  | [133:7]-[133:13] | Foundation; Competence; Speculation |
|  | [133:14]-[134:1] | Ambiguous |
|  | [134:2]-[134:13] | Ambiguous |
|  | [134:14]-[134:16] | Speculative |
|  | [134:17]-[134:19] | Badgering |
|  | [137:4]-[137:24] | Ambiguous; Assuming Facts Not in Evidence; Argumentative/ Badgering; Asked and Answered |
|  | [135:11]-[135:16] | Argumentative; Irrelevant; Ambiguous; Objection to Sidebar |
|  | [135:24]-[136:6] | Objection to Sidebar, Ambiguous |
|  | [137:25]-[138:6] | Compound Question; Ambiguous |
|  | [138:7]-[139:14] | Objection to Sidebar; Irrelevant/ Immaterial; Beyond the Scope of the deposition; Argumentative/ Badgering |

790913v.1

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [139:16]-[139:24] | Competence; Compound Question; Ambiguous |
| [139:25]-[141:3] | Ambiguous; Compound Question; Argumentative/ Badgering |
| [141:4]-[141:12] | Ambiguous; Compound Question |
| [141:13]-[141:18] | Mischaracterizing Witness Testimony; Argumentative/ Badgering |
| [143:11]-[143:22] | Beyond the Scope of the deposition |
| [143:23]-[144:1] | Asked and Answered; Beyond the Scope of the deposition |
| [144:6]-[144:16] | Competence; Speculative; Irrelevant/ Immaterial; Ambiguous; Compound Question; Beyond the Scope of the deposition |
| [144:17]-[145:1] | Mischaracterizing Witness Testimony; Assuming Facts Not in Evidence; Beyond the Scope of the deposition |
| [146:13]-[146:17] | Asked and Answered |
| [146:18]-[146:21] | Irrelevant/ Immaterial; Beyond the Scope of the deposition |
| [147:6]-[147:9] | Beyond the Scope of the deposition; Compound Question |
| [147:10]-[147:22] | Beyond the Scope of the deposition; Mischaracterizing Witness Testimony; Argumentative/ Badgering |
| [148:9]-[149:3] | Speculative; Hypothetical; Ambiguous; Competence; Argumentative/ Badgering |
| [149:4]-[149:21] | Speculative; Hypothetical; Competence; Argumentative/ Badgering; Asked and Answered |
| [149:22]-[150:15] | Speculative; Hypothetical; Compound Question; Ambiguous; Assuming Facts Not in Evidence; Calls for an Opinion |
| [150:16]-[150:19] | Speculative; Hypothetical; Compound Question; Ambiguous; Assuming Facts Not in Evidence |
| [150:20]-[150:23] | Speculative; Hypothetical; Compound Question; Ambiguous; Assuming Facts Not in Evidence |
| [154:16]-[154:25] | Asked and Answered |
| [155:1]-[155:8] | Beyond the Scope of the deposition; Ambiguous; Assuming Facts Not in Evidence |
| [155:9]-[155:15] | Compound Question; Ambiguous |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [155:16]-[155:19] | Mischaracterizing Witness Testimony; Hypothetical |
| | [158:5]-[158:10] | Irrelevant/ Immaterial; Beyond the Scope of the deposition; Ambiguous |
| | [158:11]-[158:15] | Ambiguous; Relevance |
| | [158:16]-[158:18] | Irrelevant/ Immaterial; Beyond the Scope of the deposition; Ambiguous; Speculation |
| | [158:19]-[159:2] | Irrelevant/ Immaterial; Beyond the Scope of the deposition; Hearsay |
| | [159:4]-[159:9] | Compound Question; Ambiguous; Argumentative/ Badgering; Beyond the Scope of the deposition Irrelevant/ Immaterial |
| | [159:16]-[159:20] | Speculative; Irrelevant/ Immaterial; Beyond the Scope of the deposition |
| | [159:21]-[159:24] | Irrelevant/ Immaterial; Beyond the Scope of the deposition |
| | [159:25]-[160:10] | Irrelevant/ Immaterial; Beyond the Scope of the deposition; Speculative; Ambiguous |
| | [160:11]-[161:7] | Irrelevant/ Immaterial; Beyond the Scope of the deposition; Mischaracterizing Witness Testimony; Assuming Facts Not in Evidence; Ambiguous; Objection to Sidebar |
| | [161:9]-[161:12] | Ambiguous |
| | [209:12]-[209:18] | Ambiguous; Beyond the Scope of the deposition |
| | [209:19]-[209:21] | Speculative; Calls for a Conclusion/ Opinion; Beyond the Scope of the deposition |
| | [211:15]-[211:21] | Argumentative/ Badgering; Mischaracterizing Witness Testimony; Ambiguous; Compound Question; Beyond the Scope of the deposition |
| | [212:13]-[212:23] | Assuming Facts Not in Evidence; Mischaracterizing Witness Testimony; Ambiguous |
| | [212:25]-[213:15] | Ambiguous; Mischaracterizing Witness Testimony; Argumentative |
| | [213:17]-[214:4] | Hypothetical; Speculative; Mischaracterizing Witness Testimony; Argumentative/ Badgering; Ambiguous; Prejudicial; Objection to Sidebar |
| | [214:5]-[214:18] | Compound Question; Ambiguous; Speculative; Argumentative/ Badgering; Assuming Facts Not in Evidence; Mischaracterizing Witness Testimony |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [216:25]-[217:10] | Ambiguous; Irrelevant/ Immaterial; Beyond the Scope of the deposition; Compound Question |
| | [217:11]-[217:14] | Ambiguous; Irrelevant/Immaterial |
| | [217:15]-[217:19] | Asked and Answered; Irrelevant/ Immaterial; Beyond the Scope of the deposition |
| | [217:20]-[218:2] | Ambiguous; Assuming Facts Not in Evidence; Compound Question; Mischaracterizing Witness Testimony; Hearsay |
| | [218:4]-[218:20] | Ambiguous; Speculative; Competence; Hearsay |
| | [218:21]-[219:3] | Ambiguous; Compound Question |
| | [219:4]-[219:6] | Mischaracterizing Witness Testimony; Prejudicial |
| | [219:8]-[219:23] | Ambiguous; Compound Question |
| | [219:24]-[220:10] | Assuming Facts Not in Evidence; Mischaracterizing Witness Testimony; Ambiguous; Hypothetical; Compound Question |
| | [221:10]-[221:19] | Hypothetical; Beyond the scope of the deposition; Ambiguous |
| | [221:20]-[222:7] | Ambiguous; Speculative Competence; Mischaracterizing Witness Testimony; Assuming Facts Not in Evidence |
| | [222:10]-[222:13] | Hypothetical |
| | [222:14]-[222:17] | Compound Question; Ambiguous |
| | [222:18]-[222:19] | Speculative; Competence; Irrelevant/Immaterial; Beyond the scope of the deposition |
| | [222:20]-[223:13] | Compound Question; Ambiguous; Mischaracterizing Witness Testimony; Assuming Facts Not in Evidence; Hypothetical |
| | [223:14]-[223:16] | Ambiguous |
| | [223:17]-[223:23] | Ambiguous; Asked and Answered; Objection to Sidebar |
| | [223:24]-[224:7] | Beyond the scope of the deposition |
| | [224:8]-[224:9] | Badgering |
| | [224:10]-[224:25] | Ambiguous; Hypothetical; Asked and Answered |
| | [225:1]-[225:9] | Argumentative/ Badgering; Sidebar |
| | [263:24]-[264:13] | Compound Question; Argumentative; Relevance; Ambiguous |
| | [284:1]-[284:7] | Ambiguous; Speculative |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [288:25]-[289:16] | Argumentative; Relevance; Ambiguous |
|  | [292:2]-[292:9] | Compound Question; Ambiguous |
| Allesha Schirmer (10/4/05) | [29:19]-[29:23] | FRE 602 |
|  | [31:4]-[31:12] | FRE 602 |
|  | [32:6]-[32:15] | Non-responsive; FRE 602 |
|  | [34:6]-[34:9] | FRE 602 |
|  | [34:10]-[44:15] | FRE 602, 802 |
|  | [35:13]-[35:17] | FRE 602 |
|  | [38:13]-[38:17] | FRE 602 |
|  | [43:5]-[43:14] | FRE 602, 401, 402 |
|  | [45:22]-[46:4] | FRE 602 |
|  | [46:14]-[46:19] | FRE 602 |
|  | [47:2]-[47:6] | FRE 602 |
|  | [47:10]-[47:13] | FRE 602 |
|  | [47:17]-[47:19] | FRE 602 |
|  | [47:24]-[48:5] | FRE 602 |
|  | [49:15]-[49:19] | FRE 602, 802 |
|  | [50:5]-[50:9] | FRE 602 |
|  | [50:24]-[51:6] | FRE 602 |
|  | [63:18]-[63:20] | FRE 602 |
|  | [63:21]-[64:14] | FRE 602, 802 |
|  | [65:13]-[65:19] | Non-responsive, FRE 602 |
|  | [65:20]-[66:5] | FRE 401, 402, Non-responsive |
|  | [66:6]-[66:21] | FRE 602 |
|  | [67:13]-[67:22] | FRE 602 |
|  | [68:6]-[68:21] | FRE 602 |
|  | [69:1]-[69:6] | FRE 602 |
|  | [85:18]-[85:23] | FRE(s) 403, 602, 611 |
|  | [86:1]-[86:5] | FRE(s) 401, 402, 602, 611 |
|  | [86:8]-[86:10] | FRE(s) 602, 611 |
|  | [86:20]-[86:22] | FRE(s) 401, 402, 403, 602, 611 |
|  | [86:24] | FRE 701 |
|  | [87:1]-[87:4] | FRE(s) 401, 402 |
|  | [87:6] | FRE 403 |
|  | [87:8]-[87:10] | FRE 602 |
|  | [87:12] | FRE(s) 611, 702; Assumes Facts Not in Evidence |
|  | [87:22]-[88:1] | FRE(s) 602, 611, 701; Assumes Facts Not in Evidence |
|  | [88:3] | Assumes Facts not in Evidence |
|  | [88:6]-[88:8] | FRE 602 |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [88:18]-[88:23] | FRE(s) 602, 611, 701; Assumes Facts Not in Evidence |
|  | [89:1]-[89:6] | FRE(s) 602, 611, 701 |
|  | [89:8] | Assumes Facts Not in Evidence |
|  | [89:24]-[90:2] | FRE(s) 401, 402 |
|  | [90:5]-[90:8] | FRE(s) 403, 602, 611; Assumes Facts Not in Evidence |
| Dr. Christopher Schirmer (9/26/05) | [70:10]-[70:16] | FRE 611; Assumes Facts Not in Evidence |
|  | [70:18]-[70:23] | FRE 611; Assumes Facts Not in Evidence |
|  | [71:14]-[71:20] | FRE(s) 611, 602 |
|  | [71:23]-[72:3] | FRE(s) 611, 602 |
|  | [75:7]-[75:15] | FRE 611 |
|  | [76:18]-[76:23] | FRE(s) 611, 403 |
|  | [78:2]-[78:12] | FRE(s) 602, 611 |
|  | [78:14]-[78:21] | FRE(s) 602, 611 |
|  | [78:23]-[79:5] | FRE(s) 602, 611 |
|  | [79:7]-[29:22] | FRE(s) 602, 611; Assumes Facts Not in Evidence |
|  | [79:24]-[80:7] | FRE(s) 602, 611; Assumes Facts Not in Evidence |
|  | [80:19]-[81:5] | FRE(s) 602, 611; Assumes Facts Not in Evidence |
|  | [82:2]-[82:9] | FRE(s) 611, 602 |
|  | [82:11]-[82:14] | FRE 611 |
|  | [82:16]-[82:23] | FRE(s) 611, 602 |
|  | [82:25]-[83:5] | FRE(s) 602, 401, 402 |
|  | [83:7]-[83:11] | FRE(s) 611, 602 |
|  | [83:23]-[84:4] | FRE 611 |
|  | [84:6]-[84:12] | FRE 611 |
|  | [84:13]-[85:17] | FRE(s) 602, 611 |
|  | [85:19]-[86:8] | FRE(s) 611, 602 |
|  | [86:20]-[86:25] | FRE(s) 611, 602; Assumes Facts Not in Evidence |
|  | [87:2]-[87:7] | FRE(s) 611, 602 |
| Edward Scolnick (3/19/01) | [10:1]-[10:16] | Legal Conclusion |
|  | [70:18]-[71:5] | Hearsay |
|  | [71:22]-[72:5] | Compound |
|  | [72:6]-[72:14] | Hearsay |
|  | [72:15]-[72:21] | Hearsay |
|  | [80:16]-[80:19] [81:16]-[81:19] | Vague; Ambiguous |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [85:24]-[86:9] | Hearsay |
|  | [98:16]-[98:23] | Vague; Ambiguous |
|  | [98:24]-[99:7] | Vague; Ambiguous |
|  | [99:14]-[99:18] | Vague; Ambiguous |
|  | [99:19]-[99:22] | Assuming Facts Not in Evidence |
|  | [99:23]-[100:2] [100:23]-[101:2] | Assuming Facts Not in Evidence; Vague; Ambiguous |
|  | [105:17]-[106:4] | Hearsay |
|  | [106:5]-[106:13] | Hearsay |
|  | [106:21]-[107:11] | Hearsay |
|  | [111:7]-[111:21] | Hearsay |
|  | [111:22]-[112:4] | Hearsay |
|  | [116:18]-[117:2] | Mischarge of Testimony |
|  | [118:18]-[119:3] | Hearsay |
|  | [120:4]-[120:13] | Hearsay |
|  | [121:7]-[121:12] | Hearsay |
|  | [122:8]-[122:18] | Hearsay |
|  | [131:21]-[131:24] | Vague; Ambiguous |
|  | [168:2]-[168:9] | Vague; Ambiguous; Compound |
|  | [179:19]-[180:4] | Hearsay |
|  | [180:5]-[180:15] | Hearsay |
|  | [182:10]-[182:25] | Hearsay; Assuming Facts Not in Evidence; Privilege |
|  | [197:24]-[198:22] | Hearsay |
|  | [201:5]-[201:9] | Mischarge of Evidence; Assuming Facts Not in Evidence; Vague |
|  | [229:23]-[229:25] | Vague; Compound; Speculation; Foundation |
|  | [230:23]-[231:4] | Hearsay; Speculation |
|  | [231:5]-[231:21] | Hearsay; Speculation |
| Edward Scolnick (1/30/03) | [22:7]-[23:1] | Vague; Ambiguous; Mischaracterization of testimony |
|  | [43:25]-[44:10] | Vague; Ambiguous |
|  | [44:11]-[44:24] | Mischaracterization of facts; Vague; Ambiguous; Foundation |
|  | [45:4]-[45:16] | Vague; Ambiguous; Foundation |
|  | [45:17]-[46:1] | Vague; Ambiguous; Foundation; Irrelevant |
|  | [46:15]-[47:3] | Vague; Ambiguous; Foundation; Irrelevant |
|  | [47:17]-[48:4] | Vague; Ambiguous; Mischaracterization of documents |
|  | [72:14]-[72:22] | Foundation; Mischaracterization of facts; Vague; Ambiguous |
|  | [73:13]-[74:1] | Vague; Ambiguous |
|  | [75:10]-[75:17] | Vague; Ambiguous |