|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [82:2]-[82:3] | Irrelevant |
|  | [83:2]-[83:25] | Irrelevant |
|  | [84:17]-[85:12] | Irrelevant |
|  | [85:13]-[89:18] | Irrelevant |
|  | [90:10]-[91:7] | Incomplete hypothetical; Speculation |
|  | [92:2]-[92:19] | Compound; Assumes facts not in evidence |
|  | [98:12]-[99:5] | Incomplete hypothetical |
|  | [99:6]-[99:15] | Vague; Assumes facts not in evidence |
|  | [100:20]-[100:24] | Asked and answered |
|  | [105:4]-[105:7] | Compound |
|  | [106:1]-[107:15] | Mischaracterization of document |
|  | [107:23]-[108:3] | Compound; Mischaracterization of document |
|  | [110:22]-[111:20] | Vague; Assumes facts not in evidence |
|  | [113:11]-[113:22] | Mischaracterization of document; Hearsay |
|  | [113:23]-[114:3] | Hearsay |
|  | [114:5]-[114:16] | Mischaracterization of document |
|  | [114:17]-[115:1] | Hearsay |
|  | [115:2]-[115:15] | Mischaracterization of document; Hearsay |
|  | [115:16]-[115:21] | Hearsay |
|  | [115:22]-[117:4] | Assumes facts not in evidence |
|  | [117:7]-[117:14] | Assumes facts not in evidence |
|  | [119:24]-[120:13] | Hearsay |
|  | [120:14]-[120:23] | Assumes facts not in evidence |
|  | [121:14]-[121:25] | Hearsay |
|  | [128:12]-[129:11] | Calls for legal conclusion |
|  | [129:16]-[131:1] | Assumes facts not in evidence; Foundation |
|  | [131:10]-[131:17] | Foundation |
|  | [131:23]-[132:7] | Asked and answered |
|  | [133:1]-[133:14] | Vague; Ambiguous; Compound |
|  | [133:15]-[134:2] | Speculation |
|  | [134:3]-[134:7] | Speculation |
|  | [134:19]-[135:2] | Assumes facts not in evidence; Foundation |
|  | [135:5]-[135:22] | Conclusion/ opinion; Vague; Ambiguous; Assumes facts not in evidence |
|  | [135:23]-[136:6] | Vague; Ambiguous |
|  | [136:19]-[138:11] | Ambiguous; Vague |
|  | [140:7]-[140:11] | Mischaracterization of facts |
|  | [140:14]-[140:25] | Compound; Vague |
|  | [141:18]-[141:24] | Assumes facts not in evidence |
|  | [142:15]-[142:24] | Mischaracterization of document; Vague |
|  | [145:14]-[145:25] | Assumes facts not in evidence; Speculation |
|  | [146:1]-[146:9] | Assumes facts not in evidence; Speculation |
|  | [146:10]-[146:21] | Assumes facts not in evidence |

|   | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|   | [146:23]-[147:10] | Assumes facts not in evidence |
|   | [148:11]-[148:25] | Foundation; Mischaracterization of facts; Vague; Ambiguous |
|   | [152:25]-[153:5] | Compound |
|   | [153:9]-[153:14] | Compound |
|   | [155:13]-[155:16] | Assumes facts not in evidence |
|   | [156:4]-[156:11] | Assumes facts not in evidence; Vague; Ambiguous |
|   | [156:12]-[157:5] | Vague; Ambiguous |
|   | [157:7]-[158:7] | Vague; Ambiguous |
|   | [159:3]-[159:24] | Foundation; Assumes facts not in evidence |
|   | [160:19]-[161:3] | Assumes facts not in evidence; Foundation |
|   | [161:5]-[162:13] | Mischaracterization of facts; Mischaracterization of testimony |
|   | [163:4]-[163:24] | Mischaracterization of testimony |
|   | [164:11]-[164:19] | Vague |
|   | [164:21]-[165:9] | Mischaracterization of testimony; Vague; Ambiguous; Speculation |
|   | [170:2]-[170:15] | Mischaracterization of document |
|   | [170:18]-[171:16] | Assumes facts not in evidence; Mischaracterization of document |
|   | [171:20]-[172:4] | Hearsay |
|   | [174:20]-[175:19] | Vague |
|   | [179:21]-[180:10] | Foundation |
|   | [183:11]-[183:17] | Mischaracterization of facts |
|   | [193:6]-[194:16] | Incomplete hypothetical; Vague; Ambiguous; Speculation |
|   | [194:17]-[195:17] | Irrelevant; Foundation |
|   | [195:21]-[196:15] | Vague; Ambiguous |
|   | [196:16]-[197:5] | Vague; Ambiguous |
|   | [197:7]-[197:25] | Asked and answered; Vague; Ambiguous |
|   | [198:1]-[198:14] | Mischaracterization of testimony; Asked and answered |
|   | [207:22]-[208:16] | Mischaracterization of document |
|   | [209:1]-[209:13] | Mischaracterization of testimony |
|   | [210:4]-[211:15] | Vague; Ambiguous |
|   | [213:21]-[215:7] | Mischaracterization of document |
|   | [220:11]-[220:23] | Vague; Ambiguous |
|   | [222:19]-[224:11] | Hearsay |
|   | [224:12]-[225:2] | Incomplete hypothetical; Mischaracterization of testimony |
|   | [226:5]-[226:25] | Foundation; Speculation |
|   | [227:1]-[227:13] | Speculation; Vague |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [237:24]-[239:3] | Hearsay; Mischaracterization of document; Irrelevant |
|  | [241:10]-[241:25] | Assumes facts not in evidence |
|  | [245:5]-[245:16] | Foundation |
|  | [248:7]-[248:17] | Mischaracterization of facts |
|  | [248:18]-[249:9] | Assumes facts not in evidence; Hearsay |
|  | [249:18]-[250:7] | Assumes facts not in evidence; Foundation |
|  | [253:10]-[253:16] | Vague; Ambiguous |
|  | [260:3]-[260:7] | Asked and answered |
|  | [261:14]-[261:22] | Hearsay |
|  | [262:8]-[262:24] | Mischaracterization of document; Assumes facts not in evidence |
|  | [263:1]-[263:7] | Mischaracterization of document; Vague |
|  | [264:16]-[265:6] | Mischaracterization of document; Hearsay |
|  | [265:13]-[266:3] | Mischaracterization of document; Hearsay |
|  | [266:7]-[266:14] | Vague; Ambiguous |
|  | [266:24]-[267:20] | Mischaracterization of testimony; Mischaracterization of document; Vague |
|  | [268:13]-[269:5] | Compound; Vague |
|  | [269:12]-[269:18] | Mischaracterization of facts; Foundation |
|  | [269:19]-[270:2] | Assumes facts not in evidence |
|  | [270:3]-[270:6] | Compound |
|  | [270:15]-[270:24] | Mischaracterization of testimony; Asked and answered |
|  | [277:3]-[277:11] | Foundation; Assumes facts not in evidence |
|  | [277:21]-[278:1] | Foundation; Assumes facts not in evidence |
|  | [278:23]-[279:4] | Foundation; Assumes facts not in evidence |
|  | [279:5]-[279:22] | Foundation |
|  | [281:16]-[281:20] | Hearsay |
|  | [281:21]-[282:5] | Foundation; Assuming facts not in evidence |
|  | [320:18]-[321:10] | Asked and answered |
|  | [321:12]-[321:21] | Mischaracterization of testimony |
|  | [331:13]-[331:22] | Mischaracterization of document |
|  | [331:25]-[332:7] | Vague; Ambiguous |
|  | [339:25]-[340:11] | Assuming facts not in evidence |
|  | [340:12]-[340:22] | Assuming facts not in evidence; Asked and answered |
| Edward Scolnick (3/22/05) | [17:11]-[17:15] | Vague |
|  | [17:19]-[18:1] | Irrelevant; Argumentative; Asked and answered |
|  | [18:2]-[18:11] | Irrelevant; Vague |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [18:12]-[19:1] | Irrelevant |
| | [20:20]-[20:21] | Irrelevant |
| | [20:23]-[21:4] | Irrelevant |
| | [22:19]-[23:16] | Irrelevant; Hearsay |
| | [24:7]-[24:16] | Irrelevant; Mischaracterization of document |
| | [24:18]-[24:24] | Assuming facts not in evidence; Vague |
| | [25:2]-[27:19] | Irrelevant |
| | [27:20]-[27:24] | Irrelevant; Asked and answered |
| | [28:18]-[28:24] | Irrelevant |
| | [29:1]-[29:10] | Irrelevant; Assuming facts not in evidence |
| | [29:11]-[30:1] | Irrelevant; Asked and answered; Mischaracterization of testimony |
| | [30:2]-[30:12] | Asked and answered; Irrelevant; Assuming facts not in evidence |
| | [30:13]-[30:21] | Irrelevant; Asked and answered |
| | [30:22]-[31:3] | Vague |
| | [32:3]-[32:6] | Vague; Ambiguous |
| | [34:16]-[35:10] | Hearsay |
| | [35:11]-[36:4] | Hearsay; Mischaracterization of document; Irrelevant |
| | [37:4]-[37:10] | Mischaracterization of facts; Compound; Irrelevant |
| | [37:11]-[37:20] | Assuming facts not in evidence; Irrelevant |
| | [37:21]-[38:11] | Mischaracterization of testimony; Asked and answered; Irrelevant |
| | [38:13]-[38:20] | Mischaracterization of facts |
| | [38:22]-[39:2] | Mischaracterization of facts; Assuming facts not in evidence; Irrelevant |
| | [39:3]-[39:9] | Irrelevant; Assuming facts not in evidence |
| | [39:10]-[39:15] | Assuming facts not in evidence; Mischaracterization of facts |
| | [39:19]-[39:23] | Asked and answered; Assuming facts not in evidence; Mischaracterization of facts |
| | [40:3]-[40:7] | Asked and answered; Assuming facts not in evidence; Mischaracterization of facts |
| | [42:6]-[42:13] | Mischaracterization of document; Assuming facts not in evidence; Irrelevant |
| | [43:9]-[43:23] | Irrelevant |
| | [44:14]-[44:21] | Hearsay; Irrelevant |
| | [45:15]-[45:23] | Hearsay; Irrelevant |
| | [45:24]-[46:10] | Mischaracterization of document; Mischaracterization of testimony; Irrelevant |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [46:11]-[46:18] | Mischaracterization of facts; Foundation; Irrelevant |
|  | [49:1]-[49:10] | Mischaracterization of document; Irrelevant |
|  | [49:11]-[49:19] | Mischaracterization of document; Assuming facts not in evidence; Irrelevant |
|  | [49:21]-[50:1] | Assuming facts not in evidence; Irrelevant |
|  | [50:2]-[50:8] | Mischaracterization of document; Irrelevant |
|  | [50:14]-[50:24] | Assuming facts not in evidence; Irrelevant |
|  | [51:1]-[51:10] | Mischaracterization of document; Irrelevant |
|  | [52:2]-[52:10] | Assuming facts not in evidence |
|  | [52:11]-[52:21] | Mischaracterization of documents; Irrelevant |
|  | [52:22]-[53:2] | Compound; Irrelevant |
|  | [54:23]-[55:10] | Mischaracterization of facts |
|  | [56:12]-[57:4] | Vague; Speculative |
|  | [57:9]-[57:19] | Vague; Speculative; Asked and answered; Irrelevant |
|  | [57:21]-[58:2] | Incomplete; Hypothetical; Speculative; Irrelevant |
|  | [58:3]-[58:15] | Mischaracterization of document; Speculative; Asked and answered |
|  | [58:17]-[58:24] | Mischaracterization of document; Mischaracterization of testimony; Irrelevant |
|  | [59:1]-[59:15] | Mischaracterization of document; Mischaracterization of testimony; Irrelevant |
|  | [59:16]-[60:2] | Mischaracterization of document; Mischaracterization of testimony; Irrelevant; Compound |
|  | [60:3]-[60:8] | Vague; Irrelevant |
|  | [60:10]-[60:17] | Vague; Compound |
|  | [60:19]-[60:23] | Assuming facts not in evidence; Vague |
|  | [60:24]-[61:6] | Assuming facts not in evidence |
|  | [61:16]-[61:21] | Foundation |
|  | [65:20]-[66:10] | Mischaracterization of facts |
|  | [66:15]-[66:18] | Compound |
|  | [66:19]-[66:22] | Vague |
|  | [68:14]-[68:18] | Mischaracterization of document; Irrelevant |
|  | [68:19]-[68:24] | Argumentative; Asked and answered; Irrelevant |
|  | [69:1]-[69:6] | Mischaracterization of document; Hearsay; Irrelevant |
|  | [69:7]-[69:15] | Mischaracterization of document; Asked and answered; Hearsay; Irrelevant |
|  | [69:16]-[69:22] | Compound; Irrelevant |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [69:23]-[70:5] | Hearsay |
| | [70:6]-[70:18] | Mischaracterization of document; Hearsay |
| | [70:19]-[70:23] | Mischaracterization of document; Vague |
| | [70:24]-[71:12] | Mischaracterization of document; Hearsay; Compound; Irrelevant |
| | [73:5]-[73:18] | Mischaracterization of document; Irrelevant; Hearsay; Asked and answered |
| | [73:20]-[74:1] | Hearsay; Irrelevant |
| | [74:2]-[74:20] | Hearsay; Irrelevant |
| | [76:18]-[77:3] | Hearsay; Irrelevant |
| | [77:4]-[77:11] | Irrelevant; Mischaracterization of testimony; Mischaracterization of document |
| | [77:12]-[77:24] | Hearsay; Irrelevant; Mischaracterization of testimony; Mischaracterization of document; Asked and answered |
| | [78:7]-[78:16] | Hearsay; Mischaracterization of document; Asked and answered; Irrelevant |
| | [79:6]-[79:11] | Vague; Compound; Irrelevant |
| | [79:12]-[80:8] | Assuming facts not in evidence |
| | [82:1]-[82:7] | Mischaracterization of document; Mischaracterization of facts; Irrelevant |
| | [82:8]-[82:12] | Assuming facts not in evidence; Irrelevant |
| | [82:13]-[82:17] | Hearsay; Irrelevant |
| | [82:18]-[83:3] | Mischaracterization of document; Irrelevant |
| | [83:13]-[83:20] | Irrelevant |
| | [83:24]-[84:5] | Irrelevant |
| | [84:6]-[84:20] | Mischaracterization of document; Assuming facts not in evidence |
| | [85:20]-[86:7] | Assuming facts not in evidence; Irrelevant; Hearsay |
| | [88:17]-[89:1] | Vague; Assuming facts not in evidence |
| | [90:15]-[90:23] | Hearsay; Vague; Mischaracterization of document |
| | [91:9]-[91:16] | Hearsay |
| | [91:22]-[92:5] | Mischaracterization of facts; Assuming facts not in evidence; Irrelevant |
| | [92:15]-[92:23] | Assuming facts not in evidence; Irrelevant |
| | [94:5]-[95:6] | Hearsay; Irrelevant |
| | [95:17]-[95:24] | Asked and answered; Irrelevant |
| | [96:5]-[96:14] | Assuming facts not in evidence |
| | [96:15]-[96:22] | Assuming facts not in evidence; Hearsay |
| | [96:23]-[97:9] | Mischaracterization of document; Assuming facts not in evidence |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [98:13]-[98:20] | Irrelevant |
| | [99:3]-[99:8] | Foundation; Mischaracterization of document |
| | [100:14]-[100:22] | Foundation |
| | [100:23]-[101:11] | Hearsay; Foundation; Irrelevant |
| | [101:16]-[102:3] | Foundation; Assuming facts not in evidence; Irrelevant; Mischaracterization of facts |
| | [104:5]-[104:9] | Mischaracterization of document; Assuming facts not in evidence; Hearsay; Irrelevant |
| | 104:21]-[104:24] | Mischaracterization of document; Assuming facts not in evidence; Hearsay; Irrelevant |
| | [105:10]-[105:23] | Competence; Irrelevant; Assuming facts not in evidence |
| | [109:10]-[109:18] | Assuming facts not in evidence; Mischaracterization of facts; Irrelevant; Foundation |
| | [109:24]-[110:5] | Vague; Ambiguous |
| | [110:6]-[110:11] | Compound |
| | [110:12]-[110:22] | Irrelevant; Vague; Foundation |
| | [110:24]-[111:9] | Compound; Vague; Assuming facts not in evidence; Mischaracterization of facts; Irrelevant |
| | [114:7]-[114:13] | Compound; Vague; Assuming facts not in evidence; Mischaracterization of facts; Irrelevant |
| | [114:15]-[114:23] | Assuming facts not in evidence; Irrelevant; Mischaracterization of facts |
| | [115:3]-[115:10] | Mischaracterization of testimony |
| | [116:15]-[116:21] | Hearsay; Irrelevant; Foundation |
| | [118:5]-[118:11] | Vague; Ambiguous; Assuming facts not in evidence |
| | [119:10]-[119:16] | Assuming facts not in evidence; Asked and answered |
| | [119:17]-[120:5] | Assuming facts not in evidence; Vague; Asked and answered |
| | [120:21]-[121:6] | Assuming facts not in evidence; Asked and answered |
| | [121:7]-[121:13] | Foundation |
| | [121:21]-[122:3] | Assuming facts not in evidence; Mischaracterization of facts; Foundations |
| | [124:1]-[124:10] | Assuming facts not in evidence; Foundation |
| | [124:14]-[124:20] | Assuming facts not in evidence |
| | [124:21]-[124:23] | Assuming facts not in evidence; Foundation |
| | [124:24]-[125:6] | Assuming facts not in evidence; Foundation |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [128:1]-[128:4] | Foundation; Assuming facts not in evidence |
| | [128:15]-[128:22] | Foundation; Assuming facts not in evidence; Asked and answered |
| | [129:11]-[129:13] | Assuming facts not in evidence |
| | [129:24]-[130:9] | Mischaracterization of testimony |
| | [130:11]-[130:20] | Mischaracterization of facts; Vague; Assuming facts not in evidence |
| | [134:15]-[134:22] | Asked and answered |
| | [134:23]-[135:3] | Hearsay |
| | [135:4]-[135:13] | Mischaracterization of testimony |
| | [135:14]-[135:22] | Foundation |
| | [135:23]-[136:7] | Assuming facts not in evidence; Compound |
| | [136:9]-[136:17] | Vague; Mischaracterization of facts |
| | [137:4]-[137:16] | Vague; Ambiguous; Assuming facts not in evidence |
| | [138:18]-[139:2] | Vague; Ambiguous; Assuming facts not in evidence |
| | [140:10]-[140:15] | Vague; Compound |
| | [141:19]-[142:1] | Competence; Outside scope of depositions |
| | [142:2]-[142:7] | Mischaracterization of testimony |
| | [143:1]-[143:4] | Vague |
| | [143:18]-[144:11] | Hearsay; Mischaracterization of document |
| | [144:12]-[144:16] | Hearsay |
| | [144:20]-[145:2] | Foundation |
| | [145:3]-[145:15] | Mischaracterization of document; Hearsay |
| | [145:16]-[145:20] | Mischaracterization of document |
| | [146:1]-[146:5] | Assuming facts not in evidence |
| | [147:6]-[147:19] | Mischaracterization of facts; Compound; Foundation |
| | [147:20]-[148:2] | Vague; Compound |
| | [148:10]-[148:16] | Vague; Mischaracterization of document |
| | [149:8]-[149:12] | Mischaracterization of testimony |
| | [149:17]-[149:22] | Hearsay |
| | [151:13]-[152:6] | Hearsay |
| | [153:3]-[153:24] | Mischaracterization of facts; Compound |
| | [155:15]-[156:1] | Cumulative |
| | [156:2]-[156:14] | Cumulative; Mischaracterization of testimony; Hearsay |
| | [156:16]-[156:23] | Cumulative; Mischaracterization of facts; Hearsay |
| | [157:1]-[157:14] | Cumulative |
| | [158:19]-[159:17] | Cumulative; Hearsay |

Case 2:05-md-01657-EEF-DEK   Document 1414-7   Filed 11/14/05   Page 9 of 20

Page 149

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [160:10]-[160:23] | Mischaracterization of facts; Assuming facts not in evidence; Cumulative |
| [161:20]-[162:3] | Mischaracterization of facts; Compound; Cumulative |
| [163:20]-[163:23] | Asked and answered; Cumulative |
| [165:1]-[165:15] | Mischaracterization of document |
| [166:4]-[166:15] | Assuming facts not in evidence |
| [166:17]-[167:10] | Mischaracterization of documents; Hearsay |
| [167:24]-[168:7] | Hearsay |
| [168:12]-[168:19] | Speculation |
| [168:21]-[169:6] | Hearsay |
| [170:22]-[171:5] | Hearsay |
| [172:4]-[172:9] | Mischaracterization of facts; Vague |
| [173:6]-[173:14] | Asked and answered; Mischaracterization of facts; Compound |
| [176:11]-[176:19] | Speculation |
| [176:20]-[178:8] | Hearsay; Irrelevant |
| [179:20]-[180:6] | Irrelevant; Assuming facts not in evidence |
| [181:18]-[182:6] | Assuming facts not in evidence; Mischaracterization of facts |
| [186:11]-[186:22] | Asked and answered |
| [186:23]-[187:3] | Mischaracterization of document |
| [188:8]-[188:17] | Vague |
| [192:4]-[192:14] | Hearsay |
| [192:19]-[193:4] | Mischaracterization of document; Hearsay |
| [193:5]-[193:12] | Mischaracterization of document; Irrelevant |
| [194:20]-[195:4] | Assuming facts not in evidence |
| [212:3]-[212:13] | Hearsay |
| [212:14]-[212:21] | Mischaracterization of document |
| [212:22]-[213:9] | Assuming facts not in evidence; Mischaracterization of documents |
| [213:12]-[213:19] | Mischaracterization of document |
| [219:15]-[219:19] | Vague; Speculation |
| [220:7]-[220:14] | Compound |
| [224:14]-[225:16] | Mischaracterization of facts Assuming facts not in evidence |
| [227:7]-[227:13] | Mischaracterization of document |
| [227:15]-[227:24] | Mischaracterization of document |
| [228:7]-[228:14] | Hearsay |
| [228:15]-[229:1] | Assuming facts not in evidence; Mischaracterization of facts |
| [229:2]-[229:19] | Hearsay; Mischaracterization of document |
| [230:6]-[230:14] | Mischaracterization of document; Foundation |

Case 2:05-md-01657-EEF-DEK   Document 1414-7   Filed 11/14/05   Page 10 of 20

Page 150

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [232:6]-[232:12] | Mischaracterization of document; Assuming facts not in evidence |
| | [232:13]-[233:1] | Hearsay; Mischaracterization of document; Assuming facts not in evidence |
| | [233:2]-[233:13] | Hearsay; Mischaracterization of document; Speculation |
| | [234:19]-[235:17] | Hearsay |
| | [239:4]-[239:8] | Assuming facts not in evidence |
| | [239:19]-[240:7] | Irrelevant |
| | [240:19]-[241:2] | Compound; Mischaracterization of facts |
| | [242:1]-[243:3] | Irrelevant |
| | [243:4]-[243:8] | Irrelevant; Compound |
| | [243:9]-[243:12] | Irrelevant |
| | [243:13]-[243:17] | Irrelevant; Mischaracterization of facts |
| | [243:18]-[244:7] | Irrelevant; Assuming facts not in evidence |
| | [244:8]-[244:16] | Argumentative; Irrelevant; Mischaracterization of testimony |
| | [244:17]-[245:4] | Assuming facts not in evidence |
| | [245:5]-[245:9] | Irrelevant |
| | [245:20]-[246:7] | Irrelevant |
| | [251:7]-[251:15] | Assuming facts not in evidence |
| | [251:16]-[253:15] | Irrelevant |
| | [254:3]-[254:18] | Vague |
| | [254:19]-[255:2] | Compound; Vague |
| | [255:3]-[255:8] | Hearsay; Foundation |
| | [255:16]-[255:20] | Mischaracterization of document |
| | [257:24]-[258:9] | Opinion |
| | [272:10]-[272:19] | Hearsay |
| | [272:22]-[273:17] | Hearsay |
| | [273:18]-[273:23] | Mischaracterization of document |
| | [273:24]-[274:2] | Asked and answered |
| | [278:1]-[278:8] | Assuming facts not in evidence |
| | [280:24]-[281:5] | Vague; Ambiguous |
| | [281:10]-[281:21] | Irrelevant |
| | [281:22]-[282:11] | Mischaracterization of facts |
| | [282:23]-[283:16] | Assuming facts not in evidence |
| | [283:18]-[284:8] | Mischaracterization of document |
| | [284:14]-[284:23] | Incomplete hypothetical; Irrelevant |
| | [285:1]-[285:4] | Foundation |
| | [285:5]-[285:17] | Foundation; Hearsay |
| | [285:19]-[286:2] | Foundation; Assuming facts not in evidence |
| | [289:4]-[289:12] | Hearsay; Mischaracterization of document |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [289:13]-[289:24] | Assuming facts not in evidence; Mischaracterization of documents; Compound |
|  | [290:1]-[290:19] | Mischaracterization of documents; Mischaracterization of facts; Asked and answered; Compound |
|  | [295:8]-[295:13] | Foundation; Assuming facts not in evidence |
|  | [297:16]-[298:3] | Mischaracterization of document |
|  | [298:8]-[298:12] | Hearsay |
|  | [298:13]-[298:17] | Vague |
|  | [299:5]-[299:13] | Hearsay |
|  | [299:14]-[299:22] | Mischaracterization of document; Assuming facts not in evidence |
|  | [299:24]-[300:4] | Vague |
|  | [300:5]-[300:18] | Hearsay |
|  | [300:19]-[301:2] | Hearsay; Mischaracterization of document |
|  | [301:3]-[301:11] | Hearsay |
|  | [301:12]-[301:18] | Mischaracterization of document; Hearsay |
|  | [301:19]-[301:22] | Hearsay |
|  | [301:23]-[[302:3] | Assuming facts not in evidence |
|  | [302:4]-[302:9] | Assuming facts not in evidence; Mischaracterization of document |
|  | [302:10]-[302:17] | Assuming facts not in evidence; Mischaracterization of document; Compound |
|  | [302:18]-[303:1] | Assuming facts not in evidence; Mischaracterization of document |
|  | [303:6]-[303:16] | Vague |
|  | [303:17]-[304:1] | Assuming facts not in evidence; Mischaracterization of document; Mischaracterization of facts |
|  | [304:7]-[304:19] | Mischaracterization of document; Assuming facts not in evidence; Compound |
|  | [304:20]-[305:3] | Hearsay |
|  | [305:4]-[305:8] | Mischaracterization of document |
|  | [305:9]-[305:20] | Assuming facts not in evidence |
|  | [307:1]-[307:17] | Assuming facts not in evidence; Mischaracterization of document |
|  | [307:21]-[308:7] | Assuming facts not in evidence; Foundation |
|  | [311:2]-[311:18] | Irrelevant |
|  | [311:19]-[312:6] | Irrelevant; Mischaracterization of document |
|  | [312:8]-[312:17] | Mischaracterization of document |
|  | [312:19]-[313:4] | Irrelevant |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| Edward Scolnick (4/29/05) | [13:11]-[13:14] | Irrelevant |
|  | [13:15]-[13:24] | Irrelevant; Hearsay |
|  | [13:25]-[14:7] | Irrelevant |
|  | [14:8]-[14:12] | Irrelevant; Hearsay |
|  | [14:13]-[15:21] | Irrelevant |
|  | [16:5]-[16:13] | Irrelevant |
|  | [17:24]-[18:15] | Irrelevant; Speculation; Asked and answered |
|  | [21:11]-[21:19] | Vague; Irrelevant |
|  | [21:20]-[22:1] | Vague |
|  | [22:2]-[22:9] | Vague |
|  | [23:8]-[23:18] | Hearsay; Asked and answered; Irrelevant |
|  | [23:20]-[24:7] | Irrelevant; Mischaracterization of testimony |
|  | [24:8]-[24:14] | Assumes facts not in evidence; Irrelevant |
|  | [25:7]-[25:16] | Competence; Speculation; Irrelevant |
|  | [25:17]-[26:1] | Assumes facts not in evidence; Speculation; Irrelevant |
|  | [26:3]-[26:8] | Mischaracterization of testimony; Irrelevant |
|  | [26:13]-[26:17] | Mischaracterization of testimony |
|  | [28:7]-[28:13] | Mischaracterization of testimony; Argumentative |
|  | [28:24]-[29:6] | Irrelevant; Assumes facts not in evidence |
|  | [29:13]-[29:18] | Assumes facts not in evidence |
|  | [29:20]-[29:23] | Irrelevant |
|  | [29:24]-[30:4] | Assumes facts not in evidence; Irrelevant |
|  | [30:5]-[30:16] | Irrelevant |
|  | [30:19]-[30:22] | Irrelevant; Compound |
|  | [30:23]-[31:3] | Irrelevant |
|  | [31:10]-[31:13] | Irrelevant |
|  | [32:8]-[32:12] | Irrelevant |
|  | [32:13]-[32:15] | Irrelevant; Vague; Assumes facts not in evidence |
|  | [32:19]-[32:22] | Irrelevant |
|  | [32:23]-[33:1] | Irrelevant; Assumes facts not in evidence |
|  | [33:2]-[33:5] | Irrelevant |
|  | [33:6]-[33:10] | Irrelevant; Compound |
|  | [33:11]-[33:14] | Irrelevant; Assumes facts not in evidence |
|  | [33:15]-[33:17] | Irrelevant; Assumes facts not in evidence |
|  | [33:18]-[33:25] | Irrelevant; Vague; Assumes facts not in evidence |
|  | [34:8]-[34:16] | Irrelevant; Vague; Assumes facts not in evidence |
|  | [38:13]-[38:16] | Irrelevant |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [38:17]-[38:24] | Irrelevant; Foundation; Speculation; Assumes facts not in evidence |
| | [38:25]-[39:3] | Irrelevant; Assumes facts not in evidence |
| | [39:4]-[39:11] | Irrelevant; Assumes facts not in evidence |
| | [39:13]-[39:19] | Assumes facts not in evidence; Irrelevant |
| | [39:20]-[39:23] | Assumes facts not in evidence; Irrelevant |
| | [39:24]-[40:3] | Assumes facts not in evidence; Irrelevant |
| | [41:3]-[41:12] | Vague; Assumes facts not in evidence; Irrelevant |
| | [41:13]-[41:18] | Vague; Assumes facts not in evidence; Irrelevant |
| | [42:10]-[42:17] | Foundation; Assumes facts not in evidence; Irrelevant; Vague |
| | [43:4]-[43:10] | Hearsay; Irrelevant |
| | [43:11]-[43:19] | Irrelevant |
| | [44:7]-[44:12] | Hearsay; Irrelevant |
| | [45:14]-[45:23] | Hearsay; Irrelevant |
| | [46:15]-[46:20] | Irrelevant; Assumes facts not in evidence |
| | [46:21]-[47:1] | Irrelevant; Assumes facts not in evidence |
| | [47:2]-[47:5] | Irrelevant; Assumes facts not in evidence |
| | [47:6]-[47:8] | Irrelevant; Assumes facts not in evidence |
| | [48:23]-[49:1] | Assumes facts not in evidence; Vague; Irrelevant; Speculation |
| | [49:2]-[49:5] | Irrelevant |
| | [49:6]-[49:10] | Irrelevant; Assumes facts not in evidence; Vague; Speculation |
| | [49:11]-[49:13] | Irrelevant; Assumes facts not in evidence; Vague; Speculation |
| | [49:14]-[49:17] | Irrelevant; Assumes facts not in evidence; Vague; Speculation |
| | [49:19]-[50:4] | Assuming facts not in evidence; Vague; Irrelevant |
| | [50:7]-[50:11] | Vague |
| | [50:12]-[50:15] | Assumes facts not in evidence |
| | [52:13]-[53:1] | Irrelevant; Hearsay |
| | [54:4]-[54:8] | Vague |
| | [54:10]-[54:15] | Assumes facts not in evidence |
| | [54:16]-[54:25] | Assumes facts not in evidence |
| | [55:8]-[55:14] | Assumes facts not in evidence; Incomplete hypothetical; Vague; Speculation |
| | [56:8]-[56:13] | Assumes facts not in evidence |
| | [56:15]-[56:21] | Assumes facts not in evidence |
| | [56:23]-[56:25] | Assumes facts not in evidence |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [57:1]-[57:9] | Irrelevant |
| | [57:10]-[57:16] | Assumes facts not in evidence; Irrelevant |
| | [57:17]-[57:25] | Irrelevant |
| | [58:1]-[58:15] | Irrelevant |
| | [59:10]-[59:16] | Irrelevant; Vague; Ambiguous |
| | [59:18]-[59:21] | Irrelevant; Outside the scope of the deposition |
| | [59:22]-[60:2] | Outside the scope of the deposition; Irrelevant; Vague; Ambiguous; Assumes facts not in evidence |
| | [60:4]-[60:11] | Outside the scope of the deposition; Irrelevant; Vague; Ambiguous; Assumes facts not in evidence |
| | [60:12][60:16] | Outside the scope of the deposition; Irrelevant; Vague; Ambiguous; Assumes facts not in evidence |
| | [60:17]-[60:20] | Outside the scope of the deposition; Irrelevant |
| | [60:21]-[61:1] | Outside the scope of the deposition; Irrelevant |
| | [61:2]-[61:8] | Outside the scope of the deposition; Irrelevant |
| | [61:9]-[61:15] | Outside the scope of the deposition; Irrelevant; Mischaracterization of testimony |
| | [61:17]-[61:19] | Outside the scope of the deposition; Irrelevant |
| | [61:20]-[62:1] | Outside the scope of the deposition; Irrelevant; Vague; Assumes facts not in evidence |
| | [62:3]-[62:11] | Outside the scope of the deposition; Irrelevant |
| | [62:13]-[62:22] | Outside the scope of the deposition; Irrelevant; Vague |
| | [62:24]-[63:1] | Outside the scope of the deposition; Irrelevant |
| | [63:2]-[63:5] | Outside the scope of the deposition; Irrelevant |
| | [63:6]-[65:22] | Outside the scope of the deposition; Irrelevant |
| | [65:23]-[66:3] | Outside the scope of the deposition; Irrelevant; Vague; Ambiguous; Assumes facts not in evidence |
| | [66:5]-[66:15] | Vague; Ambiguous; Assumes facts not in evidence |
| | [66:17]-[66:23] | Vague; Ambiguous; Assumes facts not in evidence |
| | [67:4]-[67:9] | Vague; Ambiguous |
| | [68:16]-[68:23] | Vague; Ambiguous |
| | [69:1]-[69:11] | Vague; Compound |
| | [69:21]-[70:6] | Vague; Compound |
| | [70:8]-[70:21] | Vague; Assumes facts not in evidence |
| | [72:3]-[72:8] | Irrelevant |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [73:1]-[73:3] | Irrelevant |
| | [73:4]-[73:6] | Irrelevant |
| | [73:7]-[73:12] | Vague; Irrelevant; Outside scope of deposition |
| | [73:14]-[73:20] | Vague; Irrelevant; Outside scope of deposition |
| | [73:22]-[73:25] | Irrelevant; Outside scope of deposition |
| | [74:1]-[74:3] | Irrelevant; Outside scope of deposition |
| | [74:4]-[74:8] | Irrelevant; Vague; Outside scope of deposition |
| | [75:2]-[75:10] | Irrelevant; Outside scope of deposition |
| | [76:3]-[76:12] | Irrelevant; Outside scope of deposition |
| | [76:13]-[76:19] | Assumes facts not in evidence; Irrelevant; Outside scope of deposition |
| | [76:21]-[76:23] | Asked and answered; Irrelevant; Outside scope of deposition |
| | [76:24]-[77:1] | Asked and answered; Irrelevant; Outside scope of deposition |
| | [77:3]-[77:8] | Irrelevant; Vague; Outside scope of deposition |
| | [78:14]-[78:18] | Assumes facts not in evidence; Vague; Irrelevant; Outside scope of deposition |
| | [78:20]-[78:24] | Vague; Irrelevant; Outside scope of deposition |
| | [79:6]-[79:9] | Irrelevant |
| | [82:8]-[82:25] | Privilege; Irrelevant |
| | [83:3]-[83:12] | Privilege; Irrelevant |
| | [83:18]-[84:8] | Irrelevant; Privilege |
| | [90:21]-[91:4] | Vague; Irrelevant |
| | [92:16]-[92:25] | Vague; Ambiguous; Outside scope; Irrelevant |
| | [94:16]-[94:22] | Vague; Ambiguous; Outside scope; Irrelevant |
| | [94:25]-[95:2] | Irrelevant; Outside scope |
| | [95:3]-[95:6] | Vague; Irrelevant; Outside scope |
| | [97:4]-[97:10] | Vague; Irrelevant; Outside scope |
| | [100:7]-[100:13] | Irrelevant; Vague |
| | [101:1]-[101:4] | Assuming facts not in evidence |
| | [101:5]-[101:12] | Hearsay; Irrelevant |
| | [101:13]-[101:18] | Speculation |
| | [101:19]-[101:22] | Hearsay |
| | [102:16]-[102:23] | Irrelevant; Hearsay |
| | [102:24]-[103:14] | Irrelevant |
| | [104:4]-[104:7] | Mischaracterization of document |
| | [106:6]-[106:13] | Mischaracterization of document; Irrelevant |
| | [106:14]-[106:20] | Irrelevant |
| | [108:10]-[108:16] | Irrelevant; Assuming facts not in evidence |
| | [108:18]-[109:2] | Irrelevant; Vague |
| | [109:19]-[110:10] | Hearsay; Irrelevant |
| | [110:11]-[110:19] | Irrelevant; Hearsay |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [110:20]-[110:25] | Mischaracterization of testimony; Argumentative |
|  | [111:3]-[111:8] | Mischaracterization of document; Hearsay; Irrelevant |
|  | [111:13]-[111:16] | Irrelevant; Hearsay |
|  | [111:17]-[111:20] | Vague |
|  | [112:1]-[112:5] | Vague |
|  | [112:14]-[112:18] | Vague |
|  | [112:22]-[113:7] | Irrelevant; Mischaracterization of document; Vague; Assuming facts not in evidence |
|  | [113:8]-[113:9] | Vague; Irrelevant |
|  | [113:10]-[113:13] | Irrelevant |
|  | [113:22]-[113:25] | Vague |
|  | [114:15]-[114:22] | Irrelevant; Vague |
|  | [115:3]-[115:10] | Irrelevant; Mischaracterization of document; Mischaracterization of testimony; Assuming facts not in evidence |
|  | [115:17]-[115:20] | Assuming facts not in evidence; Vague; Irrelevant |
|  | [115:21]-[115:25] | Irrelevant |
|  | [116:1]-[116:5] | Assuming facts not in evidence; Irrelevant; Vague |
|  | [116:6]-[116:11] | Assuming facts not in evidence; Irrelevant; Vague; Asked and answered |
|  | [117:12]-[117:15] | Vague |
|  | [117:18]-[117:22] | Vague |
|  | [117:23]-[118:22] | Assuming facts not in evidence |
|  | [122:17]-[122:24] | Assuming facts not in evidence |
|  | [123:4]-[123:14] | Argumentative; Assuming facts not in evidence; Vague |
|  | [123:15]-[123:23] | Assuming facts not in evidence |
|  | [125:16]-[126:1] | Irrelevant |
|  | [126:2]-[126:6] | Assuming facts not in evidence |
|  | [127:18]-[127:25] | Assuming facts not in evidence |
|  | [128:21]-[129:16] | Assuming facts not in evidence |
|  | [129:18]-[130:3] | Incomplete hypothetical; Assuming facts not in evidence |
|  | [130:9]-[130:13] | Assuming facts not in evidence |
|  | [130:15]-[130:22] | Assuming facts not in evidence; Mischaracterizing evidence |
|  | [130:24]-[131:6] | Assuming facts not in evidence; Mischaracterizing evidence |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [131:9]-[131:15] | Assuming facts not in evidence; Mischaracterizing evidence; Incomplete hypothetical |
| | [133:20]-[133:25] | Vague |
| | [134:6]-[134:10] | Vague |
| | [134:12]-[134:17] | Vague |
| | [137:5]-[137:14] | Assuming facts not in evidence; Vague |
| | [141:23]-[142:9] | Vague |
| | [144:8]-[144:16] | Assuming facts not in evidence; Vague |
| | [145:4]-[145:11] | Mischaracterization of evidence; Assuming facts not in evidence |
| | [145:13]-[145:15] | Foundation; Hearsay |
| | [145:17]-[146:3] | Foundation; Mischaracterization of document; Assuming facts not in evidence; Hearsay |
| | [146:10]-[146:21] | Assuming facts not in evidence |
| | [147:8]-[147:18] | Assuming facts not in evidence |
| | [149:3]-[149:8] | Hearsay |
| | [150:1]-[150:8] | Assuming facts not in evidence |
| | [151:14]-[151:16] | Assuming facts not in evidence |
| | [151:17]-[151:20] | Assuming facts not in evidence; Speculation |
| | [151:21]-[152:1] | Incomplete hypothetical; Speculation |
| | [152:12]-[152:16] | Assuming facts not in evidence |
| | [152:18]-[152:23] | Asked and answered |
| | [152:25]-[153:7] | Hearsay |
| | [153:9]-[153:16] | Assuming facts not in evidence; Hearsay |
| | [154:11]-[154:20] | Hearsay; Mischaracterization of document |
| | [155:6]-[155:11] | Vague; Mischaracterization of testimony; Assuming facts not in evidence |
| | [155:13]-[155:20] | Assuming facts not in evidence |
| | [155:21]-[156:5] | Hearsay; Assuming facts not in evidence |
| | [157:25]-[158:8] | Foundation |
| | [158:14]-[158:22] | Foundation; Assuming facts not in evidence |
| | [160:9]-[160:19] | Vague; Foundation; Assuming facts not in evidence |
| | [161:9]-[161:13] | Vague; Assuming facts no in evidence; Foundation |
| | [162:10]-[162:16] | Assuming facts not in evidence |
| | [163:24]-[164:10] | Assuming facts not in evidence |
| | [164:11]-[164:16] | Vague |
| | [165:16]-[165:23] | Vague |
| | [167:1]-[167:8] | Compound; Assuming facts not in evidence |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [167:10]-[167:17] | Assuming facts not in evidence |
| | [171:5]-[171:7] | Speculation |
| | [171:9]-[171:15] | Speculation |
| | [172:5]-[172:9] | Assuming facts not in evidence; Vague; Ambiguous |
| | [172:11]-[172:24] | Assuming facts not in evidence; Vague; Ambiguous; Argumentative; Asked and answered |
| | [175:5]-[175:17] | Mischaracterization of evidence; Foundation; Assuming facts no in evidence |
| | [176:6]-[176:15] | Mischaracterization of document |
| | [177:8]-[177:11] | Speculation; Foundation |
| | [178:4]-[178:13] | Vague; Ambiguous |
| | [178:15]-[178:22] | Vague; Ambiguous |
| | [179:10]-[179:16] | Assuming facts not in evidence |
| | [189:25]-[190:2] | Assuming facts not in evidence |
| | [190:3]-[190:7] | Assuming facts not in evidence; Mischaracterization of evidence |
| | [190:17]-[191:1] | Assuming facts not in evidence; Mischaracterization of facts; Vague |
| | [191:24]-[192:5] | Assuming facts not in evidence; Mischaracterization of evidence |
| | [192:20]-[193:1] | Assuming facts not in evidence; Mischaracterization of evidence |
| | [193:18]-[193:21] | Vague; Ambiguous |
| | [193:23]-[194:6] | Assuming facts not in evidence; Mischaracterization of evidence; Foundation |
| | [194:8]-[194:16] | Vague; Assuming facts not in evidence; Mischaracterization of evidence; Foundation |
| | [194:18]-[196:3] | Asked and answered; Vague; Assuming facts not in evidence; Mischaracterization of evidence; Foundation |
| | [197:16]-[197:22] | Asked and answered; Vague; Assuming facts not in evidence; Mischaracterization of evidence; Foundation |
| | [197:24]-[199:1] | Foundation; Asked and answered; Assuming facts not in evidence |
| | [199:3]-[200:5] | Assuming facts not in evidence; Foundation |
| | [200:6]-[200:9] | Assuming facts not in evidence; Foundation; Asked and answered |
| | [201:7]-[201:22] | Vague; Ambiguous |
| | [201:24]-[202:1] | Assuming facts not in evidence |
| | [202:5]-[202:11] | Assuming facts not in evidence; Vague |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [202:16]-[202:18] | Assuming facts not in evidence |
|  | [204:16]-[204:22] | Mischaracterization of evidence |
|  | [205:7]-[205:18] | Vague; Ambiguous |
|  | [207:6]-[207:15] | Vague; Mischaracterization of evidence |
|  | [209:8]-[209:17] | Assuming facts not in evidence; Vague; Mischaracterization of evidence |
|  | [209:19]-[209:23] | Speculation |
|  | [210:11]-[210:18] | Vague |
|  | [211:1]-[211:10] | Assuming facts not in evidence; Mischaracterization of evidence |
|  | [212:8]-[212:14] | Hearsay; Assuming facts not in evidence; Mischaracterization of evidence |
|  | [220:19]-[220:24] | Mischaracterization of evidence; Vague |
|  | [221:1]-[221:6] | Mischaracterization of evidence |
|  | [223:6]-[223:14] | Foundation; Assuming facts not in evidence |
|  | [227:4]-[227:10] | Vague; Ambiguous |
|  | [227:15]-[228:1] | Assuming facts not in evidence |
|  | [228:3]-[228:12] | Mischaracterization of evidence; Mischaracterization of testimony; Vague |
|  | [231:4]-[231:13] | Incomplete hypothetical; Speculative; Vague; Ambiguous |
|  | [234:10]-[234:25] | Vague; Ambiguous |
|  | [235:23]-[236:8] | Vague; Ambiguous; Speculative |
|  | [240:10]-[240:19] | Speculative |
|  | [241:6]-[241:13] | Mischaracterization of evidence; Mischaracterization of testimony |
|  | [242:7]-[242:16] | Assuming facts not in evidence; Vague; Ambiguous |
|  | [244:12]-[244:17] | Mischaracterization of evidence |
|  | [245:4]-[245:10] | Mischaracterization of evidence; Asked and answered |
|  | [245:24]-[246:4] | Mischaracterization of evidence |
|  | [246:6]-[246:24] | Hearsay |
|  | [252:23]-[253:18] | Hearsay |
|  | [254:5]-[254:14] | Vague |
|  | [254:16]-[254:20] | Assuming facts not in evidence; Mischaracterization of evidence |
|  | [255:16]-[255:25] | Asked and answered; Mischaracterization of evidence |
|  | [257:6]-[257:14] | Speculative |
|  | [267:3]-[267:13] | Hearsay |
|  | [267:14]-[267:21] | Hearsay; Mischaracterization of document; Vague |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [267:23]-[268:4] | Hearsay; Mischaracterization of document |
|  | [268:15]-[268:21] | Mischaracterization of testimony |
|  | [270:7]-[270:11] | Hearsay |
|  | [271:4]-[279:9] | Foundation; Assuming Facts not in evidence |
|  | [271:10]-[271:15] | Foundation; Assuming facts not in evidence |
|  | [273:2]-[273:6] | Hearsay |
|  | [273:7]-[273:13] | Vague; Ambiguous; Hearsay |
|  | [273:21]-[274:1] | Mischaracterization of document |
|  | [274:12]-[274:19] | Hearsay |
|  | [275:5]-[275-13] | Mischaracterization of evidence; Mischaracterization of testimony |
|  | [275:15]-[276:11] | Irrelevant |
|  | [276:20]-[276:22] | Irrelevant |
|  | [278:4]-[278:10] | Mischaracterization testimony |
|  | [278:12]-[279:5] | Irrelevant |
|  | [279:6]-[279:9] | Assuming facts not in evidence |
|  | [279:10]-[279:17] | Speculation; Irrelevant |
|  | [279:19]-[279:23] | Irrelevant |
|  | [279:24]-[280:7] | Assuming facts not in evidence; Mischaracterization of Evidence; Irrelevant |
|  | [280:9]-[280:14] | Assuming facts not in evidence; Mischaracterization of Evidence; Irrelevant |
|  | [280:15]-[280:22] | Assuming facts not in evidence; Mischaracterization of Evidence; Irrelevant |
|  | [281:14]-[281:25] | Vague; Ambiguous; Irrelevant |
|  | [282:2]-[282:7] | Irrelevant |
|  | [282:8]-[282:11] | Irrelevant; Compound |
|  | [282:12]-[282:16] | Irrelevant; Compound |
|  | [282:20]-[282:25] | Irrelevant; Speculation |
|  | [283:1]-[283:5] | Irrelevant; Speculation |
|  | [283:6]-[283:10] | Irrelevant; Speculation |
|  | [283:11]-[283:17] | Foundation; Irrelevant; Assuming Facts not in Evidence |
|  | [283:19]-[284:1] | Foundation; Irrelevant; Assuming Facts not in Evidence |
|  | [284:5]-[284:14] | Irrelevant |
|  | [284:15]-[284:21] | Irrelevant; Assuming facts not in evidence; Speculation; Compound |
|  | [284:23]-[285:11] | Irrelevant |
|  | [285:12]-[285:17] | Vague; Irrelevant; Compound; Speculation; Assuming facts not in evidence |
|  | [285:19]-[285:23] | Vague; Irrelevant; Compound; Speculation; Assuming facts not in evidence |