| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [285:25]-[286:3] | Vague; Irrelevant; Compound; Speculation; Assuming facts not in evidence |
| | [286:19]-[287:19] | Irrelevant |
| | [287:20]-[288:11] | Hearsay |
| | [288:13]-[288:17] | Assuming facts not in evidence; Vague |
| | [289:23]-[290:2] | Vague; Ambiguous |
| | [293:17]-[294:2] | Mischaracterization of testimony |
| | [295:7]-[295:13] | Mischaracterization of evidence; Mischaracterization of testimony; Assuming facts not evidence |
| | [295:14]-[295:17] | Irrelevant |
| | [295:24]-[296:7] | Irrelevant |
| | [298:24]-[299:11] | Irrelevant |
| | [302:20]-[302:25] | Irrelevant |
| | [303:1]-[303:8] | Irrelevant; Assuming facts not in evidence; Prejudicial |
| | [303:10]-[303:14] | Irrelevant; Assuming facts not in evidence; Prejudicial |
| | [303:16]-[304:3] | Irrelevant; Assuming facts not in evidence; Prejudicial |
| | [304:5]-[304:11] | Irrelevant; Assuming facts not in evidence; Prejudicial |
| | [304:12]-[304:21] | Irrelevant; Assuming facts not in evidence; Prejudicial; Vague |
| | [304:23]-[305:8] | Irrelevant; Assuming facts not in evidence; Prejudicial |
| | [306:1]-[306:6] | Vague; Ambiguous |
| | [306:11]-[306:19] | Assuming facts not in evidence |
| | [307:7]-[307:17] | Vague; Ambiguous |
| | [312:5]-[313:1] | Hearsay |
| | [313:20]-[314:8] | Hearsay |
| | [314: 9]-[314:12] | Hearsay |
| | [314:13]-[314:23] | Mischaracterization of evidence; Assuming facts not in evidence |
| | [314:25]-[315:10] | Mischaracterization of evidence; Assuming facts not in evidence |
| | [320:20]-[321:10] | Hearsay |
| | [322:6]-[322:12] | Mischaracterization of document |
| | [322:24]-[323:3] | Hearsay; Foundation; Irrelevant; Prejudicial |
| | [323:18]-[323:22] | Hearsay; Irrelevant; Prejudicial |
| | [324:7]-[325:17] | Irrelevant; Prejudicial |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [326:7]-[326:16] | Vague; Ambiguous; Hearsay; Prejudicial |
| | [328:19]-[328:24] | Mischaracterization of testimony |
| | [328:25]-[329:6] | Irrelevant; Speculation |
| | [332:15]-[332:25] | Hearsay; Irrelevant |
| | [333:14]-[334:9] | Irrelevant; Hearsay |
| | [334:20]-[335:4] | Mischaracterization of document; Mischaracterization of testimony |
| | [335:12]-[335:19] | Mischaracterization of evidence; Mischaracterization of testimony |
| | [336:9]-[336:13] | Hearsay |
| | [336:14]-[336:18] | Mischaracterization of document |
| | [336:20]-[337:4] | Mischaracterization of document |
| | [337:18]-[338:10] | Hearsay; Irrelevant; Prejudicial |
| | [338:11]-[338:19] | Speculation |
| | [338:20]-[339:8] | Mischaracterization of document |
| | [339:10]-[339:13] | Hearsay |
| | [340:14]-[340:22] | Mischaracterization of evidence |
| | [342:9]-[342:14] | Mischaracterization of document; Mischaracterization of testimony; Asked and answered |
| | [343:1]-[343:11] | Irrelevant; Prejudicial; Hearsay |
| | [344:2]-[344:6] | Irrelevant; Prejudicial; Hearsay; Mischaracterization of document |
| | [344:8]-[344:13] | Irrelevant; Prejudicial; Hearsay; Mischaracterization of document; Ask and Answered |
| | [345:21]-[346:3] | Irrelevant; Prejudicial; Mischaracterization of document |
| | [346:5]-[346:10] | Assuming facts not in evidence; Mischaracterization of document; Irrelevant; Prejudicial |
| | [346:12]-[346:17] | Irrelevant; Prejudicial; Mischaracterization of document |
| | [347:16]-[348:3] | Irrelevant; Prejudicial; Hearsay; Mischaracterization of document |
| | [349:1]-[349:9] | Vague; Mischaracterization of document; Mischaracterization of testimony |
| | [349:20]-[349:25] | Vague; Mischaracterization of document; Mischaracterization of testimony |
| | [350:1]-[351:9] | Irrelevant; Prejudicial |
| | [352:11]-[352:16] | Irrelevant; Prejudicial; Hearsay |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [353:12]-[353:14] | Irrelevant; Prejudicial; Hearsay |
| | [353:15]-[353:19] | Irrelevant; Prejudicial; Hearsay; Mischaracterization of document |
| | [354:5]-[354:13] | Opinion; Incomplete hypothetical; Speculation; Vague |
| | [354:15]-[354:22] | Mischaracterization of document; Mischaracterization of testimony; Vague |
| | [357:8]-[357:17] | Irrelevant; Prejudicial |
| | [358:21]-[358:25] | Hearsay |
| | [359:6]-[359:16] | Vague; Ambiguous |
| | [360:6]-[360:15] | Foundation |
| | [362:17]-[362:25] | Mischaracterization of document; Hearsay |
| | [363:1]-[363:6] | Mischaracterization of document; Mischaracterization of testimony |
| | [363:11]-[363:14] | Hearsay |
| | [363:15]-[363:18] | Hearsay |
| | [363:19]-[363:23] | Hearsay; Mischaracterization of document |
| | [364:12]-[364:25] | Hearsay |
| | [365:1]-[365:3] | Irrelevant; Prejudicial |
| | [365:4]-[365:6] | Irrelevant; Prejudicial |
| | [365:7]-[365:9] | Irrelevant; Prejudicial |
| | [365:10]-[365:16] | Irrelevant; Prejudicial; Mischaracterization of document; Mischaracterization of testimony |
| | [366:7]-[366:13] | Assuming facts not in evidence |
| | [367:5]-[367:19] | Incomplete Hypothetical; Vague |
| | [367:21]-[368:9] | Incomplete Hypothetical; Vague |
| | [368:11]-[368:18] | Incomplete Hypothetical; Vague; Ambiguous |
| | [368:19]-[368:22] | Incomplete Hypothetical; Vague; Ambiguous |
| | [369:1]-[369:12] | Incomplete Hypothetical; Vague; Ambiguous |
| | [369:14]-[369:24] | Incomplete Hypothetical; Vague; Ambiguous |
| | [370:1]-[370:7] | Incomplete Hypothetical; Vague; Ambiguous |
| | [372:7]-[372:12] | Mischaracterization of document |
| | [372:23]-[373:3] | Mischaracterization of document |
| | [374:3]-[374:9] | Vague; Ambiguous; Assuming facts nor in evidence |
| | [374:20]-[375:2] | Mischaracterization of evidence; Vague; Ambiguous |
| | [375:4]-[375:6] | Mischaracterization of evidence; Vague; Ambiguous |
| | [375:10]-[375:14] | Mischaracterization of evidence; Vague |
| | [375:16]-[375:21] | Mischaracterization of evidence; Vague |
| | [377:1]-[377:9] | Irrelevant; Incomplete Hypothetical; Speculative; Vague |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [377:11]-[377:13] | Irrelevant; Incomplete Hypothetical; Speculative; Vague |
|  | [377:19]-[378:3] | Mischaracterization of testimony; Mischaracterization of evidence; Irrelevant |
|  | [378:5]-[378:14] | Mischaracterization of testimony; Mischaracterization of evidence; Irrelevant |
|  | [381:25]-[382:2] | Mischaracterization of document |
|  | [382:3]-[382:15] | Irrelevant |
|  | [382:16]-[382:22] | Mischaracterization of document; Mischaracterization of testimony; Irrelevant; Prejudicial |
|  | [382:24]-[383:8] | Mischaracterization of document; Mischaracterization of testimony; Irrelevant; Prejudicial; Vague |
| Edward Scolnick (5/17/05) | [402:4]-[402:9] | Mischaracterization |
|  | [403:5]-[403:11] | Mischaracterization |
|  | [403:19]-[404:1] | Asked and answered |
|  | [405:11]-[405:20] | Asked and answered |
|  | [407:5]-[407:11] | Asked and answered; Mischaracterization |
|  | [407:20]-[408:1] | Mischaracterization |
|  | [409:23]-[410:2] | Mischaracterization; Calls for speculation; Hypothetical |
|  | [410:23]-[411:14] | Ambiguous |
|  | [414:10]-[414:17] | Ambiguous |
|  | [417:4]-[417:10] | Mischaracterizing |
|  | [419:9]-[419:24] | Argumentative; Asked and answered |
|  | [422:19]-[422:22] | Hypothetical |
|  | [425:9]-[425:14] | Asked and answered |
|  | [426:17]-[426:25] | Mischaracterization |
|  | [427:4]-[427:14] | Asked and answered |
|  | [428:18]-428:22] | Asked and answered |
|  | [430:16]-[430:22] | Compound; Mischaracterization |
|  | [431:7]-[431:14] | Asked and answered |
|  | [431:21]-[431:25] | Asked and answered |
|  | [432:6]-[432:13] | Argumentative; Ambiguous; Mischaracterization |
|  | [432:24]-[433:17] | Calls for speculation; Hypothetical |
|  | [433:19]-[434:1] | Asked and answered |
|  | [434:3]-[434:11] | Asked and answered; Calls for speculation |
|  | [434:13]-[434:25] | Asked and answered |
|  | [435:7]-[435:18] | Asked and answered |
|  | [439:3]-[439:14] | Asked and answered |

Page 165

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [440:2]-[440:12] | Mischaracterization |
|  | [441:3]-[441:7] | Calls for speculation |
|  | [441:19]-[442:2] | Calls for conclusion |
|  | [442:12]-[442:19] | Asked and answered |
|  | [443:7]-[443:14] | Mischaracterization; Hypothetical |
|  | [443:20]-[444:1] | Asked and answered |
|  | [445:4]-[445:10] | Asked and answered |
|  | [445:22]-[446:4] | Asked and answered |
|  | [446:6]-[446:12] | Assumes facts not in evidence; Mischaracterization |
|  | [446:14]-[446:16] | Asked and answered |
|  | [449:15]-[449:23] | Mischaracterization |
|  | [449:25]-[450:6] | Asked and answered |
|  | [450:12]-[450:18] | Asked and answered |
|  | [451:24]-[452:6] | Asked and answered |
|  | [452:19]-[452:24] | Asked and answered |
|  | [453:1]-[453:8] | Asked and answered |
|  | [453:10]-[453:18] | Asked and answered |
|  | [454:5]-[454:9] | Mischaracterization |
|  | [461:18]-[462:4] | Mischaracterization; Compound |
|  | [462:25]-[463:10] | Asked and answered |
|  | [463:17]-[464:3] | Asked and answered; Mischaracterization; Assumes facts not in evidence |
|  | [464:5]-[464:8] | Mischaracterization; Asked and answered |
|  | [464:10]-[464:22] | Asked and answered |
|  | [465:12]-[465:19] | Hypothetical; Calls for speculation |
|  | [466:5]-[466:15] | Mischaracterization |
|  | [467:22]-[468:4] | Mischaracterization; Hypothetical |
|  | [469:15]-[469:22] | Mischaracterization |
|  | [472:19]-[472:24] | Asked and answered |
|  | [474:12]-[474:19] | Mischaracterization |
|  | [477:25]-[478:3] | Ambiguous |
|  | [478:11]-[478:19] | Mischaracterization; Calls for speculation |
|  | [487:5]-[487:10] | Mischaracterization; Calls for speculation |
|  | [487:18]-[487:25] | Mischaracterization; Misleading |
|  | [488:22]-[489:1] | Mischaracterization; Misleading |
|  | [490:6]-[490:14] | Asked and answered |
|  | [490:16]-[490:20] | Ambiguous |
|  | [491:9]-[491:15] | Argumentative; Bullying witness |
|  | [493:11]-[493:18] | Mischaracterization |
|  | [493:20]-[493:25] | Asked and answered |
|  | [502:5]-[502:13] | Asked and answered |
|  | [502:16]-[502:22] | Asked and answered; Mischaracterization |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [502:25]-[503:4] | Asked and answered |
| | [503:6]-[503:11] | Asked and answered |
| | [503:15]-[503:19] | Asked and answered |
| | [503:21]-[504:5] | Asked and answered; Mischaracterization |
| | [504:7]-[504:14] | Asked and answered |
| | [505:18]-[505:25] | Mischaracterization |
| | [506:3]-[506:10] | Asked and answered |
| | [508:20]-[508:25] | Ambiguous |
| | [514:24]-[515:4] | Calls for speculation |
| | [524:11]-[524:14] | Ambiguous |
| | [525:23]-[526:6] | Ambiguous |
| | [527:4]-[527:13] | Ambiguous |
| | [529:22]-[530:3] | Ambiguous; Argumentative |
| | [530:5]-[530:13] | Ambiguous |
| | [531:3]-[531:11] | Mischaracterization |
| | [533:10]-[533:18] | Ambiguous; Mischaracterization; Calls for speculation |
| | [535:18]-[535:24] | Ambiguous; Mischaracterization |
| | [536:18]-[536:25] | Mischaracterization |
| | [537:19]-[538:1] | Mischaracterization; Incomplete hypothetical |
| | [538:8]-[538:13] | Mischaracterization; Ambiguous |
| | [542:18]-[542:22] | Asked and answered; Ambiguous |
| | [542:24]-[543:6] | Asked and answered; Mischaracterization |
| | [543:16]-[543:22] | Incomplete hypothetical |
| | [544:3]-[544:9] | Argumentative; Vague; Ambiguous |
| | [546:4]-[546:13] | Mischaracterization; Argumentative; Calls for speculation |
| | [548:6]-[548:16] | Lack of foundation |
| | [548:18]-[548:23] | Mischaracterization |
| | [549:3]-[549:13] | Mischaracterization; Assumes facts not in evidence; Argumentative |
| | [549:15]-[550:1] | Lack of foundation |
| | [559:14]-[559:20] | Ambiguous |
| | [559:22]-[560:2] | Argumentative; Assumes facts not in evidence; Calls for speculation |
| | [560:4]-[560:14] | Mischaracterization |
| | [560:16]-[560:22] | Mischaracterization; Argumentative |
| | [561:11]-[561:20] | Calls for speculation |
| | [562:2]-[562:7] | Mischaracterization |
| | [562:9]-[562:15] | Mischaracterization |
| | [562:21]-[563:3] | Mischaracterization |
| | [564:25]-[565:7] | Mischaracterization |
| | [565:9]-[565:15] | Asked and answered |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [565:16]-[565:20] | Asked and answered |
|  | [569:3]-[569:5] | Argumentative; Mischaracterizing |
|  | [571:13]-[571:20] | Asked and answered |
|  | [571:23]-[572:8] | Mischaracterization; Calls for speculation |
|  | [574:4]-[574:23] | Asked and answered |
|  | [575:4]-[575:10] | Asked and answered |
|  | [575:12]-[575:21] | Foundation; Mischaracterization |
|  | [575:23]-[576:14] | Calls for speculation |
|  | [576:21]-[577:2] | Asked and answered |
|  | [580:19]-[581:4] | Mischaracterization; Calls for speculation |
|  | [581:10]-[581:17] | Mischaracterization; Calls for speculation |
|  | [581:25]-[582:6] | Mischaracterization |
|  | [583:18]-[584:8] | Asked and answered |
|  | [586:3]-[586:11] | Competence; Lack of first hand knowledge; Irrelevant because concerns events taking place after 5/15/01 |
|  | [590:17]-[591:1] | Incomplete Hypothetical; Calls for speculation |
|  | [591:3]-[591:13] | Incomplete hypothetical; Calls for speculation; Mischaracterizing |
|  | [591:21]-[592:4] | Mischaracterizing |
|  | [593:5]-[593:16] | Asked and answered; Concerns events taking place after 5/15/01 and is therefore irrelevant |
|  | [598:7]-[598:13] | Mischaracterization |
|  | [601:16]-[601:25] | Calls for speculation; Mischaracterization |
|  | [622:16]-[622:21] | Mischaracterization |
|  | [623:8]-[623:17] | Mischaracterization |
|  | [625:5]-[625:10] | Mischaracterization |
|  | [627:21]-[628:1] | Ambiguous |
|  | [628:8]-[628:17] | Ambiguous; Mischaracterization |
|  | [628:19]-[629:5] | Argumentative; Asked and Answered; Mischaracterization |
|  | [630:6]-[630:13] | Calls for speculation |
|  | [630:16]-[630:19] | Calls for speculation |
|  | [631:10]-[631:17] | Asked and answered |
|  | [631:19]-[632:14] | Ambiguous |
|  | [632:16]-[632:25] | Calls for speculation |
|  | [633:7]-[633:18] | Mischaracterization |
|  | [634:17]-[635:8] | Compound; Ambiguous |
|  | [636:11]-[636:15] | Ambiguous |
|  | [638:3]-[638:9] | Mischaracterization; Assumes facts not in evidence |
|  | [640:20]-[640:23] | Mischaracterization |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [640:24]-[641:7] | Argumentative; Mischaracterization; Hypothetical |
| | [641:16]-[641:19] | Argumentative; Mischaracterization |
| | [642:4]-[642:10] | Argumentative |
| | [643:14]-[643:18] | Argumentative; Mischaracterization |
| | [643:19]-[643:22] | Argumentative |
| | [643:23]-[644:3] | Hypothetical; Argumentative |
| | [644:4]-[645:3] | Argumentative; Mischaracterization |
| | [645:11]-[645:16] | Argumentative; Mischaracterization |
| | [645:22]-[645:25] | Argumentative; Mischaracterization |
| | [646:13]-[646:18] | Argumentative; Mischaracterization |
| | [648:5]-[648:13] | Argumentative; Asked and answered |
| | [651:24]-[652:3] | Argumentative; Mischaracterization |
| | [653:14]-[653:22] | Irrelevant through pg. 657; Argumentative; Mischaracterization |
| | [654:6]-[654:13] | Argumentative; Mischaracterization |
| | [654:17]-[655:6] | Argumentative; Mischaracterization |
| | [656:7]-[656:14] | Argumentative; Mischaracterization; Ambiguous |
| | [657:5]-[657:25] | Compound; Argumentative; Mischaracterization |
| | [658:16]-[658:25] | Argumentative |
| | [659:1]-[659:19] | Argumentative; Mischaracterization |
| | [661:17]-[661:24] | Irrelevant; Competence; Mischaracterization |
| | [662:1]-[662:5] | Irrelevant |
| | [663:14]-[664:8] | Ambiguous |
| | [664:9]-[665:17] | Argumentative; Mischaracterization |
| | [666:14]-667:1] | Argumentative; Ambiguous; Mischaracterization |
| | [667:21]-[668:1] | Asked and answered |
| | [668:7]-[668:9] | Argumentative |
| | [670:18]-[672:9] | Asked and answered; Argumentative |
| | [672:14]-[672:25] | Irrelevant through pg. 676; Argumentative; Compound; Mischaracterization |
| | [673:10]-[673:23] | Compound; Mischaracterization; Argumentative |
| | [675:16]-[676:3] | Argumentative; Asked and answered |
| | [678:5]-[678:12] | Mischaracterization; Assuming facts not in evidence |
| | [679:16]-[679:24] | Argumentative; Mischaracterization |
| | [680:10]-[681:2] | Argumentative; Misleading; Mischaracterization; Asked and answered |
| | [682:6]-[682:12] | Argumentative; Asked and answered |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [684:25]-[685:7] | Argumentative; Mischaracterization |
|  | [693:18]-[693:20] | Irrelevant through pg. 696 |
|  | [694:19]-[694:25] | Argumentative |
|  | [695:1]-[695:5] | Asked and answered; Argumentative |
|  | [695:6]-[695:22] | Argumentative; Mischaracterization; Compound |
|  | [695:24]-[696:8] | Mischaracterization; Argumentative |
|  | [699:25]-[700:5] | Ambiguous |
|  | [703:20]-[704:9] | Argumentative; Compound; Mischaracterization |
|  | [704:17]-[705:4] | Calls for speculation; Calls for hearsay; Argumentative; Mischaracterization |
|  | [705:10]-[705:19] | Argumentative; Mischaracterization |
|  | [706:3]-[706:13] | Argumentative; Mischaracterization |
|  | [706:21]-[707:7] | Argumentative; Mischaracterization |
|  | [707:13]-[708:4] | Argumentative; Mischaracterization; Asked and answered |
| Edward Scolnick (6/1/05) | [742:2]-[742:14] | Hearsay; Asked and answered |
|  | [743:20]-[744:6] | Asked and answered |
|  | [744:21]-[745:14] | Asked and answered |
|  | [746:22]-[747:3] | Irrelevant |
|  | [747:24]-[748:12] | Vague |
|  | [748:14]-[748:19] | Hearsay |
|  | [748:20]-[749:16] | Hearsay; Asked and answered; Mischaracterization of testimony; Speculation; Mischaracterization of document |
|  | [750:16]-[751:2] | Assuming facts not in evidence; Vague |
|  | [751:4]-[751:10] | Compound |
|  | [751:16]-[751:19] | Assuming facts not in evidence |
|  | [753:21]-[754:5] | Vague; Ambiguous |
|  | [759:3]-[759:14] | Irrelevant; Prejudicial; Hearsay |
|  | [762:11]-[762:17] | Compound; Mischaracterization of document |
|  | [763:5]-[763:14] | Mischaracterization of document; Vague |
|  | [763:16]-[763:21] | Vague |
|  | [763:22]-[764:8] | Vague; Speculation; Assuming facts not in evidence |
|  | [764:22]-[7645:25] | Mischaracterization of facts |
|  | [765:1]-[765:6] | Asked and answered; Argumentative |
|  | [765:21]-[765:25] | Asked and answered |
|  | [766:2]-[766:4] | Asked and answered |
|  | [766:5]-[766:13] | Foundation; Vague; Ambiguous |
|  | [766:15]-[766:23] | Mischaracterization of evidence |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [767:6]-[767:12] | Mischaracterization of evidence; Vague |
| [767:20]-[768:9] | Mischaracterization of evidence; Mischaracterization of facts; Vague; Speculation |
| [768:11]-[768:16] | Opinion; Vague; Ambiguous |
| [769:13]-[770:3] | Assuming facts not in evidence; Speculation; Foundation |
| [771:12]-[771:17] | Hearsay |
| [772:5]-[773:22] | Vague; Ambiguous; Mischaracterization of document |
| [773:24]-[774:6] | Mischaracterization of document |
| [777:7]-[777:16] | Mischaracterization of document |
| [778:5]-[778:20] | Speculation |
| [778:22]-[779:7] | Speculation; Compound; Vague |
| [779:9]-[779:24] | Vague; Ambiguous; Speculation |
| [780:1]-[780:4] | Vague; Ambiguous; Speculation |
| [784:2]-[784:9] | Mischaracterization of document |
| [784:25]-[785:7] | Mischaracterization of document; Assuming facts not in evidence |
| [785:9]-[785:14] | Mischaracterization of document; Assuming facts not in evidence; Asked and answered |
| [788:6]-[788:11] | Vague |
| [788-13]-[788:23] | Assuming facts not in evidence; Mischaracterization of document |
| [790:1]-[790:13] | Mischaracterization of document; Assuming facts not in evidence; Vague |
| [793:20]-[794:13] | Irrelevant; Prejudicial |
| [795:21]-[796:6] | Hearsay |
| [798:25]-[799:18] | Vague; Ambiguous; Incomplete hypothetical; Speculation; Argumentative |
| [799:21]-[800:6] | Assuming facts not in evidence |
| [800:15]-[800:21] | Mischaracterization of document; Assuming facts not in evidence; Speculation; Vague |
| [801:13]-[801:25] | Assuming facts not in evidence; Mischaracterization of evidence; Vague; Speculation |
| [802:4]-[802:11] | Assuming facts not in evidence; Mischaracterization of evidence; Vague; Speculation |
| [802:24]-[803:6] | Vague; Speculation; Ambiguous; Incomplete hypothetical |
| [803:8]-[803:13] | Vague; Speculation |

|  | **Plaintiff's Designation** | **Merck's Objections** |
|---|---|---|
|  | [803:15]-[803:21] | Mischaracterization of evidence; Assuming facts not in evidence; Vague |
|  | [804:6]-[804:12] | Vague; Speculation |
|  | [807:5]-[807:20] | Irrelevant; Prejudicial; Mischaracterization of document |
|  | [808:16]-[808:19] | Mischaracterization of evidence; Vague; Ambiguous; Mischaracterization of testimony |
|  | [813:5]-[813:11] | Irrelevant; Speculation; Vague; Incomplete hypothetical; Opinion |
|  | [814:3]-[815:7] | Irrelevant |
|  | [815:9]-[815:20] | Mischaracterization of document; Assuming facts not in evidence; Vague; Irrelevant |
|  | [815:22]-[816:3] | Irrelevant |
|  | [816:4]-[816:15] | Speculation; Vague; Irrelevant; Opinion |
|  | [817:19]-[818:15] | Irrelevant; Argumentative; Badgering; Speculation; Opinion |
|  | [818:17]-[818:25] | Irrelevant; Speculation; Opinion; Argumentative; Mischaracterization of document; Assuming facts not in evidence |
| Beth C. Seidenberg (10/07/04) | [34:3]-[34:24] | Compound |
|  | [35:17]-[35:21] | Compound; Leading; Ambiguous |
|  | [37:11]-[37:16] | Compound; Argumentative |
|  | [38:15]-[38:22] | Compound |
|  | [38:23]-[39:1] | Compound |
|  | [40:3]-[40:9] | Compound |
|  | [40:13]-[40:19] | Argumentative |
|  | [42:3]-[42:9] | Ambiguous |
|  | [43:2]-[43:6] | Compound |
|  | [52:11]-[52:23] | Compound; Ambiguous |
|  | [53:18]-[54:12] | Mischaracterizing; Speculative |
|  | [54:14]-[54:20] | Compound; Incomplete hypothetical |

790913v.1

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [54:21]-[55:1] | Incomplete hypothetical; Mischaracterization of document |
| | [55:14]-[55:22] | Compound; Mischaracterizing |
| | [66:24]-[67:9] | Compound; Mischaracterizing |
| | [68:2]-[68:9] | Mischaracterizing |
| | [76:4]-[76:7] | Mischaracterizing |
| | [76:8]-[76:13] | Mischaracterizing |
| | [85:15]-[85:22] | Calls for speculation |
| | [85:24]-[86:18] | Mischaracterization; Calls for speculation |
| | [90:13]-[90:21] | Mischaracterizing; Ambiguous |
| | [108:1]-[108:7] | Mischaracterizing |
| | [116:14]-[116:19] | Speculation |
| | [118:3]-[118:11] | Badgering; Mischaracterizing |
| | [121:3]-[121:11] | Mischaracterizing; Assuming facts not in evidence |
| | [122:10]-[123:5] | Mischaracterizing |
| | [152:8]-[152:18] | Mischaracterizing; Assuming facts not in evidence |
| | [152:20]-[153:6] | Mischaracterizing |
| | [153:7]-[156:22] | Mischaracterizing |
| | [155:12]-[155:18] | Mischaracterizing; Assuming facts not in evidence |
| | [156:24]-[157:6] | Incomplete hypothetical; Speculation |
| | [157:8]-[157:11] | Incomplete hypothetical; Speculation |
| | [157:12]-[158:2] | Mischaracterizing; Speculation |
| | [169:1]-[170:21] | No authentication of excerpted document |
| | [174:8]-[174:13] | Ambiguous |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [176:3]-[176:13] | Mischaracterizing |
|  | [176:21]-[177:8] | Ambiguous; Mischaracterizing |
|  | [178:12]-[178:18] | Mischaracterizing; Assuming facts not in evidence; Argumentative |
|  | [179:9]-[179:21] | Mischaracterizing; Argumentative; Leading |
|  | [180:22]-[181:11] | Mischaracterizing; Assuming facts not in evidence |
|  | [184:13]-[185:7] | Incomplete hypothetical |
|  | [185:8]-[185:17] | Mischaracterizing |
|  | [186:21]-[187:9] | Mischaracterizing; Assumes facts not in evidence |
|  | [187:10]-[188:1] | Mischaracterizing; Assumes facts not in evidence |
|  | [188:15]-[189:4] | Compound |
|  | [211:23]-[212:6] | Calls for speculation; Assumes facts not in evidence |
|  | [285:7]-[285:13] | Mischaracterization |
|  | [295:21]-[296:9] | Mischaracterization |
|  | [303:11]-[303:17] | Mischaracterization |
|  | [305:17]-[305:24] | Mischaracterization |
|  | [310:7]-[310:12] | Mischaracterization |
|  | [310:21]-[311:8] | Mischaracterization; Incomplete hypothetical |
|  | [318:9]-[318:13] | Mischaracterization |
|  | [318:14]-[319:5] | Mischaracterization |
| Deborah Shapiro (1/25/05) | [22:2]-[26:25] | Irrelevant |
|  | [119:12]-[120:17] | Mischaracterizes prior testimony; Foundation |
|  | [120:25]-[121:7] | Mischaracterizes prior testimony |

790913v.1

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [157:2]-[157:14] | Incomplete Hypothetical |
|  | [157:25]-158:4] | Ambiguous |
|  | [159:20]-[159:24] | Ambiguous; Competence |
|  | [160:12]-[160:19] | Mischaracterization |
|  | [172:20]-[173:6] | Mischaracterizes prior testimony |
|  | [174:8]-[174:15] | Incomplete Hypothetical; Competence |
|  | [175:6]-[175:15] | Competence; Speculation |
|  | [222:22]-[222:25] | Irrelevant |
|  | [223:19]-[223:25] | Asked and answered; Ambiguous; Irrelevant |
|  | [224:4]-[224:17] | Asked and answered; Ambiguous |
|  | [241:7]-[241:11] | Foundation |
|  | [241:19]-[242:5] | Compound; Mischaracterizes document; Incomplete Hypothetical; Speculation |
|  | [243:3]-[243:14] | Speculation |
|  | [260:1]-[260:5] | Foundation |
|  | [262:12]-[263:1] | Foundation |
|  | [267:7]-[267:21] | Foundation |
|  | [269:12]-[269:19] | Foundation; Mischaracterizes prior testimony |
|  | [270:22]-[271:9] | Foundation; Mischaracterizes prior testimony; Mischaracterizes document; Speculation |
|  | [271:15]-[271:21] | Incomplete Hypothetical |
|  | [274:15]-[274:24] | Ambiguous |
|  | [275:10]-[275:18] | Mischaracterizes testimony |
|  | [276:18]-[277:1] | Mischaracterizes testimony |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [278:5]-[278:10] | Mischaracterizes document |
|  | [292:22]-[292:25] | Foundation |
|  | [293:5]-[293:9] | Foundation |
|  | [293:20]-[294:2] | Foundation |
|  | [295:5]-[295:11] | Mischaracterizes testimony |
|  | [295:13]-[295:21] | Speculation |
|  | [296:8]-[296:14] | Incomplete Hypothetical |
|  | [296:16]-[297:1] | Compound |
|  | [297:8]-[297:19] | Speculation; Incomplete Hypothetical |
|  | [298:5]-[298:20] | Speculation; Incomplete Hypothetical |
|  | [320:1]-[320:7] | Foundation |
|  | [320:9]-[320:11] | Speculation |
|  | [322:23]-[323:4] | Mischaracterizes testimony; Speculation |
|  | [324:12]-[324:23] | Foundation; Speculation |
|  | [325:25]-[326:10] | Speculation |
| Deborah Shapiro (2/14/05) | [364:25]-[365:7] | Objection; Speculation |
|  | [379:24]-[380:5] | Objection; Speculation |
|  | [381:2]-[381:8] | Speculation; Assumes facts not in evidence; Foundation |
|  | [381:10]-[381:17] | Incomplete Hypothetical; Speculation |
|  | [382:6]-[382:10] | Speculation |
|  | [382:11]-[382:16] | Incomplete Hypothetical; Speculation |
|  | [394:19]-[394:24] | Objection; Mischaracterizing Document |
|  | [423:5]-[423:13] | Compared; Characterizing Document |
|  | [423:18]-[423:24] | Mischaracterizing Document |
|  | [424:3]-[424:9] | Speculation; Mischaracterizing Document |
|  | [424:16]-[424:21] | Ambiguous; Speculation |
|  | [425:6]-[425:13] | Speculation |
|  | [427:1]-[427:4] | Foundation |
|  | [459:1]-[459:10] | Characterization of document |
|  | [481:9]-[482:3] | Competence |
|  | [481:19]-[482:3] | Ambiguous |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [487:17]-[487:20] | Speculation |
| | [487:21]-[487:25] | Foundation |
| | [488:14]-[488:17] | Speculation |
| | [491:24]-[492:6] | Speculation |
| | [548:1]-[548:7] | Speculation |
| | [577:19]-[578:4] | Compound; Ambiguous |
| **Deborah Shapiro** (6/29/05) | [634:12]-[634:24] | Ambiguous |
| | [636:21]-[636:24] | Foundation |
| | [637:4]-[637:10] | Ambiguous; Mischaracterizes document |
| | [637:15]-[637:19] | Mischaracterizes prior testimony |
| | [637:21]-[638:10] | Ambiguous |
| | [638:18]-[639:3] | Comment, not question |
| | [642:19]-[643:7] | Ambiguous |
| | [645:17]-[646:2] | Incomplete Hypothetical; Foundation |
| | [648:16]-[649:2] | Ambiguous |
| | [649:8]-[649:12] | Foundation |
| | [649:24]-[650:1] | Foundation |
| | [650:20]-[650:25] | Ambiguous |
| | [651:2]-[651:10] | Mischaracterizes document and testimony |
| | [656:10]-[656:20] | Compound question |
| | [658:10]-[658:17] | Asked and answered |
| | [659:11]-[660:2] | Ambiguous; Compound; Foundation |
| | [660:4]-[660:11] | Ambiguous; Foundation |
| | [662:12]-[662:18] | Asked and answered |
| | [672:11]-[672:17] | Foundation |
| | [672:19]-[672:21] | Incomplete Hypothetical; Speculation; Competence |
| | [679:16]-[679:19] | Ambiguous; Foundation |
| | [680:2]-[680:10] | Ambiguous |
| | [727:7]-[727:25] | Speculation |
| | [728:2]-[728:7] | Ambiguous |
| | [743:17]-[744:2] | Ambiguous; Competence |
| | [746:4]-[746:18] | Ambiguous; Speculation |
| | [747:6]-[747:12] | Ambiguous; Speculation |
| | [747:13]-[747:18] | Asked and answered |
| | [747:22]-[747:24] | Asked and answered |
| | [747:25]-[748:12] | Speculation; Ambiguous |
| | [748:17]-[748:21] | Speculation; Ambiguous |
| | [749:17]-[750:2] | Speculation |
| | [750:4]-[750:12] | Incomplete Hypothetical; Competence |
| | [750:20]-[751:1] | Incomplete Hypothetical; Competence |
| | [753:15]-[753:25] | Ambiguous; Mischaracterizes prior testimony |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [753:25]-[754:15] | Mischaracterizes testimony |
|  | [754:24]-[755:6] | Prejudicial; Mischaracterizes testimony |
|  | [755:11]-[755:20] | Ambiguous; Mischaracterizes document |
|  | [756:6]-[756:23] | Mischaracterizes prior testimony |
|  | [757:23]-[758:6] | Competence; Mischaracterizes testimony |
|  | [758:14]-[758:18] | Badgering witness |
|  | [758:20]-[759:4] | Incomplete Hypothetical; Competence |
|  | [759:14]-[759:25] | Ambiguous |
|  | [761:14]-[761:21] | Mischaracterizes testimony |
|  | [762:10]-[762:20] | Foundation; Mischaracterization |
|  | [764:1]-[764:9] | Foundation; Mischaracterization |
|  | [767:16]-[767:20] | Mischaracterization; Foundation; Speculation |
|  | [767:22]-[768:5] | Mischaracterization |
|  | [769:14]-[769:25] | Asked and answered |
|  | [770:20]-[770:23] | Characterization |
|  | [771:21]-[771:24] | Mischaracterization of testimony; Foundation |
|  | [772:5]-[772:9] | Foundation; Mischaracterization |
|  | [772:11]-[772:16] | Ambiguous |
|  | [773:2]-[773:16] | Speculation |
|  | [773:18]-[774:11] | Incomplete Hypothetical; Speculation; Competence |
|  | [801:16]-[802:1] | Mischaracterization of document |
|  | [806:4]-[806:9] | Foundation; Mischaracterizes testimony |
|  | [806:14]-[806:20] | Comments by counsel |
|  | [808:13]-[808:19] | Asked and answered |
|  | [808:21]-[809:2] | Speculation; Characterizing testimony |
| Deborah Shapiro (6/30/05) | [966:19]-[966:25] | Foundation; Argumentative |
|  | [967:1]-[967:13] | Foundation |
|  | [976:23]-[977:14] | Mischaracterizes document; Foundation |
|  | [980:18]-[980:23] | Foundation |
|  | [981:14]-[981:16] | Argumentative |
|  | [983:16]-[984:1] | Speculation |
|  | [984:3]-[984:10] | Foundation; Mischaracterizes testimony |
|  | [986:16]-[986:18] | Incomplete Hypothetical |
|  | [986:22]-[987:4] | Mischaracterizing witness testimony |
|  | [987:6]-[987:15] | Incomplete Hypothetical |
|  | [991:12]-[992:1] | Assuming facts not in evidence; Mischaracterizing document |
|  | [993:4]-[993:12] | Mischaracterizes prior testimony |
|  | [996:12]-[996:25] | Interrupting witness |
|  | [997:14]-[997:23] | Argumentative |
|  | [999:3]-[999:7] | Foundation |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [999:9]-[999:13] | Asked and answered |
|  | [1002:22]-[1003:2] | Assumes facts not in evidence; Mischaracterizes testimony; Beyond scope of direct |
|  | [1003:4]-[1003:14] | Beyond scope of direct |
|  | [1007:4]-[1007:10] | Speculation |
|  | [1007:16]-[1007:22] | Beyond scope of direct; Asked and answered |
|  | [1008:2]-[1008:10] | Beyond scope of direct; Asked and answered |
|  | [1008:25]-[1011:22] | Beyond scope of direct |
| Louis Sherwood (9/30/04) | [79:8]-[79:15] | Irrelevant |
|  | [91:6]-[91:7] | Asked and answered |
|  | [91:9]-[91:11] | Asked and answered |
|  | [91:24]-[92:3] | Asked and answered |
|  | [98:17]-[99:1] | Prejudicial; Compound question; Ambiguous; Assumes facts not in evidence |
|  | [132:10]-[133:6] | Ambiguous; Hypothetical |
|  | [135:21]-[136:4] | Irrelevant |
|  | [136:19]-[137:2] | Hypothetical; Irrelevant |
|  | [137:4]-[137:11] | Hypothetical |
|  | [137:12]-[137:17] | Hypothetical; Ambiguous |
|  | [137:19]-[138:4] | Hypothetical; Compound question; Ambiguous |
|  | [139:16]-[139:20] | Ambiguous; Argumentative; Compound question |
|  | [139:21]-[140:3] | Hypothetical; Ambiguous |
|  | [140:8]-[140:19] | Ambiguous; Argumentative; Mischaracterization of testimony |
|  | [143:21]-[144:6] | Hypothetical; Ambiguous; Calls for a conclusion |
|  | [164:14]-[165:6] | Mischaracterization of the document |
|  | [167:21]-[170:5] | Compound question; Ambiguous; Calls for a conclusion/opinion |
|  | [185:15]-[185:22] | Compound question; Ambiguous |
|  | [186:22]-[187:5] | Argumentative; Ambiguous |
|  | [188:19]-[188:23] | Irrelevant; Calls for an opinion |
|  | [239:24]-[240:7] | Argumentative; Assumes facts not in evidence; Ambiguous |
|  | [240:9]-[240:14] | Argumentative; Assumes facts not in evidence; Ambiguous |
|  | [240:16]-[240:23] | Argumentative; Assumes facts not in evidence; Ambiguous; Compound question |
|  | [295:14]-[295:21] | Compound question; Ambiguous |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [296:14]-[296:19] | Argumentative; Assumes facts not in evidence; Ambiguous |
|  | [296-21]-[297:4] | Argumentative; Assumes facts not in evidence; Ambiguous |
|  | [300:2]-[300:7] | Mischaracterization of testimony |
|  | [300:16]-[301:1] | Argumentative; Ambiguous |
|  | [301:3]-[301:11] | Argumentative; Asked and answered; Ambiguous |
|  | [301:12]-[301:19] | Argumentative; Speculative; Ambiguous |
|  | [301:21]-[301:24] | Argumentative; Ambiguous |
|  | [304:9]-[304:18] | Ambiguous; Speculative |
|  | [308:3]-[308:11] | Argumentative; Ambiguous |
|  | [317:10]-[318:5] | Asked and answered; Ambiguous; Speculative |
|  | [318:6]-[318:14] | Argumentative; Ambiguous |
|  | [318:16]-[319:21] | Calls for an Opinion; Hearsay; Relevance |
|  | [324:20]-[325:13] | Argumentative; Ambiguous |
|  | [350:23]-[351:8] | Mischaracterization of testimony; Best evidence; Sidebar |
|  | [351:24]-[352:6] | Mischaracterization of testimony; Ambiguous; Relevance |
|  | [353:24]-[354:13] | Compound Question; Ambiguous; Argumentative; Hypothetical |
|  | [356:11]-[357:1] | Compound Question; Ambiguous; Argumentative; Relevance; Calls for an opinion |
|  | [358:2]-[358:4] | Irrelevant |
|  | [360:10]-[360:20] | Hearsay; Ambiguous |
|  | [360:21]-[360:24] | Argumentative; Mischaracterization of testimony; Ambiguous |
|  | [361:16]-[362:11] | Ambiguous; Argumentative |
|  | [374:8]-[374:22] | Argumentative; Ambiguous; Assumes facts not in evidence |
|  | [374:24]-[375:12] | Mischaracterization of testimony; Hearsay |
|  | [375:13]-[376:7] | Argumentative; Prejudicial; Ambiguous |
|  | [407:20]-[408:12] | Ambiguous; Foundation |
|  | [408:13]-[409:12] | Assumes facts not in evidence; Ambiguous; Compound Question |
|  | [414:4]-[415:15] | Compound Question; Ambiguous; Sidebar |
|  | [418:7]-[418:21] | Argumentative; Assumes facts |
|  | [418:23]-[420:13] | Argumentative; Prejudicial; Mischaracterization of testimony |
|  | [421:3]-[422:17] | Argumentative; Foundation; Ambiguous; Relevance |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [424:12]-[425:11] | Argumentative; Hearsay |
|  | [430:1]-[430:5] | Hearsay; Ambiguous |
|  | [430:6]-[430:12] | Hearsay; Ambiguous |
|  | [430:13]-[430:21] | Hearsay; Ambiguous |
|  | [430:22]-[432:8] | Argumentative/Badgering; Prejudicial; Hearsay; Ambiguous |
|  | [432:10]-[432:21] | Argumentative; Ambiguous |
|  | [432:23]-[433:11] | Argumentative; Ambiguous; Mischaracterization of testimony |
|  | [433:15]-[433:22] | Compound Question; Ambiguous; Mischaracterization |
|  | [436:23]-[437:5] | Compound Question; Ambiguous; Argumentative; Hearsay |
|  | [439:2]-[439:16] | Argumentative; Compound Question; Ambiguous |
|  | [439:18]-[439:22] | Argumentative; Relevance; Ambiguous |
|  | [439:23]-[440:7] | Hearsay |
|  | [440:16]-[441:18] | Argumentative; Speculative; Ambiguous |
|  | [441:19]-[442:14] | Hearsay; Argumentative; Ambiguous; Relevance |
|  | [445:7-[445:18] | Hearsay |
|  | [445:19]-[447:11] | Compound Question; Ambiguous; Argumentative; Hearsay |
|  | [447:13]-[448:9] | Speculative; Relevance; Ambiguous |
|  | [448:11]-[448:22] | Argumentative |
| Louis Sherwood (NJ) (12/14/04) | [480:2]-[480:6] | Ambiguous; Hearsay |
|  | [480:11]-[480:15] | Ambiguous; Hearsay |
|  | [480:18]-[480:24] | Assumes facts not in evidence |
|  | [481:13]-[481:22] | Speculative; Hearsay; Ambiguous |
|  | [487:21]-[488:6] | Assumes facts not in evidence; Compound question; Ambiguous |
|  | [488:7]-[488:9] | Compound question; Ambiguous; Speculative; Calls for a conclusion |
|  | [491:9]-[492:17] | Assumes facts not in evidence |
|  | [494:4]-[494:6] | Mischaracterization of witness testimony; Ambiguous |
|  | [509:23]-[510:4] | Asked and answered; Argumentative; Ambiguous; Objection to sidebar |
|  | [511:22]-[511:24] | Argumentative; Ambiguous; Relevance |
|  | [512:2]-[512:4] | Assumes facts not in evidence |
|  | [512:15]-[512:25] | Speculative; Calls for opinion; Ambiguous |
|  | [513:10]-[513:12] | Ambiguous; Asked and answered |

790913v.1