|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [513:16]-[513:18] | Assumes facts not in evidence; Compound question; Ambiguous |
|  | [513:25]-[514:2] | Compound question; Ambiguous |
|  | [514:3]-[514:7] | Asked and answered |
|  | [514:8]-[514:11] | Compound question; Ambiguous; Asked and answered |
|  | [514:8]-[514:11] | Compound question; Ambiguous; Asked and answered |
|  | [514:13]-[514:14] | Compound question; Ambiguous; Asked and answered |
|  | [514:15]-[515:06] | Compound question; Ambiguous; Argumentative |
|  | [515:10]-[515:15] | Ambiguous |
|  | [515:16]-[515:24] | Speculative; Calls for opinion; Ambiguous; Compound; Argumentative |
|  | [516:02]-[516:13] | Hypothetical; Ambiguous; Compound; Relevance |
|  | [516:15]-[516:25] | Hypothetical; Speculative; Compound question; Ambiguous; Argumentative; Relevance |
|  | [517:2]-[517:12] | Hypothetical; Speculative; Relevance; Argumentative |
|  | [517:14]-[517:21] | Hypothetical; Asked and answered; Relevance; Argumentative |
|  | [518:2]-[518:13] | Ambiguous; Compound question; Mischaracterizing prior testimony; Argumentative |
|  | [518:15]-[519:2] | Compound question; Mischaracterizing prior testimony; Argumentative; Relevance |
|  | [519:4]-[519:20] | Asked and answered; Speculative; Compound question; Hypothetical; Ambiguous; Relevance |
|  | [519:22]-[520:10] | Ambiguous; Compound |
|  | [526:23]-[527:1] | Ambiguous; Compound |
|  | [527:10]-[527:15] | Compound question; Ambiguous; Assumes facts not in evidence |
|  | [527:16]-[527:20] | Compound question; Hearsay; Ambiguous |
|  | [528:2]-[528:7] | Assumes facts not in evidence; Compound question; Ambiguous |
|  | [528:13]-[528:17] | Compound question; Ambiguous; Argumentative; Relevance |
|  | [529:13]-[529:16] | Hearsay; Compound; Ambiguous; Relevance |
|  | [529:17]-[529:20] | Ambiguous |

| Plaintiff's Designation | Merck's Objections |
|---|---|
| [529:21]-[529:25] | Asked and answered; Ambiguous |
| [531:2]-[531:6] | Ambiguous; Argumentative |
| [531:13]-[531:21] | Ambiguous |
| [531:22]-[532:2] | Compound question; Ambiguous; Speculative |
| [537:10]-[537/15] | Assumes facts not in evidence; Ambiguous; Compound |
| [538:7]-[538:12] | Ambiguous; Compound |
| [538:13]-[538:16] | Ambiguous; Relevance |
| [540:24]-[541:4] | Ambiguous; Compound question |
| [541:7]-[541:11] | Ambiguous |
| [542:14]-[542:19] | Assumes facts not in evidence; Compound |
| [542:21]-[543:1] | Asked and answered; Ambiguous |
| [543:2]-[543:8] | Ambiguous |
| [543:15]-[543:21] | Argumentative; Calls for a conclusion; Ambiguous; Relevance |
| [544:3]-[544:9] | Compound question; Ambiguous |
| [544:11]-[544:18] | Assumes facts not in evidence; Calls for an opinion |
| [549:3]-[550:5] | Assumes facts not in evidence |
| [550:7]-[550:12] | Assumes facts not in evidence; Argumentative; Ambiguous |
| [550:18]-[551:1] | Assumes facts not in evidence; Argumentative |
| [551:3]-[551:12] | Assumes facts not in evidence; Argumentative; Ambiguous; Asked and answered |
| [551:20]-[552:7] | Ambiguous |
| [552:8]-[552:16] | Compound question; Assumes facts not in evidence; Mischaracterizes evidence; Calls for an opinion |
| [552:18]-[552:25] | Speculative; Calls for an opinion; Argumentative; Ambiguous |
| [554:8]-[554:13] | Compound question; Ambiguous |
| [554:25]-[555:3] | Ambiguous; Irrelevant; Hearsay |
| [556:6]-[556:13] | Ambiguous; Argumentative |
| [556:15]-[556:21] | Ambiguous; Compound question; Argumentative |
| [556:22]-[556:25] | Ambiguous; Argumentative |
| [557:2]-[557:8] | Ambiguous; Assumes facts not in evidence; Argumentative |
| [557:9]-[557:14] | Competence; Compound; Ambiguous |
| [557:16]-[557:20] | Ambiguous |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [558:9]-[558:16] | Assumes facts not in evidence; Calls for an opinion; Mischaracterizing witness testimony; Argumentative; Ambiguous |
| | [559:02]-[559:17] | Assumes facts not in evidence; Compound question; Ambiguous; Argumentative |
| | [560:12]-[560:15] | Assumes facts not in evidence |
| | [560:23]-[561:02] | Assumes facts not in evidence; Ambiguous; Argumentative |
| | [561:23]-[562:02] | Speculative; Assumes facts not in evidence; Argumentative |
| | [562:8]-[562:13] | Speculative; Assumes facts not in evidence; Mischaracterizing the evidence; Argumentative |
| | [562:22]-[563:2] | Ambiguous; Compound question |
| | [563:2]-[563:5] | Asked and answered; Ambiguous; Argumentative |
| | [564:3]-[564:9] | Compound question; Ambiguous; Asked and answered |
| | [564:11]-[564:18] | Compound question; Ambiguous; Asked and answered; Argumentative; Assumes facts not in evidence |
| | [566:18]-[566:19] | Asked and answered |
| | [569:4]-[569:6] | Asked and answered; Argumentative |
| | [569:11]-[569:12] | Ambiguous; Argumentative |
| | [573:12]-[573:16] | Assumes facts not in evidence; Ambiguous |
| | [573:18]-[574:6] | Ambiguous; Hearsay; Document speaks for itself; Irrelevant; Argumentative |
| | [574:8] | Argumentative |
| | [574:9]-[574:15] | Competence; Speculative; Calls for opinion/conclusion; Prejudicial |
| | [577:22]-[578:3] | Asked and answered, Argumentative |
| | [589:3]-[589:5] | Calls for an opinion; Ambiguous; Relevance; Argumentative |
| | [589:6]-[589:10] | Ambiguous |
| | [589:12]-[589:16] | Mischaracterizing evidence; Calls for a conclusion; Argumentative; Ambiguous |
| | [589:23]-[590:4] | Ambiguous |
| | [594:11]-[594:14] | Ambiguous; Assumes facts not in evidence |
| | [594:16]-[594:23] | Hearsay; Best evidence; The document speaks for itself; Compound question |
| | [594:25]-[595:4] | Hearsay; Best Evidence; Document speaks for itself; Relevance |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [596:16]-[596:21] | Ambiguous; Assumes facts not in evidence; Compound |
|  | [597:5]-[597:10] | Mischaracterization of evidence; Calls for opinion; Ambiguous |
|  | [597:20]-[598:13] | Ambiguous; Assumes facts not in evidence |
|  | [598:18]-[598:23] | Calls for conclusion/opinion; Argumentative |
|  | [602:6]-[602:7] | Assumes facts not in evidence; Mischaracterizing witness testimony; Ambiguous |
|  | [602:12]-[602:18] | Assumes facts not in evidence; Asked and answered (at [602:6]-[602:7]); Argumentative |
|  | [603:6]-[603:12] | Hypothetical; Ambiguous; Relevance |
|  | [603:19]-[604:2] | Ambiguous |
|  | [605:24]-[606:01] | Compound question; Ambiguous |
|  | [624:18]-[624:24] | Assumes facts not in evidence; Mischaracterizes evidence; Argumentative; Calls for a conclusion; Ambiguous |
|  | [625:12]-[625:16] | Assumes facts not in evidence; Argumentative; Ambiguous |
| Louis Sherwood (*Ernst*) (12/14/04) | [7:17]-[7:22] | Ambiguous |
|  | [8:2]-[8:4] | Compound Question |
|  | [8:8]-[8:15] | Ambiguous; Relevance |
|  | [8:19]-[8:24] | Ambiguous; Assumes Facts Not in Evidence |
|  | [9:2]-[9:14] | Ambiguous; Assumes Facts Not in Evidence; Relevance |
|  | [9:20:]-[9:24] | Argumentative; Relevance; Assumes Facts Not in Evidence; Ambiguous |
|  | [10:6]-[10:13] | Ambiguous; Relevance |
|  | [10:15]-[10:24] | Compound Question; Ambiguous; Relevance |
|  | [11:4]-[12:9] | Ambiguous; Speculative; Argumentative; Relevance |
|  | [13:11]-[13:21] | Ambiguous |
|  | [13:22]-[14:10] | Argumentative; Relevance |
|  | [14:21]-[15:14] | Argumentative; Compound Question; Ambiguous |
|  | [15:16]-[16:1] | Ambiguous; Argumentative |
|  | [16:8]-[17:5] | Ambiguous; Relevance; Asked and Answered; Assumes Facts Not in Evidence; Argumentative; Compound Question |
|  | [17:7]-[17:25] | Mischaracterizing Prior Testimony; Ambiguous; Relevance |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [18:17]-[18:21] | Ambiguous; Foundation; Assumes Facts Not In Evidence; Relevance; Calls for a Conclusion; Speculative |
| | [18:23]-[19:14] | Argumentative; Calls for a Conclusion/Opinion; Ambiguous; Relevance |
| | [19:15]-[20:5] | Hypothetical; Speculative; Relevance; Ambiguous |
| | [20:17]-[20:25] | Ambiguous; Speculative; Calls for an Opinion; Relevance |
| | [21:1]-[21:7] | Compound Question; Ambiguous; Speculative; Calls for an Opinion |
| | [21:21]-[22:1] | Compound Question; Ambiguous |
| | [22:13]-[22:19] | Ambiguous; Assumes Facts Not in Evidence; Argumentative; Calls for an Opinion |
| | [23:1]-[23:4] | Relevance; Ambiguous; Speculative; Assumes Facts Not in Evidence |
| | [23:9]-[23:21] | Ambiguous; Compound Question; Argumentative; Relevance; Assumes Facts Not in Evidence |
| | [23:22]-[24:3] | Argumentative; Speculative; Hypothetical; Relevance; Calls for an Opinion |
| | [24:5]-[25:6] | Hypothetical; Speculative; Relevance; Ambiguous; Argumentative |
| | [25:11]-[25:12] | Relevance; Calls for an Opinion |
| | [25:16]-[25:22] | Relevance, Hypothetical; Ambiguous; Argumentative |
| | [26:7]-[26:22] | Hypothetical; Argumentative; Relevance; Calls for an Opinion |
| | [26:24]-[27:9] | Argumentative; Unfair Prejudice; Ambiguous; Hypothetical |
| | [27:11]-[28:2] | Ambiguous; Calls for an Opinion; Argumentative |
| | [28:14]-[28:23] | Argumentative; Assumes Facts Not in Evidence; Ambiguous |
| | [28:25]-[29:11] | Argumentative; Speculative; Ambiguous, Relevance; Objection to Sidebar; Hypothetical |
| | [29:13]-[29:18] | Calls for an Opinion; Speculative; Argumentative; Relevance |
| | [30:6]-[30:11] | Argumentative; Ambiguous |
| | [30:14]-[30:20] | Argumentative; Compound Question; Relevance; Mischaracterizing Prior Testimony; Speculative |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [30:11]-[31:11] | Hypothetical; Relevance; Calls for an Opinion; Ambiguous |
|  | [31:13]-[32:6] | Argumentative; Mischaracterizing Prior Testimony; Ambiguous |
|  | [32:8]-[32:22] | Argumentative; Assuming Facts Not in Evidence; Ambiguous |
|  | [32:25]-[33:10] | Compound Question; Ambiguous |
|  | [33:15]-[34:3] | Hypothetical; Relevance; Speculative; Calls for an Opinion |
|  | [35:14]-[36:5] | Foundation; Relevance; Assuming Facts Not in Evidence; Ambiguous; Hearsay; Argumentative |
|  | [36:15]-[36:25] | Assuming Facts Not in Evidence; Argumentative; Ambiguous |
|  | [37:6]-[38:16] | Argumentative; Ambiguous; Relevance |
|  | [38:19]-[39:10] | Compound Question; Ambiguous; Assumes Facts Not in Evidence; Argumentative |
|  | [39:23]-[40:6] | Ambiguous; Compound Question |
|  | [41:11]-[41:24] | Hearsay; Foundation; Relevance |
|  | [42:11]-[42:18] | Compound Question; Ambiguous; Assumes Facts Not in Evidence |
|  | [42:20]-[43:1] | Compound Question; Argumentative; Irrelevant; Ambiguous |
|  | [43:3]-[43:22] | Compound Question; Argumentative; Assumes Facts Not in Evidence |
|  | [44:5]-[44:20] | Argumentative; Hearsay; Ambiguous; Relevance; Mischaracterizing Prior Testimony |
|  | [44:22]-[45:5] | Assumes Facts Not in Evidence; Argumentative |
|  | [45:15]-[46:3] | Argumentative; Mischaracterizing Prior Testimony; Ambiguous |
|  | [46:9]-[46:17] | Argumentative; Ambiguous; Mischaracterizing Prior Testimony |
|  | [47:8]-[47:13] | Compound Question; Ambiguous |
|  | [48:9]-[48:15] | Compound Question; Argumentative; Assumes Facts Not in Evidence; Ambiguous |
|  | [49:3]-[49:7] | Ambiguous |
|  | [50:19]-[50:24] | Speculative; Calls for an Opinion; Assumes Facts Not in Evidence; Ambiguous |
|  | [51:13]-[51:16] | Ambiguous; Compound Question |
|  | [51:19]-[52:13] | Ambiguous; Compound Question; Assumes Facts Not in Evidence |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [53:18]-[54:1] | Argumentative; Assumes Facts Not in Evidence; Ambiguous |
|  | [54:3]-[54:6] | Argumentative; Ambiguous; Objection to Sidebar |
|  | [54:8]-[54:16] | Argumentative; Assumes Facts Not in Evidence; Relevance |
|  | [54:20]-[54:24] | Argumentative; Compound Question |
|  | [55:2]-[55:11] | Argumentative; Compound Question |
|  | [55:16]-[55:20] | Argumentative; Compound Question; Ambiguous |
|  | [56:5]-[56:10] | Argumentative; Asked and Answered |
|  | [56:16]-[56:22] | Argumentative; Asked and Answered |
|  | [57:2]-[57:24] | Argumentative; Assumes Facts Not in Evidence; Ambiguous; Compound Question |
|  | [58:5]-[58:11] | Argumentative; Ambiguous; Assumes Facts Not in Evidence |
|  | [59:2]-[59:7] | Argumentative; Ambiguous; Assumes Facts Not in Evidence |
|  | [59:16]-[59:22] | Argumentative; Ambiguous; Assumes Facts Not in Evidence |
|  | [59:20]-[59:25] | Compound Question; Ambiguous |
|  | [60:1]-[60:10] | Argumentative; Ambiguous; Assumes Facts Not in Evidence; Compound Question |
|  | [60:12]-[60:22] | Argumentative; Ambiguous; Assumes Facts Not in Evidence; Compound Question; Relevance |
|  | [61:12]-[61:19] | Argumentative; Relevance; Ambiguous |
|  | [61:21]-[62:1] | Argumentative; Relevance; Ambiguous |
|  | [62:3]-[62:8] | Argumentative; Relevance; Ambiguous |
|  | [62:15]-[62:19] | Argumentative; Relevance; Ambiguous |
|  | [63:20]-[64:3] | Argumentative; Relevance; Ambiguous |
|  | [64:4]-[64:8] | Hearsay; Ambiguous; Relevance; Mischaracterizing the Document |
|  | [64:21]-[65:16] | Hearsay; Ambiguous; Relevance; Mischaracterizing the Document |
|  | [66:7]-[66:12] | Hearsay; Ambiguous; Relevance; Mischaracterizing the Document |
|  | [67:4]-[68:9] | Hearsay; Argumentative; Ambiguous; Relevance; Mischaracterizing Prior Testimony; Compound Question |
|  | [69:2]-[69:5] | Ambiguous |
|  | [69:9]-[69:13] | Argumentative; Assumes Facts Not in Evidence |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [69:20]-[69:22] | Argumentative; Assumes Facts Not in Evidence |
|  | [70:22]-[71:2] | Argumentative; Hearsay; Assumes Facts Not in Evidence |
|  | [71:4]-[71:16] | Argumentative; Hearsay; Assumes Facts Not in Evidence |
|  | [71:17]-[71:22] | Argumentative; Calls for an Opinion |
|  | [73:2]-[73:6] | Foundation; Prejudicial; Ambiguous |
|  | [73:18]-[74:13] | Foundation; Prejudicial; Ambiguous |
|  | [75:5]-[75:9] | Foundation; Prejudicial; Ambiguous |
|  | [76:8]-[76:14] | Argumentative; Relevance; Ambiguous |
|  | [77:2]-[77:5] | Argumentative; Relevance; Ambiguous; Assumes Facts Not in Evidence |
|  | [77:6]-[77:12] | Argumentative; Ambiguous; Compound Question |
|  | [77:25]-[78:8] | Argumentative; Ambiguous; Compound Question |
|  | [78:10]-[78:16] | Argumentative; Ambiguous; Compound Question |
|  | [79:18]-[78:24] | Argumentative; Ambiguous |
|  | [80:2]-[80:16] | Ambiguous; Argumentative; Hearsay |
|  | [82:14]-[82:23] | Ambiguous; Argumentative; Hearsay; Compound Question; Assumes Facts Not in Evidence |
|  | [83:3]-[83:10] | Speculative; Hypothetical; Argumentative; Ambiguous |
|  | [83:17]-[84:7] | Argumentative, Speculative; Ambiguous; Assumes Facts Not in Evidence; Hearsay |
|  | [84:12]-[84:19] | Compound Question; Argumentative; Relevance; Ambiguous |
|  | [84:21]-[85:3] | Ambiguous; Relevance; Argumentative |
|  | [85:5]-[85:18] | Ambiguous; Relevance; Speculative |
|  | [85:20]-[86:1] | Ambiguous; Argumentative |
|  | [86:3]-[86:7] | Ambiguous; Argumentative |
| Tom Simon (1/05/05) | [59:20]-[60:1] | Fragment, only question designated |
|  | [60:21]-[61:8] | Fragment, only question designated |
|  | [134:13]-[134:20] | Fragment, only question designated |
|  | [145:6]-[145:15] | Fragment, only portion of question designated |
|  | [145:16]-[145:18] | Fragment, only question designated |
|  | [145:25]-[146:5] | Fragment, only question designated |
|  | [154:2]-[154:6] | Fragment, only question designated |
|  | [154:13]-[154:16] | Fragment, only question designated |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
|  | [159:1]-[159:16] | Fragment, only question designated |
|  | [161:16]-[161:19] | Fragment, only portion of question designated |
|  | [162:11]-[162:14] | Fragment, only question designated |
|  | [163:1]-[163:5] | Fragment, only question designated |
|  | [164:15] | Fragment, only question designated |
|  | [177:24]-[178:6] | Fragment, only question designated |
|  | [182:10] | Fragment, only question designated |
|  | [183:14]-[183:17] | Fragment, only question designated |
|  | [186:2]-[186:5] | Argumentative |
|  | [187:16]-[187:18] | Irrelevant |
|  | [195:3]-[195:14] | Lack of foundation; Form |
|  | [196:21]-[197:3] | Form; Argumentative |
|  | [206:3]-[206:9] | Lack of foundation; Document speaks for itself |
|  | [207:17]-[208:7] | Lack of foundation; Document speaks for itself |
|  | [209:2]-[209:4] | Fragment, only question designated |
|  | [209:19]-[209:22] | Fragment, only answer designated |
|  | [211:7]-[211:19] | Lack of foundation; document speaks for itself |
|  | [212:18]-[212:20] | Fragment, only question designated; lack of foundation |
|  | [225:21]-[226:6] | Lack of foundation |
|  | [235:2]-[235:7] | Fragment, only portion of question designated |
| Tom Simon (1/19/05) | [269:5]-[269:10] | Fragment, only question designated |
|  | [270:9]-[270:17] | Fragment, only answer designated |
|  | [272:14]-[272:19] | Fragment, only question designated |
|  | [275:10]-[275:12] | Fragment, only answer designated |
|  | [282:1]-[282:7] | Fragment, only answer designated |
|  | [292:3]-[292:5] | Irrelevant |
|  | [298:5]-[298:16] | Fragment, only question designated |
|  | [299:8]-[299:12] | Fragment, only answer designated |
|  | [299:25]-[300] | Lack of foundation |
|  | [301:2]-[301:7] | Relevance and prejudice (MIL no.9) |
|  | [310:22]-[311:7] | Fragments; lack of foundation, calls for speculation |
|  | [347:21]-[347:24] | Fragment, only question designated |
|  | [362:5]-[362:8] | Relevance and prejudice (MIL no.9) |
|  | [363:3]-[363:6] | Relevance and prejudice (MIL no.9) |
| Douglas Watson (2/09/05) | [105:23]-[106:5] | Foundation |
|  | [107:17]-[107:25] | Argumentative; Improper comment of counsel |

| | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| | [108:19]-[108:24] | Foundation |
| | [183:11]-[183:16] | Relevance |
| | [184:1]-[184:3] | Relevance |
| | [192:17]-[192:20] | Improper comment of counsel; Mischaracterizes prior testimony |
| | [198:6]-[198:21] | Relevance; Argumentative |
| | [198:23]-[198:24] | Relevance; Argumentative |
| | [199:15]-[200:11] | Relevance; Argumentative |
| | [207:7]-[207:10] | Mischaracterizes prior testimony |
| | [239:9]-[239:18] | Foundation |
| | [240:2]-[240:20] | Hypothetical; Relevance; Calls for improper opinion |
| | [240:24]-[241:11] | Hypothetical; Relevance; Calls for improper opinion |
| | [241:14]-[241:18] | Hypothetical; Relevance; Calls for improper opinion |
| | [251:18] | Relevance |
| | [253:3]-[253:8] | Relevance |
| | [253:12]-[253:21] | Relevance |
| | [254:1]-[254:16] | Relevance |
| | [254:19]-[255:13] | Relevance |
| | [275:8]-[275:11] | Objection to form |
| | [280:5]-[280:17] | Incomplete |
| | [281:15]-[282:2] | Incomplete |
| | [283:15]-[284:24] | Hearsay; Relevance; Foundation |
| | [285:2]-[285:5] | Hearsay; Relevance; Foundation |
| | [285:7]-[285:10] | Relevance; Foundation |
| | [285:13]-[285:20] | Relevance; Foundation |
| | [288:15]-[289:6] | Relevance; Foundation |
| | [290:2]-[290:18] | Fragment |
| | [294:6]-[294:14] | Foundation |
| | [296:9]-[296:14] | Relevance |
| | [296:17]-[296:20] | Fragment; Relevance |
| | [308:22]-[308:24] | Misleading fragmented designation; Objection to form |
| | [309:7] | Misleading fragmented designation; Objection to form |
| | [322:8]-[322:10] | Improper fragmented designation |
| | [322:21]-[323:7] | Improper fragmented designation |
| | [331:1]-[331:4] | Fragmented |
| | [331:13]-[331:18] | Fragmented |
| | [337:17]-[337:20] | Argumentative; Improper comment of counsel |
| | [337:24]-[338:2] | Argumentative |

|  | Plaintiff's Designation | Merck's Objections |
|---|---|---|
| John Weeks (9/29/05) | [21:7]-[21:10] | Sidebar |
|  | [21:12]-[21:16] | FRE(s) 602, 802 |
|  | [22:1]-[22:5] | FRE(s) 701, 602 |
|  | [22:6]-[22:11] | FRE(s) 401, 402 |
|  | [22:12]-[22:16] | FRE(s) 401, 402, 403, 602 |
|  | [26:2]-[26:6] | FRE 602 |
|  | [26:18]-[26:22] | FRE 602 |
|  | [29:11]-[32:13] | FRE(s) 401, 402, 403 |
|  | [32:24]-[33:9] | FRE(s) 401, 402, 403, 602; Sidebar |
|  | [33:10]-[33:20] | FRE(s) 401, 402, 403, 802, 602 |
|  | [33:21]-[34:8] | FRE(s) 401, 402, 403, 802 |
|  | [34:9]-[34:22] | FRE(s) 401, 402, 403, 802, 602 |
|  | [34:23]-[35:9] | FRE(s) 401, 402, 403, 602 |
|  | [35:10]-[35:23] | FRE(s) 401, 402, 403, 602, 611 |
|  | [35:24]-[36:6] | FRE(s) 401, 402, 403, 602, 701, 802 |
|  | [36:7]-[36:10] | FRE(s) 611, 701 |
|  | [36:20]-[37:2] | FRE(s) 602, 611 |
|  | [37:8]-[37:13] | FRE(s) 403, 602, 611, 701 |
|  | [37:20]-[37:23] | FRE(s) 602, 611 |
|  | [37:25]-[38:12] | FRE(s) 611, 602 |
|  | [38:13]-[38:17] | FRE(s) 401, 402, 403, 611 |
|  | [38:18]-[38:20] | FRE(s) 602, 611 |
|  | [38:22]-[38:24] | FRE(s) 602, 611 |
|  | [57:23]-[58:18] | FRE 602 |
|  | [58:19]-[59:3] | FRE(s) 602, 802 |
|  | [61:15]-[61:18] | FRE(s) 401, 402, 802 |
|  | [65;13]-[65:17] | FRE 602 |
| Mary Weeks (9/29/05) | [11:21]-[12:3] | FRE(s) 401, 402, 403, 602 |
|  | [19:19]-[20:9] | Non-responsive |

**Counter-Designations**

| | Merck's Counter Designations |
|---|---|
| David Anstice<br><br>(3/16/05) | Page 187, Line 14 – Page 188, Line 3<br>Page 236, Line 10 – Page 237, Line 2<br>Page 248, Line 18 – Page 249, Line 10<br>Page 250, Line 8 – Page 250, Line 23<br>Page 278, Line 6 – Page 278, Line 20 |
| David Anstice<br><br>(3/18/05) | Page 819, Line 14 – Page 820, Line 1<br>Page 943, Line 4 – Page 943, Line 12 |
| David Anstice<br><br>(4/12/05) | Page 1043, Line 2 – Page 1048, Line 20<br>Page 1048, Line 22 – Page 1049, Line 7<br>Page 1049, Line 11 – Page 1052, Line 6<br>Page 1052, Line 12 – Page 1058, Line 11<br>Page 1059, Line 24 – Page 1061, Line 2<br>Page 1061, Line 16 – Page 1061, Line 22<br>Page 1061, Line 24 – Page 1062, Line 3 |
| Richard Aycock<br><br>(9/28/05) | Page 5, Lines 4 – 9<br>Page 12, Lines 11 -12<br>Page 12, Line 23 – Page 13, Line 9<br>Page 15, Lines 6 – 10<br>Page 17, Line 13 – Page 18, Line 9<br>Page 18, Lines 20 – 25<br>Page 20, Lines 3 – 5<br>Page 25, Line 23 – Page 26, Line 22<br>Page 27, Lines 2 – 7<br>Page 27, Lines 8 – 23<br>Page 27, Line 24 – Page 31, Line 19<br>Page 33, Lines 5 – 17<br>Page 33, Line 18 – Page 34, Line 14<br>Page 34, Line 21 – Page 35, Line 1<br>Page 35, Lines 18 – 24 |
| Eliav Barr<br>(1/28/05) | Page 10, Lines 21-24<br>Page 18, Lines 3-10<br>Page 18, Lines 17-19<br>Page 18, Line 23 – Page 19, Line 1<br>Page 19, Line 15 – Page 20, Line 12<br>Page 23, Line 20 – Page 24, Line 25<br>Page 25, Line 18 – Page 26, Line 11<br>Page 38, Line 6<br>Page 50, Lines 7-16<br>Page 108, Lines 5-14 |

| | Merck's Counter Designations |
|---|---|
| | Page 108, Line 18 – Page 109, Line 4<br>Page 134, Line 19 – Page 136, Line 4<br>Page 152, Line 10 – Page 154, Line 4<br>Page 176, Line 20 – Page 180, Line 3<br>Page 178, Line 10 – Page 179, Line 9<br>Page 196, Lines 3-10<br>Page 222, Lines 3-11<br>Page 224, Lines 14-23<br>Page 235, Line 10 – Page 237, Line 21<br>Page 238, Line 20 – Page 239, Line 2 |
| **Susan Baumgartner**<br>(2/25/05) | Page 10, Lines 2-8<br>Page 12, Line 14 – Page 13, Line 2<br>Page 13, Line 11 – Page 15, Line 13<br>Page 16, Lines 6-25<br>Page 22, Lines 6-19<br>Page 24, Lines 9-20<br>Page 28, Line 23 – Page 31, Line 14<br>Page 88, Lines 6-19<br>Page 89, Line 11 – Page 90, Line 2<br>Page 91, Lines 4-9<br>Page 113, Lines 6-18<br>Page 120, Lines 1-20<br>Page 159, Line 23 – Page 160, Line 7<br>Page 435, Lines 11-18 |
| **Susan Baumgartner**<br><br>(3/11/05) | Page 558, Line 4 – Page 563, Line 8<br>Page, 567, Line 25 – Page 573, Line 17<br>Page 574, Line 11 – Page 576, Line 1 |
| **Gregory Bell**<br>(11/10/04) | Page 134, Lines 6 – 14<br>Page 134, Line 16 – Page 135, Line 6<br>Page 143, Lines 3-5<br>Page 143, Lines 7-22<br>Page 236, Line 14 – Page 237, Line 11<br>Page 239, Line 22 – Page 240, Line 2<br>Page 240, Lines 4-12<br>Page 255, Lines 12-21<br>Page 255, Line 24 – Page 256, Line 2<br>Page 256, Lines 5-7<br>Page 256, Lines 9-11<br>Page 256, Lines 13-15<br>Page 256, Lines 18-19<br>Page 256, Lines 21-25<br>Page 257, Lines 3-11<br>Page 257, Lines 12-15 |

|  | Merck's Counter Designations |
|---|---|
|  | Page 257, Lines 18-21<br>Page 257, Line 24 – Page 260, Line 6<br>Page 260, Lines 9-14<br>Page 260, Line 16 – Page 261, Line 5 |
| Thomas Bold<br>(3/11/05) | Page 35, Lines 19-25<br>Page 47, Lines 11-22<br>Page 64, Line 23 – Page 65, Line 1<br>Page 65, Line 22 – Page 66, Line 13<br>Page 69, Line 22 – Page 70, Line 17<br>Page 101, Line 2 – Page 102, Line 7<br>Page 102, Line 22 – Page 103, Line 3<br>Page 111, Line 2 – Page 112, Line 1<br>Page 167, Lines 8-12<br>Page 186, Lines 8-15<br>Page 187, Lines 1-9<br>Page 212, Lines 6-10<br>Page 214, Lines 1-19 |
| Thomas Casola<br>(5/21/03) | Page 11, Line 23 – Page 12, Line 10<br>Page 12, Lines 17-24<br>Page 13, Lines 15-20<br>Page 13, Line 24 – Page 14, Line 3 |
| Thomas Casola<br>(6/24/04) | Page 14, Lines 16-22<br>Page 18, Lines 5-9<br>Page 18, Lines 12-14<br>Page 18, Lines 18-24<br>Page 20, Lines 19-23<br>Page 23, Lines 18-23<br>Page 34, Lines 17-23<br>Page 35, Lines 6-10<br>Page 37, Lines 8-13<br>Page 41, Lines 12-15<br>Page 42, Lines 8-16<br>Page 44, Lines 4-10<br>Page 44, Lines 15-20<br>Page 45, Lines 21-22<br>Page 46, Lines 6-12<br>Page 46, Lines 13-17<br>Page 46, Line 21 – Page 47, Line 10<br>Page 48, Lines 6-9<br>Page 51, Lines 4-9<br>Page 54, Lines 17-21<br>Page 55, Line 21 – Page 56, Line 4<br>Page 60, Lines 3-5 |

| | Merck's Counter Designations |
|---|---|
| | Page 63, Lines 16-19 |
| | Page 63, Lines 21-24 |
| | Page 68, Lines 4-7 |
| | Page 68, Lines 9-10 |
| | Page 68, Lines 11-12 |
| | Page 74, Lines 12-22 |
| | Page 75, Line 23 – Page 76, Line 8 |
| | Page 81, Line 16 |
| | Page 82, Lines 5-8 |
| | Page 85, Lines 6-16 |
| | Page 85, Line 20 |
| | Page 85, Lines 22-23 |
| | Page 86, Lines 8-9 |
| | Page 88, Lines 3-9 |
| | Page 88, Line 20 – Page 89, Line 11 |
| | Page 90, Lines 12-19 |
| | Page 94, Line 8 |
| | Page 94, Line 10 |
| | Page 99, Lines 2-3 |
| | Page 107, Lines 22-25 |
| | Page 108, Line 11 |
| | Page 113, Line 23 – Page 114, Line 6 |
| | Page 142, Lines 6-22 |
| | Page 150, Line 8-21 |
| | Page 151, Line 24 – Page 152, Line 8 |
| | Page 157, Lines 13-17 |
| | Page 157, Lines 19-24 |
| | Page 160, Lines 9-21 |
| | Page 164, Lines 15-16 |
| | Page 165, Lines 8-21 |
| | Page 167, Lines 4-8 |
| | Page 173, Line 22 – Page 174, Line 21 |
| | Page 175, Lines 16-18 |
| | Page 176, Lines 13-18 |
| | Page 177, Line 25 – Page 178, Line 3 |
| | Page 181, Lines 20-25 |
| | Page 187, Lines 13-15 |
| | Page 190, Lines 6-11 |
| | Page 190, Lines 13-23 |
| | Page 190, Line 25 – Page 192, Line 24 |
| | Page 194, Lines 18-21 |
| | Page 195, Line 20 – Page 196, Line 2 |
| | Page 198, Line 20 |
| | Page 198, Line 22 – Page 199, Line 5 |

|  | Merck's Counter Designations |
|---|---|
|  | Page 199, Line 25 – Page 200, Line 10<br>Page 200, Lines 17-20 |
| Brian Daniels<br>(10/20/04) | Page 64, Line 5 – Page 67, Line 18<br>Page 101, Line 22 – Page 102, Line 17<br>Page 146, Line 4 – Page 147, Line 15<br>Page 154, Line 15 – Page 156, Line 12<br>Page 213, Line 23 – Page 215, Line 23 |
| Wendy Dixon<br>(1/19/05) | Page 18, Line 8 – Page 19, Line 17<br>Page 19, Line 22 – Page 20, Line 16<br>Page 20, Line 25 – Page 21, Line 20<br>Page 25, Lines 20-22<br>Page 26, Lines 3-12<br>Page 33, Line 13 – Page 34, Line 4<br>Page 64, Lines 12-14<br>Page 64, Line 24 – Page 65, Line 4<br>Page 73, Lines 5-10<br>Page 101, Lines 20-23<br>Page 104, Lines 10-25<br>Page 120, Lines 7-16<br>Page 139, Lines 18-19<br>Page 151, Line 25 – Page 152, Line 9<br>Page 175, Lines 3-24<br>Page 186, Lines 20-23<br>Page 239, Lines 4-14 |
| Wendy Dixon<br>(1/20/05) | Page 327, Lines 1-11<br>Page 327, Line 21 – Page 328, Line 3<br>Page 328, Line 13<br>Page 328, Line 20 – Page 329, Line 2<br>Page 372, Lines 2-18<br>Page 418, Line 22 – Page 419, Line 6<br>Page 420, Line 10 – Page 421, Line 4<br>Page 433, Lines 14-18<br>Page 433, Line 19 – Page 434, Line 19<br>Page 436, Lines 16-23<br>Page 442, Lines 19-25<br>Page 443, Lines 16-25<br>Page 457, Lines 12-17<br>Page 458, Lines 7-15 |
| Wendy Dixon<br>(2/18/05) | Page 512, Line 10<br>Page 524, Lines 23-24<br>Page 525, Lines 10-25<br>Page 529, Line 22 – Page 530, Line 6<br>Page 568, Line 23 – Page 569, Line 20 |

|  | Merck's Counter Designations |
|---|---|
| James Dunn<br>(11/07/02) | Page 22, Lines 1-7<br>Page 27, Line 17 – Page 28, Line 8<br>Page 36, Line 21 – Page 37, Line 13<br>Page 41, Lines 11-14<br>Page 41, Line 23 – Page 42, Line 3<br>Page 45, Lines 14-17<br>Page 52, Lines 4-24<br>Page 53, Lines 11-17<br>Page 58, Lines 4-8<br>Page 58, Lines 11-17<br>Page 59, Lines 15-16<br>Page 59, Line 19 – Page 60, Line 3<br>Page 60, Lines 6-10<br>Page 60, Lines 12-18<br>Page 60, Line 21 – Page 61, Line 3<br>Page 61, Lines 6-13<br>Page 78, Line 24 – Page 79, Line 6<br>Page 79, Line 26<br>Page 92, Line 23 – Page 93, Line 9<br>Page 117, Lines 15-16<br>Page 119, Lines 4-7<br>Page 119, Lines 10-23<br>Page 120, Lines 1-6<br>Page 124, Lines 5-12<br>Page 130, Line 20 – Page 131, Line 3<br>Page 139, Lines 12-16<br>Page 145, Line 24 – Page 146, Line 3<br>Page 146, Lines 6-14<br>Page 151, Lines 4-25<br>Page 156, Lines 8-10<br>Page 156, Line 13<br>Page 160, Lines 14-19<br>Page 161, Lines 7-8<br>Page 161, Lines 11-13<br>Page 162, Lines 12-13<br>Page 162, Lines 16-22<br>Page 163, Line 24 – Page 164, Line 2<br>Page 164, Lines 5-9<br>Page 164, Lines 11-14<br>Page 164, Lines 16-19<br>Page 165, Lines 10-13<br>Page 165, Lines 17-22<br>Page 165, Line 24 – Page 166, Line 2<br>Page 166, Lines 4-7 |

| | Merck's Counter Designations |
|---|---|
| | Page 166, Line 9<br>Page 166, Line 23<br>Page 166, Line 25 – Page 167, Line 10<br>Page 167, Lines 17-19<br>Page 167, Line 22 – Page 168, Line 8<br>Page 175, Line 22 – Page 176, Line 4 |
| **James Dunn**<br>(2/21/03) | Page 7, Line 23 – Page 8, Line 2<br>Page 8, Lines 8-9<br>Page 14, Lines 4-6<br>Page 14, Lines 9-13<br>Page 19, Lines 13-20<br>Page 24, Line 24 – Page 6<br>Page 26, Lines 4-10<br>Page 26, Lines 16-19<br>Page 28, Line 13 – Page 29, Line 15<br>Page 28, Lines 18-24<br>Page 31, Lines 15-16<br>Page 31, Lines 21-22<br>Page 42, Lines 12-15<br>Page 42, Lines 17-21<br>Page 50, Lines 6-12<br>Page 50, Line 15 – Page 51, Line 14<br>Page 53, Line 24 – Page 54, Line 3<br>Page 54, Lines 14-15<br>Page 58, Line 24 – Page 59, Line 8<br>Page 63, Lines 2-10<br>Page 64, Lines 3-7<br>Page 72, Lines 10-17<br>Page 72, Lines 20-25<br>Page 73, Line 4<br>Page 75, Lines 2-7<br>Page 77, Lines 5-11<br>Page 81, Lines 2-12<br>Page 82, Line 8 – Page 83, Line 5<br>Page 95, Line 24 – Page 96, Line 5<br>Page 111, Lines 3-10<br>Page 112, Lines 12-14<br>Page 112, Lines 17-23<br>Page 118, Line 16<br>Page 118, Lines 19-22<br>Page 127, Lines 9-23<br>Page 130, Lines 4-6<br>Page 144, Line 25 – Page 145, Line 23<br>Page 158, Line 23 – Page 159, Line 10 |

|  | Merck's Counter Designations |
|---|---|
|  | Page 159, Lines 13-17<br>Page 159, Line 20 – Page 160, Line 11<br>Page 160, Line 14 – Page 161, Line 11<br>Page 161, Line 15-21<br>Page 161, Line 24 – Page 162, Line 2 |
| Elliott Ehrich<br>(10/21/04) | Page 92, Line 3 – Page 93, Line 13<br>Page 96, Lines 8-24<br>Page 111, Line 1 – Page 112, Line 15 |
| Barry Gertz<br>(8/27/03) | Page 40, Line 22 – Page 41, Line 6<br>Page 55, Line 22 – Page 56, Line 5<br>Page 83, Line 25 – Page 84, Line 4<br>Page 85, Line 23 – Page 86, Line 2<br>Page 93, Line 22 – Page 94, Line 6 |
| Barry Gertz<br>(8/15-16/05) | Page 46, Line 22 - Page 47, Line 6<br>Page 53, Line 24 - Page 54, Line 14<br>Page 71, Lines 13 - 15<br>Page 85, Line 18 - Page 86, Line 12<br>Page 98, Lines 7 - 11<br>Page 117, Line 10 - Page 118, Line 1<br>Page 140, Lines 6 - 13<br>Page 156, Line 7 - Page 157, Line 1<br>Page 160, Line 12 - Page 161, Line 7<br>Page 163, Line 12 - Page 164, Line 9<br>Page 169, Line 21 - Page 170, Line 12<br>Page 190, Line 12 - Page 191, Line 10<br>Page 193, Line 19 - Page 194, Line 7<br>Page 196, Line 9 - Page 197, Line 1<br>Page 197, Lines 8 - 11<br>Page 197, Line 15 - Page 198, Line 7<br>Page 207, Lines 3 - 9<br>Page 249, Lines 13 - 17<br>Page 254, Lines 2 - 5<br>Page 254, Line 9 - Page 255, Line 2<br>Page 256, Line 11 - Page 261, Line 22<br>Page 299, Lines 4 - 10<br>Page 299, Line 23 - Page 300, Line 7<br>Page 362, Lines 4 - 15<br>Page 374, Line 1 - Page 376, Line 11<br>Page 378, Line 21 - Page 380, Line 22<br>Page 494, Line 4 - Page 495, Line 21<br>Page 496, Lines 1 - 6<br>Page 500, Line 15 - Page 501, Line 6<br>Page 525, Lines 16 - 22<br>Page 536, Line 23 - Page 537, Line 3 |

|  | **Merck's Counter Designations** |
|---|---|
|  | Page 540, Line 11 - Page 541, Line 1<br>Page 557, Line 1 - Page 558, Line 6<br>Page 560, Line 25 - Page 561, Line 20<br>Page 583, Line 7 - Page 584, Line 2<br>Page 604, Line 12 - Page 605, Line 10<br>Page 632, Line 21 - Page 638, Line 17<br>Page 638, Line 22 - Page 639, Line 5<br>Page 640, Line 21 - Page 641, Line 22 |
| **Raymond Gilmartin**<br>(3/24/05) | Page 34, Line 20 – Page 35, Line 3<br>Page 55, Line 19 – Page 56, Line 19<br>Page 79, Line 25 – Page 80, Line 1<br>Page 111, Lines 1-21<br>Page 112, Lines 13-19<br>Page 121, Lines 8-14<br>Page 159, Lines 2-9<br>Page 229, Lines 9-13<br>Page 240; Lines 7-25<br>Page 278, Lines 7-15 |
| **Raymond Gilmartin**<br><br>(4/11/05) | Page 475, Line 19 – Page 476, Line 5<br>Page 476, Line 12 – Page 477, Line 12<br>Page 482, Lines 2-15<br>Page 538, Line 17 – Page 540, Line 1<br>Page 551, Line 25 – Page 552, Line 10<br>Page 553, Line 18 – Page 556, Line 15<br>Page 556, Lines 3-15<br>Page 34, Line 20 – Page 35, Line 3<br>Page 55, Line 19 – Page 56, Line 19<br>Page 79, Line 25 – Page 80, Line 1<br>Page 111, Lines 1-21<br>Page 112, Lines 13-19<br>Page 121, Lines 8-14<br>Page 159, Lines 2-9<br>Page 229, Lines 9-13<br>Page 240, Lines 7-25<br>Page 278, Lines 7-15 |
| **Raymond Gilmartin**<br>(4/18/05) | Page 30, Line 19 – Page 31, Line 5<br>Page 59, Lines 1-15 |
| **Leslie Goldstein**<br>(9/23/05) | Page 4, Lines 17 – 23<br>Page 9, Lines 20 – 21<br>Page 14, Lines 21 – 24<br>Page 15, Lines 6 – 21<br>Page 15, Lines 22 – 24 |