|  | Merck's Counter Designations |
|---|---|
|  | Page 16, Lines 8 – 15<br>Page 17, Lines 6 – 20<br>Pages 20, Lines 3 – 7<br>Page 20, Lines 24 – Page 21, Line 5<br>Page 21, Line 24 – Page 22, Line 6<br>Page 23, Lines 6 – 20<br>Page 28, Lines 2 – 17<br>Page 29, Lines 18 – 23<br>Page 30, Lines 3 – 5<br>Page 30, Lines 19 – 21<br>Page 31, Line 16 – Page 32, Line 1<br>Page 32, Lines 8 – 17<br>Page 33, Lines 8 – 24<br>Page 33, Line 25 – Page 34, Line 2<br>Page 34, Lines 7 – 15<br>Page 35, Lines 5 – 10<br>Page 38, Line 13 – Page 29, Line 4<br>Page 42, Lines 13 – 25 |
| Peter Honig<br>(8/8-9/05) | Page 144, line 11 - Page 145, line 18<br>Page 146, line 22 - Page 148, line 9<br>Page 158, line 13 - Page 160, line 6<br>Page 368, line 22 - Page 369, line 8 |
| Barry Kass<br>(9/28/05) | Page 12, Lines 6 – 21<br>Page 13, Line 23 – Page 14, Line 9<br>Page 15, Lines 2 – 4<br>Page 24, Lines 11 – 22<br>Page 25, Lines 1 – 22<br>Page 25, Line 24 – Page 26, Line 24<br>Page 27, Lines 8 – 15<br>Page 27, Line 20 – Page 29, Line 5<br>Page 32, Lines 7 – 24 |
| Peter Kim<br>(3/15/05) | Page 32, Line 15 – Page 33, Line 5<br>Page 34, Line 20 – Page 35, Line 24<br>Page 37, Line 21 – Page 38, Line 4<br>Page 52, Line 17 – Page 55, Line 3<br>Page 55, Line 15<br>Page 57, Lines 9-19<br>Page 63, Lines 14-23<br>Page 113, Line 25 – Page 115, Line 5<br>Page 125, Lines 4-15<br>Page 126, Line 23 – Page 127, Line 11 |

790913v.1

|  | **Merck's Counter Designations** |
|---|---|
|  | Page 127, Lines 15-18<br>Page 130, Lines 12-20<br>Page 135, Line 9 – Page 136, Line 17<br>Page 173, Line 2 – Page 174, Line 1<br>Page 209, Line 17 – Page 209, Line 23 |
| **Peter Kim**<br>(3/16/05) | Page 365, Lines 1-7<br>Page 494, Lines 22-25<br>Page 546, Lines 17-18 |
| **Peter Kim**<br>(4/08/05) | Page 649, Lines 21-22<br>Page 667, Lines 8-24<br>Page 672, Lines 7-24<br>Page 674, Line 22 – Page 675, Line 9<br>Page 677, Lines 2-15<br>Page 716, Line 20 – Page 717, Line 1<br>Page 719, Lines 4-16<br>Page 720, Lines 3-24<br>Page 740, Lines 1-5 |
| **Peter Kim**<br>(4/21/05) | Page 14, Line 18 – Page 15, Line 8<br>Page 50, Line 17 – Page 52, Line 1<br>Page 55, Line 19 – Page 56, Line 4<br>Page 62, Lines 13-24<br>Page 65, Lines 13-18<br>Page 66, Lines 4-19<br>Page 75, Lines 14-18<br>Page 79, Line 14 – Page 80, Line 1<br>Page 90, Lines 5-24<br>Page 93, Lines 9-18<br>Page 111, Line 16 – Page 112, Line 5 |
| **Charlotte McKines**<br>(8/3/05) | Page 79, Lines 2 – 4<br>Page 81, Lines 6 – 8<br>Page 101, Line 15 – Page 102, Line 19<br>Page 126, Lines 8 – 11<br>Page 127, Lines 16 – 20<br>Page 128, Lines 8 – 19<br>Page 130, Line 21 – Page 131, Line 5<br>Page 131, Lines 16 – 23<br>Page 132, Lines 17 – 25<br>Page 209, Lines 4 – 13<br>Page 210, Lines 7 – 15<br>Page 216, Line 1 |
| **Charlotte McKines**<br>(8/4/05) | Page 375, Line 9<br>Page 380, Lines 22 – 23<br>Page 390, Lines 5 – 6<br>Page 392, Lines 21 – 22 |

|  | Merck's Counter Designations |
|---|---|
|  | Page 394, Lines 15 – 16<br>Page 396, Lines 12 – 13<br>Page 418, Lines 23 – 24<br>Page 420, Lines 15 – 16<br>Page 429, Lines 5 – 8<br>Page 432, Lines 1 – 5<br>Page 434, Line 5 – Page 435, Line 1<br>Page 440, Line 24 – Page 441, Line 4<br>Page 446, Lines 10 – 13<br>Page 448, Lines 5 – 7<br>Page 478, Lines 10 – 16 |
| Briggs Morrison<br>(2/16/05) | Page 121, Line 9 – Page 122, Line 15<br>Page 123, Line 9 – Page 124, Line 1<br>Page 126, Line 21 – Page 127, Line 9<br>Page 179, Line 10 – Page 182, Line 12<br>Page 214, Line 4 – Page 221, Line 13<br>Page 257, Lines 19 – 22<br>Page 291, Line 17 – Page 292, Line 2<br>Page 301, Line 18 – Page 302, Line 10 |
| Briggs Morrison<br>(2/18/05) | Page 441, Line 20 – Page 442, Line 8<br>Page 446, Lines 16 – 22<br>Page 453, Line 7 – Page 454, Line 6<br>Page 472, Line 23 – Page 473, Line 20<br>Page 499, Lines 18 – 23<br>Page 500, Line 21 – Page 501, Line 19<br>Page 504, Line 18 – Page 505, Line 23<br>Page 507, Line 8 – Page 509, Line 19<br>Page 522, Line 19 – Page 523, Line 17 |
| Thomas Musliner<br>(11/5/04) | Page 33, Line 11 – Page 35, Line 24<br>Page 39, Lines 4-23<br>Page 80, Lines 11-24 |
| Jennifer Ng<br>(1/21/05) | Page 62, Lines 2-25<br>Page 180, Lines 4-11<br>Page 180, Line 22 – Page 181, Line 9 |
| Alan Nies<br>(3/02/05) | Page 22, Line 20 – Page 23, Line 9<br>Page 29, Line 25 – Page 30, Line 10<br>Page 72, Lines 16-20<br>Page 74, Lines 6-23<br>Page 34, Line 7 – Page 36, Line 18<br>Page 80, Lines 1-14<br>Page 135, Line 21 – Page 136, Line 3<br>Page 153, Lines 3-9<br>Page 160, Line 25 – Page 161, Line 22 |

| | Merck's Counter Designations |
|---|---|
| | Page 207, Lines 11-17<br>Page 211, Line 5 – Page 212, Line 2<br>Page 280, Line 21 – Page 282, Line 1 |
| Alan Nies<br>(4/1/05) | Page 492, Lines 4-9<br>Page 520, Lines 5-10<br>Page 520, Lines 17-19<br>Page 531, Lines 4-5 |
| Alise Reicin<br>(3/02/05) | Page 29, Lines 3-10<br>Page 35, Lines 10-21<br>Page 38, Lines 5-10<br>Page 81, Lines 1-11<br>Page 88, Lines 8-15<br>Page 92, Line 20 – Page 93, Line 14<br>Page 110, Lines 6-13<br>Page 110, Line 19 – Page 111, Line 11<br>Page 113, Lines 4-11<br>Page 114, Line 19 – Page 115, Line 7<br>Page 171, Lines 7-9<br>Page 172, Lines 3-18<br>Page 212, Lines 10-22<br>Page 243, Lines 6-15<br>Page 253, Lines 2-12<br>Page 280, Lines 9-13<br>Page 281, Line 19 – Page 282, Line 6<br>Page 287, Line 25 – Page 288, Line 14 |
| Alise Reicin<br>(3/23/05) | Page 310, Lines 6-20<br>Page 311, Lines 11-16<br>Page 311, Line 25 – Page 312, Line 25<br>Page 313, Lines 6-20<br>Page 315, Lines 10-23<br>Page 319, Lines 1-6<br>Page 319, Lines 13-21<br>Page 322, Line 24 – Page 323, Line 2<br>Page 325, Line 24 – Page 326, Line 6<br>Page 335, Lines 7-8<br>Page 355, Lines 9-13<br>Page 384, Lines 20-24<br>Page 388, Lines 16-19<br>Page 399, Line 21-24<br>Page 405, Lines 3-7<br>Page 429, Line 24 – Page 430, Line 8<br>Page 437, Lines 17-21<br>Page 440, Lines 3-8<br>Page 443, Lines 11-15 |

|  | **Merck's Counter Designations** |
|---|---|
|  | Page 443, Lines 21-24 |
|  | Page 446, Lines 11-16 |
|  | Page 461, Lines 3-9 |
|  | Page 466, Lines 5-10 |
|  | Page 467, Lines 4-9 |
|  | Page 467, Lines 19-21 |
|  | Page 478, Line 25 – Page 479, Line 8 |
|  | Page 486, Lines 12-17 |
|  | Page 487, Lines 11-16 |
|  | Page 489, Line 9 |
|  | Page 492, Line 19 – Page 493, Line 5 |
|  | Page 493, Lines 14-17 |
|  | Page 493, Lines 20-22 |
|  | Page 497, Lines 6-14 |
|  | Page 497, Lines 19-22 |
|  | Page 499, Lines 8-12 |
|  | Page 500, Line 11 |
|  | Page 507, Lines 18-19 |
|  | Page 511, Lines 21 – Page 512, Line 16 |
|  | Page 518, Lines 22-24 |
|  | Page 519, Lines 2-3 |
|  | Page 524, Lines 5-7 |
|  | Page 535, Lines 12-13 |
|  | Page 536, Lines 1-6 |
|  | Page 552, Line 23 – Page 553, Line 1 |
|  | Page 553, Lines 12-20 |
|  | Page 553, Line 24 – Page 554, Line 2 |
|  | Page 554, Lines 9-13 |
|  | Page 555, Lines 12-15 |
|  | Page 556, Lines 9-16 |
|  | Page 560, Lines 5-7 |
|  | Page 563, Lines 8-14 |
|  | Page 564, Lines 21-22 |
|  | Page 575, Line 25 – Page 576, Line 2 |
|  | Page 576, Lines 9-15 |
|  | Page 602, Lines 6-10 |
|  | Page 607, Line 24 – Page 608, Line 1 |
| **Alise Reicin** (5/27/05) | Page 17, Lines 5-9 |
|  | Page 26, Lines 10-16 |
|  | Page 31, Line 9 – Page 32, Line 2 |
|  | Page 50, Lines 10-20 |
|  | Page 67, Line 19 – Page 68, Line 7 |
|  | Page 71, Line 24 – Page 72, Line 4 |
|  | Page 184, Lines 8-15 |

790913v.1

|  | Merck's Counter Designations |
|---|---|
| Nancy Santanello (8/10/04) | Page 11, Lines 11-23<br>Page 13, Lines 21-22<br>Page 21, Lines 8-20<br>Page 22, Line 24-Line 25<br>Page 23, Lines 1-15<br>Page 25, Line 8 – Page 26, Line 1<br>Page 28, Line 17 – Page 36, Line 2<br>Page 38, Line 20 – Page 40, Line 9<br>Page 55, Lines 1-14<br>Page 67, Line 2 – Page 68, Line 19<br>Page 71, Lines 17-25<br>Page 77, Line 9 – Page 78, Line 12<br>Page 79, Lines 7-24<br>Page 86, Line 13 – Page 87, Line 1<br>Page 88, Line 20 – Page 89, Line 18<br>Page 91, Line 24 – Page 92, Line 7<br>Page 95, Line 24 – Page 96, Line 8<br>Page 99, Line 15 – Page 102, Line 8 |
| Adam Schechter (9/13/02) | Page 6, Line 12 – Page 8, Line 13<br>Page 78 Line 13 – Page 79, Line 6<br>Page 86, Line 14 – Page 87, Line 4<br>Page 90, Lines 14-21<br>Page 189, Line 5 – Page 190, Line 16<br>Page 190, 19 – Page 191, Line 19 |
| Adam Schechter (9/23/03) | Page 135, Line 10 – Page 136, Line 3<br>Page 181, Line 24 – Page 182, Line 3<br>Page 189, Line 10 – Page 190, Line 3<br>Page 190, Line 5 – Page 191, Line 4<br>Page 191, Line 19 – Page 192, Line 8<br>Page 192, Lines 10-22 |
| Adam Schechter (12/10/04) | Page 18, Lines 4-8<br>Page 31, Line 15 – Page 33, Line 2<br>Page 33, Line 15 – Page 34, Line 4<br>Page 85, Line 17 – Page 86, Line 13<br>Page 148, Lines 4-5<br>Page 152, Lines 7-8<br>Page 152, Lines 11-20<br>Page 228, Line 5 – Page 229, Line 17 |
| Allesha Schirmer (10/4/05) | Page 5, Lines 20 – 22<br>Page 6, Lines 1 – 6<br>Page 13, Lines 4 – 7<br>Page 13, Lines 8 – 12<br>Page 14, Lines 17 – 19<br>Page 14, Lines 25 – Page 15, Line 2 |

| | **Merck's Counter Designations** |
|---|---|
| | Page 15, Lines 19 – 23<br>Page 16, Lines 7 – 8<br>Page 17, Lines 2 – 10<br>Page 18, Lines 15 – 19<br>Page 19, Lines 6 – 19<br>Page 22, Line 19 – Page 23, Line 1<br>Page 24, Line 24 – Page 25, Line 1<br>Page 34, Line 19 – Page 35, Line 3<br>Page 37, Line 1 – Page 38, Line 3<br>Page 39, Line 9 – Page 40, Line 4<br>Page 40, Line 13 – Page 41, Line 6<br>Page 43, Line 22 – Page 45, Line 13<br>Page 45, Lines 16 – 21<br>Page 46, Line 14 – Page 27, Line 1<br>Page 48, Line 14 – Page 50, Line 23<br>Page 51, Lines 7 – 9<br>Page 53, Lines 3 – 7<br>Page 53, Line 8 – Page 54, Line 15<br>Page 55, Lines 7 – 14<br>Page 55, Lines 21 – 25<br>Page 56, Line 21 – Page 57, Line 23<br>Page 57, Line 24 – Page 58, Line 8<br>Page 58, Line 9 – Page 59, Line 22<br>Page 60, Lines 1 – 4<br>Page 60, Line 9 – Page 61, Line 4<br>Page 62, Lines 1 – 9<br>Page 63, Lines 6 – 10<br>Page 63, Lines 13 – 16<br>Page 63, Lines 21 – 25<br>Page 64, Line 18 – Page 65, Line 9<br>Page 66, Line 6 – Page 67, Line 1<br>Page 67, Lines 13 – 22<br>Page 67, Line 23 – Page 68, Line 5<br>Page 68, Lines 6 – 15<br>Page 68, Lines 22 – 25<br>Page 69, Lines 7 – 13<br>Page 70, Line 7 – Page 71, Line 8 |
| **Christopher Schirmer** (9/6/05) | Page 4, Line 24 – Page 6, Line 19<br>Page 18, Line 12 – Page 24, Line 5<br>Page 25, Line 10 – Page 26, Line 1<br>Page 26, Lines 13 – 19<br>Page 27, Line 24 – Page 28, Line 3<br>Page 28, Lines 18 – 23 |

| | Merck's Counter Designations |
|---|---|
| | Page 30, Lines 17 – 20 |
| | Page 35, Line 1 – Page 36, Line 25 |
| | Page 37, Line 9 – Page 38, Line 7 |
| | Page 38, Line 20 – Page 39, Line 2 |
| | Page 39, Lines 7 – 11 |
| | Page 40, Lines 1 – 15 |
| | Page 40, Line 22 – Page 41, Line 6 |
| | Page 42, Lines 10 – 19 |
| | Page 43, Lines 2 – 8 |
| | Page 44, Line 25 – Page 45, Line 2 |
| | Page 45, Line 25 – Page 47, Line 11 |
| | Page 48, Line 24 – Page 49, Line 1 |
| | Page 49, Line 13 – Page 53, Line 4 |
| | Page 53, Lines 12 – 14 |
| | Page 54, Line 3 – Page 55, Line 5 |
| | Page 55, Line 15 – Page 56, Line 20 |
| | Page 58, Line 6 – Page 59, Line 23 |
| | Page 64, Lines 2 – 12 |
| | Page 65, Line 9 – Page 66, Line 13 |
| | Page 68, Lines 10 – 21 |
| | Page 87, Line 16 – Page 88, Line 7 |
| | Page 88, Lines 11 – 13 |
| | Page 88, Line 19 – Page 89, Line 1 |
| | Page 90, Lines 5 – 14 |
| | Page 90, Line 22 – Page 91, Line 21 |
| | Page 92, Line 23 – Page 93, Line 6 |
| | Page 93, Lines 21 – 25 |
| **Edward Scolnick** (3/19/01) | Page 86, Line 22 – Page 87, Line 3 |
| | Page 93, Lines 14-19 |
| | Page 97, Lines 7-14 |
| | Page 103, Lines 5-25 |
| | Page 122, Lines 19-25 |
| | Page 180, Line 16 – Page 181, Line 8 |
| | Page 194, Line 13 – Page 195, Line 7 |
| | Page 235, Line 19 – Page 236, Line 4 |
| **Edward Scolnick** (1/30/03) | Page 72, Line 23 – Page 73, Line 11 |
| | Page 82, Lines 4-6 |
| | Page 220, Lines 16-21 |
| | Page 285, Line 10 – Page 288, Line 8 |
| **Edward Scolnick** (3/22/05) | Page 74, Line 21 – Page 75, Line 2 |
| | Page 98, Lines 7-9 |
| | Page 103, Lines 1-20 |
| | Page 118, Line 12 – Page 119, Line 3 |
| | Page 122, Lines 5-15 |

| | Merck's Counter Designations |
|---|---|
| | Page 123, Lines 9-21 |
| | Page 146, Line 6 – Page 147, Line 4 |
| | Page 152, Lines 12-16 |
| | Page 157, Line 15 – Page 158, Line 14 |
| | Page 159, Line 18 – Page 160, Line 6 |
| | Page 185, Line 14 – Page 186, Line 7 |
| | Page 189, Lines 2-16 |
| | Page 213, Lines 12-19 |
| | Page 234, Lines 4-10 |
| | Page 237, Line 8 – Page, 239, Line 3 |
| | Page 245, Lines 10-18 |
| | Page 274, Line 3 – Page 277, Line 15 |
| | Page 279, Line 23 – Page 280, Line 11 |
| | Page 280, Lines 17-23 |
| | Page 286, Lines 8-21 |
| | Page 309, Line 22 – Page 310, Line 12 |
| Edward Scolnick (4/29/05) | Page 34, Lines 2-7 |
| | Page 42, Line 19 – Page 43, Line 3 |
| | Page 50, Line 15 – Page 52, Line 8 |
| | Page 115, Lines 12-16 |
| | Page 134, Lines 12-17 |
| | Page 149, Line 9 – Page 150, Line 16 |
| | Page 152, Lines 1-9 |
| | Page 158, Line 24 – Page 159, Line 23 |
| | Page 160, Lines 14-19 |
| | Page 167, Line 25 – Page 168, Line 9 |
| | Page 221, Line 15 – Page 222, Line 6 |
| | Page 222, Lines 22-25 |
| | Page 223, Line 24 – Page 225, Line 1 |
| | Page 225, Lines 10-16 |
| | Page 225, Line 21 – Page 226, Line 1 |
| | Page 230, Lines 17-25 |
| | Page 231, Lines 14-15 |
| | Page 232, Lines 5-7 |
| | Page 232, Lines 12-19 |
| | Page 233, Lines 7-19 |
| | Page 235, Lines 4-11 |
| | Page 235, Lines 14-16 |
| | Page 236, Line 25 – Page 237, Line 18 |
| | Page 238, Lines 13-18 |
| | Page 241, Line 22 – Page 242, Line 19 |
| | Page 244, Lines 19-25 |
| | Page 248, Lines 7-9 |
| | Page 248, Lines 16-23 |

|  | Merck's Counter Designations |
| --- | --- |
|  | Page 254, Lines 21-23<br>Page 255, Lines 1-14<br>Page 268, Line 22 – Page 269, Line 10<br>Page 277, Line 2 – Page 278, Line 2<br>Page 290, Line 16 – Page 291, Line 9<br>Page 302, Lines 7-12<br>Page 306, Lines 14-19<br>Page 326, Lines 12-16<br>Page 329, Lines 5-6<br>Page 329, Lines 19-24<br>Page 341, Line 21 – Page 342, Line 5<br>Page 348, Lines 14-24<br>Page 355, Lines 6-13<br>Page 357, Line 18 – Page 358, Line 8<br>Page 366, Lines 11-13<br>Page 376, Lines 13-24 |
| Edward Scolnick<br>(5/17/05) | Page 444, Line 22 – Page 445, Line 1<br>Page 463, Line 17 – Page 464, Line 8<br>Page 468, Line 9<br>Page 469, Line 22<br>Page 476, Line 13<br>Page 523, Lines 10-11<br>Page 531, Lines 9-10<br>Page 586, Lines 10-11<br>Page 588, Lines 1-10<br>Page 681, Lines 14-17<br>Page 696, Lines 10-19 |
| Edward Scolnick<br>(6/1/05) | Page 742, Lines 15-24<br>Page 747, Lines 4-22<br>Page 766, Lines 21-23<br>Page 785, Lines 23-25<br>Page 790, Lines 18-19<br>Page 805, Lines 4-6 |
| Beth C. Seidenberg<br><br>(10/07/04) | Page 33, Lines 18-23<br>Page 56, Line 18 – Page 57, Line 24<br>Page 71, Lines 9-22<br>Page 97, Line 13 – Page 98, Line 5<br>Page 104, Line 16 – Page 105, Line 9<br>Page 159, Lines 7-21<br>Page 214, Lines 21-24<br>Page 285, Lines 14-18<br>Page 287, Lines 6-20<br>Page 344, Lines 17-24<br>Page 397, Lines 1-6 |

790913v.1

| | Merck's Counter Designations |
|---|---|
| **Deborah Shapiro** (1/25/05) | Page 27, Lines 1-12<br>Page 71, Line 22 – Page 72, Line 16<br>Page 77, Lines 14-20<br>Page 101, Line 25 – Page 102, Line 5<br>Page 183, Lines 21-24<br>Page 184, Lines 13-21<br>Page 184, Line 25 – Page 185, Line 11<br>Page 185, Lines 22-25<br>Page 235, Lines 16-23<br>Page 242, Lines 7-17<br>Page 243, Line 20 – Page 244, Line 16<br>Page 252, Line 11 – Page 253, Line 1<br>Page 299, Lines 1-21<br>Page 307, Line 19 – Page 308, Line 12<br>Page 319, Lines 1-25<br>Page 326, Lines 12-22 |
| **Deborah Shapiro** (2/14/05) | Page 364, Lines 5-24<br>Page 394, Lines 11-12<br>Page 395, Lines 3-5<br>Page 426, Lines 7-13<br>Page 455, Lines 10-23<br>Page 457, Lines 13-18<br>Page 459, Lines 14-17<br>Page 481, Lines 13-17<br>Page 485, Line 13 – 486, Line 1<br>Page 488, Lines 2-9<br>Page 578, Lines 4-7 |
| **Deborah Shapiro** (6/29/05) | Page 634, Lines 12-24<br>Page 637, Line 21 – Page 638, Line 10<br>Page 642, Lines 19-21<br>Page 643, Lines 10-20<br>Page 643, Line 21 – Page 644, Line 9<br>Page 645, Line 17 – Page 646, Line 2<br>Page 646, Lines 22-24<br>Page 649, Line 24 – Page 650, Line 19<br>Page 651, Line 24 – Page 652, Line 2<br>Page 653, Line 18 – Page 654, Line 6<br>Page 655, Lines 13-14<br>Page 655, Line 18 – Page 656, Line 4<br>Page 656, Line 10 – Page 658, Line 9<br>Page 658, Line 18 – Page 659, Line 20<br>Page 678, Lines 8-17<br>Page 680, Lines 16-18<br>Page 726, Line 13 – Page 727, Line 6 |

| | Merck's Counter Designations |
|---|---|
| | Page 728, Lines 15-25 |
| | Page 730, Line 4 – Page 731, Line 20 |
| | Page 743, Line 3 – Page 744, Line 2 |
| | Page 746, Lines 4-18 |
| | Page 754, Lines 1-15 |
| | Page 767, Lines 1-5 |
| | Page 770, Line 20 – Page 771, Line 19 |
| | Page 805, Lines 4-25 |
| | Page 837, Lines 3-25 |
| | Page 838, Line 21 – Page 839, Line 5 |
| **Deborah Shapiro** (6/30/05) | Page 966, Line 14 – Page 967, Line 13 |
| | Page 967, Lines 14-18 |
| | Page 968, Lines 2-14 |
| | Page 979, Lines 8-25 |
| | Page 980, Lines 1-17 |
| | Page 981, Line 25 – Page 982, Line 6 |
| | Page 985, Lines 2-16 |
| | Page 990, Lines 3-12 |
| | Page 991, Line 12 – Page 992, Line 1 |
| | Page 1006, Line 23 – Page 1007, Line 18 |
| | Page 1007, Line 25 – Page 1008, Line 1 |
| **Louis Sherwood** (9/30/04) | Page 79, Lines 16-24 |
| | Page 84, Lines 2-4 |
| | Page 84, Lines 7-18 |
| | Page 89, Lines 3-23 |
| | Page 90, Line 13 – Page 91, Line 5 |
| | Page 91, Lines 13-23 |
| | Page 92, Lines 4-8 |
| | Page 92, Lines 11-24 |
| | Page 93, Lines 2-15 |
| | Page 131, Lines 19-22 |
| | Page 132, Lines 1-8 |
| | Page 134, Lines 20-23 |
| | Page 135, Lines 2-11 |
| | Page 137, Lines 6-11 |
| | Page 137, Lines 12-13 |
| | Page 137, Lines 16-17 |
| | Page 138, Lines 6-17 |
| | Page 142, Line 6 – Page 143, Line 19 |
| | Page 159, Lines 5-12 |
| | Page 163, Line 24 – Page 164, Line 13 |
| | Page 167, Line 21 – Page 169, Line 22 |
| | Page 175, Line 21 – Page 176, Line 1 |
| | Page 176, Line 4 – Page 177, Line 17 |

|  | Merck's Counter Designations |
|---|---|
|  | Page 241, Lines 1-6 <br> Page 241, Lines 9-16 <br> Page 290, Line 5 – Page 291, Line 13 <br> Page 300, Line 16 – Page 301, Line 11 <br> Page 308, Lines 12-16 <br> Page 325, Lines 15-19 <br> Page 325, Line 22 – Page 326, Line 6 <br> Page 355, Lines 5-13 <br> Page 355, Line 16 – Page 356, Line 3 <br> Page 356, Lines 6-9 <br> Page 376, Line 9 – Page 377, Line 9 <br> Page 377, Line 12 – Page 378, Line 3 <br> Page 378, Lines 6-9 <br> Page 385, Line 4 – Page 386, Line 20 <br> Page 387, Lines 3-8 <br> Page 287, Line 11 – Page 389, Line 8 <br> Page 423, Lines 1-22 <br> Page 434, Lines 6-12 <br> Page 434, Line 15 – Page 435, Line 20 <br> Page 446, Line 9 – Page 447, Line 11 <br> Page 448, Lines 17-22 |
| Louis Sherwood (NJ) (12/14/04) | Page 481, Lines 18-22 <br> Page 483, Lines 4-15 <br> Page 486, Line 20 – Page 487, Line 5 <br> Page 491, Line 9 – Page 492, Line 12 <br> Page 498, Lines 6-9 <br> Page 503, Line 9 – Page 504, Line 24 <br> Page 505, Lines 18-24 <br> Page 506, Line 1 – Page 507, Line 12 <br> Page 511, Lines 22-24 <br> Page 514, Line 15 – Page 515, Line 6 <br> Page 532, Line 16 – Page 533, Line 4 <br> Page 537, Lines 17-25 <br> Page 558, Lines 9-12 <br> Page 558, Lines 14-16 <br> Page 562, Lines 15-21 <br> Page 563, Lines 6-21 <br> Page 572, Lines 18-24 <br> Page 590, Lines 12-14 <br> Page 590, Lines 16-23 <br> Page 592, Lines 14-16 <br> Page 592, Line 18 – Page 593, Line 18 <br> Page 597, Lines 13-16 <br> Page 602, Lines 12-21 |

|  | Merck's Counter Designations |
|---|---|
|  | Page 604, Lines 9-14<br>Page 606, Line 14 – Page 610, Line 11<br>Page 610, Line 13 – Page 612, Line 14<br>Page 612, Line 22 – Page 613, Line 6<br>Page 614, Line 18 – Page 615, Line 9<br>Page 614, Lines 12-17<br>Page 614, Line 19 – Page 616, Line 9<br>Page 616, Line 12 – Page 617, Line 1<br>Page 617, Lines 3-23<br>Page 617, Line 25 – Page 618, Line 25<br>Page 619, Line 3 – Page 620, Line 13<br>Page 625, Lines 2-5 |
| **Louis Sherwood (*Ernst*)** (12/14/04) | Page 6, Lines 16-24<br>Page 9, Lines 2-8<br>Page 9, Lines 10-14<br>Page 12, Lines 11-19<br>Page 16, Lines 8-15<br>Page 16, Line 17 – Page 17, Line 5<br>Page 17, Line 7 – Page 18, Line 20<br>Page 18, Line 22, Page 19, Line 19<br>Page 19, Line 21 – Page 20, Line 5<br>Page 25, Lines 16-19<br>Page 25, Lines 21-22<br>Page 29, Lines 19-23<br>Page 30, Lines 6-11<br>Page 32, Lines 8-11<br>Page 32, Lines 13-22<br>Page 33, Lines 15-17<br>Page 33, Line 19 – Page 34, Line 3<br>Page 37, Lines 6-8<br>Page 38, Line 10 – Page Line 16<br>Page 43, Line 18 – Page 44, Line 20<br>Page 49, Line 9 – Page 50, Line 18<br>Page 51, Lines 19-24<br>Page 52, Lines 1-13<br>Page 55, Lines 12-14<br>Page 55, Lines 16-20<br>Page 56, Lines 5-8<br>Page 56, Line 10<br>Page 56, Lines 16-19<br>Page 56, Lines 21-22<br>Page 59, Lines 2-5<br>Page 59, Lines 7-11<br>Page 69, Lines 7-9 |

| | Merck's Counter Designations |
|---|---|
| | Page 69, Lines 11-19<br>Page 72, Lines 1-12<br>Page 75, Line 18 – Page 76, Line 4 |
| **Tom Simon**<br>(1/05/05) | Page 132, Line 21 - Page 133, Line 9<br>Page 151, Line 25 – Page 152, Line 5<br>Page 177, Lines 11-12 |
| **Tom Simon**<br>(1/19/05) | Page 267, Lines 2-8<br>Page 268, Lines 9-16<br>Page 272, Lines 1-3<br>Page 275, Line 24 – Page 276, Line 4<br>Page 277, Line 21 – Page 278, Line 8<br>Page 289, Lines 11-16<br>Page 321, Lines 8-11<br>Page 345, Lines 4-21<br>Page 390, Lines 8-10<br>Page 396, Line 15 – Page 397, Line 10 |
| **Douglas Watson**<br>(2/09/05) | Page 30, Lines 2-10<br>Page 66, Line 24 – Page 68, Line 17<br>Page 101, Lines 1-8<br>Page 100, Lines 18-21<br>Page 191, Lines 13<br>Page 204, Line 25 – Page 205, Line 2<br>Page 254, Lines 17-18<br>Page 276, Lines 14-24<br>Page 280, Lines 17-19<br>Page 281, Lines 8-14<br>Page 309, Lines 1-6<br>Page 322, Lines 16-21<br>Page 330, Lines 7-8<br>Page 330, Lines 21-24<br>Page 331, Lines 6-12<br>Page 331, Lines 19-23<br>Page 333, Line 9 – Page 334, Line 9<br>Page 569, Line 24 – Page 620, Line 22 |
| **John Weeks**<br>(9/29/05) | Page 41, Line 10 – Page 43, Line 15<br>Page 51, Line 25 – Page 53, Line 2<br>Page 53, Line 7 – Page 55, Line 2<br>Page 55, Lines 5 – 6<br>Page 55, Line 22 – Page 56, Line 9<br>Page 56, Line 18 – Page 57, Line 13<br>Page 59, Lines 4 – 8<br>Page 60, Lines 18 – 20<br>Page 60, Lines 21 – 25 |

| | Merck's Counter Designations |
|---|---|
| | Page 61, Lines 2 – 7 |
| | Page 61, Lines 8 -- 14 |
| Mary Lee Weeks (9/29/05) | Page 15, Lines 4 – 13 |
| | Page 20, Line 10 – Page 21, Line 16 |
| | Page 21, Line 19 – Page 23, Line 20 |
| | Page 23, Line 21 – Page 24, Line 9 |
| | Page 25, Line 18 – Page 26, Line 1 |

Merck reserves the right to supplement or amend its Objections and Counter-Designations if Plaintiffs alter or amend their designations. Merck also reserves the right to supplement or amend its Objections and Counter-Designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*. Merck reserves the right to also counter designate any testimony designated by plaintiffs in the event it is not offered by plaintiff.

In preparing its Objections and Counter-Designations, Merck attempted to respond to the testimony designated by Plaintiff even though much of it is inadmissible, objectionable and/or pertains to topics that will be ultimately excluded from evidence at trial. By so designating, Merck does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.

Merck, in general, did not include objections made by counsel at the time of the deposition. However, to the extent that any such objections are designated, Merck reserves the right to remove them upon resolution of the objection. By designating this testimony, Merck does not waive its right to object to and/or move to exclude any documents or testimony that Plaintiffs may offer at trial. Merck reserves all such rights.

Merck reserves the right to make additional completeness designations upon receipt of any additional revised, amended, or supplemental Plaintiffs' designations or counter-designations. Finally, Merck reserves the right to designate additional testimony from depositions that have not yet started and/or been completed.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:   312-494-4440

And

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:   (202) 434-5029

Attorneys for Merck & Co., Inc.

790913v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Objections and Counter-Designations of Deposition Testimony** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 11th day of November, 2005.

*/s/ Dorothy H. Wimberly*