

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 14   A 8: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK & CO., INC.'S ("MERCK'S") OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE**

I, PHILLIP A. WITTMANN, by way of declaration, say:

1.  I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Oppositions to Plaintiff's Motions *in Limine*, filed concurrently herewith. I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.



Fee_____
Process_____
X Dktd_____ 790947v.1
_ CtRmDep_____
_ Doc. No._____

## DEPOSITIONS

2.	Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the October 5, 2005 deposition of Colin M. Bloor, M.D., taken in connection with this action.

3.	Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action.

4.	Attached hereto as Exhibit 3 is a true and correct copy of excerpts from August 23, 2005 deposition of Richard Irvin, taken in connection with this action.

5.	Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the September 28, 2005 deposition of Barry Kass, taken in connection with this action.

6.	Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the October 18, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

7.	Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the April 25, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

8.	Attached hereto as Exhibit 6B is a true and correct copy of excerpts from the March 15, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Rogers v. Merck*, No. CV-03-073 (Cir. Ct. Clay County Ala. filed Aug. 22, 2003.)

9.	Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the August 26, 2003 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in

790947v.1

connection *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the October 3, 2002 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Lehr v. Merck*, No. 3:1-CV-516-MJR (S.D. Ill. filed August 2, 2001).

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the September 13, 2005 deposition of Evelyn Irvin Plunkett, taken in connection with this action.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the October 4, 2005 deposition of Allesha Schirmer, taken in connection with this action.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the September 6, 2005 deposition of Christopher Schirmer, taken in connection with this action.

## OTHER EXHIBITS

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the trial transcript in *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002).

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the trial transcript in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

16. Attached hereto as Exhibit 14 is a true and correct copy of Merck's Exhibit 35 in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

17. Attached hereto as Exhibit 15 is a true and correct copy of Merck's Exhibit 817 in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

18. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from Mr. Irvin's records from Flagler Hospital.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Arrest Record of Mr. Irvin.

20. Attached hereto as Exhibit 18 is a true and correct copy of the April 6, 2005 FDA Memorandum.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Aug. 25, 2005 Pre-trial Hearing Transcript in *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003).

    Respectfully submitted,

    Phillip A. Wittmann
    Attorney for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck & Co., Inc.'s Oppositions to Plaintiff's Motions *in Limine* has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 11th day of November, 2005.

_Phil Wittmann_

790947v.1

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED