UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING**

Defendant Merck & Co., Inc. ("Merck") respectfully submits the following briefs, filed concurrently herewith:

**OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE**

1. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Exclude Evidence Regarding the Number of Heart Attacks in United States of America (Motion *In Limine* 1)

2. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Preclude Merck From Referring to Mr. Irvin's Left Anterior Descending Coronary Artery as a "Widow-Maker" (Motion *In Limine* 2)



790946v.1

3. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Exclude Certain Subjects From Evidence at Trial (Motion *In Limine* 3)

4. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Exclude Evidence or Discussion Concerning Defendant's Reputation and/or "Good Acts" (Motion *In Limine* 4)

5. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Exclude Evidence and/or Argument That the FDA has Concluded There is a "Class Effect" for All Non-Steroidal Anti-Inflammatory Drugs ("NSAIDS") (Motion *In Limine* 5)

6. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Preclude Any Testimony or Discussion by Defendant That it Could Not Have Amended the Vioxx Label or Issued Strengthened Warnings Without Prior FDA Approval (Motion *In Limine* 6)

7. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Exclude Evidence That Merck Employees or Family Members of Merck Employees Took Vioxx® (Motion *In Limine* 7)

8. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Exclude Merck Witnesses From Testifying About the Annual Number of Deaths Attributable to NSAID Gastrointestinal Toxicity Without Appropriate Qualifications and Scientific Support (Motion *In Limine* 8)

9. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Preclude Merck Employee and Former Employee Witnesses From Offering Opinion Testimony Which They Are Unqualified to Offer, Which Has Not Previously Been Disclosed, and Which Lacks Appropriate Support Under Daubert (Motion *In Limine* 9)

10. Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion *In Limine* to Exclude Evidence or Discussion Concerning Personal Matters (Motion *In Limine* 10)

## OTHER OPPOSITION

11. Reply Memorandum in Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of Benedict R. Lucchesi

    - Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum In Support of Motion of Merck & Co., Inc. ("Merck") to Exclude Testimony of Benedict R. Lucchesi

790946v.1

Respectfully submitted,

*[signature: Dorothy H Wimberly]*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Filing has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 11th day of November, 2005.

_Dorothy H. Wimberly_

790946v.1