A CERTIFIED TRUE COPY

OCT 20 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT 20 2005

U.S. DISTRICT COURT
EASTERN DISTRICT
2005 OCT 25 PM 2: 17
FILED
CLERK'S OFFICE
LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION      05-5056

*Estella M. Remington v. Walgreen Co., et al.*, D. Colorado, C.A. No. 1:05-892

SECT. L MAG. 3

BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### ORDER OF TRANSFER WITH SIMULTANEOUS SEPARATION AND REMAND

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by defendant Walgreen Co. (Walgreen) seeking to partially vacate the Panel's order conditionally transferring this action (*Remington*) to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this litigation. Walgreen requests that the claim in *Remington* against it for improper dispensing of a different prescription medication (Atenolol) be simultaneously separated and remanded to the District of Colorado. Defendant Merck & Co., Inc. does not oppose this request. Walgreen represents that the Colorado plaintiff also does not oppose this suggestion.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel also finds that transfer of this action is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Vioxx. *See In re Vioxx Products Liability Litigation,* 360 F.Supp.2d 1352 (J.P.M.L. 2005). The Panel further finds that the claim in *Remington* against Walgreen involving the dispensing of Atenolol does not share questions of fact with previously centralized MDL-1657 actions and is not appropriate for inclusion in 1407 proceedings in this docket.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDsp ___
___ Doc. No ___

---

[*] Judge Motz took no part in the decision of this matter.

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Robert M. Fitzgerald
Fitzgerald Law Offices
3333 South Wadsworth Blvd.
D-333
Lakewood, CO 80227

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Andrews Howell Myers
Wheeler, Trigg & Kennedy, LLP
U.S. District Court Box 19
1801 California Street
Suite 3600
Denver, CO 80202

John C. Steele
Lohf, Shaiman, Jacobs, Hyman & Feiger, PC
9500 South Cherry Street
900 Cherry Tower
Denver, CO 80246-2666

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:           [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

2005 OCT 25 PM 2:
CLERK

October 20, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re:  MDL-1657 -- In re Vioxx Products Liability Litigation

  *Estella M. Remington v. Walgreen Co., et al.,* D. Colorado, C.A. No. 1:05-892

Dear Ms. Whyte:

  I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

  The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

  **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

  A list of involved counsel is attached.

                Very truly,

                Michael J. Beck
                Clerk of the Panel

                By_____
                  Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge Eldon E. Fallon
   Transferor Judge: Phillip S. Figa
   Transferor Clerk: Gregory C. Langham                JPML