A CERTIFIED TRUE COPY
OCT 24 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 28  PM 2:40      OCT - 6 2005

DOCKET NO. 1657        LORETTA G. WHYTE      FILED
                              CLERK          CLERK'S OFFICE

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-26)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,668 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 24 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

SCHEDULE CTO-26 - TAG-ALONG ACTIONS
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*EDLA*
*Sec L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM  2  05-880~~ | ~~Theatus Rawdon Beaty v. Merck & Co., Inc., et al.~~ Opposed 10/20/05 | |
| ALM  3  05-849 | Ruth Baldwin, etc. v. Merck & Co., Inc., et al. | 05-5322 |
| **ALABAMA SOUTHERN** | | |
| ALS  1  05-525 | Hazel C. Howell v. Merck & Co., Inc., et al. | 05-5323 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-6560 | Ron Clausen, et al. v. Merck & Co., Inc. | 05-5324 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-3656 | Kenneth Madfes, et al. v. Merck & Co., Inc. | 05-5325 |
| **FLORIDA SOUTHERN** | | |
| FLS  1  05-22503 | Ronald Strauss, et al. v. Merck & Co., Inc. | 05-5326 |
| **IDAHO** | | |
| ID  2  05-361 | Betty Carolyn Struckmeyer, et al. v. Merck & Co., Inc. | 05-5327 |
| **ILLINOIS CENTRAL** | | |
| ILC  2  05-2202 | Charles Cramer, et al. v. Merck & Co., Inc. | 05-5328 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-5088 | Freddie S. Gilmer, Sr. v. Merck & Co., Inc. | 05-5329 |
| ILN  1  05-5136 | Wanda Hill, etc. v. Merck & Co., Inc. | 05-5330 |
| ILN  1  05-5198 | Delores M. Gough, et al. v. Merck & Co., Inc. | 05-5331 |
| ILN  3  05-50178 | Rosetta Bryant v. Merck & Co., Inc. | 05-5332 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS  4  05-4170~~ | ~~Gary Grizzell v. Merck & Co., Inc., et al.~~ Opposed 10/20/05 | |
| **INDIANA NORTHERN** | | |
| INN  3  05-567 | Barbara M. Lewallen, et al. v. Merck & Co., Inc. | 05-5333 |
| INN  3  05-568 | Billy J. Milan, et al. v. Merck & Co., Inc. | 05-5334 |
| INN  3  05-573 | Deborah Ann Snyder, et al. v. Merck & Co., Inc. | 05-5335 |
| **KENTUCKY EASTERN** | | |
| KYE  2  05-170 | Joan Ann Muth, et al. v. Merck & Co., Inc. | 05-5336 |
| KYE  2  05-172 | Edward Berkshire, et al. v. Merck & Co., Inc. | 05-5337 |
| KYE  2  05-173 | Linda K. Stuck, et al. v. Merck & Co., Inc. | 05-5338 |
| KYE  2  05-174 | Carole L. Warner v. Merck & Co., Inc. | 05-5339 |
| KYE  5  05-378 | Velma J. Miller, etc. v. Merck & Co., Inc. | 05-5340 |
| **KENTUCKY WESTERN** | | |
| KYW  4  05-133 | Roger D. Hayse, et al. v. Merck & Co., Inc. | 05-5341 |
| **LOUISIANA MIDDLE** | | |
| LAM  3  05-1059 | James B. Arnold, et al. v. Merck & Co., Inc. | 05-5342 |

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                                          PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **MINNESOTA** | | |
| MN 0 05-2116 | Darlene J. Shaver v. Merck & Co., Inc. | 05-5343 |
| MN 0 05-2117 | Carolyn L. Williams v. Merck & Co., Inc. | 05-5344 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-1353 | Bertha Marie Mitchell v. Merck & Co., Inc. | 05-5345 |
| MOE 4 05-1354 | Julie Thompson v. Merck & Co., Inc. | 05-5346 |
| MOE 4 05-1373 | Thelma Reed, et al. v. Merck & Co., Inc. | 05-5347 |
| MOE 4 05-1378 | Mollie Knox v. Merck & Co., Inc. | 05-5348 |
| MOE 4 05-1379 | Janet Lemmon v. Merck & Co., Inc. | 05-5349 |
| MOE 4 05-1380 | Sharion Mitchell v. Merck & Co., Inc. | 05-5350 |
| ~~MOE 4 05-1463~~ | ~~Evelyn Light, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/24/05 | |
| ~~MOE 4 05-1465~~ | ~~Fulton Lacy, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/24/05 | |
| ~~MOE 4 05-1466~~ | ~~Roberta Sterling, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/24/05 | |
| MOE 4 05-1482 | John G. Gilmore v. Merck & Co., Inc., et al. | 05-5351 |
| **MISSOURI WESTERN** | | |
| MOW 2 05-4274 | Ruby Frances Smith, et al. v. Merck & Co., Inc. | 05-5352 |
| MOW 2 05-4283 | Glenda Meysami, et al. v. Merck & Co., Inc. | 05-5353 |
| MOW 4 05-763 | Betty White v. Merck & Co., Inc. | 05-5354 |
| MOW 4 05-787 | Robert H. Cotter, etc. v. Merck & Co., Inc. | 05-5355 |
| MOW 4 05-823 | Jackie Knott, et al. v. Merck & Co., Inc. | 05-5356 |
| MOW 4 05-824 | Hugh Graff, et al. v. Merck & Co., Inc. | 05-5357 |
| MOW 4 05-825 | Mary Withers, et al. v. Merck & Co., Inc. | 05-5358 |
| ~~MOW 4 05-831~~ | ~~Mary Plubell v. Merck & Co., Inc.~~ Vacated 10/21/05 | |
| MOW 4 05-841 | Donna Smith, et al. v. Merck & Co., Inc. | 05-5359 |
| MOW 4 05-842 | Ronald Yahne, et al. v. Merck & Co., Inc. | 05-5360 |
| MOW 4 05-843 | Beverly Paith v. Merck & Co., Inc. | 05-5361 |
| MOW 4 05-844 | Gerald Holcomb, et al. v. Merck & Co., Inc. | 05-5362 |
| MOW 4 05-845 | George Peters, et al. v. Merck & Co., Inc. | 05-5363 |
| MOW 5 05-6092 | Louisa Occhipinto v. Merck & Co., Inc. | 05-5364 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 3 05-110 | James R. Cook, Jr., et al. v. Merck & Co., Inc. | 05-5365 |
| **MONTANA** | | |
| MT 9 05-146 | Gary Hoekman v. Merck & Co., Inc., et al. | 05-5366 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 7 05-160 | Eugene Ulysses Taylor, Jr. v. Merck & Co., Inc. | 05-5367 |
| NCE 7 05-161 | Bobby Gene Brook v. Merck & Co., Inc. | 05-5368 |
| **NEW HAMPSHIRE** | | |
| NH 1 05-317 | Todd Rohr v. Merck & Co., Inc. | 05-5369 |
| **NEW YORK EASTERN** | | |
| NYE 1 05-4091 | Ruth Boyd, et al. v. Merck & Co., Inc. | 05-5370 |
| ~~NYE 1 05-4284~~ | ~~David Goldner, et al. v. Shelter Rock Orthopedic Group, P.C., et al.~~ Opposed 10/21/05 | |
| NYE 1 05-4303 | Jean Claude Nathan v. Merck & Co., Inc. | 05-5371 |
| NYE 1 05-4304 | Anthony Gralto v. Merck & Co., Inc. | 05-5372 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-7999 | Millie Pitchford v. Merck & Co., Inc. | 05-5373 |

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                              PAGE 3 of 4

EDLA
Sec L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW YORK WESTERN** | | |
| ~~NYW 6 05-6475~~ | ~~Brian North v. Merck & Co., Inc., et al.~~ Opposed 10/21/05 | |
| **OHIO NORTHERN** | | |
| OHN 1 05-2136 | Charlotte Mahan v. Merck & Co., Inc. | 05-5374 |
| **OHIO SOUTHERN** | | |
| OHS 2 05-834 | Karen Smith, etc. v. Merck & Co., Inc. | 05-5375 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 05-492 | Redina Darlene Sewell v. Merck & Co., Inc. | 05-5376 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1056 | Betty Bridges v. Merck & Co., Inc. | 05-5377 |
| OKW 5 05-1057 | Joyce Zind v. Merck & Co., Inc. | 05-5378 |
| OKW 5 05-1059 | Phyllis Miller v. Merck & Co., Inc. | 05-5379 |
| OKW 5 05-1079 | George Seminoff, et al. v. Merck & Co., Inc. | 05-5380 |
| OKW 5 05-1080 | Jackie Harper, etc. v. Merck & Co., Inc. | 05-5381 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-3785 | James Schneller, etc. v. Merck & Co., Inc. | 05-5382 |
| PAE 2 05-4577 | Dr. Donald Dworken v. Merck & Co., Inc., et al. | 05-5383 |
| PAE 2 05-4578 | Norman B. LaChance, et al. v. Merck & Co., Inc., et al. | 05-5384 |
| PAE 2 05-4713 | Pauline M. Dixon v. Merck & Co., Inc. | 05-5385 |
| PAE 2 05-4740 | Sharon Kravet, etc. v. Merck & Co., Inc., et al. | 05-5386 |
| PAE 2 05-4825 | Kirkwood Dormeyer v. Merck & Co., Inc., et al. | 05-5387 |
| PAE 2 05-4840 | Karen Olson, et al. v. Merck & Co., Inc., et al. | 05-5388 |
| PAE 2 05-4917 | Althea L. Newman, et al. v. Merck & Co., et al. | 05-5389 |
| PAE 2 05-4924 | Thomas N. Pafford, et al. v. Merck & Co., Inc., et al. | 05-5390 |
| **SOUTH DAKOTA** | | |
| SD 1 05-1038 | Blanche Lewandowski v. Merck & Co., Inc. | 05-5391 |
| SD 1 05-1039 | Chuck Davis, Sr. v. Merck & Co., Inc. | 05-5392 |
| **TENNESSEE EASTERN** | | |
| TNE 1 05-231 | Kenneth Gregory v. Merck & Co., Inc. | 05-5393 |
| TNE 1 05-232 | Frieda Thompson v. Merck & Co., Inc. | 05-5394 |
| TNE 1 05-233 | Dorothy P. Price, et al. v. Merck & Co., Inc. | 05-5395 |
| TNE 1 05-252 | James R. Clayton v. Merck & Co., Inc. | 05-5396 |
| TNE 1 05-253 | James D. Williams v. Merck & Co., Inc. | 05-5397 |
| TNE 2 05-222 | Charlotte R. Young v. Merck & Co., Inc. | 05-5398 |
| TNE 2 05-223 | Michael B. Kelly, et al. v. Merck & Co., Inc. | 05-5399 |
| TNE 2 05-232 | James F. Harper, et al. v. Merck & Co., Inc. | 05-5400 |
| TNE 3 05-430 | Betty S. Hendrickson v. Merck & Co., Inc. | 05-5401 |
| TNE 4 05-63 | James Myers v. Merck & Co., Inc. | 05-5402 |
| TNE 4 05-64 | Thomas Marshall, et al. v. Merck & Co., Inc. | 05-5403 |
| **TENNESSEE MIDDLE** | | |
| TNM 1 05-62 | Mariane Marks, etc. v. Merck & Co., Inc. | 05-5404 |
| TNM 3 05-663 | Beverly Carole Maxwell, et al. v Merck & Co., Inc. | 05-5405 |
| TNM 3 05-689 | Robert Fontaine Booher, et al. v. Merck & Co., Inc. | 05-5406 |

SCHEDULE CTO-26 TAG-ALONG ACTIONS  (MDL-1657)                                   PAGE 4 of 4

EDLA
SEC L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **TENNESSEE WESTERN** | | |
| TNW  1  05-1240 | Barbara Jean Snider, et al. v. Merck & Co., Inc., et al. | 05-5407 |
| TNW  1  05-1241 | James H. Wilbanks, et al. v. Merck & Co., Inc., et al. | 05-5408 |
| TNW  1  05-1242 | Linda Jones, etc. v. Merck & Co., Inc. | 05-5409 |
| TNW  1  05-1243 | Carolyn Butler, etc. v. Merck & Co., Inc., et al. | 05-5410 |
| TNW  1  05-1251 | Brenda J. Smith, etc. v. Merck & Co., Inc. | 05-5411 |
| TNW  1  05-1252 | Sally T. Hatch, et al. v. Merck & Co., Inc., et al. | 05-5412 |
| TNW  1  05-1254 | Mary L. Woods v. Merck & Co., Inc. | 05-5413 |
| TNW  1  05-1255 | Matha Paslay v. Merck & Co., Inc. | 05-5414 |
| TNW  2  05-2618 | Robert Henry Russell, et al. v. Merck & Co., Inc. | 05-5415 |
| TNW  2  05-2658 | Ola Mae Parker v. Merck & Co., Inc. | 05-5416 |
| TNW  2  05-2659 | George Jividen v. Merck & Co., Inc. | 05-5417 |
| TNW  2  05-2660 | Virgie E. Spraggins v. Merck & Co., Inc. | 05-5418 |
| **TEXAS EASTERN** | | |
| TXE  1  05-611 | Nadia Jovancicevic, et al. v. Merck & Co., Inc. | 05-5419 |
| TXE  1  05-640 | Jaqueline M. Pugh v. Merck & Co., Inc. | 05-5420 |
| TXE  2  05-429 | Marcia King, etc. v. Merck & Co., Inc. | 05-5421 |
| **TEXAS NORTHERN** | | |
| TXN  2  05-204 | Dora Mae O'Hair Brown, et al. v. Merck & Co., Inc. | 05-5422 |
| TXN  3  05-1827 | Margaret Morris v. Merck & Co., Inc. | 05-5423 |
| TXN  4  05-543 | John Dahl v. Merck & Co., Inc. | 05-5424 |
| **TEXAS SOUTHERN** | | |
| ~~TXS  2  05-445~~ | ~~Antonio Salazar, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/21/05 | |
| TXS  2  05-450 | Ignacio Valdez v. Merck & Co., Inc. | 05-5425 |
| TXS  2  05-466 | Estella Torres v. Merck & Co., Inc. | 05-5426 |
| TXS  2  05-467 | Norma L. Balderas v. Merck & Co., Inc. | 05-5427 |
| TXS  2  05-468 | Mary Alice Terrell v. Merck & Co., Inc. | 05-5428 |
| **TEXAS WESTERN** | | |
| TXW  1  05-688 | Mary E. Brewer, et al. v. Merck & Co., Inc. | 05-5429 |
| TXW  1  05-689 | Min Han, et al. v. Merck & Co., Inc. | 05-5430 |
| TXW  1  05-690 | Joseph Murray, etc. v. Merck & Co., Inc. | 05-5431 |
| TXW  1  05-691 | Clyde Crooks, Jr., et al. v. Merck & Co., Inc. | 05-5432 |
| TXW  1  05-744 | Oscar Williams, et al. v. Merck & Co., Inc. | 05-5433 |
| TXW  1  05-745 | Jane M. Thompson v. Merck & Co., Inc. | 05-5434 |
| **UTAH** | | |
| UT  2  05-724 | Torgunn Rawle, et al. v. Merck & Co., Inc. | 05-5435 |
| UT  2  05-731 | Merrill Adair, et al. v. Merck & Co., Inc. | 05-5436 |
| UT  2  05-762 | Bjorn Ablad, et al. v. Merck & Co., Inc. | 05-5437 |
| **WISCONSIN WESTERN** | | |
| WIW  3  05-438 | James Petrasek v. Merck & Co., Inc. | 05-5438 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS  2  05-748 | Paula J. Goforth, etc. v. Merck & Co., Inc. | 05-5439 |

# INVOLVED COUNSEL LIST (CTO-26)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

Linda G. Alexander
Niemeyer, Alexander, Austin
& Phillips
300 North Walker Aveue
Oklahoma City, OK 73102

R. Alan Alexander
Helmsing, Leach, Herlong, et al.
P.O. Box 2767
Mobile, AL 36652

Tyler J. Anderson
P.O. Box 829
Boise, ID 83701

Stephen D. Bachman
Holloway Dobson & Bachman, P.C.
One Leadership Sqaure
211 N. Robinson Avenue, Suite 900
Oklahoma City, OK 73102-7102

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Kathryn E. Barnett
Lieff, Cabraser, Heimann & Bernstein,
LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423

J. Scott Bertram
Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

C. David Briley
Briley Law Group
511 Union Street, Suite 1610
Nashville, TN 37219

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

John R. Cannon, Jr.
Shuttleworth, Smith, McNabb
& Williams
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103-0020

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Thomas P. Cartmell
Wagstaff & Cartmell, L.L.P.
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Donald G. Cave
Cave Law Firm
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356

Mark P. Chalos
Neal & Harwell, PLC
One Nashville Place, Suite 2000
150 Fourth Avenue, North
Nashville, TN 37219

Christopher A. Chleborowicz
Lea, Rhine & Associates
314 Walnut Street
Suites 1000 & 2000
Wilmington, NC 28401-4031

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway, Suite 201
Nashville, TN 37219

Cassandra Collier-Williams
Law Offices of Cassandra
Collier-Williams, LLC
P.O. Box 94062
Cleveland, OH 44101

Thomas A. Countryman
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Eric C. Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

Aaron Dickey
Goldenberg, Miller, Heller
& Antognoli
2227 South, State Route 157
P.O. Box 959
Edwardsville, IL 62025

Randy K. Dix
Buxbaum Dix & Daue
303 North Ewing Street
Helena, MT 59601

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
P.O.Box 198966
Nashville, TN 37219-8966

Don M. Downing
Gray, Ritter & Graham, PC
701 Market Street, Eighth Floor
St. Louis, MO 63101-1826

Thomas E. Dutton
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Donald J. Feinberg
Feinberg & Silva
2000 Market St., Suite 1805
Philadelphia, PA 19103-3293

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Sidney W. Gilreath
Gilreath & Associates
550 Main Avenue, Suite 500
P.O. Box 1270
Knoxville, TN 37901-1270

Robert Edward Godosky
Godosky & Gentile
61 Broad Street, 20th Floor
New York, NY 10006

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Ervin A. Gonzalez
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351

Kirk J. Goza
Shook, Hardy & Bacon
One Kansas City Place
1200 Main Street, 26th Floor
Kansas City, MO 64105

William H. Gussman, Jr.
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Todd E. Hilton
Stueve, Siegel, Hanson, Woody, LLP
330 West 47th Street, Suite 250
Kansas City, MO 64112

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Bradley D. Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

James S. Hubbard
Hubbard & Knight
P.O. Drawer 1850
Anniston, AL 36202-1850

William Thomas Jacks
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave.
Austin, TX 78701

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. London
Douglas & London
111 John Street, 8th Floor
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Michael L. Luce
Davenport, Evans, Hurwitz & Smith
P.O. Box 1030
Sioux Falls, SD 57101-1030

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

L. Ray Maples, II
701 N. Broadway Ave., Suite 510
Oklahoma City, OK 73102

Marvin W. Masters
Masters Law Firm, L.C.
181 Summers Street, 4th Floor
Peoples Building
Charleston, WV 25301

Edgar D. McKean, III
McKean Mattson & Latici, PA
P.O. Box 7386
Gilford, NH 03246

John D. McMahan
McMahan Law Firm
323 High Street
Chattanooga, TN 37403

Peter M. Meloy
Meloy Trieweiler
The Bluestone
80 South Warren
P.O. Box 1241
Helena, MT 59624-1241

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Louis J. Miller
Apperson, Crump, Duzane & Maxwell, PLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119-3972

Mike C. Miller
201 W Houston
Marshall, TX 75670

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202

Nancy A. Mismash
Mismash & McDonough
136 S. Main, Suite 404
Salt Lake City, UT 84101

Steve R. Morris
P.O. Box 814
Wedowee, AL 36278-0814

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

David M. Peterson
Peterson & Associates
801 West 47th Street
The Park Plaza Building, Suite 107
Kansas City, MO 64112

Wesley Pipes
P.O. Box 249
Mobile, AL 36601

Thomas O. Plouff
Costello, McMahon & Burke, Ltd.
150 North Wacker Drive, Suite 3050
Chicago, IL 60606

Daniel J. Pope
Phebus & Koester
136 West Main Street
Urbana, IL 61801

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Todd H. Ramsey
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Valerie H. Richardson
Shumacker, Witt, Gaither & Whitaker, P.C.
736 Market
1100 Suntrust Bank Building
Chattanooga, TN 37402

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Jerome J. Schlichter
Schlichter & Bogard
100 South Fourth Street
Suite 900
St. Louis, MO 63102

James D. Schneller
500 East Lancaster Ave. #111d
Radnor, PA 19087

Thomas E. Schwartz
Holloran & Stewart
1010 Market Street
Suite 1650
St. Louis, MO 63101

Michael D. Shalhoub
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Ave.
New York, NY 10016

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Scott S. Segal
Segal Law Firm
810 Kanawha Blvd., E.
Charleston, WV 25301

Marcus Sengstock
10150 West National Ave., #390
West Allis, WI 53227

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

Norman E. Siegel
Stueve Helder & Siegel
330 W 47th St Ste 250
Kansas City, MO 64112

Douglas D. Small
Foley & Small
1002 East Jefferson Boulevard
South Bend, IN 46617

Daniel Briggs Smith, Jr.
Smith, Phillips, Mitchell & Scott
P.O. Box 1586
Batesville, MS 38606

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Pamela G. Sotoodeh
Kenneth B. Moll & Associates
Three First National Plaza
50th Floor
Chicago, IL 60602

Wayne S. Spivey
Two Commerce Square
32nd Floor
Philadelphia, PA 19103

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street
Suite 200
Kansas City, MO 64105

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Drive
#200
Coeur d'Alene, ID 83814

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Geroge T. Waddoups
Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

George M. Walker
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

Lee Wei Chen
Scott E Schutzman Law Offices
3700 South Susan Street
Suite 120
Santa Ana, CA 92704

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Donald A. Windham, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
Franklin Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

James C. Wyly
Patton, Haltom, Roberts, McWilliams & Greer
2900 St. Michael Drive, Suite 400
P.O. Box 6128
Texarkana, TX 75505-6128

Allen K. Young
Young Kester & Petro
75 S. 300 West
Provo, UT 84601

# INVOLVED JUDGES LIST (CTO-26)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Marvin E. Aspen
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Harold A. Baker
Senior U.S. District Judge
338 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Hon. Paul J. Barbadoro
U.S. District Judge
110 Warren B. Rudman
U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

Hon. Dee V. Benson
Chief Judge, U.S. District Court
246 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Delores R. Boyd
U.S Magistrate Judge
United States District Court
P.O. Box 430
Montgomery, AL 36101-0430

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. W. Earl Britt
Senior U.S. District Judge
U.S. District Court
P.O. Box 27504
Raleigh, NC 27611-7504

Hon. Frederick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
U.S. Courthouse, Room A-820
801 Broadway
Nashville, TN 37203-3816

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Curtis L. Collier
U.S. District Judge
U.S. District Court
Post Office Box 831
Chattanooga, TN 37401-0931

Hon. John T. Copenhaver, Jr.
U.S. District Judge
6009 Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Sandra J. Feuerstein
U.S. District Judge
U.S. District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Mark R. Filip
U.S. District Judge
U.S. District Court
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

~~Hon. J. Phil Gilbert~~
~~U.S. District Judge~~
~~U.S. Courthouse~~
~~301 West Main Street~~
~~Benton, IL 62812-1362~~

Hon. James T. Giles
Chief Judge, U.S. District Court
17614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1771

Hon. Alan S. Gold
U.S. District Judge
Federal Courthouse Square
10th Floor
301 N. Miami Avenue
Miami, FL 33128

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street, Suite 405
Greeneville, TN 37743

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Sarah W. Hays
U.S. Magistrate Judge
6672 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. James H. Jarvis
Senior U.S. District Judge
140 Howard H. Baker Jr.
U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

~~Hon. David G. Larimer~~
~~U.S. District Judge~~
~~250 Kenneth B. Keating Fed. Bldg.~~
~~100 State Street~~
~~Rochester, NY 14614-1324~~

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Edward J. Lodge
U.S. District Judge
Federal Building & U.S. Courthouse
MSC 040
550 West Fort Street
Boise, ID 83724

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Federal Building
& U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. John T. Maughmer
U.S. Magistrate Judge
7662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton
U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Robert L. Miller, Jr.
Chief Judge, U.S. District Court
325 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Donald W. Molloy
Chief Judge, U.S. District Court
P.O. Box 7309
Missoula, MT 59807-7309

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Paul E. Plunkett
Senior U.S. District Judge
2270 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Phillip G. Reinhard
U.S. District Judge
Federal Building
211 South Court Street
Rockford, IL 61101

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Federal Building
205 East Fifth Avenue
Amarillo, TX 79101

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Howard F. Sachs~~
~~Senior U.S. District Judge~~
~~7462 Charles E. Whittaker~~
~~U.S. Courthouse~~
~~400 E. 9th Street~~
~~Kansas City, MO 64106~~

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Allen Sharp
Chief Judge, U.S. District Court
124 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

~~Hon. Rodney W. Sippel~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 10th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Brian T. Stewart
U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2106

~~Hon. Myron H. Thompson~~
~~U.S. District Judge~~
~~P.O. Box 235~~
~~Montgomery, AL 36101-0235~~

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr.
U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

~~Hon. E. Richard Webber~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 12th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

# INVOLVED CLERKS LIST (CTO-26)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Bonini, Clerk
260 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James R. Starr, Clerk
110 Warren B. Rudman
U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

James Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

John M. Waters, Clerk
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Markus B. Zimmer, Clerk
150 Frank E. Moss
U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Michael W. Dobbins, Clerk
211 South Court Street
Federal Bldg., Room 252
Rockford, IL 61101

~~Norbert G. Jaworski, Clerk~~
~~U.S. Courthouse~~
~~301 West Main Street~~
~~Benton, IL 62812-1362~~

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
U.S. District Court
400 East 9th Street
Room 1510
Kansas City, MO 64106

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Patricia L. McNutt, Clerk
U.S. Courthouse
101 Summer Street, West
Greeneville, TN 37743

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Patricia L. McNutt, Clerk
P.O. Box 459
Winchester, TN 37398

Patrick E. Duffy, Clerk
P.O. Box 8537
Missoula, MT 59807-8537

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

~~Rodney C. Early, Clerk~~
~~2120 Kenneth B. Keating Federal Building~~
~~100 State Street~~
~~Rochester, NY 14614-1368~~

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Stephen R. Ludwig, Clerk
315 Robert A. Grant Federal
Bldg. & U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br><br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

October 24, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-26)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 6, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
    Deputy Clerk

Attachments

cc:  Transferee Judge:      Judge Eldon E. Fallon
     Transferor Judges:     (See Attached List of Judges)
     Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A