# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY BROW, *Deceased*, and SHIRLEY HUMPHREYS, *Representative of the Estate of Mary Brow*, <br><br>PLAINTIFFS, <br><br>vs. <br><br>MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME GmbH <br><br>DEFENDANT. | CASE NO.: 2:05-CV-00548 <br> Related to: MDL Case No. 1657 <br> United States District Court for the Eastern District of Louisiana, Section: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES <br><br> **Jury Demanded** |

## PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, MARY BROW, Deceased, and SHIRLEY HUMPHREYS, Representative of the Estate of Mary Brow, file this Motion to Substitute Counsel, and in support thereof show:

### FACTUAL AND PROCEDURAL HISTORY

1.  Plaintiffs' Original Petition was filed on May 29, 2003, in Brazoria County, Texas, by Carlene Rhodes Lewis and Shelly A. Sanford of GOFORTH LEWIS, L.L.P., and W. Mark Lanier and Patrick N. Haines of THE LANIER LAW FIRM.

2.  Defendant Merck & Co. removed the case to the Southern District of Texas – Galveston Division, on June 9, 2003.

3.  On August 12, 2003, Francis Spagnoletti of SPAGNOLETTI & ASSOCIATES entered an appearance on behalf of Plaintiffs.

1

4.   The case was transferred *sua sponte* to the Southern District of Texas - Houston Division, pursuant to 28. U.S.C. 1404 on August 29, 2003.

5.   The case was subsequently transferred to this Court on March 7, 2005, by order of the Judicial Panel on Multidistrict Litigation.

### RELIEF REQUESTED

6.   None of the Plaintiffs herein wish to be represented by the current counsel of record, Carlene Rhodes Lewis and Shelly A. Sanford of GOFORTH LEWIS, L.L.P., W. Mark Lanier and Patrick Haines of THE LANIER LAW FIRM, and Francis Spagnoletti of SPAGNOLETTI & ASSOCIATES in this matter.

7.   All Plaintiffs want to be represented in this matter by following counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM, LLP.

8.   Current counsel of record agree to this substitution of counsel.

9.   Therefore, Plaintiffs respectfully ask this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; as counsel for Plaintiffs in this matter, and to remove Carlene Rhodes Lewis and Shelly A. Sanford of GOFORTH LEWIS, LLP, W. Mark Lanier and Patrick Haines of THE

LANIER LAW FIRM, and Francis Spagnoletti of SPAGNOLETTI & ASSOCIATES, as counsel of record.

10. This request is not intended to cause delay or prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiffs MARY BROW, Deceased, and SHIRLEY HUMPHREYS, Representative of the Estate of Mary Brow, respectfully request that their Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated:      October 26, 2005

AGREED:

*W. Mark Lanier* w/permission
*[signature]*

W. MARK LANIER
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478

DREW RANIER
Louisiana Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601

*[signature]*

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001

3

OCT 31 2005 10:51                                                                                           P.05

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on the ~~26th~~ 2 November of ~~October~~, 2005.

_____
Grant Kaiser

4

TOTAL P.05