FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 14  P 2: 18
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY BROW,**<br>*Deceased*, and<br>**SHIRLEY HUMPHREYS,**<br>*Representative of the Estate of Mary Brow*,<br><br>PLAINTIFFS,<br><br>vs.<br><br><br>**MERCK & CO., INC.,** also<br>d/b/a **MERCK, SHARP AND DOHME**<br>and d/b/a **MSD SHARP & DOHME GmbH**<br><br><br>DEFENDANT. | CASE NO.: 2:05-CV-00548<br>Related to: MDL Case No. 1657<br>United States District Court for<br>the Eastern District of Louisiana,<br>Section: L<br><br><br><br>JUDGE FALLON<br>MAG. JUDGE NOWLES<br><br><br><br><br><br>**Jury Demanded** |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be substituted as counsel for Plaintiffs in this matter, and that attorneys Carlene Rhodes Lewis and Shelly A. Sanford of GOFORTH LEWIS, LLP, W. Mark Lanier and Patrick Haines of THE LANIER LAW FIRM and Francis Spagnoletti

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

of SPAGNOLETTI & ASSOCIATES be removed as counsel of record.

    IT IS SO ORDERED.

Nov. 14, 2005
Date

Judge Eldon E. Fallon
United States District Court Judge