FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -7  PM 4: 18

LORETTA G. WHYTE
CLERK

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LIT. | MDL No. 1657 |
| | CIVIL ACTION NO. 05-2560 |
| This action relates to: | SECTION L |
| WAYNE YOUNG, | JUDGE ELDON FALLON |
| Plaintiff. | MAGISTRATE KNOWLES |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to E.D. Louisiana Local Rule 83.2, counsel for Plaintiffs hereby moves for the withdrawal of "Keller Rohrback, P.L.C" as counsel of record and its replacement by "Keller Rohrback, L.L.P." There is no substantive change involved. The two firms are affiliates, "P.L.C." in Arizona, "L.L.P." in Washington. Undersigned counsel is an active participant in each and will remain the lawyer primarily responsible for the representation during MDL proceedings and after eventual remand to the District of Arizona. Through an administrative oversight, the wrong firm name was put on the Complaint and carried through on the removal and transfer process to this Court. For internal administrative purposes, counsel need to have the proper firm name substituted.

___ Fee____
___ Process____
___ Dktd____
___ CtRmDep____
___ Doc. No____

The written approval of the Class Representative, Wayne Young, to the substitution appears on this document to assure the Court that the class representative agrees with the substitution. An order of withdrawal and substitution is attached for the Court's convenience.

RESPECTFULLY SUBMITTED this  31st  day of October, 2005.

KELLER ROHRBACK, P.L.C.

By /s/ Mark D. Samson
Mark D. Samson
3101 North Central Avenue, Suite 900
Phoenix, Arizona 85012-2600

KELLER ROHRBACK, L.L.P.

By /s/ Mark D. Samson
Mark D. Samson
1201 North Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiffs

**CLIENT APPROVAL**

I, Wayne Young, Class Representative in *Young v. Merck, Civil Action No. 05-2560*, hereby approve and consent to the withdrawal of Keller Rohrback, P.L.C. as class counsel and the substitution of Keller Rohrback, L.L.P., as class counsel.

DATED this  21  day of October, 2005.

/s/ Wayne Young
Wayne Young

2

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LIT. | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * MDL No. 1657 |
| | * CIVIL ACTION NO. 05-2560 |
| This action relates to: | * |
| | * SECTION L |
| WAYNE YOUNG, | * |
| | * JUDGE ELDON FALLON |
| Plaintiff. | * |
| | * MAGISTRATE KNOWLES |
| | * |

## ORDER

Pursuant to motion under Local Rule 83.2, and good cause appearing,

It is hereby ORDERED:

Approving the withdrawal of "Keller Rohrback, P.L.C" as counsel of record for the Plaintiff and authorizing the substitution of "Keller Rohrback, L.L.P." in its place. All mailing addresses and contact information for the individual counsel of Keller Rohrback remain the same.

DATED this ____ day of November, 2005.

_____
Honorable Eldon Fallon
District Judge

____ Fee_____
____ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
____ Doc. No _____