U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2005 NOV -9 PM 1:37
LORETTA G. WHYTE
CLERK

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LIT. | MDL No. 1657 |
| This action relates to: | CIVIL ACTION NO. 05-2560 |
| WAYNE YOUNG, | SECTION L |
| Plaintiff. | JUDGE ELDON FALLON |
| | MAGISTRATE KNOWLES |

## ORDER

Pursuant to motion under Local Rule 83.2, and good cause appearing,

It is hereby ORDERED:

Approving the withdrawal of "Keller Rohrback, P.L.C" as counsel of record for the Plaintiff and authorizing the substitution of "Keller Rohrback, L.L.P." in its place. All mailing addresses and contact information for the individual counsel of Keller Rohrback remain the same.

DATED this _8th_ day of November, 2005.

_____
Honorable Eldon Fallon
District Judge

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No _____
```