**MINUTE ENTRY**
**FALLON, J.**
**November 9, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

Defendant's Liaison Counsel contacted and informed the Court that the reference to Mr. Skolnick in a Minute Entry dated November 7, 2005, should have referred to Dr. Eric Topol.

JS10(00:02)

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____