MINUTE ENTRY
FALLON, J.
NOVEMBER 14, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to CA 05-4046
Evelyn Irvin Plunkett as Personal Representative of the Estate of Richard Irvin, Jr.

BEFORE JUDGE ELDON E. FALLON
Monday, November 14, 2005, 9:00 am
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Toni Tusa
Appearances:
for the plaintiffs: Gerald Meunier, Esq., Paul Sizemore, Esq., John Restaino, Esq.,
        Bert Black, Esq., Russ Herman, Esq.
for the defendants: Phil Beck, Esq., Tarik Ismail, Esq., Phil Wittmann, Esq.

---

DAUBERT HEARINGS:

Plaintiffs' Motions to Exclude:
1. The testimony of Dr. Lanza and Dr. Wilson
2. The testimony of Dr. Wheeler
3. The testimony of Dr. Silver
4. The testimony of Dr. Arrowsmith-Lowe
5. Testimony that Adverse Thrombotic Cardiac Events Occur Only if Vioxx is Ingested 18 Months or Longer
6. Testimony that Vioxx is the same as all NSAIDs
7. Testimony that Naproxen is sufficiently Cardioprotective to Explain Excess Cardiac Risk in VIGOR
8. Testimony that Merck Could Not Provide Risk Information Through Labelling or Marketing Without Prior Approval of the FDA

Argument - TAKEN UNDER SUBMISSION

JS-10:  3:15

___Fee___
___Process___
X_Dktd___
___CtRmDep___
Doc.No.___