FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

2005 NOV 14  AM 9: 06

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| **KNOWLES** | | |
| **Plunkett v. Merck & Co.,  Inc.,** | * | |
| | * | **CASE NO. 2:05CV4046** |
| | * | |

### PLAINTIFF'S COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY

Plaintiff Evelyn Irvin Plunkett, as  Personal Representative of the Estate of Richard

Irvin, Jr., deceased, by and through her undersigned counsel, hereby  makes the following

counter-designations to the deposition testimony that Merck has designated for the trial of this

case..  Plaintiff reserves the right to supplement this list.  Plaintiff reserves the right to offer

any deposition testimony designated by Defendant Merck & co.  Plaintiff reserves the right to

withdraw any testimony designated herein:

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

**1. Anstice, David     4/12/2005**

| | | |
|---|---|---|
| 1042:20 – 1058:12 | 1154:11 – 1159:11 | 1203: 9 |
| 1063:10 – 1065: 21 | 1160:14 – 19 | 1203:12 - 14 |
| 1066:13 – 1071:15 | 1160:22 – 1163:4 | 1203:17 - 24 |
| 1072:9 – 1075:22 | 1163:11 – 15 | 1204:4 - 7 |
| 1077:2 – 25 | 1163:17 – 22 | 1204:12 |
| 1079:5 – 1084:2 | 1164:7 – 12 | 1204:14 – 1205:3 |
| 1084:4 – 11 | 1165:12 – 1170:8 | 1205:5 - 10 |
| 1084:17 – 1085:4 | 1170:11 – 1171:19 | 1205:14 - 16 |
| 1085:8 – 1088:9 | 1171:21 – 1172:9 | 1205:20 |
| 1088:14 – 16 | 1172:23 – 1173:9 | 1205:22-24 |
| 1088:18 – 24 | 1173:12 – 13 | 1206:4 - 9 |
| 1089:2 – 1090:4 | 1173:20 – 1174:9 | 1206:12 - 19 |
| 1090:9 – 1092:6 | 1174:19 – 1175:3 | 1207: 4 - 25 |
| 1092:11 – 1094:22 | 1175:23 – 1177:6 | 1208: 3 - 8 |
| 1095:5 – 15 | 1177:10 – 1178:6 | 1208: 10 - 19 |
| 1098:1 – 14 | 1178:9 – 1179:1 | 1208:21 - 1209:10 |
| 1098:18 – 1099:21 | 1179:3 – 1179:23 | 1208:15 – 1210:4 |
| 1099:25 – 1100:2 | 1185:6 – 1186:15 | 1210:6 - 11 |
| 1100:8 – 1105:24 | 1187:13 | 1210:18 - 22 |
| 1107:10 – 1109:15 | 1187:18 – 22 | 1211:2 - 15 |
| 1110:2 – 14 | 1188:2 – 1189:8 | 1211:19 |
| 1111:18 – 1117:4 | 1189:15 – 21 | 1211:21 - 22 |
| 1117:10 – 1119:1 | 1189:24 – 1190:11 | 1211:24 – 1212:15 |
| 1119:4 – 25 | 1190:14 | 1212:17 – 1213:3 |
| 1120:2 – 1122:6 | 1190:16 – 1191:1 | 1213:13 – 1214:2 |
| 1122:9 – 1123:23 | 1191:3 – 12 | 1214:10 - 25 |
| 1124:5 – 1124:15 | 1191:15 – 1192:3 | 1215: 4 - 21 |
| 1124:24 – 1128:25 | 1192:7 – 8 | 1215:24 – 1216:8 |
| 1129:10 – 1132:3 | 1192:11 – 23 | 1216:11 - 21 |
| 1132:8 – 1135:23 | 1192:25 - 1193:8 | 1216:25 |
| 1137:23 – 1138:3 | 1194:6 - 18 | 1220:21 – 1221:7 |
| 1138:7 – 24 | 1194:20 - 1195:4 | 1221:11 – 1222:4 |
| 1139:2 – 14 | 1195:6 - 12 | 1222:6 - 23 |
| 1139:19 – 1140:12 | 1195:16 – 19 | 1224:7 - 13 |
| 1140:15 – 20 | 1195: 23 – 1196:5 | 1224:16 - 20 |
| 1140:24 – 1142:15 | 1196:9 - 10 | 1224:25 - 1225:22 |
| 1142:19 – 1143:21 | 1196:23 - 1197: 14 | 1226:3 - 6 |
| 1144:1 – 1147:20 | 1197: 15 - 1198: 10 | 1226:9 - 11 |
| 1148:16 – 21 | 1198:15 - 18 | 1226:16 - 22 |
| 1149:2 – 1151:5 | 1198:19 - 1199: 5 | 1227: 2 - 5 |
| 1151:16 – 1153:11 | 1201: 21 - 25 | 1227: 9 - 21 |
| 1154:1 – 9 | 1202:5 - 1203:7 | 1227: 23 - 24 |

**2.  Barr, Eliav          1/28/2005**

10:21 - 24
18:3 - 10
18:17 - 19
18:22 - 19:1
19:15 - 20:12
20:23 - 25
23:20 – 24:25
25:18 – 26:11
30: 24 – 31:3
31:18 – 32:1
33:17 – 34:5
35:15
36:7 - 17
37:23 – 38:3
40:21 - 41:8
42:16 – 43:12
44:7 - 10
44:13 – 15
55:20 – 56:2
59:10 - 21
59:24 – 60:11
150:8 – 151:1
151:4 - 12
151:15 – 154:4
224:14 – 234:23
235:10 – 237:12
238:20 – 239:2

**3.  Baumgartner, Susan          2/25/2005 - 03/11/2005**

10:2 - 8
12:16 - 13:2
13:11 - 18
29:12 - 22
88:10 - 19
89:11 - 24
558:4 – 563:8
567:25 – 573:17
574:11 – 576:1
498:2 – 501:12
501:21 - 23
503:12 – 508:18
509:6 – 17
509:20 – 515:10

522:8 - 22
523:5 – 524:20
524:24 – 525:19

**4.  Bold, Thomas      6/25/2004**

6:20 - 25
7:1 - 8
21:20 - 25
22:1
22:3 - 9
23:13 - 16
23:19 - 25
84:9 - 25
85:1 - 2
85:14 - 19
85:21 - 25
86: 1 - 9
94:15 - 25
95:1 - 7
133:22 - 25
134:2 - 7
155:9 - 18
155:20 - 25
156:1 - 13

**5.  Casola, Thomas Vol. II   5/21/2003**

| | | |
|---|---|---|
| 11:3 - 9 | 38:14 - 16 | 75:15 - 22 |
| 11:13 - 22 | 38:19 – 39:15 | 82:1 - 19 |
| 13:20 | 39:22 – 40:10 | 86:22 – 87:2 |
| 13:24 – 14:3 | 40:15 – 41:7 | 87:11 - 17 |
| 15:15 – 16:6 | 41:18 – 42:10 | 88:8 – 89:2 |
| 17:3 – 18:2 | 42:16 - 18 | 92: 22 – 94: 3 |
| 19:2 - 13 | 42:21 – 43:22 | 95:15 – 96:18 |
| 19:16 - 22 | 45:4 - 10 | 105:24 – 107:2 |
| 20:2 - 10 | 57:23 – 58:2 | 107:22 – 108:9 |
| 20:13 - 17 | 58:5 - 13 | 110:16 – 111:14 |
| 20:20 - 21:4 | 58:23 – 59:11 | 113:20 – 114:11 |
| 22:14 – 23:13 | 61:8 - 19 | 114:22- 115:19 |
| 23:16 - 22 | 63:16 – 64:6 | 115:22 – 118: 5 |
| 24:1 - 6 | 65:6 - 11 | 118:18 - 21 |
| 24:9 - 15 | 70:13 - 17 | 119:3 - 21 |
| 24:18 – 25:7 | 70:20 - 71:12 | 122:12 – 123:7 |
| 25:10 - 11 | 75:8 - 11 | |

4

**6. Casola, Thomas    6/24/2004**

191:10 – 192:19

**7. Daniels, Brian      10/20/2004**

9:5 - 6
9:12 - 19
11:1 - 7
12:16 – 14:13
16:5 - 24
21:4 – 26:3
199:23 – 200:4
200:8 – 201:11
415:7 – 416:3
519:9 – 520:6
520:9 – 521:15
522:4 – 523:16
523:21 – 527:1

**8. Dixon, Wendy      1/19/2005**

18:8 – 21:20

**9. Dixon, Wendy      8/5/2005**

761:6 – 762:3
762:18 – 764:20
765:8 – 782:10

**10. Dunn, James                7/8/2005**

146:2 - 4
146:6
147:17 - 20
148:14 - 19
148:21 - 149:9
149:12 – 150:2
150: 6 - 16

**11. Dunn, James                10/7/2005**

317:5 – 324:7
324:9 – 330:6

330:16 – 335:15
335:22 – 336:19
336:23 - 24
337:2 – 341:19
341:22 – 346:22
347:2 - 16
350:12 – 354:11
362:1 - 20

**12.  Erich, Elliott**          **10/21/2004**

17:1
19:20 - 21
19:24 – 21:13
30:10 - 16
30:19 - 33:22
36:3 - 5
89:1 - 7
141:23 – 142:4
142:23 – 144:2
161:15 – 164:9

**13.  Gertz, Barry**          **9/28/2005**

1267:17 - 23
1268:15 – 1321:5

**14.  Gilmartin, Raymond**    **6/17/2005**

860:2 – 876:17
876:21 - 23
876:25 – 877:6
877:10 - 16
877:17-878:23
878:24 – 880:2
880:3 - 5
880:7 - 17
880:21 – 881:9
881:12 – 882:14
882:18 – 883:19
883:23 – 884:21
884:24 – 885:1
885:13 - 15
885:17 – 886:7
886:11 - 13
886:15 – 887:14

887:16 – 889:21
890:1 - 13
890:15 - 22
890:24 - 891:5
891:9 - 11
891:13 - 19
891:21 – 893:23
893:25 – 895:1
895:3 - 15
895:19 - 897:8
897:11 - 22
898:1 - 5
898: 8-14
898:16 – 899:4
899:8 – 900:7
900:12 – 901:6
901:9 - 17
901:21- 902:25
903:4 – 904:8
904:9 - 10
904:12 – 907:19
907:23 – 908:16
908:21 – 909:8
909:10 – 910:24
911:3 – 913:11
913:13 – 914:5
914:9 – 915:21
915:25 – 916:2
916:4 - 24
917:1 – 918:6
918:10 – 920:4

**15.  ostelley, Linda    2/25/2004**

10:6 - 24
11:1 - 24
12:1 - 24
13:1 - 24
14:1 - 24
15:1 - 6
63:14 - 24
64:1 - 6
82:10 -16, 19 - 24
83:1 - 6
93:18 - 24
94:1 -16, 19 - 21

**16.  Hostelley, Linda          4/27/2004**

5:2 - 9
10:7 - 11
10:13 - 25
11:2 - 25
12:2 - 5
13:10 - 16
13:19 - 23
17:20 - 25
18:2 - 13
22:6 - 25
23:2
149:15 - 22
149:24 - 25
150:2 - 12

**17.  Kim, Peter        6/8/2005**

| | | |
|---|---|---|
| 899:2 – 902:7 | 934:10 – 936:21 | 963:21 - 22 |
| 902:9 – 903:11 | 936:24 – 939:14 | 963:25 |
| 903:15 | 939:19 – 943:1 | 964:3 - 5 |
| 903:19 – 904:1 | 943:4 - 7 | 964:15 - 16 |
| 906:25 – 910:15 | 943:9 - 12 | 964:19-22 |
| 910:19 – 913:4 | 943:15 - 25 | 964:25 – 965:13 |
| 913:7 - 24 | 944:2 - 4 | 965:18 – 969:6 |
| 914:3 – 916:17 | 944:6-10 | 969:11 – 972:5 |
| 916:19 - 23 | 944:12 – 947:16 | 972:9 – 973:15 |
| 917:22 – 918:4 | 948:9 – 950:4 | 973:17 - 22 |
| 918:6 – 919:3 | 950:6 - 25 | 974:1 – 975:11 |
| 919:6 - 8 | 951:4 - 6 | 975:18 - 20 |
| 919:10 – 920:7 | 951:9 - 16 | 975:22 – 976: 23 |
| 920:9 – 921:12 | 951:18 - 19 | 977:2 - 10 |
| 921:15 – 922:12 | 951:23 – 953:20 | 977:13 - 15 |
| 922:13 - 17 | 953:23 – 954:19 | 977:18 - 20 |
| 922:19 – 924:6 | 954:23 – 957:10 | 977:22 – 978:1 |
| 924:8 - 14 | 957:17 – 958:16 | 978:3 - 6 |
| 924:16 - 20 | 958:18 – 959:11 | 978:8 - 12 |
| 924:22 – 925:3 | 959:15 - 17 | 978:16 – 979:1 |
| 925: 5 - 19 | 959:20 – 960:18 | 979:3 - 7 |
| 925:21 – 926:2 | 960:20 - 22 | 979:10 - 18 |
| 926:17 - 22 | 960:24 – 961:1 | 979:21 – 980:10 |
| 926:25 - 927:7 | 961:3 - 5 | 980:12 – 981:1 |
| 927: 9 – 932:8 | 961:8 – 962:17 | 981:5 - 17 |
| 932:12 – 934:8 | 962:21 – 963:5 | 981:19 - 24 |

982:2 – 983:9

**18.  McKines, Charlotte**          **8/3/2005**

22:18 - 21
25:21 - 25

**19.  McKines, Charlotte**          **9/9/2005**

529:15 – 555:21

**20.  Morrison, Briggs**     **2/18/2005**

| | | |
|---|---|---|
| 547:1 – 547:3 | 574:22 | 594:4 – 595:15 |
| 547:17 – 547:22 | 575:11 – 576:7 | 595:20 – 595:24 |
| 548:6 – 552:8 | 576:17 – 576:19 | 596:1 – 596:21 |
| 552:12 – 552:19 | 578:16 – 579:17 | 596:25 – 597:3 |
| 552:23 – 552:24 | 579:19 – 579:25 | 597:9 – 597:23 |
| 553:3 – 553:18 | 580:2 – 582:4 | 598:14 – 603:16 |
| 554:6 – 555:3 | 583:6 – 583:22 | 603:21 – 604:8 |
| 555:11 – 559:11 | 584:2 – 584:4 | 604:25 – 607:11 |
| 559:13 – 560:15 | 584:6 | 609:1 – 611:19 |
| 561:8 – 562:6 | 584:8 – 584:17 | 611:21 – 612:16 |
| 562:22 – 562:24 | 584:20 – 586:16 | 612:18 – 613:7 |
| 563:3 – 563:25 | 587:4 – 588:4 | 613:24 – 614:20 |
| 564:5 – 566:19 | 588:14 – 589:23 | 614:22 – 619:2 |
| 567:13 – 568:2 | 590:3 – 590:10 | 619:19 – 620:15 |
| 568:6 – 569:3 | 590:18 – 591:15 | 621:9 – 623:4 |
| 570:1 – 570:18 | 591:21 – 591:25 | 623:5 – 625:4 |
| 571:6 – 571:8 | 592:2 – 592:14 | 625:6 – 625:12 |
| 571:12 – 572:1 | 592:18 – 592:22 | 625:16 – 627:10 |
| 573:6 – 573:24 | 592:24 – 593:6 | |
| 574:3 – 574:20 | 593:8 – 593:16 | |

**21.  Musliner, Thomas**     **11/5/2004**

10:20 – 12:12
12:21 – 19:17
21:2 – 21:24
26:17 – 27:8
28:8 – 28:19
87:19 – 88:19
89:25 – 90:9

90:12 – 91:7
91:9 – 92:5
92:8 – 92:16
100:8 – 100:18
100:22 – 101:23
102:2 – 103:2
134:10 – 134:16
134:19 – 136:22
137:14 – 138:3
138:6 – 138:24

**22.  Nies, Alan**                    **4/1/2005**

| | | |
|---|---|---|
| 359:9 – 359:11 | 425:5 – 425:8 | 462:7 – 462:20 |
| 364:16 – 366:12 | 425:15 – 428:7 | 462:24 – 463:8 |
| 366:16 – 372:12 | 428:12 – 428:19 | 463:10 – 463:17 |
| 372:15 – 377:5 | 428:22 – 429:15 | 463:19 – 464:23 |
| 377:8 – 377:12 | 429:17 – 430:13 | 464:25 – 465:3 |
| 377:16 – 378:4 | 430:16 – 430:23 | 465:9 – 466:5 |
| 378:7 – 378:17 | 430:24 – 433:5 | 466:8 – 466:15 |
| 378:19 – 394:20 | 433:7 – 434:17 | 466:22 – 468:23 |
| 394:25 – 397:9 | 434:20 – 434:22 | 469:1 – 469:5 |
| 397:10 – 398:23 | 434:24 – 435:1 | 469:8 – 470:5 |
| 399:3 – 399:5 | 435:3 – 435:22 | 470:7 – 471:10 |
| 399:10 – 400:14 | 436:2 – 437:4 | 471:14 – 473:16 |
| 401:10 – 401:18 | 437:9 – 439:14 | 473:17 – 474:12 |
| 401:20 – 401:24 | 439:18 – 439:22 | 474:15 – 475:6 |
| 402:1 – 403:10 | 439:24 – 444:5 | 476:1 – 476:19 |
| 403:17 – 403:21 | 444:8 – 445:19 | 476:24 – 477:6 |
| 404:4 – 406:3 | 445:22 – 445:25 | 477:23 – 478:5 |
| 406:4 – 409:22 | 446:5 – 448:3 | 478:11 – 479:2 |
| 409:23 – 410:3 | 448:9 | 479:4 – 479:20 |
| 410:4 – 413:1 | 448:11 – 448:13 | 479:23 – 481:5 |
| 413:4 – 413:17 | 448:16 – 449:2 | 481:8 – 482:11 |
| 413:18 – 414:11 | 449:5 – 449:12 | 482:12 – 484:13 |
| 414:15 – 416:17 | 449:15 – 450:22 | 485:8 – 485:18 |
| 416:22 – 417:12 | 451:10 – 453:3 | 485:21 – 485:23 |
| 417:16 – 417:23 | 453:6 – 454:1 | 485:8 – 485:18 |
| 418:1 – 418:12 | 454:10 | 485:21 – 485:23 |
| 418:16 – 418:25 | 454:14 – 456:18 | 486:1 – 487:12 |
| 419:6 – 419:7 | 457:2 – 457:21 | 487:15 – 487:20 |
| 419:9 – 419:17 | 457:25 – 458:2 | 487:23 – 488:4 |
| 420:4 – 420:20 | 458:7 – 458:21 | 488:11 – 488:14 |
| 420:24 – 421:2 | 459:4 – 459:21 | 488:15 – 489:16 |
| 421:4 | 459:24 – 460:2 | |
| 423:16 – 425:2 | 460:4 – 461:25 | |

**23.  Pacetti, Daniel    9/25/2005**

5:10 – 5:12
10:23 – 11:8
11:18 – 12:5
12:6 – 12:20
17:17 – 17:29
31:11 – 33:11
37:4 – 37:14
37:23 – 37:1
63:19 – 65:12

**24.  Reicin, Alise            2/26/2003**

5:7 – 5:11
5:17 – 5:20
40:7 – 40:23
101:24 – 102:10
105:18 – 106:11
114:12 – 114:22
139:6 – 139:20
154:25 – 158:9
178:15 – 180:7
181:22 – 183:7
181:22 – 183:20
185:12 – 189:8
192:6 – 194:2
222:11 – 225:5

**25.  Reicin, Alise            3/16/2004**

5:23 – 6:6
6:9 – 6:10
70:5 – 71:22
75:6 – 76:13
76:15 – 77:19
91:10 – 94:11
94:13 – 97:17
116:20 – 118:11
120:6 – 121:23
185:11 – 185:19
185:21 – 186:8
194:5 – 194:10
194:13 – 194:24

211:16 – 212:1
212:7 – 213:25
221:4 – 223:6

**26.  Reicin, Alise**　　　　**6/22/2004**

6:18 – 7:3
40:14 – 44:9
59:12 – 61:17
70:4 – 71:11
74:4 – 76:19
88:17 – 89:11
150:13 – 151:25
227:11 – 231:23
268:11 – 268:22
310:11 – 311:7
313:10 – 313:17

**27.  Reicin, Alise**　　　　**8/19/2005**

727:5 – 728:9
729:9 – 730:2
739:5 – 740:1
743:25 – 744:7

**28.  Santenello, Nancy**　　　　**12/22/2004**

6:2 -6:4
8:11 – 9:16
9:17 – 10:10
11:4 – 11:17
13:1 – 13:11
23:12 – 24:23
65:7 – 69:1
126:11 – 143:5
143:14 – 146:23
147:2 – 149:22
150:9 – 161:3
161:4 – 162:16
162:17 – 163:12
163:16 – 164:3
164:6 – 169:2
169:3 – 173:18
173:21 – 177:12

**30. Schechter, Adam          12/10/2004**

15:4 – 15:6
20:12 – 22:19
24:22 – 25:11
30:6 – 31:4
32:20 – 34:4
38:18 – 39:16
39:23 – 40:10
44:13 – 44:21
66:15 – 67:1
151:6 – 152:6
251:11 – 252:18
254:1 – 254:22
326:22 – 327:23
328:3 – 328:9
339:7 – 340:8
340:11 – 341:9

**31. Schirmer, Allesha          10/4/2005**

13:4 – 13:7
13:8 – 13:12
14:17 – 14:19
14:25 – 15:2
15:19 – 15:23
16:7 – 16:8
17:2 – 17:10
18:15 – 18:19
19:6 – 19:19
22:19 – 23:1
24:24 – 25:1
39:9 – 40:4
40:13 – 41:6
53:3 – 53:7
53:8 – 54:15
55:7 – 55:14
55:21 – 55:25
57:24 – 58:8
58:9 – 59:22
60:1 – 60:4
60:9 – 61:4
64:25 – 65:9
70:7 – 71:8

**32.  Schirmer, Dr. Christopher                9/6/2005**

5:3 – 6:19
19:15 – 23:2
27:24 – 28:3
28:18 – 28:23
35:1 – 35:4
64:2 -64:12
65:9 – 66:13

**33.  Scolnick, Edward                8/10/05**

68:3 – 68:5
74:21 – 75:2
98:8 – 98:9
122:5 – 122:9
122:23 – 123:3
124:1 – 124:__
146:2 – 146:5
151:5 – 151:12
152:12 – 152:16
160:19 – 160:23
162:11 – 162:19
162:23 – 163:8
230:21 – 230:23
234:4 – 235:10
235:24 – 236:23
269:1 – 270:8

**34.  Seidenberg, Beth C.      10/7/2004**

20:17
43:22 – 45:4
45:25 – 47:13
121:22 – 121:25
126:16 – 130:16
276:2 – 277:16
292:14 – 292:19
292:22 – 293:8
293:11 – 294:21

**35.  Shapiro, Deborah          6/30/05**

875:5 – 885:15
885:19 – 892:21
893:1 – 894:10
894:15 – 895:14
895:19 – 896:2
896:7 – 897:10
897:14 – 898:9
898:13 – 899:2
899:5 – 900:6
900:11 – 904:8
904:12 – 906:6
906:9 – 915:16
915:19 – 25
916:6 – 920:20
920:23 – 921:1
921:12 – 926:8
926:9 – 930:13
930:16 – 931:8
931:13 – 16
931:19 – 932:13
932:17 – 933:20
934:2 – 935:10
935:18 – 946:25
947:13 – 949:23
950:2 – 16
950:19 – 951:14
951:18 – 964:3

**36.  Sherwood, Louis          9/30/04**

19:11 – 21:24
22:13 – 22:18
24:5 – 7
26:8 – 16
65:15 – 67:5
67:10 – 68:7
93:2 – 15
352:25 – 353:12
413:3 – 23

**37.  Sherwood, Louis          12/24/04**

460:16 – 491:4
495:6 – 24

511:5 – 21
512:5 - 14
553:2 – 18
613:7 – 16

## 38.  Silverman, Robert          11/19/04

7:11
16:13 – 25
17:1 – 15
18:22 – 25
19:1 – 12
22:8 – 21
23:20 – 25
24:1
24:6 – 17
41:23 – 25
42:1
42:3 – 24
56:20 – 25
57:1 – 25
81:16 – 19
81:21 – 25
82:1 – 23
96:17 – 20
96:22 – 25
97:1 – 8
105:19 – 25
106:1
108:7 – 20
109:7 – 9
109:11 – 17
111:2 – 11

## 39.  Simon, Tom              1/5/2005

7:19 – 21
21:15 – 16
22:1 – 13
26:12 – 29:18
31:23 – 33:2
34:13 – 38:12
42:4 – 44:3
56:10 – 17
122:3 – 9
124:19 – 21

124:25 – 125:3
146:6 – 147:1
147:9 – 147:11
149:12 – 149:19
168:8 – 15
212:25 – 213:6
214:7 – 214:8

**40.  Simon, Tom                    1/19/2005**

364:5 – 371:12
371:15 – 372:18
372:21 – 373:1

**41.  Watson, Douglas8/4/2005**

569:25 – 578:2
578:5
578:12 – 579:3
579:7 – 585:6
585:13 – 587:13
587:19 – 589:5
589:14 – 603:10
603:13 – 607:14
607:18 – 608:12
608:15 – 608:19
608:22 – 610:14
610:16 – 612:20
612:22 – 613:17
613:25 – 618:20
618:24 – 619:16
619:18 – 620:21

**42.  Weiner, Jan                    8/10/05**

| | | |
|---|---|---|
| 15:10 – 15:13 | 43:09 – 43:21 | 62:09 – 62:15 |
| 18:12 – 19:21 | 45:07 – 45:14 | 63:07 – 63:11 |
| 19:22 – 20:12 | 45:23 – 46:11 | 63:13 – 63:13 |
| 20:13 – 20:15 | 47:03 – 47:12 | 74:23 – 75:01 |
| 20:16 – 20:24 | 47:13 – 47:15 | 75:07 – 75:13 |
| 22:04 – 23:13 | 47:17 – 47:21 | 79:18 – 79:21 |
| 31:04 – 31:07 | 49:16 – 50:10 | 79:23 – 80:11 |
| 31:09 – 32:05 | 50:14 – 50:25 | 80:16 – 80:18 |
| 32:09 – 32:17 | 55:08 – 55:10 | 80:20 – 81:04 |
| 37:03 – 37:11 | 55:16 – 55:18 | 81:09 – 81:11 |

| | | |
|---|---|---|
| 81:13 – 81:17 | 292:16 – 292:19 | 427:03 – 427:09 |
| 82:22 – 83:05 | 292:23 – 293:01 | 428:02 – 428:11 |
| 102:15 – 103:15 | 293:02 – 293:13 | 428:12 – 428:13 |
| 104:04 – 104:08 | 293:22 – 293:22 | 428:15 – 428:20 |
| 106:17 – 106:20 | 294:16 – 295:05 | 428:22 – 428:22 |
| 106:23 – 107:07 | 296:23 – 296:25 | 429:03 – 429:10 |
| 107:09 – 107:16 | 297:03 – 297:21 | 430:24 – 431:06 |
| 107:19 – 107:20 | 297:24 – 298:05 | 431:14 – 431:17 |
| 107:21 – 107:21 | 298:09 – 298:17 | 434:11 – 434:15 |
| 147:09 – 147:11 | 299:03 – 299:07 | 436:16 – 436:16 |
| 148:16 – 148:23 | 299:09 – 299:12 | 436:17 – 436:17 |
| 148:25 - 149:02 | 299:21 – 299:25 | 436:18 – 436:21 |
| 149:12 – 149:21 | 300:06 – 300:07 | 436:23 – 437:02 |
| 149:23 – 150:08 | 300:25 – 301:09 | 437:05 – 437:06 |
| 150:10 – 150:13 | 301:11 – 301:15 | 444:14 – 444:15 |
| 155:09 – 155:21 | 301:18 – 302:01 | 444:17 – 444:19 |
| 180:07 – 180:07 | 302:03 – 302:08 | 444:22 – 444:23 |
| 180:08 – 180:08 | 302:11 – 302:18 | 445:01 – 445:02 |
| 180:13 – 180:14 | 302:20 – 303:10 | 445:03 – 445:10 |
| 180:15 – 180:22 | 303:12 – 303:16 | 445:25 – 446:04 |
| 180:24 – 181:22 | 304:07 – 304:09 | 446:06 – 446:11 |
| 181:24 – 181:25 | 304:11 – 304:15 | 446:13 – 446:14 |
| 291:19 – 292:04 | 304:17 – 304:20 | |

## 43.  Westrick, Ellen 8/30/2005

14:21 – 15:12
15:23 - 17:18
18:10 – 24:13
25:18 – 32:24
34:5 – 40:18
44:14 -16
46:3 - 9
46:20 - 24
47: 8 - 24
56:16 – 57:1
63:23 – 66:4
66:14 - 20
69:2 - 5
70:20 – 71:13
103: 14 - 25
129:9 - 16
130:6 – 132:10
136:9 - 25
149:21 – 150:5

Entire deposition transcript

44.     The deposition of Dr. Eric Topol (when taken).

45.     The deposition of Dr. Steven Nissen (when taken).

46.     The depositions of all sales representatives taken prior to her case being presented to the jury.

47.     Any further or additional depositions taken prior to her case being presented to the jury.

Plaintiff reserves the right to remove any objections included herein upon resolution of the objection.  By designating this testimony, Plaintiff does not waive her right to object to or move to exclude any documents or testimony that Defendant Merck & Co. may offer at trial.

Plaintiff reserves the right to object to Defendant Merck & Co.'s counter-designations of deposition testimony and exhibits.

Respectfully submitted,

By: _P. Leigh o'Dell_

**Andy D. Birchfield, Jr.**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISON COUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**


Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)


**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **11th** day of November, 2005.