

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK & CO., INC'S PRELIMINARY
### OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby submits its Preliminary Objections to Plaintiff's Exhibit List. In addition to specific objections made in the enclosed list, Merck incorporates herein all objections included in its motions *in limine* served previously. Merck will provide plaintiff with a cross-listing comparing the motion *in limine* to plaintiff's exhibit list. Merck reserves the right to supplement this list. Merck further reserves the right to withdraw any objection made herein.

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc. No. ___

# Irvin-Plunkett v. Merck
# Merck's Objections to Plaintiff's Trial Exhibits

| TX NO. | Objection |
|--------|-----------|
| PX 1.0001 | 401, 402, 403 |
| PX 1.0002 | 401, 402, 403 |
| PX 1.0003 | 401, 402, 403 |
| PX 1.0005 | 401, 402 |
| PX 1.0006 | 401, 402, 403, 801, 802 |
| PX 1.0007 | 401, 402, 403 |
| PX 1.0008 | 401, 402, 403, 602 |
| PX 1.0009 | 401, 402, 403 |
| PX 1.0010 | 401, 402, 403, 801, 802 |
| PX 1.0011 | 401, 402, 403 |
| PX 1.0012 | 801, 802 |
| PX 1.0013 | 401, 402, 403 |
| PX 1.0014 | Incomplete, 401, 402 |
| PX 1.0015 | Incomplete, 401, 402, 403 |
| PX 1.0016 | Incomplete, 401, 402, 403 |
| PX 1.0018 | 401, 402, 403 |
| PX 1.0019 | 801, 802 |
| PX 1.0020 | 801, 802 |
| PX 1.0025 | 401, 402, 403 |
| PX 1.0026 | 401, 402, 403 |
| PX 1.0027 | 801, 802 |
| PX 1.0031 | 801, 802 |
| PX 1.0032 | 401, 402, 403 |
| PX 1.0033 | 401, 402, 403 |
| PX 1.0036 | 801, 802 |
| PX 1.0037 | 801, 802 |
| PX 1.0040 | 401, 402, 403, 801, 802 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0041 | 401, 402, 403 |
| PX 1.0042 | 401, 402, 403 |
| PX 1.0043 | 401, 402, 403 |
| PX 1.0044 | 401, 402, 403 |
| PX 1.0045 | 401, 402, 403 |
| PX 1.0046 | 401, 402, 403 |
| PX 1.0047 | 401, 402, 403 |
| PX 1.0048 | 401, 402, 403 |
| PX 1.0049 | 401, 402, 403 |
| PX 1.0050 | 401, 402, 403 |
| PX 1.0051 | 401, 402, 403 |
| PX 1.0052 | 401, 402, 403 |
| PX 1.0053 | 401, 402, 403 |
| PX 1.0054 | 401, 402, 403 |
| PX 1.0055 | 401, 402, 403 |
| PX 1.0056 | 401, 402, 403 |
| PX 1.0057 | 401, 402, 403 |
| PX 1.0058 | 401, 402, 403 |
| PX 1.0059 | 401, 402, 403 |
| PX 1.0060 | 401, 402, 403 |
| PX 1.0061 | 401, 402, 403, 801, 802, 602 |
| PX 1.0062 | 401, 402, 403 |
| PX 1.0063 | 401, 402, 403, 602, 801, 802 |
| PX 1.0064 | 401, 402, 403 |
| PX 1.0065 | 401, 402, 403 |
| PX 1.0066 | 401, 402, 403 |
| PX 1.0067 | 401, 402, 403 |
| PX 1.0068 | 401, 402, 403, 602, 801, 802 |
| PX 1.0069 | 401, 402, 403 |
| PX 1.0070 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0074 | 401, 402, 403 |
| PX 1.0075 | 401, 402, 403 |
| PX 1.0076 | 401, 402, 403 |
| PX 1.0077 | 401, 402, 403 |
| PX 1.0078 | 401, 402, 403 |
| PX 1.0079 | 401, 402, 403 |
| PX 1.0080 | 401, 402, 403 |
| PX 1.0082 | Incomplete - Does not attach document noted on page 6. |
| PX 1.0083 | Incomplete - attaches VIGOR adjudication conference minutes dated 2/4/00 to "VIGOR pre-unblinding" background material; two are not related. |
| PX 1.0084 | 602, 801, 802 |
| PX 1.0085 | 602, 801, 802 |
| PX 1.0087 | Overinclusive - various unrelated documents attached as one exhibit. |
| PX 1.0088 | Incomplete - does not include attachment- VIGOR adjudication plan. |
| PX 1.0090 | 401, 402, 403 |
| PX 1.0091 | 401, 402, 403 |
| PX 1.0092 | 801, 802 |
| PX 1.0093 | 401, 402, 403, 801, 802, 803 |
| PX 1.0095 | 401, 402, 403, 801, 802, 803 |
| PX 1.0096 | 401, 402, 403, 801, 802, 803 |
| PX 1.0098 | 401, 402, 403, 602 |
| PX 1.0099 | 401, 402, 403, 801, 802, 803 |
| PX 1.0100 | 401, 402, 403, 801, 802, 803 |
| PX 1.0102 | 401, 402, 403 |
| PX 1.0105 | 801, 802 |
| PX 1.0106 | 801, 802, Incomplete |
| PX 1.0107 | 401, 402, 403, 602, 801, 802 |
| PX 1.0108 | 401, 402, 403, 801, 802 |
| PX 1.0109 | 602, 801, 802 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0110 | 401, 402, 403 |
| PX 1.0112 | 602, 801, 802 |
| PX 1.0117 | 401, 402, 801, 802 |
| PX 1.0118 | 403, 801, 802 |
| PX 1.0119 | 401, 402, 403, 801, 802 |
| PX 1.0124 | 401, 402, 403 |
| PX 1.0125 | 401, 402, 403 |
| PX 1.0126 | 801, 802 |
| PX 1.0128 | 801, 802 |
| PX 1.0131 | 401, 402, 403 |
| PX 1.0132 | 401, 402, 403 |
| PX 1.0135 | 801, 802 |
| PX 1.0138 | 401, 402, 403 |
| PX 1.0139 | 401, 402, 403 |
| PX 1.0140 | 401, 402, 403 |
| PX 1.0141 | 401, 402, 403 |
| PX 1.0142 | 401, 402, 403 |
| PX 1.0143 | 401, 402, 403 |
| PX 1.0145 | 401, 402, 403 |
| PX 1.0146 | 401, 402, 403 |
| PX 1.0147 | 401, 402, 403 |
| PX 1.0148 | 401, 402, 403 |
| PX 1.0149 | 401, 402, 403 |
| PX 1.0150 | 401, 402, 403 |
| PX 1.0151 | 401, 402, 403 |
| PX 1.0153 | 401, 402, 403 |
| PX 1.0154 | 401, 402, 403 |
| PX 1.0155 | 401, 402, 403 |
| PX 1.0156 | 401, 402, 403 |
| PX 1.0157 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0158 | 401, 402, 403 |
| PX 1.0159 | 401, 402, 403 |
| PX 1.0160 | 401, 402, 403 |
| PX 1.0161 | 401, 402, 403 |
| PX 1.0162 | 401, 402, 403 |
| PX 1.0163 | 401, 402, 403 |
| PX 1.0164 | 401, 402, 403 |
| PX 1.0165 | 401, 402, 403 |
| PX 1.0166 | 401, 402, 403 |
| PX 1.0167 | Incomplete, 801, 802, 403 |
| PX 1.0168 | 801, 802 |
| PX 1.0169 | 602 |
| PX 1.0170 | 401, 402, 403 |
| PX 1.0171 | Incomplete, 401, 402, 403 |
| PX 1.0172 | Incomplete, 401, 402, 403 |
| PX 1.0173 | 401, 402, 403 |
| PX 1.0174 | 401, 402, 403 |
| PX 1.0175 | 401, 402, 403 |
| PX 1.0176 | 401, 402, 403, 801, 802 |
| PX 1.0177 | 401, 402, 403 |
| PX 1.0178 | 401, 402, 403, 801, 802 |
| PX 1.0179 | 401, 402, 403 |
| PX 1.0180 | 401, 402, 403 |
| PX 1.0181 | 401, 402, 403 |
| PX 1.0182 | 401, 402, 403, 801, 802 |
| PX 1.0183 | 401, 402, 403 |
| PX 1.0184 | 401, 402, 403 |
| PX 1.0185 | 401, 402, 403 |
| PX 1.0186 | Incomplete |
| PX 1.0187 | Incomplete |

| TX NO. | Objection |
|---|---|
| PX 1.0188 | Incomplete |
| PX 1.0189 | Incomplete |
| PX 1.0190 | Incomplete, 401, 402, 403 |
| PX 1.0191 | 401, 402, 403 |
| PX 1.0192 | Incomplete, 401, 402 |
| PX 1.0193 | 401, 402, 403, 801, 802 |
| PX 1.0194 | 801, 802 |
| PX 1.0195 | 801, 802 |
| PX 1.0198 | 401, 402, 403 |
| PX 1.0199 | 801, 802 |
| PX 1.0200 | 801, 802 |
| PX 1.0201 | 801, 802 |
| PX 1.0202 | 801, 802 |
| PX 1.0203 | 801, 802 |
| PX 1.0204 | Incomplete |
| PX 1.0205 | 801, 802 |
| PX 1.0206 | 801, 802 |
| PX 1.0208 | 801, 802, Incomplete |
| PX 1.0209 | 801, 802, 401, 402, 403 |
| PX 1.0211 | Incomplete - partial email chain |
| PX 1.0212 | 801, 802 |
| PX 1.0213 | 401, 402, 403 |
| PX 1.0214 | 801, 802 |
| PX 1.0215 | 401, 402, 403 |
| PX 1.0216 | 401, 402, 403 |
| PX 1.0217 | 401, 402, 403 |
| PX 1.0220 | 401, 402, 403 |
| PX 1.0221 | 401, 402, 403 |
| PX 1.0223 | 401, 402, 403 |
| PX 1.0224 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0225 | 401, 402, 403 |
| PX 1.0226 | 401, 402, 403 |
| PX 1.0227 | 401, 402, 403, 801, 802 |
| PX 1.0228 | Incomplete – missing cover email showing that this report is requested monthly |
| PX 1.0229 | 401, 402, 403 |
| PX 1.0230 | 401, 402, 403 |
| PX 1.0231 | 401, 402, 403, 602, 801, 802 |
| PX 1.0233 | 401, 402, 403 |
| PX 1.0236 | 401, 402, 403 |
| PX 1.0237 | 401, 402, 403 |
| PX 1.0238 | 401, 402, 403 |
| PX 1.0239 | 401, 402, 403 |
| PX 1.0240 | 401, 402, 403 |
| PX 1.0241 | 401, 402, 403, 801, 802 |
| PX 1.0242 | 401, 402, 403 |
| PX 1.0243 | 401, 402, 403 |
| PX 1.0246 | 401, 402, 403 |
| PX 1.0247 | 401, 402, 403 |
| PX 1.0248 | 401, 402, 403 |
| PX 1.0249 | 401, 402, 403 |
| PX 1.0253 | 602 |
| PX 1.0255 | 401, 402, 403 |
| PX 1.0256 | 401, 402, 403, 602 |
| PX 1.0257 | 401, 402, 403 |
| PX 1.0258 | 602 |
| PX 1.0259 | 401, 402, 403 |
| PX 1.0260 | 401, 402, 403 |
| PX 1.0262 | 401, 402, 403, 602, 801, 802 |
| PX 1.0263 | 401, 402, 403, 801, 802 |
| PX 1.0264 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0265 | 401, 402, 403, 602, 801, 802 |
| PX 1.0266 | 401, 402, 403 |
| PX 1.0267 | 602 |
| PX 1.0268 | 401, 402, 403 |
| PX 1.0269 | 602, 801, 802 |
| PX 1.0270 | 401, 402, 403, 801, 802 |
| PX 1.0271 | 401, 402, 403, 801, 802 |
| PX 1.0272 | 401, 402, 403, 801, 802 |
| PX 1.0273 | 401, 402, 403, 801, 802 |
| PX 1.0274 | 401, 402, 403, 602, 801, 802, 901 |
| PX 1.0275 | 401, 402, 403, 602, 801, 802 |
| PX 1.0277 | 401, 402, 403, 602, 801, 802 |
| PX 1.0279 | 401, 402, 403 |
| PX 1.0282 | Incomplete - Document does not contain attachment- SAE reports |
| PX 1.0285 | 401, 402, 403, 602, 801, 802 |
| PX 1.0286 | 401, 402, 403 |
| PX 1.0287 | 401, 402, 403 |
| PX 1.0288 | 401, 402, 403 |
| PX 1.0289 | 401, 402, 403, 602 |
| PX 1.0293 | 401, 402, 403 |
| PX 1.0294 | 401, 402, 403, 602 |
| PX 1.0296 | 401, 402, 403 |
| PX 1.0297 | 401, 402, 403, 602 |
| PX 1.0298 | 401, 402, 403, 602, 801, 802 |
| PX 1.0299 | 401, 402, 403, 602, 801, 802 |
| PX 1.0300 | 401, 402, 403, 602 |
| PX 1.0301 | 401, 402, 403 |
| PX 1.0302 | 401, 402, 403 |
| PX 1.0303 | 401, 402, 403 |
| PX 1.0304 | 401, 402, 403, 602 |

| TX NO. | Objection |
| --- | --- |
| PX 1.0305 | 401, 402, 403 |
| PX 1.0307 | 401, 402, 403, Incomplete - Missing attachment |
| PX 1.0308 | 401, 402, 403 |
| PX 1.0309 | 401, 402, 403 |
| PX 1.0310 | 401, 402, 403 |
| PX 1.0311 | 401, 402, 403 |
| PX 1.0312 | 401, 402, 403 |
| PX 1.0313 | 401, 402, 403, 602 |
| PX 1.0314 | 401, 402, 403 |
| PX 1.0315 | 401, 402, 403 |
| PX 1.0316 | 401, 402, 403 |
| PX 1.0317 | 401, 402, 403 |
| PX 1.0318 | 401, 402, 403 |
| PX 1.0319 | 401, 402, 403 |
| PX 1.0320 | 401, 402, 403 |
| PX 1.0321 | 401, 402, 403 |
| PX 1.0322 | 401, 402, 403 |
| PX 1.0324 | 401, 402, 403 |
| PX 1.0327 | 401, 402, 403 |
| PX 1.0328 | 401, 402, 403 |
| PX 1.0329 | 401, 402, 403, 602 |
| PX 1.0330 | 401, 402, 403 |
| PX 1.0331 | 401, 402, 403 |
| PX 1.0332 | 401, 402, 403 |
| PX 1.0333 | 401, 402, 403 |
| PX 1.0334 | 401, 402, 403 |
| PX 1.0335 | 401, 402, 403 |
| PX 1.0336 | 401, 402 |
| PX 1.0337 | 401, 402, 403 |
| PX 1.0338 | 401, 402, 403, 602 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0339 | 401, 402, 403 |
| PX 1.0340 | 401, 402, 403 |
| PX 1.0341 | 801, 802 |
| PX 1.0342 | 602, 801, 802 |
| PX 1.0343 | 401, 402, 403 |
| PX 1.0344 | 602, 801, 802, Incomplete |
| PX 1.0345 | 401, 402, 403 |
| PX 1.0346 | 801, 802 |
| PX 1.0347 | 401, 402 |
| PX 1.0348 | 401, 402, 403, 801, 802 |
| PX 1.0349 | 401, 402, 801, 802 |
| PX 1.0350 | 801, 802 |
| PX 1.0351 | 403 |
| PX 1.0352 | 401, 402 |
| PX 1.0354 | 401, 402, 801, 802 |
| PX 1.0355 | 401, 402, 801, 802 |
| PX 1.0356 | 401, 402, 403 |
| PX 1.0357 | 401, 402, 403 |
| PX 1.0358 | 401, 402 |
| PX 1.0359 | 401, 402 |
| PX 1.0360 | 401, 402, 403 |
| PX 1.0361 | Incomplete |
| PX 1.0362 | 403, 801, 802 |
| PX 1.0363 | 401, 402, 403 |
| PX 1.0364 | 401, 402, 403 |
| PX 1.0365 | 401, 402, 403 |
| PX 1.0366 | 401, 402 |
| PX 1.0368 | 401, 402, 403, 801, 802 |
| PX 1.0369 | 401, 402 |
| PX 1.0370 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0372 | Incomplete |
| PX 1.0373 | 801, 802 |
| PX 1.0374 | 801, 802 |
| PX 1.0375 | 401, 402, 801, 802 |
| PX 1.0376 | 801, 802 |
| PX 1.0377 | 602 |
| PX 1.0378 | Incomplete |
| PX 1.0380 | 801, 802 |
| PX 1.0383 | 401, 402 |
| PX 1.0386 | 801, 802 |
| PX 1.0387 | 401, 402, 403 |
| PX 1.0389 | 401, 402, 403 |
| PX 1.0390 | 801, 802 |
| PX 1.0391 | 801, 802 |
| PX 1.0392 | 801, 802 |
| PX 1.0393 | 801, 802 |
| PX 1.0394 | 801, 802 |
| PX 1.0395 | 801, 802 |
| PX 1.0398 | 401, 402, 403 |
| PX 1.0399 | 401, 402, 403 |
| PX 1.0400 | 401, 402, 403, 801, 802 |
| PX 1.0401 | 401, 402, 403, 801, 802 |
| PX 1.0402 | 401, 402, 403 |
| PX 1.0403 | 401, 402, 403, 801, 802 |
| PX 1.0404 | 401, 402, 403, 602, 801, 802 |
| PX 1.0405 | 401, 402, 403 |
| PX 1.0406 | 401, 402, 403 |
| PX 1.0407 | 401, 402, 403 |
| PX 1.0408 | 401, 402, 403 |
| PX 1.0409 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0410 | 401, 402, 403, 801, 802 |
| PX 1.0411 | 401, 402, 403, 801, 802 |
| PX 1.0412 | 401, 402, 403, 801, 802 |
| PX 1.0413 | 401, 402, 403, 801, 802 |
| PX 1.0414 | 401, 402, 403, 801, 802 |
| PX 1.0415 | 401, 402, 403, 801, 802 |
| PX 1.0416 | 401, 402, 403, 801, 802 |
| PX 1.0417 | 401, 402, 403, 801, 802 |
| PX 1.0418 | 401, 402, 403, 801, 802 |
| PX 1.0419 | 401, 402, 403, 801, 802 |
| PX 1.0420 | 401, 402, 403, 801, 802 |
| PX 1.0421 | 401, 402, 403, 801, 802 |
| PX 1.0422 | 401, 402, 403, 602, 801, 802 |
| PX 1.0423 | 401, 402, 403, 602, 801, 802 |
| PX 1.0424 | 401, 402, 403, 602, 801, 802 |
| PX 1.0425 | 401, 402, 403, 602, 801, 802 |
| PX 1.0426 | 401, 402, 403, 602, 801, 802 |
| PX 1.0427 | 401, 402, 403, 602, 801, 802 |
| PX 1.0428 | 401, 402, 403, 602, 801, 802, 702 |
| PX 1.0429 | 401, 402, 403, 602, 801, 802 |
| PX 1.0430 | 401, 402, 403, 602, 801, 802 |
| PX 1.0431 | 401, 402, 403, 602, 801, 802 |
| PX 1.0432 | 401, 402, 403, 602, 801, 802 |
| PX 1.0433 | 401, 402, 403, 602, 801, 802 |
| PX 1.0434 | 401, 402, 403, 801, 802 |
| PX 1.0436 | 401, 402, 403 |
| PX 1.0437 | Incomplete, 401, 402, 403 |
| PX 1.0438 | 401, 402, 403, 801, 802 |
| PX 1.0440 | 401, 402, 403, 602, 801, 802 |
| PX 1.0441 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0444 | Incomplete, 401, 402, 403, 801, 802 |
| PX 1.0445 | 401, 402, 403, 801, 802 |
| PX 1.0446 | 401, 402, 403 |
| PX 1.0447 | 801, 802 |
| PX 1.0449 | Incomplete, 401, 402 |
| PX 1.0450 | 401, 402, 403, 602 |
| PX 1.0451 | 401, 402 |
| PX 1.0452 | Incomplete, 401, 402, 403 |
| PX 1.0453 | 401, 402, 403 |
| PX 1.0454 | 401, 402, 403 |
| PX 1.0455 | 401, 402, 403 |
| PX 1.0456 | 401, 402, 403 |
| PX 1.0457 | 401, 402, 403 |
| PX 1.0466 | 401, 402, 403 |
| PX 1.0467 | 401, 402, 403 |
| PX 1.0470 | 401, 402, 403, 801, 802 |
| PX 1.0471 | 801, 802 |
| PX 1.0472 | 801, 802 |
| PX 1.0473 | 401, 402, 403, 801, 802 |
| PX 1.0474 | 401, 402, 403 |
| PX 1.0477 | 801, 802 |
| PX 1.0479 | 801, 802, 602 |
| PX 1.0480 | 901, 801, 802 |
| PX 1.0484 | 401, 402, 403 |
| PX 1.0493 | 401, 402, 403 |
| PX 1.0498 | 401, 402, 403 |
| PX 1.0499 | 801, 802, 901 |
| PX 1.0503 | 801, 802 |
| PX 1.0508 | 602, 801, 802, 901 |
| PX 1.0510 | 801, 802 |

| TX NO. | Objection |
|---|---|
| PX 1.0514 | 401, 402, 403 |
| PX 1.0515 | 401, 402, 403 |
| PX 1.0516 | 801, 802 |
| PX 1.0518 | 801, 802, 602 |
| PX 1.0519 | 401, 402, 403 |
| PX 1.0521 | 401, 402, 403 |
| PX 1.0522 | 401, 402, 403 |
| PX 1.0524 | 801, 802 |
| PX 1.0533 | 801, 802, Incomplete |
| PX 1.0534 | 801, 802 |
| PX 1.0535 | 801, 802 |
| PX 1.0536 | 401, 402, 403, Incomplete |
| PX 1.0539 | 401, 402, 403 |
| PX 1.0540 | 401, 402, 403, Incomplete |
| PX 1.0541 | 401, 402, 403, 801, 802 |
| PX 1.0542 | 401, 402, 403 |
| PX 1.0543 | 801, 802, 901 |
| PX 1.0546 | Incomplete |
| PX 1.0548 | Incomplete |
| PX 1.0549 | Incomplete |
| PX 1.0551 | 403 |
| PX 1.0553 | 401, 402, 403, Incomplete |
| PX 1.0554 | 401, 402 |
| PX 1.0556 | 401, 402, 403 |
| PX 1.0557 | 401, 402, 403 |
| PX 1.0559 | 401, 402 |
| PX 1.0580 | 401, 402 |
| PX 1.0582 | 401, 402 |
| PX 1.0583 | 401, 402, 403 |
| PX 1.0584 | 401, 402 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0585 | 401, 402 |
| PX 1.0586 | 401, 402 |
| PX 1.0589 | 401, 402 |
| PX 1.0590 | 401, 402 |
| PX 1.0599 | 401, 402, 403 |
| PX 1.0600 | 401, 402, 403 |
| PX 1.0601 | 401, 402, 403 |
| PX 1.0602 | 401, 402, 403 |
| PX 1.0603 | 401, 402, 403 |
| PX 1.0605 | 401, 402, 403 |
| PX 1.0606 | 401, 402, 403 |
| PX 1.0609 | 401, 402, 403 |
| PX 1.0611 | 401, 402, 403 |
| PX 1.0613 | 401, 402, 403 |
| PX 1.0614 | 401, 402, 403 |
| PX 1.0615 | 401, 402, 403 |
| PX 1.0618 | 401, 402, 403 |
| PX 1.0620 | 401, 402, 403 |
| PX 1.0622 | 401, 402, 403 |
| PX 1.0624 | 401, 402, 403 |
| PX 1.0625 | 401, 402, 403 |
| PX 1.0626 | 401, 402, 403 |
| PX 1.0628 | 401, 402, 403 |
| PX 1.0629 | 401, 402, 403 |
| PX 1.0630 | 401, 402, 403, 602 |
| PX 1.0637 | 401, 402, 403 |
| PX 1.0638 | 401, 402, 403 |
| PX 1.0639 | 401, 402, 403 |
| PX 1.0641 | 401, 402, 403 |
| PX 1.0643 | 401, 402, 403 |

| TX NO. | Objection |
| --- | --- |
| PX 1.0644 | 401, 402, 403 |
| PX 1.0645 | 401, 402, 403 |
| PX 1.0646 | 401, 402, 403 |
| PX 1.0647 | 401, 402, 403 |
| PX 1.0648 | 401, 402, 403 |
| PX 1.0649 | 401, 402, 403 |
| PX 1.0650 | 401, 402, 403 |
| PX 1.0651 | 401, 402, 403 |
| PX 1.0652 | 401, 402, 403 |
| PX 1.0653 | 401, 402, 403 |
| PX 1.0654 | 401, 402, 403 |
| PX 1.0655 | 401, 402, 403 |
| PX 1.0656 | 401, 402, 403 |
| PX 1.0657 | 401, 402, 403 |
| PX 1.0658 | 401, 402, 403 |
| PX 1.0659 | 401, 402, 403 |
| PX 1.0660 | 401, 402, 403 |
| PX 1.0661 | 401, 402, 403 |
| PX 1.0662 | 401, 402, 403 |
| PX 1.0663 | 401, 402, 403 |
| PX 1.0664 | 401, 402, 403 |
| PX 1.0665 | 401, 402, 403 |
| PX 1.0666 | 401, 402, 403 |
| PX 1.0667 | 401, 402, 403 |
| PX 1.0668 | 401, 402, 403, 801, 802 |
| PX 1.0669 | 401, 402, 403, 602, 801, 802 |
| PX 1.0670 | 401, 402, 403, 602, 801, 802 |
| PX 1.0672 | 401, 402, 403, 602, 801, 802 |
| PX 1.0677 | 401, 402, 403 |
| PX 1.0686 | 801, 802 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0687 | 801, 802 |
| PX 1.0688 | 401, 402, 403 |
| PX 1.0689 | 401, 402, 403 |
| PX 1.0690 | 401, 402, 403 |
| PX 1.0691 | 401, 402, 403 |
| PX 1.0692 | 401, 402, 403 |
| PX 1.0693 | 401, 402, 403 |
| PX 1.0694 | 401, 402, 403 |
| PX 1.0695 | 401, 402, 403 |
| PX 1.0696 | 401, 402, 403 |
| PX 1.0697 | 401, 402, 403 |
| PX 1.0698 | 401, 402, 403 |
| PX 1.0699 | 401, 402, 403 |
| PX 1.0700 | 401, 402, 403 |
| PX 1.0701 | 401, 402, 403 |
| PX 1.0702 | 401, 402, 403 |
| PX 1.0703 | 401, 402, 403 |
| PX 1.0704 | 401, 402, 403 |
| PX 1.0705 | 401, 402, 403 |
| PX 1.0706 | 401, 402, 403 |
| PX 1.0707 | 401, 402, 403 |
| PX 1.0708 | 401, 402, 403 |
| PX 1.0709 | 401, 402, 403 |
| PX 1.0710 | 401, 402, 403 |
| PX 1.0711 | 401, 402, 403 |
| PX 1.0712 | 401, 402, 403 |
| PX 1.0716 | 801, 802 |
| PX 1.0720 | 401, 402, 403 |
| PX 1.0724 | 401, 402, 403 |
| PX 1.0725 | 401, 402, 403, 801, 802, 901 |

| TX NO. | Objection |
|---|---|
| PX 1.0726 | 401, 402, 403 |
| PX 1.0727 | 401, 402, 403 |
| PX 1.0728 | 401, 402, 403 |
| PX 1.0729 | 401, 402, 403 |
| PX 1.0731 | 401, 402, 403 |
| PX 1.0737 | Missing |
| PX 1.0750 | 401, 402, 403 |
| PX 1.0751 | 401, 402, 403 |
| PX 1.0752 | 401, 402, 403 |
| PX 1.0753 | 401, 402, 403 |
| PX 1.0754 | 801, 802 |
| PX 1.0755 | 801, 802 |
| PX 1.0756 | 801, 802 |
| PX 1.0757A | 401, 402, 403 |
| PX 1.0758 | 401, 402, 403, 801, 802 |
| PX 1.0758A | 401, 402, 403 |
| PX 1.0759 | 401, 402, 403, 801, 802 |
| PX 1.0759A | 401, 402, 403 |
| PX 1.0760 | 401, 402, 403 |
| PX 1.0761 | 401, 402, 403 |
| PX 1.0762 | 401, 402, 403 |
| PX 1.0763 | 401, 402, 403 |
| PX 1.0764 | 401, 402, 403 |
| PX 1.0765 | 401, 402, 403 |
| PX 1.0766 | 401, 402, 403 |
| PX 1.0767 | 401, 402, 403 |
| PX 1.0768 | 401, 402, 403, 801, 802 |
| PX 1.0769 | 401, 402, 403, 801, 802 |
| PX 1.0770 | 401, 402, 403, 801, 802 |
| PX 1.0771 | 401, 402, 403, 801, 802 |

| TX NO. | Objection |
| --- | --- |
| PX 1.0772 | 401, 402, 403, 801, 802 |
| PX 1.0773 | 401, 402, 403, 801, 802 |
| PX 1.0774 | 401, 402, 403, 801, 802 |
| PX 1.0775 | 401, 402, 403, 801, 802 |
| PX 1.0776 | 401, 402, 403, 801, 802 |
| PX 1.0777 | 401, 402, 403, 801, 802 |
| PX 1.0778 | 401, 402, 403, 801, 802 |
| PX 1.0779 | 401, 402, 403, 801, 802 |
| PX 1.0780 | 401, 402, 403, 801, 802 |
| PX 1.0781 | 401, 402, 403, 801, 802 |
| PX 1.0782 | 401, 402, 403, 801, 802 |
| PX 1.0783 | 401, 402, 403, 801, 802 |
| PX 1.0784 | 401, 402, 403, 801, 802 |
| PX 1.0785 | 401, 402, 403, 801, 802 |
| PX 1.0786 | 401, 402, 403, 801, 802 |
| PX 1.0787 | 401, 402, 403 |
| PX 1.0788 | 401, 402, 403 |
| PX 1.0789 | 401, 402, 403 |
| PX 1.0790 | 401, 402, 403 |
| PX 1.0791 | 401, 402, 403 |
| PX 1.0792 | 401, 402, 403 |
| PX 1.0793 | 401, 402, 403 |
| PX 1.0794 | 401, 402, 403 |
| PX 1.0795 | 401, 402, 403 |
| PX 1.0796 | 401, 402, 403 |
| PX 1.0797 | 401, 402, 403 |
| PX 1.0798 | 401, 402, 403 |
| PX 1.0799 | 401, 402, 403 |
| PX 1.0800 | 401, 402, 403 |
| PX 1.0801 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0802 | 401, 402, 403 |
| PX 1.0803 | 401, 402, 403 |
| PX 1.0804 | 401, 402, 403 |
| PX 1.0805 | 401, 402, 403 |
| PX 1.0806 | 401, 402, 403 |
| PX 1.0807 | 401, 402, 403 |
| PX 1.0808 | 401, 402, 403 |
| PX 1.0809 | 401, 402, 403 |
| PX 1.0810 | 401, 402, 403 |
| PX 1.0811 | 401, 402, 403 |
| PX 1.0812 | 401, 402, 403 |
| PX 1.0813 | 401, 402, 403 |
| PX 1.0814 | 401, 402, 403 |
| PX 1.0815 | 401, 402, 403 |
| PX 1.0816 | 401, 402, 403 |
| PX 1.0817 | 401, 402, 403 |
| PX 1.0818 | 401, 402, 403 |
| PX 1.0819 | 401, 402, 403 |
| PX 1.0820 | 401, 402, 403 |
| PX 1.0821 | 401, 402, 403 |
| PX 1.0822 | 401, 402, 403 |
| PX 1.0823 | 401, 402, 403 |
| PX 1.0824 | 401, 402, 403 |
| PX 1.0825 | 401, 402, 403 |
| PX 1.0826 | 401, 402, 403 |
| PX 1.0827 | 401, 402, 403 |
| PX 1.0828 | 401, 402, 403 |
| PX 1.0829 | 401, 402, 403 |
| PX 1.0830 | 401, 402, 403 |
| PX 1.0831 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0832 | 401, 402, 403 |
| PX 1.0833 | 401, 402, 403 |
| PX 1.0834 | 401, 402, 403 |
| PX 1.0835 | 401, 402, 403 |
| PX 1.0836 | 401, 402, 403 |
| PX 1.0837 | 401, 402, 403 |
| PX 1.0838 | 401, 402, 403 |
| PX 1.0839 | 401, 402, 403 |
| PX 1.0840 | 401, 402, 403 |
| PX 1.0841 | 401, 402, 403 |
| PX 1.0842 | 401, 402, 403 |
| PX 1.0843 | 401, 402, 403 |
| PX 1.0844 | 401, 402, 403 |
| PX 1.0845 | 401, 402, 403 |
| PX 1.0846 | 401, 402, 403 |
| PX 1.0847 | 401, 402, 403 |
| PX 1.0848 | 401, 402, 403 |
| PX 1.0849 | 401, 402, 403 |
| PX 1.0850 | 401, 402, 403 |
| PX 1.0851 | 401, 402, 403 |
| PX 1.0852 | 401, 402, 403 |
| PX 1.0853 | 401, 402, 403 |
| PX 1.0854 | 401, 402, 403 |
| PX 1.0855 | 401, 402, 403 |
| PX 1.0856 | 401, 402, 403 |
| PX 1.0857 | 401, 402, 403 |
| PX 1.0858 | 401, 402, 403 |
| PX 1.0859 | 401, 402, 403 |
| PX 1.0860 | 401, 402, 403 |
| PX 1.0861 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0862 | 401, 402, 403 |
| PX 1.0863 | 401, 402, 403 |
| PX 1.0864 | 401, 402, 403 |
| PX 1.0865 | 401, 402, 403 |
| PX 1.0866 | 401, 402, 403 |
| PX 1.0867 | 401, 402, 403 |
| PX 1.0868 | 401, 402, 403 |
| PX 1.0869 | 401, 402, 403 |
| PX 1.0870 | 401, 402, 403 |
| PX 1.0871 | 401, 402, 403 |
| PX 1.0872 | 401, 402, 403 |
| PX 1.0873 | 401, 402, 403 |
| PX 1.0874 | 401, 402, 403 |
| PX 1.0875 | 401, 402, 403 |
| PX 1.0876 | 401, 402, 403 |
| PX 1.0877 | 401, 402, 403 |
| PX 1.0878 | 401, 402, 403 |
| PX 1.0879 | 401, 402, 403 |
| PX 1.0880 | 401, 402, 403 |
| PX 1.0881 | 401, 402, 403 |
| PX 1.0882 | 401, 402, 403 |
| PX 1.0883 | 401, 402, 403 |
| PX 1.0884 | 401, 402, 403 |
| PX 1.0885 | 401, 402, 403 |
| PX 1.0886 | 401, 402, 403 |
| PX 1.0887 | 401, 402, 403 |
| PX 1.0888 | 401, 402, 403 |
| PX 1.0889 | 401, 402, 403 |
| PX 1.0890 | 401, 402, 403 |
| PX 1.0891 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0892 | 401, 402, 403 |
| PX 1.0893 | 401, 402, 403 |
| PX 1.0894 | 401, 402, 403 |
| PX 1.0895 | 401, 402, 403 |
| PX 1.0896 | 401, 402, 403 |
| PX 1.0897 | 401, 402, 403 |
| PX 1.0898 | 401, 402, 403 |
| PX 1.0899 | 401, 402, 403 |
| PX 1.0900 | 401, 402, 403 |
| PX 1.0901 | 401, 402, 403 |
| PX 1.0902 | 401, 402, 403 |
| PX 1.0903 | 401, 402, 403 |
| PX 1.0904 | 401, 402, 403 |
| PX 1.0905 | 401, 402, 403 |
| PX 1.0906 | 401, 402, 403 |
| PX 1.0907 | 401, 402, 403 |
| PX 1.0908 | 401, 402, 403 |
| PX 1.0909 | 401, 402, 403 |
| PX 1.0910 | 401, 402, 403 |
| PX 1.0911 | 401, 402, 403 |
| PX 1.0912 | 401, 402, 403 |
| PX 1.0913 | 401, 402, 403 |
| PX 1.0914 | 401, 402, 403 |
| PX 1.0915 | 401, 402, 403 |
| PX 1.0916 | 401, 402, 403 |
| PX 1.0917 | 401, 402, 403 |
| PX 1.0918 | 401, 402, 403 |
| PX 1.0919 | 401, 402, 403 |
| PX 1.0920 | 401, 402, 403 |
| PX 1.0921 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0922 | 401, 402, 403 |
| PX 1.0923 | 401, 402, 403 |
| PX 1.0924 | 401, 402, 403 |
| PX 1.0925 | 401, 402, 403 |
| PX 1.0926 | 401, 402, 403 |
| PX 1.0927 | 401, 402, 403 |
| PX 1.0928 | 401, 402, 403 |
| PX 1.0929 | 401, 402, 403 |
| PX 1.0930 | 401, 402, 403 |
| PX 1.0931 | 401, 402, 403 |
| PX 1.0932 | 401, 402, 403 |
| PX 1.0933 | 401, 402, 403 |
| PX 1.0934 | 401, 402, 403 |
| PX 1.0935 | 401, 402, 403 |
| PX 1.0936 | 401, 402, 403 |
| PX 1.0937 | 401, 402, 403 |
| PX 1.0938 | 401, 402, 403 |
| PX 1.0939 | 401, 402, 403 |
| PX 1.0940 | 401, 402, 403 |
| PX 1.0941 | 401, 402, 403 |
| PX 1.0942 | 401, 402, 403 |
| PX 1.0943 | 401, 402, 403 |
| PX 1.0944 | 401, 402, 403 |
| PX 1.0945 | 401, 402, 403 |
| PX 1.0946 | 401, 402, 403 |
| PX 1.0947 | 401, 402, 403 |
| PX 1.0948 | 401, 402, 403 |
| PX 1.0949 | 401, 402, 403 |
| PX 1.0950 | 401, 402, 403 |
| PX 1.0951 | 401, 402, 403 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0952 | 401, 402, 403 |
| PX 1.0953 | 401, 402, 403 |
| PX 1.0954 | 401, 402, 403 |
| PX 1.0955 | 401, 402, 403 |
| PX 1.0956 | 401, 402, 403 |
| PX 1.0957 | 401, 402, 403 |
| PX 1.0958 | 401, 402, 403 |
| PX 1.0959 | 401, 402, 403 |
| PX 1.0960 | 401, 402, 403 |
| PX 1.0961 | 401, 402, 403 |
| PX 1.0962 | 401, 402, 403 |
| PX 1.0963 | 401, 402, 403 |
| PX 1.0964 | 401, 402, 403, 601, 801 |
| PX 1.0965 | 401, 402, 403 |
| PX 1.0966 | 401, 402, 403 |
| PX 1.0971 | 401, 402, 403 |
| PX 1.0972 | 401, 402, 403, 801 |
| PX 1.0973 | 401, 402, 403, 801 |
| PX 1.0974 | 401, 402, 403, 801 |
| PX 1.0975 | 401, 402, 403, 801 |
| PX 1.0976 | 401, 402, 403, 801 |
| PX 1.0977 | 401, 402, 403, 801 |
| PX 1.0978 | 401, 402, 403, 801 |
| PX 1.0979 | 401, 402, 403, 801 |
| PX 1.0980 | 401, 402, 403, 801 |
| PX 1.0981 | 401, 402, 403, 801 |
| PX 1.0982 | 401, 402, 403, 801 |
| PX 1.0983 | 401, 402, 403, 801 |
| PX 1.0984 | 401, 402, 403, 801 |
| PX 1.0985 | 401, 402, 403, 801 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.0986 | 401, 402, 403, 801 |
| PX 1.0987 | 401, 402, 403, 801 |
| PX 1.0988 | 401, 402, 403, 801 |
| PX 1.0989 | 401, 402, 403, 801 |
| PX 1.0990 | 401, 402, 403, 801 |
| PX 1.0991 | 401, 402, 403, 801 |
| PX 1.0992 | 401, 402, 403, 801 |
| PX 1.0993 | 401, 402, 403, 801 |
| PX 1.0994 | 401, 402, 403, 801 |
| PX 1.0995 | 401, 402, 403, 801 |
| PX 1.0996 | 401, 402, 403, 801 |
| PX 1.0998 | 401, 402, 403 |
| PX 1.1001 | 401, 402, 403 |
| PX 1.1002 | 401, 402, 403 |
| PX 1.1003 | 401, 402, 403 |
| PX 1.1004 | 401, 402, 403 |
| PX 1.1008 | 401, 402, 403, 602, 801, 802 |
| PX 1.1009 | 401, 402, 403, 602, 801, 802 |
| PX 1.1011 | 401, 402, 403 |
| PX 1.1013 | 401, 402, 403 |
| PX 1.1014 | 401, 402, 403 |
| PX 1.1015 | 401, 402, 403 |
| PX 1.1017 | 401, 402, 403 |
| PX 1.1018 | 401, 402, 403 |
| PX 1.1019 | 401, 402, 403, 801, 802 |
| PX 1.1024 | 401, 402, 403 |
| PX 1.1025 | 401, 402, 403 |
| PX 1.1026 | 801, 802 |
| PX 1.1036 | 401, 402, 403 |
| PX 1.1037 | 801, 802 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.1042 | 401, 402, 403 |
| PX 1.1045 | 401, 402, 403 |
| PX 1.1055 | 401, 402, 403 |
| PX 1.1056 | 401, 402, 403 |
| PX 1.1057 | 401, 402, 403 |
| PX 1.1058 | 401, 402, 403 |
| PX 1.1059 | 401, 402, 403 |
| PX 1.1060 | 401, 402, 403 |
| PX 1.1061 | 401, 402, 403 |
| PX 1.1062 | 401, 402, 403 |
| PX 1.1063 | 401, 402, 403 |
| PX 1.1064 | 401, 402, 403 |
| PX 1.1065 | 401, 402, 403 |
| PX 1.1066 | 401, 402, 403 |
| PX 1.1067 | 401, 402, 403 |
| PX 1.1068 | 401, 402, 403 |
| PX 1.1069 | 401, 402, 403 |
| PX 1.1073 | 401, 402, 403 |
| PX 1.1083 | 801, 802 |
| PX 1.1087 | 401, 402, 403 |
| PX 1.1088 | 401, 402, 403 |
| PX 1.1089 | 401, 402, 403 |
| PX 1.1090 | 801, 802 |
| PX 1.1091 | 401, 402, 403 |
| PX 1.1092 | 401, 402, 403, 801, 802 |
| PX 1.1093 | 401, 402, 403, 801, 802 |
| PX 1.1094 | 401, 402, 403 |
| PX 1.1097 | 401, 402, 403 |
| PX 1.1098 | 401, 402, 403 |
| PX 1.1101 | 602, 801, 802 |

| TX NO. | Objection |
| --- | --- |
| PX 1.1102 | 401, 402, 403, 801, 802 |
| PX 1.1104 | 401, 402, 403 |
| PX 1.1105 | Incomplete |
| PX 1.1106 | 801, 802 |
| PX 1.1108 | 401, 402, 403, 602, 801, 802 |
| PX 1.1110 | 401, 402, 403 |
| PX 1.1111 | 401, 402, 403, 801, 802, 901, Incomplete, Multiple documents |
| PX 1.1112 | 401, 402, 403 |
| PX 1.1113 | 401, 402, 403 |
| PX 1.1114 | 801, 802 |
| PX 1.1115 | 403, Incomplete |
| PX 1.1116 | 401, 402, 403, 801, 802, Incomplete |
| PX 1.1124 | 401, 402, 403 |
| PX 1.1125 | 401, 402, 403 |
| PX 1.1126 | Incomplete, 403 |
| PX 1.1128 | 401, 402, 403 |
| PX 1.1129 | 401, 402, 403 |
| PX 1.1130 | 401, 402, 403, 801, 802 |
| PX 1.1131 | 401, 402, 403 |
| PX 1.1134 | 401, 402, 403 |
| PX 1.1135 | 401, 402, 403 |
| PX 1.1136 | 401, 402, 403 |
| PX 1.1137 | 401, 402, 403 |
| PX 1.1138 | 401, 402, 801, 802 |
| PX 1.1139 | Missing |
| PX 1.1140 | 401, 402, Incomplete |
| PX 1.1141 | 403 |
| PX 1.1142 | 401, 402, 403 |
| PX 1.1143 | 401, 402, 403 |
| PX 1.1144 | Missing |

| TX NO. | Objection |
|---|---|
| PX 1.1149 | 401, 402, 403, Incomplete |
| PX 1.1150 | 401, 402, 403 |
| PX 1.1167 | 401, 402 |
| PX 1.1171 | 401, 402, 403 |
| PX 1.1172 | 401, 402, 403 |
| PX 1.1173 | 401, 402, 403 |
| PX 1.1174 | 401, 402, 403 |
| PX 1.1175 | 401, 402, 403 |
| PX 1.1176 | 401, 402, 403 |
| PX 1.1177 | 401, 402, 403 |
| PX 1.1178 | 401, 402, 403 |
| PX 1.1179 | 401, 402, 403 |
| PX 1.1181 | 401, 402, 403, 801, 802 |
| PX 1.1182 | Missing |
| PX 1.1183 | 401, 402, 403, 801, 802 |
| PX 1.1184 | 401, 402, 403, 801, 802 |
| PX 1.1185 | Incomplete, 801, 802 |
| PX 1.1186 | Missing |
| PX 1.1188 | 401, 402, 403 |
| PX 1.1190 | 401, 402, 403 |
| PX 1.1191 | 801, 802 |
| PX 1.1193 | Missing |
| PX 1.1194 | Missing |
| PX 1.1196 | Missing |
| PX 1.1197 | 401, 402, 403 |
| PX 1.1200 | 401, 402, 403, 801, 802 |
| PX 1.1202 | 401, 402, 403 |
| PX 1.1203 | Missing |
| PX 1.1206 | 401, 402, 403 |
| PX 1.1207 | 401, 402, 403, 801, 802 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.1208 | 401, 402, 403 |
| PX 1.1209 | 801, 802 |
| PX 1.1210 | 801, 802 |
| PX 1.1211 | 401, 402, 403 |
| PX 1.1212 | 801, 802 |
| PX 1.1213 | 401, 402, 403, 801, 802 |
| PX 1.1214 | 401, 402, 403, 801, 802 |
| PX 1.1215 | 401, 402, 403, 801, 802, 901, missing exhibit |
| PX 1.1217 | Missing |
| PX 1.1219 | 801, 802 |
| PX 1.1221 | 401, 402, 403 |
| PX 1.1222 | 401, 402, 403 |
| PX 1.1223 | 401, 402, 403 |
| PX 1.1224 | 401, 402, 403 |
| PX 1.1225 | 401, 402, 403 |
| PX 1.1226 | 401, 402, 403 |
| PX 1.1227 | 401, 402, 403 |
| PX 1.1228 | Missing |
| PX 1.1231 | 401, 402, 403 |
| PX 1.1232 | 401, 402, 403 |
| PX 1.1233 | 401, 402, 403 |
| PX 1.1236 | 401, 402, 403 |
| PX 1.1239 | 401, 402, 403 |
| PX 1.1250 | 401, 402, 403 |
| PX 1.1251 | 401, 402, 403 |
| PX 1.1252 | 401, 402, 403 |
| PX 1.1253 | 401, 402, 403, 801, 802 |
| PX 1.1254 | 401, 402, 403, 801, 802 |
| PX 1.1255 | 401, 402, 403, 801, 802 |
| PX 1.1256 | 403, 801, 802 |

| TX NO. | Objection |
|--------|-----------|
| PX 1.1257 | 401, 402, 403 |
| PX 1.1258 | 401, 402, 403 |
| PX 1.1260 | 401, 402, 403 |
| PX 1.1261 | 401, 402, 403, 801, 802 |
| PX 1.1262 | 401, 402, 403 |
| PX 1.1263 | 401, 402, 403 |
| PX 1.1264 | 401, 402, 403 |
| PX 1.1265 | 401, 402, 403 |
| PX 1.1266 | 401, 402, 403 |
| PX 1.1267 | 401, 402, 403 |
| PX 1.1268 | 401, 402, 403 |
| PX 1.1269 | 401, 402, 403 |
| PX 1.1270 | 401, 402, 403 |
| PX 1.1271 | 401, 402, 403 |
| PX 1.1272 | 401, 402, 403 |
| PX 1.1273 | 401, 402, 403 |
| PX 1.1274 | 401, 402, 403, 801, 802 |
| PX 1.1275 | 401, 402, 403 |
| PX 1.1276 | 401, 402, 403, 801, 802 |
| PX 1.1277 | 401, 402, 403, 801, 802 |
| PX 1.1278 | 401, 402, 403 |
| PX 1.1279 | 401, 402, 403 |
| PX 1.1280 | 401, 402, 403 |
| PX 1.1281 | 401, 402, 403 |
| PX 1.1282 | 401, 402, 403, 801, 802 |
| PX 1.1284 | 801, 802 |
| PX 1.1288 | 401, 402, 403, 801, 802 |
| PX 1.1290 | 401, 402, 403 |
| PX 1.1291 | 401, 402, 403 |
| PX 1.1293 | Missing |

| TX NO. | Objection |
| --- | --- |
| PX 1.1294 | 401, 402, 403 |
| PX 1.1295 | 401, 402, 403 |
| PX 1.1296 | 401, 402, 403 |
| PX 1.1301 | 401, 402, 403 |
| PX 1.1303 | 401, 402, 403 |
| PX 1.1304 | 401, 402, 403 |
| PX 1.1307 | 602, 801, 802 |
| PX 1.1308 | 801, 802 |
| PX 1.1310 | 401, 402, 403 |
| PX 1.1311 | 401, 402, 403 |
| PX 1.1314 | Missing |
| PX 1.1318 | 401, 402, 403, 602, 801, 802 |
| PX 1.1319 | 401, 402, 403 |
| PX 1.1506 | 801, 802 |
| PX 1.1507 | 801, 802 |
| PX 1.1508 | Missing |
| PX 1.1509 | 401, 402, 403, 801, 802 |
| PX 1.1512 | 401, 402, 403 |
| PX 1.1513 | 401, 402, 403 |
| PX 1.1515 | 401, 402, 403, 602, 801, 802 |
| PX 1.1516 | 401, 402, 403, 602, 801, 802 |
| PX 1.1517 | 401, 402, 403 |
| PX 1.1519 | 401, 402, 403 |
| PX 1.3220 | 401, 402, 403 |
| PX 1.3221 | 401, 402, 403 |
| PX 1.3222 | 401, 402, 403 |
| PX 1.3223 | 401, 402, 403 |
| PX 1.3224 | 401, 402, 403 |
| PX 1.3225 | 401, 402, 403 |
| PX 1.3226 | 401, 402, 403 |

| TX NO. | Objection |
| --- | --- |
| PX 1.3227 | 401, 402, 403 |
| PX 1.3228 | 401, 402, 403 |
| PX 1.3229 | 401, 402, 403 |
| PX 1.3231 | 401, 402, 403 |
| PX 1.3232 | 401, 402, 403 |
| PX 1.3237 | 801, 802 |
| PX 1.3239 | 401, 402, 403, 602, 801, 802 |
| PX 1.3240 | 401, 402, 403, 602, 801, 802 |
| PX 1.3243 | Missing |
| PX 1.3247 | Missing |
| PX 1.3251 | 801, 802 |
| PX 1.3252 | 401, 402, 403 |
| PX 1.3253 | 401, 402, 403 |
| PX 1.3255 | 602 |
| PX 1.3257 | 801, 802 |
| PX 1.3259 | 801, 802 |
| PX 1.3260 | 801, 802 |
| PX 1.3261 | 401, 402, 403, 801, 802 |
| PX 1.3262 | 401, 402, 403 |
| PX 1.3265 | 401, 402, 403 |
| PX 1.3266 | 401, 402, 403 |
| PX 1.3267 | 401, 402, 403 |
| PX 1.3268 | 401, 402, 403, 602, 801, 802 |
| PX 1.3269 | 401, 402, 403, 602, 801, 802 |
| PX 1.3270 | 401, 402, 403 |
| PX 2.0010 | 401, 402, 403, 801, 802 |
| PX 2.0015 | 401, 402, 403, 801, 802 |
| PX 2.0020 | 401, 402, 403, 801, 802 |
| PX 2.0050 | 401, 402, 403 |
| PX 2.0053 | 401, 402, 403, 801, 802 |

| TX NO. | Objection |
|--------|-----------|
| PX 2.0092 | 401, 402, 403, 801, 802 |
| PX 2.0159 | Missing |
| PX 2.0160 | Missing |
| PX 2.0161 | Missing |
| PX 2.0169 | 401, 402, 403, 801, 802 |
| PX 2.0171 | 401, 402, 403, 801, 802 |
| PX 2.0174 | 401, 402, 403, 801, 802 |
| PX 2.0175 | 401, 402, 403, 801, 802 |
| PX 2.0183 | Missing |
| PX 2.0192 | Missing |
| PX 2.0219 | 401, 402, 403, 801, 802 |
| PX 3.0001 | Missing |
| PX 3.0002 | Missing |
| PX 3.0003 | Missing |
| PX 3.0004 | Missing |
| PX 3.0005 | Missing |
| PX 3.0006 | Missing |
| PX 3.0007 | Missing |
| PX 3.0008 | Missing |
| PX 3.0009 | Missing |
| PX 3.0010 | 401, 402, 403, 801 |
| PX 3.0011 | 401, 402, 403, 801 |
| PX 3.0012 | 401, 402, 403, 801 |
| PX 3.0013 | 401, 402, 403, 801 |
| PX 3.0014 | 401, 402, 403, 801 |
| PX 3.0015 | Missing |
| PX 3.0016 | Missing |
| PX 3.0017 | 401, 402, 403, 801 |
| PX 3.0018 | 401, 402, 403, 801 |
| PX 3.0019 | 401, 402, 403, 801 |

| TX NO. | Objection |
|--------|-----------|
| PX 3.0020 | 401, 402, 403, 801 |
| PX 3.0021 | 401, 402, 403, 801 |
| PX 3.0022 | 401, 402, 403, 801 |
| PX 4.0004 | Missing |
| PX 4.0005 | Missing |
| PX 4.0015 | 401, 402, 403, 601, 801, 901 |
| PX 4.0016 | 401, 402, 403 |
| PX 4.0017 | 401, 402, 403 |
| PX 4.0018 | 401, 402, 403 |
| PX 4.0019 | 401, 402, 403 |
| PX 4.0020 | 401, 402, 403 |
| PX 4.0021 | 401, 402, 403 |
| PX 4.0022 | 401, 402, 403, 601, 801, 901 |
| PX 4.0023 | Documents not specified |
| PX 5.0002 | 401, 402, 403, 602, 801 |
| PX 5.0003 | 401, 402, 403, 602, 801 |
| PX 5.0004 | Documents not specified |
| PX 5.0005 | Documents not specified |
| PX 5.0006 | Documents not specified |
| PX 5.0007 | Documents not specified |
| PX 5.0008 | 401, 402, 403, 602, 801 |
| PX 5.0009 | 401, 402, 403, 602, 801 |
| PX 5.0010 | Documents not specified |

Respectfully submitted,

_Dorothy H. Wimberly_

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co, Inc.'s Preliminary Objections to Plaintiff's Exhibit List been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 14th day of November, 2005.

*Dorothy H. Wimberly*

791044v.1