A CERTIFIED TRUE COPY

NOV 1 4 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 15 P 2: 04

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 18 2005

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1657- IN RE VIOXX PRODUCTS LIABILITY LITIGATION*
*MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-27)*
*WITH SEPARATION, REMAND AND*
*MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-2)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 1,728 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex that involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



Inasmuch as no objection is pending at this time, the stay is lifted.

NOV - 3 ▓▓▓

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCHEDULE CTO-27 - TAG-ALONG ACTIONS
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

SCHEDULE CTO-2 - TAG-ALONG ACTIONS
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ~~ALN 2 05-1214~~ | ~~Juanell Y. McBrayer Wilkes, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/2/05 |
| ALN 2 05-1809 | Wynelle S. Davis, et al. v. Merck & Co., Inc., et al. | 05-5563 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 05-451~~ | ~~Jackie Collins v. Merck & Co., Inc., et al.~~ | Opposed 10/27/05 |
| ILS 3 05-615 | Nancy McCormick v. Merck & Co., Inc., et al. | 05-5564 |
| ILS 3 05-616 | Shirley Glasco v. Merck & Co., Inc., et al. | 05-5565 |
| ~~ILS 3 05-673~~ | ~~Gracie Blount v. Merck & Co., Inc., et al.~~ | Opposed 10/27/05 |
| **MINNESOTA** | | |
| MN 0 05-1178 | Mylon Larson, et al. v. Merck & Co., Inc., et al. | 05-5566 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-1163 | Lillian Farkas, etc. v. Merck & Co., Inc., et al. | 05-5567 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-596 | Vicky Garlett v. Merck & Co., Inc., et al. | 05-5568 |
| MOW 4 05-877 | Richard Weber, et al. v. Merck & Co., Inc., et al. | 05-5569 |
| MOW 4 05-880 | Ella Robertson, et al. v. Merck & Co., Inc., et al. | 05-5570 |
| MOW 4 05-882 | Lorraine Wyss, et al. v. Merck & Co., Inc., et al. | 05-5571 |
| MOW 4 05-884 | Richard Rhodes, et al. v. Merck & Co., Inc., et al. | 05-5572 |
| MOW 4 05-885 | Larry Vilmer, et al. v. Merck & Co., Inc., et al. | 05-5573 |
| MOW 4 05-892 | Rolland Schach, et al. v. Merck & Co., Inc., et al. | 05-5574 |
| MOW 4 05-894 | Richard Rupniewski, et al. v. Merck & Co., Inc., et al. | 05-5575 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-7567 | Rhonda Parker, et al. v. Pfizer, Inc., et al. | 05-5576 |
| NYS 1 05-7691 | Bernice Gidseg, et al. v. Pfizer, Inc., et al. | 05-5577 |
| NYS 1 05-8068 | Eliahu Tzfanya v. Pfizer, Inc., et al. | 05-5578 |
| **TEXAS EASTERN** | | |
| TXE 1 05-371 | Sandra H. McClelland v. Merck & Co., Inc., et al. | 05-5579 |
| TXE 1 05-441 | Michael Wayne Kennett, etc. v. Merck & Co., Inc., et al. | 05-5580 |
| TXE 1 05-552 | Jim Wise, etc. v. Merck & Co., Inc., et al. | 05-5581 |
| TXE 1 05-653 | Diane Actkinson, et al. v. Merck & Co., Inc., et al. | 05-5582 |
| **TEXAS WESTERN** | | |
| TXW 1 05-542 | James Allen, et al. v. Merck & Co., Inc., et al. | 05-5583 |
| TXW 1 05-543 | Ranny Daugherty, et al. v. Merck & Co., Inc., et al. | 05-5584 |

INVOLVED COUNSEL LIST (CTO-27)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

INVOLVED COUNSEL LIST (CTO-2)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

James D. Arden
Sidley, Austin, Brown & Wood
787 7th Avenue
New York, NY 10019

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Leslie A. Benitez
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Louis C. Dugas
Clay Dugas & Associates, P.C.
805 Park Street
Beaumont, TX 77701

Thomas E. Dutton
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Jack Michael Fribley
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Robert Edward Godosky
Godosky & Gentile
61 Broad Street, 20th Floor
New York, NY 10006

Alan Thomas Hargrove, Jr.
Rushton Stakley, Johnston &
Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William Zachary Hughes
Baker Botts, LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Richard L. Josephson
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Harvey Lee Kaplan
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Michael A. London
Douglas & London
111 John Street, 8th Floor
New York, NY 10038

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Christopher R. Miller
Humphrey, Farrington
& McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Richard F. O'Malley, Jr.
Sidley, Austin, Brown & Wood, LLP
10 South Dearborn Street, 48th Floor
Chicago, IL 60603

Gale Diane Pearson
Gale D. Pearson & Associates, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Matthew J. Schumacher
Randall & Schumacher, PLLP
400 4th Street, South, Suite 1012
Minneapolis, MN 55415

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue, North
P.O. Box 830709
Birmingham, AL 35283-0709

Randal H. Sellers
Starnes & Atchison
100 Brookwood Place, Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Robert H. Shultz, Jr.
Heyl, Royster, Voelker & Allen
103 West Vandalia Street, Suite 100
P.O. Box 467
Edwardsville, IL 62025

Gilbert C. Steindorff, IV
Adams & Reese/Lange Simpson, LLP
2100 3rd Ave., North, Suite 1100
Birmingham, AL 35203-3367

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Jon A. Strongman
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108-2613

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Phillip A. Wittmann
Stone, Pigman, Walther & Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

INVOLVED JUDGES LIST (CTO-27)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

INVOLVED JUDGES LIST (CTO-2)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

~~Hon. Robert R. Armstrong, Jr.~~
~~U.S. Magistrate Judge~~
~~274 Hugo L. Black U.S. Courthouse~~
~~1729 5th Avenue, North~~
~~Birmingham, AL 35203~~

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Shirley Wohl Kram
Senior U.S. District Judge
2101 U.S. Courthouse
40 Centre St.
New York, NY 10007-1581

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Victor Marrero
U.S. District Judge
414 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. John T. Maughmer
U.S. Magistrate Judge
7662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Howard F. Sachs
Senior U.S. District Judge
7462 Charles E. Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

**INVOLVED CLERKS LIST (CTO-27)**
**DOCKET NO. 1657**
**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

**INVOLVED CLERKS LIST (CTO-2)**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

November 3, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 18, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Dana L. Stewart
Deputy Clerk

Attachments

cc:   Transferee Judge:     Judge Eldon E. Fallon
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A