

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 25 PM 2: 41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: AZELL WARNER, Individually and as Representative of the Estate of Shirlee J. Crosby, Deceased, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 05-2309) | Judge Fallon<br><br>Mag. Judge Knowles |

* * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF CHRISTAL R. SOWDER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LAVERNE E. WOJTKO, DECEASED

It is stipulated by the parties that Christal R. Sowder, Individually and as Representative of the Estate of Laverne E. Wojtko, deceased, ONLY (she being one of eight separate plaintiffs in this action) may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure. The parties further stipulate that if this action on behalf of the Estate of Laverne E. Wojtko and on behalf of Christal R. Sowder, Individually, is re-filed, it must be filed in

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

_____
Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: 10-19-05

_____
Robert A. Bunda (0019775)

BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy: (419) 241-4697
Attorney for Defendant
Merck & Co., Inc.

IT IS SO ORDERED

Date: Nov. 15, 2005     _____
                         Judge Fallon

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Stipulation and Voluntary Dismissal of the Case of Christal R. Sowder has been served on Liaison Counsel Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 25th day of October, 2005.

*[signature]*

789410v.1