IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA NEEL<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO. INC., and TEKO PHARMACY<br><br>    Defendants. | MDL 1657<br><br>Cause No. 2:05-cv-01029<br><br>Ref: 05-1029<br>L/2 |

*U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, FILED NOV - 7 2005, LORETTA G. WHYTE, CLERK*

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW plaintiff, Regina Neel, by and through her attorneys, Gray, Ritter & Graham, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby requests the court's order dismissing without prejudice, her case against defendants Merck & Co. Inc. and Teko Pharmacy. Plaintiff's proposed order is attached hereto.

GRAY, RITTER & GRAHAM, P.C.

By: _____
Morry S. Cole, #77854
Attorney for Plaintiff
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140

552604 / 041195

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the parties hereto by mailing a copy thereof by U.S. Mail, postage prepaid, on this __16__ day of __August__ 2005, to:

Mr. Daniel H. Ball
Mr. Robert T. Ebert, Jr.
Mr. Stephen G. Strauss
Bryan Cave, L.L.P.
211 N. Broadway, Suite 3600
One Metropolitan Square
St. Louis, MO 63102-2750
dhball@bryancave.com
Attorneys for Merck & Co.

Mr. Norman C. Kleinberg
Mr. Theodore V.H. Mayer
Mr. Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
kleinber@hugheshubbard.com
Attorneys for Merck & Co.

Matthew Mocherman
Bradshaw, Steele, Cochrane & Berens, L.C.
3113 Independence
P.O. Box 1300
Cape Girardeau, MO 63702-1300
MattM@BradshawSteele.com
Attorney for Teko Pharmacy

552604 / 041195