# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA NEEL | |
| Plaintiff, | Cause No. 2:05-cv-01029 |
| v. | |
| MERCK & CO. INC. and TEKO PHARMACY | |
| Defendants. | |

## ORDER

Plaintiffs motion for voluntary dismissal, without prejudice, is hereby granted.

New Orleans, LA
Nov. 15, 2005

SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No._____

552604 / 041195