ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 10  PM 1:29

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL No. 1657 ) ) SECTION L ) |
| This Document Relates To: | ) ) JUDGE FALLON ) MAG. JUDGE KNOWLES |
| *Midwestern Teamsters Health & Welfare Fund v. Merck & Co., Inc.*, No. 05-CV-00081 (D.N.J.) | ) ) ) ) |

**STIPULATION AND ORDER OF DISMISSAL**



AND NOW, this 9th day of November, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to defendants Merck & Co., Inc., with each party to bear its own costs and counsel fees.

This stipulation is filed on behalf of plaintiff Midwestern Teamsters Health & Welfare Fund and defendant Merck & Co., Inc., which has appeared in the above-captioned matter.

Nothing in this stipulation and dismissal precludes the plaintiff Midwestern Teamsters Health & Welfare Fund from participating as an absent class member in any relief obtained in other related cases.

IT IS SO STIPULATED.

DATED: November 9, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
FRANK J. JANECEK, JR.
CHRISTOPHER M. BURKE
CHRISTOPHER COLLINS
RACHEL L. JENSEN

_____
RACHEL L. JENSEN

655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT
MICHAEL McKAY
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

                                    COHN LIFLAND PEARLMAN
                                        HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff Midwestern Teamsters
Health & Welfare Fund

DATED: November 9, 2005

O'MELVENY & MYERS LLP
JESSICA DAVIDSON MILLER

_____
JESSICA DAVIDSON MILLER

1625 Eye Street NW
Washington, D.C. 20006
Telephone: 202/383-5300
202/383-5414 (fax)

Attorneys for Defendant Merck & Co., Inc.

                            \*     \*     \*

## ORDER

IT IS SO ORDERED.

DATED: Nov/5, 2005

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing STIPULATION AND ORDER OF DISMISSAL has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of November 2005.

_____
RACHEL L. JENSEN