COPY IN CHAMBERS

FILED

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

EASTERN DISTRICT OF LOUISIANA

2005 NOV 10 P 1: 52

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

**Plaintiff's Motion for Leave to File
Corrected Exhibits to Plaintiff's Opposition to Motion to Exclude
Evidence of Plaintiff's Experts Regarding Causation**

Plaintiff Evelyn Irvin Plunkett, on behalf of the Estate of Richard Irvin, Jr., by and

through her undersigned counsel, hereby moves the Court for leave to file Corrected Exhibits

to Plaintiff's Opposition to Motion to Exclude Evidence of Plaintiff's Experts Regarding

Causation. The exhibits previously filed with Plaintiff's Opposition to Motion to Exclude

Evidence of Plaintiff's Experts Regarding Causation were marked incorrectly. The following

correctly designated exhibits are attached to this motion:

1.    Clinical Investigator's Confidential Information Brochure MK-0966 Highly
Selective Cox-2 Inhibitor Experience Summary of Information, 9/28/94,
revised 4/24/97, at p. 27 (Ex. B).

2.    Oates correspondence (Ex. C).

3.    Merck review of Oates data (Ex. D).

4.    Scientific Advisors' Meeting May 3 – 6, 1998 (Ex. E).

5.    "Report of Protocol 090," at 114, table 37 (Ex. F).

6.    MRK-NJ0128190 (Merck's internal email) (Ex. G).

7.    "Mortality Analysis" (MRK-ABY0030000-30) (Ex. H).

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No _____

8.     CV SAE Surveillance Task Force Meeting Minutes.
       May 15, 1998 (Ex. J).

9.     "Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the
       Phase IIb/III Vioxx Osteoarthritis Clinical Trials," at 11 (Ex. K).

10.    "Vioxx Preliminary CV Meta-Analysis" (Ex. L).

11.    "Confirmed Serious Thromboembolic Events Over Time In VIGOR." (MRK-
       NJ0168797 – 806) (Ex. M).

12.    March 9, 2000 Email of Edward Scolnick (Ex. N).

13.    FDA Medical Officer Review (Ex. O).

14.    MRK-AC0075897 (Ex. P).

15.    "Cardiovascular Risk of Cox-2 Inhibitors and Other NSAIDs"- Ingenix Study
       (MRK-ADC0032525) (Ex. Q).

16.    MRK-AHC0007010–34 (Ex. R).

17.    "Solomon Study." Solomon, et al., "Relationship Between Selective
       Cyclooxygenase – 2 Inhibitors and Acute Myocardial Infarction in Older
       Adults" Circulation 2004; 109:2068-2073 (Ex. S).

18.    Bresalier, et al., Cardiovascular Events Associate With Rofecoxib in a
       Colorectal Adenoma Chemoprevention Trial, N. Eng. J. Med. 2005' 352"
       1092-1102 (Ex. T).

19.    "Cardiovascular Safety Report for APPROVe" at 11 (Ex. U).

20.    MRK-AHD0075708–11 (Ex. V).

21.    Overview of Cardiovascular Events in the VICTOR Study at 1 (Ex. W).

22.    Preliminary VICTOR CV counts and KM graph (Ex. X).

23.    FDA Advisory Committee Memorandum of April 6, 2005 ("Analysis and
       Recommendations for Agency Action Regarding Non-steroidal Anti-
       inflammatory Drugs and Cardiovascular Risk") (Ex. Z).

24.    Dep. of Dr. Thomas Baldwin at 29 (Ex. AA).

25.    Dep. of Dr. Benedict Lucchesi at 330, 333, 335, & 337 (Ex. BB).

26.     Dep. of Dr. Colin Bloor at 96, 98, 101, & 103 (Ex. CC).

27.     Dep. of Dr. Joseph. Burton at 67 (Ex. DD).

28.     Dep. of Dr. Winston Gandy, M.D. at 53 (Ex. EE).

With apologies to the Court for the confusion, Plaintiff respectfully asks the Court for Leave to file the attached correctly designated exhibits.

Respectfully submitted,

By: _P. Leigh O'Dell_____

**Andy D. Birchfield, Jr.,**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISONCOUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

## Co-Lead Counsel

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## PLAINTIFF'S STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **9th** day of November, 2005.

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED