## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc.* | | CASE NO. 02:05CV4046 |

### ORDER

Considering the above and foregoing Motion for Leave to File Corrected Exhibits:

IT IS ORDERED BY THE COURT that PLAINTIFF, EVELYN IRVIN PLUNKETT,

be granted leave to file and the Clerk is Ordered to attach to Plaintiff's Opposition to Motion

to Exclude Evidence of Plaintiff's Experts Regarding Causation filed herein, Exhibits attached

hereto.

This the 15 day of November, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd._____
_✓_ CtRmDep._____
___ Doc. No._____