UNITED STATES DISTRICT COURT FILED
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOV 1 4 2005

LORETTA G. WHYTE
CLERK

IN RE:     VIOXX                              :     MDL NO. 1657
           PRODUCTS LIABILITY LITIGATION  :
                                              :     SECTION: L
                                              :
                                              :     JUDGE FALLON
                                              :     MAG. JUDGE KNOWLES
THIS DOCUMENT RELATES TO ALL CASES     :
                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) OF MASSACHUSSETS MEDICAL SOCIETY

TO:   **Merck & Co., Inc**
      **Through**
      **Phillip A. Wittman, Esq.**
      **STONE, PIGMAN**
      **546 Carondolet Street**
      **New Orleans, Louisiana, 70130-3588**

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil

Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering

Committee in the MDL, will take the deposition of the Massachusetts Medical Society (MMS).

Pursuant to Rule 30(b)(6), MMS shall designate one or more officers, directors, managing

agents or other persons who consent to testify regarding the matters set forth in "SCHEDULE A"

which is attached hereto.

In addition, and as set forth in the Subpoena to MMS, Exhibit B, the deponent(s) are

requested to produce the following document(s) on or before the date of the deposition for

inspection and review:

1.     Any and all documents which purport to memorialize any conversation or

communication (telephonic or otherwise) between Massachusetts Medical Society and any author

Fee_____
Process_____
X   Dktd_____
    CtRmDep_____
    Doc. No._____

of the study entitled Bressalier, R.S., *et al*, <u>Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial</u>, New England Journal of Medicine, 2005; Vol. 352, 1092 (Feb 17, 2005) (" APPROVe") concerning that article which occurred between January 1, 2005 and February 15, 2005. This request specifically includes all memos, handwritten notes, e-mails, or any recording of any sort.

The deposition will occur at:

Location: Brown Rudnick, 1 Financial Center # 18, Boston MA 02111
Date: November 21, 2005
Time: 9:00 A.M.

Statement of Deposition Procedures: The deposition of MMS shall be taken pursuant to Pre-Trial Order No. 9. (Entered April 15, 2005) The terms of PTO No.9 are incorporated herein.

Videotaped Deposition:          Yes
Primary Examiner:               Donald Arbitblit, Esquire

Respectfully submitted:

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 141910)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz, & Kotlar***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:     (504) 581-4892
Fax:    (504) 561-6024

Temporary address:
3411 Richmond Ave., Suite 460
Houston, TX  77046
PH:      (713) 877-1843
FAX:    (713) 871-9750

## Plaintiffs' Liaison Counsel

## LIAISON COUNSEL FOR PLAINTIFFS STEERING COMMITTEE

ANDY BIRCHFIELD JR.
Post Office Box 4160
Montgomery, AL 36103

CHRISTOPHER A. SEEGER
One William Street
New York, New York 10004

RICHARD J. ARSENAULT
Post Office Box 1190
Alexandria, LA 71309

ELIZABETH J. CABRASER
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111
TROY A. RAFFERTY
Post Office Box 12308
Pensacola, FL 32591

DREW RANIER
1419 Ryan St.
Lake Charles, LA 70601

MARK P. ROBINSON, JR.
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660

CHRISTOPHER V. TISI
2000 L St., NW, Suite 400
Washington, DC 20036

THOMAS R. KLINE
1525 Locust St., Suite 1900
Philadelphia, PA 19102

ARNOLD LEVIN
510 Walnut St., Suite 500
Philadelphia, PA 19106

CAROLYN RHODES LEWIS
1111 Bagby , Suite 2200
Houston, TX 77702

GERALD E. MEUNIER
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

## PLAINTIFFS' STEERING COMMITTEE

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Paul Shaw, Esquire, and defendants liaison counsel, Phillip A. Wittmann by hand delivery or electronically and upon all counsel of record electronically or by electronically being uploaded to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 8 this ⁀ day of November 2005.

_Leonard Davis / SHE_

**LEONARD A. DAVIS**

C:\DOCUME~1\DOWENS\LOCALS~1\TEMP\NEJMDEP2.WPD\wd

4

## SCHEDULE A

The definitions set forth in Exhibit B to subpoena for production of documents to Massachuseetts Medical Society are incorporated as if fully set forth herein.  In additon, plaintiff requests that the Massachuseetts Medical Society produce one or more officers, directors, managing agents, or other persons to testify to the following items of examination.

## ITEMS OF EXAMINATION

1. The publication of Bombardier, C., et al, Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis, New England Journal of Medicine, 2000; Vol. 343, No. 21, 1520-8 (November 23, 2000), ("VIGOR")including:

   a. Contents of a disk submitted by the authors with the draft manuscript on or about May 18, 2000;
   b. Whether the contents of the above-referenced disk were reviewed or known by any person employed by MMS on or before November 23, 2000;
   c. Circumstances under which any employee of MMS first learned of the contents of the above-referenced disk, including identity of such person(s) and date when such person(s) learned of the contents;
   d. Whether any employee(s) of MMS obtained information about rates and/or absolute numbers of cardiovascular adverse events in the VIGOR study from any source other than the author(s), on or before November 23, 2000, and if so, who obtained such information and what information was obtained;
   e. Telephone and in-person conversations between any employee(s) of MMS and any author(s) of the above referenced article;
   f. Written correspondence between any employee(s) of MMS and any author(s) of the above referenced article;
   g. Rules and guidelines for authors in submitting manuscripts for review; and
   h. Number of reprints of the article distributed by MMS in each year from 2000 to the present.

2. The publication of Bresalier, R.S., et al, Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial, New England Journal of Medicine, 2005; Vol. 352, 1092 (Feb 17, 2005) ("APPROVe") including:

   a. A reference to the suggestion to delete investigator-reported events froma table in the draft APPROVe manuscript submitted to MMS on or about February 6, 2005;
   b. Whether information was or was not conveyed by any author(s) to any employee(s) of MMS regarding investigator-reported events in APPROVe, on or before February 15, 2005, including but not limited to (1) stated reasons why investigator-reported data were deleted; (2) statistical significance of relative risk of investigator-reported events for Vioxx v. placebo during the 0-18 month and 19-36 month segments of APPROVe; (3) results of Cox proportional hazard testing of investigator-reported events; (4) Kaplan-Meier plot of incidence of investigator-reported events; and (5) similarities and/or differences between the

adverse events which comprised the "investigator-reported" and "confirmed thrombotic" endpoints in APPROVe;

c.  Telephone and in-person conversations between any employee(s) of MMS and any author(s) of the above referenced article, including but not limited to conversations between the inclusive dates of February 9 and February 15, 2005;

d.  Handwritten notes of any telephone and/or in-person conversations within the scope of paragraph 2c, above, which the deponent is directed to produce before, or at the time of the deposition;

e.  Rules and guidelines for authors in submitting manuscripts for review; and

f.  Written correspondence between any employee(s) of MMS and any author(s) of the above referenced article.