UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Merck & Co., Inc.'s Motion to Exclude Testimony of John W. Farquhar, M.D. filed by Merck & Co., Inc.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted ten (10) additional pages, for a total of thirty-five (35) pages for its supporting memorandum accompany its Motion to Exclude Testimony of John W. Farquhar, M.D.

NEW ORLEANS, LOUISIANA, this /5 day of _____, 2005.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

790948v.1