UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-4046* | |
| | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

## NOTICE OF ERRATA

Defendant Merck & Co., Inc. ("Merck") hereby respectfully requests that the Court take notice that Merck's Memorandum in Support of Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation ("Causation Testimony Brief"), filed October 21, 2005, includes the following inadvertent citation errors. These errors were discovered after filing. The correct citations are attached to the Declaration of Dorothy H. Wimberly in Support of the Notice of Errata, filed concurrently herewith.

791150v.1

The following citations were incorrect in the Causation Testimony Brief and should be changed as follows:

| Page | Citation Was | Citation Should Be |
|---|---|---|
| 8 | Deposition of Ashley Irvin at 70:23-25 | Deposition of Ashley Irvin at 70:21-71:2 |
| 9 | Deposition of John Weeks at 118:7-19, 51:10-52:23 | Deposition of John Weeks at 64:9-22 |
| 9 | Deposition of John Weeks at 17:6-19:13; Deposition of Daniel Pacetti at 34:21-11 | Deposition of Daniel Pacetti at 44:15-45:15 |
| 44 | Gaziano Decl. at ¶ 113 | Gaziano Decl. at ¶ 115 |
| 46 | Gaziano Decl. at ¶ 113 | Gaziano Decl. at ¶ 115 |
| 56 | Lucchesi Dep. at 285:8-16, 303:22-304:10, 319:1-9 | Lucchesi Dep. at 317:5-17, 321:20-23, 322:7-16 |

The following citations in the Causation Testimony Brief were correct but were not attached to the Declaration of Phillip A. Wittmann in Support of Merck's Motions to Exclude Evidence, filed October 21, 2005.

| Page | Citation |
|---|---|
| 6 | C. Schirmer Dep. at 51:15-52:1 |
| 7 | A. Schirmer Dep. at 37:4-12 |
| 8 | Plunkett Dep. at 45:23-46:7 |
| 10 | Lucchesi 4/25/05 Dep. at 49:20-50:21 |
| 41 | Burton Dep. at 84:2-14 |

| 42 | Burton Dep. at 81:18-82:3, 84:10-14 |
| --- | --- |
| 48 | Ray 07/13/05 Dep. at 113:9-114:7 |
| 60 | Lucchesi 4/25/05 Dep. at 49:20-50:21 |

Merck also requests that the Court take notice that Merck's Reply Memorandum in Support of Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation, filed November 9, 2005, includes the following inadvertent clerical error:

| Page | Text Was | Text Should Be |
| --- | --- | --- |
| 21 | "dwarfed" | "was smaller than" |

Counsel for Merck apologize to the Court and plaintiff's counsel for any inconvenience these errors may have caused.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610

791150v.1

Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:     (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:     (213) 430-6407

Attorneys for Merck & Co., Inc.

791150v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Errata has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 15th day of November, 2005.

*Dorothy H. Wimberly*

791150v.1