# PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
### ATTORNEYS AT LAW

W. LEE PITTMAN
KEN HOOKS
TOM DUTTON*
JEFFREY C. KIRBY
CHRIS T. HELLUMS**
LEIGH KING FORSTMAN***
MICHAEL C. BRADLEY
J. CHRIS COCHRAN
ELISABETH FRENCH
C. CARTER CLAY
DAVID HODGE

1100 PARK PLACE TOWER
BIRMINGHAM, ALABAMA 35203
TELEPHONE (205) 322-8880
TOLL FREE (866) 515-8880
FACSIMILE (205) 328-2711
E-MAIL PHDKH@pittmanhooks.com

OF COUNSEL
JAMES H. DAVIS****
JOEL F. ALEXANDER, III

*ALSO MEMBER MISSISSIPPI BAR
**ALSO MEMBER COLORADO BAR
***ALSO MEMBER TENNESSEE BAR
****MEMBER FLORIDA BAR ONLY

November 8, 2005

Loretta G. Whyte, Clerk
Vioxx Clerk
United States District Court
Eastern District of Louisiana
Office of the Clerk
102 Versailles Street, Suite 501
Lafayette, LA 70501

RE:  MDL 1657 Vioxx Products Liability Litigation L
     2:05-cv-01982-EEF-DEK
     Mitchell v. Merck & Co., Inc. et al.

Dear Ms. Whyte:

This was recently returned to me undeliverable due to the hurricane. Enclosed are the original and two copies of Plaintiff's Pluries Summons and Complaint. Please file these and return two stamped copies to me in the self-addressed stamped envelope I have provided. Please contact me if you have any questions or if you need anything additionally on our toll free line (866) 515 - 8880. Thank you for all your help.

Sincerely,

Sonya Lipsey
Paralegal for Jeffrey C. Kirby

JCK/sml

Enclosure(s)