MINUTE ENTRY
FALLON, J.
NOVEMBER 15, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This document relates to CA 05-4046
Evelyn Irvin Plunkett as Personal Representative of the Estate of Richard Irvin, Jr.

**BEFORE JUDGE ELDON E. FALLON**
Tuesday, November 15, 2005, 9:00 am
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Toni Tusa
Appearances:
for the plaintiffs: Fred Longer, Esq., Paul Sizemore, Esq., Donald Arbitblit, Esq.
for the defendants: Phillip Beck, Esq., Tarik Ismail, Esq.

**DAUBERT HEARINGS:**

**Defendant's Motions to Exclude:**

1. The testimony of Dr. Bloor and Dr. Burton
2. The testimony of Dr. Baldwin
3. The testimony of Dr. Kapit
4. The testimony of Dr. Lucchesi
5. The testimony of Dr. Farquhar
6. The testimony of Dr. Gandy
7. The testimony of Dr. Ray
8. Evidence of Plaintiffs' Experts Regading Causation

**Argument - TAKEN UNDER SUBMISSION.**

JS-10:   2:45

Fee
Process
X Dktd
CtRmDep
Doc.No.