A CERTIFIED TRUE COPY
NOV -8 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 14  PM 12: 51
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT 21 2005
FILED
CLERK'S OFFICE

DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-28)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,862 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV -8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN  2  05-2010 | Paul David Wilton, et al. v. Merck & Co., Inc. | 05-5585 |
| **DISTRICT OF COLUMBIA** | | |
| DC  1  05-1848 | Raymond Hart, et al. v. Merck & Co., Inc. | 05-5586 |
| **FLORIDA MIDDLE** | | |
| FLM  8  05-1803 | George Grech, Jr., et al. v. Merck & Co., Inc. | 05-5587 |
| FLM  8  05-1804 | Otis Hensley, et al. v. Merck & Co., Inc. | 05-5588 |
| **FLORIDA NORTHERN** | | |
| FLN  3  05-345 | Greg Gouge v. Merck & Co., Inc., et al. | 05-5589 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-61567 | Pedro Lazo De La Vega, et al. v. Merck & Co., Inc. | 05-5590 |
| FLS  0  05-61568 | Ray Schey v. Merck & Co., Inc. | 05-5591 |
| FLS  0  05-61569 | Frank W. Fabricius, et al. v. Merck & Co., Inc. | 05-5592 |
| FLS  0  05-61570 | Samuel Hartley, et al. v. Merck & Co., Inc. | 05-5593 |
| FLS  0  05-61571 | Baron Reid, et al. v. Merck & Co., Inc. | 05-5594 |
| **GEORGIA NORTHERN** | | |
| GAN  1  05-2516 | Millie Richardson, etc. v. Merck & Co., Inc. | 05-5595 |
| GAN  4  05-205 | Winston D. Palmer, etc. v. Merck & Co., Inc. | 05-5596 |
| **IDAHO** | | |
| ID  1  05-401 | Monte Levitt v. Merck & Co., Inc. | 05-5597 |
| ID  1  05-403 | Stanton Tollinger, et al. v. Merck & Co., Inc. | 05-5598 |
| ID  1  05-404 | Jan Holmes, etc. v. Merck & Co., Inc. | 05-5599 |
| ID  1  05-405 | Anita Gibbs v. Merck & Co., Inc. | 05-5600 |
| ID  2  05-375 | James Schiavone, et al v. Merck & Co., Inc. | 05-5601 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-5436 | Leslie Nejedly v. Merck & Co., Inc. | 05-5602 |
| ILN  1  05-5531 | Bronwynn Donough, et al. v. Merck & Co., Inc. | 05-5603 |
| ILN  1  05-5643 | Keith Culberson, et al. v. Merck & Co., Inc. | 05-5604 |
| ILN  1  05-5645 | Michael Wolson, etc. v. Merck & Co., Inc., et al. | 05-5605 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  05-656 | Rafael Para v. Merck & Co., Inc. | 05-5606 |
| ~~ILS  3  05-661~~ | ~~Stanely McNulty v. Merck & Co., Inc., et al.~~ Opposed 11/3/05 | |
| **INDIANA NORTHERN** | | |
| INN  2  05-362 | John S. Ciechna, et al. v. Merck & Co., Inc. | 05-5607 |
| INN  4  05-73 | Margaret L. DePoy, et al. v. Merck & Co., Inc. | 05-5608 |
| **INDIANA SOUTHERN** | | |
| INS  4  05-153 | Joyce Hurst v. Merck & Co., Inc. | 05-5609 |
| **KANSAS** | | |
| KS  2  05-2397 | Glendene Schmidt, etc. v. Merck & Co., Inc. | 05-5610 |
| KS  2  05-2425 | Ardith Bell, etc. v. Merck & Co., Inc. | 05-5611 |

SCHEDULE CTO-28 TAG-ALONG ACTIONS (MDL-1657)                                      PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **KENTUCKY EASTERN** | | |
| KYE 2 05-187 | Dan Smallwood, et al. v. Merck & Co., Inc. | 05-5612 |
| KYE 5 05-381 | William H. Hall, et al. v. Merck & Co., Inc. | 05-5613 |
| KYE 5 05-387 | Larry L. Pollitt, et al. v. Merck & Co., Inc. | 05-5614 |
| KYE 5 05-388 | Dillard D. Smallwood, et al. v. Merck & Co., Inc. | 05-5615 |
| KYE 5 05-389 | Nellie M. Greene v. Merck & Co., Inc. | 05-5616 |
| KYE 6 05-519 | Mary M. Smith v. Merck & Co., Inc. | 05-5617 |
| ~~KYE 6 05-525~~ | ~~Gerlene Stacy v. Merck & Co., Inc.~~ Opposed 11/3/05 | |
| KYE 6 05-532 | Paul W. Worley v. Merck & Co., Inc. | 05-5618 |
| **KENTUCKY WESTERN** | | |
| KYW 1 05-141 | Earl C. Dinkins, et al. v. Merck & Co., Inc. | 05-5619 |
| KYW 1 05-142 | Pamela J. Montgomery v. Merck & Co., Inc. | 05-5620 |
| KYW 1 05-143 | Lucille Noe v. Merck & Co., Inc. | 05-5621 |
| KYW 1 05-144 | Richard Murley, et al. v. Merck & Co., Inc. | 05-5622 |
| KYW 1 05-147 | Glendell H. Harper, et al. v. Merck & Co., Inc. | 05-5623 |
| KYW 1 05-148 | Rhonda A. Sweeney v. Merck & Co., Inc. | 05-5624 |
| KYW 1 05-149 | Patricia J. Gary, et al. v. Merck & Co., Inc. | 05-5625 |
| KYW 1 05-151 | Erwin A. Upchurch, et al. v. Merck & Co., Inc. | 05-5626 |
| KYW 1 05-152 | Drecilla T. Hatchett, et al. v. Merck & Co., Inc. | 05-5627 |
| KYW 1 05-153 | Diana McMurtry v. Merck & Co., Inc. | 05-5628 |
| KYW 1 05-154 | Brenda S. Arnold, et al. v. Merck & Co., Inc. | 05-5629 |
| KYW 1 05-155 | Gwendolyn Viola King, et al. v. Merck & Co., Inc. | 05-5630 |
| ~~KYW 1 05-156~~ | ~~Harold Reiser v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| KYW 1 05-157 | Dolly H. Raymer v. Merck & Co., Inc. | 05-5631 |
| KYW 1 05-158 | James V. Martin, et al. v. Merck & Co., Inc. | 05-5632 |
| KYW 1 05-159 | Anita V. Graff, et al. v. Merck & Co., Inc. | 05-5633 |
| KYW 1 05-160 | Roy Davis, et al. v. Merck & Co., Inc. | 05-5634 |
| KYW 1 05-161 | Welby Ray Knifley, etc. v. Merck & Co., Inc. | 05-5635 |
| KYW 3 05-539 | Homer L. Saylor, et al. v. Merck & Co., Inc. | 05-5636 |
| KYW 3 05-542 | Jannie E. McDaniel, et al. v. Merck & Co., Inc. | 05-5637 |
| ~~KYW 3 05-549~~ | ~~James W. Thompson, et al. v. Merck & Co., Inc.~~ Opposed 11/3/05 | |
| ~~KYW 3 05-550~~ | ~~Jerry W. Kinslow, et al. v. Merck & Co., Inc.~~ Opposed 11/3/05 | |
| KYW 4 05-142 | Vivian Madison, etc. v. Merck & Co., Inc. | 005-5638 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-1104 | Jeanette Patton, etc. v. Merck & Co., Inc. | 05-5639 |
| LAM 3 05-1121 | Leon Clark, et al. v. Merck & Co., Inc. | 05-5640 |
| **LOUISIANA WESTERN** | | |
| LAW 2 05-1626 | Barbara Benoit, et al. v. Merck & Co., Inc. | 005-5641 |
| **MARYLAND** | | |
| MD 1 05-2585 | Richard Teague, et al. v. Merck & Co., Inc. | 05-5642 |
| MD 1 05-2586 | Vera Callender v. Merck & Co., Inc. | 05-5643 |
| MD 1 05-2587 | Richard Kasten v. Merck & Co., Inc. | 05-5644 |
| **MINNESOTA** | | |
| MN 0 05-2186 | Maxine Bates v. Merck & Co., Inc. | 05-5645 |
| MN 0 05-2187 | Michael Ondercin v. Merck & Co., Inc. | 05-5646 |
| MN 0 05-2188 | Beverlee R. Blanchard v. Merck & Co., Inc. | 05-5647 |

SCHEDULE CTO-28 TAG-ALONG ACTIONS (MDL-1657)                                      PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **MISSOURI EASTERN** | | |
| ~~MOE 4 05-1490~~ | ~~Betty Jean Gant et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE 4 05-1491~~ | ~~Jane Latham, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE 4 05-1497~~ | ~~Jefferson Euell, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE 4 05-1514~~ | ~~Barbara Gustin, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE 4 05-1520~~ | ~~Martin Zide, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| **MISSOURI WESTERN** | | |
| MOW 4 05-852 | Valerie Beatty v. Merck & Co., Inc. | 05-5648 |
| MOW 4 05-860 | Virginia Palmesino, et al. v. Merck & Co., Inc. | 05-5649 |
| MOW 4 05-861 | Marcelia Higgins v. Merck & Co., Inc. | 05-5650 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 05-183 | Mary Ruth Smith, et al. v. Merck & Co., Inc. | 05-5651 |
| MSN 2 05-191 | William T. Darby, etc. v. Merck & Co., Inc. | 05-5652 |
| MSN 3 05-114 | Robert Griffin v. Merck & Co., Inc. | 05-5653 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1 05-844 | Julian Wayne Page, et al. v. Merck & Co., Inc., et al. | 05-5654 |
| **NEVADA** | | |
| NV 2 05-1060 | Virginia Mottner v. Merck & Co., Inc. | 05-5655 |
| **OHIO SOUTHERN** | | |
| OHS 2 05-865 | Marnita R. Cunningham v. Merck & Co., Inc. | 05-5656 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 05-386 | Vickie Taylor, etc. v. Merck & Co., Inc. | 05-5657 |
| OKE 6 05-391 | Linda Rudd, etc. v. Merck & Co., Inc. | 05-5658 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 05-552 | Larry Lusk v. Merck & Co., Inc. | 05-5659 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1092 | Sidney Watson v. Merck & Co., Inc. | 05-5660 |
| OKW 5 05-1100 | Stephen Kardokus v. Merck & Co., Inc. | 05-5661 |
| **OREGON** | | |
| OR 6 05-6288 | Lawrence W. Erwin v. Merck & Co., Inc. | 05-5662 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-4801 | Stanley Klimaszewski, et al. v. Merck & Co., Inc., et al. | 05-5663 |
| PAE 2 05-4966 | Barbara J. Bell, et al. v. Merck & Co., Inc., et al. | 05-5664 |
| PAE 2 05-4967 | Betty L. Brenner, et al. v. Merck & Co., Inc., et al. | 05-5665 |
| PAE 2 05-4981 | William D. Cameron, et al. v. Merck & Co., Inc. | 05-5666 |
| PAE 2 05-4982 | Patricia Potter, et al. v. Merck & Co., Inc. | 05-5667 |
| PAE 2 05-5011 | Maurice Cohen, et al. v. Merck & Co., Inc., et al. | 05-5668 |
| PAE 2 05-5012 | Rhonda Grimes, etc. v. Merck & Co., Inc., et al. | 05-5669 |
| PAE 2 05-5042 | Barbara A. Greer, et al. v. Merck & Co., Inc., et al. | 05-5670 |
| PAE 2 05-5065 | Robert K. Medford v. Merck & Co., Inc., et al. | 05-5671 |

SCHEDULE CTO-28 TAG-ALONG ACTIONS  (MDL-1657)                                           PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **TENNESSEE EASTERN** | | |
| TNE  1  05-258 | Linda Humphries, etc. v. Merck & Co., Inc. | 05-5672 |
| TNE  1  05-260 | Linda M. Farrow, et al. v. Merck & Co., Inc. | 05-5673 |
| TNE  2  05-248 | Patsy K. Presnell, et al. v. Merck & Co., Inc. | 05-5674 |
| TNE  2  05-249 | Mark Hall, et al. v. Merck & Co., Inc. | 05-5675 |
| TNE  2  05-250 | Norma R. Cornwell v. Merck & Co., Inc. | 05-5676 |
| TNE  2  05-251 | Larry Mercer, et al. v. Merck & Co., Inc. | 05-5677 |
| TNE  2  05-253 | Jerry B. Gilmer, et al. v. Merck & Co., Inc. | 05-5678 |
| **TENNESSEE MIDDLE** | | |
| TNM  3  05-727 | Eugene Frontauria v. Merck & Co., Inc. | 05-5679 |
| **TENNESSEE WESTERN** | | |
| TNW  1  05-1269 | Janie A. Thomason v. Merck & Co., Inc., et al. | 05-5680 |
| **TEXAS SOUTHERN** | | |
| TXS  2  05-474 | Amelia Villarreal, et al. v. Merck & Co., Inc. | 05-5681 |
| TXS  4  05-3272 | Muriel L. Hawthorne v. Merck & Co., Inc. | 05-5682 |
| **UTAH** | | |
| UT  2  05-773 | Gary H. Bird, etc. v. Merck & Co., Inc. | 05-5683 |
| **WASHINGTON EASTERN** | | |
| WAE  2  05-5092 | Richard Lawrence, et al. v. Merck & Co., Inc. | 05-5684 |

INVOLVED COUNSEL LIST (CTO-28)
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Thomas J. Andrews
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Crystal Bowie Baker
Nelson Mullins Riley & Scarborough
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kathryn E. Barnett
Lieff, Cabraser, Heimann
& Bernstein, LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423

Christopher J. Blake
Nelson, Mullins, Riley
& Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622-0519

Robert J. Burford
Burford & Lewis, PLLC
411 W. Chapel Hill Street, Suite 1106
Durham, NC 27702

Christopher M. Cannon
Fazio, Dawson, Disalvo,
Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Thomas E. Carroll
Carroll Law Offices
51 Court Street
P.O. Box 727
Monticello, KY 42633

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

Robert A. Clifford
Clifford Law Offices, P.C.
120 North LaSalle Street, 31st Floor
Chicago, IL 60602

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway, Suite 201
Nashville, TN 37219

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Roger L. Demik
Eastman Kodak Co.
P.O. Box 511
Kingsport, TN 37662-0511

Eric C. Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

Anthony M. DiLeo
Stone, Pigman, Walther & Wittman, LLC
One United Plaza, Suite 501
404 Essen Lane
Baton Rouge, LA 70809

Tiffany Donnelly
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 50th Floor
Chicago, IL 60602

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Tony W. Edwards
Stipe, Harper, Laizure, Uselton, Edwards
& Belote
P.O. Box 1369
McAlester, OK 74502

Paul M. Egan
Arnold & Kadjan
19 West Jackson Boulevard, Suite 300
Chicago, IL 60604

Elizabeth A. Ellis
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Lawrence W. Erwin
221 N.W. Lafayette Avenue
Bend, OR 97701-1927

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib,
PA
520 West Hallandale Beach Blvd.
Hallandale, FL 33009-5307

James B. Finley
Finley & Buckley
2931 North Druid Hills Road, Suite C
Atlanta, GA 30329

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Jeffrey Thomas Gaughan
Baggett, McCall, Burgess & Watson
P.O. Drawer 7820
3006 Country Club Road
Lake Charles, LA 70606-7820

Evan S. Glanz
Gibbons, Del Deo, Dolan, Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

William H. Gussman, Jr.
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022

Amy N. Hanson
Keller, Rohrback, LLP
1201 3rd Avenue, Suite 3200
Seattle, WA 98101-3052

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada , PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98101

Bradley D. Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

Thomas L. Kirsch
Thomas L. Kirsch & Associates
131 Ridge Road
Munster, IN 46321

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Thomas R. Kline
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Andrew J. Lee
Schwabe, Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, DC 20036

Deborah R. Lewis
Law Offices of Deborah R. Lewis, PLLC
P.O. Drawer 1179
Hazard, KY 41702

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
P.O. Box 3400
Bowling Green, KY 42102

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Jennifer K. Luhrs
Goldberg & Simpson, P.S.C.
3000 National City Tower
Louisville, KY 40202

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Kurt W. Maier
English, Lucas, Priest & Owsley
1101 College Street
P.O. Box 770
Bowling Green, KY 42101-0770

L. Ray Maples, II
701 N. Broadway Ave., Suite 510
Oklahoma City, OK 73102

LaDawn M. Marsters
Greener, Banducci & Shoemaker, P.A.
815 West Washington Street
Boise, ID 83702

Lisa M. Martin
Butler, Snow, O'mara, Stevens & Cannada, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
P.O. Box 171443
Memphis, TN 38187-1443

Michael W. McKay
McKay, Lutgring & Cochran, LLC
732 North Boulevard
Baton Rouge, LA 70802

David M. McMullan, Jr.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Albert B. McQueen, Jr.
Wilson, Polites & McQueen
444 East Main Street, Suite 201
Lexington, KY 40507

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Jessica D. Miller
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202

Charles R. Mindlin
Fenstersheib & Blake
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Richard W. Mithoff, Jr.
Mithoff Law Firm
One Allen Center Penthouse
500 Dallas Street, Suite 3450
Houston, TX 77002

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Timothy W. Monsees
Monsees, Miller, Mayer, Presley
& Amick, P.C.
4717 Grand Avenue, Suite 820
Kansas City, MO 64112-2558

John Brian T. Murray
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

David S. Pace
Pace & Hughes
50 South Main, Suite 850
Salt Lake City, UT 84144-0103

James M. Patton
Patton & Veigas PC
1200 20th Street, South, Suite 200
Birmingham, AL 32205

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

J. Douglas Peters
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202

Robert F. Peters, Jr.
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321-1581

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

James H. Porn
77 West Washington St., Suite 1306
Chicago, IL 60602

Troy Alan Rafferty
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
Pensacola, FL 32501-5996

Kara Lindsay Rakers
Goldenberg, Miller, Heller
& Antognoli
2227 South State Route 157
Edwardsville, IL 62025

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Joseph H. Saunders
Saunders & Walker, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637

Carmen Sessions Scott
Motley Rice, LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 W. Idaho Street
Boise, ID 83702

Robert W. Sink
Law Offices of Robert W. Sink
319 West Front Street
Media, PA 19063

Daniel Briggs Smith, Jr.
Smith, Phillips, Mitchell & Scott
P.O. Box 1586
Batesville, MS 38606

Donald G. Smith
Donald G. Smith Law Offices, PLLC
470 Main Street,Suite 3
P.O. Box 600
Hazard, KY 41702

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Kevin B. Sobel-Read
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Barton C. Solomon
McMahan Law Firm
323 High Street
Chattanooga, TN 37403

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
240 Laurel Street
Baton Rouge, LA 70801

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Lovell Wayne Sullivan
108 N. 2nd
Jenks, OK 74037

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Michael R. Underwood
Steel, Hector & Davis, PA
215 South Monroe Street, Suite 601
Tallahassee, FL 32301-1804

Monty Vandermay
Vandermay Law Firm
Capitol Center Bldg.
388 State Street, Suite 340
Salem, OR 97301

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street, Suite 200
Kansas City, MO 64105

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Edward J. Walters, Jr.
Moore, Walters & Thompson
6513 Perkins Road
Baton Rouge, LA 70808-4259

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Steve J. Weiss
Hertz, Schram & Saretsky
1760 S. Telegraph Road, Suite 300
Bloomfield Hill, MI 48302

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-28)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Ann Aiken
U.S. District Judge
286 Federal Building
& U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

~~Hon. Henry E. Autrey~~
~~U.S. District Judge~~
~~10N Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Hon. James A. Beaty, Jr.
U.S. District Judge
248 Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

Hon. William O. Bertelsman
Senior U.S. District Judge
P.O. Box 1012
Covington, KY 41012

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Karen K. Caldwell
U.S. District Judge
Room 354 Federal Building
330 W. Broadway
Frankfort, KY 40601

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
U.S. Courthouse, Room A-820
801 Broadway
Nashville, TN 37203-3816

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Jennifer B. Coffman
U.S. District Judge
U.S. District Court
P.O. Box 2228
Lexington, KY 40588

Hon. Curtis L. Collier
U.S. District Judge
U.S. District Court
Post Office Box 831
Chattanooga, TN 37401-0931

Hon. John W. Darrah
U.S. District Judge
1288 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Karl S. Forester
Senior U.S. District Judge
P.O. Box 2165
Lexington, KY 40588-2165

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. James L. Graham
Senior U.S. District Judge
169 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street
Suite 405
Greeneville, TN 37743

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. William T. Hart
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
308 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. John G. Heyburn, II
Chief Judge, U.S. District Court
239 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Terry C. Kern
U.S. District Judge
4-484 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103

Hon. Charles P. Kocoras
Chief Judge, U.S. District Court
2548 Everett McKinley
Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
3D Edward A. Garmatz Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

~~Hon. Stephen N. Limbaugh~~
~~Senior U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 3rd Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Edward J. Lodge
U.S. District Judge
Federal Building & U.S. Courthouse
MSC 040
550 West Fort Street
Boise, ID 83724

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Street
Kansas City, KS 66101-2436

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

~~Hon. David D. Noce~~
~~U.S. Magistrate Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Charles R. Norgle, Sr.
U.S. District Judge
2346 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Frank J. Polozola
U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg. & U.S.
Courthouse
101 West Lombard Street
Baltimore, MD 21201

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Danny C. Reeves
U.S. District Judge
434 United States Courthouse
310 South Main Street
London, KY 40741

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Milton I. Shadur
Senior U.S. District Judge
2388 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. Allen Sharp
Chief Judge, U.S. District Court
124 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Philip Peter Simon
U.S. District Judge
5400 Federal Plaza
Suite 4200
Hammond, IN 46320

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Lonny R. Suko
U.S. District Judge
Post Office Box 2726
Yakima, WA 98907-2726

Hon. G. Ernest Tidwell
Senior U.S. District Judge
1967 Richard B. Russell Federal
Bldg & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. C. Roger Vinson
Senior U.S. District Judge
517 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. Reggie B. Walton
U.S. District Judge
1843 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

~~Hon. E. Richard Webber~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 12th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Mikel H. Williams
U.S. Magistrate Judge
Federal Building &
U.S. Courthouse, MSC 040
550 West Fort Street
Boise, ID 83724

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building
& U.S. Courthouse
550 West Fort Street
Boise, ID 83724

# INVOLVED CLERKS LIST (CTO-28)
## DOCKET NO. 1657
### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse, MSC 039
550 West Fort Street,
Boise, ID 83724

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Donald M. Cinnamond, Clerk
100 Federal Building & U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Felicia C. Cannon, Clerk
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

~~James Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Laura A. Briggs, Clerk
210 Federal Building
121 West Spring Street
New Albany, IN 47150

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Luther D. Thomas, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Patricia L. McNutt, Clerk
U.S. Courthouse
101 Summer Street, West
Greeneville, TN 37743

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Stephen R. Ludwig, Clerk
101 Federal Building
507 State Street
Hammond, IN 46320

Stephen R. Ludwig, Clerk
P.O. Box 1498
Lafayette, IN 47902

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:           [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

November 8, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-28)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 21, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
        Deputy Clerk

Attachments

cc:    Transferee Judge:       Judge Eldon E. Fallon
       Transferor Judges:      (See Attached List of Judges)
       Transferor Clerks:      (See Attached List of Clerks)

JPML Form 36A