FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 21  PM 3: 05

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR MERCK & CO., INC.'S MOTION TO EXCLUDE EVIDENCE OF PLAINTIFF'S EXPERTS REGARDING CAUSATION

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for the memorandum in support of its motion to exclude evidence of plaintiff's experts regarding causation ("Causation Motion"), for the following reasons:

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

789234v.1

1. Through this Motion, Merck seeks to exclude the testimony of plaintiff's causation experts – namely, Drs. Thomas Baldwin, Colin Bloor, Joseph Burton, John Farquhar, Winston Gandy, and Benedict Lucchesi, in addition to Professors Wayne Ray and Richard Kronmal. Each of these experts has submitted a report that raises numerous and complex scientific issues.

2. This Motion requires consideration of numerous scientific issues, addressed in the expert reports and depositions of plaintiff's experts, in addition to numerous scientific studies.

3. Because of the nature of this litigation and the volume of material to be addressed, the memorandum in support of Merck's Motion to Exclude Evidence of Plaintiff's Expert Regarding Causation will be like multiple briefs in one. Accordingly, Merck requests that it be granted sixty-two (62) additional pages, for a total of eighty-seven (87) pages for its supporting memorandum.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted sixty-two (62) additional pages, for a total of eighty-seven (87) pages for its supporting memorandum.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
4041 Essen Lane
One United Plaza, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:    225-490-8960

Defendants' Liaison Counsel

789234v.1

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

Attorneys for Merck & Co., Inc.

789234v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Motion and Incorporated Memorandum for Additional Pages for Merck & Co., Inc.'s Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 21st day of October, 2005.

*Dorothy H. Wimberly*

789234v.1