

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE DECLARATION OF
DOROTHY H. WIMBERLY IN SUPPORT OF
MERCK & CO., INC.'S OMNIBUS REPLY MEMORANDUM**

Defendant Merck & Co., Inc., through undersigned counsel, and moves this Honorable Court for Leave to File the attached Declaration of Dorothy H. Wimberly. The Declaration supports the Omnibus Reply Memorandum In Support Of Merck's Motions *In Limine* filed today in this matter.

1

791192v.1

WHEREFORE Defendant prays that this Court grant to leave to file the Declaration of Dorothy H. Wimberly in Support of Merck & Co., Inc.'s Omnibus Reply Memorandum.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

791192v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to File Declaration of Dorothy H. Wimberly in Support of Merck & Co., Inc.'s Omnibus Reply Memorandum has been served on Liaison Counsel Russ Herman by e-mail and by Federal Express, upon Andy Birchfield by e-mail and by Federal Express, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 16th day of November, 2005.

Dorothy H. Wimberly

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar
910 Airport Road
Office 3-A
Destin, FL  32541

791192v.1