

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION * | SECTION L |
| * | JUDGE FALLON |
| This document relates to * | |
| Case No. 05-4046* | |
| * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT * | |
| as Personal Representative of the Estate of * | |
| RICHARD IRVIN, JR., * | |
| Plaintiff, * | |
| vs. * | |
| MERCK & CO., INC., * | |
| Defendant. * | |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATION OF DOROTHY H. WIMBERLY IN SUPPORT OF MERCK'S OMNIBUS REPLY MEMORANDUM

Considering the foregoing defendant's Motion for Leave to File Declaration of Dorothy H. Wimberly in Support of Merck's Omnibus Reply Memorandum,

IT IS HEREBY ORDERED that said Declaration be filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No._____

In New Orleans, Louisiana this 17 day of Nov., 2005.

_____
UNITED STATES DISTRICT JUDGE