COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 16  PM 2: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**DEFENDANT MERCK & CO., INC.'S UNCONTESTED
MOTION AND INCORPORATED MEMORANDUM FOR
LEAVE TO SUBSTITUTE CORRECTED EXHIBIT LIST**

Defendant Merck & Co., Inc., through undersigned counsel, and moves this Honorable Court for leave to substitute the attached corrected exhibit list for the list filed in this matter on October 28, 2005. This corrected copy is being submitted with the consent of plaintiff's counsel and contains the following corrections:

1. Several pages were inadvertently omitted from the middle of the copy of the list originally filed. The omitted pages contained exhibits 580 through 702. These exhibits now appear at pages 26 through 33.

2. Exhibits 73 and 75 were duplicate documents. The duplicate has been omitted.

3. The bates range for Exhibit 287 has been corrected.

4. Exhibits 315 and 316 were duplicate documents. The duplicate has been omitted.

5. Exhibits 338 and 339 are duplicate documents. The duplicate has been omitted.

6. The bates range for Exhibit 572 has been corrected.

7. Exhibits 615 and 616 are duplicate documents. The duplicate has been omitted.

8. Exhibit 350 has been added.

WHEREFORE Defendant Merck & Co. Inc. prays that this Court grant to leave to substitute the attached corrected exhibit list for the list filed in this matter on October 28, 2005..

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Incorporated Memorandum for Leave to Substitute Corrected Exhibit List has been served on Liaison Counsel Russ Herman by e-mail and by Federal Express , upon Andy Birchfield by e-mail and by Federal Express, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 16th day of November, 2005.

Dorothy H. Wimberly

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar
910 Airport Road
Office 3-A
Destin, FL 32541

3

791171v.1