Merck's Exhibit List

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 1 | 10/27/1994 | ICH Harmonized Tripartite Guideline: The Extent of Population Exposure to Assess Clinical Safety for Drugs Intended for Long-Term Treatment of Non-Life Threatening Conditions E1 | |
| 2 | 12/16/1994 | Letter from MRL to FDA re: Original IND: L-748,731 | MRK-I8940000001 - MRK-I8940001902 |
| 3 | 12/28/1994 | Letter from FDA to MRL re: IND 46,894 | MRK-AAF0000003 - MRK-AAF0000004 |
| 4 | 3/1/1995 | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions. | Public |
| 5 | 10/23/1995 | Medical Affairs Procedures and Policies, Procedure 11: Clinical Study Blinding | MRK-AAU0000001 - MRK-AAU0000028 |
| 6 | 12/18/1995 | Letter from Michael Heisler to Ray Gilmartin regarding Merck's participation in the World Bank African Program for Onchocerciasis Control | MRK-AHW0000001 |
| 7 | 5/3/1996 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) | MRK-I8940010074 - MRK-I8940010196 |
| 8 | 5/6/1996 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | MRK-I8940009984 - MRK-I8940010073 |
| 9 | 6/3/1996 | Letter from MRL to FDA re: MK-0966: IND 46,894 (L-748,731) | MRK-I8940011851 - MRK-I8940011925 |
| 10 | 6/5/1996 | Letter from MRL to FDA re: IND 46,894: MK-0966 Protocol Amendment – Change in Protocol | MRK-I8940011772 - MRK-I8940011850 |
| 11 | 6/11/1996 | Fax from FDA to B. Goldmann | MRK-AAF0000239 - MRK-AAF0000241 |
| 12 | 7/2/1996 | Phase III OA Clinical Development Strategy | Morrison Ex. 37-- 2-18-05 |
| 13 | 11/21/1996 | Memorandum from T. Musliner to B. Friedman, et al. | MRK-AAB0024016 - MRK-AAB0024023 |
| 14 | 12/3/1996 | MRL memorandum to MK-966 (COX-2) Project Team Members re: MK-966 (COX-2) Project Team Minutes – November 8, 1996 | MRK-ABF0000720 - MRK-ABF0000733 |
| 15 | 1/16/1997 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | MRK-I8940015949-MRK-I8940015964 |
| 16 | 5/20/1997 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | MRK-I8940018452 - MRK-I8940018477 |
| 17 | 6/16/1997 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | MRK-I8940018908 - MRK-I8940018997 |
| 18 | 8/22/1997 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | MRK-I8940020326 - MRK-I8940020393 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 19 | 11/13/1997 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Background Package for December 11, 1997 Pre-NDA Meeting | MRK-I8940021570 - MRK-I8940022275 |
| 20 | 11/17/1997 | Project Team Minutes | Morrison Ex. 40 -- 2-18-05 |
| 21 | 1/19/1998 | Memo from J. Schwartz and P. Hong to B. Gertz et. al re: Prolongation of the QTc Interval Evaluation | MRK-ABM0000873 |
| 22 | 2/2/1998 | Watson's CV Analysis<br>MRL Epidemiology Department Technical Report No. EPR7006.005.98 | MRK-AAD0046029 - MRK-AAD0046052 |
| 23 | 2/2/1998 | Final results of analysis of CV events in clinical trials | |
| 24 | 2/12/1998 | Letter from MRL to FDA re: Original IND: MK-0966 (L-748, 731) | MRK-I2690000020 - MRK-I2690000264 |
| 25 | 2/20/1998 | Letter from FDA to MRL re: IND 55,269 | MRK-AAF0000640 - MRK-AAF0000642 |
| 26 | 4/13/1998 | Dr. Alan Nies' Writeup for Meeting of Board of Scientific Advisors | MRK-AAC0019509-MRK-AAC0019519 |
| 27 | 5/1/1998 | Memo: Scientific Advisors' Meeting May 3 – May 6, 1998; Programmatic Review, VIOXX Program | MRK-AEI0002734 - MRK-AEI0002746 |
| 28 | 6/3/1998 | Letter to Brenda Colatrella and Nelson Aldrich regarding selection of Merck as one of America's 25 most generous companies by The American Benefactor | |
| 29 | 6/4/1998 | Letter from MRL to FDA re: IND 46,894: MK-0996 (L-748,731) | MRK-I8940025804 - MRK-I8940025813 |
| 30 | 6/8/1998 | Minutes from VIOXX project team | MRK-ABH0014141-MRK-ABH0014192 |
| 31 | 6/22/1998 | Email from Scolnick to D. Anstice Subj: VIOXX | MRK-ABI0001204 |
| 32 | 6/26/1998 | Letter from MRL to FDA re: re: IND 46,894: MK-0996 (L-748,731) Protocol Amendment – Change in Protocol | MRK-I8940025887 - MRK-I8940025905 |
| 33 | 8/20/1998 | Email from L. Patino to D. Anstice et al. with Background Package for Review Prior to HHPAC Meeting 8/21 | MRK-ABH0014235 - MRK-ABH0014244 |
| 34 | 8/24/1998 | Letter from Robert Silverman to Robert DeLapp | MRK-ACD0082369 |
| 35 | 9/2/1998 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | MRL-I8940040476 - MRL-I8940040602 |
| 36 | 9/30/1998 | Clinical Safety Report for Protocol 069 (GI Meta-Analysis) | MRK-AAD0026972 - MRK-AAD0027322 |
| 37 | 10/12/1998 | E-mail from A. Nies to T. Baillie re: draft discussion "Effect of Chronic Dosing of COX-2 Inhibitors on Prostanoid Excretion in Conscious Dogs" | MRK-AAC0041003 -MRK-AAC0041007 |
| 38 | 10/22/1998 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser re: Dog urinary prostaglandin study | MRK-AAC0041008 - MRK-AAC0041011 |

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 39 | 10/26/1998 | Letter from Gro Harlem Brundtland to Raymond Gilmartin regarding Merck's offer to donate to the WHO Lymphatic Filariasis programme. | MRK-AHW0000003 |
| 40 | 10/26/1998 | "E. Clinical Safety" Vioxx Clinical Documentation | MRK-OS420124072-124403 |
| 41 | 10/26/1998 | Section of ISS dealing with Thromboembolic Cardiovascular Adverse Experiences. | MRK-OS420124440-124403 |
| 42 | 10/30/1998 | Fax from FDA to MRL | MRK-I8940042547 - MRK-I8940042549 |
| 43 | 11/23/1998 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | MRK-OS420000001 - MRK-OS420166451 |
| 44 | 12/1/1998 | Policy Letter 128 | MRK-AAR0017417 - MRK-AAR0017461 |
| 45 | 12/1/1998 | Policy Letter 140 | MRK-AAR0017511-MRK-AAR0017534 |
| 46 | 12/1/1998 | Policy Letter No. 110 | MRK-AAR0017330 - MRK-AAR0017345 |
| 47 | 12/1/1998 | Policy Letter No. 118 | MRK-AAR0017392 - MRK-AAR0017410 |
| 48 | 12/10/1998 | Letter from MRL to FDA re: IND# 55,269: MK-0966 Protocol Amendment – New Protocol | MRK-I2690000736-MRK-I2690000881 |
| 49 | 12/16/1998 | Minutes: FDA/Merck Research Laboratories VIOXX G.I. Outcomes Meeting | MRK-I8940042985 - MRK-I8940043013 |
| 50 | 12/16/1998 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment – New Protocol | MRK-I8940042881 - MRK-I8940042984 |
| 51 | 01/01/1999 -12/31/2000 | Regulatory Highlights for VIOXX from 1999-2000 | MRK-ACD0055768 -MRK-ACD0055800 |
| 52 | 1/1/1999 | Analgesic and Anti-Inflammatory Training Program | MRK-AAR0000129-MRK-AAR0000660 |
| 53 | 1/1/1999 | Rules of the Road | MRK-AAR0016467-MRK-AAR0016579 |
| 54 | 1/11/1999 | FDA facsimile to MRL | MRK-AAF0001136 - MRK-AAF0001138 |
| 55 | 1/26/1999 | Memo from M. Lee to E. Ehrich and B. Daniels re: Effect of MK-0966 on QTc interval (Attachment 1) | MRK-ABM0000911 |
| 56 | 2/4/1999 | Memo from E. Ehrich and J. Giuliano to B. Seidenberg et al. re: "MK-0966 Additional ECG Analysis" | MRK-ACK0014359 - MRK-ACK0014370 |
| 57 | 2/16/1999 | Medical Affairs Procedures and Policies, Procedure 13: Adverse Experience Reporting to Worldwide Product Safety and Epidemiology | MRK-AAU0000029-MRK-AAU0000094 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 58 | 2/21/1999 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | MRK-ABC0006432-MRK-ABC0006435 |
| 59 | 3/8/1999 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | MRK-AAC0013130 - MRK-AAC0013132 |
| 60 | 3/8/1999 | Memo to Denis Riendeau, et al. re: "Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib" | MRK-ABC0006396- MRK-ABC0006404 |
| 61 | 3/23/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX Tablets NDA 21-052: VIOXX Oral Suspension (Rofecoxib) Safety Update Report | MRK-99420005094 - MRK-99420010778 |
| 62 | 3/23/1999 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | MRK-I8940046217 - MRK-I8940046311 |
| 63 | 3/29/1999 | Letter from MRL to FDA | MRK-AAF0001430 - MRK-AAF0001566 |
| 64 | 3/31/1999 | Letter from Robert Silverman to Robert DeLapp re: NDA 21-042 | MRK-ACD0055835-MRK-ACD0055839 |
| 65 | 4/20/1999 | Arthritis Advisory Committee meeting, Silverman's Slides | MRK-AAP0000649 - MRK-AAP0000788 |
| 66 | 4/20/1999 | "NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999" | MRK-AFT0002227-MRK-AFT0002430 |
| 67 | 5/1/1999 | PI 9183800 | MRK-LBL0000027 - MRK-LBL0000030 |
| 68 | 5/7/1999 | Fax from FDA to MRL | MRK-AAF0002010 - MRK-AAF0002029 |
| 69 | 5/10/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets, Response to FDA Request | MRK-99420019261 - MRK-99420019308 |
| 70 | 5/13/1999 | Email from S. Cook to MRL Regulatory Liaison re: Draft | MRK-ACD0004278 - MRK-ACD0004294 |
| 71 | 5/15/1999 | Fax from FDA to MRL | MRK-AAF0002054 - MRK-AAF0002077 |
| 72 | 5/19/1999 | Email from MRL Regulatory Liaison – Domestic to Sandra Cook re: NDA 21-042: Label | MRK-ACD0002571 - MRK-ACD0002612 |
| 73 | 5/20/1999 | Letter from FDA to MRL re: NDA 21-042 | MRK-99420021411-MRK-99420021434 |
| 74 | 5/20/1999 | Fax from MRL to FDA re: Press Materials for VIOXX | MRK-AAF0006267 - MRK-AAF0006269 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 75 | | Unused Exhibit Number | |
| 76 | 5/26/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets | MRK-99420021435 - MRK-99420021449 |
| 77 | 6/7/1999 | Memo from Denis Riendeau | MRK-AEG0015642- MRK-AEG0015644 |
| 78 | 7/15/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application 50 mg Tablets | MRK-99420021501 - MRK-99420021930 |
| 79 | 8/30/1999 | CV SOP | MRK-AAB0029224 - MRK-AAB0029273 |
| 80 | 9/1/1999 | PI 9183801 | MRK-LBL0000031 - MRK-LBL0000034 |
| 81 | 9/2/1999 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Information Amendment – Clinical, Data Analysis Plan for Protocol 088 | MRK-I8940053887- MRK-I8940053972 |
| 82 | 9/15/1999 | Letter from D. Erb to R. Katz re: IND 55,269: MK-0966 Protocol Amendment – Change in Protocol | MRK-I2690001302 -MRK-I2690001317 |
| 83 | 9/17/1999 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-99420022188 -MRK-99420022933 |
| 84 | 9/17/1999 | Letter from D. Erb to R. Katz re: IND 55,296: MK-0966 Protocol Amendment – Change in Protocol | MRK-I2690001318 - MRK-I2690001333 |
| 85 | 9/22/1999 | Letter from MRL to FDA re: NDA 21-042 VIOXX (Rofecoxib) General Correspondence | MRK-99420022942 - MRK-99420022960 |
| 86 | 9/22/1999 | Letter from MRL to FDA re: IND 46,894 Protocol Amendment – Change in Protocol | MRK-I8940054833 - MRK-I8940054990 |
| 87 | 9/30/1999 | Letter from MRL to FDA | MRK-99420022962 - MRK-99420023354 |
| 88 | 10/6/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement – Changes Being Effected | MRK-99420023355 - MRK-99420023362 |
| 89 | 10/18/1999 | Bulletin COX 00-079 Reference Binder for VIOXX | MRK-AAR0008337-MRK-AAR0008696 |
| 90 | 10/19/1999 | Letter from E. Floyd to K. Midthun re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment – Change in Protocol | MRK-I8940055447 - MRK-I8940055456 |
| 91 | 10/28/1999 | Letter from FDA to MRL re: NDA 21-042/S-003 | MRK-99420023527 - MRK-99420023528 |
| 92 | 10/28/1999 | FDA approves the Patient Package Insert for Vioxx | MRK-ACD00078935 - MRK-ACD00078939 |

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 93 | 11/1999 | PI 9183802 | MRK-LBL0000035 - MRK-LBL0000038 |
| 94 | 11/5/1999 | Letter from MRL to FDA re: Rofecoxib (L-748731; MK-0966) Initial Investigational New Drug Application | MRK-I2220000003-MRK-I2220000268 |
| 95 | 11/17/1999 | Letter from FDA to MRL re: IND 59,222 | MRK-AAF0002436 - MRK-AAF0002438 |
| 96 | 11/30/1999 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence, Request for Pre-sNDA Meeting, VIGOR Trial | MRK-I8940056348 - MRK-I8940056350 |
| 97 | 11/30/1999 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence, Request for Pre-sNDA Meeting, Rheumatoid Arthritis | MRK-I8940056345-MRK-I8940056347 |
| 98 | 12/14/1999 | NDA 21-042: VIOXX (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | MRK-99420023576 -MRK-99420023583 |
| 99 | 12/17/1999 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-99420023584 -MRK-99420024838 |
| 100 | 1/1/2000 | Naproxen Label -- June 2000 | Naproxen Label -- June 2000 |
| 101 | 1/1/2000 | Aspirin Label | |
| 102 | 1/12/2000 | Clinical Study Report (CSR) | MRK-00420000052 - MRK-00420000248 |
| 103 | 1/27/2000 | Fax from FDA to MRL re: IND 59,222 | MRK-AAF0002570 - MRK-AAF0002580 |
| 104 | 2/7/2000 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – New Protocol | MRK-I2690001556 - MRK-I2690001681 |
| 105 | 2/25/2000 | Letter from FDA to MRL | MRK-AAF0002644 - MRK-AAF0002645 |
| 106 | 3/1/2000 | PI 9183804 | MRK-LBL0000039 - MRK-LBL0000042 |
| 107 | 3/6/2000 | NDA 21-042: VIOXX (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | MRK-00420000374 -MRK-00420000379 |
| 108 | 3/7/2000 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Information Amendment – Clinical VIOXX Gastrointestinal Outcomes Research (VIGOR) Data Analysis Plan (DAP) | MRK-I8940059581 - MRK-I8940059667 |
| 109 | 3/8/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (Rofecoxib) Response to FDA Request for Information | MRK-00420000382 - MRK-00420000414 |
| 110 | 3/10/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Background Package for April 10, 2000 Pre-sNDA Meeting VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | MRK-00420000448 - MRK-00420000679 |
| 111 | 3/13/2000 | Memo from Peter Gruer to Alise Reicin regarding Cardiovascular AEs | MRK-00420018280 -MRK-00420018283 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 112 | 3/17/2000 | Fax from FDA to MRL | MRK-AAF0002719 - MRK-AAF0002721 |
| 113 | 3/21/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-0420000801 - MRK-0420002868 |
| 114 | 3/22/2000 | E-mail from D. Bjorkman to D. Shapiro | MRK-ABH0017550 - MRK-ABH0017551 |
| 115 | 3/22/2000 | Email from Deborah Shapiro to Susan Stauffer | MRK-AAB0060588 - MRK-AAB0060589 |
| 116 | 3/23/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | MRK-I8940060171 - MRK-I8940060238 |
| 117 | 3/26/2000 | Dear Investigator Letter | |
| 118 | 3/27/2000 | Bulletin COX 00-019 | MRK-AAR0007265-MRK-AAR0007288 |
| 119 | 3/27/2000 | Press Release | MRK-PRL0000114 - MRK-PRL0000115 |
| 120 | 3/27/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) General Correspondence | MRK-I8940060167 - MRK-I8940060244 |
| 121 | 3/28/2000 | Letter from MRL to FDA | MRK-00420002874 - MRK-00420003949 |
| 122 | 3/28/2000 | Email from Alise Reicin to Alan Nies, Barry Gertz re: Patrono on Vigor | MRK-AVK0290070 |
| 123 | 4/2000 | PI 9556412 | MRK-LBL0000240 - MRK-LBL0000243 |
| 124 | 4/19/2000 | NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Final Printed Labeling for Approved Supplemental NDAs | MRK-00420003960 - MRK-00420003971 |
| 125 | 4/21/2000 | Fax from FDA to MRL | MRK-00420003972 - MRK-00420003973 |
| 126 | 4/27/2000 | Randall Pierson, "Merck's Vioxx Seen Facing FDA Scrutiny on Heart Attacks" | MRK-ADI0000959 - MRK-ADI0000962 |
| 127 | 4/28/2000 | "Merck falls on safety concerns from Vioxx arthritis trial," Reuters | MRK-ADX0021505 –MRK-ADX0021506 |
| 128 | 4/28/2000 | Dow Jones article | MRK-ADX0021498–MRK-ADX0021499 |
| 129 | 4/28/2000 | CNBC transcript from "Today's Business Early Edition" | MRK-ADX0021525 |
| 130 | 4/28/2000 | CNBC transcript from "Street Signs" | MRK-ADX0021535 |
| 131 | 5/1/2000 | Bulletin COX 00-029 New Obstacle Response | MRK-AAR0068150-151 |

| Exhibit No. | Date | Title | [illegible] |
|---|---|---|---|
| 132 | 5/1/2000 | "Shares of Merck Sink on Worries Over Vioxx," Wall Street Journal | MRK-ADX0021480–MRK-ADX0021482 |
| 133 | 5/1/2000 | FDA Webview: FDA: Too Early to Tell if Merck's VIOXX Needs Stronger Labeling | MRK-ADO0000738 Public |
| 134 | 5/9/2000 | Merck Memo Raymond Bain's Alzheimer's Analysis | MRK-ERN0076919 -MRK-ERN0076920 |
| 135 | 5/18/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | MRK-I8940061593 - MRK-I8940061598 |
| 136 | 5/18/2000 | Letter to Robert Utiger from Claire Bombardier | MRK-ERN0252799-MRK-ERN0252802 |
| 137 | 5/24/2000 | Press Release | MRK-PRL0000124 - MRK-PRL0000127 Public |
| 138 | 5/24/2000 | A Report from Digestive Disease Week Congress | MRK-AAC0023877 -MRK-AAC0023878 |
| 139 | 5/25/2000 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Request for Agency Response | MRK-00420003977 - MRK-00420003984 |
| 140 | 5/25/2000 | Fax from FDA to MRL | MRK-I8940061854 - MRK-I8940061859 |
| 141 | 6/14/2000 | Fax from FDA to MRL | MRK-I8940062034 - MRK-I8940062034 |
| 142 | 6/18/2000 | Email from Dorothy Bolton re: Press Materials: EULAR Journalists Workshop | MRK-BAR0139719 - MRK-BAR0139740 (Produced in CS - Barlow - Reicin Supplemental) Attachment: MRK-BAR0139722-MRK-BAR0139723 |
| 143 | 6/19/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-00420004000 - MRK-00420008014 |
| 144 | 6/23/2000 | Letter from D. Erb to R. Pazdur re: IND 59,222: MK-0966 Protocol Amendment – Change in Protocol Protocol 122: Sporadic Adenomatous Polyp (SAP) Chemoprevention Study | MRK-I2220000632 - MRK-I2220000786 |
| 145 | 6/29/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | MRK-00420008017-MRK-00420019547 |
| 146 | 7/1/2000 | PI 9183806 | MRK-LBL0000047 - MRK-LBL0000050 |
| 147 | 7/15/2000 | Email string including Ned Braunstein and Ed Scolnick regarding report on APS patients Memo Attached | MRK-ACR0011080 - MRK-ACR0011080; MRK-ACR0011081 - MRK-ACR0011084 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 148 | 8/3/2000 | Letter from FDA to MRL re: NDA 21-042/S-007 | MRK-00420021830 - MRK-00420021831 |
| 149 | 8/3/2000 | PI 9556413 | MRK-LBL0000258 - MRK-LBL0000261 |
| 150 | 8/7/2000 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) | MRK-00420021832 - MRK-00420021835 |
| 151 | 9/19/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-00420021930 - MRK-00420026365 |
| 152 | 9/28/2000 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | MRK-I8940063136 - MRK-I8940063238 |
| 153 | 9/28/2000 | Letter from MRL to FDA | MRK-00420026367-MRK-00420027806 |
| 154 | 9/29/2000 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) Special Supplement – Changes Being Effected | MRK-00420027807 - MRK-00420027814 |
| 155 | 10/13/2000 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | MRK-00420027869 - MRK-00420027981 |
| 156 | 11/16/2000 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – Change in Protocol | MRK-I2690003180 - MRK-I2690003191 |
| 157 | 11/27/2000 | Fax from FDA to MRL | MRK-00420028062 - MRK-00420028066 |
| 158 | 12/1/2000 | Policy Letter 140 | MRK-AAR0016829-51 |
| 159 | 12/1/2000 | Orientation and Welcome, Leader's Guide | MRK-AAR0012196-214 |
| 160 | 12/18/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib) Draft Background Package for Arthritis Advisory Committee | MRK-00420029549 - MRK-00420029714 |
| 161 | 12/20/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | MRK-00420033120 -MRK-00420033142 |
| 162 | 12/20/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-00420029716 -MRK-00420033063 |
| 163 | 12/21/2000 | Barr Expert Opinion Report on the Cardiovascular Findings of the VIGOR Study | MRK-ACF0012016 MRK-ACF0012077 |
| 164 | 12/21/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | MRK-00420033153 - MRK-00420033163 |
| 165 | 12/21/2000 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): VIOXX (rofecoxib) –Treatment of Migraine | MRK-I4190000001 - MRK-I4190000419 |
| 166 | 12/29/2000 | Fax from FDA to MRL | MRK-AAF0003185 - MRK-AAF0003186 |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 167 | 1/1/2001 | Merck Culture, Leader's Guide | MRK-AAR0028370-MRK-AAR0028387 |
| 168 | 1/1/2001 | Policy Letter No. 110: Statement of Professional Responsibility of U.S. Human Health Professional Representatives | MRK-AAR0016692 - MRK-AAR0016704 |
| 169 | 1/1/2001 | Policy Letter No. 118: Pharmaceutical Information to Physicians, Pharmacists, and Other Health Care Professional | MRK-AAR0016737 - MRK-AAR0016747 |
| 170 | 1/1/2001 | Basic Training Orientation | MRK-AAR0019804-MRK-AAR0019874 |
| 171 | 1/1/2001 | Policy Letter 141 | MRK-AAR 0016852-56 |
| 172 | 1/1/2001 | District Implementation Meeting | MRK-AAR030548-MRK-AAR030610 - Exhibit 10 to Dunn |
| 173 | 1/8/2001 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | MRK-I8940064922 - MRK-I8940065038 |
| 174 | 1/8/2001 | Letter from R. Silverman to J. Bull re: IND 46,894: VIOXX (rofecoxib) Information Amendment – Clinical | MRK-I8940064858 - MRK-I8940064921 |
| 175 | 1/11/2001 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) General Correspondence | MRK-I8940065088 - MRK-I8940065186 |
| 176 | 1/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | MRK-01420019493 - MRK-01420019499 |
| 177 | 1/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | MRK-01420019506 - MRK-01420019510 |
| 178 | 1/17/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib) Request for Agency Meeting | MRK-01420019520 - MRK-01420019527 |
| 179 | 1/19/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | MRK-AAF0003308 - MRK-AAF0003310 |
| 180 | 1/19/2001 | Letter from MRL to FDA Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information/Request for Teleconference | MRK-01420019618 -MRK-01420019655 |
| 181 | 1/19/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | MRK-01420019528 - MRK-01420019617 |
| 182 | 1/26/2001 | Memo from D. Shapiro to R. Silverman | MRK-AFT0001740-MRK-AFT0001745 |
| 183 | 1/31/2001 | Minutes to VIGOR Pre-Advisory Committee Meeting | MRK-AAF0003409 - MRK-AAF0003411 |
| 184 | 2/1/2001 | DDMAC Warning Letter to Pharmacia | MRK-ADO0003772 |
| 185 | 2/2/2001 | DDMAC Letter to McMillen | MRK-ABO0002821 - MRK-ABO0002824 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 186 | 2/4/2001 | Email from E. Scolnick to A. Nies, A. Reicin, H. Guess | MRK-ACT0009918 - MRK-ACT0009918 |
| 187 | 2/8/2001 | FDA Advisory Committee Hearing, Transcript | MRK-H005655 MRK-H005888 |
| 188 | 2/8/2001 | Merck Slide Show Presentation to FDA Advisory Committee | MRK-ABR0000214-MRK-ABR0000349 |
| 189 | 2/8/2001 | Press Release | MRK-PRL0000170 - MRK-PRL0000172 |
| 190 | 2/27/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) General Correspondence – Request for Meeting | MRK-01420031188 - MRK-01420031231 |
| 191 | 2/28/2001 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | MRK-01420031265 - MRK-01420031268 |
| 192 | 2/28/2001 | Letter from MRL to FDA re: NDA 21-052: VIOXX (rofecoxib tablets) Supplemental New Drug Application Rheumatoid Arthritis | MRK-N0520004437 MRK-N0520004445; |
| 193 | 3/1/2001 | PI 9183807 | MRK-LBL0000051 - MRK-LBL0000054 |
| 194 | 3/2001 | Selling Clinics Leader's Guide | MRK-AAR0012290 - MRK-AAR0012309 |
| 195 | 3/1/2001 | Selling Clinics | MRK-AAR0028794 - MRK-AAR0028813 |
| 196 | 3/2/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | MRK-ACD0003158-MRK-ACD0003185 |
| 197 | 3/7/2001 | Letter from D. Erb to R. Katz re: IND 55,296: MK-0966 (L-748731) Protocol Amendment – Change in Protocol | MRK-I2690003347 - MRK-I2690003360 |
| 198 | 3/8/2001 | Regulatory Liaison FDA Conversation Record | MRK-AAF0003963 - MRK-AAF0003965 |
| 199 | 3/15/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | MRK-01420090753 - MRK-01420090758 |
| 200 | 3/20/2001 | African Green Monkey Slide Set | MRK-ADF0006157-MRK-ADF0006167 |
| 201 | 3/22/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-01420090989 - MRK-01420093073 |
| 202 | 3/22/2001 | Letter from MRL to FDA | MRK-01420093081-MRK-01420094329 |
| 203 | 3/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information (ADVANTAGE CSR) | MRK-014200094336 -MRK-014200098951 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 204 | 4/1/2001 | Celebrex DDMAC letter | |
| 205 | 4/2/2001 | Email from R. Silverman to S. Folkendt re: NDA 21-042/S-007: ADVANTAGE CSR | MRK-AAF0003835 -MRK-AAF0003836 |
| 206 | 4/5/2001 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Oral Suspension) Special Supplement – Changes Being Effected | MRK-01420098953 - MRK-01420098960 |
| 207 | 4/6/2001 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | MRK-01420099056 - MRK-01420099059 |
| 208 | 4/16/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information (ADVANTAGE CSR – Item 11) | MRK-01420099071 - MRK-01420099109 |
| 209 | 4/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (ADVANTAGE CSR – Item 12) | MRK-AAF0003926 - MRK-AAF0003927 |
| 210 | 5/1/2001 | PI 9183808 | MRK-LBL0000055 - MRK-LBL0000058 |
| 211 | 5/16/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/ Request for FDA Comment | MRK-01420139549 - MRK-01420139554 |
| 212 | 5/18/2001 | Fax from FDA to MRL | MRK-01420139568 - MRK-01420139569 |
| 213 | 5/21/2001 | Letter from MRL to FDA re: NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | MRK-N0520006102 - MRK-N0520006163 |
| 214 | 5/25/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/Request for FDA Comment | MRK-01420139576 - MRK-01420130593 |
| 215 | 5/29/2001 | Memo from D. Shapiro and S. Mukhopadhyay to R. Silverman and A. Reicin | MRK-AAB0004998 - MRK-AAB0005007 |
| 216 | 6/1/2001 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – Change in Protocol | MRK-I2690004499 - MRK-I2690004511 |
| 217 | 6/8/2001 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – Change in Protocol | MRK-I2690004512 - MRK-I2690004644 |
| 218 | 6/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 (Rofecoxib Tablets) Minutes to April 11, 2001 FDA/MRL Meeting | MRK-AAF0004005 - MRK-AAF0004008 |
| 219 | 6/13/2001 | Merck Press Release | MRK-PRL0000203 - MRK-PRL0000204 |
| 220 | 6/14/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information | MRK-01420139624 - MRK-01420139845 |
| 221 | 6/19/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-01420139856 - MRK-01420142171 |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 222 | 6/20/2001 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): Rofecoxib – Adjuvant Therapy for Patients with Prostate Cancer | MRK-I7680000001 - MRK-I7680000270 |
| 223 | 6/22/2001 | Fax from FDA to MRL re. 21-042 S-007 Exclusion from SUR | MRK-AAF 0004045 |
| 224 | 6/22/2001 | Letter from FDA to MRL re: IND 62,768 | MRK-I7680000271 - MRK-I7680000273 |
| 225 | 6/27/2001 | Letter from MRL to FDA re: NDA 21-042/S-012: VIOXX (Rofecoxib Tablets) Safety Update Report Rheumatoid Arthritis | MRK-01420142209 - MRK-01420145815 |
| 226 | revised 7/2001 | Training module for sales reps | (7/8/05 Dunn deposition, Exhibit 11) |
| 227 | 7/1/2001 | PI 9183809 | MRK-LBL0000059 - MRK-LBL0000062 |
| 228 | 7/5/2001 | Fax from FDA to MRL re: NDA21-042/s007 Advantage, FDA April 6, 2001 Approvable letter | MRK-AAF0004093 |
| 229 | 7/6/2001 | Teleconference between R. Silverman and L. Goldkind re. 21-042/21-052 | MRK-AAF0004157 - MRK-AAF0004159 |
| 230 | 7/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | MRK-01420145843 - MRK-01420154245 |
| 231 | 7/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 2) | MRK-01420159554 - MRK-01420159658 |
| 232 | 8/3/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 3) | MRK-01420159659 - MRK-01420159686 |
| 233 | 8/8/2001 | Fax from FDA to MRL re: NDA 21-042 Clinical Information Request | MRK-AAF0004145 - MRK-AAF0004146 |
| 234 | 9/19/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets VIOXX (rofecoxib) | MRK-01420159781 - MRK-01420162347 |
| 235 | 10/1/2001 | Letter from MRL to FDA | MRK-01420162364 - MRK-01420163562 |
| 236 | 10/1/2001 | Anstice/Merck response to FDA Warning Letter | MRK-AAF0007803 - MRK-AAF0007853 |
| 237 | 10/2/2001 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected | MRK-01420163595 - MRK-01420163604 |
| 238 | 10/3/2001 | E-mail from A. Moan to S. Kornowski and S. Nichtberger w/attached abstract "The Effects of COX-2 Inhibitors on Blood Pressure Control and Cardiovascular Safety in Patients with Hypertension – Experiences from the LIFE" (Losartan Intervention for Endpoint | MRK-ADM0024906 - MRK-ADM0024912 |
| 239 | 10/3/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-01420163606 - MRK-01420163615 |

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 240 | 10/8/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | MRK-AAB004788-MRK-AAB004803 |
| 241 | 10/15/2001 | Email from Barbara Gould to Robert Silverman re: VIOXX Draft Label | MRK-AAF0004389 - MRK-AAF0004410 |
| 242 | 11/5/2001 | Letter from MRL to FDA re NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | MRK-ADM0022362-MRK-ADM0022366 |
| 243 | 11/6/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | MRK-01420163696 - MRK-01420163805 |
| 244 | 11/7/2001 | Email from E. Scolnick to A. Reicin | MRK-AAD0111414 - MRK-AAD0111414 |
| 245 | 11/7/2001 | Email from A. Reicin to E. Scolnick | MRK-ABH0020163 - MRK-ABH0020216 |
| 246 | 11/16/2001 | Email from Robert E. Silverman (MRL) to B. Gould re: NDA 21-042/S-007: information relevant to VIGOR label negotiations | MRK-AAF0004696 - MRK-AAF0004725 |
| 247 | 11/28/2001 | Email from S. Duffy-Cyr to B. Biehn eta al.: Newsedge-web.com summary of Goldman Sachs conference call led by Dr. Fitzgerald | MRK-ADM0092006-09 Public |
| 248 | 11/28/2001 | Goldman Sachs Investment Research Report | MRK-ABH0002230 |
| 249 | 12/5/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | MRK-01420167105 - MRK-01420167173 |
| 250 | 12/11/2001 | Annual Business Brief (Scolnick Slide) | MRK-ACU0000015 - MRK-ACU0000247 |
| 251 | 12/20/2001 | Letter from MRL to FDA re: NDA 21-052: Oral Suspension Vioxx (Rofecoxib) | MRK-N0520007792 - MRK-N0520007830 |
| 252 | 12/21/2001 | Fax from FDA to MRL re: NDA 21-042/S-012 AE Letter | MRK-AAF0005093 - MRK-AAF0005097 |
| 253 | 12/21/2001 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 Draft Label Proposal | MRK-AAF0005071 - MRK-AAF0005092 |
| 254 | 1/1/2002 | Our Values and Standards: The Basis of Our Success | MRK-AAR0020540-66 |
| 255 | 1/7/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Amendment to Supplemental New Drug Application (Revised Proposed Label) | MRK-02420000006 - MRK-02420000083 |
| 256 | 1/11/2002 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 AE Letter | MRK-N0520007910 - MRK-N0520007913 |
| 257 | 1/21/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) General Correspondence (Rofecoxib and Cardiovascular Events) | MRK-02420000100 - MRK-02420000195 |

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 258 | 1/24/2002 | Letter from R. Silverman to V. Raczkowski re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment – Changes in Protocol (Protocol No. 122) | MRK-I2220003000 - MRK-I2220003163 |
| 259 | 1/29/2002 | Fax from FDA to MRL re: NDA 21-042/S-007, 012 & NDA 21-042/S-004, 007 Proposed Label | MRK-AAF0005350 - MRK-AAF0005369 |
| 260 | 2/5/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application (Clarification of VIGOR Data in Proposed Label) | MRK-02420000216 - MRK-02420000266 |
| 261 | 2/19/2002 | Letter from R. Silverman to L. Simon re: NDA 21-042/S-007: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application (Revised Proposed Label) | MRK-02420000239- MRK-02420000298 |
| 262 | 2/19/2002 | FDA Request for Information | MRK-AAF0005515 |
| 263 | 2/20/2002 | E-mail from Robert E. Silverman to B. Gould re: VIGOR label negations proposals | MRK-AAF0005536 - MRK-AAF0005538 |
| 264 | 2/20/2002 | R. Silverman's copy of PSUR #6 [no WORF submission] | MRK-ACD0117898 - MRK-ACD0118946 |
| 265 | 2/25/2002 | E-mail from R Silverman to B Gould re: NDA 21-042/ S-007; VIGOR label proposal | MRK-ACD00024047 - MRK-ACD00024106 |
| 266 | 2/25/2002 | MRL Response to FDA Request for Information | MRK-02420000369 - MRK-02420000384 |
| 267 | 3/1/2002 | WPS&E Processing of Adverse Experience Information, SOP No. 1 | MRK-AAU0000133 - MRK-AAU0000172 |
| 268 | 3/12/2002 | Memorandum from M.L. Villalba to L. Goldkind re: Cardiovascular data in Alzheimer's studies | http://www.fda.gov/ohrms/dockets/ac/05/briefing/2005-4090B1_10_K-FDA-Tab-F-2.pdf<br><br>Public |
| 269 | 3/15/2002 | APPROVe Trial Cardiovasular Safety Report | MRK-AFN0106618- MRK-AFN0106685 |
| 270 | 3/25/2002 | Amicus Curiae Brief of the United States of America in Support of Defendants/Respondents SmithKline Beecham Consumer Healthcase LP, et al. in Dowhal v. SmithKline Beecham | |
| 271 | 3/27/2002 | Our Values and Standards in Action, USHH Field Sales Version, Scenarios and Responses | MRK-AAR0020669-76 |
| 272 | 04/01/2002 | PI 9183811 | MRK-LBL0000067 - MRK-LBL0000070 |
| 273 | 04/01/2002 | PI 9183810 | MRK-LBL0000063 - MRK-LBL0000066 |
| 274 | 4/3/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment | MRK-024200002560-MRK-024200002620 |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 275 | 4/8/2002 | Letter from T. Casola to L. Governale re: NDA 21-042 VIOXX (rofecoxib) Tablets; NDA 21-052 VIOXX (rofecoxib) Oral Suspension | MRK-AAF0008019 - MRK-AAF0008095 |
| 276 | 4/10/2002 | NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment (Complete Response) | MRK-02420002635 - MRK-02420002687 |
| 277 | 4/11/2002 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | MRK-AAF0005922 - MRK-AAF0005942 |
| 278 | 4/11/2002 | Bulletin COX 02-027 | MRK-AAR0021560 - MRK-AAR0021721 |
| 279 | 4/11/2002 | Letter from T. Casola of Merck to FDA | MRK-AAF0008099 - MRK-AAF0008101 |
| 280 | 4/15/2002 | Medical Affairs Procedures and Policies, Procedure 13 (Addendum): Clarification of Adverse Experience Reporting for Clinical Studies and Marketing Programs | MRK-AAU0000095 - MRK-AAU0000132 |
| 281 | 4/18/2002 | Bulletin COX 02-038 | MRK-AAR0021884 - MRK-AAR0021895 |
| 282 | 4/18/2002 | Bulletin COX 02-039 | MRK-AAR0021896 -MRK-AAR0021909 |
| 283 | 4/22/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Final Printed Labeling For Approved Supplemental NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 | MRK-02420002709 - MRK-02420002719 |
| 284 | 4/23/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected | MRK-02420002720 - MRK-02420002829 |
| 285 | 5/22/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | MRK-S0420000029 - MRK-S0420000074 |
| 286 | 6/19/2002 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-S0420026226-MRK-S0420028657 |
| 287 | 6/25/2002 | Press Release | MRK-ADJ0042906-909 |
| 288 | 7/22/2002 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | MRK-I2690005334 - MRK-I2690005969 |
| 289 | 9/19/2002 | Amicus Brief for the United States in Support of the Defendant-Appellee and Cross-Appellent, and in Favor of Reversal of the District Court's Order Denying Partial Summary Judgment to Defendant-Appellee and Cross-Appellant in Motus v. Pfizer, Inc. | |
| 290 | 9/25/2002 | Letter from L. Hostelley to P. Seligman | MRK-S0420028658 - MRK-S0420029918 |
| 291 | 10/10/2002 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment (Combined Analysis of Thrombotic Cardiovascular Events in Placebo-Controlled Studies of Rofecoxib) | MRK-I8940074879 - MRK-I8940075347 |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 292 | 11/21/2002 | Letter from N. Braunstein to L. Simon re: IND 55,269: VIOXX (Rofecoxib) General Correspondence Notification of Termination of Protocol 078, Rofecoxib Alzheimer's Disease Prevention Study | MRK-I8940075376 - MRK-I8940075383 |
| 293 | 1/17/2003 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence, Background Information for the CV Outcomes Teleconference | MRK-I8940075522 - MRK-I8940075530 |
| 294 | 1/30/2003 | Letter from P. Huang to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – New Protocol | MRK-I7680000773 - MRK-I7680000791 |
| 295 | 2/18/2003 | Letter from MRL to FDA re: NDA 21-042: VIOXX Rofecoxib Tablets NDA 21-052: VIOXX Rofecoxib Oral Suspension Response to Information Request | MRK-SO420017406 - MRK-SO420017450 |
| 296 | 3/25/2003 | Letter from N. Braunstein to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – Change in Protocol | MRK-I7680001065 - MRK-I7680001206 |
| 297 | 4/16/2003 | Letter from L. Hostelley to P. Seligman | MRK-S0420029919 - MRK-S0420030916 |
| 298 | 5/29/2003 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) New Epidemiologic Studies on MI Risk with Rofecoxib | MRK-I8940076901 - MRK-I8940076922 |
| 299 | 6/11/2003 | Protocol/Amendment 203-00 | MRK-I8940077723-MRK-I8940077883 |
| 300 | 6/17/2003 | NDA 21-042: VIOXX (Rofecoxib Tablet) NDA 21-052: VIOXX (Rofecoxib Oral Suspension) Supplement – Changes Being Effected | MRK-S0420017519 - MRK-S0420017608 |
| 301 | 6/27/2003 | Letter from MRL to FDA re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment – Change in Protocol | MRK-I2220004378 - MRK-I2220004453 |
| 302 | 7/18/2003 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | MRK-S0420018154 -MRK-S0420024028 |
| 303 | 7/25/2003 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment – New Protocol | MRK-I8940077717 - MRK-I8940077883 |
| 304 | 8/6/2003 | Letter from FDA to MRL re: NDA 21-042/S-018 & NDA 21-052/S-012 | MRK-AAF0014936 - MRK-AAF0014955 |
| 305 | 8/12/2003 | Email from C. Cannuscio to D. Watson et al. re: Solomon Paper rejected by NEJM | MRK-ADC0031643 |
| 306 | 8/20/2003 | NDA 21-042/S-018: VIOXX Rofecoxib Tablet NDA 21-052/S-012: VIOXX Rofecoxib Oral Suspension Final Printed Labeling for Approved NDA 21-042/S-018 | MRK-S0420024270 - MRK-S0420024280 |
| 307 | 8/25/2003 | Email from C. Cannuscio to A. Schecter et al re: NEJM reviewer comments on Solomon paper.doc | MRK-AAC0129304 - MRK-AAC0129306 |
| 308 | 9/9/2003 | Fax from FDA to MRL re: Minutes of February 4, 2003 CV OutcomesTeleconference | MRK-AAF0014791-MRK-AAF0014795 |
| 309 | 9/23/2003 | Letter from MRL to P. Seligman | MRK-S0420030917 - MRK-S0420032315 |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 310 | 10/1/2003 | Fax from D. Solomon to C. Cannuscio | MRK-ADC0003251-MRK-ADC0003257 |
| 311 | 11/11/2003 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Amendment to Request for Meeting/Teleconference (Rofecoxib Protocol 203 VIOXX CV Outcomes Study) | MRK-I8940078826 - MRK-I8940078829 |
| 312 | 12/3/2003 | Letter from Jimmy Carter to Ray Gilmartin requesting a contribution to The Carter Center's Onchocerciasis Elimination Program | MRK-AHW0000002 |
| 313 | 12/5/2003 | Merck Sumits sNDA for JRA | MRK-AAF0015091 - MRK-AAF0015096 |
| 314 | 12/17/2003 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | MRK-I2690007514-MRK-I2690008935 |
| 315 | | Unused Exhibit Number | |
| 316 | 2/1/2004 | PI 9556414 | MRK-LBL0000244-MRK-LBL0000247 |
| 317 | 3/1/2004 | PI 9556415 | MRK-LBL0000248 - MRK-LBL0000251 |
| 318 | 3/1/2004 | PI 9556416 | MRK-LBL0000252 - MRK-LBL0000255 |
| 319 | 3/22/2004 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | MRK-I8940080062 - MRK-I8940080133 |
| 320 | 3/25/2004 | Letter from MRL to P. Seligman | MRK-S0420042249 -MRK-S0420043175 |
| 321 | 3/26/2004 | Letter from FDA to Merck | MRK-AAF0015434 |
| 322 | 3/30/2004 | Merck submits sNDA to support VIOXX label with final CV safety data from Alzheimer's studies. | MRK-N052018572 - 621 |
| 323 | 8/13/2004 | MRL Memo | MRK-AFN0060593 - 600 |
| 324 | 8/19/2004 | Letter from FDA to MRL re: NDA 21-042 | MRK-AAF0017139 -MRK-AAF0017168 |
| 325 | 9/1/2004 | Quan Safety Update for APPROVe | MRK-AGO0007435 - MRK-AGO0007535 |
| 326 | 9/30/2004 | VIOXX Timeline – Key Dates for VIGOR and Long-Term, Placebo-controlled Studies Implemented to Provide Cardiovascular Safety Data | MRK-AFF0000212 - MRK-AFF0000215 |
| 327 | 9/30/2004 | FDA Press Release | MRK-AFF0000202 - MRK-AFF0000202 |
| 328 | 9/30/2004 | Letter from K. Roberts (OML) to M. Moncavage (DDMAC) | MRK-AAF0014759 - MRK-AAF0014785 |
| 329 | 9/30/2004 | Dear Healthcare Provider Letter re: Merck Announce Voluntary Worldwide Withdrawal of VIOXX | MRK-AFF0000053 - MRK-AFF0000055 |

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 330 | 10/4/2004 | Letter from MRL to P. Seligman | MRK-S0420049485 - MRK-S0420050344 |
| 331 | 10/12/2004 | Letter from Diane Louie, MD to Brian Harvey, MD re: IND 46,894 | MRK-AAF0017698-MRK-AAF0017699 |
| 332 | 10/18/2004 | Slides: Preliminary Cardiovascular Safety Data from the APPROVe Study | MRK-AFF0000179 - MRK-AFF0000201 |
| 333 | 1/1/2005 | Braunstein's "Cox-2 FDA Advisory Committee Meeting 2005 | MRK-ABY0185401 |
| 334 | 1/24/2005 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Advisory Committee Background Package (Revised) | MRK-S0420050740 - MRK-S0420050920 |
| 335 | 2/3/2005 | Letter from MRL to FDA re: IND 46,894 VIOXX: General Correspondence | MRK-I8940081443 - MRK-I8940095877 |
| 336 | 3/1/2005 | U.S. Department of Health and Human Services: Guidance for Industry: Premarketing Assessment | |
| 337 | 3/15/2005 | APPROVe Trial Cardiovasular Safety Report | MRK-SO420051232-MRK-SO420051330 |
| 338 | 4/6/2005 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 re. Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk | Public http://www.fda.gov/cder/drug/infopage/COX2/NSAIDdecisionMemo.pdf |
| 339 | | Unused Exhibit Numbr | |
| 340 | 4/7/2005 | Bextra Public Advisory | Publichttp://www.fda.gov/cder/drug/advisory/COX2.htm |
| 341 | 6/15/2005 | Letter from the FDA to sponsors of all non-steroidal anti-inflammatory drugs (NSAID) attaching the over-the-counter non-selective NSAIDs labeling template | http://www.fda.gov/cder/drug/infopage/cox2/default.htm |
| 342 | 6/15/2005 | Letter from the FDA to sponsors of all non-steroidal anti-inflammatory drugs (NSAID) attaching the prescription non-selective NSAIDs labeling template | http://www.fda.gov/cder/drug/infopage/cox2/default.htm<br>Then click on:<br>Prescription NSAID Products (6/15/2005)<br>Supplemental Request Letter<br>Labeling Template<br>Medication Guide [PDF] [HTML]<br>Public |
| 343 | 7/28/2005 | Merck, Cardiac Event Documentation Inventory, Allocation No. 10385 | MRK-AFH0092246-MRK-AFH0092321 |

Merck's Exhibit List

| Exhibit No. | Date | Description | Bates Range |
| --- | --- | --- | --- |
| 344 | 8/22/2005 | Merck, Letter from P. Huang to B. Rappaport re Information Amendment – Clinical, and attachment | MRK-I8940096388-MRK-I8940096445 |
| 345 | 9/7/2005 | Clinical Study Report (CSR) Protocol 201 | MRK-I8940096446-MRK-I8940100730 |
| 346 | | "Theory of Cox-2 Inhibitors" 1 page Slide | MRK-ABCT0000316 Nies Ex. 1001 |
| 347 | | Certificate of Appreciation from UNICEF to Merck | MRK-AHW0000004 |
| 348 | | Appendix to SOP | MRK-GAR001724 - MRK-GAR0001743 (1/25/05 Shapiro deposition, Ex. 10) |
| 349 | | Report of the Expert Advisory Panel on the Safety of Cox-2 Selective Non-steroidal Anti-Inflammatory Drugs (NSAIDS) | |
| 350 | 2/25/1997 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | MRK-NJ0315838, MRK-NJ0315784-MRK-NJ0315837 |