Merck's Exhibit List

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 501 | 1983 | Jouven, X, et al., "Predicting sudden death in the population: the Paris Prospective Study I," Circulation. 99:1978-1983. | Public |
| 502 | 1984 | Warnes, C. A., et al., "Sudden Coronary Death: comparison of Patients With to Those Without Coronary Thrombus at Necropsy," Am J Cardiol, 1984; 54:1206-1211. | Public |
| 503 | 1985 | Goldstein, S., et al., "Predictive survival models for resuscitated victims of out-of-hospital cardiac arrest with coronary heart disease," Circulation, 71, No. 5, 873-880, 1985. | Public |
| 504 | 1988 | Hackett, D., et al., "Pre-existing coronary stenoses in patients with first myocardial infarction are not necessarily severe," European Heart Journal, 1988 9:1317-1323. | public |
| 505 | 1989 | Davies, M. J., et al., "Factors influencing the presence or absence of acute coronary artery thrombi in sudden ischaemic death," European Heart Journal, (1989) 10, 203 208 | Public |
| 506 | 1990 | V. Drvota, et al. Effects of Non-Steroidal Anti-Inflammatory Drugs on the in vivo Synthesis of Thromboxane and Prostacyclin in Humans, Advances in Prostaglandin, Thromboxane, and Leukotriene Res, 1990, vol. 21:153-156 | Public MRK-AHO0056305-MRK-AHO0056308 |
| 507 | 1992 | Braunwald, E, Heart Disease. A Textbook of Cardiovascular Medicine (4th ed. 1992) | Public |
| 508 | 1995 | Farb, A., et al., "Sudden Coronary Death – Frequency of Active Coronary Lesions, Inactive Coronary Lesions and Myocardial Infarction," Circulation, 1995;92:1701-1709. | Public |
| 509 | 1996 | Gordis, L, Epidemiology. 1996. | Public |
| 510 | 1996 | Farb, A., et al., "Coronary Plaque Erosion Without Rupture Into a Lipid Core, A Frequent Cause of Coronary Thrombosis in Sudden Coronary Death," Circulation, 1996;93:1354-1363. | Public |
| 511 | 1996 | Mann, J. M., et al., "Vulnerable Plaque – Relation of Characteristics to Degree of Stenosis in Human Coronary Arteries," Circulation, 1996;94:928-931. | Public |
| 512 | 1998 | Singh and Ramey, NSAID-Induced Gastrointestinal Complications: the ARAMIS Perspective - 1997, The J. of Rheumatology, 1998, vol. 25, Suppl. 51:8-16 | Public MRK-ABS0145598-MRK-ABS0145606 |
| 513 | 1998 | de Vreede-Swagemakers, APM, et al., "Circumstances and causes of out-of-hospital cardiac arrest in sudden death survivors," Heart 1998: 79:356-361. | Public |
| 514 | 1999 | Lanza, F., et al., "Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage that either aspirin or ibuprofen", 1999 Blackwell Science Ltd, Aliment Pharmacol Ther 13, 761-767. | Public |
| 515 | 1999 | Knijff-Dutmer, EA, et al. "Effects of nabumetone compared with naproxen on platelet aggregation in patients with rheumatoid arthritis." Ann Rheum Dis. 1999 Apr; 58(4):257-59. | Public |
| 516 | 2000 | Brandt, Kenneth D. "Diagnosis and Nonsurgical Management of Osteoarthritis, Second Edition." Professional Publications. 2000. | Public |
| 517 | 2001 | Virmani, R, et al., "Sudden cardiac death," Cardiovascular Pathology, 10 (2001) 211-218. | Public |
| 518 | 2001 | Singh, G., et al. "SUCCESS Trial: Celecoxib vs Common NSAIDS." J. of Rheumatology Vol. 28(Suppl. 6.3), at 6 (2001). | Public |

Merck's Exhibit List

| Exhibit No. | Date | Title | | Bates Range |
|---|---|---|---|---|
| 519 | 2001 | Zhao, Sean Z., et al. "A Comparison of Renal-Related Adverse Drug Reactions Between Rofecoxib and Celecoxib, Based on the World Health Organization/ Uppsala Monitoring Centre Safety Database." Clinical Therapeutics Vol. 23, at 1478-91. | Public | |
| 520 | 2001 | Kelly's Textbook of Rheumatology, Sixth Edition. WB Saunders and Co., 2001. | Public | |
| 521 | 2001 | Primer on the Rheumatic Diseases, 12th Edition. Arthritis Foundation Publication. | Public | |
| 522 | 2002 | Stephen E. Kimmel, Jesse A. Berlin, Judith L. Kinman, Sean Hennessy, Harold Feldman, Jeffrey L. Carson and Brian L. Strom, Parenteral kerolac and risk of myocardial infarction, Pharmacoepidemiology and Drug Safety. 2002(11):113-119 | Public | |
| 523 | 2002 | Leese, P; Talwalker, S; Kent, J; Recker, D. Valdecoxib does not Impair Platelet Function. American Journal of Emergency Medicine. 2002; 20: 275-28 | Public | MRK-AHO0068601 - MRK-AHO0068607 |
| 524 | 2002 | De Sutter, J. et al., "Prevention of Sudden Death in Patients With Coronary Artery Disease: Do Lipid-Lowering Drugs Play a Role?" Prev Cardiol. 5(4):177-182, 2002. | Public | |
| 525 | 2002 | Esch, Tobias, and George B. Stefano, Gregory L. Fricchione, Herbert Benson. "Stress in cardiovascular diseases." Med Sci Monit, 2002; 8(5): RA93-101. | Public | |
| 526 | 2002 | Laine, L., et al. "Dyspepsia in NSAID Users." Seminars in Arthritis and Rheumatism Vol. 32(3 Suppl.), at 25-32 (2002). | Public | |
| 527 | 2003 | Bannwarth, B; Treves, R; Euller-Ziegler, L; Rolland, D; Ravaud, P; Dougados, M. Adverse Events Associated with Rofecoxib Therapy –Results of a Large Study in Community Derived Osteoarthritis Patients. Drug Safety. 2003;26:49-54. | Public | MRK-ADB0039011-MRK-ADB0039016 |
| 528 | 2003 | Silver, M., Gotlieb, A., Schoen, F., "Cardiovascular Pathology," 3rd Edition, Churchill Livingstone, 2003. | Public | |
| 529 | 2003 | Capone, Marta L., et al. "Relationship Between 80% ("Therapeutic") Inhibition of COX-2 and Inhibition of COX-1." Int'l J. of Immunopathology and Pharmacology, Vol. 16 (Suppl. 2), at 49-58. | Public | |
| 530 | 2003 | Estevez-Collantes, E., et al. "Improved Control of Osteoarthritis Pain and Self-Reported Health Status in Non-Responders to Celecoxib Switched to Rofecoxib: Results of PAVIA, an Open-Label Post-Marketing Survey in Spain." Current Medical Research and Opinion Vol. 19(5), at 402-10. | Public | |
| 531 | 2004 | Heckbert, S, et al., "Comparison of Self-Report, Hospital Discharge Codes, and Adjudication of Cardiovascular Events in the Women's Health Initiative," Am. J. of Epidemiology, 2004; 160:1152-1158. | public | |
| 532 | 2004 | Chan, F.K.L., et al. "Review Article: Prevention of Non-steroidal Anti-Inflammatory Drug Gastrointestinal Complications - Review and Recommendations Based on Risk Assessment," Aliment Pharmacol Ther 2004;19:1051-1061. | public | |
| 533 | 2004 | Schnitzer, T.J., et al. "TARGET Trial: Safety of Lumericoxib vs. Naproxen and Ibuprofen." Lancet Vol. 364, at 665-74. | Public | |

Merck's Exhibit List

| Exhibit No. | Date | Description | Bates Range |
|---|---|---|---|
| 534 | 2005 | Tikiz, Canan, Ufuk, Ozan, Bayturan, Ozur, Bayindir, Petek, Ekmekei, Cenk, Tikiz, Hakan, Selective COX-2 Inhibition with Different Doses of Rofecoxib Does Not Impair Endothelial Function in Patients with Coronary Artery Disease, Acta Medica Okayama, 2005, Vol. 59, No. 1, pp. 11-17 | Public MRK-AFV0395118-MRK-AFV0395124 |
| 535 | 2005 | Kelley's Textbook of Rheumatology. Edited by Harris, E., et al. 2005 (7th ed.). | Public |
| 536 | 2005 | Kelly's Textbook of Rheumatology, Seventh Edition. WB Saunders and Co., 2005. | Public |
| 537 | 9/10/1973 | Friedman, M., et al., "Instantaneous and Sudden Deaths – Clinical and Pathological Differentiation in Coronary Artery Disease," JAMA Sept. 10, 1973, Vol 225, No. 11. | Public |
| 538 | Dec-74 | Baum, R., et al., "Survival after Resuscitation from Out-of-Hospital Ventricular Fibrillation," Circulation, Volume 50, December 1974. | Public |
| 539 | 4/14/1975 | Ehrlich, George E. "Osteoarthritis Beginning with Inflammation." J. of the Am. Medical Assoc. ("JAMA") Vol. 232(2), at 157 (Apr. 14, 1975). | Public |
| 540 | Dec-75 | Lie, J.T., et al., "Pathology of the Myocardium and the Conduction System in Sudden Coronary Death," Circulation. Vols. 51 and 52, December 1975. | Public |
| 541 | Dec-75 | Cobb, L., et al., "Resuscitation From Out-of-Hospital Ventricular Fibrillation: 4 Years follow-up," Circulation, Vols. 51 and 52, December 1975. | Public |
| 542 | 4/1/1981 | Smith and Lefer Article: "Stabilization of cardiac lysomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion…" | Public |
| 543 | 5/3/1984 | Davies, M. J., et al., "Thrombosis and Acute Coronary-Artery Lesions in Sudden Cardiac Ischemic Death," N Engl J Med 1984: 310:1137-40. | Public |
| 544 | 1/30/1988 | Antiplatelet Trialists' Collaboration, "Secondary prevention of vascular disease by prolonged antiplatelet treatment" | MRK-ABK0441489-MRK-ABK0441500 Public |
| 545 | Nov-88 | Little, WC, et al., "Can Coronary Angiography Predict the Site of a Subsequent Myocardial Infarction in Patients with Mild-to-Moderate Coronary Artery Disease," Circulation. 1988 78(5):1157-1166. | public |
| 546 | Mar-89 | K. Green, et al., Pronounced Reduction of in vivo Prostacyclin Synthesis in Humans by Acetaminophen, Prostaglandins, Mar. 1989, vol. 37:311-315 | Public MRK-AAA0017201-MRK-AAA0017205 |
| 547 | 1/1/1992 | Wiseman, "Indobufen: A review of its Pharmacodynamic and Pharmacokinetic properties and therapeutic efficacy in Cerebral, Peripheral and Coronary Vascular Disease" | MRK-ABY0014115 - MRK-ABY0014134 |
| 548 | 1/1/1993 | Brochier "Evaluation of Flurbiprofen for Prevention of Reinfarction and Reocclusion after Successful Thrombolysis or Angioplasty in Acute Myocardial Infarction" | MRK-AGV0092146 -MRK-AGV0092152 |
| 549 | 1/1/1993 | G. Fornaro, "Indobufen in the Prevention of Thromboembolic Complications in patients with Heart Disease" | MRK-AGV0007923 - MRK-AGV0007925 |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 550 | Sep-93 | Fornes, P., et al., "Sudden Out-of-Hospital Coronary Death in Patients With No Previous Cardiac History. An Analysis of 221 Patients Studied at Autopsy," Journal of Forensic Sciences, Vol. 38, No. 5, Sept. 1993, pp. 1084-1091. | Public |
| 551 | 1/8/1994 | Antiplatelet Trialists' Collaboration, "Collaborative overview of randomised trials of antiplatelet therapy - prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients" | MRK-AFK0176603 - MRK-AFK0176686 Public |
| 552 | Mar-94 | Guccione, A.A., et al. "The Effects of Specific Medical Conditions on the Functional Limitations of Elders in the Framingham Study." Am. J. Public Health Vol. 84(3), at 351-8. | Public |
| 553 | 4/1/1994 | Rajah et al., "Effects of anti platelet therapy with indobufen or aspirin-dipyridamole on graft patency one year after coronary artery bypass grafting" | Public |
| 554 | Feb-95 | Corrao, S., et al. "Cardiac Involvement in Rheumatoid Arthritis: Evidence of Silent Heart Disease." European Heart Journal, Vol. 16(2), at 253-56 (Feb. 1995). | Public |
| 555 | Feb-95 | Hochberg, M.C., et al. "The Contribution of Osteoarthritis to Disability: Preliminary Data from the Women's Health and Aging Study." J. of Rheumatology, Supp. Vol. 43, at 16-18. | Public |
| 556 | Jun-95 | Philbin, E.F., et al. "Cardiovascular Fitness and Health in Patients with end-Stage Osteoarthritis." Arthritis & Rheumatism Vol. 38(6), at 799-805. | Public |
| 557 | Jun-96 | Philbin, E.F., et al. "Osteoarthritis as a Determinant of an Adverse Coronary Heart Disease Risk Profile." J. of Cardiovascular Risk Vol. 3(6), at 529-33 (Dec. 1996). | Public |
| 558 | 4/3/1997 | Ridker PM et al., "Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men" | Public |
| 559 | Aug-97 | Wolfe, F., et al. "The C-Reactive Protein But Not Erythrocyte Sedimentation Rate is Associated with Clinical Severity in Patients with Osteoarthritis of the Knee or Hip." J. of Rheumatology Vol. 24)8), at 1486-8. | Public |
| 560 | 1/1/1998 | Cataldo et. al., "Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis" | MRK-ABY0017695-MRK-ABY0017700 |
| 561 | 1/20/1998 | Carney, Robert. "Psychological Risk Factors for Cardiac Events: Could There Be Just One?" Circulation, Vol. 97(2), at 128,129. | Public |
| 562 | 7/27/1998 | Singh article, "Recent considerations in Nonsteroidal Anti-Inflammatory Drug Gastropathy" | MRK-ABY0004421 - MRK-ABY0004428 |
| 563 | 11/1/1998 | Lanza FL, "A guideline for the treatment and prevention of NSAID-induced ulcers" | MRK-AHN0019084-MRK-AHN0019093 |
| 564 | 1/1/1999 | Shah, A, et. al, The in vivo assessment of nimesulide cyclooxygenase-2 selectivity; Rheumatology 1999, 38 (suppl.1) 19-23 | Public |
| 565 | 1/1/1999 | Catella-Lawson, et al.: "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Blanace, Hemodynamics, and Vasoactive Eicosanoids" | MRK-00420019123 - MRK-00420019130 |

Merck's Exhibit List

| Exhibit No. | Date | | Bates |
|---|---|---|---|
| 566 | Feb-99 | Crofford, Leslie J. and Kenneth L. Casey. "Central Modulation of Pain Perception." Rheumatic Disease Clinics of North America Vol. 25(1), at 1 (Feb. 1999). | Public |
| 567 | Feb-99 | Huyser, Bruce A. and Jerry C. Parker. "Negative Affect and Pain in Arthritis." Rheumatic Disease Clinics of North America Vol. 25(1), at 105. | Public |
| 568 | Feb-99 | Keefe, Francis J. and Valerie Bonk. "Psychological Assessment of Pain in Patients Having Rheumatic Diseases." Rheumatic Disease Clinics of North America Vol. 25(1), at 81. | Public |
| 569 | Feb-99 | Moreland, Larry W., and E. William St. Clair. "The Use of Analgesics in the Management of Pain in Rheumatic Diseases." Rheumatic Disease Clinics of North America, Vol. 25(1), at 153. | Public |
| 570 | 4/7/1999 | Cobb, L., et al. "Influence of Cardiopulmonary Resuscitation Prior to Defibrillation in Patients With Out-of-Hospital Ventricular Fibrillation," JAMA 4/7/1999-Vol. 281, No. 13. | Public |
| 571 | 5/1/1999 | G. Fitzgerald, et al: "Effects of specific inhibition of cyclooxygenase on sodium balance, Hemodynamics, and Vasoactive Eicosanoids" | Journal of Pharmacology and Experimental Therapeutics Article - Nies Ex. 1002 |
| 572 | 6/17/1999 | Wolfe, M., et al., "Gastrointestinal Toxicity of Nonsteroidal Anti-Inflammatory Drugs," NEJM | MRK-ABT0013898 - MRK-ABT0013909 |
| 573 | Aug-99 | Hamerman, David, et al. "Emerging Evidence for Inflammation in Conditions Frequently Affecting Older Adults: Report of a Symposium." J. Am. Geriatrics Society Vol. 47(8), at 1016-1025. | Public |
| 574 | 10/1/1999 | L. Laine, et al: "A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2-Specific Inhibitor, With That of Ibuprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis." | |
| 575 | 11/23/1999 | Langman, M; Jensen, D; Watson, D; Harper, S; Zhao, P; Quan, H; Bolognese, J; Simon, T. "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared with NSAIDS." JAMA. 1999; 282: 1929-1933. | |
| 576 | 1/1/2000 | Hawkey, C; Laine, L; Simon, T; Beaulieu, A; Maldonado-Cocco, J; Acevedo, E; Shahane, A; Quan, H; Bolognese, J; Mortensen, E. "Comparison of the effect of rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis." Arthritis & Rheumatism. 2000; 43: 370-377. | |
| 577 | 1/1/2000 | Crofford L et al., "Basic Biology and Clinical Application of Specific Cyclooxygenase-2 Inhibitors" | Public |
| 578 | 2/2/2000 | Leese et al., "Effects of Celecoxib, a Novel Cyclooxygenase-2 Inhibitor, on Platelet Function in Healthy Adults" | MRK-ADB0005782 - MRK-ADB0005791 Public |
| 579 | 7/5/2000 | Saito T et al., "Inhibition of Cyclooxygenase-2 Improves Cardiac Function in Myocardial Infarction" | Public |

Merck's Exhibit List

| Exhibit | Date | Title | Bates list |
|---|---|---|---|
| 580 | Aug-00 | Loeser, Richard F. "Aging and the Etiopathogenesis and Treatment of Osteoarthritis." Rheumatic Disease Clinics of North America Vol. 26(3), at 547. | Public |
| 581 | Aug-00 | Percy, Lydia A. and Meika A. Fang. "Geropharmacology for the Rheumatologist." Rheumatic Disease Clinics of North America Vol. 26(3), at 433 (Aug. 2000). | Public |
| 582 | Aug-00 | Sharif, M., et al.: "Increased Serum C Reactive Protein May Reflect Events that Precede Radiographic Progression in Osteoarthritis of the Knee." Annals of the Rheumatic Diseases Vol. 59(1), at 71-4. | Public |
| 583 | 13-Sep-00 | Silverstein, F., et al., "Gastrointestinal Toxicity with Celecoxib vs. Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis," JAMA 2000 Sept. 13; 284(10):1247-1255. | public |
| 584 | Oct-00 | Conrozier, Thierry, et al. "Serum Levels of YKL-40 and C Reactive Protein in Patients With Hip Osteoarthritis and Healthy Subjects: A Cross Sectional Study." Annals of the Rheumatic Diseases Vol. 59, at 828-31. | Public |
| 585 | 10/01/2000 | Van Hecken et al. "Comparative inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 versus COX-1 in healthy volunteers | MRK-ABK0477641 - MRK-ABK0477652 Public |
| 586 | 11/23/2000 | Bombardier, Laine, Reicin, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" | MRK-ACD0086310 - MRK-ACD0086318 Public |
| 587 | 1/1/2001 | FitzGerald, G. "Prostaglandins and their Precursors". The Journal of Clinical Investigation. 2001 | Public |
| 588 | 1/1/2001 | FitzGerald, G; Cheng, Y; Austin, S. "Cox-2 inhibitors and the cardiovascular system." Clinical and Experimental Rheumatology. 2001; 19: S31-S36. | Public |
| 589 | 1/1/2001 | Garcia Rodriguez, L. "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data." Clinical and Experimental Rheumatology. 2001; 19 (6 Suppl 25): S41-4. | Public |
| 590 | 1/1/2001 | Bhana and McClennan, "Indobufen: An update review of its use in the management of Atherothrombosis" | MRK-ABY0005401 - MRK-ABY0005420 |
| 591 | Mar-01 | Penninx, Brenda, et al. "Depression and Cardiac Mortality: Results from a Community-Based Longitudinal Study." Archives of General Psychiatry Vol. 58(3), at 221-27 (March 2001). | Public |
| 592 | 13-Mar-01 | Pratico, et al., Acceleration of atherogenesis by Cox-1 dependent prostanoid formation in low density lipoprotein receptor knockout mice, PNAS, Mar. 13, 2001, vol. 98, no. 6:3358-3363 | Public MRK-AAC0025747-MRK-AAC0025752 |
| 593 | Apr-01 | Guedes, Claudie, et al. "Cardiac Manifestations of Rheumatoid Arthritis: A Case-Control Transesophageal Echocardiography Study in 30 Patients." Arthritis Care & Research Vol. 45(2), at 129-35 (April 2001). | Public |
| 594 | May-01 | Mikuls, Ted R., and Kenneth G. Saag. "Comorbidity in Rheumatoid Arthritis." Rheumatic Disease Clinics of North America Vol. 27(2), at 283. | Public |
| 595 | Jul-01 | Patrono, C. "Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs." J Clin Invest. 2001 Jul; 108(1):7-13. | Public |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates_Range |
|---|---|---|---|
| 596 | 8/1/2001 | Cipollone F et al., "Overexpression of Functionally Coupled Cyclooxygenase-2 and Prostaglandin E Synthase in Symptomatic Atherosclerotic Plaques as a Basis of Prostaglandin E(2)-Dependent Plaque Instability" | Public |
| 597 | 10/3/2001 | Konstam, Weir et al. "Cardiovascular thrombotic events in controlled, clinical Trials of Rofecoxib" | MRK-AAD0203761 - MRK-AAD0203769 Public |
| 598 | 11/1/2001 | Wong et al., "Effects of Cox-2 Inhibitors on Aortic Prostacyclin Production in Cholesterol-fed Rabbits" | MRK-AAC0000735 Public |
| 599 | 11/12/2001 | "Cardiovascular Safety of Cox-2 Inhibitors." The Medical Letter on Drugs and Therapeutics. 2001; 43: 99-100. | MRK-ABK0308747 - MRK-ABK0308750 Public |
| 600 | 11/30/2001 | C. Funk, "Prostaglandins and Leukotrienes: Advances in Eicosand Biology" | MRK-ABH0002262 |
| 601 | 12/1/2001 | Catella-Lawson F et al., "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin" | Public |
| 602 | Dec-01 | Abramson, S.B., et al. "The Role of Nitric Oxide in Tissue Destruction." Best Practice & Research in Clinical Rheumatology Vol. 15(5), at 831-45. | Public |
| 603 | 12/4/2001 | Ouellet, M; Riendeau, D; Percival, D. "A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin." Proceedings of the National Academy of Sciences of the United States of America. 2001; 98: 14583-14588. | Public |
| 604 | 11-Dec-01 | Verma, S; Raj, S; Shewchuk, L; Mather, K; Anderson, T. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation. 2001; 104: 2879-2882 | Public MRK-ABA0000545-MRK-ABA0000548 |
| 605 | 12/12/2001 | Burnakis et al., Responses to Mukherjee 2001 | MRK-ABK0322607-MRK-ABK0322613 |
| 606 | 12/20/2001 | Catella-Lawson, , F; Reilly, M; Kapoor, S; Cucchiara, A; DeMarco, S; Tournier, B; Vyas, S; FitzGerald, G. "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin". New England Journal of Medicine. 2001; 345: 1809-1817. | Public |
| 607 | 1/1/2002 | FitzGerald, G. "Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations." The American Journal of Cardiology. 2002; 89: 26D-32D. | Public |
| 608 | 1/1/2002 | Burleigh, M; Babaev, V; Oates, J; Harris, R; Gautam, S; Riendeau, D; Marnett, L; Morrow, J; Fazio, S; Linton, M. "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice." Circulation. 2002: 105(15): 1816-1823. | Public |
| 609 | 1/1/2002 | DeMaria, A. "Relative Risk of Cardiovascular Events in Patients with Rheumatoid Arthritis." American Journal of Cardiology. 2002; 89: 33D-38D. | Public |
| 610 | 1/1/2002 | Dalen, J. Selective COX-2 Inhibitors, NSAIDs, Aspirin, and Myocardial Infarction (editorial).Archives of Internal Medicine. 2002;162: 1091-92. | Public |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 611 | 1/1/2002 | Fendrick A, "Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy" | Public |
| 612 | 1/1/2002 | Hawkey CJ, "Cyclooxygenase Inhibition: Between the Devil and the Deep Blue Sea" | Public |
| 613 | 1/1/2002 | Wolfe F, et al., "Increase in Lifetime Adverse Drug Reactions, Service Utilization, and Disease Severity Among Patients Who Will Start COX-2 Specific Inhibitors…" | MRK-ADB0017179- MRK-ADB0017186 Public |
| 614 | Jan-02 | Ersoy, Y., et al. "Serum Nitrate and Nitrite Levels in Patients with Rheumatoid Arthritis, Ankylosing Spondylitis, and Osteoarthritis." Annals of the Rheumatic Diseases Vol. 61(1), at 76-8. | Public |
| 615 | | Unused Exhibit Number | |
| 616 | 15-Jan-02 | Reicin, et al, Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib versus Nonselective Nonsteroidal Anti-inflammatory Drugs Ibuprofen, Diclofenac and Nabumetone, The Am. J. of Cardiology, Jan. 15, 2002, vol. 80:204-209 | Public MRK-AAB0013563- MRK-AAB0013568 |
| 617 | Feb-02 | Mahaffey, K, et al., "Misreporting of myocardial infarction endpoints: Results of adjudication by a central clinical events committee in the PARAGON-B trial," Am. Heart. J. Feb. 2002;143(2):242-248 | public |
| 618 | 2/27/2002 | Geba, GP, and AL Weaver, A Polis, ME Dixon, TJ Schnitzer; Vioxx, Acetaminophen, Celecoxib Trial (VACT) Group. "Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial." JAMA. 2002 Feb 27; 287(8): 989. | Public |
| 619 | 3/1/2002 | Mukhopadhyay, "Thrombotic Cariovascular Safety Update for VIOXX Placebo-Controlled Data." | Public |
| 620 | Mar-02 | Kimmel, Stephen E., et al. "Parenteral Ketorolac and Risk of Myocardial Infarction." Pharmacoepidemiology & Drug Safety Vol. 11(2), at 113-9. | Public |
| 621 | 3/21/2002 | Garret FitzGerald, ed., "Nonsteroidal Anti-Inflammatory Drugs, Coxibs, and Cardio-Renal Physiology: A Mechanism-Based Approach" | MRK-ADC0000018 - MRK-ADC0000071 |
| 622 | 5/27/2002 | Watson,D; Rhodes,T; Cai, B; Guess, H. "Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis.Archives of Internal Medicine."2002;162:1105-1110. | MRK-ABT0079063 Public |
| 623 | 5/27/2002 | Solomon, et al., "Non-Steroidal Anti-Inflammatory Drug Use and Acute Myocardial Infarction" | MRK-ABA0041662 - MRK-ABA0041667 Public (Archives of Internal Medicine) |
| 624 | 5/27/2002 | Rahme, E., et al., "Association Between Naproxen Use and Protection Against Acute Myocardial Infarction," Archives of Internal Medicine | MRK-ABS0386560 Public |
| 625 | 7/24/2002 | Lamberg, Lynne. "Mind-Body Medicine Explored at APA Meeting." JAMA Vol. 288(4), at 435-39. | Public |
| 626 | 10/1/2002 | Linton M et al., "Cyclooxygenase-2 and atherosclerosis" | Public |
| 627 | 10/5/2002 | Ray W, et al., "COX-2 selective non-steroidal anti-inflammatory drugs and risks | Public |
| 628 | 5-Oct-02 | Ray, et al, Cox-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease, The Lancet, Oct. 5, 2002, vol. 360:1071-1073 | Public MRK-ABA0041612-MRK-ABA0041614 |

Merck's Exhibit List

| Exhibit No. | Date | Description | Bates Range |
|---|---|---|---|
| 629 | Nov-02 | Hochberg MC. "Treatment of Rheumatoid Arthritis and Osteoarthritis with COX-2-Selective Inhibitors: a Managed Care Perspective" Am J Manag Care. 2002; 8(17 Suppl): S502-S517. | Public MRK-ADY0007253-MRK-ADY0007268 |
| 630 | Dec-02 | Bacon, P.A., et al. "Accelerated Atherogenesis in Autoimmune Rheumatic Diseases." Autoimmunity Reviews Vol. 1(6), at 338-4. | Public |
| 631 | Dec-02 | Grippo, A.J. and A.K. Johnson. "Biological Mechanisms in the Relationship Between Depression and Heart Disease." Neuroscience & Biobehavorial Reviews, Vol. 26(8), at 941-62. | Public |
| 632 | 12/17/2002 | Hawkey, C; Laine, L; Simon, T; Quan, H; Shingo, S; Evans, J. "Incidence of Gastroduodenal Ulcers in Patients with Rheumatoid Arthritis after 12 weeks of Rofecoxib, Naproxen, or Placebo: A Multicentre, Randomised, Double-Blind Study." Gut. 2003; 52: 820-826. | Public |
| 633 | 1/1/2003 | Yuan Y et al., "Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003" | Public |
| 634 | 1/1/2003 | Baigent/Patrono, "Selective Cyclooxygenase-2 Inhibitors, Aspirin, and Cardiovascular Disease" | MRK-AAD0195772 -MRK-AAD0195780 |
| 635 | 01/01/2003 | Patrono C et al., "Platelet-Active Drugs: The Relationships Among Dose, Effectiveness, and Side Effects - The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy" | Public |
| 636 | Jan-03 | Baigent C, Patrono C, "Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal," Arthritis Rheum 2003 Jan;48(1):12-20. | public |
| 637 | Jan-03 | Wolfe, F., et al.,: "Increase in Cardiovascular and Cerebrovascular Disease Prevalence in Rheumatoid Arthritis." J. of Rheumatology Vol. 30(1), at 36-40. | Public |
| 638 | 1/28/2003 | Chenevard, E; Hurlimann, D; Bechir, M; Enseleit, F; Spieker, L; Hermann, M; Riesen, W; Gay, S; Gay, R; Neidhart M; Michel, B; Luscher, T; Noll, G; Ruschitzk, F. "Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease" | Public |
| 639 | 2/1/2003 | Laine, L; Connors, L; Reicin, A; Hawkey, C; Vargas, B; Schnitzer, T; Yu, Q; Bombardier, C. "Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use." Gastroenterology. 2003;124:288-292. | Public |
| 640 | 2/15/2003 | MacDonald, T; Wei, L. "Effect of ibuprofen on cardioprotective effect of aspirin". The Lancet. 2003;361:573-574. | Public |
| 641 | 2/15/2003 | Fitzgerald, "Parsing an enigma: the pharmacodynamics of aspiring resistance," The Lancet. | MRK-ABT0082313-MRK-ABT0082315 Public |
| 642 | 2/24/2003 | Mamdani M, et al., "Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly | MRK-ADM0114045-MRK-ADM0114050 Public |
| 643 | 24-Feb-03 | Mamdani, M; Rochon, P; Juurlink, D; Anderson, J; Kopp, K; Naglie, G; Austin, P; Laupacis, A. Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly. Archives of Internal Medicine. 2003;163:481-486. | Public MRK-ABT0081722-MRK-ABT0081727 |

| # | Date | Title | Bates Range |
|---|---|---|---|
| 644 | 3/25/2003 | Cox-1 is the Major Isoform of Cyclooxygenase Co-localized with Prostacyclin Synthase in Normal Dog Aortic Endothelium/slides | MRK-AAD03050055-78 |
| 645 | 3/25/2003 | COX-1 Is the Major Isoform of Cycooxygenase Co-Localizing with Prostacyclin Synthase in Normal Dog Aortic Endothelium | |
| 646 | 5/28/2003 | Singer et al. "COX-1 is the Major isoform of cyclooxygenase co-localizing with prostacyclin synthase in normal dog aortic endothelium." | MRK-AAA0087359 |
| 647 | 6/1/2003 | Tuleja, E; Mejza, F; Emiel, A; Szczeklik, A. E"ffects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men." Arteriosclerosis Thrombosis and Vascular Biology. 2003; 23: 1111-1115. | MRK-ADY0005464 - MRK-ADY0005468 |
| 648 | Jun-03 | Tuleja, Ewa, et al. "Effects of Cyclooxygenase -1 and -2 Inhibitors on the Balance of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men." Arteriosclerosis, Thrombosis, and Vascular Biology Vol. 23(6), at 1111-5. | Public |
| 649 | Jun-03 | Watson, D.J., et al. "All-Cause Mortality and Vascular Events Among Patients with Rheumatoid Arthritis, Osteoarthritis, or No Arthritis in the UK General Practice Research Database." J. of Rheumatology Vol. 30(6), at 1196-202. | Public |
| 650 | 6/20/2003 | Greenberg, H; Schwartz, J; Waldman, S; Veronese, L; Musser, B; Gertz, B. "Inhibition of Prostacyclin (PGI2) in Healthy Volunteers by Acetaminophen." (Abstract of Presentation). 1999; 0: 445. | Public |
| 651 | 6/27/2003 | Layton D, et al., "Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data" | Public |
| 652 | Jul-03 | Scherrer, J.F., et al. "A Twin Study of Depression Symptoms, Hypertension, and Heart Disease in Middle-Aged Men." Psychosomatic Med. Vol. 65(4), at 548-57. | Public |
| 653 | 8/1/2003 | Katon, W.J. "Clinical and Health Services Relationships Between Major Depression, Depressive Symptoms, and General Medical Illness." Biological Psychiatry Vol. 54(3), at 216-26. | Public |
| 654 | Sep-03 | Brooks, Peter. "Inflammation As an Important Feature of Osteoarthritis." Bulletin of the World Health Organization Vol. 81(9) Genebra. | Public |
| 655 | Sep-03 | Yuan, G., et al. "Expression of C5aR (CD88) of Synoviocytes Isolated from Patients with Rheumatoid Arthritis and Osteoarthritis." Chinese Medical Journal (English) Vol. 116(9), at 1408-12. | Public |
| 656 | 10/1/2003 | Weir et al., "Selective COX-2 Inhibition and CV effects: A Review of the rofecoxib development program" | MRK-ADY0006153 - MRK-ADY0006166 |
| 657 | 10/7/2003 | Lisse, J; Perlman, M; Johansson, G; Shoemaker, J; Schechtman, J; Skalky, C; Dixon, M; Polis, A; Mollen, A; Geba, G. "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis. Annals of Internal of Medicine." 2003; 139: 539-546. | Public |
| 658 | 11/5/2003 | Watson, D; Yu, Q; Bolognese, J; Reicin, A; Simon, T. "The Upper Gastrointestinal Safety of Rofecoxib vs. NSAIDs: An Updated Combined Analysis." | Public |

Case 2:05-md-01657-EEF-DEK   Document 1522-2   Filed 11/16/05   Page 10 of 15

Merck's Exhibit List

| Exhibit | Date | Title | | Bates |
|---|---|---|---|---|
| 659 | 11/12/2003 | Lin, E.H., et al. "Effect of Improving Depression Care on Pain and Functional Outcomes Among Older Adults with Arthritis: A Randomized Controlled Trial." JAMA Vol. 290(18), at 2428, 2429. | Public | |
| 660 | 11/19/2003 | Title L et al., "Effect of Cyclooxygenase-2 Inhibition with Rofecoxib on Endothelial Dysfunction and Inflammatory Markers in Patients with Coronary Artery Disease" | Public | |
| 661 | Dec-03 | So, A.K., et al. "Arthritis is Linked to Local and Systemic Activation of Coagulation and Fibrinolysis Pathways." J. of Thrombosis and Haemostasis Vol. 1(12), at 25010-15 (Dec. 2003). | Public | |
| 662 | 1/1/2004 | Monakier D et al., "Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes" | Public | |
| 663 | 1/1/2004 | Gross G et al., "Effect of COX-1/COX-2 Inhibition versus Selective COX-2 Inhibition on Coronary Vasodilator Responses to Arachidonic Acid and Acetylcholine. Pharmacology" | Public | |
| 664 | 1/1/2004 | Bogaty P et al., "Impact of Prolonged Cyclooxygenase-2 Inhibition on Inflammatory Markers and Endothelial Function in Patients with Ischemic Heart Disease and Raised C-Reactive Protein: A Randomized Placebo-Controlled Study" | Public | |
| 665 | 1/1/2004 | Kimmel, et al., "Risk of Myocardial Infarction By Type of Cyclooxygenase-2 Inhibitor" [Abstract] | MRK-ACD0112041 Public | |
| 666 | 1/1/2004 | Gimeno V et al., "Gastrointestinal and cardiovascular characterization of users of valdecoxib and other cox-2 specific inhibitors" [Abstract] | Public | |
| 667 | 1/13/2004 | Reines SA, et al., "Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" | Public | |
| 668 | Feb-04 | Stürmer, T., et al. "Severity and Extent of Osteoarthritis and Low Grade Systemic Inflammation As Assessed by High Sensitivity C Reactive Protein." Annals Rheumatic Diseases Vol. 63(6), at 200-05. | Public | |
| 669 | 24-Feb-04 | Cipollone F, et al., "Cyclooxygenase-2 expression and inhibition in atherothrombosis," Arterioscler Thromb Vasc Biol. 2004 Feb;24(2):246-55. | public | MRK-AHN0006779-MRK-AHN0006788 |
| 670 | 3/17/2004 | Kimmel SE, "The Effects of Nonselective Non-Aspirin Non-Steroidal Anti-Inflammatory Medications on the Risk of Nonfatal Myocardial Infarction and Their Interaction With Aspirin" | Public | |
| 671 | 3/30/2004 | Capone, M; Tacconelli, S; Sciulli, M; Grana, M; Ricciotti, E; Minuz, P; Di Gregorio, P; Merciaro, G; Patrono, C; Patrignani, P. "Clinical Pharmacology of Platelet, Monocyte and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy Subjects." Circulation. 2004; 109: 1468-1471. | | MRK-YNG0459428 - MRK-YNG0459431 |
| 672 | Apr-04 | Kadam, U.T., et al. "Clinical Comorbidity in Patients with Osteoarthritis: A Case-Control Study of General Practice Consulters in England and Wales." Annals of the Rheumatic Diseases, Vol. 63(4), at 408-14. | Public | |
| 673 | Jun-04 | Hrycaj, P.Z. "Systemic Inflammation in Osteoarthritis." Annals of the Rheumatic Diseases Vol. 63(6), at 750, 751. | Public | |

Merck's Exhibit List

| Exhibit No. | Date | Title | Range |
|---|---|---|---|
| 674 | 8/21/2004 | Farkouh M et al., "Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial" | Public |
| 675 | 09/01/2004 | Patrono/FitzGerald survey "Platelet Active Drugs: The Relationship Among Dose, Effectiveness & Side Effects," CHEST. | Public |
| 676 | Oct-04 | Chan, F.K., et al. "Celecoxib Versus Diclofenac Plus Omeprazole in High-Risk Arthritis Patients: Results of a Randomized Double-Blind Trial." Gastroenterology Vol. 124(4), at 1038-43. | Public |
| 677 | Nov-04 | Unützer, Jürgen, et al. "Pharmacotherapy of Pain in Depressed Older Adults." J. of Am. Geriatrics Society Vol. (52(11), at 1916-22. | Public |
| 678 | 1/1/2005 | Shaya F et al., "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects: An Observational Study of a Medicaid Population" | Public |
| 679 | 1/1/2005 | Harrison-Woolrych M et al., "Incidence of Thrombotic Cardiovascular Events in Patients Taking Celecoxib Compared with Those Taking Rofecoxib: Interim Results from the New Zealand Intensive Medicines Monitoring Programme" | Public |
| 680 | 1/1/2005 | Straube S et al, "Effect of Preoperative Cox-II-selective NSAIDs on Postoperative Outcomes: A systematic Review of Randomized Studies" | Public |
| 681 | 1/1/2005 | Capone ML et al., "Pharmacodynamic Interaction of Naproxen with Low-Dose Aspirin in Healthy Subjects" | Public |
| 682 | 1/1/2005 | Justice E et al., "Cardiovascular Risk And COX-2 Inhibition In Rheumatological Practice" | Public |
| 683 | Jan-05 | Bonnet, C.S., and D.A. Walsh. "Osteoarthritis, Angiogenesis and Inflammation." Rheumatology Vol. 44(1), at 7-16. | Public |
| 684 | 1/21/2005 | Merck & Co., Inc., "Rofecoxib: FDA Advisory Committee Background Information." dated Jan. 21, 2005. | Public |
| 685 | 1/24/2005 | Shaya, Fadia T., et al. "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects." Arch Int Med. Vol 165:181-5. | Public |
| 686 | 2/15/2005 | Bresalier, R; Sandler, R; Quan, H; Bolognese, J; Oxenius, B; Horgan, K; Lines, C; Riddell, R; Morton, D; Lanas, A; Konstam, M; Baron, J. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemopprevention Trial." The New England Journal of Medicine. 2005; 352: Breslier-1-11. | MRK-AFK0174550 - MRK-AFK0174560 |
| 687 | 2/17/2005 | Moride, Y., and T. Ducruet, JF Boivin, N. Moore, S. Perreault, S. Zhao. "Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study." Arthritis Res Ther. 2005; 7(2):R333-42. | Public |
| 688 | 3/2/2005 | Thal LJ et al., "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment" | Public |

Merck's Exhibit List

| Exhibit | Date | Title | Bates Range |
|---|---|---|---|
| 689 | 3/10/2005 | Solomon SD, et al., "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention" | MRK-AHC0002136-MRK-AHC0002145 Public |
| 690 | Apr-05 | Garnero, P., et al.: "Cross-Sectional Association of 10 Molecular Markers of Bone, Cartilage, and Synovium with Disease Activity and Radiological Joint Damage in Patients with Hip Osteoarthritis: the ECHODIAH Cohort," J. of Rheumatology Vol. 32(4), at 697-703. | Public |
| 691 | 4/6/2005 | Jenkins, John and Paul Seligman (FDA). "Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk." (memo dated April 6, 2005). | Public |
| 692 | 04/30/2005 | Emery P et al., Letter to the Editor of The Lancet | Public |
| 693 | Jun-05 | Punzi, L., et al. "Value of C reactive Protein in the Assessment of Erosive Osteoarthritis of the Hand." Annals of the Rheumatic Diseases Vol. 64(6), at 955-57. | Public |
| 694 | Jun-05 | Schnitzer, TJ, and AL Weaver, AB Polis, RA Petruschke, GP Geba; VACT-1 and VACT-2 (Protocols 106 and 150) Study Groups. "Efficacy of rofecoxib, celecoxib, and acetaminophen in patients with osteoarthritis of the knee. A combined analysis of the VACT studies." The Journal of Rheumatology. 2005 Jun; 32(6): 1093-105. | Public |
| 695 | Oct-05 | Chang, DJ, and SR Bird, NR Bohidar, T. King. "Analgesic efficacy of rofecoxib compared with codeine/acetaminophen using a model of acute dental pain." Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 2005 Oct; 100(4):e74-80 | Public |
| 696 | | Schwartz et al. "Inhibition of Platelet Aggregation by Naproxen, Rofecoxib, Diclofenac, Ibuprofen and Meloxicam" | Public |
| 697 | | Wong, E; Huang, J; Tagari, P; Riendeau, D. "Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits." Atherosclerosis. 2001; 157: 393-402. | public MRK-AAA0062488-MRK-AAA0062497 |
| 698 | | Friedlander, Y, et al., "Family History as a risk factor for primary cardiac arrest." Circulation. 97:155-160. | Public |
| 699 | | MacDonald, TM, and SV Morant, JL Goldstein, TA Burke, D Pettitt. "Channelling bias and the incidence of gastrointestinal haemorrahage in users of meloxicam, coxibs, and older, non-specific non-steroidal anti-inflammatory drugs." Gut. 2003; 52: 1265-1270. | Public |
| 700 | | Maradit-Kremers, H., et al. "Increased unrecognized coronary heart disease and sudden deaths in rheumatoid arthritis: a population-based cohort study." Arth Rheum Vol 52(2): 402-11. | Public |
| 701 | | del Rincon, I.D., et al. "High Incidence of Cardiovascular Events in a Rheumatoid Arthritis Cohort Not Explained by Traditional Cardiac Risk Factors." Arthritis and Rheumatism, 2001 Dec.; vol. 44(12):2737-45. | Public |
| 702 | | Solomon, Daniel H., et al. "Cardiovascular Morbidity and Mortality in Women Diagnosed with Rheumatoid Arthritis." Circulation. Vol. 107:1303. | Public |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 801 | 4/29/1997 | Affidavit for Arrest Warrant | 04109:153712:00001 - 00067 |
| 802 | 6/11/1998 | Flagler Hospital Visit Record (1998) | 04109:62062:00001 - 00028 |
| 803 | 11/24/1999 | Flagler Hospital Billing Records | 04109:140833:00001 - 00003 |
| 804 | 5/15/2001 | Flagler Hospital Emergency Room Records (2001) | 04109:145209:00001 - 00029 |
| 805 | 5/15/2001 | St. John's County Fire Rescue Department Records | 04109:103778:00001 - 00006 |
| 806 | 5/15/2001 | Care Report | 04109:140858:00001 - 00009 |
| 807 | 5/16/2001 | Craig Funeral Home & Crematory | 04109:143064:00001 - 00003 |
| 808 | 5/23/2001 | Workers Compensation File | 04109:146769:00001 - 00002 |
| 809 | 5/31/2001 | Autopsy Report | 04109:62078:00001 - 00013 |
| 810 | 6/12/2001 | Life Insurance Records | 04109:143067:00001 - 00012 |
| 811 | 8/8/2002 | Walgreen's Prescription Records | 04109:140978:00001 - 00002 |
| 812 | 1/14/2003 | Legal Retainer | 04109:149271:00001 - 00038 |
| 813 | 1/18/2003 | St. John's County Probate Court Papers for Irvin Estate. | 04109:143063:00001 - 00023 |
| 814 | 2/25/2003 | Letters of Administration | 04109:145240:00001 - 00002 |
| 815 | 9/8/2003 | First Group Sales/Administrators | 04109:156797:00001 - 00001 |
| 816 | 10/28/2003 | Seafood Shoppe Inc. | 04109:143066:00001 - 00019 |
| 817 | 5/18/2005 | Death Certificate | 04109:143061:00001 - 00003 |
| 818 | 7/11/2005 | St. Vincent's Hospital Billing Records | 04109:140961:00001 - 00003 |
| 819 | 9/28/2005 | Letter from Wheeler to Tomaselli | Wheeler Dep Ex.1 |
| 820 | | Blue Cross and Blue Shield | 04109:143068:00001 - 00004 |
| 821 | | Blue Cross and Blue Shield | 04109:153122:00001 - 00008 |
| 822 | | Medical records of Dr. John Crick | 04109:143069:00001 - 00002 |
| 823 | | Seafood Shoppe Payroll Records | 04109:140840:00001 - 00005 |
| 824 | | Social Security Administration Statement of Earnings | 04109:156795:00001 - 00003 |
| 825 | | PDR Label | |
| 826 | | PDR Label | |
| 827 | | Tax Records | |
| 828 | | Wheeler Curriculum Vitae | Wheeler Dep Ex.3 |
| 829 | | Lessons from Sudden Coronary Death -A Comprehensive Morphological Classification Scheme for Atherosclerotic Lesions, Virmani, R. et al., 2/14/2000, Atherioscler Thromb Vasc Biol. | Wheeler Dep Ex.8 |
| 830 | | Wheeler Slide | Wheeler Dep Ex.9 |
| 831 | | Wheeler Slide | Wheeler Dep Ex.10 |
| 832 | | Wheeler Slide | Wheeler Dep Ex.11 |
| 833 | | Wheeler Slide | Wheeler Dep Ex.12 |
| 834 | | Wheeler Slide | Wheeler Dep Ex.13 |
| 835 | | Wheeler Slide | Wheeler Dep Ex.14 |

Merck's Exhibit List

| Exhibit No. | Date | Title | Bates Range |
|---|---|---|---|
| 836 | | Wheeler Slide | Wheeler Dep Ex.15 |
| 837 | | Wheeler Slide | Wheeler Dep Ex.16 |
| 838 | | Wheeler Slide | Wheeler Dep Ex.17 |
| 839 | | Wheeler Slide | Wheeler Dep Ex.18 |
| 840 | | Wheeler Slide | Wheeler Dep Ex.19 |
| 841 | | Rofecoxib - FDA Advisory Committeee Background Information | Wheeler Dep Ex.23 |
| 842 | | Irvin Records | Wheeler Dep Ex.24 |
| 843 | | Nies Curriculum Vitae | MRK-AJE0035366-MRK-AJE0035398 |