

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | *  MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *  SECTION L |
| | *  JUDGE FALLON |
| This document relates to Case No. 05-4046* | |
| | *  MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANT'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO SUBSTITUTE CORRECTED EXHIBIT LIST

Considering the foregoing defendant's Motion and Incorporated Memorandum for Leave to Substitute Corrected Exhibit List,

IT IS HEREBY ORDERED that said Substitution be filed.



791171v.1


In New Orleans, Louisiana this \_\_18\_\_ day of \_\_Nov\_\_, 2005.

_____
UNITED STATES DISTRICT JUDGE

791171v.1