FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 21  AM 7: 34

LORETTA G. W[...]
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion, Memorandum, and Order for Expedited Consideration of Merck & Co., Inc.'s Motion for Clarification of the Court's Order Concerning Public Statements Prior to the Jury Verdict,  *See Minute Entry Dated 11/17/05*

IT IS HEREBY ORDERED that the Motion be scheduled for hearing on the ____ day of November, 2005, at _____ o'clock.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1

791302v.1

In New Orleans, Louisiana this 17th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

791302v.1