MINUTE ENTRY
FALLON, J.
NOVEMBER 17, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
| | * MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION L |
| This document relates to: | * |
| | * JUDGE FALLON |
| EVELYN IRVIN, | * |
| as Personal Representative of the | * MAGISTRATE JUDGE KNOWLES |
| Estate of | * |
| RICHARD IRVIN, JR, | * |
| Plaintiff, | * |
| vs. | * |
| MERCK & CO., INC., | * |
| Defendant. | * |

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Phil Wittmann and Phil Beck participated on behalf of the Defendant, and Andy Birchfield participated on behalf of the Plaintiff. The parties discussed the Defendant's Motion for Clarification of the Court's Order Concerning Public Statements Prior to the Jury Verdict. The parties reached an amicable resolution to this motion.

JS10(00:20)