UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co., Inc., | * | CASE NO. 2:05CV4046 |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S AMENDED EXHIBIT LIST

Plaintiff, EVELYN IRVIN PLUNKETT, as Personal Representative of the Estate of RICHARD IRVIN, JR., deceased, by and through her undersigned counsel, hereby identifies the following amended exhibits that she may use at the trial of this case, attached as Exhibit "A." Plaintiff reserves the right to supplement and/or amend this list and use at trial any exhibits: (i) found through additional and/or outstanding discovery; (ii) found through any discovery requested but not yet produced; (iii) listed by Defendant; (iv) necessary for cross-examination; and (iv) necessary for rebuttal.

Respectfully submitted,

By: /s/ Paul

**Andy D. Birchfield, Jr., Esquire**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISONCOUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 12 day of November, 2005.

_____

# Exhibit "A"

# Irvin v. Merck: Exhibit List

| exhibit_no | begin_bates | end_bates | doc_date | description |
|---|---|---|---|---|
| 1.0001 | MRK-ACT0018064 | MRK-ACT0018064 | 2/8/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting |
| 1.0002 | MRK-ABW0004799 | MRK-ABW0004799 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label |
| 1.0003 | MRK-ACR0014514 | MRK-ACR0014514 | 4/6/2001 | Email from Scolnick to Greene in re Approvable letter |
| 1.0004 | MRK-NJ0315892 | MRK-NJ0315894 | 2/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol |
| 1.0005 | MRK-ABX0016509 | MRK-ABX0016510 | 11/26/2001 | Email from D. Anstice FW: Three items |
| 1.0006 | MRK-ABA0003277 | MRK-ABA0003284 | 9/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin |
| 1.0007 | MRK-AAR0019773 | MRK-AAR0019786 | | Vioxx Dodgeball |
| 1.0008 | MRK-AAR0019055 | MRK-AAR0019060 | | CV Card |
| 1.0009 | MRK-AAO0000073 | MRK-AAO0000126 | 9/1/2000 | 2001 Profit Plan for Vioxx |
| 1.0010 | MRK-ABH0014114 | MRK-ABH0014118 | 6/1/1998 | Email from Edward Scolnick to Errol McKinney Re: Celebrax submission within 2 months - Schroders |
| 1.0011 | MRK-ABS0194661 | MRK-ABS0194664 | 10/20/1998 | Email from Scolnick: Message |
| 1.0012 | MRK-ABK0302077 | MRK-ABK0302077 | 4/3/2000 | Email from Patrono to Laurenzi--preliminary VIGOR data |
| 1.0013 | MRK-AFI0201416 | MRK-AFI0201442 | 7/23/1999 | List of physicians to neutralize |
| 1.0014 | MRK-AFK0190650 | MRK-AFK0190650 | 2/1/2005 | J. Ng email re: Preliminary VICTOR CV counts |
| 1.0015 | MRK-AFK0190651 | MRK-AFK0190651 | 2/1/2005 | VICTOR KM Plot--Confirmed Thrombotic CV events |
| 1.0016 | MRK-AFK0190652 | MRK-AFK0190652 | 2/1/2005 | VICTOR KM Plot--APTC events |
| 1.0017 | MRK-NJ0070364 | MRK-NJ0070397 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro |
| 1.0018 | MRK-ACM0000585 | MRK-ACM0000593 | | Labeling Scenario |
| 1.0019 | MRK-NJ0152620 | MRK-NJ0152623 | 10/27/1997 | Letter from John Oates to Alan Nies Re: Effect of Vioxx on Prostacyclin Biosynthesis |
| 1.0020 | MRK-NJ0000862 | MRK-NJ0000869 | 9/12/1996 | Memo from Terri Randall to Vioxx Project Team Members Re: Project team minutes of 9-4-96 |
| 1.0021 | MRK-0142009060 | MRK-0142009061 | 4/11/2001 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes |
| 1.0022 | MRK-0142010964 | MRK-0142010967 | 4/17/2001 | April 17, 2001 "approvable" letter from Jonca Bull of the FDA to R. Silverman |
| 1.0023 | MRK-0142014856 | MRK-0142014961 | 7/6/2001 | Safety Update Report for Vioxx |
| 1.0024 | MRK-0142016378 | MRK-0142016380 | 11/5/2001 | R. Silverman letter to J. Bull to the FDA re: NDA 21-042/S-007 Vioxx (Rofecoxib tablets) / response to FDA request for information |
| 1.0025 | MRK-0142016383 | MRK-0142016395 | 11/5/2001 | Listing of Deaths by Treatment Group-Protocol 078 |
| 1.0026 | MRK-0142016725 | MRK-0142016727 | 12/18/2001 | Letter from Robert Silverman to Jonca Bull Regarding Response to FDA Request for Information |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0027 | MRK-0242000398 | MRK-0242000403 | 3/19/2002 | Email from Ned Braunstein to Christa Defusco, subject FW: Stat Analysis |
| 1.0028 | MRK-99420021411 | MRK-99420021411 | | Letter from Robert J. DeLap to Robert E. Silverman Re: New Drug Application dated 11/13/98 |
| 1.0029 | MRK-AAB0108912 | MRK-AAB0108932 | 5/20/1999 | Analyses of Unadjudicated and Adjudicated Thromboembolic Adverse Experiences |
| 1.0030 | MRK-AAC0128698 | MRK-AAC0128699 | 8/7/2003 | Email from Thomas J. Simon to Barry Gertz RE: Memo re: changes to 136/184 Laine manuscript |
| 1.0031 | MRK-AAC0134897 | MRK-AAC0134897 | 10/1/2003 | C. Cannuscio email re: Solomon paper rejected by JAMA |
| 1.0032 | MRK-AAD0201096 | MRK-AAD0201151 | 10/17/2003 | Submission of Protocol 203 to FDA |
| 1.0033 | MRK-AAD0329040 | MRK-AAD0329043 | 7/31/2003 | Standby Statement: Trials Of Vioxx (rofecoxib) in Alzheimer's disease |
| 1.0034 | MRK-AAF0000412 | MRK-AAF0000416 | 5/22/1996 | Minutes-MK-0966 End-of-Phase II Conferences |
| 1.0035 | MRK-AAF0002165 | MRK-AAF0002168 | 6/22/1999 | Letter from Robert Silverman to Robert DeLap re: IND 46,894: VIOXX |
| 1.0036 | MRK-AAF0002275 | MRK-AAF0002276 | 8/24/1999 | Letter from Robert DeLap to Robert Silverman RE: IND 46,894, submission serial no. 497 |
| 1.0037 | MRK-AAF0002787 | MRK-AAF0002788 | 4/21/2000 | Fax from Sandra Cook to Eric Floyd Re: Protective Cardiovascular Benefit from Vioxx |
| 1.0038 | MRK-AAF0003088 | MRK-AAF0003089 | 10/25/2000 | Letter from Dennis Erb to Russell Katz regarding Clinical Statistical Data Analysis Plan Update for Protocol 091 |
| 1.0039 | MRK-AAF0004459 | MRK-AAF0004459 | 10/19/2001 | Fax from Barbara Gould to R. Silverman re: Clinical Information Request |
| 1.0040 | MRK-AAF0015190 | MRK-AAF0015192 | 1/23/2004 | D. Louie email to M. Griffis re: IND 55269 VIOXX AD SAS Datasets |
| 1.0041 | MRK-AAI0000001 | MRK-AAI0000060 | 12/31/1998 | Merck 1998 Annual Report |
| 1.0042 | MRK-AAI0000061 | MRK-AAI0000124 | 12/31/1999 | Merck 1999 Annual Report |
| 1.0043 | MRK-AAI0000125 | MRK-AAI0000178 | 12/31/2000 | Merck 2000 Annual Report |
| 1.0044 | MRK-AAI0000179 | MRK-AAI0000224 | 12/31/2001 | Merck 2001 Annual Report |
| 1.0045 | MRK-AAI0000225 | MRK-AAI0000284 | 12/31/2002 | Merck 2002 Annual Report |
| 1.0046 | MRK-AAI0000285 | MRKAAI0000344 | 12/31/1996 | Merck 1996 Annual Report |
| 1.0047 | MRK-AAI0000345 | MRK-AAI0000406 | 12/31/1997 | Merck 1997 Annual Report |
| 1.0048 | MRK-AAR0073235 | MRK-AAR0073235 | 3/23/2001 | VID Terms of Restriction: I'd love to use it but …. Segments 1&2, Version 3/23/01 |
| 1.0049 | MRK-AAR0073237 | MRK-AAR0073237 | | Selling with Reprints |
| 1.0050 | MRK-AAR0073238 | MRK-AAR0073238 | | "MerckSource: Just What the Doctor Ordered" |
| 1.0051 | MRK-AAR0073240 | MRK-AAR0073240 | | I've Got Something to Talk About: MerckMedicus" |
| 1.0052 | MRK-AAR0073242 | MRK-AAR0073242 | | Merck & Co., Inc. Nationwide Meeting – Tyrone Edwards |
| 1.0053 | MRK-AAR0073243 | MRK-AAR0073243 | | VIOXX 1S04 |
| 1.0054 | MRK-AAR0073244 | MRK-AAR0073244 | | VIOXX 2S04 |
| 1.0055 | MRK-AAR0073246 | MRK-AAR0073246 | | To Sell the Truth – Vioxx A&A Specialty CD Game |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0056 | MRK-AAR0073247 | MRK-AAR0073247 | | Everyday Victories 1T2000 |
| 1.0057 | MRK-AAR0073249 | MRK-AAR0073249 | 6/26/1905 | Power Ahead 1S MID-CYCLE |
| 1.0058 | MRK-AAR0073252 | MRK-AAR0073252 | 6/25/1905 | Quality Customer Selling 2S |
| 1.0059 | MRK-AAR0073257 | MRK-AAR0073257 | | MVX PIR 1S Adverse |
| 1.0060 | MRK-AAR0073258 | MRK-AAR0073258 | | VID: Be the Power 2S01 |
| 1.0061 | MRK-AAR0007240 | MRK-AAR0007248 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article |
| 1.0062 | MRK-AAR0007383 | MRK-AAR0007384 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card |
| 1.0063 | MRK-AAR0007570 | MRK-AAR0007699 | 1/1/2000 | Memo from Market Integration Team for Vioxx Re: Top Ten Obstacle Handlers and Obstacle Response Guide Vioxx |
| 1.0064 | MRK-AAR0010111 | MRK-AAR0010126 | | Obstacle Jeopardy |
| 1.0065 | MRK-AAR0010130 | MRK-AAR0010149 | | Vioxx Representative Resource Guide |
| 1.0066 | MRK-AAR0012310 | MRK-AAR0012332 | | Merck's Basic Training Leader's Guide-Selling Clinics |
| 1.0067 | MRK-AAR0013154 | MRK-AAR0013177 | | Presentation Slides- Needs-Based Selling Model |
| 1.0068 | MRK-AAR0021103 | MRK-AAR0021108 | 8/21/2001 | Bulletin for Vioxx: Action Required: Response to JAMA, "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" |
| 1.0069 | MRK-AAR0021110 | MRK-AAR0021110 | 8/30/2001 | Letter from Lewis Sherwood to Healthcare Provider |
| 1.0070 | MRK-AAR0073254 | MRK-AAR0073254 | | Discussion of a GI Outcomes Trial with Dr. Loren Laine |
| 1.0071 | MRK-AAU0000029 | MRK-AAU0000094 | 2/2/1999 | Procedure 13 of the Medical Affairs Procedures and Policies entitled, "Adverse Experience Reporting to Worldwide Product Safety & Epidemiology" |
| 1.0072 | MRK-AAU0000095 | MRK-AAU0000132 | 4/15/2002 | Merck Medical Affairs Procedures and Policies: Procedure 13 Addendum, "Clarification of Adverse Experience Reporting For Clinical Studies and Marketing Programs," Worldwide Product Safety & Epidemiology Standard Operating Procedure SOP Number 1 |
| 1.0073 | MRK-AAU0000133 | MRK-AAU0000172 | 4/1/1998 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| 1.0074 | MRK-AAX0000597 | MRK-AAX0000600 | 8/21/2001 | Email from Alise Reicin to Edward Scolnick, et al. Regarding Analyses from AD protocols 091, 078, and 126 |
| 1.0075 | MRK-AAX0000641 | MRK-AAX0000642 | 4/16/2001 | Deaths in MK-0966 Studies 078, 091, 126 |
| 1.0076 | MRK-AAX0000696 | MRK-AAX0000705 | 4/8/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 078 prevention trial / summary of the interim mortality analyses |
| 1.0077 | MRK-AAX0000710 | MRK-AAX0000724 | 4/8/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 091 first AD treatment trial / summary of the mortality analysis |
| 1.0078 | MRK-AAX0000725 | MRK-AAX0000751 | 4/4/2001 | Memo from G. Block and S. Reines to Edward Scolnick Re: MK-966 AD Progression Trials (Protocol 091) |
| 1.0079 | MRK-AAX0000752 | MRK-AAX0000776 | 4/8/2001 | Imbalance in the Number of Deaths |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0080 | MRK-AAX0000851 | MRK-AAX0000851 | 3/23/2001 | Email from Gilbert Block to Scott Reines, et al. |
| 1.0081 | MRK-AAX0000871 | MRK-AAX0000871 | 4/18/2001 | S. Eddowes email Re: URGENT Meeting request |
| 1.0082 | MRK-AAX0002413 | MRK-AAX0002420 | | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector; Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of excluding low-dose aspirin use in the Cox-2 GI Outcomes |
| 1.0083 | MRK-AAX0002736 | MRK-AAX0002758 | 11/21/1996 | Megatrial |
| 1.0084 | MRK-AAX0002759 | MRK-AAX0002759 | 2/17/2000 | Memo from Beth Seidenberg to Edward Scolnick Re: VIGOR Pre-Unblinding |
| 1.0085 | MRK-AAX0002760 | MRK-AAX0002760 | 12/20/1999 | Letters between Michael Weinblatt & Alise Reicin Re: VIGOR Trial |
| 1.0086 | MRK-AAX0002761 | MRK-AAX0002766 | 1/24/2000 | Letter to Alise Reicin from Michael Weinblatt Re: Merck Management's Position on Serious Thrombotic and Embolic Cardiovascular Adverse Events |
| 1.0087 | MRK-AAX0002768 | MRK-AAX0002850 | 2/7/2000 | Letter from Alise Reicin to Michael Weinblatt, MD re: Merck's for analyzing Adverse experiences in VIGOR Statistical Data Analysis Plan Amendment No. 1 for |
| 1.0088 | MRK-AAX0002894 | MRK-AAX0002895 | 3/2/2000 | VIGOR by Deborah Shapiro, et al. |
| 1.0089 | MRK-AAX0002908 | MRK-AAX0002911 | 1/17/2000 | VIGOR CV Events Analysis |
| 1.0090 | MRK-AAX0003153 | MRK-AAX0003227 | 1/24/2000 | Email from Thomas Capizzi to Alise Reicin, et al. Re: VIGOR CV Events Analysis |
| 1.0091 | MRK-AAX0008561 | MRK-AAX0008581 | 12/5/2001 | Email from Thomas Capizzi to Alise Reicin, et al. Re: Memo Attaching Background Material of HHPAC 12-6-01 Meeting |
| 1.0092 | MRK-AAZ0001608 | MRK-AAZ0001609 | 10/15/2001 | Draft VIOXX Label |
| 1.0093 | MRK-AAZ0002085 | MRK-AAZ0002086 | 5/6/2001 | Topol Idea |
| 1.0094 | MRK-ABA 0019599 | MRK-ABA 0019655 | 8/20/2001 | Email from Edward Scolnick to Laura Demopoulos Re: E. Scolnick email RE: Canine thrombosis paper Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors |
| 1.0095 | MRK-ABA0003490 | MRK-ABA0003491 | 2/4/2002 | Letter from Carlos Patrono to Dr. Braunwald Re: VALOR-TIMI 30 protocol |
| 1.0096 | MRK-ABA0004287 | MRK-ABA0004288 | 11/1/2001 | Sherwood "Dear Doctor" Correction Letter |
| 1.0097 | MRK-ABA0009070 | MRK-ABA0009070 | 6/21/1905 | Brian Daniels and Beth Seidenberg Report |
| 1.0098 | MRK-ABA0009600 | MRK-ABA0009600 | 6/12/2001 | Email from L. Demopoulos to Douglas Greene, et al. Re: Topol Manuscript |
| 1.0099 | MRK-ABA0009601 | MRK-ABA0009632 | 6/12/2001 | Original Topol manuscript |
| 1.0100 | MRK-ABA0009633 | MRK-ABA0009660 | 6/12/2001 | Merck Revised Topol manuscript |
| 1.0101 | MRK-ABA0044804 | MRK-ABA0044967 | 5/8/2002 | Final Advantage Clinical Study Report |
| 1.0102 | MRK-ABC0050063 | MRK-ABC 0050063 | 1/3/2002 | Email from Edward Scolnick to Douglas Greene, et al. Re: CV Outcomes Studies with Vioxx |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0103 | MRK-ABC0000027 | MRK-ABC0000027 | 1/4/2000 | Watson/Nelsen Memo re: Revised version of the standard operating procedures for the / surveillance monitoring and adjudication of thrombotic / embolic vascular events in clinical trials of COX-2 specific / inhibitors |
| 1.0104 | MRK-ABC0000552 | MRK-ABC0000552 | 3/22/1996 | Memorandum from William Grossman to Alan Nies; Subject Vasoconstrictor effects of Cyclooxygenase Inhibition |
| 1.0105 | MRK-ABC0001578 | MRK-ABC0001599 | 7/2/1996 | Updated MK-966 - Phase III Osteoarthritis Clinical Development Strategy |
| 1.0106 | MRK-ABC0002150 | MRK-ABC0002150 | 11/17/1997 | Letter from John Oates to Barry Gertz re: origin of beta-oxidation metabolite of prostacyclin |
| 1.0107 | MRK-ABC0002198 | MRK-ABC0002198 | 9/28/1998 | Memo from Martino Laurenzi to Alan Nies Re: Proposal of Prof. Patrono in the fields of CV and Renal Physiopathology |
| 1.0108 | MRK-ABC0002199 | MRK-ABC0002200 | 9/9/1998 | Letter from Carlos Patrono to Martino Laurenzi Re: Vivo Prostacyclin Biosynthesis |
| 1.0109 | MRK-ABC0003401 | MRK-ABC0003401 | 2/8/1996 | Scolnick memo: beating Searle to market |
| 1.0110 | MRK-ABC0008791 | MRK-ABC0008880 | 10/7/1996 | Preliminary report on rheumatoid arthritis (RA) / protocol 017 of MK-0966 |
| 1.0111 | MRK-ABC0009243 | MRK-ABC0009243 | 2/17/1998 | Email from Alan Nies to Robert Silverman Re: COX2Vioxx Meeting with Scolnick |
| 1.0112 | MRK-ABC0012581 | MRK-ABC0012583 | 10/16/1996 | Memorandum from Watson et al re: Executive Summary of MK-0966 Consultants Meeting |
| 1.0113 | MRK-ABC0014423 | MRK-ABC0014437 | 1/16/1997 | Letter from Robert E. Silverman to Dr. Chambers Re: IND 46,894 and End-of-Phase II Conferences |
| 1.0114 | MRK-ABC0016453 | MRK-ABC0016456 | 5/18/2000 | Letter from Dennis Erb to Karen Midthun of the Fda re: Response to FDA Request for information |
| 1.0115 | MRK-ABC0017484 | MRK-ABC0017484 | 8/13/1997 | Memo from Alan Nies and Alise Reicin to Jim Bolognese, et al. MK-0966 GI Outcomes Study |
| 1.0116 | MRK-ABC0022825 | MRK-ABC0022878 | 4/27/2000 | Alan Nies' Presentation to the Board of Advisors Re: VIGOR Preliminary Result |
| 1.0117 | MRK-ABC0031705 | MRK-ABC0031717 | 11/4/1996 | Memo from Tom Musliner to James Bolognese, et al. Re: Minutes for the MK-0966 Consultants' Meeting to Discuss the Design of the GI Clinical Outcomes Megatrial |
| 1.0118 | MRK-ABC0033809 | MRK-ABC0033809 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality |
| 1.0119 | MRK-ABC0034124 | MRK-ABC0034124 | 12/3/2001 | Email from Douglas Greene to Alan Nies Re: Bioterrorism |
| 1.0120 | MRK-ABC0035654 | MRK-ABC0035657 | 11/20/2001 | Memo on protocol 136 results |
| 1.0121 | MRK-ABC0035680 | MRK-ABC0035680 | 11/20/2001 | VIOXX protocol 136 |
| 1.0122 | MRK-ABC0048699 | MRK-ABC0048706 | 10/10/1996 | Research Management Committee No. 96-10 -- Blue Bell A. Nies email to Stoner RE: preliminary assessment of |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0123 | MRK-ABD0001986 | MRK-ABD0001987 | 3/26/2000 | Email from Alise Reicin to Linda Distlerath, eth al; Re: VIGOR Materials and the Increase of Thrombotic Events |
| 1.0124 | MRK-ABD0002346 | MRK-ABD0002347 | 1/28/2001 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI |
| 1.0125 | MRK-ABG 0001226 | MRK-ABG 0001243 | 4/11/2002 | VIOXX Label Change Questions and Answers |
| 1.0126 | MRK-ABH0001398 | MRK-ABH0001398 | 11/29/2000 | E. Scolnick email to R. Gould re: Vioxx and African green monkey study |
| 1.0127 | MRK-ABH0002007 | MRK-ABH0002024 | 6/21/2001 | Presentation-Future Plans |
| 1.0128 | MRK-ABH0002230 | MRK-ABH0002231 | 11/28/2001 | PHA(MO), MRK(RL) COX-2 Conference Call Review - Goldman, Sachs Review |
| 1.0129 | MRK-ABH0005514 | MRK-ABH0005535 | 11/19/2001 | Email from Hui Quan to Thomas Simon, et al. Re: Preliminary Interim Results for the Vioxx Low-Dose Aspirin Endoscopy Study (Protocol 136) |
| 1.0130 | MRK-ABH0014002 | MRK-ABH0014002 | 1/13/1998 | Email from A. Ford-Hutchinson to E. Scolnick RE: Tylenol and cox 2 |
| 1.0131 | MRK-ABH0015578 | MRK-ABH0015578 | 5/14/1999 | Email from Edward Scolnick to David W. Blois, et al. Re: VIOXX US Circular |
| 1.0132 | MRK-ABH0016219 | MRK-ABH0016219 | 3/9/2000 | Email from Edward Scolnick to Deborah Shapiro et al; Subject: vigor |
| 1.0133 | MRK-ABH0017386 | MRK-ABH0017386 | 3/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID |
| 1.0134 | MRK-ABH0017407 | MRK-ABH0017409 | 3/14/2000 | Memo from Patrick Lawson to Barry Gertz; Subject: PGI-M Dose Response for MK-0966 Relative to Placebo |
| 1.0135 | MRK-ABH0017838 | MRK-ABH0017838 | 3/30/2000 | Email from Alan S. Nies to Barry K. Gertz, et al. Re: Low Dose ASA |
| 1.0136 | MRK-ABH0017846 | MRK-ABH0017847 | 4/3/2000 | Email from Alise Reicin to Deborah Shapiro, et al. Re: Update to thromboembolic CVD cases VIGOR |
| 1.0137 | MRK-ABH0018405 | MRK-ABH0018407 | 8/31/2000 | Email from William Ju to Edward Scolnick re: F/U on Cardiovascular Events in Vioxx Low Back Pain Study 121 |
| 1.0138 | MRK-ABI0000515 | MRK-ABI0000515 | 4/16/1999 | Email from Jan Nissen to Marty Carroll Re: VIOXX Launch Meeting Theme Party |
| 1.0139 | MRK-ABI0001204 | MRK-ABC0002149 | 6/29/1998 | Email from Edward Scolnick to David W. Anstice Re: VIOXX Marketing Strategy |
| 1.0140 | MRK-ABI0001556 | MRK-ABI0001556 | 2/23/1998 | Memo from David Anstice to J. Carroll, et al. Re: Pfizer and the promotion of Celebrex |
| 1.0141 | MRK-ABI0001586 | MRK-ABI0001586 | 11/18/1998 | Email from Edward Scolnick Bonnie Goldman, et al. Re: COX2 and Kidney |
| 1.0142 | MRK-ABI0001857 | MRK-ABI0001898 | 5/17/2000 | Vioxx HHPAC 5-17-00 Interim Review |
| 1.0143 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | Key Marketing Messages HHPAC |
| 1.0144 | MRK-ABI0001934 | MRK-ABI0001934 | 3/27/2000 | Letter from Mark Greco Re: VIGOR Results |
| 1.0145 | MRK-ABI0002126 | MRK-ABI0002128 | 5/8/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV Issues for Vioxx |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0146 | MRK-ABI0002269 | MRK-ABI0002309 | 4/20/2000 | HHPAC Background Materials |
| 1.0147 | MRK-ABI0002269 | MRK-ABI0002309 | 4/20/2000 | Vioxx Interim Review for HHPAC |
| 1.0148 | | | | Memo from Dr. Grosser to HHPAC, et al. Re: Background material for HHPAC April 20, 2000 Vioxx and MK-0663 |
| 1.0149 | MRK-ABI0002269 | MRK-ABI0002309 | 4/14/2000 | interim review |
| 1.0150 | MRK-ABI0002784 | MRK-ABI0002784 | 10/19/2000 | Email from Leonard Tacconi to David Anstice, et al. Re: Vioxx DTC Campaign |
| 1.0151 | MRK-ABI0002787 | MRK-ABI0002787 | 10/18/2000 | Memo from K. Mullen to David Anstice Re: Vioxx 2001 profit plan |
| 1.0152 | MRK-ABI0003148 | MRK-ABI0003155 | 10/1/2001 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter |
| 1.0153 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx |
| 1.0154 | MRK-ABI0003283 | MRK-ABI0003284 | 12/12/2000 | Letter from Spencer Salis to Ellen Westrick re: Activities of Peter Holt |
| 1.0155 | MRK-ABI0003291 | MRK-ABI0003293 | 12/16/1999 | Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces |
| 1.0156 | MRK-ABI0004488 | MRK-ABI0004499 | 5/24/1999 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives |
| 1.0157 | MRK-ABI0005078 | MRK-ABI0005078 | 2/25/1999 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points |
| 1.0158 | MRK-ABI0005079 | MRK-ABI0005081 | 2/25/1999 | Gilmartin Dinner Speech Talking Points |
| 1.0159 | MRK-ABI0005912 | MRK-ABI0005915 | 12/6/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX |
| 1.0160 | MRK-ABI0006489 | MRK-ABI0006489 | 9/11/2001 | Email from D. Anstice to R. Gilmartin re: NO SUBJECT] The Coxib class |
| 1.0161 | MRK-ABI0007170 | MRKABI0007173 | 1/23/2001 | Memo from Sherwood to Anstice Re: Academic Interactions |
| 1.0162 | MRK-ABI0007187 | MRK-ABI0007187 | 3/22/2001 | Letter from Ramond V. Gilmartin to James F. Fries Re: Fries' Meeting with David Anstice and Douglas Greene |
| 1.0163 | MRK-ABI0007195 | MRK-ABI0007195 | 2/23/2001 | Letter from David W. Anstice to Raymond Gilmartin Re: Dr. Fries and Dr. Singh |
| 1.0164 | MRK-ABI0007201 | MRK-ABI0007202 | 1/23/2001 | Letter from Raymond V. Gilmartin to James F. Fries - In response to 1/9/01 DDMAC letter |
| 1.0165 | MRK-ABI0007205 | MRK-ABI0007211 | 2/9/2001 | Memo from Richard Parfrey to Susan Baumgartner Re: Competitive feedback for vioxx |
| 1.0166 | MRK-ABI0007291 | MRK-ABI0007292 | 2/2/2001 | Email from David W. Anstice to Marty Carroll Re: Dr. Singh |
| 1.0167 | MRK-ABK0311068 | MRK-ABK0311068 | 9/29/1998 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia |
| 1.0168 | MRK-ABI0011027 | MRK-ABI0011081 | 7/15/2002 | Nies Handwritten Memo Re: Carlo Patrono |
| 1.0168 | MRK-ABK0489433 | MRK-ABK0489434 | 4/3/2000 | Email from Carlo Patrono to Martino Laurenazi re: CV issue |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0169 | MRK-ABK0493949 | MRK-ABK0494027 | 2/22/2002 | Presentation "What is the mechanism of inhibition of urinary / PGI2 -M excretion in normal volunteers" |
| 1.0170 | MRK-ABL0001217 | MRK-ABL0001381 | 3/20/2001 | VIOXX-HHPAC Stage IV Review Meeting |
| 1.0171 | MRK-ABO0000001 | MRK-ABO0000002 | 10/22/2001 | Email from John Yates to Louis Sherwood Re: Negative Study Comparing Vioxx with Celebrex in Latin America |
| 1.0172 | MRK-ABO0000059 | MRK-ABO0000059 | 8/30/2001 | Email from John Yates to Jeffrey Melin, et al: Re: Rebuttal to the Mukherjee JAMA Article |
| 1.0173 | MRK-ABO0000070 | MRK-ABO0000071 | 6/23/1905 | Dear Dr. Schaeffer from Louis Sherwood |
| 1.0174 | MRK-ABO0000204 | MRK-ABO0000204 | 11/2/2002 | Ltr from Louis Sherwood to JAMA Editor Re: Response to Dr. Sperber |
| 1.0175 | MRK-ABO0000220 | MRK-ABO0000220 | 8/28/2001 | Letter from Kenneth Sperber to the JAMA Editor Re: Letter from Louis Sherwood |
| 1.0176 | MRK-ABO0000250 | MRK-ABO0000253 | 1/9/2001 | Letter from James Fries to Raymond Gilmartin Re: Dr. Sherwood's Complaints about Dr. Gurkipal Singh |
| 1.0177 | MRK-ABO0000257 | MRK-ABO0000263 | 3/27/2001 | Memo from Tracy Mills & Susan Baumgartner to Wendy Dixon, et al. Re: Scientific Communication Plan for VIOXX |
| 1.0178 | MRK-ABO0000378 | MRK-ABO0000378 | 7/20/2000 | Memo from Louis Sherwood to Barry Gertz Re: the Slides of Andrew Whelton on the Effects of COX2 Inhibitors on Edema and Hypertension |
| 1.0179 | MRK-ABO0000448 | MRK-ABO0000452 | 6/9/2000 | Letter from Thomas Stillman to Louis Sherwood Re: Sherwood's Presentation on Edema Rates of Celecoxib and Rofecoxib |
| 1.0180 | MRK-ABO0000453 | MRK-ABO0000453 | 6/1/2000 | Letter from Timothy Bauer to Lousi Sherwwod re: Presentation of Dr. Thomas Stillman |
| 1.0181 | MRK-ABO0000454 | MRK-ABO0000457 | 6/2/2000 | Memo from Louis Sherwood to G. Bell et al-Subject Thomas Stillman letter |
| 1.0182 | MRK-ABO0000458 | MRK-ABO0000460 | 6/2/2000 | Letter from Louis Sherwood to Thomas Stillman, re: Presentation |
| 1.0183 | MRK-ABO0000462 | MRK-ABO0000464 | 5/25/2000 | Email from Barbara Brooks to Kubo re: Subject: Follow-up with Dr. Stillman |
| 1.0184 | MRK-ABO0002864 | MRK-ABO0002865 | 11/8/2000 | Email from Marilyn Krahe to David Abrahamson, et al. Re: Meeting Dr. Gurkipan Singh |
| 1.0185 | MRK-ABO0003959 | MRK-ABO0003959 | | Baumgartner handwritten notes |
| 1.0186 | MRK-ABP0002675 | MRK-ABP0002693 | 1/7/1998 | Preliminary Results of an Analysis of the Incidence of Thrombotic CVD SAEs in COX-2 Trials by Douglad Watson |
| 1.0187 | MRK-ABP0005034 | MRK-ABP0005061 | 11/30/1998 | Attachment 8 COX-2 acute thrombotic / embolic / vascular events surveillance and / adjudication SOP |
| 1.0188 | MRK-ABP0005220 | MRK-ABP0005227 | 1/6/1999 | Presentation: Attachment 2 analysis strategy for the incidence of / serious thromboembolic events in the / COX-2 specific inhibitor program |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0189 | MRK-ABP0016126 | MRK-ABP0016194 | 2/21/2001 | Presentation. Attachment 5 Should all deaths occurring in / COX-2 trials covered by the CV / adjudication SOP be sent for / adjudication [Aortic disorder cardiac arrest ischemic stroke dyspnea cyanosis aortic aneurysm heart disease extracranial artery obst |
| 1.0190 | MRK-ABP0016639 | MRK-ABP0016639 | 3/24/2001 | Summary of the 3/21/01 CRRC Meeting |
| 1.0191 | MRK-ABP0016640 | MRK-ABP0016647 | 3/24/2001 | Email from Angela Howard regarding Summary Clinical and Regulatory Review Committee - 3/21/01 |
| 1.0192 | MRK-ABP0016650 | MRK-ABP0016677 | | Vioxx AD Program Slide Set |
| 1.0193 | MRK-ABS 0346030 | MRK-ABS0346033 | 1/24/2002 | Email from Scott Reines to Thomas Simon Re: Feedback from ESMB on Colon Polyp Study |
| 1.0194 | MRK-ABS 0372415 | MRK-ABS0372415 | 2/26/2002 | Email from Scott Reines to Thomas Simon Re: Unblinding data from Colon Polyp Study |
| 1.0195 | MRK-ABS 0442894 | MRK-ABS0442894 | 8/7/2002 | APPROVe ESMB Minutes |
| 1.0196 | MRK-ABS0029070 | MRK-ABS0029070 | 4/20/1999 | FDA Advisory Committee Background Package |
| 1.0197 | MRK-ABS0036438 | MRK-ABS0036457 | 6/9/1998 | Strategy for the surveillance / monitoring and adjudication of / acute thrombotic / embolic vascular / events in COX-2 trials |
| 1.0198 | MRK-ABS0037036 | MRK-ABS0037048 | 12/30/1997 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Clinical Trials |
| 1.0199 | MRK-ABS0046968 | MRK-ABS0046977 | 4/14/1996 | Memo from Ken Truitt to Alise Reicin; Subject Minutes from ARDG Meeting |
| 1.0200 | MRK-ABS0066396 | ABS0067019 | 10/26/1998 | E. Clinical Safety - MK-0966 Clinical Documentation |
| 1.0201 | MRK-ABS0200367 | MRK-ABS0200368 | 11/7/2001 | APPROVe ESMB Committee Meeting Agenda |
| 1.0202 | MRK-ABS0200376 | MRK-ABS0200388 | 11/7/2001 | APPROVe ESMB Meeting Slide |
| 1.0203 | MRK-ABS0200645 | MRK-ABS0200655 | 4/23/1998 | Memo from Dr. B. Daniels to James Bolognese, et al. Re: Phase II Data Results for Protocols 033 & 040 |
| 1.0204 | MRK-ABS0210824 | MRK-ABS0210826 | 11/21/1996 | Memo from Doug Watson to Tom Musliner, et al. Re: Estimates of Cardiovascular Disease Incidence for Planning GI Outcomes Mega-trial |
| 1.0205 | MRK-ABS0210827 | MRK-ABS0210843 | 11/21/1996 | Heart and Stroke Facts: '96 Stat Supp (attachment to Musliner memo) |
| 1.0206 | MRK-ABS0212130 | MRK-ABS0212132 | 9/15/1999 | Email from Eric Mortensen to Cynthia Arnold et al re: FW: John Baron's Feedback |
| 1.0207 | MRK-ABS0283827 | MRK-ABS0283831 | 11/6/1996 | Memo from Elliot Ehrich to Beth Seidenberg-Friedman, et al. Re: MK-966 Phase III Safety Monitoring |
| 1.0208 | MRK-ABS0295238 | MRK-ABS0295287 | 7/13/1998 | Standard operating procedure for the surveillance monitoring and / adjudication of acute thrombotic / embolic vascular events in clinical / trials of COX-2 specific inhibitors |
| 1.0209 | MRK-ABS0296247 | MRK-ABS0296247 | 4/9/2001 | Email removing Alzheimer's DSMB from CRRC Agenda |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0210 | MRK-ABS0296254 | MRK-ABS0296254 | 3/22/2001 | Email from Nancy Bielesch re: Important - emergency teleconference - 3/23/01 |
| 1.0211 | MRK-ABS0344100 | MRK-ABS0344100 | 3/1/2002 | Email from Lawson to Reines: in re NSAID plus aspirin |
| 1.0212 | MRK-ABS0373841 | MRK-ABS0373845 | 3/6/2002 | Memo from Thomas Simon to Scott Reines Re: Minutes of ESMB 3-6-02 Teleconference |
| 1.0213 | MRK-ABS0386009 | MRK-ABS0386010 | 3/20/2002 | FDA Telecon Minutes Re: Labeling Negotiations |
| 1.0214 | MRK-ABS0391914 | MRK-ABS0391919 | 5/29/2002 | APPROVe Administrative Committee Minutes |
| 1.0215 | MRK-ABS0399051 | MRK-ABS0399055 | 2/4/2003 | Telecon minutes Re: Guidance on IND 46,894 |
| 1.0216 | MRK-ABT0000856 | MRK-ABT0000856 | 3/22/2001-126 | Memo from Raymond Bain to Gil Block, et al. Regarding Unblinding of Mortality Events: MK-0966 Protocol -078 and |
| 1.0217 | MRK-ABTD004920 | MRK-ABTD004924 | 10/4/2001 | Memo from Joshua Chen to Raymond P Bain Re: MK-0966 Alzheimer's Disease Program Protocols 078 + 091 + 126 |
| 1.0218 | MRK-ABT0004935 | MRK-ABT0004928 | | Kaplan-Meier Survival Estimates-Cardiovascular Mortality |
| 1.0219 | MRK-ABT0012357 | MRK-ABT0012364 | 3/12/2000 | Email from Helen Hantoni Re: Brochner Article on Evaluation for Flurbiprofen for Prevention of Reinfarcation and Reocclusion After Sucessful Thrombolysis or Angioplasty in Acute Myocardial Infarction |
| 1.0220 | MRK-ABT0022637 | MRK-ABT0022638 | 1/13/2000 | Email from Nancy Santanello to Douglas Watson, et al. Re: Stroke Outcomes |
| 1.0221 | MRK-ABT0022650 | MRK-ABT0022657 | 1/18/2000 | N. Santanello email RE: Additional Analyses from Ingenix VIGOR CV Events Analysis |
| 1.0222 | MRK-ABT0092668 | MRK-ABT0092669 | 4/10/2003 | Email from Douglas Watson to Thomas Capizzi, et al. Re Study |
| 1.0223 | MRK-ABW0002541 | MRK-ABW0002543 | 7/10/2001 | Email from Alise Reicin to Robert Gould Re: African green monkey data in CV review article |
| 1.0224 | MRK-ABW0002951 | MRK-ABW0002953 | 12/26/2000 | Memo from Janet Rush to Wendy Dixon Re: Risk of hypertension |
| 1.0225 | MRK-ABW0003690 | MRK-ABW0003690 | 11/12/2001 | Email from Paul Fonteyene to Thomas Cannell RE Dorothy Hamill Quantitative Results |
| 1.0226 | MRK-ABW0005623 | MRK-ABW0005623 | 9/17/2001 | Email from Steven A. Nichtberger to Wendy L. Dixon Re: Conducting a CV Study |
| 1.0227 | MRK-ABW0010182 | MRK-ABW0010184 | 8/25/2001 | Email from Kenneth Sperling to Alan Nies, et al. Re: Decision on CV eta-analysis journal selection |
| 1.0228 | MRK-ABW0010397 | MRK-ABW0010397 | 9/4/2001 | Memo from B. McKeon to Wendy Dixon Re: Frequency of Usage Report for Standard Responses About Vioxx and JAMA article about cardiovascular adverse events |
| 1.0229 | MRK-ABW0011956 | MRK-ABW0011957 | 10/1/2001 | Email from Wendy Dixon to David Anstice Re: CV Outcomes Trial Press Release |
| 1.0230 | MRK-ABW0012150 | MRK-ABW0012151 | 12/24/2001 | Memo from Tracy Ogden to Tom Cannell, et al. Re: Dear colleague letter from Congressman Pete Stark |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0231 | MRK-ABW0014720 | MRK-ABW0014722 | 10/26/2001 | Email from Steven Vignau to Wendy Dixon Re: New crop of arthritis drugs under safety cloud |
| 1.0232 | MRK-ABW0016524 | MRK-ABW0016555 | 3/4/2000 | Economic Evaluation of Rofecoxib Versus Non-selective Non-Steroidal Anti-Inflammatory Drugs for Osteoarthritis by Pellissier, et al. |
| 1.0233 | MRK-ABW0018150 | MRK-ABW0018165 | 6/18/2001 | Arthritis & Analgesia WBST Management Committee Briefing |
| 1.0234 | MRK-ABW0002309 | MRK-ABW0002332 | | Original Label Submission For VIGOR |
| 1.0235 | MRK-ABX0002367 | MRK-ABX0002404 | 2/1/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database |
| 1.0236 | MRK-ABX0004924 | MRK-ABX0004928 | 4/11/2002 | Merck Press Release "FDA approves label changes for Vioxx to reflect data from landmark / gastrointestinal outcomes study and approves new indication / for adult rheumatoid arthritis" |
| 1.0237 | MRK-ABX0024132 | MRK-ABX0024132 | 4/12/2002 | Email from Edward Scolnick to Adam Schecter Re: Day Accomplishments of the VIGOR/RA Label Launch |
| 1.0238 | MRK-ABX0035440 | MRK-ABX0035441 | 6/10/2002 | Email from Edward Scolnick to David Anstice Re: Vioxx Efficacy, GI Safety and CV Safety |
| 1.0239 | MRK-ABX0042064 | MRK-ABX0042064 | 6/9/2002 | Email from Edward Scolnick to Peter S. Kim Re: RA Study of Celebrex vs. Naproxen |
| 1.0240 | MRK-ABX0050244 | MRK-ABX0050253 | | Pharmaceutical Research and Manufacturers of America's Code on Interactions with Healthcare Professionals |
| 1.0241 | MRK-ABX0050254 | MRK-ABX0050258 | 6/6/2002 | Email from Adam Schechter to Alise Reicin, et al. Re: Vane Editorial in Science |
| 1.0242 | MRK-ABX0059095 | MRK-ABX0059097 | 9/28/2002 | Email from Sid Mazel to Michael Rabinowitz, et al. Re: NitroMed Update |
| 1.0243 | MRK-ABX0071232 | MRK-ABX0071233 | 10/30/2003 | Dear Doctor letter from John Yates |
| 1.0244 | MRK-ABY0000023 | MRK-ABY0000024 | 6/6/2001 | Presentation "ACR 65th annual scientific meeting Reduced risk of acute thromboembolic events with Naproxen in / rheumatoid arthritis patients in the UK general practice / research database (GPRD)" |
| 1.0245 | MRK-ABY0001744 | MRK-ABY0001744 | 10/16/2001 | D. Watson email re: Vioxx CV meta - analysis paper |
| 1.0246 | MRK-ABY0019451 | MRK-ABY0019452 | 9/29/2001 | Email from R. Bain to Ramey re: Deaths for AD Studies |
| 1.0247 | MRK-ABY0019479 | MRK-ABY0019480 | 12/11/2001 | Alzheimer's Deaths Additional Events 07dec01.xls |
| 1.0248 | MRK-ABY0019481 | MRK-ABY0019481 | 12/10/2001 | Email from D. Watson to Ramey RE: AD events adjudicated since last analysis |
| 1.0249 | MRK-ABY0020075 | MRK-ABY0020087 | 9/17/2001 | Data Analysis Plan Update |
| 1.0250 | MRK-ABY0021094 | MRK-ABY0021097 | 10/25/2001 | CV Consultants Meeting Attendees |
| 1.0251 | MRK-ABY0021114 | MRK-ABY0021117 | 11/2/2001 | Draft Summary of Consultant Input 10-29-01 |
| 1.0252 | MRK-ABY0024743 | MRK-ABY0024743 | 12/12/2000 | Email from Douglas Watson to Rick Roberts RE: Epidemiology studies with Naproxen |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0253 | MRK-ABY0025099 | MRK-ABY0025118 | 2/6/2001 | Revised Preliminary Report: Epidemiology Report EP07006.012.084.00 |
| 1.0254 | MRK-ABY0025122 | MRK-ABY0025123 | 4/9/2001 | H. Guess email to R. Silverman RE: Naproxen epi study |
| 1.0255 | MRK-ABY0030000 | MRK-ABY0030030 | 5/1/2001 | Memo from Joshua Chen to Raymond Bain Re: MK-966 AD Program Mortality Analysis for Protocol 091, 078, & 126 |
| 1.0256 | MRK-ABY0030207 | MRK-ABY0030210 | 9/4/2001 | Study Summary "Cardiovascular Risk of COX-2 Inhibitors and Other NSAIDs" |
| 1.0257 | MRK-ABY0052840 | MRK-ABY0052847 | 2/2/2002 | Email from Dena Rosen Ramey to Douglas Watson RE: protocol 078 spreadsheet |
| 1.0258 | MRK-ABY0065530 | MRK-ABY0065533 | 12/27/2000 | D. Watson email to H. Guess RE: Preliminary Results - GPRD Case-Control Study |
| 1.0259 | MRK-ABY0079740 | MRK-ABY0079747 | 11/21/2002 | Letter from Ned Braunstein to Lee Simon regarding Notification of Termination of Protocol 078, Rofecoxib Alzheimer's Disease Prevention Study |
| 1.0260 | MRK-ABY0083385 | MRK-ABY0083385 | 10/3/2002 | Merck News Release "Merck comments on observational analysis published in the Lancet" |
| 1.0261 | MRK-ABY0153213 | MRK-ABY0153213 | 4/12/2004 | S. Korn email re: Ingenix |
| 1.0262 | MRK-ABY0154963 | MRK-ABY0154964 | 8/17/2004 | Email chain: Braunstein/Seligman inre Graham study results |
| 1.0263 | MRK-ABY0164039 | MRK-ABY0164060 | 9/3/2004 | Ingenix paper 2-17 version |
| 1.0264 | MRK-ABY0164397 | MRK-ABY0164397 | 10/18/2004 | S. Korn email RE: Mandatory hold on Ingenix Paper by Dawn Graham |
| 1.0265 | MRK-ACD0068340 | MRK-ACD0068344 | | FDA's VIGOR Label |
| 1.0266 | MRK-ACD0068771 | MRK-ACD0068771 | 9/26/2001 | B. Gould fax to R. Silverman re: NDA 21-042/S007 clinical information request |
| 1.0267 | MRK-ACD0069213 | MRK-ACD0069249 | | Document Attachment Analyzing safety data for selected adverse events using survival analysis mode |
| 1.0268 | MRK-ACD0089944 | MRK-ACD0089944 | 12/5/2001 | FDA Information Request--Alzheimer's CV mortality |
| 1.0269 | MRK-ACD0103538 | MRK-ACD0103548 | 3/1/2002 | Vasoprotective Cyclooxygenase-2 Inhibitors Second-Generation Medicines to Treat Pain and Inflammation with Beneficial Gastrointestinal and CV Profiles |
| 1.0270 | MRK-ACD0107514 | MRK-ACD0107517 | 1/30/2002 | FDA Telecon Minutes Re: Labeling Negotiations |
| 1.0271 | MRK-ACD0107518 | MRK-ACD0107520 | 2/8/2002 | FDA Telecon Minutes Re: Labeling Negotiations |
| 1.0272 | MRK-ACD0107521 | MRK-ACD0107523 | 3/7/2002 | FDA Telecon Minutes Re: Labeling Negotiations |
| 1.0273 | MRK-ACD0107524 | MRKACD0107535 | 3/20/2002 | FDA Telecon Minutes Re: Labeling Negotiations |
| 1.0274 | MRK-ACD0118959 | MRK-ACD0118960 | | Silverman handwritten notes |
| 1.0275 | MRK-ACD0118967 | MRK-ACD0119115 | 1/3/2000 | Silverman journal |
| 1.0276 | MRK-ACF0000121 | MRK-ACF0000182 | 12/21/2000 | Eliav Barr's expert opinion report on the cardiovascular findings of VIGOR study |
| 1.0277 | MRK-ACF0003784 | MRK-ACF0003786 | 1/25/2001 | Report: Deaths in the VIGOR Study |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0278 | MRK-ACF0004015 | MRK-ACF0004016 | | Email from Deborah Shapiro to Eliav Barr, et al. Re: Alzheimer's studies |
| 1.0279 | MRK-ACF0004398 | MRK-ACF0004399 | 1/29/2001 | Email from Alise Reicin to Eliav Barr Re: OA Deaths |
| 1.0280 | MRK-ACF0005647 | MRK-ACF0005651 | 2/1/2001 | Email from Briggs Morrison to Saurabh Mukhopadhyay, et al. Re: CV meta-analysis endpoint issues |
| 1.0281 | MRK-ACF0005697 | | 8/13/2001 | Email from Briggs Morrison to Deborah Shapiro, et al. Re: Konstam JAMA Article |
| 1.0282 | MRK-ACF0005855 | MRK-ACF0005857 | 8/17/2001 | Email from Deborah Shapiro to Edward Scolnick Re: Update to thromboembolic CVD cases VIGOR |
| 1.0283 | MRK-ACG0000828 | MRK-ACG0000839 | 4/3/2000 | DiCesare memo re: Clinical development oversight committee meeting / January 6 1999 |
| 1.0284 | MRK-ACG0002330 | MRK-ACG0002382 | 1/21/1999 | Hui Quan Memo re: Safety Update for APPROVe |
| 1.0285 | MRK-ACI0011111 | MRK-ACI0011113 | 9/13/2004 | Gengerally Memo re: Letter from an anonymous physician in / Boardman OH |
| 1.0286 | MRK-ACI0013233 | MRK-ACI0013233 | 3/20/2000 | Letter from Thomas M. Casola to Thomas W. Abrams Re: Letters sent to Health Care Providers |
| 1.0287 | MRK-ACI0013234 | MRK-ACI0013240 | 11/19/2001 | Attachments to Casola to Abrams letter |
| 1.0288 | MRK-ACI0013241 | MRK-ACI0013246 | 11/19/2001 | Attachments to Casola to Abrams letter |
| 1.0289 | MRK-ACI0013288 | MRK-ACI0013291 | 11/19/2001 | Final standby statement Graham observational analysis at ISPE meeting |
| 1.0290 | MRK-ACL0009639 | MRK-ACL0009698 | 8/19/2004 | FDA Request from Medical Officer |
| 1.0291 | MRK-ACL0010142 | MRK-ACL0010142 | 3/1/1999 | Informed Consent Addendum Non-RA Studies |
| 1.0292 | MRK-ACO0007709 | MRK-ACO0007709 | | CBE |
| 1.0293 | MRK-ACO0007936 | MRK-ACO0007949 | | Comparison of Selected ADRs from the AERS Database for Selected NSAIDs Slides |
| 1.0294 | MRK-ACO0020200 | MRK-ACO0002021 | 10/5/2001 | Email from Andreas Moran to Ken Truitt, et al. Re: Zhao, et al., Clin. Ther. Paper |
| 1.0295 | MRK-ACO0020202 | MRK-ACO0020203 | | Letter addressed to Dear Sir Re: Paper of Zhao from the Pharmacia Corporation |
| 1.0296 | MRK-ACO0020205 | MRK-ACO0020205 | | Memo regarding addition of SJS to Vioxx Label |
| 1.0297 | MRK-ACO0025654 | MRK-ACO0025662 | | AERs Database through 1Q2000, Primary and Secondary Suspect with DUPS Removed |
| 1.0298 | MRK-ACR0008985 | MRK-ACR0008985 | 1/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC |
| 1.0299 | MRK-ACR0009066 | MRK-ACR0009066 | 2/11/2001 | Email from Edward Scolnick to Douglas Greene Re: Fries Letter Followup |
| 1.0300 | MRK-ACR0009151 | MRK-ACR0009152 | 4/9/2001 | Email from Edward Scolnick to Douglas Greene Re: VIGOR Approval Letter |
| 1.0301 | MRK-ACR0009153 | MRK-ACR0009153 | 4/12/2001 | E. Scolnick email to D. Green re: today's meeting |
| 1.0302 | MRK-ACR0009277 | MRK-ACR0009277 | 10/4/2001 | Email from Scolnick to Greene: vioxx VIGOR label status |
| 1.0303 | MRK-ACR0009294 | MRK-ACR0009294 | 11/21/2001 | Email from Edward Scolnick to Douglas Greene Re: CV Study Design |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0304 | MRK-ACR0009295 | MRK-ACR0009296 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate |
| 1.0305 | MRK-ACR0009297 | MRK-ACR0009297 | | Email from Edward Scolnick to Bonnie J. Coldmann Re: VIOXX Label |
| 1.0306 | MRK-ACR0011543 | MRK-ACR0011548 | 2/25/2002 | Email from Ned Braunstein to Douglas green-Subject FW: memo-request from Ed |
| 1.0307 | MRK-ACR0014272 | MRK-ACR0014273 | 10/10/2000 | Email from Alan Nies to Barry Gertz, et al Regarding Results of VIOXX/AD Protocol 091 |
| 1.0308 | MRK-ACR0014498 | MRK-ACR0014498 | 3/1/2001 | Summary Tables for Patients who died in MK-0966 for Protocol 091 |
| 1.0309 | MRK-ACR0014502 | MRK-ACR0014503 | 3/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD Safety Data - Imablance in the number of deaths. |
| 1.0310 | MRK-ACR0015028 | MRK-ACR0015033 | 3/22/2001 | Vioxx Studies in Alzheimer's Disease |
| 1.0311 | MRK-ACR0040000 | MRK-ACR0040024 | 4/8/2001 | Email from Joshua Chen to Raymon Bain Regarding a Summary of MK-0966 Combined Mortality Analysis |
| 1.0312 | MRK-ACR0042416 | MRK-ACR0042450 | 4/16/2001 | Outline of presentation; Vioxx studies in Alzheimers disease |
| 1.0313 | MRK-ACT0003319 | MRK-ACT0003320 | 1/16/2002 | Email from Nancy Santanello to Carolyn Cannuscio Re: Preliminary comments on study by Ray |
| 1.0314 | MRK-ACU 0000716 | MRK-ACU 0000716 | 6/25/1905 | Annual Business Briefing 2003 – Tape 1 – NTSC |
| 1.0315 | MRK-ACU 0000717 | MRK-ACU 0000717 | 6/25/1905 | Annual Business Briefing 2003 – Tape 2 – NTSC |
| 1.0316 | MRK-ACU 0000718 | MRK-ACU 0000718 | 6/25/1905 | Annual Business Briefing 2003 – Tape 3 – NTSC |
| 1.0317 | MRK-ACU 0000719 | MRK-ACU 0000719 | | Annual Business Briefing – Tape 1 – NTSC |
| 1.0318 | MRK-ACU 0000720 | MRK-ACU 0000720 | | Annual Business Briefing – Tape 2 – NTSC |
| 1.0319 | MRK-ACU 0000721 | MRK-ACU 0000721 | | Annual Business Briefing – Tape 3 – NTSC |
| 1.0320 | MRK-ACU 0000722 | MRK-ACU 0000722 | | Annual Business Briefing – Tape 4 – NTSC |
| 1.0321 | MRK-ACU 0000723 | MRK-ACU 0000723 | 6/25/1905 | Annual Shareholder's Meeting 2003 |
| 1.0322 | MRK-ACU 0000724 | MRK-ACU 0000724 | 6/26/1905 | Annual Shareholder's Meeting 2004 |
| 1.0323 | MRK-ACV0020238 | MRK-ACV0020239 | 5/9/2000 | Memo from Raymond Bain to Eliav Barr, et al. Re: Unblinding of Mk-0966 Protocols 078 and 091 |
| 1.0324 | MRK-ACV0020385 | MRK-ACV0020386 | 1/20/2000 | Appendix B / vascular SAE terms (CRISP broader term) / eligible for case adjudication |
| 1.0325 | MRK-ACV0026125 | MRK-ACV0026125 | 5/3/2000 | Memo from Linda Hostelley and Jack Leitmeyer to Eliav Barr; subject: Reference Memo: Unblinding of ADVANTAGE-Protocol 102 |
| 1.0326 | MRK-ACW0002967 | MRK-ACW0002967 | 10/19/2000 | Email from Emilie Beskar to Scott Reines, et al Regarding VIOXX AD Preliminary Analysis - Prot. 091 |
| 1.0327 | MRK-ACW0003021 | MRK-ACW0003021 | | Letter for 078 investigators |
| 1.0328 | MRK-ACX0005041 | MRK-ACX0005041 | | National Advocates - Call in Next 10 Business Days |
| 1.0329 | MRK-ACX0005129 | MRK-ACX0005132 | 10/4/2000 | Memo from Susan Baumgartner to Lou Sherwood Re Interactions with Gurkipal Singh |

## Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0330 | MRK-ACX0005372 | MRK-ACX0005375 | 10/25/2000 | Email from Babak Bazmi to Alise Reicin-Subject: VA Questions on VIGOR Trial |
| 1.0331 | MRK-ACX0007803 | MRK-ACX0007805 | 10/19/2000 | DTC Spending Memo |
| 1.0332 | MRK-ACX0013915 | MRK-ACX0013919 | 5/11/2000 | Email from Robert Rode to Brian Daniels, et al. Re: CV Events by Specific Brand and Event Type |
| 1.0333 | MRK-ACX0017934 | MRK-ACX0017935 | 5/25/2000 | Evidence Supporting the CV Safety Profile of Vioxx |
| 1.0334 | MRK-ACZ0021264 | MRK-ACZ0021266 | 5/25/2000 | E-mail Sandra Reiss to Lee Zarzecki Re: VIGOR-CV Obstacle Handling Aid |
| 1.0335 | MRK-ACZ0032575 | MRK-ACZ0032575 | 6/22/1905 | Draft Dear Doctor Letter |
| 1.0336 | MRK-ACZ0060516 | MRK-ACZ0060523 | 2/24/2000 | Data available package cited in CV Card. |
| 1.0337 | MRK-ADA0021771 | MRK-ADA0021803 | 8/15/2000 | Agreement between Dorothy Hamill Entertainment and Merck |
| 1.0338 | MRK-ADA0039566 | MRK-ADA0039579 | 7/15/1999 | Leveraging the Consumer and DTC Campaign in the Physician's Office |
| 1.0339 | MRK-ADB0009039 | MRK-ADB0009042 | | Roadmap to CV Card |
| 1.0340 | MRK-ADB0046424 | MRK-ADB0046427 | 4/21/2004 | Bulletin for Vioxx / Background and obstacle responses on retrospective observational analysis - / Solomon article No. COX 04-023 |
| 1.0341 | MRK-ADB0054391 | MRK-ADB0054392 | 9/17/2004 | Approve ESMB meeting minutes |
| 1.0342 | MRK-ADC0002061 | MRK-ADC0002065 | 4/21/2003 | C. Cannuscio memo "ACR abstract" |
| 1.0343 | MRK-ADC0002725 | MRK-ADC0002725 | 4/5/2004 | C. Cannuscio letter to Willerson |
| 1.0344 | MRK-ADC0003100 | MRK-ADC0003104 | 2/10/2004 | D. Watson email re: Solomon Cox2 and MI Manuscript Accepted to Circ |
| 1.0345 | MRK-ADC0023165 | MRK-ADC0023172 | 9/9/2003 | Communication Plan and Materials: Epidemiological studies of VIOXX |
| 1.0346 | MRK-ADC0032522 | MRK-ADC0032573 | 12/15/2003 | Ingenix Draft Final Report "Cardiovascular Risk of COX-2 Inhibitors and Other NANSAIDs |
| 1.0347 | MRK-ADF0017926 | MRK-ADF0017926 | | Top 40 National Advocates |
| 1.0348 | MRK-ADF0021270 | MRK-ADF0021271 | 4/6/2000 | Email from M. Dervishian to Elliot Ehrich, et al. Re: Summary of Preceptorship with Dr. Lee Simon |
| 1.0349 | MRK-ADF0021383 | MRK-ADF0021404 | 5/22/2000 | Memo from Su Iwicki to Sharon Miles, et al. Re: Competitive & Promotional Feedback for Vioxx |
| 1.0350 | MRK-ADF0037967 | MRK-ADF0037968 | 11/1/2000 | Email from Alise Reicin to Zater Ozturk, Re: Differential effects of aspirin and non-aspirin nonsteriodal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women |
| 1.0351 | MRK-ADG0023687 | MRK-ADG0023688 | 2/5/2002 | Email from Mark Stejbach to Steven Viganu, et al. Re: Whelton Article on a Comparison of Thromboembolic Events |
| 1.0352 | MRK-ADG0035340 | MRK-ADG0035340 | 11/22/2001 | Email from Adam Schechter to Thomas Cannell, et al. Re: CV Study Design |
| 1.0353 | MRK-ADI0005375 | MRK-ADI0005375 | 5/19/1999 | FDA Medical Officer NDA Review of Vioxx |