# Irvin v. Merck: Exhibit List

| | | |
|---|---|---|
| 1.0807 | MRK-V 0000036 | |
| 1.0808 | MRK-V 0000037 | "Dorothy Hamill -- Reflection": 15 |
| 1.0809 | MRK-V 0000038 | Elbow Arthroscopy - A systematic approach; James R. Andrews, M.D. |
| 1.0810 | MRK-V 0000039 | Dog Park Revised |
| 1.0811 | MRK-V 0000040 | Dog Park Revised |
| 1.0812 | MRK-V 0000041 | Dorothy Hamill - Reflection Back to Health |
| 1.0813 | MRK-V 0000042 | Dorothy Hamill - Morning: 30 |
| 1.0814 | MRK-V 0000043 | Dorothy Hamill - Morning: 15 |
| 1.0815 | MRK-V 0000044 | Clammer vioxx.com |
| 1.0816 | MRK-V 0000045 | "Dog Park" Letterbox: 30 |
| 1.0817 | MRK-V 0000046 | Clammer: 30 Reminder DR |
| 1.0818 | MRK-V 0000046 | Teacher: 60 |
| 1.0819 | MRK-V 0000046 | Teacher: 60 |
| 1.0820 | MRK-V 0000046 | Teacher: 30 |
| 1.0821 | MRK-V 0000047 | Teacher: 30 |
| 1.0822 | MRK-V 0000048 | Open Repair of Bankart Lesion. |
| 1.0823 | MRK-V 0000049 | Anthroscopic Shoulder Techniques by James Andrews |
| 1.0824 | MRK-V 0000050 | Excerpts from the Atlas of Rheumatology CDROM |
| 1.0825 | MRK-V 0000051 | Submission of slides of iPhysicianNet update |
| 1.0826 | MRK-V 0000052 | Bleeding Ulcers: A Serious Complication with NSAIDs (DVD_Bleeding Ulcers) |
| 1.0827 | MRK-V 0000053 | Have You Heard |
| 1.0828 | MRK-V 0000054 | Have You Heard? |
| 1.0829 | MRK-V 0000055 | Discussion of a GI Outcomes Trial with Dr. Loren Laine |
| 1.0830 | MRK-V 0000056 | New Insights into Rheumatology . |
| 1.0831 | MRK-V 0000057 | Spotlight on Orthopedic Surgery Disk 1 of 2 |
| | | Spotlight on Orthopedic Surgery Disk 2 of 2 |
| 1.0832 | MRK-V 0000058 | DT Medical Spellchecker for Orthopedic Surgeons (Spellcheck software-Orthopedic) |
| 1.0833 | MRK-V 0000059 | DT Medical Spellchecker for Rheumatologists (Spellcheck software - Orthopedic) |
| 1.0834 | MRK-V 0000060 | DT Medical Spellchecker for Anesthesiologists and Pin Management Specialists (Spellchecker Software - Anesthesiologists and Pain Management Specialists) |
| 1.0835 | MRK-V 0000061 | Acute Pain Case Study with Dr. N. Lee Smith (Medcases - Acute Pain Case Study) |
| 1.0836 | MRK-V 0000062 | "Teacher" Revised: 60 |
| 1.0837 | MRK-V 0000062 | "Teacher" Revised: 60 |
| 1.0838 | MRK-AFP 0000001 | Employee Business Briefing for 09/30/04 |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0839 | MRK-AAR 0030827 | | District Meeting - Compliance |
| 1.0840 | MRK-AAR 0030828 | | District Meeting - Compliance |
| 1.0841 | MRK-AAR 0030829 | | Fulfilling the Promise |
| 1.0842 | MRK-AAR 0030830 | | Vioxx "VI" 1,2,3 |
| 1.0843 | MRK-ACU0000401 | | Annual Business Briefing 1999, Disc 2 |
| 1.0844 | MRK-ACU0000402 | | Annual Business Briefing, Tape 1-3, 2000. |
| 1.0845 | MRK-ACU0000403 | | Annual Business Briefing, Tape 3B, 2000 |
| 1.0846 | MRK-ACU0000404 | | Annual Business Briefing, Tape 4-5, 2000 |
| 1.0847 | MRK-ACU0000405 | | Annual Business Briefing, Tape 6-7, 2000 |
| 1.0848 | MRK-ACU 0000716 | | Annual Business Briefing 2003 Tape 1 |
| 1.0849 | MRK-ACU 0000717 | | Annual Business Briefing 2003 Tape 2 |
| 1.0850 | MRK-ACU 0000718 | | Annual Business Briefing 2003 Tape 3 |
| 1.0851 | MRK-ACU 0000719 | | Annual Business Briefing 2004 Tape 1 |
| 1.0852 | MRK-ACU 0000720 | | Annual Business Briefing 2004 Tape 2 |
| 1.0853 | MRK-ACU 0000721 | | Annual Business Briefing 2004 Tape 3 |
| 1.0854 | MRK-ACU 0000722 | | Annual Business Briefing 2004 Tape 4 |
| 1.0855 | MRK-ACU 0000723 | | Annual Shareholders Meeting 2003. |
| 1.0856 | MRK-ACU 0000724 | | Annual Shareholders Meeting 2004 |
| 1.0857 | MRK-V 0000001 | | Merck/VIOXX "Stairs/Bath": 60 |
| 1.0858 | MRK-V 0000002 | | Merck/VIOXX "Stairs/Bath"; 60 |
| 1.0859 | MRK-V 0000003 | | Bath Time |
| 1.0860 | MRK-V 0000004 | | Stairs/Bath |
| 1.0861 | MRK-V 0000005 | | Entertainment Center: |
| 1.0862 | MRK-V 0000006 | | "Gardener (Prevention)": 60 |
| 1.0863 | MRK-V 0000007 | | "Bath Time" |
| 1.0864 | MRK-V 0000008 | | Gardener Back to Health at this location: 60 |
| 1.0865 | MRK-V 0000009 | | ACR Video Loop |
| 1.0866 | MRK-V 0000010 | | "Gardener" ; 15. |
| 1.0867 | MRK-V 0000011 | | Entertainment Center: 15 |
| 1.0868 | MRK-V 0000012 | | Gardner/ERN (: 60) |
| 1.0869 | MRK-V 0000013 | | Stairs/Bath Reordered Balance . |
| 1.0870 | MRK-V 0000014 | | "Entertainment Center" |
| 1.0871 | MRK-V 0000015 | | AAOS Convention Video Loop |
| 1.0872 | MRK-V 0000016 | | Stairs/Bath Reordered Balance: 60 |
| 1.0873 | MRK-AAR 0030831 | | Selling Skills Seminar |
| 1.0874 | MRK-AAR 0030832 | | Accessing Difficult Doctors |
| 1.0875 | MRK-AAR 0030833 | | Jack Morton - Vioxx Opening |

# Irvin v. Merck: Exhibit List

| | | |
|---|---|---|
| 1.0876 | MRK-AAR 0030834 | Our Values and Standards |
| 1.0877 | MRK-AAR 0030835 | Group A launch Video |
| 1.0878 | MRK-AAR 0030836 | Start Your Engines |
| 1.0879 | MRK-AAR 0030837 | Medical Terminology I |
| 1.0880 | MRK-AAR 0030838 | Medical Terminology 2 |
| 1.0881 | MRK-AAR 0030839 | Medical Terminology 3 |
| 1.0882 | MRK-AAR 0030840 | Medical Terminology 4 |
| 1.0883 | MRK-AAR 0030841 | Medical Terminology 5 |
| 1.0884 | MRK-AAR 0030842 | Medical Terminology 6 |
| 1.0885 | MRK-AAR 0030843 | Understanding Managed Care |
| 1.0886 | MRK-AAR 0030844 | Understanding Managed Care 2nd Ed. |
| 1.0887 | MRK-AAR 0030845 | The Aging of America and its Impact |
| 1.0888 | MRK-AAR 0030846 | Selling with Reprints |
| 1.0889 | MRK-AAR 0030847 | Access Success |
| 1.0890 | MRK-AAR 0030848 | Time Management |
| 1.0891 | MRK-AAR 0030849 | Project Management |
| 1.0892 | MRK-AAR 0030850 | Stedman's Concise Electronic Medical Dictionary |
| 1.0893 | MRK-AAR 0030851 | Understanding Managed |
| 1.0894 | MRK-AAR 0030852 | Understanding Managed Care 4th |
| 1.0895 | MRK-AAR 0030853 | Introduction to Arthritis and Analgesia |
| 1.0896 | MRK-AAR 0030854 | The Aging of America and its Impact on Pharm Ind. |
| 1.0897 | MRK-AAR 0030855 | Power of Proof |
| 1.0898 | MRK-AAR 0030856 | Be the Power |
| 1.0899 | MRK-AAR 0030857 | Everyday Victories |
| 1.0900 | MRK-AAR 0073234 | Integrated Learning Review: RX Files |
| 1.0901 | MRK-AAR 0073235 | Terms of Restriction: I'd Love To Use It But… Segments 1&2 |
| 1.0902 | MRK-AAR 0073236 | Coaching Advocates MI0088 |
| 1.0903 | MRK-AAR 0073237 | Selling with Reprints |
| 1.0904 | MRK-AAR 0073238 | "MerckSource: Just What The Doctor Ordered" |
| 1.0905 | MRK-AAR 0073239 | Selling with Reprints |
| 1.0906 | MRK-AAR 0073240 | "I've Got Something to Talk About: MerckMedicus" |
| 1.0907 | MRK-AAR 0073241 | Understanding Managed Care An Overview for the Pharmaceutical Industry |
| 1.0908 | MRK-AAR 0073242 | Merck &Co., Inc. Nation Wide Meeting Tyrone Edwards |
| 1.0909 | MRK-AAR 0073243 | Vioxx (rofecoxib) |
| 1.0910 | MRK-AAR 0073244 | Vioxx (rofecoxib) |
| 1.0911 | MRK-AAR 0073245 | Rome Tutorial Version 1 |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0912 | MRK-AAR 0073246 | | To Sell the Truth - Vioxx A&A Specialty CD Game |
| 1.0913 | MRK-AAR 0073247 | | Everyday Victories |
| 1.0914 | MRK-AAR 0073248 | | Vioxx Cyber Classes |
| 1.0915 | MRK-AAR 0073249 | | Power Ahead |
| 1.0916 | MRK-AAR 0073250 | | Coaching Advocates MI0088 - Audio Exercise FDR1, FDR2 and FDR3 |
| 1.0917 | MRK-AAR 0073251 | | A&A Intro Lecture |
| 1.0918 | MRK-AAR 0073252 | | Quality Customer Selling. |
| 1.0919 | MRK-AAR 0073253 | | Excerpts from the Atlas of Rheumatology - Third Edition |
| 1.0920 | MRK-AAR 0073254 | | Discussion of a GI Outcomes Trial with Dr. Loren Laine |
| 1.0921 | MRK-AAR 0073255 | | e-RSP - Self-study Training Program |
| 1.0922 | MRK-AAR 0073256 | | Cyber Class 2S |
| 1.0923 | MRK-AAR 0073257 | | MVX PIR 1S Adverse |
| 1.0924 | MRK-AAR 0073258 | | Be the Power |
| 1.0925 | MRK-AAR 0073259 | | Medical Terminology - Cardiovascular System Blood |
| 1.0926 | MRK-AAR 0073260 | | Medical Terminology - Lymphatic System, Respiratory System |
| 1.0927 | MRK-AAR 0073261 | | Medical Terminology - Digestive System, Urinary System |
| 1.0928 | MRK-AAR 0073262 | | Medical Terminology - Nervous System, Endocrine System |
| 1.0929 | MRK-AAR 0073263 | | Medical Terminology - Reproductive System (Male and Female) Muscular and Skeletal Systems. |
| 1.093 | MRK-AAR 0073264 | | Medical Terminology - Skin Eyes and Ears |
| 1.0931 | | | No exhibit specified |
| 1.0932 | MRK-PRL 0000258 | | VIOXX - VNR ACR Study Findings |
| 1.0933 | MRK-PRL 0000258 | | VIOXX for Acute Pain VNR/Bites & B Roll ASCPT "Menstrual Pain" |
| 1.0934 | MRK-PRL 0000258 | | FDA Approves VIOXX, Approved Launch B-Roll |
| 1.0935 | MRK-PRL 0000258 | | VIOXX ACR VNR |
| 1.0936 | MRK-PRL 0000258 | | VIOXX JAMA VNR |
| 1.0937 | MRK-PRL 0000258 | | Everyday Victories - final VNR |
| 1.0938 | MRK-PRL 0000258 | | VIGOR Study published in New England Journal of Medicine/VIOXX Story -- Final VNR |
| 1.0939 | MRK-PRL 0000258 | | VIOXX B-Roll & Bites |
| 1.0940 | MRK-PRL 0000258 | | Merck Stands Behind the Cardiovascular Safety Profile of VIOXX |
| 1.0941 | MRK-PRL 0000465 | | FDA Approves VIOXX for Once-Daily Treatment of Juvenile Rheumatoid Arthritis |
| 1.0942 | MRK-PRL 0000466 | | VIOXX and JRA Study VNR |
| 1.0943 | MRK-PRL 0000467 | | New Indication for VIOXX VNR Package (Migraine) |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0944 | | | | No exhibit specified |
| 1.0945 | MRK-ADA 0900000 | | | Patient Education of the Hip, Knee, Shoulder, Elbow, Hand of Wrist, Foot & Ankle |
| 1.0946 | MRK-ADA 0900001 | | | 7/31/01 Ern: Arthritis HC A&B; 9/30/01 Arthritis MN & A&B |
| 1.0947 | MRK-ADA 0900002 | | | DDB Video Merck/Vioxx 1. Celebrex "Woman Jogging" 2. Pfizer Unbranded HS |
| 1.0948 | MRK-ADA 0900003 | | | DDB Video Pfizer Infomercial "Get on the Road to Pain Relief" |
| 1.0949 | MRK-ADA 0900004 | | | DDB Video - Celebrex - Proven Strength "Woman Jogging" Video of unspecified corporate authorship "Celebrex OAC 15301" |
| 1.0950 | MRK-ADA 0900005 | | | DDB Video - 3/11 - DRI Edits |
| 1.0951 | MRK-ADA 0900006 | | | DDB Video Vioxx/Merck 3/1/02 DRI Materials |
| 1.0952 | MRK-ADA 0900007 | | | DDB Videos 2003 DTC Product Claim 1 |
| 1.0953 | MRK-ADA 0900008 | | | DDB Videos 2003 DTC Help Seeking |
| 1.0954 | MRK-ADA 0900009 | | | DDB Videos 2003 DTC Reminder |
| 1.0955 | MRK-ADA 0900010 | | | DDB Celebrex Video - 7/13/01 People in the Park |
| 1.0956 | MRK-ADA 0900011 | | | DDB Celebrex Video - 10/13/03 "I will not give in" |
| 1.0957 | MRK-ADA 0900012 | | | DDB Celebrex Video - 10/29/02 Daytime Edition News 12 CT Norwalk |
| 1.0958 | MRK-ADA 0900013 | | | DDB Celebrex Video - 1/25/03 Antarctica |
| 1.0959 | MRK-ADA 0900014 | | | DDB Video - DTC Reminder Reel Jan,Sept. 200 |
| 1.0960 | MRK-ADA 0900015 | | | DDB Video - 10/28/02 "High Blood Pressure - Link" Today NBC National |
| 1.0961 | MRK-ADA 0900016 | | | DDB Merck/Vioxx Video - A&ACompetitive Review |
| 1.0962 | MRK-ADA 0900017 | | | New Year's Eve |
| 1.0963 | MRK-ADA 0900018 | | | Memorandum from Rep. Henry Waxman Re: The Marketing of Vioxx to Physicians |
| 1.0964 | | | | Email from Ken Truitt to Barry Gertz RE: 966 peds |
| 1.0965 | MRK-NJ0200304 | | | Profit Plan 2002-Merck A&A Franchise |
| 1.0966 | MRK-ABW0005449 | MRK-ABW0005475 | | MRL Clinical Study Report, Multicenter Study: A Double-Blind, Placebo Controlled Study to Evaluate Safety and Tolerability and Preliminarily Assess Clinical Efficacy of MK 0966 in Patients With Osteoarthritis of the Knee (Protocol 010) |
| 1.0967 | MRK-OS0420045657 | MRK-OS0420046186 | | MRL Clinical Study Report, Multicenter Study: A Double-Blind, Placebo Controlled Study to Assess Safety and Tolerability and Preliminarily Evaluate Efficacy of L-748,731 in Patients with Rheumatoid Arthritis (Protocol 017) |
| 1.0968 | MRK-AFL0010627 | MRK-AFL0010817 | | |

# Irvin v. Merck: Exhibit List

| | | | | Frequently Asked Questions About DDMAC and Promotion Compliance |
|---|---|---|---|---|
| 1.0969 | MRK-ADN0076556 | MRK-ADN0076559 | 11/9/2000 | |
| 1.0970 | MRK-AFF0000126 | MRK-AFF0000178 | 9/13/2004 | Memorandum from H. Quan to APPROVe ESMB Subject Safety Updatew for APPROVe |
| 1.0971 | MRK-AAR0011527 | MRK-AAR0011549 | | Obstacle Response Guide |
| 1.0972 | MRK-AFO0286612 | MRK-AFO0286638 | | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Coloractal Chemoprevention Trial |
| 1.0973 | MRK-AGO0076955 | MRK-AGO0076990 | | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial |
| 1.0974 | MRK-AFO0286105 | MRK-AFO0286107 | | Email from James Bolognese to Scott Zeger RE: Modeling hazard & hazard ration curves |
| 1.0975 | MRK-AFN0052502 | MRK-AFN0052523 | | NEJM Manuscript 05-0493: Author's responses to Reviwer's Comments |
| 1.0976 | | | | Warning letter from Minne Baylor-Henry to David Anstice-marked as Exhibit No. 167 to the deposition of David Anstice on May 20, 2005 |
| 1.0977 | | | | Warning letter from Warren Rumble to Ellen Westrick-marked as Exhibit No. 168 to the deposition of David Anstice on May 20, 2005 |
| 1.0978 | | | | Warning letter from Victoria Babb to Ellen Westrick-marked as Exhibit No. 169 to the deposition of David Anstice on May 20, 2005 |
| 1.0979 | | | | Warning letter from Anne Reb to Ellen Westrick-marked as Exhibit No. 170 to the deposition of David Anstice on May 20, 2005 |
| 1.0980 | | | | Warning letter from Warren Rumble to Nancy Wood-marked as Exhibit No. 171 to the deposition of David Anstice on May 20, 2005 |
| 1.0981 | | | | Warning letter from Anne Reb to Ellen Westrick-marked as Exhibit No. 172 to the deposition of David Anstice on May 20, 2005 |
| 1.0982 | | | | Warning letter from Leah Palmer to Ellen Westrick-marked as Exhibit No. 173 to the deposition of David Anstice on May 20, 2005 |
| 1.0983 | | | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 174 to the deposition of David Anstice on May 20, 2005 |
| 1.0984 | | | | Warning letter from Minnie Baylor-Henry to Preeti Pinto-marked as Exhibit No. 175 to the deposition of David Anstice on May 20, 2005 |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.0985 | | | Warning letter from Ann Reb to Ellen Westrick-marked as Exhibit No. 176 to the deposition of David Anstice on May 20, 2005 |
| 1.0986 | | | Warning letter from Mark Askine to Ellen Westrick-marked as Exhibit No. 178 to the deposition of David Anstice on May 20, 2005 |
| 1.0987 | | | Warning letter from Warren Rumble to Ellen Westrick-marked as Exhibit No. 179 to the deposition of David Anstice on May 20, 2005 |
| 1.0988 | | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 180 to the deposition of David Anstice on May 20, 2005 |
| 1.0989 | | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 181 to the deposition of David Anstice on May 20, 2005 |
| 1.0990 | | | Warning letter from Joan Hankin to Ellen Westrick- |
| 1.0991 | | | Warning letter from Mark Askine to Ellen Westrick-marked as Exhibit No. 183 to the deposition of David Anstice on May 20, 2005 |
| 1.0992 | | | Warning letter from Warren Rumble to Ellen Westrick-marked as Exhibit No. 184 to the deposition of David Anstice on May 20, 2005 |
| 1.0993 | | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 185 to the deposition of David Anstice on May 20, 2005 |
| 1.0994 | | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 186 to the deposition of David Anstice on May 20, 2005 |
| 1.0995 | | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 187 to the deposition of David Anstice on May 20, 2005 |
| 1.0996 | MRK-AHR0005080 | MRK-AHR0005093 | 11/1/2000 | "Study to Evaluate the Thrombotic Potential of COX-2 Inhibition in an Animal Model" |
| 1.0997 | MRK-AEG0020066 | MRK-AEG0020076 | | Presentation "Animal model of thrombosis of the African Green Monkey" |
| 1.0998 | MRK-01420163634 | MRK-01420163635 | 10/8/2001 | Letter to Jonca Bill re NDA 21-042/S-007 |
| 1.0999 | MRK-01420143638 | MRK-01420163641 | 10/8/2001 | Attachment I to letter to Jonca Bill re NDA 21-042/S-00 |
| 1.1000 | MRK-01420143642 | MRK-01420163645 | 10/8/2001 | Attachment II to letter to Jonca Bill re NDA 21-042/S-00 |
| 1.1001 | MRK-AAR00034452 | MRK-AAR00345535 | 1/1/1999 | Introduction to Insight and / Business Analysis |
| 1.1002 | MRK-ADG0033592 | MRK-ADG0033618 | 11/16/2001 | A&A Operations Review |
| 1.1003 | MRK-AEN0000691 | MRK-AEN0000694 | 1/19/1999 | ARTHRITIS AND ANALGESIA VICTORY 50 TARGET LIST |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1004 | MRK-ABL0000609 | MRK-ABL0000654 | 6/21/1999 | VIOXX® INTERIM STAGE REVIEW |
| 1.1005 | MRK-ABL0000688 | MRK-ABL0000690 | 7/15/1999 | Minutes of 6/25/99 HHPAC meeting |
| 1.1006 | MRK-NJ0178116 | MRK-NJ0178117 | | NDA Submission, section C-Clinical Pharmacology |
| 1.1007 | MRK-NJ0123784 | MRK-NJ0123785 | | Email from Eliav Barr to Deborah Shapiro regarding Review of Alzheimer Studies w/ Attachments |
| 1.1008 | MRK-NJ0123788 | MRK-NJ0123864 | | Email from Eliav Barr to Deborah Shapiro regarding Review of Alzheimer Studies w/ Attachments |
| 1.1009 | MRK-NJ0123668 | MRK-NJ0123679 | | Email from Eliav Barr to Deborah Shapiro regarding Review of Alzheimer Studies w/ Attachments |
| 1.1010 | | | | Medicines Compendium published by Datapharm Communications Ltd. |
| 1.1011 | | | 11/1/2002 | Letter from Lawrence Goldkind of the FDA to the Pharmacia Corporation re: NDA 21-341/S-002 |
| 1.1012 | MRK-NJ0121906 | MRK-NJ0121907 | 4/13/2000 | Email from James Bolognese to Alise Reicin re: RA and CV mortality |
| 1.1013 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | HHPAC Presentation-Key Marketing Messages |
| 1.1014 | MRK-ABL0000938 | MRK-ABL0000941 | 6/6/2000 | Memorandum from R.T. Bissett re: Meeting Minutes- 5/17/2000 HH PAC Meeting |
| 1.1015 | MRK-ABA0058130 | MRK-ABA0058188 | 2/27/2002 | HHPAC Presentation "VALOR (Vioxx Aspirin Long-Term Outcomes Research) Study Design Issues |
| 1.1016 | MRK-ABA0025859 | MRK-ABA0025860 | 2/27/2002 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study |
| 1.1017 | MRK-AAF0005794 | MRK-AAF0005795 | 3/21/2002 | Letter from Robert Silverman to Lee Simon Re: Amendment to Supplemental New Drug Application |
| 1.1018 | MRK-ACD0101792 | MRK-ACD0101795 | 3/22/2002 | Press Release "FDA Approves Label Changes for Vioxx to Reflect Landmark Gastrointestinal Outcomes Study and Approves New Indication for Rheumatoid Arthritis" |
| 1.1019 | MRK-ABX0007150 | MRK-ABX0007153 | 4/12/2002 | Bloomberg Report- Re: Re-inVIGORated Vioxx Label |
| 1.1020 | MRK-ABA0028655 | | 3/22/2002 | Mmorandum to Medical Research Associates subject VALOR Trial |
| 1.1021 | MRK-NJ0281185 | MRK-NJ0281208 | 2/28/1998 | MRL Epidimeriology Department Technical Report No. EP07006.005.98 |
| 1.1022 | MRK-AAF0003209 | | 1/8/2001 | Letter from Robert Silverman to Jonca Bull Re: Information Amendment |
| 1.1023 | MRK-0142001 9426 | MRK-0142001 9486 | 1/12/2001 | Interim Cardiovascular Meta-Analysis |
| 1.1024 | MRK-AFK0175283 | MRK-AFK0175286 | 9/15/2004 | Letter from Diane Louie to Brian Harvey Re: Response to FDA Request for Information |
| 1.1025 | MRK-ACO0128193 | | 9/15/2004 | Email from James Bolognese RE: 15Sep04 FDA Req for Info: IND 46,894 Vioxx PN203 SUR |
| 1.1026 | MRK-AFJ0000068 | MRK-AFJ0000069 | 9/17/2004 | APPROVe ESMB Meeting Minutes |
| 1.1027 | MRK-AFN0015430 | | 9/17/2004 | APPROVe ESMB Teleconference |
| 1.1028 | MRK-AGO0000098 | MRK-AGO0000105 | 9/17/2004 | Facsimile from Hui Quan to Dr. John Baron |

# Irvin v. Merck: Exhibit List

| Ex. No. | Begin Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 1.1029 | MRK-ABL0000609 | MRK-ABL0000655 | 6/21/1999 | Memorandum from Dr. K. Grosser attaching material for 6/25/1999 HHPAC Meeting |
| 1.1030 | MRK-ABL0000688 | MRK-ABL0000690 | 6/25/1999 | Memorandum from RT Bissett re: Minutes of 6/25/99 HH PAC Meeting |
| 1.1031 | MRK-I894096269 | MRK-I894096387 | | Type A Meeting Background Package |
| 1.1032 | MRK-S0420111978 | MRK-S0420111985 | | Letter from Robert Meyer to Philip Huang attaching minutes to the February 16-18, 2005 Advisory Committee Meeting |
| 1.1033 | MRK-S0420111972 | MRK-S0420111975 | | Letter from Philip Huang To Brian Harvey wRt Abbreviated Clinical Study Report: A multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Poly |
| 1.1034 | MRK-S0420051001 | MRK-S0420053185 | | FDA Advisory Committee Background Information for VIGOR |
| 1.1035 | MRK-ABW0000797 | MRK-ABW0000963 | | Bulletin for Vioxx: FDA AAC Meeting for Vioxx |
| 1.1036 | MRK-ACI0012836 | MRK-ACI0012840 | | Draft Article: "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial" |
| 1.1037 | MRK-AFN0054346 | MRK-AFN0054384 | | Email fro Erica McShea re: FW: AD/A HSAs- ACTION REQUIRED: Advocate Status update in MAX; deadline 9/26/00 |
| 1.1038 | MRK-ADF0024155 | MRK-ADF0024156 | | Results for Study 096: Proportions of Patients Who Met ACR 70 Responder Index Criteria During 12 Weeks of Study |
| 1.1039 | | | | Center for Drug Evaluation and Research; Application Number: 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and 21-052/S-004, S-005, S-006, S-007, S-008, S-009- Medical Review(s) |
| 1.1040 | | | | Table 26: Analysis of ACR20 with ITT population |
| 1.1041 | | | | PhRMA Code on Interactions with Healthcare Professionals |
| 1.1042 | MRK-ABX0050244 | MRK-ABX0050253 | | Labeling Review Acceptable? |
| 1.1043 | MRK-EAD0017788 | | | Merck & Co. Inc.-Code of Conduct for Clinical Trials |
| 1.1044 | MRK-ACC0009462 | | | Pharmaceutical Manufacturers Association-Code of Fair Practices in the Promotion of Drug Products |
| 1.1045 | MRK-AAR0019085 | MRK-AAR0019087 | | FDA Regulations Regarding Informed Consent (CFR Title 21, Part 50) |
| 1.1046 | MRK-AFL0008183 | | | Physicians Desk Reference-56th Edition 2005 |
| 1.1047 | | | | Physicians Desk Reference-55th Edition 2004 |
| 1.1048 | | | | Physicians Desk Reference-54th Edition 2003 |
| 1.1049 | | | | |

| | | | |
|---|---|---|---|
| 1.1050 | | | Physicians Desk Reference-53rd Edition 2002 |
| 1.1051 | | | Physicians Desk Reference-52nd Edition 2001 |
| 1.1052 | | | Physicians Desk Reference-51st Edition 2000 |
| 1.1053 | | | Physicians Desk Reference-50th Edition 1999 |
| 1.1054 | | | Physicians Desk Reference-49th Edition 1998 |
| 1.1055 | MRK-ABS0253358 | MRK-ABS0253367 | Informed Consent Document For Participation of a Subject in a Research Study |
| 1.1056 | MRK-ABS0200755 | MRK-ABS0200757 | Informed Consent |
| 1.1057 | MRK-ACL0003110 | MRK-ACL0003116 | Patient Information and Consent Form |
| 1.1058 | MRK-ABS0197651 | MRK-ABS0197659 | Consent Form |
| 1.1059 | MRK-AFN0016069 | MRK-AFN0016077 | Consent and Authorization Form |
| 1.1060 | MRK-ABS0190971 | MRK-ABS0190978 | Patient Informed Consent |
| 1.1061 | MRK-ABS0232091 | MRK-ABS0232098 | VA-Form 10-1086 |
| 1.1062 | MRK-AHB0000701 | MRK-AHB0000710 | Informed Consent |
| 1.1063 | MRK-ABS0253197 | MRK-ABS0253209 | Informed Consent to Participate in a Clinical Research Study |
| 1.1064 | MRK-ABS0197933 | | Addendum to the Consent Form |
| 1.1065 | MRK-ABS0236323 | MRK-ABS0236327 | Patient Informed Consent |
| 1.1066 | MRK-NJ0244665 | MRK-NJ0244672 | Patient Informed Consent |
| 1.1067 | MRK-ADM 0900000 | | El-Dada, Raid |
| 1.1068 | MRK-ACJ-0900000 | MRK-ACJ-0900001 | McKines, Charlotte |
| 1.1069 | MRK-ADJ-0900000 | MRK-ADJ-0900004 | Ogden, Tracy |
| 1.1070 | MRK-ACZ0026530 | MRK-ACZ0026533 | 5/1/1999 Vioxx Label for May 1999 |
| 1.1071 | MRK-LBL0000051 | MRK-LBL0000054 | 3/1/2001 Vioxx Label for March 2001 |
| 1.1072 | MRK-ABC0001578 | MRK-ABC0001599 | 7/3/1996 Phase III Osteoarthritis Clinical Development Strategy |
| 1.1073 | MRK-ACR0009148 | MRK-ACR0009149 | 4/7/2001 Vigor approvable letter |
| 1.1074 | MRK-ABS0415817 | | 5/14/2002 Memo from Eric Maller to Michelle Johnson regarding Summary results of protocol 136 |
| 1.1075 | MRK-ABS0430311 | MRK-ABS0430312 | 4/27/2002 E-mail from Thomas Simon to Eric Maller regarding unofficial results from 136 frozen file |
| 1.1076 | MRK-ABS0390466 | MRK-ABS0390468 | 10/14/2002 NDA 21-042 Vioxx Rofecoxib tablets prior approval supplement CSR 136 / moderate hepatic insufficiency update |
| 1.1077 | MRK-I8940011852 | MRK-I8940011857 | 6/3/1996 IND 46,894 / MK-0966 / (L-748,731) / response to FDA request |

# Irvin V. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.1078 | MRK-ABP0002463 | MRK-ABP0002474 | Clinical Development Oversight Committee - 11/5/97 [Finasteride hair loss androgenetic alopecia propecia Minoxidil coronary heart disease hypertriglyceridemia diabetes mellitus Losartan Acute Myocardial Infarction Ramipril periprosthetic osteolysis] |
| 1.1079 | MRK-AID0006346 | MRK-AID0006346 | 11/17/1997 Email from Peter Honig to Dennis Erb RE: Are you available to talk? |
| 1.1080 | MRK-AID0001493 | MRK-AID0001493 | 9/27/2004 Email from Diane Louie to Penny Marriott RE: VIOXX AD FDA Meeting |
| 1.1081 | MRK-AAO0000035 | MRK-AAO0000072 | 9/22/2004 Anti - inflammatory and analgesic TBG - 2000 profit plan |
| 1.1082 | MRK-AAO0000001 | MRK-AAO0000034 | 1/1/2000 Table of Contents / Environment / Issues / Objectives / Strategies / Strategic Initiatives / Financial Overview |
| 1.1083 | MRK-ACD0043165 | MRK-ACD0043215 | 9/21/1998 Vioxx Gastrointestinal Outcome Research (VIGOR) |
| 1.1084 | MRK-ABW0000581 | MRK-ABW0000607 | 2/8/2001 Arthritis Advisory Committee Meeting Presentation |
| 1.1085 | MRK-NJ0174804 | MRK-NJ0175048 | 2/8/2001 Transcript of the Arthritis Advisory Committee Meeting |
| 1.1086 | MRK-ABH0014143 | MRK-ABH0014166 | 5/12/1998 Memo from Suzanne Pemrick to Project Team Members regarding Project Team Minutes for May 12, 1998 |
| 1.1087 | | | Excerpts from the Merck Manual - 16th Edition |
| 1.1088 | MRK-GUE0003277 | MRK-GUE0003278 | 2/14/2000 Email from Thomas Capizzi to Deborah Shapiro regarding Anticipated CV events in a COX-2 megatrial |
| 1.1089 | MRK-GUE0009450 | | 3/9/2000 Email from Edward Scolnick to Deborah Shapiro regarding VIGOR results |
| 1.1090 | MRK-LAU0029881 | MRK-LAU0029882 | 3/16/2000 Email from Carmen Inos to Alise Reicin, et al. regarding PGI-M |
| 1.1091 | | | Excerpts from the Merck Manual - 17th Edition |
| 1.1092 | MRK-GUE0008582 | MRK-GUE0008583 | 4/22/1999 Email from Thomas Capizzi to Bruce Binkowitz et al regarding interaction between 044 and 045 |
| 1.1093 | | | 11/17/1998 New York Times Article - Basic Research is Losing Out as Celebrax |
| 1.1094 | MRK-ABH0016104 | | 10/8/1996 Companies Stress Results |
| 1.1095 | MRK-ABH0014364 | | 9/11/1999 Email from Peter Ernster to Edward Scolnick regarding Vioxx DTC |
| 1.1096 | MRK-ABH0017433 | MRK-ABH0017449 | 9/29/2004 Email from Beth Seidenberg to Edward Scolnick regarding Withdrawal |
| 1.1097 | MRK-ABI0011772 | MRK-ABI0011787 | 11/8/2001 Email from Edward Scolnick to Douglas Greene regarding Questions and Answers: VIOXX Voluntary Market |
| 1.1098 | MRK-AFJ0001537 | | History Lesson |
| 1.1099 | MRK-ABT0000639 | | 4/15/2000 Email from Alise Reicin to Edward Scolnick regarding Reports of possible vascular thrombotic events in patients receiving marketed-use rofecoxib |
| 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | Background Material for 4/18/00 VIOXX Outcomes Study Potential Designs |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.1101 | MRK-AAZ0001608 | MRK-AAZ0001609 | 5/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson |
| 1.1102 | | | | Wall Street Journal Article - When Its Patents Expired, Merck Didn't Merge -- It Found New Drugs by Gardiner Harris |
| 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | 1/10/2001 | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies |
| 1.1104 | MRK-NJ0030204 | | 10/9/2001 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH |
| 1.1105 | MRK-NJ0000717 | MRK-NJ0000718 | 10/18/1996 | MK-966 (COX2) Distribution List |
| 1.1106 | MRK-ABH0017814 | | 3/28/2000 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR |
| 1.1107 | MRK-ABH0002006 | | 6/21/2001 | Reicin email to Scolnick, re: Outcome Studies.ppt |
| 1.1108 | MRK-ACR0008978 | MRK-ACR0008980 | 1/21/2004 | Email from Edward Scolnick to Douglas Greene regarding Draft Letter to Dr. Fries |
| 1.1109 | MRK-AAF0001646 | MRK-AAF0001960 | 04/20/99 | FDA Review of NDA #21-042 |
| 1.1110 | | | | Extracts from P3.0021 - speaker:mrk0000005.mdb |
| 1.1111 | | | | Extracts from P3.0021 - H James Williams |
| 1.1112 | | | | Extracts from P3.0021 - M Michael Wolfe |
| 1.1113 | | | | Extracts from P3.0021 - Byron L. Cryer |
| 1.1114 | MRK-PUBLIC0001692 | | 02/18/05 | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 1.1115 | MRK-ACR0009150 | | 04/07/01 | ADVANTAGE CV events tables |
| 1.1116 | MRK-AFL0016809 | | 10/13/04 | Email from Jennifer Ng to Janet Van Adelsberg regarding VICTOR cv counts |
| 1.1117 | MRK-S0420051232 | MRK-S0420051330 | 03/15/05 | APPROVe Trial Cardiovascular Safety Report |
| 1.1118 | MRK-AGO0006667 | MRK-AGO0006697 | 02/11/02 | Email from H. Quan to ESMB Members regarding Safety Update for APPROVe |
| 1.1119 | MRK-AFF0000279 | MRK-AFF0000317 | 08/02/02 | Email from H. Quan to ESMB Members regarding Safety Update for APPROVe |
| 1.1120 | MRK-AFF0000233 | MRK-AFF0000278 | 11/20/02 | Email from H. Quan to ESMB Members regarding Safety Update for APPROVe |
| 1.1121 | MRK-AGO0007158 | MRK-AGO0007231 | 11/18/03 | Email from H. Quan to APPROVe ESMB Members regarding Safety Update for APPROVe |
| 1.1122 | MRK-AFF0000370 | MRK-AFF0000416 | 02/12/04 | Email from H. Quan to APPROVe ESMB Members regarding Safety Update for APPROVe |
| 1.1123 | MRK-I894009692 | MRK-I894009645 | | Protocol 201 (VIP) CSR |
| 1.1124 | | | | Letter from Jeffrey Melin to Dr. Egilman |
| 1.1125 | MRK-NJ01858636 | MRK-NJ01858764 | | Required Template for Franchise Presentations - Draft 3 |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1126 | MRK-AFO0007496 | MRK-AFO0007497 | 09/01/00 | Email from Douglas Watson to James Bolognese, et al. regarding COXIB CV DAP Issues for review w/ management |
| 1.1127 | MRK-NJ0363443 | MRK-NJ0363445 | | Issues for the COXIB Cardiovascular Combined Analysis and Planned Interim Pre VIGOR ACM "meta-analysis" |
| 1.1128 | MRK-EAD0004324 | | | Market Integration Team Approval Sheet |
| 1.1129 | MRK-AAR0010099 | MRK-AAR0010099 | | 3T99 REFOCUS FOR VIOXX |
| 1.1130 | | | 05/04/00 | Dear Doctor Letter from Jeffrey Melin |
| 1.1131 | MRK-ABW0000062 | MRK-ABW0000063 | 09/13/01 | MVX for Vioxx - DWA to USHH US fields sales force |
| 1.1132 | MRK-0042008087 | MRK-0042008117 | 06/29/00 | Excerpts from 6/29/00 sNDA |
| 1.1133 | MRK-N052004121 | MRK-N052004172 | 10/13/00 | Excerpts of 10/13/00 sNDA for VIGOR |
| 1.1134 | MRK-ACV0020261 | MRK-ACV0020263 | 05/14/01 | Merck Emphasizes Efficacy, Confirms Safety of Vioxx |
| 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 07/01/01 | US Long Range Operating Plan Frnachise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib |
| 1.1136 | MRK-AGV0019770 | MRK-AGV0019771 | 7/10/99 | Letter to Dr. Tindall from Gregory Geba regarding protocol no. 085-01 |
| 1.1137 | MRK-EAI0002572 | | 4/19/00 | Letter from Gregory Geba to Alisa Koch reagrding COX-2 Mediated Angiogenesis in Rheumatoid Arthritis |
| 1.1138 | MRK-ABS0209706 | MRK-ABS0209707 | 7/19/99 | Letter from Gregory Geba to Dear Dr. regarding MedWatch relating to the ADVANTAGE study |
| 1.1139 | | | | Extracts from FACTS - Dr. Gregory Lewer |
| 1.1140 | MRK-I8940078840 | | 5/4/04 | Letter to Brian Harvey from Diane Louie regarding IND 46,894 |
| 1.1141 | MRK-NJ0214478 | | 11/21/01 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design |
| 1.1142 | MRK-ABC0017482 | | 8/13/97 | Email from Alan Nies and Alise Reicin to Jim Bolognese, et al. regarding GI Outcomes Study |
| 1.1143 | MRK-ABH0014119 | MRK-ABH0014124 | 6/1/98 | Email from Errol McKinney to Edward Scolnick regarding Celebra submission within 2 mon ths - Schroders |
| 1.1144 | MRK-ACD0105492 | MRK-ACD0105815 | 6/20/00 | Clinical Study Report of Protocol 088/089 |
| 1.1145 | MRK-AAF0004250 | | 9/26/01 | Fax from Barbara Gould to Robert E Silverman regarding NDA 21-042 Vigor Study Information Request |
| 1.1146 | MRK-014201633565 | MRK-014201633567 | 10/1/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1147 | MRK-014201633624 | MRK-014201633625 | 10/5/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1148 | MRK-ACD0075588 | MRK-ACD0075589 | 9/7/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1149 | MRK-AAF0004013 | MRK-AAF0004014 | 6/14/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1150 | MRK-AAF0003997 | MRK-AAF0003998 | 6/6/01 | Fax from Sandra Folkendt to Robert Silver regarding NDA 21-042/S-007 |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.1151 | MRK-AAF0003986 | MRK-AAF0003988 | | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1152 | MRK-AAF0003975 | MRK-AAF0003976 | 5/21/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1153 | MRK-AAF0003926 | MRK-AAF0003927 | 4/30/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1154 | MRK-AAF0003775 | MRK-AAF0003776 | 3/15/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1155 | MRK-0142009069 | MRK-0142009070 | 3/8/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1156 | MRK-ACD0043569 | MRK-ACD0043574 | 3/2/01 | VIGOR Label Proposal |
| 1.1157 | MRK-0142009069 | MRK-0142009069 | 3/2/01 | NDA 21-042/S-007 Amendment to Supplemental New Drug Application |
| 1.1158 | MRK-0142003127 | MRK-0142003127 | 2/28/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 |
| 1.1159 | MRK-0142003126 | MRK-0142003126 | 2/20/01 | Letter for Lawrence Goldkind to Dr. Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 |
| 1.1160 | MRK-0142003713 | MRK-0142003715 | 2/27/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1161 | MRK-AAF0003697 | MRK-AAF0003698 | 2/16/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1162 | MRK-AAF0003431 | MRK-AAF0003432 | 2/6/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 & AAC 2/28/01 Meeting |
| 1.1163 | MRK-AAF0003433 | MRK-AAF0003434 | 2/6/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1164 | MRK-AAF0003414 | MRK-AAF0003415 | 2/1/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1165 | MRK-AAF0003351 | MRK-AAF0003352 | 1/29/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1166 | MRK-AAF0003308 | MRK-AAF0003310 | 1/19/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1167 | MRK-00420033160 | MRK-00420033163 | 12/20/00 | Attachment 1 to Preliminary Report of Serious Upper Gastrointestinal and Cardiovascular Events |
| 1.1168 | MRK-AAF0003171 | MRK-AAF0003172 | 12/21/00 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1169 | MRK-AAF0003162 | MRK-AAF0003163 | 12/20/00 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1170 | MRK-NJ0069724 | MRK-NJ0069726 | 11/27/00 | Fax from Sandra Folkendt to Robert Silver regarding requests for NDA 21-042/S-007 |
| 1.1171 | MRK-ACD0075588 | MRK-ACD0075589 | 9/7/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1172 | MRK-ABW0008489 | | 9/7/01 | Fax from Barbara Gould to Robert Silverman regarding NDA 21-042 S-007/012 |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1173 | MRK-AAF0004200 | | 8/31/01 | Fax from M.J. Wailing to Robert Silverman regarding NDA 21-042 |
| 1.1174 | MRK-AAF0004140 | MRK-AAF0004141 | 8/3/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 & Safety Update Report No. 3 |
| 1.1175 | MRK-AAF0004126 | MRK-AAF0004129 | 7/26/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 |
| 1.1176 | MRK-01420154504 | MRK-01420154506 | 7/20/01 | Letter from Robert Silverman to Jonca Bull regarding 21-042 & Revised Safety Update Report |
| 1.1177 | MRK-ACD0075472 | MRK-ACD0075473 | 7/13/01 | Fax from M.J. Wailing to Robert Silverman regarding NDA 21-042 and 21-052 |
| 1.1178 | MRK-AAF0003140 | | 12/5/00 | Fax from Sandra Folkendt to Robert Silverman regarding request for NDA 21-042/S-007 |
| 1.1179 | MRK-AAF0003094 | MRK-AAF0003098 | 10/27/00 | Letter from Robert Silverman to Jonca Bull regarding VIGOR |
| 1.1180 | MRK-ABH0001076 | MRK-ABH0001238 | 12/18/00 | FDA Arthritis Advisory Committee Background Package |
| 1.1181 | MRK-ABF0004419 | MRK-ABF0004444 | 11/10/00 | Memo from Maureen McNamara to Vioxx Project Team regarding the agenda for 11/13/00 Meeting |
| 1.1182 | MRK-NJ0265337 | MRK-NJ0265559 | 3/16/01 | Background material for Meeting |
| 1.1183 | MRK-NJ0017664 | MRK-NJ0017687 | 1/27/98 | Memo from Biggs Morrison to Beth Seidenberg, et al regarding Protocol 023 Manuscript |
| 1.1184 | MRK-NJ0017794 | MRK-NJ0017822 | 2/18/98 | Memo from Briggs Morrison to Alan Nies, et al regarding Manuscript for Protocol 023 |
| 1.1185 | MRK-ABY0096626 | | 1/22/99 | Letter from Bernard Chaitman to Douglas Watson regarding adjudication SOP review |
| 1.1186 | MRK-NJ0170152 | MRK-NJ0170511 | 6/15/00 | Clinical Study Report for Protocol 090 |
| 1.1187 | MRK-01420145846 | MRK-01420145855 | 7/12/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1188 | MRK-AAR0038744 | MRK-AAR0038848 | | Support/Limit Statements |
| 1.1189 | MRK-LBL0000039 | MRK-LBL0000042 | March '00 | Vioxx Label March 2000 |
| 1.1190 | MRK-NJ0315784 | MRK-NJ0315837 | 2/25/97 | MK-0966 GI Clinical Outcomes Study |
| 1.1191 | MRK-ABC0014231 | MRK-ABC0014242 | 2/11/98 | Guidance for Industry Clinical Development Programs for Frudgs, Decises and Biological Products Intended for the Treatment of Osteoarthritis |
| 1.1192 | MRK-ACD0071243 | MRK-ACD0071245 | 4/20/98 | Letter from Bonnie Goldman to Dockets Management Branch of the FDA regarding Guidance for Industry for Products Intended for the Treatment of Osteoarthritis |
| 1.1193 | | | 12/20/04 | NIH Press Release - Use of Non-Steroidal Anti-Inflammatory Drugs Suspended in Large Alzheimer's Disease Prevention Trial |
| 1.1194 | MRK-ADI0800000 | MRK-ADI0800045 | | Personnel File of Jan Weiner |
| 1.1195 | MRK-AAX0001974 | MRK-AAX0001976 | 5/22/00 | Memo from Dennis Erb to David Blois regarding VIGOR |
| 1.1196 | | | 7/12/05 | Cardiovascular Events Analysis Certification of Barry J. Gertz |

# Irvin v. Merck: Exhibit List

| # | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 1.1197 | MRK-NJ0190536 | MRK-NJ0190539 | | Trauma - Study 078 |
| 1.1198 | MRK-JRAA0000438 | MRK-JRAA0000451 | 6/1/00 | Memo from L. R. Mandel to Licensing Management Committee Members regarding the agenda for 3/30/00 meeting |
| 1.1199 | MRK-AEG0048904 | MRK-AEG0048905 | 10/26/00 | Email from Denis Riendeau to Kathleen Metters, et al. regarding PGE synthesis |
| 1.1200 | MRK-AEG0003240 | | 5/1/00 | Email from Robert Gould to Edward Scolnick, et al. regarding Lucchesi COX-2 |
| 1.1201 | MRK-0042027870 | MRK-0042027981 | 9/28/04 | NDA 21-042 VIGOR Safety Update Report |
| 1.1202 | | | 9/28/04 | Vioxx Tablets and Oral Suspension, SPC from the eMC |
| 1.1203 | | | | Vioxx Prescribing Information |
| 1.1204 | MRK-NJ0025145 | MRK-NJ0025254 | 4/26/00 | Board of Scientific Advisor Presentation |
| 1.1205 | MRK-AAP0000001 | MRK-AAP0000136 | 2/8/01 | FDA Arthritis Advisory Committee Presentation |
| 1.1206 | MRK-ACF0004015 | MRK-ACF0004017 | 1/29/01 | Email from Deborah Shapiro to Eliav Barr et al regarding Alzheimer study |
| 1.1207 | MRK-AFW0010388 | MRK-AFW0010389 | 4/5/01 | Summary of T I conference on deaths in Mk-0966 Alzheimer's and MCI studies |
| 1.1208 | MRK-AAK0000820 | MRK-AAK0000837 | 10/24/00 | Nichtberger patent |
| 1.1209 | MRK-NJ0274184 | MRK-NJ0274187 | 4/6/01 | Letter from Jonca Bull to Robert Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 |
| 1.1210 | MRK-0142016378 | MRK-0142016380 | 11/5/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1211 | MRK-0142016383 | MRK-0142016395 | | Tables - Listing of Deaths by Treatment group - Protocol 078 |
| 1.1212 | MRK-NJ0234690 | MRK-NJ0234720 | 6/15/01 | Memo from Dr. J. Cdohn to B. Gertz et al regarding VIGOR Safety Update Report (SURr) |
| 1.1213 | MRK-AFK0220071 | | 7/19/05 | Email from Janet van Adelsberg to Daniele Guarraggi regarding Final Vioxx Mortality Listing |
| 1.1214 | MRK-S0420050651 | | 2/2/05 | Fax from Barbara Gould to Philip Huan regarding NDA 21-042 Vioxx Alzheimer Data Request |
| 1.1215 | | | 11/1/04 | Zocor Tablet |
| 1.1216 | MRK-0042011608 | MRK-0042011748 | 2/16/05 | Excerpts for Arthritis Advisory Committee Meeting |
| 1.1217 | | | | Power and Sample size considerations in clinical trials - a simple review for practical clinical researchers by Guanghan Liu and Duane Snavely |
| 1.1218 | MRK-AJ0011749 | MRK-AJ0011766 | 9/1/03 | |
| 1.1219 | MRK-S0420111979 | MRK-S0420111985 | 5/3/05 | Memo of Type A Face to Face Meeting of NDA 21-042 |
| 1.1220 | MRK-AJ0001929 | MRK-AJ0002047 | 3/15/05 | Background Package for FDA Meeting on the Potential Reintroduction of vioxx to the US Market |
| 1.1221 | MRK-AAD0800018 | MRK-AAD0800019 | 11/19/99 | Year-End Employment Input Form for Alise Reicin |
| 1.1222 | MRK-AAD0800026 | MRK-AAD0800028 | 3/6/02 | Performance Planning Form for Alise Reicin |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1223 | MRK-AAD0800032 | MRK-AAD0800058 | 3/6/02 | Performance Review Form for Alise Reicin |
| 1.1224 | MRK-AAD0800033 | | 2/18/04 | Personal Performance Grid for Alise Reicin |
| 1.1225 | MRK-ABK0156786 | MRK-ABK0156808 | 4/20/01 | Email from Alise Reicin to Rhoda Sperling et al regarding Cardiovascular safety profile of rofecoxib |
| 1.1226 | MRK-AAD0800029 | MRK-AAD0800031 | | Year-End Employee Input Form for Alise Reicin |
| 1.1227 | MRK-AAD0800069 | MRK-AAD0800079 | | 2003 Year-End Review for Alise Reicin |
| 1.1228 | MRK-NJ0260898 | MRK-NJ0260901 | 6/29/00 | Letter from Dennis Erb to Central Document Room of the FDA regarding NDA 21-042 |
| 1.1229 | MRK-AAF0003685 | MRK-AAF0003686 | 2/14/01 | Fax from Sandra Folkendt to Robert Silverman regarding NDA 21-042/S-007 |
| 1.1230 | MRK-NJ0155849 | MRK-NJ0155851 | 4/6/01 | Letter from Jonca Bull to Robert Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 |
| 1.1231 | MRK-NJ0071320 | MRK-NJ0071332 | 7/5/00 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - VIGOR |
| 1.1232 | MRK-ABC0024527 | MRK-ABC0024532 | 8/30/00 | Memo from Alise Reicin to Alan Nies regarding response to NEJM |
| 1.1233 | MRK-NJ0245667 | MRK-NJ0245670 | | Letter from Claire Bombardier to Robert Steinbrook regarding Manuscript No. 00-1401 |
| 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | 7/12/01 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 |
| 1.1235 | MRK-ABC0049854 | MRK-ABC0049933 | 3/13/02 | Email from Carmen Inoa-Gonzalez to Alan Nies regarding final mc slides 3/11 |
| 1.1236 | MRK-AAX0008561 | MRK-AAX0008581 | 7/1/00 | Draft Vioxx Label |
| 1.1237 | MRK-ADL0044808 | MRK-ADL0044815 | 9/8/99 | Memo from Bret Musser to Jules Schwartz regarding Updated Preliminary Results for Acetaminophen and Indomethacin PGI-M Inhibition Study (Medical School Grant Study) |
| 1.1238 | MRK-AFK0232972 | MRK-AFK0233029 | | COX-2 FDA Advisory Committee Meeting 2005 Presentation |
| 1.1239 | MRK-AIY0076001 | MRK-AIY0076004 | 12/31/98 | Letter from Robert DeLap to Winifred Begley regarding NDA 20-998 |
| 1.1240 | MRK-AGO0077012 | MRK-AGO0077013 | 1/31/05 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper |
| 1.1241 | MRK-AFV0341521 | MRK-AFV0341552 | 8/29/2001 | VIGOR/RA SNDA Reviews: RA Statistical Reviews |
| 1.1242 | MRK-AFV0341553 | MRK-AFV0341573 | 3/23/01 | VIGOR/RA SNDA Reviews: VIGOR Statistical Review |
| 1.1243 | MRK-AFV0341574 | MRK-AFV0341594 | 12/10/01 | VIGOR/RA SNDA Reviews: Clinicial Pharmacology |
| 1.1244 | MRK-AFV0341595 | MRK-AFV0341731 | 12/20/01 | VIGOR/RA SNDA Reviews: RA Medical Reviews |
| 1.1245 | MRK-AFV0341732 | MRK-AFV0341794 | 7/21/01 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter |
| 1.1246 | MRK-AFV0341795 | MRK-AFV0341881 | 3/30/01 | VIGOR/RA SNDA Reviews: VIGOR SNDA Review 3/30/200 |
| 1.1247 | MRK-AFV0341882 | MRK-AFV0341939 | 6/29/00 | VIGOR/RA SNDA Reviews: VIGOR CSR Review |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1248 | MRK-AFV0341940 | MRK-AFV0341953 | 7/13/01 | VIGOR/RA SNDA Reviews: Clinical Data Review |
| 1.1249 | MRK-AAC0139936 | MRK-AAC0139937 | | Email from Christopher Lines to Eric Yuen regarding Vioxx |
| 1.1250 | MRK-ACJ0004568 | MRK-ACJ0004591 | 1/27/04 | Prot 078 Paper |
| 1.1251 | MRK-AFI0201399 | MRK-AFI0201399 | 8/26/2002 | 2003 Profit Plan for Vioxx |
| 1.1252 | MRK-AFI0201399 | MRK-AFI0201411 | 4/29/1999 | Email to Leonardo Mendez from Susan Baumgartner re: "problem" physicians list to neutralize |
| 1.1253 | MRK-AFI0045966 | MRK-AFI0201840 | 4/29/1999 | Actual List of Problem Physicians from Susan Baumgartner |
| 1.1254 | MRK-AFI0047953 | MRK-AFI0047953 | 11/9/1999 | Email from Susan Baumgartner to Thomas McCready checking up on the McMillan neutralization efforts. |
| 1.1255 | MRK-AFI0048262 | MRK-AFI0048263 | 5/24/2000 | Email from Gregory Bell to Reiss, Sandra Marie, El Dada, Riad H., Baumgartner and Gregory Bell re: Singh tells Belgians Vioxx isn't safe and they are going to get a warning CV. |
| 1.1256 | MRK-AFN0052502 | MRK-AFN0052523 | 6/6/2000 | Email To Susan Baumgartner from Daniel Hall re: Singh "scientifically accurate". |
| 1.1257 | MRK-NJ0200304 | MRK-NJ0200304 | No Date | NEJM Manuscript 05-0493; comments from reviewers approve manuscript. |
| 1.1258 | MRK-ABI0008659 | MRK-ABI0008683 | 8/1/2001 | Email from Ken Truitt to Barry Gertz re: "Kiddie Data", we need to say safe for children; helps in the market place. |
| 1.1259 | MRK-AFI0071884 | MRK-AFI0071884 | 7/12/2001 | US Long Range Operating Plan for Vioxx |
| 1.1260 | MRK-AFI0045078 | MRK-AFI0045078 | 8/16/2001 | Email from Susan Baumgartner to Tracy Mills re: review/opinions re: Mukherjee article from Jama |
| | | | 8/23/1999 | Email from Charlotte McKines to Susan Baumgartner re: putting Whelton on the "Bad Guys List". |
| 1.1261 | MRK-NJ0188420 | MRK-NJ0188421 | 1/11/2002 | Email/Fax to Roberts, Carmen, Laux, Kasperzik, Roer, Kornowski, Vignau, Reicin, Gartz, Lahner, Silverstein, Melin, Ritchie, Reavs, Wainwright, Weiner, Redmond, Stejbach, Jordan, Wamboid, Markle, Eisele, Ogden, Dunn, Lwicki from Fanelle re: heads up on Lancet; "I recommend we announce we are doing a prospective cardiovascular clinical outcome study for Vioxx." |
| 1.1262 | MRK-ADW0057100 | MRK-ADW0057101 | 9/28/2001 | Email from Dunn to Shaffer re: project offense; media reports, vioxx being pulled off market; vioxx extremely important to Merck. |
| 1.1263 | MRK-ADW0054047 | MRK-ADW0054079 | 1/11/2001 | Merck RBG Meetings, Who Wants to Be a Market Leader" Game by Jack Morton |
| 1.1264 | MRK-ADW0037556 | MRK-ADW0037557 | 2/8/2001 | MVX for Vioxx by Tyrone Edwards to All Hospital Personnell Resonsible for Vioxx re: FDA Advisory Committee Meetings; Sales reps were told that Naproxen is the explanation for Vigor. |
| 1.1265 | MRK-ADW0032898 | MRK-ADW0032901 | 5/23/2001 | Bulletin for Vioxx re: Response to New York Times Article |

# Irvin v. Merck: Exhibit List

| | | | |
|---|---|---|---|
| 1.1266 | MRK-ADW0024614 | MRK-ADW0024614 | 11/2/2001 | Email from Dunn to Brady re: Project Offense 1. New Data; 2. New Obstacles; 3. Memorize Answers; "I feel like I'm Selling Again". |
| 1.1267 | MRK-ADW0024602 | MRK-ADW0024605 | 11/1/2001 | Email from Dunn to Coppola re: New Crop of arthritis drugs under safety cloud; CV issues still a hot topic for sales reps in the field; "Topol keeps rearing his ugly head"; Reuters- blood clots, MI, heart attacks. |
| 1.1268 | MRK-ADW0022481 | MRK-ADW0022483 | 9/12/2001 | Memo from French to Vioxx Team attaching 2 page fax from Dunn re: pharmacist's letter dated 09/01 advocates more reasonable use of Vioxx. |
| 1.1269 | MRK-ADW0021924 | MRK-ADW0021928 | No Date | Bulletin for Vioxx re: Label Change for Vioxx GI Outcomes Research Study and RA Indication; Obstacle Responses and Vigor Backgrounder; How to avoid answering/Change the subject. |
| 1.1270 | MRK-ADW0007241 | MRK-ADW0007242 | 6/3/1999 | Field Incentive Plan for Vioxx; Caribbean cruise, $2,000.00 bonus |
| 1.1271 | MRK-ADW0000142 | MRK-ADW0000144 | 9/14/2001 | Email from Dunn, Roberts to Dixon re: Stand By Press Release |
| 1.1272 | MRK-ADG0027616 | MRK-ADG0027616 | 10/30/2001 | Email from Cannell to Coppola, Barker, Griffing, Dunn, Biegelsen, Brakewood, Alberti, Bourdow, Roberts re: CEO congratulates them on a project offense -----sales #'s up. |
| 1.1273 | MRK-ADG0002386 | MRK-ADG0002386 | 8/23/2001 | Email from Robinson to Dunn, Lindstrom, Cannell, Krahe, Herrera, Randall re: WE RBG CFT Feedback/Needs on JAMA Article; has raised CV warning issue for Vioxx, Managed Heath Care is concerned, Kaiser is recommending doctors don't use vioxx until safety is resolved. |
| 1.1274 | MRK-ACZ0038244 | MRK-ACZ0038248 | 2/8/2002 | Email from Miller to Albern, Barker, Biegelsen, Brem, Bourdow, Brakewood, Campbell, Cannell, Coppola, Dervishian, Dunn, El-Dada, Griffing, Guza, Hayword, Hisaw, LaMond, Laux, Lee, McKeever, Nunno, Payne, Pendleton, Posner, Roberts, Rode, Stanton, Vignau, Wentworth re: Merck Shares Poised to Rebound in 2002. "Vioxx Sales would fall dramatically if the label indicates slight increase in risk of heart attack". Operations Review A&A Franchise; shows sales of Vioxx dipping after NY Times reports on Vigor and after Mukherjee article in JAMA. Then "Project Offense" is launched w/CV card. |
| 1.1275 | MRK-ABK0043450 | MRK-ABK0043489 | 10/15/2001 | |
| 1.1276 | | | 5/22/2001 | Doubts Are Raised on the Safety of 2 Popular Arthritis Drugs by Melody Peterson; NY Times article. |

# Irvin v. Merck: Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1277 | MRK-EAD0001697 | MRK-EAD0001698 | 5/24/No Year | Voice mail message from Marty Carroll to Sales Reps re: "Press will consider results of Vigor in a Very Positive Light", MI rates are not statistically significant", "Are you as excited as I am?", "Help Doctors conclude {sales reps} are the most credible source for accurate, factual info re: Vioxx." |
| 1.1278 | MRK-AJF0000697 | MRK-AJF0000697 | | Email from Ryan to Carroll re: reduction of PI's (patient inserts) on Vioxx package will save $500,000.00 this year and 3.8 million the next. |
| 1.1279 | MRK-AJF0000460 | MRK-AJF0000462 | 8/2/2001 | Memo from Koerth to Sales Council re: Beauchard re: Sales Council for Primary Care re: Core Messages; Carroll is member. |
| 1.1280 | MRK-AJF0000237 | MRK-AJF0000241 | 7/19/2001 | Key Competitive Share Trend: Ridgewood; Key Message for Vioxx- Passion and belief in Vioxx, Obstacle in handling for questions re: CV risk, CV card data |
| 1.1281 | MRK-AJF0000235 | MRK-AJF0000236 | No Date | Email to Carroll from Hinckley re: 4 main components of Vioxx message. Nothing regarding CV risk. |
| 1.1282 | MRK-ABI0016540 | MRK-ABI0016540 | 6/20/2001 | Email from Carroll to Anstice, Dixon, Beachard re: Merck is in for fight of their lives for Vioxx because of safety conerns --patients are afraid, dr's are afraid, solicitation by lawyers - explained risk/merck never did/what are they telling patients. |
| 1.1283 | MRK-NJ0260083 | MRK-NJ0260087 | 7/9/2001 | Memo from Briggs Morrison to Beth Seidenberg, et al. re: 023 data |
| 1.1284 | MRK-ABY0199805 | MRK-ABY0199808 | 10/20/97 | Memo from Doug Watson to Distribution re: COX-2 Cardiovascular AE Task Force 12/3/97 Teleconference Minutes |
| 1.1285 | MRK-AGT0003181 | MRK-AGT0003195 | 12/4/97 | Preliminary Safety Data from Protocol 068, Part II (VIOXX RA dose-ranging study: 44-week continuation period) |
| 1.1286 | MRK-9942007643 | MRK-9942007647 | | Osteoarthritis of the Knee or Hip (Protocol 040) |
| 1.1287 | MRK-AEH0000806 | MRK-AEH0000811 | 3/16/99 | Memo from Elizabeth Wong to Denis Riendeau re: Rabbit Aorta Prostacyclin Study |
| 1.1288 | MRK-AFI0109360 | MRK-AFI0109362 | 3/11/01 | Winter Eicosanoid Conference 2001 Summary |
| 1.1289 | MRK-AHR0037447 | MRK-AHR0037476 | 2/13/02 | CSR Synopsis for Protocol 096 |
| 1.1290 | MRK-NJ0128190 | | 10/9/01 | E-mail from Ken Truitt to Greg Geba, et al. re: Confirmation of ASA User Status for Event Cases in Protocol 090 |
| 1.1291 | MRK-AHR0095395 | | 10/10/01 | E-mail from Carol Skalky to David Chang and Ken Truitt re: Confirmation of ASA User Status for Event Cases in Protocol 090 |
| 1.1292 | MRK-ACV0021006 | MRK-ACV0021008 | 5/5/00 | Memo from Linda Hostelley and Jack Leitmeyer to Eliav Barr; subject: Reference Memo: Unblinding of ADVANTAGE-Protocol 102 |