FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 18 P 3: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

### RE-NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) OF GREG GEBA

To:  Merck & Co., Inc.
    Through
    Phillip A. Wittman, Esq.
    Stone, Pigman
    546 Carondelet Street
    New Orleans, LA 70130-3588

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individual(s) on the date(s) and time(s) indicated below at **Hughes Hubbard & Reed, One Battery Park Plaza, New York, New York 10004,** or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures- The deposition shall be taken pursuant to Pre-Trial Order No. 9(Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

Videotaped Deposition:    Yes

The deposition will be taken before a person authorized by law to administer oaths, pursuant

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

to Fed. R. Civ.P. 28, and will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed.

>Deponent: Greg Geba
>Date: December 21, 2005
>Time: 9:00 a.m.
>Primary Examiners: A member of the PSC or its designee

RESPECTFULLY SUBMITTED, this the 16th day of November, 2005.

>Respectfully submitted,
>
>*[signature]*
>
>**Russ M. Herman (Bar No. 6819)**
>Leonard A. Davis (Bar No. 14190)
>Stephen J. Herman (Bar No. 23129)
>***Herman, Herman, Katz & Cotlar, LLP***
>820 O'Keefe Avenue
>New Orleans, LA 70113
>PH:   (504) 581-4892
>FAX: (504) 561-6024
>
>Temporary office:
>
>3411 Richmond Ave.
>Suite 460
>Houston, TX 77046
>PH:   (713) 877-1843
>FAX: (713) 871-9750
>**Plaintiffs' Liaison Counsel**

| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |

| | |
|---|---|
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on the below listed attorneys, as well as on Liaison Counsel, Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading thesame to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 16th day of November, 2005.

Theodore V. H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005