UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 18  P 3:41

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                          :   MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION :
                                                                :   SECTION: L
                                                                :
THIS DOCUMENT RELATES TO ALL CASES :   JUDGE FALLON
                                                                :   MAG. JUDGE KNOWLES

## AMENDED NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) OF ERIC TOPOL, M.D.

TO:   Merck & Co, Inc.
        Through
        Phillip A. Wittmann, Esq.
        STONE, PIGMAN
        546 Carondelet Street
        New Orleans, Louisiana 70130-3588
        LIAISON COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individuals on the dates and times indicated below at **the Intercontinental Hotel, 9801 Carnegie Ave., Cleveland, Ohio 44106, (210) 707-4100, in the Six Continents Room**, or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures - The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

     Videotaped Deposition:        Yes

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

W:\25000-29999\27115\000\PLD\AMENDED Notice of Deposition of Eric Topol MD 2005-11-17.doc

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

1. Deponent: **Eric Topol, M.D.**
   Date: **Tuesday, November 22, 2005**
   Time: **9:30 a.m. EST**
   Primary Examiner: **A Member of the PSC or its designee**

Accommodations have been made for parties who wish to participate in this deposition via the internet. Following are instructions on how to logon should you desire to participate in this manner (note: should you have any questions on the instructions or any problems with logging on, please contact Bryan Danilovich with Courtroom Connect at (bryan@courtroomconnect.com) or at 678-524-4561).

**LOGIN INFORMATION**

Your Remote Counsel video session has been scheduled. To view this event go to RemoteCounsel.com

Enter EVENT ID: CC169120

Event Password: 188895

This password can be shared with others, and charges will be incurred for all users who login using this password.

**EVENT INFORMATION**

Date: 11/22/2005

Time: 9:00AM ET

Event: Topol Deposition

Provider: Courtroom Connect

Contact: Bryan Danilovich

Phone: 678-524-4561

W:\25000-29999\27115\000\PLD\AMENDED Notice of Deposition of Eric Topol MD 2005-11-17.doc

**Note:** Those planning to log on to the deposition via the internet should ensure that they have QuickTime version 6.5 or greater. Firewalls will sometimes block streaming video and text traffic. Mr. Danilovich with Courtroom Connect will work with end user's IT staffs to ensure the proper firewall exceptions are configured so that the streams come through. If any person planning to attend via internet are using this system for the first time, it is strongly suggested that that person call Bryan Danilovich with Courtroom Connect at (bryan@courtroomconnect.com) or at 678-524-4561) before the deposition.

Respectfully submitted,

_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:  (504) 561-6024

Temporary address:
3411 Richmond Ave., Suite 460
Houston, TX  77046
PH:     (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |

| | |
|---|---|
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008)<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669) | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on the below listed counsel via electronic submission, facsimile and/or U.S. Mail, and on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 17th day of November, 2005:

Victoria L. Vance, Esq.
The Cleveland Clinic Foundation
1950 Richmond Road
Lyndhurst, OH 44124

**LEONARD A. DAVIS**