FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 18  PM 3: 56

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

### STIPULATION ON PARTIES' AGREEMENT
### NOT TO CALL CERTAIN FACT WITNESSES AT TRIAL

Plaintiff Evelyn Irvin Plunkett and Defendant Merck & Co., Inc., by and through their counsel, have agreed that neither party will call the following individuals at trial:

- Andrew Gunn, MD
- Cary N. Carter
- Michael Dietrich
- John C. Crick, MD
- James J. Conners, MD
- Felice Koscinski, MD
- Terrence Steiner, MD
- Representative of Blue Cross Blue Shield of Florida
- Representative of Health Options Northeast and/or First Group
- Records Custodian of Flagler Hospital
- Records Custodian of St. Johns Fire and Rescue Department
- Records Custodian of Walgreen Pharmacy (Vioxx prescription)
- Records Custodian of Wuesthoff Memorial Hospital
- Bobby Rouseau



____ Fee_____
____ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
Doc.No._____

      Richard "Dick" Irvin, Sr.
      Sarah Margaret Irvin
      Dr. Steven Dingfelder & Associates
      Records Custodian of Walgreen's Pharmacy (Ambien prescription)

Parties also stipulate to the foundational requirements to admissibility pertaining to the documents, medical records or medical bills from the above medical providers, medical examiner, pharmacies, businesses, fire and rescue departments and/or insurance providers.

| | |
|---|---|
| _____ | Respectfully submitted,<br><br>_____ |
| Jere Locke Beasley | Phillip A. Wittmann, 13625 |
| Andy D. Birchfield, Jr. | Dorothy H. Wimberly, 18509 |
| Paul J. Sizemore | STONE PIGMAN WALTHER |
| P. Leigh O'Dell | WITTMANN L.L.C. |
| BEASLEY, ALLEN, CROW, METHVIN, | 546 Carondelet Street |
| PORTIS & MILES, P.C. | New Orleans, Louisiana 70130 |
| P.O. Box 4160 | Phone: 504-581-3200 |
| 234 Commerce Street | Fax:   504-581-3361 |
| Montgomery, AL 36103-4160 | |
| (800) 898-2034 (telephone) | **Defendants' Liaison Counsel** |
| (334) 954-7555 (telecopier) | |
| | Philip S. Beck |
| | Adam L. Hoeflich |
| | Tarek Ismail |
| | BARTLIT,BECK,HERMAN, |
| | PALENCHAR |
| | & SCOTT LLP |
| | 54 West Hubbard Street, Suite 300 |
| | Chicago, Illinois  60601 |
| | Phone: 312-494-4400 |
| | Fax:   312-494-4440 |
| | |
| | And |
| | |
| | Douglas Marvin |
| | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| | Washington, D.C.  20005 |
| | Phone: 202-434-5000 |
| | Fax:   202-434-5029 |
| **Dated: November 1, 2005** | **Attorneys for Merck & Co., Inc.** |