

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* * * * * * * * * * * * * * * * *

### ORDER GRANTING DEFENDANT'S MOTION
### FOR LEAVE TO FILE DECLARATION OF DOROTHY H. WIMBERLY
### IN SUPPORT OF MERCK'S NOTICE OF ERRATA

Considering the foregoing defendant's Motion for Leave to File Declaration of Dorothy H. Wimberly in Support of Merck's Notice of Errata,

IT IS HEREBY ORDERED that said Declaration be filed.

1

791151v.1

In New Orleans, Louisiana this 21 day of Nov., 2005.

_____
UNITED STATES DISTRICT JUDGE

791151v.1