FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 21  AM 11: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## DECLARATION OF DOROTHY H. WIMBERLY
### IN SUPPORT OF NOTICE OF ERRATA

I, DOROTHY H. WIMBERLY, by way of declaration, say:

     1.     I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C.,

attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make

this declaration in support of the Notice of Errata, filed concurrently herewith. I have personal

knowledge to state that the following exhibit, which is attached to this declaration, is a true and

correct copy of the documents they purport to be.

Fee
Process
X Dktd
CtRmDep 291149v.1
Doc. No

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the following depositions:

- the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action;

- the August 26, 2005 deposition of Ashley Irvin, taken in connection with this action;

- the October 18, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action;

- the April 25, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with *Ernst v. Merck*, No. 19961*BH02 (Dist. Ct. Brazoria County Tex. filed May 24, 2002);

- the September 28, 2005 deposition of Daniel Pacetti, taken in connection with this action;

- the September 13, 2005 deposition of Evelyn Irvin Plunkett, taken in connection with this action;

- the July 13, 2005 deposition of Wayne A. Ray, Ph.D., taken in connection with *Humeston v. Merck*, No. 619 (N.J. Super. Ct. Law Div. filed August 19, 2003);

- the October 4, 2005 deposition of Allesha Schirmer, taken in connection with this action;

- the September 6, 2005 deposition of Christopher Schirmer, taken in connection with this action; and

791149v.1

- the September 29, 2005 deposition of John Weeks, taken in connection with this action.

Respectfully submitted,

Dorothy H. Wimberly
Attorney for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Dorothy H. Wimberly in Support of Notice of Errata has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 15th day of November, 2005.

791149v.1

• Errata

[1:1] - [1:25]        10/4/2005   Burton, Joseph - (Irvin-Plunkett)

```
page 1
1          IN THE UNITED STATES DISTRICT COURT
2             EASTERN DISTRICT OF LOUISIANA
3
4    In re:  VIOXX PRODUCTS
5    LITIGATION.
6
7    This document relates to
8    EVELYN IRVIN, as Personal
9    Representative of the
10   Estate of RICHARD IRVIN,
11   JR.,
12   Plaintiff,
13   vs.                           MDL DOCKET NO. 1657
14   MERCK & COMPANY, INC.
15   Defendant.
16   ~~~~~~~~~~~~~~~~~~~~~~~~~~
17            VIDEOTAPED DEPOSITION OF
18              JOSEPH BURTON, M.D.
19
20                  9:38 a.m.
21            Tuesday, October 4, 2005
22
23            13784 Highway 9 North
24              Alpharetta, Georgia
25   Anthony D. Lorenz, RMR-RDR, CRR; CCR-B-2022
```

[81:18] - [82:3]       10/4/2005   Burton, Joseph - (Irvin-Plunkett)

```
page 81
18       Q.   Have you seen any medical literature
19   to suggest that prostacyclin is not mediated
20   solely by COX2 in the vascular system?
21       A.   Yes.
22       Q.   That potentially is also mediated by
23   COX1?
24       A.   To some degree, yes.
25       Q.   And so a COX2 inhibitor such as
page 82
1    Vioxx, does not inhibit COX1 -- correct? -- by
2    definition?
3        A.   By definition.
```

[84:2] - [84:14]       10/4/2005   Burton, Joseph - (Irvin-Plunkett)

```
page 84
2        Q.   Well, then, let's talk about
3    clinical considerations.
4            Putting aside your view of the
5    controversy or not of the pharmacology of
6    this, would you agree, sir, that there is
7    controversy in regards to the clinical impact
8    of that pharmacological activity?
9        A.   Sure.  I'll agree with that.
10       Q.   Have you seen studies or medical
11   literature in which it is stated that Vioxx's
12   inhibition of COX2 does not have any adverse
13   clinical consequences for patients?
14       A.   Sure.
```

[84:10] - [84:14]       10/4/2005   Burton, Joseph - (Irvin-Plunkett)

```
page 84
10       Q.   Have you seen studies or medical
```



EXHIBIT
Blumberg No. 5119

• Errata

```
11  literature in which it is stated that Vioxx's
12  inhibition of COX2 does not have any adverse
13  clinical consequences for patients?
14       A.   Sure.
```

[302:1] - [303:25]          10/4/2005   Burton, Joseph - (Irvin-Plunkett)

```
page 302
1    STATE OF GEORGIA:
2    COUNTY OF FULTON:
3             I hereby certify that the foregoing
4    transcript was reported, as stated in the
5    caption, and the questions and answers
6    thereto were reduced to typewriting under my
7    direction; that the foregoing pages represent
8    a true, complete, and correct transcript of
9    the evidence given upon said hearing, and I
10   further certify that I am not of kin or
11   counsel to the parties in the case; am not
12   in the employ of counsel for any of said
13   parties; nor am I in any way interested in
14   the result of said case.
15
16
17
18
19
20
21
22
23
24
25
page 303
1             Disclosure Pursuant to Article
2    8(B) of the Rules and Regulations of the
3    Board of Court Reporting of the Judicial
4    Council of Georgia, I make the following
5    disclosure:
6             I am a Georgia Certified Court
7    Reporter, here as a representative of
8    Alexander Gallo & Associates, Inc., to report
9    the foregoing matter.  Alexander Gallo &
10   Associates, Inc., is not taking this
11   deposition under any contract that is
12   prohibited by O.C.G.A. 5-14-37 (a) and (b).
13            Alexander Gallo & Associates,
14   Inc., will be charging its usual and
15   customary rates for this transcript.
16
17
18
19            _____
20            ANTHONY D. LORENZ, CCR-B-2022
21
22
23
24
25
```

[1:1] - [1:25]          8/26/2005   Irvin, Ashley - (Irvin-Plunkett - pp. 1-165)

```
page 1
1              IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF PENNSYLVANIA
2                        MDL NO. 1657
                         SECTION L
3
```

• Errata

```
4
5    IN RE:  VIOXX
6    PRODUCTS LIABILITY LITIGATION
7    This relates to:
8    EVELYN IRVIN,
     as Personal Representative of
9    the Estate of RICHARD IRVIN, JR.,
10        Plaintiff,
11   -vs-
12   MERCK & CO, INC.,
13        Defendant.
14   _____/
15
16
17              DEPOSITION OF ASHLEY IRVIN
                   Friday, August 26, 2005
18                   10:00 a.m. - 2:15 p.m.
                 233 East Bay Street, 8th Floor
19                   Jacksonville, Florida
20
21
     Reported By:
22   Jane Harrison, CSR
     Notary Public, State of Florida
23   Esquire Deposition Services
     Jacksonville Office
24   Job No. 750629
     Phone - (904) 598-1044
25
```

[70:21] - [71:2]          8/26/2005   Irvin, Ashley - (Irvin-Plunkett - pp. 1-165)

```
page 70
21        Q       Do you know if your father ever went to the
22   emergency room?
23        A       Not to my knowledge.
24        Q       And we talked about hospitalizations.  Do
25   you know if your father ever had any surgeries or
page 71
1    outpatient surgeries?
2         A       I'm not exact, to my knowledge.
```

[164:1] - [164:24]        8/26/2005   Irvin, Ashley - (Irvin-Plunkett - pp. 1-165)

```
page 164
1    DATE:   09/07/05
2    IN RE:  Evelyn Irvin vs. Merck & Co.
     MDL NO.:  1657
3
4    ASHLEY IRVIN c/o
     J. Paul Sizemore, Esquire
5    Beasley, ALlen, Crow, Methvin
     Portis & Miles, P.C.
6    234 Commerce Street
     Montgomery, Alabama 36103
7
8         Please take notice that on the 26th day of August,
     2005, you gave your deposition in the above-referenced
9    matter.  At that time, you did not waive signature.  It
     is now necessary that you sign your deposition.
10
          As previously agreed to, the transcript will be
11   furnished to you through your counsel.  Please read the
     following instructions:
12
          At Page 161, you will find an errata sheet.  As you
13   read your deposition, any changes or corrections that
     you wish to make should be noted on the errata sheet,
```

• Errata

```
14  citing page and line number of said change.  DO NOT
    write on the transcript itself.  Once you have read the
15  transcript and noted any changes, be sure to sign and
    date the errata sheet and return these pages to us at
16  the address listed below.  You need not return the
        If you do not read and sign the deposition within a
18  reasonable time, the original, which has already been
    forwarded to the ordering attorney, may be filed with
19  the Clerk of the Court.  If you wish to waive your
    signature, sign your name in the blank at the bottom of
20  this letter and return it to us at the address listed
    below.
21
22                              Very truly yours,
23
                                Jane Harrison, CSR
24                              Esquire Deposition Services, LLC
```

[1:1] - [1:25]        4/25/2005   Lucchesi, Benedict (Ernst pp. 1-104)

```
page 1
1                     CAUSE NO. 19961*BH02
2
    CAROL A. ERNST, INDIVIDUALLY,
3   AND AS PERSONAL REPRESENTATIVE
    OF THE ESTAT AND HEIRS OF
4   ROBERT CHARLES ERNST, DECEASED;
    R. CHARLES ERNST; ANGELA F. ERNST
5
6                     Plaintiffs,
7
                              IN THE DISTRICT COURT OF
8   -VS-                      BRAZORIA COUNTY TEXAS
                              23RD JUDICAL DISTRICT
9
10  MERCK & CO., INC.,
    HARVEY RESNICK, M.D. &
11  R/D CLINICAL RESEARCH, INC.,
12
                      Defendants.
13  _____/
14
15              THE CONTINUED VIDEOTAPED DEPOSITION OF
16  BENEDICT LUCCHESI, M.D., Ph.D., F.A.H.A., was taken by
17  the Defendants at Campus Inn Hotel, 615 East Huron, Ann
18  Arbor, Michigan, commencing at or about the hour of 1:00
19  p.m., Monday, April 25, 2005, pursuant to the applicable
20  Court Rules.
21
22
23
24
25
```

[49:20] - [50:21]     4/25/2005   Lucchesi, Benedict (Ernst pp. 1-104)

```
page 49
20  Q    Now, going -- talking about arrhythmias, is LAD,
21       left anterior descending coronary artery, a common
22       location for arrhythmias that result in sudden
23       death?
24            MR. MEADOW:  Object to form.
25            THE WITNESS:  It is termed the artery of
page 50
1        death, or a less popular term is the widow maker.
2   BY MR. JOSEPHSON, CONTINUING:
```

• Errata

```
3   Q     And why is that?
4   A     Because it -- coronary artery disease usually
5         affects males, and if it involves the anterior
6         descending coronary artery they're more likely to
7         die suddenly, and they leave behind a wife and a
8         family.
9   Q     And that's why they have called it that term?
10  A     That's why they call it the widow maker.
11  Q     And is that -- for sudden death, is that the most
12        common artery where this arrhythmic death occurs?
13  A     It would be a major concern in a patient with
14        anterior descending coronary artery disease because
15        of the distribution of that vessel over the heart
16        and the structures that it supplies, these are
17        important structures with respect to conduction of
18        the electric impulse over the heart, and
19        disturbance of that electrical impulse, and the way
20        it spreads over the heart, can lead to lethal
21        arrhythmia.
```

[1:1] - [1:24]          10/18/2005  Lucchesi, Benedict (Irvin-Plunkett)

```
page 1
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4   In re:  VIOXX
5   PRODUCTS LIABILITY LITIGATION
6
7   This document relates to
8
9   EVELYN IRVIN PLUNKETT, As Personal
10  Representative of the Estate of RICHARD
11  IRVIN, JR.,
12              Plaintiff,
13      vs.                  MDL Docket No. 1657
14                           Section L
15                           JUDGE FALLON
16                           MAGISTRATE JUDGE KNOWLES
17  MERCK & CO., INC.,
18              Defendant,
19                                        /
20  PAGE 1 TO 341
21
22
23      THE DEPOSITION OF BENEDICT LUCCHESI, M.D., Ph.D.
24                    OCTOBER 18, 2005
```

[297:16] - [297:24]     10/18/2005  Lucchesi, Benedict (Irvin-Plunkett)

```
page 297
16      Q.   My question was not about Mr. Irvin.  It was
17  about -- it was a more general question.
18                   Would you agree that plaque rupture
19  leading to a blood clot in a coronary artery is a
20  common sequence for sudden cardiac death?
21      A.   Plaque rupture is one possibility, but just
22  the interference with a normal pattern of flow is
23  another possibility, so you need not have plaque
24  rupture.
```

[317:5] - [317:17]      10/18/2005  Lucchesi, Benedict (Irvin-Plunkett)

```
page 317
5       Q.   Is it fair, to answer my question, sir, that
6   you don't have a sufficient basis to opine one way or
7   another whether Vioxx contributed to the formation of
```

• Errata

```
8    plaque in Mr. Irvin?  Would that be a fair
9    characterization of your opinions?
10       A.    My opinion is that there's a possibility
11   that Vioxx or any COX-2 inhibitor, for that matter,
12   could have contributed to further development of that
13   plaque.  Now, I can say that and other people can
14   object.  They can't prove their point and I can't prove
15   my point other than to say the scientific literature
16   would support what I'm saying.  You reject the
17   scientific literature or you accept it, so ....
```

[321:20] - [321:23]          10/18/2005  Lucchesi, Benedict (Irvin-Plunkett)

```
page 321
20       Q.    You don't know whether or not Vioxx actually
21   contributed to the formation of plaque in Mr. Irvin.
22   Right?
23       A.    I have a high suspicion that it would.
```

[322:7] - [322:16]          10/18/2005  Lucchesi, Benedict (Irvin-Plunkett)

```
page 322
7                    You don't know one way or another
8    whether Vioxx contributed to the formation of plaque in
9    Mr. Irvin.  Right?
10       A.    I don't know one way or the other?  I just
11   said I have a high suspicion.
12       Q.    Well, what is the --
13               MR. SIZEMORE:  Let him answer the
14   question.
15       A.    I have a high suspicion that Vioxx had a
16   role in this event.
```

[340:1] - [340:25]          10/18/2005  Lucchesi, Benedict (Irvin-Plunkett)

```
page 340
1                    CERTIFICATE OF NOTARY
2
3    STATE OF MICHIGAN  )
4                      )  SS
5    COUNTY OF OAKLAND  )
6        I, Cynthia Ann Chyla, Certified Shorthand
7    Reporter, a Notary Public in and for the above county
8    and state, do hereby certify that the above deposition
9    was taken before me at the time and place hereinbefore
10   set forth; that the witness was by me first duly sworn
11   to testify to the truth, and nothing but the truth,
12   that the foregoing questions asked and answers made by
13   the witness were duly recorded by me stenographically
14   and reduced to computer transcription; that this is a
15   true, full and correct transcript of my stenographic
16   notes so taken; and that I am not related to, nor of
17   counsel to either party nor interested in the event of
18   this cause.
19
20
21                        _____
22                        Cynthia Ann Chyla, CSR-0092
23                        Notary Public,
24                        Oakland County, Michigan
25   My Commission expires:  05-12-2011
```

[1:1] - [1:25]          9/28/2005  Pacetti, Daniel - 09-28-05 (Irvin-Plunkett)

```
page 1
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
```

• Errata

```
 3
 4
 5   In re:  VIOXX
 6   PRODUCTS LIABILITY LITIGATION
 7
 8   MDL Docket No. 1657
 9   Section L
10   Judge Fallon
11
     EVELYN IRVIN,
12   as Personal Representative of the
     Estate of RICHARD IRVIN, JR.,
13
                  Plaintiff,
14
            vs.                    CASE NO:   205 CV 4046
15
     MERCK & COMPANY, INC.,
16
                  Defendant.
17   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
18              VIDEOTAPED DEPOSITION OF
19
20                  DANIEL PACETTI
21
                      9:40 a.m.
22              September 28, 2005
23
            1510 North Ponce de Leon, Suite A
24              St. Augustine, Florida 32084
25                  Allison B. Murray, RPR
```

[44:15] - [45:15]        9/28/2005   Pacetti, Daniel - 09-28-05 (Irvin-Plunkett)

```
page 44
15        Q.      Did Mr. Irvin say anything to you that
16   morning about how he was feeling?
17        A.      No, he was already dead when I found
18   him.
19        Q.      So when you got there at 7:10 did you
20   see Mr. Irvin?
21        A.      Yes.
22        Q.      Did you talk to him?
23        A.      No.
24        Q.      When you saw him where was he?
25        A.      Laying on the floor behind John Weeks's
page 45
 1   desk.
 2        Q.      Now, were you the first person to find
 3   him there?
 4        A.      There was a boy that walked in in front
 5   of me and he ran outside to call 911.
 6        Q.      And what did you do?
 7        A.      I kind of bent, knelt down and I thought
 8   he had gotten robbed because all of his money and
 9   credit cards were all over the floor, he used to
10   keep them in his front shirt pocket so I didn't want
11   to mess with anything.  I knew he was dead already
12   so I walked outside with that other guy and waited
13   on the police to get there.
14        Q.      Do you remember what time that was?
15        A.      About 7:10.
```

[69:1] - [69:24]        9/28/2005   Pacetti, Daniel - 09-28-05 (Irvin-Plunkett)

```
page 69
1              REPORTER'S DEPOSITION CERTIFICATE
2
```

• Errata

```
3    STATE OF FLORIDA)
4    COUNTY OF DUVAL )
5
6            I, Allison B. Murray, Registered
7    Professional Reporter, certify that I was authorized
8    to and did stenographically report the deposition of
9    DANIEL PACETTI; that a review of the transcript was
10   not requested; and that the transcript is a true and
11   complete record of my stenographic notes.
12
13           I further certify that I am not a
14   relative, employee, attorney, or counsel of any of
15   the parties, nor am I a relative or employee of any
16   of the parties' attorney or counsel connected with
17   the action, nor am I financially interested in the
18   action.
19
20           DATED this 30th day of September 2005.
21
22
23           _____
24                 Allison B. Murray, RPR
```

[:1] - [:25]

9/13/2005   Plunkett, Evelyn Irvin - (Irvin-Plunkett)

```
page
1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
2
     In re:  VIOXX®                    *
3                                      *   MDL Docket No. 1657
     PRODUCTS LIABILITY LITIGATION     *
4                                      *   SECTION L
     This document relates to          *
5                                      *   JUDGE FALLON
     EVELYN IRVIN,                     *
6    as Personal Representative        *   MAGISTRATE JUDGE
     of the Estate of                  *   KNOWLES
7    RICHARD IRVIN, JR.,               *
                                       *
8              Plaintiff,              *
                                       *
9    vs.                               *
                                       *
10   MERCK & CO., INC.,                *
                                       *
11             Defendant.              *
                                       *
12   _____ *
13           Deposition of EVELYN IRVIN PLUNKETT
14                Tuesday, September 13, 2005
                     9:36 a.m. - 12:06 p.m.
15
16
                       Terrell, Hogan
17                    233 E. Bay Street
                         8th Floor
18              Jacksonville, FL  32202
19
20
21
22   Reported By:
     Georgeanne Rodriguez, RPR
23   Notary Public, State of Florida
     Esquire Deposition Services
24   Jacksonville Office
     Phone - 877.598.1044
25           904.598.1044
```

**• Errata**

[45:23] - [46:7]         9/13/2005   Plunkett, Evelyn Irvin - (Irvin-Plunkett)

```
page 45
23       Q    To your knowledge, did any doctor recommend
24    that Mr. Irvin at any time submit to any form of
25    diagnostic testing?
page 46
1        A    Not that I'm aware of.
2        Q    To your knowledge, did Mr. Irvin ever have his
3    cholesterol checked?
4        A    Not that I know of, no.
5        Q    To your knowledge, did Mr. Irvin ever have his
6    blood pressure checked?
7        A    No.
```

[105:1] - [106:1]         9/13/2005   Plunkett, Evelyn Irvin - (Irvin-Plunkett)

```
page 105
1                    CERTIFICATE OF DEPOSITION TRANSCRIPT
2
3     STATE OF FLORIDA    )
4     COUNTY OF DUVAL     )
5
6               I, Georgeanne Rodriguez, Registered
      Professional Reporter and Notary Public in and for the
7     State of Florida at Large, do hereby certify that the
      aforementioned witness was by me first duly sworn to
8     testify to the whole truth; that I was authorized to and
      did report said deposition in stenotype; and that the
9     foregoing pages, numbered 1 through 105, inclusive, are
      a true and correct transcription of my shorthand notes
10    of said deposition.
11              I further certify that said deposition was
      taken at the time and place hereinabove set forth and
12    that the taking of said deposition was commenced and
      completed as hereinabove set out.
13
                I further certify that I am not a relative,
14    employee, attorney, or counsel of any of the parties,
      nor am I a relative or employee of any of the parties'
15    attorney or counsel connected with the action, nor am I
      financially interested in the action.
16
                The foregoing certification of this transcript
17    does not apply to any reproduction of the same by any
      means unless under the direct control and/or direction
18    of the certifying reporter.
19
20              IN WITNESS WHEREOF, I have hereunto set my
      hand this 15th day of September 2005.
21
22                              _____
                                Georgeanne Rodriguez, RPR,
23                              Notary Public - State of Florida
                                My Commission No. DD108397
24                              Expires:  June 27, 2006
25
page 106
1                  E R R A T A   S H E E T
```

[1:1] - [1:25]         7/13/2005   Ray, Wayne - 07-13-05 (Humeston)

```
page 1
1                    SUPERIOR COURT OF NEW JERSEY
                     LAW DIVISION:   ATLANTIC COUNTY
2
                     DOCKET NO: ATL-L-2272-03 MT
3
```

• Errata

```
 4
 5     -----------------------------X
       FREDERICK HUMESTON, et al.
 6
 7               Plaintiffs,
 8           vs.                              .
                                    VIOXX LITIGATION
 9
       MERCK & CO., INC.,
10
               Defendants.
11                                  CASE CODE NO. 619
       AND
12
       IN RE: VIOXX LITIGATION
13     -----------------------------X
14
15
16         Deposition of WAYNE A. RAY, Ph.D., taken
17     on behalf of the Defendants, pursuant to the
18     stipulations agreed to herein, before Steve S.
19     Huseby, Registered Professional Reporter and
20     Notary Public, at 3200 West End Avenue, Suite
21     500, Nashville, Tennessee, on the 13th day of
22     July, 2005, commencing at 9:40 a.m.
23
24
25
```

[113:9] - [114:7]          7/13/2005   Ray, Wayne - 07-13-05 (Humeston)

```
page 113
 9        Q.   Just for clarification, Dr. Ray and I
10     have just been discussing an article whose
11     lead author is David Graham, entitled Risk of
12     Acute Myocardial Infarction and Sudden Cardiac
13     Death in Patients Treated With Cyclo-oxygenase
14     2 Selective and Non-selective Non-steroidal
15     Anti-inflammatory Drugs: Nested case-control
16     study, published in the Lancet.
17        Doctor, if I could move you down the page
18     on page nine of your report, which is marked
19     as Exhibit 6.  You begin at the bottom of the
20     page what you refer to as leading candidate
21     mechanisms by which -- I'm sorry, withdrawn.
22        You refer to pharmacologic mechanisms by
23     which rofecoxib in your view increases the
24     risk of coronary heart disease.  My question
25     is why in your report do you discuss these
page 114
 1     potential mechanisms, how does it fit in to
 2     your opinions?
 3        A.   Well, I don't plan to offer opinions
 4     on the pharmacologic properties, but this
 5     report is akin to a paper that I might write
 6     in my everyday work as a
 7     pharmacoepidemiologist, and it's customary to
```

[252:1] - [252:25]          7/13/2005   Ray, Wayne - 07-13-05 (Humeston)

```
page 252
 1               CERTIFICATE OF REPORTER
 2
       STATE OF TENNESSEE
 3
 4
 5        I, Steve S. Huseby, the officer before
 6     whom the foregoing deposition was taken, do
```

• Errata

```
 7    hereby certify that the witness whose
 8    testimony appears in the foregoing deposition
 9    was duly sworn by me; that the testimony of
10    said witness was taken by me to the best of my
11    ability and thereafter reduced to typewriting
12    under my direction; that I am neither counsel
13    for, related to, nor employed by any of the
14    parties to the action in which this deposition
15    was taken, and further that I am not a
16    relative or employee of any attorney or
17    counsel employed by the parties thereto, nor
18    financially or otherwise interested in the
19    outcome of the action.
20
21    _____
22                 STEVE S. HUSEBY
23                 Registered Professional Reporter
24
25
```

[1:1] - [1:25]        10/4/2005    Schirmer, Allesha - (Irvin-Plunkett)

```
page 1
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                     MDL DOCKET NO. 1657
 3
 4    IN RE:  VIOXX
 5    PRODUCTS LIABILITY LITIGATION
 6    This document relates to
 7    EVELYN IRVIN, as Personal
      Representative of the Estate of
 8    RICHARD IRVIN, JR.,
 9                    Plaintiff,
      vs.
10
      MERCK & CO., INC.,
11
                    Defendant,
12    _____/
13
14
15
16         VIDEOTAPED DEPOSITION OF ALLESHA SCHIRMER
17
18
19              TUESDAY, OCTOBER 4TH, 2005
           515 EAST LAS OLAS BOULEVARD, SUITE 1300
20               FORT LAUDERDALE, FLORIDA
                   9:55 a.m. - 12:10 p.m.
21
22
      STENOGRAPHICALLY REPORTED BY:
23    VALERIE LEHTO, REGISTERED PROFESSIONAL REPORTER
      NOTARY PUBLIC, STATE OF FLORIDA
24    ESQUIRE DEPOSITION SERVICES
      FORT LAUDERDALE OFFICE
25
```

[37:4] - [37:12]        10/4/2005    Schirmer, Allesha - (Irvin-Plunkett)

```
page 37
 4         Q.    And why didn't you recommend that your
 5    mother get a stress test?
 6         A.    Because being a male is a risk factor for
 7    cardiovascular disease and at that age my mom was not
 8    at risk.
```

• Errata

```
9          Q.    So you recommended that your father get the
10   stress test because being male is a risk factor for
11   cardiovascular disease?
12         A.    Correct.
```

[1:1] - [1:27]          9/6/2005     Schirmer, Christopher - (Irvin-Plunkett)

```
page 1
1                                    IN THE UNITED STATES DISTRICT COURT
                                     EASTERN DISTRICT OF LOUISIANA
2
3           IN RE: VIOXX«
4           PRODUCTS LIABILITY LITIGATION
5           This document relates to
6           EVELYN IRVIN,
            as Personal Representative
7           of the Estate of
            RICHARD IRVIN, JR.,
8
                             Plaintiff,
9
                     vs.              CASE NO.  MDL DOCKET NO. 1657
10                                              SECTION L - JUDGE FALLON
                                                MAGISTRATE JUDGE KNOWLES
11
            MERCK & CO., INC.,
12
                             Defendant.
13          ----------------------------X
14               TAKEN AT:  Law Office of Bunnell & Woulfe
                            One Financial Plaza, 9th Floor
15                          Fort Lauderdale, Florida  33394
16                  TAKEN ON:  September 6, 2005
                        TIME:  1:34 o'clock p.m.
17
18
19
                             - - - - - - -
20
                             VIDEOTAPED DEPOSITION
21
                                    OF
22
                             CHRISTOPHER SCHIRMER, M.D.
23
24          REPORTED BY: Ellen J. Fehr, R.P.R.
            Notary Public, State of Florida
25          Fort Lauderdale Division
            W/O 753529
26
                        ESQUIRE DEPOSITION SERVICES,   (954) 331-4400
27
```

[51:15] - [52:1]          9/6/2005     Schirmer, Christopher - (Irvin-Plunkett)

```
page 51
15         Q    Did you phone in this prescription yourself?
16         A    Yes.
17         Q    Did you speak to Mr. Irvin after April 9th and
18   prior to April 15th?
19         A    Yes.
20         Q    On how many occasions?
21         A    I believe once.
22         Q    Did you see him in person or was it over the
23   phone?
24         A    I believe it was over the phone.
25         Q    Did he initiate -- I'm sorry.
page 52
```

• Errata

1        A    I'm going to retract that.

[98:1] - [99:25]        9/6/2005    Schirmer, Christopher - (Irvin-Plunkett)

```
page 98
1                           CERTIFICATE
2    STATE OF FLORIDA    )
                         ) SS.
3    COUNTY OF BROWARD   )
4         I, ELLEN J. FEHR, RPR, do hereby certify that
     pursuant to Notice of Taking Deposition in the
5    above-styled cause, that I was authorized to and did
     stenographically report the foregoing deposition as
6    hereinabove shown, and the testimony of said witness was
     reduced to computer transcription under my personal
7    supervision.
8         I further certify that the said deposition was
     taken at the time and place specified hereinabove, and
9    that I am neither of counsel nor solicitor to either of
     the parties in said suit nor interested in the event of
10   the cause.
11        I further certify that I have delivered the
     original copy of said deposition to Tarek Ismail,
12   Esquire, to be retained by him pending further order of
     the court.
13
          WITNESS my hand and official seal in the City of
14   Fort Lauderdale, County of Broward, State of Florida,
     this 8th day of September, 2005.
15
16
17
18
19
     _____
20   ELLEN J. FEHR, RPR.
21
22
23
24
25
page 99
1                   C E R T I F I C A T E
2
     STATE OF FLORIDA)
3
     COUNTY OF BROWARD)
4
5         I hereby certify I have read the
6    foregoing deposition by me given, and the
7    statements contained herein are true and correct
8    to the best of my knowledge and belief, with the
9    exception of any corrections or notations made on
10   the errata sheet, if one was executed.
11
12
     Dated this___ day of _____, 2005.
13
14
15
16
17   _____
              CHRISTOPHER SCHIRMER, M.D.
18
19
20
21
22
```

• Errata

.

```
23
24              ESQUIRE DEPOSITION SERVICES,   (954) 331-4400
25
```

[1:1] - [1:25]          9/29/2005   Weeks, John - (Irvin-Plunkett)

```
page 1
1               UNITED STATES DISTRICT COURT
2               EASTERN DISTRICT OF LOUISIANA
3                  CASE NO:   205 CV 4046
4
5    In re:  VIOXX
6    PRODUCTS LIABILITY LITIGATION
7
8    MDL Docket No. 1657
9    Section L
10   Judge Fallon
11
     EVELYN IRVIN,
12   as Personal Representative of the
     Estate of RICHARD IRVIN, JR.,
13
             Plaintiff,
14        vs.
15   MERCK & COMPANY, INC.,
16           Defendant.
17   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
18              VIDEOTAPED DEPOSITION OF
19
20                  JOHN WEEKS
21
             9:33 a.m. through 10:59 a.m.
22           Thursday, September 29, 2005
23
             1510 North Ponce de Leon, Suite A
24              St. Augustine, Florida 32084
25                  Allison B. Murray, RPR
```

[64:9] - [64:22]        9/29/2005   Weeks, John - (Irvin-Plunkett)

```
page 64
9         Q.     Mr. Weeks, when you spoke to Mr. Irvin
10   on the morning of May 15th, 2001, did he tell you he
11   wasn't feeling well?
12        A.     You know, I -- I don't know if he told
13   me he wasn't feeling well or he felt funny.  But I
14   distinctly remember him saying, I'm going to go to
15   the bathroom, I'll call you back in a few minutes.
16   Because he was -- it's funny, my brother knows him,
17   but my brother and I were sitting there, of course,
18   it's on a walkie-talkie so -- and we were talking
19   and I don't know if he told me he didn't feel well
20   or -- I don't know exactly but I got some
21   inclination that he didn't feel well.  I don't know
22   exactly what was said, though.
```

[71:1] - [71:25]        9/29/2005   Weeks, John - (Irvin-Plunkett)

```
page 71
1               REPORTER'S DEPOSITION CERTIFICATE
2
3    STATE OF FLORIDA)
4                    )
5    COUNTY OF DUVAL )
6
7               I, Allison B. Murray, Registered
8    Professional Reporter, certify that I was authorized
```

• Errata

```
 9    to and did stenographically report the deposition of
10    JOHN WEEKS; that a review of the transcript was not
11    requested; and that the transcript is a true and
12    complete record of my stenographic notes.
13
14                I further certify that I am not a
15    relative, employee, attorney, or counsel of any of
16    the parties, nor am I a relative or employee of any
17    of the parties' attorney or counsel connected with
18    the action, nor am I financially interested in the
19    action.
20                DATED this 3rd day of October 2005.
21
22
23
24               _____
25               Allison B. Murray, RPR
```