

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 16 PM 4:49
LORETTA G. WHYTE
CLERK

Joseph R. Alexander, Jr., SBN 00995150
Richard Warren Mithoff, SBN 14228500
MITHOFF LAW FIRM
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122; Fax (713) 739-8085
email: jalexander@mithofflaw.com; jorihuela@mithofflaw.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

EDLA No. 2:05-CV-1152; Cause No. H-04-4559; *Rasco, et. al., v. Merck & Co., Inc.*; The United States District Court, Southern District of Texas, Houston Division.



___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____

## MOTION TO WITHDRAW AS ATTORNEYS
## FOR PLAINTIFFS GARY BATTAGLIA AND DEBBIE BATTAGLIA ONLY

COME NOW RICHARD WARREN MITHOFF and JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm attorneys of record for Plaintiffs GARY BATTAGLIA and DEBBIE BATTAGLIA, Individually and as Next Friends of GIANA BATTAGLIA and ANTHONY BATTAGLIA, Minors, (hereinafter "BATTAGLIA") in the above-entitled and numbered cause, and respectfully request the Court to permit them to withdraw as attorneys of record for Plaintiffs BATTAGLIA, ONLY, and would show this Honorable Court the following:

### I.

RICHARD WARREN MITHOFF and JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm seek to withdraw from the above case only with respect to Plaintiffs BATTAGLIA for good cause. A conflict has developed which would prevent further representation of Plaintiffs BATTAGLIA by these attorneys. Plaintiffs' counsel are seeking to withdraw representation of Plaintiffs BATTAGLIA pursuant to the Professional Rules of Disciplinary Conduct, Rules 1.15 (b)(1), (b)(4), and (b)(7). These attorneys are unable to continue their representation of Plaintiffs BATTAGLIA at this time for reasons that have been fully explained to these Plaintiffs.

### II.

Plaintiffs BATTAGLIA have received a copy of this Motion and are unopposed to this motion. Plaintiffs BATTAGLIA have been advised, in writing and/or by telephone, of their right to object to the Motion, and in the event of an objection, attend a hearing on this

2

Motion, which will be set by this Court.

### III.

This case is not currently set for trial, and a Docket Control Order has not yet been entered into at this time. All deadlines have been satisfied, and there are no upcoming current deadlines or settings.

### IV.

Plaintiffs' counsel have been unable to assist Plaintiffs BATTAGLIA in finding alternate counsel and request that Plaintiffs BATTAGLIA be added to the list of pro se claimants. Plaintiffs BATTAGLIA have been advise of and are unopposed to this course of action.

### V.

This motion is not for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm pray that their motion be granted and for such other relief to which they may show themselves justly entitled.

Respectfully submitted,

MITHOFF LAW FIRM

_____
RICHARD WARREN MITHOFF  /Joseph R. Alexander, Jr./HLS
State Bar No. 14228500
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

I, Joseph R. Alexander, Jr., Plaintiffs' counsel herein, certify that I have conferred with opposing counsel. They have advised me that they are unopposed.

_____
Joseph R. Alexander, Jr.

4

## CERTIFICATE OF LAST KNOWN ADDRESS

I, Joseph R. Alexander, Jr., Plaintiffs' counsel herein, certify that the following is the current last known address and telephone number for Plaintiffs Gary Battaglia and Debbie Battaglia:

Mr. Gary Battaglia and Mrs. Debbie Battaglia
20114 Indigo Lake Drive
Magnolia, TX  77355
(281) 259-7782

_____
Joseph R. Alexander, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record for Merck & Co., Inc., Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel and Plaintiffs Gary Battaglia and Debbie Battaglia by certified mail, return receipt requested, and/or hand delivery, and/or by fax transmission, this 15th day of November 2005.

_____
Joseph R. Alexander, Jr.

## Attorney's Statement Regarding Withdrawal As Counsel

Having met with Gary Battaglia and Debbie Battaglia on October 7, 2005, to review their file for their claim regarding Gary Battaglia's use of the prescription drug Vioxx, Gary Battaglia and Debbie Battaglia have authorized the law offices of Mithoff Law Firm and Jacks Law Firm to withdraw from their representation in Eastern District of Louisiana Cause No. 2:05-CV-1152; Southern District of Texas Cause No. H-04-4559.

Dated this 15th day of November 2005.

_____
Joseph R. Alexander, Jr.