FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 21  AM 11: 24

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

EDLA No. 2:05-CV-1152; Cause No. H-04-4559; *Rasco, et. al., v. Merck & Co., Inc.*; The United States District Court, Southern District of Texas, Houston Division.

### ORDER

On this day came on to be heard the Motion to Withdraw as Attorneys for Plaintiffs GARY BATTAGLIA and DEBBIE BATTAGLIA, Individually and as Next Friends of GIANA BATTAGLIA and ANTHONY BATTAGLIA, Minors, ONLY, and the Court, after consideration of the motion and all other matters of record, is of the opinion that such motion should be granted and that good cause exists to grant such motion.

It is, therefore ORDERED, ADJUDGED and DECREED that RICHARD WARREN MITHOFF and JOSEPH R. ALEXANDER, JR., and the law firm of MITHOFF LAW FIRM should be and are hereby given leave to withdraw and are withdrawn as attorneys of record for Plaintiffs GARY BATTAGLIA and DEBBIE BATTAGLIA, Individually and as Next Friends of GIANA BATTAGLIA and ANTHONY BATTAGLIA, Minors, ONLY, in the above-entitled and numbered cause, and the foregoing motion is, accordingly, GRANTED.

The Clerk is hereby directed to send all further notices regarding this cause of action regarding Plaintiffs GARY BATTAGLIA and DEBBIE BATTAGLIA, Individually and as Next Friends of GIANA BATTAGLIA and ANTHONY BATTAGLIA, Minors, <u>ONLY</u>, to the Plaintiff at their last known address:

> **Mr. Gary Battaglia and Mrs. Debbie Battaglia**
> **20114 Indigo Lake Drive**
> **Magnolia, TX  77355**
> **(281) 259-7782**

SIGNED this 01 day of Nov., 2005.

_____
JUDGE PRESIDING