UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON |
| Bettye J. Magee, et al. v. Merck & Co., Inc., et al.,<br>E.D. Louisiana, C.A. No. 2:05-494<br>(S.D. Mississippi, C.A. No. 2:03-249) | |

## UNOPPOSED MOTION OF DISMISSAL

COMES NOW, Cooper McIntosh, M.D. and Susan Gunn, M.D., by and through counsel, and hereby files this, their Unopposed Motion to Dismiss, and would respectfully show unto the Court the following:

1.

Defendant Susan Gunn, M.D., was sued by Plaintiff Melissa Sykes and Plaintiff Velma Hall, alleging that she had negligently prescribed Vioxx to them.

2.

Defendant Cooper McIntosh, M.D., was sued by Plaintiff William Buck for negligently prescribing Vioxx to him.

3.

Counsel for Defendants Gunn and McIntosh have discussed this matter with counsel for the Plaintiffs, who does not object to the dismissal of Drs. McIntosh and Gunn from this cause of action.

4.

Defendants Gunn and McIntosh have attached Agreed Orders of Dismissal, dismissing them from the above referenced matter with Prejudice. These agreed orders have been signed by counsel for the Plaintiffs and Defendants Gunn and McIntosh.

5.

WHEREFORE, premises considered, Defendants Susan Gunn, M.D. and Cooper McIntosh, M.D. respectfully request that this honorable Court execute the attached Agreed Orders of Dismissal, fully and finally dismissing Defendants Gunn and McIntosh from this cause of action. Further, Defendants Gunn and McIntosh request any further relief the Court may find warranted in these premises.

THIS, the 30th of August, 2005.

Respectfully submitted,

SUSAN GUNN, M.D.
COOPER MCINTOSH, M.D.

Hickman, Goza & Spragins, PLLC
1305 Madison Ave.
P. O. Drawer 668
Oxford, MS 38655

/S. KIRK MILAM, MSB #99637

## CERTIFICATE OF SERVICE

I, S. Kirk Milam, of Hickman, Goza & Spragins, do hereby certify that I have this day mailed by United States Mail, postage pre-paid, a true and correct copy of the above and foregoing to:

Brian Herrington, Esq.
Brian Herrington, P.A.
1520 N. State St.
Jackson, MS 39202-1645

Anita Modak-Truran, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39205-2567

THIS, the 30th day of August, 2005.

_____
S. KIRK MILAM

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bettye J. Magee, et al. v. Merck & Co., Inc., et al., E.D. Louisiana, C.A. No. 2:05-494
(S.D. Mississippi, C.A. No. 2:03-249)

## AGREED ORDER OF DISMISSAL

Upon consideration of the Agreement of Plaintiff and Defendants' *Ore Tenus* Motion for Voluntary Dismissal of Susan Gunn, M.D., it is hereby ORDERED that this case be and is hereby DISMISSED as to Susan Gunn, M.D. without prejudice, each party to bear their own costs.

This the _21_ day of _____Nov._____, 2005.

_____
DISTRICT COURT JUDGE

APPROVED BY:

_____
Bryan Herrington, Esq.
Counsel for the Plaintiffs

_____
S. Kirk Milam, Esq.
Attorney for Defendant Susan Gunn, M.D.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bettye J. Magee, et al. v. Merck & Co., Inc., et al., E.D. Louisiana, C.A. No. 2:05-494
(S.D. Mississippi, C.A. No. 2:03-249)

### AGREED ORDER OF DISMISSAL

Upon consideration of the Agreement of Plaintiff and Defendants' *Ore Tenus* Motion for Voluntary Dismissal of Cooper McIntosh, M.D., it is hereby ORDERED that this case be and is hereby DISMISSED as to Cooper McIntosh, M.D. without prejudice, each party to bear their own costs.

This the 21 day of November, 2005.

_____
DISTRICT COURT JUDGE

APPROVED BY:

_____
Bryan Herrington, Esq.
Counsel for the Plaintiffs

_____
S. Kirk Milam, Esq.
Attorney for Defendant Cooper McIntosh, M.D.