UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to *James B. Smith,* | * | JUDGE FALLON |
| *Individually and as Executor of the Estate of* | * | |
| *Marilyn E. Smith, Deceased v. Merck & Co.,* | * | |
| *Inc.* (E.D. La. Case No. 2:05-cv-2911) | * | MAG. JUDGE KNOWLES |

************************************************************************

## MOTION FOR LEAVE TO AMEND COMPLAINT and JURY DEMAND

COMES NOW, the above-named Plaintiff, by and through the undersigned attorneys at law, and pursuant to Federal Rule of Civil Procedure 15A, and for his cause of action against the Defendant, Merck & Company, Inc., states and shows the Court as follows:

1.  On or about March 24, 2005, a Complaint and Jury Demand was filed by the Plaintiff in the above-referenced case in the United States District Court for the Southern District of Iowa.

2.  Such Complaint was served upon the Defendant, Merck & Company, Inc., by waiver of service of summons on or about April 5, 2005. On or about August 16, 2005, an Answer and Jury Demand was filed by the Defendant.

3.  Upon further review of the Complaint and Jury Demand, Plaintiff's attorney noticed an error in the caption of such case whereby the Plaintiff, James B. Smith, is referred to as "Executor of the Estate of Marilyn E. Smith".

4.  Plaintiff wishes to amend and substitute such Complaint to assert the correct name within the case caption and Complaint where necessary, as it should read that James B. Smith is the "Administrator of the Estate of Marilyn E. Smith".

5.      Pursuant to Federal Rule of Civil Procedure 15A, leave to amend shall be freely given when justice so requires.

6.      Plaintiff has attached to such Motion, the Amended Complaint and Jury Demand which should serve as the substituted Complaint and Jury Demand in this matter.

7.      No parties shall be prejudiced by such request to amend the Complaint.

WHEREFORE, Plaintiff, James B. Smith, individually and as Administrator of the Estate of Marilyn E. Smith, hereby respectfully requests that this Court grant their Motion for Leave to Amend and for such other relief as the Court deems just and proper.

MOYER & BERGMAN, P.L.C.

By: *Kimberly K. Hardeman*
LARRY D. HELVEY         LI0008653
KIMBERLY K. HARDEMAN    LI0015070
2720 First Avenue N.E.
P. O. Box 1943
Cedar Rapids, IA 52406-1943
Ph: (319) 366-7331
Fax: (319) 366-3668

ATTORNEYS FOR PLAINTIFF

Copy to:

Philip A. Wittmann
Anthony M. Dileo
Dorothy H. Wimberly
Carmelite M. Bertaut
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Gregory M. Lederer
Jason M. Steffens
Simmons Perrine Albright & Ellwood, PLC
115 Third Street SE, Ste. 1200
Cedar Rapids, IA 52401

F:\WP\KKH\VIOXX-BEXTRA\Smith, James\LA Pldgs\Mtn 4 Leave.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury, that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above entitled cause by enclosing the same in an envelope addressed to each party at their respective address as disclosed on the service list appended hereto by:

☒ U.S. Mail   ☐ Fax   ☐ Hand Delivery
☐ Overnight Courier   ☐ Certified Mail   ☐ Other

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 11 day of NOV , 2005 in Cedar Rapids, Linn County, Iowa