UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 21  AM 11: 23

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to *James B. Smith,* | * | JUDGE FALLON |
| *Individually and as Executor of the Estate of* | * | |
| *Marilyn E. Smith, Deceased v. Merck & Co.,* | * | |
| *Inc.* (E.D. La. Case No. 2:05-cv-2911) | * | MAG. JUDGE KNOWLES |

************************************************************

## ORDER REGARDING
## MOTION FOR LEAVE TO AMEND COMPLAINT and JURY DEMAND

AND NOW on this _21st_ day of November, 2005, and considering the Plaintiff's above-referenced Motion for Leave to Amend, and receiving no opposition or Resistance to such Motion by the Defendants herein, **IT IS ORDERED** that the Motion for Leave to Amend Complaint and Jury Demand is granted and the Amended Complaint and Jury Demand attached to such Motion, shall now serve as the Plaintiff's formal Complaint.

NEW ORLEANS, LOUISIANA this _21_ day of _Nov._, 2005.

DISTRICT JUDGE ELDON FALLON

Copy to:

Philip A. Wittmann
Anthony M. Dileo
Dorothy H. Wimberly
Carmelite M. Bertaut
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Gregory M. Lederer
Jason M. Steffens
Simmons Perrine Albright & Ellwood, PLC
115 Third Street SE, Ste. 1200
Cedar Rapids, IA 52401

O:\Documents and Settings\sfettkether\Local Settings\Temporary Internet Files\Order1.doc