FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 21  PM 1:22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## DAVID ANSTICE'S NOTICE OF JOINDER IN MERCK & CO., INC.'S MOTION TO QUASH SUBPOENA

David Anstice, through undersigned counsel, hereby joins in the Motion to Quash Subpoena filed by Defendant Merck & Co., Inc. For the reasons set forth in Merck & Co, Inc.'s Motion, which is adopted by reference as if fully set forth herein, the trial subpoena served on

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.___791469v.1

David Anstice should be quashed.

                                      Respectfully submitted,

                                      COZEN O'CONNOR

                                      */s/ William J. Winning, Jr.*
                                      William J. Winning, Jr., Member
                                      1900 Market Street
                                      Philadelphia, PA 19103
                                      (215) 665-2093 (phone)
                                      (215) 665-2013 (fax)

791469v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing David Anstice's Notice of Joinder in Merck & Co., Inc.'s Motion to Quash Subpoena has been served on Liaison Counsel Russ Herman by e-mail and by Federal Express, upon Andy Birchfield by e-mail and by Federal Express, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 21 day of November, 2005.

Dorothy H. Wimberly

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar
910 Airport Road
Office 3-A
Destin, FL  32541

791469v.1