UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 16 2005

LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>: SECTION: L<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Brian McKenna, Individually and as Representative for the Estate of Laurel Lee McKenna, Deceased v. Merck & Co., Inc., et al*, No. 05-CV-3221

### SNAPKA, TURMAN & WATERHOUSE, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF BRIAN MCKENNA

COMES NOW, Snapka, Turman & Waterhouse, LLP, and files its Motion to Withdraw as Counsel of Record for Brian McKenna and would respectfully show this Honorable Court as follows:

#### I. INTRODUCTION

This action arises from the sale of the prescription drug Vioxx® (Rofecoxib) to Laurel Lee McKenna, who died after ingesting this drug.

#### II. ARGUMENT

Good cause exists for this court to grant this Motion to Withdraw because a conflict of interest between the client and this counsel has arisen and, therefore, Snapka, Turman & Waterhouse, LLP, seeks to withdraw as counsel of record.

Snapka, Turman & Waterhouse, LLP has delivered a copy of this motion to Mr. McKenna and has notified him in writing of the filing of this Motion, both via regular and certified mail.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

Brian McKenna's last known mailing address is P.O. Box 480, Rockport, Texas 78381, and his telephone number is (361) 557-1131.

### III. CONCLUSION

Due to a conflict of interest between the client and this counsel, Snapka, Turman & Waterhouse, LLP, respectfully requests that this Court allow Snapka, Turman & Waterhouse, LLP, to withdraw as counsel of record in this matter.

Respectfully submitted,

**SNAPKA, TURMAN & WATERHOUSE, L.L.P.**
P.O. Drawer 23017 (78403)
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78476
Telephone: (361) 888-7676
Telecopier: (361) 884-8545

By: _____
Kathryn Snapka
Attorney-in-Charge
State Bar No. 18781200
Federal I.D. No. 1617

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Snapka, Turman & Waterhouse, LLP's Motion to Withdraw As Counsel of Record for Plaintiff Brian McKenna has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the _11_ day of _November_, 2005.

_____
Kathryn Snapka