UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 2 1 2005
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Brian McKenna, Individually and as Representative for the Estate of Laurel Lee McKenna, Deceased v. Merck & Co., Inc., et al*, No. 05-CV-3221

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

On this day, the foregoing Motion to Withdraw came on to be heard, and the Court, having read the Motion and considered the same, is of the opinion that such Motion should be GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw be GRANTED, and that Kathryn Snapka and the law firm of **SNAPKA, TURMAN & WATERHOUSE, L.L.P.** be withdrawn as attorney of record for the Plaintiff, BRIAN MCKENNA, INDIVIDUALLY AND AS REPRESENTATIVE FOR THE ESTATE OF LAUREL LEE MCKENNA, DECEASED.

SIGNED AND ENTERED this 21 day of Nov, 2005.

JUDGE PRESIDING

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No____