IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| MARY L. BOWMAN and ) | Section: L3 |
| HENRY L. BOWMAN, h/w ) | |
| ) | |
| ) | Civil Action No: 05-3625 |
| ) | |
| vs. ) | Transferred from USDC |
| ) | Eastern District of Pennsylvania |
| MERCK & CO., INC., ) | Case No. 05-cv-2678 |

### STIPULATION OF DISMISSAL

AND NOW, this _α1_ day of November, 2005 it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to all Defendants with respect to any re-filing in federal court only. The parties stipulate and it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE with respect to any re-filing in any state court. Each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiffs Mary L. Bowman and Henry L. Bowman and all defendant who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
ATTORNEYS FOR PLAINTIFFS

DECHERT LLP

By: _____
Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia PA 19104-2808
ATTORNEYS FOR MERCK & CO., INC.

**CERTIFICATE OF SERVICE**

I, LEE B. BALEFSKY, ESQUIRE, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served on the following defendants and counsel by first class mail, postage prepaid, this 16th day of November, 2005:

Joshua G. Schiller, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Attorney for Def. Merck & Co., Inc.

KLINE & SPECTER

BY: _____
LEE B. BALEFSKY, ESQUIRE
Attorney for Plaintiff