FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 17 PM 1:27
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| JOHN W. ASTLE and LINDA L. ASTLE, ) | Section: L3 |
| h/w ) | |
| ) | |
| ) | Civil Action No: 05-3618 |
| ) | |
| vs. ) | Transferred from USDC |
| ) | Eastern District of Pennsylvania |
| MERCK & CO., INC., ) | Case No. 05-cv-2586 |

### STIPULATION OF DISMISSAL

AND NOW, this __21__ day of November, 2005 it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to all Defendants with respect to any re-filing in federal court only. The parties stipulate and it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE with respect to any re-filing in any state court. Each party to bear its own costs and counsel fees.

___ Fee_____
___ Process_____
_✓_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

This Stipulation is filed on behalf of plaintiffs John W. Astle and Linda L. Astle and all defendant who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
ATTORNEYS FOR PLAINTIFFS

DECHERT LLP

By: _____
Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia PA 19104-2808
ATTORNEYS FOR MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I, LEE B. BALEFSKY, ESQUIRE, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served on the following defendants and counsel by first class mail, postage prepaid, this 16th day of November, 2005:

Joshua G. Schiller, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Attorney for Def. Merck & Co., Inc.

KLINE & SPECTER

BY: _____
LEE B. BALEFSKY, ESQUIRE
Attorney for Plaintiff