COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 18 PM 3:55
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:  Kathy Melvin-Knodel, Admr. of the Estate of Barbara Lewis, Deceased v. Merck & Co., Inc. (E.D. La. Index No. 05-4627) | Judge Fallon |
| | Mag. Judge Knowles |

## STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF KATHY MELVIN-KNODEL, ADMINISTRATOR OF THE ESTATE OF BARBARA LEWIS, DECEASED

The parties to the above-captioned matter hereby stipulate to a dismissal of the action pursuant to Federal Civil Rule 41(a)(1)(ii).  Said dismissal shall be without prejudice.  Plaintiff has no present intention of re-filing and stipulates that should she decide to re-file, she will do so in federal court.

_____
Gerald S. Leeseberg  (0000928)
LEESEBERG & VALENTINE
175 S. Third Street, PH-1
Columbus, Ohio 43215
Tel: 614/221-2223
Fax: 614/221-3106
e-mail: gsl@leesebergvalentine.com
Attorney for Plaintiff

Dated: November 7, 2005

Respectfully Submitted,

_____
Robert A. Bunda  (0019775)
BUNDA, STUTZ & DEWITT
One SeaGate, Suite 650
Toledo, OH  43604
Tel: 419-254-3104
Fax: 419-241-4697
e-mail: rabunda@bsd-law.com
Attorney for Defendant Merck & Co., Inc.

IT IS SO ORDERED.
Date: 11/21/05

_____
Judge Fallon

Fee____
Process____
X /Dktd____
__/CtRmDep____
Doc.No.____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of the Case of Kathy Melvin-Knodel, Administrator of the Estate of Barbara Lewis, Deceased has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of November, 2005

_Dorothy H. Wimberly_