COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 18 PM 3: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Mary A. Bails, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 05-2319) | Judge Fallon |
| | Mag. Judge Knowles |

* * * * * * * * * * * * * * * * * * * * * *

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF ROSA MIZELL

It is stipulated by the parties that Rosa Mizell, ONLY (she being one of sixty-eight separate plaintiffs in this action) may dismiss her action without prejudice pursuant to Rule 41 (a), Federal Rules of Civil Procedure. The parties further stipulate that if this action on behalf of Rosa Mizell, is re-filed, it must be filed in federal court. The Complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.



_____
Robert A. Bunda (0019775)

BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy:  (419) 241-4697

Attorney for Defendant
Merck & Co., Inc.

_____
Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy:  (713) 223-0440

Attorneys for Plaintiffs

Dated: Nov. 21, 2005

IT IS SO ORDERED.

_____
Judge

Nov. 21, 2005
_____
Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of the Case of Rosa Mizell has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of November, 2005

_Dorothy N. Wimberly_