A CERTIFIED TRUE COPY

NOV 18 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 21  PM 3:24

DOCKET NO. 1657 WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2005

FILED
CLERK'S OFFICE

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-29)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,028 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 18 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

# SCHEDULE CTO-29 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| **KENTUCKY EASTERN** | | |
| KYE 0 05-161 | Crobie Meade v. Merck & Co., Inc. | 05-5735 |
| KYE 0 05-162 | Susan Little v. Merck & Co., Inc. | 05-5736 |
| KYE 0 05-163 | Tina Mullins v. Merck & Co., Inc. | 05-5737 |
| KYE 0 05-164 | Rickey Emler v. Merck & Co., Inc. | 05-5738 |
| KYE 0 05-165 | Wilma Lunsford v. Merck & Co., Inc. | 05-5739 |
| KYE 0 05-166 | Gracie Brown v. Merck & Co., Inc. | 05-5740 |
| KYE 0 05-167 | Janine Castle v. Merck & Co., Inc. | 05-5741 |
| KYE 0 05-168 | Opal Balduf v. Merck & Co., Inc. | 05-5742 |
| KYE 0 05-169 | Steven Bates v. Merck & Co., Inc. | 05-5743 |
| KYE 0 05-170 | Walter Duncan v. Merck & Co., Inc. | 05-5744 |
| KYE 0 05-171 | Myra Stewart v. Merck & Co., Inc. | 05-5745 |
| KYE 0 05-172 | Rosemary Sergent v. Merck & Co., Inc. | 05-5746 |
| KYE 0 05-173 | Larry Ross v. Merck & Co., Inc. | 05-5747 |
| KYE 0 05-174 | Sandra Nethercutt v. Merck & Co., Inc. | 05-5748 |
| KYE 0 05-175 | Alice Reynolds v. Merck & Co., Inc. | 05-5749 |
| KYE 2 05-188 | Charles N. Benson, Jr., et al. v. Merck & Co., Inc. | 05-5750 |
| KYE 2 05-189 | Doris A. Jones v. Merck & Co., Inc. | 05-5751 |
| KYE 2 05-191 | Michael Deriso, et al. v. Merck & Co., Inc. | 05-5752 |
| KYE 2 05-193 | Virginia Adcock, et al. v. Merck & Co., Inc. | 05-5753 |
| KYE 5 05-392 | Jeanette H. Bishop v. Merck & Co., Inc. | 05-5754 |
| KYE 5 05-396 | Wanda Southerland, etc. v. Merck & Co., Inc. | 05-5755 |
| KYE 5 05-397 | Elmer Holbrook, et al. v. Merck & Co., Inc. | 05-5756 |
| KYE 5 05-400 | Jose Fernandez v. Merck & Co., Inc. | 05-5757 |
| KYE 6 05-539 | Danny Lee Moore, et al. v. Merck & Co., Inc. | 05-5758 |
| KYE 7 05-300 | Lowell Fairchild v. Merck & Co., Inc. | 05-5759 |
| KYE 7 05-301 | Fosta Coleman v. Merck & Co., Inc. | 05-5760 |
| KYE 7 05-302 | Arthur Leedy v. Merck & Co., Inc. | 05-5761 |
| KYE 7 05-303 | Brandy Gobble, etc. v. Merck & Co., Inc. | 05-5762 |
| KYE 7 05-304 | James Tackett, etc. v. Merck & Co., Inc. | 05-5763 |
| KYE 7 05-305 | Charlene Staton v. Merck & Co., Inc. | 05-5764 |
| KYE 7 05-306 | Barbara Rogers v. Merck & Co., Inc. | 05-5765 |
| **KENTUCKY WESTERN** | | |
| KYW 1 05-164 | Beverly Pennington v. Merck & Co., Inc. | 05-5766 |
| KYW 1 05-166 | Joann Reynolds v. Merck & Co., Inc. | 05-5767 |
| KYW 3 05-555 | Bardy Bryant, et al. v. Merck & Co., Inc. | 05-5768 |
| KYW 4 05-145 | Donna Hodges, etc. v. Merck & Co., Inc. | 05-5769 |
| KYW 5 05-191 | Myrlee I. Ford v. Merck & Co., Inc. | 05-5770 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-1113 | Jacqueline Gaudin, et al. v. Merck & Co., Inc. | 05-5771 |
| LAM 3 05-1114 | Kenneth LeBeau, et al. v. Merck & Co., Inc. | 05-5772 |
| LAM 3 05-1115 | Joseph Corsentino, et al. v. Merck & Co., Inc. | 05-5773 |
| LAM 3 05-1120 | Corey Truitt, et al. v. Merck & Co., Inc. | 05-5774 |
| LAM 3 05-1129 | George Dufore v. Merck & Co., Inc. | 05-5775 |
| LAM 3 05-1130 | Stephen Broyles, et al. v. Merck & Co., Inc. | 05-5776 |
| LAM 3 05-1131 | Michael Lee Cross, et al. v. Merck & Co., Inc. | 05-5777 |
| LAM 3 05-1132 | Barney McAdams, et al. v. Merck & Co., Inc. | 05-5778 |
| LAM 3 05-1133 | Leo Collligan, et al. v. Merck & Co., Inc. | 05-5779 |
| LAM 3 05-1150 | Michael Davenport v. Merck & Co., Inc. | 05-5780 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS (MDL-1657)           PAGE 2 of 5

EDLA Sec. L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| LAM 3 05-1151 | Mercedes Ann Dugas v. Merck & Co., Inc. | 05-5781 |
| LAM 3 05-1152 | Whitmel Dugas v. Merck & Co., Inc. | 05-5782 |
| LAM 3 05-1153 | Randy Favron v. Merck & Co., Inc. | 05-5783 |
| LAM 3 05-1154 | Laurie Hill v. Merck & Co., Inc. | 05-5784 |
| LAM 3 05-1155 | Jimmy Johnson v. Merck & Co., Inc. | 05-5785 |
| LAM 3 05-1156 | Janice Jones v. Merck & Co., Inc. | 05-5786 |
| LAM 3 05-1157 | Emmitt Martin v. Merck & Co., Inc. | 05-5787 |
| LAM 3 05-1158 | Dianne Noble v. Merck & Co., Inc. | 05-5788 |
| LAM 3 05-1159 | Ferrell Thomas Morales v. Merck & Co., Inc. | 05-5789 |
| LAM 3 05-1160 | Percelean Smith v. Merck & Co., Inc. | 05-5790 |
| LAM 3 05-1161 | Susan Ann White v. Merck & Co., Inc. | 05-5791 |
| **LOUISIANA WESTERN** | | |
| LAW 5 05-1649 | Michael J. Labry, et al. v. Merck & Co., Inc. | 05-5792 |
| LAW 5 05-1721 | Steven L. Hyatt v. Merck & Co., Inc. | 05-5793 |
| LAW 5 05-1722 | Leamon L. Mitchell, Sr. v. Merck & Co., Inc. | 05-5794 |
| LAW 6 05-1514 | John Johnson, et al. v. Merck & Co., Inc. | 05-5795 |
| LAW 6 05-1575 | Abra Vital, et al. v. Merck & Co., Inc. | 05-5796 |
| LAW 6 05-1668 | Joseph Jaubert, et al. v. Merck & Co., Inc. | 05-5797 |
| LAW 6 05-1712 | Kenneth R. Touchet v. Merck & Co., Inc. | 05-5798 |
| **MARYLAND** | | |
| MD 1 05-2710 | Carol A. Mosley-Sessomes, et al. v. Merck & Co., Inc. | 05-5799 |
| **MICHIGAN EASTERN** | | |
| MIE 2 05-73689 | Judy Bussell v. Merck & Co., Inc. | 05-5800 |
| **MINNESOTA** | | |
| MN 0 05-2247 | Julie Gault v. Merck & Co., Inc. | 05-5801 |
| MN 0 05-2273 | Terry Greer, etc. v. Merck & Co., Inc. | 05-5802 |
| MN 0 05-2274 | Naomi Martin, et al. v. Merck & Co., Inc. | 05-5803 |
| MN 0 05-2275 | Vivian Brock, et al. v. Merck & Co., Inc. | 05-5804 |
| MN 0 05-2276 | Madelyn Riffle, et al. v. Merck & Co., Inc. | 05-5805 |
| MN 0 05-2277 | Ralph P. Frazier, et al. v. Merck & Co., Inc. | 05-5806 |
| MN 0 05-2278 | Willie M. Cates, et al. v. Merck & Co., Inc. | 05-5807 |
| MN 0 05-2279 | James Freeman v. Merck & Co., Inc. | 05-5808 |
| MN 0 05-2280 | Joyce A. McClain v. Merck & Co., Inc. | 05-5809 |
| MN 0 05-2281 | Mattie M. Lewis v. Merck & Co., Inc. | 05-5810 |
| MN 0 05-2283 | Donald R. Arnold v. Merck & Co., Inc. | 05-5811 |
| MN 0 05-2284 | Elisie M. Howse, et al. v. Merck & Co., Inc. | 05-5812 |
| MN 0 05-2295 | Theresa Sego, etc. v. Merck & Co., Inc. | 05-5813 |
| MN 0 05-2296 | Paula Cleveland, etc. v. Merck & Co., Inc. | 05-5814 |
| MN 0 05-2297 | Jessie Gibson, etc. v. Merck & Co., Inc. | 05-5815 |
| MN 0 05-2298 | Norma Barton, etc. v. Merck & Co., Inc. | 05-5816 |
| MN 0 05-2299 | Donna J. Mullins, etc. v. Merck & Co., Inc. | 05-5817 |
| MN 0 05-2300 | Susan Stites Dietz, etc. v. Merck & Co., Inc. | 05-5818 |
| MN 0 05-2301 | Hubert W. Stratton, II, etc. v. Merck & Co., Inc. | 05-5819 |
| MN 0 05-2302 | Sue P. Fain, et al. v. Merck & Co., Inc. | 05-5820 |
| MN 0 05-2303 | Marie Fuss v. Merck & Co., Inc. | 05-5821 |
| MN 0 05-2304 | Patricia Allison, et al. v. Merck & Co., Inc. | 05-5822 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-1555 | Joyce A. Haynes v. Merck & Co., Inc., et al. | 05-5823 |
| MOE 4 05-1556 | Ronnie Harfris, et al. v. Merck & Co., Inc., et al. | 05-5824 |
| ~~MOE 4 05-1557~~ | ~~Ginger Hugo, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/18/05 | |
| MOE 4 05-1572 | Thomas Berkley v. Merck & Co., Inc., et al. | 05-5825 |
| MOE 4 05-1573 | Jesse Lewis, Sr., et al. v. Merck & Co., Inc., et al. | 05-5826 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS (MDL-1657)                               PAGE 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| MOE 4 05-1574 | Barbara J. Canarsky v. Merck & Co., Inc., et al. | 05-5827 |
| MOE 4 05-1575 | Mary Clarkson v. Merck & Co., Inc., et al. | 05-5828 |
| MOE 4 05-1576 | Adolf Eisele v. Merck & Co., Inc., et al. | 05-5829 |
| MOE 4 05-1577 | Gary Necker v. Merck & Co., Inc., et al. | 05-5830 |
| MOE 4 05-1578 | James Pertl v. Merck & Co., Inc., et al. | 05-5831 |
| MOE 4 05-1579 | Helen Ruwwe v. Merck & Co., Inc., et al. | 05-5832 |
| MOE 4 05-1581 | Johannes Verdonkschot v. Merck & Co., Inc., et al. | 05-5833 |
| MOE 4 05-1594 | Ronald Chickadel, et al. v. Merck & Co., Inc. | 05-5834 |
| MOE 4 05-1595 | Opal Kaufman, et al. v. Merck & Co., Inc. | 05-5835 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-878 | Catherine Nash, et al. v. Merck & Co., Inc. | 05-5836 |
| MOW 4 05-879 | Donald Potts, et al. v. Merck & Co., Inc. | 05-5837 |
| MOW 4 05-881 | Joseph Stampfel v. Merck & Co., Inc. | 05-5838 |
| MOW 4 05-883 | Cris Vaughan, et al. v. Merck & Co., Inc. | 05-5839 |
| MOW 4 05-893 | Pauline Binns, et al. v. Merck & Co., Inc. | 05-5840 |
| MOW 4 05-895 | Iona Patterson v. Merck & Co., Inc. | 05-5841 |
| MOW 4 05-913 | Willie Kelley, et al. v. Merck & Co., Inc. | 05-5842 |
| MOW 4 05-914 | Edna Mae LaMastres, et al. v. Merck & Co., Inc. | 05-5843 |
| MOW 4 05-916 | Mike Tyson, et al. v. Merck & Co., Inc. | 05-5844 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2 05-2065 | Haskel D. Nicholson v. Merck & Co., Inc. | 05-5845 |
| MSS 2 05-2066 | Joyce Cook, et al. v. Merck & Co., Inc. | 05-5846 |
| **NORTH DAKOTA** | | |
| ND 2 05-100 | Debra Nygaard v. Merck & Co., Inc. | 05-5847 |
| ND 3 05-99 | Jonathan J. Clark v. Merck & Co., Inc. | 05-5848 |
| **NEW YORK NORTHERN** | | |
| NYN 1 05-1214 | Daniel DiCerce, et al. v. Merck & Co., Inc. | 05-5849 |
| NYN 5 05-1223 | Maria Moraitis v. Merck & Co., Inc. | 05-5850 |
| NYN 6 05-1215 | Bambi Roman v. Merck & Co., Inc. | 05-5851 |
| NYN 6 05-1216 | Antonio Caruso, et al. v. Merck & Co., Inc. | 05-5852 |
| NYN 6 05-1217 | Larry Mantle, et al. v. Merck & Co., Inc. | 05-5853 |
| NYN 6 05-1219 | Ronald K. Snyder v. Merck & Co., Inc. | 05-5854 |
| NYN 6 05-1220 | Donald Hext v. Merck & Co., Inc. | 05-5855 |
| NYN 6 05-1221 | Charles J. Costello, etc. v. Merck & Co., Inc. | 05-5856 |
| NYN 6 05-1225 | Isabelle Sfinas v. Merck & Co., Inc. | 05-5857 |
| **NEW YORK WESTERN** | | |
| NYW 6 05-6507 | Donald Dorschel, et al. v. Merck & Co., Inc. | 05-5858 |
| **OHIO NORTHERN** | | |
| OHN 1 05-2277 | Jacquelyn Montelon, etc. v. Merck & Co., Inc. | 05-5859 |
| OHN 1 05-2278 | Eva Wingler, etc. v. Merck & Co., Inc. | 05-5860 |
| OHN 1 05-2279 | Shirley Pluta v. Merck & Co., Inc. | 05-5861 |
| **OHIO SOUTHERN** | | |
| OHS 1 05-168 | Newt J. Mulkey, et al. v. Merck & Co., Inc. | 05-5862 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 05-558 | Barbara S. Lovelace, et al. v. Merck & Co., Inc. | 05-5863 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1134 | Mark Turner, et al. v. Merck & Co., Inc. | 05-5864 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS (MDL-1657)                               PAGE 4 of 5

|  |  | EDLA |
|---|---|---|
| DIST. DIV. C.A. # | CASE CAPTION | Sec. L/3 |

**OREGON**
| OR 3 05-1480 | Viola Brown v. Merck & Co., Inc. | 05-5865 |

**PENNSYLVANIA EASTERN**
| PAE 2 05-4923 | William A. Burke, et al. v. Merck & Co., Inc., et al. | 05-5866 |
| PAE 2 05-5035 | Janice Ada-Lindsey, et al. v. Merck & Co., Inc. | 05-5867 |
| PAE 2 05-5152 | Jerry Oglesby v. Merck & Co., Inc., et al. | 05-5868 |

**PENNSYLVANIA WESTERN**
| PAW 1 05-282 | Delores Flake v. Merck & Co., Inc. | 05-5869 |

**TENNESSEE EASTERN**
| TNE 1 05-262 | Mable A. Cogdill, et al. v. Merck & Co., Inc. | 05-5870 |
| TNE 1 05-266 | John M. Maupin v. Merck & Co., Inc. | 05-5871 |
| TNE 1 05-270 | Fredilyn M. Haynes v. Merck & Co., Inc. | 05-5872 |
| TNE 1 05-271 | John Hindman v. Merck & Co., Inc. | 05-5873 |
| TNE 1 05-274 | Lucille M. Jones, et al. v. Merck & Co., Inc. | 05-5874 |
| TNE 2 05-256 | James H. Gorman, et al. v. Merck & Co., Inc. | 05-5875 |
| TNE 2 05-257 | James C. Smith, et al. v. Merck & Co., Inc. | 05-5876 |
| TNE 3 05-446 | Delores Huling v. Merck & Co., Inc. | 05-5877 |
| TNE 4 05-65 | Robert Liles, et al. v. Merck & Co., Inc. | 05-5878 |
| TNE 4 05-68 | Clyde P. Hamilton, et al. v. Merck & Co., Inc. | 05-5879 |
| TNE 4 05-71 | Timothy R. Morris, et al. v. Merck & Co., Inc. | 05-5880 |

**TENNESSEE MIDDLE**
| TNM 1 05-67 | Jack D. Auville, et al. v. Merck & Co., Inc. | 05-5881 |
| TNM 1 05-68 | Carl B. Garner v. Merck & Co., Inc. | 05-5882 |
| TNM 2 05-95 | Mildred J. Marks, et al. v. Merck & Co., Inc. | 05-5883 |
| TNM 2 05-96 | Lucille Henry v. Merck & Co., Inc. | 05-5884 |
| TNM 2 05-99 | Perry B. Looper, et al. v. Merck & Co., Inc. | 05-5885 |
| TNM 2 05-100 | Gerald E. Shaw, et al. v. Merck & Co., Inc. | 05-5886 |
| TNM 2 05-101 | Charles Anderson, et al. v. Merck & Co., Inc. | 05-5887 |
| TNM 2 05-102 | Charles W. Woodard, et al. v. Merck & Co., Inc. | 05-5888 |
| TNM 2 05-103 | Verna White, et al. v. Merck & Co., Inc. | 05-5889 |
| TNM 2 05-104 | Norma J. Tucker, et al. v. Merck & Co., Inc. | 05-5890 |
| TNM 3 05-737 | Larry W. Crutcher, et al. v. Merck & Co., Inc. | 05-5891 |
| TNM 3 05-738 | John W. Anderson, et al. v. Merck & Co., Inc. | 05-5892 |
| TNM 3 05-743 | Denise R. Hess, et al. v. Merck & Co., Inc. | 05-5893 |
| TNM 3 05-744 | Paul R. Uselton, et al. v. Merck & Co., Inc. | 05-5894 |
| TNM 3 05-747 | Edna Ross v. Merck & Co., Inc. | 05-5895 |
| TNM 3 05-749 | Barbara Donoho v. Merck & Co., Inc. | 05-5896 |
| TNM 3 05-751 | Donald L. Young, et al. v. Merck & Co., Inc. | 05-5897 |
| TNM 3 05-752 | Winifred D. Meyers, et al. v. Merck & Co., Inc. | 05-5898 |
| TNM 3 05-753 | Robert L. Curtsinger, et al. v. Merck & Co., Inc. | 05-5899 |
| TNM 3 05-760 | Timothy A. Kidwell v. Merck & Co., Inc. | 05-5900 |
| TNM 3 05-767 | Robert S. Jaffa, et al. v. Merck & Co., Inc. | 05-5901 |

**TENNESSEE WESTERN**
| TNW 1 05-1271 | Alice Partaine v. Merck & Co., Inc. | 05-5902 |
| TNW 1 05-1277 | Alline Michael, et al. v. Merck & Co., Inc., et al. | 05-5903 |
| TNW 1 05-1278 | Olice Fields, et al. v. Merck & Co., Inc., et al. | 05-5904 |
| TNW 1 05-1285 | Marshall Jones, et al. v. Merck & Co., Inc. | 05-5905 |
| TNW 1 05-1288 | L.Q. Nolan v. Merck & Co., Inc. | 05-5906 |
| TNW 1 05-1289 | Joel Spencer v. Merck & Co., Inc. | 05-5907 |
| TNW 2 05-2702 | Robert L. Williamson, et al. v. Merck & Co., Inc., et al. | 05-5908 |
| TNW 2 05-2709 | Eloise Jungers v. Merck & Co., Inc. | 05-5909 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS (MDL-1657)          PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| TNW 2 05-2710 | Gaythorne Sadler v. Merck & Co., Inc. | 05-5910 |
| TNW 2 05-2711 | Marvin E. Brown, et al. v. Merck & Co., Inc. | 05-5911 |
| TNW 2 05-2716 | James Spencer Oakley v. Merck & Co., Inc. | 05-5912 |
| TNW 2 05-2725 | Beverly Boyd v. Merck & Co., Inc. | 05-5913 |
| TNW 2 05-2729 | Larry Conrad, et al. v. Merck & Co., Inc. | 05-5914 |
| TNW 2 05-2731 | Rosetta Williams, etc. v. Merck & Co., Inc. | 05-5915 |
| TNW 2 05-2732 | Carrie Stewart v. Merck & Co., Inc. | 05-5916 |

TEXAS EASTERN
| TXE 9 05-191 | Kathryn A. Dorsett, etc. v. Merck & Co., Inc. | 05-5917 |
|---|---|---|

TEXAS NORTHERN
| TXN 3 05-1912 | Guy Mezger v. Merck & Co., Inc. | 05-5918 |
|---|---|---|
| TXN 3 05-1914 | Thomas Brown v. Merck & Co., Inc. | 05-5919 |
| TXN 3 05-1925 | Roger Pierce v. Merck & Co., Inc. | 05-5920 |
| TXN 3 05-1939 | Alice Sims v. Merck & Co., Inc., et al. | 05-5921 |

TEXAS SOUTHERN
| TXS 2 05-478 | Jose Francisco Cantu v. Merck & Co., Inc. | 05-5922 |
|---|---|---|

TEXAS WESTERN
| ~~TXW 5 05-950~~ | ~~Sulema L. Banda, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/16/05 | |
|---|---|---|

UTAH
| UT 2 05-810 | Dortothy Canada, et al. v. Merck & Co., Inc. | 05-5923 |
|---|---|---|

WASHINGTON WESTERN
| WAW 2 05-1624 | Mary Franck, etc. v. Merck & Co., Inc. | 05-5924 |
|---|---|---|

# INVOLVED COUNSEL LIST (CTO-29)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Lopez, Hodes, Restaino, Milman
& Skikos
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street, Suite 3450
Houston, TX 77002

Timothy Wayne Allen
501 Darby Creek Road, Suite 58
Lexington, KY 40509-2611

Paulina D. Amaral
Lieff, Cabraser, Heimann
& Bernstein, LLP
780 3rd Ave 48th Floor
New York, NY 10017-2024

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Brian K. Balser
Law Offices of Brian K. Balser
4311 Meadow Lane Court, Suite 1
Elyria, OH 44035

Daniel E. Barenbaum
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Kathryn E. Barnett
Lieff, Cabraser, Heimann
& Bernstein, LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423

Lawrence Baron
1515 S.W. Fifth Avenue, Suite 808
Portland, OR 97201

Mark H. Barrett
Mark H. Barrett Law Office
111 North Peters Avenue, Suite 200
Norman, OK 73069

Erol Begoli
147 Bentley Parc
Johnson City, TN 37615

Jan R. McLean Bernier
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittman, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

Charles Brandt
111 Mercury Street
Lafayette, LA 70503

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

L. Clayton Burgess
605 West Congress Street
P.O. Drawer 5250
Lafayette, LA 70501

Bing I. Bush, Jr.
300 West Short Street
Lexington, KY 40507

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

W. Michael Cady
1713 Chamois Knoll
Round Rock, TX 78664

Mark P. Chalos
Lieff, Cabraser, Heimann
& Bernstein, LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219

John C. Cherundolo
Cherundolo, Bottar Law Firm
120 Madison Street, Suite 1600
MONY Tower II - 16th Floor
Syracuse, NY 13202

Timothy D. Churchill
Garrett, Churchill, Smith, Rice
& Swinkey
9042 Lewis Avenue
P.O. Box 490
Temperence, MI 48182

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway
Suite 201
Nashville, TN 37219

Mindy L. Coleman
1699 Redd Road
Lexington, KY 40510

Robert H. Cornett
Simms & Cornett
112 Court Street
Georgetown, KY 40324

Thomas A. Countryman
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

April L. Crane
Hortman, Harlow, Martindale,
Bassi, et al.
P.O. Drawer 1409
Laurel, MS 39441-1409

Robert T. Dassow
Hovde Law Firm
10585 North Meridian Street
Suite 205
Indianapolis, IN 46290-0849

Eric C. Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051

Anthony M. DiLeo
Stone, Pigman, Walther
& Wittman, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

Michael D. Dillon
Stillman & Friedland
404 James Robertson Parkway
Parkway Towers, Suite 104
Nashville, TN 37219

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
Nashville, TN 37219

Gary Eiben
McDonald Group, L.L.P.
456 West Sixth Street
P.O. Box 1757
Erie, PA 16507-1757

Diane Fenner
Fenner & Boles
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004-1512

Richard A. Freese
Sweet & Freese, P.L.L.C.
2900 Highway 280, Suite 240
Birmingham, AL 35223

G. Kent Gill
3833 Gilbert Drive
Shreveport, LA 71104

Evan S. Glanz
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102

Tim K. Goss
Capshaw, Goss & Bowers
NationsBank Plaza
3031 Allen Street, Suite 200
Dallas, TX 75204

David B. Gray
Goldberg & Simpson, P.S.C.
3000 National City Tower
101 South Fifth Street
Louisville, KY 40202

Jennifer Gross
Lieff, Cabraser, Heimann
& Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

William H. Gussman, Jr.
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022

Amy N. Hanson
Keller, Rohrback, LLP
1201 3rd Avenue, Suite 3200
Seattle, WA 98101-3052

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Isaac "Ike" F. Hawkins, III
P.O. Box 87178
Baton Rouge, LA 70879-8178

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William Thomas Jacks
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave.
Austin, TX 78701-4073

Anita Parsons Johnson
Gary C. Johnson, P.S.C.
110 Caroline Avenue
P.O. Box 231
Pikeville, KY 41502

Charles H. Johnson
Charles H. Johnson & Associates, PA
2599 Mississippi Street
New Brighton, MN 55113

Jeffrey Royal Johnson
Williams Kastner & Gibbs
601 Union Street, Suite 400
Seattle, WA 98111-3926

Jane E. Joseph
Lopez, Hodes, Restaino, Milman
& Skikos
13938A Cedar Road, Suite 373
Cleveland, OH 44118

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Richard A. Lockridge
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Ave., South, Suite 2200
Minneapolis, MN 55401-2179

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
P.O. Box 3400
Bowling Green, KY 42102

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Kurt W. Maier
English, Lucas, Priest & Owsley, LLP
1101 College Street
P.O. Box 770
Bowling Green, KY 42101-0770

Ben C. Martin
Law Offices of Ben C. Martin
2100 McKinney Ave., Suite 1975
Dallas, TX 75201

Chad Matthews
Sanes & Matthews
3027 Marina Bay Drive, Suite 320
League City, TX 77573

John D. McMahan
McMahan Law Firm
323 High Street
Chattanooga, TN 37403

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Mike Miller
Solberg, Stewart, Miller & Johnson
1129 5th Avenue South
P.O. Box 1897
Fargo, ND 58107-1897

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32 Floor
Louisville, KY 40202-3363

Nancy A. Mismash
Mismash & McDonough
136 S. Main, Suite 404
Salt Lake City, UT 84101

Michael F. Montesi
Gatti, Keltner, Bienvenu & Montesi
219 Adams Avenue
Memphis, TN 38103

Patrick J. Mulligan
Law Office of Patrick J. Mulligan, PC
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Michael L. Myers
Myers & Perfater
P.O. Box 2631
Charleston, WV 25329-2631

John B. Nicks
Layon, Cronin & Kaiser
125 West 15th Street, Sixth Floor
Tulsa, OK 74119

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Brett H. Oppenheimer
Bornstein & Oppenheimer
950 Breckinridge Lane
Springs Office Center, Suite 40
Louisville, KY 40207

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter, LLC
240 Laurel Street
Baton Rouge, LA 70801

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1742

Rick L. Rose
Ray, Quinney & Nebeker
36 S. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Robert D. Rowland
Goldenberg & Miller
1101 Lucas, First Floor
St. Louis, MO 63101

Daniel R. Santola
Powers, Santola Law Firm
39 North Pearl Street, Suite 2
Albany, NY 12207-2205

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Stephen G. Schwarz
Faraci & Lange, LLP
Two State Street
400 Crossroads Building
Rochester, NY 14614-7163

Roberto Serna
Law Office of Roberto Serna
P.O. Box 603
Crystal City, TX 78839

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South, Suite 220
Minneapolis, MN 55401-2179

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

David R. Smith
Law Offices of D. Smith & E. Schmidt, III
1913 21st Avenue South
Hillsboro Village
Nashville, TN 37212

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
240 Laurel Street
Baton Rouge, LA 70801

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Daniel A. Thomas
Moore, Walters & Thompson
6513 Perkins Road
Baton Rouge, LA 70808

James A. Vaught
Rawdon Law Office
P.O. Box 1481
226 East Main Street
Georgetown, KY 40324

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Geroge T. Waddoups
Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Edward J. Walters, Jr.
Moore, Walters & Thompson
6513 Perkins Road
Baton Rouge, LA 70808-4259

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street
Suite 2700
Lexington, KY 40507-1742

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Steven J. Weinberg
Weinbeg & Weinberg
3200 Southwest Freeway
Suite 3100
Houston, TX 77027

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

John C. Whitfield
Whitfield & Cox
29 East Center Street
P.O. Box 656
Madisonville, KY 42431

Kim A. Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

M. Gail Wilson
Bertram & Wilson
One Monument Square
P.O. Box 25
Jamestown, KY 42629-9625

Donald A. Windham, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
Franklin Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-29)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

~~Hon. Samuel F. Biery~~
~~U.S. District Judge~~
~~John H. Wood, Jr., U.S. Courthouse~~
~~655 East Durango Boulevard~~
~~San Antonio, TX 78206-1198~~

Hon. Jane J. Boyle
U.S. District Judge
1376 Earle Cabell Federal Building & U.S. Courthouse
1110 Commerce Street
Dallast, TX 75249

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Jerry Buchmeyer
Senior U.S. District Judge
15D28A Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
U.S. Courthouse, Room A-820
801 Broadway
Nashville, TN 37203-3816

Hon. Curtis L. Collier
U.S. District Judge
U.S. District Court
Post Office Box 831
Chattanooga, TN 37401-0931

Hon. Julian A. Cook, Jr.
Senior U.S. District Judge
U.S. Courthouse, Room 730
231 W. Lafayette Boulevard
Detroit, MI 48226

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Federal Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Ralph R. Erickson
U.S. District Judge
410 Quentin N. Burdick
U.S. Courthouse
655 First Avenue North
Fargo, ND 58102

Hon. A. Joe Fish
Chief Judge, U.S. District Court
1528 Earle Cabell Federal Bldg & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102-9958

Hon. Karl S. Forester
Senior U.S. District Judge
P.O. Box 2165
Lexington, KY 40588-2165

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Marvin J. Garbis
Senior U.S. District Judge
5C Edward A. Garmatz Federal Bldg. & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street, Suite 405
Greeneville, TN 37743

Hon. James S. Gwin
U.S. District Judge
510 U.S. Courthouse & Fed. Bldg..
Two South Main Street
Akron, OH 44308

Hon. Ancer L. Haggerty
Chief Judge, U.S. District Court
1307 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Federal Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street
Suite 5226
Shreveport, LA 71101

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. James H. Jarvis
Senior U.S. District Judge
140 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. R. Leon Jordan
Senior U.S. District Judge
141 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Terry C. Kern
U.S. District Judge
4-484 Page Belcher Federal Bldg. & U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. Thomas J. McAvoy
Senior U.S. District Judge
225 Federal Building
15 Henry Street
Binghamton, NY 13901

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Sean J. McLaughlin
U.S. District Judge
17 South Park Row
Room A-250
Erie, PA 16501

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Tucker L. Melancon
U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton Unisted States Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Frank J. Polozola
U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Howard F. Sachs
Senior U.S. District Judge
7462 Charles E. Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Frederick J. Scullin, Jr.
Chief Judge, U.S. District Court
P.O. Box 7255
Syracuse, NY 13261

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Charles J. Siragusa
U.S. District Judge
1360 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg
701 N. Main Street
Hattiesburg, MS 39401

Hon. Brian T. Stewart
U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2106

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Aleta A. Trauger
U.S. District Judge
825 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Charles R. Weiner
Senior U.S. District Judge
6613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1770

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S.
Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

# INVOLVED CLERKS LIST (CTO-29)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

David J. Maland, Clerk
Federal Courthouse
104 N. 3rd St.
Lufkin, TX 75901

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S.
Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Edward J. Klecker, Clerk
130 Quentin N. Burdick U.S.
Courthouse
655 First Avenue North
Fargo, ND 58107

Edward J. Klecker, Clerk
130 Quentin N. Burdick
U.S. Courthouse
655 1st Ave. North
Fargo, ND 58102

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J.T. Noblin, Clerk
200 U.S. Courthouse & Fed.Bldg.
701 North Main Street
Hattiesburg, MS 39401

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

Jeffrey A. Apperson, Clerk
322 Federal Building
501 Broadway
Paducah, KY 42001

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Keith Throckmorton, Clerk
228 L. Clure Morton U.S. Post
Office & Courthouse
9 East Broad Street
Cookeville, TN 38501

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Lawrence K. Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Lawrence K. Baerman, Clerk
Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, NY 13501

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Leslie G. Whitmer, Clerk
Federal Bldg., 3rd Floor
1405 Greenup Avenue
Ashland, KY 41101

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Leslie G. Whitmer, Clerk
203 Federal Building
110 Main Street
Pikeville, KY 41501

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Patricia L. McNutt, Clerk
U.S. Courthouse
101 Summer Street, West
Greeneville, TN 37743

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Patricia L. McNutt, Clerk
P.O. Box 459
Winchester, TN 37398

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1820
Erie, PA 16507-0820

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

~~William G. Putnicki, Clerk~~
~~John H. Wood, Jr. U.S. Courthouse~~
~~655 East Durango Boulevard~~
~~San Antonio, TX 78206-1198~~

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

November 18, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-29)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 2, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:     Judge Eldon E. Fallon
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A