# AFFIDAVIT OF SERVICE

COUNTY: FEDERAL           CASE # C-04-544           COURT
                                                    Clt. Ref.#

AUDONA "ABBIE" SANDOVAL

VS
MERCK & CO., INC.

*U.S. DISTRICT COURT EASTERN DISTRICT OF LA — FILED 2005 NOV 21 PM 4:42 — LORETTA G. WHYTE CLERK*

500

05 mdl 657

The documents came to hand for service on 11/15/04   Time: 09:55:38

Documents received for service:

**SUMMONS; PLAINTIFF'S ORIGINAL PETITION; ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES**

The documents were delivered on **11/17/04**   Time: **14:50:00**

Executed at: 350 N. St. Paul Street
              Dallas, TX 75201
to the following: **Merck & Co., Inc.**
                  **By Delivering To C.T. Corporation Systems**
                  **By Delivering To Shirly Dillon**

✓  PERSONALLY delivering the document(s) to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, **Ruben J Villarreal**                       , am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: _____                Ruben J Villarreal
                                        Professional Civil Process Dallas, Inc.
Witness Fee Tendered: _____        2001 Bryan Street Suite 3175
                                              Dallas, Texas 75201

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this __23RD__ day of __NOV__ 200_4_.

PCP Inv. #D11040306

Dee Roberts
NOTARY PUBLIC FOR THE STATE OF TEXAS

DEE ROBERTS
MY COMMISSION EXPIRES
September 27, 2007

___ Fee_____
___ Process_____
_✓_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern       District of       Texas

Audona "ABBIE" SANDOVAL

V.

MERCK & CO., INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C-04-544

TO: (Name and address of Defendant)

MERCK & CO., INC.
Agent: C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn Snapka
Federal I.D. No. 1617, SBN: 18781200
SNAPKA, TURMAN & WATERHOUSE, L.L.P.
606 N. Caranchua, Suite 1511
Corpus Christi, Texas 78746

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK

*Donna Terrell* (signature)

(By) DEPUTY CLERK

NOV - 2 2004

DATE

11/15/04

🖎AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted:  ~~SEE ATTACHED~~

~~ORIGINAL RETURN~~

☐  Other (specify):  ~~OF SERVICE~~

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on  _____        _____
                          Date                                          *Signature of Server*

_____
*Address of Server*

~~SEE ATTACHED ORIGINAL RETURN OF SERVICE~~

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.