## AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| COUNTY: FEDERAL | CASE # 05-188 | COURT | |
| | | Clt. Ref.# | Clt.# 500 |

MARINA V. AFANSASYEVA

VS
MERCK & CO., INC.

*U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2005 NOV 21  PM 4:40
LORETTA G. WHYTE
CLERK*

05md1657

The documents came to hand for service on 04/28/05   Time: 15:51:55

Documents received for service:

**SUMMONS; PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on 05/02/05  Time: 15:15:00

Executed at: 350 N. St. Paul Street
             Dallas, TX 75201
to the following: Merck & Co., Inc.
                  By Delivering To C.T. Corporation System
                  By Delivering Cheryl Dylan

- [X] PERSONALLY delivering the document(s) to the person above.
- [ ] SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
- [ ] POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Rickey Lee _____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: _____

Witness Fee Tendered: _____

Rickey Lee
Professional Civil Process Dallas, Inc.
2001 Bryan Street Suite 3175
Dallas, Texas 75201

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this 5TH day of May 2005.

PCP Inv. #D04050790

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS



DEE ROBERTS
MY COMMISSION EXPIRES
September 27, 2007

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No _____

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

Marina V. Afanasyeva

V.

Merck & Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-188

TO: (Name and address of Defendant)

Merck & Co., Inc.
Agent: C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn Snapka
Federal I.D. No. 1617, SBN: 18781200
Snapka, Turman & Waterhouse, L.L.P.
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78746

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK

_[signature]_

(By) DEPUTY CLERK

APR 21 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4-4-05 |
| Name of SERVER (PRINT) Michael McDonald | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on Merck & Co. thru CT Corporation on Parrish Ritchie - Senior Fulfillment Specialist

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-4-05
                Date

Signature of Server

Address of Server   ATTORNEYS LEGAL LOGGS,
                    4705 [illegible] ST
                    [illegible] 70113

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date              *Signature of Server*

                               _____
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.