**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 21, 2005**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
| | * MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION L |
| This document relates to: | * |
| | * JUDGE FALLON |
| EVELYN IRVIN, | * |
| as Personal Representative of the | * MAGISTRATE JUDGE KNOWLES |
| Estate of | * |
| RICHARD IRVIN, JR, | * |
| | * |
| Plaintiff, | * |
| vs. | * |
| | * |
| MERCK & CO., INC., | * |
| | * |
| Defendant. | * |
| | * |
| CIVIL ACTION 05-4046 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The pretrial conference in the above captioned matter was held on this date in the Chambers of Judge Eldon E. Fallon. Phil Beck and Tarik Ismail participated on behalf of the Defendant. Andy Birchfield, Jere Beasley, Leigh O'Dell, Paul Sizemore, Jerry Meunier, Chris Seeger, Drew Ranier, and Lenny Davis participated on behalf of the Plaintiff. The parties discussed the Defendant's Motion to Quash the Subpoena for David Anstice, the bifurcation of the trial with respect to punitive damages, the

JS10(01:30)

___ Fee
___ Process
X   Dktd
✓   CtRmDep
___ Doc. No.

jury questionnaires, and other logistical issues pertaining to the trial. The Court made the following rulings with regard to the Defendant's Motion to Quash the Subpoena for David Anstice, the bifurcation of the trial, and the jury questionnaires for the reasons captured in the transcript of this conference. First, the Defendant's Motion to Quash the Subpoena for David Anstice is GRANTED. Second, the punitive damage claim is bifurcated and will proceed before the same jury if appropriate. The parties will brief the Court on the appropriate method and what issue the jury needs to determine at each stage. Briefs shall be filed by Wednesday, November 23, 2005, before noon. Third, the following jurors are excused for cause: Richard Carson (Juror #5), Monica Heal (Juror #18), Brenda Maurer (Juror #20), Raymond Guardiola (Juror #31), Gabriela Bernal (Juror #35), and Barbara Luce (Juror #46).