**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2005 NOV 23  PM 3: 36*
*LORETTA G. WHYTE*
*CLERK*

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
　　*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Court instructed the parties to submit a list of objected to exhibits and non-objected to exhibits so that the Court could rule on the admissibility of these exhibits. By admissibility, the Court means that the exhibits are eligible for admission into evidence. To be admitted into evidence, however, counsel must have a witness identify and/or refer to the exhibit. The exhibits are not self-admitted by virtue of their admissibility.

The non-objected to exhibits are deemed admissible. The Court's rulings on the objected to exhibits are on the attached charts.

New Orleans, Louisiana, this ___23rd___ day of ___November___, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED