**MINUTE ENTRY**
**FALLON, J.**
**November 23, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L (3) |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Russ Herman, Chris Seeger, and Lee Balefsky participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Doug Marvin, and John Beisner participated on behalf of the Defendant's Steering Committee ("DSC"). At the conference, the PSC and DSC discussed the selection of cases for early federal court trial.

Prior to this meeting, the PSC had offered the *Irvin Plunkett* case as the first case to be tried in the MDL. The DSC agreed, and this case is set for trial on November 29, 2005, in Houston, Texas. Recently, the PSC and DSC had agreed to try the *Abrams* case second. The PSC, however, agreed that it would try the *Abrams* case if the trial would be held in Philadelphia, Pennsylvania due to certain logistical issues. The Court contacted and obtained permission from all the necessary chief judges to try the *Abrams* case in Philadelphia.

At this conference, the PSC informed the Court that it would be unable and unwilling to

JS10(00:20)

-1-

try the *Abrams* case due to unspecified reasons, which were recently learned. The Court expressed its disappointment and frustration with this information. In addition, the Court determined that it would go forward with trials in the cases filed in the Eastern District of Louisiana. Unless the parties can agree, the DSC shall pick a case from those initially filed in the Eastern District of Louisiana to be tried as the second MDL trial. This case should be ready for trial and instructive. This trial will commence on February 13, 2006.