A CERTIFIED TRUE COPY

NOV 23 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 25   AM II: 13

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-30)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,028 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 23 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

## SCHEDULE CTO-30 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

**ALABAMA NORTHERN**
ALN   2   05-2138          ~~Cynthia L. Bright v. Merck & Co., Inc., et al.~~ Vacated 11/16/05                EDLA
                                                                                                             SEC.  L/3

**ARKANSAS EASTERN**
ARE   4   05-1282          Herbert Philip Malone v. Merck & Co., Inc.                    05-6092

**ARIZONA**
AZ    2   05-3239          Walter Carroll, et al. v. Merck & Co., Inc.                   05-6093

**CALIFORNIA CENTRAL**
CAC   2   05-7107          Cynthia Jackson v. Merck & Co., Inc.                          05-6094
CAC   2   05-7225          Paul Fisher v. Merck & Co., Inc.                              05-6095
CAC   2   05-7366          ~~Tara Warner, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/22/05

**CALIFORNIA NORTHERN**
CAN   3   05-3942          Reginald Gerald Pates v. Merck & Co., Inc.                    05-6096
CAN   3   05-3944          Charles Cutter Werdel v. Merck & Co., Inc.                    05-6097
CAN   3   05-3945          Donald William Hughes v. Merck & Co., Inc.                    05-6098
CAN   3   05-4101          Gregory C. Papedo, et al. v. Cardiology Associates of Marin, et al.   05-6099
CAN   3   05-4213          Jeanne Bale, et al. v. Merck & Co., Inc.                      05-6100
CAN   3   05-4215          Walter J. Ledergerber v. Merck & Co., Inc.                    05-6101
CAN   5   05-3935          Harold Sanborn v. Merck & Co., Inc.                           05-6102
CAN   5   05-3936          Betty Walls v. Merck & Co., Inc.                              05-6103

**COLORADO**
CO    1   05-1906          Kenneth E. Cotter v. Merck & Co., Inc.                        05-6104
CO    1   05-2043          Rosanne Rains v. Merck & Co., Inc.                            05-6105
CO    1   05-2049          Heather Kiefer, etc. v. Merck & Co., Inc.                     05-6106

**CONNECTICUT**
CT    3   05-1607          Edith Sokoloff, et al. v. Merck & Co., Inc.                   05-6107

**FLORIDA MIDDLE**
FLM   2   05-506           Susan Kairalla v. Merck & Co., Inc.                           05-6108
FLM   3   05-1036          Darrell Roberson v. Merck & Co., Inc., et al.                 05-6109
FLM   3   05-1037          Ruby Cochran v. Merck & Co., Inc., et al.                     05-6110
FLM   3   05-1038          Donnie Frye, et al. v. Merck & Co., Inc., et al.              05-6111
FLM   3   05-1039          John Jugenheimer v. Merck & Co., Inc.                         05-6112
FLM   3   05-1040          Leslie Hantz, et al. v. Merck & Co., Inc., et al.             05-6113
FLM   3   05-1041          Gary Lee Bell, Sr., et al. v. Merck & Co., Inc., et al.       05-6114
FLM   3   05-1042          Gwendolyn L. Jones, et al. v. Merck & Co., Inc., et al.       05-6115
FLM   8   05-1826          John Laing v. Merck & Co., Inc.                               05-6116

**FLORIDA SOUTHERN**
FLS   0   05-61625         Felice J. Tavano, et al. v. Merck & Co., Inc.                 05-6117
FLS   9   05-80899         Joseph Aparo, etc. v. Merck & Co., Inc., et al.               05-6118

SCHEDULE CTO-30 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN  1  05-2594 | Diane Rowles v. Merck & Co., Inc. | 05-6119 |
| GAN  1  05-2597 | Ronald Nunn v. Merck & Co., Inc. | 05-6120 |
| GAN  1  05-2598 | The Estate of Lawrence Reeves v. Merck & Co., Inc. | 05-6121 |
| GAN  1  05-2599 | Tamma Wilson v. Merck & Co., Inc. | 05-6122 |
| GAN  4  05-213 | David Melton v. Merck & Co., Inc. | 05-6123 |
| **IOWA SOUTHERN** | | |
| IAS  4  05-555 | Mary A. Majors, et al. v. Merck & Co., Inc. | 05-6124 |
| **IDAHO** | | |
| ID  1  05-402 | Norman McMurtrie, et al. v. Merck & Co., Inc. | 05-6125 |
| ID  2  05-408 | James Blaine, et al. v. Merck & Co., Inc. | 05-6126 |
| ID  4  05-400 | Robert Ramos, et al. v. Merck & Co., Inc. | 05-6127 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-5776 | Roger Gleason, et al. v. Merck & Co., Inc. | 05-6128 |
| ILN  1  05-5820 | Geraldine Boness, etc. v. Merck & Co., Inc. | 05-6129 |
| **INDIANA NORTHERN** | | |
| INN  3  05-615 | Kenneth Ross v. Merck & Co., Inc. | 05-6130 |
| **INDIANA SOUTHERN** | | |
| INS  1  05-1496 | Ronald Higgins, et al. v. Merck & Co., Inc. | 05-6131 |
| **KENTUCKY EASTERN** | | |
| KYE  0  05-188 | Myrtle Suttles v. Merck & Co., Inc. | 05-6132 |
| ~~KYE  3  05-68~~ | ~~Ronald E. Smith, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE  3  05-69 | Joann Wright v. Merck & Co., Inc. | 05-6133 |
| KYE  3  05-70 | Virginia A. Hendershot, et al. v. Merck  Co., Inc., et al. | 05-6134 |
| ~~KYE  5  05-412~~ | ~~James Parsons, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYE  5  05-413~~ | ~~Gene Patterson, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE  5  05-415 | Carolyn Hurt, etc. v. Merck & Co., Inc. | 05-6135 |
| KYE  5  05-416 | Kathleen Weinberg v. Merck & Co., Inc. | 05-6136 |
| KYE  5  05-419 | Marcus Fitzgerald v. Merck & Co., Inc. | 05-6137 |
| KYE  5  05-422 | Roger Allen, et al. v. Merck & Co., Inc., et al. | 05-6138 |
| ~~KYE  5  05-423~~ | ~~Tresa Brady, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| KYE  5  05-424 | Jerry Gill v. Merck & Co., Inc. | 05-6139 |
| ~~KYE  5  05-425~~ | ~~Maudie F. Jones, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE  5  05-428 | Lucille Reed v. Merck & Co., Inc. | 05-6140 |
| KYE  5  05-429 | Wendell Gene Johnson v. Merck & Co., Inc. | 05-6141 |
| KYE  5  05-430 | Helen Hubbard v. Merck & Co., Inc. | 05-6142 |
| KYE  5  05-431 | Ann Happy v. Merck & Co., Inc. | 05-6143 |
| KYE  5  05-438 | Lila M. Jones v. Merck & Co., Inc. | 05-6144 |
| KYE  5  05-439 | Christine Harney v. Merck & Co., Inc. | 05-6245 |
| KYE  6  05-560 | Mary Ann Nolan v. Merck & Co., Inc. | 05-6146 |
| KYE  6  05-564 | Brenda Kay Risner v. Merck & Co., Inc. | 05-6147 |
| ~~KYE  6  05-565~~ | ~~Bonnie Engle v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYE  7  05-317~~ | ~~James T. Bevins, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE  7  05-323 | Paul Lowe v. Merck & Co., Inc. | 05-6148 |
| KYE  7  05-324 | Jeffery Blankenship v. Merck & Co., Inc. | 05-6149 |
| KYE  7  05-325 | James Harvey Estep, et al. v. Merck & Co., Inc. | 05-6150 |
| KYE  7  05-326 | Ruth Ann Smith v. Merck & Co., Inc. | 05-6151 |
| KYE  7  05-327 | Earyetta Gillman, etc. v. Merck & Co., Inc. | 05-6152 |
| KYE  7  05-328 | Otis Johnson v. Merck & Co., Inc. | 05-6153 |
| ~~KYE  7  05-330~~ | ~~James Howell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE  7  05-334 | Mitchell Kimbler, Jr., et al. v. Merck & Co., Inc. | 05-6154 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|

**KENTUCKY WESTERN**

| | | |
|---|---|---|
| ~~KYW 3  05-565~~ | ~~Carl D. Mahan, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-566~~ | ~~Samuel Bain, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYW 3  05-567 | Linda Horton v. Merck & Co., Inc. | 05-6155 |
| ~~KYW 3  05-568~~ | ~~Wenceslaus Klimesh, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-569~~ | ~~Glen Kelly v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-570~~ | ~~Barry M. Kinslow v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-571~~ | ~~Barbara A. Reeves, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-572~~ | ~~Betty Wooldridge, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-573~~ | ~~Bernice Eversole, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-581~~ | ~~Earl G. Crank, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-582~~ | ~~Phillip Metcalf, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-585~~ | ~~Allen Dowell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-586~~ | ~~Lois Zoll v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-587~~ | ~~Helen Dennison v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-588~~ | ~~Lana Yaggie, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-589~~ | ~~Kim Young, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-590~~ | ~~William E. Garrett, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-591~~ | ~~William M. Adams, Jr., et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-592~~ | ~~Linda Howard, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-593~~ | ~~Richard Wigginton, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-595~~ | ~~Sharon McDonald v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| KYW 3  05-596 | Ronnie Bailey v. Merck & Co., Inc. | 05-6156 |
| ~~KYW 3  05-600~~ | ~~Dennie Miller, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-601~~ | ~~David G. Thomas v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-602~~ | ~~George R. Hubbard, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-603~~ | ~~Joseph E. Newton, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-605~~ | ~~Elmer Smith, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-606~~ | ~~Violet Bailey, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-607~~ | ~~Joyce Skilman v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-608~~ | ~~Charles Ball, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-609~~ | ~~Lucky Daniels, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-610~~ | ~~Lovell S. Cottrell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-615~~ | ~~Charles Orange, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-616~~ | ~~Earl J. Estep, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-617~~ | ~~Michael T. Mooney, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-618~~ | ~~Juanita King v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-619~~ | ~~Marjorie Staten, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-620~~ | ~~Bernard Griffin, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-621~~ | ~~Anthony Long, etc. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-622~~ | ~~Cleo D. Gilbert, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-626~~ | ~~Vanessa Wisenbaler v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-627~~ | ~~Charles Nantz, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-628~~ | ~~Annie Hendrix v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-629~~ | ~~Carolyn A. Ward v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-630~~ | ~~William E. Kaufman, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-631~~ | ~~Donna C. Russel, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-632~~ | ~~Delbert Rakes, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3  05-646~~ | ~~Timmy Glass, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |

**LOUISIANA MIDDLE**

| | | |
|---|---|---|
| LAM 3  05-1124 | Keiffer Meyers v. Merck & Co., Inc. | 05-6157 |
| LAM 3  05-1142 | Terri Ann LeBlanc v. Merck & Co., Inc. | 05-6158 |
| LAM 3  05-1174 | Mitchell Alongio, et al. v. Merck & Co., Inc. | 05-6159 |
| LAM 3  05-1177 | Rosalie H. Bienvenu, et al. v. Merck & Co., Inc. | 06-6160 |
| LAM 3  05-1184 | Beverly Wilson, et al. v. Merck & Co., Inc. | 05-6161 |
| LAM 3  05-1190 | Clara Norman, et al. v. Merck & Co, Inc. | 05-6162 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | | | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|---|---|
| LAM | 3 | 05-1196 | Angela Ralston v. Merck & Co., Inc. | 05-6163 |
| LAM | 3 | 05-1199 | Winthrop Winborn v. Merck & Co., Inc. | 05-6164 |
| LAM | 3 | 05-1200 | Tommy Stringer, et al. v. Merck & Co., Inc. | 05-6165 |
| **LOUISIANA WESTERN** | | | | |
| LAW | 1 | 05-1727 | Tiffany Soignet, etc. v. Merck & Co., Inc. | 05-6166 |
| LAW | 2 | 05-1764 | Moses Gilbert v. Merck & Co., Inc. | 05-6167 |
| LAW | 3 | 05-1607 | Vera B. Hill v. Merck & Co., Inc. | 05-6168 |
| LAW | 3 | 05-1766 | Nealy J. Britton v. Merck & Co., Inc. | 05-6169 |
| LAW | 5 | 05-1757 | Gerald R. Soileau, et al. v. Merck & Co., Inc. | 05-6170 |
| LAW | 6 | 05-1720 | Wendell Wyatt, et al. v. Merck & Co., Inc. | 05-6171 |
| **MASSACHUSETTS** | | | | |
| MA | 1 | 05-11984 | Linda Isner, etc. v. Merck & Co., Inc. | 05-6172 |
| MA | 1 | 05-12018 | Lynda Lowe, etc. v. PJC Realty MA, Inc., et al. | 05-6173 |
| MA | 1 | 05-12087 | Gunnar Hagen v. Merck & Co., Inc. | 05-6174 |
| **MINNESOTA** | | | | |
| MN | 0 | 05-2331 | Charles Spickard, etc. v. Merck & Co., Inc. | 05-6175 |
| MN | 0 | 05-2333 | Donald F. Damer v. Merck & Co., Inc. | 05-6176 |
| MN | 0 | 05-2375 | Charles Slauson v. Merck & Co., Inc. | 05-6177 |
| MN | 0 | 05-2376 | Corrine Lewis v. Merck & Co., Inc. | 05-6178 |
| MN | 0 | 05-2378 | Jeanne M. Lonergan v. Merck & Co., Inc. | 05-6179 |
| MN | 0 | 05-2406 | Sena Hays, etc. v. Merck & Co., Inc. | 05-6180 |
| MN | 0 | 05-2407 | Rovena Ward, etc. v. Merck & Co., Inc. | 05-6181 |
| MN | 0 | 05-2441 | Matthew Pacha v. Merck & Co., Inc. | 05-6182 |
| MN | 0 | 05-2446 | Wendy Miller v. Merck & Co., Inc. | 05-6183 |
| **MISSOURI EASTERN** | | | | |
| MOE | 2 | 05-64 | Margaret Miller, et al. v. Merck & Co., Inc. | 05-6184 |
| MOE | 4 | 05-1665 | Lavenia Reeves v. Merck & Co., Inc. | 05-6185 |
| MOE | 4 | 05-1667 | Esther Shipper v. Merck & Co., Inc. | 05-6186 |
| MOE | 4 | 05-1668 | Audrey Brown, et al. v. Merck & Co., Inc., et al. | 05-6187 |
| MOE | 4 | 05-1670 | Beverly J. Fitzgerald, et al. v. Merck & Co., Inc., et al. | 05-6188 |
| MOE | 4 | 05-1671 | Ronald Pinto v. Merck & Co., Inc., et al. | 05-6189 |
| MOE | 4 | 05-1742 | Zelma Howard v. Merck & Co., Inc., et al. | 05-6190 |
| MOE | 4 | 05-1743 | Marie Olsten v. Merck & Co., Inc., et al. | 05-6191 |
| MOE | 4 | 05-1749 | Linda Scott, et al. v. Merck & Co., Inc., et al. | 05-6192 |
| MOE | 4 | 05-1754 | Ruth Carolyn Campbell v. Merck & Co., Inc., et al. | 05-6193 |
| MOE | 4 | 05-1760 | Wanda Dodson, et al. v. Merck & Co., Inc. | 05-6194 |
| MOE | 4 | 05-1762 | Maurice Banks, et al. v. Merck & Co., Inc. | 05-6195 |
| MOE | 4 | 05-1831 | Rita Young, etc. v. Merck & Co., Inc., et al. | 05-6196 |
| MOE | 4 | 05-1902 | Carolyna Bean, et al. v. Merck & Co., Inc., et al. | 05-6197 |
| MOE | 4 | 05-1908 | Patricia A. Sanders v. Merck & Co., Inc., et al. | 05-6198 |
| MOE | 4 | 05-1909 | Ivory Lindwedel v. Merck & Co., Inc., et al. | 05-6199 |
| **MISSOURI WESTERN** | | | | |
| ~~MOW~~ | ~~3~~ | ~~05-5142~~ | ~~Jimmie Collins v. Merck & Co., Inc., et al.~~ Opposed 11/22/05 | |
| MOW | 4 | 05-935 | Martin Teckemeyer, et al. v. Merck & Co., Inc. | 05-6200 |
| MOW | 4 | 05-961 | Marsha Gardner, etc. v. Merck & Co., Inc. | 05-6201 |
| MOW | 4 | 05-962 | Melvina Lyons, etc. v. Merck & Co., Inc. | 05-6202 |
| MOW | 4 | 05-963 | Hayward Ray, et al. v. Merck & Co., Inc. | 05-6203 |
| MOW | 4 | 05-964 | Mary Jo O'Brien, etc. v. Merck & Co., Inc. | 05-6204 |
| MOW | 4 | 05-965 | Zella Sellers, etc. v. Merck & Co., Inc. | 05-6205 |
| MOW | 4 | 05-967 | Verna Scott, et al. v. Merck & Co., Inc. | 05-6206 |
| MOW | 4 | 05-974 | Donald Davis Ford v. Merck & Co., Inc. | 05-6207 |
| MOW | 4 | 05-975 | Randy Spearman, etc. v. Merck & Co., Inc. | 05-6208 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MOW 4  05-1002 | Dennis Bosch, etc. v. Merck & Co., Inc. | 05-6209 |
| MOW 4  05-1003 | Porter Smith, et al. v. Merck & Co., Inc. | 05-6210 |
| MOW 4  05-1004 | Sandra Amend v. Merck & Co., Inc. | 05-6211 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2  05-2079 | Tommy J. Harper v. Merck & Co., Inc. | 05-6212 |
| MSS 2  05-2080 | Laura P. Meadows v. Merck & Co., Inc. | 05-6213 |
| MSS 4  05-166 | Nadene Caves v. Merck & Co., Inc. | 05-6214 |
| **NEW JERSEY** | | |
| NJ 3  05-4951 | Lawrence Coleman v. Merck & Co., Inc. | 05-6215 |
| **NEW MEXICO** | | |
| NM 1  05-641 | Margaret Albaugh v. Merck & Co., Inc., et al. | 05-6216 |
| **NEW YORK EASTERN** | | |
| NYE 1  05-4865 | Everardo S. Aguilar v. Merck & Co., Inc., et al. | 05-6217 |
| NYE 1  05-4881 | Robert Casciani, et al. v. Merck & Co., Inc. | 05-6218 |
| NYE 1  05-4893 | Evelyn Riquelme, etc. v. Merck & Co., Inc. | 05-6219 |
| NYE 1  05-4908 | May Taliaferrow, etc. v. Merck & Co., Inc. | 05-6220 |
| **NEW YORK NORTHERN** | | |
| NYN 3  05-1315 | Robert D. Gates, et al. v. Merck & Co., Inc. | 05-6221 |
| NYN 5  05-1277 | Charlotte E. Fischetti v. Merck & Co., Inc. | 05-6222 |
| **NEW YORK SOUTHERN** | | |
| NYS 1  05-8599 | Robert Jones v. Merck & Co., Inc. | 05-6223 |
| **OHIO NORTHERN** | | |
| OHN 1  05-2304 | Bonnie Beck, etc. v. Merck & Co., Inc. | 05-6224 |
| **OHIO SOUTHERN** | | |
| OHS 1  05-645 | Michael D. Lewis, et al. v. Merck & Co., Inc. | 05-6225 |
| OHS 2  05-909 | Effie Gamble v. Merck & Co., Inc. | 05-6226 |
| **OKLAHOMA EASTERN** | | |
| OKE 6  05-400 | Kerry Olive, etc. v. Merck & Co., Inc. | 05-6227 |
| OKE 6  05-401 | Patricia McFarland, etc. v. Merck & Co., Inc. | 05-6228 |
| **OKLAHOMA WESTERN** | | |
| OKW 5  05-1165 | Dale Ray Youree v. Merck & Co., Inc. | 05-6229 |
| OKW 5  05-1185 | Glenn McCormick v. Merck & Co., Inc. | 05-6230 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2  05-5316 | John T. Calderaio, etc. v. Merck & Co., Inc., et al. | 05-6231 |
| PAE 2  05-5446 | Delores T. Warner, et al. v. Merck & Co., Inc. | 05-6232 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2  05-1407 | James Ganss, et al. v. Merck & Co., Inc. | 05-6233 |
| **PUERTO RICO** | | |
| PR 3  05-2002 | Gladys Amadis-Rosario, et al. v. Merck & Co., Inc. | 05-6234 |
| PR 3  05-2012 | Juanita Cartagena-Marrero, et al. v. Merck & Co., Inc. | 05-6235 |
| PR 3  05-2013 | Alicia Guilbe-Mercado, et al. v. Merck & Co., Inc. | 05-6236 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS  (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **SOUTH DAKOTA** | | |
| SD  1  05-1044 | Herschel Niles v. Merck & Co., Inc. | 05-6237 |
| | | |
| **TENNESSEE EASTERN** | | |
| TNE 1  05-263 | Donald E. Parris, et al. v. Merck & Co., Inc. | 05-6238 |
| TNE 1  05-268 | Margaret Davis v. Merck & Co., Inc. | 05-6239 |
| TNE 1  05-269 | Albert N. Norris v. Merck & Co., Inc. | 05-6240 |
| TNE 1  05-282 | Joseph Gravelle v. Merck & Co., Inc. | 05-6241 |
| ~~TNE 1  05-283~~ | ~~James E. Queen, et al. v. Merck & Co., Inc.~~ Opposed 11/22/05 | |
| TNE 3  05-443 | Evelyn R. Bishop v. Merck & Co., Inc. | 05-6242 |
| TNE 3  05-474 | Richard Counsil, et al. v. Merck & Co., Inc. | 05-6243 |
| TNE 3  05-484 | George W. Davis v. Merck & Co., Inc. | 05-6244 |
| | | |
| **TENNESSEE MIDDLE** | | |
| TNM 1  05-69 | Patricia C. Blackwell, et al. v. Merck & Co., Inc. | 05-6245 |
| TNM 3  05-812 | Hugh Daniel, II v. Merck & Co., Inc. | 05-6246 |
| TNM 3  05-828 | Walterine Reed, et al. v. Merck & Co., Inc. | 05-6247 |
| TNM 3  05-829 | Bonnie Payne, et al. v. Merck & Co., Inc. | 05-6248 |
| | | |
| **TENNESSEE WESTERN** | | |
| TNW 1  05-1298 | Frederick E. Cook, Sr., et al. v. Merck & Co., Inc., et al. | 05-6249 |
| TNW 1  05-1299 | Donald L. D'Amico, et al. v. Merck & Co., Inc., et al. | 05-6250 |
| TNW 1  05-1314 | Roy Arnold, Sr., et al. v. Merck & Co., Inc., et al. | 05-6251 |
| TNW 1  05-1315 | James P. Young v. Merck & Co., Inc., et al. | 05-6252 |
| TNW 2  05-2704 | Patsy Hunter v. Merck & Co., Inc. | 05-6253 |
| TNW 2  05-2705 | Betty Carter v. Merck & Co., Inc. | 05-6254 |
| TNW 2  05-2721 | Benjamin Davis, et al. v. Merck & Co., Inc. | 05-6255 |
| TNW 2  05-2730 | Earline Norwood v. Merck & Co., Inc. | 05-6256 |
| TNW 2  05-2733 | Tony Gallo, et al. v. Merck & Co., Inc. | 05-6257 |
| TNW 2  05-2775 | Phillip M. Smith, et al. v. Merck & Co., Inc. | 05-6258 |
| TNW 2  05-2777 | Dana Turner, etc. v. Baptist Memorial Hospital, et al. | 05-6259 |
| | | |
| **TEXAS EASTERN** | | |
| TXE 1  05-678 | Irene Carr, etc. v. Merck & Co., Inc. | 05-6260 |
| | | |
| **TEXAS SOUTHERN** | | |
| TXS 2  05-502 | Ivey F. Crisp v. Merck & Co., Inc. | 05-6261 |
| TXS 2  05-503 | Harold E. Caldwell v. Merck & Co., Inc. | 05-6262 |
| TXS 4  05-3529 | Ellen Vidler, et al. v. Merck & Co., Inc. | 05-6263 |
| TXS 7  05-335 | Maria P. Gonzalez v. Merck & Co., Inc., et al. | 05-6264 |
| | | |
| **VIRGINIA EASTERN** | | |
| VAE 1  05-1161 | Charles Phillips v. Merck & Co., Inc. | 05-6265 |
| VAE 2  05-582 | William V. Hadsell, Jr. v. Merck & Co., Inc. | 05-6266 |
| | | |
| **WASHINGTON WESTERN** | | |
| WAW2  05-1742 | Betty Ely, et al. v. Merck & Co., Inc. | 05-6267 |

# INVOLVED COUNSEL LIST (CTO-30)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street, Suite 3450
Houston, TX 77002

Stephen D. Bachman
Holloway Dobson & Bachman, P.C.
One Leadership Sqaure
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102-7102

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Brian K. Balser
Law Offices of Brian K. Balser
4311 Meadow Lane Court, Suite 1
Elyria, OH 44035

Daniel E. Barenbaum
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Kathryn E. Barnett
Lieff, Cabraser, Heimann & Bernstein,
LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423

Brittany K. Benefield
Porteous, Hainkel, Johnson, LLP
P. O. Box 2086
408 North Columbia Street
Covington, LA 70434-2086

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittman,
LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

Jimmy W. Bilbo
Logan, Thompson, Miller, Bilbo, et al.
P.O. Box 191
Cleveland, TN 37364-0191

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Dana A. Blanton
Reed Smith, LLP
1999 Harrison Street
P.O. Box 2084
Oakland, CA 94604-2084

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Eron J. Brainard
Klotz Simmons & Reeks
509 Milam Street
Shreveport, LA 71101

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Gregory J. Bubalo
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Eileen Smith Burkhalter
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
Nashville, TN 37219

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Aventis Campos-Mercado
Campos-marquetti & Pagan, LLC
67 Wall Street, Suite 2211
New York, NY 10005

Christopher M. Cannon
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

John R. Cannon, Jr.
Shuttleworth, Smith, McNabb
& Williams
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103-0020

Dail R. Cantrell
Cantrell, Pratt & Varsalona
P.O. Box 299
Clinton, TN 37717

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Efrain Carrera
3115 S. Hwy 281, Suite B
Edinburg, TX 78539

Leonard P. Cervantes
Cervantes & Associates
1007 Olive
Fourth Floor
St. Louis, MO 63101

Mark P. Chalos
Lieff, Cabraser, Heimann & Bernstein,
LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219

INVOLVED COUNSEL LIST (CTO-30) MDL-1657                                    PAGE 2 of 6

John C. Cherundolo
Cherundolo, Bottar Law Firm
120 Madison Street, Suite 1600
MONY Tower II - 16th Floor
Syracuse, NY 13202

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

Gardner Elliot Cobb, Jr.
Moyler, Black, Meredith & Martin,
LLP
506 North Main Street
P.O. Box 775
Franklin, VA 23851-0775

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway
Suite 201
Nashville, TN 37219

John A. Combs
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1742

James E. Conley
Spicer, Flynn & Rudstrom, PLLC
80 Monroe Ave., Suite 500
Memphis, TN 38103

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

April L. Crane
Hortman, Harlow, Martindale,
Bassi, et al.
P.O. Drawer 1409
Laurel, MS 39441-1409

Robert J. Crotty
Lukins & Annis, P.S.
1600 Washington Trust Financial Ctr.
717 West Sprague Avenue
Spokane, WA 99201

Joseph T. Dalrymple
Rivers, Beck, Dalrymple & Ledet
P.O. Box 12850
Alexandria, LA 71315-2850

Jill Marie Dennis
Hunton & Williams, LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Anthony M. DiLeo
Stone, Pigman, Walther & Wittman,
LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

James J. Dillon
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
26th Floor
Boston, MA 02110

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
Nashville, TN 37219

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Tony W. Edwards
Stipe, Harper, Laizure, Uselton,
Edwards & Belote
P.O. Box 1369
McAlester, OK 74502

Eddie Easa Farah
Farah, Farah & Abbott
10 West Adams Street
Jacksonville, FL 32202

Jonathan P. Farmer
Farmer & Luna
333 Union Street, Suite 300
Nashville, TN 37201

Thomas W. Farrington
Goldberg & Finnegan
1010 Wayne Avenue, Suite 950
Silver Spring, MD 20910

James B. Finley
Finley & Buckley
2931 North Druid Hills Road, Suite C
Atlanta, GA 30329

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Kenneth C. Fonte
Golden & Fonte
One Galleria Blvd., Suite 1822
Metairie, LA 70001

Donald D. Ford
3800 Baltimore Avenue, Unit 3 North
Kansas City, MO 64111

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street, Suite E
McAllen, TX 78504

Richard A. Getty
Getty Hargadon Miller Keller, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, KY 40507

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Robert Edward Godosky
Godosky & Gentile
61 Broad Street, 20th Floor
New York, NY 10006

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Kirk J. Goza
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street, 26th Floor
Kansas City, MO 64105

Charles E. Gribble
Parrish Kruidenier Moss Dunn
& Montgomery
2910 Grand Avenue
Des Moines, IA 50312-4297

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

Regina A. Guy
Thomas & Thomas
77 Adams Avenue
Claridge House Apt. Building
First Floor
Memphis, TN 38103-1709

Richard Douglas Hailey
Ramey & Hailey
3815 River Crossing Parkway
Suite 340
Indianapolis, IN 46240

William Michael Hamilton
Provost Umphrey
2002 Richard Jones Road, Suite 103-C
Nashville, TN 37215

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett,
PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Dianne L. Hill
130 Desiard Street, Suite 501
Monroe, LA 71201

Richard A. Hirsch
Levine, Hirsch, Segall & Northcutt,
P.A.
100 S. Ashley Drive, Suite 1600
P.O. Box 3429
Tampa, FL 33601

Timothy C. Holm
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Anita Parsons Johnson
Gary C. Johnson, P.S.C.
110 Caroline Avenue
P.O. Box 231
Pikeville, KY 41502

David H. Johnson
Law Offices of David H. Johnson
1209  Penntower Office Center
3100 Broadway
Kansas City, MO 64111

Jeffrey W. Jones
326 West Main Street
Danville, KY 40422

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Dennis J. Keenan, III
Hinkle & Keenan, P.S.C.
79 Mall Road, Suite C
South Williamson, KY 41503

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

John H. Kim
Kim Law Firm
Two Shell Plaza, Suite 2500
777 Walker Street
Houston, TX 77002-5322

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Mitchell D. Kinner
Kinner & Patton
328 East Court Street
Prestonsburg, KY 41653

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Thomas J. Knight
Hubbard & Knight
P.O. Drawer 1850
Anniston, AL 36202-1850

Gregory R. Kujawski
1030 Monarch Street, Suite 350
Lexington, KY 40504

Patric J. LeHouillier
LeHouillier & Associates
90 South Cascade Avenue
United Bank Tower, #1430
Colorado Spring, CO 80903

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael L. Luce
Davenport, Evans, Hurwitz & Smith
P.O. Box 1030
Sioux Falls, SD 57101-1030

Herbert Phillip Malone
Delta Regional Unit
880 East Gaines
Demott, AR 71638-9505

INVOLVED COUNSEL LIST (CTO-30) MDL-1657                                    PAGE 4 of 6

Melanie S. Marrs
Lynn, Fulkerson, Nichols & Kinkel,
PLLC
267 West Short Street
Lexington, KY 40507

Floyd L. Matthews
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Kenneth B. McClain
Humphrey, Farrington & McClain,
P.C.
123 W. Kansas
Independence, MO 64050

John D. McMahan
McMahan Law Firm
323 High Street
Chattanooga, TN 37403

Christopher R. Miller
Humphrey, Farrington & McClain,
P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32 Floor
Louisville, KY 40202-3363

Richard W. Mithoff, Jr.
Mithoff Law Firm
One Allen Center Penthouse
500 Dallas Street, Suite 3450
Houston, TX 77002

Sean F. Monahan
703 West Boynton Beach Blvd.
Boynton Beach, FL 33426-3638

Michael F. Montesi
Gatti, Keltner, Bienvenu & Montesi
219 Adams Avenue
Memphis, TN 38103

Thomas Morris
Morris & Associates
P.O. Box 656
Cleveland, MS 38732

Philip F. Mulvey, Jr.
536 Main Street
Falmouth, MA 02540

Edward J. Nevin
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter, LLC
240 Laurel Street
Baton Rouge, LA 70801

William Pagan
Pagan Law Firm
254 Fifth Avenue, Suite 1002
New York, NY 10016

Robert R. Pagniello
Office of Robert R. Pagniello
1400 Scott Boulevard
Decatur, GA 30030

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Mark Lane Pearson
Law Office of Mark L. Pearson
P.O. Box 3873
Jackson, MS 39207-3873

Michael P. Petro
Seewald, Swartz & Associates
429 Fourth Avenue
16th Floor Law & Finance Bldg.
Pittsburgh, PA 15219

Timothy J. Phillips
Phillips Law Offices
P.O. Box 29233
St. Louis, MO 63126

Frank Pola, Jr.
Frank Pola, Jr. Law Office
El Centro II Building, Suite 260
500 Munoz Rivera Avenue
San Juan, PR 00918

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1742

Matthew W. Pryor
Pujol & Pryor
16260 Airline Highway, Suite E
Praireville, LA 70769

Eric M. Quetglas-Jordan
Queglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Jeffrey C. Renz
Law Offices of Robert Pagniello, P.C.
2088 East Main Street
Snellville, GA 30078

Patrick E. Richardson
Law Offices of Patrick Richardson
620 Rosewood Drive
P.O. Box 987
Kirksville, MO 63501

Foster Robberson
Lewis & Roca, LLP
40 N. Central Avenue, Suite 1900
Phoenix, AZ 85004-4429

Kevin C. Roberts
Breeze & Kister
10438 Highway 21
P.O. Box 888
Hillsboro, MO 63050

Robert D. Rowland
Goldenberg & Miller
1101 Lucas, First Floor
St. Louis, MO 63101

Glen B. Rutherford
Slovis, Rutherford & Weinstein, PLLC
P.O. Box 1668
Knoxville, TN 37901-1668

Mark D. Samson
Keller Rohrback, P.L.C.
3101 North Central Avenue, Suite 900
National Bank Plaza
Phoenix, AZ 85012-2600

Max A. Sauler
Bob M. Cohen & Associates
16000 Ventura Boulevard, Suite 701
P.O. Box 18200
Encino, CA 91436

Dianne L. Sawaya
Law Offices of Dianne L. Sawaya
4500 Cherry Creek Drive South
#1030
Denver, CO 80246

Steven S. Scholl
Dixon, Scholl & Bailey, PA
P.O. Box 26746
Albuquerque, NM 87125-6746

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 220
Minneapolis, MN 55401-2179

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 W. Idaho Street
Boise, ID 83702

E. Raymond Shope, II
Law Office of E. Raymond Shope, II,
P.A.
1404 Goodlettte Road, N.
Naples, FL 34102

Douglas D. Small
Foley & Small
1002 East Jefferson Boulevard
South Bend, IN 46617

Eileen B. Smith
Waller Lansden Dortch & Davis
Nashville City Center
511 Union Street, Suite 2100
Nashville, TN 37219

W. Roger Smith
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Steven E. Soileau
Mayer, Smith & Roberts, L.L.P.
1550 Creswell Avenue
Shreveport, LA 71101

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Robert L.J. Spence, Jr.
SpenceWalk, PLLC
One Commerce Square, Suite 2200
Memphis, TN 38103

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
240 Laurel Street
Baton Rouge, LA 70801

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street
LL&E Tower
Suite 2500
New Orleans, LA 70112

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Shelley I. Stiles
Shelley I. Stiles & Associates
5214 Maryland Way, Suite 402
Brentwood, TN 37027

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Stephen M. Strum
Sandberg, Phoenix & Von Gontard
One City Centre, 15th Floor
St. Louis, MO 63101-1880

Anthony Tarricone
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110

Robert Martin Tata
Hunton & Williams
500 East Main Street
Suite 1000
Norfolk, VA 23510

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Seth B. Thompson
Thompson & Thompson
111 Fourth Street, S.E.
Cullman, AL 35055

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

David A. Trevey
Lynn, Fulkerson, Nichols & Kinkel,
PLLC
267 W. Short Street
Lexington, KY 40507

Francisco M. Troncoso
Troncoso & Becker
P.O. Box 9023352
Old San Juan Station
San Juan, PR 00902

Gregory W. Turman
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Walter Umphrey
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Earl P. Underwood, Jr.
21 South Section Street
Fairhope, AL 36532

Darren J. Van Blois
Van Blois & Associates
Airport Corporate Centre, Suite 565
7677 Oakport Street
Oakland, CA 94621

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Edward J. Walters, Jr.
Moore, Walters & Thompson
6513 Perkins Road
Baton Rouge, LA 70808-4259

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1742

Jeffrey J. Wawrzyniak
Seyfarth, Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

Charles C. Weddle, III
White Law Firm
P.O. Box 18427
Oklahoma City, OK 73154

Flossie Weill
Weill, Weill & Long
832 Georgia Avenue
11th Floor, Volunteer Bldg.
Chattanooga, TN 37402-2207

Michael M. White
Office of Public Defender
Northern Jidicial Circuit
P.O. Box 40
Elberton, GA 30635

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Christopher A. Wright
Hershewe Law Firm
431 Virginia Avenue
Joplin, MO 64801

James L. Wright
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave.
Austin, TX 78701

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Paulina do Amaral
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

# INVOLVED JUDGES LIST (CTO-30)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
U.S. District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4245

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

~~Hon. Percy Anderson~~
~~U.S. District Judge~~
~~163 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Robert E. Blackburn
U.S. District Judge
C-226 Byron G. Rogers
U.S. Courthouse
1929 Stout Street
Denver, CO 80294-3589

Hon. Alan N. Bloch
Senior U.S. District Judge
8370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Leonie M. Brinkema
U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
6th Floor
Alexandria, VA 22314-5799

Hon. Frederick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. David L. Bunning
U.S. District Judge
410 U. S. Courthouse
35 West Fifth Street
Covington, KY 41011

Hon. Karen K. Caldwell
U.S. District Judge
Room 354 Federal Building
330 W. Broadway
Frankfort, KY 40601

Hon. Jack T. Camp
U.S. District Judge
P.O. Box 939
Newnan, GA 30264-0939

Hon. Salvador E. Casellas
Senior U.S. District Judge
342 Jose V. Toledo Federal Building &
U.S. Courthouse
300 Calle Del Recinto Sur
San Juan, PR 00901

Hon. Stanley R. Chesler
U.S. District Judge
5050 Clarkson S. Fisher Federal Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

~~Hon. U. W. Clemon~~
~~Chief Judge, U.S. District Court~~
~~882 Hugo L. Black U.S. Courthouse~~
~~1729 Fifth Avenue North~~
~~Birmingham, AL 35203-2000~~

Hon. Jennifer B. Coffman
U.S. District Judge
U.S. District Court
P.O. Box 2228
Lexington, KY 40588

Hon. Curtis L. Collier
Chief Judge, U.S. District Court
U.S. District Court
Post Office Box 831
Chattanooga, TN 37401-0931

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Daniel R. Dominguez
U.S. District Judge
C-129 Clemente Ruiz Nazario
U.S. Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

INVOLVED JUDGES LIST (CTO-30) MDL-1657                                              PAGE 2 of 5

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. R. Allan Edgar
Senior U.S. District Judge
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Gary Feess
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Suite 730
Los Angeles, CA 90012-4701

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
Suite 3300
111 South 10th Street
St. Louis, MO 63102-9958

Hon. Karl S. Forester
Senior U.S. District Judge
P.O. Box 2165
Lexington, KY 40588-2165

Hon. Jerome B. Friedman
U.S. District Judge
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Jose A. Fuste
Chief Judge, U.S. District Court
H-133 Clemente Ruiz Nazario U.S.
Courthouse
150 Carlos Chardon Avenue
Hato Rey, PR 00918

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker U.S.
Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Robert W. Gettleman
U.S. District Judge
Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Alan S. Gold
U.S. District Judge
Federal Courthouse Square
10th Floor
301 N. Miami Avenue
Miami, FL 33128

Hon. Janet C. Hall
U.S. District Judge
Brien McMahon Federal Building
& U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Fed.
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
308 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. John G. Heyburn, II
Chief Judge, U.S. District Court
239 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Bus Highway 83
Bentsen Tower, Suite 1028
McAllen, TX 78501

Hon. H. Russel Holland
Senior U.S. District Judge
Fed. Bldg. & U.S. Courthouse, Box 54
222 West 7th Ave.
Anchorage, AK 99513

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
United States District Court
360 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. James H. Jarvis
Senior U.S. District Judge
140 Howard H. Baker Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. William P. Johnson
U.S. District Judge
U.S. District Court
333 Lomas NW, Suite 770
Albuquerque, NM 87102

Hon. Marvin Katz
Senior U.S. District Judge
13613 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1750

Hon. Charles P. Kocoras
Chief Judge, U.S. District Court
2548 Everett McKinley
Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Marcia S. Krieger
U.S. District Judge
U.S. District Court
Alfred A. Arraj U.S. Courthouse
901 19th Street, A941
Denver, CO 80294-3589

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S.
Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Edward J. Lodge
U.S. District Judge
Federal Building & U.S. Courthouse
MSC 040
550 West Fort Street
Boise, ID 83724

Hon.  Ronald E. Longstaff
Chief Judge, U.S. District Court
115 United States Courthouse
123 East Walnut Street
Des Moines, IA 50309-2035

 Hon. Nora M. Manella
U.S. District Judge
155 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. John T. Maughmer
U.S. Magistrate Judge
7662 Charles Evans Whittaker U.S.
Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. Thomas J. McAvoy
Senior U.S. District Judge
225 Federal Building
15 Henry Street
Binghamton, NY 13901

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Robert L. Miller, Jr.
Chief Judge, U.S. District Court
325 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. Walker D. Miller
U.S. District Judge
C-530 U.S. Courthouse
1929 Stout Street
Denver, CO 80294

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Charles A. Pannell, Jr.
U.S. District Judge
2321 Richard B. Russell Federal
Bldg. & U.S.  Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

INVOLVED JUDGES LIST (CTO-30) MDL-1657                                    PAGE 4 of 5

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Thomas W. Phillips
U.S. District Judge
145 Howard H. Baker, Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Frank J. Polozola
U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Danny C. Reeves
U.S. District Judge
434 United States Courthouse
310 South Main Street
London, KY 40741

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Thomas B. Russell~~
~~U.S. District Judge~~
~~307 Federal Building~~
~~501 Broadway Street~~
~~Paducah, KY 42001~~

Hon. Howard F. Sachs
Senior U.S. District Judge
7462 Charles E. Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. Frederick J. Scullin, Jr.
Chief Judge, U.S. District Court
P.O. Box 7255
Syracuse, NY 13261

Hon. Richard Seeborg
U.S. Magistrate Judge
U.S. District Court
5140 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg
701 N. Main Street
Hattiesburg, MS 39401

Hon. John E. Steele
U.S. District Judge
2-194 U.S. Courthouse & Fed. Bldg.
2110 First Street
Ft. Myers, FL 33901

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph Moakley U.S.
Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Aleta A. Trauger
U.S. District Judge
825 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker, Jr.
U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Donald E. Walter
Senior U.S. District Judge
4200 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3050

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. James Ware
U.S. District Judge
4050 Robert F. Peckham
U.S. Courthouse & Federal Building
280 South First Street
San Jose, CA 95113

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3813

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. William G. Young
Chief Judge, U.S. District Court
5710  John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

# INVOLVED CLERKS LIST (CTO-30)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse,
MSC 039
550 West Fort Street
Boise, ID 83724

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Cameron S. Burke, Clerk
Federal Building & U.S.
Courthouse
801 East Sherman Street
Pocatello, ID 83201

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Elizabeth Paret, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Elizabeth Paret, Clerk
193 Walter E. Hoffman
U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Frances Rios de Moran, Clerk
150 Federico Degetau Fed. Bldg.
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
200 U.S. Courthouse & Fed. Bldg.
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

James Woodward, Clerk
Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Lawrence K. Baerman, Clerk
U.S. District Court
100 South Clinton Street
Syracuse, NY 13261

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Leslie G. Whitmer, Clerk
Federal Bldg., 3rd Floor
1405 Greenup Avenue
Ashland, KY 41101

Leslie G. Whitmer, Clerk
313 John C. Watts Federal Building
330 West Broadway
Frankfort, KY 40601

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

INVOLVED CLERKS LIST (CTO-30) MDL-1657                                    PAGE 2 of 2

Leslie G. Whitmer, Clerk
203 Federal Building
110 Main Street
Pikeville, KY 41501

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Luther D. Thomas, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

~~Perry D. Mathis, Clerk~~
~~140 Hugo L. Black U.S.~~
~~Courthouse~~
~~1729 5th Avenue North~~
~~Birmingham, AL 35203~~

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S.
Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S.
Courthouse
One Courthouse Way
Boston, MA 02210-3002

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Stephen R. Ludwig, Clerk
315 Robert A. Grant Federal
Bldg. & U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Fed. Bldg.
167 North Main Street
Memphis, TN 38103

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed.
Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

November 23, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re:  MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-30)

Dear Ms. Whyte:

I am enclosing a certified  copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 2, 2005.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,  199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer.  The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:  Transferee Judge:    Judge Eldon  E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A