IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   VIOXX | § | MDL NO. 1657 |
| Products Liability Litigation | § | |
| | § | SECTION: L |
| | § | |
| This Document Relates to: | § | JUDGE FALLON |
| Mercy Leal, et al, v. Merck & Co., Inc. | § | |
| No. 2:05cv02066 | § | MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL AS TO
## PLAINTIFF ADOLFO TREVINO, ONLY

On this the **23rd** day of **November**, 2005 came on to be heard the parties Joint Stipulation of Dismissal as to all causes of action brought by Plaintiff ADOLFO TREVINO, only. The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that all stipulations set forth in the underlying joint motion are expressly approved by the Court and that all causes of action brought by Plaintiff ADOLFO TREVINO, only, are hereby DISMISSED without prejudice.

Eldon E. Fallon
United States District Judge