

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN ERNEST GREENWOOD CAMPBELL, INDIVIDUALLY, AND ON BEHALF OF HIS DECEASED WIFE, DAISY CAMPBELL, AND THEIR CHILDREN, CHARLES GREENWOOD CAMPBELL, JOHN ERNEST GREENWOOD CAMPBELL II, DAVID GREENWOOD CAMPBELL, JUANITA GREENWOOD CAMPBELL, PATRICK GREENWOOD CAMPBELL, AND, MARY GREENWOOD CAMPBELL HALEY | * * * * * * * * * * | CIVIL ACTION NO.: 05-1491  JURY TRIAL DEMAND  SECTION: L  MAGISTRATE: 3 |

VERSUS

MERCK & CO., INC.

**************************************************************************

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now into court, comes Dominick F. Impastato, III (LA Bar #29056) and Robert J. Diliberto (LA Bar # 24783), who respectfully request that this Court allow them to withdraw as counsel of record in this matter. Counsel for Plaintiff is the Murray Law Firm, which no longer employs Dominick Impastato or Robert Diliberto. Therefore, Dominick Impastato and Robert J. Diliberto wish to be withdrawn as counsel of record in this matter. This Motion is not intended to have any effect on the representation of the Plaintiff by the remaining members of the Murray Law Firm who are also listed as counsel of record in this matter. All future notices in this action should be forwarded to Stephen B. Murray, Sr. at the Murray Law Firm New Orleans, Louisiana.

1

Respectfully Submitted,

*[signature]*

Dominick F. Impastato, III (#29056)
FRISCHHERTZ & ASSOCIATES
634 CONNELL'S PARK LANE
BATON ROUGE, LOUISIANA 70806
PHONE: (225) 218-8047
FAX: (225) 248-0143

1130 St. Charles Avenue
New Orleans, Louisiana 70130
PHONE: (504) 523-1500
FAX: (504) 581-1670

AND

*[signature]*

Robert J. Diliberto (#24783)
909 Poydras St., Suite 2550
New Orleans, LA 70112
Telephone: (504) 382-7998

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid, on this __15__ day November, 2005.

*[signature]*

DOMINICK F. IMPASTATO, III

2