FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 28 PM 4:09

LORETTA G. WHYTE
CLERK

05md1657

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN ERNEST GREENWOOD CAMPBELL, INDIVIDUALLY, AND ON BEHALF OF HIS DECEASED WIFE, DAISY CAMPBELL, AND THEIR CHILDREN, CHARLES GREENWOOD CAMPBELL, JOHN ERNEST GREENWOOD CAMPBELL II, DAVID GREENWOOD CAMPBELL, JUANITA GREENWOOD CAMPBELL, PATRICK GREENWOOD CAMPBELL, AND, MARY GREENWOOD CAMPBELL HALEY | * * * * * * * * * | CIVIL ACTION NO.: 05-1491  JURY TRIAL DEMAND  SECTION: L  MAGISTRATE: 3 |

VERSUS

MERCK & CO., INC.
*********************************************************************

## ORDER TO WITHDRAW COUNSEL OF RECORD

It is hereby ordered that Dominick F. Impastato, III (LA Bar #29056) and Robert J. Diliberto (LA Bar # 24783) are withdrawn as counsel of record in this matter.

New Orleans, Louisiana, this 25 day of Nov., 2005.

_____
JUDGE

3