UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM KOERNER | * | CIVIL ACTION NO. 05-4063 |
| VERSUS | * | SECTION: L |
| MERCK & CO., INC. | * | MAGISTRATE: 3 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER TO WITHDRAW COUNSEL OF RECORD

It is hereby ordered that Dominick F. Impastato, III (LA Bar # 29056) and Robert J. Diliberto (LA Bar # 24783) are withdrawn as counsel of record in this matter.

New Orleans, Louisiana, this 23rd day of November, 2005.

JUDGE

3