FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 28  PM 4:10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

05md1657

| | | |
|---|---|---|
| MICHAEL DIMATTEO | * | CIVIL ACTION NO. 05-4062 |
| VERSUS | * | SECTION: L |
| MERCK & CO., INC. | * | MAGISTRATE: 3 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER TO WITHDRAW COUNSEL OF RECORD

It is hereby ordered that Dominick F. Impastato, III (LA Bar #29056) and Robert J. Diliberto (LA Bar # 24783) are withdrawn as counsel of record in this matter.

New Orleans, Louisiana, this 23rd day of November, 2005.

_____
JUDGE

3

___ Fee_____
___ Process___
_✓_ Dktd_____
_✓_ CtRmDep___
___ Doc. No___