IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARCHELLE S. ADAMS, et al, | § § § | CASE NO.: 2:05-CV-02351 |
| | § § | Related to: MDL Case No. 1657 |
| PLAINTIFFS, | § § § | United States District Court for the Eastern District of Louisiana, Section: L |
| vs. | § § § § | JUDGE FALLON MAG. JUDGE KNOWLES |
| MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME GmbH | § § § § § | **Jury Demanded** |
| DEFENDANT. | § | |

## PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

Plaintiff, ROBERT SAVAGE, files this Motion to Substitute Counsel, and in support thereof show:

### FACTUAL AND PROCEDURAL HISTORY

1. Plaintiffs' Original Complaint, styled *Marchelle S. Adams, et al, v. Merck & Co., et al*, was filed on April 7, 2005, in the Southern District of Ohio (Columbus) by John Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, L.P.A. and Grant Kaiser, of THE KAISER FIRM, L.L.P. Plaintiff, ROBERT SAVAGE, was one of the plaintiffs listed in the Original Complaint.

2. The case was subsequently transferred to this Court on June 21, 2005, by order of the Judicial Panel on Multidistrict Litigation.

## RELIEF REQUESTED

3. Plaintiff, ROBERT SAVAGE, no longer wishes to be represented by the current counsel of record in this matter.

4. Plaintiff, ROBERT SAVAGE, wants to be represented in this matter by following counsel: David P. Matthews and Jason Ostrom of ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND, L.L.P, 800 Commerce Street, Houston, Texas, 77002, (713) 222-7211.

5. Current counsel of record agree to this substitution of counsel.

6. Therefore, Plaintiff, ROBERT SAVAGE, respectfully asks this Court to substitute David P. Matthews and Jason Ostrom of ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND, L.L.P., as counsel of record for Plaintiff, ROBERT SAVAGE, and to remove John Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, L.P.A. and Grant Kaiser, of THE KAISER FIRM, L.L.P., as counsel of record.

7. This substitution of counsel is intended for Plaintiff, ROBERT SAVAGE, only and does not affect Messrs. Climaco and Kaiser's representation of any other Plaintiffs in the Original Complaint.

8. This request is not intended to cause delay or prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiff ROBERT SAVAGE, respectfully requests that his Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated:        November 14, 2005

                                                    Respectfully submitted,

                                                    _____
                                                    GRANT KAISER
                                                    Texas State Bar No. 11078900
                                                    THE KAISER FIRM, L.L.P.
                                                    8441 Gulf Freeway, Suite 600
                                                    Houston, Texas 77017-5001

AGREED AS TO FORM AND SUBSTANCE:

_____
DAVID P. MATTHEWS
Texas State Bar No. 13206200
ABRAHAM, WATKINS, NICHOLS, SORRELS,
MATTHEWS & FRIEND, L.L.P.
800 Commerce Street
Houston, Texas  77002

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on the 14th of November, 2005.

                                                    _____
                                                    Grant Kaiser

3