IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 28 PM 4:11
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **MARCHELLE S. ADAMS, et al,** | § § § | CASE NO.: 2:05-CV-02351 |
| **PLAINTIFFS,** | § § § § § | Related to: MDL Case No. 1657 United States District Court for the Eastern District of Louisiana, Section: L |
| vs. | § § § § | **JUDGE FALLON** **MAG. JUDGE KNOWLES** |
| **MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME GmbH** | § § § § § | |
| **DEFENDANT.** | § § | **Jury Demanded** |

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

The Court, having considered Plaintiff's Motion to Substitute Counsel, is of the opinion that it should be granted. It is therefore **ORDERED**;

David P. Matthews and Jason Ostrom of ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND, L.L.P., are substituted as counsel of record for Plaintiff, ROBERT SAVAGE. It is further **ORDERED**

John Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, L.P.A. and Grant Kaiser, of THE KAISER FIRM, L.L.P., are removed as counsel of record. This substitution of counsel EFFECTS Plaintiff, ROBERT SAVAGE, only, and does not affect Messrs. Climaco and Kaiser's representation of any other Plaintiffs in the Original Complaint.

1

___ Fee_____
___ Process_____
✓ Dktd_____
✓ CtRmDep_____
___ Doc. No_____

Dated: November 25, 2005

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON