FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 22  PM 12: 48

LORETTA G. WHYTE
CLERK

IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 1657<br>Section: L |
| This document relates to: | ) ) ) | |
| WILLIAM ARMBRUSTER, individually<br>and as heir at law for Christopher<br>Armbruster, decedent; and CHARLENE<br>ARMBRUSTER, individually and as heir at<br>law Christopher Armbruster, decedent, | ) ) ) ) ) ) ) | Civil Action No. 05-cv-03335-EEF-DEK<br><br>[Transferred from USDC<br>Southern District of California<br>Case No. 05-cv-1193] |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MERCK & CO., Inc.; GD SEARLE;<br>PHARMACIA CORPORATION;<br>MONSANTO COMPANY; and PFIZER,<br>INC. | ) ) ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Now come the parties in the above-referenced matter, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby STIPULATE that the claims of Plaintiffs, WILLIAM ARMBRUSTER and CHARLENE ARMBRUSTER, are hereby dismissed WITH PREJUDICE, in their entirety. Each party is to bear its own costs.

///

///

///

///

///

This stipulation is filed on behalf of the above-named Plaintiffs and all Defendants in the above-captioned matter, against whom the claims in the Complaint shall be dismissed with prejudice in their entirety by the Court's approval of this Stipulation.

Date: 11/21/05   by: _____
Marcus Petoyan, Esq. SBN 109817
GIANNI ✦ PETOYAN
17383 Sunset Blvd., Suite A 340
Pacific Palisades, CA 90272
Tel:   310/230-6767  Fax:   310/230-6051
**Attorneys for Plaintiffs William Armbruster and Charlene Armbruster**

Date: _____   by: _____
Andrea L. McDonald Hicks, Esq.
REED SMITH, LLP
P.O. Box 2084
Oakland, CA 94604
Tel:   510/763-2000
**Attorneys for Defendant Merck & Company, Inc.**

Dated: _____   by: _____
Peter E. Schnaitman, Esq.
Tucker, Ellis & West
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017
Tel:   213430-3400
**Attorneys for G.D. Searle, Pharmacia Corporation, Monsanto Company, and Pfizer, Inc.**

### [PROPOSED] ORDER

APPROVED AND SO ORDERED.

_____
United States District Court Judge

above-captioned matter, against whom the claims in the Complaint shall be dismissed with prejudice in their entirety by the Court's approval of this Stipulation.

Date: _____    by: _____
                              Marcus Petoyan, Esq. SBN 109817
                              GIANNI + PETOYAN
                              17383 Sunset Blvd., Suite A 340
                              Pacific Palisades, CA 90272
                              Tel:   310/230-6767 Fax:   310/230-6051
                              **Attorneys for Plaintiffs William Armbruster and Charlene Armbruster**

Date: _____    by: _____
                              Andrea L. McDonald Hicks, Esq.
                              REED SMITH, LLP
                              P.O. Box 2084
                              Oakland, CA 94604
                              Tel:   510/763-2000
                              **Attorneys for Defendant Merck & Company, Inc.**

Dated: November 18, 2005   by: _____
                              Peter E. Schnaitman, Esq.
                              Tucker, Ellis & West
                              1000 Wilshire Blvd., Suite 1800
                              Los Angeles, CA 90017
                              Tel:   213430-3400
                              **Attorneys for G.D. Searle, Pharmacia Corporation, Monsanto Company, and Pfizer, Inc.**

### [PROPOSED] ORDER

APPROVED AND SO ORDERED.

_____
United States District Court Judge

*William Armbruster, et al. v. Merck & Company, Inc., et al*
STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL                                      2

above-captioned matter, against whom the claims in the Complaint shall be dismissed with prejudice in their entirety by the Court's approval of this Stipulation.

Date: _____     by: _____
Marcus Petoyan, Esq. SBN 109817
GIANNI ✦ PETOYAN
17383 Sunset Blvd., Suite A 340
Pacific Palisades, CA 90272
Tel:  310/230-6767  Fax:  310/230-6051
**Attorneys for Plaintiffs William Armbruster and Charlene Armbruster**

Date: 11/21/05     by: _____
Andrea L. McDonald Hicks, Esq.
REED SMITH, LLP
P.O. Box 2084
Oakland, CA 94604
Tel:  510/763-2000
**Attorneys for Defendant Merck & Company, Inc.**

Dated: _____     by: _____
Peter E. Schnaitman, Esq.
Tucker, Ellis & West
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017
Tel:  213430-3400
**Attorneys for G.D. Searle, Pharmacia Corporation, Monsanto Company, and Pfizer, Inc.**

### [PROPOSED] ORDER

APPROVED AND SO ORDERED.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and by e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre Trial Order No. 8, on this 21st day of November 2005.

_____
JOE REMIGIO