FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 22 PM 1: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA HARRIS | : | |
|    PLAINTIFF | : | |
| | : | |
| v. | : | Cause: 05-1149 |
| | : | |
| MERCK AND CO., INC. | : | JUDGE FALLON |
|    DEFENDANT | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION; MDL NO. 1657; SECTION L**

### PLAINTIFF TERESA HARRIS' STIPULATION OF DISMISSAL OF DEFENDANT MERCK AND CO., INC. WITHOUT PREJUDICE

COMES NOW Teresa Harris, Plaintiff in the above-entitled cause of action (hereinafter referred to as Plaintiff), and files this stipulation of dismissal without prejudice as to all of her claims against Defendant Merck and Co., Inc., pursuant to Federal Rule of Civil Procedure 41 and would show as follows:

This case was originally filed in the 162nd Judicial District Court in Dallas Texas on December 20, 2004 against Merck & Company, Inc. and Terry M. Sobey, M.D. (Cause No. 04-12639). All defendants answered, and on March 4, 2005, pursuant to an order of the Panel on Multi-District Litigation, this action was transferred to this Court (Cause No. 05-1149). By Order of this Court signed on June 1, 2005, Plaintiff's claims against Defendant Terry M. Sobey, M.D. were dismissed.

*Plaintiff Teresa Harris' Stipulation of*
*Dismissal of Defendant Merck and Co., Inc.*
*193362-v1*

prejudice, effective upon the filing of this Stipulation. All costs are to be borne by the party incurring same.

Respectfully submitted,

MORGAN & WEISBROD, L.L.P.

*Alexandra V. Boone*
Les Weisbrod
Texas State Bar No. 21104900
Alexandra Boone
Texas State Bar No. 00795259
11551 Forest Central Dr. Suite 300
Dallas, Texas 75243
Telephone: (214) 373-3761
Telecopy: (214) 373-4732

ATTORNEYS- FOR PLAINTIFF

FULBRIGHT & JAWORSKI, L.L.P.

*Jonathan B. Skidmore by permission AB*
Jonathan B. Skidmore
Texas State Bar No. 189462500
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Telecopy: (214) 855-8200

ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.

**Certificate of Service**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been sent to all counsel via electronic mailing this 14th day of November, 2005.

*Alexandra S. Boone*
Alexandra V. Boone