FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 28  PM 4: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERESA HARRIS  :
    PLAINTIFF  :
  :
v.  :   Cause: 05-1149
  :
MERCK AND CO., INC.  :   JUDGE FALLON
    DEFENDANT  :   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION; MDL NO. 1657; SECTION L

### ORDER GRANTING PLAINTIFF TERESA HARRIS' STIPULATION OF DISMISSAL OF DEFENDANT MERCK AND CO., INC. <u>WITHOUT PREJUDICE</u>

ON THIS ___ day of _____, 2005, before the Court came Plaintiff Teresa Harris' Stipulation of Dismissal of Defendant Merck and Co., Inc. Without Prejudice. It is the opinion of the Court that the Stipulation should be granted.

IT IS THEREFORE ORDERED that Defendant Merck and Co., Inc. is dismissed from this case without prejudice.

IT IS FURTHER ORDERED that all costs are to be borne by the party incurring same.

SIGNED THIS 25 day of Nov., 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____ *Solo Page*
___ Doc. No_____

*Order*