UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

**DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF
MERCK'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO USE DEPOSITION TESTIMONY OF DR. ERIC TOPOL DURING TRIAL**

I, PHILLIP A. WITTMANN, by way of declaration, say:

1. I am an attorney in the law firm of Stone Pigman Walther Wittmann L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Motion to Exclude Testimony of Dr. Eric Topol at Trial, filed concurrently herewith. I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

**DEPOSITION**

2.  Attached hereto as Exhibit A is a true and correct copy of the November 22, 2005 deposition of Eric J. Topol, M.D., taken in connection with *In Re: Vioxx Litigation:* MDL Docket No. 1657.

**PLEADINGS**

3.  Attached hereto as Exhibit B is a true and correct copy of the Pretrial Order dated September 30, 2005.

4.  Attached hereto as Exhibit C is a true and correct copy of Plaintiff's General Witness List dated August 31, 2005.

5.  Attached hereto as Exhibit D is a true and correct copy of the Notice of Service of Expert Reports dated September 26, 2005.

**DEPOSITION EXHIBITS**

6.  Attached hereto as Exhibit 2 is a true and correct copy of Topol Deposition Exhibit 2, an e-mail dated November 24, 2004 from David Graham to Eric Topol, M.D.

7.  Attached hereto as Exhibit 3 is a true and correct copy of Topol Deposition Exhibit 3, an article dated December 2004 from the Cleveland Clinic Journal of Medicine, Volume 71, Number 12.

8.  Attached hereto as Exhibit 4 is a true and correct copy of Topol Deposition Exhibit 4, an article dated August 22/29, 2001 from JAMA, Volume 286, No.8.

9.  Attached hereto as Exhibit 13 is a true and correct copy of Topol Deposition Exhibit 13, an article dated October 2003 from the American Heart Journal.

10. Attached hereto as Exhibit 16 is a true and correct copy of Topol Deposition Exhibit 16, an article dated December 30, 2004 from the New England Journal of Medicine.

11. Attached hereto as Exhibit 17 is a true and correct copy of Topol Deposition Exhibit 17, an article dated October 2, 2004 from The New York Times, Op-Ed Contributor.

12. Attached hereto as Exhibit 18 is a true and correct copy of Topol Deposition Exhibit 18, an article dated October 21, 2004 from the New England Journal of Medicine.

13. Attached hereto as Exhibit 20 is a true and correct copy of Topol Deposition Exhibit 20, an e-mail dated November 15, 2004 from David Graham to Eric Topol, M.D., Subject re: 60 minutes.

14. Attached hereto as Exhibit 21 is a true and correct copy of Topol Deposition Exhibit 21, an e-mail dated November 1, 2004 from David Graham to Eric Topol, M.D., Subject re: 60 minutes.

15. Attached hereto as Exhibit 22 is a true and correct copy of Topol Deposition Exhibit 22, handwritten notes, Bates stamped 0000469.

16. Attached hereto as Exhibit 23 is a true and correct copy of Topol Deposition Exhibit 23, handwritten notes, Bates stamped 0000504.

17. Attached hereto as Exhibit 24 is a true and correct copy of Topol Deposition Exhibit 24, handwritten notes, Bates stamped 0000463.

18. Attached hereto as Exhibit 26 is a true and correct copy of Topol Deposition Exhibit 26, "Preliminary Questions – 60 Minutes," Bates stamped 0000465.

19. Attached hereto as Exhibit 27 is a true and correct copy of Topol Deposition Exhibit 27, an October 7, 2004 letter from NOW with Bill Moyers.

20. Attached hereto as Exhibit 28 is a true and correct copy of Topol Deposition Exhibit 28, an e-mail dated October 17, 2004 from Eric Topol, M.D., to Michael Radutzky, Subject: Further Info.

21. Attached hereto as Exhibit 56 is a true and correct copy of Topol Deposition Exhibit 56, an e-mail dated October 2, 2004 from Richard Pasternak to Elizabeth Stoner, Subject Re: Topol op/ed in today's NYT.

Respectfully submitted,

*Phil Wittmann*

Phillip A. Wittmann
Attorney for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann In Support of Merck's Response To Plaintiff's Motion For Leave To Use Deposition Testimony of Dr. Eric Topol During Trial has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 28th day of November 2005.

_Phil Wittmann_