MINUTE ENTRY
FALLON, J.
NOVEMBER 29, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION            MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.          REF NO. 05-4046

VERSUS

MERCK & CO., INC.                    SECTION: L

BEFORE JUDGE ELDON E. FALLON      Tuesday, November 29, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert
Court Reporters: Toni Tusa and Cathy Pepper

Appearances: Andrew Birchfield, Esq., and Jere Beasley, Esq. For plaintiffs
               Phillip Beck, Esq., Tarek Ismail, Esq. For defendants

---

JURY TRIAL: Case called; all present & ready.
Jury called; sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try the case.
Opening Statements.

Plaintiffs' Witnesses:
Benedict R. Lucchesi, MD - sworn - accepted as expert.

Court adjourned at 5:35 pm:until Wednesday, November 30, 2005, at 8:30 am.

JS-10: 7:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION                  MDL - 1657

EVELYN IRVIN-PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.                REF NO. 05-4046

VERSUS

MERCK & CO., INC.                                        SECTION: L

PEREMPTORY CHALLENGES
November 29, 2005

| PLAINTIFFS: | DEFENDANT: |
|---|---|
| 1. 11 | 1. 2 |
| 2. 6 | 2. 12 |
| 3. 17 | 3. 22 |

Vioxx Documents Filed

1. Memorandum in Support of Pltfs Motion for Leave to Use Deposition Testimony of Eric Topol M.D. During Trial filed 11-28-05

2. Joint Report No. 9 of Plaintiffs' and Defendants' Liaison Counsel filed 11-29-05