Received 11/29/2005 04:29PM in 00:34 on line [0] for JN01553 * Pg 1/1
11/29/05   TUE 18:27 FAX 713 739 8086        MITHOFF LAW FIRM                          ☒001



# MITHOFF LAW FIRM

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL
   WILLIAM J. STRADLEY

ONE ALLEN CENTER
PENTHOUSE
SUITE 1450
500 DALLAS STREET
HOUSTON, TEXAS 77002
TELEPHONE 713-654-1122
FACSIMILE 713-739-8085
www.mithofflaw.com

November 29, 2005

*Via Facsimile: 713-651-5426*
Mr. Josh Norris
Fulbright & Jaworski, L.L.C.
1301 McKinney, Suite 5100
Houston, TX  77010

Re:   Cause No. H-05-0255; Jojuana Daniel, et al, v. Merck & Co., Inc.; In the Southern District of Texas, Houston Division.
EDLA: VIOXX/MDL 1657, Section L - 3; Cause No. 05-1154

Dear Josh:

Pursuant to our conversation of today, please let this letter confirm our agreement and stipulation under Rule 29 of the Federal Rules of Civil Procedure in which you granted an extension of two-weeks for the filing of Plaintiff Profile Form for Plaintiff Jojuana Daniel in regard to the above referenced matter. The deadline date is being extended from November 30, 2005 to December 14, 2005.

If this accurately represents our agreement, please counter-sign this letter below and return it to our office for filing with the Court.

Thank you for your courtesy and cooperation.

Sincerely,

MITHOFF LAW FIRM

Joseph R. Alexander, Jr.

JRA/jo

**Agreed:**

Mr. Josh Norris for Merck & Co., Inc.

__ Fee_____
__ Process_____
X Dktd_____
✓ CtRmDep_____
__ Doc. No._____