MINUTE ENTRY
FALLON, J.
NOVEMBER 30, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION              MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.              REF NO. 05-4046

VERSUS

MERCK & CO., INC.                           SECTION: L

BEFORE JUDGE ELDON E. FALLON      Wednesday, November 30, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert          (Continued from 11-29-05)
Court Reporters: Cathy Pepper and Toni Tusa

Appearances: Andrew Birchfield, Esq., Paul Sizemore, Esq., Dave Matthews, Esq. and
          Mark Robinson, Esq. For plaintiffs
          Phillip Beck, Esq., Tarek Ismail, Esq. For defendants

JURY TRIAL:

Plaintiffs' Witnesses:
Colin Mercer Bloor, MD - sworn - accepted as expert in pathology and cardio-pathology.
Leslie Irvin Goldstein - sworn
Richard E. Irvin III - sworn
David Anstice - by video deposition. Transcript filed into the record,

Court adjourned at 6:00pm until Thursday, December 1, 2005, at 8:30 am.

JS-10    6:10