U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   11-30-05

LORETTA G. WHYTE
CLERK

Anstice Depo Cuts:

574:3-576:16

CA 05-4046-L
C/w MDL-1657
IN Re: Vioxx

574

3   BY MR. LANIER:
4       Q.    Your name is David Anstice?
5       A.    That's correct.
6       Q.    Did I pronounce it right?
7       A.    You did.
8       Q.    All right. I understand you're the
9   president of some part of Merck. What part are you
10  the president of?
11      A.    Human health for Canada, Latin
12  American, Japan, Australia and New Zealand.
13      Q.    At some point were you the president
14  of Merck America or something like that?
15      A.    Yes, I was.
16      Q.    When was that?
17      A.    From the period late '94 through to
18  the end of 2002.
19      Q.    Did you get promoted out of that or
20  demoted from that?
21      A.    I got a new assignment with Japan.
22      Q.    Is that a promotion or a demotion?
23      A.    That was an important, different
24  responsibility.
25      Q.    I understand.

575

1             But was it a promotion or demotion?
2       A.    It was neither. It was --
3       Q.    A lateral?
4       A.    A lateral, correct.
5       Q.    Merck made some tragic mistakes with
6   Vioxx; didn't it?
7       A.    I don't think so.
8       Q.    Are you sure?
9       A.    Yes.
10      Q.    Well, sir, isn't rule number -- by
11  the way, are you a medical doctor?
12      A.    No, I am not.
13      Q.    You're the president of what part of
14  Merck now? I'm sorry, let me write it down. You

2

Fee _____
_____
X  D/____
   CtRmDep
   Doc.No. _____

15  are the president of health and what?
16       A.     Human health, which is our commercial
17  operations.
18       Q.     You're the president of human health,
19  and you don't have a medical degree?
20       A.     I do not.
21       Q.     Well, did you go to any medical
22  school at all?
23       A.     No, I did not.
24       Q.     As the president of human health,
25  what kind of human health schooling do you have?

576

1       A.     I'm responsible for sales and
2  marketing activities, and I have the training and
3  skills developed in 31 years at Merck.
4       Q.     That wasn't my question, sir.
5              What kind of schooling do you have in
6  human health if you're going to be the president of
7  the human health division?
8       A.     I have schooling, I have tertiary
9  education in economics, and I joined Merck, and
10  typical with many people on the business side, I do
11  not have a medical degree or a medical background.
12       Q.     So, the president of human health is
13  a salesman?
14       A.     I'm responsible for sales and
15  marketing, promoting the awareness and understanding
16  of our products.

576:20-578:3

Deleted: 17

576

23  Q.     Doesn't it strike you odd that a
24  company that's supposed to be selling
25  pharmaceuticals and a company supposed to be in

577

1  charge of human health has a marketing and a
2  salesman at the head instead of a doctor?
3       A.     I'm at the head of our commercial
4  operations. We have physicians and scientists in
5  charge of our research laboratories, and there are
6  other medical groups around the company.
7       Q.     Yes. But they all report up to the

3

8  president? The president is in charge; isn't he?
9      A.    Of those divisions.
10     Q.    Sir, who is in charge of the human
11 health division?
12     A.    I have responsibilities in the human
13 health division.
14     Q.    You're the one in charge; aren't you?
15     A.    Of commercial operations, yes.
16     Q.    Well, of all of the human health
17 divisions that you were telling me about, you're the
18 president; aren't you?
19     A.    That's correct.
20     Q.    And you don't have any health
21 background other than the fact you've worked in
22 sales and marketing for Merck for 30 years; right?
23     A.    That's what I just said, yes.
24     Q.    So, when I say Merck messed up with
25 Vioxx and you say, no, we didn't, I guess you're

                                    578
1  speaking from a sales and marketing perspective?
2      A.    I'm speaking as a senior executive at
3  Merck.



       578:4-11

4  Q.    Well, y'all put a drug on the market
5  that you had to withdraw; didn't you?
6      A.    We put a drug on the market.  We have
7  now withdrawn it.
8      Q.    The drug shouldn't have been on the
9  market to start with; should it?
10     A.    I believe it should have been on the
11  market.



       578:12-20

                                    578
12 Q.    Were you part of the decision to take
13 it off the market?
14     A.    I was part of that decision, yes.
15     Q.    Did you vote for taking it off or for

                                                    4

16  leaving it on?
17      A.    We did not have a vote.  I supported
18  the recommendation and the decision after the
19  APPROVe study that in the interest of patient
20  safety, Vioxx should be withdrawn from the market.

579:4-580:6
4      Q.    Who made the decision to take it off?
5      A.    The decision was a recommendation by
6  our head of research, Dr. Peter Kim, supported by
7  our chairman.  And we subsequently discussed it at a
8  management committee meeting, and there was support
9  for the decision.
10      Q.    So, not a formal vote, just a
11  decision by the chairman.  And when y'all discussed
12  it, you and nobody else argued with them?  Is that
13  what you're saying?
14          MR. RABER:  Objection to form.
15          THE WITNESS:  No.  What I'm saying is
16  that there was no formal vote taken.  There was a
17  proposal and a recommendation brought forward.  The
18  other members, including myself, of the management
19  committee, had the opportunity to ask questions
20  about that decision, but I supported the decision to
21  withdraw Vioxx from the market.
22  BY MR. LANIER:
23  Q.    You didn't stand up and say, I
24  believe it should stay on the market?
25      A.    I did not say that.

580
1      Q.    So, you supported taking it off the
2  market because you thought that was the best thing
3  to do; right?
4      A.    In the circumstance -- yes.  In the
5  circumstances of the data from APPROVe and the other
6  information available at that time.


580:7-581:20

                                                580
7  Q.    Well, y'all should have had that data
8  from APPROVe before you ever put the drug on the
9  market; shouldn't you?

                                                            5

10    A.    The data from APPROVe, APPROVe was a
11  study in colon polyps, and that study was started
12  some four-and-a-half years earlier.
13    Q.    And my point is, y'all ought to study
14  these things and decide if the drug is safe or not
15  before you sell it, not after you've been selling it
16  for years? Don't you agree?
17    A.    Merck did study the product. Merck
18  did provide safety analysis. And the basis of the
19  approval for the product in 1999 was based on the
20  safety data.
21    Q.    But you didn't study the product
22  adequate to decide whether or not you ought to keep
23  it on the market, because that study didn't happen
24  until the APPROVe study and you pulled it; right?
25        MR. RABER: Objection to the form.
                          581
 1  THE WITNESS: The data that we had at
 2  the time of the new drug application was consistent
 3  with studies done for all other -- very similar to
 4  all other nonsteroidals and was appropriate for the
 5  marketing of the product, efficacy and safety.
 6  BY MR. LANIER:
 7    Q.    Truth be told, you couldn't wait to
 8  get all the studies done because you had to get to
 9  market quickly; right?
10    A.    Merck completed all of the studies
11  that were required for the new drug application.
12    Q.    Oh, I'm not saying you didn't satisfy
13  the law. I'm talking about taking care of the
14  patients. My point is, you didn't do all of the
15  studies you should have done before you went to
16  market because you couldn't afford to time-wise;
17  isn't that true?
18        MR. RABER: Object to the form.
19        THE WITNESS: I do not accept that
20  that's correct.


581:22-582:15


                          581
22  Q.    Well, let's look at a couple of
23  things. Rule number one for a doctor, and I know
24  you don't have medical training, but you probably


                                              6

25   heard it at least, that rule number one is, do no

582

1   harm; right?
2        A.     That's correct.
3        Q.     And you think for a drug company that
4   ought to be pretty high up the chain of rules also;
5   wouldn't you?
6        A.     Patient safety is paramount in our
7   company.
8        Q.     It should be anyway, shouldn't it?
9        A.     It is.
10       Q.     Well, if it was, why didn't you do
11   all of your studies before you marketed the drug?
12       A.     We believed that we had the
13   appropriate studies based on the knowledge at that
14   time to support the benefits and risks of the
15   product.


582:16-583:25

582

16   Q.    If you had the appropriate studies,
17   why were you still doing more?
18       A.     Well, some of the studies were for
19   new indications, and so we were continuing to do
20   studies in different diseases.
21       Q.     No.  Y'all had trouble with
22   cardiovascular events, CV events, from the very
23   beginning with this drug, and you knew that; didn't
24   you?
25       A.     I did not know that.

583

1        Q.     You didn't see --
2        A.     Merck did not know that.

9   BY MR. LANIER:
10       Q.     You didn't see any of the VIGOR
11   results that showed y'all had a five-fold increase
12   of heart attacks over Naprosyn?
13       A.     Yes, of course I saw the VIGOR
14   results.
15       Q.     Bells didn't go off in your head that

Deleted: Q.    You didn't see any of the 1999¶
the 1999¶
4  Internet postings about people having heart attacks¶
5   on the drug"¶
6            MR. RABER:  Objection to form.¶
-            THE WITNESS:  I don't recall.  I¶
8  don't know what those reports are

7

16    said, holy smoke, we'd better make sure that either
17    Naprosyn is cardioprotective or we'd better make
18    sure that ours doesn't kill people?
19         A.    Merck moved very quickly in response
20    to the VIGOR study, and we unblinded the two
21    Alzheimer's databases, we looked back at all of the
22    other placebo and non-naproxen data and we saw no
23    difference in CV events versus placebo or
24    non-naproxen.  So, the only outlier when the VIGOR
25    data became available was the naproxen comparison.
26

584:4-12

                                                   584
4  Q.    Let's break it down this way.
5  Certain things you and I agree on, I believe, and I
6  would like to get those out of the way.
7         Number one, if we go to the mid-'90s,
8  your company, Merck, was stuck in the middle in
9  terms of drug companies in the rankings of it; fair
10  to say?
11      A.    Merck's been a large pharmaceutical
12  company for many years.

584:19-585:19

19      Q.    Well, look at your speech.  I'm going
20  to hand you Exhibit 101.
                                                   585
6  Q.    You will see this is a Ray Gilmartin
7  dinner speech that was originally sent from Tim Ruef
8  to you, the talking points.  Do you see that?
9          MR. RABER:  Excuse me, Mark, do you
10  have an extra copy of that?
11          MR. LANIER:  You bet.
12          (Handing over document.)
13          MR. RABER:  Thank you.
14  BY MR. LANIER:
15      Q.    Do you see that, sir?
16      A.    Yes, I do.
17      Q.    That's your name, isn't it?  David W.
18  Anstice?
19      A.    That is my name.

objection -
-corporate
  stunts

- MIL 2 -
motive,
assets,
profitability
was
granted

Overruled
Ef

8

585:25-586:14

25      Q.      So, you're the David W. Anstice.  And
586
1    if you will look on Page 2 of the talking points, it
2    says in the second from the bottom, "When we
3    established this goal in 1994, we were performing
4    somewhere in the middle of the pack."  Do you see
5    that one?
6       A.      Yes.
7       Q.      So, when I use the language "middle
8    of the pack," I'm using your language I got from
9    your documents.  I didn't make that up.  Do you see
10   that?
11      A.      From a Merck document, yes.
12      Q.      A Merck document that went to you;
13   right?
14      A.      Yes.


587:16-587:23
                                587
16  Q.      I'm going to ask you again.  Sir,
17  isn't it true in 1994 y'all were performing
18  somewhere in the middle of the pack?
19      A.      In terms of growth rate, yes.
20      Q.      Y'all wanted to be the number one
21  pharmaceutical company in the world; didn't you?
22      A.      In terms of growth rates, yes.  Not
23  necessarily size.


        587:24-596:7
                                587
24   .   Well, sir, y'all had some problems
25  staring you in the face, though, didn't you?
                                588
1               MR. RABER:  Objection to form.
2               THE WITNESS:  We had the usual issues
3   any company has.  BY MR. LANIER:
5       Q.      Well, you had some more unusual
6   issues, you had -- I'll tell you what.  I'm going to
7   give you what I've marked as Anstice Exhibit 102.
8                       - - -
9               (Whereupon, Deposition Exhibit

Deleted: ¶

Deleted: ¶

9

10          Anstice-102, "Pepcid AC," (Box), was
11          marked for identification.)
12                    - - -
13  BY MR. LANIER:
14      Q.    Are you familiar with that?
15      A.    I'm familiar with this product, yes.
16      Q.    That's called Pepcid AC.  Can you
17  hold that up to the video so the jury can see it,
18  please?
19      A.    (Witness complies.)
20      Q.    Thank you.
21          MR. LANIER:  Can we get a close up
22  where we can see what that is?
23          THE VIDEOTAPE TECHNICIAN:  Sure.
24          MR. LANIER:  That's good enough.
25  BY MR. LANIER:

                          589
1       Q.    Thank you, sir.
2             Y'all held the patent on Pepcid;
3   didn't you?
4       A.    Yes.
5       Q.    And that patent was very valuable to
6   your company; wasn't it?
7       A.    Yes, it was.
8       Q.    Made a lot of money off Pepcid;
9   didn't you?
10      A.    Yes, we did.
11      Q.    But you had a problem because your
12  patent was about to run out and people were going to
13  be able to go buy this stuff at the grocery store;
14  true?
15      A.    All of our research-discovered
16  products, eventually the patent runs out and the
17  answer is to find new drugs to replace them.
18      Q.    I understand that, but that wasn't my
19  question.
20          My question is specific, sir.  The
21  end of 1998, '99, early 2000, y'all knew your patent
22  was running out on Pepcid, and a big moneymaker for
23  you was about to be commercially available to
24  everybody and it was going to hurt your bottom line;
25  true?

                          590
1           MR. RABER:  Objection to the form.

                                                    10

2          THE WITNESS:  Well, we had known for
3   many years that the Pepcid patent would expire.  So,
4   this was not an unknown event.
5   BY MR. LANIER:
6       Q.     I know.  That's one of the reasons
7   y'all had been working to try and get Vioxx up and
8   going, you needed the money; true?
9          MR. RABER:  Objection to form.
10         THE WITNESS:  We were working in our
11  research labs to find new products, and Vioxx was
12  one of the important new products that we had.
13         MR. LANIER:  Objection,
14  nonresponsive.
15  BY MR. LANIER:
16      Q.     Sir, that wasn't my question.
17         I said you knew, your company knew
18  you had major drugs going off the market in 2000 and
19  2001 that was a significant percentage of your
20  sales; true?
21      A.     It was an important percentage of our
22  sales, correct.
23      Q.     A significant percentage; true?
24      A.     I can't define significant.  It
25  was --
                                    594
10  Q.     Sir, if you'll look on the last page
11  of that document right there.
12      A.     I have it.
13      Q.     It says four points up from the
14  bottom, "The major drugs going off patent in 2000
15  and 2001," includes Pepcid, "together represent a
16  significant percentage of our sales."  That's what
17  it says; doesn't it?
18      A.     That's correct.  Yes.
19      Q.     So, I didn't use the word significant
20  out of my own brain, it's in that document again
21  that you got years ago; isn't it?
22      A.     Yes, it is.
23      Q.     Did you e-mail someone and say, I
24  don't know what "significant" means?
25      A.     No, I did not.
                                    595
1   Q.     So, that's just what you're telling
2   the jury today when I'm asking questions.  You knew
3   what it meant when you got that memo; didn't you?
                                    595

11

4  A.    Yes, I did.
5        Q.    So, now will you go back and agree
6  with me that the major drugs going off patent
7  represented a significant percentage of your sales?
8        A.    Yes, I will agree with you.
9        Q.    So, producing some replacement
10  revenue, some money to take the place through a
11  launch of products like Vioxx was very important for
12  y'all; wasn't it?
13       A.    Yes, it was important.

                                                    595
14  Q.    Because by the end of 1997, Merck had
15  put itself as the largest pharmaceutical company of
16  the world; hadn't it?
17       A.    I'm sorry.  The question was?
18       Q.    By the end of 1997, Merck had
19  regained its position as the largest pharmaceutical
20  company in the world; true?
21       A.    I don't know if it was at that time.
22  I don't remember.
23       Q.    Well, go back to the last page of
24  that document again.  Look at the second point from
25  the top.  "By the end of 1997, Merck had regained
                                                    596
1  its position as the largest pharmaceutical company
2  in the world."  Do you think he's lying when he said
3  that?
4        A.    No, I don't.
5        Q.    All right.  So, we can assume that
6  that's true, too, can't we?
7        A.    Yes, we can.


        596:8-597:2


        Q      So, y'all went from the middle of the pack in '94 to the largest
               pharmaceutical company in the world in '97, but you had major drugs like
               Pepcid going off patent in 2000/01.  I'm correct so far, right?

                                                    596
13  A.    Yes.
14       Q.    And those drugs going off patent
15  represented a significant percentage of your sales;
16  true?

                                                    12

17    A.    Correct.

18    Q.    So, it was important y'all get some

19    replacement products like Vioxx to make the money;

20    right?

21    A.    New products are always important in

22    our business.

596

23    Q.    Well, but those products like Vioxx,

24    you saw it as something that replaced the revenue

25    y'all were going to lose; right?

597

1    A.    That's the normal course of our

2    business, yes.

597:3-6

597

3    Q.    So, the timing of this, and by "this"

4    I mean selling the Vioxx, is very important to your

5    company; wasn't it?

6    A.    Yes, it was important.

*overruled*

597:7-598:21

597

7    Q.    Because you get a salary; don't you?

8    A.    Yes, I do.

9    Q.    And I'm sure you've gotten a salary

10    most of your working life, it sounds like, if you've

11    worked at Merck; right?

12    A.    Yes.

13    Q.    Do you budget household bills and

14    stuff like that?  Do you figure out how much you are

15    going to pay?

16    A.    Yes.

17    Q.    It's important that you have income

18    coming in each month because most houses we have

19    bills every month; right?

20    A.    That's correct.

21    Q.    If you realize that in a few months

*objection –
compensation
+ motive*

*Sustained
403*

13

22 you are not going to be having any money coming in,
23 you need to figure out how to get some in money in
24 the door if you are going to have to pay bills;
25 true?

598

1 A.   Or spend less money.
2      Q.    Don't get the bills; right?  But the
3 point is, if Merck -- Merck has bills; doesn't it?
4      A.    Yes, it does.
5      Q.    Y'all got employees, y'all got to pay
6 employees; don't you?
7      A.    That's correct.
8      Q.    You've got buildings and commitments
9 to fund research and all these other things going
10 on, too; don't you?
11     A.    Yes.
12     Q.    You've got to pay money to do all of
13 that; don't you?
14     A.    Yes.
15     Q.    I'll bet y'all even have electric
16 bills and stuff for your buildings; don't you?
17     A.    Yes.
18     Q.    So, Merck has got to make sure
19 they've got money coming in the door to pay all of
20 these things; don't they?
21     A.    Yes.


598:22-600:12

598

22 Q.    Not the least of which they've got to
23 pay you; don't they?
24     A.    They have to pay all 60,000 of our
25 people.

599

1      Q.    Yes.  But I mean you executives.
2 Y'all are some of the highest paid executives in the
3 industry; aren't you?
4      A.    I think we're comparatively well
5 paid.
6

17     Q.    So, it is important to keep the money

14

**Deleted:**

**Deleted:** Q         I mean, you get millions
and millions¶
     of dollars in stock options in some
years, don't you¶
8  you¶
9          MR. RABER  Objection to
form ¶
10         THE WITNESS  I have
received stock¶
11  options for a long time, and some of
those have¶
12  become valuable, yes ¶
13  BY MR. LANIER ¶
14  Q       Millions and millions of
dollars.¶
15  right?

**Deleted:** 16       A       Yes

18  coming into Merck so that Merck can keep paying you
19  and everybody else; right?
20      A.    It's important to keep finding
21  products to bring them to market and to generate
22  revenues, yes.
23      Q.    Merck hit a point where it wasn't
24  going to have any more money coming in on the Pepcid
25  and some of these other drugs that had been keeping

600

1  the machine going; right?
2              MR. RABER:  Objection to form.
3              THE WITNESS:  Patent expirations were
4  going to reduce revenues for those products,
5  correct.
6  BY MR. LANIER:
7      Q.    Reduce revenues for those products,
8  you are an economics major.  In every day talk, that
9  means y'all aren't going to get as much money
10  anymore; right?
11     A.    Those products will have less sales,
12  yes.

600:13-18

600

13  So, Merck has really invested a lot
14  of hopes and plans in Vioxx to pick up the slack for
15  the year 2000/2001; right?
16     A.    Merck invests a lot of hopes and
17  plans in Vioxx because it was going to be a really
18  important product for patients.

600:19-602:12

600

19  Q.    Well, sir, if you'll look at the last
20  page of that, it says Vioxx is very important to
21  you, but it says, "Producing replacement revenue
22  through the launch of new products like Vioxx is
23  important."  That's what it says; doesn't it?
24     A.    I'm sorry, which?



15

25     Q.    That's fourth point up from the

601

1    bottom.
2        A.    Yes, it does.
3        Q.    Now, there's already, before y'all
4    get on the market with your drug, a race, there's
5    another COX-2 inhibitor that wants to get on the
6    market too; right?
7        A.    That's correct.
8        Q.    And that's Celebrex; right?
9        A.    Correct.
10       Q.    Do you remember which drug company
11   makes Celebrex?
12       A.    At the time, Searle.
13       Q.    It is now Pfizer Searle; right?
14       A.    Now it's Pfizer, yes.
15       Q.    Is it fair to say that y'all were
16   racing each other to try and see who could get to
17   the market first?
18       A.    Yes.  That's a fair characterization.
19       Q.    They beat y'all; didn't they?
20       A.    In the US they beat us, yes.
21       Q.    It was significant enough to where
22   y'all worked hard to overcome a late start; fair to
23   say?
24       A.    We were second.  It was something of
25   a disadvantage, but not overriding.

602

1        Q.    Your company really pushed hard to
2    make Vioxx a winner from a marketing perspective and
3    an income perspective; true?
4             MR. RABER:  Objection to the form.
5             THE WITNESS:  We believed in Vioxx as
6    it came to market, we believed that it was a very
7    important product for patients, we knew that there
8    were a large number of patients that would benefit,
9    and we believed that Vioxx would be a winner in this
10   market, yes.
11

**Deleted:**

**Deleted:** MR. LANIER:  Objection.¶
12   nonresponsive.

602:14-603:23

602

16

*Launch party not relevant; 403*

*reps never*

*Met w/ Dr. Schnitzer + no evidence he relied on any sales materials in prescribing Vioxx to Mr. Irvin.*

*Sustained*

```
14  Q.    Sir, y'all had a big launch party for
15  it; didn't you?
16       A.    We had a launch meeting, yes.
17       Q.    It wasn't a big one?
18       A.    It was a big one, yes.
19       Q.    I thought I saw a memo that said
20  y'all spent like a million bucks on it, the party?
21            MR. RABER:  Objection to form.
22            THE WITNESS:  We had a launch meeting
23  with the -- most of the representatives, but not all
24  that were going to be involved in supporting Vioxx.
25  And we do that more or less usually for all of our
```

                                603
```
1   major product introductions.
2
```

```
8        Q.    Sir, truth be told, you've never had
9   a product launch like Vioxx; have you?
10      A.    I think we said that in some of our
11  publicity; yes.
12      Q.    You said that; didn't you?
13      A.    I said -- I know I spoke very, very
14  positively about Vioxx at that same launch meeting.

15  Q.    Because that's the biggest, most
16  important launch your company ever did; true?
17      A.    At the time, that was.
18      Q.    And y'all spent a million dollars,
19  y'all had like entertainment, you had like 300-some
20  odd thousand for a band or something for music?
21      A.    Yes.  There was entertainment at the
22  launch meeting.  We do that for other launch
23  meetings as well.
```

        603:24-604:22

                                603
```
24  Q.    Don't you wish you'd taken that
25  million dollars and done one decent cardiovascular
```

                                604
```
1   study early enough to make a difference?
2        A.    I don't think that's an either/or
```

**Deleted:** BY MR. LANIER ¶
3       Q.    So, the introduction of Vioxx was¶
4   just like any other product introduction"¶
5       A.    No.  It was very important, but all¶
6   of our products are very important to us.  Vioxx was

**Deleted:** " very important

17

3  choice.
4     Q.    That's true.
5           Y'all could have done it and still
6  had a million-dollar launch party if the study had
7  worked out okay, couldn't you?
8     A.    At that time there was no indication
9  *that we needed to do an outcomes study based on the*
10 *data we had.*
11    Q.    You already had VIGOR results that
12 showed five times the heart attacks of Naprosyn,
13 didn't you?
14          MR. RABER:  Objection to form.
15          THE WITNESS:  We did not have the
16 VIGOR results until about nine months later.
17 BY MR. LANIER:
18    Q.    So, you launched this product before
19 the key results from your key test came out?
20          MR. RABER:  Objection to form.
21          THE WITNESS:  We launched the product
22 when it was approved by the FDA.

*Overruled*

      604:24-606:2

                            604
23 BY MR. LANIER:
24    Q.    But y'all pushed for early FDA
25 approval?

                            605
1     A.    And we received that early approval
2  from the FDA.  We can request it, they have to
3  accept it.
4     Q.    Sir, what you are telling this jury
5  is that y'all pushed for early approval, you were
6  losing the race against Celebrex, and every day you
7  lost that race, you fell further and further behind,
8  so, y'all pushed for early approval, because it was
9  so important to replace that income stream from
10 these drugs going off patent, and the net result is
11 y'all put this on the market nine months before you
12 even got your first VIGOR test results back; right?
13          MR. RABER:  Objection to form.
14          THE WITNESS:  We asked for and
15 received six-month approval from the FDA based on

*Add'l objection to this question - its compound + argumentative*

*Sustained 403 argumentative*

18

16   the medical importance of the product.  The reason
17   for doing the VIGOR study, which had been started
18   before the approval, was to get GI outcomes data
19   from the VIGOR study.  We had GI data in the label
20   from the endoscopy studies.  We were hoping that
21   those studies would enable a change in the GI safety
22   part of the label.  We were disappointed in those
23   efforts.
24             The VIGOR study was started, and the
25   VIGOR study was always going to -- the results were

                          606

1   always going to come after the product approval,
2   even if it had been a regular 12-month approval.


    606:3-25

                          606

4   Q.    Well, truth be told, there were two
5   main reasons y'all pushed for early FDA approval;
6   isn't that right?
7       A.    The first reason was that this was an
8   important new product for patients.
9       Q.    Well, no.  There was already a COX-2
10  inhibitor on the market.  That was Celebrex.
11            First reason was y'all were trying to
12  beat Celebrex, and they beat you to the market and
13  you needed to hurry your product out there; right?
14      A.    But at a certain point we knew we
15  were behind them.  And so that didn't change the
16  patent behavior at that time.
17      Q.    Well, one reason, though, was you
18  needed to get to market as quickly as possible
19  because you were losing the race.  And the second
20  reason is y'all didn't want the FDA to have forever
21  to look at this drug; did you?
22      A.    That's not a fair characterization.
23  We submitted an application, we asked for a
24  six-month review versus a 12-month review.  The FDA
25  accepted that.

**Deleted: 19.  The FDA was not
invited to the million dollar launch
party¶**
¶
- 60" 1-10¶
¶
Q - Did you invite the FDA to your
million-dollar launch party"¶
    ¶
    MR. RABER   Objection to form ¶
    ¶
    THE WITNESS  No, we did not ¶
    ¶
- BY MR LANIER ¶
= So, you did that million-dollar launch
party behind their back  They didn't get
invited to that one, did they "¶
¶
- No.  We did not do it behind their
back ¶

    607:11-608:23

                                              19

607

11  Q.    You gave a big speech at that party;
12  didn't you?
13      A.    Yes, I did.
14      Q.    I want to show you the speech that's
15  been marked as Exhibit Number 103 and ask you to
16  look at it.
17          - - -
18          (Whereupon, Deposition Exhibit
19  Anstice-103, "Vioxx Launch
20  Meeting/Remarks of Mr. David Anstice
21  Draft date:  April 28 Revised May 24,
22  1999/3:30 p.m. Remarks to
23  Representatives," MRK-ABI0004488 -
24  MRK-ABI0004499, was marked for
25  identification.)

*objn to testimony + exhibit*

*again, irrelevant + 403 since no evidence prescriber met with or influenced by reps.*

*Sustained*

608

1          - - -
2      MR. RABER:  Do you have another copy?
3      MR. LANIER:  Yes.  There you go.
4      (Handing over document.)
5  BY MR. LANIER:
6      Q.    This was a complete speech with sound
7  effects and everything else; wasn't it?
8      A.    It was in a big room with a lot of
9  people in the room.
10      Q.    No.  I mean, I'm reading through it,
11  you are supposed to pause for applause, you are
12  supposed to let the Letterman-style drum roll build
13  up and all of this stuff.
14      A.    Right.  Yes.  This was a motivational
15  meeting.  This was an exciting product.  I wanted to
16  convey my enthusiasm for this product, which we
17  thought was going to be a very important product for
18  patients.
19      Q.    Y'all even did things like you had a
20  big shiny silver platter and you put a thing of
21  Vioxx on it and handed it over to Marty so he could
22  have Vioxx on a silver platter, didn't you?
23      A.    That's correct.

611:5-612:12

20

*Overruled*

611

```
5   Q.   Sir, when you gave this speech in
6   1999 and y'all were launching this, how many months
7   before you got your study results from VIGOR, you
8   told everybody proudly you were going to, quote, own
9   the market, close quote; right?
10      A.   Right.
11      Q.   And y'all told everybody about your
12  extravagant incentive program; true?
13      A.   For the representatives?
14      Q.   Yes.
15      A.   Yes.
16      Q.   And y'all had an extravagant
17  incentive program, you were going to own the market,
18  and you had surpassed your goal of more than 560
19  advocates.  Is that right?
20      A.   That's — if that's the right number,
21  yes.
22      Q.   Why don't you tell this jury what
23  y'all were doing when you are trying to surpass your
24  goal of 560 advocates?
25      A.   What we were trying to do is have
```

612

```
1   people who would speak in support of Vioxx when the
2   product came to the marketplace.  And based on the
3   size of the US and the number of speaking events
4   that we wanted to conduct around the US, we believed
5   we needed a large number of speakers and advocates
6   for the product.
7       Q.   How many in staff people did you have
8   researching the safety of Vioxx at this point in
9   time or in the last year before your launch?
10      A.   I don't know.
11      Q.   Not 560; is it?
12      A.   I don't know.
```

613:17-22

613

```
17  Q.   Not only advocates, sir, y'all put
18  together the largest sales force in the history of
19  medical industry; didn't you?
20      A.   Certainly it was very large within
21  Merck, and I think amongst the largest, competitive
```

Save objection — plus incentives for reps

Further objectionable under 402, 403

21

22   with Celebrex, yes.  Very large.

615:12-619:3

615

12   Q.      So, you're going to own the market
13   with an extravagant incentive program, you've got
14   more than 560 advocates, you've assembled the
15   largest sales force in history, you also decided
16   that you were going to give out more free samples of
17   this drug than you had ever given out of anything
18   before.  True?
19      A.      I think that was correct, yes.
20      Q.      Because your thought was, I'd rather
21   lose a few prescriptions and get people for the long
22   haul than just sell the drug outright; right?
23      A.      The purpose of samples is for
24   physicians for trial usage.
25      Q.      But, though, your language was

616

1   specific, that you'd rather give away a few
2   prescriptions.  I believe if you'll look at the top
3   of 6, you said, "Some might call this extravagant.
4   Not me."  You put that in italics.  "I am more than
5   willing to sacrifice a few scripts."  Isn't that
6   prescriptions?
7      A.      That's prescriptions.
8      Q.      "A few prescriptions to samples in
9   the short run to help assure we win share in the
10   long run."  That was your strategy; wasn't it?
11      A.      Samples played that role, yes.
12      Q.      What's HEL stand for?
13      A.      Health education liaison.
14      Q.      Well, your commitment of health
15   education liaison dollars, HEL dollars, was the
16   largest of anything y'all had ever done with Vioxx;
17   wasn't it?
18      A.      Yes, it was.
19      Q.      Not only that, y'all had extra FMC
20   money; didn't you?
21      A.      Yes.
22      Q.      Now, to a lot of people that's Ford
23   Motor Credit, but I'm assuming y'all weren't going
24   to them to help finance this thing, so, what does

_Overruled_

_Sustained_

22

25   FMC stand for?

*Sustained*

617

1       A.      I don't remember what that acronym
2   stands for, but it was something in the -- it was
3   money that sales representatives had for programs.
4       Q.      Sales representatives for programs?
5       A.      Right.
6       Q.      You mean like giveaways and stuff?
7       A.      I can't be more precise than that.
8   For programs that they conducted in the field.
9       Q.      Is this like the dine and dollars
10  thing?
11      A.      That could be included in that, yes.
12      Q.      So, this is where they go out to
13  doctors and they've got millions and millions of
14  dollars to try and give extras to doctors so that
15  doctors will start writing your Vioxx prescriptions?
16  Is that what that boils down to?
17      A.      This is to conduct speaking events
18  and get doctors interested in our product.  Yes, to
19  understand our product.
20      Q.      Not just to conduct speaking events,
21  this is like courting doctors' money.  This is money
22  to go out there and try to woo the doctors with
23  wining and dining and things like that.  That's
24  included; isn't it?
25              MR. RABER:  Objection to the form of

618

1   the question.
2               THE WITNESS:  The money that we
3   provided our representatives was for programs which
4   were set out in our documents and the conduct of
5   appropriate programs.  And yes, they were asked to
6   conduct a lot of these programs, but programs that
7   were consistent with our policies.  And some of them
8   certainly included events with dinners and so forth.
9   BY MR. LANIER:
10      Q.      Doesn't that kind of seem dirty to
11  you, that y'all are going to go out and take doctors
12  to dinner and give doctors presents just to get them
13  to write your prescription?
14              MR. RABER:  Objection to form.
15              THE WITNESS:  We were not giving
16  doctors presents.  If we invited a doctor to an

*Overruled*

23

17   event, we did not give them money.  They might get
18   dinner or some food at that event, but there was
19   medical education involved.
20   BY MR. LANIER:
21      Q.    Is a sales speech involved?
22      A.    Not -- well, but by a physician who
23   would be speaking to the physicians attending the
24   meeting.
25      Q.    Yes.  Those are the speaking

619

1   contracts that you've also got on there.  You're
2   paying doctors to stand up and give these speeches;
3   aren't you?

619:4-621:14

619

4   A.    Yes.  Yes, we do that.
5      Q.    These are advocates.  You've
6   marshaled over 560 of these people, you are going to
7   pay them money, and they are going to stand up and
8   say, look how wonderful this product is, here, have
9   a free dinner and go write prescriptions?
10      A.    We have given money to speakers for
11   speaking as a contract service to Merck to present
12   their information about our product and other
13   products because they are talking as people that
14   have expertise in the area, that have knowledge
15   about this disease, and they are passing on their
16   experience as an opinion leader to other physicians.
17      Q.    Well, you spoon fed them the
18   information; didn't you?
19           MR. RABER:  Objection to form.
20           THE WITNESS:  We gave them
21   information on our product.  They also were at
22   liberty to discuss the information they had on other
23   products.
24   BY MR. LANIER:

22

25      Q.    You didn't design the product to be

621

1   safe, you didn't develop the product to be safe, you

Sustain
403

Deleted: 25      Q.      Well, sir, y'all
were the ones paying¶
¶
620¶
1  them to stand up there and speak.
You really think¶
2  you are going to pay people to stand
up and speak¶
3  for your product, give them
information about your¶
4  product, and then they are going to
stand up there¶
5  and say, oh, Celebrex is even better, it
doesn't¶
6  kill you with heart attacks"¶
A      We expected them to speak
about our¶
8  product. We expected them to speak
about other¶
9  products and answer questions about
any area that¶
10  the physicians attending wanted to
know about¶
11      Q      But you expect them to
say good

Deleted: 12  things about your product
and not good things about¶
13  other products? That's why you
called them¶
14  advocates, right?¶
15      A      We expected them to say
accurate,¶
16  balanced things about our product.
And we expected¶
17  them to say what they thought about
other products.¶
18      Q      Well, no, because the truth
is, your¶
19  product -- you were in this just to
win. You were¶
20  in here to get market share. That was
the point of¶
21  your whole speech, wasn't it"¶

Deleted: A      Yes. We were hoping
that our¶
23  product, because of its qualities,
would gain more¶
24  than 50 percent share of this
particular category

24

2 didn't drive the product to be safe, you designed,
3 developed and drove that product to win the market;
4 didn't you?
5     A.   The development of Vioxx was based on
6 all of our standards of efficacy and safety. We
7 designed the product with all of that in mind.
8          From the marketing side, yes, we
9 believed we had a winner, we believed we had a very
10 effective product, and we believed that with the
11 right promotion support, we're responsible for
12 promoting the product to physicians with the right
13 level of support, we could make this the leading
14 product in the category.

622:24-623:5

                              622
24 Q.   But you never did a CV study. You
25 never did a study to see if it caused heart attacks;

                              623
1 did you?
2     A.   We did not do that because we
3 believed that the alternatives which we put in place
4 would provide answers to the questions being posed
5 by the VIGOR data.

624:4-625:21

                              624
4 You never studied Vioxx to see if it
5 caused heart attacks or stroke or cardiovascular
6 problems; true?
7          MR. RABER: Objection to form.
8          THE WITNESS: We did not study Vioxx
9 specifically with CV outcomes.
10 BY MR. LANIER:
11     Q.   Do you want to tell us why?
12     A.   Yes. I would like to add that
13 because we considered it, as you know, on several

                                                    25

14 occasions, and ultimately we concluded that the best
15 way to get answers to the question was there a
16 difference in risk was through the various other
17 studies that we had underway.
18      Q.     The best way to get the answer does
19 it cause heart attacks is not by studying it?
20      A.     The best -- we were -- no.  That is
21 not what I said.
22

625

1
13 BY MR. LANIER:
14      Q.     The main problem is. it probably
15 would have shown your drug was causing heart
16 attacks, and y'all would have been in hot water
17 because you were still selling it at this point when
18 y'all were looking at that study, weren't you?
19           MR. RABER:  Objection to form.
20           THE WITNESS:  No.  That was not the
21 reason that we didn't do that study.

625:23-626:20

BY MR. LANIER:

625
23  Q.     Sir, before you ever sold the drug,
24  you could have studied it to see if it caused heart
25  attacks; couldn't you?

626
1      A.     Before we launched the drug, there
2  was no basis on which we thought it was necessary to
3  study the drug in the way you just described.
4      Q.     You don't know that.  You're not a
5  doctor, you're a marketing guy.  How would you know
6  that?
7      A.     The basis of the NDA was consistent
8  with how you study agents in this category.
9

628:3-630:21

26

Deleted: Q     Well, you never did the
23  just decided to soak in data from
other studies that¶
24  weren't even looked for that
reason.  You could¶
25  have done a study. couldn't you?

Deleted: MR. RABER  Objection to
form ¶
2  BY MR. LANIER ¶
3       Q.     Merck could have done a
study.¶
4  couldn't it?¶
5           MR. RABER  Objection to
form ¶
6           THE WITNESS:  Merck
tried to design a¶
7   study. and one of the reasons that we
concluded that¶
8  other studies would be a better way to
address the¶
9  issues posed by VIGOR would be to
do it through¶
10  other studies. because the CV
outcomes study we were¶
11  trying to put together had a number
of problems¶
12  associated with the design

Deleted: Q     Sir. I've read through all
of these¶
10  things. I've read your deposition from
yesterday  If¶
11  know you hadn't read much of
anything  But I've¶
12  read through documents where there
were people¶
13  inside your research lab wondering if
this was going¶
14  to cause heart attacks back before
you ever went to¶
15  market  Did you know that?¶
16           MR. RABER  Objection to
form ¶
17           THE WITNESS:  There
were some

Deleted: 18  documents reviewed with
me yesterday which indicated¶
19  that there were certain hypotheses
being discussed¶
20  between people

Deleted: ¶

628

3  Q.     So, your company could have tested to
4  see if the concerns about heart attacks and strokes
5  was true?  Your company could have tested for that
6  before you ever went to market; couldn't you?
7          MR. RABER:  Objection to form.
8          THE WITNESS:  The company could have
9  tested for that, but the scientists in considering
10 the discussions I just referenced concluded that
11 that was not necessary.
12 BY MR. LANIER:
13     Q.     Well, what was the downside to doing
14 a test like that?
15     A.     It was deemed to be not necessary.
16     Q.     That wasn't my question.
17            I said, what was the downside to it?
18     A.     Well, that would take -- I mean, to
19 do studies that are not scientifically necessary or
20 relevant would divert resources.
21     Q.     You might not have the million
22 dollars for the launch party?
23     A.     No.
24

*argumentative, 403*

*Sustained*

Deleted: Q     You might not have $20
million to
25  give your top executives one year in
stock options?

Deleted: Is that what you're saying?
2     A     No.

629

1
3      Q.     If y'all study it to see if it is
4  going to cause heart attacks like some of your own
5  scientists think, if you study it before you put it
6  on the market, you might lose your stock options one
7  year?
8      A.     No.  That's absolutely not what I'm
9  saying.  What I'm saying is --
10     Q.     "Divert resources," what did you
11 mean?
12          MR. RABER:  Please, please, Mr.
13 Lanier.  He's answering.
14          THE WITNESS:  What I'm saying is that
15 it would -- that a study that our scientists have
16 reached a conclusion is not necessary to do would be
17 wasting resources.
18 BY MR. LANIER:
19     Q.     Oh, what it would do is it would mean
20 that you might not get to market as early as you
21 wanted to, and you were in a race with Celebrex to

*objxn executive comp. + motive*

*Sustained*

27

22  get to market first.  That's what it really boils
23  down to; doesn't it?
24      A.    I don't accept that at all.
25      Q.    Well, you were in a race with

                            630
1  Celebrex to get to market first; weren't you?  You
2  admitted that before.
3      A.    There was a competitive development
4  program between two companies.
5      Q.    And if you take the time out for a
6  year to do a study to see if this drug is going to
7  kill people with heart attacks, that's going to
8  delay you another year getting to market; isn't it?
9      A.    That is not the reason that Merck did
10  not proceed with those studies.
11     Q.    Sir, it wasn't my question.
12          My question was, if you had decided
13  to take a year to study what some of your scientists
14  thought was a serious concern, it would have delayed
15  going to market for a year, you'd have been a year
16  further behind in the race; right?
17     MR. RABER:  Objection to the form.
18     THE WITNESS:  That would be
19  speculation because, for example, the VIGOR study
20  was done and the product was still approved for
21  marketing.

*objection — lacks foundation; assumes facts not in evidence re "some of your scientists" + calls for speculation*

*Sustained 403 argumentative*

633:2-636:4

Deleted: 1

BY MR. LANIER:

633
2  Q.    You understand before you sell a drug
3  you ought to check to see if it's safe; true?
4      A.    Yes.
5      Q.    So, before you sell Vioxx, I'm not
6  talking about testing it after you sell it, I mean
7  before you put it out there, if your scientists
8  think that it might cause heart attacks and strokes
9  and you test it and you hold selling the drug until
10  after you've answered those scientists' questions
11  with good solid research, that's going to delay you
12  to market by definition because you are not going to

*objxn — lacks foundation; assumes facts not in evidence*

*Sustained already covered. This is over + over to point of being argumentative 403*

28

13  sell it yet; right?
14          MR. RABER:  Objection to form.
15          THE WITNESS:  In the way you posed
16  the question, if you made the decision to delay it
17  pending a study, yes, that would delay the
18  introduction.
19  BY MR. LANIER:
20      Q.    And if you delay the introduction,
21  that delays making money on it; doesn't it?
22      A.    Yes.
23      Q.    If you delay making money on it, that
24  delays replacing the Pepcid money; doesn't it?
25          MR. RABER:  Objection to the form.

*objyn-*
*financial*
*motive*

                              634
1          THE WITNESS:  The purpose of Vioxx
2  was not to replace the Pepcid money.
3  BY MR. LANIER:
4      Q.    That's one of the significant
5  purposes according to the bullet points in Exhibit
6  101.  Remember?  "Major drugs going off patent,"
7  including Pepcid, "represent a significant
8  percentage of our sales so producing revenue
9  replacement through the launch of new products like
10  Vioxx is very important for us."  Remember?
11      A.    I remember.
12      Q.    So, if you delay the introduction of
13  Vioxx because you're going to study it longer to see
14  if your scientists are right on the heart attack,
15  then you are going to delay replacing the money for
16  the Pepcid; aren't you?
17      A.    In the hypothetical situation you are
18  pointing to, you would delay revenues, yes.
19      Q.    If you delay revenues, Merck doesn't
20  make as much money; does it?
21          MR. RABER:  Objection, form.
22  BY MR. LANIER:
23      Q.    All other things being equal?
24      A.    All other things being equal and no
25  other alternatives, yes.

                              635
1      Q.    And if Merck doesn't make as much
2  money, the stock is not as high generally; true?
3      A.    There's a linkage.
4      Q.    If the stock is not as high, then all

*Sustained*

29

5  of the stock options that you and the other
6  executives have are not as valuable.  Also true?
7      A.    Correct.
8

19  BY MR. LANIER:
20      Q.    But it's your testimony today that
21  even though doing the tests that your scientists
22  were worried about would have cost ultimately you
23  and the other executives money, lots of money, the
24  real reason y'all didn't do it is just because you
25  thought you could find out about heart attacks

                        636

1  through other tests, and you were going to wait
2  until after you started selling the product to do it
3  anyway.  Is that right?
4      A.    No.  That was not my testimony.

640:1-641:10

                            640

1  BY MR. LANIER:
2      Q.    Sir, what I would like to do is I
3  would like to compare -- now, you see, I've messed
4  up my exhibit.  We're going to label this as Exhibit
5  127.
6          What I want to do in this exhibit,
7  I'm going to compare what work y'all did on
8  cardiovascular.  And if I abbreviate that CV, will
9  you understand it?
10      A.    Yes.
11      Q.    I'm going to compare what work y'all
12  did on cardiovascular versus the money and the work
13  you did on marketing.  Do you understand what I'm
14  talking about?  There you go.
15      A.    (Witness reviewing document.)
16      Q.    Do you understand what I'm doing here
17  on this chart?
18          MR. RABER:  Objection to form.
19          THE WITNESS:  Can you just be clear
20  what you are doing on the left-hand side?
21  BY MR. LANIER:
22      Q.    Yes.  I want to talk about the
23  efforts and money y'all put into studying the
24  cardiovascular effects.  In other words, does Vioxx

Deleted: Q     When we talk about all the stock
9   options, is it true that what I've read is that
10  you've had $20, $30, $40 million in stock options
11      A.    I gave the numbers yesterday.  Pre
12  I had a lot of stock options over the years, and I own
13  today a lot of Merck stock

Deleted: 14      Q     $20, $30, $40 million of stock
15  options.  Is that a true figure?
16      MR. RABER:  Objection to the form.
17      THE WITNESS:  I believe the number is
18  over 20 million, yes.

30

25   cause heart attacks.  I want to compare on one side

641

1   what money and efforts y'all did on that to the
2   other side, the efforts y'all did to market and sell
3   the drugs.  Let's see where you put your resources
4   and effort.  Fair to say?
5        A.    Okay.
6        Q.    All right.  Cardiovascular effects,
7   what money and resources did y'all put into studying
8   that?
9        A.    Every clinical study we've done has
10  studied the cardiovascular effects of Vioxx.


643:6-646:21

BY MR. LANIER:

643

6   Q.     Sir, we're talking about it being the
7   result of studies, but not the purpose of studies?
8   Y'all didn't do a study just for cardiovascular
9   purposes; did you?
10       A.    We did not do a study where the
11  primary endpoint was CV safety.
12       Q.    Right.  So, what other monies and
13  efforts did y'all put into trying to figure out if
14  cardiovascular problems were going to come from that
15  drug?
16       A.    But that's across a large number of
17  clinical studies, not only the original studies in
18  arthritis, rheumatoid arthritis, VIGOR, but also the
19  Alzheimer's disease studies and also eventually
20  finally three cancer studies.
21       Q.    All right.
22       A.    So, a large number of Phase III and
23  subsequent studies.
24       Q.    I'll list them.  VIGOR, Alzheimer's,
25  cancer.  What others?

644

1        A.    All the Phase III programs.
2        Q.    Phase III.  Any others?
3        A.    Every study that we did with Vioxx.
4        Q.    Can you think of any others?

31

5      A.    I'm sure there were some other
6  studies.
7      Q.    I'm going to put "Maybe others." Did
8  I write it right?
9           MR. RABER:  Objection to form.
10          THE WITNESS:  You wrote down the
11  words that you said you were writing down, yes.
12  BY MR. LANIER:
13     Q.    Okay.  Now, let's just make sure
14  we're clear on this.  Y'all were not studying Vioxx
15  to see if it caused Alzheimer's or to see if it
16  caused cancer, to see if it was dangerous in that
17  way, y'all were studying it to see if you could sell
18  it as a cure or as a help for Alzheimer's and
19  cancer; right?
20          MR. RABER:  Objection to form.
21          THE WITNESS:  We were studying it to
22  see if there was a benefit to patients, and we're
23  assessing the risks at the same time so that we
24  could make a benefit/risk assessment.
25  BY MR. LANIER:

                            645

1      Q.    In other words, you weren't studying
2  it because you were worried it was going to cause
3  cancer and you wanted to see, you were studying it
4  to see if you could help cancer?
5      A.    Yes, we were.  And another benefit of
6  those studies was that we could use Vioxx in those
7  studies along with placebo, which we believed would
8  give us the best data in terms of answering all
9  questions that may be raised about safety.
10     Q.    Now, if I wanted to know the number
11  of researchers that were working on the
12  cardiovascular issue, that's one where I would have
13  to talk to Dr. Kim and get him to tell me who to
14  talk to because you don't know that; right?
15     A.    I don't know that.
16     Q.    But to be fair, we ought to put
17  number of researchers because there were a number of
18  researchers over on this side of the column that
19  were working on safety at least, even if it wasn't
20  cardiovascular; right?
21     A.    Correct.
22     Q.    Can you think of anything else y'all
23  were putting in other than researchers and studies?

                                                        32

24   Any other efforts to determine whether or not Vioxx
25   caused heart attacks?

646

1       A.     Well, there are numerous scientific
2   meetings, reviews at congresses, so, there was a lot
3   of dialogue, and there's a lot of effort over and
4   above the studies, because there's people discussing
5   what all the options were, the alternatives were
6   extensively, right through this period.
7       Q.     So, that's kind of research, I guess,
8   but more than that, it's just talking about
9   research?
10      A.     It's having --
11      Q.     So, y'all had -- I'm sorry.  Go
12   ahead.
13      A.     So, it's people discussing what all
14   of the options are.
15      Q.     So, I've put down a third thing,
16   people talking about it.  Y'all had that going in to
17   try and figure it out; true?  Is that fair to say?
18           MR. RABER:  Objection to the form.
19           THE WITNESS:  We had a lot of people
20   doing more than talking about it.  Working on this
21   issue, reviewing databases and so forth.

**33. Merck taped speeches to convey a "user friendly" version of Vioxx to medical
people all over the world**

648

649

16

655:11-655:22

655

11   Q.     Another thing you did on marketing,

Deleted: 648 14-650 9 ¶
    ¶
¶

Deleted: 14   Q.       In fact, that was one
of the talking ¶
15   points back in Exhibit 101  "Merck's
expertise in ¶
16   this area," marketing, "is world
renowned." That's ¶
17   something y'all claim for yourselves,
isn't it ¶
18       In fact, when y'all do
marketing and ... [1]

Deleted: 19   you do presentations, y'all even --
you are world ¶
20   renowned  Y'all even rehearse your
speeches, don't ¶
21   you ¶
22           MR RABER  Objection to
form ¶
23           THE WITNESS  Some
people rehearse ¶
24   their speeches, yes ¶

Deleted: 1        Q       I mean, a lot of
your important ¶
2   speeches, y'all don't just stand up and
give them ¶
3   you actually practice them ¶
4       A     Yes ¶
5       - - ¶

Deleted: A       Yes  I do ¶
1"       Q   It says, "David and
Wendy, I think ¶
18   you we should tape Tom Simon's talk
during ¶
19   rehearsals coming up" and "make it
into a CD-ROM ¶

Deleted: 4   rehearsals for these
speeches, right ¶
5       A     Yes

Deleted: BY MR. LANIER ¶
= -Well, let me give you Exhibit
Number 110, and unfortunately this is my
only copy  So, if it is not too intimidating
so I can see it while you look at it, I'm
going to stand up  Have you seen this
before, sir ¶

Deleted: = -We train them broadly on
all aspects of our products, disease,
competitive products and our own label
And we consistently seek to ensure that
they are certified and in the sense that
they know that Messaging is the
messages that we are asking of a p ... [5]

Deleted: = -Yes  Well, these
messages are y'all trying to go on the
offense about all these concerns about
heart attacks and strokes  Did you know
that ¶
¶
= These messages on this page is ... [6]

Deleted: = -Right  Yes, we were  As
I look at this list, this is a list of
comments which are drawn from the
product circular ¶

33

12  we'll list it as number 5.  You would study the
13  effects of label changes.  You actually spend money
14  to see if changing the label language was going to
15  hurt your sales; wouldn't you?
16      A.    We would do market research
17  constantly on our products, and that included
18  testing different language and labels.
19      Q.    And y'all would do that with outside
20  companies; wouldn't you?
21      A.    Market research was typically done
22  with outside companies.

685:20-686:1

                                    685
20  Q.    Who is your employer today?  What
21  company gives you a paycheck?
22      A.    Merck & Co. Inc.
23      Q.    When you made your lateral move, did
24  that change or is it Merck & Co. Inc. that was
25  giving you your salary, paycheck before?
                                    686
1  A.    The same company.

687:1-690:15

                                    687
1
14
18      Q.    In other words, if the market price
19  of Merck stock goes down, it's a major hit for you
20  in the pocketbook, isn't it?
21          MR. RABER:  Objection to form.
22          THE WITNESS:  If the Merck price went
23  down further, there would definitely be some
24  implications for stock options because it's always
25  the difference between the offer price and the

                                    688
1  current market price.  So clearly there are
2  implications.
3  BY MR. LANIER:
4      Q.    So Merck is set up and you're set up
5  wherever economic motivation you personally have is

*[Handwritten left margin:]* objt'n — financial motive; Ct has granted MIL #2

*[Handwritten center:]* Sustained

**Deleted:** Q      How many shares of Merck stock you¶
2   got today¶ (Approximately 120,000¶
3      A      Approximately 120,000¶
4      Q      How many options you got today for¶
5   shares¶
6      A      I don't know  I have about ten —¶
7   ten years' worth of options not exercised, beginning¶
8   in 1996, so the number would be over one million of¶
9   unexercised options ¶
10      Q      I assume some of those unexercised¶
11  options have price issues where you only exercise¶
12  them if the price is north of some number of¶
13  dollars¶

**Deleted:** A      Some of those options are not yet¶
15  vested, that is, not available for exercise  And¶
16  some have a price at which they were offered to me.¶
17  which is above today's market price

34

*Sent objections*

6  to see that the company makes as much money as
7  possible and that the stock price goes as high as
8  possible.  Right?
9       A.    No.  That's not how I would
10  characterize -- our responsibility is to bring
11  products to market, sell them in a truthful and
12  balanced way, and earn a return in the marketplace
13  and that will, in turn, inform the stock price, our
14  performance in the market, but based on the products
15  we bring to market and the value they offer.
16           MR. LANIER:  Objection.
17  Nonresponsive.
18  BY MR. LANIER:
19       Q.    Sir, I'm talking about your personal
20  economic motivation.  You stand to make more money
21  the more money Merck makes and the higher the price
22  of the stock, you stand to lose more money if the
23  stock price goes down.  That's true, isn't it?
24       A.    If the Merck stock price goes up,
25  there may be benefit, depends again on the offer

*Sustained*

689

1  price of the option.  But certainly the shares I own
2  are directly related to the stock price, yes.
3
6
19       Q.    Have you ever gotten any kind of
20  options or pay because you pulled a drug that you
21  thought was unsafe?
22       A.    No.  The basis of our compensation is
23  not related to events like that at all.
24       Q.    The basis of your compensation is not
25  related to how safe things are at all, it's related

690

1  to the economic performance of the company and the
2  stock.  True?
3       A.    That is not true.
4       Q.    All right.  Let's look at it.  You've
5  got a salary right now, don't you?
6       A.    Yes, I do.
7       Q.    You've got a bonus that you get at
8  the end of each year, don't you?
9       A.    Yes.
10       Q.    Is there a formula for your bonus?
11       A.    Yes, there is.

**Deleted:** Q     Well, sir, you own
120,000 shares¶
4  today, don't you¶
5      A     Yes

**Deleted:** Q     Stock goes up $10 a
share while we're¶
7  sitting here at this table, you made
over a million¶
8  dollars  Right¶
9      A     Right¶
10       Q     Stock goes down $10 a
share while¶
11  we're sitting here at the table, you
lose over a¶
12  million dollars, don't you¶
13      A     That's correct ¶
14       Q     That's just on your
120,000 shares¶
15  that's not even looking at over the
million options¶
16  to buy over a million more shares
that you've got ¶
17  Right ¶
18      A     Correct

*Same objection*

12   Q.   Would you tell us what the formula is
13 for your bonus?
14   A.   I described it the other day, but I'm
15 happy to describe it again.

691:3-692:25

691

1

3         THE WITNESS:  Well, I'll give you --
4  I'll try to give you a simple version of it.  The
5  bonus for myself and people in my position is
6  informed by the performance of Merck measured across
7  a number of different benchmarks or measurements,
8  and it's equally built on the performance of the
9  area for which I have responsibility at any point in
10  time.  And that component of the bonus has three
11  components.  Those three components in broad terms
12  relate to sales achievements versus target, profit
13  achievements versus target.  They relate to
14  strategic performance.  For example, other things
15  that my group might do.  These are the group that
16  I'm responsible for.  Other things they might do
17  which brings value to the company.  And there's a
18  third component which relates to the people that --
19  in my group and their continued development.
20 BY MR. LANIER:
21   Q.   All right.  Everything you've listed
22  to me is based on economics.  I didn't see one thing
23  you listed where your bonus has ever been based on
24  safety and pulling products that aren't safe.  Am I
25  correct?

692

1         MR. RABER:  Objection to form.
2         THE WITNESS:  Patient safety is the
3  first thing we think about at Merck.
4 BY MR. LANIER:
5   Q.   Sir, I'm not -- I don't want to talk
6  about that.  I want to talk about your bonus.  What
7  motivates you, how you get paid.  Your bonus is
8  based, you told me, on the performance of Merck
9  looking at three different areas, whether or not
10  your sales exceeded the target, whether or not your
11  profits exceeded the target, and whether or not the
12  people that are under you developed right.  That's

*Sustained*

36

*Save objections*

13  it, that's the formula, isn't it?

14       A.     That is the formula.  However, it's

15  all built on the premise that we are selling into

16  the market products that are safe and effective.

17  And that is our primary mission.

18       Q.     Sir, you may see that as your primary

19  mission, but that's not reflected by any of your

20  motivation and any of your bonus, there's not -- an

21  element of your bonus is never, he put safety first.

*Sustained*

22  That's not a part of the formula, is it?

23              MR. RABER:  Objection to form.

24              THE WITNESS:  Everybody at Merck puts

25  patient safety first.

693:1-7

693

1  BY MR. LANIER:

2       Q.     Well, you didn't, when you decided to

3  put Vioxx on the market without running a test to

4  see if it causes heart attacks, the way some of your

5  scientists thought it might?

6       A.     When Vioxx was brought to the market,

7  it was a safe product.

694:10-24

694

10  My

11  question is this.  Did the drug change from the time

12  y'all started selling it to everybody to the time

13  you pulled it off the market?

14       A.     Did it change in what regard?

15       Q.     Was it the same drug, did it have the

16  same chemical makeup?

17       A.     Yes.  It was the same product.

18       Q.     So the product y'all finally agreed

19  to admit was unsafe and caused you to pull it from

20  the market is the exact same drug that you were

21  peddling years before, isn't it?

22              MR. RABER:  Objection to form.

23              THE WITNESS:  No.  The product that

24  we withdrew from the market is a safe product.

37

695:1-14
25   BY MR. LANIER:

695

1        Q.      Sir, the product you pulled from the
2    market, according to your own APPROVe study, causes
3    an increased number of heart attacks and strokes,
4    doesn't it?
5        A.      The APPROVe study showed that there
6    was a relative risk greater in the Vioxx group
7    versus the placebo group for the first time in all
8    of the placebo controlled studies, which have been
9    extensive, and based on that relative risk
10   difference and based on the availability of
11   alternative therapies, Merck made a decision to
12   withdraw the product.
13            MR. LANIER:  Objection.
14   Nonresponsive.


696:2-699:22

696

2        Q.      It showed if you take Vioxx, you got
3    a higher chance, statistically significant higher
4    chance of getting a heart attack and a stroke than
5    if you didn't take it, that's what it showed, didn't
6    it?
7        A.      What APPROVe showed is that if you
8    took Vioxx continuously for 18 months compared to a
9    placebo group, then there was a relative risk
10   difference which was adverse to Vioxx.
11       Q.      That's a long way of saying, yes, Mr.
12   Lanier, you are correct, it showed that if you take
13   Vioxx under the APPROVe study, and you're going to
14   get a statistically significant number more of heart
15   attacks and strokes than if you don't take it.
16   That's what it showed.
17            MR. RABER:  Objection to form.
18   BY MR. LANIER:
19       Q.      Right?
20       A.      No.  I just said that that's not what
21   it showed.
22

Deleted: Q     All right  Let's break it
down then ¶
23   because I want to see  We'll do this
real sample ¶
24  We're talking about the APPROVe
study  Right ¶
25      A      Correct

697

1

700:21-701:25

21  BY MR. LANIER:
22      Q.    All right.  So this study is going,
23  this semi-independent group is monitoring it, and
24  this group says to Merck, time-out, you got to stop
25  this study because the people who are taking Vioxx

701

1  have a higher rate of heart attacks and strokes than
2  the people who are just taking a sugar pill.  Is
3  that right?
4      A.    They -- that's right.
5      Q.    All right.
6      A.    They told Merck to stop the study.
7  It was their recommendation.
8      Q.    Now, this was not the first study
9  y'all did where one group taking Vioxx had a higher
10  rate of heart attacks and strokes than a group that
11  was taking a different kind of pill.  True?
12      A.    It was not the first time, but it was
13  the first time in a placebo-controlled study that a
14  difference had been shown.
15      Q.    Because the first time was the VIGOR
16  study, that was your very first study out of the box
17  that y'all were doing while you were selling the
18  drug on the fast track.  Right?
19          MR. RABER: Objection to form.
20          THE WITNESS:  VIGOR was not the first
21  study that Merck did.  Merck had extensive studies
22  before VIGOR.  VIGOR, which did not have a placebo
23  arm, also showed a difference in CV events between
24  Vioxx and in that case naproxen.  Not a sugar pill,
25  but naproxen.

702

702:1-703:19

Deleted: Q    And the APPROVe
study looked at two¶
2    groups of people. didn't it?¶
3    A    Yes ¶
4    Q    Group 1, they took Vioxx
Right?

Deleted: 5    A    Yes ¶
6    Q    Group 2, didn't know what
they were¶
7    taking, we know they were just taking
a sugar pill?¶
8    A    They were taking a sugar

9    Q    Y'all call it a placebo, but
normal?¶
10  people, it's a sugar pill  Right?¶
11      MR. RABER  Objection to
form¶
12      THE WITNESS  That's
correct¶
13  BY MR. LANIER ¶
14      Q    But you don't tell them it's
a sugar¶
15  pill, because you don't want them to
know that¶
16  they're taking the real thing  Nobody
knows whether¶
17  they're taking Vioxx or a sugar pill,
you keep that¶
18  secret, don't you¶
19      MR. RABER  Objection to
form¶
20      THE WITNESS  That is
not kept¶
21  secret  It is a double blind study so
to ensure the                    [...7]

Deleted: 698¶
1    Q    In other words, the doctor
giving the¶
2    pill and the patient taking the pill,
they don't¶
3    know if they're getting Vioxx or if
they're getting¶
4    a sugar pill  Right?¶
5    A    That's correct?¶
6    Q    All right  So Group 1 has
got Vioxx¶
7    but they don't know it  Group 2 has
got sugar¶
8    pills, but they don't know it  Right?¶
9    A    That's correct?¶
10  Q    Then when the stud    [...8]

Deleted: 19  that the group that was
monitoring stopped the study¶
20  before it was over because they were
concerned that¶
21  too many people were getting hurt
with the Vioxx ¶
22      A    The Data Safety
Monitoring Group¶
23  which assesses the study, came to a
conclusion that¶
24  there was a difference between the
placebo line and¶
25  the Vioxx line and that Vioxx was
associated with a¶
¶                                [...9]

BY MR. LANIER:

1  Q.   And so y'all's reaction to the VIGOR
2  study that showed people taking Vioxx were getting
3  more heart attacks and strokes than the people
4  taking the other pill was just to say the other pill
5  must be really helpful for your heart?  That was
6  your response then, wasn't it?
7        MR. RABER:  Objection to form.
8        THE WITNESS:  Our response at that
9  time, after looking at whether or not Vioxx in the
10 VIGOR study, that's what we're talking about,
11 whether the Vioxx was prothrombotic, our conclusion,
12 based on looking at the then accumulated data we
13 had, was that Vioxx was not different from placebo
14 and not different from non-naproxen NSAIDs.
15       MR. LANIER:  Objection.
16       THE WITNESS:  We then looked at the
17 naproxen arm to see if there could be explanations
18 which explained why it would have the statistically
19 significant rate.  And our conclusion is that on the
20 weight -- the balance of evidence, that the most
21 likely, not the only explanation, but the most
22 likely explanation was that naproxen was
23 cardioprotective.
24       MR. LANIER:  Objection.

703

1  Nonresponsive.
2  BY MR. LANIER:
3  Q.   Sir, in other words, in common
4  everyday language, when your VIGOR study showed
5  people taking Vioxx were more likely to have heart
6  attacks and strokes than people taking the other
7  pill, the explanation that your company offered was,
8  well, that other pill must help your heart.  True?
9        MR. RABER:  Objection to form.
10       THE WITNESS:  After considering all
11 of the data, we believed that that was the most
12 likely reason for that difference, yes.
13 BY MR. LANIER:
14 Q.   Now, you couldn't very well pony up
15 that reason for the sugar pill, though, because
16 everybody knows the sugar pill is not going to help
17 your heart.  Right?
18 A.   The sugar pill should not have any
19 effect, positive or negative.

40