IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -5 PM 2: 47

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | Section L |
| | * | |
| **(This document relates to all cases)** | * | Judge Fallon |
| | * | Mag. Judge Knowles |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## RE-NOTICE OF TAKING VIDEOTAPED
## DEPOSITION DUCES TECUM OF CONSTANCE HARDING

TO:    ALL KNOWN COUNSEL OF RECORD

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiffs in the above styled and

numbered causes will depose the following individual(s):

**Constance Harding on December 16, 2005 at 9:00 a.m.**

This deposition will be taken at the offices of Steel, Hector and Davis, 777 South Flagler

Drive West Palm Beach, Florida 33401.  The deposition will be reported by a certified court

reporter, and shall be recorded stenographically and on both audiotape and videotape. This

deposition will continue from day to day until completed. Plaintiff intends to use documents

produced by Merck including but not limited to documents or information produced in electronic

format.

You are further required to bring with you any and all documents listed on the attached

**Exhibit "A"**.

____ Fee_____
____ Process_____
**X** Dktd_____
____ CtRmDep_____
____ Doc. No _____

RESPECTFULLY SUBMITTED, this the 2nd day of December, 2005.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary Office:

3411 Richmond Ave.
Suite 460
Houston, TX 77046
PH:    (713) 877-1843
FAX:  (713) 871-9750
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX:  (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |

| | |
|---|---|
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 2nd day of December, 2005.

## EXHIBIT "A"
## DOCUMENTS TO BE PRODUCED SUBJECT TO SUBPOENA

1.  Any and all correspondence between you and Plaintiff's prescribing physician, between you and Merck, between you and any district manager, between you and any manager, and any an all correspondence received or sent by you related in any way to Vioxx.

2.  Any notes pertaining to calls you made on physicians in the State of Florida including but not limited to notes made regarding calls to any Plaintiff's prescribing physician.

3.  Any information or documentation pertaining to the Vioxx prescribing habits of prescribing physicians in Florida, including but not limited to Plaintiff's prescribing physician.

4.  Any information you received from your employer regarding cardiovascular risk or cardiovascular disease and Vioxx.

5.  Any information you received from your employer regarding cardiovascular disease, cardiovascular risks, heart attacks, or strokes.

6.  Any information regarding dinner meetings, conferences, trips, CME/CDE programs, or speaker bureau presentations that you authored, organized, requested, directed or received regarding Vioxx or Pain Treatment.

7.  An index of the information kept on your laptop computer for Vioxx.

8.  Any separation agreements between you and Merck

9.  Any medical literature used by you when detailing Vioxx.

10. Any medical literature provided to you by the company which was not used by you in detailing Vioxx.

11. Any press releases sent to you by Wyeth concerning Vioxx.

12. Copies of any and all Dear Healthcare Professional, Dear Doctor, or other letters to medical personnel that were received by you regarding Vioxx.

13. Any adverse event information you reported to your company regarding Vioxx

14. Any information you received from Merck concerning side effects, warnings or precautions for Vioxx.

-1-

15.   Any previous depositions given by you on Vioxx or other Merck products.

16.   Your personal or custodial file on Vioxx.

17.   Any and all promotional items and pieces used by you in detailing Vioxx.

18.   Any documents from these the FACTS Database and Reporting System databases pertaining to sales calls made  on prescribing physician's.

19.   The laptop computer used by you during the time you were detailing Vioxx.

20.   An electronic copy of the hard drive of the laptop computer you used when detailing Vioxx.

21.   Electronic and hard copies of all emails received by you or sent by you regarding Vioxx during the time you detailed Vioxx, including any and all emails related in any way to detailing activities for Vioxx.

22.   Copies of any and all materials received by you from your employer or third parties, including materials received by you at company launch meetings, regarding any drugs including but not limited to Vioxx, as well as any and all material related to cardiovascular disease, cardiovascular risks, heart attacks, strokes, pain management, arthritis, epidemiology, pharmacology, efficacy, safety, and appropriate detailing practices.

23.   Copies of any and all information received by you regarding the use of your laptop computer, and the installed software, used in detailing Vioxx, including training materials.

24.   Copies of all orders, requests, invoices and other documents related to the ordering, distributing, and/or otherwise providing physicians in Florida with samples and/or  stock bottles of Vioxx.

25.   Electronic copies of all documents requested above if available now or in the past in any way in electronic from.  Electronic versions should be provided in the same electronic form in which they were originally sent, received, and/or used by you.

26.   Your complete personnel file for your time working for any Merck entities between the years 1998 and 2004.