

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | § § § § § § § § § § § § § § § § § | DOCKET NO. 2:05-CV-1583 |
| | | MDL NO. 1657 |
| THIS DOCUMENT RELATES TO: | | SECTION: L |
| JOEL W. YEAKLEY, M.D., ANN M. DECKER, and GLORIS HALL | | JUDGE FALLON MAG. JUDGE KNOWLES |
| *Plaintiffs,* | | |
| VS. | | TRANSFEROR COURT: |
| MERCK & CO., INC. | | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS |
| *Defendant.* | | CAUSE NO. H-05-0255 |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff GLORIS HALL, <u>ONLY</u>, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendant, MERCK & CO., INC., without prejudice. The remaining Plaintiffs under this cause of action continue to prosecute their claims against Defendant MERCK & CO., INC.

Respectfully Submitted,

MITHOFF LAW FIRM

_____
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Ms. Gerry Lowry, Fulbright & Jaworski, L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, attorney for Merck & Co., Inc., on this 1st day of December 2005.  Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

_____
JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having met with Gloris Hall to review her file for her claim against Merck & Co., Inc., on November 29, 2005, Gloris Hall has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Eastern District of Louisiana, cause number 2:05-CV-2370.

Dated this 1st day of December 2005.

_____
JOSEPH R. ALEXANDER, JR.