FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -5  PM 3: 37

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX                                      )   MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION   )
                                          )   SECTION:  L
                                          )
                                          )   JUDGE FALLON
                                          )

**THIS DOCUMENT RELATES TO:**
*Donald N. Cheffo and Jacqueline A. Cheffo vs. Merck & Co., Inc., No. 2:05cv3484*
*(previously 1:05-cv-1263 OHND USDC)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.  All future Notices, Orders, and Motions will hereafter be served directly to the Plaintiffs, Donald N. Cheffo and Jacqueline A. Cheffo, 7900 Walnut Street, Unit 2, Boardman, Ohio  44512, Phone No. 330-758-2545.

APPROVED AND SO ORDERED

_____          _____
Date                                      United Stated District Judge

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____