UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC -5 PM 3:37
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX | )  MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION | ) |
| | | )  SECTION: L |
| | | ) |
| | | )  JUDGE FALLON |
| | | ) |

**THIS DOCUMENT RELATES TO:**
*Freddie K. Baisden and Phimphan Baisden vs. Merck & Co., Inc., No. 2:05cv3183 (previously 1:05-cv-1188 OHND USDC)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved. All future Notices, Orders, and Motions will hereafter be served directly to the Plaintiffs, Freddie K. Baisden and Phimphan Baisden, Rt. 2 Box 32, Alderson, WV 24910, Phone No. 304-445-2672.

APPROVED AND SO ORDERED

_Nov 30, 2005_                        _____
Date                                  United Stated District Judge