

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S MOTION TO EXCLUDE TESTIMONY OF DR. ERIC TOPOL AT TRIAL

Considering the foregoing defendant's Motion for Leave to File Declaration of

Phillip A. Wittmann in Support of Motion to Exclude Testimony of Dr. Eric Topol at Trial,

IT IS HEREBY ORDERED that said Declaration be filed.

1

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____792029v.1
___ Doc. No._____

In New Orleans, Louisiana this _/5ᵗ_ day of _December_, 2005.

_____
UNITED STATES DISTRICT JUDGE

792029v.1