**Topol, M.D., Eric**

**From:** David Graham [hylabrook1@msn.com]
**Sent:** Wednesday, November 24, 2004 8:50 PM
**To:** Topol, M D , Eric
**Subject:** Re: next steps?

Eric,

I'd suggest that you share these things with Emilia in Senator Grassley's office. Also, take a look at the Jeanne Lenzer piece in the news section of the BMJ that went online Tuesday evening, and at the Washington Post "Federal Page" article from today (Wednesday). Things seem to be evolving towards a "Vioxx-gate," complete with "dirty tricks" carried out by FDA managers above me in the food chain. I was on Nightline last night and Good Morning America today, starting to get the word out that FDA failed to protect the public and tha tFDA is responsible for the single greatest drug safety catastrophe in US history. On Nightline last night, I challenged Dr. Janet Woodcock to produce FDA's formal benefit-risk analysis that supported their decision to keep high-dose Vioxx on the market after the VIGOR study. There is no such analysis and there is no benefit to high-dose Vioxx that would justify a 500% increase in heart attack risk. At least that's what I said last night.

Have a wonderful Thanksgiving,

David

— Original Message —
**From:** Topol, M D , Eric
**To:** hylabrook1@msn.com
**Sent:** Monday, November 22, 2004 10 01 PM
**Subject:** next steps?

David,
Hope you are well in the aftershocks of the Senate hearing. Again, you really did a spectacular job I hope you were pleased with the New York Times profile on Saturday which I thought was very positive and quite unusual for such an article to appear. I was also impressed with your article in JAMA Express today on the statins and fibrate interactions. The editorial by Phil and Cathy was another major step in the right direction.
My question to you at this point is how to go forward to get what is needed on track. I believe the unfortunate result of your testimony was that the focus shifted away from Vioxx and on to 5 other drugs. I fully realize that this was not at all your intent. I am bothered by the continued outrageous lies of Merck with their fullpage multiple ads that "they published everything" and that they never had a trial which showed any harm of Vioxx until APPROVe when, in fact, there were two by May 2000. I am also upset that the story of their scientific misconduct for the VIGOR paper in NEJM, with errors of ommission (deaths), erroneous data (MIs), and incomplete data (more than 1/2 of the thrombotic events) has not received any attention whatsoever Finally, the FDA reviewers, Drs. Targum and Villalba, did not perform the appropriate statistical analysis of Study 090 and missed its importance, which is the essence of the Juni cumulative meta-anlysis (Lancet paper, Figure 2, in 2000 it becomes MI risk for Vioxx because of the VIGOR and 090 trials). I also have disturbing correspondence (January 2002) from Bob Temple to me in response to my letter of concern to him which demonstrates his inability to "get it" and he expresses the passive approach of letting data accrue.
How does this important evidence get out? The Grassley hearing gave Gilmartin an incredible "bye" and Merck now feels all the pressure is off. This cannot stand and the truth about Vioxx needs to come out.
Please let me know what are the right strategies going forward.
Best regards,
Eric

Eric J. Topol, M D
Provost, Cleveland Clinic Lerner College of Medicine
Chief Academic Officer, Cleveland Clinic Foundation
Chairman, Department of Cardiovascular Medicine
Professor of Medicine and Genetics, CWRU
216-445-9490
topole@ccf org

*Topol*
EXHIBIT NO. 2
11-22-05
L. GOLKOW

EJT 000319

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER MDl 1657**

11/25/2004

**COMMENTARY**

**JUHANA KARHA, MD**
Department of Cardiovascular
Medicine, The Cleveland Clinic
Foundation

**ERIC J. TOPOL, MD**
Chairman, Department of
Cardiovascular Medicine,
The Cleveland Clinic Foundation

# The sad story of Vioxx, and what we should learn from it

O N SEPTEMBER 30, 2004, Merck & Co. withdrew its blockbuster arthritis medication rofecoxib (Vioxx) from the market after the drug was found to increase the risk of myocardial infarction (MI) and stroke. This event, the largest prescription drug withdrawal in history, has important implications both for the millions of patients with arthritis and for the pharmaceutical field in general.

## ■ THE ROAD TO WITHDRAWAL

Rofecoxib is a nonsteroidal anti-inflammatory drug (NSAID) that is specific for cyclo-oxygenase-2 (COX-2); it is therefore termed a COX-2 inhibitor, or coxib.

To tell the story of how it came to be withdrawn, we must start in 1999 when the Food and Drug Administration (FDA) approved it for the relief of arthritis symptoms. The approval was based on data from trials lasting 3 to 6 months and involving patients at low risk for cardiovascular illness.

### VIGOR suggests a problem

Strong evidence that rofecoxib increases the risk of MI came from the Vioxx Gastrointestinal Outcomes Research (VIGOR) study,[1] published in 2000.

In that study, 8,076 patients with rheumatoid arthritis were randomized to receive either rofecoxib 50 mg daily or naproxen 500 mg twice a day. The median follow-up was 9 months. Patients with prior stroke, MI, or coronary artery bypass graft (CABG) surgery were excluded, as were patients who had been taking aspirin or a gastroprotective agent.

Unexpectedly, the incidence of MI was higher in the rofecoxib group than in the naproxen group (0.5% vs 0.1%, $P < .05$).

These published figures were actually too low, because adverse cardiovascular events had not been anticipated and were incompletely reported. Such events had not been prospectively defined, and the trial did not have a prespecified adjudication process. The FDA subsequently reviewed the raw data and found a much higher incidence of major cardiovascular events than originally reported, with an absolute difference of approximately 1.5% between the rofecoxib and naproxen groups (a difference remarkably similar to what was later found in the APPROVe trial—see below). The divergence between the treatment groups began by 30 days (FIGURE 1)[2]— not after a lag or "incubation" phase as in the APPROVe trial.

Our group called attention to the substantial excess of MIs in the VIGOR trial, and we noted that, in patients for whom aspirin was indicated because they had risk factors for coronary artery disease, the risk ratio with rofecoxib use was 4.9.

We also discovered that the annual incidence of MI was higher in rofecoxib recipients than with placebo in several primary prevention trials (0.74% vs 0.52%, $P = .04$).[2] Of note, these warning signs of the cardiovascular risk of rofecoxib came from study populations at low cardiovascular risk. In concluding, we called for a trial specifically assessing cardiovascular risk and benefit of these agents.[2–4]

### Merck proposes an alternative explanation

Faced with this evidence that rofecoxib may increase the risk of MI, what was the reaction of Merck & Co.? Did it in fact undertake a trial to ensure that rofecoxib was safe in



The Vioxx withdrawal has important implications for arthritis patients and the pharmaceutical field in general



EXHIBIT NO. __3__
__11-22-05__
L. GOLKOW

**VIOXX**   **KARHA AND TOPOL**

## VIGOR data: Higher cardiovascular risk with rofecoxib than with naproxen



No. at risk

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 4047 | 3643 | 3405 | 3177 | 2806 | 1067 | 531 |
| Naproxen | 4029 | 3647 | 3395 | 3172 | 2798 | 1073 | 514 |

**FIGURE 1.** Time to cardiovascular adverse event in the Vioxx Gastrointestinal Outcomes Research (VIGOR) trial.

REPRODUCED WITH PERMISSION FROM MUKHERJEE D, NISSEN SE, TOPOL EJ. RISK OF CARDIOVASCULAR EVENTS ASSOCIATED WITH SELECTIVE COX-2 INHIBITORS. JAMA 2001; 286:954–959.

**The safety of other coxibs should be readdressed**

patients with established coronary disease?

It did not. Instead, it asserted that the evidence was flawed and no thorough evaluation of rofecoxib's cardiovascular safety was necessary—both of which were highly questionable.

Merck and its consultants claimed that the excess in MIs observed in the VIGOR trial, a number higher than would have been anticipated from previous studies, was due to a cardioprotective effect of naproxen. But whether naproxen is cardioprotective had never been proven or quantified.

### Epidemiologic evidence accumulates

Meanwhile, several well-conducted epidemiologic studies[5–8] showed that rofecoxib use was associated with a substantial risk of MI, which was greater than that with other coxibs or the over-the-counter NSAIDs (TABLE 1).

Graham et al[5] examined the California Kaiser Permanente population (about 1.4 million patients) and demonstrated in a case-control study that current use of rofecoxib at doses greater than 25 mg daily was associated with increased risk of MI or sudden cardiac death compared with no use of NSAIDs (odds ratio 3.15, P < .05).

Solomon et al[6] conducted a case-control study of more than 54,000 patients 65 years of age or older and demonstrated that current use of rofecoxib was associated with an increased risk of MI compared with celecoxib or with no use of an NSAID.

Ray et al[7,8] studied the Tennessee Medicaid population (N = 378,776) and showed that the relative risk of cardiovascular death or MI among new users of rofecoxib 50 mg daily was 1.93 (P = .024) compared with patients not using any NSAID. Further, these investigators could confirm only a mild cardioprotective effect of naproxen.

Each time that these data were presented, Merck claimed that the epidemiologic studies were flawed. As we now know, during the whole time that Merck opted to ignore the warning signs and market Vioxx to consumers,[9] including those with cardiovascular disease, patients taking this popular medication likely continued to suffer heart attacks, in part due to this drug.

### The FDA fails to act

Particularly disconcerting is that the FDA, entrusted with protecting the public health, went along with this passive approach and did not require Merck to prove that rofecoxib was safe in the face of evidence suggesting otherwise.

We strongly feel that the FDA's reaction of waiting for further data to emerge was too little too late. Given the large number of patients treated with rofecoxib, this strategy has very likely contributed to tens of thousands of heart attacks and strokes.[10,11]

Another notable issue is that the benefit of relieving arthritic pain in this situation got pitted against promoting heart attacks, the number-one killer of Americans.

### APPROVe confirms the danger

The final blow for rofecoxib came from the Adenomatous Polyp Prevention on VIOXX (APPROVe) trial, which was designed to evaluate the possible effect of rofecoxib on colonic adenomas. It enrolled 2,600 patients with prior colon polyps to receive rofecoxib 25 mg daily or placebo for 3 years. Patients with any history of cardiovascular disease were excluded.

An unanticipated finding (although it shouldn't have been) was a higher incidence

**VIOXX** | **KARHA AND TOPOL**

## TABLE 1

### Epidemiologic studies of rofecoxib and cardiovascular risk

| STUDY | N (TOTAL) | N (ROFECOXIB)* | RELATIVE RISK[†] | P-VALUE |
|---|---|---|---|---|
| Solomon et al[6] | 54,475 | 941 | 1.40 | .005 |
| Ray et al[7] | 378,776 | 24,132 | 1.93 | .024 |
| Mamdani et al[24] | 166,964 | 12,156 | 1.0 | NS |
| Mamdani et al[25] | 138,882 | 14,583 | 1.8 | < .05 |
| Graham et al[5] | 1,394,764 | 26,748 | 3.15 | < .05 |

*Rofecoxib use of 1–30 days (Solomon et al[6]), new use of rofecoxib > 25 mg (Ray et al[7]), any use of rofecoxib (both of the Mamdani et al studies[24,25]), and current use of rofecoxib > 25 mg (Graham et al[5]).

[†]End points were myocardial infarction (Solomon et al,[6] Mamdani et al[24]), a composite of myocardial infarction and cardiovascular death (Ray et al[7]), admission for congestive heart failure (Mamdani et al[25]), and a composite of myocardial infarction and sudden cardiac death (Graham et al[5]). Comparator groups were celecoxib users (Solomon et al,[6] Mamdani et al[25]) and nonusers of nonsteroidal anti-inflammatory drugs (Ray et al,[7] Mamdani et al,[24] Graham et al[5]).

**The FDA's inaction led to tens of thousands of heart attacks and strokes**

of the combined end point of MI or stroke among the patients on rofecoxib: 3.5% vs 1.9% ($P < .001$). The increased risk was noted after 18 months of therapy.

### ■ DO ALL COX-2 DRUGS CAUSE THROMBOSIS?

It is not entirely clear at this point whether the increased thrombotic risk noted with rofecoxib is a class effect of all COX-2 inhibitors or specific to this drug only. Two other coxibs are marketed in the United States: celecoxib (Celebrex) and valdecoxib (Bextra). Other coxibs, not currently approved for use in the United States, include lumiracoxib (Prexige) and etoricoxib (Arcoxia).

### Mechanism of a possible class effect

In theory, all COX-2 inhibitors have the potential to induce or facilitate thrombosis.

There are two COX isozymes: COX-1 and COX-2. COX-1 is present in platelets and the gastric mucosa. In platelets, COX-1 mediates thromboxane $A_2$ generation, leading to platelet aggregation, vasoconstriction, and vascular proliferation. In the gastric mucosa,

COX-1 activation leads to prostacyclin production and thus, gastric cytoprotection.

COX-2 mediates prostaglandin $I_2$ (prostacyclin) production, which inhibits platelet aggregation, causes vasodilatation, and prevents vascular smooth muscle cell proliferation.

Compared with nonselective NSAIDs, the COX-2 inhibitors inhibit COX-2 more than COX-1. In this situation, therefore, thromboxane $A_2$ is unopposed by prostacyclin. The net effect is to upset eicosanoid homeostasis, favoring platelet aggregation.

### CLASS: Equivocal evidence with celecoxib

The Celecoxib Long-term Arthritis Safety Study (CLASS) randomized 8,059 patients with osteoarthritis or rheumatoid arthritis to receive either celecoxib 400 mg twice daily, ibuprofen 800 mg three times a day, or diclofenac 75 mg twice a day.[12] The aim was to determine whether celecoxib is associated with a lower incidence of significant upper gastrointestinal toxic effects.

Celecoxib was not associated with any gastrointestinal benefit among the patients concomitantly receiving aspirin. Furthermore, at 12 months of therapy (the published data were truncated at 6 months), celecoxib did not have any gastrointestinal benefit over ibuprofen or diclofenac regardless of aspirin use.

In light of these findings, it is worth noting a study by Chan et al[13] in 287 patients with arthritis who presented with ulcer bleeding. Those receiving a regimen of diclofenac plus omeprazole for 6 months had a rate of recurrent bleeding similar to that in patients receiving celecoxib 200 mg twice daily (6.4% vs 4.9%, respectively, $P$ = NS).

The risk of MI in the CLASS trial was slightly higher in the celecoxib group among both aspirin users and nonusers, but the difference was not statistically significant. Any possible prothrombic effect of celecoxib may have been masked because the comparator drugs, ibuprofen and diclofenac, have less platelet-inhibiting effect than naproxen does. As we did with rofecoxib, our group analyzed available trials of celecoxib[2] and found that patients receiving it had a higher annual incidence of MI than did patients on placebo: 0.80% vs 0.52%, respectively, $P$ = .02.[2]

**VIOXX   KARHA AND TOPOL**

Conclusions. Celecoxib is less COX-2-selective than rofecoxib, and also appears to be less thrombogenic and less gastroprotective. It does not appear to offer appreciable gastric protection in patients who take aspirin, but if aspirin is withheld from patients who should take it for cardioprotection, the more modest thrombogenic potential of celecoxib may become clinically apparent. Therefore, more data are needed in patients with cardiovascular disease before asserting celecoxib's safety.

It is important to point out that coxibs, including celecoxib, have been found to improve endothelial function and lower levels of high-sensitivity C-reactive protein in patients with arterial inflammation.[14,15] This is an ideal foundation for a trial to examine whether celecoxib is beneficial in patients who have coronary disease, osteoarthritis requiring medication, and evidence of arterial inflammation reflected by an increased C-reactive protein level.

**Inadequate data
for lumiracoxib and valdecoxib**

The TARGET (Therapeutic Arthritis Research and Gastrointestinal Event Trial)[16,17] trial randomized 18,325 patients with osteoarthritis to receive either lumiracoxib 400 mg once a day, naproxen 500 mg twice a day, or ibuprofen 800 mg three times a day for 12 months. Patients taking gastroprotective drugs were excluded. Also excluded were patients with prior MI or stroke and patients with certain anginal symptoms, electrocardiographic findings, or heart failure.

In the patients not taking low-dose aspirin, the hazard ratio for an adverse gastrointestinal event in the lumiracoxib group was 0.21 (0.20% vs 0.92%, $P < .0001$). However, there was no benefit among patients taking low-dose aspirin (similar to the celecoxib data). More patients had adverse cardiovascular events in the lumiracoxib group (hazard ratio 1.14); the difference was not statistically significant ($P = .51$), but the trial lacked power to detect a difference in the incidence of MI, as the patients were at low cardiovascular risk.

In other developments that raised questions about the cardiovascular safety of the coxibs, Pfizer, the maker of valdecoxib

(Bextra), announced on October 15, 2004 that in a trial of patients undergoing CABG, valdecoxib was associated with an increased risk of MI and stroke.[18] Earlier, the valdecoxib prodrug parecoxib (Dynastat), used in conjunction with valdecoxib, was associated with a cluster of adverse cardiovascular events in a study of patients undergoing CABG.[19] Prompted by these very worrisome data, Pfizer finally announced that it would study the safety of valdecoxib among patients at increased cardiovascular risk.[20]

Conclusions. The safety data for coxibs are inadequate among patients at low cardiovascular risk and altogether absent among patients at moderate to high risk or with frank cardiovascular disease. It is also unclear what the interactions are with aspirin and coxibs with respect to offsetting cardiovascular risk.

### ■ LESSONS LEARNED

The discovery of rofecoxib's harm, although a sad story in US medicine, offers many lessons.

Clearly, both the drug companies and the FDA should have a higher burden of proof in the future as they evaluate the cardiovascular safety of medications that affect platelet physiology. The safety studies must be of sufficient size and include patients with cardiovascular risk factors. Patients with frank cardiovascular disease on proven therapies such as aspirin should also participate.

If evidence of potential harm emerges after a medication is approved, it should be addressed aggressively. If not already performed, additional clinical trials should be immediately started (sponsored by the manufacturer) with the premise that continued approval of the drug will need to be justified in the face of the new data suggesting harm. In the case of rofecoxib, the drug is now off the market. Patients in the APPROVe trial should continue to be monitored.

In addition, the safety of the other coxibs celecoxib and valdecoxib should be readdressed, especially in patients with established cardiovascular disease or at high risk of developing it. Physicians would do well to switch patients at high risk who are taking these medications to other NSAIDs such as naproxen, ibuprofen, or acetaminophen while

**The lessons from the rofecoxib debacle need to be used to preempt such a travesty in the future**

coxib safety is being studied. Naproxen in particular may possess some antithrombotic effect compared with ibuprofen, based on data from the TARGET trial and a large analysis of the Tennessee Medicaid population.[8,17,21]

Consideration should be given to the use of gastroprotective medications such as proton pump inhibitors, especially since they do not interfere with NSAID actions. Patients at cardiovascular risk should take low-dose aspirin (81 mg daily).

The lessons learned from the rofecoxib debacle need to be comprehensive and used to strengthen the FDA and preempt such a travesty in the future. The only institution that the FDA is accountable to is the Congress of the United States. At this time, senators and congressmen are pursuing an investigation that will ultimately provide all the behind-the-scenes information. We have already learned how one FDA investigator, David Graham, had his study that demonstrated rofecoxib's harm harshly criticized by his colleagues and was obligated to share the data with Merck before it became public information.[22,23]

In parallel to learning the full chain of events with rofecoxib, it will be critical to learn more about the other coxibs and provide assurance that there is no clinically significant cardiovascular risk. ■

## ■ REFERENCES

1. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343:1520–1528.
2. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286:954–959.
3. Mukherjee D, Topol EJ. COX-2: where are we in 2003?—cardiovascular risk and COX-2 inhibitors. Arthritis Res Ther 2003; 5:8–11.
4. Mukherjee D, Nissen SE, Topol EJ. COX-2 inhibitors and cardiovascular risk: we defend our data and suggest caution. Cleve Clin J Med 2001; 68:963–964.
5. Graham DJ, Campen DH, Cheetham C, Hui R, Spence M, Ray WA. Risk of acute myocardial infarction and sudden cardiac death with use of COX-2 selective and non-selective NSAIDs. Presented at the Annual Meeting of the International Society for Pharmacoepidemiology, Bordeaux, France, 2004.
6. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068–2073.
7. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360:1071–1073.
8. Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359:118–123.
9. Mukherjee D, Topol EJ. Pharmaceutical advertising versus research spending: are profits more important than patients? Am Heart J 2003; 146:563–564.
10. Topol EJ. Failing the public health—rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351:1707–1709.
11. Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Pharmacoepidemiol Drug Saf 2004; 13:339–343.
12. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284:1247–1255.
13. Chan FK, Hung LC, Suen BY, et al. Celecoxib versus diclofenac and omeprazole in reducing the risk of recurrent ulcer bleeding in patients with arthritis. N Engl J Med 2002; 347:2104–2110.
14. Chenevard R, Hurlimann D, Bechir M, et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003; 107:405–409.
15. Bogaty P, Brophy JM, Noel M, et al. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. Circulation 2004; 110:934–939.
16. Schnitzer TJ, Burmester GR, Mysler E, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004; 364:665–674.
17. Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004; 364:639–640.
18. Hovey HH. Update: Pfizer to conduct safety study on Bextra. Dow Jones Newswires. http://online.wsj.com. Accessed 10/15/2004
19. Ott E, Nussmeier NA, Duke PC, et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. J Thorac Cardiovasc Surg 2003; 125:1481–1492.
20. Pfizer provides information to healthcare professionals about its cox-2 medicine Bextra (valdecoxib). http://www.pfizer.com. Accessed 10/15/2004.
21. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364:675–684.
22. Godfrey J. Researcher tells US senator of FDA foot-dragging on Vioxx. Dow Jones Newswires. http://online.wsj.com. Accessed 10/7/2004.
23. Mathews AW. FDA officials tried to tone down report on Vioxx. Wall Street Journal; 10/8/2004.B2.
24. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003; 163:481–486.
25. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004; 363:1751–1756.

ADDRESS: Eric J. Topol, MD, Chairman, Department of Cardiovascular Medicine, F25, The Cleveland Clinic Foundation, 9500 Euclid Avenue, Cleveland, OH 44195; e-mail topole@ccf.org.

■ SPECIAL COMMUNICATION

# Risk of Cardiovascular Events Associated With Selective COX-2 Inhibitors

Debabrata Mukherjee, MD

Steven E. Nissen, MD

Eric J. Topol, MD

ASPIRIN AND NONSTEROIDAL anti-inflammatory agents (NSAIDs) have proven analgesic, anti-inflammatory, and antithrombotic properties but also have significant gastric toxicity. The gastrointestinal toxicity appears to be related to cyclooxygenase 1 (COX-1) inhibition.[1] In 1990, Fu et al[2] detected a novel COX protein in monocytes stimulated by interleukin, and a year later Kujubu et al[3] identified a gene with considerable homology with COX-1.

Identification of this COX-2 protein rekindled the efforts of the pharmaceutical industry to produce a safer analgesic and anti-inflammatory drug via selective inhibition of COX-2, and this class of agents was introduced in 1999. By October 2000, celecoxib and rofecoxib had sales exceeding $3 billion in the United States, and a prescription volume in excess of 100 million for the 12-month period ending in July 2000.[4]

The development of COX-2 inhibitors as anti-inflammatory agents without gastric toxicity is based on the premise that COX-1 predominates in the gastric mucosa and yields protective prostaglandins, whereas COX-2 is induced in inflammation and leads to pain, swelling, and discomfort. However, selective COX-2 inhibitors decrease vascular prostacyclin (PGI₂) production and may affect the balance between prothrombotic and antithrombotic eicosanoids.[5] Unlike the platelet inhibition afforded by COX-1 inhibitors, COX-2 inhibitors do not share this salutary antithrombotic property. In contrast, by decreasing vasodilatory and antiaggregatory PGI₂ production, COX-2 antagonists may tip the balance in favor of prothrombotic eicosanoids (eg, thromboxane A₂) and may

Atherosclerosis is a process with inflammatory features and selective cyclooxygenase 2 (COX-2) inhibitors may potentially have antiatherogenic effects by virtue of inhibiting inflammation. However, by decreasing vasodilatory and antiaggregatory prostacyclin production, COX-2 antagonists may lead to increased prothrombotic activity. To define the cardiovascular effects of COX-2 inhibitors when used for arthritis and musculoskeletal pain in patients without coronary artery disease, we performed a MEDLINE search to identify all English-language articles on use of COX-2 inhibitors published between 1998 and February 2001. We also reviewed relevant submissions to the US Food and Drug Administration by pharmaceutical companies.

Our search yielded 2 major randomized trials, the Vioxx Gastrointestinal Outcomes Research Study (VIGOR; 8076 patients) and the Celecoxib Long-term Arthritis Safety Study (CLASS; 8059 patients), as well as 2 smaller trials with approximately 1000 patients each. The results from VIGOR showed that the relative risk of developing a confirmed adjudicated thrombotic cardiovascular event (myocardial infarction, unstable angina, cardiac thrombus, resuscitated cardiac arrest, sudden or unexplained death, ischemic stroke, and transient ischemic attacks) with rofecoxib treatment compared with naproxen was 2.38 (95% confidence interval, 1.39-4.00; $P=.002$). There was no significant difference in cardiovascular event (myocardial infarction, stroke, and death) rates between celecoxib and nonsteroidal anti-inflammatory agents in CLASS. The annualized myocardial infarction rates for COX-2 inhibitors in both VIGOR and CLASS were significantly higher than that in the placebo group of a recent meta-analysis of 23 407 patients in primary prevention trials (0.52%): 0.74% with rofecoxib ($P=.04$ compared with the placebo group of the meta-analysis) and 0.80% with celecoxib ($P=.02$ compared with the placebo group of the meta-analysis).

The available data raise a cautionary flag about the risk of cardiovascular events with COX-2 inhibitors. Further prospective trial evaluation may characterize and determine the magnitude of the risk.
*JAMA. 2001;286:954-959*                                                    www.jama.com

Author Affiliations: Department of Cardiovascular Medicine, The Cleveland Clinic Foundation, Cleveland, Ohio.
Corresponding Author and Reprints: Eric J. Topol, MD, Department of Cardiovascular Medicine, The Cleveland Clinic Foundation, F 25, 9500 Euclid Ave, Cleveland, OH 44195 (e-mail: topole@ccf.org).

©2001 American Medical Association. All rights reserved.


Topol
EXHIBIT NO. 4
L. GOLKOW

lead to increased cardiovascular thrombotic events.[6] However, atherosclerosis is a process with inflammatory features[7] and selective COX-2 inhibitors may potentially have antiatherogenic effects by virtue of inhibiting inflammation. Herein, we analyze the randomized trials that have been performed to determine whether COX-2 inhibitors are associated with a protective or hazardous effect on the risk of cardiovascular events.

## METHODS

We used MEDLINE to identify all published, English-language, randomized, double-blind trials of COX-2 inhibitors from January 1998 to February 2001. Keywords used for our search included *COX-2, cyclooxygenase, rofecoxib,* and *celecoxib.* We also searched the World Wide Web using the same keywords. A number of studies[8,17] focused only on the gastrointestinal effects of COX-2 inhibitors and did not assess cardiovascular events, most likely because investigators were unaware of any cardiovascular adverse effects at that time. These studies were not included in our analysis because there was no reporting of cardiovascular adverse effects.

COX-2 inhibitors were approved in 1998 and there have been 2 major postmarketing multicenter trials with these agents. These include the Vioxx Gastrointestinal Outcomes Research study (VIGOR)[18] and the Celecoxib Arthritis Safety Study (CLASS).[19] We also reviewed cardiovascular event rates from Study 085 and Study 090, both submitted to the US Food and Drug Administration (FDA).[20] TABLE 1 summarizes the design of these trials. We also compared the annualized myocardial infarction (MI) rates in the placebo group of a recent meta-analysis of 4 aspirin primary prevention trials with MI rates in the VIGOR and CLASS trials.

An October 12, 2000, Adverse Events Reporting System search limited to the United States was conducted for rofecoxib and celecoxib using the following MedDRA terms: *central nervous system hemorrhages and cerebral accidents,*

coronary artery occlusion, coronary artery embolism, myocardial infarction, gastrointestinal arterial occlusion and infarction, and embolism, thrombosis, and stenosis.[21]

Time-to-event analysis of cardiovascular events was performed based on Kaplan-Meier estimates of cumulative event incidences. The relative risk (RR) of rofecoxib with respect to naproxen was derived from an unstratified Cox model in which the number of events was at least 11; otherwise, RR is the ratio of rates and the P value was calculated from a discrete log-rank distribution. Event rates in the CLASS trial were expressed as percentages of patients, with end points. Frequency of MIs across the trials was compared using the Fisher exact test. Statistical analysis was performed using Statistica version 5.5 (StatSoft Inc, Tulsa, Okla).

## RESULTS
### VIGOR Trial

The VIGOR trial[18] was a double-blind, randomized, stratified, parallel group trial of 8076 patients comparing the occurrence of gastrointestinal toxicity with rofecoxib (50 mg/d) or naproxen (1000 mg/d) during long-term treatment for patients with rheumatoid arthritis. Aspirin use was not permitted in the study. Although not fully published, cardiovascular event data from the VIGOR trial sponsor was recently submitted to the FDA.[22] The baseline characteristics between the treatment groups in the VIGOR trial demonstrated no meaningful or significant differences. Patients requiring aspirin for cardiac reasons were excluded from this trial.

Based on excessive cardiovascular adverse effects in one group in an interim analysis, the data and safety monitoring board recommended blinded adjudication of cardiovascular events.[22] Ninety-eight cases (65/4047 from the rofecoxib group, 33/4029 from the naproxen group) were sent for adjudication of vascular events. Of these, 45 patients (46 events) in the rofecoxib group and 20 patients (20 events) in the naproxen group were adjudicated to have serious thrombotic cardiovascular adverse events (MI, unstable angina, cardiac thrombus, resuscitated cardiac arrest, sudden or unexplained death, ischemic stroke, and transient ischemic attacks). Event-free survival analysis of these 66 patients showed that the RR (95% confidence interval [CI]) of developing a cardiovascular event in the rofecoxib treatment group was 2.38 (1.39-4.00), P<.001[22] (FIGURE 1).

A subgroup analysis was performed for patients classified as either "aspirin indicated" or "aspirin not indicated." In the VIGOR trial, aspirin-indicated patients were defined as those with past medical history of stroke, transient ischemic attack, MI, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions. Only 321 (3.9%) patients were aspirin-indicated patients (170 in the rofecoxib group; 151 in the naproxen group), because the need for aspirin was an exclusion criterion. The RR of developing serious cardiovascular events among aspirin-indicated patients between the rofecoxib group and the naproxen group was 4.89 (95% CI, 1.41-16.88), P=.01, and the RR for as-

**Table 1.** Trials of Cyclooxygenase Inhibitors*

| Study, y | No. | Treatment Groups | | |
|---|---|---|---|---|
| VIGOR,[18] 2000 | 8076 | Rofecoxib 50 mg/d (n = 4047) | Naproxen 1000 mg/d (n = 4029) | NA |
| CLASS,[19] 2000 | 7968 | Celecoxib 800 mg/d (n = 3987) | Ibuprofen 2400 mg/d (n = 1996) | Diclofenac 150 mg/d (n = 1985) |
| Study 085,[20] 2001 | 1042 | Rofecoxib 12.5 mg/d (n = 424) | Nabumetone 1000 mg/d (n = 410) | Placebo (n = 208) |
| Study 090,[20] 2001 | 978 | Rofecoxib 12.5 mg/d (n = 390) | Nabumetone 1000 mg/d (n = 392) | Placebo (n = 196) |

*VIGOR indicates Vioxx Gastrointestinal Outcomes Research; CLASS, Celecoxib Arthritis Safety Study; and NA, not applicable.

COX-2 INHIBITORS AND CARDIOVASCULAR RISK



**Figure 1.** Time to Cardiovascular Adverse Event in the VIGOR Trial

| No. at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | 4047 | 3643 | 3405 | 3177 | 2806 | 1067 | 531 |
| Naproxen | 4029 | 3647 | 3395 | 3172 | 2198 | 1073 | 514 |

Relative risk (95% confidence interval)=2.38 (1.39-4.00); *P*<.001. VIGOR indicates Vioxx Gastrointestinal Outcomes Research.



**Figure 2.** Incidence of MI, Stroke, and Death in the CLASS Trial, Stratified by Aspirin Use

MI indicates myocardial infarction; CLASS, Celecoxib Arthritis Safety Study; and NSAIDs, nonsteroidal anti-inflammatory drugs.

pirin not indicated patients was 1.89 (95% CI, 1.03-3.45), *P* =.04.[22] Of note, no patient in the aspirin indicated group sustained an MI.

If all cardiovascular events from the adverse event data sets that were termed "serious" in the FDA medical reviewer's opinion were compared, there were 111 patients in the rofecoxib group and 50 patients in the naproxen group with serious cardiovascular events. Event-free survival analysis showed the risk of serious cardiovascular events in the rofecoxib group was 2.2 times higher (95% CI, 1.62-3.21; *P*<.001) than in the naproxen group.[22]

### CLASS Trial

CLASS was a double-blind, randomized controlled trial in which 8059 patients were randomized to receive 400 mg of celecoxib twice per day, 800 mg of ibuprofen 3 times per day, or 75 mg of diclofenac twice per day.[19] Aspirin use (<325 mg/d) was permitted in this study. Although not published, cardiovascular event data from the CLASS study submitted to the FDA were included in our review.[23] The CLASS trial with celecoxib demonstrated no significant difference in cardiovascular events compared with the NSAIDs. FIGURE 2 shows the thrombotic event rates in the CLASS trial. The event rates are stratified by

patients receiving aspirin and those not receiving aspirin.

### Study 085 and Study 090

Study 085 (N=1042) was a randomized, double-blind, parallel-group, placebo-controlled trial of the efficacy and safety of rofecoxib (12.5 mg/d) vs nabumetone (1000 mg/d) vs placebo after 6 weeks of treatment for osteoarthritis of the knee. Patients were allowed to take low-dose aspirin for cardioprotection.[20] There were 3 total cardiovascular events in this trial: 1 event (0.2%) in the rofecoxib group, 2 events (0.4%) in the nabumetone group, and no events in the placebo group.

Study 090 (N=978) was a randomized, placebo-controlled, parallel-group, double-blind trial of the efficacy and safety of rofecoxib (12.5 mg/d) vs nabumetone (1000 mg/d) vs placebo in patients with osteoarthritis of the knee. Low-dose aspirin for cardioprotection was also allowed in this study. Study 090 reported a total of 9 serious cardiovascular events: 6 (1.5%) events in the rofecoxib group, 2 (0.5%) in the nabumetone group, and 1 (0.5%) in the placebo group.

### Adverse Event Reporting System

An Adverse Event Reporting System search revealed 144 unduplicated thrombotic or embolic cases for cele-

coxib and 159 cases for rofecoxib.[21] Forty-two celecoxib cases and 60 rofecoxib cases were excluded for a lack of documented event or for hemorrhagic stroke in which the prothrombin time, partial thromboplastin time, or international normalized ratio was above the normal range; also excluded were secondhand reports with no confirmed diagnosis. Ninety-nine thrombotic or embolic events were attributed to rofecoxib and 102 cases to celecoxib. TABLE 2 summarizes the thrombotic events reported with each agent.

### Comparison With Contemporary Meta-analysis

The meta-analysis of the US Physicians' Health Study, the UK Doctors Study, the Thrombosis Prevention Trial, and the Hypertension Optimal Treatment trials included 48 540 patients, of whom 25 133 were treated with aspirin and 23 407 were given placebo.[24] The annualized MI rate in the placebo group in this meta-analysis was 0.52%. The annualized MI rates for both the VIGOR and the CLASS trials were higher: 0.74% with rofecoxib (*P*=.04, compared with the placebo group of the meta-analysis) and 0.80% with celecoxib (*P*=.02, compared with the placebo group of the meta-analysis) (FIGURE 3).

  ©2001 American Medical Association. All rights reserved.

## COMMENT

Aspirin and NSAIDs inhibit prostaglandin synthesis via a cyclooxygenase enzyme. This action is the key to both their therapeutic and toxic effects. The COX-1 isoform is constitutively expressed in most cells, which results in the production of homeostatic prostaglandins that maintain gastrointestinal mucosal integrity and renal blood flow. The COX-1 isoform is also expressed in platelets and mediates production of thromboxane $A_2$, a potent platelet activator and aggregator. The COX-2 isoform produces prostaglandins at inflammatory sites as well as $PGI_2$, which is a vasodilator and inhibitor of platelet aggregation. Nonselective NSAIDs inhibit the production of both thromboxane and $PGI_2$. Selective COX-2 inhibitors have no effect on thromboxane $A_2$ production, but by decreasing $PGI_2$ production may tip the natural balance between prothrombotic thromboxane $A_2$ and antithrombotic $PGI_2$, potentially leading to an increase in thrombotic cardiovascular events.[25,26]

We reviewed the cardiovascular event rates in the 2 major trials with selective COX-2 inhibitors and in 2 smaller trials. The VIGOR trial demonstrated significantly increased risk of cardiovascular event rates with use of rofecoxib although the study enrolled patients who did not require aspirin for protection from ischemic events. Patients with angina, congestive heart failure, MI, coronary artery bypass graft surgery within 1 year, stroke or transient ischemic attacks within 2 years, and uncontrolled hypertension were excluded from this trial. However, these criteria can be viewed as too stringent, given data from trials that support more liberal use of aspirin for primary prevention.

The results of the VIGOR study can be explained by either a significant prothrombotic effect from rofecoxib or an antithrombotic effect from naproxen (or conceivably both). There are differential effects of NSAIDs and COX-2 inhibitors on ex vivo platelet aggregation to 1 mM arachidonic acid. Naproxen has

significant antiplatelet effects, with mean platelet aggregation inhibition of 93% compared with platelet aggregation inhibition of 92% for those taking aspirin (81 mg).[22] Thus naproxen, but not ibuprofen (platelet aggregation of approximately 80%) or diclofenac (platelet aggregation of approximately 40%), resulted in a high level of platelet aggregation inhibition similar to that achieved with aspirin.[22] There is clinical evidence that flurbiprofen, 50 mg twice daily for 6 months, reduced the incidence of MI by 70% compared with placebo.[27] Indobufen, another NSAID, was as effective as aspirin in preventing saphenous vein graft occlusion after coronary artery bypass graft surgery.[28]

Because of the evidence for an antiplatelet effect of naproxen, it is difficult to assess whether the difference in cardiovascular event rates in VIGOR was due to a benefit from naproxen or to a prothrombotic effect from rofecoxib. Therefore, we examined results from a meta-analysis of 4 aspirin primary prevention trials[24] to evaluate whether the cardiovascular event rates observed with rofecoxib were similar in VIGOR to a placebo-treated population with similar cardiac risk factors. While acknowledging that comparison of patient populations in 2 different trials is always problematic, the results of this meta-analysis may further demonstrate the prothrombotic potential of rofecoxib and celecoxib and suggest that increased event rates with COX-2 inhibitors are possibly due to a prothrombotic effect, not merely a failure to offer the protection of aspirin-like NSAIDs. However, it is important to point out that rheumatoid arthritis increases risk of MI, making intertrial comparisons difficult.[29]

In contrast to the VIGOR study, the CLASS study with celecoxib did not show a significant increase in cardiovascular event rates compared with NSAIDs, possibly due to the use of low-dose aspirin in the CLASS trial or to pharmacological differences in the NSAID agents used as controls in the 2 studies. Diclofenac and ibuprofen have significantly less antiplatelet ef-

**Table 2.** Thrombotic Adverse Events With COX-2 Inhibitors Reported in the United States*

| Events | Rofecoxib (n = 99)† | Celecoxib (n = 102)† |
|---|---|---|
| Myocardial infarction | 26 | 37 |
| Pulmonary embolism/ venous thrombosis | 19 | 27 |
| Stroke | 43 | 31 |
| Miscellaneous‡ | 14 | 10 |

*COX-2 indicates cyclooxygenase 2.
†With both agents, the number of events slightly exceeded the number of cases (parentheses). For rofecoxib, 1 case reported both myocardial infarction (MI) and pulmonary embolus (PE) and 2 cases reported PE and stroke, and 1 case reported both PE and stroke.
‡Miscellaneous thrombotic events in the rofecoxib group included arterial thrombosis (n = 1), portal vein thromboss (n = 1), ocular vascular occlusion (n = 4), and mesenteric arterial thrombosis (n = 8). Miscellaneous thrombotic events in the celecoxib group included ocular vascular occlusion (n = 3), digital ischemia/limb embolism (n = 5), and ischemic colitis (n = 2).

**Figure 3.** Comparison of MI Rates Among Subjects Receiving Placebo vs Rofecoxib or Celecoxib



MI indicates myocardial infarction. Error bars indicate 95% confidence intervals.

fects compared with naproxen.[22] To have a vascular protective effect, near-complete inhibition of thromboxane over time is needed[30] and the degree of thromboxane inhibition with diclofenac and ibuprofen may not afford cardioprotection. Furthermore, diclofenac exhibits more effect on $PGI_2$ inhibition than does naproxen. Van Hecken et al[31] demonstrated that diclofenac causes 94% inhibition of COX-2 compared with 71% inhibition of COX-2 for naproxen. Thus, diclofenac not only has less antiplatelet effect, but may have some intrinsic prothrombotic effect among NSAIDs due

©2001 American Medical Association. All rights reserved.

COX-2 INHIBITORS AND CARDIOVASCULAR RISK

to inhibition of vasodilatory $PGI_2$ and this may have masked the increase in event rates with celecoxib. Furthermore, the MI rate with celecoxib (0.80%) was similar to that reported with rofecoxib (0.74%) when rates were recalculated as an annualized percentage rate to enable direct comparison.

Shinmura et al[32] recently demonstrated that up-regulation of COX-2 plays an essential role in the cardioprotection afforded by the late phase of ischemic preconditioning. Administration of selective COX-2 inhibitors 24 hours after ischemic preconditioning abolished the cardioprotective effect of late ischemic preconditioning against myocardial stunning and MI.[32] These data would further suggest potential deleterious cardiac effects of COX-2 inhibitors.

The availability of selective COX-2 inhibitors has raised several important clinical questions. These concern the prothrombotic potential of COX-2 inhibitors, differences in the antithrombotic effect of various NSAIDs, the mandatory use of aspirin with selective COX-2 inhibitors, and whether simultaneous use of aspirin negates the gastrointestinal protective effect of selective COX-2 inhibitors.

Current data would suggest that use of selective COX-2 inhibitors might lead to increased cardiovascular events. Two smaller studies (Study 085 and Study 090) of rofecoxib that both allowed the use of low-dose aspirin did not demonstrate the significant increase in cardiovascular event rate noted in VIGOR. However, these studies had smaller sample sizes, used only 25% of the dose of rofecoxib used in VIGOR, and had few events for meaningful comparison. Thus the prothrombotic effect seen with rofecoxib may potentially be dose dependent. Also, the use of low-dose aspirin in these protocols may negate some of the gastrointestinal benefits of selective COX-2 inhibition. There is evidence that gastrointestinal bleeding from aspirin is not dose related.[33]

COX-2 inhibitors also have been shown to increase blood pressure,[34] and

more patients in the VIGOR trial developed hypertension in the rofecoxib group compared with the naproxen group. For rofecoxib, the mean increase in systolic blood pressure in the VIGOR trial was 4.6 mm Hg and the mean increase in diastolic blood pressure was 1.7 mm Hg, compared with a 1.0-mm Hg increase in systolic blood pressure and a 0.1-mm Hg increase in diastolic blood pressure with naproxen. Changes in blood pressure in the CLASS trial were not reported. Previous work has shown that a 2-mm Hg reduction in diastolic blood pressure results in about a 40% reduction in the rate of stroke and a 25% reduction in the rate of MI.[35] The Heart Outcomes Prevention Evaluation study demonstrated significant reduction in cardiovascular events with a 3- to 4-mm Hg reduction in blood pressure.[36] Moreover, a recent reanalysis of 20 years of blood pressure data from the Framingham Heart Study[37] suggests that the degree of benefit expected from a decrease in blood pressure may have been underestimated. Thus, the elevation in blood pressure reported with use of COX-2 inhibitors may also play an important role in adverse cardiovascular outcomes.

Based on this review, it is useful to consider nonselective and selective COX inhibitors as possessing a spectrum of biological effects, both favorable and unfavorable. At one end of the spectrum, COX-2 inhibitors show less propensity for gastrointestinal toxicity but greater prothrombotic potential. At the other end of the spectrum, aspirin and naproxen show greater potential for gastrointestinal toxicity but have a cardioprotective effect. Other agents fall along intermediate points in this spectrum. Clinicians may want to consider these patterns of risk and benefit in selecting the most appropriate agent for individual patients.

Our analysis has several significant limitations. The increase in cardiovascular events in these trials was unexpected and evaluation of these end points was not prespecified. There remains considerable uncertainty in any post hoc analysis. The patient popula-

tions in these trials were heterogeneous, and it has been established that patients with rheumatoid arthritis have a higher risk of MI.[29] This leads to difficulty in assessing risk in a more representative sampling of patients. Also, the trials we examined only addressed continuous use of COX-2 inhibitors. Currently, no data exist on cardiovascular safety for the sporadic, intermittent use of these agents by individuals for musculoskeletal pain, which appears to be the most frequent pattern of use.

Our findings suggest a potential increase in cardiovascular event rates for the presently available COX-2 inhibitors. It is possible that concomitant use of aspirin may not fully offset the risk of selective COX-2 inhibitors. However, definitive evidence of such an adverse effect will require a prospective randomized clinical trial. On the other hand, the inflammatory component of atherosclerosis has recently been emphasized[7,18,39] and may be suppressible by COX-2 inhibitors. Given the remarkable exposure and popularity of this new class of medications, we believe that it is mandatory to conduct a trial specifically assessing cardiovascular risk and benefit of these agents. Until then, we urge caution in prescribing these agents to patients at risk for cardiovascular morbidity.

Author Contributions: *Study concept and design, acquisition of data, analysis and interpretation of data, and drafting of the manuscript:* Mukherjee, Nissen, Topol.
*Critical revision of the manuscript for important intellectual content, study supervision:* Nissen, Topol.
*Statistical expertise:* Mukherjee, Topol.
Acknowledgment: We gratefully acknowledge the expert editorial assistance of Donna Bressan, BA.

REFERENCES

1. Vane JR, Botting RM. Anti-inflammatory drugs and their mechanism of action. *Inflamm Res.* 1998;47 (suppl 2):S78-S87.
2. Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. *J Biol Chem.* 1990;265:16737-16740.
3. Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. *J Biol Chem.* 1991;266:12866-12872.
4. IMS Health. IMS Health reports Cox-2 drug sales in US surge 137% in six month period. Westport, Conn: IMS Health Inc; 2000. Available at: http://www

©2001 American Medical Association. All rights reserved.

imshealth.com. Accessibility verified July 9, 2001.
5. Schmedtje JF, Ji YS, Liu WL, DuBois RN, Runge MS. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. *J Biol Chem.* 1997;272:601-608.
6. Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation.* 2000;102:840-845.
7. Koenig W. Inflammation and coronary heart disease: an overview. *Cardiol Rev.* 2001;9:31-35.
8. Kaplan-Machlis B, Klostermeyer BS. The cyclooxygenase-2 inhibitors: safety and effectiveness. *Ann Pharmacother.* 1999;33:979-988.
9. Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ. Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. *Arch Intern Med.* 2000;160:2998-3003.
10. Ehrich EW, Davies GM, Watson DJ, Bolognese JA, Seidenberg BC, Bellamy N. Minimal perceptible clinical improvement with the Western Ontario and McMaster Universities osteoarthritis index questionnaire and global assessments in patients with osteoarthritis. *J Rheumatol.* 2000;27:2635-2641.
11. Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. *J Rheumatol.* 1997; 24(suppl 49):9-14.
12. Megeff CE, Strayer SM. Celecoxib for rheumatoid arthritis. *J Fam Pract.* 2000;49:108-109.
13. Bensen WG, Zhao SZ, Burke TA, et al. Upper gastrointestinal tolerability of celecoxib, a COX-2 specific inhibitor, compared to naproxen and placebo. *J Rheumatol.* 2000;27:1876-1883.
14. Chen BH. COX-2 inhibitors and renal function in elderly people. *CMAJ.* 2000;163:604.
15. Day R, Morrison B, Luza A, et al, for the Rofecoxib/ Ibuprofen Comparator Study Group. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. *Arch Intern Med.* 2000;160:1781-1787.
16. Goldstein JL, Silverstein FE, Agrawal NM, et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. *Am J Gastroenterol.* 2000;95:1681-1690.
17. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. *JAMA.* 1999;282:1929-1933.
18. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med.* 2000;343:1520-1528.
19. Silverstein FE, Faich G, Goldstein JL, et al, for the Celecoxib Long-term Arthritis Safety Study. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. *JAMA.* 2000;284:1247-1255.
20. Food and Drug Administration. *Cardiovascular Safety Review.* Rockville, Md: Food and Drug Administration; 2001. Available at: http://www.fda.gov /ohrms/dockets/ac/01/briefing/3677b2_06_cardio .pdf. Accessibility verified July 2, 2001.
21. Food and Drug Administration. *OPDRA Postmarketing Safety Review.* Rockville, Md: Food and Drug Administration/Center for Drug Evaluation and Research; 2001. Available at: http://www.fda.gov/ohrms /dockets/ac/01/briefing/3677b1_11_thrombo.doc. Accessibility verified July 2, 2001.
22. FDA Advisory Committee. *Cardiovascular Safety Review of Rofecoxib.* Rockville, Md: Food and Drug Administration; 2001. Available at: http://www.fda .gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio .pdf. Accessibility verified July 2, 2001.
23. FDA CLASS Advisory Committee. *CLASS Advisory Committee Briefing Document.* Rockville, Md: Food and Drug Administration; 2001. Available at: http: //www.fda.gov/ohrms/dockets/ac/01/briefing /3677b1_01_searle.pdf. Accessibility verified July 2, 2001.
24. Sanmuganathan PS, Ghahramani P, Jackson PR, Wallis EJ, Ramsay LE. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trials. *Heart.* 2001;85:265-271.
25. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci U S A.* 1999;96:272-277.
26. Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther.* 1999;289:735-741.
27. Brochier ML, for the Flurbiprofen French Trial. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. *Eur Heart J.* 1993;14:951-957.
28. Cataldo G, Heiman F, Lavezzari M, Marubini E. Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis. *Coron Artery Dis.* 1998;9:217-222.
29. Wallberg-Jonsson S, Johansson H, Ohman ML, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis: a retrospective cohort study from disease onset. *J Rheumatol.* 1999; 26:2562-2571.
30. Reilly IA, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. *Blood.* 1987; 69:180-186.
31. Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol.* 2000;40:1109-1120.
32. Shinmura K, Tang XL, Wang Y, et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. *Proc Natl Acad Sci U S A.* 2000;97:10197-10202.
33. Taylor DW, Barnett HJ, Haynes RB, et al, for the ASA and Carotid Endarterectomy (ACE) Trial Collaborators. Low-dose and high-dose acetylsalicylic acid for patients undergoing carotid endarterectomy: a randomized controlled trial. *Lancet.* 1999;353:2179-2184.
34. Muscara MN, Vergnolle N, Lovren F, et al. Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence. *Br J Pharmacol.* 2000;129:1423-1430.
35. Collins R, Peto R, MacMahon S, et al. Blood pressure, stroke, and coronary heart disease. II: short-term reductions in blood pressure: overview of randomised drug trials in their epidemiological context. *Lancet.* 1990;335:827-838.
36. Yusuf S, Sleight P, Pogue J, Bosch J, Davies R, Dagenais G, for the Heart Outcomes Prevention Evaluation Study Investigators. Effects of an angiotensin-converting-enzyme inhibitor, ramipril, on cardiovascular events in high-risk patients. *N Engl J Med.* 2000;342: 145-153.
37. Clarke R, Shipley M, Lewington S, et al. Underestimation of risk associations due to regression dilution in long-term follow-up of prospective studies. *Am J Epidemiol.* 1999;150:341-353.
38. Libby P, Simon DI. Inflammation and thrombosis: the clot thickens. *Circulation.* 2001;103:1718-1720.
39. Jahn J, Dalhoff K, Katus HA. Coronary artery disease: an inflammatory or infectious process. *Basic Res Cardiol.* 2000;95(suppl 1):I59-I64.

The whole of science is nothing more than a refinement of everyday thinking
—Albert Einstein (1879-1955)

©2001 American Medical Association. All rights reserved.

**Editorial**

# Pharmaceutical advertising versus research spending: Are profits more important than patients?

Debabrata Mukherjee, MD,[a] and Eric J. Topol, MD[b] *Ann Arbor, Mich, and Cleveland, Ohio*

See related Editorial on page 561 and related article on page 591.

These days, one cannot watch television without being inundated by drug advertisements that promise to cure everything from arthritis to xeroderma. Rosenthal et al[1] recently examined industry-wide trends for various types of drug promotion by using data on spending for promotional purposes and sales of prescription drugs. To quantify advertising increases and patterns of spending across and within therapeutic classes, the researchers obtained data from Competitive Media Reporting and IMS Health. Competitive Media Reporting tracks local and national advertising campaigns in major media such as television, radio, and print. The authors reported that annual spending on direct-to-consumer advertising for prescription drugs tripled between 1996 and 2000, when it reached nearly $2.5 billion.[1]

The researchers noted that the greatest percentage increase in direct-to-consumer advertising has been in television ads, which increased more than 7-fold between 1996 and 2000, with a surge taking place before the FDA clarified its broadcast guidelines. Some of the most highly promoted prescription drugs in 2000 were the COX-2 inhibitors rofecoxib (Vioxx), at $161 million, and celecoxib (Celebrex) at $78.3 million (Table I). To put this in appropriate perspective, it is useful to review the National Institute for Healthcare Management data on the advertising budget for rofecoxib, which surpassed several popular consumer products (Figure 1). There is significant concern that direct-to-consumer (DTC) advertising may lead to inappropriate, wasteful, and potentially harmful prescribing. This is supported by the fact that patient demand has been the reason offered by physicians for most inappropriate prescribing.[2] Many years ago, Ingelfinger had

From [a]University of Michigan Health System, University Hospital, Ann Arbor, Mich, and the [b]Department of Cardiovascular Medicine, The Cleveland Clinic Foundation, Cleveland, Ohio.

Reprint requests: Eric J. Topol, MD, Department of Cardiovascular Medicine, The Cleveland Clinic Foundation, F 25, 9500 Euclid Ave, Cleveland, OH 44195.

E-mail: topole@ccf.org

Am Heart J 2003;146:563–4.

© 2003, Mosby, Inc. All rights reserved.

0002-8703/2003/$30.00 + 0

doi:10.1016/S0002-8703(03)00399-5

**Table I.** 2000 Direct-to-consumer spending with drugs ranked in terms of year 2000 spending (adapted from NIH[13])

| Rank | Name | Type of drug | DTC Spending in 2000 ($millions) |
|---|---|---|---|
| 1 | Vioxx | Antiarthritic | $160.8 |
| 2 | Prilosec | Antiulcerant | $107.5 |
| 3 | Claritin | Oral Antihistamine | $ 99.7 |
| 4 | Paxil | Antidepressant | $ 91.8 |
| 5 | Zocor | Cholesterol Reducer | $ 91.2 |
| 6 | Viagra | Sex Function Disorder | $ 89.5 |
| 7 | Celebrex | Antiarthritic | $ 78.3 |
| 8 | Flonase | Respiratory Steroids (Inhaled) | $ 73.5 |
| 9 | Allegra | Oral Antihistamine | $ 67.0 |
| 10 | Meridia | Antiobesity | $ 65.0 |

pointed out that advertising should be recognized for what it is—an unabashed attempt to get someone to buy something[3] The well-known economist Stephen Leacock had characterized advertising as "the science of arresting the human intelligence long enough to get money from it."[4] As pointed out by Wolfe, the education of patients or physicians is too important to be left to the pharmaceutical industry, whose primary aim is to sell drugs with pseudoeducational advertising.[5]

The sale of rofecoxib exceeded $2 billion in 2001[6] and sales of celecoxib were $3.1 billion (up 19% from 2000),[7] accounting for more than $5 billion in total sales with both agents. Despite several studies raising concerns about the prothrombotic effects of coxibs,[8-12] the manufacturers have not attempted a definitive trial to ascertain the cardiovascular safety of these agents. The cost of an appropriately conducted trial in approximately 6000 high-risk patients (for example, with elevated high-sensitivity C-reactive protein) would be miniscule compared with the revenues generated with these agents or the advertising budget for these agents. Cardiovascular diseases remain the most common cause of morbidity and mortality in the United States, and drugs that raise concern about adverse cardiovascular events need to be prospectively evaluated in a well-designed trial.

Another important issue has been the publication of what is essentially company propaganda in the medical literature. Even high-profile journals such as *Circula-*


EXHIBIT NO. 13
11-22-05
L. GOLKOW

**Figure 1**



Direct-to-consumer spending on rofecoxib (Vioxx) contrasted with several consumer products (adapted from Reference 15).

*tion* and *American Heart Journal* have succumbed to this phenomena and have published articles written by rent-a-docs and employees of the manufacturers with no access to the medical community of the actual data.

At least legislators have started taking notice of the ill effects of DTC, and recently a group of senators introduced the Fair Advertising and Increased Research (FAIR) Act of 2002. This would limit the tax deduction that pharmaceutical companies can take for advertising expenses to no more than what they deduct for research and development costs.[13] The lawmakers correctly point out that pharmaceutical companies spend more on advertising and marketing than they do on research and development and that the increase in prescription drug prices has been fueled by increased advertising/marketing spending. "The FAIR Act will lower taxpayer subsidies while encouraging pharmaceutical companies to dedicate greater resources to research and development," stated the bill's primary sponsor, Debbie Stabenow, D-Michigan. Under the FAIR Act, any savings resulting from this legislation would be credited and returned to the Medicare Trust Fund.[13]

We would like to call on the leaders of the medical community to voice their concern regarding the adverse effects of DTC advertising, whose sole aim is to sell drugs without other considerations. Society would significantly benefit if such large sums of money were spent on drug research and appropriate clinical studies. Editors of major cardiology journals also need to be more cognizant of the effects of publishing biased literature, since this may significantly influence the prescribing habit of practicing physicians. It was appropriately pointed out recently by Dr Frisch that "American medicine is having enough trouble without becoming the agent of pharmaceutical manufacturers."[14]

## References

1. Rosenthal MB, Berndt ER, Donohue JM, et al. Promotion of prescription drugs to consumers. N Engl J Med 2002;346:498–505.
2. Schwartz RK, Soumerai SB, Avorn J. Physician motivations for nonscientific drug prescribing. Soc Sci Med 1989;28:577–82.
3. Ingelfinger FJ. Advertising: informative but not educational. N Engl J Med 1972;286:1318–9.
4. Leacock S. The garden of folly. New York: Dodd Mead; 1924.
5. Wolfe SM. Direct-to-consumer advertising: education or emotion promotion? N Engl J Med 2002;346:524–6.
6. Merck & Co. 2001 Annual Report; 2002. http://www.anrpt2001.com/01arfinancials.pdf.
7. Pharmacia. Pharmacia 2001 annual report. PeaPack, NJ; 2002. http://media.corporate-ir.net/media_files/NYS/PHA/reports/ar2001.pdf.
8. Ray W, Stein C, Daugherty J, et al. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071.
9. Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002;359:118–23.
10. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954–9.
11. Hennan JK, Huang J, Barrett TD, et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001;104:820–5.
12. Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002;296:539–41.
13. Congressional Record. Proceedings and debates of the 107th congress, second session. In: United States Senate. Washington, DC; May 9, 2002. http://stabenow.senate.gov/rx/050902cr_drugs.htm.
14. Frisch E. Coxibs supplement: has CCJM sold out? Cleve Clin J Med 2002;69:568.
15. NIH. Prescription Drugs and Mass Media Advertising, 2000: A research report by The National Institute for Health Care Management Research and Educational Foundation. Washington, DC: National Institute of Health; 2001. http://www.nihcm.org/DTCbrief2001.pdf.

The NEW ENGLAND JOURNAL of MEDICINE

---

# CORRESPONDENCE



## Rofecoxib, Merck, and the FDA

**TO THE EDITOR:** Merck has been proactive and conscientious in evaluating the cardiovascular profile of rofecoxib (Vioxx); Dr. Topol's remarks to the contrary in his Perspective article (Oct. 21 issue)[1] are false. First, his description of the time line obfuscates the facts. The Food and Drug Administration (FDA) approved Vioxx in May 1999. The clinical data then existing on 5435 patients who had been treated for up to 22 months did not suggest an adverse cardiovascular effect.[2] Nevertheless, because the literature suggested a hypothetical possibility of both cardioprotective and prothrombotic effects of cyclooxygenase-2 (COX-2) inhibitors,[1] Merck initiated adjudication of cardiovascular events by an external expert panel at the end of 1998 (i.e., before the Vioxx Gastrointestinal Outcomes Research [VIGOR] trial began) for future studies of Merck's COX-2 inhibitors.

Merck learned the preliminary VIGOR results in March 2000, with more cardiovascular events over a period of one year in patients receiving Vioxx than in those receiving naproxen, and promptly disclosed this finding to the FDA, other regulators, and the media, beginning that month. Two months later, the VIGOR manuscript was submitted to the *Journal*, and it was published in November 2000. An application to include the results in the prescribing information was submitted to the FDA in June 2000, followed by a public Advisory Committee meeting in February 2001. In April 2002, the FDA approved the revised Vioxx prescribing information, reflecting the cardiovascular data from VIGOR (which lacked a placebo group) and interim data from long-term, placebo-controlled studies in elderly patients with Alzheimer's disease, which did not show an increased cardiovascular risk.[3]

Second, Dr. Topol neglects to mention that beginning in 2000, Merck undertook three prospective, randomized, placebo-controlled trials of Vioxx in more than 24,000 patients with or without known cardiovascular disease. After deliberations with numerous consultants, Merck finalized a protocol

in 2002, which prespecified the analysis of adjudicated cardiovascular-event data from these studies as a hypothesis-testing end point. Two of these studies, Adenomatous Polyp Prevention on Vioxx (APPROVe), with approximately 2600 patients, and Vioxx in Colorectal Therapy, Definition of Optimal Regimen (VICTOR), a study of 7000 patients with a history of colon cancer, had already begun, and the third, a study of 15,000 patients at risk for prostate cancer, was initiated after consultation with regulatory agencies.

Third, before the results of the APPROVe study were available, completed and ongoing randomized trials involving more than 28,000 patients with more than 14,000 patient-years of exposure showed an incidence of cardiovascular events among patients taking Vioxx that was similar to the incidence among those taking placebo and those taking nonsteroidal antiinflammatory drugs (NSAIDs) other than naproxen.[2,4] Because naproxen inhibits platelet aggregation in similar fashion to low-dose aspirin, we concluded that the VIGOR results were most likely due to the effects of naproxen.[5] Even Topol and colleagues stated that "aspirin and naproxen . . . have a cardioprotective effect."[6]

Fourth, Dr. Topol argues that observational studies "confirmed" cardiovascular risks with rofecoxib. However, one observational study reported in the peer-reviewed literature and another such study re-



T. Topol

EXHIBIT NO. 16

11-22-05

L. GOLKOW

---

### THIS WEEK'S LETTERS

2875   **Rofecoxib, Merck, and the FDA**

2879   **Peginterferon and Lamivudine for Hepatitis B**

2879   **Public Access to Biomedical Research**

2881   **Undercover and Overlooked**

2881   **Case 27-2004: Multiple-System Atrophy**

2883   **Somatic Mutations of *EGFR* in Colorectal Cancers and Glioblastomas**

---

Downloaded from www.nejm.org on January 3, 2005 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

ported in abstract form, neither funded by Merck, did not.[7,8]

The APPROVe study began nine months after the FDA approved Vioxx and one month before the results of the VIGOR study were known. Analysis of cardiovascular events was prespecified for the reason cited above. Because the study was designed to examine the effects of long-term use of rofecoxib on gastric polyps, we were able to detect an increase in cardiovascular risk that began after 18 months of continuous Vioxx therapy. At that time, September 2004, Merck moved promptly and voluntarily to remove Vioxx from the market. The record, in short, is one of careful analysis at every stage, a continued commitment to research, and prompt and decisive action in response to clinical-study results.

Peter S. Kim, Ph.D.
Alise S. Reicin, M.D.
Merck Research Laboratories
West Point, PA 19486

1. Topol EJ. Failing the public health — rofecoxib, Merck, and the FDA. N Engl J Med 2004;351:1707-9.
2. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal antiinflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.
3. Prescribing information for Vioxx. Whitehouse Station, N.J.: Merck. (Accessed December 8, 2004, at http://www.vioxx.com/rofecoxib/vioxx/consumer/prescribing_information.jsp.)
4. Konstam MA, Weir MR, Reicin AS, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.
5. Capone ML, Tacconelli S, Sciulli MG, et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004;109:1468-71.
6. Mukherjee DM, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-9.
7. Mamdani M, Rochon P, Juurlink DM, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.
8. Shaya FT, Blume SW, Blanchette CM, Mullins CD, Weir MR. Cardiovascular risk of selective cyclooxygenase-2 inhibitors compared to other nonsteroidal anti-inflammatory agents: an observational study of a Medicaid population. Pharmacoepidemiol Drug Saf 2004;13:S234. abstract.

TO THE EDITOR: Dr. Topol shows a lack of understanding of the FDA's regulatory authority. The FDA cannot "mandate" post-marketing clinical trials. Dr. Topol also fails to appreciate the successful efforts by the FDA to negotiate ongoing evaluation of cardiovascular safety in several multiyear clinical trials, one of which helped to resolve the cardiovascular questions first noted in the post-marketing VIGOR study.

The FDA convened an advisory committee (on February 8, 2001) to review the data from VIGOR in order to ensure a full public airing and assessment by additional scientific experts. The study showed a 50 percent decreased risk of gastroduodenal perforations, symptomatic ulcers, and bleeding with Vioxx (50 mg daily) but twice the risk of cardiovascular thrombotic events (mostly myocardial infarctions, with no differences in strokes or cardiovascular deaths), as compared with naproxen. The study had several limitations that hampered the generalization of these findings. After careful review, the expert panel (which included cardiologists) recommended that the label for Vioxx should include the unquestionable gastrointestinal advantage as well as the negative cardiovascular safety information in order to provide doctors and patients with the available data on the potential risks and benefits of Vioxx as compared with naproxen.[1] Subsequently, the FDA approved changes in the labeling to reflect the risk of cardiovascular thrombotic events as reported in the VIGOR study. Specifically, the new labeling advised doctors to use caution in prescribing Vioxx for patients with ischemic heart disease and stated that Vioxx at 50 mg per day is not recommended for long-term use.

The finding of an increased risk of myocardial infarctions and strokes in Merck's study of colon-polyp prevention (APPROVe) with the 25-mg dose was unexpected but not an accident. The extensive safety monitoring in this and other studies was intended in part to address the fact that, as noted in the precautions section of the Vioxx label, "Prospective studies specifically designed to compare the incidence of serious cardiovascular events in patients taking Vioxx as compared with those taking NSAIDs or placebo have not been performed."

The FDA worked vigorously with Merck to inform the public of the potential cardiovascular risks associated with Vioxx and to ensure adequate ascertainment and analyses of these cardiovascular events in Merck's prevention studies. The FDA will continue to work within its regulatory authority to protect the public health while balancing the available evidence in a rapidly changing scientific and clinical landscape.

(The views presented in this article do not necessarily reflect those of the Food and Drug Administration.)

Lourdes Villalba, M.D.
James Witter, M.D., Ph.D.
Food and Drug Administration
Rockville, MD 20850

Downloaded from www.nejm.org on January 3, 2005 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

CORRESPONDENCE

1. Food and Drug Administration. Transcripts, briefing documents and slide presentations. February 2001. (Accessed December 8, 2004, at http://www.fda.gov/ohrms/dockets/ac/cder01.htm#Arthritis.)

TO THE EDITOR: Both Topol and FitzGerald,[1] in his Perspective article in the same issue, comment that ample warning was issued regarding the thrombogenic potential of rofecoxib before its withdrawal, including our review of the gastrointestinal toxicity of NSAIDs in the *Journal* in 1999.[2] However, celecoxib and rofecoxib were specifically approved for — and numerous reports attested to their utility in — the treatment of arthritis. The Celecoxib Long-Term Arthritis Safety Study (CLASS) and VIGOR,[3,4] which I helped review in February 2001 as a member of the FDA Advisory Board, were performed to assess gastrointestinal safety. At this meeting, the members of the board discussed extensively both the improved gastrointestinal safety and the increased incidence of myocardial infarction observed with rofecoxib, but not with celecoxib.

Although the reasons for these differences cannot be ascertained without a direct prospective comparison, the study design may have contributed. Because aspirin use was not permitted in VIGOR, despite the inclusion of patients with prior myocardial infarction, the thrombogenic potential of rofecoxib may have been not only unmasked but actually potentiated. The possibility that naproxen might be protective was discussed but dismissed because no studies had examined this specific question. Nevertheless, three subsequent retrospective analyses suggested that naproxen may indeed be cardioprotective.

In contrast, 21 percent of the participants took aspirin in CLASS, which, as suggested by FitzGerald, may have concealed the deleterious properties of celecoxib. My one voiced criticism of the FDA was its role in these two studies, which although seemingly similar, included at least three major differences that precluded any meaningful direct comparison — most important, the use of aspirin. Thus, I fully agree with Topol and FitzGerald that on the basis of pharmacologic principles, all precautions should be extended to the use of every coxib. Moreover, FitzGerald's group has reported that nonselective NSAIDs that inhibit thromboxane $A_2$ to a lesser extent than aspirin may not effectively inhibit platelet aggregation.[5] In theory, the effective inhibition of prostaglandin $I_2$ by NSAIDs, without sufficient suppression of thromboxane, may promote thrombosis. Thus, in addition to coxibs, I

would recommend, that all NSAIDs be reexamined to determine their thrombogenic potential.

Finally, it must be emphasized that the VIGOR study and, to some extent, CLASS did show a decrease in serious gastrointestinal adverse events. The obvious lesson learned from the development of coxibs is that the potential for serious adverse events appears to have outweighed any conferred benefit. As additional information is accrued, pharmaceutical companies, the FDA, and the National Institutes of Health need to work together to prevent future debacles by mandating a thorough investigation of all new and old drugs for which there is even the theoretical possibility of serious effects.

M. Michael Wolfe, M.D.

Boston University School of Medicine
Boston, MA 02118

1. FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004;351:1709-11.
2. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999;340:1888-99. [Erratum, N Engl J Med 1999;341:548.]
3. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. JAMA 2000;284:1247-55.
4. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
5. Catella-Lawson F, Reilly MP, Kapoor SC, et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001;345:1809-17.

DR. TOPOL REPLIES: In response to Drs. Kim and Reicin, I believe that many vital steps were not taken to evaluate the cardiovascular safety of rofecoxib properly. They assert that the clinical data for the initial FDA approval "did not suggest an adverse cardiovascular effect." In contrast, at the time of approval in May 1999, the FDA reviewer, Dr. Villalba, wrote, "The data seem to suggest thromboembolic events are more frequent in patients receiving rofecoxib than placebo."[1] In 2000, along with the VIGOR trial,[2] a second trial conducted by Merck, known as Study 090, also showed a significant excess of heart attacks and strokes among patients taking rofecoxib, as compared with controls (Table 1).[3] Together with the results of the VIGOR trial, there was indeed replication in an independent, randomized, controlled trial of an excess of the cardinal cardiovascular end point of death, heart attack, and stroke. The excess of these events occurred within six weeks in Study 090, and the event curves were divergent by 30 days in the VIGOR trial. Not only was Study 090 never published and available

Downloaded from www.nejm.org on January 3, 2005 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

THE NEW ENGLAND JOURNAL of MEDICINE

Table 1. Deaths and Cardiovascular Events in Two Trials of Rofecoxib.[*]

| Trial | Rofecoxib Group | Control Group | Odds Ratio (95% CI) | P Value |
|---|---|---|---|---|
| VIGOR | | | | |
| No. of patients | 4047 | 4029 | | |
| Death — no. | 22 | 15 | | |
| Heart attack — no. | 20 | 4 | | |
| Stroke — no. | 11 | 9 | | |
| Total — no. (%) | 53 (1.3) | 28 (0.7) | 1.9 (1.2–3.0) | 0.006 |
| Study 090 | | | | |
| No. of patients | 390 | 588 | | |
| Death — no. | 0 | 0 | | |
| Heart attack — no. | 3 | 1 | | |
| Stroke — no. | 2 | 0 | | |
| Total — no. (%) | 5 (1.3) | 1 (0.2) | 7.6 (1.2–146.3) | 0.03 |
| Death, heart attack, and stroke in the 2 trials — no./total no. (%) | 58/4437 (1.3) | 29/4617 (0.6) | 2.1 (1.4–3.3) | 0.001 |

* The data for the VIGOR trial are from Bombardier et al.,[2] and the data for Study 090 are from the FDA.[3] The VIGOR trial, conducted from 1999 to 2000, compared rofecoxib (50 mg, given for nine months) with naproxen. Study 090, conducted from 1998 to 1999, compared rofecoxib (12.5 mg, given for six weeks) with nabumetone or placebo. CI denotes confidence interval.

solely through a subsequent FDA memorandum,[3] but the data presented in the VIGOR article also suffered from errors of omission, along with erroneous information and lack of completeness.[2] In Table 1, the data from the FDA report[3] for VIGOR are presented. In the VIGOR article, the actual deaths were not reported, but it is stated in the article in three places that the overall mortality rate was similar in the two groups. The heart-attack rate for rofecoxib was erroneous. More than half of the thrombotic events are not presented in the VIGOR article but appear in the FDA report.[3] (The updated cardiovascular-event data from VIGOR were submitted to the FDA on October 13, 2000, six weeks before the VIGOR study was published.[2])

Unfortunately, although my colleagues and I called for dedicated cardiovascular trials in 2001,[4] Merck never initiated one and maintains that its trials conducted to seek new medical indications were determining cardiovascular risk. There was ample evidence that COX-2 inhibitors improve endothelial function and lower inflammatory proteins, such as C-reactive protein,[5] justifying the benefit-and-risk assessment of these drugs directly in patients with established cardiovascular disease.

We indeed acknowledged that naproxen may have a cardioprotective effect,[5] but the magnitude of the effect would be unlikely to exceed that of aspirin, at a 25 percent reduction of heart attacks. Instead, in the VIGOR trial, there was a 500 percent increase in heart attacks. This makes any "naproxen hypothesis" of cardioprotection mathematically indefensible.

Drs. Villalba and Witter are incorrect in suggesting that the FDA cannot influence post-marketing clinical trials that a sponsor performs. Their claim that the "50 percent decreased risk of gastroduodenal perforations" outweighed the cardiovascular risk in the VIGOR trial is not substantiated by the data. There were no differences in the rate of perforation (0.1 percent in both the rofecoxib and naproxen groups).[2] It is hard to imagine that the small protection from gastric or duodenal ulcers in the VIGOR trial is an acceptable trade-off as compared with twice the incidence of death, heart attacks, and strokes. Indeed, Dr. Targum, the FDA reviewer of the VIGOR trial, wrote in her report, in reference to the cardiovascular findings, "This analysis could lead one to conclude that naproxen, with a 51 percent reduction compared to rofecoxib, would be the preferred drug."[3] It took 14 months after the expert FDA panel convened, from February 2001 to April 2002, to change minimally the cardiovascular safety information for rofecoxib in the package insert. After their cumulative meta-analysis, Juni et al. correctly stated, "Our findings indicate that rofecoxib should have been withdrawn several years earlier."[6]

Eric J. Topol, M.D.

Cleveland Clinic Foundation
Cleveland, OH 44195

Dr. Topol reports having served as a paid advisor to Great Point Partners, an investment fund that has traded in Merck stock. He reports that he did not invest in the fund, was not compensated on the basis of the fund's performance, and was not aware of its investment in Merck.

1. Center for Drug Evaluation and Research. Vioxx (rofecoxib) tablets. (Accessed December 8, 2004, at http://www.fda.gov/cder/foi/nda/99/021042_52_Vioxx.htm.)
2. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
3. Food and Drug Administration. Memorandum. February 2001. (Accessed December 8, 2004, at http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf.)
4. Mukherjee DM, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-9.
5. Chenevard R, Hurlimann D, Bechir M, et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003;107:405-9.
6. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger PM. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

Downloaded from www.nejm.org on January 3, 2005 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

# The New York Times

October 2, 2004

OP-ED CONTRIBUTOR

# Good Riddance to a Bad Drug



By ERIC J. TOPOL

**C**leveland — After three years of denying that the arthritis drug Vioxx could induce heart attacks and strokes, this week Merck bowed to reality: it withdrew Vioxx from the market.

The impact of this decision is far-reaching, and not only because tens of millions of people have tried Vioxx. It also highlights the absence of Food and Drug Administration oversight of the pharmaceutical industry as well as the lack of comprehensive long-term studies of not only Vioxx but its entire class of arthritis drugs.

In 2001, I was part of a team from the Cleveland Clinic that published a paper demonstrating the significant heart attack risk of Vioxx. Our research, published in The Journal of the American Medical Association, found that compared to naproxen, a commonly used over-the-counter anti-inflammatory drug with similar benefits, Vioxx has a five times greater heart attack risk. In response, Merck claimed that early conclusions about the risk were flawed, and attributed the comparatively high heart attack rates to an unproven protective effect of naproxen. Our study was followed by several others demonstrating Vioxx's dangers. Each time Merck had a similar reply: the study was "flawed."

Merck finally had to acknowledge the truth, but only by accident. The company undertook a large, randomized trial of 2,600 patients with colon polyps in hopes of proving that Vioxx could help their condition. In the process, though, Merck discovered that 3.5 percent of patients taking Vioxx suffered heart attacks or strokes as against 1.9 percent taking a placebo. Merck at last did the right thing by voluntarily and abruptly taking Vioxx off the market.

There are two important issues to consider here. First, the risk of heart attack or stroke found in the Merck study, at 15 cases per 1,000 patients, may be greatly underestimated. Merck's trial did not include anyone with known heart disease - patients who might be expected to have the highest risk.

And the problem may extend beyond Vioxx and its users. While it's true that when compared to the other Cox-2 inhibitors, Vioxx has repeatedly carried a far greater risk of heart attack and stroke, none of the manufacturers of Vioxx's class of drugs, called Cox-2 inhibitor agents, have studied patients who already have heart disease. The number of patients who may have sustained heart attack or stroke as a result of using these drugs could be tens of thousands. It would be premature to conclude that the other drugs still on the market, like Celebrex and Bextra, do or do not carry some risk of heart attack until sufficient testing is done.

While we remain in this zone of uncertainty, people with arthritis should remember that conventional over-the-counter agents like naproxen (as in Aleve) or ibuprofen (as in Advil) work extremely well, are much cheaper than the Cox-2 agents, and are not known to have any risk of heart attacks. In addition,

The New York Times > Opinion > Op-Ed Contributor: Good Riddance to a Bad Drug          Page 2 of 2

one of the most-cited benefits of the Cox-2 agents - that they are less likely to cause stomach ulcers than over-the-counter drugs - may ben grossly exaggerated.

Second, and what may be more alarming, is that despite studies showing the magnitude of the public health problem, for several years Merck did nothing to investigate. This surely represents a conflict between the interests of the public and the interests of a company with a blockbuster drug that had sales of $2.5 billion in 2003.

Instead of doing the requisite research in patients with heart disease - who frequently have arthritis as well and are thus prime users of anti-inflammatory medicines - the company undertook studies that avoided them. At the same time, Merck spent at least $100 million a year for direct-to-consumer Vioxx advertising, while the company's employees and their consultants published several papers in medical journals rebutting studies reporting Vioxx's heart attack risk. The Food and Drug Administration could have forced Merck to do the appropriate research studies, but instead it was a bystander.

As the Vioxx debacle shows, we have a long way to go in this country to get on track with prescription medications. Most important, we need a stronger regulatory agency to compel pharmaceutical companies to do the proper studies and force these companies to stop direct-to-consumer advertising unless a drug has major benefits for patients and negligible increased risk of heart attacks and strokes.

Our two most common deadly diseases should not be caused by a drug.

*Eric J. Topol is chairman of the department of cardiovascular medicine at the Cleveland Clinic.*

Copyright 2004 The New York Times Company | Home | Privacy Policy | Search | Corrections | RSS | Help | Back to Top

# PERSPECTIVE



## Failing the Public Health — Rofecoxib, Merck, and the FDA

Eric J. Topol, M.D.

On May 21, 1999, Merck was granted approval by the Food and Drug Administration (FDA) to market rofecoxib (Vioxx). On September 30, 2004, after more than 80 million patients had taken this medicine and annual sales had topped $2.5 billion, the company withdrew the drug because of an excess risk of myocardial infarctions and strokes. This represents the largest prescription-drug withdrawal in history, but had the many warning signs along the way been heeded, such a debacle could have been prevented.

Neither of the two major forces in this five-and-a-half-year affair — neither Merck nor the FDA — fulfilled its responsibilities to the public. The pivotal trial for rofecoxib involved 8076 patients with rheumatoid arthritis and demonstrated that this coxib had lower gastrointestinal toxicity than naproxen.[1] Even though the drug was approved in 1999 on the basis of data submitted to the FDA, the data were not submitted to a peer-reviewed journal until the following year and did not appear in print until November 23, 2000, one and a half years after commercial approval had been granted. The cardiovascular data reported in that article were incomplete, in part because of incomplete ascertainment: the design and execution of the trial had not anticipated that untoward cardiovascular events might occur.[1]

It was not until February 8, 2001, that the FDA Arthritis Advisory Committee met to discuss concern about the potential cardiovascular risks associated with rofecoxib. It remains unclear why the FDA waited two years after its review and approval of rofecoxib to conduct this meeting. My colleagues and I reviewed the data from the meeting that were made publicly accessible and published an analysis of all the available data on rofecoxib and celecoxib on August 22, 2001.[2] Our primary conclusion, based on the clear-cut excess number of myocar-

dial infarctions associated with rofecoxib and the numerical, albeit not statistically significant, excess associated with celecoxib, was that "it is mandatory to conduct a trial specifically assessing cardiovascular risk and benefit of these agents."[2] Such a trial needed to be conducted in patients with established coronary artery disease, who frequently have coexisting osteoarthritis requiring medication and have the highest risk of further cardiovascular events. Given the very high coincidence of coronary disease and arthritis, this group may represent the largest segment of the population for whom rofecoxib was prescribed. In light of the insight that arterial inflammation is the basis for myocardial infarction and stroke and the knowledge that coxibs reduce the production of biomarkers of inflammation such as C-reactive protein and improve endothelial function, such a trial would also have been quite attractive from the standpoint of potential benefit. The trial would have prospectively determined the incidence of cardiovascular events, whose possible association with coxib treatment had not been anticipated in the early and pivotal trials of these drugs.

Unfortunately, such a trial was never done. The FDA has the authority to mandate that a trial be conducted, but it never took the initiative. Instead of conducting such a trial at any point — and especially after the FDA advisory committee meeting in 2001 — Merck issued a relentless series of publications, beginning with a press release on May 22, 2001, entitled "Merck Reconfirms Favorable Cardiovascular Safety of Vioxx" and complemented by numerous papers in peer-reviewed medical literature by Merck employees and their consultants. The company sponsored countless continuing medical "education" symposiums at national meetings in an effort to debunk the concern about adverse cardiovascular effects. The message that was duly re-

N ENGL J MED 351;17   WWW.NEJM.ORG   OCTOBER 21, 2004

Downloaded from www.nejm.org on November 16, 2004 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.



**Risk of Myocardial Infarction (MI) or Stroke Associated with Rofecoxib Use.**

Data are from Mukherjee et al.[2] and the Adenomatous Polyp Prevention on Vioxx (APPROVe) study.

inforced was that rofecoxib had no cardiovascular toxicity: rather, naproxen was cardioprotective. Only by happenstance, in a trial involving 2600 patients with colon polyps who could not have been enrolled if they had had any cardiovascular disease, was it discovered that 3.5 percent of the patients assigned to rofecoxib had myocardial infarction or stroke, as compared with 1.9 percent of the patients assigned to placebo (P<0.001), necessitating premature cessation of the trial and the decision to discontinue treatment with rofecoxib.

Over the course of the five-and-a-half-year saga, many epidemiologic studies confirmed and amplified the concern about the risk of myocardial infarction and serious cardiovascular events associated with rofecoxib.[3] These studies considered large populations, up to 1.4 million patients, tracking the use of various nonsteroidal antiinflammatory medications or coxibs to determine the risk of adverse events. Each time a study was presented or published, there was a predictable and repetitive response from Merck, which claimed that the study was flawed and that only randomized, controlled trials were suitable for determining whether there was any risk. But if Merck would not initiate an appropriate trial and the FDA did not ask them to do so, how would the truth ever be known?

Meanwhile, Merck was spending more than $100 million per year in direct-to-consumer ad-

vertising — another activity regulated by the FDA and a critical mechanism in building the "block-buster" status of a drug with annual sales of more than $1 billion. For the past few years, every month has seen more than 10 million prescriptions for rofecoxib written in the United States alone. At any point, the FDA could have stopped Merck from using direct-to-consumer advertising, especially given the background concern that the cardiovascular toxicity was real and was receiving considerable confirmation in multiple studies conducted by investigators who were independent of Merck. The only significant action taken by the FDA occurred on April 11, 2002, when the agency instructed Merck to include certain precautions about cardiovascular risks in its package insert. The FDA also sponsored one of the large epidemiologic studies performed in a cohort of Kaiser Permanente patients.

Considering the tens of millions of patients who were taking rofecoxib, we are dealing with an enormous public health issue. Even a fraction of a percent excess in the rate of serious cardiovascular events would translate into thousands of affected people. Given the finding in the colon-polyp trial in low-risk patients without known cardiovascular disease — an excess of 16 myocardial infarctions or strokes per 1000 patients — there may be tens of thousands of patients who have had major adverse events attributable to rofecoxib (see Figure).

I believe that there should be a full Congressional review of this case. The senior executives at Merck and the leadership at the FDA share responsibility for not having taken appropriate action and not recognizing that they are accountable for the public health. Sadly, it is clear to me that Merck's commercial interest in rofecoxib sales exceeded its concern about the drug's potential cardiovascular toxicity. Had the company not valued sales over safety, a suitable trial could have been initiated rapidly at a fraction of the cost of Merck's direct-to-consumer advertising campaign. Despite the best efforts of many investigators to conduct and publish meaningful independent research concerning the cardiovascular toxicity of rofecoxib, only the FDA is given the authority to act. In my view, the FDA's passive position of waiting for data to accrue is not acceptable, given the strong signals that there was a problem and the vast number of patients who were being exposed. Furthermore, the tradeoff here involved a drug for symptoms of arthritis, for which many alternative medications are available, in the

Downloaded from www.nejm.org on November 16, 2004 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

context of serious, life-threatening cardiovascular complications. Certainly there are many facts that we are not privy to, such as the direct communication between the FDA and Merck, but all the facts can and should be scrutinized closely in a Congressional review in order to avert such a catastrophe in the future.

From the Cleveland Clinic Foundation, Cleveland.

1. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
2. Mukherjee DM, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286:954-9.
3. Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004;364:639-40.

# Coxibs and Cardiovascular Disease

Garret A. FitzGerald, M.D.

The coxibs are a subclass of nonsteroidal antiinflammatory drugs (NSAIDs) designed to inhibit selectively cyclooxygenase-2 (COX-2).[1] Their development was based on the hypothesis that COX-2 was the source of prostaglandins $E_2$ and $I_2$, which mediate inflammation, and that cyclooxygenase-1 (COX-1) was the source of the same prostaglandins in gastric epithelium, where they afford cytoprotection. Three coxibs — celecoxib, rofecoxib, and valdecoxib — have been approved for use by the Food and Drug Administration (FDA); a fourth, etoricoxib, has been approved by the European regulatory authority, and it and a fifth, lumiracoxib, are currently under consideration for FDA approval.

Coxibs have been aggressively marketed directly to consumers in the United States and have rapidly dominated the prescription-drug market for NSAIDs, accounting for worldwide sales of roughly $10 billion. Rofecoxib has now been withdrawn from the market by Merck, following the premature cessation, by the data and safety monitoring board, of the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, which was designed to determine the drug's effect on benign sporadic colonic adenomas. This action was taken because of a significant increase by a factor of 3.9 in the incidence of serious thromboembolic adverse events in the group receiving 25 mg of rofecoxib per day as compared with the placebo group. Blood pressure was elevated in patients in the rofecoxib group early in the course of the study, but the incidence of myocardial infarction and thrombotic stroke in the two groups began to diverge progressively after a year or more of treatment.

Coincident with the approval of rofecoxib and celecoxib in 1999, my colleagues and I reported that both drugs suppressed the formation of prostaglandin $I_2$ in healthy volunteers.[2] Prostaglandin $I_2$ had previously been shown to be the predominant cyclooxygenase product in endothelium, inhibiting platelet aggregation, causing vasodilatation, and preventing the proliferation of vascular smooth-muscle cells in vitro. However, it was assumed that prostaglandin $I_2$ was derived mainly from COX-1, the only cyclooxygenase species expressed constitutively in endothelial cells. This assumption later proved incorrect, since studies in mice and humans showed that COX-2 was the dominant source. The individual cardiovascular effects of prostaglandin $I_2$ in vitro contrast with those of thromboxane $A_2$, the major COX-1 product of platelets, which causes platelet aggregation, vasoconstriction, and vascular proliferation.

Whereas aspirin and traditional NSAIDs inhibit both thromboxane $A_2$ and prostaglandin $I_2$, the coxibs leave thromboxane $A_2$ generation unaffected, reflecting the absence of COX-2 in platelets. Increasing laminar shear stress in vitro increases the expression of the gene for COX-2, leading our group to suggest that COX-2 might be hemodynamically induced in endothelial cells in vivo. If so, suppression of the COX-2–dependent formation of prostaglandin $I_2$ by the coxibs might predispose patients to myocardial infarction or thrombotic stroke.

Thus, a single mechanism, depression of prostaglandin $I_2$ formation, might be expected to elevate blood pressure, accelerate atherogenesis, and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque. The higher a patient's intrin-

Downloaded from www.nejm.org on November 16, 2004 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

## Topol, M.D., Eric

| | |
|---|---|
| **From:** | David Graham [hylabrook1@msn.com] |
| **Sent:** | Monday, November 15, 2004 10:44 PM |
| **To:** | Topol, M.D., Eric |
| **Subject:** | Re: 60 Minutes |

Eric,

I'm sorry you won't be testifying, but I think you should take heart knowing that you've made and will continue to make important contributions to the cause of patient safety and responsible government. We're all called to play our part and do our best, and you've clearly done that. As this thing unfolds, I think there will be many more opportunities for you to make a difference. And I think you did a great job on 60 Minutes last night. I'm sure we'll get to meet in the near future.

Each day, this issue gets more and more complicated and fishy smelling. Apparently, Merck was heavily lobbying the members of the Finance Committee to cancel the hearing today, and our acting Center Director, Dr. Galson, has reportedly refused to appear before the Committee. At least that's what I've heard. We'll all learn more as the 18th approaches. But it does make you wonder, why is everyone afraid, and what are they trying to hide? There must be more to this than meets the eye because the reaction from Merck and from FDA is disproportionate to the stimulus of a hearing.

I'll read your analyses with great attentiveness. I'm sure I'll learn much from them.

Best regards, and cheer up, you're one of the "good guys."

David

> ——— Original Message ———
> **From:** Topol, M.D., Eric
> **To:** hylabrook1@msn.com
> **Sent:** Monday, November 15, 2004 8:46 AM
> **Subject:** 60 Minutes
>
> David,
> I attach my analysis of the 2 trials submitted to FDA as part of Supplement 007—one never published. I'd be interested in your thoughts as I think this, along with the Juni paper, nails this down as to when there was confrimatory evidence that rofecoxib was a dangerous drug.
> I was disinvited from the Senate hearing this week and Bruce Psaty was invited in my place. I don't know why but I had looked forward to meeting you and hope to support all of your heroic efforts as best as I can.
>
> Warm regards,
> Eric
>
> Eric J. Topol, MD
> Provost, Cleveland Clinic Lerner College of Medicine
> Chief Academic Officer, Cleveland Clinic Foundation
> Chairman, Department of Cardiovascular Medicine
> Professor of Medicine and Genetics, CWRU
> 216-445-9490
> topole@ccf.org

**CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657**

11/18/2004

EJT 000327

TopoL
EXHIBIT NO. 20
11-19-05
L. GOLKOW

TOPOLE  0000458

**Topol, M.D., Eric**

| | |
|---|---|
| **From:** | David Graham [hylabrook1@msn.com] |
| **Sent:** | Monday, November 01, 2004 9:31 AM |
| **To:** | Topol, M D., Eric |
| **Subject:** | Re: 60 Minutes |

Eric,

My perspective and resolve are unchanged. If I went public on 60 Minutes, I think the retaliation I would experience would be blistering. It will be safer for me to tell Congress directly what has occurred at FDA over the years, and most recently, with SSRIs and rofecoxib. Once Congressional hearings are held, I think I will be free to speak openly. Unfortunately, 60 Minutes has a working time-frame for this story that I'm not able to help with, as much as I wish I could. Internally, the last 2 weeks have been absolute hell, and the efforts by Anne Trontell and Paul Seligman to intimidate and threaten me so as to block the submission of our study to Lancet has been intense and stressful to say the least.

All the best,

David

> ──── Original Message ────
> **From:** Topol, M.D., Eric
> **To:** hylabrook1@msn.com
> **Sent:** Sunday, October 31, 2004 11:04 PM
> **Subject:** 60 Minutes
>
> Dear David,
> I heard from Michael Radutzky that you had changed your mind about being interviewed for their upcoming segment. I hope you haven't changed your perspective at all, and that we can work together to improve things in the future.
>
> Best regards,
> Eric
>
> Enc J Topol, M.D
> Provost, Cleveland Clinic Lerner College of Medicine
> Chief Academic Officer, Cleveland Clinic Foundation
> Chairman, Department of Cardiovascular Medicine
> Professor of Medicine and Genetics, CWRU
> 216-445-9490
> topole@ccf.org

---------------------------------------------------------------------
Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or

11/1/2004

**CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657**

EJT 000207



"What" &
"When" Merck Knew
_____

— STUDY 090    6 wk study  6x Risk
                ? 1998 (earlier)        Peter Kim / attend
— DSMB  Nov 18, 1999                    Transcript
— Lancet (Demi paper)

Position
_____
"Naproxen"   UNTENABLE  | "First know in May 2000" |

Deception / Falsifying / Suppression of Data.
_____
— No publication of "090"
— Bombardier papers — Death, Incomplete info.
— Multiple publications Reicin, Konstam, et al.
— Marketing / Sales.
— Symposia for MDs. / DTC to Consumers.

— Did not do the appropriate trial. (no new trial)

— Post w/D – 18 mos. , Annualized Rate
     APPROVE                3.6  vs  1.4
                         0.2  1.5 vs 0.75

— Paid consultants on "Independent DSMB"

TOPOL
EXHIBIT NO. 22
11-22-05
L. GOLKOW

CONFIDENTIAL–SUBJECT TO
PROTECTIVE ORDER
MDL 1657

EJT 000338

Competing Evidence of Merck Vioxx Knowledge of Serious Risk

① STUDY 090      7.6 X    MI / Stroke      ( 30 days )

letter ② VIGOR      2 X / 5x

③ ADVANTAGE Trial      November 2000
Berenson   Misclassification of deaths   5 → 8   MIs.
                                    MIs.
Lisse paper      unknown cause of death

④ APPROVE Trial
              Heart Failure      ( 30 days )

⑤ VALOR Trial .   2002

Cancelled

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657

EJT 000373


TopoL
EXHIBIT NO. 23
11.22.05
L. GOLKOW



Other Points:

Konstam          DSMB
                 Lecturer

contact
Summerskill

GREG GEBA

Viox    Get Peter Kim's letter NYT

Send Donovan   CV/Bro sketch
FDA Letter – Temple
Anna Matthews
Lancet: BILL SUMMERSKILL

60 Minutes

Meck
- Suppression° STUDY 090"
- FDA Suppression
Marketing  - Dodge Ball
           - Press Releases After Panel
           "Obstacles"

get FDA letter
DRAZEN
CURFMAN

DEATHS 22 v 15
submitted MAY 2000

Deceptive
Falsifying Data
* 1. Time known DSMB – VIGOR
2. Bombardier
3. Papers (x 5-6)
   • Reicin    • AHI (= web ed)
   • Konstam  • JACC

~Alpert or
Arch Int Med. }  Get these
Arthur Rheum.    all together

4. Symposia
5. LANCET

APPROVE

Konstam on the DSMB

FDA  Wait til OATA Accrue
– Temple Letter –

**CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657**

EJT 000332

TOPOL
EXHIBIT NO. 84
1-22-05
L. GOLKOW

TOPOLE 0000463

**PRELIMINARY QUESTIONS – 60 MINUTES**   *deception.* 

1.  How long have you been involved in cardiology, field research?

2.  What is it disturbing about Vioxx?

3.  Merck Study 090 "a smoking gun" trial

    Breaking it down:   -   Findings – review
                        -   Never published?

4.  First time ever established Vioxx vs. placebo dangerous said to be 2004 – is this true?

5.  Biology of Cox inhibitors (Cox-1, Cox-2)

6.  Omission of Merck manual about prostacyclin?  (in later editions)

7.  Respond to Reicin Internal Memo about Briggs/Morrison, Know Danger of Drug

8.  VIGOR – DSMB – November 1999

9.  VIGOR publications irregularities?

10. What was wrong with the VIGOR Trial?

11. Why did you write the JAMA paper?

12. What happened after the JAMA paper was published?

13. APPROVE Trial findings

14. The Jüni paper



TOPOL
EXHIBIT NO. 96
11-22-05
L. GOLKOW

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657

EJT 000334





Topol
EXHIBIT NO: 27
11-22-05
L. GOLKOW

**Bryan Myers** PRODUCER
212 560 8303   CELL/917 859 7943
MYERS8@THIRTEEN ORG

October 7, 2004

Dr. Eric Topol
Chairman, Department of Cardiovascular Medicine
The Cleveland Clinic Foundation
Cleveland, Ohio  44195

Dear Dr. Topol,

Thanks for taking the time to speak with me today.  Per our conversation, enclosed is the FDA CardioRenal Division review prepared in 2000 on the adverse effects of Vioxx.

After you've had a chance to read it, I would welcome the chance to speak again.  The source who provided it feels it is a "smoking gun."  I would like your assessment of its importance to the Vioxx controversy, and whether it should have been taken more seriously at the time either by the FDA or Merck.

I would ask that you keep this confidential for the moment.  If we choose to proceed with this story, we want to interview you about your reaction and interpretation of this, and obviously would want to have the first shot at doing so.

Again, thank you.

Sincerely,

Bryan Myers
Producer
NOW with Bill Moyers
(w) 212-560-8303

*[Handwritten notes:]*

Key Points.

3. Deaths
22 vs 15
4047  4029
0.54  0.37

VIGOR
< 8 mo F/U
D/C 40%

1. Nov 18, 99  DSMB
KNEW A MAJOR PROBLEM
(no PLAN for analysis).

2. 83 vs 27
Serious Adverse CV Events
→ Drug Discontinuation.

4. STUDY 090
↑ CV Events. (p.32)   2.1 v 0.7%

Rofecoxib 12.5mg (Ns 978)

**CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657**

**PUBLIC AFFAIRS TELEVISION**
450 WEST 33RD ST 7TH FLOOR  NEW YORK CITY, NY 10001-2605
212 560 8600  FAX 212 560 6646  WWW.PBS.ORG/NOW

EJT 000331

TOPOLE 0000462

Page 1 of 2

## Topol, M.D., Eric

**From:** Topol, M.D., Eric
**Sent:** Sunday, October 17, 2004 11:30 PM
**To:** Michael Radutzky (rad@cbsnews.com)
**Subject:** Further info

Michael,

I had a few more things happened over the weekend to keep you posted on—

1. I was asked to review a paper for The Lancet (Fasttrack) written by well regarded, independent researchers from Europe. Their study proves unequivocally that the data on Vioxx had "crossed the line" by 2001 for heart attack risk It will probably not be published for a month, at least, and is under strict confidence, but further validates how wrong Merck and FDA were for well over 3 years. We now can confirm that the famous study "090" of Merck was NEVER published, that it was part of the FDA pivotal registration packet leading to the May 1999 approval, and that it showed a striking risk of heart attack and stroke before the drug ever got commercialized. The cumulative meta-analysis of 21,432 patients (all data available by 2001) also proves that the heart toxicity was not at all dose or duration related.

2. Durga Bobba, a Business Development mid-level manager at Merck got back to me this evening. He gave me names of some people who could take this further beyond Laura Demopolous, MD (who I will call Monday AM):
a. Dr. Roger Perlmutter, now Chief Scientific Officer at Amgen since beginning 2001, but in the know and was not happy with Merck He competed with Peter Kim but did not get the job. I trained with the guy in SF many years ago and will check in with him to see what he would do
b. Dr Wendy Dixon, now at Bristol Myers Squibb, who was very upset with Merck for not acknowledging the risk of Vioxx—don't know if she will talk, but may there as a big reason
c. Dr Pete DeBattiste, now at Astra-Zeneca, the same story as Dixon

Further, Durga will consider talking with you to confirm that I made multiple passes (too numerous to count, via phone and messenger) to meet with Ray Gilmartin and Peter Kim—over months—but they refused to allow me to discuss my concerns about Vioxx directly. Durga was the point person trying to arrange a meeting but they were "afraid" to meet with me This is probably of little help for what you are piecing together but FYI for whatever it's worth.

Durga told me, although not from direct sources, that it was Gilmartin who is responsible to turn away from the Vioxx concerns— the message from him was "we need earnings and can't be worried about data" and that Gilmartin has been under considerable earnings pressure since he started a CEO at Merck. Durga won't tell you this for fear of losing his job, and he never heard it directly from Gilmartin. It was apparently the buzz at Merck.

3. One more angle—the former CEO of Merck—Dr. Roy Vagelos, an honorable, capable man. He hates Gilmartin and thinks he is an idiot (may be accurate). He would be a good person for you to call—Gilmartin replaced him. Vagelos is incredibly well respected in the medical and business community, of the highest integrity and ethical standards. I think he might open up and say—"Merck should have done the right thing immediately in 1998 when study 090 showed a more than 6-fold heart attack risk at low dose (12.5 mg) of Vioxx".

Hope this helps. Will do all that I can to pull the facts together.

Best regards,

Eric

Eric J Topol, M D.
Provost, Cleveland Clinic Lerner College of Medicine
Chief Academic Officer, Cleveland Clinic Foundation
Chairman, Department of Cardiovascular Medicine
Professor of Medicine and Genetics, CWRU
216-445-9490
topole@ccf.org

10/17/2004

**CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657**

EJT 000343

Topol L
EXHIBIT NO. 28
11-22-05
L. GOLKOW

**TOPOLE 0000474**



To:                  Stoner, Elizabeth <elizabeth_stoner@merck.com>
From:              Pasternak, Richard
</O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=PASTERNR>
Cc:                 Gertz, Barry J. <barry_gertz@merck.com>
Bcc:
Received Date:   2004-10-02 21:22:25
Subject:           RE: Topol op/ed in today's NYT

The wrath of a lover spurned...
Instead of starting at baseline (with Eric), I'll have to start in the basement. Nevertheless, I think it is worth
starting again with him for 2 reasons: (1) people listen to him, (2) we have something to learn. Best, D.

-----Original Message-----
From: Stoner, Elizabeth
Sent: Saturday, October 02, 2004 1:02 PM
To: Pasternak, Richard
Subject: FW: Topol op/ed in today's NYT

In case you had not seen...

So much for our call

Liz
-----Original Message-----
From: Dorsa, Caroline
Sent:   Saturday, October 02, 2004 10:10 AM
To:      Lewent, Judy C; Wainwright, Joan; Rabinowitz, Michael L; Bell, Graeme J; Frazier, Kenneth C.; Turner,
Mervyn; Choi, Dennis W; Falcione, Aaron R; Ford-Hutchinson, Anthony; Friend, Stephen H; Gertz, Barry J.;
Honig, Peter K; Kim, Peter S; King, John J; Levine, Howard; Salzmann, Thomas N; Schaffer, Linda W.; Stoner,
Elizabeth; Tillyer, Rich
Cc:      Dorsa, Caroline
Subject:       Topol op/ed in today's NYT

All:
FYI, in case you did not see today's op/ed in the New York Times.

Caroline
Caroline Dorsa
Tel: 908-423-5353
Fax: 908-735-1298

New York Times Opinion Page
Good Riddance to a Bad Drug
By ERIC J. TOPOL

Published: October 2, 2004

Cleveland - After three years of denying that the arthritis drug Vioxx could induce heart attacks and strokes, this
week Merck bowed to reality: it withdrew Vioxx from the market.

The impact of this decision is far-reaching, and not only because tens of millions of people have tried Vioxx. It
also highlights the absence of Food and Drug Administration oversight of the pharmaceutical industry as well as
the lack of comprehensive long-term studies of not only Vioxx but its entire class of arthritis drugs.

In 2001, I was part of a team from the Cleveland Clinic that published a paper demonstrating the significant heart
attack risk of Vioxx. Our research, published in The Journal of the American Medical Association, found that

MRK-AAC0152575

compared to naproxen, a commonly used over-the-counter anti-inflammatory drug with similar benefits, Vioxx has a five times greater heart attack risk. In response, Merck claimed that early conclusions about the risk were flawed, and attributed the comparatively high heart attack rates to an unproven protective effect of naproxen. Our study was followed by several others demonstrating Vioxx's dangers. Each time Merck had a similar reply: the study was "flawed."

Merck finally had to acknowledge the truth, but only by accident. The company undertook a large, randomized trial of 2,600 patients with colon polyps in hopes of proving that Vioxx could help their condition. In the process, though, Merck discovered that 3.5 percent of patients taking Vioxx suffered heart attacks or strokes as against 1.9 percent taking a placebo. Merck at last did the right thing by voluntarily and abruptly taking Vioxx off the market.

There are two important issues to consider here. First, the risk of heart attack or stroke found in the Merck study, at 15 cases per 1,000 patients, may be greatly underestimated. Merck's trial did not include anyone with known heart disease - patients who might be expected to have the highest risk.

And the problem may extend beyond Vioxx and its users. While it's true that when compared to the other Cox-2 inhibitors, Vioxx has repeatedly carried a far greater risk of heart attack and stroke, none of the manufacturers of Vioxx's class of drugs, called Cox-2 inhibitor agents, have studied patients who already have heart disease. The number of patients who may have sustained heart attack or stroke as a result of using these drugs could be tens of thousands. It would be premature to conclude that the other drugs still on the market, like Celebrex and Bextra, do or do not carry some risk of heart attack until sufficient testing is done.

While we remain in this zone of uncertainty, people with arthritis should remember that conventional over-the-counter agents like naproxen (as in Aleve) or ibuprofen (as in Advil) work extremely well, are much cheaper than the Cox-2 agents, and are not known to have any risk of heart attacks. In addition, one of the most-cited benefits of the Cox-2 agents - that they are less likely to cause stomach ulcers than over-the-counter drugs - may ben grossly exaggerated.

Second, and what may be more alarming, is that despite studies showing the magnitude of the public health problem, for several years Merck did nothing to investigate. This surely represents a conflict between the interests of the public and the interests of a company with a blockbuster drug that had sales of $2.5 billion in 2003.

Instead of doing the requisite research in patients with heart disease - who frequently have arthritis as well and are thus prime users of anti-inflammatory medicines - the company undertook studies that avoided them. At the same time, Merck spent at least $100 million a year for direct-to-consumer Vioxx advertising, while the company's employees and their consultants published several papers in medical journals rebutting studies reporting Vioxx's heart attack risk. The Food and Drug Administration could have forced Merck to do the appropriate research studies, but instead it was a bystander.

As the Vioxx debacle shows, we have a long way to go in this country to get on track with prescription medications. Most important, we need a stronger regulatory agency to compel pharmaceutical companies to do the proper studies and force these companies to stop direct-to-consumer advertising unless a drug has major benefits for patients and negligible increased risk of heart attacks and strokes.

Our two most common deadly diseases should not be caused by a drug.

Eric J. Topol is chairman of the department of cardiovascular medicine at the Cleveland Clinic.

MRK-AAC0152576