UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  
*August Battaglia v. Merck & Co., Inc., et al.*, No. 2:05cv2267 (previously 4:05-cv-0280 SDIL USDC)

## VOLUNTARY DISMISSAL

COMES NOW Plaintiff, AUGUST BATTAGLIA, and hereby Voluntarily Dismisses WALGREEN CO. with prejudice from the above titled case, and proposes each party bear its/their own costs.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

_____  
John J. Driscoll, #6276464  
720 Olive Street, Suite 1800  
St. Louis, MO 63101  
(314) 421-0216  
Fax: (314) 421-0359  
jdriscoll@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF,  
AUGUST BATTAGLIA

___ Fee_____  
___ Process_____  
_X_ Dktd_____  
___ CtRmDep_____  
___ Doc. No._____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and deposited in the United States mail at St. Louis, Missouri on this 3nd day of November, 2005, addressed to the following attorneys of record:

**Charles Avrith**
Hughes, Hubbard & Reed, LLP
Battery Park Ofc.
One Battery Park Plaza
New York, NY 10004
*Attorneys for Merck& Co., Inc.*

**Dan H. Ball**
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

**Robert T. Ebert, Jr.**
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

**Norman Charles Kleinberg**
Hughes, Hubbard & Reed, LLP
Battery Park Ofc.
One Battery Park Plaza
New York, NY 10004
*Attorneys for Merck& Co., Inc.*

**Theodore V.H. Mayer**
Hughes, Hubbard & Reed, LLP
Battery Park Ofc.
One Battery Park Plaza
New York, NY 10004
*Attorneys for Merck& Co., Inc.*

**Randy J. Soriano**
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

**Stephen G. Strauss**
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

**John P. Cunningham**
Brown & James
525 Main St.
Belleville, IL 62220
*Attorneys for Walgreen Co.*

**David A. Dick**
Thompson Coburn
One Firstar Plaza, Suite 3500
St. Louis, MO 63101-9702
*Attorneys for Walgreen Co.*

**B. Matthew Struble**
Thompson Coburn
One Firstar Plaza, Suite 3500
St. Louis, MO 63101-9702
*Attorneys for Walgreen Co..*

**Russ M. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
*Plaintiff's Liaison Counsel*

**Phillip Wittmann**
Stone Pigman Walther Wittmann, LLC
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
*Defendant's Liaison Counsel*

*/s/ Ann M. Smith, Paralegal*