# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC -5 PM 3: 37
LORETTA G. WHYTE
CLERK

..............................................................

THIS DOCUMENT RELATES TO:
*August Battaglia v. Merck & Co., Inc., et al.,* No. 2:05cv2267 (previously 4:05-cv-0280
SDIL USDC)

## ORDER GRANTING VOLUNTARY DISMISSAL

The Plaintiffs Voluntary Dismissal of Defendant Walgreen Co. is hereby granted,
providing each party bear its/their own costs.

So Ordered:

JUDGE

DATE: Nov 30 2005

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No. _____