**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:    **VIOXX** | § | **MDL NO. 1657** |
| **Products Liability Litigation** | § | |
| | § | **SECTION:  L** |
| | § | |
| **This Document Relates to:** | § | **JUDGE FALLON** |
| *Mercy Leal, et al, v. Merck & Co., Inc.* | § | |
| No. 2:05cv2066 | § | **MAG. JUDGE KNOWLES** |

## ORDER RECOGNIZING THE PRIOR DISMISSAL OF
## PLAINTIFF LANCE BILLINGSLEY, ONLY

On this the ___30___ day of ___Nov___, 2005 came on to be heard

Lance Billingsley's Motion to Recognize Prior Dismissal of Plaintiff Lance Billingsley, Only.

The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court for the

Eastern District of Louisiana is hereby directed to remove Lance Billingsley as a party plaintiff

herein from its docket roll, as his case was dismissed without prejudice before reaching these

MDL proceedings.

Judge Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____