MINUTE ENTRY
FALLON, J.
DECEMBER 1, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
       LIABILITY LITIGATION                    MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.            REF NO. 05-4046

VERSUS

MERCK & CO., INC.                              SECTION: L


BEFORE JUDGE ELDON E. FALLON          Thursday, December 1, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert       (continued from 11-30-05)
Court Reporters: Toni Tusa and Cathy Pepper

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq., for plaintiffs
             Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

---

JURY TRIAL: All present and ready.

Plaintiffs' Witnesses:
Thomas Frederick Baldwin, MD - sworn - accepted as expert in cardiology.
Alan Nies, MD - sworn
outside jury's presence: Plaintiffs proffer portion of testimony of Dr. Baldwin, which will be reduced to paper and admitted as Plaintiff - Baldwin Proffer 1.  Return to jury:

Plaintiffs' Witnesses:
Alan Nies - resumes testimony
Wayne Allen Ray, MD - sworn - accepted as expert

Court adjourned at 5:15 pm until Friday, December 2, 2005, at 8:30 am.

JS-10    6:20

Fee____
Process____
X  Dktd____
   CtRmDep____
Doc.No.____