MINUTE ENTRY
FALLON, J.
DECEMBER 2, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL - 1657 |
| EVELYN IRVIN PLUNKETT, Individually, and as Personal Representative of the Estate of Richard Irvin, Jr. | REF NO. 05-4046 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L |

BEFORE JUDGE ELDON E. FALLON              Friday, December 2, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert              (continued from 12-1-05)
Court Reporters: Toni Tusa and Cathy Pepper

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq., and
                    Dave Williams, Esq. for plaintiffs
                    Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

---

JURY TRIAL: All present and ready.

Plaintiffs' Witnesses:
Dr. Wayne Allen Ray - resumes testimony.
John Weeks - sworn
Ashley Lauren Irvin - sworn
Frederick Anthony Raffa - sworn - accepted as economic expert.
Allesha Irvin Schirmer - by video deposition. Transcript filed into the record.
Richard Aycock - by video deposition. Transcript filed into the record.
Christopher Schirmer, MD - by video deposition.

Court adjourned at 5:20 pm until Saturday, December 3, 2005, at 8:15 am.


JS 10 -  6:35

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc.No._____