U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   12-2-05
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce portions of a deposition taken of Allesha Irvin Schirmer at the trial of this matter. The Defendant, however, made several objections to the proffered deposition testimony. The Court ruled on these objections. The Court's rulings are noted on Allesha Irvin Schirmer's deposition testimony, which has been entered into the record.

Houston, Texas, this  1st  day of     December    , 2005.

UNITED STATES DISTRICT JUDGE

Fee
Process
X Dktd
CtRmDep
Doc.No.