*Allesha Irvin Schirmer* 35durlist   MDL-1657
*Ref: 05-4046-L*

ASchirmer (Multi-clip)
Schrimer    A.Schirmer5.18    5:18-6:6

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   12-2-05
remove LORETTA G. WHYTE
CLERK

| | |
|---|---|
| 5:18 | Q.  Good morning, Miss Schirmer.  My name is |
| 5:19 | Shayna Cook.  I represent Merck in this case. |
| 5:20 | Can you state your full name for the |
| 5:21 | record, please. |
| 5:22 | A.  Allesha Marchelle Irvin Schirmer. |
| 5:23 | Q.  And do you prefer to go by Miss Schirmer or |
| 5:24 | Mrs. Schirmer? |
| 5:25 | A.  Mrs. Schirmer. |
| 6: Page 6 | |
| 6: 01 | Q.  Mrs. Schirmer, are you married? |
| 6: 02 | A.  Yes. |
| 6: 03 | Q.  And what is your husband's name? |
| 6: 04 | A.  Christopher Robert Schirmer. |
| 6: 05 | Q.  What is your maiden name? |
| 6: 06 | A.  Allesha Marchelle Irvin. |

Schrimer    A.Schirmer13.04    13:4-13:12

| | |
|---|---|
| 13: 04 | Q.  How old are you, Mrs. Schirmer? |
| 13: 05 | A.  Thirty-six. |
| 13: 06 | Q.  And what is your date of birth? |
| 13: 07 | A.  1/17/69. |
| 13: 08 | Q.  What is your current address? |
| 13: 09 | A.  1994 -- 19954 Loxahatchee Point Drive, |
| 13:10 | Jupiter, Florida 33458. |
| 13:11 | Q.  How long have you lived at that address? |
| 13:12 | A.  For almost ten years. |

Schrimer    A.Schirmer14.17    14:17-14:19

| | |
|---|---|
| 14:17 | Where is Jupiter Beach? |
| 14:18 | A.  It's Jupiter, Florida and it's about twenty |
| 14:19 | miles north of West Palm Beach, Florida. |

Schrimer    A.Schirmer14.25    14:25-15:2

| | |
|---|---|
| 14:25 | Q.  How far is Jupiter from St. Augustine? |
| 15: Page 15 | |
| 15: 01 | A.  About three and a half hours, three |
| 15: 02 | hundred - or two hundred and twenty-one miles. |

Schrimer    A.Schirmer15.19    15:19-15:23

Page 1

35durlist

15:19    Q.  And did you graduate from college?
15:20    A.  I did with an associate's degree.
15:21    Q.  What year did you get your associate's
15:22    degree?
15:23    A.  In 1990.

Schrimer    A.Schirmer16.07    16:7-16:8

16: 07    Q.  What was your associate's degree in?
16: 08    A.  Cardiopulmonary technology.

Schrimer    A.Schirmer17.02    17:2-17:10

17: 02    Q.  What does a cardiopulmonary technician do?
17: 03    A.  I work in the pulmonary lab, take pulmonary
17: 04    gases, pulmonary function testing, cardiac cath lab
17: 05    doing cardiac procedures, interventional procedures,
17: 06    PTCAs.  I worked in the cardio - the echocardiography
17: 07    lab where we do cardiac imaging and we go to the
17: 08    open - the OR and do open-heart surgery, we also do
17: 09    diagnostic testing as far as stress tests, cardiac
17:10    stress tests and nuclear tests.

Schrimer    A.Schirmer18.15    18:15-18:19

18:15    Q.  And what -- Let's go through your
18:16    employment.  You said your first job was at
18:17    Children's National Medical Center in Washington
18:18    D.C.?
18:19    A.  Yes.

Schrimer    A.Schirmer19.06    19:6-19:19

19: 06    Q.  And how long were you at that job at
19: 07    Children's National Medical Center?
19: 08    A.  A little over a year.
19: 09    Q.  What year does that put us in when you
19:10    finished that job?
19:11    A.  I started in May of '90 and finished -- Or
19:12    I left there in July of '91, as I remember.
19:13    Q.  Where did you go after the Children's
19:14    National Medical Center?
19:15    A.  To Jacksonville, Florida.
19:16    Q.  What did you do in Jacksonville?
19:17    A.  I was an ultrasound echosonographer and I

Page 2

35durlist
19:18   worked in the cardiac cath lab at St. Vincent's
19:19   Medical Center.

Schrimer    A.Schirmer22.19    22:19-23:1

22:19       Q.  How long were you at St. Vincent's Medical
22:20   Center?
22:21       A.  Three years.
22:22       Q.  So would that be from July, 1991 to July --
22:23       A.  June, '94, so not quite.  About June, '94.
22:24       Q.  So you were at St. Vincent's from July,
22:25   1991 to June, 1994?
23: Page 23
23: 01      A.  Yes.

Schrimer    A.Schirmer24.24    24:24-34:15

24:24       Q.  Mrs. Schirmer, was Richard Irvin your
24:25   father?
25: Page 25
25: 01      A.  Yes.
25: 02      Q.  Did you ever hear of Mr. Irvin seeing a
25: 03   doctor?
25: 04      A.  Yes.
25: 05      Q.  Do you remember when that was?
25: 06      A.  My entire life?
25: 07      Q.  Yes.
25: 08      A.  I mean, there were different times that he
25: 09   had colds or - but nothing serious that he would go
25:10   see a doctor and I don't know who that was or when
25:11   that was, I can't be specific but, yes, my dad went
25:12   and saw a doctor.
25:13       Q.  Were you living at home when you recall
25:14   your dad seeing a doctor?
25:15       A.  Uh-huh.  (Affirmative response).
25:16       Q.  Do you have any knowledge of Mr. Irvin
25:17   seeing a doctor on any occasion after you left home?
25:18       A.  Yes.
25:19       Q.  Do you remember when that was?
25:20       A.  I don't know exactly what date it was.
25:21           There was a time that he had a cyst on his
25:22   hand and called me and I was able to give him a group
25:23   of surgeons that actually performed a procedure at
25:24   St. Vincent's Medical Center to remove that cyst.
25:25       Q.  Do you remember when Mr. Irvin had a cyst
26: Page 26

35durlist

26: 01   on his hand?
26: 02       A.  I'm going to take a guess.  Around 1993.
26: 03   It could have been '92.  I don't know.
26: 04       Q.  Was it definitely when you were working at
26: 05   St. Vincent's?
26: 06       A.  It was.
26: 07       Q.  Other than when Mr. Irvin saw a doctor for
26: 08   the cyst on his hand, do you remember him going to
26: 09   the doctor after you left home at any point?
26:10       A.  Him going to see a doctor because he was
26:11   sick, no.
26:12       Q.  Do you remember Mr. Irvin seeing a doctor
26:13   for any reason after you left home other than for the
26:14   cyst on his hand?
26:15       A.  He came once and had a stress - stress test
26:16   at the diagnostic center at St. Vincent's.
26:17       Q.  Do you remember when Mr. Irvin had a stress
26:18   test?
26:19       A.  I'm guessing '92 and I'm guessing it was
26:20   before his hand surgery, and I say I'm guessing
26:21   because this is -- You know, it's hard to remember.
26:22       Q.  I understand, but in any event, Mr. Irvin's
26:23   stress test was between July, 1991 and June, 1994
26:24   when you were working at St. Vincent's?
26:25       A.  Absolutely.
27: Page 27
27: 01       Q.  Do you remember why Mr. Irvin had a stress
27: 02   test done?
27: 03       A.  He was making his daughter happy.  I wanted
27: 04   him to come in and have a stress test, it was
27: 05   available and I think I just wanted him to come and
27: 06   get cleared, just a stress test.
27: 07       Q.  Was it your idea that your father have a
27: 08   stress test?
27: 09       A.  Yes.
27:10       Q.  Why did you think Mr. Irvin should have a
27:11   stress test?
27:12       A.  I think - I think all men should even at
27:13   his young age just as a check.  That's just -- I
27:14   mean, you know, it was available, so - and someone
27:15   would do it for me, so --
27:16       Q.  Do you think that men over a certain age
27:17   should have stress tests just as a preventional
27:18   technique?
27:19       A.  Is this as a personal question or is this a
27:20   professional question?  I'm not sure.

Page 4

35durlist

27:21      Q.  Well, you said that all men even at your
27:22  father's age in 1992 should have stress tests.  My
27:23  question is, is there a certain age at which you
27:24  think men should have a stress test?
27:25      A.  I think that the procedure was available
28: Page 28
28: 01  where I worked and I asked my father if he would come
28: 02  up and do it and he obliged.  There was no specific
28: 03  reason why he had it and he was having no problems.
28: 04  He did it - he did it for me, I think.
28: 05      Q.  At the point you recommended a stress test
28: 06  to your father, he was having no symptoms of any
28: 07  cardiovascular problems?
28: 08      A.  Absolutely not.
28: 09      Q.  Did you suggest that anyone else in the
28:10  family have a stress test?
28:11      A.  No.
28:12      Q.  Can you describe to me what a stress test
28:13  is exactly.
28:14      A.  A technologist puts EKG leads on the
28:15  patient, hooks them up to an EKG machine and most of
28:16  the time it's a treadmill, sometimes it can be a drug
28:17  induced stress test, but most of the time it's a
28:18  treadmill, sometimes a bicycle, but in my dad's case
28:19  it was a treadmill.  He - basically they monitor the
28:20  EKG as the heart rate increases and follows that.
28:21      Q.  What is an EKG?
28:22      A.  It's a test on the electrical activity of
28:23  the heart.
28:24      Q.  So when you say EKG leads, these are the -
28:25  what are EKG leads exactly?
29: Page 29
29: 01      A.  A sticker that you put on the chest, you
29: 02  attach a wire, the wire goes into the machine and it
29: 03  measures the electrical activity of the heart.
29: 04      Q.  And after you put the EKG leads on the
29: 05  patient and you hook them up to the machine the
29: 06  patient gets on a treadmill?
29: 07      A.  Uh-huh.  (Affirmative response).
29: 08      Q.  When Mr. Irvin had his stress test, what
29: 09  was your role in the test?
29:10      A.  I wasn't there for it.  I was busy in the
29:11  echo lab.
29:12      Q.  Do you know who did the test?
29:13      A.  I do not remember.
29:14         I know what doctor did the test.

Page 5

35durlist

29:15    Q.  And what was the doctor's name?
29:16    A.  Doctor George Pilcher.
29:17    Q.  How do you spell that last name?
29:18    A.  P-i-l-c-h-e-r.
29:19    Q.  Other than Doctor Pilcher and another
29:20  technician, was there anyone else involved in this
29:21  stress test?
29:22    A.  No.  There should not have been, no.
29:23  Again, I wasn't there, so --
29:24    Q.  Did you discuss doing a stress test with
29:25  Doctor Pilcher prior to the test?
30: Page 30
30: 01    A.  Yes.
30: 02    Q.  And what did he say about the test?
30: 03        Did he -- Let me strike that question.
30: 04        Did Doctor Pilcher think it was a good idea
30: 05  to do a stress test on your father?
30: 06    A.  He thought that -- I mean, I guess -- I
30: 07  guess he did.
30: 08    Q.  Do you remember what Doctor Pilcher said
30: 09  about the stress test prior to taking it?
30:10    A.  No.
30:11    Q.  Was the stress test done for free?
30:12    A.  Yes.
30:13    Q.  Did Doctor Pilcher and the cardio
30:14  technician agree to do the stress test for free?
30:15    A.  Correct.
30:16    Q.  How long does a stress test take?
30:17    A.  It really depends on the patient, how long
30:18  they can go on the treadmill to get the maximum - the
30:19  maximum heart rate.
30:20    Q.  What is the maximum heart rate for someone
30:21  your --
30:22    A.  I don't know.
30:23    Q.  Do you remember how old Mr. Irvin was when
30:24  he had his stress test?
30:25    A.  I'll do the math real quick.
31: Page 31
31: 01    Q.  According to my math he was probably around
31: 02  forty-four years old.  Does that sound right to you?
31: 03    A.  That sounds about right.
31: 04    Q.  Do you remember how long Mr. Irvin's stress
31: 05  test lasted?
31: 06    A.  I do not, but I know that it would have
31: 07  been an appropriate time.  I mean, it would have been
31: 08  the factors that the physician was ready right at the

Page 6

Sustained

A's obj.

602

*Sustained*

35durlist

*602*

31: 09   time that he was ready, how long he had to wait.  I
31:10   don't remember.  I was working that particular day.
31:11   I saw him before he went in, I saw him after he came
31:12   out and that was it.
31:13       Q.   Do - does the patient have to take any
31:14   drugs before a stress test?
31:15       A.   No.
31:16       Q.   Is a stress test uncomfortable at all?
31:17       A.   For some patients it could be.
31:18       Q.   And what type of patients would find a
31:19   stress test uncomfortable?
31:20       A.   I think for a patient that was out of shape
31:21   it would be uncomfortable.  Sometimes the legs have
31:22   to move a little faster to get the cardiac rate up,
31:23   some patients are in better shape and it takes
31:24   longer, but it just really depends on the physical
31:25   shape of the patient probably.
32: Page 32
32: 01       Q.   What is the purpose of a stress test?
32: 02       A.   It's to elevate the heart rate and see if
32: 03   there's any ischemia or lack of blood flow to the
32: 04   coronary arteries.  They can detect that by an EKG
32: 05   most of the time.
32: 06       Q.   When you say most of the time, do you mean
32: 07   that doctors are unable to always detect a lack of
32: 08   blood flow to the heart using an EKG?
32: 09       A.   I'm not really sure of the answer to that
32:10   question.
32:11       I do know that there are times that the
32:12   doctors will decide to do a nuclear stress test where
32:13   they actually inject dye into the heart and do the
32:14   stress test at the same time, and how they determine
32:15   that I'm not sure.
32:16       Q.   Would you say that a stress test is a
32:17   perfect determinate of whether someone has any
32:18   cardiovascular problems whatsoever?
32:19       A.   I think it's the - it's usually the first
32:20   test that they do to rule out something on a non
32:21   symptomatic patient.
32:22       Q.   What can a doctor find with a stress test?
32:23       A.   He can find arrhythmias, he can find
32:24   ischemia, meaning lack of blood flow to the muscle of
32:25   the heart by EKG changes.
33: Page 33
33: 01       That's all that I'm aware of.
33: 02       Q.   When you say arrhythmias, does that mean an

*Sustained*

*Δ's OBJ.*

*602*
*Non-Resp.*

35durlist

33: 03   irregular heartbeat?
33: 04       A.  Yes.
33: 05       Q.  And when you say ischemia, what do you mean
33: 06   by that?
33: 07       A.  Ischemia is lack of blood flow to the
33: 08   muscle of the heart and to get blood flow to the
33: 09   muscle of the heart it's through the coronary
33:10   arteries and so if there is sometimes a blockage in
33:11   one of the coronary arteries, the muscle, which show
33:12   signs at a high heart rate of not getting enough
33:13   blood.
33:14       Q.  Would the stress test show any blockage
33:15   whatsoever in the coronary arteries?
33:16       A.  I don't know.
33:17       Q.  Did you see the results of the stress test
33:18   on Mr. Irvin?
33:19       A.  I did.
33:20       Q.  And what did the results look like?
33:21       A.  It's just like two sheets of, that I can
33:22   remember, you know, every institution has a different
33:23   report but usually it will say the results and the
33:24   findings and maybe even how long the patient was on
33:25   the treadmill and at what heart rate and at what
34: Page 34
34: 01   period of phase of the treadmill they've reached that
34: 02   heart rate.
34: 03       Q.  Do you remember specifically what the
34: 04   results from Mr. Irvin's stress test said?
34: 05       A.  Nothing.
34: 06       Q.  You don't remember anything about the
34: 07   results?
34: 08       A.  What I remember is that it was normal and
34: 09   that he was free to go, you know.  That was it.
34:10       Q.  Did you talk to the doctor about the
34:11   results of the stress test?
34:12       A.  Yes.
34:13       Q.  Do you remember what Doctor Pilcher said
34:14   about the results?
34:15       A.  That he looked great.

Schrimer    A.Schirmer34.19_D    34:19-35:3

34:19       Q.  Do you know if the results of the stress
34:20   test indicated that Mr. Irvin would not develop in
34:21   the future cardiovascular problems?
34:22       A.  No.

35durlist

34:23      Q.  Can a stress test indicate whether a person
34:24   will develop cardiovascular problems in the future?
34:25      A.  No.
35: Page 35
35: 01      Q.  Do you know if Mr. Irvin had any follow-up
35: 02   to the stress test?
35: 03      A.  No, he didn't.

Schrimer     A.Schirmer37.1_D     37:1-38:3

37: 01      Q.  Did you recommend that your mother get a
37: 02   stress test?
37: 03      A.  No.
37: 04      Q.  And why didn't you recommend that your
37: 05   mother get a stress test?
37: 06      A.  Because being a male is a risk factor for
37: 07   cardiovascular disease and at that age my mom was not
37: 08   at risk.
37: 09      Q.  So you recommended that your father get the
37:10   stress test because being male is a risk factor for
37:11   cardiovascular disease?
37:12      A.  Correct.
37:13      Q.  Are you aware of any other diagnostic
37:14   testing that your father had?
37:15      A.  No.
37:16      Q.  Do you know if he ever had his blood
37:17   pressure checked?
37:18      A.  I'm sure he probably did but, no, I do not
37:19   know specifically who and when.
37:20      Q.  You're not specifically aware of any time
37:21   that your father had his blood pressure checked?
37:22      A.  No, but -- No.
37:23      Q.  Do you know if Mr. Irvin ever had his
37:24   cholesterol levels checked?
37:25      A.  I'm not sure of that, no.
38: Page 38
38: 01      Q.  Do you know if Mr. Irvin ever had his blood
38: 02   sugar test - tested?
38: 03      A.  I'm not sure of that.

Schrimer     A.Schirmer38.25     38:25-39:5

38:25      Q.  Anyone on your father's side have high
39: Page 39
39: 01   cholesterol that you know of?
39: 02      A.  Not that I'm sure of, no.

Page 9

35durlist

39: 03      Q.   Do you know if anyone in your family has
39: 04   had high blood pressure?
39: 05      A.   Not that I'm aware of.

Schrimer    A.Schirmer39.9_D    39:9-40:4

39: 09      Q.   And other than your father, do you know of
39:10   anyone in your family who has had a heart attack?
39:11      A.   Yes.
39:12      Q.   And who is that?
39:13      A.   My father's mother.
39:14      Q.   Do you remember when your father's mother
39:15   had a heart attack?
39:16      A.   I'm assuming.  I think it was in December
39:17   of 2000.
39:18      Q.   Other than your father's mother, anyone
39:19   else in your father's family have a heart attack?
39:20      A.   Yes.
39:21      Q.   And who is that?
39:22      A.   His sister.
39:23      Q.   Do you remember when your father's sister
39:24   had a heart attack?
39:25      A.   I think it was 1985.
40: Page 40
40: 01      Q.   Is there anyone else in your father's
40: 02   family who's had a heart attack?
40: 03      A.   I think he had an uncle that had a - that
40: 04   died of a heart attack, but I'm not sure of that.

Overruled

Π's OBJS.
Assumes Facts not in Evid.
- 403

Overruled

Π's OBJS
- Too speculative
- 403

Schrimer    A.Schirmer40.13    40:13-40:14

40:13      Q.   Did you ever see Mr. Irvin chew tobacco?
40:14      A.   Yes.

Schrimer    A.Schirmer40.15_D    40:15-41:6

40:15      Q.   Do you remember when that was?
40:16      A.   He was doing it till the day he died.
40:17      Q.   Was he chewing tobacco when you still lived
40:18   at home?
40:19      A.   No.
40:20      Q.   How often did you see Mr. Irvin chew
40:21   tobacco?
40:22      A.   I didn't see my dad that often, but it
40:23   was - it was not uncommon for him to have it in his
40:24   pants pocket.

Page 10

35durlist

40:25      Q.  How often did you see Mr. Irvin after you
41: Page 41
41: 01    moved away from the Jacksonville area?
41: 02        A.  It's hard to say.  There were times that I
41: 03    saw him six times a year and there were times that I
41: 04    saw him two or three times a year, sometimes twice a
41: 05    month.  It just - it was just intermittent.  He was
41: 06    busy and I have little ones and --

Schrimer    A.Schirmer40.25    40:25-41:6

40:25      Q.  How often did you see Mr. Irvin after you
41: Page 41
41: 01    moved away from the Jacksonville area?
41: 02        A.  It's hard to say.  There were times that I
41: 03    saw him six times a year and there were times that I
41: 04    saw him two or three times a year, sometimes twice a
41: 05    month.  It just - it was just intermittent.  He was
41: 06    busy and I have little ones and --

Schrimer    A.Schirmer43.03    43:3-51:13

43: 03        Q.  Have you ever heard of Vioxx?
43: 04        A.  Yes.
43: 05        Q.  When is the first time you heard of Vioxx?
43: 06        A.  I don't remember.  I - I don't know.  I
43: 07    don't know.
43: 08        Q.  Was it prior to 2001?
43: 09        A.  It could have been.
43:10        Q.  Do you remember how you heard about Vioxx
43:11    the first time?
43:12        A.  Probably on TV.
43:13        Q.  Did you see a commercial or something?
43:14        A.  Probably.
43:15        Q.  Did you ever discuss any Vioxx commercials
43:16    with any of your family members?
43:17        A.  No.
43:18        Q.  When you saw Vioxx on TV for the first
43:19    time, did you discuss it with your family at that
43:20    time?
43:21        A.  No.
43:22        Q.  Do you remember visiting your parents in
43:23    April, 2001?
43:24        A.  Yes.
43:25        Q.  Did you go by yourself?
44: Page 44

Δ's obj.
603
401
402

Sustained

Page 11

35durlist

44: 01      A.  I had my three children, or I had my two
44: 02   children with me.  I only had two children at that
44: 03   time.
44: 04      Q.  Was your husband with you at that time?
44: 05      A.  No.
44: 06      Q.  How long did you visit them for in April,
44: 07   2001?
44: 08      A.  It was a long weekend, three or four days.
44: 09      Q.  Do you remember the date of your visit?
44:10      A.  Yes.
44:11      Q.  And what was it?
44:12      A.  Around April 5th to 6th, I don't know
44:13   exactly, to the 9th or 10th.
44:14      Q.  Do you remember anything about Mr. Irvin's
44:15   physical condition during your visit in April, 2001?
44:16      A.  I do.  He was having a lot of back pain.
44:17      Q.  Did Mr. Irvin talk to you about his back
44:18   pain at that time?
44:19      A.  Yes.
44:20      Q.  What did he say about his back pain?
44:21      A.  That it hurt.
44:22      Q.  Did he tell you that he had injured his
44:23   back?
44:24      A.  I don't remember.
44:25      Q.  Could you tell by Mr. Irvin's movements
45: Page 45
45: 01   that his back hurt?
45: 02      A.  Yes.  He was in a lot of pain.
45: 03      Q.  Had you ever spoken with Mr. Irvin about
45: 04   his back pain prior to April, 2001?
45: 05      A.  Not that I remember.
45: 06      Q.  Do you ever remember him being in back pain
45: 07   before April, 2001?
45: 08      A.  Not that I remember.
45: 09      Q.  Do you remember when the last time you had
45:10   seen Mr. Irvin before April, 2001 was?
45:11      A.  Before that?
45:12      Q.  Yes.
45:13      A.  Probably January.
45:14      Q.  Do you remember anything about -- Strike
45:15   that.
45:16          Do you remember Mr. Irvin mentioning his
45:17   back pain in January, 2001?
45:18      A.  No.
45:19      Q.  Do you remember him seeming like he was in
45:20   pain in January, 2001?

Page 12

35durlist

45:21      A.  No.
45:22      Q.  Did Mr. Irvin say anything to you in April,
45:23  2001 about how he had injured his back?
45:24      A.  I don't know if he mentioned it or if it
45:25  was a family member that mentioned it afterwards.  I
46: Page 46
46: 01  don't remember.  I believed it to be from lifting and
46: 02  working but I don't know if that's something that he
46: 03  said to me or if that's something that I had just
46: 04  inferred.
46: 05      Q.  Was it your understanding that Mr. Irvin
46: 06  had back pain from lifting boxes at work?
46: 07      A.  That was my understanding.
46: 08      Q.  So, in other words, you didn't believe that
46: 09  Mr. Irvin had injured his back on a specific occasion
46:10  but that it was just chronic pain from lifting?
46:11      A.  I never questioned if it was a specific
46:12  incident or if it was chronic.  I just knew at that
46:13  particular time he had pain.
46:14      Q.  Did Mr. Irvin mention to you in April, 2001
46:15  that he had tried any over the counter medications
46:16  for his back pain?
46:17      A.  He probably had mentioned that he tried
46:18  Motrin or Tylenol because we had the discussion that
46:19  he - nothing seems to work.
46:20      Q.  Do you remember which over the counter
46:21  medications specifically Mr. Irvin had tried?
46:22      A.  I do not.
46:23      Q.  But you do remember Mr. Irvin telling you
46:24  that his over the counter medications had not been
46:25  working?
47: Page 47
47: 01      A.  Yes.
47: 02      Q.  Was it your understanding that Mr. Irvin
47: 03  typically took over the counter medications for his
47: 04  back pain?
47: 05      A.  Well, for any pain he would probably take a
47: 06  Tylenol or Motrin.
47: 07      Q.  Do you remember Mr. Irvin taking any
47: 08  specific over the counter medications at any point?
47: 09      A.  Yes.
47:10      Q.  Do you remember specifically what they
47:11  were?
47:12      A.  No, but his two choices would be probably
47:13  Motrin or Tylenol.  It's what was in our house.
47:14      Q.  You remember specifically that there was

Page 13

35durlist

47:15   Motrin and Tylenol in your parents' house?
47:16       A.  Yes.
47:17       Q.  Do you know of Mr. Irvin taking any
47:18   prescription medications prior to 2001?
47:19       A.  Yes.  I'm sure he did, yes.
47:20       Q.  Do you know of any specific prescription
47:21   medications Mr. Irvin took prior to 2001 -- April,
47:22   2001?
47:23       A.  Not specifically, no.
47:24       Q.  During the first conversation that you had
47:25   with your father in April, 2001 regarding his back
48: Page 48
48: 01   pain, do you remember if he said that his back pain
48: 02   was preventing him from doing certain activities?
48: 03       A.  I don't think it prevented him.  It
48: 04   probably wouldn't have prevented him.  He would have
48: 05   worked with the pain.
48: 06       Q.  Other than your father telling you that his
48: 07   back was in pain and that over the counter
48: 08   medications weren't working for him, do you remember
48: 09   anything else about that first conversation in April
48:10   of 2001 when your father told you his back was in
48:11   pain?
48:12       A.  Do I remember anything else he said to me,
48:13   no.
48:14       Q.  Did Mr. Irvin ask you if he could get a
48:15   prescription for pain medication for his back?
48:16       A.  On April 9th?
48:17       Q.  When you were visiting in April, 2001.
48:18       A.  He either asked me or I suggested we call
48:19   Chris and see if he had any suggestions.
48:20       Q.  Do you remember if you suggested to
48:21   Mr. Irvin in April, 2001 that you call Doctor
48:22   Schirmer to see if he had any suggestions for
48:23   prescription medications?
48:24       A.  I don't remember if he asked me or if I
48:25   suggested.
49: Page 49
49: 01       Q.  Do you remember calling Doctor Schirmer to
49: 02   ask him about prescription pain medications?
49: 03       A.  I remember calling my husband and speaking
49: 04   with him and he probably spoke with my father.
49: 05       Q.  Do you remember when that conversation took
49: 06   place?
49: 07       A.  April 9th, 2001.
49: 08       Q.  Do you - what do you remember about your

Page 14

35durlist

49: 09   discussion with your husband on April 9th, 2001?
49:10       A.  I remember explaining that daddy has been
49:11   having a lot of back pain and do you have any
49:12   suggestions on what else might help other than what
49:13   he had been doing, and my husband spoke with him and
49:14   what - I don't know what happened after that.
49:15       Q.  Do you remember what Doctor Schirmer said
49:16   to you when you said that your father had been having
49:17   back pain?
49:18       A.  No.  He probably suggested that he talk to
49:19   him about it.
49:20       Q.  Do you specifically remember your husband
49:21   speaking with Mr. Irvin on April 9th, 2001?
49:22       A.  I do remember that.
49:23       Q.  And Doctor Schirmer spoke with Mr. Irvin on
49:24   the phone on that date?
49:25       A.  Correct.
50: Page 50
50: 01       Q.  Were you in the room when Mr. Irvin was
50: 02   speaking with Doctor Schirmer?
50: 03       A.  We were standing outside of a restaurant,
50: 04   yes.  I was there.
50: 05       Q.  So you were standing next to Mr. Irvin
50: 06   while he was talking to your husband?
50: 07       A.  I was standing outside.  Whether or not I
50: 08   was next to him I don't really remember, but I was -
50: 09   handed the phone off and probably chased my children.
50:10       Q.  Could you hear Mr. Irvin's side of the
50:11   conversation with Doctor Schirmer?
50:12       A.  I could not, and if I could I wouldn't
50:13   remember anything about it.
50:14       Q.  Do you remember anything about your
50:15   conversation with Doctor Schirmer on that date?
50:16       A.  No, other than explaining to my husband
50:17   that my father was having back pain and do you have
50:18   any suggestions and I handed the phone off to my
50:19   father.
50:20       Q.  But you don't remember anything about -
50:21   that you heard from Mr. Irvin's conversation with
50:22   Doctor Schirmer?
50:23       A.  No.
50:24       Q.  Do you specifically remember that that
50:25   conversation took place on April 9th, 2001?
51: Page 51
51: 01       A.  If that - if that was a Monday, yes.  I
51: 02   didn't look at a calendar.  I am pretty sure I was

Page 15

35durlist

51: 03    there for my nephew's birthday party which was on
51: 04    Saturday and I'm pretty sure his birthday was on the
51: 05    9th and that's actually where I was at dinner with
51: 06    my - was the last day I saw my dad, so --
51: 07        Q.   After Mr. Irvin spoke with Doctor Schirmer
51: 08    on the phone, did you talk to Doctor Schirmer again?
51: 09        A.   I don't remember.
51:10        Q.   Do you know if Doctor Schirmer suggested
51:11    the particular medications to Mr. Irvin?
51:12        A.   I knew that he was calling in a
51:13    prescription for my father.

Schirmer    A.Schirmer53.03    53:3-54:15

53: 03        Q.   Did you know that your husband prescribed
53: 04    Vicoprofen and Methocarbamol to Mr. Irvin on April
53: 05    9th, 2001?
53: 06        A.   I knew he prescribed him something.  I did
53: 07    not know what it was.
53: 08        Q.   Did you talk to Mr. Irvin about his
53: 09    conversation with Doctor Schirmer on April 9th, 2001
53:10    after he got off the phone?
53:11        A.   I may have.  I don't remember.  Probably.
53:12        Q.   Do you remember anything Mr. Irvin told you
53:13    about that conversation?
53:14        A.   Probably told me that Chris had called him
53:15    on something, otherwise, no.
53:16        Q.   Do you remember Mr. Irvin telling you
53:17    whether Doctor Schirmer had discussed any warnings or
53:18    side effects of the medications that he had
53:19    prescribed?
53:20        A.   I don't remember.
53:21        Q.   Do you remember if Mr. Irvin told you that
53:22    Doctor Schirmer had told him how to take the
53:23    medications that he prescribed?
53:24        A.   I do not remember that.
53:25        Q.   So other than Mr. Irvin telling you that
54: Page 54
54: 01    Doctor Schirmer had called - was going to call him in
54: 02    a prescription, do you remember anything else about
54: 03    your conversation with Mr. Irvin after he got off the
54: 04    phone with Doctor Schirmer?
54: 05        A.   There may have been a discussion about
54: 06    going to see a local physician to find out why he was
54: 07    injured or having pain.
54: 08        Q.   Do you remember having a discussion with

35durlist

54: 09   Mr. Irvin about going to a local physician on April
54:10   9th?
54:11      A.   No, not specifically.
54:12      Q.   Do you remember specifically Mr. Irvin
54:13   telling you that Doctor Schirmer had recommended that
54:14   he see a local physician on April 9th, 2001?
54:15      A.   Not specifically I do not.

Schrimer    A.Schirmer55.07    55:7-55:14

55: 07      Q.   After April 9th, 2001 did you discuss with
55: 08   Mr. Irvin whether he had tried the medications that
55: 09   your husband prescribed for him?
55:10      A.   Honestly I probably left the day after and
55:11   I probably did not speak with him up until he called
55:12   me, whatever day that might have been.  Within a
55:13   week, I probably talked to him within a week after
55:14   that and whether or not it was working, I don't know.

Schrimer    A.Schirmer55.21    55:21-55:25

55:21      Q.   Do you remember talking to Mr. Irvin after
55:22   April 10th, 2001 about the medications your husband
55:23   had prescribed?
55:24      A.   I do not specifically remember if we spoke
55:25   of the medications that he prescribed on the 9th.

Schrimer    A.Schirmer56.15    56:15-59:15

56:15      Q.   Mrs. Schirmer, if you'll look back at
56:16   Exhibit Three that's in front of you.  Do you see the
56:17   prescription for Vioxx on that sheet?
56:18      A.   Yes.
56:19      Q.   What is the date of that prescription?
56:20      A.   4/15/2001.
56:21      Q.   Do you remember if you spoke with Mr. Irvin
56:22   between April 9th, 2001 and April 15th, 2001?
56:23      A.   Yes, I did.
56:24      Q.   And do you remember what date that was?
56:25      A.   I don't remember exactly what day it was,
57: Page 57
57: 01   no.
57: 02      Q.   Do you remember if it was a couple days
57: 03   after April 9th?
57: 04      A.   It would have had to have been between the
57: 05   9th and the 15th.

Page 17

35durlist

57: 06    Q.   And did you speak with Mr. Irvin on the
57: 07    phone during the - between the 9th and the 15th of
57: 08    April?
57: 09    A.   Yes.
57:10    Q.   What do you remember about that
57:11    conversation?
57:12    A.   I remember him calling and saying that a
57:13    friend had given him some samples of a medication
57:14    that was the first thing that has helped his back, it
57:15    was Vioxx and would Chris - do I think Chris would
57:16    mind calling in a prescription long enough until he
57:17    could go see his doctor and I said let me let you
57:18    talk to him because I think -- I handed the phone off
57:19    to Chris at that point.  I mean, we probably talked
57:20    about a few other things, but as far as the
57:21    medication goes, once he asked me that and he said
57:22    that he had been taking some samples that someone had
57:23    given him I handed the phone to Chris.
57:24    Q.   Do you remember what time of day you spoke
57:25    with Mr. Irvin?
58: Page 58
58: 01    A.   I don't.  I am pretty sure he was at work,
58: 02    but my dad worked from 7:00 in the morning sometimes
58: 03    till 7:00 at night, so whenever that was, but I am
58: 04    pretty sure he was at work or on his cell phone
58: 05    during working hours.
58: 06    Q.   Were you at home when you spoke with
58: 07    Mr. Irvin?
58: 08    A.   Yes.
58: 09    Q.   And when you spoke with him, it wasn't at
58:10    night after 7:00 p.m.?
58:11    A.   I do not think so, no.
58:12    Q.   During that conversation, did Mr. Irvin
58:13    mention to you that he had tried the previous
58:14    medications Doctor Schirmer had prescribed?
58:15    A.   I do not remember him specifically saying
58:16    that, no.
58:17    Q.   Do you know whether he did try those
58:18    medications?
58:19    A.   If he filled them, I'm sure he tried them,
58:20    yes.
58:21    Q.   But you never spoke with him about those
58:22    medications and whether or not they worked?
58:23    A.   Not that I remember.
58:24    Q.   Did Mr. Irvin tell you that he had received
58:25    Vioxx samples from someone?

35durlist

59: Page 59
59: 01    A.  Yes.
59: 02    Q.  Did he tell you how many Vioxx samples he
59: 03  had received?
59: 04    A.  He did not.
59: 05    Q.  Did Mr. Irvin tell you who he got Vioxx
59: 06  samples from?
59: 07    A.  He may have.  I do not remember.
59: 08    Q.  Was it your understanding that he received
59: 09  the Vioxx samples from a friend?
59:10    A.  Yes.
59:11    Q.  Do you know if he received the Vioxx
59:12  samples from a doctor?
59:13    A.  I did not know - he said -- He said a
59:14  friend gave them to him and if it would have been a
59:15  doctor he would have told me that, I think, yes.

Schrimer    A.Schirmer59.16_D    59:16-59:22

59:16    Q.  Was it your understanding that Mr. Irvin
59:17  had not been to the doctor since Doctor Schirmer had
59:18  prescribed medications to him?
59:19    A.  It was my understanding, yes.
59:20    Q.  Did Mr. Irvin mention to you in that
59:21  conversation how many Vioxx he had tried?
59:22    A.  No.

Schrimer    A.Schirmer60.01    60:1-60:4

60: 01    Q.  Was it your understanding that he was
60: 02  taking Vioxx samples at the time Doctor Schirmer
60: 03  called in the other two prescriptions for him?
60: 04    A.  No.

Schrimer    A.Schirmer60.09    60:9-61:4

60: 09    Q.  Do you remember Mr. Irvin telling you that
60:10  the Vioxx samples he had tried worked for him?
60:11    A.  Yes.
60:12    Q.  And do you remember your father telling you
60:13  that the Vioxx he had tried alleviated his back pain?
60:14    A.  Yes.
60:15    Q.  Did Mr. Irvin tell you in that conversation
60:16  that he would like a prescription for Vioxx?
60:17    A.  He did not tell me.  He asked me if he
60:18  thought my husband would call in a prescription until

Page 19

35durlist

60:19   he could go see his doctor since this - as a
60:20   medication that finally worked for him.
60:21       Q.   Do you remember Mr. Irvin saying that he
60:22   wanted a prescription until he could go see a doctor?
60:23       A.   Yes.
60:24       Q.   Did he mention which doctor he was planning
60:25   to see?
61: Page 61
61: 01       A.   No.
61: 02       Q.   Do you know of any doctor that your father
61: 03   would have seen for such a problem?
61: 04       A.   I would not know, no.


Schrimer     A.Schirmer61.19     61:19-69:13


61:19       Do you remember anything else about your
61:20   conversation with Mr. Irvin between April 9th and
61:21   April 15th, 2001 other than that he told you he had
61:22   gotten samples of Vioxx and it had worked for him and
61:23   he was wondering whether or not Doctor Schirmer could
61:24   prescribe Vioxx to him until he could see a doctor?
61:25       A.   I did not remember anything else.
62: Page 62
62: 01       Q.   Do you remember after having that
62: 02   conversation with Mr. Irvin that you handed the phone
62: 03   to Doctor Schirmer and Doctor Schirmer spoke with
62: 04   Mr. Irvin?
62: 05       A.   I am pretty sure I handed the phone to him.
62: 06       Q.   Are you certain that Doctor Schirmer spoke
62: 07   with Mr. Irvin at that time?
62: 08       A.   As I remember it I answered - I handed the
62: 09   phone off to my husband, that's how I remember it.
62:10       Q.   What are Doctor Schirmer's normal work
62:11   hours?
62:12       A.   They aren't.  There's nothing normal about
62:13   them.  There's a 9:00 to 9:00 shift, 9:00 in the
62:14   morning to 9:00 at night, there's a 9:00 at night
62:15   till 7:00 in the morning, there's a 4:00 in the
62:16   afternoon till 2:00 in the morning, there is a 7:00
62:17   to 5:00 shift and it can be Monday - you know, any
62:18   day of the week Monday through Sunday, and he also is
62:19   an administrator, so he has administrative
62:20   responsibilities that he goes in for.
62:21       Q.   And do you remember specifically Doctor
62:22   Schirmer being home on the day that you talked to
62:23   your father between April 9th --

35durlist

62:24      A.  I do.
62:25      Q.  -- and April 15th?
63: Page 63
63: 01      A.  I do.
63: 02      Q.  So you're certain that Doctor Schirmer was
63: 03   home at the time you spoke with your father?
63: 04      A.  I remember handing the phone off to my
63: 05   husband, yes.
63: 06      Q.  Were you in the room when Doctor Schirmer
63: 07   spoke with Mr. Irvin?
63: 08      A.  Possibly, but if I was I don't remember any
63: 09   part of the conversation.  I don't sit there and
63:10   linger.
63:11      Q.  You don't remember anything about the
63:12   conversation between Doctor Schirmer -- Strike that.
63:13         You don't remember anything about the
63:14   conversation between Doctor Schirmer and Mr. Irvin
63:15   between April 9th and 15th, 2001?
63:16      A.  No.
63:17      Q.  Do you remember -- Strike that.
63:18         Did you speak with Doctor Schirmer about -
63:19   after his conversation with Mr. Irvin?
63:20      A.  Possibly.
63:21      Q.  Do you remember Doctor Schirmer telling you
63:22   anything about his conversation with Mr. Irvin
63:23   between April 9th and 15th, 2001?
63:24      A.  Nothing, I mean other than reiterating what
63:25   my dad said to me, no.
64: Page 64
64: 01      Q.  Do you remember Doctor Schirmer reiterating
64: 02   what Mr. Irvin had told you during your conversation
64: 03   with Mr. Irvin?
64: 04      A.  Yes.  He said, you know, that he had had -
64: 05   been taking some samples of Vioxx and he prescribed
64: 06   it for a little bit longer so he could make an
64: 07   appointment to get in and see a doctor but it was
64: 08   relieving his pain.
64: 09      Q.  And Doctor Schirmer told you that Mr. Irvin
64:10   had told him that he had taken samples of Vioxx and
64:11   that he would like a prescription for Vioxx until he
64:12   could see his doctor because it was relieving his
64:13   pain?
64:14      A.  That's how I remember it.
64:15      Q.  Do you remember anything else about that
64:16   conversation other than what you just told me?
64:17      A.  No.

Page 21

35durlist



64:18    Q.  Did Doctor Schirmer tell you that he had
64:19  discussed with Mr. Irvin anything about any
64:20  precautions or warnings for Vioxx?
64:21    A.  No.
64:22    Q.  Did Doctor Schirmer tell you that he had
64:23  discussed any counter indications of Vioxx?
64:24    A.  No.
64:25    Q.  Did Doctor Schirmer tell you that he had
65: Page 65
65: 01   discussed any possible side effects of Vioxx with
65: 02  Mr. Irvin?
65: 03    A.  No.
65: 04    Q.  Did Doctor Schirmer tell you whether he had
65: 05  asked any questions about Mr. Irvin's medical
65: 06  history?
65: 07    A.  On that particular conversation?
65: 08    Q.  Yes.
65: 09    A.  In that particular conversation, no.
65:10    Q.  Do you remember Doctor Schirmer ever
65:11  talking to Mr. Irvin about his medical history?
65:12    A.  Yes, I do.
65:13    Q.  And when was that conversation?
65:14    A.  I can't specifically say.  I mean - I mean,
65:15  my husband -- I mean, my husband has been practicing
65:16  since 1990.  I don't remember specifically what and
65:17  when the conversations took place and nor was I
65:18  always there, but my husband was well aware of some
65:19  of my father's, you know, old injuries.
65:20    Q.  Do you remember specifically Doctor
65:21  Schirmer talking to Mr. Irvin about his medical
65:22  condition at any point after your wedding in 1994?
65:23    A.  What medical condition are you talking
65:24  about?  I don't understand the question.
65:25    Q.  What conversations between Doctor Schirmer
66: Page 66
66: 01  and Mr. Irvin do you remember in which Mr. Irvin's
66: 02  medical history or medical condition was discussed?
66: 03    A.  A medical condition, I'm not - I'm not -- I
66: 04  don't know that my dad had a medical condition, so
66: 05  I'm a little confused on the question.
66: 06    Q.  Do you remember any conversations between
66: 07  Doctor Schirmer and Mr. Irvin in which Mr. Irvin's
66: 08  health in general was discussed?
66: 09    A.  Yes.
66:10    Q.  And what do you remember about the
66:11  substance of those conversations?

Page 22

D's
OBJ.
- Non-Resp.
- 602

Δ
Obj.
401
402
non-
responsive

Δ's
OBJ.
602

Sustained!

35durlist

*Sustained*

*Cont'd*

66:12    A.  I mean, I know that my dad has had - had
66:13    had a knee injury from old football, you know,
66:14    orthopedic issues, cramping, some aching, some
66:15    stiffness, I do know that, but that's the extent of
66:16    my dad's that I'm aware of of his pain or medical
66:17    condition.
66:18    Q.  Do you remember Doctor Schirmer talking to
66:19    Mr. Irvin about his knee injury from football?
66:20    A.  I think they had discussed it.  My dad
66:21    discussed it with everybody.
66:22    Q.  Do you remember Mr. Irvin discussing with
66:23    Doctor Schirmer any aching or stiffness or other
66:24    orthopedic issues that he was having?
66:25    A.  Yes.  He had stiffness in his hands,
67: Page 67
67: 01    achiness in his hands.
67: 02    Q.  Do you remember when Mr. Irvin talked about
67: 03    the achiness in his hands with Doctor Schirmer?
67: 04    A.  My husband and my dad did a fishing trip
67: 05    and I remember actually in my garage them speaking of
67: 06    him having some pain in his hands, and it was a trip
67: 07    across the ocean, so it was hard in a boat and he had
67: 08    some issues there but, yes, I remember that, and I
67: 09    want to say it was June of 2000 is when that
67:10    discussion I heard - overheard took place but, again,
67:11    I didn't sit there and I wasn't part of the
67:12    conversation.  It was a passing through conversation.

Δ's obj. / ¢o2

67:13    Q.  Other than the conversation about your
67:14    father's stiffness in his hands and the conversation
67:15    about your father's former knee injury, do you
67:16    remember any other conversations between Mr. Irvin
67:17    and Doctor Schirmer concerning Mr. Irvin's health?
67:18    A.  Not that I recall.  When he had his - the
67:19    cyst removed on his hand he probably had some
67:20    questions for Chris and they probably discussed that
67:21    then, but specifically I cannot remember the date or
67:22    the time or whenever.

*Sustained*

67:23    Q.  Do you remember any discussion between
67:24    Mr. Irvin and Doctor Schirmer about Mr. Irvin's blood
67:25    pressure?
68: Page 68
68: 01    A.  No.
68: 02    Q.  Do you remember any discussion between
68: 03    Mr. Irvin and Doctor Schirmer about Mr. Irvin's
68: 04    cholesterol levels?
68: 05    A.  No.

35durlist

68: 06      Q.   Did Doctor Schirmer tell you that he was
68: 07   going to call in a prescription for Vioxx for
68: 08   Mr. Irvin?
68: 09      A.  I don't remember.  I know that he did but I
68:10   don't remember.
68:11      Q.   Do you know if he called in a prescription
68:12   for Vioxx the same night that he spoke with
68:13   Mr. Irvin?
68:14      A.  I do not know.  It's probable, but I don't
68:15   know.
68:16      Q.   You don't remember Doctor Schirmer calling
68:17   in a prescription for Vioxx for Mr. Irvin?
68:18      A.  I do not know when he called it in nor was
68:19   I there at that specific time.  I do know that he did
68:20   and I don't know if it's an after a fact thing, I
68:21   don't know.
68:22      Q.  Did Doctor Schirmer tell you that he had
68:23   told Mr. Irvin to see a doctor after he called in the
68:24   Vioxx prescription?
68:25      A.  He did not say that.
69: Page 69

D'S OBJS 602

69: 01      Q.   Did you ever hear Doctor Schirmer tell
69: 02   Mr. Irvin to call - to go see a doctor?
69: 03      A.  No.  He probably followed it up with when
69: 04   my father says I'm going to see my doctor, he
69: 05   probably said let me know how that goes, but I didn't
69: 06   stay there for the conversation.

Sustained

69: 07      Q.   Do you remember Doctor Schirmer telling you
69: 08   that he had told your father to go see a doctor and
69: 09   let him know how it goes?
69:10      A.  No.
69:11      Q.   Have you ever taken Mr. Irvin's blood
69:12   pressure?
69:13      A.  Not that I remember.

Schrimer      A.Schirmer69.20      69:20-70:1

69:20      Q.  Did you talk to Mr. Irvin about Vioxx at
69:21   any point other than a conversation between April 9th
69:22   and 15th?
69:23      A.  No.
69:24      Q.  Do you know if Doctor Schirmer spoke with
69:25   Mr. Irvin after the conversation?
70: Page 70
70: 01      A.  No.

Page 24

35durlist

Schrimer    A.Schirmer70.07    70:7-70:12

70: 07        Q.   And other than the conversation that Doctor
70: 08    Schirmer had with Mr. Irvin on the same night that
70: 09     you spoke with Mr. Irvin about Vioxx, do you know if
70:10     Doctor Schirmer ever had another conversation with
70:11     Mr. Irvin about Vioxx?
70:12        A.   I do not.

Schrimer    A.Schirmer70.13_D    70:13-70:22

70:13        Q.   Do you know if Doctor Schirmer called
70:14    Mr. Irvin to follow-up on the medication?
70:15        A.   I do not.
70:16        Q.   Did you speak with your mother about how
70:17    the Vioxx was working for Mr. Irvin?
70:18        A.   Not that I remember.
70:19        Q.   Do you know if Doctor Schirmer tried to
70:20    follow-up with Mr. Irvin about how the Vioxx was
70:21    working for him?
70:22        A.   I do not know.

Schrimer    A.Schirmer70.23    70:23-71:8

70:23        Q.   And you did not see Mr. Irvin after he
70:24    started taking Vioxx; is that correct?
70:25        A.   That's correct.
71: Page 71
71: 01        Q.   Do you know if Doctor Schirmer asked
71: 02    Mr. Irvin if he had stopped taking the Vicodin and
71: 03    Methocarbamol before he prescribed the Vioxx?
71: 04        A.   I do not know.
71: 05        Q.   Did you speak to your father again after
71: 06    that conversation in April, 2001 where you discussed
71: 07    Vioxx?
71: 08        A.   No.

Schrimer    A.Schirmer71.18    71:18-74:7

71:18        Q.   Did you help clean out your father's
71:19    belongings from his office?
71:20        A.   Yes.
71:21        Q.   Do you remember when that was?
71:22        A.   It would have been the 16th or the 17th, a
71:23    couple days after - after he died.
71:24        Q.   So on May 16th or 17th you helped clean out

35durlist

71:25   Mr. Irvin's office?
72: Page 72
72: 01      A.   Yes.
72: 02      Q.   And who did you - who was with you when you
72: 03   cleaned out Mr. Irvin's office?
72: 04      A.   I'm pretty sure it was my brother Richard
72: 05   Irvin and my sister Leslie Goldstein.  I don't think
72: 06   my other sister was with us.
72: 07      Q.   Do you know if your mother was with you
72: 08   when you were cleaning --
72: 09      A.   She was not.
72:10      Q.   Did you find any medications in Mr. Irvin's
72:11   office when you cleaned it out?
72:12      A.   Yeah.
72:13      Q.   Do you remember what you found?
72:14      A.   There were several - there were several
72:15   packages of Vioxx samples in his desk drawer.
72:16      Q.   Did you find the packages of Vioxx in your
72:17   father's desk drawer?
72:18      A.   Yes, I did.
72:19      Q.   Do you remember how many packages there
72:20   were?
72:21      A.   There were at least two.
72:22      Q.   Were there more than five samples in his
72:23   drawer?
72:24      A.   More than five packages or more than five
72:25   pills?
73: Page 73
73: 01      Q.   More than five packages.
73: 02      A.   I do not think so, no.
73: 03      Q.   How many pills were in each package?
73: 04      A.   I don't remember.
73: 05           What I do remember is that there were some
73: 06   left but there were some taken.
73: 07      Q.   What did the packages look like?
73: 08      A.   I don't remember.
73: 09      Q.   When you say that there were some taken,
73:10   how could you tell that there were some taken?
73:11      A.   There's - there's a foil rectangular shape,
73:12   I assume it's rectangular, I don't remember the shape
73:13   of it, and you basically push the pill through the
73:14   back of the foil, take the pill out and you - and
73:15   there's an empty spot missing and a foil is torn, so
73:16   if there's five across - if there was five across the
73:17   piece of material or plastic, two could have been
73:18   taken out, three could have been taken out.  I don't

Page 26

35durlist

73:19    remember specifically.  What I do remember is that
73:20    there were some taken and there were some there.
73:21        Q.  So the packages of samples had more than
73:22    one sample in each one?
73:23        A.  Yes.
73:24        Q.  So --
73:25        A.  That I remember.
74: Page 74
74: 01       Q.  But you definitely remember seeing in the
74: 02    package evidence that some pills were missing?
74: 03       A.  That is correct.  I - it was very clear
74: 04    that my dad had, yes, had the samples and, yes, he
74: 05    had taken some but there were still some left.
74: 06       Q.  Do you remember how many had been taken?
74: 07       A.  No, I don't.

Schrimer    A. Schirmer81.21_D    81:21-82:12

81:21        Q.  Do you know when the trial in this case is?
81:22        A.  I know it was slated for November 28th.
81:23        Q.  Do you know where the trial is?
81:24        A.  I think it's now in Houston.
81:25        Q.  Have you been asked to appear at the trial?
82: Page 82
82: 01       A.  No.
82: 02       Q.  Are you planning to appear at the trial?
82: 03       A.  No.
82: 04       Q.  Would you appear at the trial if your
82: 05    family members asked you to?
82: 06       A.  No.
82: 07       Q.  Do you know if your husband is planning to
82: 08    attend the trial?
82: 09       A.  No.
82:10        Q.  Your husband is not planning to attend the
82:11    trial?
82:12        A.  No.

*Handwritten notes:* π's OBJs.
– Prejudicial – 403
– Not Relevant – 401

← Sustained

Schrimer    A.Schirmer85.18    85:18-85:23

85:18        Q.  Now, your husband during his deposition
85:19    told us that he had no prior knowledge in 2001 of any
85:20    increased - increased risk of heart attacks or
85:21    strokes relating to a patient taking Vioxx.  Would
85:22    you agree that was his knowledge at that time?
85:23        A.  Correct.

*Handwritten notes:* D's OBJ

Will be Removed

35durlist

Schrimer    A.Schirmer86.01    86:1-86:5

Δ'S
OBJ.
401,407
602,611

86: 01    ~~Q.  And you didn't have any knowledge to the~~
86: 02    ~~contrary, did you?~~
86: 03    ~~A.  No.~~
86: 04    Q.  In fact, you thought Vioxx was safe?
86: 05    A.  Absolutely.

*Will be Removed (Lines 1-3)*

Schrimer    A.Schirmer86.08    86:8-86:10

Δ'S
OBJ

86: 08    Q.  And your husband also thought it was safe
86: 09    at that time?
86:10    A.  Absolutely.

*Will be Removed*

Schrimer    A.Schirmer86.20    86:20-86:22

Δ'S OBJ
401-403
603,611

86:20    Q.  And would you also expect them to not put
86:21    out false advertising on television and otherwise
86:22    concerning the safety risk of Vioxx?

*Sustained*

Schrimer    A.Schirmer86.24    86:24-86:24

701

86:24    THE WITNESS:  Yes.

Schrimer    A.Schirmer87.01    87:1-87:4

Δ'S OBJ.
401,
402

87: 01    Q.  You mentioned an eighteen month period of
87: 02    taking Vioxx.  Were you aware that Merck is
87: 03    responsible for putting that message out to the
87: 04    public?

*Sustained*

Schrimer    A.Schirmer87.06    87:6-87:10

403

87: 06    THE WITNESS:  No.
87: 07    BY MR. BEASLEY:

Δ'S
OBJ.
602

87:08    Q.  Would it surprise you that there are
87:09    studies that show short-term use is equally
87:10    dangerous?

*Sustained*

Schrimer    A.Schirmer87.12    87:12-87:12

611,
702

87:12    THE WITNESS:  It would surprise me.

Schrimer    A.Schirmer87.22    87:22-88:1

Δ'S
OBJ.
602,611,
701

87:22    Q.  And everybody at your father's work who

Page 28

35durlist

*Sustained*

*Sustained*

*(Con't'd)*

87:23   worked with him saw him on a daily basis including
87:24   his bosses said that he was in excellent health.
87:25   Would you agree with that right up till the time he
88: Page 88
88: 01   died?

Schrimer     A.Schirmer88.03     88:3-88:3

*Assumes Facts*

88: 03          THE WITNESS:  As far as I was aware.

Schrimer     A.Schirmer88.06     88:6-88:8

*Δ's OBJS 602*

*overruled*

88: 06          You were not aware of any complaints of
88: 07   chest pains; am I correct?
88: 08      A.   Correct.

Schrimer     A.Schirmer88.18     88:18-88:23

*Δ's OBJS 602, 611, 701*

88:18          Everyone has told us that your father
88:19   worked and people who saw him right up to the time of
88:20   his death said he had no prior symptoms or signs that
88:21   would give them any indication that he had had any
88:22   type of heart problems.  Would you agree with that?
88:23      A.   Yes.

Schrimer     A.Schirmer89.01     89:1-89:6

*Δ's OBJS 602, 611, 701*

*overruled*

89: 01      Q.   And you saw nothing to the contrary; am I
89: 02   correct?
89: 03      A.   I saw nothing.
89: 04      Q.   In fact, some of them described his - him
89: 05   as being healthy as a horse and in good physical
89: 06   condition.  Would you agree with that?

Schrimer     A.Schirmer89.08     89:8-89:8

*Assumes Facts*

89: 08          THE WITNESS:  Yes.

Schrimer     A.Schirmer89.24     89:24-90:2

*Δ's OBJ*

*Will be Removed*

89:24      Q.   You do know that nobody in your family
89:25   blames your husband for prescribing Vioxx, you do
90: Page 90
90: 01   know that, don't you?
90: 02      A.   I realize that, yes.

Page 29

35durlist

Schrimer    A.Schirmer90.05    90:5-90:8

Δ'5*BT

90: 05       Q.   In fact, your husband was totally innocent
90: 06    in so far as he did not have the knowledge that Merck
90: 07    had concerning this drug, did he?
90: 08         A.   No.

Will Remove

Total Length - 01:01:29