UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

ORDER

The Plaintiff sought to introduce portions of a deposition taken of Richard Aycock at the trial of this matter. The Defendant, however, made several objections to the proffered deposition testimony. The Court ruled on these objections. The Court's rulings are noted on Richard Aycock's deposition testimony, which has been entered into the record.

Houston, Texas, this __1st__ day of ____December____, 2005.

UNITED STATES DISTRICT JUDGE