MINUTE ENTRY
FALLON, J.
DECEMBER 3, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION                 MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.            REF NO. 05-4046

VERSUS

MERCK & CO., INC.                       SECTION: L

BEFORE JUDGE ELDON E. FALLON      Saturday, December 3, 2005, 8:15 am
Courtroom Deputy: Gaylyn Lambert       (continued from 12-2-05)
Court Reporters: Cathy Pepper

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq.,
          Frank Woodson, Esq. for plaintiffs
          Phillip Beck, Esq., Tarek Ismail, Esq. For defendants

---

JURY TRIAL: All present and ready.

Plaintiffs' Witnesses:
Christopher Schirmer, MD - resumes video deposition. Transcript filed into the record.
Eric Topol, MD - by video deposition - accepted as expert. Transcript filed into the record.


Court adjourned at 1:10 pm until Monday, December 5, 2005, at 8:30 am.


JS 10    4:20

