Chriss Schirmer updated 12.1 at 4.30pm

MDL-1657
Ref: 05-4046-L
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 12-3-05
LORETTA G. WHYTE
CLERK

Chris Schirmer (Multi-clip)
Schirmer, Christopher (Vol. 01) - 09/06/2005   SchirmerC_004.24   4:24-6:19

4:24   Q   Sir, what is your name?
4:25   A   Christopher Robert Schirmer.
5: Page 5
5: 1   Q   And what do you do for a living, sir?
5: 2   A   I'm an emergency medicine physician.
5: 3   Q   And where do you practice?
5: 4   A   In Boynton Beach, Florida.
5: 5   Q   For those who may be watching this video
5: 6 later, we're taking this deposition today in Fort
5: 7 Lauderdale.  How far is your practice from where we are
5: 8 today?
5: 9   A   Approximately 30 miles, I would guess.
5:10   Q   And what hospital do you practice at?
5:11   A   Bethesda Memorial Hospital.
5:12   Q   And is that the only hospital at which you
5:13 have privileges?
5:14   A   Yes.
5:15   Q   How long have you been at Bethesda Memorial
5:16 Hospital?
5:17   A   Approximately six years.
5:18   Q   Prior to that, where did you practice?
5:19   A   I was at a hospital out in western Palm Beach
5:20 County called Palms West Hospital.
5:21   Q   And how long were you there?
5:22   A   Approximately four to five years.
5:23   Q   And prior to that, where did you practice, if
5:24 anywhere?
5:25   A   I was -- Before that, I was at a hospital in
6: Page 6
6: 1 Lantana, Florida, a suburb of Lake Worth called JFK
6: 2 Hospital, and I was there currently with Palms West and
6: 3 before.
6: 4   Q   When did you graduate from medical school?
6: 5   A   1989.
6: 6   Q   Have we covered all of your professional
6: 7 assignments since medical school in the brief history we
6: 8 have taken thus far?
6: 9   A   Since I graduated my residency in emergency
6:10 medicine, except for I did help out in an urgent care
6:11 center a couple of shifts when a friend of mine started
6:12 it and needed a little help covering a couple shifts.
6:13 That was in Jupiter.
6:14   Q   And when did you complete your emergency
6:15 medicine residency?
6:16   A   1994.
6:17   Q   Have you been in emergency medicine your

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Chriss Schirmer updated 12.1 at 4.30pm

6:18 entire medical career?
6:19    A   Yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_014.09    14:9-14:22

14: 9    Q   Have you ever discussed this litigation with
14:10 Mrs. Plunkett?
14:11    A   No.
14:12    Q   Have you ever discussed this litigation with
14:13 Mr. Richie Irvin?
14:14    A   No.
14:15    Q   Now, you are Mrs. Plunkett's son-in-law,
14:16 correct?
14:17    A   Correct.
14:18    Q   And your wife's name is?
14:19    A   Allesha.
14:20    Q   Have you ever discussed this litigation with
14:21 your wife?
14:22    A   We've had discussions about it, yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_015.10    15:10-16:9

15:10    Q   Has anyone asked you to make plans to appear
15:11 for the trial of this action?
15:12    A   I -- I'm not sure where I was told, but I
15:13 heard that initially the case was set in - in the
15:14 November or December area and that I would have to be
15:15 available.
15:16        I'm not sure who, whether it was my wife told
15:17 me that.  I think it was my wife told me that.
15:18    Q   And when you say you had to be available, is
15:19 that to attend the trial?
15:20    A   That I was - would potentially be a witness in
15:21 the trial.
15:22    Q   Do you plan to attend the trial, sir?
15:23    A   My understanding this, if I'm subpoenaed,
15:24 that's - I don't really have a choice.
15:25    Q   Assuming you do have a choice, sir, do you
16: Page 16
16: 1 intend to attend the trial?
16: 2    A   Not as an observer, no.  I would only attend
16: 3 the trial if I was subpoenaed to be a witness.
16: 4    Q   If - if the plaintiffs of this case asked you
16: 5 to appear at trail, would you do so?
16: 6    A   No.
16: 7    Q   Only upon receiving a subpoena would you
16: 8 appear?
16: 9    A   Yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_018.03    18:3-19:14

Page 2

Chriss Schirmer updated 12.1 at 4.30pm

18: 3    Q   How do you get up to speed on the risks and
18: 4 benefits of the medications you're prescribing?
18: 5    A   A variety of ways.  Through our journals,
18: 6 through internet - internet articles, through our peers,
18: 7 tell us about new medications.
18: 8        Occasionally we do have representatives from
18: 9 pharmaceutical companies come by and detail us on
18:10 certain medications.  Conferences, word of mouth from
18:11 other specialties.
18:12    Q   Do you make it a practice of reading product
18:13 labels or package inserts for the prescription
18:14 medications?
18:15    A   I would usually review them quickly.  I won't
18:16 commit them to memory or --
18:17    Q   You've obviously heard of something called a
18:18 Physicians' Desk Reference?
18:19    A   Yes, we'll use that, as well.
18:20    Q   And so you would review the Physicians' Desk
18:21 Reference for drugs that you're prescribing?
18:22    A   If - if I don't have a package insert there or
18:23 there's no other means, yes.
18:24    Q   What medical literature did you routinely read
18:25 in the 2000/2001 time period?
19: Page 19
19: 1    A   It varies.  There's Emergency Medical News
19: 2 Weekly is one of the common journals.  I receive
19: 3 Hospital-Based Physician Journal.  I receive a variety
19: 4 of the what we call throw-away literature, or the
19: 5 newsletters from different organizations that provide
19: 6 medical literature.  I don't have all the specific names
19: 7 at the top of my head.
19: 8    Q   In the 2000/2001 time frame, did you routinely
19: 9 read the New England Journal of Medicine?
19:10    A   No.
19:11    Q   In the 2000/2001 time frame, did you routinely
19:12 read the Journal of the American Medical Association?
19:13    A   Not routinely.  Occasionally if I had some
19:14 time and there was one lying around, I'd review it.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_019.15    19:15-22:8

19:15    Q   What general publications did you read -
19:16 routinely read in the 2000/2001 time period, and by that
19:17 I mean non medical?
19:18    A   I'm sorry.
19:19    Q   What general publications did you routinely
19:20 read in the 2000/2001 time period?
19:21    A   You said non medical?
19:22    Q   Yes.  Like Time, Newsweek, USA Today, that's

Chriss Schirmer updated 12.1 at 4.30pm
19:23 what I mean by general publication.
19:24    A   I don't have any specific routine, whatever is
19:25 there at the time.  If there's - somebody left a Time
20: Page 20
20: 1 Magazine from our waiting room in there, I might read it
20: 2 if I had some free time.  I might read a Newsweek, I
20: 3 might read a Florida Sportsman or Salt Water Sportsman,
20: 4 Sports Illustrated, whatever happens to be available,
20: 5 nothing -- I don't have a routine of --
20: 6    Q   Was there a newspaper that you regularly read
20: 7 in the 2000/2001 time period?
20: 8    A   Occasionally I would read the Palm Beach Post
20: 9 but not on a daily basis.
20:10    Q   You mentioned that one of the ways you may get
20:11 up to speed on the risks and benefits is to talk to
20:12 colleagues, is that correct?
20:13    A   Uh-huh.
20:14    Q   Is that a yes?
20:15    A   Yes.
20:16    Q   Did you ever, in - prior to April of 2001,
20:17 attend medical conferences?
20:18    A   Occasionally.
20:19    Q   Do you know whether, prior to April of 2001,
20:20 you attended any medical conference at which a - any
20:21 Cox-2 inhibitor drug was discussed?
20:22    A   The only conference I can think of that I
20:23 might have ever attended on a Cox-2 was I went to a - a
20:24 dinner in which they spoke about Celebrex, but I don't
20:25 remember the exact dates, times.  I know it was at least
21: Page 21
21: 1 more than two, three years ago.
21: 2    Q   Do you recall, sir, whether it was before or
21: 3 after Mr. Irvin passed away?
21: 4    A   To be honest, I don't remember.
21: 5    Q   That dinner that you - you recall attending,
21: 6 was that the dinner sponsored by Pfizer?
21: 7    A   I believe so.
21: 8    Q   And they discussed Celebrex at that dinner?
21: 9    A   I believe so.
21:10    Q   Do you know if they discussed Bextra at that
21:11 dinner?
21:12    A   I don't remember.
21:13    Q   Was the purpose of that Pfizer dinner, that
21:14 you recall, to discuss Celebrex, or was it a broader
21:15 review of the other drugs offered by Pfizer?
21:16    A   I believe it was just to discuss Celebrex.  It
21:17 was to have dinner and discuss the product.
21:18    Q   How was it that you came to be invited to that
21:19 conference - or that dinner, sorry?
21:20    A   I don't remember.

Page 4

Chriss Schirmer updated 12.1 at 4.30pm

21:21    Q    Do you recall how long that dinner lasted?
21:22    A    Not really.
21:23    Q    Did you obtain any literature about Celebrex
21:24 at that dinner?
21:25    A    I really don't remember.  It was several years
22: Page 22
22: 1 ago.
22: 2    Q    Do you recall any of the substance discussed
22: 3 at that dinner?
22: 4    A    I remember a nice steak dinner and a Power
22: 5 Point presentation.
22: 6    Q    That's it?
22: 7    A    12 year old Scotch.
22: 8         I don't remember.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_022.09    22:9-26:12

22: 9    Q    Now, we've just been - just touched upon the
22:10 topic of Cox-2 inhibitor drugs.  Can you give me your
22:11 understanding of what a Cox-2 inhibitor drug is?
22:12    A    I'm really not situation or prepared to give a
22:13 lecture on it at this point.  It's a medication that was
22:14 in the anti-inflammatory family.  It was an alternative
22:15 to the - to the Naprosyns and the Motrins and the
22:16 ibuprofens that we were using.  I'm not prepared to give
22:17 a dissertation on it.
22:18    Q    To your mind, sir, what are Cox-2 inhibitor
22:19 drugs indicated for?
22:20    A    Acute and chronic pain secondary to arthritic
22:21 conditions or degenerative joint disease conditions or
22:22 acute inflammatory conditions.
22:23    Q    To your mind, sir, as a treating physician,
22:24 have you found Cox-2 inhibitor drugs to be efficacious
22:25 medicine?
23: Page 23
23: 1    A    My experience with them has been good, in that
23: 2 I feel they were efficacious.
23: 3    Q    Do you consider Cox-2 inhibitor drugs to be -
23: 4 to be an important therapy for certain patients?
23: 5    A    Yes, I think they - for the patients - some
23: 6 patients they were very helpful.
23: 7    Q    When you were talking about Cox-2s earlier,
23: 8 you drew a distinction between Cox-2 drugs and what you
23: 9 termed older anti-inflammatory drugs, and you included
23:10 ibuprofen or --
23:11    A    As an example, ibuprofen and Naprosyn, yes.
23:12    Q    Were there certain benefits to your mind, as a
23:13 prescribing physician, that Cox-2 inhibitor drugs
23:14 offered versus older anti-inflammatory drugs?
23:15    A    One of the biggest advantages that I saw at

Chriss Schirmer updated 12.1 at 4.30pm

23:16 the time was the lower GI irritation or the less stomach
23:17 upset and propensity for intestinal bleeding, gastric
23:18 bleeding.
23:19    Q   As a treating physician, sir, did you consider
23:20 the reduced risk of gastrointestinal side effects to be
23:21 an advantage of Cox-2 inhibitor drugs over other
23:22 anti-inflammatories?
23:23    A   At that time, yes.
23:24    Q   And when you say at that time, what time
23:25 period are you referencing?
24: Page 24
24: 1    A   The time period you've been referring to,
24: 2 2000, 2001.
24: 3    Q   Prior to April of 2001, did you ever write a
24: 4 prescription for a Cox-2 inhibiter drug?
24: 5    A   I believe so, but I don't know specifically.
24: 6    Q   Do you recall which Cox-2 drugs, prior to
24: 7 April 2001, you prescribed?
24: 8    A   I know I have prescribed Celebrex.  I know I
24: 9 have prescribed Bextra, and I have prescribed Vioxx on
24:10 occasion in the past.  I don't remember the exact doses
24:11 or times or --
24:12    Q   And Celebrex, Bextra and Vioxx all are Cox-2
24:13 inhibiter drugs, correct?
24:14    A   To my understanding, yes.
24:15    Q   Do you recall, sir, back in April of 2001
24:16 whether you had a preferred drug within the Cox-2 family
24:17 that you would choose if you were giving that therapy to
24:18 a patient?
24:19    A   I think I've written for Celebrex more than
24:20 Bextra or Vioxx, if that would make it a preferred.
24:21    Q   Why did you have a tendency to prescribe
24:22 Celebrex over other Cox-2s?
24:23    A   I don't know if that's an easy answer.
24:24 There's a lot of things that play into it when you
24:25 prescribe certain medications.
25: Page 25
25: 1       I know that the detail people, the drug
25: 2 representatives, pharmaceutical representatives that
25: 3 would bring you information, I would see the Pfizer
25: 4 people more.
25: 5       I know in the past there have been times, I
25: 6 believe with Celebrex, where they've offered certain
25: 7 types of coupons for the patients to get some kind of a
25: 8 discount because it is a rather expensive drug and - but
25: 9 no other real reason one way or the other.
25:10    Q   Can you recall any instance, prior to April of
25:11 2001, that you prescribed Vioxx for a patient?
25:12    A   Not a specific instance, no.
25:13    Q   Can you testify whether or not you prescribed

Page 6

Chriss Schirmer updated 12.1 at 4.30pm

25:14 Vioxx for any patient prior to April of 2001?
25:15    A   I probably have, but I don't know for absolute
25:16 certainty.  I know I have prescribed it before.  I just
25:17 don't know the exact amounts and to which patients.
25:18    Q   Perhaps to put more specificity into my
25:19 question, prior to the time that you prescribed Vioxx to
25:20 Mr. Irvin, at the time you phoned in that prescription,
25:21 do you believe that you had ever previously prescribed
25:22 Vioxx to a patient?
25:23    A   To the best of my recollection, I have.
25:24    Q   But you can't give a sense of how frequently
25:25 or dosages or --
26: Page 26
26: 1    A   No.  It was a long time ago.
26: 2    Q   After April 2001, did you ever prescribe Vioxx
26: 3 to a patient?
26: 4    A   I can't remember.  I don't see why I would not
26: 5 have in the immediate time after that.  I think I
26: 6 stopped prescribing Vioxx after the - the magazines and
26: 7 everybody else reported potential problems with it.
26: 8    Q   Can you give me a sense of --
26: 9    A   Absolutely not.
26:10    Q   Was that prior to the drug's withdrawal from
26:11 the marketplace?
26:12    A   Yeah, before.  In that time frame.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_026.13    26:13-26:19

26:13    Q   Have you ever diagnosed an adverse event from
26:14 any Cox-2 inhibitor drug?
26:15    A   Not to my knowledge, no.
26:16    Q   Have you ever treated a patient that you
26:17 believe to have been suffering from an adverse event
26:18 from a Cox-2 inhibitor drug?
26:19    A   No.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_026.21    26:21-27:23

26:21        Do you still prescribe Cox-2 inhibitor drugs
26:22 today?
26:23    A   No.
26:24    Q   When did you stop prescribing drugs in that
26:25 class?
27: Page 27
27: 1    A   Probably when all the attention came out in
27: 2 the articles and journals and --
27: 3    Q   So, when -- I'm sorry, were you done?
27: 4    A   Yes.
27: 5    Q   So when you testified earlier that you stopped
27: 6 prescribing Vioxx sometime in that period after

Page 7

Chriss Schirmer updated 12.1 at 4.30pm

27: 7 April 2001 and prior to the drug's withdrawal from the
27: 8 marketplace, at that time did you also stop prescribing
27: 9 other Cox-2 inhibitor drugs?
27:10    A    To the best of my recollection, when Vioxx was
27:11 withdrawn from the market around that time period, maybe
27:12 not the exact date, somewhere around there, I stopped
27:13 prescribing Cox-2s altogether.
27:14    Q    And so even though Celebrex is on the market
27:15 today, you, as a prescribing physician, do not prescribe
27:16 that medicine, is that correct?
27:17    A    Correct.
27:18    Q    And instead of Cox-2s, what do you prescribe
27:19 patients today that require pain relief and
27:20 anti-inflammatory treatments?
27:21    A    It varies, but the mainstay would probably be
27:22 more traditional non-steroidal anti-inflammatory such as
27:23 Naprosyn or ibuprofen or Indocin or --

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_027.24    27:24-28:3

27:24    Q    Sir, would you agree with me that all
27:25 prescription medications have potential side effects?
28: Page 28
28: 1    A    I think as a general rule, anything - any
28: 2 medication can have a side effect, a potential side
28: 3 effect.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_028.18    28:18-28:23

28:18    Q    Doctor, can you think of any prescription
28:19 medication that does not carry the risk of a potential
28:20 adverse side effect?
28:21    A    I cannot think off the top of my head at this
28:22 time any medication that does not carry the potential
28:23 for adverse side effect.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_028.24    28:24-29:25

28:24    Q    As of April, 2001, what did you believe were
28:25 the risks associated with Cox-2 inhibitor drugs?
29: Page 29
29: 1    A    I think at that time, the main thing I would
29: 2 tell my patients at that time is to make sure you would
29: 3 take it with food because even though it was better than
29: 4 the more traditional non-steroidal anti-inflammatories,
29: 5 it would - still had some potential for stomach
29: 6 irritation.
29: 7    Q    As of April of 2001, were you aware of any
29: 8 public discussion of the risks - of cardiovascular risks
29: 9 associated with Cox-2 inhibitor drugs?

Chriss Schirmer updated 12.1 at 4.30pm

29:10    A    I'm sorry, what time frame did you mention?
29:11    Q    As of April of 2001.
29:12    A    At that time period?
29:13    Q    Yes, sir.
29:14    A    I was not aware of any potential
29:15 cardiovascular side effects or risks.
29:16    Q    As of April of 2001, did you believe that the
29:17 traditional non-Cox-2 anti-inflammatory drugs - did you
29:18 believe that those older drugs had potential
29:19 cardiovascular benefits associated with their use?
29:20    A    The only traditional non-steroidal
29:21 anti-inflammatory medication that had a benefit to it,
29:22 at - to my knowledge at that time, would be aspirin.
29:23         I would not tout or preach to my patients
29:24 about any of the others having a cardiovascular positive
29:25 effect, if you will.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_030.17    30:17-30:20

30:17    Q    And back in April of 2001, did you believe
30:18 that the older NSAID drugs had the potential of reducing
30:19 platelet aggregation, did you say?
30:20    A    Yes, or their platelet function, yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_035.05    35:1-36:25

35: 1         (Thereupon, said document was marked as
35: 2 Defendant's Exhibit Number 4 for identification by the
35: 3 reporter.)
35: 4 BY MR. ISMAIL:
35: 5    Q    Have you ever seen Exhibit 4 before, sir?
35: 6    A    No.
35: 7    Q    If you see the first dashed line that runs the
35: 8 width of the page near the top?
35: 9    A    Yes.
35:10    Q    Beneath that it says, Irvin, Richard and with
35:11 an address in St. Augustine, Florida?
35:12    A    Yes.
35:13    Q    And that is Richard Irvin, your father-in-law,
35:14 correct?
35:15    A    Correct.
35:16    Q    And this, sir, was a document that we obtained
35:17 by subpoena from a Walgreen's pharmacy that relates to
35:18 prescriptions obtained by Mr. Irvin, okay?
35:19    A    Yes.
35:20    Q    And the first medication listed there is a
35:21 prescription for a drug called Vicoprofen, do you see
35:22 that?
35:23    A    Yes.
35:24    Q    And immediately underneath that do you see the

Page 9

Chriss Schirmer updated 12.1 at 4.30pm

35:25 name Schirmer?

36: Page 36

36: 1    A   Uh-huh.

36: 2    Q   And then there's an address for Bethesda,

36: 3 Boynton Beach, Florida?

36: 4    A   Correct.

36: 5    Q   And so that's a reference to you, is that not?

36: 6    A   Yes.

36: 7    Q   What is the drug Vicoprofen?

36: 8    A   It's a mild to moderate anal - opiate

36: 9 analgesic that contains hydrocodone and ibuprofen.

36:10    Q   What's an opiate "angelesic"?

36:11    A   Analgesic.  It's a pain medication.

36:12    Q   When you say mild to moderate, to give a sense

36:13 of the intensity of that drug, can you compare it to,

36:14 say something that somebody can obtain over the counter,

36:15 like Advil?

36:16    A   It's certainly stronger than Advil.  It

36:17 contains the same medication that Advil has in it, the

36:18 ibuprofen, but it combines it with a narcotic by the

36:19 name of hydrocodone.

36:20    Q   Now, is that hydrocodone the same drug that's

36:21 in the prescription medication Vicodin?

36:22    A   Correct.

36:23    Q   And the date of this prescription was

36:24 April 9th, 2001?

36:25    A   Yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_037.01    37:1-38:7

37: 1    Q   And you see -- Next to the date, do you see

37: 2 the 30 for the 30-day supply of the drug?

37: 3    A   No, it's not a 30-day supply, it's a quantity

37: 4 of 30.

37: 5    Q   A quantity of 30.  And that -- How many times

37: 6 per day was this drug supposed to be taken?

37: 7    A   It could be taken every six hours, so it could

37: 8 be taken up to four times a day.

37: 9    Q   Okay.  And did you, in fact, prescribe to

37:10 Mr. Irvin Vicoprofen on or about April 9th, 2001?

37:11    A   Yes.

37:12    Q   Why did you prescribe Mr. Irvin that drug on

37:13 that date?

37:14    A   I was asked by his daughter, my wife, to get

37:15 him something for pain because he was having some back

37:16 pain and joint pain which he's had in the past which

37:17 purportedly it normally is improved with just Advil or

37:18 Aleve, but it was not working, and so she asked me to

37:19 get him some medication that would help him until he

37:20 could see his doctor.

Chriss Schirmer updated 12.1 at 4.30pm

37:21       So I prescribed the Vicoprofen and the one
37:22 below it, the methocarbamol, also known as Robaxin,
37:23 which is a muscle relaxant, and I prescribed about a
37:24 week's worth until he could see his doctor.
37:25     Q    I'd like to go back over your prior answer,
38: Page 38
38: 1 sir.  First, for this April 9th, 2001 prescription of
38: 2 Vicoprofen, had you spoken to Mr. Irvin prior to that
38: 3 prescription about the pain that he was suffering?
38: 4     A    I have spoken to him in the past, but I don't
38: 5 remember specifics about it, about having arthritis type
38: 6 pain, back pain, joint pain, in past occurrences, but I
38: 7 did not speak to him the night that I called this in.


Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_038.13    38:13-41:06


38:13     Q    How long did you know Mr. Irvin?
38:14     A    I believe we first met in late 1989.
38:15     Q    Did you --
38:16     A    Or actually -- Excuse me, 1988.
38:17     Q    Did you know Mr. Irvin prior to the time that
38:18 you began seeing your wife?
38:19     A    No.
38:20     Q    How often did you see Mr. Irvin, say beginning
38:21 in the late '90s?
38:22     A    I would say we only crossed paths maybe once
38:23 or twice a year; holiday, maybe Christmas and then maybe
38:24 once in the summer.
38:25     Q    Did you have a regular opportunity to speak
39: Page 39
39: 1 with him over the phone?
39: 2     A    Rarely.
39: 3     Q    Did you ever go fishing with Mr. Irvin?
39: 4     A    I've been fishing with him, yes.
39: 5     Q    How frequently would that event occur?
39: 6     A    Maybe once a year, at most twice a year.
39: 7     Q    So basically beginning in the late '90s
39: 8 through 2001, you saw Mr. Irvin at the most two or three
39: 9 times a year?
39:10     A    That would be an outside, to the best of my
39:11 recollection.
39:12     Q    In around April of 2001, how well did you know
39:13 his medical condition?
39:14     A    I had a general Gestalt of it.  We talked
39:15 about this or that, colds, if I had a cold or if -
39:16 really nothing too specific or too involved.  I've never
39:17 had a formal alliance with him or a practice with him.
39:18     Q    Would you say that you ever treated Mr. Irvin
39:19 prior to April of 2001?
39:20     A    Informally, yes.  You know, I can recall, I

Chriss Schirmer updated 12.1 at 4.30pm

39:21 don't know the specifics, if he had a cold, what's the
39:22 best thing for a cold and that kind of stuff, but
39:23 nothing -- Certainly I never treated any major
39:24 illnesses, if you will, diabetes, pneumonia, those kind
39:25 of problems.
40: Page 40
40: 1    Q   Did you ever conduct a medical exam on
40: 2 Mr. Irvin --
40: 3    A   No.
40: 4    Q   -- at any time?
40: 5        Did you ever take a medical history of
40: 6 Mr. Irvin at any time?
40: 7    A   Not a formal one, no.
40: 8    Q   Did you ever order any laboratory testing for
40: 9 Mr. Irvin at any time?
40:10    A   Not to my knowledge.
40:11    Q   And by my prior questions I'm not trying to
40:12 limit it just to the April 2001 time period.
40:13        I mean at any time in his life, do you recall
40:14 ever ordering any tests for Mr. Irvin?
40:15    A   Not to my knowledge.
40:16    Q   In or around 2001, sir, did you know what
40:17 Mr. Irvin's blood pressure was?
40:18    A   I think we talked about it before and, you
40:19 know, we've always - we discussed it back and forth, and
40:20 I think the general Gestalt was it was always normal, or
40:21 it was okay.
40:22    Q   Do you know whether Mr. Irvin had a doctor
40:23 that he visited?
40:24    A   I'm not aware of a formal or a regular doctor
40:25 that he would visit.
41: Page 41
41: 1    Q   Do you know of any doctor that he ever
41: 2 visited?
41: 3    A   Not off the top of my head.
41: 4    Q   Would he -- Did he ever tell you that he had
41: 5 visited a doctor?
41: 6    A   No, he had not.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_041.07    41:7-50:6

41: 7    Q   On those occasions that you discussed
41: 8 Mr. Irvin's blood pressure, what was your understanding
41: 9 as to who took his blood pressure reading?
41:10    A   Oh, I don't know who took it. I think we've
41:11 discussed what kind of problems we had when -- I think
41:12 it was in particular when he had the cold, a certain
41:13 decongestant should not be taken if you have high blood
41:14 pressure, and to the best of my recollection, it was
41:15 around that time.

41:16        Don't take certain medications if you have
41:17 high blood pressure, and if I remember correctly, he
41:18 wasn't taking any medication for blood pressure,
41:19 diabetes, because it was my understanding he did not
41:20 have those problems.
41:21    Q    Can you relate that conversation in time, sir?
41:22 Was it in the late '90s, early '90s, early 2000s?
41:23    A    I would have to ballpark and say late '90s.
41:24    Q    Just so I'm clear, you got the sense, sir,
41:25 from conversations with Mr. Irvin that he had had his
42: Page 42
42: 1 blood pressure taken sometime in the late '90s time,
42: 2 correct?
42: 3    A    I inferred that his blood pressure was under
42: 4 control or normal.
42: 5    Q    And you inferred that from his comment to you
42: 6 that he was not taking any medication to control his
42: 7 blood pressure?
42: 8    A    I think it was more from I don't have blood
42: 9 pressure problems.
42:10    Q    Okay. In or around 2000, did you have a sense
42:11 of what Mr. Irvin's cholesterol readings were?
42:12    A    No.
42:13    Q    Do you know whether he had ever had his
42:14 cholesterol checked?
42:15    A    I have no knowledge of his prior medical
42:16 visits.
42:17    Q    Do you know -- Did you know in or around 2001
42:18 whether Mr. Irvin had ever had a physical?
42:19    A    I had no knowledge of that.
42:20    Q    He never told you he did?
42:21    A    Never told me, never asked.
42:22    Q    Do you know of any medication -- Withdrawn.
42:23        Do you know of any prescription medication
42:24 that Mr. Irvin had ever taken in his life other than
42:25 what you prescribed for him?
43: Page 43
43: 1    A    Not to my knowledge.
43: 2    Q    Have you ever seen a medical record regarding
43: 3 Mr. Irvin?
43: 4    A    I don't remember ever seeing a medical record
43: 5 for him, no.
43: 6    Q    Did you ever hear of Mr. Irvin seeing a
43: 7 doctor?
43: 8    A    Not that I can remember.
43: 9    Q    Did you ever hear of Mr. Irvin refusing to see
43:10 a doctor?
43:11    A    No.
43:12    Q    Did he ever ask you for a referral?
43:13    A    I think when he started having a lot of back

Chriss Schirmer updated 12.1 at 4.30pm

43:14 pain that was non responsive to Advil and Aleve, I
43:15 called him in some prescriptions and said you need to
43:16 follow up with a doctor, and the response I got is that
43:17 I was - I would.
43:18      Q   Oh. And the response that you got from
43:19 Mr. Irvin in April of 2001 was that he would follow up
43:20 with a doctor, is that correct?
43:21      A   Yes.
43:22      Q   But prior or other than that event, did you
43:23 ever give Mr. Irvin a referral for any other doctor?
43:24      A   No.
43:25      Q   Did you ever hear that Mr. Irvin had a cardiac
44: Page 44
44: 1 stress test in 1994?
44: 2      A   I don't recall ever hearing that.
44: 3      Q   Mr. Irvin ever discussed with you his cardiac
44: 4 stress test from 1994?
44: 5      A   No.
44: 6      Q   Never heard about it from your wife or from
44: 7 your mother-in-law that Mr. Irvin, in his 40s, had a
44: 8 cardiac stress test?
44: 9      A   I remember he had - in a very vague
44:10 recollection of it, is that he had something going on
44:11 with his hand or his wrist. He had some testing for
44:12 that.
44:13         I don't know the specifics of even what went
44:14 on with his hand or wrist, and I don't know the
44:15 specifics of what testing he had done.
44:16      Q   Did you ever hear of Mr. Irvin having chest
44:17 pains at any time?
44:18      A   Not to my knowledge.
44:19      Q   If Mr. Irvin, in fact, did have a cardiac
44:20 stress test in 1994, is that something you would have
44:21 wanted to know before prescribing him medications?
44:22      A   I really -- I don't think it would have made a
44:23 difference if he had or didn't have, for the medications
44:24 I prescribed, to recommend it.
44:25      Q   Are you aware of any diagnostic tests done on
45: Page 45
45: 1 Mr. Irvin at any time?
45: 2      A   Not from my recollection at this time.
45: 3      Q   We were just looking at the Walgreen's record
45: 4 that shows a Vicoprofen prescription in April of 2001.
45: 5 Prior to April of 2001, did you ever prescribe a
45: 6 medication for Mr. Irvin?
45: 7      A   At this time I can't remember. I don't have a
45: 8 recollection of it. It's certainly possible. I know
45: 9 when he's had a cold in the past, I made some
45:10 recommendations, but I - I'm pretty sure they were just
45:11 over-the-counter recommendations, Sudafed, Advil Cold

Chriss Schirmer updated 12.1 at 4.30pm

45:12 and Sinus, that kind of stuff.
45:13    Q   Prior to April 2001, did Mr. Irvin ever ask
45:14 you for a prescription and you declined for whatever
45:15 reason?
45:16    A   I don't have a recollection of that, no.
45:17    Q   Do you recall --
45:18    A   I have no memory of ever refusing to give him
45:19 a prescription.
45:20    Q   Did Mrs. Irvin ever ask you for a
45:21 prescription?
45:22    A   For her?
45:23    Q   Yes.
45:24    A   Not to my knowledge.
45:25    Q   Now, returning to April 2001, you indicated
46: Page 46
46: 1 that it was your wife who informed you that Mr. Irvin
46: 2 was suffering from back or arthritic pain that was
46: 3 nonresponsive to over-the-counter medications, is that
46: 4 correct?
46: 5    A   To the best of my recollection, yes.
46: 6    Q   Prior to April 2001, were you aware that
46: 7 Mr. Irvin was suffering from some sort of chronic pain?
46: 8    A   I don't know if it was - I would label it as
46: 9 chronic. I know that he had bouts of back and joint
46:10 pain.
46:11    Q   How long before April 2001 did that pain
46:12 first - were you first aware of that pain?
46:13    A   I don't recall the exact dates.
46:14    Q   Can you give me a sense of was it a year, two
46:15 years, five years?
46:16    A   Not really.
46:17    Q   In what -- Other than the back, was there any
46:18 other part of the body the pain was localized in?
46:19    A   Mostly joins and - joints, hand and his back,
46:20 from my recollection.
46:21    Q   Do you know whether Mr. Irvin had ever been
46:22 diagnosed with a specific arthritic condition?
46:23    A   No.
46:24    Q   Osteoarthritis or any other arthritic
46:25 condition?
47: Page 47
47: 1    A   No.
47: 2    Q   Did you yourself consider Mr. Irvin suffering
47: 3 from a specific arthritic condition?
47: 4    A   In my opinion, most of his joint pain was from
47: 5 his - probably from his sports days, and it was mostly
47: 6 degenerative joint type pain from what I inferred when
47: 7 he told me what was going on.
47: 8    Q   What did he tell you was going on?
47: 9    A   Back and joint pain, worse when he wakes up,

Page 15

Chriss Schirmer updated 12.1 at 4.30pm

47:10 gets better as he warms up throughout the day, worse if
47:11 he does a lot of manual labor.
47:12    Q    Did Mr. Irvin ever tell you whether the pain
47:13 he was suffering from kept him from doing certain
47:14 activities?
47:15    A    I don't think he specifically ever said that.
47:16    Q    Did you ever get a sense that the pain he was
47:17 suffering from kept him from doing certain activities?
47:18    A    I -- No, I never really thought about it.
47:19    Q    Did your wife tell you that the pain Mr. Irvin
47:20 was suffering from was keeping him from doing certain
47:21 activities?
47:22    A    She didn't specifically say that. She -- The
47:23 night that I called in this, she was up there visiting,
47:24 I was back here in town working, and she said his joint
47:25 pain is flared up, it's worse and the Advil or
48: Page 48
48: 1 over-the-counter products aren't working, could you call
48: 2 him in something, so that's why I called in the two
48: 3 prescriptions listed there from April 9th, 2001.
48: 4    Q    Did you ever consult with Mr. Irvin about
48: 5 which over-the-counter pain relievers he should take to
48: 6 combat his back and joint pain?
48: 7    A    I don't know if I specifically consulted with
48: 8 him. I think I was under the impression he was using
48: 9 either/or or combinations of Advil or Aleve or Naprosyn,
48:10 and that's to the - to the best of my knowledge at this
48:11 time.
48:12    Q    When your wife called you on April 9th, 2001
48:13 regarding Mr. Irvin, did she tell you that it was his
48:14 request that he - that you prescribe him a prescription
48:15 pain reliever?
48:16    A    No, I think it was more that she had said that
48:17 he's having more pain, what do you think, but I don't
48:18 remember the exact conversation, and I think -- What I
48:19 usually would do is just make recommendations at that
48:20 time, if this isn't working then, well let's try this.
48:21    Q    Do you recall anything else from that
48:22 conversation of April 9th, 2001, regarding Mr. Irvin?
48:23    A    No.
48:24    Q    Did you talk to Mr. Irvin about the risks of
48:25 the prescription you gave on April 9th, 2001?
49: Page 49
49: 1    A    No, I did not speak with him directly.
49: 2    Q    What risks did you consider -- Withdrawn.
49: 3          In and around April of 2001, what did you
49: 4 believe were the risks associated with Vicoprofen?
49: 5    A    The same risks that are usually printed right
49: 6 on the bottle, drowsiness, do not operate machinery when
49: 7 you take it, do not mix with alcohol, don't mix it with

Chriss Schirmer updated 12.1 at 4.30pm

49: 8 other painkillers.
49: 9    Q    Did either you advise him directly, or through
49:10 your wife advise him to stop taking other pain relievers
49:11 when he was taking the Vicoprofen?
49:12    A    I don't remember.
49:13    Q    What was the name of the other drug you
49:14 prescribed on April 9th?
49:15    A    The generic name is methocarbonal - carbamol,
49:16 the trade name is Robaxin.
49:17    Q    And you said that drug was for -- It's a
49:18 muscle relaxant?
49:19    A    Muscle relaxer.
49:20    Q    And how long was -- How many day's supply did
49:21 you prescribe of that drug?
49:22    A    The same as the Vicoprofen, a 30-day supply -
49:23 or 30 quantity supply, which should last about a week.
49:24    Q    And that was another drug he could take more
49:25 than once a day?
50: Page 50
50: 1    A    He could take it up to four times a day, every
50: 2 six hours.
50: 3    Q    When you gave the - when you phoned in the --
50: 4 Did you phone in the prescriptions yourself on
50: 5 April 9th?
50: 6    A    Yes.


Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_050.07    50:7-50:21


50: 7    Q    At that time, sir, did you advise Mr. Irvin
50: 8 that he should follow up with a doctor regarding his
50: 9 pain?
50:10    A    Not directly.  What I believe I did is I told
50:11 my wife this, and then for him to make a follow-up
50:12 appointment with his doctor.
50:13    Q    Do you know whether she had that conversation
50:14 with him?
50:15    A    Not directly.
50:16    Q    Do you know directly whether --
50:17    A    I assume she did.
50:18    Q    Do you know -- Did you ever hear of
50:19 Mr. Irvin's response to the suggestion that he follow up
50:20 with a doctor?
50:21    A    No, I did not.


Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_050.22    50:22-50:25


50:22    Q    Do you know of any instance that Mr. Irvin
50:23 actually saw a doctor regarding his back, joint
50:24 arthritis pain?
50:25    A    I'm not aware of any.

Page 17

Chriss Schirmer updated 12.1 at 4.30pm

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_051.01     51:1-51:24

51: 1    Q    Going back to the Walgreen's form, Exhibit 4,
51: 2 the final prescription on this page is for Vioxx, do you
51: 3 see that?
51: 4    A    Yes.
51: 5    Q    And that's 25-milligram prescription dose?
51: 6    A    Uh-huh.
51: 7    Q    Yes?
51: 8    A    Yes.
51: 9    Q    And the date of that prescription's
51:10 April 15th, 2001, correct?
51:11    A    Correct.
51:12    Q    And it lists you again as the prescribing
51:13 physician, correct?
51:14    A    Yes.
51:15    Q    Did you phone in this prescription yourself?
51:16    A    Yes.
51:17    Q    Did you speak to Mr. Irvin after April 9th and
51:18 prior to April 15th?
51:19    A    Yes.
51:20    Q    On how many occasions?
51:21    A    I believe once.
51:22    Q    Did you see him in person or was it over the
51:23 phone?
51:24    A    I believe it was over the phone.

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_D_051.25     51:25-51:25

51:25    Q    Did he initiate -- I'm sorry.

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_052.01     52:1-52:24

52: 1    A    I'm going to retract that.
52: 2         I'm pretty sure I spoke to him directly,
52: 3 either that or it was again through my wife.  I don't
52: 4 remember the specifics.
52: 5    Q    And when you say directly, do you mean --
52: 6    A    Whether he was on one end of the phone and I
52: 7 was on the other end of the phone or he spoke to my wife
52: 8 about the Vioxx medication.
52: 9    Q    Okay.  In either event, you know the
52:10 conversation wasn't in person, correct?
52:11    A    Correct.
52:12    Q    Do you know whether he called you or you
52:13 called him on that occasion?
52:14    A    I don't know who called who, and I believe it
52:15 was either he had spoken to my wife or had spoken to me
52:16 and said that he - the first two medications I

Page 18

Chriss Schirmer updated 12.1 at 4.30pm

52:17 prescribed were not working, but a friend of his,
52:18 somebody - an acquaintance he knew gave him some samples
52:19 of Vioxx.
52:20       It was my understanding that he said it
52:21 helped, and that he cannot get in to see his doctor
52:22 right away, if I could call him in some until he could
52:23 get to see his doctor. And at that point, that's when I
52:24 called in the prescription of 30.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_052.25    52:25-53:4

52:25    Q    Was this conversation had -- Withdrawn.
53: Page 53
53: 1       Did you speak to Mr. Irvin either directly or
53: 2 indirectly more than once in this time frame, April 9th
53: 3 to April 15th, or was it just one conversation?
53: 4    A    I don't remember. I believe it was only once.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_053.12    53:12-53:14

53:12    Q    So Mr. Irvin specifically requested the
53:13 25-milligram Vioxx?
53:14    A    I'm assuming that.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_054.03    54:3-56:20

54: 3    Q    Was it your belief when you prescribed the
54: 4 Vioxx on April 15th, that he began taking that drug
54: 5 sometime between April 9th and April 15th?
54: 6    A    I was under the impression that he had had a
54: 7 few or a couple samples and it helped but he had no more
54: 8 and could I call him in some until he could see his
54: 9 doctor.
54:10    Q    Do you know whether Mr. Irvin was taking the
54:11 Vioxx with any other drug that you had previously
54:12 prescribed to him?
54:13    A    No. It was my understanding that he was to
54:14 stop the first two and take the Vioxx since that was the
54:15 medication that was helping him.
54:16    Q    Do you know whether, when he was taking the
54:17 samples from his friend, he was still taking the drugs
54:18 you had prescribed him?
54:19    A    I don't know that.
54:20    Q    Do you know whether Mr. Irvin read any
54:21 material regarding the risks and benefits of Vioxx
54:22 before he started taking the samples he got from his
54:23 friend?
54:24    A    I have no knowledge of that.
54:25    Q    Did you discuss anything else on that phone
55: Page 55

Page 19

Chriss Schirmer updated 12.1 at 4.30pm

55: 1 call regarding Mr. Irvin other than this request by him
55: 2 that you prescribe him Vioxx?
55: 3    A    The only other conversation that I remember
55: 4 was, follow up with your doctor after getting the
55: 5 prescription.
55: 6    Q    Other than potentially your wife, was there
55: 7 anyone else party to the conversation besides you and
55: 8 Mr. Irvin?
55: 9    A    Not to my knowledge.
55:10    Q    Did you make any notes of the conversation?
55:11    A    No.
55:12    Q    Did you make any notes of the April 9th, 2001
55:13 conversation?
55:14    A    No.
55:15    Q    Did you ask whether Mr. Irvin had seen a
55:16 doctor between April 9th and the request for Vioxx?
55:17    A    I was under the impression he had not seen a
55:18 doctor.  That's why he was calling me for help.
55:19    Q    Did you -- Do you know whether he attempted to
55:20 see a doctor?
55:21    A    I do not know that.
55:22    Q    And you recall on April 15th, 2001,
55:23 specifically learning that Vioxx was helping Mr. Irvin
55:24 with his pain?
55:25    A    That was the impression I got, yes.
56: Page 56
56: 1    Q    And that was either told you directly by
56: 2 Mr. Irvin or through your wife, correct?
56: 3    A    Correct.
56: 4    Q    Did you consider, in your relationship with
56: 5 Mr. Irvin, that he was a complainer?
56: 6    A    No, I don't believe -- I never got the
56: 7 impression he was a complainer.
56: 8    Q    So if Mr. Irvin was complaining about back
56: 9 pain or other joint pain, that -- You took those
56:10 complaints seriously, did you not?
56:11    A    Yes.
56:12    Q    He was not a guy who would complain at the
56:13 lowest development of pain, correct?
56:14    A    That was my understanding, yes.
56:15    Q    And so he first requested - or your wife
56:16 request that you prescribe this combination of this
56:17 narcotic, Vicodin with ibuprofen, on April 9th, and that
56:18 didn't work, yet after one or two days of Vioxx, that
56:19 did work, correct?
56:20    A    That was the impression I got, yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_057.15    57:15-57:24

57:15    Q    Did you suggest to Mr. Irvin either directly

Page 20

Chriss Schirmer updated 12.1 at 4.30pm

57:16 or through your wife what type of physician would be
57:17 good to follow up with regarding his condition?
57:18    A   I think the conversation sort of gives the
57:19 extent of what I know.  I was told that the medication
57:20 was helping, the medication Vioxx was helping, and he
57:21 only had a couple samples that he received from an
57:22 acquaintance or a friend, could I please help him out
57:23 with some until he can see his doctor, and that's the
57:24 extent of it.  I couldn't read into it any more.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_058.06    58:6-59:23

58: 6         Upon hearing that the combination of the
58: 7 Vicoprofen and the muscle relaxant prescribed on
58: 8 April 9th was not providing him relief, did you - did
58: 9 you change your assessment of what was causing
58:10 Mr. Irvin's pain?
58:11    A   I think it was - I think I was actually -- It
58:12 made sense to me that if his pain was purely a bad
58:13 flare-up of the arthritis, that the Vioxx actually went
58:14 to the - was more - is better directed at arthritic pain
58:15 than the opiate pain medication and the muscle relaxer.
58:16 So it made sense to me that it would - that it would
58:17 help.
58:18    Q   Did you talk to Mr. Irvin directly or
58:19 indirectly about the risks associated with Vioxx in
58:20 order to --
58:21    A   I have no recollection of that.
58:22    Q   Do you know whether you advised your wife to
58:23 pass along any information to him?
58:24    A   I don't remember.
58:25    Q   Did you yourself provide anything in writing
59: Page 59
59: 1 to Mr. Irvin regarding the risks and benefits of Vioxx?
59: 2    A   I have no recollection of that.
59: 3    Q   Did you, through any means, inform Mr. Irvin
59: 4 about the potential GI risks associated with Cox-2
59: 5 drugs?
59: 6    A   No.
59: 7    Q   Do you know whether, at any time prior to
59: 8 April of 2001, that Mr. Irvin took any Cox-2 drug?
59: 9    A   Not to my knowledge.
59:10    Q   In April 2001, sir, did you consider Mr. Irvin
59:11 to be at any heightened cardiovascular risk?
59:12    A   I never really gave it too much thought at
59:13 that time.
59:14    Q   Did you ever talk to Mr. Irvin again after
59:15 April 15th, 2001?
59:16    A   I don't remember.
59:17    Q   Did you ever hear, after April 15th, 2001, any

Chriss Schirmer updated 12.1 at 4.30pm

59:18 update on his back or arthritis pain?
59:19    A    No.
59:20    Q    Do you know whether Mr. Irvin ever followed up
59:21 with his doctor as had been indicated to you on
59:22 April 15th?
59:23    A    I have no knowledge of that.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_061.17    61:17-61:22

61:17    Q    Have you spoken to any doctor, any other
61:18 doctor about Irvin's death, Mr. Irvin's death?
61:19    A    No.
61:20    Q    Have you ever spoken to anyone about the cause
61:21 of Mr. Irvin's death?
61:22    A    Other than my wife, no.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_064.02    64:2-64:12

64: 2         Earlier I ask you - asked you whether you had
64: 3 spoken to anyone about the cause of Mr. Irvin's death,
64: 4 and you had indicated that you had with your wife, is
64: 5 that correct?
64: 6    A    Right.
64: 7    Q    And she's the only person with whom you've
64: 8 ever spoken about the cause of Mr. Irvin's death?
64: 9    A    To the best of my memory, yes.
64:10    Q    And do you recall what you and your wife spoke
64:11 about about the cause of Mr. Irvin's death?
64:12    A    Not the specifics, no.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_065.09    65:9-66:13

65: 9    Q    Have you ever told her that you had believed
65:10 that Vioxx had caused her father's death?
65:11    A    I've never told her that I believed Vioxx has
65:12 caused her father's death.
65:13    Q    Have you ever indicated -- Have you ever told
65:14 anyone that you believe that Vioxx had caused
65:15 Mr. Irvin's death?
65:16    A    No.
65:17    Q    Is it fair to say, sir, as an emergency room
65:18 physician, you see - you have seen a fair number of
65:19 patients come in who have suffered heart attacks?
65:20    A    Yes.
65:21    Q    Would I be correct to believe that heart
65:22 attack is one of the leading causes of death among
65:23 American men in their fifties?
65:24    A    I believe it's a national statistic that heart
65:25 disease is a leading cause of death in men.
66: Page 66

Chriss Schirmer updated 12.1 at 4.30pm

66: 1    Q   Have you ever seen patients come into your
66: 2 emergency room who have suffered heart attacks whose
66: 3 medical condition did not reveal any prior trouble with
66: 4 heart disease?
66: 5    A   I think I've taken care of people that had no
66: 6 history of any medical problems and have come in
66: 7 suffering a heart attack, yes.
66: 8    Q   Patients for who - who have come into your
66: 9 emergency room, who wake up one morning feeling fine and
66:10 then have a sudden unexplained heart attack that day,
66:11 has that ever occurred in your practice?
66:12    A   I don't have a specific recollection, but I
66:13 don't see why it wouldn't have happened.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_067.12    67:12-67:18

67:12       Has anyone ever told you, sir, whether
67:13 Mr. Irvin was exhibiting any symptoms of heart trouble
67:14 between April 9th, 2001 and the day that he passed away?
67:15    A   I'm not aware of any history either directly
67:16 or indirectly via another person about him having any
67:17 kind of signs or symptoms consistent with heart disease
67:18 or heart problems.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_068.10    68:10-68:21

68:10    Q   All right.  Now, you've never met any detail
68:11 person or sales rep from Merck where a discussion about
68:12 Vioxx took place prior to prescribing for Mr. Irvin, am
68:13 I correct?
68:14    A   I have no recollection of that.
68:15    Q   And I believe you had told us on a prior
68:16 deposition that you'd only had one prior meeting that
68:17 you recalled with a Merck detail person and that did not
68:18 have anything to do with Vioxx, was that --
68:19    A   I'm sketchy even about recalling that I ever
68:20 had a meeting, and I certainly don't have a recollection
68:21 of ever being detailed about Vioxx.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_068.22    68:22-70:13

68:22    Q   All right.  And just to add a little bit of
68:23 knowledge about emergency room, emergency medicine care
68:24 and what you do, tell the jury what a routine day for
68:25 you in emergency room would be, just on - on an average
69: Page 69
69: 1 day.
69: 2    A   Oh, boy.
69: 3    Q   What you do generally.
69: 4    A   The emergency medicine is Pandora's box.  It's

Chriss Schirmer updated 12.1 at 4.30pm

69: 5 whatever comes in the door.
69: 6        By our own standards and by Federal
69: 7 obligation, we see everybody that shows up, and they
69: 8 get - they get screened, so patients that have acute
69: 9 injury oriented or acute illness will use the emergency
69:10 room.
69:11        Patients that cannot see their doctor or
69:12 patients that don't have a doctor or have any access to
69:13 health care, we see in the emergency room.
69:14        They're evaluated, you know, treatment and
69:15 diagnostics are in order, and then a treatment plan or
69:16 discharge plan or disposition plan is made.
69:17        Is that what you're asking?
69:18    Q    Yes.  And how many doctors generally at
69:19 Bethesda would be under your supervision?
69:20    A    We currently have about 30 to 35 doctors on
69:21 staff.  About 10 of the - to 11 of the doctors provide
69:22 about 90 percent of the care at the hospital.
69:23        The others are just sort of backups, been on
69:24 the wings.  Many haven't worked in our hospital for over
69:25 a year, they're just on staff in case we do need them.
70: Page 70
70: 1        So at any one time there could be as little as
70: 2 one doctor working in the midnight hours from 2 in the
70: 3 morning to 7 in the morning.  As many as four doctors
70: 4 could be working during the peak hours of the day when
70: 5 we have a lot of patients.
70: 6    Q    Would it be a fair statement to say that on
70: 7 most days, it's a very busy place, a very active place
70: 8 in the emergency department?
70: 9    A    Yes.
70:10    Q    And back to Vioxx.  At the time you prescribed
70:11 Vioxx for Mr. Irvin, did you note at that time that
70:12 Vioxx could increase the risk of cardiovascular events,
70:13 including heart attacks by 45 times?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_070.16    70:16-70:23

70:16    A    I have no prior knowledge of that happening.
70:17 BY MR. BEASLEY:
70:18    Q    Okay.  At that time, were you aware that the
70:19 mechanism of action of Vioxx could expose patients to a
70:20 greater risk of serious cardiovascular events such as
70:21 heart attacks and strokes at the time of the
70:22 prescription for Mr. Irvin?
70:23    A    I was not aware of that.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_071.02    71:2-71:4

71: 2    Q    And specifically, prior to prescribing Vioxx,

Page 24

Chriss Schirmer updated 12.1 at 4.30pm
71: 3 had anybody informed you that the mechanism of action of
71: 4 Vioxx could cause heart attacks --

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_071.07    71:7-71:17

71: 7    Q    -- or an increased risk of heart attacks?
71: 8    A    I'm sorry, you lost me, sir.  Please repeat
71: 9 it.
71:10    Q    Prior to prescribing Vioxx specifically for
71:11 Mr. Irvin, had anybody informed you that the mechanism
71:12 of action of Vioxx could cause heart attacks?
71:13    A    I was not aware of that.
71:14    Q    Would it surprise you to learn that Merck now
71:15 takes the position that Vioxx was no more effective in
71:16 treating pain than traditional NSAIDs like Aleve,
71:17 ibuprofen?

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_071.19    71:19-71:20

71:19    A    I -- I'm not aware of - that is their
71:20 position.

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_071.23    71:23-71:24

71:23         Are you aware that is their position now --
71:24    A    No.

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_072.05    72:5-72:16

72: 5    Q    Tell the jury -- There was mention a while ago
72: 6 about the PDR.  Tell the jury exactly what the PDR is
72: 7 from a medical - from a doctor's perspective.
72: 8    A    Well, the formal name is Physicians' Desk
72: 9 Reference, and it's a compilation of all the package
72:10 inserts for the - the - a particular medication or drug
72:11 informations that are - that are dispensed by the
72:12 particular companies that make that medication.
72:13    Q    And usually -- I say usually.  Is the
72:14 information found in the PDR basically the product
72:15 information sheet or the package insert?
72:16    A    That's my understanding, yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_072.23    72:23-74:17

72:23         Is the package insert the same thing as a
72:24 product information sheet put out with the drug or a
72:25 label?
73: Page 73
73: 1    A    Yes.
73: 2    Q    And basically is that what a doctor

Page 25

Chriss Schirmer updated 12.1 at 4.30pm

73: 3 prescribing medication would have access to, the package
73: 4 insert or the PDR?
73: 5    A   Yes.
73: 6    Q   And what specifically would be the purpose of
73: 7 the PDR to the prescribing physician, say in emergency
73: 8 room say, what would be the purpose of that information
73: 9 to you?
73:10    A   To provide me with information about the
73:11 medication, the - the indications, the usages, the
73:12 efficacy, the contraindications, the dosing, the forms
73:13 available, the color of the pills or shots or whatever
73:14 they are - the medication is.
73:15    Q   You don't -- You wouldn't actually review
73:16 everything in the PDR?  You would look specifically at
73:17 what you just told us, the dosage, the indications and
73:18 the contraindications and specifically the warnings?
73:19    A   Yes.
73:20    Q   Would the indication section, the
73:21 contraindication section or the warning section each be
73:22 important to you --
73:23       THE REPORTER:  Each be?
73:24       MR. BEASLEY:  Important to him as the doctor,
73:25    as the prescribing doctor.
74: Page 74
74: 1    A   Yes.
74: 2 BY MR. BEASLEY:
74: 3    Q   Would one be any more important than the
74: 4 other?
74: 5    A   It's a package deal, you know.
74: 6    Q   Am I correct that as a doctor, you would be
74: 7 looking at this information to find out, number one, the
74: 8 benefits and also the risk associated with a specific
74: 9 drug?
74:10    A   Yes.
74:11    Q   Am I also correct that as the prescribing
74:12 doctor, you would weigh the benefits and risks when you
74:13 prescribe a drug?
74:14    A   Yes.
74:15    Q   And you would - would you depend on the
74:16 information supplied to you by the - say in this case
74:17 Merck on Vioxx?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_074.19    74:19-75:11

74:19    A   Probably.
74:20 BY MR. BEASLEY:
74:21    Q   And I believe that Vioxx came out in 1999, so
74:22 am I correct that there would be nothing in the 1999
74:23 edition of the PDR relating to Vioxx?
74:24    A   My recollection of the review of the

Page 26

Chriss Schirmer updated 12.1 at 4.30pm

74:25 information that I had via the package insert or the
75: Page 75
75: 1 PDR, he had - Mr. Irvin had no contraindications, or I
75: 2 had no concerns prescribing him that medication.
75: 3     Q    In fact, it would be indicated for him based
75: 4 on what you do, am I correct?
75: 5     A    I was -- I was comfortable prescribing him
75: 6 that medication at that time.
75: 7     Q    There's nothing in the contraindication
75: 8 section of the PDR that would apply to the product
75: 9 package insert that would tell you, as the prescribing
75:10 doctor, that Vioxx was contraindicated for Mr. Irvin, am
75:11 I correct, at the time you prescribed it?

Δ's obT,
~ 611

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_075.13    75:13-75:25

75:13    A    I had no reason to believe there was any
75:14 contraindications from what - my understanding of the
75:15 package insert.
75:16 BY MR. BEASLEY:
75:17    Q    Did you find anything in the warranty section
75:18 about the risk of heart attack or certain - sudden
75:19 cardiac death or cardiovascular events that would have
75:20 alarmed you in prescribing Vioxx at that time?
75:21    A    Not to my recollection.
75:22    Q    I believe I'm correct that there was no
75:23 warning of heart attack or certain - sudden cardiac
75:24 death in the package insert at the time that would give
75:25 you any warnings at all?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_076.02    76:2-76:8

76: 2    A    I don't remember ever seeing such warning.
76: 3 BY MR. BEASLEY:
76: 4    Q    Can we agree on this, that in your practice,
76: 5 the package insert and the information contained in the
76: 6 PDR would be the primary sources of information about
76: 7 the risk of a drug when you were prescribing it to a
76: 8 patient?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_076.10    76:10-76:21

76:10    A    I think it would be a part of it.  I think we
76:11 hear from our peers, if they might tell me about a
76:12 fellow patient having - or another patient having
76:13 problems, they would pass it along.
76:14          Certainly in journals or in articles we might
76:15 get information, so it's - it's a large part of it, the
76:16 PDR and the package insert.
76:17 BY MR. BEASLEY:

Chriss Schirmer updated 12.1 at 4.30pm

*Sustained*

**Δ's OBJ. ~ 611 ~ 403**

76:18    Q   Were you aware at any time that Merck had
76:19 actually resisted the attempts by the FDA when the FDA
76:20 wanted to have the heart attack risk added to the
76:21 warning sections of the package insert?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_076.23    76:23-76:23

76:23    A   I have no knowledge of that.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_077.18    77:18-77:24

77:18    Q   As important as what you do is, an emergency
77:19 physician, emergency medicine would not be involved in
77:20 the clinical trials generally, am I correct?
77:21    A   That is correct.
77:22    Q   And if Merck knew about the risk of heart
77:23 attacks related to Vioxx, would you, as a prescribing
77:24 doctor, expect them to tell you about those risks --

*Overruled*

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_078.02    78:2-78:10

**Δ's OBJS ~ 602 ~611**

78:2    Q   -- specifically?
78:3        If they knew.
78:4    A   If somebody knew, I would expect it to be
78:5 relayed to me.
78:6    Q   Assume at the time you prescribed Vioxx for
78:7 Mr. Irvin that Merck had studies that showed a four to
78:8 five-fold increase in the risk of heart attacks.  Isn't
78:9 that the type of information you would expect the
78:10 manufacturer to provide to you?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_078.12    78:12-78:19

78:12    A   Yes, I guess.
78:13 BY MR. BEASLEY:

**Δ's OBJS ~602 ~611**

78:14    Q   Assume further that Merck knew that the
78:15 mechanism of action would have actually exposed patients
78:16 to a greater risk of heart attack, strokes or sudden
78:17 cardiac death.  Isn't that also the type of information
78:18 that you would expect the manufacturer of Vioxx to
78:19 provide to you?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_078.21    78:21-79:3

**Δ's OBJS ~602 ~611**

78:21    A   Yes.
78:22 BY MR. BEASLEY:
78:23    Q   In a major clinical study, the Data Safety
78:24 Monitoring Board involved in that study observed excess
78:25 deaths in cardiovascular adverse experiences with Vioxx
79: Page 79

*Sustained 403 602*

Chriss Schirmer updated 12.1 at 4.30pm

79: 1 compared to the competitive drug or comparable drug.
79: 2        Isn't that also the type of information that
79: 3 you would want the manufacturer to share with you?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_079.05    79:5-79:11

79: 5    A   Yes.
79: 6 BY MR. BEASLEY:
79: 7    Q   Assume further that the Merck scientists and
79: 8 expert consultants had raised serious concerns about the
79: 9 cardiovascular safety of Vioxx in the early stages.
79:10 Isn't that something - the type of information that you
79:11 would expect the company to share with you?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_079.13    79:13-79:20

79:13    A   I would guess so.
79:14 BY MR. BEASLEY:
79:15    Q   And assume further that Merck designed a major
79:16 clinical study in such a way that heart attacks and
79:17 strokes would be minimized, yet that study showed a
79:18 greater than four to five-fold increase in heart
79:19 attacks.  Wouldn't that also be something that you would
79:20 expect the company to share with you?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_079.22    79:22-80:5

79:22    A   I would guess so, yes, sir.
79:23 BY MR. BEASLEY:
79:24    Q   Assume that a medical officer with the FDA,
79:25 after reviewing the clinical studies, expressed great
80: Page 80
80: 1 concern about the cardiovascular events with the use of
80: 2 Vioxx and suggested that Naproxen could be preferred
80: 3 over Vioxx.  Isn't that something that you would expect
80: 4 the company to share with you, if they had that
80: 5 knowledge?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_080.07    80:7-80:24

80: 7    A   If that was the case, yes.
80: 8 BY MR. ISMAIL:
80: 9    Q   Doctor, you've told us earlier on the
80:10 direct-examination that you had quit prescribing Vioxx
80:11 specifically, am I correct?  That you had quit
80:12 prescribing Vioxx to any patients.
80:13    A   I had quit all - prescribing all Cox-2
80:14 inhibitors, yes.
80:15    Q   Which would include Celebrex and Bextra --
80:16    A   Yes.

Page 29

Chriss Schirmer updated 12.1 at 4.30pm

80:17    Q    -- in addition to Vioxx?
80:18    A    Yes.
80:19    Q    If it is a fact that Merck had actually
80:20 withheld critical information concerning the heart
80:21 attack risk and the cardiovascular event problems
80:22 generally really up until Vioxx was pulled from the
80:23 market in September of 2004, as a practicing physician,
80:24 would that concern you --

Δ's
OBJS

- 602
- 611

- Assumes
  Facts

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_081.02    81:2-81:5

81: 2    Q    -- if they had that information and didn't
81: 3 make it available for a period of several years?
81: 4    A    It's certainly information I would want to
81: 5 know.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_082.02    82:2-82:6

Δ's
OBJS

- 611
- 602

82: 2    Q    Doctor, would it be a correct statement that
82: 3 you could not convey to your patients the risk, adverse
82: 4 risk associated with taking a drug unless the company
82: 5 made that information available to you and specifically
82: 6 the medical community, more specifically to you?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_082.08    82:8-82:12

82: 8    A    I think that goes without saying, I can't
82: 9 preach something I don't know.
82:10 BY MR. ISMAIL:
82:11    Q    Common sense would tell you that if you don't
82:12 know the risk, you can't convey it, am I correct?

Δ's OBJ

- 611

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_082.14    82:14-82:20

82:14    A    Yes.
82:15 BY MR. BEASLEY:
82:16    Q    Just so we can be absolutely certain, I
82:17 believe I'm correct in what you've told us so far, that
82:18 prior to your prescribing Vioxx to Dicky Irvin, Merck
82:19 never told you about any cardiac risk associated with
82:20 Vioxx, in any fashion?

Δ's
OBJ

- 602
- 611

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_082.22    82:22-83:3

82:22    A    I'm not aware of any cardiac risk associated
82:23 with Vioxx prior to this event.
82:24 BY MR. BEASLEY:
82:25    Q    Have you become aware, since the death of
83: Page 83
83: 1 Mr. Irvin, that the FDA had actually urged Merck to put

Δ's
OBJS

- 611
- 602

Page 30



CONT'D

Chriss Schirmer updated 12.1 at 4.30pm

83: 2 cardiac risk in the warning section of Vioxx and they
83: 3 did not do it?

*Sustained*

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_083.05     83:5-83:9

83: 5    A   I'm not aware of that.
83: 6 BY MR. BEASLEY:
83: 7    Q   Everything you knew about Mr. Irvin was that
83: 8 he - other than the pain problems he was having, he was
83: 9 in generally good health, am I correct?

Δ's
obJ.

~602
−611

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_083.11     83:11-84:2

*Overruled*

83:11    A   To the best of my knowledge, yes.
83:12 BY MR. BEASLEY:
83:13    Q   And it was asked on direct-examination a while
83:14 ago that you had prescribed Vioxx to other patients.
83:15 Let me ask you this in another way.  You see a lot of
83:16 heart attack patients in the emergency room, am I
83:17 correct?
83:18    A   Yes.
83:19    Q   And you have no way to know, unless they tell
83:20 you, whether or not they were taking a Cox-2 inhibitor,
83:21 am I correct?
83:22    A   Correct.
83:23    Q   Due to the nature of your practice in the
83:24 emergency department in prescribing drugs, you have to
83:25 depend on companies like Merck to be honest and
84: Page 84
84: 1 forthright with you concerning the risk associated with
84: 2 the drugs, am I correct?

Δ's obJ.

6 11

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_084.04     84:4-84:8

*Sustained*
*611 ( c )*

84: 4    A   Yes.
84: 5 BY MR. BEASLEY:
84: 6    Q   And the reason for that is that you have to
84: 7 weigh the benefits of taking the drug against those
84: 8 risks that are made known to you --

Δ's
obJ.

−611

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_084.11     84:11-84:12

84:11    Q   -- is that correct?
84:12    A   Yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005     SchirmerC_084.13     84:13-86:6

Δ s
obJ.

−602
−611

−402
−403

84:13    Q   I'm going to show you, Doctor, what we've
84:14 marked as Plaintiff's Exhibit 9, which is a warning
84:15 letter, and I'll let you take a look at it a second.

Chriss Schirmer updated 12.1 at 4.30pm

84:16        Doctor, have you had a chance just to glance
84:17 at that?
84:18    A    Read all eight pages?
84:19    Q    No, no, you don't have to read it all.
84:20        Let me ask you first, have you ever seen a
84:21 copy of this warning letter, this letter addressed to
84:22 Mr. Gilmartin, who at one time was the big boss at
84:23 Merck?  I understand he's no longer the big boss but
84:24 he's still a pretty good-size boss.
84:25        Have you ever seen this letter before?
85: Page 85
85: 1    A    No.
85: 2    Q    Do you know what a warning letter is, don't
85: 3 you, to a drug company?
85: 4    A    Vaguely.
85: 5    Q    In this letter, they pretty well jump on Merck
85: 6 pretty hard for their marketing activities relating to
85: 7 Vioxx, saying that what they had done actually is false.
85: 8        Does that concern you to find out that the
85: 9 Federal Government had actually sent a warning letter to
85:10 the then president and CEO of Merck concerning their
85:11 activities concerning the marketing of this drug?
85:12        MR. ISMAIL:  Objection to form.
85:13    A    Obviously I haven't read the letter, I've
85:14 never seen it before, and I mean, the marketing - their
85:15 marketing specifics and the drug's efficacy and, you
85:16 know, risk and benefits are two different things, so
85:17 I'm --
85:18 BY MR. BEASLEY:
85:19    Q    If you find out now that the FDA had told
85:20 Merck that they had engaged on a promotional campaign
85:21 for Vioxx that minimized the potentially serious
85:22 cardio -- Let me start over.  Let me just read this -
85:23 this part of it.
85:24        You, Merck, have engaged in a promotional
85:25 campaign for Vioxx that minimizes the potentially
86: Page 86
86: 1 serious cardiovascular findings that were observed in
86: 2 the Vioxx VIGOR study and thus misrepresents the safety
86: 3 profile of Vioxx.
86: 4        Does that alarm you, as a prescribing doctor,
86: 5 to find out that the FDA had written this letter to
86: 6 Merck?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_086.08    86:8-86:8

86: 8    A    I would certainly pay attention to it, yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_086.20    86:20-86:23

Chriss Schirmer updated 12.1 at 4.30pm

*[handwritten left margin:]*
D's
oBJ.
- 611
- 602
- Assumes
  Facts
- 402
- 403

86:20    Q    Well, let me just ask it this way.  Does it
86:21 shock you that a company like Merck would put out false
86:22 and misleading information about the potential for heart
86:23 attack in folks taking Vioxx?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_086.25    86:25-87:5

86:25    A    Yes.
87: Page 87
87: 1 BY MR. BEASLEY:

*[handwritten left margin:]*
A's
oBJ
- 611
- 602

87: 2    Q    In fact, you told us a few minutes ago that
87: 3 you rely on a company like Merck to be truthful to you
87: 4 and up - forthright and to give you the information so
87: 5 you can make a good decision, is that correct?

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_087.07    87:7-87:7

87: 7    A    Yes.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_087.16    87:16-88:7

87:16    Q    Doctor, Mr. Beasley asked you some questions a
87:17 moment ago about the comparative efficacy of Vioxx
87:18 compared to traditional anti-inflammatory drugs.
87:19        Do you recall those questions?
87:20    A    Yes.
87:21    Q    With respect to Mr. Irvin, we don't have to
87:22 rely on any specific data regarding efficacy.  You know
87:23 through your own prescriptions and conversations
87:24 regarding Mr. Irvin that the over-the-countor
87:25 anti-inflammatories and even the Vicodin/ibuprofen
88: Page 88
88: 1 combination in April 2001 was not providing him relief,
88: 2 correct?
88: 3    A    Correct.
88: 4    Q    And instead, through your own conversations
88: 5 you learned that Vioxx was the only drug that provided
88: 6 him relief in that time frame, correct?
88: 7    A    That was my understanding.

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_D_088.11    88:11-88:13

*[handwritten left margin:]*
P's
oBJS.
- 401

88:11        MR. ISMAIL:  I'm going to ask that this
88:12    document be marked Exhibit 5.
88:13        (Thereupon, said document was marked as

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_088.19    88:19-89:1

88:19        Were you aware, sir, that the Food and Drug
88:20 Administration, earlier this year, 2005, had public

*[handwritten right margin annotations:]*
Sustained
611 (cc)
602
403

Sustained
602

Page 33

Chriss Schirmer updated 12.1 at 4.30pm

*[handwritten: Cont'D]* 88:21 hearings regarding the safety and efficacy of Cox-2
88:22 drugs and other NSAIDs?
88:23    A   I vaguely heard something to that effect.
88:24    Q   That was an event that was covered by both the
88:25 medical and lay media, do you recall that?
89: Page 89
89: 1    A   Vaguely, yes.

*[handwritten: Sustained]*

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_090.05    90:5-90:14

90: 5    Q   Well, that goes without saying then you could
90: 6 not rank -- You could not say in your own mind that one
90: 7 drug would - had a higher cardiovascular risk than the
90: 8 other, correct?
*[handwritten: π's objs]* 90: 9    A   Correct.
90:10    Q   And do you see, sir, the last line of that
*[handwritten: same as]* 90:11 first bullet point? Can you read that out loud to the
90:12 jury, please? The one that begins, the available data.
90:13    A   The available data do not permit a rank
90:14 ordering of these drugs with regards to CV risk.

*[handwritten: Sustained]*

Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_090.22    90:22-91:8

90:22    Q   And you couldn't rank any of the NSAIDs with -
90:23 regarding cardiovascular risk in April of 2001, correct?
*[handwritten: π's objs]* 90:24    A   Correct.
*[handwritten: - Foundation]* 90:25    Q   Just as apparently the FDA couldn't April of
*[handwritten: - leading]* 91: Page 91
*[handwritten: - relevance]* 91: 1 2005, correct?
*[handwritten: - beyond]* 91: 2    A   Correct.
91: 3    Q   And sir, as you sit here today, with the
*[handwritten: scope of cross]* 91: 4 benefit of everything that Mr. Beasley tried to suggest
91: 5 to you and anything else that you had read, are you
*[handwritten: -Hearsay]* 91: 6 aware of any placebo control of data demonstrating that
*[handwritten: -I cannot]* 91: 7 Vioxx increases cardiovascular risk in patients taking
91: 8 the drug for less than say 60 days?

*[handwritten: cross Δ's version of FDA's opinion]* Schirmer, Christopher (Vol. 01) - 09/06/2005    SchirmerC_091.10    91:10-91:21

91:10    A   No, I'm not.
91:11 BY MR. ISMAIL:
91:12    Q   And am I correct that to your own
91:13 understanding, Mr. Irvin took Vioxx for less than 30
91:14 days?
91:15    A   That is my understanding.
91:16    Q   And as you sit here today, you're not aware of
91:17 any placebo-controlled data that would demonstrate that
91:18 patients such as Mr. Irvin who had taken Vioxx for less
91:19 than 30 days were at any increased cardiovascular risk,
91:20 correct?

Chriss Schirmer updated 12.1 at 4.30pm

91:21   A   Correct.

Schirmer, Christopher (Vol. 01) - 09/06/2005   SchirmerC_092.23   92:23-93:6

92:23   Q   Now, you never attended or heard a conference
92:24 moderated by Dr. Holt, correct?
92:25   A   Correct.
93: Page 93
93: 1   Q   And you don't recall ever discussing with any
93: 2 Merck sales representative Vioxx at any time, correct?
93: 3   A   Correct.
93: 4   Q   And you don't recall ever reading and relying
93: 5 on any Merck promotional activities, correct?
93: 6   A   That is correct.

*Sustained*
*602*

Schirmer, Christopher (Vol. 01) - 09/06/2005   SchirmerC_093.21   93:21-93:25

93:21   Q   And am I correct, and I think you told us this
93:22 earlier, that in around April of 2001, you hadn't seen
93:23 any promotional material or any scientific articles
93:24 about the VIGOR study, correct?
93:25   A   Correct.

Total Length - 01:20:48