UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial portions of a deposition taken of Dr. Eric Topol. The Defendant, however, made several objections to the proffered deposition testimony. The Court ruled on these objections. The Court's rulings are noted on Dr. Eric Topol's deposition testimony, which has been entered into the record.

Houston, Texas, this __2nd__ day of __December__, 2005.

UNITED STATES DISTRICT JUDGE

-1-