U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 12-3-05
LORETTA G. WHYTE
CLERK
MDL-1657
Ref. 05-4046-L

**Plunkett v. Merck**

**Plaintiff's Counter-Designations from Re-Direct of Eric J. Topol, M.D.**

| | |
|---|---|
| 555:18-24 | Q. And I want to ask you a couple of questions that the Merck lawyer may not have – in fact, I know didn't ask you.<br>First of all, I didn't know that he was making a chart of the CV event analysis. Apparently he was |
| 556:1-24 | writing numbers. Do you recall when he was writing numbers and you were disagreeing that those numbers were comparing apples and apples?<br>MR. GOLDMAN: Objection.<br>THE WITNESS: Yes.<br>BY MR. KLINE:<br>Q. Well, no, he was disagreeing, that it was comparing apples and apples. You are saying it was like comparing two different fruits?<br>MR. GOLDMAN: Objection.<br>THE WITNESS: Yes<br>BY MR. KLINE:<br>Q. All right.<br>I see here that he prepared and marked something called Exhibit 48, and what he says here, I'll put it in front of us, that in August of '01, JAMA, he says Vioxx – help me with that.<br>A. Nabumetone.<br>Q. -- nabumetone, placebo.<br>A. Right.<br>Q. And he has August, '91, |
| 557:1-24 | JAMA, 6, 2, 1?<br>A. Right<br>Q. Vioxx, nabumetone, placebo for October 25th, 7, 1, 1?<br>A. Those are Dr. Targum's numbers, but the basis of them was uncertain. So, that's what we were going on, until we could zoom in on each and every patient and figure out whether they |

*Beyond scope of designated cross*

*Overruled*

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

        had a heart attack, a death or a stroke.
        Q.    Understood.
        And then in November 12, it's 5, 1, 0?
        A.    That was after the final review of each patient's detailed clinical history.
        Q.    This is 090, correct?
        A.    That's 090.
        Q.    That study for Merck was bad; correct?
        MR. GOLDMAN: Objection.
        THE WITNESS: Well, let's put it this way. I only learned, you know, back in November of '04

*[marginalia: "overruled"]*

558:1-7    that it was finished in 1999. So, now it's 2005, it's six years later, it hasn't been published, and as far as I know, it's the only significant large trial in nearly 1,000 patients that has not been published in the Vioxx trial.

558:9-24    Q.    Do you recall the questioning when the Merck lawyer showed you an e-mail, and he suggested to you that somebody suggested, so, therefore, he, the Merck lawyer, was suggesting that you weren't interested in 085?
        MR. GOLDMAN: Objection.
        THE WITNESS: Right, yeah. And that is a really important point, because when you are reviewing a profile of a drug or a device or a biotechnology product, you can't ignore a signal from any given trial. Each trial in itself is a compartment. So, if you have a significant excess of events,

559:1-18    serious events, we're talking here about death, heart attack and stroke, and you see it in two independent compartments, that's the whole story. It's right

|  |  |
|---|---|
|  | there.<br>    It doesn't mean that you had another trial that was very similar, in this case, 085, it doesn't mean that that trial is wrong or right or – the important point here, and this is a critical thing for interpretation of clinical trials in a field, is signals. And once you have replication in two compartments, two independent trials, that's the story. |
| 559:25 | Q. If there were one of the two |
| 560:1-3 | studies – Merck published 085, correct?<br>A. Yes,<br>Q. Good for them; correct? |
| 560:7-9 | Q. Good, at least it appeared to be good as far as cardiovascular risks were concerned; correct? |
| 560:11-21 | THE WITNESS: It didn't have, as best as I can tell, any heart attack and death and stroke, but it took a long time. It got published in 2004 by Kivitz and colleagues, as we saw, but that's a very long time lag. I don't know when that trial was completed, but I assume it was sometime in '99, and that's still a very long time lag. |
| 560:23-24 | Q. Putting aside the time lag, they published 085m which has some good |
| 561:1-2 | data in them, and they did not publish 090, which is bad for them, correct? |
| 561:4-10 | THE WITNESS: That was why 090 became a source of increasing concern over time, the fact that it didn't show up, the fact that |

*[Handwritten annotation bracketing 559:25 through 561:1-2: "ALL LEADING QUESTIONS"]*

*[Handwritten annotation: "overruled"]*

|  |  |
|---|---|
| | when Dr. Juni and his colleagues did their analysis, as I reviewed with you, Mr. Kline, this morning. |
| 561:12-19 | Q. Yes, sir.<br>A. It was that 090 took VIGOR across the line and made it what they considered a drug that was suitable for withdrawal. So, this study 090 becomes much more important, the fact that it wasn't published, but also the fact that it was a replication of VIGOR. |
| 571:6-10 | Q. But if you look at it no matter which way it comes out displaying 48, does this study demonstrate anything different in terms of a signal when it's combined with the VIGOR study? |
| 571:12-24 | THE WITNESS: The point about this is, if one is looking at this with an open mind and wanting the best for patients, looking at the data and trying to look at, is there a signal here of worry, you would be worried if you were the manufacturer of this drug or you were the clinical trialist doing this drug. You would be worried. And that's data that's available in mid-99.<br>And you would be even more |
| 572:1-21 | worried later in 1999 when you have a trial where you have an excess of deaths and serious cardiovascular events.<br>And, finally, when the VIGOR trial is cracked in March, 2000, if you looked at these data objectively, you would say, we've got two trials, one 1,000 patients, one 8,000 patients, we don't need any more trials, we have problem, we need to have restriction of the use of this |

*Handwritten annotation next to 571:6-10 through 572:1-21:* Non-responsive answer. Beyond scope of designated cross. [signed/initialed] *overruled*

|  |  |
|---|---|
|  | drug, particularly in patients with known heart disease, and we need to do the right trials to get this drug, which works out well for arthritis, but it's got this noxious side effect problem, and we've got to do something about it. |
| 598:24 | I want to talk to you about, |
| 599:1-24 | there was a mention in the testimony, it was pointed out to you by the Merck lawyer, that you suggested that it was – that Vioxx, in your JAMA paper, could have an anti-inflammatory effect for patients who had known heart disease. Do you remember that?<br>　　A. Yes.<br>　　Q. I want to talk to you about apples and oranges here for a minute because I think you guys may have been talking by each other.<br>　　Is there a difference when you suggest that it has known – that it could be anti-inflammatory as opposed to having these prothrombotic qualities which really cause the problems, and would you explain that whole concept directly and simply, sir?<br>　　MR. GOLDMAN: Objection.<br>BY MR. KLINE:<br>　　Q. Please.<br>　　A. So, the problem here, there's this very important equilibrium |
| 600:1-24 | between so-called prostacyclin and thromboxane. And we've known about this for 40 years in medicine. And if you tip that balance and you inhibit thromboxane, you can inhibit clotting, or you rev up thromboxane, you can have more clotting. On the other hand, if you tip prostacyclin production or expression, you could have just the opposite with inflammation. So, this is the balance. |

|  |  |
|---|---|
|  | And the question is, where could one of those COX-2 inhibitors in a trial of patients with heart disease, where would that balance be?  Would it be that in some patients there would be a prevention of heart attack, and in others there would be a promotion of heart attack?  This is what we didn't know.<br><br>But we also knew, and I tried to make this point earlier but I was suppressed, that millions of people with established heart disease were taking Vioxx and were taking Celebrex every day.  We had this information from |
| 601:1-8 | the Ray paper in Lancet, we had it from other papers that I've cited in my writings, and the important point is that if we have millions of people taking a drug, it's already out there and it is being done in a random way, so, we need to study this, and we need to get that information as quickly as possible. |