U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   12-3-05
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|   | : |   |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE KNOWLES |

................................................. :

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Court received the attached document from the Defendant. It regards the deposition testimony of Dr. Eric Topol. The Court's rulings are on the attached documents.

Houston, Texas, this __2nd__ day of ___December___, 2005.

UNITED STATES DISTRICT JUDGE

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

Re: Topol

Judge Fallon:

Based on your rulings, Merck would like to add a few designations in its cross-examination. Those new designations are ~~listed on the sheet~~ highlighted ~~below and marked~~ on the attached transcript.

Plaintiff objects because the designations relate to emails Dr. Topol wrote to 60 Minutes about Study 090.

We believe under your order that we have more leeway on cross to explore his communications with 60 Minutes. We are not seeking to introduce evidence of what he actually said on 60 Minutes. The emails go to his credibility.

We're sorry to ask you to address this, but we do not expect any other problems with Dr. Topol's deposition.

Thank you,

Andy Goldman
Barth Beck

p.s. Plaintiff's counsel agreed that I could seek your guidance on this.