A CERTIFIED TRUE COPY

DEC 5 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2005

FILED
CLERK'S OFFICE

*DOCKET NOS. 1657 AND 1699*

*THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC 6 2005

LORETTA G. WHYTE
CLERK

## *MDL-1657- IN RE VIOXX PRODUCTS LIABILITY LITIGATION*
## *MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-31)*
### *WITH SEPARATION, REMAND AND*
### *MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-5)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 2,150 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. Since that time, 121 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex that involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, _____F.Supp.2d_____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California.  The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

**SCHEDULE CTO-31 - TAG-ALONG ACTIONS**
**DOCKET NO. 1657**
**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

**SCHEDULE CTO-5 - TAG-ALONG ACTIONS**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS**
**LIABILITY LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN   2   05-2059 | Charlotte Woodruff, et al. v. Merck & Co., Inc., et al. | 05-6383 |
| **CALIFORNIA NORTHERN** | | |
| CAN   4   05-3943 | Warren Wayne Graham v. Merck & Co., Inc., et al. | 05-6384 |
| **KENTUCKY EASTERN** | | |
| ~~KYE   7   05-329~~ | ~~Patricia M. Moore v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| **KENTUCKY WESTERN** | | |
| ~~KYW 3  05-561~~ | ~~Rhoda Overstreet v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~KYW 3  05-562~~ | ~~Randall R. Jackson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~KYW 3  05-577~~ | ~~Bonnie Mullins, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~KYW 3  05-623~~ | ~~Ernest D. Weber, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| **MINNESOTA** | | |
| MN    0   05-2305 | Ira Basinger, et al. v. Merck & Co., Inc., et al. | 05-6385 |
| **MISSOURI EASTERN** | | |
| ~~MOE  4  05-1562~~ | ~~Lonnie Case v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1563~~ | ~~Jessie Abbott v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1564~~ | ~~Bertha Armstead v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1565~~ | ~~Berlin Jenkerson v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| MOE  4  05-1587 | Lash Angel, et al. v. Merck & Co., Inc., et al. | 05-6386 |
| MOE  4  05-1588 | Martha Vowell, et al. v. Merck & Co., Inc., et al. | 05-6387 |
| MOE  4  05-1589 | Martha Hallman, et al. v. Merck & Co., Inc., et al. | 05-6388 |
| ~~MOE  4  05-1590~~ | ~~David Wagner v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1592~~ | ~~John Kaczmarczyk v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1666~~ | ~~Jerry M. Dance v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1669~~ | ~~Doris Crenshaw v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1741~~ | ~~Jeanette Lasky v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1744~~ | ~~Francesca A. Salmieri v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1746~~ | ~~Vincent Calamia v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1747~~ | ~~Thomas Kasper v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1748~~ | ~~Bernadean Acreman v. Merck & Co., Inc, et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1750~~ | ~~Josephine Tourville v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1751~~ | ~~Jacqueline M. Lawrence v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1752~~ | ~~Adele Anthon v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1753~~ | ~~James B. Elgin, Jr. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1755~~ | ~~Richard Menzel v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1756~~ | ~~Marcy A. West v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1757~~ | ~~Hilda L. Tucker v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| ~~MOE  4  05-1758~~ | ~~Arzie Stephens v. Merck & Co., Inc., et al.~~ Opposed 12/2/05 | |
| MOE  4  05-1761 | Mattie Boswell, et al. v. Merck & Co., Inc., et al. | 05-6389 |
| MOE  4  05-1785 | Lavella Hon v. Pfizer, Inc., et al. | 05-6390 |
| MOE  4  05-1791 | John Ayers v. Pfizer, Inc., et al. | 05-6391 |

SCHEDULE CTO-31 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 2 of 2
SCHEDULE CTO-5 TAG-ALONG ACTIONS  (MDL-1699)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| MOE  4  05-1792 | Sharron Mann v. Pfizer, Inc., et al. | 05-6392 |
| MOE  4  05-1849 | Cheryl Rice, et al. v. Merck & Co., Inc., et al. | 05-6393 |
| **MISSOURI WESTERN** | | |
| MOW  4  05-934 | Charles Reliford, et al. v. Merck & Co., Inc., et al. | 05-6394 |
| MOW  4  05-936 | Larry Redman v. Merck & Co., Inc., et al. | 05-6395 |
| **NEW YORK NORTHERN** | | |
| NYN  5  05-1222 | Mary Wegerski v. Merck & Co., Inc., et al. | 05-6396 |
| NYN  6  05-1218 | Richard Zupkas, et al. v. Merck & Co., Inc., et al. | 05-6397 |
| **OREGON** | | |
| OR  3  05-1569 | Le Nguyen v. Merck & Co., Inc., et al. | 05-6398 |
| **PUERTO RICO** | | |
| PR  3  05-2020 | William Lopez-Lopez, et al. v. Astra Merck, Inc., et al. | 05-6399 |
| PR  3  05-2022 | Juan Lasalle-Lopez, et al. v. Astra Merck, Inc., et al. | 05-6400 |
| PR  3  05-2023 | Luz M. Salinas-Roldan, et al. v. Astra Merck, Inc., et al. | 05-6401 |
| PR  3  05-2024 | Rosaura Quiles-Rivera, et al. v. Astra Merck, Inc., et al. | 05-6402 |
| PR  3  05-2026 | Herminia Sansotta-Navarro, et al. v. Astra Merck, Inc., et al. | 05-6403 |
| PR  3  05-2030 | Maria Isabel Velez-Reyes, et al. v. Astra Merck, Inc., et al. | 05- 6404 |
| PR  3  05-2033 | Elsie Roman-Iglesias, et al. v. Astra Merck, Inc., et al. | 05-6405 |
| PR  3  05-2034 | Jose Antonio Alicea-Mercado, et al. v. Astra Merck, Inc., et al. | 05-6406 |
| PR  3  05-2035 | Gloria Pilar Santiago-Serrano, et al. v. Astra Merck, Inc., et al. | 05-6407 |
| PR  3  05-2036 | Carmen Marcial-Hernandez, et al. v. Astra Merck, Inc., et al. | 05-6408 |
| PR  3  05-2038 | Arnaldo Ramos-Martir, et al. v. Astra Merck, Inc., et al. | 05-6409 |
| PR  3  05-2039 | Wilfredo Rodriguez-Feliciano, et al. v. Astra Merck, Inc., et al. | 05-6410 |
| PR  3  05-2042 | Luis R. Carrion-Velez, et al. v. Astra Merck, Inc., et al. | 05-6411 |
| ~~PR  3  05-2043~~ | ~~Luis Angel Gonzalez-Rodriguez, et al. v. Astra Merck, Inc., et al.~~ Vacated 12/2/05 | |
| PR  3  05-2044 | Grisella Lopez-Magobet, et al. v. Astra Merck, Inc., et al. | 05-6412 |
| PR  3  05-2045 | Teresita Falcon-Matos, et al. v. Astra Merck, Inc., et al. | 05-6413 |
| PR  3  05-2046 | Gloria Lamourt-Cardona, et al. v. Astra Merck, Inc., et al. | 05-6414 |
| PR  3  05-2047 | Maria Lopez-Sanchez, et al. v. Astra Merck, Inc., et al. | 05-6415 |
| PR  3  05-2048 | Esther Cordova-Perez, et al. v. Astra Merck, Inc., et al. | 05-6416 |
| PR  3  05-2050 | Hector B. Rivera-Rivera, et al. v. Astra Merck, Inc., et al. | 05-6417 |
| **TENNESSEE EASTERN** | | |
| TNE  1  05-277 | Susan H. Scissom, etc. v. Merck & Co., Inc., et al. | 05-6418 |

# INVOLVED COUNSEL LIST (CTO-31)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

# INVOLVED COUNSEL LIST (CTO-5)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue
Suite 1125
Portland, OR 97204

Carol D. Browning
Stites & Harbison
Suite 1800
400 West Market Street
Louisville, KY 40202-3352

Donald K. Brown, Jr.
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Gregory J. Bubalo
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

John C. Cherundolo
Cherundolo, Bottar Law Firm
120 Madison Street
Suite 1600
MONY Tower II - 16th Floor
Syracuse, NY 13202

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Susan Marie Cordero-Ladner
Cordero, Cordero & Associates
150 Rodriguez Irizarry
Ines Cordero Rios Building
Arecibo, PR 00612

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

Aaron K. Dickey
Goldenberg, Miller, Heller &
Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

Elisabeth B. Donnovin
Johnson, Mulroony & Coleman, PC
428 McCallie Avenue
Chattanooga, TN 37402

Thomas E. Dutton
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
Park Place Tower
Suite 1100
2001 Park Place North
Birmingham, AL 35203

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Jack Michael Fribley
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Harvey L. Kaplan
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW 5th Avenue
Portland, OR 97204-3795

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
P.O. Box 900
Independence, MO 64050

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Manuel A. Moreda-Toledo
McConnell, Valdes, Kelley, et al.
P.O. Box 364225
San Juan, PR 00936

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Gerard T. Noce
Burroughs Hepler Broom MacDonald Hebrank
&True,LLP
1010 Market Street
Suite 500
St. Louis, MO 63101

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street
Suite 2700
Lexington, KY 40507-1749

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Robert D. Rowland
Goldenberg & Miller
1101 Lucas
First Floor
St. Louis, MO 63101

Michael J. Sandmire
Ater Wynne, LLP
222 S.W. Columbia
Suite 1800
Portland, OR 97201

Peter Edward Schnaitman
Tucker Ellis & West LLP
1000 Wilshire Blvd.
Suite 1800
Los Angeles, CA 90017-2475

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Gilbert C. Steindorff, IV
Adams & Reese/Lange Simpson, LLP
2100 3rd Ave., North
Suite 1100
Birmingham, AL 35203-3367

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Jon A. Strongman
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

David A. Trevey
Lynn, Fulkerson, Nichols & Kinkel, PLLC
267 W. Short Street
Lexington, KY 40507

Darren J. Van Blois
Van Blois & Associates
Airport Corporate Centre, Suite 565
7677 Oakport Street
Oakland, CA 94621

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street
Suite 2700
Lexington, KY 40507-1742

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

**INVOLVED JUDGES LIST (CTO-31)**
**DOCKET NO. 1657**
**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

**INVOLVED JUDGES LIST (CTO-5)**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS**
**LIABILITY LITIGATION**

Hon. Raymond L. Acosta
Senior U.S. District Judge
348 Jose V. Toledo Federal Building & U.S. Courthouse
300 Recinto Sur Street
San Juan, PR 00901

Hon. Donald C. Ashmanskas
U.S. Magistrate Judge
1127 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

~~Hon. Henry E. Autrey~~
~~U.S. District Judge~~
~~10N Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

~~Hon. Frederick R. Buckles~~
~~U.S. Magistrate Judge~~
~~U.S. District Court~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Salvador E. Casellas
Senior U.S. District Judge
342 Jose V. Toledo Federal Building & U.S. Courthouse
300 Calle Del Recinto Sur
San Juan, PR 00901

Hon. Carmen C. Cerezo
U.S. District Judge
C-131 Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardon Ave.
San Juan, PR 00918

Hon. Daniel R. Dominguez
U.S. District Judge
C-129 Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. R. Allan Edgar
Senior U.S. District Judge
P.O. Box 1748
Chattanooga, TN 37401-1748

~~Hon. Audrey G. Fleissig~~
~~U.S. Magistrate Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~Suite 3300~~
~~111 South 10th Street~~
~~St. Louis, MO 63102-9958~~

Hon. Jay A. Garcia-Gregory
U.S. District Judge
Ch-151 Clemente Ruiz Nazario
150 Carlos Chardon Avenue
Hato Rey, PR 00918

~~Hon. Joseph M. Hood~~
~~Chief Judge, U.S. District Court Federal Building~~
~~101 Barr Street~~
~~Lexington, KY 40588~~

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Hector M. Laffitte
U.S. District Judge
H-142 Clemente Ruiz Nazario
U.S. Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton Unisted States Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

INVOLVED JUDGES LIST (CTO-31) MDL-1657
INVOLVED JUDGES LIST (CTO-5) MDL-1699

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Juan M. Perez-Gimenez
U.S. District Judge
H-125 Clemente Ruiz Nazario Courthouse
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1765

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Frederick J. Scullin, Jr.
Chief Judge, U.S. District Court
P.O. Box 7255
Syracuse, NY 13261

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
1301 Clay Street, Suite 400 South
Oakland, CA 94612-5212

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

## INVOLVED CLERKS LIST (CTO-31)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

## INVOLVED CLERKS LIST (CTO-5)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS
## LIABILITY LITIGATION

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Lawrence K. Baerman, Clerk
Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, NY 13501

Leslie G. Whitmer, Clerk
203 Federal Building
110 Main Street
Pikeville, KY 41501

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

December 5, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 17, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:    Transferee Judge:      Judge Eldon E. Fallon
         Transferor Judges:     (See Attached List of Judges)
         Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A