IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES L. JETT<br><br>PLAINTIFF,<br><br>vs.<br><br>MERCK & CO., INC., also<br>d/b/a MERCK, SHARP AND<br>DOHME and d/b/a MSD SHARP<br>& DOHME GmbH<br><br>DEFENDANT. | CASE NO.: 2:05-cv-04097<br>Related to: MDL Case No. 1657<br>United States District Court for<br>the Eastern District of Louisiana,<br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br><u>Jury Demand Endorsed</u><br><u>Hereon</u> |

## ORDER

The Court today considered Plaintiff's Motion to Withdraw As Counsel of Record and, for good cause shown, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are no longer counsel of record for this Plaintiff. IT IS FURTHER

ORDERED that all future notices to Plaintiff be sent to James L. Jett, P.O. Box 471, Irondale, MO 63648.

IT IS SO ORDERED.

Dec 5, 2005
Date

Judge Eldon E. Fallon
United States District Court Judge

19288