IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELL W. PICKETT and<br>DORIS NEAL<br><br>PLAINTIFF,<br><br>vs.<br><br>MERCK & CO., INC., also<br>d/b/a MERCK, SHARP AND<br>DOHME and d/b/a MSD SHARP<br>& DOHME GmbH<br><br>DEFENDANT. | §§§§§§§§§§§§§§§§§ | CASE NO.: 2:05-cv-04087<br>Related to: MDL Case No. 1657<br>United States District Court for<br>the Eastern District of Louisiana,<br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br><br><u>Jury Demand Endorsed<br>Hereon</u> |

## ORDER

The Court today considered Plaintiffs' Motion to Withdraw As Counsel of Record and, for good cause shown, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are no longer counsel of record for this Plaintiffs. IT IS FURTHER

ORDERED that all future notices to Plaintiffs be sent to Dell W. Pickett and Doris Neal at 5446 Page Boulevard, St. Louis, Missouri 63112.

IT IS SO ORDERED.

_____           _____
Date                                                    Judge Eldon E. Fallon
                                                             United States District Court Judge

18676