FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -2  AM 10: 14

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®

**PRODUCTS LIABILITY LITIGATION**

This document relates to: ROBERT
MEDFORD *v. Merck & Co., Inc., et
al*)(E.D. Pa. No. 05-5065)

*EDLA # 05-5671*

MDL Docket No. 1657

**SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

### MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, Louis M. Sherwood, M.D.("Dr. Sherwood",) by
and through his attorneys, Mark A. Berman, Evan S. Glanz, and
Vikrant K. Advani, Esqs., of Gibbons, Del Deo, Dolan,
Griffinger & Vecchione, P.C., files this Motion to Substitute
Susan L. Nardone, Esq., Superseding Attorney, as counsel for
Sherwood in place and stead of Evan S. Glanz, Esq.,
Withdrawing Attorney.

The proposed substitution of counsel will not unfairly
delay the progress of this case and will not be urged as a
ground for continuing any trial setting.

This substitution is agreed to by Dr. Sherwood.

Fee
Process
X  Dktd
CtRmDep
Doc. No

Defendant Dr. Sherwood respectfully requests that the court grant this Motion and all other just relief.

Respectfully submitted,

Evan S. Glanz, Esq.
**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
**A Professional Corporation**
One Riverfront Plaza
Newark, New Jersey 07102-5496

*Withdrawing Attorney for*
*Defendant Louis M. Sherwood*

Susan L. Nardone, Esq.
**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
**A Professional Corporation**
One Riverfront Plaza
Newark, New Jersey 07102-5496

*Superseding Attorney for*
*Defendant Louis M. Sherwood*

Dated:  November 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Substitution of Counsel of Defendant Louis M. Sherwood, M.D., has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this _2_ day of December , 2005.