UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2005 DEC -7 PM 1:42 LORETTA G. WHYTE CLERK*

In re: VIOXX®

**PRODUCTS LIABILITY LITIGATION**

This document relates to: *CARL and RUTH HOWARD v. Merck & Co., Inc., et al*) (E.D. Pa. No. 05-4322)

EDLA #05-4927

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER GRANTING SUBSTITUTION OF COUNSEL

This Matter having been opened to the Court upon motion of Defendant Louis M. Sherwood, M.D.("Dr. Sherwood",) for substitution of counsel, through his attorneys, Mark A. Berman, Evan S. Glanz, and Vikrant K. Advani, Esqs., of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.; and

The Court having considered Dr. Sherwood's Motion for Substitution of Counsel,

**IT IS** on this 5th day of December, 2005

**ORDERED** that Evan S. Glanz, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., is granted leave to withdraw as counsel of record for Dr. Sherwood, and relieved from all responsibility as counsel of record in this case; and it is also

**ORDERED** that Susan L. Nardone, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. is substituted as counsel of record for Dr. Sherwood in place and stead of Evan S. Glanz, Esq.

_____
HON. ELDON E. FALLON, U.S.D.J.