UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -7  PM 1:45

LORETTA G. WHYTE
CLERK

In re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This document relates to: LOUIS and ELEANOR LaPILA v. Merck & Co., Inc., et al)
(E.D. Pa. No. 05-3560)

EDLA #05-4629

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### ORDER GRANTING SUBSTITUTION OF COUNSEL

This Matter having been opened to the Court upon motion of Defendant Louis M. Sherwood, M.D. ("Dr. Sherwood",) for substitution of counsel, through his attorneys, Mark A. Berman, Evan S. Glanz, and Vikrant K. Advani, Esqs., of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.; and

The Court having considered Dr. Sherwood's Motion for Substitution of Counsel,

**IT IS** on this ___5th___ day of ___December___, 2005

**ORDERED** that Evan S. Glanz, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., is granted leave to withdraw as counsel of record for Dr. Sherwood, and relieved from all responsibility as counsel of record in this case; and it is also

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**ORDERED** that Susan L. Nardone, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. is substituted as counsel of record for Dr. Sherwood in place and stead of Evan S. Glanz, Esq.

HON. ELDON E. FALLON, U.S.D.J.