UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC -7 PM 1:38
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: *SHERRIE HEDDEN, Individually and as the Executrix of the Estate of NORMA P. HEDDEN v. Merck & Co., Inc., et al.*(E.D. Pa. No. 05-4238) <br><br> EDLA #05-4863 | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

This Matter having been opened to the Court upon motion of Defendant Louis M. Sherwood, M.D.("Dr. Sherwood",) for substitution of counsel, through his attorneys, Mark A. Berman, Evan S. Glanz, and Vikrant K. Advani, Esqs., of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.; and

The Court having considered Dr. Sherwood's Motion for Substitution of Counsel,

**IT IS** on this ___5th___ day of ___December___, 2005

**ORDERED** that Evan S. Glanz, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., is granted leave to withdraw as counsel of record for Dr. Sherwood, and relieved from all responsibility as counsel of record in this case; and it is also

___ Fee_____
___ Process____
X Dktd_____
✓ CtRmDep____
___ Doc. No____

**ORDERED** that Susan L. Nardone, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. is substituted as counsel of record for Dr. Sherwood in place and stead of Evan S. Glanz, Esq.

_____
HON. ELDON E. FALLON, U.S.D.J.