UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC -7 PM 1:38
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX® <br><br>**PRODUCTS LIABILITY LITIGATION** <br><br>This document relates to: *BETTY L. and HIRAM E. BRENNER, w/h, LYNN E. and RANDELL K. BYNUM, w/h v. Merck & Co. et al.* (E.D. Pa. No. 05-4967) <br><br>EDLA #05-5665 | MDL Docket No. 1657 <br><br>SECTION L <br><br>JUDGE FALLON <br><br>MAGISTRATE JUDGE KNOWLES |

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

This Matter having been opened to the Court upon motion of Defendant Louis M. Sherwood, M.D. ("Dr. Sherwood",) for substitution of counsel, through his attorneys, Mark A. Berman, Evan S. Glanz, and Vikrant K. Advani, Esqs., of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.; and

The Court having considered Dr. Sherwood's Motion for Substitution of Counsel,

**IT IS** on this _5th_ day of _December_, 2005

**ORDERED** that Evan S. Glanz, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., is granted leave to withdraw as counsel of record for Dr. Sherwood, and relieved from all responsibility as counsel of record in this case; and it is also

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**ORDERED** that Susan L. Nardone, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. is substituted as counsel of record for Dr. Sherwood in place and stead of Evan S. Glanz, Esq.

HON. ELDON E. FALLON, U.S.D.J.