UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC -7 PM 1:46
LORETTA G. WHYTE
CLERK

MDL Docket No. 1657

| | |
|---|---|
| **In re: VIOXX®** | SECTION L |
| **PRODUCTS LIABILITY LITIGATION** | JUDGE FALLON |
| This document relates to: *K.B. and RUBY FERGUSON v. Merck & Co., Inc., et al.* (E.D. Pa. No. 05-3522) | MAGISTRATE JUDGE KNOWLES |
| EDLA # 05-4719 | |

### ORDER GRANTING SUBSTITUTION OF COUNSEL

This Matter having been opened to the Court upon motion of Defendant Louis M. Sherwood, M.D. ("Dr. Sherwood",) for substitution of counsel, through his attorneys, Mark A. Berman, Evan S. Glanz, and Vikrant K. Advani, Esqs., of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.; and

The Court having considered Dr. Sherwood's Motion for Substitution of Counsel,

**IT IS** on this ___5th___ day of ___December___, 2005

**ORDERED** that Evan S. Glanz, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., is granted leave to withdraw as counsel of record for Dr. Sherwood, and relieved from all responsibility as counsel of record in this case; and it is also

___ Fee____
___ Process____
X /Dktd____
✓ CtRmDep____
___ Doc. No.____

**ORDERED** that Susan L. Nardone, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. is substituted as counsel of record for Dr. Sherwood in place and stead of Evan S. Glanz, Esq.

                                             HON. ELDON E. FALLON, U.S.D.J.