**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -7 PM 1: 52

LORETTA G. WHYTE
CLERK

MDL Docket No. 1657

**SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

In re: VIOXX®

**PRODUCTS LIABILITY LITIGATION**

This document relates to: MAURICE
and PHYLLIS COHEN *v. Merck & Co.,
Inc., et al)*(E.D. Pa. No. 05-5011)

EDLA # 05-5668

### ORDER GRANTING SUBSTITUTION OF COUNSEL

This Matter having been opened to the Court upon motion

of Defendant Louis M. Sherwood, M.D.("Dr. Sherwood",) for

substitution of counsel, through his attorneys, Mark A.

Berman, Evan S. Glanz, and Vikrant K. Advani, Esqs., of

Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.; and

The Court having considered Dr. Sherwood's Motion for

Substitution of Counsel,

**IT IS** on this _____5th_____ day of _____December_____,

2005

**ORDERED** that Evan S. Glanz, Esq. of Gibbons, Del Deo,

Dolan, Griffinger & Vecchione, P.C., is granted leave to

withdraw as counsel of record for Dr. Sherwood, and relieved

from all responsibility as counsel of record in this case; and

it is also

___ Fee_____
___ Process_____
_X_ Dktd._____
_/_ CtRmDep_____
___ Doc. No._____

**ORDERED** that Susan L. Nardone, Esq. of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. is substituted as counsel of record for Dr. Sherwood in place and stead of Evan S. Glanz, Esq.

HON. ELDON E. FALLON, U.S.D.J.