MINUTE ENTRY
FALLON, J.
DECEMBER 5, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL - 1657 |
| EVELYN IRVIN PLUNKETT,<br>Individually, and as Personal Representative<br>of the Estate of Richard Irvin, Jr. | REF NO. 05-4046 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L |

| | |
|---|---|
| BEFORE JUDGE ELDON E. FALLON | Monday, December 5, 2005, 8:30 am |
| Courtroom Deputy: Gaylyn Lambert | (continued from 12-3-05) |
| Court Reporters: Cathy Pepper & Toni Tusa | |

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq.,
           Dave Matthews, Esq. Frank Woodson, Esq. for plaintiffs
           Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

---

JURY TRIAL: All present and ready.
Plaintiffs' Witnesses:
Edward Scolnick, MD - by video deposition.  Transcript filed into the record.
Evelyn Irvin Plunkett - sworn
Plaintiffs request the Court take judicial notice of the mortality tables in this case - so noticed.
Plaintiffs rests.  Motions reserved.

Defendant's Witness:
David S. Silver MD - sworn - accepted as expert in rheumatology and internal medicine
Jury excused for the day at 5:20 pm.
Defendant's Rule 50a Motion for Judgment as a matter of law on design deft, fraud and breach of warranty - Ruling Reserved.. Plaintiffs withdraw claims of fraud and breach of warranty.

Court adjourned at 5:35 pm until Tuesday, December 6, 2005, at 8:30 am

JS 10    7:18

```
___Fee_____
___Process____
_X_Dktd_____
___CtRmDep____
   Doc.No._____
```