U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   12-6-05
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

...........................................................:

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial portions of a deposition taken of Dr. Edward Scolnick. The Defendant, however, made several objections to the proffered deposition testimony. The Court ruled on these objections. The Court's rulings are noted on Dr. Edward Scolnick's deposition testimony, which has been entered into the record.

Houston, Texas, this 3rd day of ___December___, 2005.

UNITED STATES DISTRICT JUDGE

___Fee___
___Process___
X _Dktd_
___CtRmDep___
Doc.No.___