SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**
3/22 by Mr. Lanier

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   12-5-05

LORETTA G. WHYTE
CLERK

| Scene | Designation | Source | Tx | Duration | Elapsed | Remains |
|-------|-------------|--------|-----|----------|---------|---------|
| 1 | 15:5-15:7 | Scolnick, Edward 2005-03-22 | | 00:00:05 | 00:00:00 | 04:30:41 |

15: 5   Q: Are you Dr. Ed Scolnick?
15: 6   A: Yes, I'm Dr. Edward
15: 7   Scolnick.

| 2 | 22:13-22:18 | Scolnick, Edward 2005-03-22 | | 00:00:10 | 00:00:05 | 04:30:36 |

22: 13   Q: Are you the Edward M.
22: 14   Scolnick, President of Merck Research
22: 15   Labs and then the Executive Vice
22: 16   President Science and Technology for
22: 17   Merck & Company?
22: 18   A: Yes, I am.

| 3 | 68:3-68:4 | Scolnick, Edward 2005-03-22 | | 00:00:05 | 00:00:15 | 04:30:26 |

68: 3   Q: I want to show you Scolnick          *delete*
68: 4   Exhibit Number 7 (We're going to come)

| 4 | 68:11-68:18 | Scolnick, Edward 2005-03-22 | | 00:00:22 | 00:00:20 | 04:30:21 |

*objection to this line of questioning. relevance; 403, profit motive as set forth in M-I-L 2.*

68: 11   Q: Do you see your June 1, 1998
68: 12   e-mail?
68: 13   A: Yes, I do.
68: 14   Q: You did threaten to quit,
68: 15   didn't you?
68: 16   A: I was upset with a
68: 17   particular marketing person. I was --
68: 18   and that is the thrust of this e-mail.

| 5 | 69:1-71:12 | Scolnick, Edward 2005-03-22 | | 00:02:09 | 00:00:42 | 04:29:59 |

*π - bias; explains why studies not performed*

69: 1   Q: Well, when you said 'If you
69: 2   lose I will leave, because I will not be
69: 3   able to have any respect for this
69: 4   company,' that's threatening to quit,
69: 5   isn't it?
69: 6   A: The e-mail is accurate.
69: 7   Q: No. That wasn't my
69: 8   question.
69: 9   I said, when you say in your
69: 10   e-mail, 'If you lose I will leave,
69: 11   because I will not be able to have any
69: 12   respect for this company,' you're
69: 13   threatening to quit, aren't you?
69: 14   A: I accept that
69: 15   interpretation.
69: 16   Q: Because it's right. I mean,
69: 17   that's what you're doing. It's not an

*Additional objection - argumentative, sarcastic*

Fee _____
Process _____
X   Dktd _____
_____CtRmDep _____
Doc.No. _____

Sustained

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*see objection, 403,*
*re relevance,*
*profit motive*

*Sustained*

69: 18   interpretation. You're saying, hey, if
69: 19   you lose, I'm quitting, I'm not going to
69: 20   have any respect for this company.
69: 21   That's what you're saying.
69: 22   A:  That's what the e-mail says.
69: 23   Q:  You're saying 'Merck
69: 24   marketing for once has to compete and
70: 1    win. If you do not beat Pfizer,' which
70: 2    is who Searle was at the time; right? If
70: 3    you don't beat Celebrex, that's what it
70: 4    means; right?
70: 5    A:  Yes, that's correct.
70: 6    Q:  'If you do not beat PFIZER
70: 7    2/1 MERCK should throw in the towel and
70: 8    just give up and hand the company over to
70: 9    someone else. If YOU,' all capitals,
70: 10   'lose I will leave, because I will not be
70: 11   able to have any respect for this
70: 12   company. You didn't threaten them to
70: 13   boil them in oil, but you were pretty

*Sustained*

*further objection:*
*argumentative,*
*sarcastic*

70: 14   upset with them, weren't you?
70: 15   A:  It is a pointed e-mail.
70: 16   Q:  Because you were upset;
70: 17   weren't you?
70: 18   A:  That is correct.
70: 19   Q:  You were upset also because
70: 20   of some study issues, research issues;
70: 21   weren't you?
70: 22   A:  I don't recall what you're
70: 23   referring to.
70: 24   Q:  Look at what it says at the
71: 1    start. You're saying that the reason
71: 2    y'all were three months behind Searle,
71: 3    the reason you were losing the race is
71: 4    because people in marketing 'demanded a
71: 5    label that said we cause no ulcers.'
71: 6    And then the budgets were so high that
71: 7    nobody could get the money that they
71: 8    needed for the study. And that's why
71: 9    y'all were behind? That's what you say;
71: 10   isn't it?
71: 11   A:  That is what the memo says,
71: 12   yes.

6      73:20 -75:2    Scolnick, Edward 2005-03-22    · 00:01:00  00:02:51  04:27:50
                      73: 20   Q:  Yes. And you said 'it

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*[Handwritten left margin: ]* = objection to Plio line of questioning - relevance, 403, argumentive -

*[Handwritten: ]* π - shows problems of "basic research" ie the CV study not being done

| | |
|---|---|
| 73: 21 | couldn't fit anyone's budget without ONCE |
| 73: 22 | AGAIN killing basic research at Merck,' |
| 73: 23 | didn't you? |
| 73: 24 | A:  That's what the e-mail says, |
| 74: 1 | yes. |
| 74: 2 | Q:  Well, were y'all -- 'ONCE |
| 74: 3 | AGAIN killing basic research'? So, basic |
| 74: 4 | research had been killed before, hadn't |
| 74: 5 | it? |
| 74: 6 | A:  Basic research was an |
| 74: 7 | important component of the Merck Research |
| 74: 8 | Labs, and there was always a debate about |
| 74: 9 | how much money it should get. That's |
| 74: 10 | what I was referring to. |
| 74: 11 | Q:  Yes. That wasn't my |
| 74: 12 | question, sir. My question is, see where |
| 74: 13 | you put it in all capitals for emphasis |
| 74: 14 | 'ONCE AGAIN'? See where you emphasize |
| 74: 15 | that? 'ONCE AGAIN.' |
| 74: 16 | A:  I see the capitals. |
| 74: 17 | Q:  Doesn't that mean that it's |
| 74: 18 | happened before? |
| 74: 19 | A:  This debate has happened |
| 74: 20 | before, yes. |
| 74: 21 | Q:  No. The event has happened |
| 74: 22 | before many times; hadn't it? |
| 74: 23 | A:  Basic research thrived at |
| 74: 24 | Merck. The debate about whether there |
| 75: 1 | was enough money for basic research |
| 75: 2 | constantly occurred. |

*[Handwritten right margin: ]* Sustained 403,

| | | | | |
|---|---|---|---|---|
| 7 | 76:18 -77:3 | Scolnick, Edward 2005-03-22 | 00:00:18  00:03:51  04:26:50 | |

| | |
|---|---|
| 76: 18 | Q:  Well, sir, it looks to me |
| 76: 19 | like you said 'ONCE AGAIN killing basic |
| 76: 20 | research.' We couldn't fit this into |
| 76: 21 | anyone's budget 'without ONCE AGAIN |
| 76: 22 | killing basic research.' Did I read that |
| 76: 23 | right? |
| 76: 24 | A:  You did. And that is the |
| 77: 1 | shorthand way I expressed the more |
| 77: 2 | complete thought that I have just given |
| 77: 3 | you. |

*[Handwritten right margin: ]* Sustained 403

| | | | | |
|---|---|---|---|---|
| 8 | 78:7 -78:16 | Scolnick, Edward 2005-03-22 | 00:00:20  00:04:09  04:26:32 | |

*[Handwritten left margin: ]* objection: relevance, 403 argumentive, sarcastic tone

| | |
|---|---|
| 78: 7 | Q:  Bottom line is, you were |
| 78: 8 | saying marketing needs to stop their |
| 78: 9 | demands and just get out there and |

*[Handwritten right margin: ]* Overruled

*[Handwritten bottom: ]* π - marketing very relevant when effects science/medicine issues

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*π − agree to remove 78:13-16*

*asked + answered*

*Overruled*

| | | |
|---|---|---|
| 78: 10 | compete and win for once; right? | |
| 78: 11 | A:  That's what my memo | |
| 78: 12 | indicates. | |
| 78: 13 | Q:  And if they didn't do it, | |
| 78: 14 | that's when you were going to quit? | |
| 78: 15 | A:  That's what I said in my | |
| 78: 16 | e-mail. | |

| 9 | 79:6 -80:8 | Scolnick, Edward 2005-03-22    00:01:05 00:04:29 04:26:12 |
|---|---|---|

*cumulative (race to market)*

*π − agree to remove 79:12 − 80:8 argumentative; and assumes facts not in evidence*

*Overruled*

| | | |
|---|---|---|
| 79: 6 | Q:  Sir, y'all weren't ready to | |
| 79: 7 | go to market with your product, with | |
| 79: 8 | Vioxx, when Celebrex hit the market? | |
| 79: 9 | Y'all got beat; right? | |
| 79: 10 | A:  Celebrex got to the market | |
| 79: 11 | first. That is correct. | |
| 79: 12 | Q:  And that really upset you; | |
| 79: 13 | didn't it? | |
| 79: 14 | A:  It did. | |
| 79: 15 | Q:  And you felt like your | |
| 79: 16 | company was going too slow, spending too | |
| 79: 17 | much time trying to prove too much, and | |
| 79: 18 | your company just needed to get to | |
| 79: 19 | market; right? | |
| 79: 20 | A:  I was referring in this | |
| 79: 21 | e-mail to the particular outcomes study. | |
| 79: 22 | That was the only excess that I was | |
| 79: 23 | referring to in our development of Vioxx. | |

*argumentative; assumes facts not in evidence*

*sustained*

| | | |
|---|---|---|
| 79: 24 | Q:  That's not what I asked you. | |
| 80: 1 | sir. | |
| 80: 2 | I said, you were real | |
| 80: 3 | concerned that your company push to | |
| 80: 4 | market and get to market immediately, | |
| 80: 5 | even if the research wasn't finished, | |
| 80: 6 | even if the labeling wasn't quite right; | |
| 80: 7 | correct? | |
| 80: 8 | A:  No, that is not correct. | |

| 10 | 96:23 -97:5 | Scolnick, Edward 2005-03-22    00:00:15 00:05:34 04:25:07 |
|---|---|---|

*asked + answered; relevance : 403; argumentative*

| | | |
|---|---|---|
| 96: 23 | Q:  Well, we looked at an | |
| 96: 24 | exhibit a few minutes ago, the 1998 one | |
| 97: 1 | where you said that y'all were killing | |
| 97: 2 | basic research again at Merck, once | |
| 97: 3 | again. That's because y'all needed more | |
| 97: 4 | money. You didn't have enough money in | |
| 97: 5 | the budget; right? | |

| 11 | 97:7 -97:9 | Scolnick, Edward 2005-03-22    00:00:04 00:05:49 04:24:52 |
|---|---|---|

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

(continuing objection)

| | | |
|---|---|---|
| | 97: 7 | THE WITNESS: I'd like to |
| | 97: 8 | see any other memo that you're |
| | 97: 9 | referring to at this point. |

| 12 | 97:11-97:11 | Scolnick, Edward 2005-03-22 | 00:00:04 00:05:53 04:24:48 |
|---|---|---|---|
| | | 97: 11  Q: Okay. Right here. | |

| 13 | 97:12-98:2 | Scolnick, Edward 2005-03-22 | 00:00:35 00:05:57 04:24:44 |
|---|---|---|---|

*π - shows reason by "basic research" like CV study wasn't done*

←

*Sustained*

97: 12   Look at number 7.
97: 13   A: Thank you.
97: 14   Q: This is the one where you
97: 15   put in all caps 'ONCE AGAIN killing basic
97: 16   research at Merck.' Do you remember
97: 17   that? Can you find that on the page?
97: 18   A: Yes. I see the memo, thank
97: 19   you.
97: 20   Q: Right before the all caps
97: 21   'ONCE AGAIN killing basic research,'
97: 22   you'll see it says that 'the outcomes
97: 23   study could not fit anyone's budget.'
97: 24   Do you see that?
98: 1   A: Yes, I see the memo. We've
98: 2   discussed it.

| 14 | 98:3-98:9 | Scolnick, Edward 2005-03-22 | 00:00:17 00:06:32 04:24:09 |
|---|---|---|---|

98: 3   Q: All right. So, now you'll
98: 4   agree with me in 1998 y'all didn't have
98: 5   enough money in your budget to do all the
98: 6   research you wanted to do. True?
98: 7   A: That is true. That is
98: 8   always true of any really productive
98: 9   research laboratory.

*Overruly* →

| 15 | 100:2-100:4 | Scolnick, Edward 2005-03-22 | 00:00:04 00:06:49 04:23:52 |
|---|---|---|---|

*objection - relevance, 403*

100: 2   Q: Sir, I'm going to give you a
100: 3   document that we'll mark as Exhibit
100: 4   Number 12.

| 16 | 100:7-101:6 | Scolnick, Edward 2005-03-22 | 00:01:16 00:06:53 04:23:48 |
|---|---|---|---|

*plus-whether Searle put out an ad before Merck has no nexus to this case, since the prescriber did not rely on ads ad there's no evidence Mr. Irvin saw any Vioxx ads.*

100: 7   Q: This was from Peter Ernster
100: 8   to you. Do you see that up at the top?
100: 9   A: Yes.
100: 10   Q: Do you know who Peter
100: 11   Ernster was?
100: 12   A: I knew Peter Ernster. He
100: 13   was a person in the marketing group.
100: 14   Q: He says he's responding to
100: 15   your e-mail, 'broad side' that you'd sent
100: 16   to this fellow and the market research

*Sustained 403 602*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*continuing relevance objection* ↓

100: 17   people. Do you see that?
100: 18   A:  I do, although I don't
100: 19   recall this.
100: 20   Q:  You don't recall your 'broad
100: 21   side' e-mail?
100: 22   A:  I don't recall.
100: 23   Q:  Sir, he says, 'In any event
100: 24   the fact that Searle 'beat us" because
101: 1    he's quoting your broad side evidently,
101: 2    'to print with an ad was fully expected.'
101: 3    Did you know that you were sending out
101: 4    e-mails to people where you broadsided
101: 5    them because Searle beat y'all to print
101: 6    with ads?

*Sustained*
*403*

---

| 17 | 101:9-101:20 | Scolnick, Edward 2005-03-22   00:00:22 00:08:09 04:22:32 |
|----|----|----|

101: 9    THE WITNESS:  I don't recall
101: 10   the e-mail that Mr. Ernster is
101: 11   referring to.
101: 12   BY MR. LANIER:
101: 13   Q:  Well, sir, you weren't in
101: 14   marketing yourself, were you?
101: 15   A:  No.
101: 16   Q:  Well, why did you keep
101: 17   dabbling in the marketing end? Why were
101: 18   you sending broadside e-mails to people,
101: 19   because y'all were too slow on the
101: 20   marketing?

*plus-argumentative*

*Overruled*

---

| 18 | 101:23-102:3 | Scolnick, Edward 2005-03-22   00:00:12 00:08:31 04:22:10 |
|----|----|----|

101: 23   THE WITNESS:  I was
101: 24   competitive, and we had a terrific
102: 1    drug, and I wanted the company to
102: 2    present that drug well to
102: 3    physicians.

---

| 19 | 104:5-104:9 | Scolnick, Edward 2005-03-22   00:00:16 00:08:43 04:21:58 |
|----|----|----|

*same objection – cumulative, asked & answered*

104: 5    You got upset, you sent out
104: 6    a broadside e-mail because Searle beat
104: 7    y'all to print with an ad direct to
104: 8    consumers. That's what this says, in
104: 9    essence; right?

← *Sustained*

---

| 20 | 104:21-104:24 | Scolnick, Edward 2005-03-22   00:00:20 00:08:59 04:21:42 |
|----|----|----|

104: 21   THE WITNESS:  That's what
104: 22   this memo talks about, yes. I
104: 23   don't recall sending the e-mail,
104: 24   but that's what this memo says.

*irrelative prejudice confusing*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

21      **109:9 -110:15**   Scolnick, Edward 2005-03-22      00:01:02  00:09:19  04:21:22

*objection: relevance, 403,*

109: 9    Q:  So, when y'all, Merck, did
109: 10   the big ad with the figure skater on TV
109: 11   or in the magazine saying, hey, I can do
109: 12   this pirouette now because I've taken
109: 13   Vioxx -- did you ever see that?
109: 14   A:  Yes, I did.
109: 15   Q:  That's a direct-to-consumer
109: 16   ad; right?
109: 17   A:  That is a direct-to-consumer
109: 18   ad.
109: 19   Q:  Because you're advertising
109: 20   your product to the actual consumers,
109: 21   people like the ladies and gentlemen on
109: 22   our jury; right?
109: 23   A:  Advertising it to consumers.
109: 24   Q:  Even though a consumer can't
110: 1    any more go and buy that product than the
110: 2    man in the moon, can they?
110: 3    A:  The consumer needs to go to
110: 4    the physician to find out about the
110: 5    product.
110: 6    Q:  Well, it takes a doctor to
110: 7    write a prescription for Vioxx. The FDA
110: 8    wouldn't let y'all sell that
110: 9    over-the-counter, would they?
110: 10   A:  It takes a doctor to write a
110: 11   prescription for Vioxx.
110: 12   Q:  You never had permission to
110: 13   sell that like you can sell Bayer aspirin
110: 14   or Aleve or even Pepcid these days;
110: 15   right?

*Again, no evidence that Mr. Irvin saw DTC advertising.*

*Plus, Dorothy Hamill commercial aired after Mr. Irvin passed away.*

*plus - argumentative*

*Sustained 403*

---

22      **110:19 -110:22**   Scolnick, Edward 2005-03-22      00:00:09  00:10:21  04:20:20

110: 19   THE WITNESS:  Vioxx was a
110: 20   prescription drug on the market
110: 21   and not allowed to be sold without
110: 22   a prescription over-the-counter.

---

23      **115:3 -115:10**   Scolnick, Edward 2005-03-22      00:00:13  00:10:30  04:20:11

*objection argumentative; assumes facts not in evidence*

115: 3    Q:  So, you had all the
115: 4    resources you needed to do the right
115: 5    studies, and if the studies weren't done,
115: 6    it was your fault for not doing them
115: 7    because you had the money. Is that what
115: 8    you're telling me?
115: 9    A:  We had sufficient resources

*Overruled*

*π - admission could have done CV study*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | |
|---|---|---|
| | 115: 10 | to study Vioxx. |

| 24 | 118:5 -118:11 | Scolnick, Edward 2005-03-22      00:00:14  00:10:43  04:19:58 |
|---|---|---|
| | 118: 5 | Q:  If you thought that there |
| | 118: 6 | was an issue that needed debunking, you |
| | 118: 7 | certainly knew how to order to get a |
| | 118: 8 | study immediately to debunk the issue and |
| | 118: 9 | destroy credibility, didn't you? |
| | 118: 10 | A:  And to find out if we were |
| | 118: 11 | wrong. |

| 25 | 119:10 -119:23 | Scolnick, Edward 2005-03-22      00:00:30  00:10:57  04:19:44 |
|---|---|---|
| | 119: 10 | question. My question is simple. You |
| | 119: 11 | certainly could have ordered a study for |
| | 119: 12 | risks of heart attacks and strokes before |
| | 119: 13 | you put the Vioxx drug on the market, |
| | 119: 14 | couldn't you? |
| | 119: 15 | A:  If there had been a reason |
| | 119: 16 | to do that, I could have done that. |
| | 119: 17 | Q:  By the same token, any day |
| | 119: 18 | that Vioxx had been on the market, the |
| | 119: 19 | second it occurred to you that there |
| | 119: 20 | might be a problem with heart attacks and |
| | 119: 21 | strokes, you could have ordered |
| | 119: 22 | immediately a speed study to be done; |
| | 119: 23 | couldn't you? |

*(handwritten, left margin):* optional completeness include was 118: 18 – 119: 3

| 26 | 120:2 -120:5 | Scolnick, Edward 2005-03-22      00:00:07  00:11:27  04:19:14 |
|---|---|---|
| | 120: 2 | THE WITNESS:  I could have |
| | 120: 3 | asked or ordered a study to be |
| | 120: 4 | done if I had thought there was a |
| | 120: 5 | cardiovascular risk with Vioxx. |

| 27 | 120:23 -121:23 | Scolnick, Edward 2005-03-22      00:00:57  00:11:34  04:19:07 |
|---|---|---|
| | 120: 23 | to justify selling the drug. I'm asking |
| | 120: 24 | you, did you ever order a specific study |
| | 121: 1 | about heart attacks and strokes? |
| | 121: 2 | A:  I did not order a specific |
| | 121: 3 | study. I urged the group to come up with |
| | 121: 4 | study designs after VIGOR to further |
| | 121: 5 | examine the question that was raised by |
| | 121: 6 | the VIGOR study. |
| | 121: 7 | Q:  Well, sir, what about VALOR, |
| | 121: 8 | did you have anything to do with talk |
| | 121: 9 | about doing the VALOR study? |
| | 121: 10 | A:   VALOR? |
| | 121: 11 | Q:  Yes, sir. |
| | 121: 12 | A:  I don't recognize the term. |

*(handwritten, left margin):* relevance, 403 objection to VALOR was considered, but not done. Questions are focused on the cancellation of the study, which was post event

*(handwritten, right margin):* overruled

*(handwritten, bottom):* π – shows Merits could have designed/done CV study before π died     post event Admission

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

121: 13  I'm sorry.
121: 14  Q:  Did you know that your
121: 15  company at one point contemplated and
121: 16  actually went pretty far in designing the
121: 17  idea of doing a study specifically to
121: 18  look at heart attack, strokes, CV risks?
121: 19  A:  Yes. Several study designs
121: 20  were considered.
121: 21  Q:  And one of them had approval
121: 22  and was about to be done when it was
121: 23  cancelled. Did you know that?

*Overruled*

| 28 | 122:1 - 122:3 | Scolnick, Edward 2005-03-22   00:00:05 00:12:31 04:18:10 |

122: 1  THE WITNESS:  One of the
122: 2  studies that I'm aware of was not
122: 3  given final approval.

| 29 | 122:5 - 122:9 | Scolnick, Edward 2005-03-22   00:00:10 00:12:36 04:18:05 |

122: 5  Q:  Why not?
122: 6  A:  Because when the study was
122: 7  reviewed, several people objected to the
122: 8  design of the study, that it was not a
122: 9  good scientific study to do.

| 30 | 122:23 - 123:3 | Scolnick, Edward 2005-03-22   00:00:13 00:12:46 04:17:55 |

π — agree to objection — take out question omitted.

122: 23  A:  Any particular study that
122: 24  was cancelled was based on the scientific
123: 1  design of the study in order to come up
123: 2  with an optimal design that would answer
123: 3  the question, yes.

| 31 | 124:1 - 124:10 | Scolnick, Edward 2005-03-22   00:00:22 00:12:59 04:17:42 |

objection: argumentative

124: 1  Q:  I didn't ask you if you had
124: 2  sufficient data or anything like that. I
124: 3  said, sir, you, your company, looked at
124: 4  doing a study specific to heart attacks
124: 5  and strokes because it needed that kind
124: 6  of a study. There was a need for it.
124: 7  Would you agree or disagree?
124: 8  A:  There was a question, and,
124: 9  therefore, we wanted to do additional
124: 10  studies.

*Sustained*

| 32 | 124:24 - 125:6 | Scolnick, Edward 2005-03-22   00:00:12 00:13:21 04:17:20 |

objection: argumentative, irrelevant, 403 + post death (refers to a 2002 event)

124: 24  Q:  You just know that y'all
125: 1  killed the study, and the reason you're
125: 2  saying you killed it is because y'all
125: 3  thought it was defective?
125: 4  A:  Thought it was a less

*Sustained*

π — Admission; Merck's ability to design/do CV study

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

125: 5    than -- far less than optimal study
125: 6    design. That's right.

---

33    **128:1 - 128:22**    Scolnick, Edward 2005-03-22    00:00:39  00:13:33  04:17:08

*objection —*
*relevance,*
*403*

*refers to*
*a comment*
*the witers made*
*post-event.*

~~π —~~
*admission — CV*
*study is only "essential*
*study ".*
*objection:*
*sarcastic*
*tone*
*Knowledge;*
*Notice*

128: 1    Q:  Well, the truth is, the
128: 2    essential study that needed to be done
128: 3    for Vioxx was an outcomes study for heart
128: 4    attacks and strokes; right?
128: 5    A:  The study that would
128: 6    measure, as a predefined endpoint, heart
128: 7    attacks and strokes was an important
128: 8    study for Vioxx.
128: 9    Q:  Not an important. It was,
128: 10   at least in the world of things back in
128: 11   2001, the only essential study for Vioxx,
128: 12   wasn't it?
128: 13   A:  It was an essential study to
128: 14   do for Vioxx.
128: 15   Q:  That wasn't my question.
128: 16   The only essential study;
128: 17   true?
128: 18   A:  It wasn't the only essential
128: 19   study to do. It was --
128: 20   Q:  That's what you said.
128: 21   A:  It was a very important
128: 22   study.

*overruled*

---

34    **136:9 - 136:12**    Scolnick, Edward 2005-03-22    00:00:11  00:14:12  04:16:29

136: 9    Q:  Well, certainly by the year
136: 10   2000 you knew that there was an issue
136: 11   about heart attacks and strokes, weren't
136: 12   you?

---

35    **136:15 - 136:17**    Scolnick, Edward 2005-03-22    00:00:06  00:14:23  04:16:18

136: 15   THE WITNESS:  The VIGOR
136: 16   study was available in the year
136: 17   2000.

---

36    **137:4 - 137:9**    Scolnick, Edward 2005-03-22    00:00:18  00:14:29  04:16:12

*objection: plaintiff*
*trying to suggest*
*causality from "a lot" of*
*AE reports — see MIL*
*to exclude. Relevance, 403.*

*π — shows Knowledge*
*of CV risks early*

137: 4    Q:  Well, sir, I'm going to hand
137: 5    you a document marked Scolnick Exhibit
137: 6    Number 10. As of March 13, 2000, y'all
137: 7    were looking at a lot of different
137: 8    adverse experience reports that were
137: 9    coming in about your Vioxx; weren't you?

*overruled*

---

37    **137:12 - 137:16**    Scolnick, Edward 2005-03-22    00:00:08  00:14:47  04:15:54

137: 12   THE WITNESS:  We always
137: 13   looked at adverse experience

---

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

137: 14   reports after a drug was on the
137: 15   market. And we did that also for
137: 16   Vioxx, yes.

*overruled* (handwritten)

38   **141:9 -142:7**   Scolnick, Edward 2005-03-22      00:00:39  00:14:55  04:15:46

141: 9   MR. LANIER:  We're marking
141: 10  that as Exhibit Number 13.
141: 11  BY MR. LANIER:
141: 12  Q:  If you'll look down at the
141: 13  third question, that's the one I want you
141: 14  to look at.
141: 15  A:  Uh-huh.
141: 16  Q:  'Why did Merck undertake
141: 17  the,' APPROVe, 'trial?'
141: 18  A:  Uh-huh.
141: 19  Q:  Merck prepared an answer to
141: 20  that. Nowhere in that answer does it say
141: 21  to see if people are having heart attacks
141: 22  and strokes, does it?
141: 23  A:  The answer to the question
141: 24  does not refer to the cardiovascular
142: 1   outcome part of the study.
142: 2   Q:  I'm sorry. That's a long
142: 3   answer. Are you just saying, yes, you're
142: 4   right, it doesn't say heart attacks and
142: 5   strokes?
142: 6   A:  There's nothing about heart
142: 7   attacks and strokes in that answer.

39   **143:1 -143:7**   Scolnick, Edward 2005-03-22      00:00:16  00:15:34  04:15:07

*π - witness not responsive argumentative* (handwritten)

143: 1   Q:  Well, you keep wanting to
143: 2   tell this jury that this was your big
143: 3   test on cardiovascular events; right?
143: 4   A:  It was one of them, yes.
143: 5   Q:  If you look at Page 2,

*irrelevant* (handwritten)

143: 6   that's not what this memo says, is it?
143: 7   Do you see Page 2?

*Overruled* (handwritten)

40   **143:13 -145:15**   Scolnick, Edward 2005-03-22      00:01:52  00:15:50  04:14:51

143: 13  Q:  Well, why don't you look up
143: 14  at question number 5. 'Why were you
143: 15  looking at cardiovascular events?' Do
143: 16  you see that question?
143: 17  A:  Yes, I do.
143: 18  Q:  It says, 'Cardiovascular
143: 19  data is collected as part of the safety
143: 20  data in all clinical programs.' Do you

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

143: 21   see that?
143: 22   A:  Yes, I do.
143: 23   Q:  It doesn't say this was
143: 24   specifically targeted to check for CV
144: 1   events. It says y'all do that, everybody
144: 2   does that in every study, that's just
144: 3   standard protocol; right?
144: 4   A:  The statement says,
144: 5   'Cardiovascular data is collected as part
144: 6   of the safety data in all clinical
144: 7   programs.' Then it says, 'Merck began
144: 8   long-term randomized clinical trials to
144: 9   provide an even more comprehensive
144: 10   picture of the cardiovascular safety
144: 11   profile of Vioxx' as part of answer 5.
144: 12   Q:  Sir, the point of this is,
144: 13   it's saying, first of all, cardiovascular
144: 14   data is collected in every program;
144: 15   right?
144: 16   A:  It says that, yes.
144: 17   Q:  Because that's how important
144: 18   cardiovascular data is; right?
144: 19   A:  That's true.
144: 20   Q:  All right. And this is a
144: 21   paper -- you understand this is being
144: 22   prepared for the press, this is to deal
144: 23   with press issues. Did you know that?
144: 24   A:  It says, 'Questions and
145: 1   Answers.' I'm not sure of the exact
145: 2   reason for this draft.
145: 3   Q:  Well, sir, this doesn't say
145: 4   that the APPROVe study was your targeted
145: 5   study for cardiovascular data. It says
145: 6   that that's just something that happens
145: 7   in all of your studies, that the point of
145: 8   the APPROVe study was colorectal cancer;
145: 9   right?
145: 10   A:  It says that. I would like
145: 11   to point out in answer 5 it does say,
145: 12   'Merck began long-term randomized
145: 13   clinical trials to provide an even more
145: 14   comprehensive picture of the
145: 15   cardiovascular safety profile of Vioxx.'

*[handwritten margin note, left side upper:]* Π – witness refusing sarcastic tone to be responsive – not Q+A makes the point. Witness finally admits

*[handwritten margin note, left side lower:]* lack of foundation – witness doesn't know purpose of docum't

*[handwritten annotation, right side upper:]* Overruled

*[handwritten annotation, right side lower:]* Sustained

41      146:2 -146:5      Scolnick, Edward 2005-03-22      00:00:09  00:17:42  04:12:59
146: 2   You, Dr. Scolnick, knew

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

146: 3    Vioxx was causing heart attacks and
146: 4    strokes by the time of March 2000; true?
146: 5    A:  Not true.

| 42 | 147:7 - 147:12 | Scolnick, Edward 2005-03-22 | 00:00:19 | 00:17:51 | 04:12:50 |

147: 7    Okay, as of March 2000, you, Edward
147: 8    Scolnick, knew that the CV events, the
147: 9    heart attacks and strokes, were clearly
147: 10   there, and you, Edward Scolnick, knew
147: 11   that they were mechanism-based with
147: 12   Vioxx?

| 43 | 147:16 - 147:21 | Scolnick, Edward 2005-03-22 | 00:00:09 | 00:18:10 | 04:12:31 |

147: 16   Q:  True?
147: 17   A:  That was my very first
147: 18   reaction when I saw the data from the
147: 19   VIGOR trial.
147: 20   Q:  You knew it from the get-go.
147: 21   It was your first reaction; right?

| 44 | 147:24 - 148:2 | Scolnick, Edward 2005-03-22 | 00:00:03 | 00:18:19 | 04:12:22 |

147: 24   THE WITNESS:  It was my
148: 1    first reaction before other data
148: 2    was available.

| 45 | 148:17 - 148:24 | Scolnick, Edward 2005-03-22 | 00:00:20 | 00:18:22 | 04:12:19 |

148: 17   Q:  Sir, it is in March of 2000;
148: 18   isn't it?
148: 19   A:  Yes, it is.
148: 20   Q:  And you said to everybody,
148: 21   Alan Nies, Alise Reicin and Deborah
148: 22   Shapiro certain things, didn't you?
148: 23   A:  I did. It says, 'I just
148: 24   received and went through the data.'

| 46 | 149:8 - 150:2 | Scolnick, Edward 2005-03-22 | 00:00:30 | 00:18:42 | 04:11:59 |

149: 8    Q:  And you don't step out and
149: 9    say something unless you know it's true
149: 10   and right. Do you remember that?
149: 11   A:  I don't remember saying what
149: 12   you've just quoted me as saying.
149: 13   Q:  I think your exact words
149: 14   were, you hold yourself to a very high
149: 15   standard. Do you remember that?
149: 16   A:  Yes, I do remember that.
149: 17   Q:  And so you sent this e-mail
149: 18   to everybody, and you said that you
149: 19   received and you went through the data;
149: 20   right?

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | |
|---|---|---|
| | 149: 21 | A: Uh-huh. That's what it |
| | 149: 22 | says. |
| | 149: 23 | Q: And I'm sure you did that |
| | 149: 24 | thoroughly. You didn't do a half slop |
| | 150: 1 | job; did you? |
| | 150: 2 | A: I don't think so. |

---

**47    151:5-151:12**    Scolnick, Edward 2005-03-22    00:00:15 00:19:12 04:11:29

| | |
|---|---|
| 151: 5 | THE WITNESS: Excuse me. If |
| 151: 6 | I can just look at the memo for |
| 151: 7 | one second. 'Pubs' in this |
| 151: 8 | context is talking about |
| 151: 9 | perforations, ulcers and bleeds |
| 151: 10 | associated with the study. |
| 151: 11 | BY MR. LANIER: |
| 151: 12 | Q: Okay. Thank you. |

---

**48    151:13-151:22**    Scolnick, Edward 2005-03-22    00:00:23 00:19:27 04:11:14

| | |
|---|---|
| 151: 13 | 'There is no doubt about |
| 151: 14 | the' perforations, ulcers and bleeds |
| 151: 15 | 'data.' Then look at your next sentence. |
| 151: 16 | 'The CV events are,' what's that word? |
| 151: 17 | A: The sentence reads, 'The |
| 151: 18 | cardiovascular events are clearly there.' |
| 151: 19 | Q: They're clearly there. That |
| 151: 20 | was your choice of words; wasn't it? |
| 151: 21 | A: This is my e-mail. That is |
| 151: 22 | correct. |

---

**49    151:23-152:16**    Scolnick, Edward 2005-03-22    00:00:44 00:19:50 04:10:51

| | |
|---|---|
| 151: 23 | Q: So, after you studied the |
| 151: 24 | data, you went through it, you sent a |
| 152: 1 | memo out to everybody, even though you |
| 152: 2 | hold yourself to a high standard, telling |
| 152: 3 | everybody that the CV events are clearly |
| 152: 4 | there, and that was March of 2000, wasn't |
| 152: 5 | it? |
| 152: 6 | A: Yes, it is. |
| 152: 7 | Q: And you never sent out an |
| 152: 8 | order at that point in time for a CV |
| 152: 9 | outcomes study, did you? |
| 152: 10 | A: We -- I did not send out an |
| 152: 11 | order for a CV outcomes study. We took |
| 152: 12 | many immediate actions to try to |
| 152: 13 | understand the cardiovascular events, |
| 152: 14 | since we couldn't conclude what was going |
| 152: 15 | on in the trial because there was no |

---

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

152: 16   placebo in the trial.

---

*(handwritten left margin): It~ admissibility item — refers to prior notice; bias; relevance 403 raised + out; reason for not doing basic research*

*(handwritten right margin): Overruled*

**50**   **156:7 - 156:10**   Scolnick, Edward 2005-03-22   00:00:13 00:20:34 04:10:07

156: 7   1999, I wrote, 'Push Vioxx

156: 8   to market by May 22nd or' Merck will be

156: 9   "a different company." That's what you

156: 10   said in 1999; right?

---

*(handwritten right margin): Overruled*

*(handwritten margin): relevance, 403, asked + answered*

**51**   **156:13 - 156:19**   Scolnick, Edward 2005-03-22   00:00:13 00:20:47 04:09:54

156: 13   THE WITNESS: It accurately

156: 14   reflects our earlier discussion.

156: 15   BY MR. LANIER:

156: 16   Q:  Then also in 1999 you sent

156: 17   out the e-mail that said if we can't beat

156: 18   Celebrex two to one, you're going to quit

156: 19   or leave the company. True?

---

**52**   **156:21 - 157:14**   Scolnick, Edward 2005-03-22   00:00:43 00:21:00 04:09:41

156: 21   THE WITNESS: You reflected

156: 22   my e-mail and some of my

156: 23   sentiments in that e-mail.

156: 24   BY MR. LANIER:

157: 1   Q:  Then also in 1999 the drug

157: 2   Vioxx actually did go to market, and it

157: 3   did so before the VALOR study was

157: 4   finished. I'm sorry. That should be

157: 5   VIGOR. Before the VIGOR study was

157: 6   finished; right?

157: 7   A:  Should we correct that?

157: 8   Q:  All right. So, if we

157: 9   correct VALOR to VIGOR. Thank you.

157: 10   The drug Vioxx did go to

157: 11   market in 1999, and y'all marketed it

157: 12   before the VIGOR study was finished;

157: 13   true?

157: 14   A:  Yes, that's correct.

---

**53**   **160:10 - 160:13**   Scolnick, Edward 2005-03-22   00:00:07 00:21:43 04:08:58

160: 10   Q:  I said, very simple

160: 11   question, sir. It's a simple note.

160: 12   2000, you never did a CV specific study;

160: 13   true?

---

**54**   **160:16 - 160:23**   Scolnick, Edward 2005-03-22   00:00:17 00:21:50 04:08:51

160: 16   THE WITNESS: We did not do

160: 17   a study where cardiovascular

160: 18   outcomes were a primary endpoint.

160: 19   We did do a study where

160: 20   cardiovascular outcomes were a

---

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

|  |  |  |
|---|---|---|
| 160: 21 | predefined endpoint in our studies |
| 160: 22 | to gather additional |
| 160: 23 | cardiovascular outcomes data. |

*(handwritten signature/marking)*

| 55 | **161:20 -161:23** | Scolnick, Edward 2005-03-22   00:00:13  00:22:07  04:08:34 |
|---|---|---|

*(handwritten: TT – Admission / objection to sarcastic tone –)*

| 161: 20 | Q:  Okay. That's my point. So, |
| 161: 21 | you never did, never, one single study |
| 161: 22 | where the primary outcome was, does it |
| 161: 23 | cause heart attacks or strokes; right? |

*(handwritten signature/marking)*

| 56 | **162:2 -162:3** | Scolnick, Edward 2005-03-22   00:00:02  00:22:20  04:08:21 |
|---|---|---|

*(handwritten: asked + answered)*

| 162: 2 | THE WITNESS:  You're |
| 162: 3 | correct. |

| 57 | **162:11 -162:19** | Scolnick, Edward 2005-03-22   00:00:21  00:22:22  04:08:19 |
|---|---|---|

| 162: 11 | THE WITNESS:  The warning |
| 162: 12 | label or a warning would be |
| 162: 13 | warranted if there was an |
| 162: 14 | unambiguous result which |
| 162: 15 | implicated Vioxx as causing heart |
| 162: 16 | attacks. And that was not the |
| 162: 17 | case, based on all of the data |
| 162: 18 | looked at after the VIGOR trial |
| 162: 19 | became unblinded. |

*(handwritten: Sustained)*

| 58 | **162:23 -163:8** | Scolnick, Edward 2005-03-22   00:00:19  00:22:43  04:07:58 |
|---|---|---|

*(handwritten: objection – argumentative)*

| 162: 23 | Q:  Sir, simple question. Did |
| 162: 24 | you change your warning label and tell |
| 163: 1 | people about the VIGOR results in the |
| 163: 2 | year 2000? Yes or no? |
| 163: 3 | A:  We told people about the |
| 163: 4 | VIGOR results immediately after they |
| 163: 5 | became available to us. |
| 163: 6 | Q:  Okay. |
| 163: 7 | A:  And we submitted an NDA to |
| 163: 8 | the FDA to change our label. |

| 59 | **226:6 -226:10** | Scolnick, Edward 2005-03-22   00:00:09  00:23:02  04:07:39 |
|---|---|---|

| 226: 6 | Q:  Do you have Exhibit 18 in |
| 226: 7 | front of you? |
| 226: 8 | A:  Yes, I do. |
| 226: 9 | Q:  It's the day before your 'to |
| 226: 10 | do' list, isn't it, the 13th? |

| 60 | **226:15 -226:17** | Scolnick, Edward 2005-03-22   00:00:03  00:23:11  04:07:30 |
|---|---|---|

| 226: 15 | THE WITNESS:  Yes. It's the |
| 226: 16 | day before this memo on the 'to |
| 226: 17 | do' list. |

| 61 | **227:7 -227:9** | Scolnick, Edward 2005-03-22   00:00:06  00:23:14  04:07:27 |
|---|---|---|

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*digestion - assumes facts not in evidence, argumentative*

227: 7   Q:  Four days away from your
227: 8   initial conclusion that Vioxx was causing
227: 9   heart attacks and strokes; right?

62   **227:11 -228:14**   Scolnick, Edward 2005-03-22        00:00:58 00:23:20 04:07:21

227: 11   THE WITNESS:  Four days from
227: 12   my initial memo with my initial
227: 13   conclusion, yes.
227: 14   BY MR. LANIER:
227: 15   Q:  All right.
227: 16   Now, already by four days
227: 17   later, you have got Ms. Reicin scouring
227: 18   the medical literature trying to find a
227: 19   study somewhere that indicates that
227: 20   NSAIDs helped your heart; right?
227: 21   A:  That was one of the
227: 22   questions that I asked the team when they
227: 23   suggested that NSAIDs could be
227: 24   cardioprotective.
228: 1   Q:  And the only study she was
228: 2   able to find -- by the way, it is
228: 3   singular, there was only one study she
228: 4   could find; true?
228: 5   A:  That's what the e-mail says,
228: 6   yes.
228: 7   Q:  In fact, why don't you read
228: 8   that sentence where I've highlighted
228: 9   'Only study.'
228: 10   A:  'Alan and Ed: Below is
228: 11   attached the abstract from the only study
228: 12   I could find which assessed the potential
228: 13   cardioprotective effects of an NSAID.
228: 14   Alise.'

63   **229:2 -229:8**   Scolnick, Edward 2005-03-22        00:00:17 00:24:18 04:06:23

*digestion - argumentative, compound*

229: 2   Q:  Did it occur to you that
229: 3   people were taking the drug that could be
229: 4   having these heart attacks, or is that
229: 5   what you meant when you said it's sad or
229: 6   it's a shame, but it's a low incidence,
229: 7   you just didn't figure there would be
229: 8   that many of them?

64   **229:11 -229:19**   Scolnick, Edward 2005-03-22        00:00:19 00:24:35 04:06:06

229: 11   THE WITNESS:  As I've
229: 12   stated, my initial conclusion was
229: 13   that Vioxx was causing heart

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

229: 14   attacks in patients. After
229: 15   discussions of this article and
229: 16   extensive other data that we had
229: 17   available to ourselves in our own
229: 18   trials, I concluded that I was not
229: 19   correct in my initial conclusion.

*Overruled*

---

**65     230:21-230:23**   Scolnick, Edward 2005-03-22     00:00:05  00:24:54  04:05:47

*this line of questioning*

230: 21   Q:  I'm going to hand you a
230: 22   document marked Exhibit 19. Do you have
230: 23   it in front of you?

---

**66     231:20-234:3**   Scolnick, Edward 2005-03-22     00:02:08  00:24:59  04:05:42

*So cumulative — the Patrono email was discussed with Dr. Nies*

231: 20   Q:  First of all, this
231: 21   well-respected Carlo Patrono said that he
231: 22   does not think that you can attribute the
231: 23   increase in heart attacks and strokes to
231: 24   the fact that the other people were
232: 1    taking naproxen, and it must be good for
232: 2    your heart. Fair to say?
232: 3    A:  That's what he writes, yes.
232: 4    That's what the person reflects on his
232: 5    comments.
232: 6    Q:  And then there are a number
232: 7    of reasons given why it can't be that
232: 8    naproxen is good; right?
232: 9    A:  What it says is, he
232: 10   questions whether the magnitude of the
232: 11   effects seen in VIGOR is consistent with
232: 12   naproxen being cardioprotective.
232: 13   Q:  Well, he said, first of all,
232: 14   'There is a weak pharmacological basis.'
232: 15   Do you see where it said that?
232: 16   A:  Yes, I do.
232: 17   Q:  What that means to you and
232: 18   me and folks who read this stuff more
232: 19   than we probably should is that there's
232: 20   really not a good medical science
232: 21   pharmacy reason for saying it's naproxen.
232: 22   That's what that means, doesn't it?
232: 23   A:  It refers to the
232: 24   pharmacology of the drug, and that's his
233: 1    interpretation.
233: 2    Q:  And then it says, 'No
233: 3    epidemiological evidence.' Do you see
233: 4    where it says that?
233: 5    A:  Yes, I do.

*Overruled*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*objection — argumentative*   *Sustained*

| | |
|---|---|
| 233: 6 | Q:  That's a way of saying that |
| 233: 7 | there aren't any studies in the history |
| 233: 8 | of the entire global world that show that |
| 233: 9 | naproxen helps your heart. That's what |
| 233: 10 | that means, doesn't it? |
| 233: 11 | A:  I haven't seen his article, |
| 233: 12 | so, I'm not sure how globally your |
| 233: 13 | comment reflects his article. |
| 233: 14 | Q:  Well, do you see the word |
| 233: 15 | 'no'? |
| 233: 16 | A:  I do see that. |
| 233: 17 | Q:  How many are there, if it |
| 233: 18 | says there's no evidence? How much |
| 233: 19 | evidence is there? |
| 233: 20 | A:  I see his comment. I don't |
| 233: 21 | know the details of his review that he |
| 233: 22 | refers to here. |
| 233: 23 | Q:  Well, when he says there's |
| 233: 24 | no evidence, don't you think that means |
| 234: 1 | zero? |
| 234: 2 | A:  I think that's a plausible |
| 234: 3 | explanation, yes. |

*Overruled*

| 67 | 234:4 -235:5 | Scolnick, Edward 2005-03-22      00:00:59  00:27:07  04:03:34 |
|---|---|---|

| | |
|---|---|
| 234: 4 | Q:  Otherwise you think he'd use |
| 234: 5 | the word 'some' or 'a little' or 'few' or |
| 234: 6 | 'lots'? |
| 234: 7 | A:  He's talking about |
| 234: 8 | conventional nonsteroidals as part of his |
| 234: 9 | sentence. And we actually agree with |
| 234: 10 | that except for naproxen. |
| 234: 11 | Q:  So, but you agree with the |
| 234: 12 | statement even for naproxen, that there's |
| 234: 13 | no epidemiological evidence that naproxen |
| 234: 14 | is safe; right? I mean, not safe, good |
| 234: 15 | for the heart? |
| 234: 16 | A:  There had been no prior data |
| 234: 17 | to suggest that naproxen was |
| 234: 18 | cardioprotective. |
| 234: 19 | Q:  Then he has an interesting |
| 234: 20 | next sentence. He says, 'Additionally' |
| 234: 21 | which I guess means another reason, yet |
| 234: 22 | another reason; right? |
| 234: 23 | A:  Yes. |
| 234: 24 | Q:  'Additionally the magnitude |
| 235: 1 | of the effect,' in other words, how many |

*Sustained*

*objection to the side bar comment*

*objection —*

*T— early knowledge; rebuts Merck defense of no CV risk knowledge/notice*

65

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*a request to + facts foundation to the extent asking this witness what the author of the document meant.*

| 235: 2 | more heart attacks you were causing, |
| 235: 3 | 'would not be plausible even if' you'd |
| 235: 4 | been comparing it to aspirin. He says |
| 235: 5 | that; doesn't he? |

---

**68    235:7 -235:17**   Scolnick, Edward 2005-03-22    00:00:24  00:28:06  04:02:35

| 235: 7 | THE WITNESS:  He talks about |
| 235: 8 | the aspirin, yes, the comparator |
| 235: 9 | to aspirin. |
| 235: 10 | BY MR. LANIER: |
| 235: 11 | Q:  He says, 'In fact, |
| 235: 12 | in...three different trials, aspirin has |
| 235: 13 | shown no effect on the primary prevention |
| 235: 14 | of stroke, while we have seen a 50% lower |
| 235: 15 | incidence of stroke in the naproxen arm |
| 235: 16 | of VIGOR'; right? |
| 235: 17 | A:  That's what he says. |

---

**69    235:24 -236:23**   Scolnick, Edward 2005-03-22    00:00:53  00:28:30  04:02:11

| 235: 24 | THE WITNESS:  I don't recall |
| 236: 1 | what our thoughts were on naproxen |
| 236: 2 | reducing stroke because I don't |
| 236: 3 | recall the data. I do recall that |
| 236: 4 | the team suggested and backed up |
| 236: 5 | with this study that a |
| 236: 6 | nonsteroidal that blocked the |
| 236: 7 | platelet the way aspirin did |
| 236: 8 | completely during 24 hours could |
| 236: 9 | be cardioprotective and there was |
| 236: 10 | good evidence for that in this |
| 236: 11 | article that they found. |
| 236: 12 | BY MR. LANIER: |
| 236: 13 | Q:  Well, you were hoping |
| 236: 14 | naproxen helped the heart just like |
| 236: 15 | aspirin did; right? |
| 236: 16 | A:  We weren't hoping anything. |
| 236: 17 | We were concluding based on this study |
| 236: 18 | that you've referred to and all the other |
| 236: 19 | analysis versus placebo and other NSAIDs, |
| 236: 20 | that except for this naproxen study, |
| 236: 21 | there was no evidence for an imbalance of |
| 236: 22 | cardiovascular events attributable to |
| 236: 23 | Vioxx. |

---

**70    237:3 -237:7**   Scolnick, Edward 2005-03-22    00:00:11  00:29:23  04:01:18

| 237: 3 | Q:  Sir, what y'all were putting |
| 237: 4 | forth there as an idea was that naproxen |

---

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

|  |  |  |  |
|---|---|---|---|
| | | 237: 5 | helps the heart just like aspirin does; |
| | | 237: 6 | right? |
| | | 237: 7 | A: Or -- yes, that's correct. |
| 71 | 268:13-268:17 | Scolnick, Edward 2005-03-22   00:00:13 00:29:34 04:01:07 | |
| | | 268: 13 | Q: Just make sure we're on the |
| | | 268: 14 | same page. If we look at Exhibit 23, you |
| | | 268: 15 | even sent a memo to this to the CEO and |
| | | 268: 16 | to the president of Merck back in January |
| | | 268: 17 | of 2001, didn't you? |
| 72 | 269:1-270:8 | Scolnick, Edward 2005-03-22   00:01:09 00:29:47 04:00:54 | |
| | | 269: 1 | A: Yes. |
| | | 269: 2 | Q: You said you 'want to point |
| | | 269: 3 | out to all of you at one time that, 1. |
| | | 269: 4 | there is no way to prove that in patients |
| | | 269: 5 | with rheumatoid arthritis that ALL of the |
| | | 269: 6 | difference between Vioxx and naproxen is |
| | | 269: 7 | due to the benefit of naproxen.' That's |
| | | 269: 8 | what you said, isn't it? |
| | | 269: 9 | A: That's right. And all is |
| | | 269: 10 | capitalized. |
| | | 269: 11 | Q: And then you capitalize this |
| | | 269: 12 | whole next phrase. 'IT IS IMPOSSIBLE TO |
| | | 269: 13 | PROVE THIS.' Didn't you? |
| | | 269: 14 | A: That's what the e-mail says. |
| | | 269: 15 | Q: That's what you said, isn't |
| | | 269: 16 | it? |
| | | 269: 17 | A: Yes, it is. It is. |
| | | 269: 18 | Q: Then you capitalize for |
| | | 269: 19 | emphasis this next sentence. 'IT IS |
| | | 269: 20 | IMPOSSIBLE TO KNOW THIS WITH CERTAINTY.' |
| | | 269: 21 | A: That's exactly what I said. |
| | | 269: 22 | Q: It's impossible to know it |
| | | 269: 23 | with certainty based upon the evidence |
| | | 269: 24 | y'all had. You could do studies to find |
| | | 270: 1 | it out, couldn't you? |
| | | 270: 2 | A: We did do studies to find it |
| | | 270: 3 | out. |
| | | 270: 4 | Q: To find it out or where that |
| | | 270: 5 | was a side effect? |
| | | 270: 6 | A: We did studies to find out |
| | | 270: 7 | whether Vioxx had a negative |
| | | 270: 8 | cardiovascular effect. |
| 73 | 10:14-10:16 | Scolnick, Edward 2005-04-29   00:00:05 00:30:56 03:59:45 | |
| | | 10: 14 | Q: You retired from Merck Research Labs |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | |
|---|---|---|
| | 10: 15 | in 2003; correct? |
| | 10: 16 | A:  That is correct. |

| 74 | 27:14 -27:17 | Scolnick, Edward 2005-04-29      00:00:05  00:31:01  03:59:40 |
|---|---|---|
| | 27: 14 | In the late '80s and early '90s, you |
| | 27: 15 | were also the president of Merck Research Labs; |
| | 27: 16 | right? |
| | 27: 17 | A:  Yes. |

| 75 | 28:24 -29:2 | Scolnick, Edward 2005-04-29      00:00:11  00:31:06  03:59:35 |
|---|---|---|
| | 28: 24 | Q:  At that point in time you did have |
| | 28: 25 | some concerns about what the prospects would be for |
| | 29: 1 | Merck in the late '90s and 2000 as several drugs |
| | 29: 2 | were coming off patent; right? |

*Objection – cumulative, relevance, 403, profit motive. Plus, the question* — *overruled!*

| 76 | 29:4 -29:6 | Scolnick, Edward 2005-04-29      00:00:10  00:31:17  03:59:24 |
|---|---|---|
| | 29: 4 | THE WITNESS:  I had concerns. It was |
| | 29: 5 | a way off, but, yes, I certainly remember vague |
| | 29: 6 | thoughts about that. |

*is about a point in time when Vioxx was "not on the radar"*

| 77 | 29:13 -29:16 | Scolnick, Edward 2005-04-29      00:00:10  00:31:27  03:59:14 |
|---|---|---|
| | 29: 13 | Q:  You have to anticipate that drugs |
| | 29: 14 | would be coming off patent maybe ten years down the |
| | 29: 15 | road and seek to have new drugs to fill the drugs |
| | 29: 16 | that were once proprietary of the company? |

*Screen (p.34)*

| 78 | 29:18 -31:3 | Scolnick, Edward 2005-04-29      00:01:09  00:31:37  03:59:04 |
|---|---|---|
| | 29: 18 | THE WITNESS:  That is correct. |
| | 29: 19 | BY MR. BUCHANAN: |
| | 29: 20 | Q:  Because once a drug becomes generic |
| | 29: 21 | or goes off patent, then other competitors can enter |
| | 29: 22 | the market and seek to take market share; correct? |
| | 29: 23 | A:  That's correct. |
| | 29: 24 | Q:  Okay. So, in the early '90s you knew |
| | 29: 25 | that beginning in 2000 and 2001, Merck would have |
| | 30: 1 | several drugs going off patent; correct? |
| | 30: 2 | A:  The one that comes to mind |
| | 30: 3 | immediately is Mevacor, but I don't recall the other |
| | 30: 4 | drugs at this point. |
| | 30: 5 | Q:  Well, you also had Vasotec. |
| | 30: 6 | A:  I don't remember exactly. At this |
| | 30: 7 | point I do not recall when Vasotec was scheduled to |
| | 30: 8 | go off patent. |
| | 30: 9 | Q:  It went off patent; correct? It's |
| | 30: 10 | now off patent? |
| | 30: 11 | A:  It is off patent now, yes. |
| | 30: 12 | Q:  Okay. |
| | 30: 13 | You don't quibble with whether it was |
| | 30: 14 | sometime after 2000, whether it went off patent, do |

*TT – all part of history of development of Vioxx; reasons for development*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

(save objection)

Overruled

30: 15   you?
30: 16   A:  I believe it was after 2000.
30: 17   Q:  Okay.
30: 18   So, you had Vasotec that went off
30: 19   patent or was going off patent sometime after 2000;
30: 20   right?
30: 21   A:  I have to accept that, because I
30: 22   don't remember the date.
30: 23   Q:  Do you know a drug called Prinivil?
30: 24   A:  Yes.
30: 25   Q:  That was also going off patent?
31: 1   A:  I think Prinivil was scheduled to go
31: 2   off patent after Vasotec and I don't recall the
31: 3   date.

| 79 | 31:10 -31:13 | Scolnick, Edward 2005-04-29 | 00:00:14 00:32:46 03:57:55 |

31: 10   Prilosec, is that off patent?
31: 11   A:  I think the chemical is off patent.
31: 12   I don't know if the drug per se in its formulation
31: 13   is off patent.

| 80 | 32:8 -33:20 | Scolnick, Edward 2005-04-29 | 00:01:07 00:33:00 03:57:41 |

32: 8   And Pepcid, Pepcid was also one of
32: 9   those drugs that was going off patent in 2000/2001;
32: 10   right?
32: 11   A:  Again, I don't remember the dates.
32: 12   Q:  Okay.
32: 13   All these drugs were significant
32: 14   drugs for Merck?
32: 15   A:  Yes.
32: 16   Q:  Several of these were blockbuster
32: 17   drugs for Merck; right?
32: 18   A:  They were large selling drugs, yes.
32: 19   Q:  Well, 'blockbuster' has a meaning or
32: 20   a connotation in the industry, doesn't it?
32: 21   A:  'Blockbuster' means usually a very
32: 22   large drug, very large sales drug.
32: 23   Q:  Traditionally it meant more than a
32: 24   billion dollars in sales; true?
32: 25   A:  That is one interpretation given to
33: 1   it.
33: 2   Q:  So, several of these drugs were
33: 3   blockbuster drugs. You'd agree with that?
33: 4   A:  Yes.
33: 5   Q:  Okay.
33: 6   Several of these drugs, even if you
33: 7   can't remember all of them, were going off patent in



33: 8   2000, 2001, 2002; correct?
33: 9   A: I'm not sure which ones, but some
33: 10  drugs were going off patent at that point.
33: 11  Q: Well, you recall being concerned
33: 12  about what the future will hold in 2000/2001 when
33: 13  all these drugs were going off patent; correct?
33: 14  A: Yes.
33: 15  Q: You were concerned about that in the
33: 16  early '90s?
33: 17  A: Yes.
33: 18  Q: And you were trying to design new
33: 19  drugs to fill the void that would be left by these
33: 20  drugs when they went off patent?

| 81 | 33:24-33:25 | Scolnick, Edward 2005-04-29    00:00:03  00:34:07  03:56:34 |

33: 24  THE WITNESS: We were trying to
33: 25  develop and discover new drugs that would do that.

| 82 | 34:8-35:8 | Scolnick, Edward 2005-04-29    00:01:27  00:34:10  03:56:31 |

34: 8   Q: One of the drugs that was going to be
34: 9   filling the void left by these other drugs when they
34: 10  went off patent was Vioxx; true?
34: 11  A: Vioxx was going to fill the void, but
34: 12  in the early '90s, Vioxx -- I believe Vioxx was not
34: 13  even on the Merck radar screen. I don't even think
34: 14  we had thought of the project at that point. I
34: 15  don't -- I don't recall the date when the Vioxx
34: 16  project started.
34: 17  ---
34: 18  (Whereupon, Deposition Exhibit
34: 19  Scolnick-1, 'The Cure: With Big Drugs
34: 20  Dying, Merck Didn't Merge -- It Found
34: 21  New Ones -- Some Inspired Research,
34: 22  Aided By a Bit of Luck, Saves Company's
34: 23  Independence -- The Path to a Novel
34: 24  Painkiller,' Wall Street Journal article
34: 25  (Harris), MRK-ACW0000498 -
35: 1  MRK-ACW0000503, was marked for
35: 2  identification.)
35: 3  ---
35: 4  BY MR. BUCHANAN:
35: 5  Q: Sir, let me pass you what we've just
35: 6  marked as Exhibit 1 to your deposition. For the
35: 7  record, the Bates numbers on this are MRK-ACW0000498
35: 8  through 503. It's a January 2001 Wall Street

| 83 | 35:15-35:23 | Scolnick, Edward 2005-04-29    00:00:29  00:35:37  03:55:04 |

*Handwritten annotations:*
- Overruled
- objection to the Exhibit, which is hearsay, irrelevant, 403 + relating to profit motive.
- same objection to the testimony
- Sustained
- Tells Vioxx story/history of development of Cox-2 drugs inc. Vioxx

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

35: 15   A: Yes, I do.
35: 16   Q: Okay. You've seen this document
35: 17   before, haven't you?
35: 18   A: I recall seeing the document. The
35: 19   date -- would you mind repeating the date when this
35: 20   was published, because I don't see it on what you've
35: 21   given me.
35: 22   Q: I'm pulling it from the last page.
35: 23   And there's a date on it that says January 10, 2001.

*Sustained*

| 84 | 36:10 -37:24 | Scolnick, Edward 2005-04-29   00:01:53 00:36:06 03:54:35 |

36: 10   Q: Sir, I would like to direct your
36: 11   attention to the second page, second paragraph.
36: 12   A: Yes.

36: 13   Q: There's a reference to Dr. Peppi
36: 14   Prasit. Do you see that?
36: 15   A: Dr. Peppi Prasit.
36: 16   Q: Prasit. He was a scientist at your
36: 17   labs in Montreal; correct?
36: 18   A: Yes, a chemist.
36: 19   Q: Okay. That's Merck Frosst?
36: 20   A: Yes.
36: 21   Q: Merck Frosst was an affiliate of
36: 22   Merck Research Labs?
36: 23   A: Merck Frosst was a division of Merck
36: 24   & Company, and within Merck Frosst we had a research
36: 25   group.
37: 1    Q: Dr. Prasit had attended a medical
37: 2    conference or a scientific conference where there
37: 3    had been some discussion about a selective COX-2
37: 4    inhibitor; true?
37: 5    A: I believe he had attended a
37: 6    conference where the discovery of two forms of
37: 7    cyclooxygenase, COX, were -- was discussed, a COX-1
37: 8    and a COX-2. I don't recall whether compounds were
37: 9    discussed that inhibited those enzymes at that
37: 10   meeting. I don't have any knowledge of that.
37: 11   Q: You see the date referenced here.
37: 12   It's July 1992; correct?
37: 13   A: Yes, I do.
37: 14   Q: Does that refresh your recollection
37: 15   as to when Merck started considering investigating
37: 16   selective NSAIDs?
37: 17   A: Yes, it does. I had not recalled we
37: 18   started this project this early.
37: 19   Q: In fact, there was another scientist

*Overruled*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

|  |  |  |
|---|---|---|
| | | 37: 20  at another company who was working on a similar |
| | | 37: 21  compound, Dr. Needleman; correct? |
| | | 37: 22  A: There was another company that was -- |
| | | 37: 23  that turned out to be working in the COX-2 area, |
| | | 37: 24  that is correct. |
| 85 | 42:6 -42:9 | Scolnick, Edward 2005-04-29    00:00:07  00:37:59  03:52:42 |
| | | 42: 6  So, you put a lot of resources within |
| | | 42: 7  Merck Research Labs onto this particular project; |
| | | 42: 8  correct? |
| | | 42: 9  A: Yes, that is correct. |
| 86 | 43:11 -43:19 | Scolnick, Edward 2005-04-29    00:00:16  00:38:06  03:52:35 |
| | | 43: 11  Q: And you encouraged Dr. Prasit and his |
| | | 43: 12  staff to pursue the Vioxx project with all resources |
| | | 43: 13  that were available at Merck Frosst; true? |
| | | 43: 14  A: That is correct. |
| | | 43: 15  Q: Okay. |
| | | 43: 16  You knew how important this drug |
| | | 43: 17  could be for the company; right? |
| | | 43: 18  A: I knew that this could be a very |
| | | 43: 19  important project, yes. |
| 87 | 47:6 -47:8 | Scolnick, Edward 2005-04-29    00:00:13  00:38:22  03:52:19 |
| | | 47: 6  Q: You wanted to be the first to market |
| | | 47: 7  with this selective COX-2 inhibitor; correct? |
| | | 47: 8  A: Yes. |
| 88 | 47:17 -48:10 | Scolnick, Edward 2005-04-29    00:00:35  00:38:35  03:52:06 |
| | | 47: 17  Later in the '90s, but before you |
| | | 47: 18  filed for your new drug application, you knew there |
| | | 47: 19  was a competitor who was actively pursuing another |
| | | 47: 20  selective NSAID; correct? |
| | | 47: 21  A: Yes, later in the '90s we did know |
| | | 47: 22  that. |
| | | 47: 23  Q: Okay. You knew that drug to be |
| | | 47: 24  Celebrex; correct? |
| | | 47: 25  A: It turned out to be Celebrex. I |
| | | 48: 1  don't know that we knew the name when we knew there |
| | | 48: 2  was another compound. |
| | | 48: 3  Q: I see. And you knew that the first |
| | | 48: 4  to market would have a significant marketing |
| | | 48: 5  advantage; correct? |
| | | 48: 6  A: Yes. |
| | | 48: 7  Q: That's the way it works in the drug |
| | | 48: 8  industry; right? |
| | | 48: 9  A: The first drug, if it is a perfected |
| | | 48: 10  drug, always has an advantage. |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

89    55:16 -56:3    Scolnick, Edward 2005-04-29    00:00:41 00:39:10 03:51:31

55: 16    Q: I want to push forward a little bit
55: 17    in time from the early development of Vioxx to the
55: 18    later stage of clinical trials looking at the 1998
55: 19    time period. Okay?
55: 20    Well, by 1998 you were an executive
55: 21    vice president of Merck; right?
55: 22    A: Yes, that's correct.
55: 23    Q: And also the president of Merck
55: 24    Research Labs?
55: 25    A: That's correct.
56: 1    Q: And also a director of Merck; right?
56: 2    A: I don't recall the date. It was in
56: 3    the '98 or '99 time frame.

90    58:3 -58:25    Scolnick, Edward 2005-04-29    00:00:40 00:39:51 03:50:50

58: 3    Q: How many directors were there at
58: 4    Merck in 1998?
58: 5    A: In the neighborhood of 12 to 13 or
58: 6    14. I don't recall the exact number.
58: 7    Q: But only two directors were actually
58: 8    employees of Merck; right?
58: 9    A: That is correct.
58: 10    Q: You?
58: 11    A: That's correct.
58: 12    Q: And Mr. Gilmartin?
58: 13    A: Correct.
58: 14    Q: And Mr. Gilmartin was the Chief
58: 15    Executive Officer of Merck; correct?
58: 16    A: Correct.
58: 17    Q: So, he was the senior-most management
58: 18    person of Merck Corporation; correct?
58: 19    A: Yes.
58: 20    Q: And you were the senior-most
58: 21    management person of Merck Research Labs; correct?
58: 22    A: Yes.
58: 23    Q: And David Anstice was the senior-most
58: 24    manager of US human health; correct?
58: 25    A: Yes.

91    87:3 -87:12    Scolnick, Edward 2005-04-29    00:00:48 00:40:31 03:50:10

87: 3    Q: All right, sir. I want to get back
87: 4    to something. I want to turn back to 1998. I want
87: 5    to talk about the period prior to the time when
87: 6    Merck had Vioxx approved. Okay? Do you remember
87: 7    when Vioxx was approved?
87: 8    A: I believe it was late 1999, middle of

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*objection —*
*relevance, 403,*
*profit motive*

| 87: 9 | 1999. |
|---|---|
| 87: 10 | Q: You kept up with what Wall Street was |
| 87: 11 | saying about Merck at that point in time? |
| 87: 12 | A: Yes. |

*Sustained*

| 92 | 97:20 -97:25 | Scolnick, Edward 2005-04-29        00:00:40  00:41:19  03:49:22 |
|---|---|---|

*objection to release, 403*
*hearsay on the exhibit.*

| 97: 20 | Q: Dr. Scolnick, let me pass you what |
|---|---|
| 97: 21 | we've just marked as Exhibit 2 to your deposition. |
| 97: 22 | For the record, it is Bates stamped MRK-ABS0194661 |
| 97: 23 | to 64. |

*objection to line 8*

| 97: 24 | Doctor, have you seen this before? |
|---|---|
| 97: 25 | A: I don't recall seeing this before. |

| 93 | 98:6 -98:10 | Scolnick, Edward 2005-04-29        00:00:19  00:41:59  03:48:42 |
|---|---|---|

*questioning*
*relevance,*
*403,*
*profit motive,*
*cumulative.*

| 98: 6 | For the record, it is an e-mail from |
|---|---|
| 98: 7 | you to a series of individuals, Alan Nies, Beth |
| 98: 8 | Seidenberg, Tom Simon, Robert Silverman. Sir, are |
| 98: 9 | all of those people Merck employees? |
| 98: 10 | A: Yes, they were. |

| 94 | 98:11 -98:23 | Scolnick, Edward 2005-04-29        00:00:21  00:42:18  03:48:23 |
|---|---|---|

*π — product*
*development historical*
*perspective; reason*
*for development to*
*instructions to*
*product development*
*team; importance*
*of Vioxx to Merck*

| 98: 11 | Q: Alan Nies was one of the supervisors |
|---|---|
| 98: 12 | of the Vioxx project team? |
| 98: 13 | A: Yes. |
| 98: 14 | Q: Fine scientist? |
| 98: 15 | A: Fine clinical scientist. |
| 98: 16 | Q: He was, what, a vice president of |
| 98: 17 | Merck? |
| 98: 18 | A: Yes, he was. |
| 98: 19 | Q: Beth Seidenberg is also on the list. |
| 98: 20 | She was in charge of the Vioxx development program, |
| 98: 21 | wasn't she? |
| 98: 22 | A: She had a major role. I don't recall |
| 98: 23 | who was actually in charge of the program. |

*Overruled*

| 95 | 99:22 -100:21 | Scolnick, Edward 2005-04-29        00:01:05  00:42:39  03:48:02 |
|---|---|---|

| 99: 22 | Q: So, what you did here was you sent |
|---|---|
| 99: 23 | these folks on your Vioxx development team and some |
| 99: 24 | regulatory personnel an analyst report; correct? |
| 99: 25 | A: That appears to be correct. |
| 100: 1 | Q: Okay. |
| 100: 2 | You sent it with high importance? |
| 100: 3 | A: That's what it's marked. |
| 100: 4 | Q: It was real important they saw this |
| 100: 5 | analyst report? |
| 100: 6 | A: It's marked high importance. |
| 100: 7 | Q: Do you make it a practice, sir, to |
| 100: 8 | send Wall Street analyst reports to employees who |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

100: 9      are on projects within Merck?
100: 10    A: I sent a variety of information to
100: 11    them, sometimes analyst reports which had relevant
100: 12    information, sometimes scientific articles. I send
100: 13    a variety of things to my employees.
100: 14    Q:  Right.
100: 15    We're looking here at an October 20,
100: 16    1998 e-mail from you forwarding an analyst report;
100: 17    correct?
100: 18    A:  Yes, I think so.
100: 19    Q:  And the analyst report is dated the
100: 20    same day, October 20th; right?
100: 21    A:  Yes, it is.

| 96 | 112:22 -112:24 | Scolnick, Edward 2005-04-29        00:00:12 00:43:44 03:46:57 |
|---|---|---|

112: 22    So, it is, in fact, accurate to state
112: 23    that in 1998 Merck had declining sales in several of
112: 24    its key franchises; correct?

| 97 | 113:1 -113:13 | Scolnick, Edward 2005-04-29        00:00:16 00:43:56 03:46:45 |
|---|---|---|

113: 1      THE WITNESS:  I've answered your
113: 2      question.
113: 3      BY MR. BUCHANAN:
113: 4      Q:  I would like you to answer that
113: 5      question, please.
113: 6      A:  Some of its franchises had declining
113: 7      sales.
113: 8      Q:  And they were key franchises?
113: 9      A:  And some of them were key.
113: 10    Q:  Okay.
113: 11    You also had several drugs going off
113: 12    patent in the near future; right?
113: 13    A:  Correct.

*patents again*

| 98 | 115:17 -116:11 | Scolnick, Edward 2005-04-29        00:00:35 00:44:12 03:46:29 |
|---|---|---|

115: 17    Q:  You thought it was important to tell
115: 18    your employees that Merck's base business was
115: 19    eroding?
115: 20    A:  Yes.
115: 21    Q:  You thought it was important to tell
115: 22    them that Merck had several products going off
115: 23    patent?
115: 24    A:  They knew that. This was to
115: 25    reemphasize that.
116: 1      Q:  You thought it was important to tell
116: 2      them that several of the recently launched products
116: 3      had not been as successful as anticipated?

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

116: 4   A: I wanted to provide them the
116: 5   information in this document, yes, that's correct.
116: 6   Q: You thought it was important to tell
116: 7   them that several of the recently launched products
116: 8   weren't as successful as you anticipated they'd be;
116: 9   right?
116: 10  A: That's what's in here, and I wanted
116: 11  to provide them that information.

| 99 | 116:21 -117:15 | Scolnick, Edward 2005-04-29     00:00:41  00:44:47  03:45:54 |
|----|----------------|-------------------------------------------------------------|

116: 21  At this point in time in October of
116: 22  1998, where was Vioxx in the development process?
116: 23  A: I don't recall. I'm sorry.
116: 24  Q: Had the NDA been filed yet?
116: 25  A: I have to think very hard. I don't
117: 1   think so, but I don't recall. I'm sorry. It's been
117: 2   a long time.
117: 3   Q: Well, you had a bunch of regulatory
117: 4   people copied on this particular e-mail; right?
117: 5   A: Yes, I did.
117: 6   Q: They are the people who deal with the
117: 7   FDA?
117: 8   A: Yes.
117: 9   Q: They are the people who would liaise
117: 10  or communicate with the FDA concerning an NDA?
117: 11  A: Yes.
117: 12  Q: They're the people who would make
117: 13  sure that an NDA moves through the regulatory
117: 14  process smoothly?
117: 15  A: That is part of their responsibility.

| 100 | 117:18 -118:3 | Scolnick, Edward 2005-04-29     00:00:21  00:45:28  03:45:13 |
|-----|---------------|-------------------------------------------------------------|

117: 18  Q: They are the people who you would
117: 19  hope would be able to facilitate a speedy approval
117: 20  of your drug; correct?
117: 21  A: That is part of their responsibility.
117: 22  Part of their jobs, yes.
117: 23  Q: And that's part of why you provided
117: 24  this e-mail to them; right?
117: 25  A: Yes.
118: 1   Q: You wanted them to know how important
118: 2   it was that this drug proceed quickly through the
118: 3   regulatory approval process; right?

| 101 | 118:6 -118:9 | Scolnick, Edward 2005-04-29     00:00:03  00:45:49  03:44:52 |
|-----|--------------|-------------------------------------------------------------|

118: 6   THE WITNESS: Yes.
118: 7   BY MR. BUCHANAN:

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

|  |  |  |
|---|---|---|
| | | 118: 8   Q:  It was essential to the financial |
| | | 118: 9   success of the firm; right? |
| 102 | 118:11 -118:18 | Scolnick, Edward 2005-04-29        00:00:23  00:45:52  03:44:49 |
| | | 118: 11   THE WITNESS:  It was essential to |
| | | 118: 12   Merck. It was important to Merck, yes. |
| | | 118: 13   BY MR. BUCHANAN: |
| | | 118: 14   Q:  Okay. |
| | | 118: 15   And, in fact, it was not only |
| | | 118: 16   essential, but Vioxx's success was necessary to |
| | | 118: 17   preserve Merck and Merck Research Labs period; |
| | | 118: 18   correct? |
| 103 | 118:21 -118:22 | Scolnick, Edward 2005-04-29        00:00:03  00:46:15  03:44:26 |
| | | 118: 21   THE WITNESS:  That is what I said in |
| | | 118: 22   my e-mail. |
| 104 | 120:24 -121:3 | Scolnick, Edward 2005-04-29        00:00:14  00:46:18  03:44:23 |
| | | 120: 24   Q:  Merck got Vioxx approved? |
| | | 120: 25   A:  Yes, it did. |
| | | 121: 1   Q:  These folks on this e-mail were |
| | | 121: 2   involved in the approval of Vioxx? |
| | | 121: 3   A:  Yes. |
| 105 | 121:16 -121:24 | Scolnick, Edward 2005-04-29        00:00:13  00:46:32  03:44:09 |
| | | 121: 16   So, these scientists were involved in |
| | | 121: 17   the development process for Vioxx? |
| | | 121: 18   A:  Yes. |
| | | 121: 19   Q:  Had access to the good things about |
| | | 121: 20   Vioxx that came out of that development process? |
| | | 121: 21   A:  They had access to all the data that |
| | | 121: 22   came out of the Vioxx development process. |
| | | 121: 23   Q:  The good and the bad? |
| | | 121: 24   A:  Yes. |
| 106 | 122:1 -122:5 | Scolnick, Edward 2005-04-29        00:00:13  00:46:45  03:43:56 |
| | | 122: 1   And they knew, though, that |
| | | 122: 2   notwithstanding that bad information, nothing could |
| | | 122: 3   stand in the way of this drug or Merck or Merck |
| | | 122: 4   Research Labs would not flourish as it had |
| | | 122: 5   traditionally flourished; true? |
| 107 | 122:8 -123:7 | Scolnick, Edward 2005-04-29        00:01:01  00:46:58  03:43:43 |
| | | 122: 8   THE WITNESS:  They would not have |
| | | 122: 9   agreed with that statement. They knew based on the |
| | | 122: 10   basic values of the laboratory if there was |
| | | 122: 11   something bad about the drug, that their |
| | | 122: 12   responsibility was to make that information |
| | | 122: 13   available to the agency, to anyone else and to me, |

Handwritten annotations:

plus, optional
completeness objection
include
lines
118:
24-
119:1

π - Who is on team
to develop drug - what
they knew obj. - objection
Knew irrevent, 403,
prob + motive

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

122: 14   so that the drug could be developed properly.
122: 15   BY MR. BUCHANAN:
122: 16   Q: Okay.
122: 17   Well, at this point in time, October
122: 18   1998, what did you know about Vioxx's potential to
122: 19   cause cardiovascular risks or cardiovascular
122: 20   problems?
122: 21   A: I don't recall exactly what we knew
122: 22   at this point. There was no evidence at all in the
122: 23   Vioxx development program at this point that Vioxx
122: 24   caused cardiovascular risks.
122: 25   Q: What do you mean by that, 'caused
123: 1    cardiovascular risks'?
123: 2    A: There was no evidence to say that
123: 3    Vioxx caused a cardiovascular risk.
123: 4    Q: Well, you're not saying that in
123: 5    individual trials preapproval that you didn't see
123: 6    imbalances between cardiovascular risks in Vioxx and
123: 7    the comparator drugs, are you?

| 108 | 123:9 -123:14 | Scolnick, Edward 2005-04-29       00:00:07 00:47:59 03:42:42 |

123: 9    THE WITNESS: Before the drug was
123: 10   approved?
123: 11   BY MR. BUCHANAN:
123: 12   Q: Yes.
123: 13   A: I don't recall any such data. So, if
123: 14   it was there, I certainly don't recall it.

| 109 | 130:5 -130:11 | Scolnick, Edward 2005-04-29       00:00:15 00:48:06 03:42:35 |

130: 5    Q: But you did conduct a clinical trial
130: 6    in 1997 with an individual named Garret FitzGerald;
130: 7    correct?
130: 8    A: Yes.
130: 9    Q: And he ran a clinical trial that
130: 10   showed that Vioxx suppressed the urinary metabolites
130: 11   of prostacyclin; correct?

| 110 | 130:13 -130:17 | Scolnick, Edward 2005-04-29       00:00:09 00:48:21 03:42:20 |

130: 13   THE WITNESS: Yes.
130: 14   BY MR. BUCHANAN:
130: 15   Q: One of the conclusions that was drawn
130: 16   by your consultants was that Vioxx was suppressing
130: 17   systemic prostacyclin; correct?

| 111 | 130:20 -130:22 | Scolnick, Edward 2005-04-29       00:00:04 00:48:30 03:42:11 |

130: 20   THE WITNESS: I don't believe they
130: 21   drew that conclusion. I think they raised that
130: 22   question.

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| 112 | **131:9 -131:11** | Scolnick, Edward 2005-04-29 | 00:00:08 00:48:34 03:42:07 |

131: 9   And if that was happening, there was
131: 10   a risk that Vioxx could cause thrombotic events in
131: 11   humans; true?

---

| 113 | **131:13 -131:20** | Scolnick, Edward 2005-04-29 | 00:00:17 00:48:42 03:41:59 |

131: 13   THE WITNESS:  There was a theory that
131: 14   that could occur with no evidence ever garnered to
131: 15   substantiate or refute that theory.
131: 16   BY MR. BUCHANAN:
131: 17   Q:  Now, that theory was put forth after
131: 18   the drug was marketed or before the drug was
131: 19   marketed?
131: 20   A:  Long before Vioxx ever existed.

---

| 114 | **133:15 -133:21** | Scolnick, Edward 2005-04-29 | 00:00:21 00:48:59 03:41:42 |

133: 15   Q:  Dr. Scolnick, as the president of
133: 16   Merck Research Labs, you had the authority to direct
133: 17   the studies that Merck Research Labs was conducting;
133: 18   right?
133: 19   A:  Yes.
133: 20   Q:  You could order a study to be done if
133: 21   you wanted a study done; right?

---

| 115 | **133:24 -134:7** | Scolnick, Edward 2005-04-29 | 00:00:12 00:49:20 03:41:21 |

133: 24   THE WITNESS:  I certainly could ask
133: 25   people to do the study, yes.
134: 1   BY MR. BUCHANAN:
134: 2   Q:  You felt as though you had the
134: 3   authority to direct the studies that Merck Research
134: 4   Labs did; true?
134: 5   A:  Yes.
134: 6   Q:  If you wanted a cardiovascular study
134: 7   done, you could have ordered that; right?

---

| 116 | **134:9 -134:10** | Scolnick, Edward 2005-04-29 | 00:00:04 00:49:32 03:41:09 |

134: 9   THE WITNESS:  I would ask people to
134: 10   design a protocol to do it, yes.

---

| 117 | **134:12 -134:17** | Scolnick, Edward 2005-04-29 | 00:00:13 00:49:36 03:41:05 |

134: 12   Q:  And you could have ordered that it be
134: 13   done; right?
134: 14   A:  I could order it to be done. I
134: 15   couldn't design the protocols. My people would then
134: 16   have to, which they frequently did, say we have to
134: 17   find a way to do this.

---

| 118 | **141:23 -142:1** | Scolnick, Edward 2005-04-29 | 00:00:11 00:49:49 03:40:52 |

141: 23   Q:  You weren't allowed to go out and

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

141: 24   tell doctors through your sales representatives that
141: 25   Vioxx reduced the serious clinical side effects
142: 1   associated with traditional NSAIDs; right?

---

119   **142:5 -142:9**   Scolnick, Edward 2005-04-29      00:00:04 00:50:00 03:40:41
142: 5   THE WITNESS:  Serious
142: 6   gastrointestinal side effects?
142: 7   BY MR. BUCHANAN:
142: 8   Q:  Yes.
142: 9   A:  That is correct.

---

120   **143:15 -143:18**   Scolnick, Edward 2005-04-29      00:00:12 00:50:04 03:40:37
143: 15   Q:  So, the VIGOR trial was designed to
143: 16   test the safety of Vioxx 50 milligrams and
143: 17   rheumatoid arthritics over long-term use; correct?
143: 18   A:  Yes.

---

121   **143:23 -144:10**   Scolnick, Edward 2005-04-29      00:00:20 00:50:16 03:40:25
143: 23   Q:  And when -- let's see.
143: 24   Did you have access to the data from
143: 25   the VIGOR trial prior to March of 2000?
144: 1   A:  I did not.
144: 2   Q:  You had no access to any data?
144: 3   A:  None.
144: 4   Q:  But you sought access to it, didn't
144: 5   you?
144: 6   A:  I wanted to see the data the minute
144: 7   the trial was over and everything was calculated.
144: 8   Q:  And, actually, you were reprimanded
144: 9   for violating Merck's policies with respect to
144: 10   access to that data. Isn't that true?

---

122   **144:14 -144:16**   Scolnick, Edward 2005-04-29      00:00:06 00:50:36 03:40:05
144: 14   THE WITNESS:  I was not reprimanded.
144: 15   I was told that I couldn't see the data -- I
144: 16   couldn't be the first person to see the final data.

---

123   **144:24 -145:8**   Scolnick, Edward 2005-04-29      00:00:21 00:50:42 03:39:59
144: 24   Q:  So, you first received the data,
144: 25   what, March 9, 2000 when you got the data?
145: 1   A:  I believe that date is correct. I
145: 2   don't recall the date at this point that I saw the
145: 3   data.
145: 4   Q:  When you saw that data, there were
145: 5   dramatically more cardiovascular events in the Vioxx
145: 6   arm of that trial as compared to the naproxen arm;
145: 7   true?
145: 8   A:  True.

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

| 124 | 145:11 -145:18 | Scolnick, Edward 2005-04-29 | 00:00:11 00:51:03 03:39:38 |

145: 11   THE WITNESS:  That's correct.
145: 12   BY MR. BUCHANAN:
145: 13   Q:  And your conclusion was that the CV
145: 14   events are clearly there; right?
145: 15   A:  I stated that.
145: 16   Q:  Okay.
145: 17   You also conclude that the effect was
145: 18   mechanism based; true?

*[handwritten annotation:] π-admission cumulate, that Vioxx added + associated answered with CV risks + mechanism based*

| 125 | 145:20 -145:24 | Scolnick, Edward 2005-04-29 | 00:00:09 00:51:14 03:39:27 |

145: 20   THE WITNESS:  I made that statement.
145: 21   BY MR. BUCHANAN:
145: 22   Q:  And you, in fact, acknowledged that
145: 23   you'd previously worried about that particular
145: 24   mechanism-related problem with Vioxx; right?

| 126 | 146:1 -146:9 | Scolnick, Edward 2005-04-29 | 00:00:13 00:51:23 03:39:18 |

146: 1   THE WITNESS:  I wrote an e-mail note
146: 2   containing all of the information that you're
146: 3   talking about.
146: 4   BY MR. BUCHANAN:
146: 5   Q:  Well, you were truthful in your
146: 6   e-mail; right?
146: 7   A:  That is an accurate rendition of that
146: 8   e-mail. Those were my initial thoughts when I saw
146: 9   the VIGOR data.

| 127 | 147:8 -147:11 | Scolnick, Edward 2005-04-29 | 00:00:11 00:51:36 03:39:05 |

147: 8   Q:  When were you first worried about the
147: 9   potential that Vioxx could cause cardiovascular
147: 10   events?
147: 11   A:  I was first --

| 128 | 147:13 -148:8 | Scolnick, Edward 2005-04-29 | 00:00:43 00:51:47 03:38:54 |

147: 13   THE WITNESS:  -- made aware of the
147: 14   theory when the prostacyclin metabolite data came
147: 15   up. We looked carefully at all of the data
147: 16   preclinically and clinically, could not find any
147: 17   evidence to support there was a risk, and until the
147: 18   VIGOR study, I didn't worry about it again.
147: 19   - - -
147: 20   (Whereupon, Deposition Exhibit
147: 21   Scolnick-3, E-mail, 3-9-00,
147: 22   MRK-ABH0016219, was marked for
147: 23   identification.)
147: 24   - - -
147: 25   BY MR. BUCHANAN:

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

148: 1   Q: Let me pass over to you what we
148: 2   marked as exhibit, I think, Exhibit 3 to your
148: 3   deposition, sir. It is the March 9th, 2000 e-mail
148: 4   from yourself to Deborah Shapiro, Alise Reicin and
148: 5   Alan Nies, Bates stamped MRK-ABH0016219. The
148: 6   subject is VIGOR. You copied yourself on this. Do
148: 7   you see that?
148: 8   A: I do.

---

| 129 | 149:3 - 149:8 | Scolnick, Edward 2005-04-29     00:00:14 00:52:30 03:38:11 |

149: 3   Looking through this, and I guess
149: 4   it's about two-thirds down, you say, 'It is a shame
149: 5   but it is a low incidence and it is mechanism based
149: 6   as we worried it was.' 'It is a shame,' you're
149: 7   referring to the cardiovascular events?
149: 8   A: Yes, I am.

---

| 130 | 151:10 - 152:4 | Scolnick, Edward 2005-04-29     00:00:46 00:52:44 03:37:57 |

151: 10   Q: Well, an issue was identified in 1997
151: 11   by Garret FitzGerald, a consultant to your company;
151: 12   correct?
151: 13   A: Yes.
151: 14   Q: It was an issue that raised potential
151: 15   cardiovascular concerns with Vioxx; correct?
151: 16   A: Theoretical concerns.
151: 17   Q: If you had conducted a CV outcomes
151: 18   trial in 1998, started it in 1998, that would have
151: 19   slowed down the approval process for the drug; true?
151: 20   A: That is true.
151: 21   Q: If you had told the FDA, we're
151: 22   concerned, we may have a potential cardiovascular
151: 23   issue with the drug, we'd want to do a CV safety
151: 24   study, that would have slowed down the approval
151: 25   process?
152: 1   A: That would have. We gave the FDA all
152: 2   of the data, including Garret FitzGerald's data, in
152: 3   the NDA and all the other analyses we did
152: 4   preapproval.

---

| 131 | 152:12 - 152:13 | Scolnick, Edward 2005-04-29     00:00:05 00:53:30 03:37:11 |

152: 12   Q: You didn't give them the results from
152: 13   a CV outcomes trial preapproval, did you?

---

| 132 | 152:15 - 153:12 | Scolnick, Edward 2005-04-29     00:00:50 00:53:35 03:37:06 |

152: 15   THE WITNESS: There was no -- we did
152: 16   not do a separate CV outcomes trial preapproval.
152: 17   BY MR. BUCHANAN:
152: 18   Q: So, you couldn't give them the data

*[handwritten: objection – asked & answered]*

*[handwritten: Overruled]*

*[handwritten: π – witness non-responsive; had to make him answer]*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*asked
answered*

*overruled*

152: 19   from such a trial?
152: 20   A:  I've answered your question.
152: 21   Q:  You couldn't give them the data from
152: 22   such a trial? Could you answer that?
152: 23   A:  Yes.
152: 24   Q:  Thank you.
152: 25   You state in that sentence that I
153: 1   read a few minutes ago where you say, 'it is a low
153: 2   incidence and it is mechanism based as we worried it
153: 3   was,' you use the phrase, 'mechanism based.' What
153: 4   does that mean?
153: 5   A:  What it generally means is that it
153: 6   has something to do with the mechanism of action of
153: 7   the drug.
153: 8   Q:  Okay.
153: 9   And what was the mechanism of action
153: 10   of this drug that you believed on March 9th was
153: 11   causing the cardiovascular events that you saw in
153: 12   the data from the VIGOR trial?

| 133 | 153:14-153:22 | Scolnick, Edward 2005-04-29 | 00:00:20 | 00:54:25 | 03:36:16 |

153: 14   THE WITNESS:  I was alluding to the
153: 15   thromboxane/prostacyclin data that had been
153: 16   published earlier.
153: 17   BY MR. BUCHANAN:
153: 18   Q:  That's the thromboxane/prostacyclin
153: 19   theory that had been raised long before you had even
153: 20   identified a molecule to test in people?
153: 21   A:  Long before even COX-2 was ever
153: 22   discovered.

| 134 | 156:2-157:24 | Scolnick, Edward 2005-04-29 | 00:02:03 | 00:54:45 | 03:35:56 |

156: 2   Q:  You said, sir, this was your initial
156: 3   conclusion on March 9th after looking at the data;
156: 4   right?
156: 5   A:  That is correct.
156: 6   Q:  And after this point in time, you
156: 7   looked at some other data?
156: 8   A:  Looked at other data and literature
156: 9   information.
156: 10   Q:  Okay.
156: 11   What did you look at?
156: 12   A:  We looked, again, at all of the
156: 13   updated clinical trial data from our arthritis
156: 14   trials and pain trials with Vioxx, comparing Vioxx
156: 15   in aggregate in those studies to comparative agents
156: 16   and placebo. We saw no difference in the

156: 17   cardiovascular event rates for the events seen in
156: 18   VIGOR in the comparator trials to our other
156: 19   non-steroidals when all of the data was aggregated,
156: 20   a large amount of data, and we looked -- we did a
156: 21   very unusual look because it was so important to us.
156: 22   We looked at a study in patients with Alzheimer's
156: 23   disease which had a large number of patients in
156: 24   which 25 milligrams of Vioxx was compared to
156: 25   placebo, and we looked at all of the safety data
157: 1    that had been reported in that trial up to that
157: 2    period in time to see if there was an imbalance in
157: 3    those two arms for cardiovascular events and found
157: 4    there was none and, therefore, except for the
157: 5    comparative to naproxen, we had no evidence that
157: 6    Vioxx raised the risk of cardiovascular events.
157: 7    Q:  How big was that Alzheimer's trial
157: 8    you looked at?
157: 9    A:  I think it had about 12 or 1,300
157: 10   patients in each arm, so, 25, 2,600 patients as I
157: 11   recall.
157: 12   Q:  How big was the VIGOR trial?
157: 13   A:  The VIGOR trial had 4,000 in each
157: 14   arm.
157: 15   Q:  8,000 people?
157: 16   A:  That's right. Correct.
157: 17   Q:  Was the Alzheimer's trial -- you've
157: 18   heard the term 'power' as it relates to a study;
157: 19   right?
157: 20   A:  Correct.
157: 21   Q:  And when you refer to 'power,' it
157: 22   refers to the ability of a study to detect a
157: 23   particular endpoint; correct?
157: 24   A:  That's correct.

135   159:24 -160:8   Scolnick, Edward 2005-04-29     00:00:20 00:56:48 03:33:53
159: 24   Q:  You looked at the data, you said,
159: 25   early; right? The data wasn't final from the
160: 1    Alzheimer's trial at the point in time when you
160: 2    looked at it?
160: 3    A:  That is correct.
160: 4    Q:  Okay.
160: 5    Which is a very unusual step; true?
160: 6    A:  That's right. We immediately wanted
160: 7    to try to access all available data that we had to
160: 8    try to interpret the VIGOR trial.

136   160:23 -161:10   Scolnick, Edward 2005-04-29     00:00:32 00:57:08 03:33:33