160: 23 You're saying that the Alzheimer's
160: 24 data confirmed the safety of Vioxx in your mind in
160: 25 March of 2000?
161: 1 A: The Alzheimer's trial indicated no
161: 2 evidence for cardiovascular thrombotic events in
161: 3 either arm, which could have been Vioxx, in the
161: 4 Alzheimer's trial.
161: 5 Q: Did you look at Alzheimer's-related
161: 6 deaths in the Alzheimer's trials?
161: 7 A: I don't recall at that point in time
161: 8 whether that data was available.
161: 9 Q: Because those trials didn't work out
161: 10 too well for Merck, did they?

[Handwritten: objection – relevance, 403, lacks foundation – witness cannot recall whether data was available]

[Handwritten: Sustained as amended]

**137** **161:12 - 161:13** Scolnick, Edward 2005-04-29 00:00:04 00:57:40 03:33:01
161: 12 THE WITNESS: I don't recall the data
161: 13 in the trials that you're referring to.

[Handwritten: See also MIL #6, which was denied as overly broad]

**138** **161:24 - 162:9** Scolnick, Edward 2005-04-29 00:00:24 00:57:44 03:32:57
161: 24 You don't know whether or not people
161: 25 died more taking Vioxx than taking placebo in the
162: 1 Alzheimer's trials?
162: 2 A: I don't recall seeing that data
162: 3 certainly at this point when we looked at this data.
162: 4 I don't recall that at all.
162: 5 Q: Well, the data you looked at in the
162: 6 Alzheimer's trial was nonfinal clinical trial data;
162: 7 right?
162: 8 A: Correct. It was about six months of
162: 9 exposure as I recall.

[Handwritten: π – this is Vioxx lead scientist – we must ask him questions about studies]

**139** **164:11 - 164:12** Scolnick, Edward 2005-04-29 00:00:02 00:58:08 03:32:33
164: 11 Q: Well, you'd agree that death is a
164: 12 pretty hard endpoint; right?

**140** **164:15 - 164:22** Scolnick, Edward 2005-04-29 00:00:13 00:58:10 03:32:31
164: 15 THE WITNESS: Death is an endpoint
164: 16 that's easily measured.
164: 17 BY MR. BUCHANAN:
164: 18 Q: Not a lot of debate about whether
164: 19 somebody died or not during the conduct of a
164: 20 clinical trial; right?
164: 21 A: That's correct. We always look at
164: 22 the reasons they died also.

[Handwritten: Same objections]

[Handwritten: Sustained]

**141** **165:11 - 165:18** Scolnick, Edward 2005-04-29 00:00:14 00:58:23 03:32:18
165: 11 Q: Well, when you were looking at the
165: 12 data from the Alzheimer's trials in March of 2000,
165: 13 did you look at how many people died in those

165: 14 trials?
165: 15 A: I don't recall.
165: 16 Q: Because that would be an important
165: 17 thing to look at when you're looking at the safety
165: 18 of a drug; right?

Sustained

**142** **165:21-165:23** Scolnick, Edward 2005-04-29 00:00:05 00:58:37 03:32:04

165: 21 THE WITNESS: That's an important
165: 22 point. I don't recall the data related to that at
165: 23 this point in time.

**143** **174:5-174:17** Scolnick, Edward 2005-04-29 00:00:29 00:58:42 03:31:59

174: 5 what's the Data Safety Monitoring Board, sir, in
174: 6 general terms?
174: 7 A: In general terms, it's an external
174: 8 group that monitors the safety of the Merck trials.
174: 9 for all trials or many trials.
174: 10 Q: And you have a different group for
174: 11 each trial or the same group for all trials?
174: 12 A: I think it's a different group for
174: 13 each trial because the clinical expertise is --
174: 14 different clinical trials, different clinical
174: 15 expertise.
174: 16 Q: Did the VIGOR trial have a DSMB?
174: 17 A: Yes, it did.

**144** **174:21-175:9** Scolnick, Edward 2005-04-29 00:00:37 00:59:11 03:31:30

174: 21 Q: To be clear in the DSMB's function,
174: 22 the DSMB has access to unblinded data during the
174: 23 conduct of clinical trials if they want it; correct?
174: 24 A: Yes, I believe that's true.
174: 25 Q: Because their function is to ensure
175: 1 the safety of patients in those clinical trials, at
175: 2 least one of their functions; true?
175: 3 A: Yes.
175: 4 Q: Okay.
175: 5 Do you recall that the DSMB in the
175: 6 VIGOR trial sent a letter to Merck stating that they
175: 7 wanted the cardiovascular events in the VIGOR trial
175: 8 separately analyzed as compared to other safety
175: 9 analyses the company was doing?

π - top Vioxx scientist must ask about physician analysis of relevance, 403 CV events and Knowledge / Notice

Overruled

**145** **175:16-176:5** Scolnick, Edward 2005-04-29 00:00:33 00:59:48 03:30:53

175: 16 THE WITNESS: I became aware of that
175: 17 memo long after it was sent to people at MRL.
175: 18 BY MR. BUCHANAN:
175: 19 Q: Was that sent before or after you
175: 20 were unblinded to all of the data on March 9, 2000?

A: Was a letter from the DSMB sent to
some persons at MRL before I was unblinded?
Q: Yes.
A: Yes. The memo -- I think I have come
to learn that that memo was sent before I was
unblinded.
Q: When did you first become aware of
that letter being sent from the DSMB to MRL?
A: Some period of time shortly after the
VIGOR results were shown to me.

**146** **177:4-177:11** Scolnick, Edward 2005-04-29 00:00:19 01:00:21 03:30:20

Q: Sir, you have seen that letter as of
today; correct?
A: I have seen that letter subsequent to
the unblinding of the VIGOR trial, yes.
Q: That letter was actually sent to
Alise Reicin at Merck; true?
A: I don't recall who it went to. It is
possible it was sent to Alise Reicin.

**147** **178:4-178:7** Scolnick, Edward 2005-04-29 00:00:11 01:00:40 03:30:01

Q: When you saw that letter from Dr.
Weinblatt to Dr. Reicin, did that letter suggest to
you that Merck may have a cardiovascular issue with
Vioxx?

**148** **178:9-178:13** Scolnick, Edward 2005-04-29 00:00:12 01:00:51 03:29:50

THE WITNESS: When I saw that letter,
I wondered what had been in Dr. Weinblatt's mind
when he sent the letter, and that's what I wondered.
I hadn't seen the letter. I don't know what was in
his mind.

Overruled

**149** **179:2-179:12** Scolnick, Edward 2005-04-29 00:00:20 01:01:03 03:29:38

Q: You've never spoken to him?
A: I don't recall speaking to Dr.
Weinblatt.
Q: Never called him up after you got the
results of the VIGOR trial and asked what concerned
you and the data you were looking at during the
conduct of the trial?
A: No, I never called Dr. Weinblatt.
Q: Never asked Dr. Weinblatt why you
allowed the trial to continue in the face of the
cardiovascular events in the trial?

plus this question is argumentative &

**150** **179:14-179:16** Scolnick, Edward 2005-04-29 00:00:05 01:01:23 03:29:18

THE WITNESS: No, I didn't. I

179: 15 didn't know what data he had. I never dealt
179: 16 directly with DSMBs.

---

**151** **203:22-204:20** Scolnick, Edward 2005-04-29 00:00:58 01:01:28 03:29:13

203: 22 Q: Before our break, we were talking
203: 23 about -- at least a few moments before our break we
203: 24 were talking about your March 9, 2000 e-mail. Do
203: 25 you recall that testimony?
204: 1 A: Yes, I do.
204: 2 Q: That was the e-mail where you
204: 3 identified that the CV events were 'clearly there.'
204: 4 Right?
204: 5 A: Yes.
204: 6 Q: That it appeared to be 'mechanism
204: 7 based' as you 'worried it was.' Right?
204: 8 A: That's what the e-mail says, yes.
204: 9 Q: And you said it was also 'real.'
204: 10 Right?
204: 11 A: Yes.
204: 12 Q: Then we talked about what Merck and
204: 13 you did in response to your initial concerns about
204: 14 the CV issues with Vioxx; right?
204: 15 A: Yes.
204: 16 Q: Now, over a period of weeks, you
204: 17 reached the conclusion, contrary to your March 9th
204: 18 e-mail, that it wasn't Vioxx that was causing the
204: 19 problems, it was naproxen that was protecting
204: 20 against the problems; is that right?

π - admission; knowledge/notice

asked + answered, cumulative

Overruled

---

**152** **204:22-205:10** Scolnick, Edward 2005-04-29 00:00:28 01:02:26 03:28:15

204: 22 THE WITNESS: That's correct.
204: 23 BY MR. BUCHANAN:
204: 24 Q: You reached that conclusion in, what,
204: 25 18 days?
205: 1 A: Within that period of time.
205: 2 Q: Well, Merck issued a press release to
205: 3 the public on March 27, 2000 letting them know about
205: 4 the CV events in the trial as well as the GI events
205: 5 in the trial; correct?
205: 6 A: Yes.
205: 7 Q: And you stated at that point in time
205: 8 that you believed that the explanation for the
205: 9 difference between the two arms was the
205: 10 cardioprotective effect of naproxen; correct?

---

**153** **205:17-205:18** Scolnick, Edward 2005-04-29 00:00:04 01:02:54 03:27:47

205: 17 THE WITNESS: Yes, that's basically

205: 18 what the press release said.

154 **207:6 -207:8** Scolnick, Edward 2005-04-29 00:00:10 01:02:58 03:27:43

207: 6 Q: So, within 18 days, you had made a
207: 7 complete 180 in your view as to the cause of the CV
207: 8 events in the VIGOR trial; right?

155 **207:12 -208:24** Scolnick, Edward 2005-04-29 00:01:44 01:03:08 03:27:33

207: 12 A: Yes. I thought the explanation which
207: 13 best explained the results was naproxen's
207: 14 cardioprotective activity based on data analysis,
207: 15 literature analysis, as I've stated.
207: 16 Q: Who assisted you, Ed Scolnick, in
207: 17 analyzing the data from the VIGOR trial to reach the
207: 18 conclusions you reached as of the time of the press
207: 19 release on March 27th?
207: 20 A: I think that the scientific data, the
207: 21 literature, was reviewed with senior MRL scientists
207: 22 as well as members of the Vioxx project team.
207: 23 Q: Did you bring in any outside
207: 24 consultants?
207: 25 A: I did not personally bring in any
208: 1 outside consultants. I do not know whether the team
208: 2 consulted other people or not. I don't know.
208: 3 Q: Did you bring in a cardiologist from
208: 4 outside Merck?
208: 5 A: I did not. Again, I don't know to
208: 6 whom else the team might have shown the data.
208: 7 Q: Did Merck bring in an outside
208: 8 epidemiologist to look at the data?
208: 9 A: Same answer. I did not. I don't
208: 10 know whom the team consulted.
208: 11 Q: Well, did you bring in a
208: 12 biostatistician from outside Merck to look at the
208: 13 data?
208: 14 A: Same answer to your question. I
208: 15 don't know whom the team consulted. I didn't
208: 16 personally bring in an outside person.
208: 17 Q: Did you bring in the NIH to look at
208: 18 the data?
208: 19 A: Same answer to your question.
208: 20 Q: Don't know?
208: 21 A: I don't know who they consulted.
208: 22 Q: Nobody ever told you they did?
208: 23 A: I don't remember whether they did or
208: 24 they didn't. I simply don't recall.

cumulative; lacks foundation – the witness said he did not, personally, bring in a consultant and that he did not know what others did.

TT – negligence issue - failure to act reasonably in light of his previous admissions

Overruled

Printed: 12/1/2005 10:10:44PM

156 **209:8 - 209:11** Scolnick, Edward 2005-04-29 00:00:10 01:04:52 03:25:49

209: 8 Q: Did you bring in anybody who wasn't
209: 9 on the Merck payroll to look at the data from the
209: 10 VIGOR trial before you reached the decision that
209: 11 naproxen was cardioprotective?

157 **209:14 - 210:3** Scolnick, Edward 2005-04-29 00:00:28 01:05:02 03:25:39

209: 14 THE WITNESS: As I've stated, I
209: 15 didn't bring in an outside consultant. I do not
209: 16 know who the team might have consulted as outside
209: 17 investigators.
209: 18 BY MR. BUCHANAN:
209: 19 Q: But you're pretty sure, though, if
209: 20 you had told your team, I want to get this data
209: 21 looked at by somebody independent of Merck, they
209: 22 could have done that; right?
209: 23 A: They could have done it. I don't
209: 24 know whether -- I don't that they didn't do it.
209: 25 Q: But you do know you didn't tell them
210: 1 to do it?
210: 2 A: I did not. I did not, that is
210: 3 correct.

Overruled

158 **231:17 - 232:4** Scolnick, Edward 2005-04-29 00:00:28 01:05:30 03:25:11

objection - relevance, 403, profit motive

π - line 20 - witness admits he considered this issue

231: 17 Q: Did you consider the implications to
231: 18 the sales of the drug if your initial conclusion was
231: 19 the final conclusion?
231: 20 A: Of course. And that was not part of
231: 21 my reason for reaching my conclusion.
231: 22 Q: What was the implication to sales of
231: 23 the drug if your initial conclusion was, in fact,
231: 24 the final conclusion?
231: 25 A: Sales of the drug would be
232: 1 significantly curtailed. The sales of the drug
232: 2 would be curtailed. Even with the publicly
232: 3 available information, sales of the drug would be
232: 4 curtailed.

Overruled

159 **232:8 - 232:11** Scolnick, Edward 2005-04-29 00:00:08 01:05:58 03:24:43

232: 8 Q: Did you ever tell the public your
232: 9 initial conclusion?
232: 10 A: I did not because I thought it was an
232: 11 error.

160 **232:21 - 233:9** Scolnick, Edward 2005-04-29 00:00:24 01:06:06 03:24:35

232: 21 Q: Did you ever send an e-mail at the
232: 22 end of March 2000 saying, boy, I was way off on
232: 23 this --

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

232: 24 A: No, I did --
232: 25 Q: -- I feel very comfortable with the
233: 1 data now?
233: 2 A: I did not send that in an e-mail like
233: 3 that, no.
233: 4 Q: In fact, at the end of March, you
233: 5 were still worried, weren't you?
233: 6 A: Yes, I was, even though I had reached
233: 7 what I thought was the right conclusion. I always
233: 8 worried about the safety of our drugs, and I
233: 9 continued to worry about it.

---

161 **233:23 -234:2** Scolnick, Edward 2005-04-29 00:00:09 01:06:30 03:24:11

233: 23 Q: Did you tell the FDA you were
233: 24 worried?
233: 25 A: I didn't speak to the FDA, and I
234: 1 don't know what the regulatory affairs people told
234: 2 the FDA.

---

162 **235:23 -236:1** Scolnick, Edward 2005-04-29 00:00:09 01:06:39 03:24:02

235: 23 You don't think the FDA or the
235: 24 medical community would have been interested in what
235: 25 you, Ed Scolnick, were worried about with respect to
236: 1 Vioxx?

---

163 **236:3 -236:8** Scolnick, Edward 2005-04-29 00:00:16 01:06:48 03:23:53

236: 3 THE WITNESS: If the FDA had wanted
236: 4 to ask me, they would have asked me, and I
236: 5 communicated with members of the medical community
236: 6 in consultants' meetings. I don't know what the
236: 7 medical community as a whole or the public as a
236: 8 whole would have liked to know.

---

164 **236:18 -236:24** Scolnick, Edward 2005-04-29 00:00:18 01:07:04 03:23:37

236: 18 Q: So, you're saying that if the FDA had
236: 19 wanted to figure out what you were thinking in terms
236: 20 of concerns about Vioxx, they could have asked you?
236: 21 Is that it?
236: 22 A: The FDA could have asked me any time
236: 23 if they wanted to. They had all the data available
236: 24 to them.

---

165 **237:20 -238:18** Scolnick, Edward 2005-04-29 00:00:55 01:07:22 03:23:19

237: 20 Q: Well, ultimately there was an
237: 21 Advisory Committee held in February 2001; right?
237: 22 A: I think that date is correct.
237: 23 Q: And it was to consider certain of the
237: 24 clinical trial data from VIGOR; right?
237: 25 A: Yes.

Lacks foundation - he doesn't know what FDA or medical community would be interested in.

TT - goes directly to defense of Merck told FDA every thing about CV risk

Overruled

170 **241:12-242:7** Scolnick, Edward 2005-04-29 00:01:01 01:09:09 03:21:32

THE WITNESS: They would not have known that single fact, that is correct.

BY MR. BUCHANAN:

Q: Sir, do you respect the FDA?

A: Yes, I do. I have great respect for the FDA.

Q: You respect their ability?

A: Yes, I do. Many people at the FDA are really excellent scientists.

Q: Do you respect their power?

A: Absolutely.

Q: Do you respect their role in the system for drug approval?

A: I do indeed.

Q: Do you respect their role in the labeling process?

A: I do.

Q: You respect the role they play in protecting the public?

A: I do.

Q: Then why did you fight them so hard?

---

171 **242:9-242:21** Scolnick, Edward 2005-04-29 00:01:00 01:10:10 03:20:31

THE WITNESS: We didn't fight them so hard. We wanted -- we submitted our data rapidly to them. We were interested in a rapid review and rapid labeling discussions and wanted them to consider all the data in the label, the GI data, the Alzheimer's data, the VIGOR data. And that's not fighting them hard. That's just asking them to consider all the data and not just part of the data.

BY MR. BUCHANAN:

Q: Merck submitted a proposed label to FDA sometime in 2000; right?

A: Yes. I believe within three months of having the VIGOR data.

---

172 **243:22-244:14** Scolnick, Edward 2005-04-29 00:00:38 01:11:10 03:19:31

So, at the end of March of 2000, Merck issues a press release and tells the world the favorable properties of Vioxx found in the VIGOR trial as it relates to GI effects; correct?

A: That is correct.

Q: Also discloses that there's an increased number of -- excuse me -- a decreased number of cardiovascular effects in the naproxen arm

Q: And in particular, GI safety; right?
A: Yes.
Q: As well as CV safety; true?
A: Correct.
Q: GI being gastrointestinal?
A: Yes.
Q: CV being cardiovascular?
A: Correct.
Q: Did you tell the FDA, you, Ed Scolnick, in February 2001 that you were worried about the safety of Vioxx from a cardiovascular perspective?
A: In February '01 I was not worried about the cardiovascular safety of Vioxx. Our team presented the Merck Research Labs view of Vioxx and all of the data to the FDA at that meeting, answered all the questions, and they represented me. I was not directly involved in that meeting.

---

**166** **238:22-238:23** Scolnick, Edward 2005-04-29 00:00:02 01:08:17 03:22:24

*argumentative*

Q: It's a no?
A: It's not a no.

---

**167** **240:4-240:14** Scolnick, Edward 2005-04-29 00:00:28 01:08:19 03:22:22

*TT - goes to FDA defense*

*asked + answered*

*argumentative, lacks foundation, he did not tell FDA, he does not know if others did*

Q: You never told the FDA at any point in time to the best of your knowledge that your initial conclusion was that the CV events seen in the VIGOR trial were mechanism based and attributable to Vioxx?
A: I never told them that.
Q: To the best of your knowledge, did anybody at Merck ever tell FDA that Ed Scolnick, president of Merck Research Labs' initial conclusion was that the CV events seen in the VIGOR trial were due to Vioxx?

---

**168** **240:16-240:19** Scolnick, Edward 2005-04-29 00:00:08 01:08:47 03:21:54

THE WITNESS: I don't know whether people did or didn't. To the best of my knowledge, it was not done. It could have been done, I don't know.

---

**169** **241:6-241:10** Scolnick, Edward 2005-04-29 00:00:14 01:08:55 03:21:46

Q: They didn't have any way to figure out, though, that the president of Merck Research Labs, when he first saw the data, concluded that Vioxx was the most likely cause of the CV events seen in the VIGOR trial; right?

---

244: 5 of the VIGOR trial; right?
244: 6 A: That's correct.
244: 7 Q: You didn't tell the public that there
244: 8 was an increased number of cardiovascular events in
244: 9 the Vioxx arm; right?
244: 10 A: The press release was not worded that
244: 11 way, that is correct.
244: 12 Q: Okay. Because that would have
244: 13 suggested that Vioxx had actually increased the
244: 14 risk; right?

---

173 **244:16 - 244:17** Scolnick, Edward 2005-04-29 00:00:03 01:11:48 03:18:53

244: 16 THE WITNESS: It might have suggested
244: 17 that, and we didn't believe that.

---

174 **245:4 - 245:7** Scolnick, Edward 2005-04-29 00:00:12 01:11:51 03:18:50

245: 4 Q: You were trying to convey to people
245: 5 that it was, in fact, naproxen that was reducing the
245: 6 risk of cardiovascular events in the VIGOR trial;
245: 7 true?

---

175 **245:9 - 245:10** Scolnick, Edward 2005-04-29 00:00:04 01:12:03 03:18:38

245: 9 THE WITNESS: True. That's the way
245: 10 the press release was worded, as I stated before.

---

176 **245:17 - 245:25** Scolnick, Edward 2005-04-29 00:00:59 01:12:07 03:18:34

245: 17 Q: Doctor, before we go on, even two
245: 18 weeks after you issued the press release, you,
245: 19 Merck, issued the press release announcing the VIGOR
245: 20 results, Dr. Ed Scolnick was still personally
245: 21 worried about what the results from VIGOR really
245: 22 meant; true?
245: 23 A: That's correct.
245: 24 Q: And you were worried that Vioxx was
245: 25 actually causing cardiovascular events; true?

---

177 **246:2 - 247:19** Scolnick, Edward 2005-04-29 00:01:28 01:13:06 03:17:35

246: 2 THE WITNESS: I was worried that we
246: 3 couldn't exclude an effect of Vioxx, although the
246: 4 major effect, I was convinced, was due to naproxen.
246: 5 BY MR. BUCHANAN:
246: 6 Q: And you actually told your staff that
246: 7 you personally were actually in minor agony over the
246: 8 issue; true?
246: 9 A: True.
246: 10 Q: And you told your staff that we're
246: 11 not going to know the answer until we do an outcomes
246: 12 trial; right?
246: 13 A: That we were not going to know -- we

246: 14 were not going to be able to exclude an effect of
246: 15 Vioxx until we did an outcomes trial.
246: 16 Q: You told your staff, your project
246: 17 team, we will not know for sure what is going on
246: 18 until we do an outcomes trial; true?
246: 19 A: True.
246: 20 Q: And you wanted to do a big outcomes
246: 21 trial; right?
246: 22 A: Yes. That's correct.
246: 23 Q: Not some pooled analysis; right?
246: 24 A: That's correct.
246: 25 Q: You wanted to do a 10,000 patient
247: 1 study on Vioxx, 10,000 people on a comparator agent;
247: 2 true?
247: 3 A: True. That's correct.
247: 4 Q: You were advocating using Tylenol as
247: 5 the comparator agent; right?
247: 6 A: That was my idea, yes.
247: 7 Q: You wanted to do a 20,000 person
247: 8 study in April of 2000 to evaluate the
247: 9 cardiovascular safety of Vioxx; right?
247: 10 A: Correct.
247: 11 Q: It was going to be a head-to-head
247: 12 trial, Tylenol on one arm, Vioxx on the other;
247: 13 right?
247: 14 A: That's correct.
247: 15 Q: And when did you run that trial?
247: 16 A: The project team told me that was a
247: 17 trial that could not be done because patients
247: 18 couldn't be kept on Tylenol who had osteoarthritis
247: 19 for that long a period of time.

---

**178** **248:10-248:15** Scolnick, Edward 2005-04-29 00:00:09 01:14:34 03:16:07

optional completeness, includes lines: 247:20-248:9, 248:16-23

248: 10 Q: You were the boss at that point in
248: 11 time; right?
248: 12 A: Yes, I was.
248: 13 Q: On matters of science, the buck
248: 14 stopped with you; right?
248: 15 A: I was the boss.

---

**179** **249:6-249:7** Scolnick, Edward 2005-04-29 00:00:10 01:14:43 03:15:58

agree delete - unnecessary next cut covers it.

249: 6 Q: Doctor, I'm going to pass you over an
249: 7 e-mail.

---

**180** **249:14-249:25** Scolnick, Edward 2005-04-29 00:00:39 01:14:53 03:15:48

249: 14 Q: Sir, I'm passing over what we're
249: 15 marking as Exhibit 5 to your deposition. It's an

e-mail thread; right?
A: Do you mean by that a series of e-mails?
Q: I do. I'm sorry.
A: Yes.
Q: You've written a few of these; right? You're an author of a few of these e-mails, sir?
A: Of this trail?
Q: Yes.
A: Yes. Two of the -- two of them.

---

181 **252:9 -254:8** Scolnick, Edward 2005-04-29 00:01:59 01:15:32 03:15:09

Let's look at this e-mail, then, from April 12, 2000 from you to Dr. Reicin. You wrote this late at night; right?
A: Yes. It's dated 10:42 p.m.
Q: You sent it with high importance; true?
A: True.
Q: And you wrote: 'Hi Alise. I have been trading e-mails with Doug Greene in real time.' Who is Doug Greene?
A: Doug Greene at the time was head of the clinical, regulatory and statistics department at Merck, which is usually referred to as development.
Q: 'We all are online too late. I will tell you my worry quotient is high. I actually am in minor agony.' Do you see that?
A: I do.
Q: You wrote that?
A: I did.
Q: You meant it?
A: I did.
Q: 'What I really want to do is a 10000 versus 10000 patient study in mild - moderate OA Tylenol versus Vioxx with PRN' -- is that preventative?
A: No. It means use if you need.
Q: 'With PRN low dose ASA.' Is that aspirin?
A: Yes.
Q: 'For those judged to need it.' Sir, are you telling me that you couldn't do a long-term study in patients with even mild osteoarthritis, Tylenol versus Vioxx?

A: That's what my team told me.
Q: You believed that?
A: Despite my request. Yes. I ended up believing them, otherwise we would have done the trial. I wanted to do the trial. If they had thought it was doable, they would have done the trial.
Q: You continue. 'WE WILL NOT KNOW FOR SURE WHAT IS GOING ON UNTIL WE DO THIS STUDY. PLEASE THINK HARD ABOUT THE DESIGN BEFORE THE PAC MEETING.' You wrote that in all caps; right?
A: I did.
Q: When did you do a CV outcomes study of any design comparing Vioxx to a comparator agent with the primary endpoint being cardiovascular events?

---

182 **254:10-254:18** Scolnick, Edward 2005-04-29 00:00:22 01:17:31 03:13:10

THE WITNESS: After debating many protocols, we decided that we wanted -- the only way we would answer any lingering doubt was to do it against placebo and finally came up with a protocol for doing that.
BY MR. BUCHANAN:
Q: Right. You didn't design a specific trial with a predetermined endpoint to monitor cardiovascular events, though; did you?

---

183 **254:20-254:23** Scolnick, Edward 2005-04-29 00:00:09 01:17:53 03:12:48

THE WITNESS: We did not do that. We aggregated three large trials with a predefined endpoint to be cardiovascular mortality with an ample power to look for cardiovascular events.

---

184 **256:24-257:14** Scolnick, Edward 2005-04-29 00:00:35 01:18:02 03:12:39

Q: There was no cardiovascular outcome protocol approved in 2000; right?
A: That's correct.
Q: There was no cardiovascular outcome protocol approved in 2001; right?
A: I don't recall when the protocol was finally approved, so, I can't answer that question.
Q: In fact, it wasn't approved in 2002, either; was it?
A: I don't think that's accurate. There was a protocol approved. I don't remember the exact date when the protocol was approved.

257: 11 Q: Do you have any basis to disagree
257: 12 with me that it wasn't approved until 2003?
257: 13 A: I don't recall when it was approved,
257: 14 and so I can't answer your question.

---

185 **261:17 - 261:22** Scolnick, Edward 2005-04-29 00:00:26 01:18:37 03:12:04

261: 17 Q: Sir, I'm going to pass you over
261: 18 Scolnick Exhibit 6. For the record, Scolnick
261: 19 Exhibit 6 is an April 15, 2000 memo from Alise
261: 20 Reicin to you, cc'd to a bunch of other folks. Do
261: 21 you see that?
261: 22 A: Yes, I do.

---

186 **262:21 - 262:23** Scolnick, Edward 2005-04-29 00:00:04 01:19:03 03:11:38

262: 21 Q: It says, 'Background Material for
262: 22 4/18/00.' Right?
262: 23 A: Yes.

---

187 **263:23 - 264:8** Scolnick, Edward 2005-04-29 00:00:37 01:19:07 03:11:34

263: 23 Q: Sir, I'm passing you over what we
263: 24 just marked as exhibit, I think it's 7, to your
263: 25 deposition. It's entitled, 'VIOXX Outcomes Study
264: 1 Potential Designs.' For the record, it is
264: 2 MRK-ABT0014818 to 827. Do you recognize this as a
264: 3 slide set, sir?
264: 4 A: That's what it looks like it is.
264: 5 Q: Okay. It's entitled, 'VIOXX Outcomes
264: 6 Study Potential Designs.' It is a PowerPoint
264: 7 printout. Is that what it looks like to you?
264: 8 A: More or less.

---

188 **264:21 - 265:13** Scolnick, Edward 2005-04-29 00:00:30 01:19:44 03:10:57

264: 21 Q: This document summarizes several
264: 22 different outcomes studies concerning cardiovascular
264: 23 issues that were being considered in or around April
264: 24 of 2000; true?
264: 25 A: Yes.
265: 1 Q: One of the outcomes studies that was
265: 2 being considered was the Vioxx versus Tylenol study;
265: 3 true?
265: 4 A: Yes.
265: 5 Q: There's some pros and cons listed
265: 6 there; right?
265: 7 A: Yes.
265: 8 Q: One of the pros is, 'This study
265: 9 directly addresses the question of the CV safety of
265: 10 COX-2 inhibitors.' Do you see that?
265: 11 A: Yes.

265: 12 Q: I read that right; correct?
265: 13 A: Yes.

---

189 **266:25 - 267:17** Scolnick, Edward 2005-04-29 00:00:41 01:20:14 03:10:27

266: 25 Q: Okay. There's two cons that are
267: 1 listed here; right?
267: 2 A: Yes.
267: 3 Q: One is, 'Demonstration of a CV
267: 4 difference would likely be due to a COX-2 CLASS
267: 5 effect but would put VIOXX at extreme disadvantage
267: 6 to celebrex and negate existing OA and Alzheimers
267: 7 data.' Do you see that?
267: 8 A: I do.
267: 9 Q: The next point was there was a
267: 10 possibility that you detect 'small differences from
267: 11 Tylenol in GI safety,' and that would be of concern;
267: 12 true?
267: 13 A: That's what it says.
267: 14 Q: Okay. You were concerned that if you
267: 15 went head-to-head Vioxx versus Tylenol, you might
267: 16 highlight some favorable GI safety properties of
267: 17 Tylenol. Isn't that right?

---

190 **267:19 - 268:1** Scolnick, Edward 2005-04-29 00:00:13 01:20:55 03:09:46

267: 19 THE WITNESS: That's what this says.
267: 20 I wasn't concerned about that. That's what this
267: 21 says.
267: 22 BY MR. BUCHANAN:
267: 23 Q: Okay.
267: 24 There was also a possibility that you
267: 25 might be wrong, and the cardiovascular effects seen
268: 1 in VIGOR was really due to Vioxx; right?

---

191 **268:3 - 268:10** Scolnick, Edward 2005-04-29 00:00:16 01:21:08 03:09:33

268: 3 THE WITNESS: That's what this says
268: 4 as a con for the study.
268: 5 BY MR. BUCHANAN:
268: 6 Q: Okay.
268: 7 Again, this particular proposal was
268: 8 discussed at this meeting in April of 2000; correct?
268: 9 A: I can only assume that. I don't
268: 10 remember the meeting.

TT – assumption based on date of document

objection – lack of foundation

overruled

---

192 **268:16 - 268:21** Scolnick, Edward 2005-04-29 00:00:14 01:21:24 03:09:17

268: 16 So, it wouldn't have been unethical
268: 17 to do a trial of Vioxx versus Tylenol?
268: 18 A: What I said is it would be undoable
268: 19 based on other input people gave me because Tylenol

would not relieve pain enough to be monotherapy in such a trial.

---

**193** **270:2-270:17** Scolnick, Edward 2005-04-29 00:00:42 01:21:38 03:09:03

Now, apart from just asking your internal folks and thinking about yourself what type of CV study could be done, you actually consulted with some people from outside Merck; right?
A: Several.
Q: Okay. You asked them whether a CV study could be designed to evaluate the cardiovascular safety of Vioxx, didn't you?
A: I asked them what kind of study could be designed, yes.
Q: You actually spoke with a John Oates about whether a trial could be done to test the CV safety of Vioxx; right?
A: I don't remember all the people that our group talked to. Dr. Oates was one of our consultants on our board of advisors.

---

**194** **271:10-272:22** Scolnick, Edward 2005-04-29 00:01:11 01:22:20 03:08:21

Q: Wasn't it Dr. Oates' view right after the VIGOR data was released that you had to do another trial comparing Vioxx with aspirin and naproxen to see whether Vioxx was cardiotoxic?
A: I don't remember. I really don't remember.
Q: Do you remember that study design being proposed?
A: I remember that among several study designs, yes.
Q: Did you ever do that study?
A: That study was not done.
Q: You never did a study like that; right?
A: That study was not done.
- - -
(Whereupon, Deposition Exhibit Scolnick-8, E-mails, MRK-ABC0034124, was marked for identification.)
- - -
BY MR. BUCHANAN:
Q: Okay. I would like to direct your attention to the last e-mail from Doug Greene to Alan Nies. What was Doug Greene's position at this point in time?

objt to document witness not on the email and can't recall it. (Dr. Nies is on the email string - they could have asked him, but chose not to.) plus objection to testimony about the document

Sustained 602, 802

Π - testimony builds to Scolnick's admission he did not want to do follow-up study to VIGOR

A: As I said, he was head of -- he had clinical research, regulatory affairs and biostatistics reporting to him, so, he was head of development.
Q: Would have been considered an executive of Merck Research Labs?
A: Yes.
Q: Very senior person within the structure?
A: Yes.
Q: Alan Nies, too, very senior person within the structure?
A: Yes.

Π - same response

**195** **273:2 - 273:8** Scolnick, Edward 2005-04-29 00:00:14 01:23:31 03:07:10

Q: And the paragraph continues, 'If you recall, John's view right after the VIGOR data rolled out was that we had to do another VIGOR trial with ASA.' Do you see that?
A: I do.
Q: But you 'pooh-poohed' the idea; right?

Sustained

Good Good

**196** **273:11 - 273:13** Scolnick, Edward 2005-04-29 00:00:05 01:23:45 03:06:56

THE WITNESS: That's what the e-mail says. I don't recall any of this. It was quite a while ago.

**197** **273:18 - 273:23** Scolnick, Edward 2005-04-29 00:00:17 01:23:50 03:06:51

Q: That's what this document says, though, doesn't it, sir?
A: That's what the e-mail says.
Q: It said you, 'Ed pooh-poohed' the idea of doing a cardiovascular study testing Vioxx and aspirin versus naproxen; right?

plus, asked + answered

Sustained

**198** **273:25 - 274:1** Scolnick, Edward 2005-04-29 00:00:01 01:24:07 03:06:34

THE WITNESS: That's what this e-mail says.

**199** **274:3 - 274:6** Scolnick, Edward 2005-04-29 00:00:06 01:24:08 03:06:33

Q: It said that you pooh-poohed that idea shortly after the VIGOR results were known; right?
A: That's what the e-mail says.

asked + answered

**200** **274:12 - 274:19** Scolnick, Edward 2005-04-29 00:00:14 01:24:14 03:06:27

Q: Well, I guess just so we're clear, when we say 'pooh-pooh,' that means reject; right?

Π - same

Sustained

274: 14 A: Yes.
274: 15 Q: Or dismissed?
274: 16 A: It's a negative about the trial.
274: 17 Q: Okay.
274: 18 Either way, you didn't do the trial?
274: 19 A: That is correct.

---

201 **275:15 - 276:11** Scolnick, Edward 2005-04-29 00:00:57 01:24:28 03:06:13

275: 15 Q: Do you know a Dr. Topol?
275: 16 A: I know his name.
275: 17 Q: Do you remember dealing with him in
275: 18 connection with the planning for a CV outcome trial?
275: 19 A: I never dealt directly with Dr.
275: 20 Topol.
275: 21 Q: Do you remember Merck dealing with
275: 22 Dr. Topol in 2001 concerning the design of a CV
275: 23 outcome trial?
275: 24 A: I believe Merck research scientists
275: 25 dealt with Dr. Topol, yes.
276: 1 Q: He was consulting for Merck in 2001?
276: 2 A: He was -- if he was consulted as part
276: 3 of a cardiovascular outcomes trial, he was
276: 4 consulted. I do not know whether Dr. Topol was a
276: 5 consultant for Merck outside of that capacity.
276: 6 Q: You'd agree he's a respected
276: 7 cardiologist?
276: 8 A: He has a significant reputation in
276: 9 cardiology.
276: 10 Q: He's a respected cardiologist, sir?
276: 11 A: He has a significant reputation.

---

202 **276:20 - 276:22** Scolnick, Edward 2005-04-29 00:00:08 01:25:25 03:05:16

276: 20 Q: Do you respect Dr. Topol?
276: 21 A: I think there are some things he's
276: 22 done in science which have not held up to be true.

---

203 **278:4 - 278:6** Scolnick, Edward 2005-04-29 00:00:11 01:25:33 03:05:08

278: 4 So, one of the things that you based
278: 5 your mixed view of Dr. Topol on is the negative
278: 6 study he published concerning Vioxx; correct?

---

204 **278:8 - 279:5** Scolnick, Edward 2005-04-29 00:00:48 01:25:44 03:04:57

278: 8 THE WITNESS: Base it not on the
278: 9 negative study, base it on the methods which he used
278: 10 to do the methods -- the negative study.
278: 11 BY MR. BUCHANAN:
278: 12 Q: Let's be clear about what we're
278: 13 talking about.

In August of 2001, Dr. Topol published a study in the Journal of the American Medical Association; true?
A: True.
Q: That study was raising caution about the potential for COX-2 inhibitors like Vioxx and Celebrex to cause cardiovascular events; true?
A: That's what that study claimed to have shown.
Q: And you're saying that you have spoken to statisticians that challenge the work of Dr. Topol in terms of its statistical rigor. Is that what you're saying?
A: That's exactly what I'm saying.
Q: Did you tell Dr. Topol that?
A: I've never discussed anything directly with Dr. Topol.

---

205 **279:10-279:12** Scolnick, Edward 2005-04-29 00:00:05 01:26:32 03:04:09

Q: Well, did you know that some of your scientists went out to talk to Dr. Topol about that article even before it was published?

---

206 **279:14-279:23** Scolnick, Edward 2005-04-29 00:00:23 01:26:37 03:04:04

THE WITNESS: I believe that Dr. Reicin told me that she and Dr. Demopoulos, who was a cardiologist by training, were going out to see him to discuss the article.
BY MR. BUCHANAN:
Q: And they went out to see him before the article in the Journal of the American Medical Association was published; right?
A: I believe they did. I believe that's what Dr. Reicin told me.

---

207 **280:9-280:14** Scolnick, Edward 2005-04-29 00:00:12 01:27:00 03:03:41

Q: And the objective was that Dr. Topol would not publish the article in the form it currently existed because that was negative to Vioxx; true?
A: Because it was inaccurately done statistically.

---

208 **282:2-282:16** Scolnick, Edward 2005-04-29 00:00:24 01:27:12 03:03:29

Q: Well, the Journal of the American Medical Association has editors; right?
A: Yes, it does.
Q: I mean, Dr. Topol just didn't just

282: 6 publish this article in JAMA by himself; right?
282: 7 A: That is correct.
282: 8 Q: There were editors at JAMA who
282: 9 reviewed the article; right?
282: 10 A: I don't know who reviewed the
282: 11 article.
282: 12 Q: Well, in your experience, sir, in the
282: 13 peer-reviewed medical literature, there are editors
282: 14 at medical journals; true?
282: 15 A: There are, but I don't know how that
282: 16 article was reviewed or who reviewed it.

---

**209** **283:1-283:5** Scolnick, Edward 2005-04-29 00:00:08 01:27:36 03:03:05

283: 1 Q: You would agree, sir, that it would
283: 2 be unusual for a journal like JAMA not to have an
283: 3 article like that peer reviewed?
283: 4 A: It would be unusual, but I don't know
283: 5 what they did.

---

**210** **283:11-283:13** Scolnick, Edward 2005-04-29 00:00:15 01:27:44 03:02:57

Objection – relevance, 402, post-death,

283: 11 In fact, Merck actually issued a
283: 12 press release preemptively to challenge the results
283: 13 from that JAMA article, didn't they?

Overruled

---

**211** **283:16-283:17** Scolnick, Edward 2005-04-29 00:00:02 01:27:59 03:02:42

witness lacks personal knowledge

283: 16 THE WITNESS: I don't recall at all
283: 17 whether that was done.

---

**212** **284:5-284:17** Scolnick, Edward 2005-04-29 00:00:36 01:28:01 03:02:40

TT – Merck knowledge/notice of CV risk;

284: 5 if we can get that out. The peer-reviewed medical
284: 6 literature is the vehicle through which -- is a
284: 7 vehicle through which scientific opinion is
284: 8 exchanged; true?
284: 9 A: Correct.
284: 10 Q: And the standard way of responding to
284: 11 scientific opinion expressed in scientific
284: 12 literature is to respond in scientific literature to
284: 13 that particular issue raised; true?
284: 14 A: True.
284: 15 Q: It is not standard practice to
284: 16 respond to an opinion in a medical article with a
284: 17 press release disparaging an article; true?

Overruled

---

**213** **284:20-285:15** Scolnick, Edward 2005-04-29 00:00:30 01:28:37 03:02:04

284: 20 THE WITNESS: That's not the usual
284: 21 practice. I don't recall what Merck did.
284: 22 BY MR. BUCHANAN:
284: 23 Q: Is that a practice you endorse?
284: 24 A: Absolutely not.

284: 25 Q: The appropriate way to respond is in
285: 1 the medical journal itself; true?
285: 2 A: That is an appropriate way to
285: 3 respond.
285: 4 Q: You could write a letter to the
285: 5 editor; right?
285: 6 A: Yes, correct.
285: 7 Q: You can submit your own article?
285: 8 A: Correct.
285: 9 Q: Or you can publish a competing
285: 10 article in another journal; right?
285: 11 A: Correct.
285: 12 Q: But one of the things that you think
285: 13 would be unusual is to issue a press release to
285: 14 respond to an article in the medical literature;
285: 15 true?

214 **285:17-285:20** Scolnick, Edward 2005-04-29 00:00:04 01:29:07 03:01:34

285: 17 THE WITNESS: It would be unusual.
285: 18 BY MR. BUCHANAN:
285: 19 Q: And just not right?
285: 20 A: It would be --

215 **285:22-286:1** Scolnick, Edward 2005-04-29 00:00:06 01:29:11 03:01:30

285: 22 THE WITNESS: It is not a standard
285: 23 way of doing it.
285: 24 BY MR. BUCHANAN:
285: 25 Q: And certainly nothing you'd endorse?
286: 1 A: That is correct.

216 **286:19-288:6** Scolnick, Edward 2005-04-29 00:01:39 01:29:17 03:01:24

286: 19 Q: Okay.
286: 20 Doctor, I'm going to pass you a
286: 21 series of e-mails from 2001. I see you are copied
286: 22 or authored -- an author on several of these
286: 23 e-mails; true?
286: 24 A: Yes. I don't remember that.
286: 25 Q: I guess more correctly you are either
287: 1 an author or recipient on all of these e-mails;
287: 2 true?
287: 3 A: I'm a recipient or an author, yes.
287: 4 Q: For the record, we're looking at
287: 5 MRK-AAZ0001608 to 1609.
287: 6 You sent the first e-mail in this
287: 7 chain; right?
287: 8 A: Yes.
287: 9 Q: And you sent an e-mail to Laura

Demopoulos; right?
A: Yes.
Q: She's the person you mentioned got on the plane and flew out to talk to Dr. Topol; right?
A: That was my understanding, that she and Dr. Reicin were going to do that.
Q: And that was in connection with Dr. Topol's article that was scheduled to appear in an issue of JAMA in August 2001; right?
A: That's what they told me.
Q: The e-mail from you reads, 'Laura I would appreciate it if you could share with me Eric's idea for a strudy' -- I take it that's a typo?
A: It is a typo. 'Study' is the word.
Q: -- 'for a study regarding the Cv event question around Vioxx.' Did I read that right?
A: Yes.
Q: Subject line says, 'Topol idea.' Right?
A: Yes.

---

217 **289:4-289:10** Scolnick, Edward 2005-04-29 00:00:23 01:30:56 02:59:45

Q: What Dr. Topol was proposing was a study in high risk coronary patients; true?
A: Yes.
Q: Going to administer Vioxx 25 milligrams versus placebo in those patients; right?
A: On a background of aspirin and heparin.

---

218 **289:19-290:2** Scolnick, Edward 2005-04-29 00:00:24 01:31:19 02:59:22

His primary endpoint in the trial was going to be a composite of deaths and myocardial infarctions at a year; true?
A: Yes.
Q: Now, looking back at VIGOR, myocardial infarction, there were far more myocardial infarctions in the Vioxx arm than in the naproxen arm; true?
A: Yes.

---

219 **290:16-291:5** Scolnick, Edward 2005-04-29 00:00:43 01:31:43 02:58:58

You didn't run the trial; right?
A: We didn't run the trial. We discussed and debated it, and in that context, I

290: 19 think it is worth noting his second paragraph.
290: 20 Q: You can read the paragraph, that's
290: 21 fine, if there's something you want to highlight.
290: 22 A: He bases the hypothesis that Vioxx
290: 23 reduced the frequency of adverse events based on the
290: 24 role of inflammation in the development of
290: 25 atherosclerosis and plaque rupture. We really
291: 1 doubted that hypothesis, and furthermore, his
291: 2 marker, CRP, we had already shown that Vioxx did not
291: 3 reduce CRP in rheumatoid arthritis and, therefore,
291: 4 we had great doubt that this was really a valid
291: 5 study protocol.

---

220 **291:18 - 291:23** Scolnick, Edward 2005-04-29 00:00:14 01:32:26 02:58:15

291: 18 Q: Well, this memo is May 2001; right?
291: 19 A: Yes, that's correct.
291: 20 Q: And the article was published in JAMA
291: 21 in August 2001; right?
291: 22 A: I don't recall when the article was
291: 23 published.

---

221 **293:11 - 293:20** Scolnick, Edward 2005-04-29 00:00:28 01:32:40 02:58:01

293: 11 Q: But May of 2001, you were still
293: 12 interested in a trial to evaluate the CV safety of
293: 13 Vioxx; true?
293: 14 A: That is true. I constantly wanted to
293: 15 garner additional data to what we already had to
293: 16 further prove what we had concluded.
293: 17 Q: And nobody had come up with an idea
293: 18 by 2001 of a CV study that could be done to evaluate
293: 19 the cardiovascular safety of Vioxx? That's your
293: 20 testimony?

---

222 **293:23 - 294:2** Scolnick, Edward 2005-04-29 00:00:15 01:33:08 02:57:33

293: 23 THE WITNESS: As the discussions
293: 24 evolved, what everybody focused on was a study
293: 25 versus placebo, and no placebo-controlled trial had
294: 1 yet been brought forth that people were satisfied
294: 2 with the design on.

---

223 **295:7 - 295:8** Scolnick, Edward 2005-04-29 00:00:07 01:33:23 02:57:18

objection — relevance, 403 this is

295: 7 Q: And to be clear, your group didn't
295: 8 figure that out until sometime after 2002; right?

Overruled

---

224 **295:11 - 295:17** Scolnick, Edward 2005-04-29 00:00:15 01:33:30 02:57:11

post-death and relates to a study that wasn't done.

295: 11 Q: That's when the light bulb went off?
295: 12 A: The light bulb went off sometime in
295: 13 2002, to the best of my recollections.
295: 14 Q: But the protocol wasn't finalized in

Overruled

π — discussion involves event/dialogue re study beginning before death and continuing after death and need for CV study

295: 15 2002, was it?
295: 16 A: That isn't what I recollect, but I
295: 17 don't remember when the protocol was finalized. I

**225** **296:8 -296:9** Scolnick, Edward 2005-04-29 00:00:04 01:33:45 02:56:56

296: 8 Q: Do you remember the VALOR trial, sir?
296: 9 A: I don't remember that name, no.

**226** **296:25 -297:19** Scolnick, Edward 2005-04-29 00:00:54 01:33:49 02:56:52

296: 25 Q: Dr. Scolnick, I just passed you over
297: 1 what we marked as Exhibit 10 to your deposition. It
297: 2 is Bates stamped MRK-ABA0003490 to 3491. It is a
297: 3 letter from a Carlo Patrono; correct?
297: 4 A: Yes. It's from Dr. Patrono.
297: 5 Q: Ever seen this before?
297: 6 A: I don't recall.
297: 7 Q: Who is Dr. Braunwald?
297: 8 A: Braunwald is a well-known
297: 9 cardiologist at Peter Bent Brigham Hospital.
297: 10 Q: Here in Massachusetts?
297: 11 A: Yes.
297: 12 Q: That's affiliated with Harvard; is
297: 13 that right?
297: 14 A: Yes, it is.
297: 15 Q: Merck was actually speaking to
297: 16 Dr. Braunwald about running a VALOR trial; right?
297: 17 A: That's what this letter suggests. I
297: 18 remember Dr. Braunwald making suggestions, but I
297: 19 don't remember the details involved.

**227** **298:24 -299:11** Scolnick, Edward 2005-04-29 00:00:31 01:34:43 02:55:58

298: 24 Q: Well, do you recall at the end of
298: 25 2001 there was increased urgency to do a
299: 1 cardiovascular study; true?
299: 2 A: There was, because a number of
299: 3 people, scientists and others, still were
299: 4 questioning whether Vioxx had been a contributor in
299: 5 the VIGOR trial as opposed to naproxen being
299: 6 beneficial.
299: 7 Q: People were still worried about
299: 8 whether Vioxx was causing cardiovascular events
299: 9 true?
299: 10 A: There were some people who still were
299: 11 raising that question.

**228** **300:12 -301:10** Scolnick, Edward 2005-04-29 00:00:54 01:35:14 02:55:27

300: 12 I may have asked you this, but did
300: 13 you run the VALOR trial?