SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

**U. S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED 12-5-05

LORETTA G. WHYTE
CLERK

366: 22   from the Alzheimer's trials?
366: 23   A:  I cannot recall all the data that we
366: 24   presented. All of the data on Vioxx is submitted to
366: 25   the Advisory Committee and the FDA in a background
367: 1   package long before the meeting. So, the FDA has
367: 2   the ability to take any of that data in their
367: 3   presentation to the Advisory Committee, show it to
367: 4   them.

---

284    368:11 - 368:14    Scolnick, Edward 2005-04-29    00:00:12 02:13:57 02:16:44

368: 11   Q:  You'd agree, though, that a study
368: 12   finding that Vioxx doubled the rate of death in
368: 13   elderly patients taking it should be shared with the
368: 14   FDA as soon as you have those results; right?

---

285    368:16 - 368:19    Scolnick, Edward 2005-04-29    00:00:05 02:14:09 02:16:32

368: 16   THE WITNESS:  It should be part of
368: 17   the data package that's shared with the FDA.
368: 18   BY MR. BUCHANAN:
368: 19   Q:  You shouldn't sit on it; right?

---

286    368:21 - 369:8    Scolnick, Edward 2005-04-29    00:00:18 02:14:14 02:16:27

*repetitive, argumentative*

*π — admission to Merck's duty to provide info.*

*π witness admission repetitive,*

368: 21   THE WITNESS:  It should be submitted
368: 22   to the agency, I agree with you.
368: 23   BY MR. BUCHANAN:
368: 24   Q:  Promptly?
368: 25   A:  Promptly.
369: 1   Q:  It should be shared with the medical
369: 2   community; true?
369: 3   A:  The FDA needs to review it, and it
369: 4   should be in publications that are shared with the
369: 5   medical community as part of the study report -- as
369: 6   part of the publication on that study.
369: 7   Q:  It should be published promptly;
369: 8   true?

*Overruled*

*Sustained*

---

287    369:10 - 369:19    Scolnick, Edward 2005-04-29    00:00:19 02:14:32 02:16:09

*asked and answered*

*argumentative, mischaracterizes evidence*

369: 10   THE WITNESS:  It should be part of a
369: 11   publication on the drug, if it is part of a study on
369: 12   a drug that's published.
369: 13   BY MR. BUCHANAN:
369: 14   Q:  If your drug was killing people and
369: 15   that was determined in a placebo-controlled trial,
369: 16   if your drug was doubling the risk of death in a
369: 17   placebo-controlled trial, that's information that's
369: 18   very important for physicians prescribing the drug
369: 19   to have; true?

*← Sustained*

*π — agree to take out lines 15-16*

---

288    369:22 - 370:3    Scolnick, Edward 2005-04-29    00:00:12 02:14:51 02:15:50

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
Doc.No._____

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

369: 22   THE WITNESS: If that were the case,
369: 23   then that information would need to be shared with
369: 24   physicians.
369: 25   BY MR. BUCHANAN:
370: 1    Q: And, in fact, that's the type of
370: 2    information that even after an Advisory Committee
370: 3    you'd want to get to the FDA quickly; right?

---

289   370:5 - 370:20   Scolnick, Edward 2005-04-29     00:00:27  02:15:03  02:15:38

370: 5    THE WITNESS: That would be part of
370: 6    any submission to the FDA or safety update on the
370: 7    drug.
370: 8    BY MR. BUCHANAN:
370: 9    Q: Well, you can send information to the
370: 10   FDA earlier than a scheduled safety update, can't
370: 11   you?
370: 12   A: Yes, we can.
370: 13   Q: Okay.
370: 14   Data demonstrating in a statistically
370: 15   significant way that your drug is increasing the
370: 16   rate of death is the type of data that should be
370: 17   shared with the drug -- excuse me -- with the FDA
370: 18   immediately; true?
370: 19   A: If that data existed, it should be
370: 20   shared with the FDA promptly.

---

290   371:15 - 373:2   Scolnick, Edward 2005-04-29     00:01:30  02:15:30  02:15:11

371: 15   Dr. Scolnick, I just passed you what
371: 16   we marked as Exhibit 15 to your deposition. It's a
371: 17   three e-mail sequence from November 8, 2001. The
371: 18   subject here says 'History lesson.' Do you see
371: 19   that?
371: 20   A: Uh-huh, yes, I do.
371: 21   Q: It's an exchange between initially
371: 22   from you to Doug Greene and Bonnie Goldmann; true?
371: 23   A: Yes.
371: 24   Q: You copied Peter Kim on it?
371: 25   A: Yes.
372: 1    Q: Peter Kim had joined Merck obviously
372: 2    by this point in time; true?
372: 3    A: Yes. He must have.
372: 4    Q: He came at some point in 2001?
372: 5    A: Yes. I think it was the fall of
372: 6    2001.
372: 7    Q: And you wanted to give Peter Kim a
372: 8    history lesson on how to deal with the FDA?
372: 9    A: Wanted to include Peter in all the

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

372: 10    discussions because he would be following me in my
372: 11    job, and he would have to be in charge of all the
372: 12    things that were going on when he took over.
372: 13    Q:  Okay.
372: 14    Well, you wrote to Doug and Bonnie
372: 15    here; right? Those are the people you address in
372: 16    the body of the e-mail; correct?
372: 17    A:  Yes.
372: 18    Q:  You said, 'Doug and Bonnie twice in
372: 19    my life I've had to say to FDA 'That label is
372: 20    unacceptable, we will not under any circumstances
372: 21    accept it." Do you see that?
372: 22    A:  Yes, I do.
372: 23    Q:  You continue there and you say, 'You
372: 24    WILL,' in all caps, will, 'have to do that on the
372: 25    cardiac warning for Vioxx. I assure you that you

*Incomplete answer*

373: 1    will.' That's what you wrote; right?
373: 2    A:  I did. ~~You skipped an intervening~~          *TT — will remove lined portion*

| 291 | 373:12-374:2 | Scolnick, Edward 2005-04-29     00:00:36  02:17:00  02:13:41 |

*asked and answered, repetitive*

*overruled*

373: 12    Q:  Paragraph continues where I was
373: 13    before, 'You WILL,' in all caps will, 'have to do
373: 14    that on the cardiac warning for Vioxx. I assure you
373: 15    that you will.' Did I read that right?
373: 16    A:  Yes, you did.
373: 17    Q:  You put 'will' in emphasis to these
373: 18    people; right?
373: 19    A:  Yes, I did.
373: 20    Q:  And these were the people who were
373: 21    dealing with the FDA in connection with the label
373: 22    negotiations; right?
373: 23    A:  Yes.
373: 24    Q:  You told them, 'And I assure you I
373: 25    will NOT,' and again in all caps, 'NOT sign off on
374: 1    any label that had a cardiac warning.' True?
374: 2    A:  That's what the e-mail says.

| 292 | 376:1-376:4 | Scolnick, Edward 2005-04-29     00:00:25  02:17:36  02:13:05 |

376: 1    Q:  When did you finally get the new
376: 2    label for Vioxx approved?
376: 3    A:  I don't remember whether it was late
376: 4    in '01 or early in '02.

| 293 | 376:5-376:15 | Scolnick, Edward 2005-04-29     00:00:43  02:18:01  02:12:40 |

376: 5    Q:  Would it surprise you, sir, if I said
376: 6    you got the new label approved in April of 2002?
376: 7    A:  I don't recall the date.

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

376: 8    Q:  Can you accept that?
376: 9    A:  Yes, I accept that.
376: 10   Q:  So, you negotiated with the FDA over
376: 11   this label concerning cardiac and GI warnings from
376: 12   October of 2001 until April of 2002; true?
376: 13   A:  That's correct. Because we believed
376: 14   that the drug did not justify having a cardiac
376: 15   warning based on our data.

---

294    381:11 -382:18    Scolnick, Edward 2005-04-29    00:01:17  02:18:44  02:11:57

401, 402,
413

TT- admission
he Knows FDA
interprets data as
Vioxx causing CV risk
and need to warn,
Will agree to take
out lines 382 3-18

Overruled

381: 11   Q:  Doctor, I passed you over what we
381: 12   marked as Exhibit 16 to your deposition. It is a
381: 13   relatively brief e-mail, Bates stamped
381: 14   MRK-ACR0009297 dated February 25th, 2002 from you
381: 15   again to this same team of people working on the
381: 16   negotiations over the Vioxx label; true?
381: 17   A:  Yes.
381: 18   Q:  You wrote, 'To ALL: If you can get
381: 19   this label it will be an Al Michaels quote: 'Do you
381: 20   believe in miracles?" What are you referring to
381: 21   there?
381: 22   A:  I'm referring to Al Michael's quote
381: 23   when the U.S. Olympic team beat the Russians in
381: 24   whatever year it was in ice hockey.
381: 25   Q:  It was like an impossible task;
382: 1    right?
382: 2    A:  It certainly appeared to be.
382: 3    Q:  The U.S. beat the Russians at that
382: 4    point in time, and the U.S. only had amateur hockey
382: 5    players playing for them then; right?
382: 6    A:  That's correct.
382: 7    Q:  And the Russians were essentially a
382: 8    pro team at that point in time; right?
382: 9    A:  That's correct.
382: 10   Q:  And nobody expected that the U.S.
382: 11   would beat Russia; right?
382: 12   A:  That is correct. Nobody except the
382: 13   U.S..
382: 14   Q:  And they did?
382: 15   A:  And they did.
382: 16   Q:  What you're telling this team here is
382: 17   if you can get this label, it will be like when we
382: 18   beat the Russians in 1980; right?

---

295    415:12 -415:15    Scolnick, Edward M., M.D. 2005    00:00:21  02:20:01  02:10:40

415: 12   Q.    Sir, passing over what we just marked
415: 13        as Exhibit 18 to your deposition. For the record,

*Object to Ex. 18 and all questions re: document*
*401, 402, 403*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | |
|---|---|---|
| 415: 14 | it's a January 28, 2001 e-mail from yourself to Eve | *Overruled* |
| 415: 15 | Slater. | *Overruled* |

| 296 | 415:24 -416:1 | Scolnick, Edward M., M.D. 2005   00:00:04  02:20:22  02:10:19 |
|---|---|---|

415: 24   Q.   Okay. Do you see your e-mail at the
415: 25          top?
416: 1    A.   Yes, I do.

| 297 | 416:6 -416:15 | Scolnick, Edward M., M.D. 2005   00:00:16  02:20:26  02:10:15 |
|---|---|---|

*401, 402, 403,*
*602*

*π – Knowledge CV*
*risk from VIGOR*
*and VIGOR results*
*not good*

416: 6    Q.   Then you continue, "This Fries
416: 7          incident is a disaster for Merck." Do you see that?
416: 8    A.   Yes, I do.
416: 9    Q.   You wrote that?
416: 10   A.   I did.
416: 11   Q.   You believed it at the time?
416: 12   A.   I did.
416: 13   Q.   You believe it to this day?
416: 14   A.   If it were true, I believe it. I
416: 15          don't know the details. I was reacting to the

*Overruled*

| 298 | 416:21 -417:5 | Scolnick, Edward M., M.D. 2005   00:00:15  02:20:42  02:09:59 |
|---|---|---|

*401, 402, 403*

416: 21   Q.   Then you continued, "Worse than
416: 22          Vigor results themselves." Do you see that?
416: 23   A.   Yes.
416: 24   Q.   The VIGOR results were also a
416: 25          disappointment for Merck; true?
417: 1    A.   Some of them were surprising, as you
417: 2          know, and some of them were excellent.
417: 3    Q.   Okay.
417: 4                And the ones that were surprising
417: 5          were the cardiovascular effects of Vioxx; true?

*Overruled*

| 299 | 417:8 -418:6 | Scolnick, Edward M., M.D. 2005   00:00:55  02:20:57  02:09:44 |
|---|---|---|

*401, 402, 403*

*repetitive,*
*asked and*
*answered*

417: 8          THE WITNESS: The difference between
417: 9          naproxen and Vioxx was surprising in the VIGOR
417: 10         results.
417: 11         BY MR. BUCHANAN:
417: 12   Q.   Well, you said, "Worse than Vigor
417: 13         results themselves." That's what you wrote; right,
417: 14         sir?
417: 15   A.   I did.
417: 16   Q.   You were implying that the VIGOR
417: 17         results were disappointing in some way; true?
417: 18   A.   I was implying that the difference
417: 19         between the Vioxx and naproxen arms were surprising
417: 20         and created an issue which we had dealt with and
417: 21         come up with what we thought was the best
417: 22         explanation based on all the other data.

*Overruled*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

417: 23  Q.  Well, sir, you didn't write "more
417: 24      surprising" than the VIGOR results themselves when
417: 25      you wrote this e-mail, did you?
418: 1   A.  No, I did not.
418: 2   Q.  You wrote, "Worse than VIGOR
418: 3       results"?
418: 4   A.  That's what I wrote.  It's a very
418: 5       short e-mail.  That's what I wrote.
418: 6   Q.  I understand.

---

300    431:21-431:23    Scolnick, Edward M., M.D. 2005    00:00:08  02:21:52  02:08:49
431: 21  Q.  Apart from Mr. Gilmartin, you were
431: 22      the only employee of Merck that was on the board of
431: 23      directors; right?

---

301    432:1-432:4    Scolnick, Edward M., M.D. 2005    00:00:08  02:22:00  02:08:41
432: 1       THE WITNESS:  Yes.  Other members of
432: 2       the management committee attended the meetings with
432: 3       some regularity, but I was the only other board
432: 4       member.

---

302    461:18-461:21    Scolnick, Edward M., M.D. 2005    00:00:13  02:22:08  02:08:33
461: 18  Q.  When you first got the VIGOR data on
461: 19      March 9, 2000, did you do any analysis to figure out
461: 20      what the public health consequences were or could be
461: 21      if it was true that Vioxx was cardiotoxic?

---

303    461:24-462:24    Scolnick, Edward M., M.D. 2005    00:01:08  02:22:21  02:08:20
461: 24      THE WITNESS:  I was focused on
461: 25      understanding the data before thinking about
462: 1       implications.  As we came to understand the data, we
462: 2       believed naproxen had lowered the rate of the events
462: 3       in the trial, and all of our data supported that and
462: 4       has supported that since.
462: 5   BY MR. BUCHANAN:
462: 6   Q.  By March of 2000, the drug had been
462: 7       on the market for, what, about 11 months, 10 months?
462: 8   A.  It was approved in May of -- late May
462: 9       or early June of 1999.
462: 10  Q.  So, by March of 2000, millions of
462: 11      Vioxx prescriptions had been written; true?
462: 12  A.  I don't know how many prescriptions
462: 13      were written.
462: 14  Q.  Well, you sold at least a billion
462: 15      dollars worth of the drug in the first year; right?
462: 16  A.  I don't recall the sales of the drug
462: 17      in the first year.
462: 18  Q.  You did sell more than a billion

*(handwritten annotations:)* 602 - no personal knowledge or foundation  401, 402, 403  TT - agree to remove 462:16-22  Sustained

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | |
|---|---|
| 462: 19 | dollars a year of the drug, though, over time; |
| 462: 20 | right? |
| 462: 21  A. | Yes. |
| 462: 22  Q. | Ultimately you sold, what, |
| 462: 23 | $2-and-a-half billion a year worth of the drug? |
| 462: 24  A. | I think that number is accurate. |

*Sustained*

---

**304    465:12 -465:22**    Scolnick, Edward M., M.D. 2005    00:00:31  02:23:29  02:07:12

*401, 402, 403*

*π - cross examination; goes to failure to do CV study*

| | |
|---|---|
| 465: 12  Q. | You'd agree with me, sir, wouldn't |
| 465: 13 | you, that if you were wrong in your final conclusion |
| 465: 14 | about Vioxx, and the problem was mechanism based, |
| 465: 15 | that there could have been horrible public health |
| 465: 16 | consequences to the folks who were taking Vioxx in |
| 465: 17 | the general population; true? |
| 465: 18  A. | If we had been wrong, there would |
| 465: 19 | have been serious consequences, yes. |
| 465: 20  Q. | Tens of thousands of people in the |
| 465: 21 | general population taking Vioxx could have suffered |
| 465: 22 | heart attacks as a result of your drug; true? |

*π*
*Overruled*

---

**305    466:1 -466:3**    Scolnick, Edward M., M.D. 2005    00:00:04  02:24:00  02:06:41

| | |
|---|---|
| 466: 1 | THE WITNESS:  If we had been wrong, |
| 466: 2 | there would have been negative consequences for |
| 466: 3 | public health.  We did not believe we were. |

---

**306    466:7 -466:9**    Scolnick, Edward M., M.D. 2005    00:00:08  02:24:04  02:06:37

*602 – lacks foundation*

| | |
|---|---|
| 466: 7 | You understand now there's been |
| 466: 8 | estimates of the potential heart attacks, strokes |
| 466: 9 | and deaths caused by Vioxx; true? |

---

**307    466:12 -466:22**    Scolnick, Edward M., M.D. 2005    00:00:26  02:24:12  02:06:29

*and personal knowledge*

*π - cross examination*

| | |
|---|---|
| 466: 12 | THE WITNESS:  I've read newspaper |
| 466: 13 | reports of those.  I do not have any independent way |
| 466: 14 | of assessing that evidence or the validity of those |
| 466: 15 | reports. |
| 466: 16 | BY MR. BUCHANAN: |
| 466: 17  Q. | Well, you've seen the FDA reports as |
| 466: 18 | well; right? |
| 466: 19  A. | I've seen newspaper reports of the |
| 466: 20 | FDA reports of incidences in trials.  I don't |
| 466: 21 | understand the calculations made from those based on |
| 466: 22 | the data I've seen. |

---

**308    467:15 -467:25**    Scolnick, Edward M., M.D. 2005    00:00:30  02:24:38  02:06:03

| | |
|---|---|
| 467: 15  Q. | Merck has epidemiologists on staff; |
| 467: 16 | right? |
| 467: 17  A. | Yes, they do.  Yes. |
| 467: 18  Q. | Merck has statisticians on staff? |
| 467: 19  A. | Yes. |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

467: 20   Q.   Merck has biostatisticians on staff?
467: 21   A.   Yes.
467: 22   Q.   Merck has the skilled employees
467: 23        necessary to estimate what the public health
467: 24        consequences could be of a drug that it made that
467: 25        caused cardiovascular side effects; true?

---

**309    468:2-468:9**   Scolnick, Edward M., M.D. 2005      00:00:17 02:25:08 02:05:33

468: 2             THE WITNESS:  Merck can estimate what
468: 3        the consequences would be if the drug were thought
468: 4        by Merck to cause cardiovascular consequences.
468: 5        BY MR. BUCHANAN:
468: 6    Q.   And in March of 2000, no such
468: 7        analysis was done?
468: 8    A.   Correct.  Because we didn't believe
468: 9        the drug caused those events.

---

**310    469:15-469:18**   Scolnick, Edward M., M.D. 2005      00:00:09 02:25:25 02:05:16

*602,*

*argumentative*

*Overrule*

469: 15        You agree with the decision by Merck
469: 16        not to analyze the potential public health
469: 17        consequences to continuing to sell Vioxx in March of
469: 18        2000?

---

**311    469:21-469:22**   Scolnick, Edward M., M.D. 2005      00:00:02 02:25:34 02:05:07

*π - failure to do*

469: 21            THE WITNESS:  Yes, I do, because we
469: 22        believed the drug was safe.

---

**312    471:1-472:20**   Scolnick, Edward M., M.D. 2005      00:01:30 02:25:36 02:05:05

*what this witness say was "only essential study"*

471: 1    Q.   Sir, I just passed you a document we
471: 2        marked as Exhibit 19 to your deposition.
471: 3              - - -
471: 4                (Whereupon, Deposition Exhibit
471: 5        Scolnick-19, "Vioxx Preliminary
471: 6        Cardiovascular Meta-Analysis," Slide
471: 7        Set, 10-18-00 (Shapiro), MRK-NJ0070364 -
471: 8        MRK-NJ0070397, was marked for
471: 9        identification.)
471: 10             - - -
471: 11        BY MR. BUCHANAN:
471: 12   Q.   For the record, it's a document by
471: 13        Deborah Shapiro.  Who is Deborah Shapiro?
471: 14   A.   Deborah Shapiro was a statistician in
471: 15        the Merck Research Laboratories.
471: 16   Q.   She was the unblinded statistician in
471: 17        the VIGOR trial; right?
471: 18   A.   Yes, she was.
471: 19   Q.   She's the statistician you contacted
471: 20        to get an early look at the VIGOR data; right?

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

471: 21   A.   To look at the data first when the
471: 22        trial is completed.  That is correct.
471: 23   Q.   For the record, the document is
471: 24        entitled "Vioxx Preliminary Cardiovascular
471: 25        Meta-Analysis," and it is Bates stamped
472: 1         MRK-NJ0070364 through 397.
472: 2              So, your testimony is that the
472: 3         company conducted a meta-analysis preapproval?  That
472: 4         was the first time; right?
472: 5    A.   Yes.
472: 6    Q.   In March of 2000; right?
472: 7    A.   Yes.
472: 8    Q.   And then again in October of 2000;
472: 9         correct?
472: 10   A.   As I said, I don't remember the dates
472: 11        of all the other meta-analyses.
472: 12   Q.   We can agree that this one is dated
472: 13        October 2000?
472: 14   A.   Yes, October 18th, 2000.
472: 15   Q.   And this is the type of thing you'd
472: 16        become aware of; right?
472: 17   A.   I think so.  I don't recall having
472: 18        seen this document, but I think so.
472: 19   Q.   Well, you were the senior-most
472: 20        scientist at Merck Research Labs; right?

---

313   **472:23 –474:16**   Scolnick, Edward M., M.D. 2005      00:02:01 02:27:06 02:03:35

472: 23            THE WITNESS: Yes, I was, but I still
472: 24        don't recall having seen this document.
472: 25        BY MR. BUCHANAN:
473: 1    Q.   Okay.
473: 2              And if you'd turn to the third page
473: 3         of the document, it says, "Endpoints."
473: 4    A.   Yes.
473: 5    Q.   Looking at primary endpoints, "APTC."
473: 6         Right?
473: 7    A.   Yes.
473: 8    Q.   Do you know what that stands for?
473: 9    A.   I can't recall.  I've blocked out on
473: 10        the initials.  It is a series of thrombotic events
473: 11        and ischemic -- other ischemic signs and symptoms
473: 12        like angina and transient ischemic attacks.  It is
473: 13        broader than thrombotic events, but I don't recall
473: 14        the exact -- what the exact initials stand for.
473: 15   Q.   Then you are also looking at MIs.  Do
473: 16        you see that?

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

473: 17   A.   Yes.
473: 18   Q.   Okay.
473: 19           And then a few other categories, I
473: 20   guess, and subsets of those categories; right?
473: 21   A.   That's what the document says.
473: 22   Q.   Okay. I would like to direct your
473: 23   attention to Page NJ0070394.
473: 24   A.   (Witness reviewing document.)
473: 25           Yes.
474: 1   Q.   This is a "meta-analysis" that
474: 2   describes the "Relative Risk of MIs," that's heart
474: 3   attacks?
474: 4   A.   Yes.
474: 5   Q.   The "MI Endpoint with 95% CI."
474: 6   What's "CI" mean?
474: 7   A.   Confidence interval.
474: 8   Q.   What does confidence interval
474: 9   represent, sir?
474: 10   A.   It's a term that describes the bounds
474: 11   in which to analyze statistical significance.

*602, 701*

474: 12   Q.   And if the confidence interval is
474: 13   greater than 1 or if the confidence -- if the
474: 14   confidence interval doesn't encompass 1, it
474: 15   indicates that the finding is statistically
474: 16   significant; true?

*Overruled*

---

314   474:19 -476:12   Scolnick, Edward M., M.D. 2005   00:01:48 02:29:07 02:01:34

474: 19           THE WITNESS: I believe that's true.
474: 20   BY MR. BUCHANAN:
474: 21   Q.   That's your understanding of
474: 22   confidence intervals?
474: 23   A.   I believe that's true. I believe
474: 24   that's true.
474: 25   Q.   Okay.
475: 1           In this particular table, there's a
475: 2   chart that reflects the relative risk of Vioxx
475: 3   versus all NSAIDs; true?
475: 4   A.   I -- it says "to NSAIDs." I don't
475: 5   know whether this includes all NSAIDs, naproxen and
475: 6   non-naproxen aggregated together.

*602*

*TI - Merck lead scientist - we must ask about studies*

475: 7   Q.   Well, in the osteoarthritis trials,
475: 8   did you test Vioxx versus naproxen?
475: 9   A.   I don't believe so. I don't recall
475: 10   the details.
475: 11   Q.   Okay.
475: 12           At the bottom of the page it says

*Overruled*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

475: 13     "Total Cohort." Do you see that?
475: 14   A.   Yes, I do.
475: 15   Q.   What's a cohort?
475: 16   A.   A cohort is a group of patients
475: 17     that's been studied in this meta-analysis.
475: 18   Q.   And then to the right it says "2.02."
475: 19     Do you see that?
475: 20   A.   Uh-huh.
475: 21   Q.   That's the relative risk --
475: 22   A.   Yes, I do, I'm sorry.
475: 23   Q.   That's the relative risk of heart
475: 24     attacks among all studies for NSAIDs versus Vioxx;
475: 25     true?
476: 1    A.   That is, I think, what this plots,
476: 2      non-naproxen and naproxen NSAIDs.
476: 3    Q.   That's right.
476: 4            And the confidence interval, again,
476: 5      is what, sir?
476: 6    A.   The confidence interval for 2.0?
476: 7    Q.   For the 2.02.
476: 8    A.   Is 1.14 to 3.55.
476: 9    Q.   And the fact that the confidence
476: 10     interval does not go below 1 indicates that the 2.02
476: 11     relative risk is statistically significant; true?
476: 12   A.   Yes. ~~This, I believe, aggregates~~

*(handwritten margin note: TT - agree to take out everything after answer, incomplete answer)*

---

315   476:18 -477:5   Scolnick, Edward M., M.D. 2005   00:00:35 02:30:55 01:59:46

476: 18   Q.   What does statistical significance
476: 19     refer to, sir?
476: 20   A.   That 95 times out of 100, the result
476: 21     is an accurate one and not by chance. There's only
476: 22     a 5 percent chance that the result is a fluke.
476: 23   Q.   Okay.
476: 24            And a relative risk of 2.02 in this
476: 25     total cohort indicates a doubling of the risk of
477: 1      heart attacks among all of Merck's studies --
477: 2    A.   What you --
477: 3    Q.   -- comparing NSAIDs to Vioxx; true?
477: 4    A.   Comparing all NSAIDs including
477: 5      naproxen to Vioxx. That's what this plots, yes.

---

316   477:7 -478:1   Scolnick, Edward M., M.D. 2005   00:00:46 02:31:30 01:59:11

477: 7            If you'd turn the page, sir, you see
477: 8      an additional chart. Again, "MI Endpoint," that's
477: 9      heart attack endpoint; right?
477: 10   A.   Yes.
477: 11   Q.   It says "Rofecoxib versus NSAIDS."

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

477: 12        Vioxx is rofecoxib; right?

477: 13  A.   Yes.

477: 14  Q.   And again reflects 2.02 being the

477: 15        relative risk for all patients compared rofecoxib to

477: 16        NSAIDs; true?

477: 17  A.   To all NSAIDs.  As I've said,

477: 18        naproxen and non-naproxen.

477: 19  Q.   Okay.

477: 20          Did you give this to the FDA?

477: 21  A.   I don't know what was done with this

477: 22        document.  As I said, I don't recall seeing this

477: 23        exact document.  All of our data was always reported

477: 24        to the FDA.

477: 25  Q.   Well, did you tell the FDA that you

478: 1        did an MI-only meta-analysis?

*[Handwritten left margin: 602 — no foundation or personal knowledge]*

*[Handwritten right margin: Sustain]*

*[Handwritten right margin: 602]*

317    478:5-478:15   Scolnick, Edward M., M.D. 2005    00:00:26 02:32:16 01:58:25

478: 5  Q.   We'll just make "you" Merck in this

478: 6        case.

478: 7  A.   I do not know the details of the

478: 8        submissions that were made to the FDA by Merck or

478: 9        the Merck Research Labs.  I assume all of the data

478: 10        was reported.

478: 11  Q.   Well, when the company conducts a

478: 12        meta-analysis analyzing the risk of an event like

478: 13        heart attacks across all its studies, that's the

478: 14        type of information you would expect the company to

478: 15        share with the FDA; right?

318    478:17-480:25   Scolnick, Edward M., M.D. 2005    00:03:05 02:32:42 01:57:59

478: 17        THE WITNESS:  All of our data was

478: 18        submitted to the FDA.  I don't know what in this

478: 19        document was or was not part of those submissions.

478: 20        BY MR. BUCHANAN:

478: 21  Q.   Well, sir, would you endorse a

478: 22        decision not to give an MI-only meta-analysis to the

478: 23        FDA?

478: 24  A.   That should be part of any

478: 25        submission.

479: 1  Q.   Okay.

479: 2        Who makes the decision within Merck

479: 3        as to what goes to the FDA and what doesn't?

479: 4  A.   All of our data is reported to the

479: 5        FDA by regulatory affairs.  You don't selectively

479: 6        report data to the best of my knowledge.

479: 7  Q.   Okay.

479: 8        So, if you did an MI only

*[Handwritten right margin: overruled]*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*602, lack of personal knowledge*

*overrule*

| | | |
|---|---|---|
| 479: 9 | | meta-analysis as well as your APTC analysis, you |
| 479: 10 | | would give that to the FDA? |
| 479: 11 | A. | I assume it would have been submitted |
| 479: 12 | | to the FDA. |
| 479: 13 | Q. | Can you give us a name of who would |
| 479: 14 | | be responsible for deciding what goes in the filings |
| 479: 15 | | with the FDA as it related to Vioxx? |
| 479: 16 | A. | Whomever the head of regulatory |
| 479: 17 | | affairs was at this point in time, and by this time, |
| 479: 18 | | I don't recall actually who was head of regulatory |
| 479: 19 | | affairs. |
| 479: 20 | Q. | So, the head of regulatory affairs is |
| 479: 21 | | ultimately responsible for what goes in the filings |
| 479: 22 | | to the FDA? |
| 479: 23 | A. | Yes, that's true. |
| 479: 24 | Q. | It's their job to make sure that all |
| 479: 25 | | the information concerning Merck products, both the |
| 480: 1 | | good and the bad, gets to the FDA? |
| 480: 2 | A. | It is their ultimate responsibility, |
| 480: 3 | | yes. |
| 480: 4 | Q. | Not your ultimate responsibility? |
| 480: 5 | A. | Well, it is ultimately, but I don't |
| 480: 6 | | read every document that goes into the FDA. So, |
| 480: 7 | | it's the head of regulatory affairs that's really |
| 480: 8 | | responsible for it. |
| 480: 9 | Q. | And you wouldn't endorse a decision |
| 480: 10 | | not to give unfavorable safety data to the FDA, |
| 480: 11 | | would you? |
| 480: 12 | A. | I would endorse that all of the data |
| 480: 13 | | be submitted to the FDA. |
| 480: 14 | Q. | Did you become aware of the results |
| 480: 15 | | of Merck's meta-analysis? |
| 480: 16 | A. | I was shown summaries of |
| 480: 17 | | meta-analyses, yes, but I don't recall the details |
| 480: 18 | | of what was in those summaries at this point. |
| 480: 19 | Q. | You would expect that if scientists |
| 480: 20 | | like Deborah Shapiro conducted a meta-analysis, they |
| 480: 21 | | would have shared it with you; right? |
| 480: 22 | A. | They would have presented it to the |
| 480: 23 | | responsible committee for development at Merck, and |
| 480: 24 | | then some of that would have been presented to me at |
| 480: 25 | | some point presumably. |

| 319 | **481:15-482:8** | Scolnick, Edward M., M.D. 2005 | 00:00:42  02:35:47  01:54:54 |
|---|---|---|---|
| | | 481: 15   Q.   Okay. Sir, let me pass over to you | |
| | | 481: 16      what we just marked as Exhibit 20 to your | |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

| | |
|---|---|
| 481: 17 | deposition. |
| 481: 18 | - - - |
| 481: 19 | (Whereupon, Deposition Exhibit |
| 481: 20 | Scolnick-20, Letter 1-8-01, with |
| 481: 21 | attachment, "IND 46,894: VIOXX |
| 481: 22 | (rofecoxib)" "Interim Cardiovascular |
| 481: 23 | Meta-Analysis," MRK-NJ0267715 - |
| 481: 24 | MRK-NJ0267777, was marked for |
| 481: 25 | identification.) |
| 482: 1 | - - - |
| 482: 2 | BY MR. BUCHANAN: |
| 482: 3 | Q.   For the record, sir, I just passed |
| 482: 4 | you what we've marked as Exhibit 20 to your |
| 482: 5 | deposition. It's a January 8, 2001 letter from a |
| 482: 6 | Robert Silverman, Senior Director of Regulatory |
| 482: 7 | Affairs to somebody at the FDA; is that right, sir? |
| 482: 8 | A.   Yes, correct. |

---

**320    483:1 -483:9**    Scolnick, Edward M., M.D. 2005    00:00:19 02:36:29 01:54:12

| | |
|---|---|
| 483: 1 | Q.   It's a transmittal of information to |
| 483: 2 | the FDA? |
| 483: 3 | A.   Yes, it is. |
| 483: 4 | Q.   Transmittal of information to the FDA |
| 483: 5 | concerning Vioxx? |
| 483: 6 | A.   Yes. |
| 483: 7 | Q.   Transmittal of the "Interim |
| 483: 8 | Cardiovascular Meta-Analysis" for Vioxx; true? |
| 483: 9 | A.   Yes. Yes, that's correct. |

---

**321    484:3 -484:14**    Scolnick, Edward M., M.D. 2005    00:00:35 02:36:48 01:53:53

| | |
|---|---|
| 484: 3 | Q.   All right, sir. Just going back to |
| 484: 4 | my question, do you see any of the MI meta-analysis |
| 484: 5 | charts and tables that we talked about in Exhibit 19 |
| 484: 6 | and Exhibit 20? |
| 484: 7 | A.   I don't see those specific figures. |
| 484: 8 | I do see on Page 23, 28, 33 and 37 the data |
| 484: 9 | presented to the FDA on MIs in the various studies. |
| 484: 10 | Q.   Just to be clear, sir, what you're |
| 484: 11 | referring to are tables of APTC endpoint components; |
| 484: 12 | true? |
| 484: 13 | A.   Yes, which includes myocardial |
| 484: 14 | infarctions. |

---

**322    484:22 -487:6**    Scolnick, Edward M., M.D. 2005    00:02:28 02:37:23 01:53:18

| | |
|---|---|
| 484: 22 | Q.   APTC is the endpoint that was studied |
| 484: 23 | in the APTC meta-analysis; correct? |
| 484: 24 | A.   The tables are titled APTC in this |

484: 25    document.

485: 1    Q.   Well, when we looked at Exhibit 19,

485: 2    there were two meta-analyses presented in Exhibit

485: 3    19; correct?

485: 4    A.   I don't recall.  There were

485: 5    meta-analyses presented here.  We only looked at a

485: 6    couple of the pages.

485: 7    Q.   Well, feel free to look at it, sir.

485: 8    There's an APTC analysis -- an APTC meta-analysis in

485: 9    Exhibit 19; correct?

485: 10    A.   There are APTC meta-analyses in this

485: 11    document, yes.

485: 12    Q.   And there's a separate MI, meaning

485: 13    heart attack, meta-analysis in that document;

485: 14    correct?

485: 15    A.   That is correct, comparing rofecoxib

485: 16    to all other NSAIDs.

485: 17    Q.   Is there an MI meta-analysis in the

485: 18    submission to the FDA?

485: 19    A.   The meta-analysis done in this

485: 20    document I do not see in this document.  I do see,

485: 21    and it is important to point out, all of the data on

485: 22    the four pages I cited to you.

485: 23    Q.   And what you're trying to highlight,

485: 24    sir, is that certain MI information was encompassed

485: 25    within the APTC endpoint; right?

486: 1    A.   That is what I'm trying to point out,

486: 2    yes.

486: 3    Q.   But Merck did a specific analysis

486: 4    looking at the incidence of heart attacks across all

486: 5    of its trials; true?

486: 6    A.   That is indicated in this document,

486: 7    in the first document that you showed me in this

486: 8    discussion.

486: 9    Q.   That document is Exhibit 19; right?

486: 10    A.   Yes, it is.

486: 11    Q.   Merck did an MI meta-analysis in

486: 12    October 2000; true?

486: 13    A.   Yes, that's true.

486: 14    Q.   And didn't give it to the FDA in

486: 15    January 2001; true?

486: 16    A.   The specific figures are not included

486: 17    in the submission to the FDA.  The data is included.

486: 18    Q.   Well, not only the figures, sir, the

486: 19    MI meta-analysis is not in that submission to the

486: 20    FDA; correct?

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

486: 21   A.    That is correct.
486: 22   Q.    There might be some heart attack data
486: 23         in that submission to the FDA; right?
486: 24   A.    There is heart attack data in this
486: 25         submission.
487: 1    Q.    But there's not an MI meta-analysis
487: 2          in Exhibit 20; right?
487: 3    A.    Not that I could find, no.  It does
487: 4          not -- it's not there.

*602 and*

487: 5    Q.    Company did it and didn't give it to
487: 6          the FDA; right?

*Sus...*

---

323   487:8 -487:20   Scolnick, Edward M., M.D. 2005   00:00:27  02:39:51  01:50:50

*asked and*
*answered --*
*repetitive*

487: 8          THE WITNESS:  MI meta-analysis is not
487: 9          in this document.  I don't know what else might have
487: 10         been given to the FDA.
487: 11         BY MR. BUCHANAN:
487: 12   Q.    Is your testimony that you were
487: 13         never consulted by regulatory within Merck Research
487: 14         Labs as to whether to give the MI meta-analysis or
487: 15         not to give it to the FDA?
487: 16   A.    That is my testimony.  I was never
487: 17         consulted on that point.
487: 18   Q.    Do you endorse the decision not to
487: 19         give that MI meta-analysis to the FDA in January
487: 20         2001?

---

324   487:23 -488:7   Scolnick, Edward M., M.D. 2005   00:00:23  02:40:18  01:50:23

*π - FDA defense;*
*what president 602 speculative,*
*would argumentative*
*give to FDA; prove*
*Merck did not*
*give everything to FDA*

487: 23         THE WITNESS:  I would have had no
487: 24         objection to their submitting all of the
487: 25         meta-analyses.
488: 1          BY MR. BUCHANAN:
488: 2    Q.    Sir, should the MI meta-analysis have
488: 3          been given to the FDA in January 2001?
488: 4    A.    I would have given it to them.  It is
488: 5          perfectly reasonable to give it them.  There is an
488: 6          abundance of data in this document which we haven't
488: 7          covered.

*Overruled*

---

325   488:10 -488:14   Scolnick, Edward M., M.D. 2005   00:00:08  02:40:41  01:50:00

488: 10         THE WITNESS:  Yes, it should have
488: 11         been given, including all the data in this document.
488: 12         BY MR. BUCHANAN:

*401, 402, 403*

488: 13   Q.    You were the boss?
488: 14   A.    I was not consulted in this matter.

*Overruled*

---

326   488:22 -488:22   Scolnick, Edward M., M.D. 2005   00:00:02  02:40:49  01:49:52

*argumentative*

488: 22   Q.    Shouldn't you have been consulted?

---

*π - admits groups should*
*give to FDA*

327    **488:24-489:22**    Scolnick, Edward M., M.D. 2005    00:01:00 02:40:51 01:49:50

*Overruled*

488: 24         THE WITNESS: My group knew that I
488: 25    wanted all data submitted to the FDA. They didn't
489: 1    need to consult me on matters like that.
489: 2    BY MR. BUCHANAN:
489: 3   Q.   So, if your group didn't consult --
489: 4    if your group didn't submit this information to the
489: 5    FDA, they disregarded your standard operating
489: 6    procedure?
489: 7   A.   The standard operating procedure in
489: 8    the labs is to submit all data to the FDA. All the
489: 9    data is in here. The specific meta-analysis is not
489: 10    included in this document.
489: 11   Q.   You say all the data is in there,
489: 12    sir, but there's not an MI meta-analysis in that
489: 13    document; right?
489: 14   A.   That is correct.
489: 15   Q.   And there's not an analysis with
489: 16    confidence intervals surrounding the incidence of MI
489: 17    alone as an endpoint across all trials in that
489: 18    document; true?
489: 19   A.   There's not an analysis of -- there's
489: 20    not the MI analysis -- there is not the MI
489: 21    meta-analysis comparing Vioxx to all other NSAIDs in
489: 22    the second document.

---

328    **490:6-490:9**    Scolnick, Edward M., M.D. 2005    00:00:09 02:41:51 01:48:50

*TT – same asked and as on answered, previous relative, response 602*

*Overruled*

490: 6   Q.   Yeah, but the one thing we can agree
490: 7    is, there's not an MI meta-analysis reflected in
490: 8    that particular document, the January 2001
490: 9    submission to the FDA; right?

---

329    **490:12-490:17**    Scolnick, Edward M., M.D. 2005    00:00:10 02:42:00 01:48:41

490: 12         THE WITNESS: There's no -- there's
490: 13    no MI meta-analysis that I can find in the January
490: 14    8th document.
490: 15    BY MR. BUCHANAN:
490: 16   Q.   And you didn't give it to the
490: 17    Advisory Committee in February 2001 either, did you?

---

330    **490:21-491:11**    Scolnick, Edward M., M.D. 2005    00:00:37 02:42:10 01:48:31

490: 21         THE WITNESS: I don't recall what was
490: 22    in the presentation. I don't recall ever having
490: 23    seen this first document, Exhibit 19, and I don't
490: 24    recall ever having seen the second document which
490: 25    was submitted. I had an excellent group, and they
491: 1    handled the submissions to the FDA and the

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

491: 2        preparation for the Advisory Committees.
491: 3        BY MR. BUCHANAN:
491: 4    Q.    Well, if I wanted to talk to the
491: 5        person who did make the decision not to include the
491: 6        MI meta-analysis in the submission to the FDA in
491: 7        January 2001, who should I talk to?
491: 8    A.    I don't know the answer to that.
491: 9    Q.    You're the boss, and you don't know
491: 10       who I should talk to about that?
491: 11   A.    I --

*602, argumentative, sarcastic tone*

| 331 | 491:14 - 491:15 | Scolnick, Edward M., M.D. 2005     00:00:01 02:42:47 01:47:54 |

491: 14            THE WITNESS:  I do not know who
491: 15       reviewed this document.

| 332 | 492:1 - 492:18 | Scolnick, Edward M., M.D. 2005     00:00:52 02:42:48 01:47:53 |

492: 1            You've seen press releases where
492: 2        Merck has discussed the meta-analysis it did
492: 3        concerning all of its clinical trials as it related
492: 4        to cardiovascular events; true?
492: 5    A.    I believe -- yes.  Yes.  That's true.
492: 6    Q.    You're aware of the Merck
492: 7        meta-analysis being discussed, the APTC Merck
492: 8        meta-analysis being discussed in press releases;
492: 9        true?
492: 10   A.    I don't recall the exact content of
492: 11       the press releases at this point.
492: 12   Q.    Well, did you ever see any reference
492: 13       to an MI meta-analysis, a heart attack meta-analysis
492: 14       in any press release Merck ever issued to the
492: 15       public?
492: 16   A.    I don't recall seeing a heart attack,
492: 17       but I don't recall the content of the press releases
492: 18       at this point.

*602 - lack of personal knowledge*

| 333 | 493:11 - 493:12 | Scolnick, Edward M., M.D. 2005     00:00:03 02:43:40 01:47:01 |

*602, foundation*

493: 11   Q.    The information we did cover you
493: 12       never shared with the public; true?

| 334 | 493:16 - 493:18 | Scolnick, Edward M., M.D. 2005     00:00:04 02:43:43 01:46:58 |

*argumentative*

493: 16            THE WITNESS:  I don't recall the MI
493: 17       meta-analysis being in the press release, but I also
493: 18       don't recall the content of those at this time.

| 335 | 499:18 - 502:2 | Scolnick, Edward M., M.D. 2005     00:02:35 02:43:47 01:46:54 |

499: 18            The company ultimately published a
499: 19       meta-analysis concerning cardiovascular events in
499: 20       the peer-reviewed literature, didn't it?
499: 21   A.    Yes.  I believe it did in Circulation

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

499: 22        or another cardiovascular journal.

499: 23   Q.   Fall of 2001.  Does that sound right?

499: 24   A.   Sounds approximately right.  I don't

499: 25        remember the date.

500: 1            - - -

500: 2           (Whereupon, Deposition Exhibit

500: 3          Scolnick-21, "Cardiovascular Thrombotic

500: 4          Events in Controlled, Clinical Trials of

500: 5          Rofecoxib." (Konstam et al.),

500: 6          Circulation 2001;104:2280-2288,

500: 7          MRK-NJ0074693 - MRK-NJ0074701, was

500: 8          marked for identification.)

500: 9            - - -

500: 10      BY MR. BUCHANAN:

500: 11   Q.   Dr. Scolnick, I just passed you over

500: 12       what we marked as Exhibit 21 to your deposition.  Is

500: 13       this the publication of the meta-analysis you were

500: 14       just referring to?

500: 15   A.   I think it was the one you were just

500: 16       referring to.  It is one of the ones I recall.  It

500: 17       is one I recall.  I don't recall whether others were

500: 18       published.

500: 19   Q.   And to be clear, this is an October

500: 20       2001 article published in the journal Circulation;

500: 21       correct?

500: 22   A.   Yes.  Correct.

500: 23   Q.   Title of it is "Cardiovascular

500: 24       Thrombotic Events in Controlled, Clinical Trials of

500: 25       Rofecoxib."  Correct?

501: 1   A.   That's correct.

501: 2   Q.   You see a number of Merck employees

501: 3       as co-authors on this particular article with Dr.

501: 4       Konstam; correct?

501: 5   A.   Yes, I do.

501: 6   Q.   Can you identify for me the Merck

501: 7       co-authors?

501: 8   A.   The ones I know for certain are Merck

501: 9       co-authors are Alise Reicin, Deborah Shapiro, Eliav

501: 10      Barr and Barry Gertz.  I do not know for whom

501: 11      Matthew Weir and Rhoda Sperling worked, and I know

501: 12      Dr. Konstam did not work for Merck.

501: 13   Q.   Deborah Shapiro, that's the same

501: 14      person who did the October 2000 meta-analysis that

501: 15      we looked at earlier; correct?

501: 16   A.   Yes.  That's correct.

501: 17   Q.   And that October 2000 meta-analysis

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

501: 18          included a meta-analysis for APTC endpoints;
501: 19          correct?
501: 20    A.    The October 2000, yes, it did.
501: 21    Q.    And it also included a heart attack
501: 22          meta-analysis; correct?
501: 23    A.    Yes, it did.
501: 24    Q.    Okay.
501: 25                Do you see that heart attack
502: 1           meta-analysis in this particular publication, sir?
502: 2     A.    Just give me a minute.

| 336 | **502:4 -502:4** | Scolnick, Edward M., M.D. 2005     00:00:08  02:46:22  01:44:19 |

502: 4           I do not.

| 337 | **505:18 -505:21** | Scolnick, Edward M., M.D. 2005     00:00:08  02:46:30  01:44:11 |

505: 18              The meta-analysis was one of the
505: 19          lines of evidence that Merck looked to in March of
505: 20          2000 to reassure itself on the cardiovascular safety
505: 21          of Vioxx; true?

*(handwritten left margin:)* π → mischaracterizes 401, 402, 403, evidence
*(handwritten right margin:)* Overruled

| 338 | **505:24 -505:25** | Scolnick, Edward M., M.D. 2005     00:00:02  02:46:38  01:44:03 |

505: 24              THE WITNESS:  To analyze the data and
505: 25          try to make a decision, yes.

*(handwritten left margin:)* → Witness agrees

| 339 | **506:3 -506:4** | Scolnick, Edward M., M.D. 2005     00:00:05  02:46:40  01:44:01 |

506: 3               Merck also looked at certain
506: 4           Alzheimer's data --

| 340 | **506:7 -506:7** | Scolnick, Edward M., M.D. 2005     00:00:01  02:46:45  01:43:56 |

506: 7     Q.     -- in March of 2000; correct?

| 341 | **506:10 -506:25** | Scolnick, Edward M., M.D. 2005     00:00:36  02:46:46  01:43:55 |

506: 10              THE WITNESS:  Yes.
506: 11          BY MR. BUCHANAN:
506: 12    Q.     And continued to look at Alzheimer's
506: 13          data over time to evaluate the cardiovascular safety
506: 14          of Vioxx; right?
506: 15    A.     Yes.
506: 16    Q.     And Merck took comfort in the safety
506: 17          of Vioxx based on the Alzheimer's data; true?
506: 18    A.     Yes.
506: 19    Q.     That was a placebo-controlled trial?
506: 20    A.     Yes.
506: 21    Q.     Actually, there were three trials in
506: 22          Alzheimer's patients that Merck was conducting;
506: 23          true?
506: 24    A.     I don't recall.  I recall two.  I
506: 25          don't recall if there were three.

*(handwritten left margin:)* π - lead Merck's scientist; 602 asked about trials on Vioxx !
*(handwritten right margin:)* Overruled

| 342 | **507:8 -507:24** | Scolnick, Edward M., M.D. 2005     00:00:33  02:47:22  01:43:19 |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

507: 8          You do recall that Merck was testing
507: 9       Vioxx in Alzheimer's patients, though; right?
507: 10   A.   Yes.
507: 11   Q.   And one of the things Merck was
507: 12      testing, one of the hypotheses was that Vioxx could
507: 13      slow the progression of Alzheimer's disease;
507: 14      correct?
507: 15   A.   Yes.
507: 16   Q.   So, you were testing the drug in
507: 17      Alzheimer's patients; right?
507: 18   A.   Yes.
507: 19   Q.   Another type of Alzheimer's trial
507: 20      that Merck was running was to see whether or not
507: 21      Vioxx prevented Alzheimer's disease; correct?
507: 22   A.   That's correct.
507: 23   Q.   That was trial 078; correct?
507: 24   A.   I think so.  I don't -- I remember

---

343   **508:10 -508:21**   Scolnick, Edward M., M.D. 2005      00:00:29  02:47:55  01:42:46

*π~ Merck lead scientist 602 personal knowledge*    *Overruled*

508: 10          Merck was testing Vioxx in
508: 11      Alzheimer's patients in two trials to see whether
508: 12      Vioxx delayed the progression of the disease.  Those
508: 13      would have been the 091 protocol and the 126
508: 14      protocol.  Does that refresh your memory?
508: 15   A.   I don't remember 126.  I'll have to
508: 16      assume you're correct on that at this point.
508: 17   Q.   Okay.
508: 18          We'll look at some documents in a
508: 19      moment.
508: 20          All three were placebo-controlled?
508: 21   A.   Yes.

---

344   **508:24 -508:25**   Scolnick, Edward M., M.D. 2005      00:00:02  02:48:24  01:42:17

508: 24          THE WITNESS: Yes.  The trials were
508: 25      placebo-controlled as I recall.

---

345   **509:3 -510:8**   Scolnick, Edward M., M.D. 2005      00:01:36  02:48:26  01:42:15

509: 3   Q.   When your team was before the
509: 4      Advisory Committee that was convened to evaluate the
509: 5      safety of Vioxx in February 2001, that team cited
509: 6      the Alzheimer's data as data that was reassuring on
509: 7      the safety of the drug; true?
509: 8   A.   Yes.  The Advisory Committee was
509: 9      convened to go over the gastrointestinal data, and
509: 10      as part of that, all of the data on Vioxx.
509: 11   Q.   But, in fact, there was a significant
509: 12      excess of deaths in patients taking Vioxx versus

*π~ Merck lead scientist on studies*

Printed: 12/1/2005   10:10:44PM

Page 106 of 171

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*602 - personal knowledge*

*Overruled*

| | | |
|---|---|---|
| 509: 13 | | patients taking placebo in the Alzheimer's trials; |
| 509: 14 | | isn't that true? |
| 509: 15 | A. | I don't recall.  What I seem to |
| 509: 16 | | recall is -- I recall that vaguely.  I believe that |
| 509: 17 | | there wasn't -- those deaths were not related to |
| 509: 18 | | cardiovascular events, but I don't recall the |
| 509: 19 | | details. |
| 509: 20 | Q. | I just want to understand some things |
| 509: 21 | | about these trials, though, sir. |
| 509: 22 | | They are placebo-controlled; true? |
| 509: 23 | A. | True. |
| 509: 24 | Q. | They were randomized; true? |
| 509: 25 | A. | Yes. |
| 510: 1 | Q. | What's "randomized" mean? |
| 510: 2 | A. | Patients are allocated by a random |
| 510: 3 | | number process to drug versus placebo. |
| 510: 4 | Q. | And isn't the concept, sir, that in |
| 510: 5 | | the randomization phase, the company attempts to |
| 510: 6 | | disperse patients with different characteristics |
| 510: 7 | | evenly between the two arms? |
| 510: 8 | A. | Yes. |

---

**346   512:20-513:6**   Scolnick, Edward M., M.D. 2005   00:00:29 02:50:02 01:40:39

*π - MK lead scientist re Vioxx trials*

*602 - lacks personal knowledge; no foundation*

| | | |
|---|---|---|
| 512: 20 | Q. | The company was scheduled to look at |
| 512: 21 | | the data from the Alzheimer's trials in the fall of |
| 512: 22 | | 2000; isn't that right? |
| 512: 23 | A. | I don't recall. |
| 512: 24 | Q. | Were you involved in the decision not |
| 512: 25 | | to look at Alzheimer's data as it related to death |
| 513: 1 | | in the fall of 2000? |
| 513: 2 | A. | Not to the best of my knowledge, no, |
| 513: 3 | | or recollection. |
| 513: 4 | Q. | You don't recall any conversation |
| 513: 5 | | like that? |
| 513: 6 | A. | I don't recall. |

---

**347   515:10-515:24**   Scolnick, Edward M., M.D. 2005   00:00:28 02:50:31 01:40:10

*602*

*π - same*

*Overruled*

| | | |
|---|---|---|
| 515: 10 | Q. | Well, shortly after the Advisory |
| 515: 11 | | Committee in February 2001, the company did look at |
| 515: 12 | | the death data from one of the Alzheimer's trials; |
| 515: 13 | | isn't that true? |
| 515: 14 | A. | Again, I've told you I can't recall |
| 515: 15 | | the dates in which various looks at the Alzheimer's |
| 515: 16 | | trials were done, so, I can't verify or not verify |
| 515: 17 | | your question. |
| 515: 18 | Q. | Do you remember that temporally, |
| 515: 19 | | though, that it was after -- |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*overruled*

| | | | |
|---|---|---|---|
| 515: 20 | A. | No. | |
| 515: 21 | Q. | -- the Advisory Committee? | |
| 515: 22 | A. | I do not recall the dates or timing | |
| 515: 23 | | of when those were done. | |
| 515: 24 | Q. | Okay. | |

---

348   **516:7-517:10**   Scolnick, Edward M., M.D. 2005     00:01:25 02:50:59 01:39:42

| | | |
|---|---|---|
| 516: 7 | Q. | Sir, I'm passing you over what we |
| 516: 8 | | just marked as Exhibit 22 to your deposition.  For |
| 516: 9 | | the record, it's Bates stamped MRK-ABP016650.  It |
| 516: 10 | | runs through Page 677.  It is a document entitled |
| 516: 11 | | "Vioxx AD Program."  Do you see that heading, sir? |
| 516: 12 | A. | Yes, I do.  Yes. |
| 516: 13 | Q. | There's no date on the document.  Do |
| 516: 14 | | you agree with me, sir? |
| 516: 15 | A. | I certainly don't see a date on the |
| 516: 16 | | first page that we're talking about. |
| 516: 17 | Q. | Okay. |
| 516: 18 | | I'll represent to you, sir, that in |
| 516: 19 | | the production of documents we received from Merck, |
| 516: 20 | | the date in the system for this particular file is |
| 516: 21 | | March 21, 2001.  Okay?  2001? |
| 516: 22 | | Sir, do you remember protocol 091 |
| 516: 23 | | being a clinical trial that was run to test whether |
| 516: 24 | | Vioxx could prevent the progression or slow the |
| 516: 25 | | progression of Alzheimer's disease? |
| 517: 1 | A. | As I've said, I recall we're doing |
| 517: 2 | | the studies, and what the purpose was, I have to |
| 517: 3 | | assume that 091 was for progression, because I don't |
| 517: 4 | | recall the numbers in relationship to the stated |
| 517: 5 | | purpose of the trial. |
| 517: 6 | Q. | Well, you'll agree that this document |
| 517: 7 | | reflects that protocol 091 was, in fact, an |
| 517: 8 | | Alzheimer's disease trial; correct? |
| 517: 9 | A. | Yes.  That's what's implied on the |
| 517: 10 | | first page, yes. |

---

349   **519:3-519:9**   Scolnick, Edward M., M.D. 2005     00:00:16 02:52:24 01:38:17

| | | |
|---|---|---|
| 519: 3 | Q. | Sir, if you'd turn back to the prior |
| 519: 4 | | page, number 651, it says, "Vioxx AD Program, |
| 519: 5 | | Program Overview."  Do you see that? |
| 519: 6 | A. | Yes. |
| 519: 7 | Q. | "AD" is Alzheimer's disease? |
| 519: 8 | A. | Yes. |
| 519: 9 | Q. | Okay. |

---

350   **523:2-523:11**   Scolnick, Edward M., M.D. 2005     00:00:21 02:52:40 01:38:01

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

523: 2    Q.    Now, if the company had a drug that
523: 3          would prevent the onset of Alzheimer's disease, that
523: 4          would be a significant medical discovery.  You would
523: 5          agree with that?
523: 6    A.    Yes, it would.
523: 7    Q.    And a significant revenue opportunity
523: 8          for the company; correct?
523: 9    A.    They would go together.  It would be
523: 10         a magnificent discovery for medical and for
523: 11         patients.

---

351    **529:14-529:23**    Scolnick, Edward M., M.D. 2005    00:00:23  02:53:01  01:37:40

*[handwritten left margin: "π — Merk lead scientist on Vioxx"]*
*[handwritten: "602, lack of foundation. No reference to document."]*
*[handwritten right margin: "Overruled" with arrow, "Sustained"]*

529: 14   Q.    Okay.  That's the APPROVe trial
529: 15         that's being referenced there, isn't it?
529: 16   A.    Yes, I believe so.
529: 17   Q.    You'd agree with me, sir, that those
529: 18         three paragraphs don't say anything about that trial
529: 19         being conducted to test the cardiovascular safety of
529: 20         Vioxx?
529: 21   A.    Yes, I'd agree with that.
529: 22   Q.    Because it wasn't a cardiovascular
529: 23         trial, was it?

*[handwritten: "incomplete answer"]*

---

352    **530:20-531:5**    Scolnick, Edward M., M.D. 2005    00:00:19  02:53:24  01:37:17

530: 20   Q.    Sir, the page continues and it
530: 21         discusses the Alzheimer's disease trials; true?
530: 22   A.    Yes.
530: 23   Q.    Okay.
530: 24               Merck is telling its shareholders
530: 25         here that it is in the process of testing Vioxx in
531: 1          Alzheimer's patients; true?
531: 2    A.    Yes.
531: 3    Q.    And you're telling the shareholders
531: 4          that if we're successful here, this is going to be
531: 5          good?

*[handwritten: "602" and "Sustained"]*

---

353    **531:8-531:23**    Scolnick, Edward M., M.D. 2005    00:00:52  02:53:43  01:36:58

531: 8               THE WITNESS:  It implies that.  It's
531: 9          saying that we're studying it.  It really doesn't
531: 10         state whether it will or won't work.  It outlines
531: 11         the background as I gave you in my earlier answer.
531: 12         BY MR. BUCHANAN:
531: 13   Q.    Okay.
531: 14               And just getting back now to where we
531: 15         were, a treatment for Alzheimer's disease presented
531: 16         a significant revenue opportunity for Merck if Vioxx
531: 17         was able to demonstrate a reduction in the incidence

|  |  |  |
|---|---|---|
| 531: 18 |  | of Alzheimer's disease; true? |
| 531: 19 | A. | Yes.  And as we said, an important |
| 531: 20 |  | medical finding. |
| 531: 21 | Q. | Turning back to Exhibit, I think it's |
| 531: 22 |  | 23 -- excuse me, 22, which is the Vioxx AD program |
| 531: 23 |  | slide set.  Do you see that? |

| 354 | 532:2-532:3 | Scolnick, Edward M., M.D. 2005    00:00:01 02:54:35 01:36:06 |
|---|---|---|
|  | 532: 2 | THE WITNESS:  Yes, yes, I do.  I see |
|  | 532: 3 | that. |

| 355 | 532:10-532:20 | Scolnick, Edward M., M.D. 2005    00:00:30 02:54:36 01:36:05 |
|---|---|---|
|  | 532: 10  Q. | Do you recall learning that there was |
|  | 532: 11 | a significant excess number of deaths in the Vioxx |
|  | 532: 12 | arm as compared to the placebo arm in the 091 trial? |
|  | 532: 13  A. | I recall being told there was an |
|  | 532: 14 | excess of deaths and that they were randomly |
|  | 532: 15 | distributed in many categories and apparently not |
|  | 532: 16 | related to drug. |
|  | 532: 17  Q. | Let me ask you, sir, you said that |
|  | 532: 18 | there was random distribution of these deaths in |
|  | 532: 19 | different categories; correct? |
|  | 532: 20  A. | That's what I recall being told. |

| 356 | 535:8-535:19 | Scolnick, Edward M., M.D. 2005    00:00:42 02:55:06 01:35:35 |
|---|---|---|
|  | 535: 8  Q. | Sir, why do you specify -- what's the |
|  | 535: 9 | purpose of a data analysis protocol? |
|  | 535: 10  A. | Data analysis protocol is set up |
|  | 535: 11 | before the trial is unblinded in order to ensure |
|  | 535: 12 | that -- to ensure what analyses should be done |
|  | 535: 13 | before the blinding is broken in a trial. |
|  | 535: 14  Q. | And the analyses that are specified |
|  | 535: 15 | in the data analysis protocol are the prespecified |
|  | 535: 16 | analyses; right? |
|  | 535: 17  A. | Yes.  That's correct. |
|  | 535: 18  Q. | Those are the ones that are free of |
|  | 535: 19 | study bias; true? |

| 357 | 535:22-535:24 | Scolnick, Edward M., M.D. 2005    00:00:05 02:55:48 01:34:53 |
|---|---|---|
|  | 535: 22 | THE WITNESS:  They are free of study |
|  | 535: 23 | bias.  Other analyses also may be free of study |
|  | 535: 24 | bias. |

| 358 | 536:1-536:25 | Scolnick, Edward M., M.D. 2005    00:01:07 02:55:53 01:34:48 |
|---|---|---|
|  | 536: 1  Q. | And the reason you prespecify certain |
|  | 536: 2 | analyses in a data analysis plan is to ensure |
|  | 536: 3 | against data dredging; right? |
|  | 536: 4  A. | We want to avoid study bias by |
|  | 536: 5 | prespecifying the endpoints or what is going to be |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

536: 6      analyzed in a trial.
536: 7  Q.   And --
536: 8  A.   Before the trial is finished.
536: 9  Q.   Have you ever heard the term "data
536: 10    dredging"?
536: 11  A.   Yes, I've heard that term.
536: 12  Q.   What's your understanding of that
536: 13    term?
536: 14  A.   Data dredging is looking at data in a
536: 15    trial after examining the primary and secondary
536: 16    endpoints looking for other explanations or other
536: 17    results besides the primary or secondary endpoints.
536: 18  Q.   That's what you were doing when you
536: 19    started breaking down the deaths into all other
536: 20    causes to see if you saw a trend in the Alzheimer's
536: 21    trials, isn't it?
536: 22  A.   I wouldn't call it data dredging.  I
536: 23    think whoever did this was looking to see what the
536: 24    explanations for the deaths were, to look, as we
536: 25    discussed earlier, at the biological plausibility.

---

359  **537:19-537:23**  Scolnick, Edward M., M.D. 2005   00:00:10 02:57:00 01:33:41

537: 19  Q.   Sir, it would be improper for
537: 20    somebody who knew that there was an imbalance in
537: 21    deaths to then go through the deaths and group them
537: 22    into categories?  You would agree with that,
537: 23    wouldn't you?

---

360  **537:25-538:6**  Scolnick, Edward M., M.D. 2005   00:00:10 02:57:10 01:33:31

537: 25       THE WITNESS:  I would not agree with
538: 1    that.  It is a perfectly reasonable analysis to do.
538: 2    BY MR. BUCHANAN:
538: 3  Q.   That would be an unblinded review;
538: 4    right?
538: 5  A.   Yes, it would be an unblinded review.
538: 6    It would not be an improper review.

---

361  **538:8-538:9**  Scolnick, Edward M., M.D. 2005   00:00:03 02:57:20 01:33:21

538: 8       But if you are going to do that, you
538: 9    would tell people that you were doing that; right?

---

362  **538:11-538:13**  Scolnick, Edward M., M.D. 2005   00:00:07 02:57:23 01:33:18

538: 11       THE WITNESS:  It is clearly an
538: 12    unblinded review, so, it would be presented as an
538: 13    unblinded review.

---

363  **538:15-538:16**  Scolnick, Edward M., M.D. 2005   00:00:03 02:57:30 01:33:11

538: 15  Q.   Okay.  Let's take a step forward and
538: 16    understand the death data in the Alzheimer's trials.

| 364 | 539:1-539:12 | Scolnick, Edward M., M.D. 2005 | 00:00:37 02:57:33 01:33:08 |

| | 539: 1 | Q. | Sir, I'm passing over what we just |
| | 539: 2 | | marked as Exhibit 24 to your deposition. It is a |
| | 539: 3 | | multi-page memo to you from a Dr. Gilbert Block. |
| | 539: 4 | | For the record, it is Bates stamped |
| | 539: 5 | | MRK-NJ0333225 to 35. I don't know if I indicated |
| | 539: 6 | | this, but it is dated March 21st, 2001? |
| | 539: 7 | | Doctor, have you seen this before? |
| | 539: 8 | A. | I don't recall seeing it. It is |
| | 539: 9 | | addressed to me. |
| | 539: 10 | Q. | Who is Dr. Block? |
| | 539: 11 | A. | He was a physician in the clinical |
| | 539: 12 | | neuroscience group. |

| 365 | 540:16-542:13 | Scolnick, Edward M., M.D. 2005 | 00:01:32 02:58:10 01:32:31 |

| | 540: 16 | Q. | 9 people had died while on Vioxx or |
| | 540: 17 | | within 14 days after ceasing to take Vioxx in this |
| | 540: 18 | | particular trial; true? |
| | 540: 19 | A. | That's what it says. |
| | 540: 20 | Q. | 2 people in the placebo arm died |
| | 540: 21 | | during this trial; right? |
| | 540: 22 | A. | That's what it says. |
| | 540: 23 | Q. | The next line does an intent-to-treat |
| | 540: 24 | | analysis. Do you see that? |
| | 540: 25 | A. | Yes. |
| | 541: 1 | Q. | Okay. That's what the prior exhibit |
| | 541: 2 | | said were the type of trials these were; right? |
| | 541: 3 | A. | Yes. |
| | 541: 4 | Q. | Okay. It says, "Intent to Treat |
| | 541: 5 | | (Regardless of Study Drug Dosing Status)." Do you |
| | 541: 6 | | see that row? |
| | 541: 7 | A. | Yes, I do. |
| | 541: 8 | Q. | It says 14 people died on Vioxx; |
| | 541: 9 | | right? |
| | 541: 10 | A. | Yes. |
| | 541: 11 | Q. | And 3 people died on placebo? |
| | 541: 12 | A. | I see that, and it gives the |
| | 541: 13 | | percentages in addition. |
| | 541: 14 | Q. | And then there's a p-value. Do you |
| | 541: 15 | | see that to the right? |
| | 541: 16 | A. | I do. |
| | 541: 17 | Q. | And what's the p-value for that |
| | 541: 18 | | intent-to-treat analysis, sir? |
| | 541: 19 | A. | 0.012. |
| | 541: 20 | Q. | What does a p-value tell you? |
| | 541: 21 | A. | P-value relates to whether the result |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | |
|---|---|
| 541: 22 | is statistically significant or not. |
| 541: 23 | Q.   Okay. |
| 541: 24 | How do you tell if a p-value is |
| 541: 25 | statistically significant or if the result is |
| 542: 1 | statistically significant based on a p-value? |
| 542: 2 | A.   Usually if it's less than .05, it is |
| 542: 3 | statistically .05 or less, it is statistically |
| 542: 4 | significant. |
| 542: 5 | Q.   And this one is .012; right? |
| 542: 6 | A.   That's what we've pointed out. |
| 542: 7 | Q.   That's less than .05? |
| 542: 8 | A.   Yes. |
| 542: 9 | Q.   That's statistically significant; |
| 542: 10 | right? |
| 542: 11 | A.   Yes. |
| 542: 12 | Q.   14 to 3; right? |
| 542: 13 | A.   Yes. |

---

366   **543:8 -543:18**   Scolnick, Edward M., M.D. 2005   00:00:26  02:59:42  01:30:59

| | |
|---|---|
| 543: 8 | Q.   I think what we're looking at here, |
| 543: 9 | sir, right, is that 14 people died on Vioxx, 3 died |
| 543: 10 | in placebo in this trial; true? |
| 543: 11 | A.   Yes, that's true. |
| 543: 12 | Q.   And 95 times out of 100, when you ran |
| 543: 13 | this trial, you'd get the same result; right? |
| 543: 14 | A.   That's what statistical significance |
| 543: 15 | implies, yes. |
| 543: 16 | Q.   So, 95 out of 100 times, if you reran |
| 543: 17 | this trial, 14 would die on Vioxx, 3 would die on |
| 543: 18 | placebo? |

---

367   **543:24 -544:6**   Scolnick, Edward M., M.D. 2005   00:00:18  03:00:08  01:30:33

| | |
|---|---|
| 543: 24 | Q.   So, in this particular trial, 11 |
| 543: 25 | people died on Vioxx more than died on placebo; |
| 544: 1 | true? |
| 544: 2 | A.   Yes, that's correct. |
| 544: 3 | Q.   Did you tell old people around the |
| 544: 4 | country who were taking this drug, we have this |
| 544: 5 | trial, 11 excess deaths were found in this trial, |
| 544: 6 | sir? |

*[handwritten left margin: 401, 402, 403 602 – no personal knowledge or foundation]*

*[handwritten right margin: Overruled]*

---

368   **544:8 -544:21**   Scolnick, Edward M., M.D. 2005   00:00:26  03:00:26  01:30:15

| | |
|---|---|
| 544: 8 | THE WITNESS: I don't recall what |
| 544: 9 | information was disseminated on the trial. |
| 544: 10 | BY MR. BUCHANAN: |
| 544: 11 | Q.   Well, you had another trial that was |
| 544: 12 | still ongoing; right? |

*[handwritten left margin: and prejudicial and argumentative  TT – Merck lead scientist]*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

544: 13  A.    Yes.
544: 14  Q.    You had protocol 078, that was the
544: 15        treatment -- excuse me, the prevention of
544: 16        Alzheimer's disease trial; correct?
544: 17  A.    Yes, I think so.
544: 18  Q.    Okay.  Because there was actually two
544: 19        trials ongoing at the time when you first got this
544: 20        data, isn't that true?
544: 21  A.    I believe we established that.

| 369 | 545:3-545:8 | Scolnick, Edward M., M.D. 2005    00:00:19  03:00:52  01:29:49 |

545: 3             But there was another trial just like
545: 4        protocol 091, that was protocol 126; true?
545: 5   A.    As I said, again, I don't relate the
545: 6        numbers to the design of the trials, so, I can't
545: 7        answer your question about the number and the design
545: 8        of the trial.  There were two other trials ongoing.

| 370 | 545:14-546:7 | Scolnick, Edward M., M.D. 2005    00:00:54  03:01:11  01:29:30 |

545: 14  Q.    Well, sir, you do recall that after
545: 15        you learned about the death data from the 091 trial,
545: 16        you terminated the other trial that was just like
545: 17        the 091 trial; right?
545: 18  A.    I don't recall.  Your question has
545: 19        refreshed my memory that the reason the other trial
545: 20        was stopped was there was no efficacy in this trial,
545: 21        and, therefore, no reason to do the other trial.
545: 22  Q.    I see.
545: 23             So, what you're saying is the reason
545: 24        why you cancelled the other trial was because the
545: 25        091 trial wasn't effective at delaying the
546: 1        progression of Alzheimer's disease; right?
546: 2   A.    That's what I recall, but I don't
546: 3        remember why -- any more than that.
546: 4   Q.    So, the 11 patients who died
546: 5        unnecessarily in protocol 091 as compared to the
546: 6        placebo arm, died and they got no benefit from Vioxx
546: 7        in this trial; true?

*401, 402, 403*
*602*

| 371 | 546:10-546:13 | Scolnick, Edward M., M.D. 2005    00:00:12  03:02:05  01:28:36 |

546: 10            THE WITNESS:  There were 11 patients
546: 11        who died in the trial more than in placebo.  The
546: 12        aggregate group did not benefit from Vioxx based on
546: 13        the statistical efficacy of the trial.

| 372 | 548:18-548:22 | Scolnick, Edward M., M.D. 2005    00:00:17  03:02:17  01:28:24 |

548: 18  Q.    Well, we could agree, sir, that on
548: 19        the same day it was established that Vioxx was not

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | |
|---|---|---|
| | 548: 20 | effective in preventing the progression of |
| | 548: 21 | Alzheimer's disease, you personally were also told |
| | 548: 22 | about an imbalance in deaths; true? |

---

**373    548:24 - 549:1**    Scolnick, Edward M., M.D. 2005    00:00:07  03:02:34  01:28:07

| | |
|---|---|
| 548: 24 | THE WITNESS:  I was presented this |
| 548: 25 | data on -- as an aggregate of data, yes.  Both the |
| 549: 1 | efficacy and safety data were presented to me, yes. |

---

**374    549:15 - 549:19**    Scolnick, Edward M., M.D. 2005    00:00:18  03:02:41  01:28:00

| | | |
|---|---|---|
| 549: 15 | Q. | We can at least agree, sir, that on |
| 549: 16 | | the same day that a recommendation was made |
| 549: 17 | | concerning terminating the second progression trial, |
| 549: 18 | | you received data concerning the imbalance in deaths |
| 549: 19 | | in the 091 trial? |

---

**375    549:23 - 550:1**    Scolnick, Edward M., M.D. 2005    00:00:10  03:02:59  01:27:42

| | |
|---|---|
| 549: 23 | THE WITNESS:  The data was presented |
| 549: 24 | to me in aggregate as we stated, and the group |
| 549: 25 | clearly had decided to stop the second progression |
| 550: 1 | trial as part of their presentation. |

---

**376    551:2 - 551:8**    Scolnick, Edward M., M.D. 2005    00:00:21  03:03:09  01:27:32

| | | |
|---|---|---|
| 551: 2 | Q. | Well, you'd agree, sir, that one |
| 551: 3 | | reason to terminate a trial would be because there |
| 551: 4 | | was a statistically significant imbalance in death |
| 551: 5 | | in a similar trial in a similar patient population; |
| 551: 6 | | true? |
| 551: 7 | A. | That could be a reason.  I don't |
| 551: 8 | | believe that's why the group stopped the trial. |

---

**377    551:15 - 552:15**    Scolnick, Edward M., M.D. 2005    00:00:50  03:03:30  01:27:11

| | | |
|---|---|---|
| 551: 15 | | Apart from the 091 trial, we also |
| 551: 16 | | know there was a second progression trial, that's |
| 551: 17 | | the 126 trial.  We established that this morning; |
| 551: 18 | | right? |
| 551: 19 | A. | Yes. |
| 551: 20 | Q. | Okay. |
| 551: 21 | | There was also an Alzheimer's disease |
| 551: 22 | | prevention trial; true? |
| 551: 23 | A. | Yes. |
| 551: 24 | Q. | Okay. |
| 551: 25 | | The folks in Merck Research Labs |
| 552: 1 | | looked at the incidence of death in that trial, too, |
| 552: 2 | | didn't they? |
| 552: 3 | A. | I don't recall the categories they |
| 552: 4 | | looked at.  Death would be collected in any trial. |
| 552: 5 | Q. | Well, you see in the memo we were |
| 552: 6 | | just looking at from Dr. Block, it says, "All deaths |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

552: 7    in the ongoing prevention trial...and the terminated
552: 8    second progression trial...will be unblinded and
552: 9    evaluated." Do you see that?
552: 10    A.   Yes, I do.
552: 11    Q.   Okay.
552: 12    So, it's your understanding that the
552: 13    deaths in the other trials were also looked at;
552: 14    true?
552: 15    A.   That's what this implies.

---

378    **559:17-559:20**    Scolnick, Edward M., M.D. 2005    00:00:12  03:04:20  01:26:21

*does not include question — incomplete*

559: 17    THE WITNESS: I don't know what was
559: 18    presented about this trial or not. The document
559: 19    you're showing me from Joshua Chen, I don't recall
559: 20    ever having seen before.

*π — agree to remove*

---

379    **560:25-561:13**    Scolnick, Edward M., M.D. 2005    00:00:26  03:04:32  01:26:09

560: 25    Well, you'd agree that mortality data
561: 1    is important; right?
561: 2    A.   Yes, it is.
561: 3    Q.   That's the kind of data that a
561: 4    physician should know; right?
561: 5    A.   Yes, they should.
561: 6    Q.   Any doubt in your mind that
561: 7    physicians would like to know whether your drug,
561: 8    Merck's drug, increased the risk of death?
561: 9    A.   It's data that should have -- a
561: 10    physician should know.
561: 11    Q.   Any doubt that the FDA would have
561: 12    wanted to know right after you knew this that Vioxx
561: 13    increased the risk of death?

*π — failure to warn claim*
*602 — lack of personal knowledge*
*602 — lack of personal knowledge*

*Overruled*

---

380    **561:18-561:20**    Scolnick, Edward M., M.D. 2005    00:00:05  03:04:58  01:25:43

561: 18    THE WITNESS: I don't know when -- I
561: 19    don't know that this data was not submitted to the
561: 20    FDA. I don't know what was done with this data.

---

381    **561:22-562:4**    Scolnick, Edward M., M.D. 2005    00:00:14  03:05:03  01:25:38

*602*

561: 22    Q.   Well, you'd agree, sir, that this
561: 23    data should have been promptly shared with the FDA;
561: 24    true?
561: 25    A.   I don't know that this data wasn't
562: 1    promptly shared with the FDA.
562: 2    Q.   Sir, my question is, you'd agree with
562: 3    me that this data should have been promptly shared
562: 4    with FDA; right?

---

382    **562:6-562:10**    Scolnick, Edward M., M.D. 2005    00:00:05  03:05:17  01:25:24

562: 6    THE WITNESS: The data should have

---

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

|  |  |  |  |
|---|---|---|---|
|  |  | 562: 7 | been reported to the FDA, yes. |
|  |  | 562: 8 | BY MR. BUCHANAN: |
|  |  | 562: 9 | Q. And it should have been shared |
|  |  | 562: 10 | promptly; right? |
| 383 | **562:12-562:17** | Scolnick, Edward M., M.D. 2005    00:00:12  03:05:22  01:25:19 |  |
|  |  | 562: 12 | THE WITNESS:  Data should have been |
|  |  | 562: 13 | submitted to the FDA within the usual adverse |
|  |  | 562: 14 | experience reports, which are usually within 15 days |
|  |  | 562: 15 | of the data. |
|  |  | 562: 16 | BY MR. BUCHANAN: |
|  |  | 562: 17 | Q. Okay. |
| 384 | **562:21-562:25** | Scolnick, Edward M., M.D. 2005    00:00:11  03:05:34  01:25:07 |  |
|  | *asked &* | 562: 21 | The conclusions that were reached |
|  | *answered* | 562: 22 | within Merck concerning the statistically |
|  |  | 562: 23 | significant increased risk of death should have been |
|  |  | 562: 24 | shared with FDA no later than 15 days after this |
|  |  | 562: 25 | analysis; right? |
| 385 | **563:2-563:13** | Scolnick, Edward M., M.D. 2005    00:00:22  03:05:45  01:24:56 |  |
|  |  | 563: 2 | THE WITNESS:  That's the usual |
|  |  | 563: 3 | reporting time for data like this. |
|  |  | 563: 4 | BY MR. BUCHANAN: |
|  |  | 563: 5 | Q. Did Merck send out a "Dear Doctor" |
|  |  | 563: 6 | letter telling physicians around the country that |
|  |  | 563: 7 | we've got these two trials, and we've got a |
|  |  | 563: 8 | statistically significant increased risk of death? |
|  |  | 563: 9 | A. I don't recall them sending out a |
|  |  | 563: 10 | "Dear Doctor" letter, no. |
|  |  | 563: 11 | Q. Did Merck issue a press release |
|  |  | 563: 12 | telling doctors the same information? |
|  |  | 563: 13 | A. I don't recall a press release. |
| 386 | **563:16-564:2** | Scolnick, Edward M., M.D. 2005    00:00:27  03:06:07  01:24:34 |  |
|  |  | 563: 16 | Did Merck publish a letter in the New |
|  |  | 563: 17 | England Journal of Medicine telling physicians about |
|  |  | 563: 18 | the findings from these two trials? |
|  |  | 563: 19 | A. I don't recall such a letter. |
|  |  | 563: 20 | Q. Publish a letter anywhere in the |
|  |  | 563: 21 | medical literature to get word out promptly that old |
|  |  | 563: 22 | people are at a substantially increased risk of |
|  |  | 563: 23 | death on the drug? |
|  |  | 563: 24 | A. I don't recall a letter being written |
|  |  | 563: 25 | about these trials in the way you're asking the |
|  |  | 564: 1 | question. |
|  |  | 564: 2 | Q. This was all on your watch; right? |
| 387 | **564:4-565:4** | Scolnick, Edward M., M.D. 2005    00:00:57  03:06:34  01:24:07 |  |

*Overruled*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

564: 4          THE WITNESS:  This occurred while I
564: 5      was president of research, yes.
564: 6      BY MR. BUCHANAN:
564: 7   Q.   Right.  And the responsibility for
564: 8      communicating the scientific messages learned from
564: 9      clinical trials in Merck Research Labs was
564: 10     ultimately yours; true?
564: 11  A.   Yes.  I was not shown this data.
564: 12  Q.   Is that your position now, you were
564: 13     not shown this data?
564: 14  A.   I don't recall having seen this data.
564: 15  Q.   Are you disavowing you had any
564: 16     knowledge of the statistically significant increased
564: 17     risk in death in the 078 and 091 trials in April of
564: 18     2001?
564: 19  A.   I don't recall anything about 078.
564: 20     What I've told you I recall about 091 is what I've
564: 21     said, that there was an imbalance of events and that
564: 22     they weren't due to cardiovascular -- an excess of
564: 23     cardiovascular events.  That is all I recall about
564: 24     the Alzheimer's data.
564: 25  Q.   Well, the one thing we do know and
565: 1      you know now looking at this memo is that there were
565: 2      statistically significant increased numbers of
565: 3      deaths on Vioxx compared to placebo as of April
565: 4      2001; true?

---

388    565:6 -565:10   Scolnick, Edward M., M.D. 2005    00:00:05  03:07:31  01:23:10
565: 6          THE WITNESS:  The analyses that are
565: 7      here indicate that, yes.
565: 8      BY MR. BUCHANAN:
565: 9   Q.   And you don't think that was due to
565: 10     chance?

*π - it incomplete answer*

*π ~~needs~~ will to add answer @ 565:15 and Question at 565:16-17 for completness*

389    565:19 -566:4   Scolnick, Edward M., M.D. 2005    00:00:22  03:07:36  01:23:05
565: 19         THE WITNESS:  Therefore, it was not
565: 20     likely due to chance.
565: 21     BY MR. BUCHANAN:
565: 22  Q.   The 078 trial wasn't over at this
565: 23     point in time; was it?
565: 24  A.   I don't recall.
565: 25  Q.   Merck elected to continue that trial,
566: 1      didn't it?
566: 2   A.   Again, I don't recall because I don't
566: 3      recall ever having seen the data on 078, so, I don't
566: 4      remember what was done at this point.

*See attached for context*

*602 - lack of personal knowledge*

*π - Mis read Scientist*

*overruled*

35durlist.txt

565:9-565:20

```
565: 9              Q.      And you don't think that was due to
565:10      chance?
565:11                      MR. PERSCHETZ:  Objection, asked and
565:12      answered.
565:13      BY MR. BUCHANAN:
565:14              Q.      You can answer that.
565:15              A.      It was statistically significant.
565:16              Q.      And you don't think that was due to
565:17      chance?
565:18                      MR. PERSCHETZ:  Asked and answered.
565:19                      THE WITNESS:  Therefore, it was not
565:20      likely due to chance.
```

Total Length - 00:00:12

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| 390 | **566:12 - 566:21** | Scolnick, Edward M., M.D. 2005    00:00:30  03:07:58  01:22:43 |

| 566: 12 | Q. | Sir, I'm passing you over what we |
| 566: 13 | | just marked as Exhibit 26 to your deposition.  It's |
| 566: 14 | | an e-mail, a series of e-mails beginning with an |
| 566: 15 | | e-mail to you from Dr. Gilbert Block.  Do you see |
| 566: 16 | | that? |
| 566: 17 | A. | Where are we?  We are starting at the |
| 566: 18 | | bottom? |
| 566: 19 | Q. | Starting at the bottom.  That would |
| 566: 20 | | be the earliest in time e-mail; correct? |
| 566: 21 | A. | Yes. |

| 391 | **567:17 - 567:21** | Scolnick, Edward M., M.D. 2005    00:00:12  03:08:28  01:22:13 |

| 567: 17 | Q. | And you got this memo from Dr. Block, |
| 567: 18 | | and the first thing you did was you tried to call |
| 567: 19 | | Dr. Greene; right? |
| 567: 20 | A. | I have to read the memo.  I don't |
| 567: 21 | | remember. |

| 392 | **568:6 - 568:9** | Scolnick, Edward M., M.D. 2005    00:00:07  03:08:40  01:22:01 |

| 568: 6 | Q. | And you wrote, "Doug, When I read |
| 568: 7 | | this note about 30 minutes ago I tried to call you |
| 568: 8 | | at home."  Do you see that? |
| 568: 9 | A. | I do. |

| 393 | **568:18 - 568:22** | Scolnick, Edward M., M.D. 2005    00:00:12  03:08:47  01:21:54 |

| 568: 18 | Q. | You were upset that Dr. Block shared |
| 568: 19 | | this information before a committee meeting before |
| 568: 20 | | he shared it with you; isn't that right? |
| 568: 21 | A. | I don't remember what I was upset |
| 568: 22 | | about. |

| 394 | **569:12 - 570:12** | Scolnick, Edward M., M.D. 2005    00:00:51  03:08:59  01:21:42 |

| 569: 12 | | You then get a response from Dr. |
| 569: 13 | | Greene; right? |
| 569: 14 | A. | Yes. |
| 569: 15 | Q. | He notes in the middle of his |
| 569: 16 | | response that you're going to be before the FDA on |
| 569: 17 | | April 11th to discuss labeling issues; right? |
| 569: 18 | A. | Yes. |
| 569: 19 | Q. | He then notes, "I expect that we will |
| 569: 20 | | need to inform them of this in some way since we |
| 569: 21 | | have included the CV events from the AD trials."  Do |
| 569: 22 | | you see that? |
| 569: 23 | A. | Yes. |
| 569: 24 | Q. | CV events are cardiovascular events? |
| 569: 25 | A. | Yes. |
| 570: 1 | Q. | And the AD trials, that's Alzheimer's |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

570: 2          disease again; right?

570: 3     A.    Yes.

570: 4     Q.    And what he's saying is, you're going

570: 5          to have to talk to the FDA about the mortality data;

570: 6          right?

570: 7     A.    He says cardiovascular events, yes.

570: 8     Q.    Right.

570: 9             But you didn't do that, did you?

570: 10   A.    I don't recall what was done.  I

570: 11        don't -- I don't remember this memo, and I don't

570: 12        recall what was actually done.

*[Handwritten left margin: 602 - lack of personal knowledge]*

*[Handwritten right margin: Sustained]*

---

395    **571:23 -572:3**    Scolnick, Edward M., M.D. 2005    00:00:14  03:09:50  01:20:51

571: 23           Well, sir, is it your testimony that

571: 24        the folks in regulatory who went down to talk to the

571: 25        FDA on April 11th about labeling issues would not

572: 1          have checked with you before going to determine what

572: 2          message should be communicated about Alzheimer's

572: 3          data?

---

396    **572:6 -572:19**    Scolnick, Edward M., M.D. 2005    00:00:34  03:10:04  01:20:37

572: 6            THE WITNESS:  Yes.  They wouldn't

572: 7          necessarily have discussed with me the details of

572: 8          what they talked to with FDA.

572: 9          BY MR. BUCHANAN:

572: 10   Q.    So, if the folks from Merck who went

572: 11        down and talked to FDA on labeling issues on April

572: 12        11th didn't disclose any of the mortality data, that

572: 13        was their decision and not yours?  That's what

572: 14        you're saying?

572: 15   A.    I don't know what they disclosed, but

572: 16        I did not give them any instructions, to the best of

572: 17        my recollection, on what to disclose or not to

572: 18        disclose to the FDA.  And I think most of the

572: 19        content of this e-mail indicates that.

---

397    **573:4 -574:7**    Scolnick, Edward M., M.D. 2005    00:01:31  03:10:38  01:20:03

573: 4     Q.    Sir, I'm going to pass you over what

573: 5         we're marking as Exhibit 27 to your deposition.  For

573: 6        the record, it's a document titled, "FDA - MRL

573: 7        Meeting."  "MRL," that's Merck Research Labs?

573: 8     A.    Yes.

573: 9     Q.    Okay.

573: 10           Then it's got an NDA number.  That's

573: 11        the NDA number for VIGOR?

573: 12   A.    That's what it seems to indicate.

573: 13   Q.    Okay.

---

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

| | |
|---|---|
| 573: 14 | April 11, 2001.  Do you see that? |
| 573: 15 | A.    Yes, I do. |
| 573: 16 | Q.    That's the date Doug Greene was |
| 573: 17 | stating that you were going to be -- excuse me, |
| 573: 18 | Merck was going to be before the FDA to discuss |
| 573: 19 | labeling issues; right? |
| 573: 20 | A.    Yes. |
| 573: 21 | Q.    Take a quick look at the document, |
| 573: 22 | sir. Do you see any reference to two trials |
| 573: 23 | demonstrating statistically significant increased |
| 573: 24 | rates of death in the report of this particular |
| 573: 25 | meeting? |
| 574: 1 | A.    (Witness reviewing document.) |
| 574: 2 | I don't see a comment about that in |
| 574: 3 | this summary. |
| 574: 4 | Q.    So, folks from Merck Research Labs |
| 574: 5 | and the regulatory group within Merck went down to |
| 574: 6 | the FDA on April 11, 2001 to talk about labeling for |
| 574: 7 | Vioxx; true? |

| | | |
|---|---|---|
| 398 | 574:10 -574:15 | Scolnick, Edward M., M.D. 2005    00:00:12  03:12:09  01:18:32 |
| | 574: 10 | THE WITNESS:  There was a meeting on |
| | 574: 11 | labeling of Vioxx on April 11th, yes. |
| | 574: 12 | BY MR. BUCHANAN: |
| | 574: 13 | Q.    That was the meeting where Doug |
| | 574: 14 | Greene suggested we should report this Alzheimer's |
| | 574: 15 | death data from the 091 trial; right? |

| | | |
|---|---|---|
| 399 | 574:18 -575:6 | Scolnick, Edward M., M.D. 2005    00:00:22  03:12:21  01:18:20 |
| | 574: 18 | THE WITNESS:  I haven't had a chance |
| | 574: 19 | to read his e-mail to me, so, he says in the e-mail, |
| | 574: 20 | "I expect that we will need to inform them of this |
| | 574: 21 | in some way since we have included the CV events |
| | 574: 22 | from the AD trials."  Yes, I think he is suggesting |
| | 574: 23 | that. |
| | 574: 24 | BY MR. BUCHANAN: |
| | 574: 25 | Q.    Well, did you tell him not to do |
| | 575: 1 | that? |
| | 575: 2 | A.    Absolutely not. |
| | 575: 3 | Q.    Okay. |
| | 575: 4 | So, if somebody didn't do it, that |
| | 575: 5 | was their decision, not yours? |
| | 575: 6 | A.    I was not -- |

*(handwritten: π - agree 602 - Speculative to remove)*

| | | |
|---|---|---|
| 400 | 575:9 -575:15 | Scolnick, Edward M., M.D. 2005    00:00:12  03:12:43  01:17:58 |
| | 575: 9 | THE WITNESS:  I was not involved in |
| | 575: 10 | the decision of disclosure to the FDA or not. |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

|  |  |
|---|---|
| 575: 11 | BY MR. BUCHANAN: |
| 575: 12 Q. | Do you endorse the decision not to |
| 575: 13 | disclose two trials that have statistically |
| 575: 14 | significant doubling in the rates of death to the |
| 575: 15 | FDA? |

**401   575:20 -575:24   Scolnick, Edward M., M.D. 2005   00:00:19  03:12:55  01:17:46**

|  |  |
|---|---|
| 575: 20 | THE WITNESS: I do not endorse that |
| 575: 21 | decision, if that's what was done. |
| 575: 22 | BY MR. BUCHANAN: |
| 575: 23 Q. | Whose decision was it? |
| 575: 24 A. | I do not -- |

*π- agree to remove*

*602 - personal knowledge*

**402   576:1 -576:2   Scolnick, Edward M., M.D. 2005   00:00:01  03:13:14  01:17:27**

|  |  |
|---|---|
| 576: 1 | THE WITNESS: I do not know what was |
| 576: 2 | discussed at that meeting or who decided what. |

**403   579:12 -579:22   Scolnick, Edward M., M.D. 2005   00:00:54  03:13:15  01:17:26**

*602 - lack of personal knowledge. Witness has never seen this before*

|  |  |
|---|---|
| 579: 12 Q. | Dr. Scolnick, I'm passing you over |
| 579: 13 | what we just marked as Exhibit 28 to your |
| 579: 14 | deposition. For the record, it's a two-page series |
| 579: 15 | of e-mails Bates stamped MRK-AFT 0005926 to 927. It |
| 579: 16 | begins with an e-mail from Susanne Eddowes. Do you |
| 579: 17 | know her, sir? |
| 579: 18 A. | I do not. |
| 579: 19 Q. | Do you see the topic that's |
| 579: 20 | referenced in the earliest e-mail in time? That |
| 579: 21 | e-mail is dated April 18, 2001. Do you see that |
| 579: 22 | earliest e-mail, sir? |

**404   580:2 -580:24   Scolnick, Edward M., M.D. 2005   00:00:57  03:14:09  01:16:32**

*π- agree to remove*

|  |  |
|---|---|
| 580: 2 | THE WITNESS: Where are we? |
| 580: 3 | BY MR. BUCHANAN: |
| 580: 4 Q. | It's the end of the first page, sir. |
| 580: 5 A. | Oh, I see. Below it says -- yes, |
| 580: 6 | yes, I do. Sorry. |
| 580: 7 Q. | Sent with high importance; right? |
| 580: 8 A. | Yes, yes. |
| 580: 9 Q. | "Subject: Re: URGENT Meeting |
| 580: 10 | Request." True? |
| 580: 11 A. | Yes. |
| 580: 12 Q. | Then the body of the e-mail says, |
| 580: 13 | "Topic: Need to set up external DSMB for ongoing |
| 580: 14 | Vioxx AD prevention trial." Do you see that? |
| 580: 15 A. | Yes. |
| 580: 16 Q. | Merck didn't do that; right? |
| 580: 17 A. | I don't know. I've never seen this |
| 580: 18 | memo before, to the best of my recollection. |