SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*π - agree to remove* (handwritten)

580: 19   Q.   Well, sitting here today, sir, seeing
580: 20   the data that you've seen with respect to the
580: 21   deaths, statistically significant increased rates of
580: 22   death in two clinical trials in Alzheimer's
580: 23   patients, do you endorse the decision not to set up
580: 24   a DSMB to protect the patients in the 078 trial?

| 405 | 581:1-581:4 | Scolnick, Edward M., M.D. 2005   00:00:07 03:15:06 01:15:35 |

581: 1        THE WITNESS: I think it would have
581: 2   been perfectly appropriate to set up a DSMB. I
581: 3   don't recall this discussion or these set of memos
581: 4   or ever becoming aware of them.

| 406 | 595:1-595:14 | Scolnick, Edward M., M.D. 2005   00:00:30 03:15:13 01:15:28 |

595: 1    Q.   Dr. Scolnick, we're going to shift
595: 2   gears a little bit. I want to talk about your role
595: 3   in the marketing of Vioxx. Okay?
595: 4    A.   Uh-huh.
595: 5    Q.   You did have a role in the marketing
595: 6   of Vioxx; correct, sir?
595: 7    A.   Not a direct role, no.
595: 8    Q.   You assisted the marketing function
595: 9   within Merck in connection with the marketing of
595: 10   Vioxx; true?
595: 11    A.   Only in the initial data discussions
595: 12   with marketing about what the data was in the file.
595: 13   I did not prepare marketing information or approve
595: 14   it or see it before it was used.

| 407 | 596:14-597:12 | Scolnick, Edward M., M.D. 2005   00:01:04 03:15:43 01:14:58 |

*Object to all questions about exhibit 30 — 401, 402, 403 — CV card and marketing materials not relevant to facts of this case* (handwritten)

596: 14        Well, the document I just passed you
596: 15   and we marked as Exhibit 30 to your deposition is a
596: 16   memo from Wendy Dixon to you dated May 8th, 2000;
596: 17   right?
596: 18    A.   Yes.
596: 19    Q.   Bates stamped MRK-ABI0002126 to 2128.
596: 20   I take it you've seen this before, sir?
596: 21    A.   I don't remember. Perhaps. I don't
596: 22   specifically recall it.
596: 23    Q.   Well, sir, do you have any reason to
596: 24   doubt that you received the memo from Wendy Dixon
596: 25   from May of 2000 that was sent to your attention and
597: 1   your attention alone?
597: 2    A.   No, I don't have any reason to doubt
597: 3   it, but I don't recall at the moment, except I'm
597: 4   reading it now.
597: 5    Q.   The subject line of this particular

*Overruled* (handwritten)

*π - email to him; Merck marketing relevant on failure to warn / learned intermediary* (handwritten)

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

| | | |
|---|---|---|
| 597: 6 | | memo is, "Renal and Cardiovascular Issues for |
| 597: 7 | | VIOXX." True? |
| 597: 8 | A. | Yes. |
| 597: 9 | Q. | Okay. |
| 597: 10 | | In fact, Wendy Dixon was in charge of |
| 597: 11 | | the marketing effort for Vioxx; true? |
| 597: 12 | A. | Yes, I believe that's true. |

**408  598:2 -598:10**  Scolnick, Edward M., M.D. 2005      00:00:26 03:16:47 01:13:54

| | | |
|---|---|---|
| 598: 2 | Q. | Well, if you'd turn to the last page |
| 598: 3 | | of the document, sir, it's Bates stamped ABI |
| 598: 4 | | 0002128. Do you see the paragraph beginning, "David |
| 598: 5 | | mentioned"? |
| 598: 6 | A. | Last page? Oh, yes, I do. |
| 598: 7 | Q. | In fact, you offered to Mr. Anstice |
| 598: 8 | | to assist in developing responses to the competitive |
| 598: 9 | | messages that were out on the market concerning |
| 598: 10 | | Vioxx and Celebrex; true? |

**409  598:12 -598:13**  Scolnick, Edward M., M.D. 2005      0      03:17:13 01:13:28

| | |
|---|---|
| 598: 12 | THE WITNESS: That's what the memo |
| 598: 13 | says, yes. |

**410  599:10 -599:15**  Scolnick, Edward M., M.D. 2005      00:00:20 03:17:13 01:13:28

| | | |
|---|---|---|
| 599: 10 | | In particular, you were going to |
| 599: 11 | | assist in responding to the cardiovascular issues |
| 599: 12 | | being addressed by Pfizer as it related to Vioxx; |
| 599: 13 | | true? |
| 599: 14 | A. | That's what she requests at the |
| 599: 15 | | beginning of the first page of the memo. |

*Incomplete - ; Omits*     *π - agree; will add lines 16 -18 attached*

**411  599:19 -599:24**  Scolnick, Edward M., M.D. 2005      00:00:18 03:17:33 01:13:08

*question*

| | | |
|---|---|---|
| 599: 19 | | This document is describing in |
| 599: 20 | | particular the steps that are being taken by Wendy |
| 599: 21 | | Dixon on behalf of the marketing department of Merck |
| 599: 22 | | to respond to the competitive challenges that are |
| 599: 23 | | being raised by Pfizer against Vioxx; true? |
| 599: 24 | A. | That's what it appears to be. |

**412  600:10 -601:18**  Scolnick, Edward M., M.D. 2005      00:01:14 03:17:51 01:12:50

*401, 402, 403*

*602*

| | | |
|---|---|---|
| 600: 10 | Q. | Okay. What are "representatives"? |
| 600: 11 | | What's being referred to there? |
| 600: 12 | A. | Usually represents persons who were |
| 600: 13 | | selling or discussing the drug with physicians. |
| 600: 14 | Q. | Okay. |
| 600: 15 | | Salespeople? |
| 600: 16 | A. | Usually. |
| 600: 17 | Q. | Okay. |
| 600: 18 | | So, she's telling you what materials |

*@ overruled*

*π - marketing relevant to failure to warn; CV card admitted*

35durlist.txt

Page 599:15-599:18        599:15-599:18

```
599:15      beginning of the first page of the memo.
599:16              Q.      If you'd look at the third numbered
599:17      paragraph on Page 2 -- well, let me take a step
599:18      back.
```

Total Length - 00:00:08

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*602, 401,*
*402, 403*

600: 19    the sales force has to respond to the cardiovascular
600: 20    issues concerning Vioxx; right?
600: 21  A.    Yes.
600: 22  Q.    The third item there is "A
600: 23    cardiovascular card to handle the thromboembolic
600: 24    events issue." Do you see that?
600: 25  A.    Yes, I do.
601: 1   Q.    It says, "It compares cardiovascular
601: 2    thromboembolic AEs for VIOXX comparator NSAIDs...and
601: 3    placebo." Do you see that?
601: 4   A.    Yes.
601: 5   Q.    And then a bunch of the NSAIDs that
601: 6    are compared across the nine osteoarthritis trials
601: 7    are referenced there; right?
601: 8   A.    Correct.
601: 9   Q.    You've seen that cardiovascular card,
601: 10    haven't you?
601: 11  A.    I don't recall it.
601: 12  Q.    Okay. Well, the next paragraph says,
601: 13    "Copies of the renal card, cardiovascular card, and
601: 14    the Rossat paper are attached." Do you see that?
601: 15  A.    I do. I still don't recall.
601: 16  Q.    Any reason to doubt that Ms. Dixon
601: 17    was telling the truth when she said she was giving
601: 18    you these things for your review?

*Overruled*

413    **601:20 -601:25**  Scolnick, Edward M., M.D. 2005    00:00:15  03:19:05  01:11:36
601: 20        THE WITNESS: She was giving them to
601: 21    me. I don't think I was given them for review. I
601: 22    think she says in the paragraph that the
601: 23    representatives already have this information. I
601: 24    don't recall these cards, and I don't recall
601: 25    discussing the cards with her at all.

414    **602:20 -603:17**  Scolnick, Edward M., M.D. 2005    00:00:59  03:19:20  01:11:21
602: 20  Q.    Sir, I'm passing you what we've just
602: 21    marked as Exhibit 31 to your deposition. It is a
602: 22    copy of a document entitled "Cardiovascular System,
602: 23    Clinical Profile In Osteoarthritis Studies." It's
602: 24    Bates stamped MRK-AAR0033237 through 243.
602: 25        Do you recall this document, sir?
603: 1   A.    I don't.
603: 2   Q.    Have you ever seen the cardiovascular
603: 3    card before?
603: 4   A.    I don't recall ever having seen the
603: 5    cardiovascular card, as I just finished telling you.
603: 6   Q.    Okay.

*602 —*
*never seen*
*document,*
*no foundation,*
*personal knowledge*

*Overruled*

*TT - Court allowed*
*CV card*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

603: 7          I would like to direct your
603: 8          attention, please, to Page 241, those little numbers
603: 9          in the corner. Do you see the title there, it says,
603: 10         "Overall Mortality Rates"?
603: 11    A.    Yes.
603: 12    Q.    It says, "Overall mortality and
603: 13         cardiovascular mortality." Do you see that?
603: 14    A.    Yes, I do.
603: 15    Q.    Okay. It says, "Events per 100
603: 16         Patient-Years." Do you see that?
603: 17    A.    Yes.

---

415   **604:4-604:11**   Scolnick, Edward M., M.D. 2005    00:00:12 03:20:19 01:10:22

604: 4     Q.    There's a total mortality number for
604: 5          Vioxx, isn't there?
604: 6     A.    Yes.
604: 7     Q.    It says .1; right?
604: 8     A.    Yes.
604: 9     Q.    And there's a total mortality for
604: 10         NSAIDs. It says 1.1; right?
604: 11    A.    Yes.

---

416   **605:1-607:18**   Scolnick, Edward M., M.D. 2005    00:03:13 03:20:31 01:10:10

605: 1     Q.    So, the rate of total mortality is 11
605: 2          times higher on traditional NSAIDs as compared to
605: 3          Vioxx according to this cardiovascular card; true?
605: 4     A.    This -- in our osteoarthritis
605: 5          clinical trials, this is the data that's in this
605: 6          table. I don't recall the table. I don't know how
605: 7          the calculations were made.
605: 8     Q.    Well, this was the mortality data
605: 9          that sales representatives were given to use when
605: 10         speaking with physicians; true?
605: 11    A.    I don't know what they were given.
605: 12         This memo indicates -- the prior memo indicates they
605: 13         were given a variety of information, and now you've
605: 14         given me this. I don't know whether this refers to
605: 15         this or not, since I don't remember having ever seen
605: 16         it.
605: 17    Q.    I take it, sir, that you'd agree that
605: 18         the most important data to the physician in terms of
605: 19         safety is total mortality.
605: 20    A.    I'm not sure whether that's the most
605: 21         important data. It is important data, and
605: 22         physicians should have the overall safety profile of
605: 23         the drug and some explanation for it.
605: 24    Q.    Well, it's certainly important that

*[handwritten in left margin:]* 602 - lack of personal knowledge

*[handwritten in right margin:]* Sustained

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

605: 25    physicians and patients be given accurate data on
606: 1     the total mortality rates for Vioxx as compared to
606: 2     other comparators in the clinical trials; true?
606: 3  A.  I would think that's true.
606: 4                    - - -
606: 5              (Whereupon, Deposition Exhibit
606: 6          Scolnick-32, "Bulletin for Vioxx: New
606: 7          Resource: Cardiovascular Card,"
606: 8          MRK-AAR0038843 - MRK-AAR0038848, was
606: 9          marked for identification.)
606: 10                   - - -
606: 11   BY MR. BUCHANAN:
606: 12  Q.  Sir, let me pass over to you what
606: 13    we're marking as Exhibit 32 to your deposition.
606: 14          MR. BUCHANAN:  Counsel, I think I may
606: 15    have a different version of this.  Could you read
606: 16    the Bates Numbers into the record?
606: 17          MR. PERSCHETZ:  MRK-AAR0038843
606: 18    through 48.
606: 19          MR. BUCHANAN:  Thank you.
606: 20   BY MR. BUCHANAN:
606: 21  Q.  Doctor, what I've just passed over
606: 22    and what we marked as Exhibit 32 to your deposition
606: 23    is a document entitled "Bulletin for VIOXX, NEW
606: 24    RESOURCE:  Cardiovascular Card."  Do you see that
606: 25    heading?
607: 1  A.  Yes, I do.
607: 2  Q.  Okay.
607: 3              You recognize this is a communication
607: 4    out to the sales force?
607: 5  A.  I don't know.  It says, "All Field
607: 6    Personnel with Responsibility for VIOXX."  I don't
607: 7    recall ever having seen this document or even one
607: 8    like it.
607: 9  Q.  Do you understand field personnel to
607: 10    be sales force?
607: 11  A.  I would understand it to potentially
607: 12    include sales force, but I don't know who else this
607: 13    might include.
607: 14  Q.  Okay.
607: 15              I just want to turn your attention,
607: 16    please, to Page 847.  Do you see the narrative there
607: 17    that's describing Page 4, the CV card?
607: 18  A.  I do.

*(handwritten note in left margin:)* 602 - lack of personal knowledge

*(handwritten note in right margin:)* Sustained

417    **608:8 -608:15**   Scolnick, Edward M., M.D. 2005      00:00:26  03:23:44  01:06:57

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | |
|---|---|
| 608: 8 | Well, how about in the guide to the |
| 608: 9 | sales force which we've just marked as Exhibit 32. |
| 608: 10 | It states, "Use this page to show physicians that in |
| 608: 11 | terms of mortality, which is most important to the |
| 608: 12 | physician and their patients, the rate for total |
| 608: 13 | mortality and cardiovascular mortality was low." Do |
| 608: 14 | you see that? |
| 608: 15 | A.   Yes, I can read that. |

418   **609:19-611:6**   Scolnick, Edward M., M.D. 2005      00:01:46  03:24:10  01:06:31

| | |
|---|---|
| 609: 19 | Q.   That's fine, sir.  And let's look at |
| 609: 20 | the prior document, which is the actual |
| 609: 21 | cardiovascular card. |
| 609: 22 | Do you see anything in the portion of |
| 609: 23 | Page 4 that reflects "Overall Mortality and |
| 609: 24 | Cardiovascular Mortality" that talks about whether |
| 609: 25 | these results are statistically significant or not? |
| 610: 1 | A.   I do not. |
| 610: 2 | Q.   And sir -- |
| 610: 3 | A.   I do not see any reference to that. |
| 610: 4 | Q.   Would you agree, sir, that it would |
| 610: 5 | be misleading to suggest that Vioxx had a reduced |
| 610: 6 | frequency of death as compared to other NSAIDs if |
| 610: 7 | the results were not statistically significant? |
| 610: 8 | A.   I would agree with that. |
| 610: 9 | Q.   And we can also agree that there's no |
| 610: 10 | statement about statistical significance on this |
| 610: 11 | chart as it relates to overall mortality; true? |
| 610: 12 | A.   On this very chart, there's no |
| 610: 13 | statement about statistical significance that I can |
| 610: 14 | quickly see. |
| 610: 15 | Q.   By this point in time, sir, the VIGOR |
| 610: 16 | results were already in; right? |
| 610: 17 | A.   What was the date again of this, I'm |
| 610: 18 | sorry, this cardiovascular card? |
| 610: 19 | Q.   Well, the cardiovascular card was |
| 610: 20 | sent to the field representatives on April 28, 2000. |
| 610: 21 | Do you see this document, sir, I previously gave |
| 610: 22 | you? |
| 610: 23 | A.   Yes.  Just -- yes.  April 28, 2000, |
| 610: 24 | yes. |
| 610: 25 | Q.   The VIGOR results were in already; |
| 611: 1 | right? |
| 611: 2 | A.   Yes. |
| 611: 3 | Q.   In fact, there were more deaths on |
| 611: 4 | Vioxx than on naproxen in the VIGOR trial, isn't |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

611: 5        that true?

611: 6    A.    I can't remember.

---

419    611:10 -611:25    Scolnick, Edward M., M.D. 2005    00:00:42 03:25:56 01:04:45

611: 10            Sir, I'm going to pass you back

611: 11    Exhibit 22, which is the exhibit I was trying to

611: 12    refer to.

611: 13            Do you see a table in Exhibit 2 --

611: 14    excuse me -- in Exhibit 22 listing the death data

611: 15    from the VIGOR trial?

611: 16    A.    Yes.  Yes, I do.

611: 17    Q.    How many people died on Vioxx in the

611: 18    VIGOR trial, sir?

611: 19    A.    22, for an 0.5 percent rate.

611: 20    Q.    22 people died on Vioxx in the VIGOR

611: 21    trial?

611: 22    A.    In -- for an 0.5 percent, yes.

611: 23    Q.    How many people died in the naproxen

611: 24    arm?

611: 25    A.    15 for 0.4 percent.

---

420    612:8 -612:23    Scolnick, Edward M., M.D. 2005    00:00:42 03:26:38 01:04:03

612: 8            Seven more people died on Vioxx in

612: 9    the VIGOR trial than died on naproxen; correct?

612: 10    A.    That's what this page says, yes.

612: 11    Q.    Okay.

612: 12            That's, what, about 45 percent, 50

612: 13    percent more, in terms of number of people who died

612: 14    on Vioxx compared to naproxen?

612: 15    A.    Given the percents, which is 0.5 and

612: 16    0.4, it looks to me like it is about 20 percent

612: 17    difference and, again, there's no indication of

612: 18    statistical significance here, the same point you

612: 19    made to me earlier.

612: 20    Q.    Okay.

612: 21            Well, did you see that data on the

612: 22    VIGOR deaths in the cardiovascular card?

612: 23    A.    No, I did not.

---

421    614:7 -614:11    Scolnick, Edward M., M.D. 2005    00:00:19 03:27:20 01:03:21

*401, 402, 403 -*
*Sales regs not at*
*issue in this*
*case*

614: 7    Q.    We can agree that the cardiovascular

614: 8    card you're looking at from April 28, 2000 doesn't

614: 9    have any mortality data from the VIGOR trial; true?

614: 10    A.    It certainly doesn't in the table

614: 11    you've shown me.

*Overruled*

---

422    621:20 -622:17    Scolnick, Edward M., M.D. 2005    00:00:53 03:27:39 01:03:02

*602*

621: 20            Your understanding, sir, is that

*Overruled*

*TP failure to warn*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*[Handwritten notes in left margin:]*
602 - personal knowledge - no knowledge of this document

401, 402, 403 - sales reps not at issue in this case

*[Handwritten note at right:]* Overruled

| | | | |
|---|---|---|---|
| 621: 21 | | | these are sent out to sales representatives to |
| 621: 22 | | | assist them in responding to issues in the field |
| 621: 23 | | | with regard to Merck products? |
| 621: 24 | A. | | The purpose, it says, "To provide you |
| 621: 25 | | | with important background information," for this -- |
| 622: 1 | | | for the "cardiovascular effects of VIOXX." yes. |
| 622: 2 | Q. | | Now, I noticed when you were reading |
| 622: 3 | | | the purpose paragraph, sir, you stopped before |
| 622: 4 | | | "obstacle responses." Do you see that, "obstacle |
| 622: 5 | | | responses"? |
| 622: 6 | A. | | Yes. "To provide important |
| 622: 7 | | | background...obstacle responses and faxable PIR," I |
| 622: 8 | | | don't know what that means, "instructions in the |
| 622: 9 | | | event you were questioned by customers about the CV |
| 622: 10 | | | effects of Vioxx." |
| 622: 11 | Q. | | What's an obstacle response, sir? |
| 622: 12 | A. | | I don't know. |
| 622: 13 | Q. | | What's an obstacle? |
| 622: 14 | A. | | An obstacle is something that needs |
| 622: 15 | | | to -- gets in somebody's way. |
| 622: 16 | Q. | | Cardiovascular concerns with Vioxx, |
| 622: 17 | | | that's an obstacle? |

| 423 | 623:19 -624:1 | Scolnick, Edward M., M.D. 2005   00:00:33 03:28:32 01:02:09 |
|---|---|---|
| | 623: 19 | Q.   Well, sir, as Merck's top scientist, |
| | 623: 20 | do you take seriously the importance of Merck sales |
| | 623: 21 | representatives communicating accurate and complete |
| | 623: 22 | information to physicians? |
| | 623: 23 | A.   I believe that Merck's sales force |
| | 623: 24 | should communicate all information to the sales |
| | 623: 25 | force. I had no direct responsibility for what the |
| | 624: 1 | sales force did or didn't do. |

| 424 | 627:16 -627:24 | Scolnick, Edward M., M.D. 2005   00:00:26 03:29:05 01:01:36 |
|---|---|---|
| | 627: 16 | Q.   Right. You don't see any effort here |
| | 627: 17 | to subgroup total mortality into each of the causes |
| | 627: 18 | of death from all of the osteoarthritis trials and |
| | 627: 19 | provide that to doctors in the CV card, do you? |
| | 627: 20 | A.   That information is not here. |
| | 627: 21 | Q.   So, when you were out there talking |
| | 627: 22 | to doctors about the mortality incidence seen in |
| | 627: 23 | Vioxx trials, you weren't breaking down mortality |
| | 627: 24 | into a bunch of subcategories, were you? |

| 425 | 628:3 -628:10 | Scolnick, Edward M., M.D. 2005   00:00:16 03:29:31 01:01:10 |
|---|---|---|
| | 628: 3 | Q.   Merck. Merck wasn't doing that when |
| | 628: 4 | they were breaking down cardiovascular mortality, |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES



| | | | | |
|---|---|---|---|---|
| | 628: 5 | | sir? | |
| | 628: 6 | A. | There's no information about breaking | |
| | 628: 7 | | down cardiovascular mortality on this chart. | |
| | 628: 8 | Q. | It's only when you were trying -- | |
| | 628: 9 | | when Merck was trying to explain away the | |
| | 628: 10 | | Alzheimer's deaths, isn't that right? | |

*602*  (handwritten)

*Overrule* (handwritten)

| 426 | 628:14 -628:21 | Scolnick, Edward M., M.D. 2005   00:00:15  03:29:47  01:00:54 |
|---|---|---|
| | 628: 14 | THE WITNESS: I wasn't responsible |
| | 628: 15 | for putting this table together, so, I can't comment |
| | 628: 16 | on what was done and why this data is or isn't |
| | 628: 17 | presented. That's all I can say. |
| | 628: 18 | BY MR. BUCHANAN: |
| | 628: 19 | Q.   And even though Ms. Dixon's memo |
| | 628: 20 | purports to have sent it to you, you don't think you |
| | 628: 21 | got it? |

*602;
asked and* (handwritten)

*Overrule* (handwritten)

| 427 | 629:2 -629:5 | Scolnick, Edward M., M.D. 2005   00:00:07  03:30:02  01:00:39 |
|---|---|---|
| | 629: 2 | A.   I don't recall the documents |
| | 629: 3 | associated with her memo. I don't recall whether I |
| | 629: 4 | did see them. I don't recall whether I didn't see |
| | 629: 5 | them. I certainly don't recall them. |

*answered* (handwritten)

*Overrule* (handwritten)

| 428 | 629:13 -629:13 | Scolnick, Edward M., M.D. 2005   00:00:03  03:30:09  01:00:32 |
|---|---|---|
| | 629: 13 | Q.   We're up to 34, sir. I'm going to |

*incomplete* (handwritten)

*TT - Agree; will meet lines 14-25
See attached* (handwritten)

| 429 | 630:1 -630:8 | Scolnick, Edward M., M.D. 2005   00:00:22  03:30:12  01:00:29 |
|---|---|---|
| | 630: 1 | Q.   You note on the subject line, it |
| | 630: 2 | says, "FYI: CV Card (1 year) Revalidation for use |
| | 630: 3 | in Promotion." Do you see that? |
| | 630: 4 | A.   Yes. That's the subject matter of |
| | 630: 5 | the memo. |
| | 630: 6 | Q.   Well, sir, would you expect by the |
| | 630: 7 | summer of 2001 for that CV card to have been updated |
| | 630: 8 | to take account of the Alzheimer's data? |

*401, 402, 403* (handwritten)

*TT - this document
on wrong; post - dater
and based Mr. Innis's
on earlier information death* (handwritten)

*Overrule* (handwritten)

| 430 | 630:10 -630:17 | Scolnick, Edward M., M.D. 2005   00:00:11  03:30:34  01:00:07 |
|---|---|---|
| | 630: 10 | THE WITNESS: I would think the CV |
| | 630: 11 | card would have updates of all available data. I |
| | 630: 12 | don't know what's on it. I can't tell what this is |
| | 630: 13 | about. |
| | 630: 14 | BY MR. BUCHANAN: |
| | 630: 15 | Q.   Okay. |
| | 630: 16 | Well, you would expect it to include |
| | 630: 17 | the data from VIGOR; right? |

*- 602 -
no foundation* (handwritten)

*401, 402, 403
602* (handwritten)

*Overrule* (handwritten)

| 431 | 630:19 -631:12 | Scolnick, Edward M., M.D. 2005   00:00:40  03:30:45  00:59:56 |
|---|---|---|
| | 630: 19 | THE WITNESS: Yes. |
| | 630: 20 | BY MR. BUCHANAN: |

35durlist.txt

Page 629:13-629:25        629:13-629:25

```
629:13              Q.      We're up to 34, sir.  I'm going to
629:14      pass you over what we just marked as 34 to your
629:15      deposition.  For the record, we're looking at a
629:16      one-page document, MRK-AFI0136524.  It is a couple
629:17      of e-mails dated August 22nd, 2001 and August 22,
629:18      2001.
629:19                      Sir, I note you're not copied on
629:20      these e-mails.  Do you see your name anywhere on
629:21      them?
629:22              A.      I don't see my name anywhere on them.
629:23              Q.      Okay.
629:24                      Who is Susan Baumgartner?
629:25              A.      I don't know.
```

Total Length - 00:00:44

Page 1

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*401, 402, 403*
*602*
*to all*
*questions*
*related to*
*Exhibit 34*

*602*

*π - failure to Warn*

630: 21   Q.   You'd expect it to include the death
630: 22        data from the Alzheimer's trials you took a look at
630: 23        in the spring of 2001; right?
630: 24   A.   Certainly the CV data, if this is a
630: 25        CV card, yes.
631: 1    Q.   Well, that particular CV card
631: 2         actually included total mortality data as well;
631: 3         right?
631: 4    A.   I don't know what this particular
631: 5         revalidated CV card included. I've never seen it.
631: 6    Q.   Do you doubt that that card is in the
631: 7         same form as the other CV card we looked at?
631: 8    A.   I don't doubt it. I don't know it.
631: 9         I've never seen it.
631: 10   Q.   Okay. We can at least agree that
631: 11        mortality data is the most important data to the
631: 12        physicians and the patients; right?

| 432 | 631:15 -631:22 | Scolnick, Edward M., M.D. 2005   00:00:17 03:31:25 00:59:16 |

631: 15        THE WITNESS: It is an important
631: 16        piece of information. It should be included in the
631: 17        totality of information.
631: 18        BY MR. BUCHANAN:
631: 19   Q.   And that's important information that
631: 20        should have been included in a CV card used by sales
631: 21        representatives to respond to physician inquiries
631: 22        concerning the safety of the drug?

| 433 | 632:16 -632:20 | Scolnick, Edward M., M.D. 2005   00:00:16 03:31:42 00:58:59 |

632: 16   Q.   Mortality information, total
632: 17        mortality information is important information that
632: 18        should have been included in the CV card that was
632: 19        used by sales representatives to respond to
632: 20        physician inquiries concerning the drug; true?

| 434 | 632:22 -633:11 | Scolnick, Edward M., M.D. 2005   00:00:33 03:31:58 00:58:43 |

632: 22        THE WITNESS: I think a CV card
632: 23        should have contained all cardiovascular-related
632: 24        information from the variety of data sources Merck
632: 25        has, and --
633: 1         BY MR. BUCHANAN:
633: 2    Q.   Would --
633: 3    A.   -- if there was mortality data
633: 4         associated with those trials, each of the trials and
633: 5         what the data was in each of the trials.
633: 6    Q.   Okay.
633: 7         Just so I'm clear in that last

629:19

*[handwritten top-left]* all questions on Ex. 34
401, 402, 403, 602

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

633: 8  answer, sir, are you stating that when the company
633: 9  issued its CV cards, it should have included all of
633: 10  the mortality data the company had at the point in
633: 11  time it was releasing those CV cards.

---

435   633:15 -633:18   Scolnick, Edward M., M.D. 2005   00:00:07  03:32:31  00:58:10
633: 15      THE WITNESS:  I think that would have
633: 16  been something that could have been done.  I don't
633: 17  know the content of this card or what was or wasn't
633: 18  on this card.

---

436   634:17 -634:20   Scolnick, Edward M., M.D. 2005   00:00:11  03:32:38  00:58:03
634: 17  Q.   My question, sir, was whether the CV
634: 18  card should have included all the mortality data the
634: 19  company had in its possession and had analyzed at
634: 20  the point in time when it released the CV card?

---

437   635:6 -635:8   Scolnick, Edward M., M.D. 2005   00:00:09  03:32:49  00:57:52
635: 6  A.   I think an ideal card would have had
635: 7  CV data, CV mortality, total mortality, for all the
635: 8  studies available.

---

438   635:15 -635:15   Scolnick, Edward M., M.D. 2005   0   03:32:58  00:57:43
*[handwritten]* Incomplete
635: 15      THE WITNESS:  -- ideal card.

---

439   635:18 -636:11   Scolnick, Edward M., M.D. 2005   00:00:38  03:32:58  00:57:43
635: 18      THE WITNESS:  That's how I would have
635: 19  done it.  You asked my personal opinion.  That's
635: 20  what I personally think.
635: 21  BY MR. BUCHANAN:
635: 22  Q.   All right.  All right, sir.
635: 23      Real quick.  Wendy Dixon consulted
635: 24  with you concerning certain of the marketing
635: 25  messages and marketing responses concerning Vioxx;
636: 1  true?
636: 2  A.   She sent me this memo.  Yes, that's
636: 3  true.

*[handwritten left]* 401, 402, 403 602 - witness not aware of document except from newspapers

636: 4  Q.   Okay.  Are you familiar with the
636: 5  Dodge Ball training exercise?
636: 6  A.   I have only read about that
636: 7  subsequently in newspaper reports.
636: 8  Q.   Were you aware of it when you were at
636: 9  Merck?
636: 10  A.   No.
636: 11  Q.   Do you endorse it?

*[handwritten right]* Sustained may be relevant but this witness does not know about it 602 + 403

---

440   636:13 -638:5   Scolnick, Edward M., M.D. 2005   00:01:41  03:33:36  00:57:05
636: 13      THE WITNESS:  I don't know the
636: 14  content of it, so, I can't comment on it.  I've only

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*Handwritten left margin, top:*
All questions
on Dodgeball
document:
401, 402, 403,
602 –
witness not
familiar with
document;
questions are
speculative

TT – failure to
warn / learned
intermediary

636: 15    read newspaper reports.
636: 16    BY MR. BUCHANAN:
636: 17 Q.   Well, in those newspaper reports, you
636: 18    saw that physician inquiries are referred to as
636: 19    obstacles; true?
636: 20 A.   Some of the newspaper reports -- some
636: 21    of the newspaper reports referred to the obstacles,
636: 22    yes.
636: 23 Q.   Well, sir, do you view doctor
636: 24    questions as obstacles?
636: 25 A.   I do not view doctor questions as
637: 1    obstacles.
637: 2 Q.   Do you view doctor questions as
637: 3    something that should be dodged?
637: 4 A.   I do not view doctor questions as
637: 5    something that can be dodged.  I don't know what was
637: 6    in -- I do not know what was in the memos about
637: 7    Dodge Ball.
637: 8 Q.   Sir, would you endorse the practice
637: 9    of dodging doctor questions concerning the safety of
637: 10    Vioxx?
637: 11 A.   I would not endorse such a practice.
637: 12 Q.   So, as I understand your testimony,
637: 13    sir, as the senior-most scientist within Merck, you
637: 14    had no knowledge of how the sales force was trained
637: 15    to respond to questions concerning the safety of
637: 16    Vioxx that may have been raised by physicians; is
637: 17    that true?
637: 18 A.   That is correct.  I was not involved
637: 19    in preparing or approving material for the sales
637: 20    force, nor did I know what they were using.
637: 21 Q.   You undertook no steps as the
637: 22    senior-most scientist at Merck to monitor that
637: 23    activity?
637: 24 A.   There were large numbers of people in
637: 25    other parts of medical affairs and legal and
638: 1    marketing that monitored and prepared marketing
638: 2    material.  I was not involved in doing that.
638: 3 Q.   Sir, are you familiar with the
638: 4    practice of neutralizing physicians who take
638: 5    exception to the safety of Merck products?

*Handwritten right margin:*
Sustained
602, 403

*Handwritten lower left:*
object to
all
questions re:
"neutralizing" —
602, 401, 402, 403

441   638:7 -638:17   Scolnick, Edward M., M.D. 2005   00:00:22 03:35:17 00:55:24
638: 7    THE WITNESS:  Again, I've read
638: 8    newspaper reports that refer to that.  I have no
638: 9    firsthand knowledge of that.

*Handwritten bottom:* – witness not aware; no firsthand knowledge

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*401, 402,*
*403, 602*
*/*

*Sustained*

| | | |
|---|---|---|
| 638: 10 | | BY MR. BUCHANAN: |
| 638: 11 | Q. | Do you endorse that activity, sir? |
| 638: 12 | A. | Do I endorse what activity? |
| 638: 13 | Q. | The activity of neutralizing the |
| 638: 14 | | views of physicians who aren't consistent with |
| 638: 15 | | Merck's views. |
| 638: 16 | A. | No, I do not endorse that in the |
| 638: 17 | | abstract way you've put it. |

---

**442    641:12 -642:3    Scolnick, Edward M., M.D. 2005    00:00:36  03:35:39  00:55:02**

*401, 402, 403,*
*602 - direct.*
*to- consumer*
*advertising played*
*no part in*
*this case.*
*Witness played*
*no role.*
*π - DTC Adv.*
*more relevant in this*
*case because of how drug*
*received*

*Overruled*

| | | |
|---|---|---|
| 641: 12 | Q. | You're familiar with the fact that |
| 641: 13 | | Vioxx was marketed by a direct-to-consumer campaign; |
| 641: 14 | | true? |
| 641: 15 | A. | Yes. |
| 641: 16 | Q. | One of the most expensive |
| 641: 17 | | direct-to-consumer campaigns for a pharmaceutical |
| 641: 18 | | product in history; true? |
| 641: 19 | A. | I don't know that for a fact. |
| 641: 20 | Q. | Well, when you were sitting on the |
| 641: 21 | | board of directors, did you ever discuss how much |
| 641: 22 | | money Merck was spending on the direct-to-consumer |
| 641: 23 | | campaign for Vioxx? |
| 641: 24 | A. | I don't recall that discussion. |
| 641: 25 | Q. | You got financial information when |
| 642: 1 | | you were a board member; right? |
| 642: 2 | A. | Some.  I don't remember the details |
| 642: 3 | | of a marketing campaign for DTC for Vioxx. |

---

**443    642:12 -642:17    Scolnick, Edward M., M.D. 2005    00:00:16  03:36:15  00:54:26**

| | | |
|---|---|---|
| 642: 12 | Q. | I take it you didn't have any role in |
| 642: 13 | | connection with the decision to direct-to-consumer |
| 642: 14 | | market Vioxx to end users? |
| 642: 15 | A. | I did not.  I did not play a role in |
| 642: 16 | | media or approaches that were used to market Vioxx. |
| 642: 17 | Q. | Do you endorse that decision? |

---

**444    642:21 -644:10    Scolnick, Edward M., M.D. 2005    00:01:43  03:36:31  00:54:10**

| | | |
|---|---|---|
| 642: 21 | Q. | To direct-to-consumer market Vioxx. |
| 642: 22 | A. | I think that direct-to-consumer |
| 642: 23 | | marketing of Vioxx or other products is a medium. |
| 642: 24 | | I've never been generally enthusiastic about |
| 642: 25 | | direct-to-consumer marketing, so, that's about the |
| 643: 1 | | only comment I can make. |
| 643: 2 | Q. | In those direct-to-consumer ads, did |
| 643: 3 | | you ever tell folks about the mortality data you |
| 643: 4 | | saw -- |
| 643: 5 | | MR. PERSCHETZ:  "You." |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*(handwritten left margin: 401, 402, 403, 602)*

643: 6          MR. BUCHANAN:  Thank you.  Appreciate
643: 7      it, Counsel.
643: 8      BY MR. BUCHANAN:
643: 9  Q.    In those direct-to-consumer ads, did
643: 10     you ever see any disclosure of the mortality data
643: 11     from the Alzheimer's trials?
643: 12  A.    I don't recall seeing that in the few
643: 13     ads that I saw on television.
643: 14  Q.    You never saw Dorothy Hamill say,
643: 15     caution, Vioxx has been found to increase the risk
643: 16     of death in two placebo-controlled trials in a
643: 17     statistically significant way?
643: 18  A.    No, I never saw her say that.
643: 19  Q.    That's not a very attractive
643: 20     statement from a marketing perspective; right?
643: 21  A.    It's not an attractive statement.  I
643: 22     never saw her say that.
643: 23  Q.    Sir, you'd agree with me that if you
643: 24     put a statement like that in an ad, that wouldn't
643: 25     help sales, would it?
644: 1  A.    It probably would not.  There are
644: 2      disclaimers in the DTC ads about safety of the drug.
644: 3      I don't recall that one being in there.
644: 4  Q.    In fact, you'd express -- you'd
644: 5      expect that you would sell less of a drug like Vioxx
644: 6      as compared to Celebrex if you disclosed that you
644: 7      had two placebo-controlled trials that demonstrated
644: 8      a statistically significant increased risk of death?
644: 9          MR. PERSCHETZ:  In DTC ads?
644: 10         MR. BUCHANAN:  Yes.

*(handwritten left margin: TI - same; also failure to warn of CV risks in DTC ads)*

*(handwritten right margin: Overruled)*

---

| 445 | 644:12-644:12 | Scolnick, Edward M., M.D. 2005 | 0 | 03:38:14 00:52:27 |
|---|---|---|---|---|

644: 12          THE WITNESS:  I would expect that.

---

| 446 | 663:14-663:16 | Scolnick, Edward M., M.D. 2005 | 00:00:08 03:38:14 00:52:27 |
|---|---|---|---|

*(handwritten left margin: repetitive, asked)*

663: 14  Q.    Did you learn for the first time
663: 15     today the death data from the Alzheimer's study when
663: 16     you saw Mr. Buchanan show it to you, sir?

---

| 447 | 663:25-664:12 | Scolnick, Edward M., M.D. 2005 | 00:00:40 03:38:22 00:52:19 |
|---|---|---|---|

*(handwritten left margin: and answered)*

663: 25  Q.    Please answer, sir.
664: 1  A.    I learned about the 078 data for the
664: 2      first time, I think, and the 091 data I told Mr.
664: 3      Buchanan what I knew and didn't know or recalled and
664: 4      didn't recall, that is, that there was an excess of
664: 5      deaths, but they weren't related to cardiovascular
664: 6      events, and they were in a variety of other causes

*(handwritten right margin: Overruled)*

*(handwritten bottom left: TI - agree - ask for delay because there is change in lawyers & need this question & to setup)*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*repetitive*

| | | |
|---|---|---|
| 664: 7 | | in the Alzheimer's -- in the Vioxx arm of the study. |
| 664: 8 | | That's what I knew about them. |
| 664: 9 | Q. | Did you, sir, learn for the first |
| 664: 10 | | time when Mr. Buchanan questioned you today that |
| 664: 11 | | there was a statistically significant increase in |
| 664: 12 | | the deaths of the Alzheimer's patients? Yes or no? |

| 448 | 664:15 -665:3 | Scolnick, Edward M., M.D. 2005    00:00:38 03:39:02 00:51:39 |
|---|---|---|
| | 664: 15 | THE WITNESS: In 078, yes, that was |
| | 664: 16 | the first time that I learned that, and the first |
| | 664: 17 | time I learned more of the data as opposed to what I |
| | 664: 18 | had been told about 091. |
| | 664: 19 | BY MR. KLINE: |
| | 664: 20 Q. | So, you have in your knowledge bank |
| | 664: 21 | as you sit here today the VIGOR data, which has the |
| | 664: 22 | four times or five times greater heart attack risk; |
| | 664: 23 | the APPROVe data, which has twice the number of |
| | 664: 24 | thrombotic events; you have the Alzheimer's data, |
| | 664: 25 | which shows you have three times the deaths |
| | 665: 1 | increased risk, all statistically significant. You |
| | 665: 2 | have that in your armamentarium as you sit here |
| | 665: 3 | today; correct, sir? |

*π — CV risks 'known', failure to warn argumentative, repetitive, sarcastic tone — this*

*Overruled*

| 449 | 665:6 -665:14 | Scolnick, Edward M., M.D. 2005    00:00:20 03:39:40 00:51:01 |
|---|---|---|
| | 665: 6 | THE WITNESS: I recognize the facts |
| | 665: 7 | you are telling me. I acknowledge your statement. |
| | 665: 8 | I wouldn't have aggregated them that way, in my own |
| | 665: 9 | thinking. |
| | 665: 10 | BY MR. KLINE: |
| | 665: 11 Q. | Whether you would have aggregated |
| | 665: 12 | them that way or not, the fact of the matter is that |
| | 665: 13 | those are some of the cold hard facts about Vioxx; |
| | 665: 14 | correct, sir? |

*topic has been covered at length*

| 450 | 665:16 -665:17 | Scolnick, Edward M., M.D. 2005    00:00:02 03:40:00 00:50:41 |
|---|---|---|
| | 665: 16 | THE WITNESS: They are facts about |
| | 665: 17 | Vioxx. |

| 451 | 699:25 -700:9 | Scolnick, Edward M., M.D. 2005    00:00:25 03:40:02 00:50:39 |
|---|---|---|
| | 699: 25 Q. | Okay. I want to start with you a |
| | 700: 1 | section on the labeling of the drug and the |
| | 700: 2 | progression of the labels of the drug. You were |
| | 700: 3 | intimately involved in that process; correct, sir? |
| | 700: 4 A. | I certainly knew what was going on, |
| | 700: 5 | yes. |
| | 700: 6 Q. | When the drug was first brought on |
| | 700: 7 | the market, it had a standard NSAID GI warning: |
| | 700: 8 | correct? |

700: 9 A. I believe that's correct.

---

452 **702:21-703:9** Scolnick, Edward M., M.D. 2005 00:01:14 03:40:27 00:50:14

702: 21 Now, here we have a label which
702: 22 appears to me anyway to be Merck's proposal to the
702: 23 FDA post-VIGOR. Am I correct that that's what this
702: 24 document represents, Exhibit 39, sir?
702: 25 A. What's the date of this?
703: 1 Q. It says, "Original Label Submission."
703: 2 I'm working with documents that were produced by
703: 3 Merck, so, I can tell you Bates Numbers and I can
703: 4 tell you what it says, and it says "Original Label
703: 5 Submission for VIGOR."
703: 6 A. Well, if that's what it says, I
703: 7 assume it is the original submission for VIGOR. The
703: 8 VIGOR study is referenced in this label, so, that's
703: 9 probably what it is.

---

453 **703:17-704:1** Scolnick, Edward M., M.D. 2005 00:00:32 03:41:41 00:49:00

703: 17 If you'll look at Page 12 of the
703: 18 document.
703: 19 A. Yes.
703: 20 Q. You say here, this appears to me in
703: 21 my reading of the document -- let me step back.
703: 22 There's no cardiovascular warning
703: 23 that's given on the drug relative to risks of
703: 24 cardiovascular events or increase of risk of
703: 25 cardiovascular events as was proven in the VIGOR
704: 1 study; correct, sir?

---

454 **704:6-704:9** Scolnick, Edward M., M.D. 2005 00:00:09 03:42:13 00:48:28

704: 6 THE WITNESS: The VIGOR study, as I
704: 7 told you, we did not believe indicated Vioxx
704: 8 increased CV events and, therefore, there was no
704: 9 warning in this label. That is correct.

---

455 **704:17-704:18** Scolnick, Edward M., M.D. 2005 00:00:07 03:42:22 00:48:19

602 – lack of personal knowledge; speculation

704: 17 Q. When the FDA got this proposal, was
704: 18 that their view of the data?

TT Overruled

---

456 **704:25-705:13** Scolnick, Edward M., M.D. 2005 00:00:42 03:42:29 00:48:12

704: 25 THE WITNESS: The data was presented
705: 1 in an Advisory Committee. That was their view of
705: 2 the data. It was Merck's view of the data. And the
705: 3 FDA chose, I think in their first resubmission to
705: 4 us, to take a different interpretation, yes.
705: 5 BY MR. KLINE:
705: 6 Q. They did. — sidebar
705: 7 Did they suggest that there be a

TT – Adv. Comm. suggests CV warning in Vioxx label; he admits they did

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

| | | |
|---|---|---|
| | 705: 8 | warning on the drug, sir, based on the VIGOR data? |
| | 705: 9 | A.    Yes, they did. |
| | 705: 10 | Q.    And did Merck say, certainly we're |
| | 705: 11 | interested in public safety, and a warning would be |
| | 705: 12 | a good idea on a drug where there might be a |
| | 705: 13 | problem?  Is that what Merck said, sir? |

| | | |
|---|---|---|
| 457 | **705:16 -705:19** | Scolnick, Edward M., M.D. 2005    00:00:07  03:43:11  00:47:30 |
| | 705: 16 | THE WITNESS:  Merck did not believe |
| | 705: 17 | there was a cardiovascular risk associated with |
| | 705: 18 | Vioxx, and as this warning indicates, there is |
| | 705: 19 | cardiovascular risk, we objected to that label. |

| | | |
|---|---|---|
| 458 | **767:13 -767:24** | Scolnick, Edward 2005-06-01    00:00:34  03:43:18  00:47:23 |
| | 767: 13 | Q:  Well, do you know, I can only ask you |
| | 767: 14 | what you know today, do you know of any label change |
| | 767: 15 | that was made between March of 2000 and April of |
| | 767: 16 | 2002 reporting the VIGOR results in a label to the |
| | 767: 17 | prescribing physicians of this country and around |
| | 767: 18 | the world? |
| | 767: 19 | A:  No, I do not. |
| | 767: 20 | Q:  So, prescribing physicians who were |
| | 767: 21 | going by the label of your drug between March of |
| | 767: 22 | 2000 and April of 2002, they're just looking at the |
| | 767: 23 | label, they wouldn't know anything about the VIGOR |
| | 767: 24 | results; correct? |

| | | |
|---|---|---|
| 459 | **768:2 -768:5** | Scolnick, Edward 2005-06-01    00:00:02  03:43:52  00:46:49 |
| | 768: 2 | THE WITNESS:  If they were looking |
| | 768: 3 | only at the label? |
| | 768: 4 | BY MR. KLINE: |
| | 768: 5 | Q:  Yes. |

| | | |
|---|---|---|
| 460 | **768:7 -768:14** | Scolnick, Edward 2005-06-01    00:00:27  03:43:54  00:46:47 |
| | 768: 7 | THE WITNESS:  I don't know what they |
| | 768: 8 | would be thinking. The label was not changed on |
| | 768: 9 | VIGOR until, as you pointed out, April 2002. |
| | 768: 10 | BY MR. KLINE: |
| | 768: 11 | Q:  There is an obligation by a |
| | 768: 12 | responsible pharmaceutical company to keep the label |
| | 768: 13 | both clear and accurate and to timely update it; |
| | 768: 14 | correct? |

*[Handwritten margin note, left:] TT — he is Pres. of Merck Research labs — he knows 701, 602 — duty foundation, personal knowledge re label*

*[Handwritten margin note, right:] Overruled*

| | | |
|---|---|---|
| 461 | **768:16 -768:16** | Scolnick, Edward 2005-06-01    00:00:05  03:44:21  00:46:20 |
| | 768: 16 | THE WITNESS:  Yes. |

| | | |
|---|---|---|
| 462 | **1138:3 -1138:8** | Scolnick, Edward 2005-08-16    00:00:24  03:44:26  00:46:15 |
| | 1138: 3 | Q:  You said in writing, sir, in an |
| | 1138: 4 | e-mail that for Vioxx, the CV outcomes study is the |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*incomplete;*
*post-injury*
*(relevance)*

| | 1138: 5 | only essential study, and you were saying that as of |
| | 1138: 6 | September 17, 2001, long after the VIGOR results |
| | 1138: 7 | were known; correct? |
| | 1138: 8 | A:  That is correct. ~~And a study to get~~ |

*π - agree to remove*

463   **1141:14 - 1141:21**   Scolnick, Edward 2005-08-16      00:00:27  03:44:50  00:45:51

1141: 14   Q:  Let me try to break this inquiry down
1141: 15   in a couple of short questions.
1141: 16   Did you consider at any point doing a
1141: 17   CV primary endpoint outcomes study?
1141: 18   A:  I think the laboratories considered
1141: 19   several possible designs for such a study.
1141: 20   Q:  You believed that such a study would
1141: 21   be appropriate; correct?

464   **1141:24 - 1142:4**   Scolnick, Edward 2005-08-16      00:00:18  03:45:17  00:45:24

1141: 24   THE WITNESS:  I thought such a study
1141: 25   would be desirable, yes.
1142: 1   BY MR. KLINE:
1142: 2   Q:  And such a study, a primary endpoint
1142: 3   cardiovascular study was never done; correct?
1142: 4   A:  That's correct. A different design

*Completeness: 1142:5-6*

465   **1143:5 - 1143:7**   Scolnick, Edward 2005-08-16      00:00:10  03:45:35  00:45:06

*foundation;*
*Post - INJURY*
*(relevance)*

1143: 5   Now, one of the considerations in not
1143: 6   doing the CV outcomes study that you thought was, to
1143: 7   use your words, desirable, was cost; correct?

466   **1143:10 - 1144:2**   Scolnick, Edward 2005-08-16      00:01:03  03:45:45  00:44:56

*Post - INJURY*
*(relevance)*

*π - discussions re*
*CV study were had*
*before drug ever sold;*
*failure to warn;*
*Negligence - failure*
*to do study*

1143: 10   THE WITNESS:  I don't recall that. I
1143: 11   recall the logic to the study, of the so-called
1143: 12   VALOR study. I don't recall cost being a primary
1143: 13   factor in whatever design was brought forward.
1143: 14   MR. KLINE:  I see.
1143: 15   So, let's mark as the next exhibit
1143: 16   something which may refresh your recollection, if
1143: 17   you had ever seen this.
1143: 18   - - -
1143: 19   (Whereupon, Deposition Exhibit
1143: 20   Scolnick-54, E-mails, 10-9-01,
1143: 21   MRK-NJ0030204, was marked for
1143: 22   identification.)
1143: 23   - - -
1143: 24   BY MR. KLINE:
1143: 25   Q:  When you say that cost was never a
1144: 1   factor, let me show you an e-mail dated 10/9/2001
1144: 2   from Briggs Morrison. Who is Briggs Morrison?

*Sustained*

467   **1144:3 - 1144:19**   Scolnick, Edward 2005-08-16      00:00:49  03:46:48  00:43:53

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1144: 3    A:  Briggs Morrison was a member of the
1144: 4    clinical research group.
1144: 5    Q:  Who reported to you?
1144: 6    A:  He did not report directly to me, no.
1144: 7    Q:  He reported indirectly to you;
1144: 8    correct?
1144: 9    A:  He reported to whoever he reported to
1144: 10   in clinical research. I don't recall.
1144: 11   Q:  Who was Deborah Wolf?
1144: 12   A:  I don't recall.
1144: 13   Q:  And the subject of an e-mail that's
1144: 14   below is from Ann Altmeyer. Who is Ann Altmeyer?
1144: 15   A:  I don't know.
1144: 16   Q:  The subject is, 'CV outcome Total
1144: 17   Cost.'
1144: 18   What's the next two words there, sir?
1144: 19   A:  'Still HIGH.'

*Sustained*

---

468    **1155:1 -1155:15** Scolnick, Edward 2005-08-16        00:00:45  03:47:37  00:43:04

1155: 1    Q:  What was the reason for -- you could
1155: 2    have gotten the GI outcomes study underway in 1997
1155: 3    if you had so chosen; correct?
1155: 4    A:  It could have been done.
1155: 5    Q:  You didn't start it until a year and
1155: 6    a half later; correct?
1155: 7    A:  I think the time frames are
1155: 8    approximately correct.
1155: 9    Q:  The GI outcomes study could have been
1155: 10   completed had you so chosen before you marketed the
1155: 11   drug; correct?
1155: 12   A:  Conceivably.
1155: 13   Q:  You could have fully tested the drug
1155: 14   with a cardiovascular predetermined endpoint had you
1155: 15   so chosen; correct?

π – failure to warn
Argumentative

*Overruled*

---

469    **1155:17 -1155:18** Scolnick, Edward 2005-08-16        00:00:03  03:48:22  00:42:19

1155: 17   THE WITNESS:  We felt there was no
1155: 18   reason to do such a study before that.

---

470    **1213:1 -1213:8** Scolnick, Edward 2005-08-16        00:00:19  03:48:25  00:42:16

1213: 1    Q:  The basic concept, though -- you
1213: 2    correct me if I'm wrong. The basic concept of the
1213: 3    naproxen theory was you have some other NSAID, you
1213: 4    didn't have any data on naproxen itself, there's no
1213: 5    clinical trial on naproxen that you looked at;
1213: 6    correct? None?
1213: 7    A:  There's no clinical trial on

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1213: 8    naproxen, that's correct.

| 471 | 1231:9 -1231:12 | Scolnick, Edward 2005-08-16 | 00:00:10 03:48:44 00:41:57 |

1231: 9     Q:  We spent some time today in your
1231: 10    direct testimony hearing about the hypothesis that
1231: 11    you were concerned about in March of 2000. Do you
1231: 12    recall that testimony?

*misstates prior testimony*

| 472 | 1231:14 -1232:7 | Scolnick, Edward 2005-08-16 | 00:00:39 03:48:54 00:41:47 |

1231: 14    THE WITNESS:  The naproxen
1231: 15    hypothesis?
1231: 16    BY MR. BUCHANAN:
1231: 17    Q:  No. Excuse me, the FitzGerald
1231: 18    hypothesis. Do you recall talking about that today?
1231: 19    A:  Yes.
1231: 20    Q:  In fact, you had more than just a
1231: 21    hypothesis preapproval for Vioxx, that Vioxx had
1231: 22    caused cardiovascular events, didn't you?
1231: 23    A:  Not to my recollection.
1231: 24    Q:  In fact, it was known all the way
1231: 25    back in 1996 that Vioxx could cause serious
1232: 1     cardiovascular adverse events, isn't that true?
1232: 2     A:  I don't know to what you're referring
1232: 3     to, so, I can't answer the question.
1232: 4     Q:  Nobody ever discussed that with you
1232: 5     in any of your preapproval trials, that Vioxx was
1232: 6     capable of causing serious cardiovascular adverse
1232: 7     events because it selectively inhibited COX-2?

*No foundation; lacks personal knowledge*

*π - being asked questions as Pres. of MRL*

| 473 | 1232:9 -1233:19 | Scolnick, Edward 2005-08-16 | 00:01:14 03:49:33 00:41:08 |

1232: 9     THE WITNESS:  I don't recall what
1232: 10    you're talking about.
1232: 11    BY MR. BUCHANAN:
1232: 12    Q:  You, sir, were on the Vioxx project
1232: 13    team, weren't you?
1232: 14    A:  I probably was copied on the project
1232: 15    team minutes. I don't think I was actually on the
1232: 16    project team.
1232: 17    Q:  You got copies of the minutes of the
1232: 18    project team?
1232: 19    A:  Most likely. I don't know whether I
1232: 20    got a copy of all the minutes for all the meetings.
1232: 21    Q:  Did you attend the meetings?
1232: 22    A:  I don't recall.
1232: 23    Q:  This was a pretty important project
1232: 24    back in 1996 for Merck, wasn't it?
1232: 25    A:  Yes, it was.

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1233: 1   Q: You had a whole bunch of folks

1233: 2   working on the team?

1233: 3   A: It was a large project.

1233: 4   Q: Okay. Did you ever attend any

1233: 5   project teams, any project team meetings?

1233: 6   A: On Vioxx?

1233: 7   Q: Yes.

1233: 8   A: I chaired meetings where material was

1233: 9   discussed. I don't remember whether I actually

1233: 10   attended working project team meetings.

1233: 11   Q: Well, I've seen in some of your

1233: 12   testimony, I can't remember whether it was on direct

1233: 13   or not, that Merck actually developed drugs through

1233: 14   project teams. Is that true?

1233: 15   A: Yes.

1233: 16   Q: Did the same with Vioxx; right?

1233: 17   A: Yes.

1233: 18   Q: And you actually attended some of

1233: 19   those project teams?

---

474   **1233:24 -1234:20**  Scolnick, Edward 2005-08-16   00:00:46  03:50:47  00:39:54

1233: 24   A: I can't recall that. I can't answer

1233: 25   your question.

1234: 1   *(Yes.)*

1234: 2   (Whereupon, Deposition Exhibit

1234: 3   Scolnick-62, Memo 9-12-96, 'MK-966

1234: 4   (L-748,731, COX-2)  Project Team Minutes

1234: 5   - September 4, 1996,' MRK-NJ0000862 -

1234: 6   MRK-NJ0000869, was marked for

1234: 7   identification.)

1234: 8   - - -

1234: 9   BY MR. BUCHANAN:

1234: 10   Q: Let me pass you over the draft

1234: 11   minutes to the September 4, 1996 Vioxx project team

1234: 12   meeting.

1234: 13   (Handing over document.)

1234: 14   Sir, I'm going to direct your

1234: 15   attention to Page 6 of 8. It's Bates numbered

1234: 16   MRK-NJ0000867. For the record, we're looking at

1234: 17   Vioxx Project Team Minutes, September 4, 1996. It's

1234: 18   directed to 'MK-966(COX-2) Project Team Members'

1234: 19   from Terri Randall. Who is Terri Randall, sir?

1234: 20   A: I don't know.

---

475   **1235:3 -1238:5**  Scolnick, Edward 2005-08-16   00:02:46  03:51:33  00:39:08

1235: 3   Q: Do you see Page 6 of 8?

1235: 4   A: Yes, I do.

*Handwritten annotations:*

- CUMULATIVE (went over it)
- Lack of FOUNDATION (witness never saw document; does not know what it means); irrelevant

→ 1234:2 - 12:45:4

Π — this document in 1996 states they "expect" to see increased CV risk with a COX2 knowledge; Notice; failure to perform necessary studies; he is a scientist and understands the memo

See 1236:17-18 ON NEXT page

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES



1235: 5   Q:  Do you see the heading 'Rheumatoid
1235: 6   Arthritis Studies'?
1235: 7   A:  Yes.
1235: 8   Q:  Subsection E. 'Phase IIa Pilot RA
1235: 9   Enrollment Extension.' Do you see that? Do you see
1235: 10  that heading?
1235: 11  A:  Yes. Yes, I do.
1235: 12  Q:  What's Phase IIa mean?
1235: 13  A:  Phase IIa is early tests in a series
1235: 14  of stages for clinical trials.
1235: 15  Q:  I'll read the next sentence.
1235: 16  'Another SAE of unstable angina was reported in
1235: 17  extension to RA study.' Do you see that?
1235: 18  A:  I do.
1235: 19  Q:  What's an SAE?
1235: 20  A:  Serious adverse experience.
1235: 21  Q:  What's unstable angina, sir?
1235: 22  A:  It's chest pain related to
1235: 23  insufficiency of blood for the heart.
1235: 24  Q:  Some people call it an MI light;
1235: 25  right?
1236: 1   A:  It is unstable angina. That's the
1236: 2   term for it.
1236: 3   Q:  A near heart attack?
1236: 4   A:  Premonitory to a potential heart
1236: 5   attack.
1236: 6   Q:  Excuse me, sir, what word was that?
1236: 7   A:  Premonitory to a potential heart
1236: 8   attack.
1236: 9   Q:  Precursor to a heart attack?
1236: 10  A:  Could be.
1236: 11  Q:  Same general mechanism, ischemia, is
1236: 12  the cause of unstable angina?
1236: 13  A:  I don't know whether it is exactly
1236: 14  the same mechanism. I can't answer that. I don't
1236: 15  remember the physiology.
1236: 16  Q:  Let's read the next sentence.
1236: 17  'Vascular AEs are expected since COX-1 is not
1236: 18  uninhibited.' And I think it says 'As with NSAIDs.'
1236: 19  Do you see that?
1236: 20  A:  I do.
1236: 21  MR. PERSCHETZ:  Are you referring to
1236: 22  the part that's crossed out?
1236: 23  MR. BUCHANAN:  I'm referring to the
1236: 24  part under 'Please see Attachment 1.'
1236: 25  MR. PERSCHETZ:  Which is crossed out?

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1237: 1    MR. BUCHANAN:  We can stop there.
1237: 2    I'm happy to stop before that.
1237: 3    BY MR. BUCHANAN:
1237: 4    Q:  Sir, do you see the section that says
1237: 5    'Vascular AEs are expected since COX-1 is not
1237: 6    inhibited'?
1237: 7    A:  Yes, I do.
1237: 8    Q:  This is 1996; right?
1237: 9    A:  This memo is 1996.
1237: 10   Q:  When did FitzGerald come up with his
1237: 11   so-called prostacyclin hypothesis, sir?
1237: 12   A:  I don't remember the exact year.
1237: 13   '96/'97. I don't remember, '98. I don't remember
1237: 14   when he first told Merck about his findings with
1237: 15   Celebrex.
1237: 16   Q:  Well, you first brought it to your
1237: 17   Board of Scientific Advisors in 1998; right?
1237: 18   A:  I don't recall the date we first
1237: 19   brought it to our board of scientific counselors.
1237: 20   Q:  Well, sir, this is before Garret
1237: 21   FitzGerald had discovered the prostacyclin
1237: 22   metabolite issue, isn't that true?
1237: 23   A:  I don't know.
1237: 24   Q:  Well, this is a different issue,
1237: 25   isn't it?
1238: 1    A:  Yes, it is. It's at a very high dose
1238: 2    of Vioxx before we knew the dose.
1238: 3    Q:  Are you saying then that the serious
1238: 4    adverse events are expected with Vioxx at higher
1238: 5    doses? Is that your testimony, sir?

476    **1238:7 -1238:23** Scolnick, Edward 2005-08-16    00:00:52  03:54:19  00:36:22

1238: 7    THE WITNESS:  No. It is -- the point
1238: 8    is that we well know that -- we know that Vioxx
1238: 9    affects salt, water and blood pressure via the
1238: 10   kidney. These doses are so much higher than usual
1238: 11   clinical doses. Once we knew them and once we knew
1238: 12   more about the drug, I wouldn't be surprised if some
1238: 13   patients with these doses retained fluid or elevated
1238: 14   their blood pressure, which stressed their heart.
1238: 15   BY MR. BUCHANAN:
1238: 16   Q:  Is that what this is saying, sir?
1238: 17   A:  It is not what it is saying, but I
1238: 18   don't know why this was written, and to my
1238: 19   knowledge, I never saw this note.
1238: 20   Q:  To be clear, nobody told you back in



π same response w 2 pages back.)
Also prostacyclin hypothesis in evidence)

Witness never saw this document, does not know what it means (foundation)

Overruled