**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | |
|---|---|---|
| | 1238: 21 | 1996 at the commencement of the Phase III studies |
| | 1238: 22 | for Vioxx that vascular AEs were expected because |
| | 1238: 23 | COX-1 was not inhibited? No one told you that? |

| 477 | 1238:25 -1239:4 | Scolnick, Edward 2005-08-16       00:00:05 03:55:11 00:35:30 |
|---|---|---|
| | 1238: 25 | THE WITNESS: To the best of my |
| | 1239: 1 | knowledge, nobody told me that. |
| | 1239: 2 | BY MR. BUCHANAN: |
| | 1239: 3 | Q: And nobody gave you a copy of these |
| | 1239: 4 | minutes? |

| 478 | 1239:6 -1239:10 | Scolnick, Edward 2005-08-16       00:00:06 03:55:16 00:35:25 |
|---|---|---|
| | 1239: 6 | THE WITNESS: I don't recall ever |
| | 1239: 7 | having seen these minutes. |
| | 1239: 8 | BY MR. BUCHANAN: |
| | 1239: 9 | Q: Nobody told you about what happened |
| | 1239: 10 | in September of 1996 with the Vioxx project team? |

| 479 | 1239:12 -1239:16 | Scolnick, Edward 2005-08-16       00:00:09 03:55:22 00:35:19 |
|---|---|---|
| | 1239: 12 | THE WITNESS: I never heard about |
| | 1239: 13 | this to the very best of my knowledge. |
| | 1239: 14 | BY MR. BUCHANAN: |
| | 1239: 15 | Q: This was what you were concerned |
| | 1239: 16 | about in March of 2000, sir, isn't it? |

| 480 | 1239:18 -1240:7 | Scolnick, Edward 2005-08-16       00:00:31 03:55:31 00:35:10 |
|---|---|---|
| | 1239: 18 | THE WITNESS: This is a very high |
| | 1239: 19 | dose of Vioxx. I don't know what relationship this |
| | 1239: 20 | has to the actual results of the VIGOR trial. |
| | 1239: 21 | This -- |
| | 1239: 22 | BY MR. BUCHANAN: |
| | 1239: 23 | Q: You'll agree -- |
| | 1239: 24 | A: This is an enormous dose of Vioxx |
| | 1239: 25 | before we knew what the doses were. |
| | 1240: 1 | Q: How big? |
| | 1240: 2 | A: 125 milligrams. |
| | 1240: 3 | Q: 125 milligrams. Well, people |
| | 1240: 4 | metabolize Vioxx differently, don't they? |
| | 1240: 5 | A: I'm sure they do, but |
| | 1240: 6 | pharmacokinetics I doubt would show there's a |
| | 1240: 7 | five-fold increase in blood levels in -- |

| 481 | 1240:12 -1240:12 | Scolnick, Edward 2005-08-16       00:00:01 03:56:02 00:34:39 |
|---|---|---|
| | 1240: 12 | Q: How about a 70-year-old person? |

| 482 | 1240:16 -1240:22 | Scolnick, Edward 2005-08-16       00:00:14 03:56:03 00:34:38 |
|---|---|---|
| | 1240: 16 | THE WITNESS: I can't answer your |
| | 1240: 17 | question. I don't know. I'd have to see data. |
| | 1240: 18 | BY MR. BUCHANAN: |

Π - same

1240: 19   Q:  Are you telling me, sir, then, that
1240: 20   this toxicity that's highlighted here, serious SAEs
1240: 21   of unstable angina, is a dose effect of Vioxx? Is
1240: 22   that your answer?

---

**483   1241:4 -1241:12  Scolnick, Edward 2005-08-16      00:00:23  03:56:17  00:34:24**

1241: 4   Q:  Is that your answer, sir?
1241: 5   A:  I'm saying that it is very possible
1241: 6   that at this high dose of Vioxx, the effects are
1241: 7   mediated by the effects on blood pressure and fluid
1241: 8   retention. That's what I'm saying.
1241: 9   Q:  So, what you're saying here is that
1241: 10  it's blood pressure and edema that's associated with
1241: 11  the unstable angina reported in this Phase II RA
1241: 12  trial? Is that what you are saying?

---

**484   1241:16 -1242:12  Scolnick, Edward 2005-08-16      00:00:52  03:56:40  00:34:01**

1241: 16  THE WITNESS:  What I'm saying, which
1241: 17  is what I told you, is that it is eminently possible
1241: 18  that that's the cause of this SAE or, in fact, that
1241: 19  it's happenstance because you can't tell unless
1241: 20  there is a lot of controls done in the trial.
1241: 21  BY MR. BUCHANAN:
1241: 22  Q:  Is that the mechanism through which
1241: 23  Vioxx -- withdrawn.
1241: 24  Is it the selective nature of Vioxx
1241: 25  that causes the increase in blood pressure and
1242: 1   edema, sir?
1242: 2   A:  To my knowledge, all nonsteroidals,
1242: 3   whether they are selective or not, at high enough
1242: 4   doses will increase blood pressure and edema and
1242: 5   cause fluid retention in some percentage of
1242: 6   patients.
1242: 7   Q:  Well, then, I'm confused, sir. Can
1242: 8   you explain to me then in this paragraph when it
1242: 9   says serious 'vascular AEs are expected' because
1242: 10  'COX-1 is not inhibited,' how does that focus on the
1242: 11  unique blood pressure or edema effects associated
1242: 12  with Vioxx?

---

**485   1242:16 -1242:21  Scolnick, Edward 2005-08-16      00:00:16  03:57:32  00:33:09**

1242: 16  THE WITNESS:  I don't know what the
1242: 17  person who authored this note was thinking about,
1242: 18  knew about scientifically, thought about before they
1242: 19  wrote the note, so, I can't answer your question.
1242: 20  BY MR. BUCHANAN:
1242: 21  Q:  But we know nobody told you about it?

---

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

486   1242:23 - 1243:7   Scolnick, Edward 2005-08-16      00:00:26 03:57:48 00:32:53

1242: 23   THE WITNESS: I don't recall ever
1242: 24   having seen this or have been told about it.
1242: 25   BY MR. BUCHANAN:
1243: 1    Q: So, are you telling people who are
1243: 2    watching this tape at some point in the future that
1243: 3    serious adverse events in the cardiovascular system,
1243: 4    unstable angina, were discovered in Phase IIa
1243: 5    trials, they were expected because COX-1 was not
1243: 6    inhibited, and that never came to the president of
1243: 7    Merck Research Labs' attention?

487   1243:14 - 1243:24   Scolnick, Edward 2005-08-16      00:00:31 03:58:14 00:32:27

1243: 14   Q: Is that what you are stating?
1243: 15   A: I'm saying that this note never came
1243: 16   to my attention nor the facts in the note, and I've
1243: 17   told you that.
1243: 18   Q: So, this wasn't one of the things you
1243: 19   were concerned about then on March 9 of 2000?
1243: 20   A: No. To the very, extraordinary best
1243: 21   of my knowledge, I've never seen this note before.
1243: 22   MR. BUCHANAN: Let's mark this as the
1243: 23   next exhibit, sir, 63. I only have one copy. It's
1243: 24   the MK-966 COX-2 distribution list.

*TT - Same* (handwritten)

488   1244:8 - 1245:23   Scolnick, Edward 2005-08-16      00:01:11 03:58:45 00:31:56

1244: 8    (Whereupon, Deposition Exhibit
1244: 9    Scolnick-63, 'MK-966 (COX2)  Distribution
1244: 10   List,' MRK-NJ0000717 - MRK-NJ0000718,
1244: 11   was marked for identification.)
1244: 12   - - -
1244: 13   BY MR. BUCHANAN:
1244: 14   Q: MK-966, that's Vioxx?
1244: 15   A: Uh-huh.
1244: 16   Q: And the prior exhibit, those were
1244: 17   MK-966 project team minutes?
1244: 18   A: Yes.
1244: 19   Q: Do you see your name on those?
1244: 20   A: I'm copied on the minutes, yes.
1244: 21   Q: Was it your practice to look at
1244: 22   minutes of project team meetings for projects you
1244: 23   were focused on?
1244: 24   A: Sometimes.
1244: 25   Q: And this was a project you were
1245: 1    focused on; right?
1245: 2    A: I was interested in this project. I
1245: 3    do not recall seeing this note.

*TT - Scolnick*
*Copied on*
*these minutes*
*Knowledge/Notice*
*he was on the*
*project* (handwritten)

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

*[handwritten margin note: LACKS FOUNDATION – never saw this document]*

1245: 4    Q: Let's go to 64.
1245: 5    - - -
1245: 6    (Whereupon, Deposition Exhibit
1245: 7    Scolnick-64, 'Research Management
1245: 8    Committee No. 96-10 - Blue Bell,'
1245: 9    10-10-96, MRK-ABC0048699 -
1245: 10   MRK-ABC0048706, was marked for
1245: 11   identification.)
1245: 12   - - -
1245: 13   BY MR. KLINE:
1245: 14   Q: I'm passing you what we have marked
1245: 15   as Exhibit 64 to your deposition. It is a document
1245: 16   entitled 'Research Management Committee Number 96-10
1245: 17   - Blue Bell.' That's Blue Bell, Pennsylvania?
1245: 18   A: Yes.
1245: 19   Q: October 10, 1996. For the record, it
1245: 20   is Bates stamped MRK-ABC0048699 through 48706.
1245: 21   Sir, do you see the last page of the
1245: 22   document?
1245: 23   A: Yes, I do.

---

489    **1246:9 -1247:17**    Scolnick, Edward 2005-08-16        00:01:16  03:59:56  00:30:45

*[handwritten margin note: TF President of MRL; Notice/Knowledge; CV Risks; Failure to warn]*

1246: 9    Q: Under 'MK-966 Update,' again, that's
1246: 10   the Vioxx update?
1246: 11   A: Yes.
1246: 12   Q: Okay.
1246: 13   See the second paragraph there?
1246: 14   A: Yes.
1246: 15   Q: It says, 'Adverse events of most
1246: 16   concern were in the cardiovascular system (e.g., MI,
1246: 17   unstable angina, rapid fall in hemoglobin and
1246: 18   hematocrit in some subjects, and a small increase in
1246: 19   blood pressure).'  Do you see that?
1246: 20   A: Yes, I do.
1246: 21   Q: MI, those are heart attacks; right?
1246: 22   A: Yes.
1246: 23   Q: This is, again, before Garret
1246: 24   FitzGerald's prostacyclin theory ever came to your
1246: 25   attention; right?
1247: 1    A: I believe that's true.
1247: 2    Q: As a general matter, sir, were you
1247: 3    copied on the research management committee
1247: 4    meetings -- excuse me, meeting minutes?
1247: 5    A: Yes.
1247: 6    Q: Do you remember reviewing this?
1247: 7    A: I don't recall. It's almost a decade

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

|  |  |  |
|---|---|---|
|  | 1247: 8 | ago. I don't recall. |
|  | 1247: 9 | Q:  We can agree, though, coming out of |
|  | 1247: 10 | this study, I understand it is an RA study, not an |
|  | 1247: 11 | osteoarthritis study; right? |
|  | 1247: 12 | A:  I would have to read it. It is a |
|  | 1247: 13 | Phase II RA trial. |
|  | 1247: 14 | Q:  'Adverse events of most concern.' |
|  | 1247: 15 | You said back in, what, March of 2000, in your prior |
|  | 1247: 16 | testimony, you said you were concerned about CV |
|  | 1247: 17 | events prior to March 9 of 2000; right? |

| 490 | 1247:19 - 1247:20 | Scolnick, Edward 2005-08-16      00:00:02 04:01:12  00:29:29 |
|---|---|---|
|  | 1247: 19 | THE WITNESS:  The e-mail I wrote says |
|  | 1247: 20 | that. That is correct. |

| 491 | 1248:20 - 1250:9 | Scolnick, Edward 2005-08-16      00:01:17 04:01:14  00:29:27 |
|---|---|---|
|  | 1248: 20 | Q:  Well, do you see that last sentence, |
|  | 1248: 21 | 'We plan to evaluate MK-966 in a study where |
|  | 1248: 22 | subjects are also given low-dose aspirin,' do you |
|  | 1248: 23 | see that? |
|  | 1248: 24 | A:  Ah -- |
|  | 1248: 25 | Q:  Last sentence under the paragraph |
|  | 1249: 1 | beginning 'Adverse events of most concern.' |
|  | 1249: 2 | A:  Yes, I see that. |
|  | 1249: 3 | Q:  When did you do that? |
|  | 1249: 4 | A:  I don't know when that was first |
|  | 1249: 5 | done. |
|  | 1249: 6 | Q:  Did you ever do that prior to when |
|  | 1249: 7 | the drug was approved? |
|  | 1249: 8 | MR. PERSCHETZ:  'You' is who in that |
|  | 1249: 9 | question? |
|  | 1249: 10 | MR. BUCHANAN:  'You' is Merck. |
|  | 1249: 11 | BY MR. BUCHANAN: |
|  | 1249: 12 | Q:  Did Merck Research Labs or Merck ever |
|  | 1249: 13 | do a study to evaluate adverse events of most |
|  | 1249: 14 | concern, heart attacks and unstable angina, prior to |
|  | 1249: 15 | approval, where they gave people aspirin? |
|  | 1249: 16 | A:  I'm not aware that that study was |
|  | 1249: 17 | done. |
|  | 1249: 18 | Q:  Why didn't you do it? |
|  | 1249: 19 | A:  I'm unaware of this data, I don't |
|  | 1249: 20 | know why, and so the suggestion never came up, and |
|  | 1249: 21 | so I can't answer your question. |
|  | 1249: 22 | Q:  Did you ever do it? |
|  | 1249: 23 | A:  Did we evaluate Vioxx in the presence |
|  | 1249: 24 | of aspirin? |
|  | 1249: 25 | Q:  Yes. |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1250: 1   A: Yes, we did endoscopy studies with
1250: 2   that.
1250: 3   Q: When?
1250: 4   A: After the VIGOR trial.
1250: 5   Q: You did it after approval; right?
1250: 6   A: Yes.
1250: 7   Q: Prior to approval, you didn't let
1250: 8   people take aspirin in your endoscopy studies, did
1250: 9   you?

---

492   **1250:11 -1250:18** Scolnick, Edward 2005-08-16        00:00:10 04:02:31 00:28:10

1250: 11   THE WITNESS: No. Because we thought
1250: 12   aspirin would cloud the results of the endoscopy
1250: 13   studies --
1250: 14   BY MR. BUCHANAN:
1250: 15   Q: It was worse --
1250: 16   A: -- because aspirin is gastric
1250: 17   irritative.
1250: 18   Q: It's actually worse than that, right?

*argumentative*

---

493   **1250:22 -1250:2** Scolnick, Edward 2005-08-16        00:00:05 04:02:41 00:28:00

*TT - agree to talk out*

1250: 22   THE WITNESS: I don't know what you
1250: 23   mean by 'worse than that.'
1250: 24   BY MR. BUCHANAN:
1250: 25   Q: You didn't want to give people
1251: 1   aspirin because you knew it would eliminate the GI
1251: 2   benefit to the drug?

---

494   **1251:4 -1251:23** Scolnick, Edward 2005-08-16        00:00:40 04:02:46 00:27:55

1251: 4   THE WITNESS: We did not think --
1251: 5   certainly I didn't think that it would eliminate the
1251: 6   complete GI benefit of the drug. It would simply
1251: 7   make the studies very complicated to interpret.
1251: 8   BY MR. BUCHANAN:
1251: 9   Q: In a randomized clinical trial --
1251: 10   A: In --
1251: 11   Q: -- you're saying it would have
1251: 12   complicated it?
1251: 13   A: It would have made the results
1251: 14   complicated because aspirin is known to be
1251: 15   ulcerogenic to the stomach. We were trying to do an
1251: 16   endoscopy study to ask whether Vioxx was ulcerogenic
1251: 17   to the study.
1251: 18   Q: We're going to talk about that
1251: 19   aspirin trial in a minute. I just want to be clear
1251: 20   on something.
1251: 21   Nobody brought the contents of this

*ASKED & ANSWERED;*
*ARGUMENTATIVE*

*TT - witness being*
*NON - responsive*

*600?*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

|  |  |  |
|---|---|---|
| | 1251: 22 | document to your attention prior to the approval of |
| | 1251: 23 | the drug? |

| 495 | 1252:1 -1252:9 | Scolnick, Edward 2005-08-16       00:00:13  04:03:26  00:27:15 |
|---|---|---|
| | 1252: 1 | THE WITNESS:  I answered your |
| | 1252: 2 | question. |
| | 1252: 3 | BY MR. BUCHANAN: |
| | 1252: 4 | Q:  Answer it again, please. |
| | 1252: 5 | A:  Based on the best recollection I |
| | 1252: 6 | have, I never heard about this before. |
| | 1252: 7 | Q:  Nobody did a clinical trial prior to |
| | 1252: 8 | approval giving people aspirin to test |
| | 1252: 9 | cardiovascular events of most concern? |

*π – Same*

| 496 | 1252:12 -1253:5 | Scolnick, Edward 2005-08-16       00:00:49  04:03:39  00:27:02 |
|---|---|---|
| | 1252: 12 | THE WITNESS:  No trial with Vioxx was |
| | 1252: 13 | done with aspirin prior to approval. |
| | 1252: 14 | BY MR. BUCHANAN: |
| | 1252: 15 | Q:  How do you feel seeing this? |
| | 1252: 16 | A:  I don't know what this means because |
| | 1252: 17 | of the enormous dose of Vioxx used here and my |
| | 1252: 18 | knowledge of what high doses of Vioxx do to salt, |
| | 1252: 19 | water and blood pressure, and the fact that some of |
| | 1252: 20 | these patients, they say, had drops in hemoglobin |
| | 1252: 21 | and hematocrit, so, I really can't interpret the |
| | 1252: 22 | mechanism of what's going on here. |
| | 1252: 23 | Q:  What's interesting here, sir, is the |
| | 1252: 24 | paragraph you are focusing on. It says there were |
| | 1252: 25 | only small increases in blood pressure; right? |
| | 1253: 1 | A:  That's what it says. It also says |
| | 1253: 2 | that some patients dropped their hemoglobin and |
| | 1253: 3 | hematocrit, which could be stressful to some |
| | 1253: 4 | people's hearts. So, I just can't interpret this |
| | 1253: 5 | result without knowing much more about the cases. |

*LACKS FOUNDATION +*
*never saw document;*
*doesn't know what*
*it means*

| 497 | 1253:20 -1254:2 | Scolnick, Edward 2005-08-16       00:00:23  04:04:28  00:26:13 |
|---|---|---|
| | 1253: 20 | Q:  All right, sir. Fair enough. Let's |
| | 1253: 21 | turn now to the study that wasn't done, Vioxx plus |
| | 1253: 22 | aspirin study. |
| | 1253: 23 | Let's talk about the endoscopy |
| | 1253: 24 | studies. You testified on your direct that the |
| | 1253: 25 | endoscopy studies were really large, two very large |
| | 1254: 1 | studies that were 'dramatically exciting' when you |
| | 1254: 2 | saw them. Do you recall that testimony? |

*π*
*Agree*
*/relevance ;*
*to remove withdrawn*
*compound question*

| 498 | 1254:4 -1254:8 | Scolnick, Edward 2005-08-16       00:00:07  04:04:51  00:25:50 |
|---|---|---|
| | 1254: 4 | THE WITNESS:  If you will show me |
| | 1254: 5 | where I said those words. |

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

1254: 6    BY MR. BUCHANAN:
1254: 7    Q:  It was Page 845 of your testimony,
1254: 8    sir. You can verify it if you'd like.

499    **1254:10 -1254:23**  Scolnick, Edward 2005-08-16        00:00:43 04:04:58 00:25:43
1254: 10   Yes, I see the paragraph that you are
1254: 11   quoting from.
1254: 12   Q:  We talked about very large studies.
1254: 13   We're talking about 1,500 people in the two Phase
1254: 14   III trials combined, right?
1254: 15   A:  These are in the endoscopy studies.
1254: 16   Q:  The endoscopy studies, yes, sir.
1254: 17   A:  Not the whole Phase III trial.
1254: 18   Q:  The Phase III endoscopy studies.
1254: 19   A:  Yes.
1254: 20   Q:  These were 'dramatically exciting'?
1254: 21   A:  Yes.
1254: 22   Q:  You didn't let Merck scientists who
1254: 23   were running that trial give people aspirin; right?

500    **1254:25 -1255:8**  Scolnick, Edward 2005-08-16        00:00:22 04:05:41 00:25:00
1254: 25   THE WITNESS:  This trial was done
1255: 1    without aspirin to be able to directly compare Vioxx
1255: 2    to a prior nonsteroidal that was not COX-2
1255: 3    selective.
1255: 4    BY MR. BUCHANAN:
1255: 5    Q:  In fact, you didn't let anyone --
1255: 6    you, Merck, didn't let anybody in any preapproval
1255: 7    trial that was examining GI safety of Vioxx take
1255: 8    aspirin, did you?

*ARGUMENTATIVE*

*TT- Scolnick in charge - did not allow study*

501    **1255:10 -1255:17**  Scolnick, Edward 2005-08-16        00:00:14 04:06:03 00:24:38
1255: 10   THE WITNESS:  I believe that's
1255: 11   correct.
1255: 12   BY MR. BUCHANAN:
1255: 13   Q:  That was because aspirin increases
1255: 14   the relative risk of serious GI events two to four
1255: 15   times; isn't that right?
1255: 16   A:  I think it depends on the dose of
1255: 17   aspirin.

502    **1255:20 -1255:21**  Scolnick, Edward 2005-08-16        00:00:02 04:06:17 00:24:24
1255: 20   Q:  That's what your internal scientists
1255: 21   knew; right?

503    **1255:23 -1256:6**  Scolnick, Edward 2005-08-16        00:00:15 04:06:19 00:24:22
1255: 23   THE WITNESS:  I don't know what the
1255: 24   internal scientists knew, and I know that the
1255: 25   effects of aspirin on the stomach depend on its

*LACKS FOUNDATION; Calls for speculation*

*Sustained*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

1256: 1    dose, the magnitude of the effects depend on its
1256: 2    dose.
1256: 3    BY MR. BUCHANAN:
1256: 4    Q:  Well, sir, even low-dose aspirin
1256: 5    increases the relative risk of serious GI effects
1256: 6    two to four times? Isn't that true?

*Sustained*

| 504 | 1256:8 -1257:3 | Scolnick, Edward 2005-08-16 | 00:00:43 04:06:34 00:24:07 |

1256: 8    THE WITNESS:  I do not know the exact
1256: 9    amount that low dose aspirin elevates GI effects. I
1256: 10   know that it does elevate the incidence of gastric
1256: 11   ulcers.
1256: 12   BY MR. BUCHANAN:
1256: 13   Q:  Real world, in the real world, people
1256: 14   take low-dose aspirin. Do you agree with that?
1256: 15   A:  Some people take low-dose aspirin.
1256: 16   Q:  There's a significant percentage of
1256: 17   the osteoarthritis population that takes low-dose
1256: 18   aspirin?
1256: 19   A:  For what purpose?
1256: 20   Q:  Cardioprotection.
1256: 21   A:  Okay.
1256: 22   Q:  Do you agree with that?
1256: 23   A:  I don't know what the percentage is.
1256: 24   I agree with you that there are people out there who
1256: 25   take low-dose aspirin for cardioprotection.
1257: 1    Q:  Did you ever look at that issue
1257: 2    before you went and sold Vioxx to the general
1257: 3    public?

| 505 | 1257:6 -1258:10 | Scolnick, Edward 2005-08-16 | 00:01:10 04:07:17 00:23:24 |

1257: 6    THE WITNESS:  We did not study it.
1257: 7    We knew that and everyone knows that aspirin causes
1257: 8    gastric ulcers in certain doses. Vioxx on its own
1257: 9    does not. And there's no reason to believe that
1257: 10   Vioxx would protect the stomach from someone who --
1257: 11   from ulcers that might be caused by aspirin when I
1257: 12   don't think we ever claimed that.
1257: 13   BY MR. BUCHANAN:
1257: 14   Q:  In the real world, sir, your drug had
1257: 15   no GI benefit, isn't that true?
1257: 16   A:  Not true at all based on all the data
1257: 17   we had. If you were forced to take low-dose aspirin
1257: 18   for cardioprotection and you had to be on some other
1257: 19   nonsteroidal, you were certainly going to have a
1257: 20   higher incidence of ulcers than if you took Vioxx
1257: 21   and low-dose aspirin. In patients who didn't take

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES

*CUMULATIVE*

1257: 22  low-dose aspirin, it would have a tremendous GI
1257: 23  benefit.
1257: 24  - - -
1257: 25  (Whereupon, Deposition Exhibit
1258: 1   Scolnick-65, E-mails, MRK-NJ0315892 -
1258: 2   MRK-NJ0315893, was marked for
1258: 3   identification.)
1258: 4   - - -
1258: 5   BY MR. BUCHANAN:
1258: 6   Q: I show you what we just marked as
1258: 7   Exhibit 64 to your deposition. For the record, it
1258: 8   is a two-page document, Bates Number MRK-NJ0315892
1258: 9   through 893. It's an e-mail thread. Would you
1258: 10  agree with me on that, sir.

506    **1258:20 -1260:2**   Scolnick, Edward 2005-08-16    00:01:02 04:08:27 00:22:14

*TT - protocol for study testing GI outcome 1997*

1258: 20  Q: Dr. Scolnick, looking at Exhibit 65,
1258: 21  have you seen this document before?
1258: 22  A: I don't know.
1258: 23  Q: It is a two-page e-mail string.
1258: 24  Would you agree with that?
1258: 25  A: It contains two pages of e-mail
1259: 1   notes.
1259: 2   Q: Okay.
1259: 3   Alise Reicin, she turned out to be
1259: 4   the clinical monitor on the VIGOR trial; right?
1259: 5   A: I believe that's right.
1259: 6   Q: Moved through the Merck ranks quite
1259: 7   quickly. Would you agree with that?
1259: 8   A: I don't recall the rate of her
1259: 9   promotion. I just don't recall.
1259: 10  Q: Okay.
1259: 11  At the time when you left Merck, she
1259: 12  was a senior scientist?
1259: 13  A: I believe so.
1259: 14  Q: At the time when this e-mail was
1259: 15  written, she was a relatively junior scientist;
1259: 16  true?
1259: 17  A: Probably, but I don't know what her
1259: 18  rank was at the time she wrote this memo.
1259: 19  Q: All right. You will see her first
1259: 20  e-mail, February 23, 1997, attaching a draft of the
1259: 21  GI outcome trial protocol. Do you see that?
1259: 22  A: Is that on the second page at the
1259: 23  bottom?
1259: 24  Q: It is the second page at the bottom,

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1259: 25    sir.
1260: 1     A: Okay. Let me just read that.
1260: 2     (Witness reviewing document.)

507     **1260:5 -1261:11**  Scolnick, Edward 2005-08-16          00:01:04 04:09:29 00:21:12

1260: 5     MR. BUCHANAN: It's not, sir. I
1260: 6     don't believe on this version of the e-mail the
1260: 7     protocol follows the e-mail thread.
1260: 8     THE WITNESS: I see the first e-mail
1260: 9     that you are referring to.
1260: 10    BY MR. BUCHANAN:
1260: 11    Q: Briggs Morrison is also copied on
1260: 12    these e-mails?
1260: 13    A: Certainly on the first two that I'm
1260: 14    looking at, yes.
1260: 15    Q: Good scientist?
1260: 16    A: Very good scientist.
1260: 17    Q: I would like to direct your
1260: 18    attention, please, to, I guess it's the first e-mail
1260: 19    on the second page.
1260: 20    A: From Briggs Morrison to --
1260: 21    Q: See item 5. Do you see item 5?
1260: 22    A: Yes.
1260: 23    Q: 'Would allow low-dose aspirin - I
1260: 24    know this has been discussed to death, but real
1260: 25    world is everyone on it.' Do you see that?
1261: 1     A: I do.
1261: 2     Q: Do you agree with that?
1261: 3     A: I don't agree that everyone is on it,
1261: 4     no.
1261: 5     Q: Do you agree a lot of people are on
1261: 6     it?
1261: 7     A: I don't know what percentage of the
1261: 8     population is on low-dose aspirin. I can't answer
1261: 9     your question.
1261: 10    Q: Do you think Briggs Morrison just
1261: 11    made that up when he said it?

508     **1261:13 -1262:2**  Scolnick, Edward 2005-08-16          00:00:28 04:10:33 00:20:08

1261: 13    THE WITNESS: I don't know what the
1261: 14    basis for his comment is, and I certainly know that
1261: 15    everyone is not on it. That's all I know.
1261: 16    BY MR. BUCHANAN:
1261: 17    Q: It says 'So why exclude ,'meaning why
1261: 18    exclude it -- why include it as an exclusion
1261: 19    criteria for the trial, 'and without COX-1
1261: 20    inhibition you will get more thrombotic events and

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**



| | | |
|---|---|---|
| | 1261: 21 | kill drug.' Do you see that? |
| | 1261: 22 | A:  I do. |
| | 1261: 23 | Q:  Were you a part of any of these |
| | 1261: 24 | conversations? |
| | 1261: 25 | A:  I was not. |
| | 1262: 1 | Q:  Anybody ever share any of this with |
| | 1262: 2 | you? |

509   1262:4 - 1262:13   Scolnick, Edward 2005-08-16      00:00:14  04:11:01  00:19:40

| | | |
|---|---|---|
| | 1262: 4 | THE WITNESS:  No, not until after the |
| | 1262: 5 | VIGOR trial. |
| | 1262: 6 | BY MR. BUCHANAN: |
| | 1262: 7 | Q:  Anybody ever share this e-mail |
| | 1262: 8 | exchange with you? |
| | 1262: 9 | A:  Not to the best of my recollection. |
| | 1262: 10 | Q:  Did you know your scientists were |
| | 1262: 11 | talking about whether to allow aspirin in or out of |
| | 1262: 12 | the trial and what the potential thrombotic effect |
| | 1262: 13 | would be? |

510   1262:15 - 1263:3   Scolnick, Edward 2005-08-16      00:00:39  04:11:15  00:19:26

FOUNDATION ;
no personal
knowledge

| | | |
|---|---|---|
| | 1262: 15 | THE WITNESS:  I knew they were |
| | 1262: 16 | discussing whether to put aspirin in the GI outcome |
| | 1262: 17 | trial or not, and I knew they were debating whether |
| | 1262: 18 | that would cloud the results because of the gastric |
| | 1262: 19 | irritative properties. I did not know the |
| | 1262: 20 | discussion about the potential thrombotic events in |
| | 1262: 21 | the absence of blocking COX-1 if patients needed |
| | 1262: 22 | low-dose aspirin. I did not know that. |
| | 1262: 23 | BY MR. BUCHANAN: |
| | 1262: 24 | Q:  Would you agree with me, sir, that if |
| | 1262: 25 | Merck had run a GI outcome trial preapproval that |
| | 1263: 1 | demonstrated the type of imbalance in cardiovascular |
| | 1263: 2 | events that VIGOR ultimately did, it would have |
| | 1263: 3 | killed the drug? |

511   1263:5 - 1263:9   Scolnick, Edward 2005-08-16      00:00:04  04:11:54  00:18:47

| | | |
|---|---|---|
| | 1263: 5 | THE WITNESS:  No, I wouldn't agree |
| | 1263: 6 | with that. |
| | 1263: 7 | BY MR. BUCHANAN: |
| | 1263: 8 | Q:  So, you disagree with Briggs Morrison |
| | 1263: 9 | on that? |

Π agree to
take out
8-13

512   1263:12 - 1264:14   Scolnick, Edward 2005-08-16      00:00:43  04:11:58  00:18:43

| | | |
|---|---|---|
| | 1263: 12 | THE WITNESS:  I do not agree that |
| | 1263: 13 | that would have killed the drug. |
| | 1263: 14 | BY MR. BUCHANAN: |
| | 1263: 15 | Q:  All right. |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1263: 16   I would like to direct you to the
1263: 17   next page.
1263: 18   A:  You mean the first page.
1263: 19   Q:  Thank you. The first page, it is
1263: 20   Alise Reicin's e-mail. Tuesday February 25, 1997,
1263: 21   10:39 p.m. Do you see Item 5 there? It says 'Low
1263: 22   Dose Aspirin.'
1263: 23   A:  Yes.
1263: 24   Q:  What's she say up front there in all
1263: 25   caps?
1264: 1   A:  It says 'I HEAR YOU.'
1264: 2   Q:  She put an exclamation point there at
1264: 3   the end; right?
1264: 4   A:  Yes.
1264: 5   Q:  She says, 'This is a no win
1264: 6   situation!' She gives another exclamation point
1264: 7   there; right?
1264: 8   A:  Yes.
1264: 9   Q:  She said, 'The relative risk of even
1264: 10   low-dose aspirin may be as high as 2-4 fold.' Do
1264: 11   you see that?
1264: 12   A:  Yes, I do.
1264: 13   Q:  That's a relative risk of serious GI
1264: 14   events, isn't it, sir?

*Handwritten margin note: TT - same knowledge/notice failure to study or warn*

513   **1264:16 -1264:25**   Scolnick, Edward 2005-08-16       00:00:23  04:12:41  00:18:00
1264: 16   THE WITNESS:  I don't know what she's
1264: 17   referring with regard to the twofold increase,
1264: 18   whether it is ulcers or serious GI events. I don't
1264: 19   know what she's referring to. She doesn't say.
1264: 20   BY MR. BUCHANAN:
1264: 21   Q:  That means if you give people --
1264: 22   allow people in the trial to have low-dose aspirin,
1264: 23   there's a two to four-fold increased risk of serious
1264: 24   GI events. That's what you were trying to avoid by
1264: 25   keeping aspirin out of that trial, isn't that true?

514   **1265:2 -1265:14**   Scolnick, Edward 2005-08-16       00:00:33  04:13:04  00:17:37
1265: 2   THE WITNESS:  The people who were
1265: 3   designing the trial, as stated, were concerned that
1265: 4   adding low-dose aspirin would mask the benefit of --
1265: 5   some of the benefit of the lack of gastric ulcers
1265: 6   with Vioxx, and they were debating this. I was aware
1265: 7   of that. They finally decided not to include it and
1265: 8   to exclude people who needed low-dose aspirin from
1265: 9   the trial.
1265: 10   BY MR. BUCHANAN:

*Handwritten note: Overruled*

SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES



1265: 11   Q:  Okay.
1265: 12   Can we agree that the people on this
1265: 13   e-mail exchange are the people who are planning the
1265: 14   outcomes trial?

515   1265:16 -1266:9   Scolnick, Edward 2005-08-16        00:00:42 04:13:37 00:17:04
1265: 16   THE WITNESS:  They were part of the
1265: 17   group that was planning the outcomes trial, yes.
1265: 18   BY MR. BUCHANAN:
1265: 19   Q:  Alise Reicin became the clinical
1265: 20   monitor for the trial; right?
1265: 21   A:  Yes, she did.
1265: 22   Q:  Do you see anywhere in that Paragraph
1265: 23   5 her concern about masking the GI benefit or
1265: 24   confusing the results? Do you see that anywhere?
1265: 25   A:  I don't see those specific words  I
1266: 1   do see her comment that it would increase whatever
1266: 2   she's talking about by two to four-fold relative
1266: 3   risk. So, she's talking about something gastric,
1266: 4   but I don't know exactly what she's talking about
1266: 5   there because she doesn't say.
1266: 6   Q:  Well, when you talk about masking the
1266: 7   risk, let's probe into that a little bit, what you
1266: 8   are saying is that people on aspirin wouldn't get a
1266: 9   GI benefit for Vioxx; right?

*foundation;*
*personal*
*knowledge*

*II—same;*
*Knowledge)*

516   1266:13 -1267:9   Scolnick, Edward 2005-08-16        00:00:54 04:14:19 00:16:22

*Notice;*
*failure to study*

1266: 13   THE WITNESS:  No. I think I've
1266: 14   explained to you that if someone needs to take
1266: 15   low-dose aspirin as a cardioprotective agent, and
1266: 16   they also need to be on anti-inflammatory drugs
1266: 17   because they have pain or arthridity that requires
1266: 18   that, Vioxx would, on top of aspirin, produce less
1266: 19   gastric problems than some other NSAID, which also
1266: 20   on its own would produce gastric problems. So, I
1266: 21   don't agree with your premise, Mr. Buchanan.
1266: 22   BY MR. BUCHANAN:
1266: 23   Q:  Well, let's go through this then,
1266: 24   sir.
1266: 25   It continues, 'Yet, the possibility
1267: 1   of increased CV events is of great concern.' Do you
1267: 2   see that?
1267: 3   A:  Yes, I see her comments, yes.
1267: 4   Q:  Then it states, '(I just can't wait
1267: 5   to be the one to present those results to senior
1267: 6   management!)'  She gave us another exclamation
1267: 7   point, didn't she?

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1267: 8    A:  Yes, she did.
1267: 9    Q:  That's you?

---

517    1267:12 - 1267:17    Scolnick, Edward 2005-08-16        00:00:10  04:15:13  00:15:28
1267: 12    THE WITNESS:  I am a member of senior
1267: 13    management, yes. I'm one of senior management.
1267: 14    BY MR. BUCHANAN:
1267: 15    Q:  It wouldn't have made you happy to
1267: 16    have an outcomes trial that showed that Vioxx
1267: 17    increased the rate of CV events, would it?

---

518    1267:19 - 1268:1    Scolnick, Edward 2005-08-16        00:00:16  04:15:23  00:15:18
1267: 19    THE WITNESS:  Obviously not. If I
1267: 20    had known -- obviously, not. No one wanted to see a
1267: 21    result where -- a question whether Vioxx elevated or
1267: 22    naproxen lowered the rate of events.
1267: 23    BY MR. BUCHANAN:
1267: 24    Q:  So, we have a solution, right, in the
1267: 25    next sentence? She says how we solve this dilemma,
1268: 1    doesn't she?

---

519    1268:4 - 1268:15    Scolnick, Edward 2005-08-16        00:00:27  04:15:39  00:15:02
1268: 4    Q:  Do you see the next sentence, sir?
1268: 5    A:  I see the next sentence.
1268: 6    Q:  What's she say?
1268: 7    A:  'What about the idea of excluding
1268: 8    high risk CV patients - ie those that have already
1268: 9    had MI, CABG or PTCA? This may decrease the CV
1268: 10    event rate so that a difference between the two
1268: 11    groups would not be evident. The only problem would
1268: 12    be - Would we be able to recruit any patients?'
1268: 13    That's the rest of the paragraph.
1268: 14    Q:  Her solution is to exclude high risk
1268: 15    CV patients, isn't it?

---

520    1268:17 - 1269:12    Scolnick, Edward 2005-08-16        00:00:40  04:16:06  00:14:35
1268: 17    THE WITNESS:  That's correct, so they
1268: 18    wouldn't require low-dose aspirin.
1268: 19    BY MR. BUCHANAN:
1268: 20    Q:  So you wouldn't see a CV effect?
1268: 21    A:  So there wouldn't be a
1268: 22    cardioprotective effect of the NSAID that was going
1268: 23    to be compared to because it blocked COX-1 and Vioxx
1268: 24    did not because aspirin blocks COX-1. That's what
1268: 25    she's talking about.
1269: 1    Q:  Why don't we look at the document,
1269: 2    sir?
1269: 3    A:  That's what she's talking about.

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1269: 4   Q:  'This may decrease the CV event rate
1269: 5   so that a difference between the two groups would
1269: 6   not be evident.' Do you see that?
1269: 7   A:  Yes, I do, and I understand what she
1269: 8   meant by that.
1269: 9   Q:  So, what you're doing here is you're
1269: 10  excluding aspirin so that you can see a GI benefit
1269: 11  from your outcomes trial; true?
1269: 12  A:  That is correct.

---

521   **1269:15 -1269:22**  Scolnick, Edward 2005-08-16          00:00:17  04:16:46  00:13:55
1269: 15  Q:  Then --
1269: 16  A:  To make sure the difference is clear
1269: 17  compared to something that would cloud the GI
1269: 18  outcomes part of the study.
1269: 19  Q:  Because you needed to show a GI
1269: 20  benefit to get rid of the label that all NSAIDs had,
1269: 21  the warning in the label that NSAIDs cause serious
1269: 22  GI toxicity; right?

*TT - Same*

---

522   **1269:24 -1270:10**  Scolnick, Edward 2005-08-16          00:00:28  04:17:03  00:13:38
1269: 24  THE WITNESS:  The FDA would not
1269: 25  change the label based on only the endoscopy data.
1270: 1   BY MR. BUCHANAN:
1270: 2   Q:  And you needed to show a GI benefit,
1270: 3   right?
1270: 4   A:  We needed to do a GI outcomes study
1270: 5   to show that the serious adverse experiences on the
1270: 6   GI tract were related to the endoscopic ulcers which
1270: 7   we had already shown were greatly decreased by Vioxx
1270: 8   in the presence of Vioxx.
1270: 9   Q:  And to show that GI benefit, you had
1270: 10  to do a nonreal world outcomes trial, didn't you?

*CUMULATIVE*

---

523   **1270:13 -1271:1**  Scolnick, Edward 2005-08-16          00:00:32  04:17:31  00:13:10
1270: 13  THE WITNESS:  I don't agree with your
1270: 14  premise, Mr. Buchanan. The vast majority of people
1270: 15  who would use Vioxx would not be in the secondary
1270: 16  prevention aspirin mode that would need low-dose
1270: 17  aspirin.
1270: 18  BY MR. BUCHANAN:
1270: 19  Q:  Well, you'd agree with me, sir,
1270: 20  right, that in the secondary prevention mode for
1270: 21  which aspirin was being used, an outcomes trial that
1270: 22  excluded aspirin users would not be a real world
1270: 23  test of Vioxx's GI safety?
1270: 24  A:  I'm sorry. Will you repeat the

---

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1270: 25 | substance of your question? I'm trying to follow |
| | 1271: 1 | your logic. |

---

| 524 | **1271:4 -1271:7** | Scolnick, Edward 2005-08-16 | 00:00:10 04:18:03 00:12:38 |
|---|---|---|---|

        1271: 4   Q:  I'm asking you, sir, that in
        1271: 5   aspirin-using patients, the results from the VIGOR
        1271: 6   trial don't present a GI benefit that extends to
        1271: 7   them; isn't that right?

---

| 525 | **1271:9 -1273:14** | Scolnick, Edward 2005-08-16 | 00:01:58 04:18:13 00:12:28 |
|---|---|---|---|

   1271: 9   THE WITNESS:  You cannot extrapolate
  1271: 10   the magnitude of the benefit from the nonlow-dose
  1271: 11   aspirin-using population to a low-dose aspirin
  1271: 12   population. That is correct.
  1271: 13   BY MR. BUCHANAN:
  1271: 14   Q:  In fact, you actually did do a test,
  1271: 15   Vioxx plus aspirin, compared to traditional NSAIDs
  1271: 16   after the VIGOR trial, didn't you?
  1271: 17   A:  We did. We did an endoscopy study.
  1271: 18   Q:  It didn't show any benefit, did it?
  1271: 19   A:  The study showed that using aspirin
  1271: 20   in the presence of Vioxx elevated the rate over
  1271: 21   aspirin alone, that subsequent studies showed that
  1271: 22   that rate was still lower than standard NSAID used
  1271: 23   with low-dose aspirin.
  1271: 24   Q:  Sir --
  1271: 25   A:  It still showed a benefit, although
   1272: 1   not as great a benefit as in the absence of aspirin.
   1272: 2   - - -
   1272: 3   (Whereupon, Deposition Exhibit
   1272: 4   Scolnick-66, E-mails, MRK-ACR0009295 -
   1272: 5   MRK-ACR0009296, was marked for
   1272: 6   identification.)
   1272: 7   - - -
   1272: 8   BY MR. BUCHANAN:
   1272: 9   Q:  Sir, I'm passing you over what we
  1272: 10   just marked as Exhibit 66. I would like you to look
  1272: 11   at the earliest in time e-mail. This is November
  1272: 12   19, 2001, the bottom of the first page.
  1272: 13   A:  Yes.
  1272: 14   Q:  It's from you to, who is that to?
  1272: 15   A:  Raymond Gilmartin and David Anstice.
  1272: 16   Q:  Okay.
  1272: 17   Mr. Gilmartin is your boss; right?
  1272: 18   A:  Yes, he was.
  1272: 19   Q:  You sent it with high importance?
  1272: 20   You will see it on the next page.

*[Handwritten annotations in left margin: "POST - INJURY) RELEVANCE" and "TT — study Started prior to injury - goes to warning Crioklbenefit"]*

*[Handwritten annotation in right margin: "Overruled"]*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1272: 21   A:  Okay. Yes.

1272: 22   Q:  It says, 'Ray' and it says 'dn' you

1272: 23   meant 'and'?

1272: 24   A:  Yes. I don't type well.

1272: 25   Q:  'Ray and David. Not a good result.

1273: 1   Low dose aspirin and Vioxx equal almost ibuprofen.'

1273: 2   That's Advil; right?

1273: 3   A:  Yes.

1273: 4   Q:  'Higher than ASA alone'?

1273: 5   A:  Yes.

1273: 6   Q:  'It is clear why their class study

1273: 7   failed now.' That's with the Celebrex study; right?

1273: 8   A:  Yes.

1273: 9   Q:  What you're saying here is in the

1273: 10   Celebrex study, the manufacturers of Celebrex

1273: 11   allowed aspirin users in their study; right?

1273: 12   A:  Yes, I believe that's true.

1273: 13   Q:  And they showed no GI benefit in

1273: 14   terms of PUBs in that outcomes study; right?

---

526   1273:16 -1274:25   Scolnick, Edward 2005-08-16        00:01:17  04:20:11  00:10:30

1273: 16   THE WITNESS:  I think they showed a

1273: 17   quantitative benefit, but they did not get

1273: 18   statistical significance.

1273: 19   BY MR. BUCHANAN:

1273: 20   Q:  And if they don't have statistical

1273: 21   significance, that's not good enough for the FDA, is

1273: 22   it?

1273: 23   A:  It will not allow them to make a

1273: 24   conclusion that the PUBs are reduced. That is

1273: 25   correct.

1274: 1   Q:  So, what you're saying here is the

1274: 2   reason why they didn't show a statistically

1274: 3   significant benefit on PUBs is because they allowed

1274: 4   aspirin users in; right?

1274: 5   A:  That was how I interpreted their

1274: 6   results seeing our result in this endoscopy study.

1274: 7   Q:  Then you continue and say: 'I do not

1274: 8   think we should announce the CV outcomes study now

1274: 9   since now I am not at all sure what the design

1274: 10   should be.' Do you see that?

1274: 11   A:  I do.

1274: 12   Q:  How do they tie together, sir?

1274: 13   A:  I'm not sure what I was thinking

1274: 14   because -- I don't know what the design was at this

1274: 15   time. I really can't remember what I was thinking

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

| | | |
|---|---|---|
| | 1274: 16 | at this point because we went through many, many |
| | 1274: 17 | discussions about different trial designs. |
| | 1274: 18 | Q:  What you were concerned about, sir, |
| | 1274: 19 | is if you did what you wanted to do in your CV |
| | 1274: 20 | outcome trial and allowed aspirin in that trial, |
| | 1274: 21 | there would be a Merck-sponsored clinical trial that |
| | 1274: 22 | would show that Vioxx, in fact, does not prevent |
| | 1274: 23 | PUBs in a population of high risk CV users using |
| | 1274: 24 | aspirin? That's what you were concerned about, |
| | 1274: 25 | isn't it? |

527   **1275:2-1275:10**   Scolnick, Edward 2005-08-16         00:00:22 04:21:28 00:09:13

| | | |
|---|---|---|
| | 1275: 2 | THE WITNESS:  I am not sure what I |
| | 1275: 3 | was thinking because I don't know what trial designs |
| | 1275: 4 | were being considered. |
| | 1275: 5 | BY MR. BUCHANAN: |
| | 1275: 6 | Q:  Well, you'd agree, sir, that if you |
| | 1275: 7 | were considering a CV outcome trial that was going |
| | 1275: 8 | to allow aspirin users, that would also have a |
| | 1275: 9 | potential negative effect of revealing that Vioxx |
| | 1275: 10 | did not prevent the incidence of PUBs? |

528   **1275:12-1278:1**   Scolnick, Edward 2005-08-16         00:02:18 04:21:50 00:08:51

*TT-Save*

| | | |
|---|---|---|
| | 1275: 12 | THE WITNESS:  No. I think that the |
| | 1275: 13 | data without aspirin would show what the maximal |
| | 1275: 14 | potential benefits of Vioxx would be, and that in |
| | 1275: 15 | the presence of aspirin, what the diminution of |
| | 1275: 16 | those benefits would be, and in the subsequent |
| | 1275: 17 | endoscopy studies we did, the magnitude of the ulcer |
| | 1275: 18 | incidence was still less than it was if you used |
| | 1275: 19 | aspirin with another drug, another nonsteroidal that |
| | 1275: 20 | was not selected. |
| | 1275: 21 | - - - |

*TT will remove ⊗*

| | | |
|---|---|---|
| | 1275: 22 | (Whereupon, Deposition Exhibit |
| | 1275: 23 | Scolnick-67, E-mail, 11-21-01, |
| | 1275: 24 | MRK-NJ0214478, was marked for |
| | 1275: 25 | identification.) |
| | 1276: 1 | - - - |
| | 1276: 2 | MR. BUCHANAN:  I'm down to my last |
| | 1276: 3 | two exhibits. |
| | 1276: 4 | BY MR. BUCHANAN: |
| | 1276: 5 | Q:  I'm passing you what we marked as |
| | 1276: 6 | Exhibit 67. It is an e-mail from you from Doug |
| | 1276: 7 | Greene, Peter Kim, Steven Nichtberger, Adam |
| | 1276: 8 | Schechter and Laura Demopoulos. Do you see that? |
| | 1276: 9 | A:  I do. |
| | 1276: 10 | Q:  And a few ccs on there, too; right? |

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1276: 11   A: Yes.
1276: 12   Q: Alan Nies?
1276: 13   A: Uh-huh.
1276: 14   Q: Barry Gertz?
1276: 15   A: Uh-huh.
1276: 16   Q: Bonnie Goldmann?
1276: 17   A: Uh-huh.
1276: 18   Q: You say 'To all: I cannot restrain
1276: 19   the activist side of me as I continue to mull the
1276: 20   results of the low dose ASA endoscopy study.'
1276: 21   That's the study we were just talking about in the
1276: 22   last e-mail; right?
1276: 23   A: I believe so.
1276: 24   Q: That's the one where Vioxx showed no
1276: 25   benefit in an endoscopy trial when you allowed --
1277: 1    when you put Vioxx plus aspirin compared to
1277: 2    ibuprofen; right?
1277: 3    A: It showed less benefit than Vioxx
1277: 4    alone, that's right. It was almost equal to
1277: 5    ibuprofen. But it was not -- there was no
1277: 6    comparison in that trial with ibuprofen and aspirin,
1277: 7    which is a very important point.
1277: 8    Q: Sir, it continues. 'Looking up
1277: 9    Clopidogrel.' What's that, by the way?
1277: 10   A: Clopidogrel is an anti-platelet drug
1277: 11   that blocks platelet aggregation, different
1277: 12   mechanism from aspirin.
1277: 13   Q: You state 'I think the question we
1277: 14   should answer now is NOT' again, all caps 'NOT
1277: 15   whether Vioxx or any coxib is safe for CV outcomes.'
1277: 16   Do you see that?
1277: 17   A: I do.
1277: 18   Q: 'I think the question NOW' again all
1277: 19   caps 'is what is the best antiplatelet regimen to
1277: 20   use with a coxib.' Do you see that?
1277: 21   A: I do.
1277: 22   Q: High risk people, high risk CV
1277: 23   patients. At this point in time, 11/21/2001, it is
1277: 24   clear to you that high risk CV patients need
1277: 25   something other than Vioxx to protect against
1278: 1    potential CV risks; right?

---

529   1278:3-1278:25 Scolnick, Edward 2005-08-16       00:00:49 04:24:08 00:06:33
1278: 3    THE WITNESS: That was always clear.
1278: 4    We always said that Vioxx does not block the
1278: 5    platelet.

*TT will remove*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1278: 6    BY MR. BUCHANAN:
1278: 7    Q:  But you need something other than
1278: 8    aspirin, too, don't you?
1278: 9    A:  You don't need something other than
1278: 10   aspirin. The question being asked is knowing that
1278: 11   aspirin and Vioxx elevated the rate of ulcers over
1278: 12   aspirin alone is whether one could develop a regimen
1278: 13   where a person who was on Vioxx and who also needed
1278: 14   a platelet blocker could take something besides
1278: 15   aspirin. That's the question being asked.
1278: 16   Perfectly rational medical question given the
1278: 17   results that we found in the endoscopy study.
1278: 18   Nothing mysterious about that.
1278: 19   Q:  When did you issue that press release
1278: 20   and tell the world --
1278: 21   A:  Which press release?
1278: 22   Q:  When did Merck issue a press release
1278: 23   and tell the world, watch out, if you're an aspirin
1278: 24   user, you may not see any GI benefit? When did that
1278: 25   happen?

*TT will remove*

---

530    **1279:2 -1279:11**  Scolnick, Edward 2005-08-16        00:00:22  04:24:57  00:05:44

1279: 2    THE WITNESS:  I don't know when the
1279: 3    data from that trial was thought -- when the trial
1279: 4    was final and when the data was presented. I think
1279: 5    it was after I -- I think the results that you're
1279: 6    talking about were an interim result, and I don't
1279: 7    remember when the trial was finished and when the
1279: 8    potential information was made public.
1279: 9    BY MR. BUCHANAN:
1279: 10   Q:  Well, you cancelled a CV study design
1279: 11   based on those interim results?

---

531    **1279:13 -1279:22**  Scolnick, Edward 2005-08-16        00:00:25  04:25:19  00:05:22

1279: 13   THE WITNESS:  I don't know what CV
1279: 14   design, as I said, I was talking about here. I
1279: 15   don't know which design we were mentioning, and the
1279: 16   really essential issue is really pointed out in this
1279: 17   subsequent e-mail that if somebody needs both a
1279: 18   platelet blocker and an anti-inflammatory, the
1279: 19   question is, can there be another regimen which
1279: 20   doesn't include low-dose aspirin. That's a
1279: 21   perfectly sensible medical question given the
1279: 22   results.

---

532    **1281:6 -1281:14**  Scolnick, Edward 2005-08-16        00:00:04  04:25:44  00:04:57

*TT will remove*

1281: 6    (Whereupon, Deposition Exhibit

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1281: 7    Scolnick-68, E-mail, 6-4-99,
1281: 8    MRK-ADI0007971 - MRK-ACI0007972, was
1281: 9    marked for identification.)
1281: 10   - - -
1281: 11   BY MR. BUCHANAN:
1281: 12   Q:  Dr. Scolnick, I've passed you over
1281: 13   what we have marked as Exhibit 69 to your
1281: 14   deposition.

---

533    **1281:21 -1282:12**  Scolnick, Edward 2005-08-16    00:00:39  04:25:48  00:04:53

1281: 21   Q:  For the record, it is an e-mail from
1281: 22   you to Jan Weiner; correct?
1281: 23   A:  Yes, it is.
1281: 24   Q:  Subject says 'Huh' with a question
1281: 25   mark?
1282: 1    A:  Yes.
1282: 2    Q:  Do you see that article there?
1282: 3    A:  Dow Jones News Service article?
1282: 4    Q:  That's what you forwarded to Ms.
1282: 5    Weiner; right?
1282: 6    A:  My e-mail says, 'is this what you
1282: 7    told me? What is going on?' So somehow she must
1282: 8    have communicated something about this to me before
1282: 9    I sent this to her.
1282: 10   Q:  Okay.
1282: 11   Raised concern with you that Vioxx
1282: 12   was off to a slow start; right?

*[handwritten: π will remove]*
*[handwritten: 1282:10]*

---

534    **1282:22 -1283:9**  Scolnick, Edward 2005-08-16    00:00:31  04:26:27  00:04:14

*[handwritten: HEARSAY (newspaper article) relevance; MIL #2 (motives); 403]*

1282: 22   THE WITNESS:  I've read the e-mail
1282: 23   now, yes.
1282: 24   BY MR. BUCHANAN:
1282: 25   Q:  The article?
1283: 1    A:  The article, yes, I've read the
1283: 2    article.
1283: 3    Q:  It indicates Vioxx was off to a slow
1283: 4    start; right?
1283: 5    A:  That's what the article suggests.
1283: 6    Q:  That concerned you; right?
1283: 7    A:  Yes.
1283: 8    Q:  In metaphorical terms, it gave you a
1283: 9    heart attack?

---

535    **1283:18 -1284:15**  Scolnick, Edward 2005-08-16    00:00:29  04:26:58  00:03:43

1283: 18   THE WITNESS:  It did not give me a
1283: 19   heart attack, Mr. Buchanan.
1283: 20   - - -

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1283: 21   (Whereupon, Deposition Exhibit
1283: 22   Scolnick-69, E-mail, 6-4-99,
1283: 23   MRK-ADI0007973, was marked for
1283: 24   identification.)
1283: 25   - - -
1284: 1   BY MR. BUCHANAN:
1284: 2   Q: I understand that, sir. I just
1284: 3   passed you over what we've marked as Exhibit 69 to
1284: 4   your deposition. Do you see that 'Huh-2'?
1284: 5   A: Yes.
1284: 6   Q: You sent that one seven minutes
1284: 7   later?
1284: 8   A: Yes. That's what the -- that's what
1284: 9   seems to be indicated on -- somebody wrote that on
1284: 10   there.
1284: 11   Q: I confess, that's my bad handwriting
1284: 12   on the top. I'll have to fix that sometime.
1284: 13   But you wrote here in another e-mail
1284: 14   to Jan Weiner, who apparently didn't get back to you
1284: 15   fast enough, is that right?

---

536   1284:17 -1285:3   Scolnick, Edward 2005-08-16      00:00:30 04:27:27 00:03:14

1284: 17   THE WITNESS: I don't recall.
1284: 18   BY MR. BUCHANAN:
1284: 19   Q: So, your 'huh-2' e-mail sent seven
1284: 20   minutes later says, 'Jan, before I have a heart
1284: 21   attack, please tell me what is really happening.'
1284: 22   Do you see that?
1284: 23   A: I do.
1284: 24   Q: Not my metaphor.
1284: 25   - - -
1285: 1   (Whereupon, Deposition Exhibit
1285: 2   Scolnick-70, E-mails, MRK-ADI0007975,
1285: 3   was marked for identification.)
1285: 4   - - -
1285: 5   BY MR. BUCHANAN:
1285: 6   Q: Passing over what we're marking as
1285: 7   Exhibit 70 to your deposition, sir. This one is
1285: 8   from you again to Jan Weiner. Same day?

---

537   1285:9 -1286:18   Scolnick, Edward 2005-08-16      00:01:24 04:27:57 00:02:44

1285: 9   A: I think so.
1285: 10   Q: A few hours apart though; right?
1285: 11   A: Quite a few, I believe.
1285: 12   Q: It appears Ms. Weiner got back to you
1285: 13   with some other data?
1285: 14   A: That's what it appears to be.

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1285: 15   Q:  You breathed a sigh of relief when
1285: 16   you got this data; right?
1285: 17   A:  Yes.
1285: 18   Q:  It says, 'Jan, thanks. Some
1285: 19   reassurance but I must tell you the story especially
1285: 20   in The Wall Street Journal is one of the most
1285: 21   psychologically depressing stories I have ever read
1285: 22   about Merck.' Did I read that right?
1285: 23   A:  You did.
1285: 24   Q:  That's your e-mail; right?
1285: 25   A:  Yes, it is.
1286: 1   Q:  You then say 'I spent the last 2
1286: 2   months of my life doing everything I humanly could
1286: 3   to get Vioxx through with a good label.' Do you see
1286: 4   that?
1286: 5   A:  I do.
1286: 6   Q:  You continue, 'To read the
1286: 7   'firstnight review' like that, well....'
1286: 8   Sir, am I to understand your
1286: 9   testimony correctly that you were not actively
1286: 10   involved in the labeling discussions with the FDA
1286: 11   for Vioxx?
1286: 12   A:  I was not directly involved with
1286: 13   that. I certainly knew what the team was doing, but
1286: 14   I was not directly involved at all in the
1286: 15   negotiations with the FDA.
1286: 16   Q:  So, you were doing everything humanly
1286: 17   possible to get this drug through the FDA with the
1286: 18   best label possible, but you didn't call the FDA?

---

538   **1286:20 -1287:21**  Scolnick, Edward 2005-08-16       00:00:59  04:29:21  00:01:20

1286: 20   THE WITNESS:  I never had any direct
1286: 21   contact with the FDA on the labeling negotiations.
1286: 22   Dr. Goldmann handled all of those negotiations to
1286: 23   the best of my recollection. She kept me informed
1286: 24   on the issue. She kept me informed. I never
1286: 25   directly negotiated with the FDA on the label for
1287: 1   Vioxx.
1287: 2   BY MR. BUCHANAN:
1287: 3   Q:  Well, did you go above the FDA? Did
1287: 4   you go to HHS and talk to them?
1287: 5   A:  No. I don't believe there was any
1287: 6   issue that came up in the initial labeling of Vioxx,
1287: 7   nor did anyone even consider doing that. I think
1287: 8   Dr. Goldmann negotiated the label with the FDA
1287: 9   directly, and we were quite happy with the label as

*π*
*Will*
*remove*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

1287: 10   it came through.
1287: 11   Q:  So, what did you do, sir, when you
1287: 12   did everything humanly possible to get Vioxx through
1287: 13   the FDA with the best label possible?
1287: 14   A:  Keep in close touch with the project
1287: 15   team --
1287: 16   MR. MAYER:  Objection.
1287: 17   THE WITNESS:  -- as to what things
1287: 18   were going on, and if they had questions, helped
1287: 19   them answer them or give my approval to whatever
1287: 20   they were negotiating. I never had direct contact
1287: 21   with the FDA on this.

---

539   **1288:7 -1288:13**_Scolnick, Edward 2005-08-16      00:00:18  04:30:20  00:00:21

*Incomplete*
*It will*
*remove*

1288: 7    THE WITNESS:  As I've said to you, to
1288: 8    the very best of my recollection, I had no direct
1288: 9    discussions with anybody at the FDA about the Vioxx
1288: 10   label. I had enormous trust in Dr. Goldmann and
1288: 11   certainly communicated with her when she had a
1288: 12   question in her negotiations. Directly, I did not
1288: 13   negotiate with the FDA on Vioxx.

---

540   **1247:19 -1247:20**  Scolnick, Edward 2005-08-16      00:00:02  04:30:38  00:00:03

*It*
*will*
*remove*

1247: 19   THE WITNESS:  The e-mail I wrote says
1247: 20   that. That is correct.

---

Play Time for this Script:   **04:30:41**

---

*OUT OF*
*SEQUENCE*

**SCOLNICK_EDWARD_PLAINTIFF_AFFIRMATIVES**

**Total time for all Scripts in this report:**   **04:30:41**