SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Media File | Barcode |
|-------|-------------|--------|-------------|---------|---------|-----------|---------|
| 1 | **819:21 - 820:1** | Scolnick, Edward 2005-06-01 | 00:00:10 | 00:00:00 | 00:54:09 | es0601052.mpg | FIRMATIVES.1 |

| | | |
|---|---|---|
| 819: 21 | Q: Good morning, Dr. Scolnick. Would |
| 819: 22 | you please tell us your full name? |
| 819: 23 | A: Edward M. Scolnick. |
| 819: 24 | Q: Dr. Scolnick, are you currently |
| 819: 25 | employed by Merck? |
| 820: 1 | A: No, I am not. |

**U. S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED   *12-5-05*

LORETTA G. WHYTE
CLERK

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Media File | Barcode |
|-------|-------------|--------|-------------|---------|---------|-----------|---------|
| 2 | **820:5 - 822:9** | Scolnick, Edward 2005-06-01 | 00:02:18 | 00:00:10 | 00:53:59 | es0601052.mpg | FIRMATIVES.2 |

| | |
|---|---|
| 820: 5 | Q: Why are you no longer employed by |
| 820: 6 | Merck? |
| 820: 7 | A: I retired from Merck September 1st, |
| 820: 8 | 2004. |
| 820: 9 | Q: Can you tell us the reasons that you |
| 820: 10 | retired from Merck in September of 2004? |
| 820: 11 | A: Yes. I retired to pursue other |
| 820: 12 | interests that I've developed in the field of severe |
| 820: 13 | mental illness, specifically schizophrenia and |
| 820: 14 | bipolar disorder. |
| 820: 15 | Q: Where are you pursuing those |
| 820: 16 | interests right now? |
| 820: 17 | A: I'm pursuing interests at a |
| 820: 18 | newly-formed genome institute called the Broad |
| 820: 19 | Institute at MIT and Harvard, in the Harvard medical |
| 820: 20 | hospitals. |
| 820: 21 | Q: What prompted your interest in this |
| 820: 22 | field? |
| 820: 23 | A: My interests have been prompted by |
| 820: 24 | unfortunate illnesses in some family members, and |
| 820: 25 | because of that, interactions that I've had in |
| 821: 1 | service organizations that help families with family |
| 821: 2 | members beset by either of these two illnesses. |
| 821: 3 | Q: Dr. Scolnick, can you just describe |
| 821: 4 | for us generally the type of work you're currently |
| 821: 5 | doing in this project? |
| 821: 6 | A: Yes. We have organized a new |
| 821: 7 | initiative in this field to try to find the genetic |
| 821: 8 | basis for these illnesses. It is well known for |
| 821: 9 | many years that there's a heavy genetic basis for |
| 821: 10 | both schizophrenia and bipolar disorder. The genes |
| 821: 11 | have not been found in this institute, which is |
| 821: 12 | world class in genetics, is interested in the |
| 821: 13 | problem, and I thought it was a wonderful |

Fee
Process
X  Dktd
CtRmDep
Doc.No.

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

821: 14   opportunity to try to really make a difference in
821: 15   this field.
821: 16   Q: Dr. Scolnick, are you married?
821: 17   A: Yes, I am.
821: 18   Q: How long have you been married?
821: 19   A: Since 1965. 41 years.
821: 20   Q: Do you have children?
821: 21   A: Yes, three.
821: 22   Q: Any grandchildren?
821: 23   A: One.
821: 24   Q: Granddaughter or grandson?
821: 25   A: Granddaughter, recent vintage, about
822: 1   six months old.
822: 2   Q: Where do you currently live?
822: 3   A: We live in Wayland, Massachusetts.
822: 4   Q: Dr. Scolnick, would you please tell
822: 5   us over what time period you were employed by Merck?
822: 6   A: Yes. I started working at Merck in
822: 7   July 1982, and retired in September 1st, 2004.
822: 8   Q: What was your role in the development
822: 9   of the drug Vioxx?

---

| 3 | 822:12 -822:20 | Scolnick, Edward 2005-06-01 | 00:00:24 | 00:02:28 | 00:51:41 | es0601052.mpg | FIRMATIVES.3 |

822: 12   THE WITNESS:  During the development
822: 13   of Vioxx, I was president of the research
822: 14   laboratories and had the basic research group and
822: 15   clinical groups, therefore, reporting to me, who
822: 16   initiated and carried out the project.
822: 17   BY MR. RABER:
822: 18   Q: What were your general duties and
822: 19   responsibilities as the president of the Merck
822: 20   Research Lab?

---

| 4 | 822:23 -823:4 | Scolnick, Edward 2005-06-01 | 00:00:14 | 00:02:52 | 00:51:17 | es0601052.mpg | FIRMATIVES.4 |

822: 23   THE WITNESS:  My general
822: 24   responsibilities were to oversee the quality of the
822: 25   science and clinical science and basic science that
823: 1   was conducted by members of the laboratories.
823: 2   BY MR. RABER:
823: 3   Q: During what period of time were you
823: 4   the president of the Merck Research Lab?

---

| 5 | 823:7 -823:10 | Scolnick, Edward 2005-06-01 | 00:00:12 | 00:03:06 | 00:51:03 | es0601052.mpg | FIRMATIVES.5 |

823: 7   THE WITNESS:  I was president of the
823: 8   laboratories from, it's either from late April or
823: 9   early May 1985 through January 1st, 2003.
823: 10   BY MR. RABER:

---

**SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES**

| 6 | 823:15 - 823:17 | Scolnick, Edward 2005-06-01 | 00:00:12 | 00:03:18 | 00:50:51 | es0601052.mpg | FIRMATIVES.6 |

823: 15   Q: Can you tell us generally the
823: 16   backgrounds of the people who worked at MRL, Merck
823: 17   Research Labs, while you were president?

| 7 | 823:19 - 824:9 | Scolnick, Edward 2005-06-01 | 00:00:44 | 00:03:30 | 00:50:39 | es0601052.mpg | FIRMATIVES.7 |

823: 19   THE WITNESS: We had people of
823: 20   varying scientific backgrounds, many people with
823: 21   medical degrees, training in various aspects of
823: 22   cellular and biochemical science, physiology,
823: 23   toxicology, drug metabolism, clinical research,
823: 24   statistics, a whole variety of disciplines.
823: 25   BY MR. RABER:
824: 1   Q: About how many doctors and scientists
824: 2   worked within the Merck Research Labs division?
824: 3   A: At the time I retired, the total
824: 4   number of persons in the laboratory and science were
824: 5   close to 10,000. I think it was around 3,000 when I
824: 6   started.
824: 7   Q: What type of research is done at
824: 8   Merck Research Labs and was done while you were
824: 9   president of the division?

| 8 | 824:11 - 825:4 | Scolnick, Edward 2005-06-01 | 00:00:57 | 00:04:14 | 00:49:55 | es0601052.mpg | FIRMATIVES.8 |

824: 11   THE WITNESS: Most of the research
824: 12   was focused on finding new treatments or new
824: 13   preventions for serious medical illnesses that
824: 14   really had poor treatments or no treatments. That
824: 15   was the clear mantra of the laboratory.
824: 16   BY MR. RABER:
824: 17   Q: Are there different types of research
824: 18   that are done in a research lab like MRL?
824: 19   A: Yes. There's very basic research,
824: 20   which is sometimes described as discovery research.
824: 21   There's chemistry that goes on associated with that.
824: 22   There's also so-called development research, which
824: 23   is the testing for safety and then clinical safety
824: 24   and efficacy of the compounds or vaccines that are
824: 25   brought into development as potential new treatments
825: 1   or preventions.
825: 2   Q: When you mentioned clinical efficacy,
825: 3   is that another way to say that a drug works the way
825: 4   it's supposed to work or intended to work?

| 9 | 825:6 - 825:12 | Scolnick, Edward 2005-06-01 | 00:00:21 | 00:05:11 | 00:48:58 | es0601052.mpg | FIRMATIVES.9 |

825: 6   THE WITNESS: Clinical efficacy is --
825: 7   it means the testing in people to see whether the

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

| 825: 8 | drug works or does not work as you think it's going |
| 825: 9 | to, or sometimes it works even better than you think |
| 825: 10 | it is going to or not quite as well as you think it |
| 825: 11 | is going to. It is trying to gather the clinical |
| 825: 12 | data to see what a drug does in patients. |

| 10 | 826:3 - 826:6 | Scolnick, Edward 2005-06-01 | 00:00:18 | 00:05:32 | 00:48:37 | es0601052.mpg | IRMATIVES.10 |

| 826: 3 | Q: During your time as the president of |
| 826: 4 | Merck Research Labs, was there ever a time where you |
| 826: 5 | did not have enough money or resources to do |
| 826: 6 | development research for safety and efficacy? |

| 11 | 826:9 - 826:12 | Scolnick, Edward 2005-06-01 | 00:00:09 | 00:05:50 | 00:48:19 | es0601052.mpg | IRMATIVES.11 |

| 826: 9 | THE WITNESS: No. We always had |
| 826: 10 | sufficient resources to do anything clinical in |
| 826: 11 | development with a drug to prove its efficacy and |
| 826: 12 | safety. |

| 12 | 829:1 - 829:6 | Scolnick, Edward 2005-06-01 | 00:00:17 | 00:05:59 | 00:48:10 | es0601052.mpg | IRMATIVES.12 |

| 829: 1 | Q: About how many new drugs were |
| 829: 2 | developed during the time that you were the |
| 829: 3 | president of Merck Research Labs? |
| 829: 4 | A: The numbers range from somewhere in |
| 829: 5 | the range of 25 to 29, adding vaccines, drugs and |
| 829: 6 | new combination treatments. |

| 13 | 830:21 - 831:16 | Scolnick, Edward 2005-06-01 | 00:00:53 | 00:06:16 | 00:47:53 | es0601052.mpg | IRMATIVES.13 |

| 830: 21 | Q: I want to change the subject very |
| 830: 22 | briefly here. |
| 830: 23 | Dr. Scolnick, is there a division at |
| 830: 24 | Merck that is responsible for the sales and |
| 830: 25 | marketing of Merck's drugs? |
| 831: 1 | A: Yes, there are marketing divisions at |
| 831: 2 | Merck responsible for the sales of Merck's drugs. |
| 831: 3 | Q: As president of the Merck Research |
| 831: 4 | Labs, were you a part of that division? |
| 831: 5 | A: No, I was not a part of that |
| 831: 6 | division. |
| 831: 7 | Q: In what area is your field of medical |
| 831: 8 | expertise? |
| 831: 9 | A: My original training was in internal |
| 831: 10 | medicine. I subsequently was trained in |
| 831: 11 | biochemistry and genetics, and then extensive |
| 831: 12 | training in cancer research and virus research. |
| 831: 13 | After coming to Merck, learned many |
| 831: 14 | new fields, pharmacology, some aspects of clinical |
| 831: 15 | research and the variety of disciplines that it |
| 831: 16 | takes to develop -- discover and develop a drug. |

**SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES**

| 14 | 831:20 - 832:6 | Scolnick, Edward 2005-06-01 | 00:00:31 | 00:07:09 | 00:47:00 | es0601052.mpg | IRMATIVES.14 |

831: 20   Q: Where did you go to college and where
831: 21   did you go to medical school?
831: 22   A: Went to Harvard College and Harvard
831: 23   Medical School between 1957 and 1965.
831: 24   Q: Why did you decide that you wanted to
831: 25   go to medical school?
832: 1    A: I decided in my college life that I
832: 2    wanted to do something that was important, that
832: 3    would help people, was interested in science, and I
832: 4    thought I could better satisfy my desires by going
832: 5    to medical school than in going into pure basic
832: 6    research.

| 15 | 832:20 - 833:13 | Scolnick, Edward 2005-06-01 | 00:00:59 | 00:07:40 | 00:46:29 | es0601052.mpg | IRMATIVES.15 |

832: 20   Q: Let's talk a little bit about what
832: 21   you did after you graduated from medical school at
832: 22   Harvard. What did you do next?
832: 23   A: After I graduated from medical school
832: 24   at Harvard, I was two years of internal medicine
832: 25   training at the Mass General internship and a first
833: 1    year residency at the Mass General Hospital.
833: 2    Q: Tell us what you did in general
833: 3    during the time you were an intern and a resident.
833: 4    A: Responsibilities were to take care of
833: 5    any sick patient who came in the doors through the
833: 6    Mass General Hospital. The hospital was open to any
833: 7    patient, indigent or ability to pay. The hospital
833: 8    staff and the trainees, as I was, were proud of the
833: 9    fact that we could take care of absolutely anybody
833: 10   who walked in the door without asking any questions,
833: 11   and it was just a wonderful place to train and learn
833: 12   medicine and how to take care of really sick
833: 13   patients.

| 16 | 833:17 - 834:11 | Scolnick, Edward 2005-06-01 | 00:00:56 | 00:08:39 | 00:45:30 | es0601052.mpg | IRMATIVES.16 |

833: 17   Q: When you finished your internship and
833: 18   residency at Massachusetts General, what did you do
833: 19   next?
833: 20   A: We moved to Maryland, I joined the
833: 21   National Institutes of Health, in specific, the
833: 22   National Heart, Lung and Blood Institute, where I
833: 23   did basic genetics research for about two or three
833: 24   years.
833: 25   Q: What is the National Institute of
834: 1    Health?
834: 2    A: The National Institute of Health is a

834: 3     government organization. It is part, I think, of
834: 4     the Department of Health & Human Services, and it
834: 5     both conducts internal research in medical areas to
834: 6     try to improve the benefit of medicine for people,
834: 7     and it also sponsors with grants and contracts a
834: 8     great deal of extramural, so-called, outside of the
834: 9     NIH, in university-based research, to try to find
834: 10    the causes and insights into diseases that affect
834: 11    people.

| 17 | 834:15 - 837:7 | Scolnick, Edward 2005-06-01 | 00:03:28 | 00:09:35 | 00:44:34 | es0601052.mpg | IRMATIVES.17 |

834: 15    Q:  You mentioned NIH. Do people
834: 16    sometimes refer to the National Institutes of Health
834: 17    as NIH?
834: 18    A:  Yes.
834: 19    Q:  Why did you pursue this area of
834: 20    genetics at NIH?
834: 21    A:  Genetics has been really a driving
834: 22    force for medicine since the discovery of the
834: 23    structure of DNA in 1953. It has always captivated
834: 24    me as being the very essence of life, and by
834: 25    studying it, you could learn about how life occurs
835: 1     and how people develop. The laboratory I was
835: 2     fortunate enough to go to was a pioneer in
835: 3     deciphering the so-called genetic code with Marshall
835: 4     Niremberg, and I was fortunate to be accepted to the
835: 5     lab. He was a terrific teacher and mentor, and it
835: 6     really stimulated my research scientific career.
835: 7     Q:  How long did you spend working in
835: 8     that lab at NIH?
835: 9     A:  I worked for Dr. Niremberg for not
835: 10    quite three years and finished my work there and
835: 11    went on to the National Cancer Institute in either
835: 12    late '69 or '70, I don't recall.
835: 13    Q:  Is the National Cancer Institute
835: 14    affiliated in any way with NIH?
835: 15    A:  Yes. It's one of the institutes
835: 16    within the National Institutes of Health, within
835: 17    NIH.
835: 18    Q:  All right. Why did you decide to go
835: 19    work at the National Cancer Institute?
835: 20    A:  Well, at the time, the underlying
835: 21    molecular causes of cancer were really completely
835: 22    unknown. This goes back to the late '60s and early
835: 23    '70s. People who were more senior than I in science
835: 24    felt strongly that the way to figure out what cancer

Δ: not excluded -
MIL related to Merck's
good acts. This bolsters
indiv.
witness's
credibility

TT's OBJ.

Excluded by
Pretrial MIL

401
403
Self-Serving
~~[illegible]~~

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

835: 25   was about was to try to use a genetic approach to
836: 1    it. And there were approaches using genetics
836: 2    available and there were one or two laboratories in
836: 3    the National Cancer Institute taking these
836: 4    approaches, and since I was interested in the
836: 5    general field and, again, wanted to do something
836: 6    important, chose that field to go into at that
836: 7    point.
836: 8    Q:  How long did you spend working at the
836: 9    National Cancer Institute for NIH?
836: 10   A:  I worked at the National Cancer
836: 11   Institute for about a dozen years, studying genes
836: 12   and viruses that cause cancer during that dozen
836: 13   years.
836: 14   Q:  Can you tell us about any of the
836: 15   research achievements of your group at NIH?
836: 16   A:  Yes. I think the hallmark
836: 17   achievement was the discovery of a gene called an
836: 18   oncogene, that is a gene that causes cancer that we
836: 19   discovered in basic research we did, and uncovered
836: 20   the genetics, the biochemistry, the biochemical
836: 21   pathways in which it worked. And then the real
836: 22   piece de resistance discovery was made late in my
836: 23   time at NIH, in 1982, when in collaboration with a
836: 24   laboratory at MIT we discovered that this gene was
836: 25   altered in human bladder cancer, and it was the
837: 1    first example ever of an oncogene, a mutated human
837: 2    oncogene being identified as a cause of human
837: 3    cancer, and it totally transformed the cancer field.
837: 4    Thousands of people came into the field after that
837: 5    and many, many important discoveries and treatments
837: 6    have emanated as a result of this very important
837: 7    discovery.

*Handwritten annotations: "Cont'd Overruled" and "This Obj. 401 801 overruled"*

---

18   **837:11 - 838:10**   Scolnick, Edward 2005-06-01   00:01:21   00:13:03   00:41:06   es0601052.mpg   IRMATIVES.18

837: 11   Q:  When did you end your time working at
837: 12   the National Cancer Institute?
837: 13   A:  It was in late June of 1982.
837: 14   Q:  What did you do then?
837: 15   A:  Moved to Merck. I had been recruited
837: 16   there by Dr. Vagelos and Dr. Hillerman, who has just
837: 17   passed away, to build a molecular group in the
837: 18   vaccine department that Dr. Hillerman was so
837: 19   competently overseeing at that point.
837: 20   Q:  What position did you take when you
837: 21   joined Merck in 1982?

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

837: 22   A: I was recruited as an executive
837: 23   director in the vaccine department.
837: 24   Q: Why did you decide to join Merck in
837: 25   1982?
838: 1   A: I knew the reputation of the company
838: 2   and what it had done in the past in discovering
838: 3   medicines. I saw the opportunity that had been
838: 4   discussed with me by Dr. Vagelos and Dr. Hillerman
838: 5   that I could apply my basic science background and
838: 6   interest in applying that to medicine by going there
838: 7   in ways that I could never have done staying at NIH,
838: 8   and so I took that opportunity.
838: 9   Q: What was new or different to the
838: 10   approach you had about dealing with viruses?

*[handwritten margin notes:]* π's obj Improper character Evidence 401

---

| 19 | 838:12 - 839:11 | Scolnick, Edward 2005-06-01 | 00:01:17 | 00:14:24 | 00:39:45 | es0601052.mpg | IRMATIVES.19 |

838: 12   THE WITNESS: Well, we were used to
838: 13   studying viruses from a very molecular perspective,
838: 14   as how they grew, how they reproduced themselves,
838: 15   how they cause disease, and up until that point in
838: 16   the vaccine department, the major approach, which,
838: 17   in fact, had been very successful, was to make
838: 18   so-called live virus vaccines, that is, examples of
838: 19   that are the mumps vaccine, the measles vaccine, the
838: 20   rubella vaccine called MMR that so many children
838: 21   get. And their approach was consistent over a
838: 22   number of years in that they would grow these
838: 23   viruses outside humans in cultured cells, so that
838: 24   they no longer caused disease, but they could still
838: 25   replicate when put back into people and cause enough
839: 1   of an antibody response to protect the people from
839: 2   the real disease. That was a technology they
839: 3   developed and perfected.
839: 4   It was now clear in the world of
839: 5   science that you could make vaccines in more
839: 6   molecular ways without using live attenuated
839: 7   viruses, and that was the difference in approaches
839: 8   we took when I came to Merck.
839: 9   BY MR. RABER:
839: 10   Q: You then were promoted to the
839: 11   president of MRL in 1985; is that correct?

*[handwritten margin notes:]* Δ response: Goes to witness's background and credibility. Direct response to questioners' attacks.

---

| 20 | 839:14 - 839:19 | Scolnick, Edward 2005-06-01 | 00:00:17 | 00:15:41 | 00:38:28 | es0601052.mpg | IRMATIVES.20 |

839: 14   THE WITNESS: Yes. I was promoted in
839: 15   order to head of the department of vaccine research
839: 16   a year after I came to Merck, six months after that
839: 17   to be head of basic discovery research, and then a

839: 18   year-and-a-half or so roughly after that I became
839: 19   president of MRL.

| 21 | 852:15 - 852:18 | Scolnick, Edward 2005-06-01 | 00:00:07 | 00:15:58 | 00:38:11 | es0601052.mpg | IRMATIVES.21 |

852: 15   Q:  Dr. Scolnick, would it be fair to say
852: 16   that Vioxx was an important new drug for Merck at
852: 17   that time?
852: 18   A:  Yes.

| 22 | 852:20 - 854:1 | Scolnick, Edward 2005-06-01 | 00:01:15 | 00:16:05 | 00:38:04 | es0601052.mpg | IRMATIVES.22 |

852: 20   THE WITNESS:  Yes, it definitely was
852: 21   an important new drug for Merck.
852: 22   BY MR. RABER:
852: 23   Q:  Would you call it a potential
852: 24   blockbuster for Merck?
852: 25   A:  Yes, I would. We knew it would be
853: 1   medically very important, and drugs that are
853: 2   medically important usually turn out to be
853: 3   blockbusters.
853: 4   Q:  Was it important for Merck to have a
853: 5   blockbuster drug at that time?
853: 6   A:  Yes, it was.
853: 7   Q:  Why is that?
853: 8   A:  Merck faced the expiration of patents
853: 9   like Mevacor and Zocor around the turn of the cent
853: 10   -- I'm sorry, Mevacor and Vasotec -- not Zocor, but
853: 11   Mevacor and Vasotec around the turn of the century,
853: 12   and Vioxx was an important drug because of that.
853: 13   Q:  Dr. Scolnick, did there come a point
853: 14   where you learned that there was a competing product
853: 15   out there, in other words, another COX-2 inhibitor
853: 16   that was being developed?
853: 17   A:  Yes. Somewhere in the mid-'90s, I
853: 18   don't recall the exact time, we learned that
853: 19   competing -- another company had a competing
853: 20   product.
853: 21   Q:  What was the name of that company?
853: 22   A:  I think it was Searle. I'm not sure
853: 23   if it was Monsanto or Searle at that point, and the
853: 24   competing product turned out to be Celebrex.
853: 25   Q:  Did Merck want to be the first one to
854: 1   come to market?

| 23 | 854:4 - 854:10 | Scolnick, Edward 2005-06-01 | 00:00:13 | 00:17:20 | 00:36:49 | es0601052.mpg | IRMATIVES.23 |

854: 4   THE WITNESS:  Yes, we did. We
854: 5   clearly wanted to be the first to come to market.
854: 6   BY MR. RABER:

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

854: 7    Q:  Why is that?
854: 8    A:  Because the first to come to market
854: 9    usually has the greatest chance of having their drug
854: 10   be the most successful and the most widely used.

| 24 | 855:9 -855:23 | Scolnick, Edward 2005-06-01 | 00:00:59 | 00:17:33 | 00:36:36 | es0601052.mpg | IRMATIVES.24 |

855: 9    Q:  Dr. Scolnick, what role did your
855: 10   desire to have Vioxx be the first drug to market
855: 11   play in your decisions about safety?
855: 12   A:  Despite the fact we wanted to be
855: 13   first, we wanted to be sure what the dosing was
855: 14   because of the issues of hypertension and edema, and
855: 15   we wanted to prove unambiguously the improved safety
855: 16   profile by endoscopy before we went to market.
855: 17   Although it was widely known and in a sense accepted
855: 18   ahead of time that COX-2 inhibitors would be safer
855: 19   for the stomach, we wanted the proof that we could
855: 20   get by the endoscopy studies. So, we took the time
855: 21   to very, very carefully do that so that we could
855: 22   document that as part of the initial submission for
855: 23   the drug.

| 25 | 856:2 -856:11 | Scolnick, Edward 2005-06-01 | 00:00:29 | 00:18:32 | 00:35:37 | es0601052.mpg | IRMATIVES.25 |

856: 2    Q:  Which drug came to market first,
856: 3    Celebrex or Vioxx?
856: 4    A:  Celebrex came to market first.
856: 5    Q:  Why is that?
856: 6    A:  I don't know the details of why it
856: 7    came to market first. I always felt that it was
856: 8    because we had spent the time on these extensive GI
856: 9    safety studies and other studies that I described to
856: 10   you in order to have really meticulous clinical
856: 11   data.

*[Handwritten notes in right margin:]*
Π's OBJ
- Speculative
- Foundation

△ response: witness's belief that

| 26 | 856:23 -858:16 | Scolnick, Edward 2005-06-01 | 00:02:29 | 00:19:01 | 00:35:08 | es0601052.mpg | IRMATIVES.26 |

856: 23   Q:  Can you please tell us what was your
856: 24   view about patient safety as president of Merck
856: 25   Research Labs?
857: 1    A:  My view on patient safety was well
857: 2    known to every scientist in the laboratory,
857: 3    repeatedly told people that patient safety came
857: 4    first, that if we had a drug that was ready to go
857: 5    into the clinic and undergoing animal safety testing
857: 6    or was in the clinic already and had gone through
857: 7    stages of animal safety testing, that if any serious
857: 8    event occurred in animals or in people in such a
857: 9    program, that I wanted to be the first or among the

*[Handwritten notes in lower right margin:]*
Vioxx was a good and safe drug is a response to Π's attacks on Merck's failure to do certain studies and allegation that Merck rushed Vioxx to the market

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

857: 10   very first who would know about that so that I could
857: 11   participate in the decision of potentially stopping
857: 12   such a program.
857: 13   Q:  How did your view about patient
857: 14   safety influence your management style?
857: 15   A:  I was very demanding on that point to
857: 16   people. I was a perfectionist in that regard. I
857: 17   often reiterated that. I wanted people to present
857: 18   all of the data that they had whenever a safety
857: 19   issue came up, analyze it in every which way, and I
857: 20   constantly would go back over it even after first
857: 21   presentations to make sure that whatever had been
857: 22   said and whatever had been presented was accurate
857: 23   and was there more that we could do to reassure
857: 24   ourselves.
857: 25   Q:  As the president of Merck Research
858: 1    Labs how did you attempt to ensure the integrity of
858: 2    the data from Merck studies?
858: 3    A:  I tried to ensure the integrity by,
858: 4    A, emphasizing that we would not tolerate anything
858: 5    but authentic data; and, secondly, by the
858: 6    appointments I made to critical positions in
858: 7    clinical development. The people that headed
858: 8    clinical research, regulatory affairs and
858: 9    biostatistics who were present during most of my
858: 10   time as president were honest, hard working,
858: 11   meticulous people who I felt that I could trust
858: 12   completely to tell me if there was a safety problem
858: 13   about something in the areas that they were dealing
858: 14   with, and the same true of the head of safety
858: 15   assessment at Merck, who reported to me for a number
858: 16   of years while I was president of MRL.

| 27 | 860:7 -860:14 | Scolnick, Edward 2005-06-01 | 00:00:23 | 00:21:30 | 00:32:39 | es0601052.mpg | IRMATIVES.27 |

860: 7    Q:  Did you encourage scientific debate
860: 8    within Merck?
860: 9    A:  I demanded it. I had no tolerance
860: 10   for people who didn't understand their data, hadn't
860: 11   analyzed their data, and couldn't discuss the pros
860: 12   and cons of projects that they were in charge of,
860: 13   the good things, the bad things, what the issues
860: 14   were. I actually demanded that from everybody.

| 28 | 860:17 -860:22 | Scolnick, Edward 2005-06-01 | 00:00:18 | 00:21:53 | 00:32:16 | es0601052.mpg | IRMATIVES.28 |

860: 17   Q:  Dr. Scolnick, did you ever make any
860: 18   decisions as president of Merck Research Labs to
860: 19   stop the development of a drug?

*[handwritten annotations:]* Δ response: explains MRL's
decision to continue development
of Vioxx

*[right margin handwritten:]* TS's OBJ
- Hearsay
- 403
- 401
- Self-Serving

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| | | 860: 20 | A: Yes, of course. | | | | | |
| | | 860: 21 | Q: What kinds of considerations were in | | | | | |
| | | 860: 22 | play in those decisions? | | | | | |

| 29 | 860:24 - 863:6 | Scolnick, Edward 2005-06-01 | 00:02:57 | 00:22:11 | 00:31:58 | es0601052.mpg | IRMATIVES.29 |
|---|---|---|---|---|---|---|---|

860: 24 THE WITNESS: Sometimes programs were

860: 25 stopped due to lack of efficacy of the compound at

861: 1 the clinic that didn't work, and often they were

861: 2 stopped because of safety problems that arose either

861: 3 in animals on a promising drug or occasionally in

861: 4 trials in humans.

861: 5 BY MR. RABER:

861: 6 Q: Can you give us any examples of a

861: 7 situation where you terminated the development of a

861: 8 drug over safety concerns?

861: 9 A: Yes. I can give you several examples

861: 10 of that.

861: 11 One of the most painful ones was a

861: 12 precursor to Singulair, a compound for the treatment

861: 13 for asthma, that almost got as far as a Phase III

861: 14 study in humans. The drug was working well, and a

861: 15 very small number or percentage of patients

861: 16 developed abnormalities of liver function, and we

861: 17 terminated the program because we recognized there

861: 18 was a signal in people and that we didn't want that

861: 19 risk.

861: 20 We stopped the development of a

861: 21 special dosage form of Zocor, which was our

861: 22 cholesterol-lowering drug in competition with

861: 23 atorvastatin, and we were trying to develop a

861: 24 special formulation for a higher dose of Zocor and

861: 25 found in humans, despite the excitement about this

862: 1 dosage form, that it caused side effects in people,

862: 2 and we immediately stopped the program. People, in

862: 3 fact, who were in charge of the program, knowing

862: 4 that I would want to know, actually called me in

862: 5 England to tell me about this and to tell me they

862: 6 were stopping the program, they thought it was so

862: 7 important, and they knew I would want to know about

862: 8 it.

862: 9 We stopped development in the late

862: 10 '90s of a very, very promising compound in the

862: 11 psychiatric area that would have been a dramatic

862: 12 improvement over a class of drugs called

862: 13 benzodiazepines, which are used to treat anxiety

862: 14 problems and psychosis in humans. This drug was

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

| | |
|---|---|
| 862: 15 | much more selective for the receptors in that |
| 862: 16 | pharmacology field. It produced all the benefits |
| 862: 17 | and lacked most of the significant deficits and |
| 862: 18 | problems associated with those drugs, and it was |
| 862: 19 | very painful in that it was just a whisper of |
| 862: 20 | potential for this drug to alter the structure of |
| 862: 21 | DNA, to be a mutagen, and I decided it was not worth |
| 862: 22 | that risk because the data was real, although the |
| 862: 23 | evidence was slight, and we stopped the development |
| 862: 24 | of that drug. And there are two or three examples. |
| 862: 25 | Q: Why did you stop the development of |
| 863: 1 | those drugs when the safety was called into |
| 863: 2 | question? |
| 863: 3 | A: Because I looked at myself first as a |
| 863: 4 | physician in my position, and I always wanted to |
| 863: 5 | look out for the patient safety as well as the way |
| 863: 6 | our drugs worked and benefited patients. |

*Overruled*

---

| 30 | 876:16 -878:3 | Scolnick, Edward 2005-06-01 | 00:01:49 | 00:25:08 | 00:29:01' | es0601052.mpg | IRMATIVES.30 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| 876: 16 | Q: Dr. Scolnick, are you familiar with |
| 876: 17 | something called an FDA Advisory Committee? |
| 876: 18 | A: Yes. |
| 876: 19 | Q: What is an FDA Advisory Committee? |
| 876: 20 | A: An FDA Advisory Committee is a group |
| 876: 21 | of outside scientists with various disciplines |
| 876: 22 | convened solely by the FDA, composition determined |
| 876: 23 | solely by the FDA, that they call upon to review |
| 876: 24 | many new drug applications that come to them, |
| 876: 25 | especially on any new drug that would have a new |
| 877: 1 | mechanism of action, and it's a province of the FDA. |
| 877: 2 | It's been there for a very, very long period of |
| 877: 3 | time. |
| 877: 4 | Q: Was there an FDA Advisory Committee |
| 877: 5 | meeting that occurred relating to the approval of |
| 877: 6 | Vioxx? |
| 877: 7 | A: Yes, definitely. |
| 877: 8 | Q: Was that meeting open to the public? |
| 877: 9 | A: Oh, yes. |
| 877: 10 | Q: Can you tell us generally what |
| 877: 11 | occurred at that meeting? |
| 877: 12 | A: Yes. What occurs at that meeting is |
| 877: 13 | the same that occurs at all meetings of the Advisory |
| 877: 14 | Committee. The sponsor submits a background package |
| 877: 15 | to the FDA that they give to the Advisory Committee. |
| 877: 16 | The FDA prepares its own review of the application |
| 877: 17 | which it gives to the committee ahead of time. The |

*Overruled*

π's OBJ
~ Hearsay
- NOT BEST EVIDENCE
- SELF-SERVING

Δ: FDA's
Advisory Comm.
meetings are
relevant to drug
safety & propriety of Merck's actions

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

| | | | |
|---|---|---|---|
| 877: 18 | sponsor then comes and makes a presentation on the | | |
| 877: 19 | data, quizzed for as long and as extensively as the | | |
| 877: 20 | Advisory Committee wants on any question about the | | |
| 877: 21 | data. Has to answer it. The FDA presents their | | |
| 877: 22 | interpretation of the data, their analysis of the | | |
| 877: 23 | data. Again, the committee gets a chance to answer | | |
| 877: 24 | questions, ask questions, get them answered. This | | |
| 877: 25 | goes on for several hours, and then eventually the | | |
| 878: 1 | committee is asked to vote on questions that the FDA | | |
| 878: 2 | gives them that relate to the safety, efficacy and | | |
| 878: 3 | approvability of the drug. | | |

| 31 | **878:7 -878:12** | Scolnick, Edward 2005-06-01 | 00:00:17 | 00:26:57 | 00:27:12 | es0601052.mpg | IRMATIVES.31 |
|---|---|---|---|---|---|---|---|
| | | 878: 7 | Q: The process that you've just | | | | |
| | | 878: 8 | described, did that occur with respect to Vioxx | | | | |
| | | 878: 9 | before Vioxx was approved? | | | | |
| | | 878: 10 | A: Oh, yes. | | | | |
| Link > P1-28.1 | | 878: 11 | Q: I would like to show you a document | | | | |
| | | 878: 12 | that we'll mark as Exhibit 102. | | | | |

| 32 | **878:21 -879:24** | Scolnick, Edward 2005-06-01 | 00:01:36 | 00:27:14 | 00:26:55 | es0601052.mpg | IRMATIVES.32 |
|---|---|---|---|---|---|---|---|
| | | 878: 21 | Q: Dr. Scolnick, can you identify | | | | |
| | | 878: 22 | Exhibit 102, please? | | | | |
| Link > P1-28.1.1 | | 878: 23 | A: Yes. It's a letter to Dr. Robert | | | | |
| | | 878: 24 | Silverman, who was a senior director in the Merck | | | | |
| | | 878: 25 | Research Lab, regulatory affairs department. It is | | | | |
| | | 879: 1 | a letter that comes to him from Dr. Robert DeLap, | | | | |
| | | 879: 2 | M.D., Ph.D., who is director of drug evaluation at | | | | |
| | | 879: 3 | the FDA, and it relates to the new drug application | | | | |
| | | 879: 4 | of Vioxx. | | | | |
| | | 879: 5 | Q: Dr. Scolnick, what is the date of | | | | |
| | | 879: 6 | this letter from the FDA? | | | | |
| | | 879: 7 | A: I believe it's May 20, 1999. | | | | |
| | | 879: 8 | Q: Sir, I would like you to take a look, | | | | |
| | | 879: 9 | if you would, at the first page of Exhibit 102, and | | | | |
| | | 879: 10 | I'm going to ask you, if you would, please, to read | | | | |
| | | 879: 11 | out loud the fourth paragraph of this letter. | | | | |
| Link > P1-28.1.2 | | 879: 12 | A: The one that begins 'We have'? | | | | |
| | | 879: 13 | Q: Yes. | | | | |
| | | 879: 14 | A: The paragraph says, 'We have | | | | |
| | | 879: 15 | completed the review of this application, as | | | | |
| | | 879: 16 | amended, and have concluded that adequate | | | | |
| | | 879: 17 | information has been presented to demonstrate that | | | | |
| | | 879: 18 | the drug product is safe and effective for use as | | | | |
| | | 879: 19 | recommended in the enclosed labeling text. | | | | |
| | | 879: 20 | Accordingly, the application is approved effective | | | | |
| | | 879: 21 | on the date of this letter.' | | | | |

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

|  |  |  |
|---|---|---|
| | 879: 22 | Q: Is this letter what is known as the |
| | 879: 23 | approval letter for Vioxx? |
| Link > Hide | 879: 24 | A: Yes, I believe so. |

| 33 | **885:25 - 886:6** | Scolnick, Edward 2005-06-01 | 00:00:14 | 00:28:50 | 00:25:19 | es0601052.mpg | IRMATIVES.33 |
|---|---|---|---|---|---|---|---|
| | 885: 25 | Did there come a point in time when |
| | 886: 1 | you saw the results from the VIGOR study? |
| | 886: 2 | A: Yes. |
| | 886: 3 | Q: When did that occur? |
| | 886: 4 | A: March 9, 2000. |
| | 886: 5 | Q: Were you among the first people at |
| | 886: 6 | Merck to see those results? |

| 34 | **886:9 - 886:16** | Scolnick, Edward 2005-06-01 | 00:00:17 | 00:29:04 | 00:25:05 | es0601052.mpg | IRMATIVES.34 |
|---|---|---|---|---|---|---|---|
| | 886: 9 | THE WITNESS: I think I was shown the |
| | 886: 10 | data or sent the data after the project team |
| | 886: 11 | initially saw it and analyzed it, so, in that sense, |
| | 886: 12 | I was among the first, but I was not in the very |
| | 886: 13 | first group. |
| | 886: 14 | BY MR. RABER: |
| | 886: 15 | Q: What was your initial reaction to the |
| | 886: 16 | VIGOR results? |

| 35 | **886:19 - 887:4** | Scolnick, Edward 2005-06-01 | 00:00:29 | 00:29:21 | 00:24:48 | es0601052.mpg | IRMATIVES.35 |
|---|---|---|---|---|---|---|---|
| | 886: 19 | THE WITNESS: I was extremely pleased |
| | 886: 20 | at the GI outcomes which were much better for Vioxx |
| | 886: 21 | than naproxen, even the 50 milligrams of Vioxx, and |
| | 886: 22 | I was stunned and surprised at the cardiovascular |
| | 886: 23 | differences seen in the trial between naproxen and |
| | 886: 24 | Vioxx. I did not expect to see such a result. |
| | 886: 25 | BY MR. RABER: |
| | 887: 1 | Q: Did you ever put down that initial |
| | 887: 2 | reaction in writing? |
| | 887: 3 | A: Yes, I did. I sent an e-mail to some |
| | 887: 4 | members of the project team stating that. |

| 36 | **887:19 - 889:9** | Scolnick, Edward 2005-06-01 | 00:01:58 | 00:29:50 | 00:24:19 | es0601052.mpg | IRMATIVES.36 |
|---|---|---|---|---|---|---|---|
| | 887: 19 | Q: Dr. Scolnick, is Exhibit 14 in front |
| | 887: 20 | of you, the e-mail that you just referred to? |
| Link > ES1.1.10 | 887: 21 | A: Yes, it is. |
| | 887: 22 | Q: In your e-mail you write: 'To all: |
| Link > ES1.1.6 | 887: 23 | I just received and went through the data. Thank |
| | 887: 24 | you for sending it to me. There is no doubt about |
| | 887: 25 | the pub data. Very very strong. As expected.' Do |
| | 888: 1 | you see that? |
| | 888: 2 | A: Yes, I do. |
| | 888: 3 | Q: What is the 'pub data'? |
| | 888: 4 | A: PUB is shorthand for perforations, |

888: 5   ulcers and bleeds. Those were the serious side
888: 6   effects of prior nonsteroidals that everyone wanted
888: 7   to know about.
888: 8   Q:  When you say 'Very very strong. As
888: 9   expected,' what were you referring to?
888: 10  A:  I was referring to the fact that the
888: 11  first look at the data, there seemed to be a
888: 12  dramatic increase in the number of those compared to
888: 13  naproxen in the study.

Link > ES1.1.7   888: 14  Q:  You go on to say: 'General safety is
888: 15  better than could hope for in this patient
888: 16  population. Incidences of hypertension, renal
888: 17  anything, edema, liver, all great - very safe.
888: 18  Very, very safe.' Do you see that?
888: 19  A:  Yes, I do.
888: 20  Q:  When you are talking about 'better
888: 21  than could hope for in this patient population,'
888: 22  what does that refer to?
888: 23  A:  These patients were patients who had
888: 24  rheumatoid arthritis, a very serious illness. Many
888: 25  of them would be on steroids in addition to whatever
889: 1   nonsteroidal anti-inflammatories, some other
889: 2   medications also, and a somewhat fragile patient
889: 3   population in that regard. Therefore, whenever one
889: 4   tests any kind of drug in a patient population
889: 5   that's sick to begin with, as these patients were,
889: 6   one worries that one might see side effects that
889: 7   would show up in an unexpected way, and those were
889: 8   not seen and not detected in the trial, and I was
889: 9   very pleased about that.

---

37   889:18-890:11   Scolnick, Edward 2005-06-01   00:00:41   00:31:48   00:22:21   es0601052.mpg   IRMATIVES.37

Link > ES1.1.8   889: 18  Q:  Dr. Scolnick, you then go to say,
889: 19  'The CV events are clearly there.' Do you see that?
889: 20  A:  Yes, I do.
889: 21  Q:  What does that refer to?
889: 22  A:  What I was referring to was the
889: 23  reports of the cardiovascular events in the two arms
889: 24  of the trial and that the two curves were different,
889: 25  the incidence of curves were clearly
890: 1   distinguishable.
890: 2   Q:  There was a difference in the number
890: 3   of CV events between the Vioxx group and the
890: 4   naproxen group. Is that what you're saying?
890: 5   A:  Yes, that's exactly what I'm saying.
890: 6   Q:  Further down you say, 'it is

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
Link > ES1.1.9

890: 7  mechanism based as we worried it was.' Do you see

890: 8  that?

890: 9  A: Yes, I do.

890: 10  Q: What does it mean when you say 'it is

890: 11  mechanism based'? What were you referring to?

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38 | **890:14 - 894:13** | Scolnick, Edward 2005-06-01 | 00:05:04 | 00:32:29 | 00:21:40 | es0601052.mpg | IRMATIVES.38 |

Link > Hide

890: 14  THE WITNESS: Well, as part of my

890: 15  initial reaction, as I've described many times, I

890: 16  hadn't expected these results, and my very first

890: 17  reaction was that Vioxx had elevated the rate as

890: 18  opposed to naproxen lowering the rate, and my

890: 19  connection was to the prostacyclin hypothesis, which

890: 20  was my set of first thoughts when I saw the data.

890: 21  That's what I was talking about, since COX-2

890: 22  inhibitors had been shown to lower prostacyclin in

890: 23  the urine.

890: 24  BY MR. RABER:

890: 25  Q: You go on to say at the end of this

891: 1  e-mail 'We have a great drug' and you say 'The class

Link > ES1.1.10

891: 2  will do well.' Do you see those references?

891: 3  A: Yes, I do.

891: 4  Q: What did you mean by that?

Link > Hide

891: 5  A: Well, that even if these results were

891: 6  caused by Vioxx as opposed to not being caused by

891: 7  Vioxx, the incidence was low, we could change the

891: 8  label to reflect the results, the drug still had a

891: 9  significant benefit to patients, and people and we

891: 10  would learn how to use it safely in people and still

891: 11  produce the benefit with an articulation of what

891: 12  could have been a known risk at that point -- what I

891: 13  thought was a known risk at that point.

891: 14  Q: Dr. Scolnick, did there come a time

891: 15  when members of the Vioxx team informed you that

891: 16  there might be another explanation for the

891: 17  difference in the CV events between Vioxx and

891: 18  naproxen?

891: 19  A: Yes. Subsequently to this, and I

891: 20  don't recall whether it was this evening or the next

891: 21  day, members of the team told me they, in fact,

891: 22  thought there was a very plausible and more likely

891: 23  explanation for the differences in the event rates

891: 24  in the two arms of the trial.

891: 25  Q: What did you instruct the Vioxx team

892: 1  members to do at that point?

892: 2  A: Well, they told me that because

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

892: 3   naproxen was at this dose twice a day, 500

892: 4   milligrams twice a day, had potent anti-platelet

892: 5   activity, that the more plausible explanation was

892: 6   that naproxen had actually lowered the CV event rate

892: 7   in the trial. So, I said to them, well, that sounds

892: 8   good, but what other evidence is there to support

892: 9   that? So, let's look back at all of our clinical

892: 10   trial data and see if there's any other evidence for

892: 11   that, and what other evidence can you find that

892: 12   naproxen or drugs like naproxen couldn't be

892: 13   cardioprotective.

892: 14   Q:  Did the Vioxx team present you with

892: 15   any evidence of naproxen's ability to inhibit

892: 16   platelets the way that they had described?

892: 17   A:  Yes. They told me about it and I

892: 18   believe showed me a graph which showed that naproxen

892: 19   500 milligrams twice a day was potent, had a potent

892: 20   anti-platelet effect throughout the day and compared

892: 21   that to ibuprofen and diclofenac, two other members

892: 22   of the class which did not in their usual dosage

892: 23   regimens have that kind of effect, and, therefore,

892: 24   naproxen was unique as a prototypical

892: 25   anti-inflammatory drug.

893: 1   Q:  That data about naproxen that you

893: 2   were shown, was that data that had been obtained in

893: 3   a Merck-related study?

893: 4   A:  The biochemistry data I'm talking

893: 5   about in people, I think, was in a Merck study, yes,

893: 6   clinical pharmacology study.

893: 7   Q:  That data, were you aware of that

893: 8   data when you wrote your e-mail on March 9, 2000?

893: 9   A:  No. I had not been aware of it. I

893: 10   was very surprised at this data and had not heard

893: 11   about the naproxen effect before they told me about

893: 12   it.

893: 13   Q:  In your words, what did that data

893: 14   about naproxen suggest to you at that point?

893: 15   A:  Well, at that point, my thinking, I

893: 16   thought, well, they have a plausible hypothesis

893: 17   here. This is certainly -- based on the

893: 18   anti-platelet activity, they could be seeing a

893: 19   naproxen-protective effect. I wanted them to look

893: 20   at all our other clinical trial data again and was

893: 21   really struggling with trying to find a way to get

893: 22   more placebo-controlled data. Because in this

893: 23   trial, what we had from our database at that point

| | |
|---|---|
| 893: 24 | was, on the one hand we had Vioxx versus all the |
| 893: 25 | nonsteroidals which had been tested in our trials, |
| 894: 1 | Phase IIb/III trials and extensions where we had |
| 894: 2 | seen no difference in cardiovascular event rates. |
| 894: 3 | Then now we had a trial where at 50 milligrams of |
| 894: 4 | Vioxx versus naproxen we had a difference, and those |
| 894: 5 | were two different databases, neither of which had a |
| 894: 6 | placebo against it. So, their interpretation based |
| 894: 7 | on the anti-platelet activity was naproxen had |
| 894: 8 | lowered the heart attack rate consistent with the |
| 894: 9 | fact that it was different biochemically from other |
| 894: 10 | nonsteroidals and Vioxx was not different from them |
| 894: 11 | in CV events. I said the tie breaker here has to be |
| 894: 12 | placebo data, and how much placebo data do we have |
| 894: 13 | to see if Vioxx is different from placebo. |

| 39 | 894:16 -895:25 | Scolnick, Edward 2005-06-01 | 00:01:52  00:37:33  00:16:36  es0601052.mpg  IRMATIVES.39 |
|---|---|---|---|

| | |
|---|---|
| 894: 16 | Q:  Before we get to placebo data, did |
| 894: 17 | the Vioxx project team provide you with any other |
| 894: 18 | biochemical or pharmacological information that |
| 894: 19 | suggested a drug like naproxen could inhibit |
| 894: 20 | platelets like aspirin? |
| 894: 21 | A:  Yes. They actually told me about and |
| 894: 22 | then subsequently sent me a paper on a drug called |
| 894: 23 | flurbiprofen, which is a very potent nonsteroidal. |
| 894: 24 | In the doses given in the trials they cited to me, |
| 894: 25 | it blocks platelets like naproxen. It had been |
| 895: 1 | tested in a very high risk patient population in |
| 895: 2 | which patients had their arteries open, something |
| 895: 3 | called angioplasty today, and then followed for six |
| 895: 4 | months with and without flurbiprofen treatment to |
| 895: 5 | see if flurbiprofen lowered the restenosis, |
| 895: 6 | reclotting rate of these opened arteries. And lo |
| 895: 7 | and behold, flurbiprofen had a dramatic benefit to |
| 895: 8 | those patients that dropped the restenosis rate, the |
| 895: 9 | rethrombosis rate dramatically in those patients. |
| 895: 10 | Subsequently they told me about a |
| 895: 11 | drug called indobufen which had even more data |
| 895: 12 | associated with it. It had two other clinical |
| 895: 13 | situations. It had an actual heart bypass graft |
| 895: 14 | where it blocked the stenosis, subsequent clotting |
| 895: 15 | of that, and yet another situation, patients who |
| 895: 16 | have a rhythm disturbance in their atrium which sets |
| 895: 17 | them up to have clots, called atrial fibrillation, |
| 895: 18 | and giving those patients indobufen reduced the |
| 895: 19 | incidence of their thrombotic events. |

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

895: 20    So, they had three pieces of
895: 21    information with drugs like naproxen, which was very
895: 22    strong clinical evidence to support the biochemical
895: 23    evidence that we had with naproxen at that point.
895: 24    Q:  I would like to show you a document
895: 25    that we'll mark as Exhibit 103.

| 40 | 896:13-899:11 | Scolnick, Edward 2005-06-01 | | 00:04:01 | 00:39:25 | 00:14:44 | es0601052.mpg | IRMATIVES.40 |

896: 13    Q:  Dr. Scolnick, can you identify
896: 14    Exhibit 103, please?
896: 15    A:  Yes. Exhibit 103 is a paper from the
896: 16    European Heart Journal published in 1993. The title
896: 17    of the paper is 'Evaluation of flurbiprofen for
896: 18    prevention of reinfarction and reocclusion after
896: 19    successful thrombolysis or angioplasty in acute
896: 20    myocardial infarction.'
896: 21    Q:  Is this Exhibit 103, the flurbiprofen
896: 22    data or paper that you referred to earlier in your
896: 23    testimony?
896: 24    A:  Yes, it is.
896: 25    Q:  Were you aware of the data contained
897: 1     in this paper on flurbiprofen when you wrote your
897: 2     e-mail on March 9, 2000?
897: 3     A:  No, I was not.
897: 4     Q:  Similarly, were you aware of the data
897: 5     regarding the drug indobufen when you wrote your
897: 6     e-mail on March 9, 2000?
897: 7     A:  No, I was not.
897: 8     Q:  You mentioned a few minutes ago
897: 9     something about placebo data. Can you tell us what
897: 10    else you and your team looked at to answer the
897: 11    question of whether the difference in the CV rates
897: 12    between naproxen and Vioxx was due to naproxen?
897: 13    A:  During the discussion of trying to
897: 14    figure out a way to look at placebo data, someone, I
897: 15    don't recall who, reminded us that we had an ongoing
897: 16    trial in patients with Alzheimer's disease. This
897: 17    trial compared placebo to 25 milligrams of Vioxx,
897: 18    and I don't recall whether it was a treatment trial
897: 19    or a prevention trial, but it was attempting to
897: 20    improve the lot, the clinical benefit to patients
897: 21    with Alzheimer's. The reason this trial was ongoing
897: 22    was there was a theory, again a hypothesis, that
897: 23    such an anti-inflammatory would improve the clinical
897: 24    condition or prevent the progression of Alzheimer's
897: 25    disease based on literature post hoc epidemiology

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

898: 1    data, but it was only a hypothesis.
898: 2    And it was now regarded that Vioxx
898: 3    was safe enough on the stomach to test this theory
898: 4    in patients with Alzheimer's compared to placebo.
898: 5    No drug had ever been shown to retard the
898: 6    progression of Alzheimer's, so, it was perfectly
898: 7    ethical to do the study versus placebo, it was a
898: 8    fairly large study. And the group thought very
898: 9    sharply, they figured out that -- there were only
898: 10   two arms in the trial, treatment arm A and treatment
898: 11   arm B. They were blinded, but during any trial,
898: 12   including this one, we always record immediately in
898: 13   our database adverse experience reports that come in
898: 14   during the course of the trial, and, therefore, this
898: 15   database had potentially in it cardiovascular
898: 16   adverse experience reports from the Alzheimer's
898: 17   trial, an old population presumably with some
898: 18   underlying heart disease.
898: 19   So, we said, terrific, is there a way
898: 20   without unblinding the whole trial that we can look
898: 21   at this safety data, column A and column B. And it
898: 22   was clear, made clear by the statistics group to me
898: 23   that we could do that without compromising the trial
898: 24   by just aggregating the data under treatment A and
898: 25   treatment B, and they would enumerate the
899: 1    cardiovascular side effects.
899: 2    And I said that's just terrific, go
899: 3    do it right away. I want to know the minute you
899: 4    know the answer to this. So, they did all the
899: 5    things necessary to do this legally, and they
899: 6    enumerated all the data, they called me 48 hours
899: 7    later in the evening on a Sunday night and told me
899: 8    that there was no difference in the event rates in
899: 9    treatment A and treatment B arm. That was greatly
899: 10   reassuring.
899: 11   Q:  Why was that significant to you?

---

41    899:14-900:10    Scolnick, Edward 2005-06-01      00:01:01  00:43:26  00:10:43   es0601052.mpg    IRMATIVES.41

899: 14   THE WITNESS:  That was significant to
899: 15   me because it was in my mind the critical piece of
899: 16   information to accept the naproxen hypothesis that
899: 17   the group had put forward. We knew naproxen could
899: 18   be potentially cardioprotective based on all the
899: 19   data I've talked to you about, but I wanted to see
899: 20   data versus Vioxx, because if they were right, Vioxx
899: 21   versus placebo should not have been different. And

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

|  |  |  |
|---|---|---|
| 899: 22 | when I was told this data, I was reassured, but I |
| 899: 23 | then asked the statistician who called me, I want to |
| 899: 24 | know not just the grouped data that that you've |
| 899: 25 | given me, I want to know all the categories of |
| 900: 1 | cardiovascular events in both treatment arms, A and |
| 900: 2 | B. And he read me those on the phone and, again, |
| 900: 3 | they were no different. And so I was really |
| 900: 4 | relieved and reassured, and thought, well, they are |
| 900: 5 | right, I was wrong, and the naproxen hypothesis is |
| 900: 6 | the explanation for this. |
| 900: 7 | BY MR. RABER: |
| 900: 8 | Q: Did Merck do anything to look at the |
| 900: 9 | osteoarthritis data that it was continuing to |
| 900: 10 | collect at that point? |

*(Handwritten margin: "Overruled")*

*(Handwritten right margin: "Π's obj / Improper proffer of / Expert Opinion / Merck Scientist's interpretation / of data is relevant")*

| 42 | 900:12 - 901:1 | Scolnick, Edward 2005-06-01 | 00:00:48 | 00:44:27 | 00:09:42 | es0601052.mpg | IRMATIVES.42 |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 900: 12 | THE WITNESS: Yes. We continually |
| 900: 13 | looked at that data, as more and more patients |
| 900: 14 | accrued from different trials, updated it, did large |
| 900: 15 | meta-analyses of the trials comparing Vioxx to the |
| 900: 16 | other comparators, continually looking to see if |
| 900: 17 | there was a signal, and there was no signal. |
| 900: 18 | Q: All right. |
| 900: 19 | Dr. Scolnick, then after you |
| 900: 20 | considered the data about naproxen, after you |
| 900: 21 | considered the data about flurbiprofen and the data |
| 900: 22 | about indobufen and the data from the Alzheimer's |
| 900: 23 | trials comparing Vioxx with placebo, what did you |
| 900: 24 | conclude was the best explanation for the |
| 900: 25 | differences in CV events that occurred in the VIGOR |
| 901: 1 | study? |

*(Handwritten margin: "Overruled")*

*(Handwritten right margin: "Π's = obj / Improper proffer / of Expert / opinion / Δ: Merck's Scientist's / interpretation")*

| 43 | 901:3 - 901:6 | Scolnick, Edward 2005-06-01 | 00:00:10 | 00:45:15 | 00:08:54 | es0601052.mpg | IRMATIVES.43 |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 901: 3 | THE WITNESS: I concluded the team |
| 901: 4 | had been right and I had been wrong, that the |
| 901: 5 | naproxen arm was lower than the Vioxx arm because |
| 901: 6 | naproxen had been cardioprotective. |

*(Handwritten right margin: "of data is / relevant")*

| 44 | 905:1 - 907:16 | Scolnick, Edward 2005-06-01 | 00:03:31 | 00:45:25 | 00:08:44 | es0601052.mpg | IRMATIVES.44 |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| | 905: 1 | Can you identify the e-mail that |
| | 905: 2 | appears towards the bottom of this exhibit? |
| Link > P1-1.1.1 | 905: 3 | A: Yes, I can. It's an e-mail from |
| | 905: 4 | myself on February 8th to Douglas Greene, Alise |
| | 905: 5 | Reicin, Alan Nies, Harry Guess, Deborah Shapiro and |
| | 905: 6 | Thomas Simon, and the subject is 'Today.' |
| Link > Hide | 905: 7 | Q: Doctor, your e-mail reads 'To ALL.' |
| | 905: 8 | Well, let me back up. What was the context of your |

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

905: 9    sending this e-mail to those individuals on this
905: 10   day?
905: 11   A:  The context was to congratulate them
905: 12   for the wonderful job they had done in presenting
905: 13   the data to the committee, answering all the
905: 14   questions in great detail, being prepared for the
905: 15   details that the Advisory Committee wanted on
905: 16   additional questions, and I thought they had just
905: 17   done a fantastic job, and I wanted to encourage them
905: 18   and tell them what a great job it was.

Link > P1-1.1.1
905: 19   Q:  Your E-mail reads: 'To ALL. I bit
905: 20   my nails all day. You all were FANTASTIC. You made
905: 21   them look like grade d high school students and you
905: 22   won big huge and completely. You should be proud
905: 23   happy and exhausted. Enjoy and bask in the warmth
905: 24   of having done an impossible job superbly/Ed.' Do
905: 25   you see that?

Link > Hide
906: 1    A:  Yes, I do.
906: 2    Q:  Can you explain to us your reference
906: 3    there to making someone look like grade D high
906: 4    school students?
906: 5    A:  Yes. I was trying to praise the team
906: 6    in a way that was simply an analogy to something
906: 7    that had that happened several years ago during our
906: 8    Crixivan NDA review.
906: 9    Q:  What had happened there?
906: 10   A:  When we presented Crixivan at a
906: 11   comparable FDA Advisory Committee meeting, and I
906: 12   don't recall the exact year this was, it was in the
906: 13   earlier '90s, we had come -- it was a two-day
906: 14   meeting on protease inhibitors. Another sponsor had
906: 15   presented theirs on the first day, and we were
906: 16   presenting on the second day. Our presentation was
906: 17   finished by the physician who made it, and when he
906: 18   finished, the first hand up from the Advisory
906: 19   Committee was from someone on the committee who said
906: 20   to our presenter, that was fantastic. You made them
906: 21   look like grade D high school students. And that
906: 22   was all I was referring to here. It was a laudatory
906: 23   comment by a member of this past Advisory Committee,
906: 24   and I was sort of reminding them of that comment in
906: 25   a kind of jovial way when I was so proud of them for
907: 1    what they had done.
907: 2    Q:  You refer later on in this e-mail to
907: 3    your team 'having done an impossible job superbly.'
907: 4    Do you see that?

*Handwritten margin notes:* HEARSAY

Δ: explanation of email plaintiff asked witness about

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

907: 5     A:  Yes, I do.

907: 6     Q:  What's the 'impossible job' that

907: 7     you're referring to?

907: 8     A:  Well, I thought that having a public

907: 9     discussion about cardiovascular events was a very

907: 10    difficult subject to handle and that they did it in

907: 11    an unemotional way where it was carried out in a

907: 12    completely rational discussion with full disclosure

907: 13    of all the data without anyone becoming emotional

907: 14    about it either on our side or the committee side,

907: 15    so that all the data could be considered rationally,

907: 16    and a most rational decision could be made.

| 45 | 919:2 -919:4 | Scolnick, Edward 2005-06-01 | 00:00:07 | 00:48:56 | 00:05:13 | es0601053.mpg | IRMATIVES.45 |

919: 2     Q:  Before the VIGOR results came out,

919: 3     had you used Vioxx personally?

919: 4     A:  Yes

*(handwritten)* TDCS OBJ

| 46 | 919:7 -919:18 | Scolnick, Edward 2005-06-01 | 00:00:26 | 00:49:03 | 00:05:06 | es0601053.mpg | IRMATIVES.46 |

919: 7     Q:  For what condition?

919: 8     A:  I have a chronic sciatic nerve

919: 9     problem due to a disc and a back fusion that was

919: 10    done in the late '70s.

919: 11    Q:  How often did you take Vioxx before

919: 12    the VIGOR results came out?

919: 13    A:  On the average, once or twice a week.

919: 14    Sometimes several days in a row when I traveled, but

919: 15    on the average, once or twice a week.

919: 16    Q:  After the VIGOR results came out and

919: 17    showed a difference between Vioxx and naproxen, did

919: 18    you stop taking Vioxx?

*(handwritten)* Excluded By Pretrial MIL.

*(handwritten)* Δ: voluntarily removes designation

| 47 | 919:20 -919:21 | Scolnick, Edward 2005-06-01 | 00:00:03 | 00:49:29 | 00:04:40 | es0601053.mpg | IRMATIVES.47 |

919: 20    THE WITNESS:  No. I used it in the

919: 21    same way.

| 48 | 920:10 -920:24 | Scolnick, Edward 2005-06-01 | 00:00:56 | 00:49:32 | 00:04:37 | es0601053.mpg | IRMATIVES.48 |

920: 10    Q:  Did you ever share your thoughts

920: 11    after you had seen all the data relating to naproxen

920: 12    and Vioxx and placebo, did you ever share your

920: 13    feeling that you believed there was no safety

920: 14    problem with Vioxx?

920: 15    A:  Yes. I told people that all the

920: 16    evidence we had was completely consistent with the

920: 17    fact that naproxen was cardioprotective, that one

920: 18    could not exclude any effect of Vioxx, because that

920: 19    was trying to prove a negative, and that was very

920: 20    difficult to do in science, and those were the kinds

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 920: 21 | of statements I would make to people. | | | | |
| | | 920: 22 | Q: Dr. Scolnick, I want to show you a | | | | |
| | | 920: 23 | document we'll mark as Exhibit 105. It has the | | | | |
| | | 920: 24 | numbers MRK-ACT0009918. | | | | |

| 49 | 921:6 - 922:4 | Scolnick, Edward 2005-06-01 | | 00:01:15 | 00:50:28 | 00:03:41 | es0601053.mpg | IRMATIVES.49 |
|---|---|---|---|---|---|---|---|---|
| | | 921: 6 | Q: Can you identify for us the e-mail | | | | | |
| | | 921: 7 | that appears in the middle of the page on Exhibit | | | | | |
| | | 921: 8 | 105? | | | | | |
| | | 921: 9 | A: Yes. It is an e-mail from myself to | | | | | |
| | | 921: 10 | Alan Nies, Alise Reicin and Harry Guess. The | | | | | |
| | | 921: 11 | subject is: 'A word of Praise.' | | | | | |
| | | 921: 12 | Q: What is the date of this e-mail? | | | | | |
| | | 921: 13 | A: February 4, 2001. | | | | | |
| | | 921: 14 | Q: What was the context for sending this | | | | | |
| | | 921: 15 | e-mail to that group on February 4 of 2001? | | | | | |
| | | 921: 16 | A: I believe they were getting close to | | | | | |
| | | 921: 17 | the FDA Advisory Committee on the VIGOR results, and | | | | | |
| | | 921: 18 | I wanted to tell them that they had done a terrific | | | | | |
| | | 921: 19 | job, and I was no longer worried about the safety of | | | | | |
| | | 921: 20 | the drug and all the issues that we've covered and, | | | | | |
| | | 921: 21 | again, thank them for the enormous amount of work | | | | | |
| | | 921: 22 | they had done so well. They were extremely | | | | | |
| | | 921: 23 | thorough. | | | | | |
| | | 921: 24 | Q: Your e-mail says towards the middle | | | | | |
| | | 921: 25 | 'We all worried to death about the CV events last | | | | | |
| | | 922: 1 | Spring.' Then it says: 'But I was sick at the | | | | | |
| | | 922: 2 | thought we might be doing harm to patients.' Do you | | | | | |
| | | 922: 3 | see that? | | | | | |
| | | 922: 4 | A: Yes, I do. | | | | | |

| 50 | 922:8 - 923:9 | Scolnick, Edward 2005-06-01 | | 00:01:24 | 00:51:43 | 00:02:26 | es0601053.mpg | IRMATIVES.50 |
|---|---|---|---|---|---|---|---|---|
| | | 922: 8 | Q: What is that referring to? | | | | | |
| | | 922: 9 | A: It is referring to my major concern | | | | | |
| | | 922: 10 | which was, as I told you earlier, I always regarded | | | | | |
| | | 922: 11 | myself as a physician first and as president of MRL | | | | | |
| | | 922: 12 | second. And the thought that I had initially that | | | | | |
| | | 922: 13 | Vioxx might be harming patients was really quite | | | | | |
| | | 922: 14 | upsetting to me, and we worried about it, we looked | | | | | |
| | | 922: 15 | for whether it was the case or not, and as I've | | | | | |
| | | 922: 16 | stated here, I told them that, I knew that they all | | | | | |
| | | 922: 17 | thought the same way, and told them that I was no | | | | | |
| | | 922: 18 | longer worried, that we had done so much analysis | | | | | |
| | | 922: 19 | and had so much other data that I had been reassured | | | | | |
| | | 922: 20 | that the drug was safe. | | | | | |
| | | 922: 21 | Q: Your e-mail goes on to say: 'I KNOW | | | | | |
| | | 922: 22 | each of you well enough to know you felt the same | | | | | |

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

922: 23   way. With all the data now available I am no longer
922: 24   worried.' Do you see that?
922: 25   A: Yes, I do.
923: 1   Q: Did that reflect your state of mind
923: 2   about the safety of Vioxx as of February 4, 2001?
923: 3   A: Yes. That's what I said in the
923: 4   e-mail.
923: 5   Q: Did Merck continue to study and
923: 6   analyze data relating to Vioxx?
923: 7   A: Yes. Again, other ongoing trials
923: 8   were done. They were all analyzed in the same way
923: 9   with the same standard operating procedure.

| 51 | 951:13 -951:22 | Scolnick, Edward 2005-06-01 | 00:00:30 | 00:53:07 | 00:01:02 | es0601053.mpg | IRMATIVES.51 |

951: 13   Q: Dr. Scolnick, can you please identify
951: 14   Exhibit 111?
951: 15   A: Yes. It is an e-mail from myself to
951: 16   Dr. Alise Reicin. It is November 7, 2001. The
951: 17   subject is 'Comfort.'
951: 18   Q: Dr. Scolnick, in looking at this
951: 19   e-mail, does this refresh your memory as to whether
951: 20   you told any of your colleagues at Merck near the
951: 21   end of 2001 that you were comfortable with the data
951: 22   and felt you didn't have any problems with Vioxx?

Link > 211.1.1

*[handwritten: TT's o BJ]*
*[handwritten: - Improper Foundation]*
*[handwritten: - Improper predicate]*
*[handwritten: - Improper attempt to refresh recollection]*

| 52 | 951:24 -952:12 | Scolnick, Edward 2005-06-01 | 00:00:33 | 00:53:36 | 00:00:33 | es0601053.mpg | IRMATIVES.52 |

951: 24   THE WITNESS: I don't recall this
951: 25   memo, but it's clear I wrote it.
952: 1   BY MR. RABER:
952: 2   Q: Can you read to us what it says,
952: 3   please?
952: 4   A: 'Alise Thanks for the update today.
952: 5   The rates in the Alzheimer's study and the large
952: 6   numbers of patients included make me very
952: 7   comfortable with the data and that we do not have
952: 8   any problems. Many thanks again/ Ed.'
952: 9   Q: Does this e-mail that you wrote on
952: 10   November 7, 2001 accurately reflect your state of
952: 11   mind about the safety of Vioxx at that time?
952: 12   A: Yes, it does.

*[handwritten: Δ: This email is responsive to TT's questions about other emails concerning Dr Scolnick's interpretation of data]*

Play Time for this Script:   **00:54:09**

Total time for all Scripts in this report:   **00:54:09**