MINUTE ENTRY
FALLON, J.
DECEMBER 6, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION          MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.         REF NO. 05-4046

VERSUS

MERCK & CO., INC.                      SECTION: L

BEFORE JUDGE ELDON E. FALLON      Tuesday, December 6, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert        (continued from 12-5-05)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq.,
            Dave Matthews, Esq.,  for plaintiffs
            Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

---

JURY TRIAL: All present and ready.

Defendant's Witnesses:
David S. Silver - resumes testimony.
Briggs Morrison, MD - sworn
Alise Reicin, MD - sworn - accepted as expert.

Court adjourned at 5:30 pm until Wednesday, December 7, 2005, at 8:30 am.

JS 10    6:35