A CERTIFIED TRUE COPY

DEC -6 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -8  P 3: 08

LORETTA G. WHYTE

DEC - 6 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Robert K. Waitt v. Merck & Co., Inc., et al.*, W.D. Washington, C.A. No. 2:05-759

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

## ORDER DENYING MOTION FOR RECONSIDERATION

Presently before the Panel is a motion by plaintiff for reconsideration of the Panel's October 21, 2005, order transferring *Waitt* then pending in the Western District of Washington to the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings with previously centralized MDL-1657 actions. Merck & Co., Inc., opposes this motion for reconsideration.

On the basis of the papers filed,[1] the Panel finds that plaintiff has not raised any arguments, not already considered by the Panel, which would justify reconsideration of the Panel's October 2005 order in which the Panel found that *Waitt* shares questions of fact with previously centralized MDL-1657 actions.[2] We remain confident in the ability of the MDL-1657 transferee judge to ensure that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties.

IT IS THEREFORE ORDERED that the motion for reconsideration of the Panel's October 21, 2005, order is denied.

___ Fee ____
___ Process ____
_X_ Dktd ____
___ CtRmDep ____
___ Doc. No. ____

* Judge Motz took no part in the decision of this matter.

[1] *See* Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

[2] MDL-1657 involves actions seeking relief for personal injury/wrongful death and/or economic damages arising out of the sale and/or consumption of Vioxx.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

December 6, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Robert K. Waitt v. Merck & Co., Inc., et al.,* W.D. Washington, C.A. No. 2:05-759

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
        Deputy Clerk

Enclosure

cc:     Transferee Judge: Judge Eldon E. Fallon
        Transferor Judge: Judge Robert S. Lasnik
        Transferor Clerk: Bruce Rifkin

JPML Form 87