FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -8  PM 3: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRA IGNACIO, individually and as representative of the estate of ALBERT LOU IGNACIO, Plaintiffs | : : : : | CIVIL ACTION NO. 05-2819 MDL-1657 JUDGE FALLON |
| v. | : : | MAGISTRATE JUDGE KNOWLES |
| MERCK & CO., INC. and PFIZER INC., Defendants | : : : | |

### DEFENDANT PFIZER INC.'S
### CORPORATE DISCLOSURE STATEMENT

PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure Statement, and states:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer Inc.*

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 8th day of December, 2005.