UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 30 2005
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| Products Liability Litigation | * | SECTION: L |
| This Document Relates To | * | Judge Fallon |
| Martha Baker, et. al. | * | Magistrate Judge Knowles |
| Plaintiff, | * | |
| vs. | * | |
| Merck & Co., Inc., | * | |
| Defendant. | * | |
| Civil Action No. 05-3127 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUBSTITUTION OF PARTY

COME NOW the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Kerry Lancaster, personal representative of the Estate of Daphyne Lancaster, in place of plaintiff Daphyne O. Lancaster. As grounds for same the plaintiff states as follows:

1. The complaint in the above styled manner was filed prior to the death of Daphyne Lancaster.

2. The plaintiff Daphyne Lancaster died on or about June 8, 2005.

3. Kerry Lancaster was appointed as Personal Representative of the Estate of Daphyne Lancaster on November 2, 2005. (See attached as Exhibit A).

Fee_____
Process_____
___d_____
_RmDep_____
Doc. No._____

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above-mentioned party is proper.

WHEREFORE, ALL PREMISES CONSIDERED, the plaintiffs respectfully request this Court to enter an Order substituting Kerry Lancaster, Personal Representative of the Estate of Daphyne Lancaster for the plaintiff Daphyne Lancaster.

RESPECTFULLY SUBMITTED,

_____
Craig L. Lowell
Attorney for Plaintiff

OF COUNSEL:
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: 205-314-0500

## NOTICE OF HEARING

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion for Substitution of Parties upon the counsel for the defendant, by placing same in the United Stated Mail, properly addressed and postage prepaid, by first-class mail on the 23rd day of November, 2005.

GEORGIA PROBATE COURT
STANDARD FORM

STATE OF GEORGIA
COUNTY OF __BIBB__

DOCKET NO: 05PV34333

## LETTERS OF ADMINISTRATION
(Bond Waived and/or Certain Powers Granted at Time of Appointment)

By __William J. Self, II__, Judge of the Probate Court of said County.

WHEREAS, __Daphyne Oleita Lancaster__ died intestate (check one:)

__X__  domiciled in this County;
____  not domiciled in this State, but owning property in this County;

and this Court granted an order appointing __Kerry Paul Lancaster__ as Administrator of the estate of said decedent, on condition that said Administrator give oath as required by law; and the said Administrator having complied with said condition; the Court hereby grants unto said Administrator full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the heirs of said decedent, and to do and perform all other duties as such Administrator, according to the laws of this State. In addition, this Court has:

(Initial all which apply:)

a. waived the bond of the administrator and granted to the administrator the power to serve without filing an inventory, and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the income beneficiaries, at least annually, a statement of receipts and disbursements.

b. granted to the administrator all of the powers contained in O.C.G.A. §53-12-232 not included in (a) above.

____ c. granted to the administrator only those certain powers contained in O.C.G.A. §53-12-232 which are set forth in Exhibit "A" attached to the petition upon which the Court entered an order dated _____.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this _____ day of __NOV 0 2 2005__,

(seal)

Judge of the Probate Court

NOTE: The following must be signed if the judge does not sign the original of this document:

Issued by:

_____
Clerk, Probate Court

(SEE INSTRUCTIONS ON REVERSE SIDE)

**CERTIFIED COPY OF LETTERS**

This will certify that this is a true and correct copy of the Letters originally issued by and on file in the Probate Court of Bibb County, Georgia and will further certify that same remain, on this date, of full force and effect. In witness whereof, I have hereunto set my official signature and the SEAL of this Court, this _____ day of __NOV 0 2 2005__, _____

__Heather N Stewart__ (SEAL)
(Dep.)CLERK, Probate Court

Effective 1/98

GPCSF 49