UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 12  PM 12: 13
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| This Document Relates To | * | Judge Fallon |
| | * | |
| Martha Baker, et. al. | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 05-3127 | * | |

* * * * * * * * * * * * *

### ORDER FOR MOTION FOR SUBSTITUTION OF PARTY

Having reviewed the Plaintiff's Motion for Substitution of Party the Court Orders and Decrees:

1.  The Plaintiff Dapyne Lancaster has been substituted with the new plaintiff Kerry Lancaster as administrator of the estate of Daphne Lancaster.

2.  This order is only substituting this Plaintiff and will not affect any of the other plaintiffs that have been filed with this action.

12/8/05

Honorable Eldon E. Fallon

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____