MINUTE ENTRY
FALLON, J.
DECEMBER 7, 2005

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL - 1657 |
| EVELYN IRVIN PLUNKETT, Individually, and as Personal Representative of the Estate of Richard Irvin, Jr. | REF NO. 05-4046 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L |

BEFORE JUDGE ELDON E. FALLON               Wednesday, December 7, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert            (continued from 12-6-05)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq.,
             Dave Matthews, Esq., Frank Woodson, Esq. for plaintiffs
             Phillip Beck, Esq., Tarek Ismail, Esq. For defendants

JURY TRIAL: All present and ready.

Defendant's Witnesses:
Alise Reicin, MD - resumes testimony.
Thomas M. Wheeler, MD - sworn - accepted as expert in pathology, conducting of autopsies,
              and determination of cause of death.
Defendant rests. No rebuttal.

Jury excused for the day @ 3:40 pm
Defendant reurges prior Rule 50 motion and submits additional Rule 50 motion and memorandum in support for Judgment as a Matter of Law on negligence, failure to warn and product defect - DENIED.

Court adjourned at 4:35 pm until Thursday, December 8, 2005, at 8:30 am.

JS 10   5:10



____Fee_____
____Process_____
 X  _Dktd_____
 ___/CtRmDep_____
     Doc.No._____