U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    12-8-05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
       LIABILITY LITIGATION       MDL - 1657

EVELYN IRVIN-PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.       REF NO. 05-4046

VERSUS

MERCK & CO., INC.       SECTION: L

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers , will be sent to the jury for use in their deliberations.

Houston, Texas, this ⅛ day of December, 2005.

_____
Counsel for Plaintiffs

_____
Counsel for Defendant

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
Doc.No._____