```
             UNITED STATES DISTRICT COURT
                      FILED
                December 8, 2005
             EASTERN DISTRICT OF LOUISIANA
                   Loretta G. Whyte
                        Clerk
```

             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA

                      December 6, 2005

Evelyn Irvin Plunkett, etc.              CIVIL ACTION

VERSUS                                    NO: 05-4046
                                          c/w MDL 1657

Merck & Co., Inc.                         SECTION:  L


              NOTICE FOR REMOVAL OF EXHIBITS

      Pursuant to Rule 79.3 of the Local Rules of this Court,
all exhibits in the custody of the Clerk will be destroyed
after 30 days from final disposition of the case.  It shall be
the responsibility of the party or attorney offering the
exhibits to secure their removal from the Clerk's custody
within 30 days of the final disposition of the case.

      LOCAL RULE 79.3 states "All exhibits in the custody of
the Clerk shall be removed within 30 days of the final
disposition of the case.  The party offering exhibits shall be
responsible for their removal and shall give a detailed
receipt for the Clerk's records.  If the parties or their
attorneys fail or refuse to remove exhibits within 30 days,
the exhibits may be destroyed or otherwise disposed of by the
Clerk."

      Distributed this 8th day of December, 2005.

                                 GAYLYN M. LAMBERT
                                 COURTROOM DEPUTY-SECTION L

      *THERE WILL BE NO FURTHER NOTICE ISSUED BY THE
      COURT REGARDING THE REMOVAL OR DESTRUCTION OF
      EXHIBIT

                                      ___ Fee_____
                                      ___ Process_____
                                      X   Docket_____
                                      X   CtRm Dep_____
                                      ___ Document No._____