U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    12-8-05
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION          MDL - 1657

EVELYN IRVIN-PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.          REF NO. 05-4046

VERSUS

MERCK & CO., INC.                      SECTION: L

ORDER

The Court's Jury Administrator for the Southern District of Texas recently provided

counsel with computer disks containing questionnaires completed by prospective jurors in this

case.  These questionnaires contain confidential and personal information.  Accordingly,

IT IS ORDERED that within three days, counsel for each side shall file with the Court an

affidavit which states that all disks have been destroyed.  This Order also applies to any and all

hard copies ot the questionnaires produced from these disks which pertain <u>to any prospective</u>

<u>juror NOT chosen to sit in this case</u>.

IT IS FURTHER ORDERED that as to any and all hard copies of the questionnaires

produced from said disks which pertain to the <u>nine (9) jurors chosen to sit in this case</u>, counsel

shall file a similar affidavit with the Court not later than three days after the appeal process has

run.  The Jury Administrator shall retain in her possession the disk and hard copy of all of the

questionnaires.

Houston, Texas, this _7th_ day of December, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

____Fee_____
____Process_____
_X_ Dktd_____
____CtRmDep_____
____Doc.No._____