FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -9 PM 1:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This applies to all cases** | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF PLAINTIFFS' DEPOSITION OF ROBIN DORE, M.D.

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Robin Dore, M.D.** will be held on **January 20, 2006, beginning at 10:00 a.m. Pacific time,** and continuing from day to day until completed, at the offices of Bonne, Bridges, Mueller, O'Keefe & Nichols, 1750 East 4th Street, Suite 450, Santa Ana, California. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on plaintiffs' Notice of Testimony and Records Deposition in the California Coordinated proceeding, Case No. JCCP No. 4247, Superior Court, County of Los Angeles. Pursuant to Pre-Trial Order No. 9,

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

                         Respectfully submitted,

                         */s/ Dorothy H. Wimberly*
                         Phillip A. Wittmann, 13625
                         Dorothy H. Wimberly, 18509
                         Carmelite M. Bertaut, 3054
                         STONE PIGMAN WALTHER WITTMANN
                         L.L.C.
                         546 Carondelet Street
                         New Orleans, Louisiana 70130
                         Phone: 504-581-3200
                         Fax:   504-581-3361

                         *Defendants' Liaison Counsel*

                         Theodore V.H. Mayer, Esq.
                         Wilfred P. Coronato, Esq.
                         HUGHES HUBBARD & REED LLP
                         101 Hudson Street
                         Suite 3601
                         Jersey City, NJ 07302

                         Doug R. Marvin, Esq.
                         Laurie S. Fulton, Esq.
                         WILLIAMS & CONNOLLY LLP
                         725 12th Street, N.W.
                         Washington, D.C. 20005-5901
                         (202) 434-5000

                         *Attorneys for Defendant Merck & Co., Inc.*

DATED: December 9, 2005

779953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Robin Dore, M.D. has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of December, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 9th day of December, 2005:

Girardi and Keese
1126 Wilshire Blvd.
Los Angeles, California 90017

*[signature]*

779953v.1