

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This applies to all cases** | **JUDGE FALLON** <br> **MAGISTRATE JUDGE KNOWLES** |

### MERCK & CO., INC.'S CROSS-NOTICE OF PLAINTIFFS' DEPOSITION OF MICHAEL NEUWELT, M.D.

TO:  The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Michael Neuwelt, M.D.** will be held on **March 28, 2006, beginning at 10:00 a.m. Pacific time,** and continuing from day to day until completed, at the offices of Cartwright & Alexander, 222 Front Street, Floor 5, San Francisco, California. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on plaintiffs' Notice of Testimony and Records Deposition in the California Coordinated proceeding, Case No. JCCP No. 4247, Superior Court, County of Los Angeles. Pursuant to Pre-Trial Order No. 9,

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

        Respectfully submitted,

        */s/ Dorothy H. Wimberly*
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        Carmelite M. Bertaut, 3054
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:   504-581-3361

        *Defendants' Liaison Counsel*

        Theodore V.H. Mayer, Esq.
        Wilfred P. Coronato, Esq.
        HUGHES HUBBARD & REED LLP
        101 Hudson Street
        Suite 3601
        Jersey City, NJ 07302

        Doug R. Marvin, Esq.
        Laurie S. Fulton, Esq.
        WILLIAMS & CONNOLLY LLP
        725 12th Street, N.W.
        Washington, D.C. 20005-5901
        (202) 434-5000

        *Attorneys for Defendant Merck & Co., Inc.*

DATED: December 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Michael Neuwelt, M.D. has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of December, 2005. I further certify that the foregoing was served on the following plaintiffs' counsel via United States mail on this 9th day of December, 2005:

Girardi and Keese
1126 Wilshire Blvd.
Los Angeles, California 90017

_____

779953v.1