UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 12 A 10: 31

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Goldner v. Shelter Rock Orthopedic Group, P.C., et al.* (E.D. La. Index No. 05-5685) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

### ANSWER TO AMENDED VERIFIED ANSWER AND CROSS-CLAIMS OF DEFENDANT MERCK & CO., INC.

Defendant Merck & Co., Inc. ("Merck") by its undersigned attorneys, answers Defendants Stanley E. Asnis, M.D.'s and Robert E. Schwartz's Cross-Claims herein as follows:

### RESPONSE TO "FIRST CROSS-CLAIM AGAINST DEFENDANT, MERCK & CO., INC."

1. Merck denies that there is any legal or factual basis for finding Defendants Stanley E. Asnis, M.D. and Robert E. Schwartz, M.D. liable to Plaintiffs. Should liability be found, Merck denies each and every allegation contained in paragraphs 32 and 33 of the First Cross-Claim.

### RESPONSE TO "SECOND CROSS-CLAIM AGAINST DEFENDANT, MERCK & CO., INC."

2. With respect to the allegations contained in First Cross-Claim, Merck repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraph 1 of this Answer with the same force and effect as though set forth here in full.

3. Merck denies that there is any legal or factual basis for finding Defendants Stanley E. Asnis, M.D. and Robert E. Schwartz, M.D. liable to Plaintiffs. Should liability be

NY 995778_1.DOC

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____

found, Merck denies each and every allegation contained in paragraphs 35 and 36 of the Second Cross-Claim.

### RESPONSE TO "THIRD CROSS-CLAIM AGAINST DEFENDANT, MERCK & CO., INC."

4.  With respect to the allegations contained in First and Second Cross-Claims, Merck repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 3 of this Answer with the same force and effect as though set forth here in full.

5.  Merck denies that there is any legal or factual basis for finding Defendants Stanley E. Asnis, M.D. and Robert E. Schwartz, M.D. liable to Plaintiffs. Should liability be found, Merck denies each and every allegation contained in paragraph 38 of the Third Cross-Claim.

DATED:   New York, New York
         December 4, 2005

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: *Vilia B. Hayes*
Theodore V. H. Mayer (TM 9748)
Vilia B. Hayes (VH 4601)
Robb W. Patryk (RP 0161)

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this December 5th day of December, 2005, I caused a copy of the foregoing ANSWER TO AMENDED VERIFIED ANSWER AND CROSS-CLAIMS OF DEFENDANT MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

GODOSKY & GENTILE, P.C.
Robert E. Godosky
61 Broadway – 20th Floor
New York, New York 10006

GEISLER & GABRIELE LLP
Jeffrey P. DeGeorges
100 Quentin Roosevelt Blvd.
P.O. Box 8022
Garden City, New York 11530

PATRICK F. ADAMS, ESQ.
Michael Ferguson
49 Fifth Avenue
Bayshore, New York 11706

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff and of defendants, respectively.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on December 5, 2005

Sarah A. Binder

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Amended Verified Answer and Cross-Claims has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 12th day of December, 2005.

*Dorothy H. Wimberly*

787096v.1