


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAGISTRATE JUDGE KNOWLES |

### NOTICE TO ALL COUNSEL OF CHANGE OF ADDRESS FOR DEFENDANTS' LIAISON COUNSEL

Due to Hurricane Katrina, the offices of Phillip A. Wittmann, Defendants' Liaison Counsel, temporarily relocated to Baton Rouge, Louisiana. The firm's New Orleans office has reopened. Accordingly, effective immediately, all correspondence and services should be sent to the following address:

> Phillip A. Wittmann
> Stone Pigman Walther Wittmann L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana 70130
> Telephone: (504) 581-3200
> Fax: (504) 581-3361
> E-Mail: pwittmann@stonepigman.com

Mail delivery delays continue as a result of Hurricane Katrina. Counsel are therefore encouraged to use e-mail, fax and overnight services for time sensitive matters.

Additionally, and as set forth in Joint Report No. 9 and the Court's Minute Entry of December 1, 2005, counsel are requested to notify Dorothy Wimberly at

dwimberly@stonepigman.com if a case is not available on Lexis/Nexis File & Serve and, consequently, counsel are unable to upload PPFs in accordance with Pre-Trial Order No. 18B or to upload other filings. Notice should include the case name and Eastern District of Louisiana case number.

Finally, all correspondence and exhibits relating to Tolling Agreements should be sent to the attention of Andy Mendez at the above address or to his e-mail, amendez@stonepigman.com.

Respectfully submitted,

*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice to All Counsel has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 12th day of December, 2005.

_Dorothy H. Wimberly_

787096v.1