Dec 05 2005 1:53PM    HP LASERJET 3330                                    p.2

DEC 02 2005 17:23 FR HUGHES              212 837 6286 TO 10146100001#531    P.23/24

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -7  PM 2: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| This document relates to: *Bergman v. Merck & Co., Inc., et al.*, (E.D. La. Index No. 05-4622) | **JUDGE FALLON** |
|  | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * *

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for Defendant, N.O.B. PHARMACY, INC. d/b/a PEN-MILL PHARMACY ("N.O.B."), and

Defendant, MERCK & CO., INC. ("Merck"), that the time for Merck to answer, move or

otherwise respond in this action to N.O.B.'s Verified Answer with cross-claims is hereby

extended from December 7, 2005 to January 6, 2006.

    Dated:  December 5, 2005
            New York, New York

O'CONNOR, O'CONNOR, HINTZ & DEVENEY, LLP        HUGHES HUBBARD & REED LLP

By: _James E. Baker_                            By: _Vilia B Hayes_
    James E. Baker                                  Vilia B. Hayes
    One Huntington Quadrangle, Suite 3C01           One Battery Park Plaza
    Melville, NY 11747                              New York, NY 10004-1482
    (631) 777-2330                                  (212) 837-6000

*Attorneys for Defendant N.O.B. Pharmacy, Inc.*    *Attorneys for Defendant Merck & Co.,
                                                    Inc.*

NY 1006478_1 DOC

|  |  |
|---|---|
| ___ | Fee_____ |
| ___ | Process_____ |
| X | Dktd_____ |
| ✓ | CtRmDep_____ |
| ___ | Doc. No _____ |

DEC 02 2005 17:23 FR HUGHES            212 837 6286 TO 1014610002116317 P.04/04


IT IS SO ORDERED that Merck has until January 6, 2006 to answer the cross-

claims in this action.

By: _____

The Honorable Eldon E. Fallon
United States District Judge

2

NY 1006478_1.DOC

PAGE 3/3 * RCVD AT 12/5/2005 1:01:53 PM [Eastern Standard Time] * SVR:HHRFAX/6 * DNIS:8839 * CSID: * DURATION (mm-ss):01-30

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip A. Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with the Pretrial Order No. 8, on this __7__ day of December, 2005.