*Copy in Chambers*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -7 PM 2: 54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Rosa Mizell v. Merck & Co., Inc., et al. (E.D. La. Index No. 05-1464 ) | Judge Fallon |
| | Mag. Judge Knowles |

## STIPULATION AND VOLUNTARY DISMISSAL
## OF THE CASE OF
## ROSA MIZELL

It is stipulated by the parties that Rosa Mizell, may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure. The parties further stipulate that if this action on behalf of Rosa Mizell, is re-filed, it must be filed in federal court.

_____
Robert A. Bunda (0019775)

BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy:  (419) 241-4697

Attorney for Defendant
Merck & Co., Inc.

_____
Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No ____

Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: Dec 9, 2005

IT IS SO ORDERED.

_____
Judge

_____
Date   Dec 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip A. Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with the Pretrial Order No. 8, on this __7__ day of December, 2005.

_____
Dorothy H. Wimberly