UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -7 PM 2:56

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Marchelle S. Adams, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 05-2351) | Judge Fallon |
| | Mag. Judge Knowles |

* * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF MARCHELLE S. ADAMS

It is stipulated by the parties that Marchelle S. Adams, ONLY (she being one of fifty-eight separate plaintiffs in this action) may dismiss her action without prejudice pursuant to Rule 41 (a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Marchelle S. Adams, is re-filed, it must be filed in federal court. The Complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

Rebecca C. Sechrist (0036825)

BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy:  (419) 241-4697
Attorney for Defendant
Merck & Co., Inc.

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No ___

*[signature]*

Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: *Dec 9*, 2005

IT IS SO ORDERED.

*[signature]*
Judge

*[signature] Dec 9, 2005*
Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip A. Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with the Pretrial Order No. 8, on this __7__ day of December, 2005.

_____
Dorothy H. Wimberly