FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -7 PM 2: 12

LORETTA G. WHYTE
CLERK

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Lambert Jensen

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>LAMBERT JENSEN<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05 cv 1167<br><br>Transferred from USDC<br>District of Utah<br>Case No. 2:04CV01102<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

The law firm Morgan, Minnock, Rice & James hereby submits the following motion to withdraw as counsel for Lambert Jensen in Case No. 2:05 cv 1167. The proposed withdrawal order is attached to this motion. The withdrawal order is being sought because Mr. Jensen has failed to respond to any of his present counsel's communications. Lack of any communication with Mr. Jensen prohibits his present counsel from adequately representing him in the above captioned litigation.

Lambert Jensen's present address is 1040 South 1100 East, #78, St. George, UT 84790. Mr. Jensen's telephone number is unknown. Counsel has mailed Mr. Jensen a letter indicating its efforts to withdraw as counsel and of the pending deadline for the submission of his Plaintiff Profile Form and authorizations.

DATED this 2nd day of December, 2005.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen F. Edwards
Attorneys for Plaintiff Lambert Jensen

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO WITHDRAW AS COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and upon Plaintiff Lambert Jensen by U.S. Mail in accordance with PreTrial Order No. 8, on this 2nd day of December, 2005.

_____