FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 14  PM 2:21

LORETTA G. WHYTE
CLERK

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Lambert Jensen

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>LAMBERT JENSEN<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05 cv 1167<br><br>Transferred from USDC<br>District of Utah<br>Case No. 2:04CV01102<br><br>**ORDER FOR WITHDRAWAL OF COUNSEL** |

Based upon the motion of the law firm Morgan, Minnock, Rice & James for withdrawal as counsel for Lambert Jensen, and good cause appearing therefor, it is here ORDERED that the law firm Morgan, Minnock, Rice & James may withdraw and is deemed to have withdrawn as counsel for Lambert Jensen.

DATED this ___9___ day of December, 2005.

BY THE COURT:

_____
Honorable Eldon E. Fallon
District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER FOR WITHDRAWAL OF COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and upon Plaintiff Lambert Jensen by U.S. Mail in accordance with PreTrial Order No. 8, on this 2nd day of December, 2005.

_____