MINUTE ENTRY
FALLON, J.
DECEMBER 8, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION           MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.           REF NO. 05-4046

VERSUS

MERCK & CO., INC.           SECTION: L

BEFORE JUDGE ELDON E. FALLON     Thursday, December 8, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert     (continued from 12-7-05)
Court Reporters: Cathy Pepper

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq.,
          Dave Matthews, Esq., Grant Kaiser, Esq. for plaintiffs
          Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

JURY TRIAL: All present and ready.

NOTICE FOR REMOVAL OF EXHIBITS GIVEN TO ALL COUNSEL.

Outside jury's presence:   Objections to jury charges are put on the record.   Return to jury:

Closing Arguments.

Jury charged and instructed by Court.
Jury retires for deliberations @ 2:25 pm.
Jury excused for the day @ 4:45 pm  to return on Frday, December 9, 2005, at 8:30 am.

JS 10     3:35

