U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED
DEC 1 3 2005
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| SHARON CLARK, individually and as Successor-In-Interest of the Estate of MAUDE CLARK, Deceased | DOCKET NO. 05-4132 |

## VOLUNTARY DISMISSAL OF ACTION

NOW COMES the plaintiff, Sharon Clark, individually and as Successor-In-Interest of the Estate of MAUDE CLARK, Deceased, by and through her attorneys, ROBINSON, CALCAGNIE & ROBINSON, and hereby voluntarily dismisses the Complaint as to Plaintiff, Sharon Clark <u>only</u> in an action entitled *Elaine Bossell, et al. v. Merck & Company, Inc., et al.*, Docket Number 05-4132, filed in the U.S. District Court for the Eastern District of Louisiana.

DATED: December 5, 2005     ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I certify that on December 5, 2005, a copy of this Voluntary Dismissal was mailed to:

    Phillip A. Wittman
    Dorothy H. Wimberly
    Stone Pigman Walther Wittman, L.L.C.
    546 Carondelet Street
    New Orleans, LA 70130
    Defendants' Liaison Counsel

    Russ M. Herman
    Leonard A. Davis
    Stephen J. Herman
    Herman, Herman, Katz & Cotlar, LLP
    3411 Richmond Ave., Suite 460
    Houston, TX 77046
    Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

*Sonmi Carvalho*
Sonmi Carvalho