IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 13 2005
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to:<br>**MARJORIE CHRISTIAN** | JUDGE FALLON<br>MAG. JUDGE KNOWLES<br>**DOCKET NO. 05-4131** |

## VOLUNTARY DISMISSAL OF ACTION

NOW COMES the plaintiff, Marjorie Christian (erroneously named as "Margorie Christian"), by and through her attorneys, ROBINSON, CALCAGNIE & ROBINSON, and hereby voluntarily dismisses the **Complaint as to Plaintiff, Marjorie Christian only** in an action entitled *William Ball, et al. v. Merck & Company, et al.,* Docket No. 05-4131, filed in the U.S. District Court for the Eastern District of Louisiana.

DATED: December 5, 2005     ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I certify that on December 5, 2005, a copy of this Voluntary Dismissal was mailed to:

Phillip A. Wittman
Dorothy H. Wimberly
Stone Pigman Walther Wittman, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Defendants' Liaison Counsel

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
3411 Richmond Ave., Suite 460
Houston, TX 77046
Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

Sonmi Carvalho