IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 1 3 2005
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 1657 Section L |
| This Document Relates to: | ) ) ) ) | JUDGE FALLON MAG. JUDGE KNOWLES |
| **JOSEPHINE BUTCHER** | ) ) ) ) ) | **DOCKET NO. 05-4131** |

## VOLUNTARY DISMISSAL OF ACTION

NOW COMES the plaintiff, Josephine Butcher, by and through her attorneys, ROBINSON, CALCAGNIE & ROBINSON, and hereby voluntarily dismisses the **Complaint as to Plaintiff, Josephine Butcher only** in an action entitled *William Ball, et al. v. Merck & Company, et al.*, Docket No. 05-4131, filed in the U.S. District Court for the Eastern District of Louisiana.

DATED: December 5, 2005        ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I certify that on December 5, 2005, a copy of this Voluntary Dismissal was mailed to:

>Phillip A. Wittman
>Dorothy H. Wimberly
>Stone Pigman Walther Wittman, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130
>Defendants' Liaison Counsel
>
>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>Herman, Herman, Katz & Cotlar, LLP
>3411 Richmond Ave., Suite 460
>Houston, TX 77046
>Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

/Sonmi Carvalho