FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 14  P 12: 18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to | |
| Case No. 05-4046 | |
| | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | |
| as Personal Representative of the Estate of | |
| RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

## AFFIDAVIT OF PHILLIP A. WITTMANN
## REGARDING DESTRUCTION OF JUROR QUESTIONNAIRES

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the Parish of JEFFERSON, State of Louisiana, personally came and appeared:

PHILLIP A WITTMANN

who, after being duly sworn, did depose and state the following.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

792027v.1

1. I am an attorney in the law firm of Stone Pigman Walther Wittmann L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter.

2. I have personal knowledge of the averments made herein.

3. In compliance with this Court's Order of December 7, 2005, I confirm that all computer disks containing questionnaires completed by prospective jurors in this case have been destroyed.

3. I further confirm that all hard copies of the questionnaires produced from these disks which pertain to any prospective juror not chosen to sit in this case have been destroyed.

Phillip A. Wittmann
Attorney for Merck & Co., Inc.

Sworn to and subscribed before me
this 13th day of December, 2005.

NOTARY PUBLIC
Dorothy H. Wimberly, 18509
My Commission is for Life

792027v.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing Affidavit of Phillip A. Wittmann Regarding Destruction of Juror Questionnaires has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 13th day of December 2005.

*/s/ Phillip A. Wittmann*

792027v.1