UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX

PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**

THE ESTATE OF LOWELL D.
MORRISON, by his Personal
Representative, PATRICIA L.
MORRISON,

    Plaintiff,

vs.

MERCK & COMPANY, INC.,
(hereinafter "Merck"); JOHN DOE, an
INDIANA RESIDENT, pursuant to
I.C. 34-18-8-7,

    Defendants.

Currently filed as 1:03-CV-1535SEB-VSS;
S.D. Ind. and MDL No. 2:05cv457

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 14  P 3: 07
LORETTA G. WHYTE
CLERK

## NOTICE OF APPEARANCE

    William N. Riley of the law firm Price, Waicukauski, Riley & DeBrota, LLC, hereby enters his appearance on behalf of the Plaintiff, The Estate of Lowell D. Morrison, by his Personal Representative, Patricia L. Morrison, in the above-captioned cause of action.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

_____
William N. Riley (#14941-49)
**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Fax: (317) 633-8797
E-Mail: wriley@price-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005, a copy of the foregoing *Notice of Appearance* was sent via Federal Express to the Clerk of the Eastern District of Louisiana for filing. Notice of this filing will be sent to the following parties by uploading the same to Lexis Nexis File & Serve on December 13, 2005.

William W. Hurst
**MITCHELL HURST JACOBS & DICK, LLP**
Whurst@mhjd.com

Brett E. Nelson
George M. Plews
**PLEWS SHADLEY RACHER & BRAUN**
gplews@psrb.com
bnelson@psrb.com

Norman C. Kleinberg
Theodore V. H. Mayer
Robb W. Patryk
Charles Avrith
Charles W. Cohen
**HUGHES HUBBARD & REED, LLP**
kleinber@hugheshubbard.com
mayer@hugheshubbard.com
patryk@hugheshubbard.com
avrith@hugheshubbard.com
cohen@hugheshubbard.com

_____
William N. Riley