UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF

2005 DEC 14 P 3:

LORETTA G. WHYT
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:     L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| THE ESTATE OF LOWELL D. | : | |
| MORRISON, by his Personal | : | |
| Representative, PATRICIA L. | : | |
| MORRISON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MERCK & COMPANY, INC., | : | |
| (hereinafter "Merck"); JOHN DOE, an | : | |
| INDIANA RESIDENT, pursuant to | : | |
| I.C. 34-18-8-7, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| Currently filed as 1:03-CV-1535SEB-VSS; | : | |
| S.D. Ind. and MDL No. 2:05cv457 | : | |

## <u>NOTICE OF APPEARANCE</u>

Henry J. Price of the law firm Price Waicukauski Riley & DeBrota, LLC, hereby

enters his appearance on behalf of the Plaintiff, The Estate of Lowell D. Morrison, by his

Personal Representative, Patricia L. Morrison, in the above-captioned cause of action.

Respectfully submitted,

Henry J. Price (#5822-49)
**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Fax: (317) 633-8797
E-Mail: hprice@price-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005, a copy of the foregoing *Notice of Appearance* was sent via Federal Express to the Clerk of the Eastern District of Louisiana for filing. Notice of this filing will be sent to the following parties by uploading the same to Lexis Nexis File & Serve on December 13, 2005.

William W. Hurst
**MITCHELL HURST JACOBS & DICK, LLP**
Whurst@mhjd.com

Brett E. Nelson
George M. Plews
**PLEWS SHADLEY RACHER & BRAUN**
gplews@psrb.com
bnelson@psrb.com

Norman C. Kleinberg
Theodore V. H. Mayer
RobbW. Patryk
Charles Avrith
Charles W. Cohen
**HUGHES HUBBARD & REED, LLP**
kleinber@hugheshubbard.com
mayer@hugheshubbard.com
patryk@hugheshubbard.com
avrith@hugheshubbard.com
cohen@hugheshubbard.com

Henry J. Price

2