AO 399 (12/93)                                                                                                amended 2/94

## WAIVER OF SERVICE FOR SUMMONS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 14  PM 3: 13
LORETTA G. WHYTE
CLERK

TO:    Richard P. Bullock, Esq.
                  (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I acknowledge receipt of your request that I waive service of a summons in the

action of ___ JACKSON, ET AL V. MERCK & CO., INC., ET AL ___, which is case number ___ 05-4425 ___
                  (CAPTION OF ACTION)                                                        (DOCKET NUMBER)

in the United States District Court for the _____ EASTERN _____ District of _____ LOUISIANA _____ . I have
also received a copy of the (check one)
☒ complaint; ☐ amended complaint; ☐ third-party complaint; ☐ crossclaim;
☐ counter-claim;☐ other _____ in the action, two copies of this instrument, and means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I
(or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue
of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion
under Rule 12 is not served upon you within

60 days after _____ 10/18/2005 _____ , or within 90 days after that date if the request was
                  (DATE REQUEST WAS SENT)
sent outside the United States.


____11/3/05____                    _Melissa V. Beaugh_
     DATE                                              SIGNATURE

                                        Printed/Typed Name: _MELISSA V. Beaugh_

                                        As _Attorney_ of _Merck & Co., Inc._


### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the
summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located
in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be
shown for it failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been
brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party
who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the
summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney
unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion
is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more
time to answer than if the summons had been actually server when the request for waiver of service was received.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No._____