A CERTIFIED TRUE COPY

DEC 13 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 14 PM 3:20

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2005

FILED
CLERK'S OFFICE

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-32)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,341 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 1 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM 3 05-998~~ | ~~Michael D. May v. Merck & Co., Inc., et al.~~ Opposed 12/6/05 | |
| **ALABAMA NORTHERN** | | |
| ALN 6 05-2172 | Bonnie Sue Rogers, etc. v. Merck & Co., Inc. | 05-6496 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-7581 | Carol Drabelle, et al. v. Merck & Co., Inc., et al. | 05-6497 |
| CAC 2 05-7583 | Richard Marquez v. Merck & Co., Inc., et al. | 05-6498 |
| CAC 2 05-7586 | Gary Frederick Milleman, et al. v. Merck & Co., Inc., et al. | 05-6499 |
| CAC 2 05-7592 | Mary Virginia McDonough, et al. v. Merck & Co., Inc., et al. | 05-6500 |
| CAC 2 05-7644 | Denise A. Morris v. Merck & Co., Inc. | 05-6501 |
| CAC 2 05-7647 | Joyce Shafor, et al. v. Merck & Co., Inc. | 05-6502 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 05-2140 | Patricia Love v. Merck & Co., Inc., et al. | 05-6503 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-4310 | David Porter, et al. v. Merck & Co., Inc. | 05-6504 |
| CAN 3 05-4311 | Joseph Kruger, et al. v. Merck & Co., Inc. | 05-6505 |
| CAN 5 05-4368 | Edith Kadach v. Merck & Co., Inc., et al. | 05-6506 |
| **HAWAII** | | |
| HI 1 05-668 | First Insurance Co. of Hawaii, Ltd. v. Merck & Co., Inc. | 05-6507 |
| **KENTUCKY EASTERN** | | |
| KYE 0 05-189 | Howard Gulley v. Merck & Co., Inc. | 05-6508 |
| ~~KYE 0 05-191~~ | ~~Raymond G. Cordle, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 0 05-198 | Terry Bush v. Merck & Co., Inc. | 05-6509 |
| ~~KYE 0 05-201~~ | ~~Brenda Sparks, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYE 2 05-211~~ | ~~Gary L. Kratzer v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 3 05-73~~ | ~~Richard Douglas Southworth, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-426~~ | ~~Kenneth Michael Short, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| KYE 5 05-427 | Stanley Long v. Merck & Co., Inc. | 05-6510 |
| KYE 5 05-432 | Norlena Slone v. Merck & Co., Inc. | 05-6511 |
| ~~KYE 5 05-433~~ | ~~Larry Smith v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-434~~ | ~~Clarence Parido, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-449~~ | ~~Patricia A. Swanagin, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-450~~ | ~~Hubert Little, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-454~~ | ~~Noah Taylor, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 5 05-463 | Charlotte Haddix, etc. v. Merck & Co., Inc. | 05-6512 |
| ~~KYE 6 05-570~~ | ~~Lawrence K. Butcher v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-571~~ | ~~Anthony P. Dattilo v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-572~~ | ~~Londis Meek, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-573~~ | ~~Jerry Anderson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 6 05-576 | Jody Hays v. Merck & Co., Inc. | 05-6513 |
| KYE 6 05-577 | Virginia Nadine Perry v. Merck & Co., Inc. | 05-6514 |
| ~~KYE 6 05-584~~ | ~~Gary W. Hall, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-585~~ | ~~Kathleen Harp v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-586~~ | ~~John Mullins, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-587~~ | ~~Juanetta Bush, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-592~~ | ~~Jerma Madon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 6 05-593 | David Roberts v. Merck & Co., Inc., et al. | 05-6515 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| KYE 6 05-601 | Barbara Asher, etc. v. Merck & Co., Inc. | 05-6516 |
| KYE 6 05-608 | Anita Parks v. Merck & Co., Inc. | 05-6517 |
| ~~KYE 7 05-336~~ | ~~Cheryl Adams v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 7 05-337~~ | ~~Theresa Taylor, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 7 05-341 | Lavern Arnett v. Merck & Co., Inc. | 05-6518 |
| KYE 7 05-342 | O'Dean Smith, et al. v. Merck & Co., Inc. | 05-6519 |
| ~~KYE 7 05-343~~ | ~~Ralph Crager v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 7 05-344 | Nell Canada v. Merck & Co., Inc. | 05-6520 |
| ~~KYE 7 05-345~~ | ~~Mark A. York, Sr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 7 05-346 | Bobby Wright, et al. v. Merck & Co., Inc. | 05-6521 |
| KYE 7 05-347 | Roma Lynn Prater v. Merck & Co., Inc. | 05-6522 |
| ~~KYE 7 05-351~~ | ~~Adron Thornsberry, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |

KENTUCKY WESTERN

| | | |
|---|---|---|
| KYW 1 05-172 | Kristie Miller, etc. v. Merck & Co., Inc. | 05-6523 |
| ~~KYW 1 05-173~~ | ~~Debra Humburg, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYW 1 05-174 | James C. Miller v. Merck & Co., Inc. | 05-6524 |
| ~~KYW 1 05-177~~ | ~~Riley Wells v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~KYW 1 05-178~~ | ~~Patricia Oakes, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 1 05-179~~ | ~~Dorothy Payne, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~KYW 1 05-180~~ | ~~Ethel Wolf v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 1 05-181~~ | ~~John Nowak, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 1 05-186~~ | ~~Randall Pyles, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-637~~ | ~~William Clayton, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-638~~ | ~~Charles Schultise v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-639~~ | ~~Margaret Vandivier v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-640~~ | ~~Mary E. Lester v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-641~~ | ~~Sabina Chambers v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-643~~ | ~~Richard W. Allen, Sr., et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-644~~ | ~~Glendon Dixon v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| KYW 3 05-650 | Debra Jean Nold, et al. v. Merck & Co., Inc. | 05-6525 |
| ~~KYW 3 05-652~~ | ~~Lawrence Shepherd, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| KYW 3 05-653 | J. William Manning, et al. v. Merck & Co., Inc. | 05-6526 |
| ~~KYW 3 05-654~~ | ~~Pamela Winters, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-655~~ | ~~Jennifer M. Popp, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~KYW 3 05-660~~ | ~~Fleam Leach v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-661~~ | ~~Tim Ellis, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-663~~ | ~~Marlynn Fox, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-665~~ | ~~Tina Day v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-666~~ | ~~Hazel McKee, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-667~~ | ~~Olando Simpson, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-668~~ | ~~Michael F. Simpson, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-670~~ | ~~Susan Walker, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-671~~ | ~~Daniel Ryan v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-672~~ | ~~Sharon Schafer, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-673~~ | ~~Joan Anne Schwartz, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-674~~ | ~~Perry Schneider, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-675~~ | ~~Mary Louise Schmidt, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-676~~ | ~~Manson Whelan v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-677~~ | ~~David G. Thomas v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-678~~ | ~~A. Walter Tyson, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-680~~ | ~~Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYW 4 05-154 | Cheyenne Albro v. Merck & Co., Inc. | 05-6527 |
| KYW 4 05-155 | Everett Hack v. Merck & Co., Inc. | 05-6528 |
| KYW 5 05-205 | Gerald Boyd v. Merck & Co., Inc. | 05-6529 |
| ~~KYW 5 05-206~~ | ~~Ola Nelson v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 5 05-210~~ | ~~Michael E. Wilson v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **MINNESOTA** | | |
| MN  0  05-2501 | Lisa Tuggle, etc. v. Merck & Co., Inc. | 05-6530 |
| MN  0  05-2517 | Clara Richardson, etc. v. Merck & Co., Inc. | 05-6531 |
| MN  0  05-2530 | Alfred J. Hoerner v. Merck & Co., Inc. | 05-6532 |
| **MISSOURI EASTERN** | | |
| MOE  4  05-1946 | Debbie Cavender, et al. v. Merck & Co., Inc. | 05-6533 |
| ~~MOE  4  05-1955~~ | ~~Thelma Zimmerman, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~MOE  4  05-1956~~ | ~~Samella Butler, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| MOE  4  05-1967 | Jana Meehan v. Merck & Co., Inc., et al. | 05-6534 |
| ~~MOE  4  05-1969~~ | ~~Steve Pickard, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~MOE  4  05-1970~~ | ~~Martha Maxwell, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| MOE  4  05-1973 | Rita B. Barker, et al. v. Merck & Co., Inc. | 05-6535 |
| **MISSOURI WESTERN** | | |
| MOW  4  05-1023 | Frank Canaleo, etc. v. Merck & Co., Inc. | 05-6536 |
| MOW  4  05-1025 | Kathy Pence, etc. v. Merck & Co., Inc. | 05-6537 |
| MOW  4  05-1026 | Kathryn Carter, etc. v. Merck & Co., Inc. | 05-6538 |
| MOW  4  05-1027 | Brandon Worlow v. Merck & Co., Inc. | 05-6539 |
| MOW  4  05-1028 | Richard Shearer v. Merck & Co., Inc. | 05-6540 |
| MOW  4  05-1029 | Jason Lida, etc. v. Merck & Co., Inc. | 05-6541 |
| ~~MOW  4  05-1035~~ | ~~John Webster, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| MOW  4  05-1052 | Cheryl Ann Mahon v. Merck & Co., Inc., et al. | 05-6542 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  05-649 | Napoleon Alexander, etc. v. Merck & Co., Inc. | 05-6543 |
| **OHIO NORTHERN** | | |
| OHN  1  05-1772 | Donna Casteel, etc. v. Merck & Co., Inc. | 05-6544 |
| OHN  1  05-2503 | Geraldine Abrahams, et al. v. Merck & Co., Inc. | 05-6545 |
| OHN  1  05-2504 | Colleen Conko v. Merck & Co., Inc. | 05-6546 |
| OHN  5  05-2471 | Shirley Madick, et al. v. Merck & Co., Inc. | 05-6547 |
| **OKLAHOMA WESTERN** | | |
| ~~OKW  5  05-1229~~ | ~~Carolyn Cruce, etc. v. Merck & Co., Inc.~~ Opposed 12/13/05 | |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  05-5461 | Irma Leshinski, et al. v. Merck & Co., Inc. | 05-6548 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2  05-1484 | P. Fred Beorn, et al. v. Merck & Co., Inc. | 05-6549 |
| **PUERTO RICO** | | |
| PR  3  05-2025 | Francisco Muniz-Domena, et al. v. Astra Merck, Inc., et al. | 05-6550 |
| PR  3  05-2037 | Juan Antonio Velez-Jimenez, et al. v. Astra Merck, Inc., et al. | 05-6551 |
| PR  3  05-2049 | Jose Portalatin-Cordero, et al. v. Astra Merck, Inc., et al. | 05-6552 |
| **SOUTH DAKOTA** | | |
| SD  1  05-1046 | Lavonne Butler v. Merck & Co., Inc. | 05-6553 |
| SD  1  05-1047 | Marlene Stickfort v. Merck & Co., Inc. | 05-6554 |
| SD  1  05-1048 | George Witter v. Merck & Co., Inc. | 05-6555 |
| **TENNESSEE MIDDLE** | | |
| TNM  3  05-837 | Mary A. Jordan, et al. v. Merck & Co., Inc. | 05-6556 |
| TNM  3  05-839 | Gloria White, etc. v. Merck & Co., Inc. | 05-6557 |
| TNM  3  05-841 | Ron R. Moore, etc. v. Merck & Co., Inc. | 05-6558 |
| TNM  3  05-843 | Merita Kay Roysdon, et al. v. Merck & Co., Inc. | 05-6559 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| TNM 3 05-844 | Tyra Taylor, et al. v. Merck & Co., Inc. | 05-6560 |
| TNM 3 05-845 | Betty J. Moore, etc. v. Merck & Co., Inc. | 05-6561 |
| TNM 3 05-848 | Debra A. Bennett v. Merck & Co., Inc. | 05-6562 |
| TNM 3 05-849 | Joe T. Givan, et al. v. Merck & Co., Inc. | 05-6563 |
| TNM 3 05-850 | Teresa Gallaher, et al. v. Merck & Co., Inc. | 05-6564 |
| TNM 3 05-851 | Sarah Pierce, et al. v. Merck & Co., Inc. | 05-6565 |
| TNM 3 05-852 | John Richmond, etc. v. Merck & Co., Inc. | 05-6566 |
| TNM 3 05-853 | James Boggess, etc. v. Merck & Co., Inc. | 05-6567 |
| TNM 3 05-854 | Andrew Golden, etc. v. Merck & Co., Inc. | 05-6568 |
| TNM 3 05-855 | Roger Kelly, Sr. v. Merck & Co., Inc. | 05-6569 |
| TNM 3 05-856 | Nadine Freeman, et. al. v. Merck & Co., Inc. | 05-6570 |
| TNM 3 05-857 | Elsie I. Hollingsworth v. Merck & Co., Inc. | 05-6571 |
| TNM 3 05-858 | Margaret A. Brooks v. Merck & Co., Inc. | 05-6572 |
| TNM 3 05-861 | Janet D. Roberick v. Merck & Co., Inc. | 05-6573 |
| TNM 3 05-862 | Emma Spencer, etc. v. Merck & Co., Inc. | 05-6574 |
| TNM 3 05-863 | Charlotte Matlock, et al. v. Merck & Co., Inc. | 05-6575 |
| TNM 3 05-864 | Elizabeth G. Washington v. Merck & Co., Inc. | 05-6576 |
| TNM 3 05-866 | Charles M. Turner v. Merck & Co., Inc. | 05-6577 |
| TNM 3 05-868 | Verie B. Thompson, Jr. v. Merck & Co., Inc. | 05-6578 |
| TNM 3 05-869 | Jewel Smith v. Merck & Co., Inc. | 05-6579 |
| TNM 3 05-870 | Edna D. Ross v. Merck & Co., Inc. | 05-6580 |
| TNM 3 05-871 | Joe Nelson v. Merck & Co., Inc. | 05-6581 |
| TNM 3 05-872 | Alfard Huqq v. Merck & Co., Inc. | 05-6582 |
| TNM 3 05-873 | Shirley M. Johnson v. Merck & Co., Inc. | 05-6583 |
| TNM 3 05-874 | Charles L. McDonald v. Merck & Co., Inc. | 05-6584 |
| TNM 3 05-880 | William E. Hughes v. Merck & Co., Inc. | 05-6585 |
| TNM 3 05-881 | Louise Gillespie v. Merck & Co., Inc. | 05-6586 |
| TNM 3 05-882 | Kevin J. Callahan v. Merck & Co., Inc. | 05-6587 |
| TNM 3 05-883 | James J. Walton v. Merck & Co., Inc. | 05-6588 |

TENNESSEE WESTERN

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| TNW 1 05-1322 | Norris H. Davis v. Merck & Co., Inc., et al. | 05-6589 |
| TNW 1 05-1323 | Roberta J. Evans v. Merck & Co., Inc., et al. | 05-6590 |
| TNW 1 05-1324 | Doyle Johnson, etc. v. Merck & Co., Inc. | 05-6591 |
| TNW 1 05-1329 | James R. Daniel, et al. v. Merck & Co., Inc., et al. | 05-6592 |
| TNW 1 05-1332 | Roger Floyd, et al. v. Merck & Co., Inc., et al. | 05-6593 |
| TNW 1 05-1333 | Sally Woods, etc. v. Merck & Co., Inc., et al. | 05-6594 |
| TNW 2 05-2795 | Sylvester Townsel, et al. v. Merck & Co., Inc., et al. | 05-6595 |
| TNW 2 05-2804 | Norman A. Jester, et al. v. Merck & Co., Inc., et al. | 05-6596 |

TEXAS EASTERN

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| TXE 1 05-676 | William Edward Morgan v. Merck & Co., Inc., et al. | 05-6597 |
| TXE 1 05-701 | Maria Antonieta DeLoera, et al. v. Merck & Co., Inc. | 05-6598 |
| TXE 2 05-489 | Bettye Baty, et al. v. Merck & Co., Inc. | 05-6599 |

TEXAS SOUTHERN

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| TXS 2 05-308 | Patrtricia Legesse v. Merck & Co., Inc. | 05-6600 |
| TXS 4 05-3696 | Linda J. Collins v. Merck & Co., Inc., et al. | 05-6601 |

VERMONT

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| VT 2 05-274 | Michele S. LaRouche, et al. v. Merck & Co., Inc. | 05-6602 |

# INVOLVED COUNSEL LIST (CTO-32)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street
Suite 3450
Houston, TX 77002

Thomas A. Berret
Meyer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, PA 15222

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Catouche J.L. Body
The Law Offices of Catouche J.L.
Body, LLC
P.O. Box 13007
Jackson, MS 39211

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Daniel G. Brown
Darby & Gazak, P.S.C.
10400 Linn Station Road
Suite 226
Louisville, KY 40223

Donald K. Brown, Jr.
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Gregory J. Bubalo
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Kenneth A. Buckle
Law Office of Kenneth A. Buckle
12 Dryhill Road
P.O. Box 1890
Hyden, KY 41749

Jane Butcher
Jane Butcher Law Offices
209 Main Street
P.O. Box 704
Williamsburg, KY 40769

John R. Cannon, Jr.
Shuttleworth, Smith, McNabb
& Williams
200 Jefferson Avenue
Suite 1500
Memphis, TN 38103-0020

Stan Casper
Casper, Meadows & Schwartz
California Plaza
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

Sonya Coley
3007 Highland Lakes Road
Birmingham, AL 35242

Nancy M. Collins
Hollon, Hollon, Hollon & Collins
P.O. Drawer 779
Hazard, KY 41702

John A. Combs
Frost, Brown & Todd, L.L.C.
250 West Main Street
Suite 2700
Lexington, KY 40507-1742

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Susan Marie Cordero-Ladner
Cordero, Cordero & Associates
150 Rodriguez Irizarry
Ines Cordero Rios Building
Arecibo, PR 00612

Jason Delk
1109 7th Avenue, West
Birmingham, AL 35204

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Jacqueline L.S. Earle
Goodsill, Anderson, Quinn & Stifel
1800 Alii Place
1099 Alakea Street
Honolulu, HI 96813-2639

W. Douglas Easton
W. Douglas Easton Law Offices
650 Town Center Drive, Suite 800
Costa Mesa, CA 92626

Emmanuel E. Edem
Norman & Edem, PLLC
127 N.W. 10th Street
Oklahoma City, OK 73103-4927

Angela Finch
1432 Milner Crescent
Birmingham, AL 35202

David M. Freeman
Matt Freeman & Associates
230 Westcott
Suite 202
Houston, TX 77007

David Bryan Gazak
Darby & Gazak, P.S.C.
10400 Linn Station Road
Suite 226
Louisville, KY 40223

Richard A. Getty
Getty Hargadon Miller Keller, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, KY 40507

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Mark K. Gray
Gray & White
500 W. Jefferson Street
Suite 1200 PNC Plaza
Louisville, KY 40202

Gerhard R. Gross
Gross & Gross
231 West Washington Row
Sandusky, OH 44870

Todd S. Hageman
Simon, Passanante
701 Market Street
Suite 1450
St. Louis, MO 63101

William Michael Hamilton
Provost Umphrey
2002 Richard Jones Road
Suite 103-C
Nashville, TN 37215

Frank O. Hanson, Jr.
Law Offices of Frank O. Hanson, Jr.
4401 Gary Avenue
Fairfield, AL 35064

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Hal Henderson
1356 Hall Street, S.W.
Birmingham, AL 35211

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Alva A. Hollon, Jr.
Sams & Hollon
9424 Bay Meadows Road
Suite 160
Jacksonville, FL 32256

James S. Hubbard
Hubbard & Knight
P.O. Drawer 1850
Anniston, AL 36202-1850

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

David H. Johnson
Law Offices of David H. Johnson
1209 Penntower Office Center
3100 Broadway
Kansas City, MO 64111

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Christy D. Jones
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Grant Kaiser
Keller & Heckman
1001 G Street, NW
Suite 500 West
Washington, DC 20001

Dennis J. Keenan, III
Hinkle & Keenan, P.S.C.
79 Mall Road, Suite C
South Williamson, KY 41503

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

John H. Kim
Gallagher, Lewis, Downey & Kim
700 Louisiana Street
40th Floor
Houston, TX 77002

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Gary H. Lange
Bartley & Goffstein, LLC
4399 Laclede Avenue
St. Louis, MO 63108

W. Henry Lawson
Lawson & Lawson, PSC
P.O. Box 449
Pineville, KY 40977

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Kurt W. Maier
English, Lucas, Priest & Owsley, LLP
1101 College Street
P.O. Box 770
Bowling Green, KY 42101-0770

Melanie S. Marrs
Lynn, Fulkerson, Nichols
& Kinkel, PLLC
267 West Short Street
Lexington, KY 40507

Joseph H. Mattingly, III
104 W. Main Street
P.O. Box 678
Lebanon, KY 40033

Heather M. McCollum
Fowler, Measle & Bell, LLP
300 W. Vine Street
Kincaid Towers, Suite 600
Lexington, KY 40507-1660

Donald W. McFarland
McFarland & Lovely
293 W. Maple Street
P.O. Box 82
Salyersville, KY 41465

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
P.O. Box 900
Independence, MO 64050

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202-3363

Richard W. Mithoff, Jr.
Mithoff Law Firm
One Allen Center Penthouse
500 Dallas Street
Suite 3450
Houston, TX 77002

Douglas C. Monsour
Sloan & Monsour, P.C.
101 E. Whaley Street
P.O. Box 2909
Longview, TX 75606-2909

Annette Morgan-White
Morgan & White
Route 3, Box 21
Manchester, KY 40962

Steve R. Morris
P.O. Box 814
Wedowee, AL 36278-0814

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Nicholas A. Papa
Carlin & Carlin
29425 Chagrin Blvd.
Suite 305
Pepper Pike, OH 44122

George Robert Parker
Bradley Arant Rose & White, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Gary M. Paul
Paul & Janofsky
1401 Ocean Avenue
Suite 200
Santa Monica, CA 90401-2103

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1749

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Steve Santos
8631 Mill Chase Court
Montgomery, AL 36117

Lawrence J. Scanlon
Scanlon & Co.
400 Key Building
159 South Main Street
Akron, OH 44308

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

Robert K. Shelquist
Lockridge, Grindal & Nauen, PLLP
100 Washington Avenue South
Suite 220
Minneapolis, MN 55401-2179

Kelly E. Simon
Thompson & Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

W. Kennedy Simpson
Thompson, Miller & Simpson, PLC
600 West Main Street
Suite 500
Louisville, KY 40202

Robert W. Sink
Law Offices of Robert W. Sink
319 West Front Street
Media, PA 19063

Donald G. Smith
Donald G. Smith Law Offices, PLLC
470 Main Street, Suite 3
P.O. Box 600
Hazard, KY 41702

Eileen B. Smith
Waller Lansden Dortch & Davis
Nashville City Center
511 Union Street, Suite 2100
Nashville, TN 37219

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Robert P. Starnes
Wolfe, Williams & Rutherford
470 Park Avenue
P.O. Box 625
Norton, VA 24273

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Jason M. Tani
Rush Moore, LLP
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, HI 96813-3862

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

David A. Trevey
Lynn, Fulkerson, Nichols & Kinkel, PLLC
267 W. Short Street
Lexington, KY 40507

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

J. Michael Vaughan
Walters, Bender, Strohbehn & Vaughan, P.C.
2500 City Center Square
P.O. Box 26188
Kansas City, MO 64196

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

David O. Welch
Welch Law Office
1422 Winchester Avenue
P.O. Box 1653
Ashland, KY 41105-1653

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Joseph L. White
White, Donnell & Johnson, PLLC
1469 South Fourth Street
Louisville, KY 40208

Kent Wicker
Reed Wicker, PLLC
321 W. Main Street
2100 Waterfront Plaza
Louisville, KY 40202

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert T. Wilson, Jr.
Wilson & Wilson
P.O. Box 1368
Jasper, AL 35502-1368

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
Franklin Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

# INVOLVED JUDGES LIST (CTO-32)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Raymond L. Acosta
Senior U.S. District Judge
348 Jose V. Toledo Federal Building
& U.S. Courthouse
300 Recinto Sur Street
San Juan, PR 00901

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Frederick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
U.S. Courthouse, Room A-820
801 Broadway
Nashville, TN 37203-3816

Hon. Carmen C. Cerezo
U.S. District Judge
C-131 Clemente Ruiz Nazario
U.S. Courthouse
150 Carlos Chardon Ave.
San Juan, PR 00918

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Fed. Bldg.
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. Richard E. Dorr
U.S. District Judge
United States District Court
222 North John Q. Hammons, Pkwy.
Suite 3100
Springfield, MO 65806

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. James C. England
U.S. District Judge
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

~~Hon. Karl S. Forester~~
~~Senior U.S. District Judge~~
~~P.O. Box 2165~~
~~Lexington, KY 40588-2165~~

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

~~Hon. Mark E. Fuller~~
~~Chief Judge, U.S. District Court~~
~~A-300 U.S. Courthouse~~
~~One Church Street~~
~~Montgomery, AL 36104~~

Hon. Jose A. Fuste
Chief Judge, U.S. District Court
H-133 Clemente Ruiz Nazario
U.S. Courthouse
150 Carlos Chardon Avenue
Hato Rey, PR 00918

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

~~Hon. Jean C. Hamilton~~
~~U.S. District Judge~~
~~16N Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. Samuel P. King
Senior U.S. District Judge
C-461 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office & Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Gary L. Lancaster
U.S. District Judge
911 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. John T. Maughmer
U.S. Magistrate Judge
7662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Jerome J. Niedermeier
U.S. Magistrate Judge
P.O. Box 836
Burlington, VT 05402

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. David L. Russell~~
~~U.S. District Judge~~
~~3309 U.S. Courthouse~~
~~200 N.W. 4th Street~~
~~Oklahoma City, OK 73102~~

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Aleta A. Trauger
U.S. District Judge
825 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. James Ware
U.S. District Judge
4050 Robert F. Peckham U.S.
Courthouse & Federal Building
280 South First Street
San Jose, CA 95113

~~Hon. E. Richard Webber~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 12th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S.
Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

# INVOLVED CLERKS LIST (CTO-32)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

~~Debra P. Hackett, Clerk~~
~~U.S. District Court~~
~~P.O. Box 711~~
~~Montgomery, AL 36101-0711~~

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

Jeffrey A. Apperson, Clerk
322 Federal Building
501 Broadway
Paducah, KY 42001

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Leslie G. Whitmer, Clerk
Federal Bldg., 3rd Floor
1405 Greenup Avenue
Ashland, KY 41101

~~Leslie G. Whitmer, Clerk~~
~~P.O. Box 1073~~
~~Covington, KY 41012-1073~~

~~Leslie G. Whitmer, Clerk~~
~~313 John C. Watts Federal Building~~
~~330 West Broadway~~
~~Frankfort, KY 40601~~

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Leslie G. Whitmer, Clerk
203 Federal Building
110 Main Street
Pikeville, KY 41501

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

~~Robert D. Dennis, Clerk~~
~~1210 U.S. Courthouse~~
~~200 N.W. 4th Street~~
~~Oklahoma City, OK 73102-3092~~

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Walter A.Y.H. Chinn, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 13, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-32)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 25, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
   Deputy Clerk

Attachments

cc: Transferee Judge:   Judge Eldon E. Fallon
    Transferor Judges:  (See Attached List of Judges)
    Transferor Clerks:  (See Attached List of Clerks)

JPML Form 36A

# SCHEDULE CTO-32 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ~~ALM 3 05-998~~ | ~~Michael D. May v. Merck & Co., Inc., et al.~~ Opposed 12/6/05 |
| **ALABAMA NORTHERN** | |
| ALN 6 05-2172 | Bonnie Sue Rogers, etc. v. Merck & Co., Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-7581 | Carol Drabelle, et al. v. Merck & Co., Inc., et al. |
| CAC 2 05-7583 | Richard Marquez v. Merck & Co., Inc., et al. |
| CAC 2 05-7586 | Gary Frederick Milleman, et al. v. Merck & Co., Inc., et al. |
| CAC 2 05-7592 | Mary Virginia McDonough, et al. v. Merck & Co., Inc., et al. |
| CAC 2 05-7644 | Denise A. Morris v. Merck & Co., Inc. |
| CAC 2 05-7647 | Joyce Shafor, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE 2 05-2140 | Patricia Love v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-4310 | David Porter, et al. v. Merck & Co., Inc. |
| CAN 3 05-4311 | Joseph Kruger, et al. v. Merck & Co., Inc. |
| CAN 5 05-4368 | Edith Kadach v. Merck & Co., Inc., et al. |
| **HAWAII** | |
| HI 1 05-668 | First Insurance Co. of Hawaii, Ltd. v. Merck & Co., Inc. |
| **KENTUCKY EASTERN** | |
| KYE 0 05-189 | Howard Gulley v. Merck & Co., Inc. |
| ~~KYE 0 05-191~~ | ~~Raymond G. Cordle, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYE 0 05-198 | Terry Bush v. Merck & Co., Inc. |
| ~~KYE 0 05-201~~ | ~~Brenda Sparks, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYE 2 05-211~~ | ~~Gary L. Kratzer v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 3 05-73~~ | ~~Richard Douglas Southworth, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 5 05-426~~ | ~~Kenneth Michael Short, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| KYE 5 05-427 | Stanley Long v. Merck & Co., Inc. |
| KYE 5 05-432 | Norlena Slone v. Merck & Co., Inc. |
| ~~KYE 5 05-433~~ | ~~Larry Smith v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 5 05-434~~ | ~~Clarence Parido, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 5 05-449~~ | ~~Patricia A. Swanagin, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 5 05-450~~ | ~~Hubert Little, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 5 05-454~~ | ~~Noah Taylor, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYE 5 05-463 | Charlotte Haddix, etc. v. Merck & Co., Inc. |
| ~~KYE 6 05-570~~ | ~~Lawrence K. Butcher v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYE 6 05-571~~ | ~~Anthony P. Dattilo v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 6 05-572~~ | ~~Londis Meek, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 6 05-573~~ | ~~Jerry Anderson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYE 6 05-576 | Jody Hays v. Merck & Co., Inc. |
| KYE 6 05-577 | Virginia Nadine Perry v. Merck & Co., Inc. |
| ~~KYE 6 05-584~~ | ~~Gary W. Hall, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 6 05-585~~ | ~~Kathleen Harp v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 6 05-586~~ | ~~John Mullins, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYE 6 05-587~~ | ~~Juanetta Bush, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 6 05-592~~ | ~~Jerma Madon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYE 6 05-593 | David Roberts v. Merck & Co., Inc., et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| KYE 6 05-601 | Barbara Asher, etc. v. Merck & Co., Inc. |
| KYE 6 05-608 | Anita Parks v. Merck & Co., Inc. |
| ~~KYE 7 05-336~~ | ~~Cheryl Adams v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYE 7 05-337~~ | ~~Theresa Taylor, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYE 7 05-341 | Lavern Arnett v. Merck & Co., Inc. |
| KYE 7 05-342 | O'Dean Smith, et al. v. Merck & Co., Inc. |
| ~~KYE 7 05-343~~ | ~~Ralph Crager v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYE 7 05-344 | Nell Canada v. Merck & Co., Inc. |
| ~~KYE 7 05-345~~ | ~~Mark A. York, Sr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYE 7 05-346 | Bobby Wright, et al. v. Merck & Co., Inc. |
| KYE 7 05-347 | Roma Lynn Prater v. Merck & Co., Inc. |
| ~~KYE 7 05-351~~ | ~~Adron Thornsberry, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |

KENTUCKY WESTERN

| | |
|---|---|
| KYW 1 05-172 | Kristie Miller, etc. v. Merck & Co., Inc. |
| ~~KYW 1 05-173~~ | ~~Debra Humburg, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYW 1 05-174 | James C. Miller v. Merck & Co., Inc. |
| ~~KYW 1 05-177~~ | ~~Riley Wells v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 |
| ~~KYW 1 05-178~~ | ~~Patricia Oakes, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 1 05-179~~ | ~~Dorothy Payne, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 |
| ~~KYW 1 05-180~~ | ~~Ethel Wolf v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 1 05-181~~ | ~~John Nowak, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 1 05-186~~ | ~~Randall Pyles, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-637~~ | ~~William Clayton, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-638~~ | ~~Charles Schultise v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-639~~ | ~~Margaret Vandivier v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-640~~ | ~~Mary E. Lester v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-641~~ | ~~Sabina Chambers v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-643~~ | ~~Richard W. Allen, Sr., et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-644~~ | ~~Glendon Dixon v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| KYW 3 05-650 | Debra Jean Nold, et al. v. Merck & Co., Inc. |
| ~~KYW 3 05-652~~ | ~~Lawrence Shepherd, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| KYW 3 05-653 | J. William Manning, et al. v. Merck & Co., Inc. |
| ~~KYW 3 05-654~~ | ~~Pamela Winters, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-655~~ | ~~Jennifer M. Popp, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 |
| ~~KYW 3 05-660~~ | ~~Fleam Leach v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-661~~ | ~~Tim Ellis, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-663~~ | ~~Marlynn Fox, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-665~~ | ~~Tina Day v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-666~~ | ~~Hazel McKee, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-667~~ | ~~Olando Simpson, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-668~~ | ~~Michael F. Simpson, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-670~~ | ~~Susan Walker, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-671~~ | ~~Daniel Ryan v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-672~~ | ~~Sharon Schafer, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-673~~ | ~~Joan Anne Schwartz, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-674~~ | ~~Perry Schneider, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-675~~ | ~~Mary Louise Schmidt, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-676~~ | ~~Manson Whelan v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-677~~ | ~~David G. Thomas v. Merck & Co., Inc.~~ Opposed 12/12/05 |
| ~~KYW 3 05-678~~ | ~~A. Walter Tyson, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 3 05-680~~ | ~~Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| KYW 4 05-154 | Cheyenne Albro v. Merck & Co., Inc. |
| KYW 4 05-155 | Everett Hack v. Merck & Co., Inc. |
| KYW 5 05-205 | Gerald Boyd v. Merck & Co., Inc. |
| ~~KYW 5 05-206~~ | ~~Ola Nelson v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |
| ~~KYW 5 05-210~~ | ~~Michael E. Wilson v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**MINNESOTA**
- MN  0  05-2501 — Lisa Tuggle, etc. v. Merck & Co., Inc.
- MN  0  05-2517 — Clara Richardson, etc. v. Merck & Co., Inc.
- MN  0  05-2530 — Alfred J. Hoerner v. Merck & Co., Inc.

**MISSOURI EASTERN**
- MOE  4  05-1946 — Debbie Cavender, et al. v. Merck & Co., Inc.
- ~~MOE  4  05-1955~~ — ~~Thelma Zimmerman, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05
- ~~MOE  4  05-1956~~ — ~~Samella Butler, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05
- MOE  4  05-1967 — Jana Meehan v. Merck & Co., Inc., et al.
- ~~MOE  4  05-1969~~ — ~~Steve Pickard, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05
- ~~MOE  4  05-1970~~ — ~~Martha Maxwell, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05
- MOE  4  05-1973 — Rita B. Barker, et al. v. Merck & Co., Inc.

**MISSOURI WESTERN**
- MOW  4  05-1023 — Frank Canaleo, etc. v. Merck & Co., Inc.
- MOW  4  05-1025 — Kathy Pence, etc. v. Merck & Co., Inc.
- MOW  4  05-1026 — Kathryn Carter, etc. v. Merck & Co., Inc.
- MOW  4  05-1027 — Brandon Worlow v. Merck & Co., Inc.
- MOW  4  05-1028 — Richard Shearer v. Merck & Co., Inc.
- MOW  4  05-1029 — Jason Lida, etc. v. Merck & Co., Inc.
- ~~MOW  4  05-1035~~ — ~~John Webster, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05
- MOW  4  05-1052 — Cheryl Ann Mahon v. Merck & Co., Inc., et al.

**MISSISSIPPI SOUTHERN**
- MSS  3  05-649 — Napoleon Alexander, etc. v. Merck & Co., Inc.

**OHIO NORTHERN**
- OHN  1  05-1772 — Donna Casteel, etc. v. Merck & Co., Inc.
- OHN  1  05-2503 — Geraldine Abrahams, et al. v. Merck & Co., Inc.
- OHN  1  05-2504 — Colleen Conko v. Merck & Co., Inc.
- OHN  5  05-2471 — Shirley Madick, et al. v. Merck & Co., Inc.

**OKLAHOMA WESTERN**
- ~~OKW  5  05-1229~~ — ~~Carolyn Cruce, etc. v. Merck & Co., Inc.~~ Opposed 12/13/05

**PENNSYLVANIA EASTERN**
- PAE  2  05-5461 — Irma Leshinski, et al. v. Merck & Co., Inc.

**PENNSYLVANIA WESTERN**
- PAW  2  05-1484 — P. Fred Beorn, et al. v. Merck & Co., Inc.

**PUERTO RICO**
- PR  3  05-2025 — Francisco Muniz-Domena, et al. v. Astra Merck, Inc., et al.
- PR  3  05-2037 — Juan Antonio Velez-Jimenez, et al. v. Astra Merck, Inc., et al.
- PR  3  05-2049 — Jose Portalatin-Cordero, et al. v. Astra Merck, Inc., et al.

**SOUTH DAKOTA**
- SD  1  05-1046 — Lavonne Butler v. Merck & Co., Inc.
- SD  1  05-1047 — Marlene Stickfort v. Merck & Co., Inc.
- SD  1  05-1048 — George Witter v. Merck & Co., Inc.

**TENNESSEE MIDDLE**
- TNM  3  05-837 — Mary A. Jordan, et al. v. Merck & Co., Inc.
- TNM  3  05-839 — Gloria White, etc. v. Merck & Co., Inc.
- TNM  3  05-841 — Ron R. Moore, etc. v. Merck & Co., Inc.
- TNM  3  05-843 — Merita Kay Roysdon, et al. v. Merck & Co., Inc.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TNM 3 05-844 | Tyra Taylor, et al. v. Merck & Co., Inc. |
| TNM 3 05-845 | Betty J. Moore, etc. v. Merck & Co., Inc. |
| TNM 3 05-848 | Debra A. Bennett v. Merck & Co., Inc. |
| TNM 3 05-849 | Joe T. Givan, et al. v. Merck & Co., Inc. |
| TNM 3 05-850 | Teresa Gallaher, et al. v. Merck & Co., Inc. |
| TNM 3 05-851 | Sarah Pierce, et al. v. Merck & Co., Inc. |
| TNM 3 05-852 | John Richmond, etc. v. Merck & Co., Inc. |
| TNM 3 05-853 | James Boggess, etc. v. Merck & Co., Inc. |
| TNM 3 05-854 | Andrew Golden, etc. v. Merck & Co., Inc. |
| TNM 3 05-855 | Roger Kelly, Sr. v. Merck & Co., Inc. |
| TNM 3 05-856 | Nadine Freeman, et. al. v. Merck & Co., Inc. |
| TNM 3 05-857 | Elsie I. Hollingsworth v. Merck & Co., Inc. |
| TNM 3 05-858 | Margaret A. Brooks v. Merck & Co., Inc. |
| TNM 3 05-861 | Janet D. Roberick v. Merck & Co., Inc. |
| TNM 3 05-862 | Emma Spencer, etc. v. Merck & Co., Inc. |
| TNM 3 05-863 | Charlotte Matlock, et al. v. Merck & Co., Inc. |
| TNM 3 05-864 | Elizabeth G. Washington v. Merck & Co., Inc. |
| TNM 3 05-866 | Charles M. Turner v. Merck & Co., Inc. |
| TNM 3 05-868 | Verie B. Thompson, Jr. v. Merck & Co., Inc. |
| TNM 3 05-869 | Jewel Smith v. Merck & Co., Inc. |
| TNM 3 05-870 | Edna D. Ross v. Merck & Co., Inc. |
| TNM 3 05-871 | Joe Nelson v. Merck & Co., Inc. |
| TNM 3 05-872 | Alfard Huqq v. Merck & Co., Inc. |
| TNM 3 05-873 | Shirley M. Johnson v. Merck & Co., Inc. |
| TNM 3 05-874 | Charles L. McDonald v. Merck & Co., Inc. |
| TNM 3 05-880 | William E. Hughes v. Merck & Co., Inc. |
| TNM 3 05-881 | Louise Gillespie v. Merck & Co., Inc. |
| TNM 3 05-882 | Kevin J. Callahan v. Merck & Co., Inc. |
| TNM 3 05-883 | James J. Walton v. Merck & Co., Inc. |

TENNESSEE WESTERN

| TNW 1 05-1322 | Norris H. Davis v. Merck & Co., Inc., et al. |
|---|---|
| TNW 1 05-1323 | Roberta J. Evans v. Merck & Co., Inc., et al. |
| TNW 1 05-1324 | Doyle Johnson, etc. v. Merck & Co., Inc. |
| TNW 1 05-1329 | James R. Daniel, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1332 | Roger Floyd, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1333 | Sally Woods, etc. v. Merck & Co., Inc., et al. |
| TNW 2 05-2795 | Sylvester Townsel, et al. v. Merck & Co., Inc., et al. |
| TNW 2 05-2804 | Norman A. Jester, et al. v. Merck & Co., Inc., et al. |

TEXAS EASTERN

| TXE 1 05-676 | William Edward Morgan v. Merck & Co., Inc., et al. |
|---|---|
| TXE 1 05-701 | Maria Antonieta DeLoera, et al. v. Merck & Co., Inc. |
| TXE 2 05-489 | Bettye Baty, et al. v. Merck & Co., Inc. |

TEXAS SOUTHERN

| TXS 2 05-308 | Patrtricia Legesse v. Merck & Co., Inc. |
|---|---|
| TXS 4 05-3696 | Linda J. Collins v. Merck & Co., Inc., et al. |

VERMONT

| VT 2 05-274 | Michele S. LaRouche, et al. v. Merck & Co., Inc. |
|---|---|