MINUTE ENTRY - **A M E N D E D**
FALLON, J.
DECEMBER 2, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
       LIABILITY LITIGATION                    MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.               REF NO. 05-4046

VERSUS

MERCK & CO., INC.                         SECTION: L

BEFORE JUDGE ELDON E. FALLON      Friday, December 2, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert          (continued from 12-1-05)
Court Reporters: Toni Tusa and Cathy Pepper

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq., and
             Dave Matthews, Esq. for plaintiffs
             Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

JURY TRIAL: All present and ready.

Plaintiffs' Witnesses:
Dr. Wayne Allen Ray - resumes testimony.
John Weeks - sworn
Ashley Lauren Irvin - sworn
Frederick Anthony Raffa - sworn - accepted as economic expert.
Allesha Irvin Schirmer - by video deposition. Transcript filed into the record.
Richard Aycock - by video deposition. Transcript filed into the record.
Christopher Schirmer, MD - by video deposition.

Court adjourned at 5:20 pm until Saturday, December 3, 2005, at 8:15 am.

JS 10 -  6:35