MINUTE ENTRY
FALLON, J.
DECEMBER 10, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION        MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.        REF NO. 05-4046

VERSUS

MERCK & CO., INC.        SECTION: L

BEFORE JUDGE ELDON E. FALLON        Saturday, December 10, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert        (continued from 12-9-05)
Court Reporters: Cathy Pepper

Appearances: Andrew Birchfield, Esq.,Jere Beasley, Esq. Paul Sizemore, Esq.,
            Dave Matthews, Esq., for plaintiffs
            Phillip Beck, Esq., Tarek Ismail, Esq. For defendants

---

JURY TRIAL:

8:30 am - Jury resumes deliberations.

10:50 am - Jury in:
In response to a note from the jury that they cannot reach a verdict, the Court delivers a Supplemental Jury Charge (Allen Charge) over the objection of plaintiffs.
11:00 am - Jury resumes deliberations.

5:00 pm Jury retires from deliberations until Monday, December 12, 2005, at 8:30 am.

JS-10:    :10

