1

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
Filed  12-10-05
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| IN RE: VIOXX PRODUCTS | MDL Docket NO. 1657 |
| LIABILITY LITIGATION | HOUSTON, TEXAS |
| | DECEMBER 10, 2006 |
| THIS DOCUMENT RELATES TO | 10:30 A.M. |
| CASE NUMBER NO. 05-4046: | |

EVELYN IRVIN PLUNKETT, ET AL

VERSUS

MERCK & CO., INC.


**SUPPLEMENTAL JURY CHARGE**


Members of the Jury:

All of us know you have been working hard to arrive at a unanimous verdict, and we are appreciative of it. I am going to ask that you continue your deliberations for a reasonable time in an effort to try to agree upon a verdict and dispose of this case; and I have a few additional comments I would like for you to consider as you do so.

This is an important case. The trial has been expensive in time, effort, and money to both the Plaintiff and Defendant. If you should fail to agree on a verdict, the case is left open

1   and must be tried again.  Obviously, another trial would only
2   serve to increase the cost to both sides, and there is no reason
3   to believe that the case can be tried again by either side better
4   or more exhaustively than it has been tried before you.
5           Any future jury must be selected in the same manner and
6   from the same source as you were chosen, and there is no reason
7   to believe that the case could ever be submitted to 9 men and
8   women more conscientious, more impartial, or more competent to
9   decide it, or that more or clearer evidence could be produced.
10          In the course or your deliberations you should not
11  hesitate to examine your own views, and to change your opinion if
12  you are convinced it is wrong.  To reach a unanimous result you
13  must examine the questions submitted to you openly and frankly,
14  with proper regard for the opinion of others and with a
15  willingness to re-examine your own views.
16          Now, remember at all times that no juror is expected to
17  yield a conscientious conviction he or she may have as to the
18  weight or effect of the evidence.  But remember also that, after
19  full deliberation and consideration of the evidence in the case,
20  it is your duty to agree upon a verdict if you can do so without
21  surrendering your conscientious opinion.
22          I will ask now that you retire once again and continue
23  your deliberations with these additional comments in mind to be
24  applied, of course, in conjunction with all of the instructions I
25  have previously given to you.