MINUTE ENTRY
FALLON, J.
DECEMBER 9, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
       LIABILITY LITIGATION             MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.           REF NO. 05-4046

VERSUS

MERCK & CO., INC.                            SECTION: L

BEFORE JUDGE ELDON E. FALLON        Friday, December 9, 2005, 8:30 am
Courtroom Deputy: Gaylyn Lambert          (continued from 12-8-05)
Court Reporters: Cathy Pepper

Appearances: Andrew Birchfield, Esq.,Jere Beasley, Esq. Paul Sizemore, Esq.,
           Dave Matthews, Esq., for plaintiffs
           Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

JURY TRIAL: All present and ready.

8:30 am Jury resumes deliberations.

8:45 am - outside jury's presence:
Oral motion of plaintiffs for mistrial - argument - TAKEN UNDER SUBMISSION.

The Court orders the transcript of this argument and any exhibits submitted in support of or in opposition to the motion be filed under SEAL.
Court recessed 9:55 am

4:45 pm Jury retires from deliberations to return on Saturday, December 10, 2005, at 8:30 am.

JS-10:    1:10