UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  12-9-05
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

............................................... :

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

### ORDER

The Plaintiff orally moved for a mistrial on this date in the Houston Chambers of Judge Eldon E. Fallon. The parties orally argued the motion at that time. The Court took the motion under advisement. In addition, the Court ordered that the transcript on the oral argument be placed under seal and that all exhibits subsequently filed in support of and in opposition to the motion be filed under seal.

Houston, Texas, this __9th__ day of __December__, 2005.

UNITED STATES DISTRICT JUDGE

-1-