UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                             :       MDL NO. 1657

                                         :

PRODUCTS LIABILITY LITIGATION            :       SECTION: L

                                         :

                                         :       JUDGE FALLON

                                         :       MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Plunkett v. Merck & Co., Inc.*, 05-4046

### ORDER

The Plaintiff's oral motion for a mistrial is DENIED AS MOOT. In addition, the Court previously ordered that the transcript of the oral argument on this motion and all exhibits filed in support of and in opposition to the motion be placed under seal. The SEAL is now LIFTED.

New Orleans, this  14th  day of    December   , 2005.

                                    UNITED STATES DISTRICT JUDGE