Page 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX LITIGATION: MDL DOCKET
NO. 1657

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- - -

November 21, 2005

- - -

30(b)(6) Notice to Massachusetts Medical
Association, Videotaped deposition of Gregory D.
Curfman, M.D., held in the offices of Brown
Rudnick, One Financial Center, Boston,
Massachusetts, 02110, commencing at 9:18 a.m., on
the above date, before Deborah Roth, Notary Public,
Registered Professional Reporter and Certified
Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES

- - -

*SEALED*

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 12-9-05
LORETTA G. WHYTE
CLERK**

Page 3

A P P E A R A N C E S:

2
3
4      HUGHES HUBBARD & REED, LLP
5      BY:  JAMES C. FITZPATRICK, ESQ.
6      One Battery Park Plaza
7      New York, New York  10004
8      212 837 6000
9      Counsel for Merck & Company, Inc.
10
11     BROWN RUDNICK, LLP
12     BY:  PAUL W. SHAW, ESQ.
13     One Financial Center
14     Boston, Massachusetts  02110
15     617 856 8363
16     For the Massachusetts Medical Society
17     and Deponent
18
19     ALSO PRESENT:  SEIGER WEISS, LLP
20             DAIVD R. BUCHANAN, ESQ.
21             One William Street
22             New York, New York  10004
23
24

---

Page 2

1   A P P E A R A N C E S:
2
3   LOCKRIDGE GRINDAL NAUEN, PLLP
4   BY:  BERT BLACK, ESQ.
5   Suite 2200
6   100 Washington Street, S.
7   Minneapolis, Minnesota  55401
8   612 596 4082
9   Counsel for the Plaintiffs
10
11  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
12  BY:  DONALD C. ARBITBLIT, ESQ.
13  Embarcadero Center West
14  275 Battery Street, 30th Floor
15  San Francisco, California  94111
16      and
17  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
18  JENNIFER GROSS, ESQ.
19  780 Third Avenue, 48th Floor
20  New York, New York  10017
21  212 355 9500
22  For the Plaintiffs
23
24

---

Page 4

1   ALSO PRESENT:  Joseph M. Appel, Esq.
2          Massachusetts Medical Society
3          860 Winter Street
4          Waltham, Massachusetts  02145
5
6          Stephen Morressey, Ph.D.
7          The New England Journal of Medicine
8          10 Shattuck Street
9          Boston, Massachusetts  02115
10
11         Shawn Budd, Videographer
12
13
14
15
16
17
18
19
20         ___ Fee
21         ___ Process
22         _X_ Dktd
23         ___ CtRmDep
24         Doc.No.___

5a3bc2c9-b59d-4567-9252-e185fbf84d4b

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED