MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>         LIABILITY LITIGATION | MDL - 1657 |
| EVELYN IRVIN PLUNKETT,<br>Individually, and as Personal Representative<br>of the Estate of Richard Irvin, Jr. | REF NO. 05-4046 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L |

BEFORE JUDGE ELDON E. FALLON             Monday, December 12, 2005
Courtroom Deputy: Gaylyn Lambert            (continued from 12-10-05)
Court Reporters: Cathy Pepper

Appearances: Andrew Birchfield, Esq., Jere Beasley, Esq. Paul Sizemore, Esq.,
             for plaintiffs
             Phillip Beck, Esq., Tarek Ismail, Esq.  For defendants

---

JURY TRIAL:

8:50 am   Jury brought into the courtroom.
          The Court declares a mistrial.
          The jury is thanked and discharged.
          The Court orders all exhibits be returned to the parties.
          A telephone status conference will be held on Friday, December 16th at 1:30 pm.

Court adjourned at 8:55 am.


JS 10     :05

Fee_____
Process____
X  D____
___CtRmDep___
Doc.No.____

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED