```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2005 DEC 15 P 1: 45
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA        LORETTA G. WHYTE
                                                  CLERK
```

In Re: VIOXX                                    MDL NO. 1657

    Products Liability Litigation        SECTION: L

                                                                   Judge Fallon

This document relates to:                       Mag. Judge Knowles

MILTON JOHNSON, PLAINTIFF

VS.                                             CASE NO. 2:05cv1015

MERCK & CO., INC., DEFENDANT

### ENTRY OF APPEARANCE

Come now Don Barrett, Walter R. Hagedorn II and David McMullan, Jr., of the law firm of Barrett Law Office, P.A., and enter their appearance as one of the attorneys of record for the Plaintiffs in the above styled cause.

                                            Respectfully submitted,

                                            MILTON JOHNSON, PLAINTIFF

                                            By: _____
                                                David McMullan, Jr., MSB No. 8494

ATTORNEYS FOR PLAINTIFFS:
Don Barrett
Walter R. Hagedorn II
BARRETT LAW OFFICE, P.A.
P.O. Box 987
Lexington, MS 39095
Tel. 662 834-2376
Fax 662 834-2409

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Walter Dumas, Esq.
Dumas & ASSOCIATES LAW CORPORATION
P.O. Box 1366
Baton Rouge, LA 70821
Telephone No. (225) 383-4701
Fax (225) 383-4719


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 13th day of December, 2005.

_____
Attorney