```
                                                    FILED
                                                U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT    2005 DEC 15 P 1:45
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

In Re: VIOXX                                      MDL NO. 1657

    Products Liability Litigation           SECTION: L

                                                   Judge Fallon

This document relates to:                 Mag. Judge Knowles

VIRGINIA OLLER, ET AL, PLAINTIFFS

VS.                                                               CASE NO. 2:05cv01102

MERCK & CO., INC., DEFENDANT

## ENTRY OF APPEARANCE

Come now Don Barrett, Walter R. Hagedorn II and David McMullan, Jr., of the law firm of Barrett Law Office, P.A., and enter their appearance as one of the attorneys of record for the Plaintiffs in the above styled cause.

Respectfully submitted,

VIRGINIA OLLER, ET AL, PLAINTIFFS

By: _____
     David McMullan, Jr., MSB No. 8494

ATTORNEYS FOR PLAINTIFFS:
Don Barrett
Walter R. Hagedorn II
BARRETT LAW OFFICE, P.A.
P.O. Box 987
Lexington, MS 39095
Tel. 662 834-2376
Fax 662 834-2409

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Alex Yaffe
Blake Yaffe
FOSHEE & YAFFE
P. O. Box 890420
Oklahoma City, OK 73189
Ph 405 235 9621
Fax 405 235 9439

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this ___13th___ day of December, 2005.

_____
Attorney