```
                    FILED
              U.S. DISTRICT COURT
           EASTERN DISTRICT OF LA

              2005 DEC 15 P 1:46
                LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                MDL NO. 1657

    Products Liability Litigation        SECTION: L

                                                                                                         Judge Fallon

This document relates to:                   Mag. Judge Knowles

PRESTON LEE, PLAINTIFF

VS.                                         CASE NO. 2:05cv1067

MERCK & CO., INC., DEFENDANT


### ENTRY OF APPEARANCE

    Come now Don Barrett, Walter R. Hagedorn II and David McMullan, Jr., of the law firm of Barrett Law Office, P.A., and enter their appearance as one of the attorneys of record for the Plaintiffs in the above styled cause.

                                                      Respectfully submitted,

                                                      PRESTON LEE, PLAINTIFF

                                                      By: _____
                                                          David McMullan, Jr., MSB No. 8494

ATTORNEYS FOR PLAINTIFFS:
Don Barrett
Walter R. Hagedorn II
BARRETT LAW OFFICE, P.A.
P.O. Box 987
Lexington, MS 39095
Tel. 662 834-2376
Fax 662 834-2409

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

Ronnie Penton
Brett Ott
1250 S.W. Railroad Ave.
Hammond, LA 70403
Phone No. (985) 732-5681

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this ___13th___ day of December, 2005.

_____
Attorney