UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 13 P 2:59

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **EURIS J. RODRIGUE** | * | CASE NO. 05-428  4128 |
| Plaintiff | * | |
| | * | SECTION L |
| **VERSUS** | * | |
| | * | MAGISTRATE 3 |
| **MERCK & CO., INC.** | * | |
| Defendant | * | |

**************************************

### MOTION TO ENROLL CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff Euris J. Rodrigue, and now moves this Honorable Court for an Order allowing Daniel E. Becnel, Jr., Bar Roll #2926, to be enrolled as co-counsel of record. As such, Mr. Rebennack, as counsel for plaintiff requests that Mr. Becnel of the Law Offices of Daniel E. Becnel, Jr., 106 W. 7th Street, P.O. Drawer H, Reserve, Louisiana 70084, be added as co-counsel for Mr. Rodrigue.

Respectfully submitted,

_____
ALBERT J. REBENNACK # 18677
ATTORNEY AT LAW
2202 AVENUE B.
METAIRIE, LOUISIANA 70001

ATTORNEY FOR PLAINTIFF

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I hereby certify that on the __6__ day of December, 2005, I forwarded a true and correct copy of the foregoing via facsimile to the following:

Mr. Phillip A. Wittmann
STONE PIGMAN WALTHER WITTMANN, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

_____
ALBERT J. REBENNACK