UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EURIS J. RODRIGUE** | * | CASE NO. 05-428 |
| Plaintiff | * | |
| | * | SECTION L |
| **VERSUS** | * | |
| | * | MAGISTRATE 3 |
| **MERCK & CO., INC.** | * | |
| Defendant | * | |

*************************************

## ORDER

Having reviewed the Motion to Enroll and Substitute Counsel,

**IT IS ORDERED** that Motion to Enroll as Co-Counsel is **GRANTED** and Daniel E. Becnel, Jr. be entered as co-counsel of record for Euris J. Rodrigue.

This ___14___ day of ___Dec___, 2005.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____