UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Juanita Baylark v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04096) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF JUANITA BAYLARK

It is stipulated by the party that Juanita Baylark may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party bearing its own costs. The party further stipulates that if this action on behalf of Juanita Baylark, is re-filed, it must be filed in federal court.

_____
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Attorneys for Defendants

1

*[signature]*
Grant Kaiser (#1078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiff

Dated: December 9, 2005

IT IS SO ORDERED.

_____
Judge

Dec 14 2005
_____
Date

2