UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:  Martha Bryant, et al v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04415) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

**STIPULATION AND VOLUNTARY DISMISSAL
OF THE CASE OF
MARTHA BRYANT and BONNIE HOLBROOK**

It is stipulated by the parties that MARTHA BRYANT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ELIZABETH WELLS, DECEASED; AND BONNIE HOLBROOK, may dismiss their actions without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs.  The parties further stipulate that if this action on behalf of Martha Bryant and Bonnie Holbrook, is re-filed, it must be filed in federal court.

_____
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Attorney for Defendants

1

*[signature]*
Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: December 9, 2005

IT IS SO ORDERED.

*[signature]* Eldon C. Fallon
Judge

Dec 14, 2005
Date

2