UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 12  AM 10: 47

LORETTA G. WHYTE
CLERK

In Re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To: Donald E. Huston v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04100)

_____/

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF DONALD E. HOUSTON

It is stipulated by the parties that Donald E. Houston may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party bearing its own costs. The parties further stipulate that if this action on behalf of Donald E. Houston, is re-filed, it must be filed in federal court.

_____
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Attorneys for Defendants

1

Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiff

Dated: December 9, 2005

IT IS SO ORDERED.

_____
Judge

_____
Date  Dec 14, 2005

2