UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



In Re:  VIOXX®                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION      Section L

This Document Relates To:  Dequince
Atkinson v. Merck & Co., Inc., et al. (E.D.      Judge Fallon
La. Index No. 2:05-CV-04069)
                                                  Mag. Judge Knowles

_____/

### STIPULATION AND VOLUNTARY DISMISSAL
### OF THE CASE OF
### DEQUINCE ATKINSON

It is stipulated by the party that Dequince Atkinson may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party bearing its own costs.  The party further stipulates that if this action on behalf of Dequince Atkinson, is re-filed, it must be filed in federal court.

*[signature]*

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Attorneys for Defendants

_____
Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiff

Dated: December 9, 2005

IT IS SO ORDERED.

_____
Judge

_____
Date 12/15/05

2