UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Brenda L. Bruner v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04099) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

**STIPULATION AND VOLUNTARY DISMISSAL
OF THE CASE OF
BRENDA L. BRUNER**

It is stipulated by the party that Brenda L. Bruner may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party bearing its own costs. The party further stipulates that if this action on behalf of Brenda L. Bruner, is re-filed, it must be filed in federal court.

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Attorneys for Defendants

                                                  /s/ Grant Kaiser
                                                  Grant Kaiser (11078900)

                                                  THE KAISER FIRM, LLP
                                                  8441 Gulf Freeway, Suite 600
                                                  Houston, Texas 77017-5001
                                                  Telephone: (713) 223-0000
                                                  Telecopy: (713) 223-0440

                                                  Attorneys for Plaintiff

Dated: December 9, 2005

IT IS SO ORDERED.

/s/ Eldon E. Fallon                                Dec 14, 2005
Judge                                                 Date