UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Kenneth R. Touchet v. Merck & Co., Inc.* No. 05-CV-5798

## L. CLAYTON BURGESS, A P.L.C.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF KENNETH R. TOUCHET

COMES NOW, L. Clayton Burgess, A P.L.C., and files its Motion to Withdraw as Counsel of Record for Kenneth R. Touchet and would respectfully show this Honorable Court as follows:

### I. INTRODUCTION

This action arises from the sale of the prescription drug Vioxx (Rofecoxib) to Kenneth R. Touchet, who suffered from a heart attack after ingesting this drug.

### II. ARGUMENT

Good cause exists for this court to grant this Motion to Withdraw because counsel filed suit on behalf of Kenneth R. Touchet at his request due to the rapidly approaching prescription deadline. At the time of the filing of the suit Mr. Touchet was informed by counsel after the suit was filed on his behalf he would need to seek other representation because this firm would not be able to represent him in this matter. Therefore, L. Clayton Burgess, A P.L.C., seeks to withdraw as counsel of record.



L. Clayton Burgess, A P.L.C. has delivered a copy of this motion to Mr. Touchet and has notified him in writing of the filing of this Motion, both via regular and certified mail.

Kenneth R. Touchet's last known mailing address is 603 Chaisson Road, Abbeville, Louisiana, 70510.

### III.   CONCLUSION

Due to L. Clayton Burgess, A P.L.C. only filing the suit at the request of Mr. Touchet due to the rapidly approaching prescription deadline, L. Clayton Burgess, A P.L.C., respectfully requests that this Court allow the firm to withdraw as counsel of record in this matter.

Respectfully submitted:

**L. CLAYTON BURGESS, A P.L.C.**
605 West Congress Street
Post Office Drawer 5250
Lafayette, Louisiana 70502-5250
Telephone: (337) 234-7573
Facsimile: (337) 233-3890

_____
L. CLAYTON BURGESS (22979)

### CERTIFICATE

I HEREBY certify that a copy of the above and foregoing Motion to Withdraw as Counsel of record has this date been forwarded to Kenneth R. Touchet by depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

LAFAYETTE, LOUISIANA, this 30 day of November, 2005.

_____
L. CLAYTON BURGESS