UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Kenneth R. Touchet v. Merck & Co., Inc. No. 05-CV-1712*

### ORDER

CONSIDERING THE FOREGOING Motion to Withdraw:

IT IS HEREBY ORDERED by the Court that the mover be permitted to withdraw as counsel of record for plaintiff, Kenneth R. Touchet, in the above captioned matter and that his name be stricken from the records hereof.

THUS DONE AND SIGNED on this 14 day of Dec, 2005 in New Orleans, Louisiana.

_____
JUDGE