```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2005 DEC 16  P 2: 39
                                         LORETTA G. WHYTE
                                              CLERK
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>PERSONAL INJURY CLASS ACTIONS | )  MDL NO. 1657<br>)<br>)  SECTION: L<br>)<br>)  JUDGE FALLON<br>)  MAG. JUDGE KNOWLES |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Wednesday, January 4, 2005, beginning at 9:00 a.m., counsel for Merck ("Defendant") will take the deposition upon oral examination of Raymond Gibney ("Plaintiff"), before a notary public or other authorized officer, at the Law Offices of Hughes Hubbard, 101 Hudson Street, Suite 3601, Jersey City, NJ 07302-3908.

Raymond Gibney is directed to produce the following documents at his deposition.

1. All documents identified in Plaintiff's responses to the Defendant's interrogatories served on Raymond Gibney.

2. All documents upon which Plaintiff relied in answering the Defendant's interrogatories served on Raymond Gibney.

3. All documents in Plaintiff's possession, custody or control regarding Plaintiff's ingestion of Vioxx® or Vioxx generally.

4. All documents in Plaintiff's possession, custody or control regarding the alleged injury in this action.

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```

5. All documents, including but not limited to, prescriptions, prescription records, and receipts for Vioxx.

6. All records, including physicians or office records, that show the period during which Plaintiff took Vioxx, the dosage of Vioxx, and the frequency with which the Plaintiff took Vioxx.

7. All documents concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's Vioxx prescription was filled or when Plaintiff otherwise obtained Vioxx.

8. All documents relating to any communication between Plaintiff and Merck. All deposition transcripts, transcripts of recorded testimony or other recorded statements made by Plaintiff, relating to any claims Plaintiff has ever made for illness, bodily injury, or medical condition.

9. All diaries, journals, logs and calendars that relate to your uise of Vioxx, physical or mental condition, medical treatment or the injuries you have alleged in this matter.

10. All documents relating to any communication between you and anyone else other than counsel relating to your use of Vioxx, your physical condition or the injuries you allege in this matter.

Merck reserves the right to further depose this witness on the merits.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: December 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Notice of Deposition and Request for documents has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of December, 2005.

_Dorothy H. Wimberly_