# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
       PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Margaret Aguirre v. Merck & Co., Inc., et al.,* No. 2:05cv2268 (previously 4:05-cv-0281 SDIL USDC)

## PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF PROFILE FORM AND OTHER DOCUMENTS

MAY IT PLEASE THE COURT:

COMES NOW the Plaintiff, Margaret Aguirre, and moves for a twenty (20) day extension in which to submit her Plaintiff's Profile Form and other documents.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: _____
John J. Driscoll, #6276464
720 Olive Street, Suite 1800
St. Louis, MO 63101
(314) 421-0216
Fax: (314) 421-0359
jdriscoll@brownandcrouppen.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and mailed via U.S. Mail to the Plaintiff at the address listed below, on this 15th day of November, 2005.

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809

Aretha Delight Davis
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Susan Giamportone
Womble Carlyle Sandridge & Rice, PLLC
2530 Meridian Parkway, Suite 400
Durham, NC 27713

Charles Avrith
Hughes, Hubbard & Reed, LLP
Battery Park Ofc.
One Battery Park Plaza
New York, NY 10004
*Attorneys for Merck& Co., Inc.*

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Norman Charles Kleinberg
Hughes, Hubbard & Reed, LLP
Battery Park Ofc.
One Battery Park Plaza
New York, NY 10004
*Attorneys for Merck& Co., Inc.*

Theodore V.H. Mayer
Hughes, Hubbard & Reed, LLP
Battery Park Ofc.
One Battery Park Plaza
New York, NY 10004
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

John P. Cunningham
Brown & James
525 Main St.
Belleville, IL 62220
*Attorneys for Walgreen Co.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
*Plaintiff's Liaison Counsel*