UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  
*Margaret Aguirre v. Merck & Co., Inc., et al.,* No. 2:05cv2268 (previously 4:05-cv-0281 SDIL USDC)

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Plaintiff's Motion for a Twenty (20) Day Extension of Time in Which to File Plaintiff's Profile Form and Other Documents is hereby granted.

New Orleans, Louisiana, this 15 day of ~~November~~ Dec., 2005.

_____  
JUDGE ELDON FALLON