UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2005 DEC 19 PM 12:06
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| This Document Relates To | * | Judge Fallon |
| | * | |
| Herbert Trotter, et. al. | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 05-3151 | * | |

* * * * * * * * * * * * *

## ORDER DISMISSING PLAINTIFF
## RUTH DISMUKE CLAIM WITHOUT PREJUDICE

Having reviewed the Plaintiff Ruth Dismuke's Motion to Dismiss Claim Without Prejudice the Court Orders And Decrees:

1. The Plaintiff **Ruth Dismuke** claim is hereby dismissed without prejudice.

2. This pertains to **only Ruth Dismuke**, not to any of the other Plaintiffs in Case # 05-3151.

HONORABLE ELDON E. FALLON

___ Fee_____
___ /Process_____
X / Dktd_____
✓ CtRmDep_____
___ Doc. No_____