U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 28 2005
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| THIS RELATES TO: | Plaintiffs: CYNDAL SHIPPEY and DEDRA CHARVIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF INA CHARVIS, DECEASED |
| Civil Action No. 2:05-CV-167 *05-2968* *Adams v Merck* | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### MOTION TO DISMISS CLAIMS OF CYNDAL SHIPPEY AND DEDRA CHARVIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF INA CHARVIS, DECEASED, ONLY

TO THE HONORABLE COURT:

COME NOW CYNDAL SHIPPEY and DEDRA CHARVIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF INA CHARVIS, DECEASED, two of the Plaintiffs in Civil Action No. 2:05-CV-167 originally filed in United States District Court for the Eastern District of Texas, Marshall Division, styled *Pansy Adams, et al, v. Merck & Company, Inc.*, and make this Motion to Dismiss Claims of Cyndal Shippey and Dedra Charvis, Personal Representative of the Estate of Ina Charvis, Deceased, Only, and would respectfully show the Court as follows:

*Motion to Dismiss Claim of*
*Cyndal Shippey and Dedra Charvis,*
*Representative of the Estate of Ina*
*Charvis, Only*
*Page 1 of 3*

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____

1.

Plaintiffs make this Motion to be dismissed as Plaintiffs in this cause, and request the Court to dismiss them without prejudice since they do not wish to be parties plaintiff and do not wish to prosecute their claim at this time. This motion pertains to the claims of **Cyndal Shippey and Dedra Charvis, Personal Representative of the Estate of Ina Charvis, Deceased, only,** and all other parties remain the same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray for an appropriate Order dismissing only the claims of Cyndal Shippey and Dedra Charvis, Personal Representative of the Estate of Ina Charvis, Deceased, and no others.

Respectfully submitted,

**WELLBORN★HOUSTON, L.L.P.**
P.O. Box 1109   (300 West Main)
Henderson, Texas 75653-1109 (75652)
903/657-8544;    FAX 903/657-6003

By: _____
J. Mark Mann
State Bar No. 12926150

David Hill
State Bar No. 09627600

ATTORNEYS FOR PLAINTIFFS

*Motion to Dismiss Claim of*
*Cyndal Shippey and Dedra Charvis,*
*Representative of the Estate of Ina*
*Charvis, Only*
*Page 2 of 3*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon Defendants' Liaison Counsel, Mr. Phillip Wittmann, by Telecopier at 225/490-8960, and at 263 Third Street, 5th Floor, Baton Rouge, Louisiana 70816, and upon Plaintiffs' Liaison Counsel, Mr. Russ M. Herman, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, by Certified Mail, Return Receipt Requested, on this the 28th day of November, 2005.

J. Mark Mann

*Motion to Dismiss Claim of*
*Cyndal Shippey and Dedra Charvis,*
*Representative of the Estate of Ina*
*Charvis, Only*
*Page 3 of 3*