UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

THIS RELATES TO:

MDL Docket No. 1657

Plaintiff: CYNDAL SHIPPEY and DEDRA CHARVIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF INA CHARVIS, DECEASED

Civil Action No. 2:05-CV-167

JUDGE FALLON

MAG. JUDGE KNOWLES

## ORDER DISMISSING CLAIMS OF CYNDAL SHIPPEY AND DEDRA CHARVIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF INA CHARVIS, DECEASED, ONLY

Motion to Dismiss Claims of Cyndal Shippey and Dedra Charvis, Personal Representative of the Estate of Ina Charvis, Deceased, Only having been presented to the Court, and the Court having determined that said Motion should be granted,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Claims of Cyndal Shippey and Dedra Charvis, Personal Representative of the Estate of Ina Charvis, Deceased, ONLY are hereby DISMISSED, and costs are adjudged against the party incurring same.

*Order Dismissing Claim of*
*Cyndal Shippey and Dedra Charvis,*
*Personal Representative of the Estate*
*Of Ina Charvis, Deceased, Only*
*Page 1 of 2*

___ Fee_____
___ Process_____
_X_ /Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

SIGNED this _15_ day of _Dec_, 2005.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE