IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 30 AM 12: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : |
| THIS DOCUMENT RELATES TO: | : |
| KELLY A. ALDER, Individually and as Personal Representative of the Estate of Barbara Ann Ballew, Deceased 2040 Harmon Avenue Baltimore, Maryland 21230 | : |
| Plaintiff | : |
| And | : MDL DOCKET NUMBER 1657 SECTION L |
| To the Use of Robin M. Ballew Surviving Daughter of Barbara Ballew 400 Rexford Drive Apt. 90 Hermitage, PA 16148-2608 | : |
| Use Plaintiff | : |
| v. | : |
| MERCK & CO., INC. One Merck Drive Whitehouse Station, New Jersey 08889 | : |
| Defendant. | : |
| Civil Action No: O5-3387 | : |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now Plaintiff Kelly A. Alder, in her capacity as Personal Representative of the Estate of Barbara A. Ballew, by her undersigned counsel, and respectfully requests this Honorable Court to grant leave to amend the original complaint filed in this matter and states in

support thereof that:

1. Mr. Virgil G. Ballew, 6350 Sittig Avenue, Hubbard, Ohio 44425 is the surviving spouse of Plaintiff's decedent, Barbara A. Ballew. Pursuant to Md. Rule 15-1001, Virgil G. Ballew is required to be added as a use plaintiff whether or not he joins in the action for wrongful death brought by Plaintiff Kelly A. Alder. Wherefore, Plaintiff moves to add Virgil G. Ballew as a use plaintiff in this matter;

2. Plaintiff has discovered, through a diligent search, that the correct address for use plaintiff Robin M. Ballew, daughter of Plaintiff's decedent Barbara Ballew, is 6350 Sittig Avenue, Hubbard, Ohio 44425. Wherefore, Plaintiff moves to amend the complaint to reflect the correct address; and

3. Plaintiff Kelly A. Alder's surname has legally changed as a result of marriage. Plaintiff moves to amend the complaint to reflect her married name, Kelly A. Connors

Wherefore, Plaintiff respectfully requests that her Motion for Leave to Amend Complaint be granted. The First Amended Complaint is attached to this motion for filing with the Clerk upon approval of this motion.

Dated On: November 11, 2005

Respectfully Submitted,

Patricia J. Kasputys (Fed I.D. #03775)

Mary V. McNamara-Koch (Fed I.D. #26591)
Attorneys for Plaintiff
LAW OFFICES OF PETER G. ANGELOS, P.C.
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410.649.2000
Facsimile: 410.649.2101

## CERTIFICATE OF SERVICE

      I hereby certify that the above Motion for Leave to Amend has been served on Liaison Counsel, Phillip Wittman, Esq., 546 Carondelet Street, New Orleans, Louisiana 70130, on Plaintiff's Liaison Counsel, Russ Herman, Esq., 910 Airport Road, Suite 3A, Destin, Florida 32541 and on Paul S. Strain and Stephen E. Marshall, Venable LLP, 2 Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201, Counsel for Defendant Merck & Co., Inc., by U.S. Mail this Eleventh day of November, 2005.

_____
Mary V. McNamara-Koch, Esquire