IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 19  PM 12: 07

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION : | |
| : | |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| KELLY A. ALDER, Individually and : | |
| as Personal Representative of the Estate : | |
| of Barbara Ann Ballew, Deceased : | |
| 2040 Harmon Avenue : | |
| Baltimore, Maryland 21230 : | |
| : | |
| Plaintiff : | |
| : | MDL DOCKET NUMBER 1657 |
| And : | SECTION L |
| : | |
| To the Use of Robin M. Ballew : | |
| Surviving Daughter of Barbara Ballew : | |
| 400 Rexford Drive Apt. 90 : | |
| Hermitage, PA 16148-2608 : | |
| : | |
| Use Plaintiff : | |
| : | |
| v. : | |
| : | |
| MERCK & CO., INC. : | |
| One Merck Drive : | |
| Whitehouse Station, New Jersey 08889 : | |
| : | |
| Defendant. : | |
| : | |
| Civil Action No: O5-3387 : | |

__Fee____
__Process____
X  Dktd____
   CtRmDep____
   Doc. No____

## ORDER

Upon consideration of the Motion For Leave To Amend Complaint , it is this

15th day of Dec., 2005, hereby ORDERED that said motion is GRANTED and the Amended Complaint is to be filed by the Clerk of the Court.

United States District Judge