

*COPY IN CHAMBERS*

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC -5 PM 12:45
LORETTA G. WHYTE
CLERK*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA HARRIS | : |
|     PLAINTIFF | : |
| | : |
| v. | :   Cause: 05-1149 |
| | : |
| MERCK AND CO., INC. | :   JUDGE FALLON |
|     DEFENDANT | :   MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION; MDL NO. 1657; SECTION L

### PLAINTIFF TERESA HARRIS' MOTION TO AMEND STIPULATION OF DISMISSAL OF
### DEFENDANT MERCK AND CO., INC. WITHOUT PREJUDICE

COMES NOW Teresa Harris, Plaintiff in the above-entitled cause of action (hereinafter referred to as Plaintiff), and files this Motion to Amend Stipulation of Dismissal without Prejudice as to all of her claims against Defendant Merck and Co., Inc. In support of her motion, Plaintiff states the following:

On November 14, 2005, Plaintiff filed a Stipulation of Dismissal of Defendant Merck and Co., Inc. without Prejudice with the Court; attached hereto as Exhibit "A." Due to a printing error, the last paragraph was inadvertently left off the Stipulation of Dismissal. Therefore, it is necessary to file this motion along with an Amended Stipulation of Dismissal without Prejudice attached hereto as Exhibit "B,"

(Plaintiff Teresa Harris' Amended Stipulation of Dismissal of Defendant Merck and Co., Inc. without Prejudice and Proposed Order.)

WHEREFORE, Plaintiff respectfully requests this Court consider Plaintiff Teresa Harris' Amended Stipulation of Dismissal of Defendant Merck and Co., Inc. Without Prejudice.

Respectfully submitted,

MORGAN & WEISBROD, L.L.P.

*Alexandra S. Boone*

Les Weisbrod
Texas State Bar No. 21104900
Alexandra Boone
Texas State Bar No. 00795259
11551 Forest Central Dr. Suite 300
Dallas, Texas  75243
Telephone:  (214) 373-3761
Telecopy:  (214) 373-4732

ATTORNEYS- FOR PLAINTIFF

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing has been sent to all counsel via electronic mailing this 28th day of November, 2005.

*Alexandra S. Boone*
Alexandra V. Boone

# MORGAN & WEISBROD, L.L.P.
## ATTORNEYS AND COUNSELLORS AT LAW

11551 FOREST CENTRAL DRIVE - FOREST CENTRAL II, SUITE 300 - DALLAS, TEXAS 75243
MAILING ADDRESS: P.O. BOX 821329 DALLAS, TEXAS 75382
Federal Tax ID 75-2256782
(214) 373-3761
(800) 800-6353    FAX # (214) 739-4732
www.morganweisbrod.com

CARL M. WEISBROD
*+ LES WEISBROD
DAVID R. NORTON
   LICENSED IN TEXAS AND ARKANSAS
JENNIFER L. FRY
∆ WILLIAM A. NEWMAN
PAUL BURKHALTER
GAL LAHAT
   LICENSED IN TEXAS AND FLORIDA
JOHN M. DRISKILL
*+ SPENCER G. MARKLE

* BOARD CERTIFIED – CIVIL TRIAL LAW
+ BOARD CERTIFIED – PERSONAL INJURY TRIAL LAW
∆ BOARD CERTIFIED – CIVIL APPELLATE LAW
   TEXAS BOARD OF LEGAL SPECIALIZATION

CONNIE S. McNAMIRE, R.N., J.D.
ISOBEL S. THOMAS
   LICENSED IN TEXAS, ILLINOIS AND MASSACHUSETTS
KEVIN L. KORONKA
ALEXANDRA V. BOONE
LEILA A. D'AQUIN

OF COUNSEL
JAMES M. RAUER, M.D., J.D.
CAROLYN BARNES
   (AUSTIN CASES ONLY)
DAVID LANEHART
   (LUBBOCK CASES ONLY)
MELVIN D. MORGAN, M.D., J.D. (DECEASED)

November 14, 2005

**VIA CMRRR #7005 1160 0001 7976 4484**
Clerk of the Court
Eastern District of Louisiana
102 Versailles Street, Suite 501
Lafayette, LA 70501

Re: Cause No. 05-1149; *Teresa Harris v. Merck and Co., Inc.*
MDL No. 1657 – Section L;
In re Vioxx Products Liability Litigation

Dear Clerk:

Enclosed please find the original and two (2) copies of *Plaintiff Teresa Harris' Stipulation of Dismissal of Defendant Merck and Co., Inc. Without Prejudice*, and a proposed Order. Please file the original and one copy with the Court's records and return the file stamped copy to our office in the enclosed self-addressed and stamped envelope. Please present the Order to the Judge for his consideration.

By copy of this letter, a copy of these documents are being sent to counsel for all parties as indicated. Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Alexandra S. Boone

Alexandra V. Boone

AVB/le
enclosures
cc:   Jonathan B. Skidmore (*Via E-mail*)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA HARRIS<br>      PLAINTIFF<br><br>v.<br><br>MERCK AND CO., INC.<br>      DEFENDANT | :<br>:<br>:<br>:<br>:  Cause: 05-1149<br>:<br>:  JUDGE FALLON<br>:  MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION; MDL NO. 1657; SECTION L

## PLAINTIFF TERESA HARRIS' STIPULATION OF DISMISSAL OF DEFENDANT MERCK AND CO., INC. WITHOUT PREJUDICE

COMES NOW Teresa Harris, Plaintiff in the above-entitled cause of action (hereinafter referred to as Plaintiff), and files this stipulation of dismissal without prejudice as to all of her claims against Defendant Merck and Co., Inc., pursuant to Federal Rule of Civil Procedure 41 and would show as follows:

This case was originally filed in the 162nd Judicial District Court in Dallas Texas on December 20, 2004 against Merck & Company, Inc. and Terry M. Sobey, M.D. (Cause No. 04-12639). All defendants answered, and on March 4, 2005, pursuant to an order of the Panel on Multi-District Litigation, this action was transferred to this Court (Cause No. 05-1149). By Order of this Court signed on June 1, 2005, Plaintiff's claims against Defendant Terry M. Sobey, M.D. were dismissed.

prejudice, effective upon the filing of this Stipulation. All costs are to be borne by the party incurring same.

        Respectfully submitted,

        MORGAN & WEISBROD, L.L.P.

        _Alexandra S. Boone_
        Les Weisbrod
        Texas State Bar No. 21104900
        Alexandra Boone
        Texas State Bar No. 00795259
        11551 Forest Central Dr. Suite 300
        Dallas, Texas 75243
        Telephone: (214) 373-3761
        Telecopy: (214) 373-4732

        ATTORNEYS- FOR PLAINTIFF

        FULBRIGHT & JAWORSKI, L.L.P.

        _Jonathan B. Skidmore_ by permission AB.
        Jonathan B. Skidmore
        Texas State Bar No. 189462500
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201-2784
        Telephone: (214) 855-8000
        Telecopy: (214) 855-8200

        ATTORNEYS FOR DEFENDANT
        MERCK & CO., INC.

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing has been sent to all counsel via electronic mailing this 14th day of November, 2005.

        _Alexandra S. Boone_
        Alexandra V. Boone

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERESA HARRIS
                    PLAINTIFF

v.                                                          Cause: 05-1149

MERCK AND CO., INC.
                    DEFENDANT                               JUDGE FALLON
                                                            MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION; MDL NO. 1657; SECTION L

## ORDER GRANTING PLAINTIFF TERESA HARRIS' STIPULATION OF DISMISSAL OF DEFENDANT MERCK AND CO., INC. WITHOUT PREJUDICE

ON THIS ___ day of _____, 2005, before the Court came Plaintiff Teresa Harris' Stipulation of Dismissal of Defendant Merck and Co., Inc. Without Prejudice. It is the opinion of the Court that the Stipulation should be granted.

IT IS THEREFORE ORDERED that Defendant Merck and Co., Inc. is dismissed from this case without prejudice.

IT IS FURTHER ORDERED that all costs are to be borne by the party incurring same.

SIGNED THIS ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA HARRIS | : | |
|     PLAINTIFF | : | |
| | : | |
| v. | : | Cause: 05-1149 |
| | : | |
| MERCK AND CO., INC. | : | JUDGE FALLON |
|     DEFENDANT | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION; MDL NO. 1657; SECTION L

### PLAINTIFF TERESA HARRIS' AMENDED STIPULATION OF DISMISSAL OF DEFENDANT MERCK AND CO., INC. WITHOUT PREJUDICE

COMES NOW Teresa Harris, Plaintiff in the above-entitled cause of action (hereinafter referred to as Plaintiff), and files this amended stipulation of dismissal without prejudice as to all of her claims against Defendant Merck and Co., Inc., pursuant to Federal Rule of Civil Procedure 41 and would show as follows:

This case was originally filed in the 162nd Judicial District Court in Dallas Texas on December 20, 2004 against Merck & Company, Inc. and Terry M. Sobey, M.D. (Cause No. 04-12639). All defendants answered, and on March 4, 2005, pursuant to an order of the Panel on Multi-District Litigation, this action was transferred to this Court (Cause No. 05-1149). By Order of this Court signed on June 1, 2005, Plaintiff's claims against Defendant Terry M. Sobey, M.D. were dismissed.

*Plaintiff Teresa Harris' Amended Stipulation of Dismissal of Defendant Merck and Co., Inc.*



Page 1

Plaintiff does not desire to pursue her claims against Defendant Merck and Co., Inc. Plaintiff hereby dismisses her claims against Defendant Merck and Co., Inc. without prejudice, effective upon the filing of this Stipulation. All costs are to be borne by the party incurring same.

        Respectfully submitted,

        MORGAN & WEISBROD, L.L.P.

        *Alexandro S. Boone*
        Les Weisbrod
        Texas State Bar No. 21104900
        Alexandra Boone
        Texas State Bar No. 00795259
        11551 Forest Central Dr. Suite 300
        Dallas, Texas 75243
        Telephone: (214) 373-3761
        Telecopy: (214) 373-4732

        ATTORNEYS- FOR PLAINTIFF

        FULBRIGHT & JAWORSKI, L.L.P.

        *Jonathan B. Skidmore* w/ permission
        Jonathan B. Skidmore
        Texas State Bar No. 189462500
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201-2784
        Telephone: (214) 855-8000
        Telecopy: (214) 855-8200

        ATTORNEYS FOR DEFENDANT
        MERCK & CO., INC.

## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing has been sent to all counsel via electronic mailing this 28th day of November, 2005.

Alexandra V. Boone