

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERESA HARRIS
    PLAINTIFF

v.                                                          Cause: 05-1149

MERCK AND CO., INC.                                         JUDGE FALLON
    DEFENDANT                                          MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION; MDL NO. 1657; SECTION L

### ORDER GRANTING PLAINTIFF TERESA HARRIS' AMENDED STIPULATION OF DISMISSAL OF DEFENDANT MERCK AND CO., INC. WITHOUT PREJUDICE

ON THIS 16 day of December 2005, before the Court came Plaintiff Teresa Harris' Amended Stipulation of Dismissal of Defendant Merck and Co., Inc. Without Prejudice. It is the opinion of the Court that the Stipulation should be granted.

IT IS THEREFORE ORDERED that Defendant Merck and Co., Inc. is dismissed from this case without prejudice.

IT IS FURTHER ORDERED that all costs are to be borne by the party incurring same.

SIGNED THIS 16 day of Dec , 2005.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

Order                                                                     Solo Page