UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 12  PM 12: 15

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL No. 1657 |
| | Section: L |
| This Document Relates To: | |
| | Judge Fallon |
| Robert J. Ashley | Mag. Judge Knowles |
| Plaintiff, | Court File No. 05-3393 |
| vs. | **STIPULATION TO AMEND COMPLAINT** |
| MERCK & CO., INC., a New Jersey Corporation, | |
| Defendant. | |

WHEREAS, this action was filed in the United States District Court, District of Minnesota on June 1, 2005 and assigned Court File No. 05-CV-1052 JRT/FLN; and

WHEREAS, this matter has been transferred to MDL 1657 and assigned Court File No. 05-3393

WHEREAS, there is a typographical error in the Complaint, namely Plaintiff's name, and the parties desire to correct this typographical error.

NOW, THEREFORE, it is hereby Stipulated and Agreed by and between the parties that the Complaint in this matter be amended and that Plaintiff's name be changed from Robert J. Ashley to James Robert Ashley. The remainder of the Complaint shall remain unchanged.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

It is also stipulated that Merck's initial Answer is sufficient and need not be amended to reflect the name change.

Dated: 12/2/05

ZIMMERMAN REED, P.L.L.P.

Ronald S. Goldser (#35932)
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

Attorneys for Plaintiff

Dated: 12/5/05

HALLELAND LEWIS NILAN
& JOHNSON, P.A.

Scott A. Smith (#174026)
Amanda M. Cialkowski (#306514)
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant