UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL No. 1657 |
| | Section: L |
| This Document Relates To: | |
| | Judge Fallon |
| Robert J. Ashley | Mag. Judge Knowles |
| Plaintiff, | Court File No. 05-3393 |
| vs. | |
| MERCK & CO., INC., a New Jersey Corporation, | |
| Defendant. | |

### ORDER

Based upon the Stipulation to Amend Complaint filed by the parties on December 6, 2005, it is hereby ordered that the caption of this matter shall be amended as follows:

James Robert Ashley,

                Plaintiff,        Court File No. 05-3393

vs.

MERCK & CO., INC.,
a New Jersey Corporation,

                Defendant.

**IT IS HEREBY ORDERED.**

BY THE COURT:

_____
Judge of District Court

Dated:

Fee _____
Process _____
X  Dktd _____
   CtRmDep _____
   Doc. No. _____