UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2005 DEC 15 A 10: 51
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION * | |
| * | |
| * | SECTION: L |
| * | |
| This Document Relates To: *Willie Mae Walker et al. v.* * | |
| *Merck & Co., Inc. et al.,* No. 2:05-cv-03137-EEF-DEK * | Judge Fallon |
| ***************************************** * | Magistrate Judge Knowles |

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Carrie A. Von Hoff of the law firm of O'Hagan, Smith & Amundsen, LLC and David A. Dick of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Ms. Von Hoff's motion to withdraw and substituting Mr. Dick as counsel for K-Mart Corporation in *Willie Mae Walker et al. v. Merck & Co., Inc. et al.*, No. 2:05-CV-03137-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

K-Mart Corporation has informed Carrie A. Von Hoff that it has obtained other counsel, specifically, David A. Dick of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

David A. Dick is an attorney in good standing and licensed to practice in the United States District Court for the Southern District of Illinois, the jurisdiction where this matter was originally filed.

K-Mart Corporation has been notified of all deadlines and pending court appearances.

WHEREFORE, Carrie A. Von Hoff of the law firm of O'Hagan, Smith & Amundsen, LLC and David A. Dick of the law firm of Thompson Coburn LLP respectfully request that the

3183141

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____

Court enter an order permitting Ms. Von Hoff to withdraw from this matter and allowing Mr. Dick to enter an appearance on behalf of Defendant K-Mart Corporation, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

O'HAGAN, SMITH & AMUNDSEN LLC

By _____
Carrie A. Von Hoff, #6279982
150 N. Michigan Avenue, Ste. 3300
Chicago, IL 60601
Telephone: (312)894-3200
Facsimile: (312)894-3210

*Attorneys for K-Mart Corporation and KMART Corporation of Illinois Inc.*

and

THOMPSON COBURN LLP

By _____
David A. Dick, #06224792
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

*Attorneys for K-Mart Corporation and KMART Corporation of Illinois Inc.*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 14th day of December, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

Jennifer L. Bedard