

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 19 PM 1:16

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * * | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR ENTRY OF ORDER APPOINTING REPLACEMENT MEMBER TO DEFENDANTS' STEERING COMMITTEE

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for entry of an Order appointing Dorothy H. Wimberly to the Defendants' Steering Committee ("DSC") in this matter. As the Court is aware, Anthony M. DiLeo, formerly with Stone Pigman Walther Wittmann, L.L.C., resigned from the DSC and is no longer involved in the MDL proceedings. Merck desires to appoint Ms. Wimberly as his replacement.

___ Fee._____
___ Process._____
_X_ Dktd._____
___ CtRmDep._____
___ Doc. No _____

793679v.1

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that this Court enter an Order appointing Dorothy H. Wimberly to the Defendants' Steering Committee.

Respectfully submitted,

*[signature: Phil Wittmann]*

Phillip A. Wittmann, 13625
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

793679v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 16th day of December, 2005.

_Phil Wittmann_

793679v.1