UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |

## ORDER

Considering the foregoing Motion for Entry of Order Appointing Replacement Member to Defendants' Steering Committee,

IT IS ORDERED that Dorothy H. Wimberly be and she hereby is appointed to the Defendants' Steering Committee.

NEW ORLEANS, LOUISIANA, this 16 day of December, 2005.

DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___

793679v.1