FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 DEC 19  PM 12: 03

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

:
:
:
:
:
:

MDL NO. 1657

SECTION:  L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    *Persica v. Merck & Co., Inc.*, 05-1016

**ORDER**

The Plaintiff's Motion for Leave of Court to File First Amended and Supplemental

Complaint (Rec. Doc. 1376) is GRANTED.

New Orleans, Louisiana, this _____15th_____ day of __December___, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No._____