**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 16, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX | :    MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | :    SECTION: L (3) |
|  | :    JUDGE FALLON |
|  | :    MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

    A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Russ Herman and Andy Birchfield participated on behalf of Evelyn Irvin Plunkett, the Plaintiff in the *Irvin Plunkett* matter, and the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Phil Beck, and Tarek Ismail participated on behalf of Merck & Co., Inc., the Defendant in the *Irvin Plunkett* matter, and the Defendant's Steering Committee ("DSC"). At the conference, the PSC and DSC discussed the selection of cases for early federal court trial. After considering the issues raised by the parties,

    IT IS ORDERED that the *Irvin Plunkett* trial is scheduled for February 6, 2006, at 8:30 a.m. in New Orleans, Louisiana. IT IS FURTHER ORDERED that a telephone status conference will be held at 10:30 a.m. on December 19, 2005, to discuss the logistical issues pertaining to this trial. Additionally,

    IT IS ORDERED that the Plaintiffs' Liaison Counsel and Defendant's Liaison Counsel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

shall confer with each other on the issue of which cases shall be tried subsequent to *Irvin Plunkett*. Thereafter, for future trials, Liaison Counsel shall each select two cases, which they believe will be ready for early trial and will be instructive to the MDL, from each of the previously determined categories of cases. Liaison Counsel shall then present this list to the Court on Tuesday, December 20, 2005. Future cases to be set for trial will be selected from these cases by either the parties or the Court.