UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION      Section L

This Document Relates To: Marchelle S. Adams, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02351)      Judge Fallon

Mag. Judge Knowles

_____/

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF NANCY COOK

It is stipulated by the parties that Nancy Cook, ONLY (she being one of fifty-eight separate plaintiffs in this action) may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Nancy Cook, is re-filed, it must be filed in federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

_____
Robert A. Bunda (0019775)

BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy: (419) 241-4697

Attorney for Defendant
Merck & Co., Inc.

1

                                                                                                                                                             /s/ signature

Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: _____12/9_____, 2005

IT IS SO ORDERED.

_____   _____
Judge                                                    Date  Dec 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of December, 2005.

*Dorothy H. Wimberly*