UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 16 P 2:40
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: PAUL BONE AND LLOYD JOHNSTON V. MERCK & CO., INC., Case No. 2:05-CV-977, Transferred from U.S.D.C., Eastern District of Arkansas, Pine Bluff Division, Case No. 5:05-CV-027WRW | * * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

And now this _19th_ day of _December_, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41, that Plaintiff Paul Bone in the above-captioned action be and hereby is dismissed without prejudice as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees. As an express condition of this Stipulation of Dismissal, the parties agree that if Paul Bone or any representative on his behalf seeks to refile this case against Defendant Merck & Co., Inc., such refiling must occur in this MDL No. 1657.

This stipulation is filed on behalf of Plaintiff Paul Bone and Defendant Merck & Co., Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_Dec. 19, 2005._

_____
The Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_/Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Respectfully submitted by:

Gary Eubanks & Associates

By: *Robert L Rountree*
Robert L. Rountree
Arkansas Bar No. 99211
William Gary Holt
Arkansas Bar No. 81090
P.O. Box 3887
Little Rock, Arkansas 72203-3887
Telephone: 501-372-0266
Facsimile: 501-688-7757
Attorneys for Plaintiff Paul Bone


FRIDAY, ELDREDGE & CLARK, LLP

By: *James M. Simpson*
James M. Simpson
Arkansas Bar No. 77125
Martin A. Kasten
Arkansas Bar No. 99100
400 West Capitol, Suite 2000
Little Rock, Arkansas 72201-3493
Telephone: 501-376-2011
Facsimile: 501-376-2147
Attorneys for Defendant Merck & Co., Inc.


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on liaison counsel, Russ Herman and Phillip Wittmann, by first-class U.S. Mail, postage prepaid, and e-mail or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve Advanced in accordance with Pretrial Order No. 8, on this 16th day of December, 2005.

JAMES M. SIMPSON

2