Joseph R. Alexander, Jr., SBN 00995150
Richard Warren Mithoff, SBN 14228500
MITHOFF LAW FIRM
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122; Fax (713) 739-8085
email: jalexander@mithofflaw.com; jorihuela@mithofflaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

EDLA No. 2:05-CV-1154; Cause No. H-04-4559; *Daniel, et. al., v. Merck & Co., Inc.*; The United States District Court, Southern District of Texas, Houston Division.

**MOTION TO WITHDRAW AS ATTORNEYS
FOR PLAINTIFF MERCEDES KIRK ONLY**

COME NOW RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR.,

and the law firm of Mithoff Law Firm and Smith and Hassler, LLP, attorneys of record for

Plaintiff MERCEDES KIRK in the above-entitled and numbered cause, and respectfully request the Court to permit them to withdraw as attorneys of record for Plaintiff MERCEDES KIRK, <u>ONLY</u>, and would show this Honorable Court the following:

### I.

RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm and Smith and Hassler, LLP, seek to withdraw from the above case only with respect to Plaintiff MERCEDES KIRK for good cause. A conflict has developed which would prevent further representation of Plaintiff MERCEDES KIRK by these attorneys. Plaintiff's counsel is seeking to withdraw representation of Plaintiff MERCEDES KIRK pursuant to the Professional Rules of Disciplinary Conduct, Rules 1.15 (b)(1), (b)(4), and (b)(7). These attorneys are unable to continue their representation of Plaintiff MERCEDES KIRK at this time for reasons that have been fully explained to this Plaintiff.

### II.

Plaintiff MERCEDES KIRK has received a copy of this Motion and is <u>unopposed</u> to this motion. Plaintiff MERCEDES KIRK has been advised, in writing and/or by telephone, of her right to object to the Motion, and in the event of an objection, Plaintiff is to attend a hearing on this Motion, which will be set by this Court.

### III.

This case is not currently set for trial, and a Docket Control Order has not yet been entered into at this time. All deadlines have been satisfied, including that of the Plaintiff Profile Form and there are no upcoming current deadlines or settings.

IV.

Plaintiff's counsel has been unable to assist Plaintiff MERCEDES KIRK in finding alternate counsel and requests that Plaintiff MERCEDES KIRK be added to the list of pro se claimants. Plaintiff MERCEDES KIRK has been advised of and is unopposed to this course of action.

V.

This motion is not for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm and Smith and Hassler, LLP, pray that their motion be granted and for such other relief to which they may show themselves justly entitled.

Respectfully submitted,

MITHOFF LAW FIRM

*Joseph R. Alexander, Jr./HLS*
RICHARD WARREN MITHOFF
State Bar No. 14228500
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I, Joseph R. Alexander, Jr., Plaintiff's counsel herein, certify that I have conferred with opposing counsel. They have advised me that they are unopposed.

_____
Joseph R. Alexander, Jr.

## CERTIFICATE OF LAST KNOWN ADDRESS

I, Joseph R. Alexander, Jr., Plaintiff's counsel herein, certify that the following is the current last known address and telephone number for Plaintiff Mercedes Kirk:

Ms. Mercedes Kirk
173 Robmore
Houston, TX  77076
(713) 691-3271

_____
Joseph R. Alexander, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record for Merck & Co., Inc., Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel and Plaintiff Mercedes Kirk by certified mail, return receipt requested, and/or hand delivery, and/or by fax transmission, this 14th day of December 2005.

_____
Joseph R. Alexander, Jr.

## ACKNOWLEDGMENT

I have been provided with a copy of the Motion to Withdraw as Attorneys for Plaintiff Mercedes Kirk, Only, which I understand is not scheduled for hearing since I am unopposed to the Motion.

Date: 12/13/05            _____
                          MERCEDES KIRK