IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 20  PM 12: 50
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

EDLA No. 2:05-CV-115; Cause No. H-05-0255; *Daniel, et. al., v. Merck & Co., Inc.*; The United States District Court, Southern District of Texas, Houston Division.

## ORDER

On this day came on to be heard the Motion to Withdraw as Attorneys for Plaintiff MERCEDES KIRK, <u>ONLY</u>, and the Court, after consideration of the motion and all other matters of record, is of the opinion that such motion should be granted and that good cause exists to grant such motion.

It is, therefore ORDERED, ADJUDGED and DECREED that RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of MITHOFF LAW FIRM and SMITH & HASSLER, LLP, should be and are hereby given leave to withdraw and are withdrawn as attorneys of record for Plaintiff MERCEDES KIRK, <u>ONLY</u>, in the above-entitled and numbered cause, and the foregoing motion is, accordingly, GRANTED.

\_\_ Fee_____
\_\_ Process_____
X / Dktd_____
✓ CtRmDep_____
\_\_ Doc. No._____

The Clerk is hereby directed to send all further notices regarding this cause of action regarding Plaintiff MERCEDES KIRK, <u>ONLY</u>, to the Plaintiff at her last known address:

    Ms. Mercedes Kirk
    173 Robmore
    Houston, TX  77076
    (713) 691-3271

SIGNED this ____19____ day of ____Dec____, 2005.

                                                          JUDGE PRESIDING