IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY BAILS, ET AL** | § | CASE NO.: 2:05-CV-02319 |
| | § | Related to: MDL Case No. 1657 |
| | § | United States District Court for |
| | § | the Eastern District of Louisiana, |
| PLAINTIFF, | § | Section: L |
| | § | |
| vs. | § | |
| | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| | § | |
| MERCK & CO., INC., also | § | |
| d/b/a MERCK, SHARP AND | § | |
| DOHME and d/b/a MSD SHARP | § | |
| & DOHME GmbH | § | |
| | § | **Jury Demand Endorsed** |
| | § | **Hereon** |
| DEFENDANT. | § | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, JANET WATTS'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Janet Watts, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

Dec 20, 2005
Date

Judge Eldon E. Fallon
United States District Court Judge