IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARCHELLE S. ADAMS, ET AL | § | CASE NO.: 2:05-CV-02351 |
| | § | Related to: MDL Case No. 1657 |
| | § | United States District Court for |
| | § | the Eastern District of Louisiana, |
| PLAINTIFF, | § | Section: L |
| | § | |
| vs. | § | |
| | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| | § | |
| MERCK & CO., INC., also | § | |
| d/b/a MERCK, SHARP AND | § | |
| DOHME and d/b/a MSD SHARP | § | |
| & DOHME GmbH | § | |
| | § | **Jury Demand Endorsed** |
| | § | **Hereon** |
| DEFENDANT. | § | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM, LLP, counsel of record for Plaintiff, DANIEL E. BLEVINS, moves this Court for an order allowing them to withdraw as counsel of record for Plaintiff, Daniel E. Blevins, in the above-captioned multidistrict litigation. The plaintiff and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised Plaintiff of their intent to withdraw and Plaintiff consents to the withdrawal.

This withdrawal is intended for Plaintiff, Daniel E. Blevins, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 208 Challenger Court, Chillicothe, Ohio 45601, (740) 779-0860.

Dated: 12/15/2005

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Telephone: 409-835-6000
Facsimile: 409-383-8888

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Telephone: 361-887-0500
Facsimile: 361-887-0055

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: 713-230-2200
Facsimile: 713-643-6226

DREW RANIER
Louisiana Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: 337-494-7171
Facsimile: 337-494-7218

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing motion was served upon Plaintiff, along with notice of all court deadlines and appearances, by U.S. Mail, and upon Liason Counsel by U.S. Mail and/or email and upon all parties of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 8 on the 15th day of December, 2005.

_____
Grant Kaiser