UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to All Personal Injury Class Action Complaints Pending or Subject to Transfer to MDL 1657 | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**PLAINTIFFS STEERING COMMITTEE'S OBJECTIONS
TO THE NOTICE OF DEPOSITION AND REQUEST
FOR DOCUMENTS OF ROSEMARY LAWRENCE**

Pursuant to Fed.R.Civ.P. 30(b)(5) and 34(b), the Plaintiffs' Steering Committee ("PSC") on behalf of the representative plaintiff Rosemary Lawrence objects to the request for production of documents accompanying the notice of deposition served on December 15, 2005.

The notice of deposition issued on Thursday, December 15, 2005. Therein, it scheduled a deposition to take place only two business days later on Monday, December 19, 2005. Although the date of the deposition of plaintiff Lawrence was agreed upon by the parties, no such agreement existed as to a request for documents. Two days notice is unreasonable under the circumstances. Such requests are unduly burdensome especially when contrasted with Merck's service of interrogatories two weeks earlier, on November 29, 2005. Certainly the service of interrogatories could have easily been accompanied by the same documents requests in order to provide plaintiffs a reasonable time in which to comply.

The PSC further objects to the extent that Merck reserves the right to further depose the

1

plaintiff on the merits. To the extent that Merck approaches discovery in a bifurcated manner, delayed production of documents responsive to the request will not prejudice Merck on the merits.

The PSC reserves the right to provide individual objections to each of the requests for production of documents at the time said documents are produced.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

Date: December 16, 2005     By: _____

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

Temporary address:

3411 Richmond Avenue, Suite 460
Houston, Texas 77046
Telephone: (713) 877-1843
Facsimile: (713) 871-9750

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA  71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Daniel C. Levin, Esquire
Michael Weinkowitz
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Dianne M. Nast, Esquire
Jennifer S. Snyder, Esquire
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA  17601
(717) 892-3000 (telephone)
(717) 892-1200 (telecopier)
**Vice Chairperson of the Class Action, Law and Briefing Committee**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve Advanced, in accordance with Pre-Trial Order No. 8, on this the 16th day of December, 2005.

4