

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Camellia R. Persica v. Merck & Co., Inc.*, No. 05-1016.

### ANSWER OF DEFENDANT MERCK & CO., INC. TO<br>FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

Defendant Merck & Co., Inc. ("Merck"), by and through its undersigned counsel, respectfully submit its answer to the Plaintiffs' First Amended and Supplemental Complaint ("Amended Complaint") and repeats and realleges each and every response, admission, denial, averment, statement, and affirmative defense contained in its Answer to the Plaintiff's Complaint filed on July 8, 2005 with the same force and effect as though set forth here in full.

### RESPONSE TO AMENDED COMPLAINT

1. Denies each and every allegation contained in paragraph 1 of the Amended Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

2. Denies each and every allegation contained in paragraph 2 of the Amended Complaint, except admits that Plaintiff Manuel Persica purports to seek damages but denies that there is any legal or factual basis for such relief.

3. With respect to paragraph 3 of the Amended Complaint, repeats and realleges each and every response, admission, denial, averment, statement, and affirmative defense contained in its Answer to the Plaintiff's Complaint filed on July 8, 2005 with the same force and effect as though set forth here in full.

4. The allegations contained in the unnumbered "Wherefore" paragraph after paragraph 3 of the Amended Complaint constitute a prayer for relief as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in the unnumbered "Wherefore" paragraph, including its subparts a through c, except admits that Plaintiffs purport to seek economic and other relief but denies that there is any legal or factual basis for such relief.

**WHEREFORE**, defendant, Merck, prays for judgment as follows:

1. That its Answer to Plaintiffs' First Amended and Supplemental Complaint be deemed sufficient and that after due proceedings there be judgment dismissing Plaintiffs' First Amended and Supplemental Complaint with prejudice against Merck with costs assessed to Plaintiffs;

2. Awarding Merck the cost and disbursements it incurred or may incur in connection with this action, including attorney's fees; and

3. Providing for such other and further relief, including demand for jury trial, as the Court may deem just and proper.

Dated: December 22, 2005

                                              Respectfully submitted,

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
      Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Ste. 2500
New Orleans, LA 70112
Telephone: (504) 523–1580
Telecopier: (504) 524–0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 22nd day of December, 2005.