FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 20  PM 3: 07

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | ) MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) |
| | ) SECTION: L |
| THIS DOCUMENT RELATES TO | ) |
| PERSONAL INJURY CLASS ACTIONS | ) JUDGE FALLON |
| | ) MAG. JUDGE KNOWLES |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Tuesday, January 3, 2006, beginning at 10:30 a.m., counsel for Merck ("Defendant") will take the deposition upon oral examination of Dr. Mark Bartiss, before a notary public or other authorized officer, at 24 Nautilus Dr., Suite 5, Manahawken, N.J. 08050. You are invited to participate as you deem fit.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

794055v.1

Merck reserves the right to further depose this witness on the merits.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: December 20, 2005

794055v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Notice of Deposition has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of December, 2005.

*Dorothy H. Wimberly*

794055v.1