STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff George Hock

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>George Hock, on behalf of the heirs of his mother, Geraldine Gilroy Hock<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br><br>**STIPULATION OF DISMISSAL** |

On this, the ___ day of _____, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its own costs and attorneys' fees. Should he seek to refile, Plaintiff George Hock will refile in the federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff George Hock, on behalf of the heirs of his mother, Geraldine Gilroy Hock, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

DATED this 14 day of December, 2005.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen G. Morgan
Attorneys for Plaintiff

DATED this 14 day of December, 2005.

RAY, QUINNEY & NEBEKER

_____
Rick Rose
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of December, 2005.

_____

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff George Hock

RECEIVED
DEC 1 2 2005
MORGAN, MINNOCK & RICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>George Hock, on behalf of the heirs of his mother, Geraldine Gilroy Hock<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br>**AFFIDAVIT OF GEORGE HOCK** |

George Hock, being first duly sworn, states as follows:

1. I am one of several plaintiffs listed in the lawsuit *Arthur D. Blain, et. al. v. Merck & Company, Inc.*, that was before Judge J. Thomas Greene in the United States District Court for the State of Utah, Central Division, case number 2:04CV01102, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. At this time, I desire and request that my claim, on behalf of the heirs of my mother, Geraldine Gilroy Hock, against Merck & Company, Inc., be dismissed without prejudice.

FURTHER AFFIANT SAYETH NOT.

_____
George Hock

STATE OF Utah        )
                     :ss
COUNTY OF Salt Lake  )

SHELLEY DAWN HASLAM
NOTARY PUBLIC • STATE of UTAH
3983 S WASATCH BLVD
SALT LAKE CITY, UT 84124
COMM. EXP. 10/14/2008

Sworn to and subscribed before me this 9th day of December, 2005.

Shelley Dawn Haslam
Notary Public

My Commission Expires:
10-14-08

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF GEORGE HOCK** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of December, 2005.

_____