239.   Denies each and every allegation contained in paragraph 239 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

240.   Denies each and every allegation contained in paragraph 240 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

241.   Denies each and every allegation contained in paragraph 241 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

242.   Denies each and every allegation contained in paragraph 242 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

243.   Denies each and every allegation contained in paragraph 243 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

244.   Denies each and every allegation contained in paragraph 244 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

245.    Denies each and every allegation contained in paragraph 245 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

246.    Denies each and every allegation contained in paragraph 246 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

247.    Denies each and every allegation contained in paragraph 247 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

248.    Denies each and every allegation contained in paragraph 248 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

249.    Denies each and every allegation contained in paragraph 249 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

250.   Denies each and every allegation contained in paragraph 250 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

251.   Denies each and every allegation contained in paragraph 251 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

252.   Denies each and every allegation contained in paragraph 252 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

253.   Denies each and every allegation contained in paragraph 253 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

254.   Denies each and every allegation contained in paragraph 254 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

255.   Denies each and every allegation contained in paragraph 255 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

256.    Denies each and every allegation contained in paragraph 256 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

257.    Denies each and every allegation contained in paragraph 257 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

258.    Denies each and every allegation contained in paragraph 258 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

259.    Denies each and every allegation contained in paragraph 259 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

260.    Denies each and every allegation contained in paragraph 260 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

261.    Denies each and every allegation contained in paragraph 261 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

262.    Denies each and every allegation contained in paragraph 262 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

263.    Denies each and every allegation contained in paragraph 263 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

264.    Denies each and every allegation contained in paragraph 264 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

265.    Denies each and every allegation contained in paragraph 265 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

266.    Denies each and every allegation contained in paragraph 266 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

267.   Denies each and every allegation contained in paragraph 267 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

268.   Denies each and every allegation contained in paragraph 268 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

269.   Denies each and every allegation contained in paragraph 269 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

270.   Denies each and every allegation contained in paragraph 270 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

271.   Denies each and every allegation contained in paragraph 271 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

272.   Denies each and every allegation contained in paragraph 272 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

273.   Denies each and every allegation contained in paragraph 273 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

274.   Denies each and every allegation contained in paragraph 274 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

275.   Denies each and every allegation contained in paragraph 275 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

276.   Denies each and every allegation contained in paragraph 276 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

277.   Denies each and every allegation contained in paragraph 277 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

278.   Denies each and every allegation contained in paragraph 278 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

279.   Denies each and every allegation contained in paragraph 279 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

280.   Denies each and every allegation contained in paragraph 280 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

281.   Denies each and every allegation contained in paragraph 281 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

282.   Denies each and every allegation contained in paragraph 282 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

283.     Denies each and every allegation contained in paragraph 283 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

284.     Denies each and every allegation contained in paragraph 284 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

285.     Denies each and every allegation contained in paragraph 285 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

286.     Denies each and every allegation contained in paragraph 286 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

287.     Denies each and every allegation contained in paragraph 287 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

288.     Denies each and every allegation contained in paragraph 288 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

289.   Denies each and every allegation contained in paragraph 289 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

290.   Denies each and every allegation contained in paragraph 290 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

291.   Denies each and every allegation contained in paragraph 291 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

292.   Denies each and every allegation contained in paragraph 292 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

293.   Denies each and every allegation contained in paragraph 293 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

294.    Denies each and every allegation contained in paragraph 294 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

295.    Denies each and every allegation contained in paragraph 295 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

296.    Denies each and every allegation contained in paragraph 296 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

297.    Denies each and every allegation contained in paragraph 297 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

298.    Denies each and every allegation contained in paragraph 298 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

299.    Denies each and every allegation contained in paragraph 299 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

300.    Denies each and every allegation contained in paragraph 300 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

301.    Denies each and every allegation contained in paragraph 301 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

302.    Denies each and every allegation contained in paragraph 302 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

303.    Denies each and every allegation contained in paragraph 303 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

304.    Denies each and every allegation contained in paragraph 304 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

305.   Denies each and every allegation contained in paragraph 305 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

306.   Denies each and every allegation contained in paragraph 306 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

307.   Denies each and every allegation contained in paragraph 307 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

308.   Denies each and every allegation contained in paragraph 308 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

309.   Denies each and every allegation contained in paragraph 309 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

310.   Denies each and every allegation contained in paragraph 310 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

311.    Denies each and every allegation contained in paragraph 311 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

312.    Denies each and every allegation contained in paragraph 312 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

313.    Denies each and every allegation contained in paragraph 313 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

314.    Denies each and every allegation contained in paragraph 314 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

315.    Denies each and every allegation contained in paragraph 315 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

316.    Denies each and every allegation contained in paragraph 316 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

317.    Denies each and every allegation contained in paragraph 317 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

318.    Denies each and every allegation contained in paragraph 318 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

319.    Denies each and every allegation contained in paragraph 319 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

320.    Denies each and every allegation contained in paragraph 320 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

321.    Denies each and every allegation contained in paragraph 321 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

322.   Denies each and every allegation contained in paragraph 322 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

323.   Denies each and every allegation contained in paragraph 323 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

324.   Denies each and every allegation contained in paragraph 324 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

325.   Denies each and every allegation contained in paragraph 325 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

326.   Denies each and every allegation contained in paragraph 326 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

327.   Denies each and every allegation contained in paragraph 327 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

328.   Denies each and every allegation contained in paragraph 328 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

329.   Denies each and every allegation contained in paragraph 329 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

330.   Denies each and every allegation contained in paragraph 330 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

331.   Denies each and every allegation contained in paragraph 331 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

332.   Denies each and every allegation contained in paragraph 332 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

333. Denies each and every allegation contained in paragraph 333 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

334. Denies each and every allegation contained in paragraph 334 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

335. Denies each and every allegation contained in paragraph 335 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

336. Denies each and every allegation contained in paragraph 336 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

337. Denies each and every allegation contained in paragraph 337 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

338.    Denies each and every allegation contained in paragraph 338 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

339.    Denies each and every allegation contained in paragraph 339 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

340.    Denies each and every allegation contained in paragraph 340 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

341.    Denies each and every allegation contained in paragraph 341 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

342.    Denies each and every allegation contained in paragraph 342 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

343.    Denies each and every allegation contained in paragraph 343 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

344.    Denies each and every allegation contained in paragraph 344 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

345.    Denies each and every allegation contained in paragraph 345 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

346.    Denies each and every allegation contained in paragraph 346 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

347.    Denies each and every allegation contained in paragraph 347 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

348.    Denies each and every allegation contained in paragraph 348 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

349.   Denies each and every allegation contained in paragraph 349 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

350.   Denies each and every allegation contained in paragraph 350 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

351.   Denies each and every allegation contained in paragraph 351 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

352.   Denies each and every allegation contained in paragraph 352 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

353.   Denies each and every allegation contained in paragraph 353 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

354.   Denies each and every allegation contained in paragraph 354 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth

therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

355.    Denies each and every allegation contained in paragraph 355 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

356.    Denies each and every allegation contained in paragraph 356 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

357.    Denies each and every allegation contained in paragraph 357 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

358.    Denies each and every allegation contained in paragraph 358 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

359.    Denies each and every allegation contained in paragraph 359 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

360.   Denies each and every allegation contained in paragraph 360 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiff purports to seek damages but denies that there is any factual or legal basis for such relief, and that Vioxx is the brand name for rofecoxib.

361.   Denies each and every allegation contained in paragraph 361 of the Complaint, except admits that Merck, a New Jersey corporation with its principal place of business at One Merck Drive, Whitehouse Station, New Jersey, is a leading research-driven pharmaceutical products and services company that researches, discovers, develops, manufactures and markets a broad range of innovative pharmaceutical products to improve human health.  Merck further admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

### RESPONSE TO
### "JURISDICTION AND VENUE"

362.   The allegations contained in paragraph 362 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 362 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Plaintiffs purport to state a claim in excess of $75,000, but denies that there is any legal or factual basis for said relief.

363.   The allegations contained in paragraph 363 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 363 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except

Merck admits that there is a multidistrict litigation ("MDL") related to the prescription medicine Vioxx, and that the MDL Court issued Pretrial Order No. 11 on May 18, 2005, and respectfully refers the Court to that Order for its actual content and full effect.

## RESPONSE TO
## "FACTUAL ALLEGATIONS"

364.   Denies each and every allegation contained in paragraph 364 of the Complaint, except admits that Plaintiffs purport to seek economic and other relief but denies that there is any legal or factual basis for such relief.  Merck further admits that it manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

365.   Denies each and every allegation contained in paragraph 365 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein.

366.   Denies each and every allegation contained in paragraph 366 of the Complaint except admits that Merck sought and, in May 1999, received U.S. Food & Drug Administration ("FDA") approval to manufacture and market the prescription medicine Vioxx, which is the trade name for rofecoxib, for certain indicated uses subject to the information contained in the FDA-approved prescribing information for Vioxx and respectfully refers the Court to the relevant prescribing information for its actual language and full text.  Merck further admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

367.   Denies each and every allegation contained in paragraph 367 of the Complaint, except admits that Vioxx is part of a class of drugs known as non-steroidal anti-inflammatory drugs ("NSAIDs") and that the mechanism of action for the prescription medicine

Vioxx which reduces pain and inflammation, is believed to be due to inhibition of prostaglandin synthesis via inhibition of an enzyme known as cyclooxygenase-2 ("COX-2").

368.    Denies each and every allegation contained in paragraph 368 of the Complaint, except admits that Merck manufactured, marketed, and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.  Merck further admits that Merck sought and, in May 1999, received FDA approval to manufacture and market the prescription medicine Vioxx subject to the information contained in the FDA-approved prescribing information for Vioxx and respectfully refers the Court to the relevant prescribing information for its actual language and full text.

369.    Denies each and every allegation contained in paragraph 369 of the Complaint, including its subparts 1 through 3, except admits that Merck marketed the prescription medicine Vioxx, and that Vioxx, like all prescription drugs, has had certain reported adverse events associated with its use, which were described in the FDA-approved prescribing information for Vioxx and respectfully refers the Court to the prescribing information for Vioxx for its actual language and full text.  Merck further avers that Vioxx was approved by the FDA as safe and effective for certain indicated uses subject to the information contained in FDA-approved prescribing information, and respectfully refers the Court to the relevant prescribing information and literature for its actual language and full text.

370.    Denies each and every allegation contained in paragraph 370 of the Complaint.

371.    Denies each and every allegation contained in paragraph 371 of the Complaint.

372.    Denies each and every allegation contained in paragraph 372 of the Complaint, except admits that Merck scientists have participated in studies involving Vioxx and respectfully refers the Court to such studies for their actual conclusions and full context.

373.    Denies each and every allegation contained in paragraph 373 of the Complaint, except admits that the Vioxx Gastrointestinal Outcomes Research ("VIGOR") study exists and respectfully refers the Court to the referenced study for its actual conclusions and full text.

374.    Denies each and every allegation contained in paragraph 374 of the Complaint, except admits that Merck professional representatives used an approved detail piece called the Cardiovascular Card and respectfully refers the Court to that card for its actual language and full text.

375.    Denies each and every allegation contained in paragraph 375 of the Complaint, except admits that the studies referenced in the first sentence of paragraph 375 of the Complaint and the article referenced in the second sentence of paragraph 375 of the Complaint exist, and respectfully refers the Court to the referenced publications for their actual language and full text.

376.    Denies each and every allegation contained in paragraph 376 of the Complaint, except admits that on February 8, 2001, the Arthritis Advisory Committee met and discussed, among other things, the VIGOR data.

377.    Denies each and every allegation contained in paragraph 377 of the Complaint, except admits that in April 2002 the FDA approved certain changes to the Vioxx prescribing information and respectfully refers the Court to the prescribing information for Vioxx for its actual language and full text.

378.    Denies each and every allegation contained in paragraph 378 of the Complaint, except admits that sales figures exceeded $2 billion in 2000.

379.    Denies each and every allegation contained in paragraph 379 of the Complaint.

380.    Denies each and every allegation contained in paragraph 380 of the Complaint, except admits the existence of the journal and the article contained therein, and respectfully refers the Court to the referenced document for its actual language and full text.

381.    Denies each and every allegation contained in paragraph 381 of the Complaint, except admits that the journal and the article referenced in the first sentence of paragraph 381 of the Complaint and the study referenced in the second sentence of paragraph 381 of the Complaint exist, and respectfully refers the Court to the referenced documents for their actual language and full text.

382.    Denies each and every allegation contained in paragraph 382 of the Complaint, except admits that the article referenced in the second sentence of paragraph 382 of the Complaint exists, and respectfully refers the Court to the referenced publication for its actual language and full text.

383.    Denies each and every allegation contained in paragraph 383 of the Complaint, except admits that Merck received a letter from a regulatory review officer in September 2001 and respectfully refers the Court to that letter for its actual language and full text.

384.    Denies each and every allegation contained in paragraph 384 of the Complaint, except admits that Plaintiffs purport to quote the referenced bulletin, but Merck avers that said quote is taken out of context.

385.    Denies each and every allegation contained in paragraph 385 of the Complaint.

386.    Denies each and every allegation contained in paragraph 386 of the Complaint.

387.    Denies each and every allegation contained in paragraph 387 of the Complaint.

388.    Denies each and every allegation contained in paragraph 388 of the Complaint, except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

389.    Denies each and every allegation contained in paragraph 389 of the Complaint, except admits that on September 30, 2004 Merck announced the voluntary worldwide withdrawal of Vioxx.  Merck further avers that it announced on September 30, 2004 that in a prospective, randomized, placebo controlled clinical trial there was an increased relative risk for confirmed cardiovascular events beginning after 18 months of treatment in the patients taking Vioxx compared with those taking placebo and that Merck concluded that given the availability of alternative therapies and questions raised by the data from that trial, Merck concluded that a voluntary withdrawal of Vioxx best served the interests of patients.

390.    Denies each and every allegation contained in paragraph 390 of the Complaint.

391.    The allegations contained in paragraph 391 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies that it violated any applicable law in the manufacture, sale and design of

Vioxx, and respectfully refers the Court to the relevant legal standard, including any conflict of laws rules.

392.    The allegations contained in paragraph 392 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 392 of the Complaint.

**RESPONSE TO
"COUNT I – NEGLIGENCE"**

393.    With respect to the allegations contained in paragraph 393 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 392 of this Answer with the same force and effect as though set forth here in full.

394.    Denies each and every allegation contained in paragraph 394 of the Complaint, except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

395.    The allegations contained in paragraph 395 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies that it violated any applicable law in the manufacture, sale and design of Vioxx, and respectfully refers the Court to the relevant legal standard, including any conflicts of law rules.

396.    Denies each and every allegation contained in paragraph 396 of the Complaint, including its subparts a through i.

397.    Denies each and every allegation contained in paragraph 397 of the Complaint, except admits that Merck manufactured, marketed, and distributed the prescription

medicine Vioxx, which was approved by the FDA as safe and effective for certain indicated uses subject to the information contained in FDA-approved prescribing information, and respectfully refers the Court to the relevant prescribing information and literature for its actual language and full text.

398.    Denies each and every allegation contained in paragraph 398 of the Complaint.

**RESPONSE TO**
**"COUNT II – STRICT LIABILITY"**

399.    With respect to the allegations contained in paragraph 399 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 398 of this Answer with the same force and effect as though set forth here in full.

400.    Denies each and every allegation contained in the first sentence of paragraph 400 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.  Merck denies each and every allegation contained in the second sentence of paragraph 400 of the Complaint.

401.    Denies each and every allegation contained in paragraph 401 of the Complaint, except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

402.    Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations not directed toward Merck in the first two sentences of

paragraph 402 of the Complaint, and denies each and every allegation directed towards Merck in the first two sentences of paragraph 402 of the Complaint.  Merck denies each and every allegation contained in the third sentence of paragraph 402 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein.

403.    Denies each and every allegation contained in the first and third sentences of paragraph 403 of the Complaint, except admits that Merck manufactured, marketed, and distributed the prescription medicine Vioxx, which was approved by the FDA as safe and effective for certain indicated uses subject to the information contained in FDA-approved prescribing information, and respectfully refers the Court to the relevant prescribing information and literature for its actual language and full text.  Merck denies each and every allegation contained in the second sentence of paragraph 403 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein.

404.    The allegations contained in paragraph 404 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 404 of the Complaint.

405.    Denies each and every allegation contained in paragraph 405 of the Complaint.

406.    The allegations contained in the first sentence of paragraph 406 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies that it violated any applicable law in the manufacture, sale and design of Vioxx, and respectfully refers the Court to the relevant legal standard, including any conflicts of law rules.  Merck denies each and every allegation contained in the second sentence of paragraph 406 of the Complaint.

407.   The allegations contained in paragraph 407 of the Complaint are legal conclusions as to which no responsive pleading is required.   Should a response be deemed required, Merck denies each and every allegation contained in paragraph 407 of the Complaint.

408.   Denies each and every allegation contained in paragraph 408 of the Complaint.

**RESPONSE TO
"COUNT III – MISREPRESENTATION AND SUPPRESSION OF SAFETY
INFORMATION BY DEFENDANTS"**

409.   With respect to the allegations contained in paragraph 409 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 408 of this Answer with the same force and effect as though set forth here in full.

410.   Denies each and every allegation contained in paragraph 410 of the Complaint.

411.   Denies each and every allegation contained in paragraph 411 of the Complaint, including its subparts a through e.

412.   Denies each and every allegation contained in paragraph 412 of the Complaint.

413.   Denies each and every allegation contained in paragraph 413 of the Complaint.

414.   Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations not directed toward Merck in paragraph 414 of the Complaint, and denies each and every allegation directed towards Merck in paragraph 414 of the Complaint.

415.    Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations not directed toward Merck in paragraph 415 of the Complaint, and denies each and every allegation directed towards Merck in paragraph 415 of the Complaint.

416.    The allegations contained in paragraph 416 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 416 of the Complaint, and respectfully refers the Court to the relevant legal standard, including any conflict of laws rules.

417.    The allegations contained in paragraph 417 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 417 of the Complaint.

418.    Denies each and every allegation contained in paragraph 418 of the Complaint.

419.    Denies each and every allegation contained in paragraph 419 of the Complaint.

## RESPONSE TO
## "COUNT IV – REDHIBITION"

420.    With respect to the allegations contained in paragraph 420 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 419 of this Answer with the same force and effect as though set forth here in full.

421.    The allegations contained in paragraph 421 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 421 of the Complaint,

except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

422.    The allegations contained in paragraph 422 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 422 of the Complaint.

423.    The allegations contained in paragraph 423 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 423 of the Complaint.

424.    The allegations contained in paragraph 424 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 424 of the Complaint, and respectfully refers the Court to the relevant legal standard, including any conflict of laws rules.

425.    The allegations contained in paragraph 425 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 425 of the Complaint, and respectfully refers the Court to the relevant legal standard, including any conflict of laws rules.

426.    The allegations contained in paragraph 426 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 426 of the Complaint.

427.    Denies each and every allegation contained in paragraph 427 of the Complaint, except admits that Plaintiffs purport to seek economic and other relief but denies that there is any legal or factual basis for such relief.

**RESPONSE TO**
**"COUNT V – CLAIM UNDER THE LOUISIANA PRODUCTS LIABILITY ACT**
<u>**La. R.S. 9:2800.56"**</u>

428.    With respect to the allegations contained in paragraph 428 of the Complaint, Merck repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 427 of this Answer with the same force and effect as though set forth here in full.

429.    The allegations contained in paragraph 429 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 429 of the Complaint, except admits that Merck manufactured the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

430.    Denies each and every allegation contained in paragraph 430 of the Complaint, except admits that Merck manufactured the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

431.    Denies each and every allegation contained in paragraph 431 of the Complaint.

432.    Denies each and every allegation contained in paragraph 432 of the Complaint.

433.    Denies each and every allegation contained in paragraph 433 of the Complaint, except admits that Plaintiffs purport to seek damages but denies that there is any legal or factual basis for such relief.

**RESPONSE TO**
**"COUNT VI – CLAIM UNDER THE LOUISIANA PRODUCTS LIABILITY ACT**
**La. R.S. 9:2800.57"**

434.    With respect to the allegations contained in paragraph 434 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 433 of this Answer with the same force and effect as though set forth here in full.

435.    Denies each and every allegation contained in paragraph 435 of the Complaint, except admits that Merck manufactured the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

436.    Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations not directed toward Merck in paragraph 436 of the Complaint, and denies each and every allegation directed towards Merck in paragraph 436 of the Complaint.

437.    Denies each and every allegation contained in paragraph 437 of the Complaint.

438.    Denies each and every allegation contained in paragraph 438 of the Complaint.

439.    Denies each and every allegation contained in paragraph 439 of the Complaint, except admits that Plaintiffs purport to seek damages but denies that there is any legal or factual basis for such relief.

## RESPONSE TO
## "COUNT VII – CLAIM UNDER THE LOUISIANA PRODUCTS LIABILITY ACT
## La. R.S. 9:2800.58"

440.    With respect to the allegations contained in paragraph 440 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 439 of this Answer with the same force and effect as though set forth here in full.

441.    Denies each and every allegation contained in paragraph 441 of the Complaint, except admits that Merck manufactured the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the worldwide market on September 30, 2004.

442.    Denies each and every allegation contained in paragraph 442 of the Complaint, as it is without knowledge or information sufficient to form a belief as to the truth therein, except admits that Merck marketed the prescription medicine Vioxx, which was approved by the FDA as safe and effective for certain indicated uses subject to the information contained in FDA-approved prescribing information, and respectfully refers the Court to the relevant prescribing information and literature for its actual language and full text.

443.    Denies each and every allegation contained in paragraph 443 of the Complaint.

444.    Denies each and every allegation contained in paragraph 444 of the Complaint, except admits that Plaintiffs purport to seek damages but denies that there is any legal or factual basis for such relief.

## RESPONSE TO
## "COUNT VIII – BREACH OF WARRANTY"

445.    With respect to the allegations contained in paragraph 445 of the Complaint, repeats and realleges each and every admission, denial, averment and statement

contained in paragraphs 1 through 444 of this Answer with the same force and effect as though set forth here in full.

446.    The allegations contained in paragraph 446 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in paragraph 446 of the Complaint, except admits that Merck marketed the prescription medicine Vioxx, which was approved by the FDA as safe and effective for certain indicated uses subject to the information contained in FDA-approved prescribing information, and respectfully refers the Court to the relevant prescribing information and literature for its actual language and full text.

447.    Merck denies each and every allegation contained in paragraph 447 of the Complaint, except admits that Merck marketed the prescription medicine Vioxx, which was approved by the FDA as safe and effective for certain indicated uses subject to the information contained in FDA-approved prescribing information, and respectfully refers the Court to the relevant prescribing information and literature for its actual language and full text.

448.    Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations not directed toward Merck in paragraph 448 of the Complaint, and denies each and every allegation directed towards Merck in paragraph 448 of the Complaint.

449.    Denies each and every allegation contained in paragraph 449 of the Complaint.

450.    Denies each and every allegation contained in paragraph 450 of the Complaint, except admits that Plaintiffs purport to seek economic and other relief but denies that there is any legal or factual basis for such relief.

**RESPONSE TO**
**"COUNT IX – UNJUST ENRICHMENT"**

451.    With respect to the allegations contained in the paragraph 451 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 450 of this Answer with the same force and effect as though set forth here in full.

452.    Denies each and every allegation contained in paragraph 452 of the Complaint.

**RESPONSE TO**
**"COUNT X – ACTUAL AND CONSTRUCTIVE FRAUD"**

453.    With respect to the allegations contained in the paragraph 453 of the Complaint, repeats and realleges each and every admission, denial, averment and statement contained in paragraphs 1 through 452 of this Answer with the same force and effect as though set forth here in full.

454.    Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations not directed toward Merck in paragraph 454 of the Complaint, and denies each and every allegation directed towards Merck in paragraph 454 of the Complaint.

455.    Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations not directed toward Merck in paragraph 455 of the Complaint, and denies each and every allegation directed towards Merck in paragraph 455 of the Complaint.

456.    The allegations contained in paragraph 456 of the Complaint are legal conclusions as to which no responsive pleading is required.   Should a response be deemed required, Merck denies each and every allegation contained in paragraph 456 of the Complaint.

457.     Denies each and every allegation directed towards Merck in the first unnumbered "Wherefore" paragraph after paragraph 456 of the Complaint, except admits that Plaintiffs purport to seek compensatory and punitive damages but denies that there is any legal or factual basis for such relief.

## RESPONSE TO
## "PRAYER FOR RELIEF"

458.     The allegations contained in the paragraph of the Complaint under the heading "Prayer for Relief" constitute a prayer for relief as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in said unnumbered paragraph, including its subparts a through h, except admits that Plaintiffs purport to seek economic and other relief but denies that there is any legal or factual basis for such relief.

## RESPONSE TO
## "JURY DEMAND"

459.     The allegations contained in the paragraph of the Complaint under the heading "Jury Demand" are legal conclusions as to which no responsive pleading is required.

460.     The allegations contained in the unnumbered "Wherefore" paragraph after the section entitled "Jury Demand" constitute a prayer for relief as to which no response is required.   Should a response be deemed required, Merck denies each and every allegation contained in the unnumbered "Wherefore" paragraph, including its subparts a through e, except admits that Plaintiffs purport to seek economic and other relief but denies that there is any legal or factual basis for such relief.

## AS FOR A FIRST
## DEFENSE, MERCK ALLEGES:

461.    The Complaint fails to state a claim upon which relief can be granted.

## AS FOR A SECOND
## DEFENSE, MERCK ALLEGES:

462.    The Plaintiffs and/or Decedents were careless and negligent in the matters alleged, thereby causing and contributing to any alleged injuries, damages or losses to Plaintiffs and/or Decedents.

## AS FOR A THIRD
## DEFENSE, MERCK ALLEGES:

463.    To the extent that Plaintiffs assert claims against Merck based on theories of liability not provided for in the state products liability provisions applicable to this action, those claims are barred.

## AS FOR A FOURTH
## DEFENSE, MERCK ALLEGES:

464.    To the extent that Plaintiffs assert claims based on Merck's alleged adherence or lack of adherence to and compliance with applicable state and/or federal laws, regulations, and rules, such claims are preempted by federal law under the Supremacy Clause of the United States Constitution.

## AS FOR A FIFTH
## DEFENSE, MERCK ALLEGES:

465.    The Plaintiffs and/or Decedents failed to exercise reasonable care to mitigate their alleged damages.

## AS FOR A SIXTH
## DEFENSE, MERCK ALLEGES:

466.    Each and every claim asserted or raised in the Complaint is barred by prescription, peremption and/or any other applicable federal or state statute of limitations.

### AS FOR A SEVENTH
### DEFENSE, MERCK ALLEGES:

467.    To the extent that Plaintiffs assert claims in the Complaint based upon an alleged failure by Merck to warn Plaintiffs and/or Decedents directly of alleged dangers associated with the use of Vioxx, such claims are barred because Merck has discharged its duty to warn in its warnings to the prescribing physician.

### AS FOR AN EIGHTH
### DEFENSE, MERCK ALLEGES:

468.    The claims of the Plaintiffs are barred in whole or in part under comment k to Section 402A of the Restatement (Second) of Torts.

### AS FOR A NINTH
### DEFENSE, MERCK ALLEGES:

469.    The claims of the Plaintiffs are barred in whole or in part under comment j to Section 402A of the Restatement (Second) of Torts.

### AS FOR A TENTH
### DEFENSE, MERCK ALLEGES:

470.    The claims of the Plaintiffs are barred under Section 4, et seq., of the Restatement (Third) of Torts: Products Liability.

### AS FOR AN ELEVENTH
### DEFENSE, MERCK ALLEGES:

471.    The claims of the Plaintiffs are barred in whole or in part because Vioxx "provides net benefits for a class of patients" within the meaning of comment f to Section 6 of the Restatement (Third) of Torts:  Products Liability.

### AS FOR A TWELFTH
### DEFENSE, MERCK ALLEGES:

472.    The product conformed to the state-of-the-art for the design and manufacture of such, or similar, products.

86

## AS FOR A THIRTEENTH
## DEFENSE, MERCK ALLEGES:

473.    The claims of the Plaintiffs are barred, in whole or in part, under the applicable state law because Vioxx was subject to and received pre-market approval by the Food and Drug Administration under 52 Stat. 1040, 21 U.S.C. § 301.

## AS FOR A FOURTEENTH
## DEFENSE, MERCK ALLEGES:

474.    If Plaintiffs and/or Decedents have sustained injuries or losses as alleged in the Complaint, such injuries or losses were only so sustained after Plaintiffs and/or Decedents knowingly, voluntarily, and willfully assumed the risk of any injury as the result of the consumption of, administration of, or exposure to any drug or pharmaceutical preparation manufactured or distributed by Merck or other manufacturer.

## AS FOR A FIFTEENTH
## DEFENSE, MERCK ALLEGES:

475.    If Plaintiffs and/or Decedents have sustained injuries or losses as alleged in the Complaint, upon information and belief, such injuries and losses were directly and proximately caused by the intervening or superseding act and conduct of persons not having real or apparent authority to take said actions on behalf of Merck and over whom Merck had no control and for whom Merck may not be held accountable.

## AS FOR A SIXTEENTH
## DEFENSE, MERCK ALLEGES:

476.    To the extent that Plaintiffs have settled or will in the future settle with any person or entity with respect to the injuries asserted in the Complaint, Merck's liability, if any, should be reduced accordingly.

## AS FOR A SEVENTEENTH
## DEFENSE, MERCK ALLEGES:

477.   If Plaintiffs and/or Decedents have sustained injuries or losses as alleged in the Complaint, such injuries or losses resulted from the pre-existing and/or unrelated medical, genetic and/or environmental conditions, diseases or illnesses, subsequent medical conditions of Plaintiffs and/or Decedents or natural course of conditions for which this defendant is not responsible.

## AS FOR AN EIGHTEENTH
## DEFENSE, MERCK ALLEGES:

478.   If Plaintiffs and/or Decedents have sustained injuries or losses as alleged in the Complaint, upon information and belief, such injuries and losses were proximately caused by the misuse of Plaintiffs and/or Decedents or abuse of Vioxx.

## AS FOR A NINETEENTH
## DEFENSE, MERCK ALLEGES:

479.   The claims of Plaintiffs are barred in whole or in part by the First Amendment of the Constitution of the United States of America.

## AS FOR A TWENTIETH
## DEFENSE, MERCK ALLEGES:

480.   To the extent that Plaintiffs rely upon any theory of breach of warranty, Plaintiffs and/or Decedents did not rely on such warranties and the claims are otherwise barred for lack of timely notice, lack of privity and/or because the alleged warranties were disclaimed.

## AS FOR A TWENTY-FIRST
## DEFENSE, MERCK ALLEGES:

481.   Each and every claim asserted or raised in the Complaint is barred by the doctrines of estoppel, waiver, and/or statutory and regulatory compliance.

### AS FOR A TWENTY-SECOND
### <u>DEFENSE, MERCK ALLEGES:</u>

482.    Inasmuch as the Complaint does not describe the alleged underlying claims with sufficient particularity to enable Merck to determine all of its legal contractual and equitable rights.  Merck reserves the right to amend and/or supplement the averments of its answer to assert any and all pertinent liability defenses ascertained through further investigation and discovery in this action.

### AS FOR A TWENTY-THIRD
### <u>DEFENSE, MERCK ALLEGES:</u>

483.    To the extent that Plaintiffs seek punitive damages for the conduct that allegedly caused injuries asserted in the Complaint, such an award would also, if granted, violate Merck's state and federal constitutional rights.

### AS FOR A TWENTY-FOURTH
### <u>DEFENSE, MERCK ALLEGES:</u>

484.    To the extent Plaintiffs seek punitive damages for an alleged act or omission of Merck, no act or omission was malicious, willful, wanton, reckless, or grossly negligent and, therefore, any award of punitive damages is barred.

### AS FOR A TWENTY-FIFTH
### <u>DEFENSE, MERCK ALLEGES:</u>

485.    The demand for punitive damages by the Plaintiffs is barred because Vioxx and its labeling was subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. § 301.

### AS FOR A TWENTY-SIXTH
### <u>DEFENSE, MERCK ALLEGES:</u>

486.    To the extent that Plaintiffs assert claims against Merck based on theories of liability or elements of damages provided in the state products liability law applicable to their

claims, Plaintiffs have failed to allege facts that would overcome the defenses available under that state products liability law.

### AS FOR A TWENTY-SEVENTH
### DEFENSE, MERCK ALLEGES:

487.    The claims of Plaintiffs are barred, in whole or in part, because one or more Plaintiffs lack capacity and/or standing to bring such claims.

### AS FOR A TWENTY-EIGHTH
### DEFENSE, MERCK ALLEGES:

488.    To the extent that Plaintiffs assert claims against Merck based on fraud, these claims are barred by reason of the failure of Plaintiffs to allege the circumstances constituting fraud with particularity, as required by Rule 9(b) of the Federal Rules of Civil Procedure.

### AS FOR A TWENTY-NINTH
### DEFENSE, MERCK ALLEGES:

489.    Merck demands a trial by jury of all issues.

### AS FOR A THIRTIETH
### DEFENSE, MERCK ALLEGES:

490.    Pursuant to Pre-Trial Order No. 11 of the Multidistrict Litigation, Merck reserves its rights regarding transfer of this matter, upon the completion of all pre-trial proceedings, to a federal district court of proper venue pursuant to, among others, 28 U.S.C. 1404(a).

### AS FOR A THIRTY-FIRST
### DEFENSE, MERCK ALLEGES:

491.    Merck hereby gives notice that it intends to rely upon such other defenses as may become available or appear during discovery proceeding in this case or that are included in the master answer to be filed in the Multidistrict Litigation proceeding before Judge Fallon of

the Eastern District of Louisiana.  Merck hereby reserves the right to amend its answer to assert any such defense.

      **WHEREFORE**, defendant, Merck, prays for judgment as follows:

      1.    That its Answer be deemed sufficient and that after due proceedings there be judgment dismissing Plaintiffs' Complaint with prejudice against Merck with costs assessed to Plaintiffs;

      2.    Awarding Merck the cost and disbursements it incurred or may incur in connection with this action, including attorney's fees; and

      3.    Providing for such other and further relief, including demand for jury trial, as the Court may deem just and proper.

Dated: December 2-7 , 2005

Respectfully submitted,

_[signature]_

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Ste. 2500
New Orleans, LA 70112
Telephone: (504) 523–1580
Telecopier: (504) 524–0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this _27th_ day of December, 2005.

_[signature]_