IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 27  AM 9: 20

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| MICHAEL CHRISTIAN and MARIA EATON | DOCKET NO. 02:05cv4130 |

## VOLUNTARY DISMISSAL OF ACTION

NOW COME the plaintiffs, Michael Christian and Maria Eaton, by and through their attorneys, ROBINSON, CALCAGNIE & ROBINSON, and hereby voluntarily dismiss the **Complaint as to Plaintiffs, Michael Christian and Maria Eaton only** in an action entitled *Allen Atkinson, et al. v. Merck & Company, et al.*, Docket No. 2:05cv4130, filed in the U.S. District Court for the Eastern District of Louisiana.

DATED: December 9, 2005         ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

## CERTIFICATE OF SERVICE

I certify that on December 9, 2005, a copy of this Voluntary Dismissal was mailed to:

> Phillip A. Wittman
> Dorothy H. Wimberly
> Stone Pigman Walther Wittman, L.L.C.
> 546 Carondelet Street
> New Orleans, LA 70130
> Defendants' Liaison Counsel
>
> Russ M. Herman
> Leonard A. Davis
> Stephen J. Herman
> Herman, Herman, Katz & Cotlar, LLP
> 3411 Richmond Ave., Suite 460
> Houston, TX 77046
> Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

/s/ Sonmi Carvalho
Sonmi Carvalho