IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 22  A 11: 20

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| JERRY KIRBY, | CIVIL ACTION NO. 2:05cv3357 |
| Plaintiff, | JUDGE FALLON |
| vs. | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., et al., | |
| Defendant. | |

**JOINT MOTION TO ASSOCIATE
ADDITIONAL COUNSEL PER LOCAL RULE 83.2.12**

On Joint Motion to Associate Additional Counsel, attorney for plaintiff respectfully represents:

I.

That he is currently counsel for plaintiff, Jerry Kirby, in the above-entitled and numbered action;

II.

That plaintiff Jerry Kirby has consented to the association of Sherman Salkow & Newkirk;

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

III.

That attorneys at Sherman Salkow & Newkirk have agreed to assist us and be associated as counsel of record in this case.

Respectfully Submitted,

Dated: Dec. 2, 2005           Law Offices of LOBL & BERGER

By: _____
RICHARD T. LOBL, ESQ. (Cal. Bar No. 105256)
MICHAEL M. BERGER, ESQ. (Cal. Bar No. 164127)
18455 Burbank Boulevard, Suite 308
Tarzana, CA 91356-2803
Tel: (818) 905-1550
Fax: (818) 905-6233

Attorneys for Plaintiffs


I consent to this Association and agree to represent plaintiff herein, Jerry Kirby.

SHERMAN SALKOW & NEWKIRK
A Professional Corporation

Dated: Dec. 9, 2005           By: _____
ARTHUR SHERMAN, ESQ. (Cal. Bar No. 24403)
RICHARD SALKOW, ESQ. (Cal. Bar No. 204572)
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079

PROOF OF SERVICE
F.R.C.P. Rule 5; 28 U.S.C. § 1746

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and am employed in the County of Los Angeles, State of California; my business address is 11601 Wilshire Boulevard, Suite 675, Los Angeles, California 90025; I am over the age of 18 and not a party to the within action.

On December 21, 2005, I served the documents listed below:

1. **Joint Motion to Associate Additional Counsel per Local Rule 83.2.12**
2. **[Proposed] Order**

via Lexis/Nexis File and Serve on:

Wilfred P. Coronato
Hughes Hubbard & Reed LLP

Phillip A. Wittman
Stone Pigman Walther Wittmann LLC

Aretha Delight Davis
Dechert LLP

Susan Giamportone
Womble Carlyle Sandredge & Rice PLLC

Russ Herman
Herman Herman Katz & Cotler

Christopher Seeger
Seeger Weiss

I, DAVID WHITENER, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on December 21, 2005, in Los Angeles, California.

DAVID WHITENER