IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| JERRY KIRBY, | CIVIL ACTION NO. 2:05cv3357 |
| Plaintiff, | JUDGE FALLON |
| vs. | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., et al., | |
| Defendant. | |

[PROPOSED] ORDER

Considering the foregoing *Joint Motion to Associate Additional Counsel Per Local Rule 83.2.12*,

**IT IS ORDERED** that the firm of Sherman Salkow & Newkirk, a Professional Corporation, is hereby granted permission to appear as counsel for plaintiff herein, Jerry Kirby.

**NEW ORLEANS, LOUISIANA,** this 27 day of December, 2005.

_____
District Judge Eldon Fallon