UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 22  AM 11: 26
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO** *Marlene Harris v. Merck & Co., Inc.,* No. 2:05-cv-02580-EEF-DEK, previously filed as 4:05-cv-00301, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Ted L. Perryman and Michelle M. Funkenbusch of the law firm of Roberts, Perryman, Bomkamp & Meives, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Perryman's and Ms. Funkenbusch's motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for Byrd Watson Drug Company in *Marlene Harris et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-02580-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. Byrd Watson Drug Company has informed Ted L. Perryman and Michelle M. Funkenbusch that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3264484

3. Byrd Watson Drug Company has been notified of all deadlines and pending court appearances.

WHEREFORE, Ted L. Perryman and Michelle M. Funkenbusch of the law firm of Roberts, Perryman, Bomkamp & Meives, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Perryman and Ms. Funkenbusch to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Byrd Watson Drug Company, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

ROBERTS, PERRYMAN, BOMKAMP
& MEIVES, P.C.

By: *[signature]*
Ted L. Perryman, #4050
Michelle M. Funkenbusch, #93689
One US Bank Plaza, Suite 2300
St. Louis, Missouri 63101
(314) 421-1850 Telephone
(314) 421-4346 - Facsimile

Attorneys for Defendant Byrd Watson Drug Company

and

THOMPSON COBURN LLP

By: /s/ Kelly E. Simon
David A. Dick, E.D. Mo. #65275
Kelly E. Simon, E.D. Mo. #508033
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Byrd Watson Drug Company

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 21 th day of December, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

/s/ Kelly E. Simon