UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Marlene Harris v. Merck & Co., Inc.*, No. 2:05-cv-02580-EEF-DEK, previously filed as 4:05-cv-00301, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Byrd Watson Drug Company in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Ted L. Perryman and Michelle M. Funkenbusch of the law firm of Roberts, Perryman, Bomkamp & Meives, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Byrd Watson Drug Company in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Byrd Watson Drug Company in this matter.

Dated: Dec 29, 2005

*[signature of Judge Fallon]*

3264487

Fee____
Process____
X  Dktd____
✓  CtRmDep____
___ Doc. No ____