IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 27 PM 1:13

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX § | MDL NO. 1657 |
| Products Liability Litigation § | |
| § | SECTION: L |
| § | |
| This Document Relates to: § | JUDGE FALLON |
| Mercy Leal, et al, v. Merck & Co., Inc. § | |
| No. 2:05cv2066 § | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL AS TO
## PLAINTIFF ALFRED CASTILLO, ONLY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, Plaintiff ALFRED CASTILLO only and Defendant MERCK & CO., INC., and file this their Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and would respectfully show unto the Court as follows:

1. Plaintiff/Movant is ALFRED CASTILLO; Defendant is Merck & Co., Inc.

2. On February 18, 2005, Plaintiff/Movant ALFRED CASTILLO sued Defendant in the 166th Judicial District Court of Bexar County, Texas.

3. On March 28, 2005, Defendant removed the above-described lawsuit to the United States District Court for the Western District of Texas, San Antonio Division on the basis of diversity jurisdiction.

4. On June 20, 2005, this case, having been transferred by the Judicial Panel on Multi District Litigation, was docketed as Cause No. 2:05cv02066 in this Honorable Court.

5. Plaintiff/Movant ALFRED CASTILLO moves to dismiss himself only as a Plaintiff from the suit.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

6.     Defendant, who has answered, agrees to the dismissal.

7.     This case is not a class action.

8.     A receiver has not been appointed in this action.

9.     This case is not governed by any federal statute that requires special order of the court for dismissal of the case.

10.     Plaintiff ALFRED CASTILLO has not dismissed an action based on or including the same claims as those presented in this suit.

11.     This dismissal is without prejudice.

Respectfully submitted,

**WAYNE WRIGHT, L.L.P.**
5707 Interstate Ten West
San Antonio, Texas 78201
Telephone: (210) 734-7077
Facsimile: (210) 734-9965

By: _____
ALEX WYATT WRIGHT
Texas State Bar No. 24037741

**ATTORNEYS FOR PLAINTIFF**

**FULBRIGHT & JAWORSKI, L.L.P.**
300 Convent, Ste. 2200
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

By: _____
CHARLES A. DEACON
Texas State Bar No. 05673300

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing <u>Stipulation of Dismissal as to Plaintiff Alfred Castillo, Only</u> has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __15__ day of __December__, 2005.

_____
Alex Wyatt Wright