IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>Products Liability Litigation | § § § § | MDL NO. 1657<br>SECTION: L |
| This Document Relates to:<br>*Mercy Leal, et al, v. Merck & Co., Inc.*<br>No. 2:05cv02066 | § § § § | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL AS TO
## PLAINTIFF ALFRED CASTILLO, ONLY

On this the _____ day of _____, 2005 came on to be heard the parties Joint Stipulation of Dismissal as to all causes of action brought by Plaintiff ALFRED CASTILLO, only. The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that all stipulations set forth in the underlying joint motion are expressly approved by the Court and that all causes of action brought by Plaintiff ALFRED CASTILLO, only, are hereby DISMISSED without prejudice.

Honorable Eldon E. Fallon
United States District Judge

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No _____