UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                       MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION              Section L

This Document Relates To:  Shirley          Judge Fallon
Victor v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-04506)          Mag. Judge Knowles

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of

Record, and for good cause shown, the Court finds the Plaintiff, SHIRLEY VICTOR'S Motion

to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew

Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY

LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal

Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP,

withdraw as counsel for Plaintiff, Shirley Victor, only and does not affect the representation of

any other Plaintiffs in the Original Complaint.


IT IS SO ORDERED.

Dec 29, 2005

Date

Judge Eldon E. Fallon
United States District Court Judge

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No _____