UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 20  AM 11: 46

LORETTA G. WHYTE
CLERK

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Nancy Wechsler, as administrator of the estate of Pasquale Ferraro v. Merck & Co., Inc.,* **Case No. 05-2156**

## PAMELA G. SOTOODEH'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

Pamela G. Sotoodeh of KENNETH B. MOLL & ASSOCIATES, LTD. requests this court to allow her to withdraw as attorney in charge for Nancy Wechsler, as administrator of the estate of Pasquale Ferraro v. Merck & Co., Inc.

### A. Introduction

1.  Plaintiff is Nancy Wechsler acting as administrator of the estate of Pasquale Ferraro; defendant is Merck & Co., Inc.

2.  Plaintiff sued defendant for injuries related to the death of her father, Pasquale Ferraro, as part of the federal Vioxx products liability MDL.

### B. Argument

3.  There is good cause for this court to grant the motion to withdraw because plaintiff has decided against representation by Pamela G. Sotoodeh of KENNETH B. MOLL & ASSOCIATES, LTD.

4.  Nancy Wechsler approves of the withdrawal. It is unknown whether Ms. Wechsler has

____ Fee_____
____ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
____ Doc. No _____

hired other counsel. Ms. Wechsler's present address is 1 Meadow Court, Fairfield CT 06824. Her phone is (203) 256-0510.

C. Conclusion

5.      The above motion requests the court to allow Pamela G. Sotoodeh of KENNETH B. MOLL & ASSOCIATES, LTD. to withdraw as attorney for Nancy Wechsler. Ms. Wechsler herself has informed Pamela G. Sotoodeh of her preference to continue in the litigation without the representation of the undersigned. For these reasons, Pamela G. Sotoodeh of KENNETH B. MOLL & ASSOCIATES, LTD. requests that this court grant her motion to withdraw.

RESPECTFULLY SUBMITTED

By: _____

Kenneth B. Moll, Esq.
Pamela G. Sotoodeh, Esq.
Victoria D. Teremenko, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, IL 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have mailed a copy of Pamela G. Sotoodeh's Motion to Withdraw as Attorney in Charge by certified U.S. mail to Ms. Nancy Wechsler [as Administrator of the Estate of Pasquale Ferraro], who has been notified of all deadlines and pending court appearances where applicable, as well as on opposing counsel for Merck & Co., Inc.  I hereby certify that I have done the same for filing purposes on the Clerk's Office for the Eastern District of Louisiana at 500 Poydras Street, Room C-151, New Orleans, LA 70130.

Kenneth B. Moll, Esq.
Pamela G. Sotoodeh, Esq.
Victoria D. Teremenko, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, IL 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com