UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® | MDL NO. 1657

PRODUCTS LIABILITY LITIGATION | SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Nancy Wechsler, as administrator of the estate of Pasquale Ferraro v. Merck & Co., Inc.,* **Case No. 05-2156**

## ORDER ON MOTION TO WITHDRAW

After considering the motion of Pamela G. Sotoodeh of KENNETH B. MOLL & ASSOCIATES, LTD. to withdraw as attorney in charge for Nancy Wechsler, as administrator of the estate of Pasquale Ferraro v. Merck & Co., Inc., the court

FINDS good cause to allow Pamela G. Sotoodeh of KENNETH B. MOLL & ASSOCIATES, LTD., to withdraw as attorney in charge for Nancy Wechsler, as administrator of the estate of Pasquale Ferraro v. Merck & Co., Inc., and GRANTS the abovementioned motion.

SIGNED on Dec 22, 2005.

U.S. DISTRICT JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
Kenneth B. Moll, Esq.
Pamela G. Sotoodeh, Esq.
Victoria D. Teremenko, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, IL 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com