UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX
         PRODUCTS LIABILITY LITIGATION         MDL NO.: 1657

         EDLA            SECTION L/3

THIS DOCUMENT RELATES TO:         Docket No. 1657
District Division C.A. # 05-1526
(Middle District of Alabama)  Civil Action No.: 2:05-cv-191

SANDRA R. DENNEY v. MERCK & CO., INC., et al.

### AMENDED UNOPPOSED MOTION FOR LEAVE BY ATTORNEY FOR PERMISSION TO WITHDRAW

PLEASE TAKE NOTICE that Jeffrey C. Kirby and the firm of Pittman, Hooks, Dutton, Kirby & Hellums, P.C., counsel for the Plaintiff, Sandra R. Denney, shall move before the United States District Court, Eastern District of Louisiana for an order granting leave to Jeffrey C. Kirby and Pittman, Hooks, Dutton, Kirby & Hellums to withdraw as counsel for the plaintiff, Sandra R. Denney.

In support of this motion, Jeffrey C. Kirby and Pittman, Hooks, Dutton, Kirby & Hellums, P.C. state that plaintiff, Sandra R. Denney has indicated that she no longer wishes to pursue her claim and no longer wishes for Jeffrey C. Kirby and Pittman, Hooks, Dutton, Kirby & Hellums, P.C. to represent her.

Jeffrey C. Kirby and Pittman, Hooks, Dutton, Kirby & Hellums, P.C. do hereby certify that plaintiff, Sandra R. Denney has been served with a copy of this

Motion and do hereby give notice that Sandra R. Denney has the right to promptly file an objection with the Court. "Future notice to Sandra Denney is to be made at the following address via certified mail: Route 1 Box 494, Rockford, Alabama 35136"

Respectfully submitted,

_____
Jeffrey C. Kirby
ASB-7574-I66J
Attorney for Plaintiff

So Ordered
This 22 day of
Dec., 2005
/s/ Eldon E. Fallon

OF COUNSEL:
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 322-8880

## NO ORAL ARGUMENT REQUESTED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all opposing counsel either by hand delivery or by placing a copy of same in the United States Mail, postage prepaid, on this the 16th day of December, 2005.

Robert C. "Mike" Brock, Esquire
Benjamin C. Wilson, Esquire
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL  36101-0270

_____
OF COUNSEL