

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to *James B. Smith, Individually and as Executor of the Estate of Marilyn E. Smith, Deceased v. Merck & Co., Inc.* (E.D. La. Case No. 2:05-cv-2911) | * * * * | JUDGE FALLON  MAG. JUDGE KNOWLES |

*************************************************************

### MOTION FOR LEAVE TO AMEND COMPLAINT TO INCLUDE CLASS ACTION and JURY DEMAND

COMES NOW, the above-named Plaintiff, by and through the undersigned attorneys at law, and pursuant to Federal Rule of Civil Procedure 15A, and for his cause of action against the Defendant, Merck & Company, Inc., states and shows the Court as follows:

1. On or about March 24, 2005, a Complaint and Jury Demand was filed by the Plaintiff in the above-referenced case in the United States District Court for the Southern District of Iowa.

2. Such Complaint was served upon the Defendant, Merck & Company, Inc., by waiver of service of summons on or about April 5, 2005. On or about August 16, 2005, an Answer and Jury Demand was filed by the Defendant.

3. Such Complaint was amended on November 23, 2005 to correct an error in the caption.

4. Plaintiff hereby requests that it be allowed to again amend its Answer to include class action allegations.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

5. Plaintiff seeks to add such class action allegations because it has become apparent that, in the interest of judicial economy, such allegations are necessary for resolving the matter presently before the Court.

6. No parties shall be prejudiced by such request to amend the Complaint.

7. Pursuant to Federal Rule of Civil Procedure 15A, leave to amend shall be freely given when justice so requires.

8. A copy of the proposed Second Amended Answer and Counterclaim is attached to this motion and designated as Exhibit A.

WHEREFORE, Plaintiff, James B. Smith, individually and as Administrator of the Estate of Marilyn E. Smith, hereby respectfully requests that this Court grant their Motion for Leave to Amend and for such other relief as the Court deems just and proper.

MOYER & BERGMAN, P.L.C.

By: /s/ Larry Helvey
LARRY D. HELVEY          LI0008653
KIMBERLY K. HARDEMAN   LI0015070
2720 First Avenue N.E.
P. O. Box 1943
Cedar Rapids, IA 52406-1943
Ph:  (319) 366-7331
Fax: (319) 366-3668

ATTORNEYS FOR PLAINTIFF

Copy to:

Philip A. Wittmann
Anthony M. Dileo
Dorothy H. Wimberly
Carmelite M. Bertaut
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Gregory M. Lederer
Jason M. Steffens
Simmons Perrine Albright & Ellwood, PLC
115 Third Street SE, Ste. 1200
Cedar Rapids, IA 52401

O:\Documents and Settings\khardeman\Local Settings\Temporary Internet Files\Mtn 4 Leave.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury, that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above entitled cause by enclosing the same in an envelope addressed to each party at their respective address as disclosed on the service list appended hereto by:

☒ U.S. Mail    ☐ Fax    ☐ Hand Delivery
☐ Overnight Courier    ☐ Certified Mail    ☐ Other

I certify under penalty of perjury that the foregoing is true and correct. Executed on this _Ko_ day of _Dec_, 20_05_ in Cedar Rapids, Linn County, Iowa.

_[signature]_