UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to *James B. Smith, Individually and as Executor of the Estate of Marilyn E. Smith, Deceased v. Merck & Co., Inc.* (E.D. La. Case No. 2:05-cv-2911) | * * * * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

*************************************************************

## ORDER REGARDING
## MOTION FOR LEAVE TO AMEND COMPLAINT
## TO INCLUDE CLASS ACTION and JURY DEMAND

AND NOW on this _____ day of December, 2005, and considering the Plaintiff's above-referenced Motion for Leave to Amend, and receiving no opposition or Resistance to such Motion by the Defendants herein, **IT IS ORDERED** that the Motion for Leave to Amend Complaint To Include Class Action and Jury Demand is granted and the Second Amended Complaint and Class Action Complaint and Jury Demand attached to such Motion, shall now serve as the Plaintiff's formal Complaint.

NEW ORLEANS, LOUISIANA this 3d day of Jan, 2006.

_____
DISTRICT JUDGE ELDON FALLON

___ Fee_____
___ Process_____
_X_ /Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____