UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 23  AM 11:01

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: | § | |
| VIOXX PRODUCTS LIABILITY LITIGATION | § § § | MDL Docket No. 1657 |
| | § | SECTION: L |
| JOHNNIE M. RAY, ROSE MARY DAVIS, AMELIA DAVILA, JOHNNIE N. REANDEU, PETE H. TORRES | § § § § § | |
| *Plaintiffs* | § § | |
| VS. | § | Case No. 2:05-CV-3637 |
| MERCK & COMPANY, INC. | § § | |
| *Defendants.* | § | |

## MOTION FOR DISMISSAL, WITHOUT PREJUDICE, OF THE CLAIMS OF PLAINTIFF, JOHNNIE N. REANDEU

Plaintiff, JOHNNIE N. REANDEU moves for an order of dismissal, without prejudice, of all the claims and causes of action she has brought in the above referenced case against all Defendants. Johnnie N. Reandeu no longer wishes to pursue her personal injury claims based on her ingestion of hormone therapy.

This dismissal affects only the claims of Mrs. Reandeu and no other Plaintiffs in this lawsuit.

Dated: December 5, 2005.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

Respectfully submitted,

**HISSEY, KIENTZ & HERRON, P.L.L.C.**

_____
Erik B. Walker
Texas Bar No. 00792104
Federal Bar No. 18535
16800 Imperial Valley Drive, Suite 130
Houston, Texas 77060
(713) 224-7670 (telephone)
(713) 224-7671 (facsimile)

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via LexisNexis File and Serve on all Counsel of Record this 5th day of December 5, 2005.

_____
Erik B. Walker