UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:

| | |
|---|---|
| VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: L |
| JOHNNIE M. RAY, ROSE MARY DAVIS, AMELIA DAVILA, JOHNNIE N. REANDEU, PETE H. TORRES *Plaintiffs* | |
| VS. | Case No. 2:05-CV-3637 |
| MERCK & COMPANY, INC. *Defendants*. | |

## ORDER OF DISMISSAL
## OF THE CLAIMS OF PLAINTIFF, JOHNNIE REANDUE

On the date shown below, the Court considered the Motion for Dismissal Without Prejudice of the Claims of Plaintiff, Johnnie Reandeu. After considering the motion, the Court concludes it should be granted. The Court, therefore, orders that the claims of Johnnie Reandeu are dismissed without prejudice. The claims of the remaining Plaintiffs remain intact.

Dated: 1/03/06, 2005.

UNITED STATES DISTRICT JUDGE
ELDON E. FALLON

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1