IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON |
| Defendant. | |

## MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, RICHARD BEHNKEN, by and through his undersigned attorneys, BROWN & ASSOCIATES, and pursuant to Rule 41 (2) of the Federal Rules of Civil Procedure, and respectfully requests that the Court dismiss this claim with prejudice.

Terry N. Brown, #00320005
BROWN & ASSOCIATES
Attorneys at Law
5520 West Main Street
Belleville, IL  62226
(618) 236-2887
(618) 236-2086 facsimile
*Attorney for Plaintiff*

FILED DEC 27 2005 LORETTA G. WHYTE CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____