IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | | |
| Defendant. | | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN -3 P 4: 34
LORETTA G. WHYTE
CLERK

## ORDER

This matter coming before the Court for the Motion of the Plaintiff, RICHARD BEHNKEN, to dismiss his Complaint against the Defendant, MERCK & CO. INC the Court hereby grants said motion and dismisses his Complaint with prejudice, each party bearing its own costs.

Date: 1/03/06

Enter: _____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____