

Joseph R. Alexander, Jr., SBN 00995150
Richard Warren Mithoff, SBN 14228500
**MITHOFF LAW FIRM**
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122; Fax (713) 739-8085
email: jalexander@mithofflaw.com; jorihuela@mithofflaw.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

    EDLA No. 2:05-CV-1152; Cause No. H-04-4559; *Rasco, et. al., v. Merck & Co., Inc.*;
    The United States District Court, Southern District of Texas, Houston Division.

## MOTION TO WITHDRAW AS ATTORNEYS
## FOR PLAINTIFF LOMA E. RASCO ONLY

COME NOW RICHARD WARREN MITHOFF and JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm, TOMMY JACKS and the law firm of JACKS LAW FIRM, attorneys of record for Plaintiff LOMA E. RASO, Individually and as Representative of the Estate of Havey J. Rasco, III, Deceased, and as Next Friend of GAIL N. RASCO, BRANDON A. RASCO and HALEIGH E. RASCO, Minors, (hereinafter "RASCO") in the above-entitled and numbered cause, and respectfully request the Court to permit them to withdraw as attorneys of record for RASCO plaintiffs <u>ONLY</u>, and would show this Honorable Court the following:

### I.

RICHARD WARREN MITHOFF and JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm, TOMMY JACKS and the law firm of JACKS LAW FIRM seek to withdraw from the above case only with respect to RASCO plaintiffs for good cause. A conflict has developed which would prevent further representation of RASCO plaintiffs by these attorneys. Plaintiffs' counsel are seeking to withdraw representation of RASCO plaintiffs pursuant to the Professional Rules of Disciplinary Conduct, Rules 1.15 (b)(1), (b)(4), (b)(5) and (b)(7). These attorneys are unable to continue their representation of RASCO plaintiffs at this time.

### II.

This case is not currently set for trial, and a Docket Control Order has not yet been entered into at this time.

**IV.**

Plaintiffs' counsel have been unable to assist RASCO plaintiffs in finding alternate counsel and request that RASCO plaintiffs be added to the list of pro se claimants.

**V.**

This motion is not for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., the law firm of Mithoff Law Firm and TOMMY JACKS and the law firm of JACKS LAW FIRM pray that their motion be granted and for such other relief to which they may show themselves justly entitled.

Respectfully submitted,

MITHOFF LAW FIRM

*Joseph R. Alexander, Jr./HLS*
RICHARD WARREN MITHOFF
State Bar No. 14228500
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I, Joseph R. Alexander, Jr., Plaintiffs' counsel herein, certify that I have conferred with opposing counsel. They have advised me that they are unopposed.

_Joseph R. Alexander, Jr./HLS_
Joseph R. Alexander, Jr.

## CERTIFICATE OF LAST KNOWN ADDRESS

I, Joseph R. Alexander, Jr., Plaintiffs' counsel herein, certify that the following is the current last known address and telephone number for Plaintiff Loma E. Rasco:

Mrs. Loma E. Rasco
20106 Kinsland Drive
Katy, TX 77450
(281) 492-6621

_Joseph R. Alexander, Jr./HLS_
Joseph R. Alexander, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record for Merck & Co., Inc., Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel and Plaintiff Loma E. Rasco by certified mail, return receipt requested, and/or hand delivery, and/or by fax transmission, this 27th day of December 2005.

_____
Joseph R. Alexander, Jr.