IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN -3 P 4: 34
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

EDLA No. 2:05-CV-1152; Cause No. H-04-4559; *Rasco, et. al., v. Merck & Co., Inc.*; The United States District Court, Southern District of Texas, Houston Division.

## ORDER

On this day came on to be heard the Motion to Withdraw as Attorneys for Plaintiffs LOMA E. RASO, Individually and as Representative of the Estate of Havey J. Rasco, III, Deceased, and as Next Friend of GAIL N. RASCO, BRANDON A. RASCO and HALEIGH E. RASCO, Minors, <u>ONLY</u>, and the Court, after consideration of the motion and all other matters of record, is of the opinion that such motion should be granted and that good cause exists to grant such motion.

It is, therefore ORDERED, ADJUDGED and DECREED that RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of MITHOFF LAW FIRM and TOMMY JACKS and the law firm of JACKS LAW FIRM should be and are hereby given leave to withdraw and are withdrawn as attorneys of record for Plaintiffs LOMA E. RASO, Individually and as Representative of the Estate of Havey J. Rasco, III, Deceased, and as

Next Friend of GAIL N. RASCO, BRANDON A. RASCO and HALEIGH E. RASCO, Minors, <u>ONLY</u>, in the above-entitled and numbered cause, and the foregoing motion is, accordingly, GRANTED.

The Clerk is hereby directed to send all further notices regarding this cause of action regarding Plaintiff LOMA E. RASO, Individually and as Representative of the Estate of Havey J. Rasco, III, Deceased, and as Next Friend of GAIL N. RASCO, BRANDON A. RASCO and HALEIGH E. RASCO, Minors, <u>ONLY</u>, to the Plaintiffs at their last known address:

> Mrs. Loma E. Rasco
> 20106 Kinsland Drive
> Katy, TX 77450
> (281) 492-6621

SIGNED this 3rd day of Jan , 2006.

_____
JUDGE PRESIDING