U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 2 9 2005
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX
        PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Geraldine Mallory v. Merck & Co., Inc.*, No. 2:05cv3557
(previously 1:05CV1372 OHND USDC)

## NOTICE OF STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)

Plaintiff and Defendant stipulate that this action shall be dismissed pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, without prejudice and at Plaintiff's costs. The parties further stipulate that if this action is refiled by Plaintiff, it must be filed in the United States District Court for the Northern District of Ohio, Eastern Division.

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
SPANGENBERG, SHIBLEY & LIBER LLP
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com
Attorney For Plaintiff,
Geraldine Mallory

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___

**/s/Robert A. Bunda (Via Phone Consent 12-28-05)**
Robert A. Bunda (0019775)
Rebecca C. Sechrist (0036825)
BUNDA STUTZ & DEWITT, PLL
One SeaGate, Suite 650
Toledo, OH  43604
419-241-2777
FAX:  419-241-4697
rabunda@bsd-law.com
sechrist@bsd-law.com
Attorney for Defendant,
Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Stipulation for Dismissal has been served on Liaison Counsel, Russ Hermann and Phillip Whittmann, and Plaintiff by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of December, 2005.

Robert A. Bunda (0019775)
Rebecca C. Sechrist (0036825)
Bunda Stutz & DeWitt, PLL
One SeaGate, Suite 650
Toledo, OH 43604
419-241-2777
FAX: 419-241-4697
rabunda@bsd-law.com
sechrist@bsd-law.com
**Counsel for Defendant**
**Merck & Co., Inc.**

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
504-581-4892
FAX: 504-561-6024
Current Contact Information:
910 Airport Road, Suite 3A
Destin, FL 32541
850-650-8109
FAX: 850-837-8178
rherman@hhkc.com
**Plaintiff's Liaison Counsel**

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
Current phone: 225-490-8900
FAX: 504-581-3361
pwittmann@stonepigman.com
**Defendant's Liaison Counsel**

Geraldine Mallory
929 Bank Street
Aurora, OH 44202
**Plaintiff**

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiff