UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 29  AM 10: 15
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Marchelle S. Adams, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02351) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL
### OF THE CASE OF
### THOMAS J. KRAFTHEFER

It is stipulated by the parties that THOMAS J. KRAFTHEFER, ONLY (he being one of fifty separate plaintiffs in this action) may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Thomas J. Krafthefer, is re-filed, it must be filed in federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

_____
Robert A. Bunda (0019775)
BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy:  (419) 241-4697

Attorney for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process_____
X  Dktd_____
___√ CtRmDep_____
___ Doc. No _____

1

                                                                                            /s/ Grant Kaiser
                                                          Grant Kaiser (11078900)

                                                          THE KAISER FIRM, LLP
                                                          8441 Gulf Freeway, Suite 600
                                                          Houston, Texas 77017-5001
                                                          Telephone: (713) 223-0000
                                                          Telecopy: (713) 223-0440

                                                          Attorneys for Plaintiffs

Dated: __12/15__, 2005

IT IS SO ORDERED.

_/s/ Eldon E. Fallon_                                                             Jan 3, 2006
Judge                                                                             Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phil Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 29th day of December, 2005.

_Dorothy H. Wimberly_