UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 29  AM 10: 10
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Mary A. Bails, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02319) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL
### OF THE CASE OF
### VERNOR E. GATES

It is stipulated by the parties that VERNOR E. GATES, ONLY (he being one of sixty-eight separate plaintiffs in this action) may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Vernor E. Gates, is re-filed, it must be filed in federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

_____
Robert A. Bunda (0019775)
BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy:  (419) 241-4697

Attorney for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

1

*[signature]*
Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: __12/15__, 2005

IT IS SO ORDERED.

*[signature: Eldon E. Fallon]*
Judge

__Jan 3, 2006__
Date

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phil Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 29th day of December, 2005.

_Dorothy␣H. Wimberly_