UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 29  AM 10: 13

LORETTA G. WAYTE
CLERK

| | |
|---|---|
| In Re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:  Deloris Ivers, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02946) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## STIPULATION AND VOLUNTARY DISMISSAL
## OF THE CASE OF
## JOYCE SALVAGNA

It is stipulated by the parties that JOYCE SALVAGNA, INDIVIDUALLY AND AS

REPRESENTATIVE OF THE ESTATE OF JUANITA F. DOBBINS, ONLY (she being one of

twelve separate plaintiffs in this action) may dismiss her action without prejudice pursuant to

Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs.  The parties

further stipulate that if this action on behalf of Joyce Salvagna, is re-filed, it must be filed in

federal court.  The complaint shall remain in full force and effect on behalf of the remaining

plaintiffs against defendants.

_____
Robert A. Bunda (0019775)
BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy:  (419) 241-4697

Attorney for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process_____
X_ Dktd_____
✓ CtRmDep_____
___ Doc. No _____

1

Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone:  (713) 223-0000
Telecopy:  (713) 223-0440

Attorneys for Plaintiffs

Dated: ___12/15___, 2005

IT IS SO ORDERED.

_____          Jan 3, 2006
Judge                             _____
                                  Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phil Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 29th day of December, 2005.

*Dorothy H Wimberly*