UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: BETTY FEATHERSTON, JAMES MYERS V. MERCK & CO., INC., Case No. 05-4595, Transferred from U.S.D.C., Western District of Arkansas, Hot Springs Division, Case No. 05-6052 | * * * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL

And now this _____ day of December, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41, that Plaintiff James Myers in the above-captioned action be and hereby is dismissed without prejudice as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees. As an express condition of this Stipulation of Dismissal, the parties agree that if James Myers or any representative on his behalf seeks to refile this case against Defendant Merck & Co., Inc., such refiling must occur in this MDL No. 1657.

This stipulation is filed on behalf of Plaintiff James Myers and Defendant Merck & Co., Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
The Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
X  Dktd_____
√  CtRmDep_____
___ Doc. No_____

Respectfully submitted by:

Gary Eubanks & Associates

By: *Robert L Rountree*
Robert L. Rountree
Arkansas Bar No. 99211
William Gary Holt
Arkansas Bar No. 81090
P.O. Box 3887
Little Rock, Arkansas 72203-3887
Telephone: 501-372-0266
Facsimile: 501-688-7757
Attorneys for Plaintiff James Myers


FRIDAY, ELDREDGE & CLARK, LLP

By: _____
James M. Simpson
Arkansas Bar No. 77125
Martin A. Kasten
Arkansas Bar No. 99100
400 West Capitol, Suite 2000
Little Rock, Arkansas 72201-3493
Telephone: 501-376-2011
Facsimile: 501-376-2147
Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on liaison counsel, Russ Herman and Phillip Wittmann, by first-class U.S. Mail, postage prepaid, and e-mail or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve Advanced in accordance with Pretrial Order No. 8, on this 29th day of December, 2005.

_____
JAMES M. SIMPSON

2