UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
)

THIS DOCUMENT RELATES TO:
*Dennis Wasson and Karen Wasson vs. Merck & Co., Inc., No. 2:05cv3530 (previously 1:05CV1336 OHND USDC)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

1/03/06
Date                                            United Stated District Judge

___ Fee___
___ Process___
X  Dktd___
✓  CtRmDep___
___ Doc. No.___