UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Garnest Hall and Mary L. Hall vs. Merck & Co., Inc.*, No. 2:05cv3501 *(previously 1:05CV1285 OHND USDC)*

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best interests of the clients that he remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiffs, Garnest Hall and Mary L. Hall, Deceased, 359 Bond Street, Elyria, OH 44035, Phone No. (440) 964-2509.

Respectfully submitted,

_____
STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing *Motion To Withdraw As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of December, 2005.

Robert A. Bunda (0019775)
Rebecca C. Sechrist (0036825)
Bunda Stutz & DeWitt, PLL
One SeaGate, Suite 650
Toledo, OH 43604
419-241-2777
FAX: 419-241-4697
rabunda@bsd-law.com
sechrist@bsd-law.com
*Counsel for Defendant*
*Merck & Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
504-581-4892
FAX: 504-561-6024
Current Contact Information:
910 Airport Road, Suite 3A
Destin, FL 32541
850-650-8109
FAX: 850-837-8178
rherman@hhkc.com
*Plaintiff's Liaison Counsel*

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
Current phone: 225-490-8900
FAX: 504-581-3361
pwittmann@stonepigman.com
*Defendant's Liaison Counsel*

Garnest Hall
Mary L. Hall
359 Bond Street
Elyria, OH 44035
(440) 964-2509
*Plaintiffs*

_____
**STUART E. SCOTT (0064834)**
**NICHOLAS A. DICELLO (0075745)**
Counsel for Plaintiffs

2