**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3  P 4: 33

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX ) | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Mary L. Hall and Garnest Hall vs. Merck & Co., Inc.*, No. 2:05cv3501 (previously 1:05CV1285 OHND USDC)

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

1/03/06
Date

United Stated District Judge

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No.____