UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 P 4: 33

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

THIS DOCUMENT RELATES TO:
*John E. Feltovich and Mary Ellen Feltovich vs. Merck & Co., Inc., No. 2:05cv3474 (previously 1:05CV1251 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____          _____
1/03/00                                                         United Stated District Judge
Date

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____