UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -31 P 4: 33

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:  VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | |

THIS DOCUMENT RELATES TO:
*Jasmina Popov, Administratrix of the Estate of Sava Popov vs. Merck & Co., Inc.,*
*No. 2:05-cv-3170 (previously 1:05CV1160 OHND USDC)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

1/03/06
Date

United Stated District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ _____Dep____
___ Doc. No._____