UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX                                )   MDL NO. 1657
         PRODUCTS LIABILITY LITIGATION        )
                                              )   SECTION: L
                                              )
                                              )   JUDGE FALLON
                                              )

THIS DOCUMENT RELATES TO:
*Edward Styka vs. Merck & Co., Inc., No. 2:05-cv-3538*
*(previously 1:05CV1345 OHND USDC)*

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interests of the client that he remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Edward Styka, 3621 Almerinda, Canfield, OH.

Respectfully submitted,

_____
STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiff

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that the above and foregoing *Motion To Withdraw As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of December, 2005.

| | |
|---|---|
| Robert A. Bunda (0019775)<br>Rebecca C. Sechrist (0036825)<br>Bunda Stutz & DeWitt, PLL<br>One SeaGate, Suite 650<br>Toledo, OH 43604<br>419-241-2777<br>FAX: 419-241-4697<br>rabunda@bsd-law.com<br>sechrist@bsd-law.com<br>***Counsel for Defendant***<br>***Merck & Co., Inc.*** | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>504-581-4892<br>FAX: 504-561-6024<br>Current Contact Information:<br>910 Airport Road, Suite 3A<br>Destin, FL 32541<br>850-650-8109<br>FAX: 850-837-8178<br>rherman@hhkc.com<br>***Plaintiff's Liaison Counsel*** |
| Phillip Wittmann<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>504-581-3200<br>Current phone: 225-490-8900<br>FAX: 504-581-3361<br>pwittmann@stonepigman.com<br>***Defendant's Liaison Counsel*** | Edward J. Styka<br>3621 Almerinda<br>Canfield, OH 44406<br>***Plaintiff*** |

_[signature]_
STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiff

2