UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
)

THIS DOCUMENT RELATES TO:
*Edward Styka vs. Merck & Co., Inc., No. 2:05-cv-3538*
*(previously 1:05CV1345 OHND USDC)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 P 4:34

LORETTA G. WHYTE
CLERK

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

1/03/06
Date

United Stated District Judge

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____