UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                    )   MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION )
                                                         )   SECTION: L
                                                         )
                                                         )   JUDGE FALLON
                                                         )

THIS DOCUMENT RELATES TO:
*Barbara Haselow, Administratrix of the Estate of Jean Wagner Kaczmarski vs. Merck & Co., Inc.*, No. 2:05cv3495 (previously 1:05CV1276 OHND USDC)

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

1/03/06
Date

United Stated District Judge

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.