## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 P 4: 33

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX                              )  MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION  )
                                        )  SECTION:  L
                                        )
                                        )  JUDGE FALLON
                                        )

***THIS DOCUMENT RELATES TO:***
***George Hunt and Patricia Hunt vs. Merck & Co., Inc., No. 2:05cv3202 (previously***
***1:05CV1411 OHND USDC)***

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____          _____
Date                                United Stated District Judge

Fee_____
Process_____
X  Dktd_____
CtRmDep._____
Doc. No._____