UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION ) 
                             ) SECTION: L
                             )
                             ) JUDGE FALLON
                             )

THIS DOCUMENT RELATES TO:
Mary Kasony vs. Merck & Co., Inc., No. 2:05cv3526
(previously 1:05CV1329 OHND USDC)

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

1/03/06
Date

United Stated District Judge

___ Fee_____
___ Process_____
X   Dktd_____
✓  CtRmDep_____
___ Doc. No._____