**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  VIOXX                                    )    MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION    )
                                                 )    SECTION: L
                                                 )
                                                 )    JUDGE FALLON
                                                 )

***THIS DOCUMENT RELATES TO:***
***Elvin Jackson vs. Merck & Co., Inc., No. 2:05cv4708***
***(previously 1:05CV1309 OHND USDC)***

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF

2006 JAN -3 P 4: 2

LORETTA G. WHYTE
CLERK

**ORDER**

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_1/03/06_
Date

United Stated District Judge

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____