UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Mary Price v. Merck & Co., Inc.*, No. 2:05cv4801 (previously 3:05-cv-0569-MJR SDIL USDC)

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of the client that he remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Mary Price, 212 Happy Hollow Drive, Dahinda, Illinois 61428, Telephone Number (309) 639-2026.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: _____
John J. Driscoll, #6276464
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fx: (314) 421-0359
jdriscoll@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF,
MARY PRICE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Mary Price, has been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, on this 29th day of December, 2005.

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Mary Price
212 Happy Hollow Drive
Dahinda, IL 61428
*Plaintiff*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
*Defense Liaison Counsel*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL 32541
*Plaintiff's Liaison Counsel*

By: _____
John J. Driscoll, #6276464