UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

.............................................................

THIS DOCUMENT RELATES TO:
*Mary Price v. Merck & Co., Inc.,* No. 2:05cv4801 (previously 3:05-cv-0569-MJR SDIL USDC)

## ORDER

Before the Court is John J. Driscoll, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel. Attorney John J. Driscoll moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that John J. Driscoll, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED.

It is So Ordered: _____
JUDGE

DATE: 1/3/06

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____