*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*

*2005 DEC 30  PM 12: 46*

*LORETTA G. WHYTE*
*CLERK*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Mark Bentley, individually and on behalf )
of Terence Bentley, Deceased, John H. E. )
Davey and Thomas J. Jones, individually )
and on behalf of all others similarly )
situated, )          **MDL Docket No. 1657**
                    )
         **Plaintiffs,** )          **CASE NO. 05-3383**
                    )
     **v.** )          **JUDGE FALLON**
                    )
MERCK & CO., INC., a New Jersey )   **MAGISTRATE JUDGE KNOWLES**
Corporation, )
                    )
      **Defendant.**

### PLAINTIFFS' MOTION & NOTICE OF MOTION FOR LEAVE TO FILE AMENDED PLEADING

1.      Plaintiffs move for an order to file an amended pleading which will dismiss plaintiff, Paulette T. Robinson and plaintiff, John Graham Rye from the English Class Action Complaint against Defendant, Merck & Co., Inc.

2.      The grounds for this motion are that plaintiff, Paulette T. Robinson and plaintiff, John Graham Rye no longer wish to pursue their claims against Defendant.

3.      This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.

**K:BM**

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

RESPECTFULLY SUBMITTED,

By: _____
Tiffany K. Donnelly, Esq.
Becky J. Lee, Esq.
Pamela G. Sotoodeh, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com

## LOCAL RULE 7.6E CERTIFICATE

Plaintiffs request leave of court to file an amended pleading.  Attorneys for Plaintiffs,
KENNETH B. MOLL & ASSOCIATES, LTD., have successfully obtained consent for
the filing and granting of such motion from opposing counsel, Ms. Dorothy Wimberly of
Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70130,
Telephone: (504) 581-3200, E-mail: dwimberly@stonepigman.com.  As such consent has
been obtained, attorneys for Plaintiffs, KENNETH B. MOLL & ASSOCIATES, LTD.,
have attached a proposed Order which awaits signature by the Court.

RESPECTFULLY SUBMITTED:

By: _____
Tiffany K. Donnelly, Esq.
Becky J. Lee, Esq.
Pamela G. Sotoodeh, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com

**KB:M**

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

2
PLAINTIFFS' MOTION & NOTICE OF MOTION FOR LEAVE TO FILE AMENDED PLEADING

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| Mark Bentley, individually and on behalf ) of Terence Bentley, Deceased, John H. E. ) Davey and Thomas J. Jones, individually ) and on behalf of all others similarly ) situated, ) | |
| ) | MDL Docket No. 1657 |
| Plaintiffs, ) | CASE NO. 05-3383 |
| ) | |
| v. ) | JUDGE FALLON |
| ) | |
| MERCK & CO., INC., a New Jersey ) Corporation, ) | MAGISTRATE JUDGE KNOWLES |
| ) | |
| Defendant. | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PLEADING**

Plaintiffs request leave of court to file an amended pleading. (FIRST AMENDED ENGLISH CLASS ACTION COMPLAINT).

## I. INTRODUCTION

1.    Plaintiffs are Mark Bentley, individually and on behalf of Terence Bentley, Deceased, John H.E. Davey and Thomas J. Jones, individually and on behalf of all others similarly situated. The Defendant is Merck & Co., Inc.

2.    Plaintiffs bring this action, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on their own behalf and as representatives of a class of persons consisting of all English citizens (English Class) who were prescribed the drug Vioxx (rofecoxib), or their estates, administrators or other legal representatives, heirs or beneficiaries.



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

1

3.      The English Class seeks to recover damages for deaths and personal injuries, restitution, refunds, and/or for equitable, injunctive and declaratory relief against defendant.

4.      Defendant has not filed an answer.

## B.  ARGUMENT

5.      Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Forman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n,* 168 F. 3d 661, 665 (3d Cir. 1999).

6.      The court should allow the filing of Plaintiffs' amended pleading because there are two named plaintiffs in the original complaint who no longer wish to pursue their claims against Defendant.

7.      The Defendant will not be prejudiced by Plaintiffs' amended pleading, as the amended pleading decreases the amount of plaintiffs bringing suit against the Defendant, which is to their benefit.

8.      Plaintiffs are filing their amended pleading along with this motion.

## C. CONCLUSION

9.      For the above reasons, Plaintiffs ask the court to grant leave to file the amended pleading.



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

RESPECTFULLY SUBMITTED,

By: _Tiffany K. Donnelly_
Tiffany K. Donnelly, Esq.
Becky J. Lee, Esq.
Pamela G. Sotoodeh, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com

**K·M**
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com