UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3  P 4: 26

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| Mark Bentley, individually and on behalf of Terence Bentley, Deceased, John H. E. Davey and Thomas J. Jones, individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>MERCK & CO., INC., a New Jersey Corporation, <br><br>　　　　　Defendant. | MDL Docket No. 1657 <br><br> CASE NO. 05-3383 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER ON MOTION FOR LEAVE TO AMEND ENGLISH CLASS ACTION COMPLAINT

After considering the motion of Tiffany K. Donnelly of KENNETH B. MOLL & ASSOCIATES, LTD., to amend the Plaintiffs' English Class Action Complaint, the court

FINDS good cause to allow Tiffany K. Donnelly of KENNETH B. MOLL & ASSOCIATES, LTD., to amend the English Class Action Complaint by removing the names of Plaintiffs John Graham Rye and Paulette Robinson, and GRANTS the abovementioned motion.

SIGNED on _Jan 3_, 200_6_.

_____
U.S. DISTRICT JUDGE ELDON E. FALLON

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

APPROVED & ENTRY REQUESTED:

_____
Tiffany K. Donnelly, Esq.
Becky J. Lee, Esq.
Pamela G. Sotoodeh, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, IL 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com