IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 PM 1:19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: § | MDL Docket No. 1657 |
| § | |
| VIOXX PRODUCTS LIABILITY § | SECTION L |
| LITIGATION § | |
| § | |
| JIMMY SULLIVAN; RITA MEADOWS; § | |
| NANCY MARTIN; BETTY BROWN, § | |
| INDIVIDUALLY, AND AS REPRESENTATIVE § | JUDGE FALLON |
| OF THE ESTATE OF LOYAL BROWN; § | MAG. JUDGE KNOWLES |
| LAVERNE WOOSLEY; DORA G. FARRIS; § | |
| DIANNE RAY; KAREN KEY; and DAVID § | |
| RUSSELL; § | |
| § | CASE NO. 05-4453 |
| Plaintiffs, § | |
| § | |
| VS. § | |
| § | |
| MERCK & CO INC., d/b/a MERCK, § | |
| § | |
| Defendant. § | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

William B. Curtis, counsel for Plaintiffs, in the above-entitled and numbered cause, hereby gives Notice of Change of Address, effective immediately, as follows:

> William B. Curtis
> LAW OFFICES OF MILLER AND CURTIS, L.L.P
> 5489 Blair Road, 5th Floor
> Dallas, Texas 75231
> 214/987-0005 Telephone
> 214/987-2545 Facsimile

NOTICE OF CHANGE OF ADDRESS - Page 1

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____

The Court and all counsel of record are requested to direct all correspondence, pleadings, notices, and documents in this matter to the above address.

Respectfully submitted,

_____
**WILLIAM B. CURTIS**
State Bar No. 00783918
LAW OFFICES OF MILLER AND CURTIS, L.L.P.
5489 Blair Road, 5th Floor
Dallas, Texas 75231
214/ 987-0005 Telephone
214/ 987-2545 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via the Court's CM/ECF system on this 29 day of December, 2005.

_____
William B. Curtis

NOTICE OF CHANGE OF ADDRESS - Page 2