FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3  PM 3: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN PLUNKETT, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * | * | |

### NOTICE OF DEPOSITION OF JEFFREY DRAZEN, M.D.

TO:    Andy D. Birchfield, Jr.
       BEASELY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
       218 Commerce Street
       Montgomery, AL  36103-4160

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

- 1 -

795056v.1

DATE:       JANUARY 18, 2006

TIME:       10:00 A.M.
LOCATION:   BROWN RUDNICK
            ONE FINANCIAL CENTER
            BOSTON, MASSACHUSETTS  02111

Please take notice that Merck & Co, Inc. will take the stenographic deposition of Dr. Jeffrey Drazen on January 18, 2006 beginning at 10:00 a.m. at the offices of Brown Rudnick, One Financial Center, Boston, Massachusetts  02111.  The deposition will continue from day to day until completed.

You are invited to participate as you deem fit.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Phillip Beck
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone: 312-494-4400
Fax:   312-494-4440

Attorneys for Merck & Co., Inc.

Dated: January 3, 2006

- 2 -

795056v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Deposition has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 3rd day of January, 2006.

*Dorothy H. Wimberly*