IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 P 4: 57

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § | MDL Docket No. 1657 |
| DALE DEAN, Individually and on Behalf of the Estate of MARC ANTHONY DEAN; PHYLLIS DEAN; and THERESA DEAN RAMAY | § § § § § § | JUDGE FALLON MAG. JUDGE KNOWLES |
| Plaintiffs, | § § | CASE NO. 05-4689 L (3) |
| VS. | § § § | |
| MERCK & CO INC., d/b/a MERCK, | § § | |
| Defendant. | § | |

### NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

William B. Curtis, counsel for Plaintiff, MARGARET MORRIS, in the above-entitled and numbered cause, hereby gives Notice of Change of Address, effective immediately, as follows:

> William B. Curtis
> LAW OFFICES OF MILLER AND CURTIS, L.L.P
> 5489 Blair Road, 5th Floor
> Dallas, Texas 75231
> 214/987-0005 Telephone
> 214/987-2545 Facsimile

The Court and all counsel of record are requested to direct all correspondence, pleadings, notices, and documents in this matter to the above address.

___ Fee___
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No.___

NOTICE OF CHANGE OF ADDRESS - Page 1

Respectfully submitted,

*[signature]*

WILLIAM B. CURTIS
State Bar No. 00783918
LAW OFFICES OF MILLER AND CURTIS, L.L.P.
5489 Blair Road, 5th Floor
Dallas, Texas 75231
214/ 987-0005 Telephone
214/ 987-2545  Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via the Court's CM/ECF system *and First Class Mail* on this 29 day of December, 2005.

Jan R. McLean Bernier
HALLELAND LEWIS NILAN & JOHNSON, P.A.
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN  55402

*[signature]*

William B. Curtis

NOTICE OF CHANGE OF ADDRESS - Page 2