FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -4  AM 11: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Jacob Lewis, individually and on behalf of his deceased wife, Debra Lewis v. Merck & Co., Inc. and Dr. Sophia L. Morris*, Case No. 05-6621.

### CERTIFICATE OF COMPLIANCE

Merck & Co., Inc. ("Merck"), through its undersigned counsel, respectfully submits its certificate of compliance pursuant to 28 U.S.C. § 1447(b) and files the following documents into the record:

(1)     (a)     <u>List of all attorneys involved in the case and the parties they represent:</u>

         *Plaintiff:*     Jacob Lewis, represented by:

                   Allan Berger, 2977
                   John D. Sileo, 17797
                   Allan Berger & Associates, P.L.C.
                   4173 Canal Street
                   New Orleans, Louisiana 70119
                   Telephone: (504) 486-9481
                   Facsimile: (504) 483-8130

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

*Defendant:*   Merck & Co., Inc., represented by:

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
Vicki A. Elmer, 28569
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

**(b)    Copies of all records and proceedings occurring in the State Court prior to removal, arranged by order of filing date.**

Copies of all records and proceedings currently in the State Court record and arranged by order of filing date are attached as Exhibit "A".

**(c)    Certificate by counsel that the above constitutes the entire State Court record.**

Undersigned counsel certifies that Exhibit "A" constitutes all documents currently in the suit record in the State Court proceeding, bearing Case No. 05-12714 in Division L in the Civil District Court for the Parish of Orleans, Louisiana. The deputy clerk for the Civil District Court for the Parish of Orleans has informed undersigned counsel that the citations issued to the defendants are not currently in the suit record and cannot be located at this time due to the Civil District Court's recent return to New Orleans. Undersigned counsel will provide this Court with

2

the citations as soon as the Clerk for the Civil District Court for the Parish of Orleans has located them.

(2)   No motions or exceptions were pending in State Court at the time of Removal.

(3)   No funds are being held by the State Court for the benefit of the litigants in this matter.

Respectfully submitted,

*/s/ Vicki A. Elmer*

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
Vicki A. Elmer, 28569
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Certificate of Compliance of Defendant Merck & Co., Inc. has been served on all counsel of record, by hand, facsimile, Federal Express, e-mail, and/or by placing same in the United States mail, postage prepaid and properly addressed, this 4th day of January, 2006.

*Vicki A Eimer*

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED