

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX <br> PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| THIS DOCUMENT RELATES TO: | * <br> * <br> * | JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |
| ALL PURCHASE CLAIMS CLASS ACTION <br> COMPLAINTS PENDING OR SUBJECT TO <br> TRANSFER TO MDL 1657 | * <br> * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR REPLY MEMORANDUM IN SUPPORT OF MERCK'S MOTION TO DISMISS PLAINTIFFS' PURCHASE CLAIMS MASTER CLASS ACTION COMPLAINT**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Reply Memorandum in Support of Merck's Motion to Dismiss Plaintiffs' Purchase Claims Master Class Action Complaint, for the following reasons:

786273v.1

1. On or about August 1, 2005, plaintiffs filed three Master Class Action Complaints: a medical monitoring class action, a purchase claims class action, and a personal injury class action.

2. Merck has move to dismiss Plaintiffs' Purchase Claims Master Class Action Complaint.

3. Because Merck contends that each plaintiff's claims are governed under different states' laws, the reply memorandum in support of the motion to dismiss necessarily will includes a state-by-state analysis and reply to plaintiffs' lengthy opposition brief. In effect, the reply memorandum for the motion is like multiple briefs in one. Accordingly, Merck requests that it be granted fifty-three (53) additional pages, for a total of seventy-eight (78) pages for its reply memorandum.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted fifty-three (53) additional pages, for a total of seventy-eight (78) pages for its Reply Memorandum in Support of Merck's Motion to Dismiss Plaintiffs' Purchase Claims Master Class Action Complaint.

Respectfully submitted,

*Phil Wittmann*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

786273v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Merck's Motion to Dismiss Plaintiffs' Purchase Claims Master Class Action Complaint has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 8th day of December, 2005.

_____
Phil Wittmann

786273v.1