UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| ALL PURCHASE CLAIMS CLASS ACTION | * | |
| COMPLAINTS PENDING OR SUBJECT TO | * | |
| TRANSFER TO MDL 1657 | * | |
| | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Merck's Motion to Dismiss Plaintiffs' Purchase Claims Master Class Action Complaint,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted fifty-three (53) additional pages, for a total of seventy-eight (78) pages for its Reply Memorandum in Support of Merck's Motion to Dismiss Plaintiffs' Purchase Claims Master Class Action Complaint.

NEW ORLEANS, LOUISIANA, this 5 day of Jan, 2005.

DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

786273v.1