Dec 30 2005 12:14PM  HP LASERJET 3330                                                    p.2
2005 13:43 FR HUGHES              212 837 6266 TO 18885555...

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN -4  PM 4: 28
LORETTA G. WHYTE
CLERK*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Bergman v. Merck & Co., Inc., et al.*, (E.D. La. Index No. 05-4622) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * *

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Defendant, N.O.B. PHARMACY, INC. d/b/a PEN-MILL PHARMACY ("N.O.B."), and Defendant, MERCK & CO., INC. ("Merck"), that the time for Merck to answer, move or otherwise respond in this action to N.O.B.'s Verified Answer with cross-claims is hereby extended from January 6, 2005 to February 6, 2006.

Dated: December 30, 2005
New York, New York

O'CONNOR, O'CONNOR, HINTZ & DEVENEY, LLP

By: /s/ James E. Baker
James E. Baker
One Huntington Quadrangle, Suite 3C01
Melville, NY 11747
(631) 777-2330

*Attorneys for Defendant N.O.B. Pharmacy, Inc.*

HUGHES HUBBARD & REED LLP

By: /s/ Vilia B. Hayes
Vilia B. Hayes
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

SO ORDERED: /s/ Eldon E. Fallon
The Honorable Eldon E. Fallon
United States District Judge

NY 1013137_1.DOC

** TOTAL PAGE.03 **

PAGE 2/2 * RCVD AT 12/30/2005 12:22:52 PM [Eastern Standard Time] * SVR:HHRFAX/11 * DNIS:6839 * CSID: * DURATION (mm-ss):01-08

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 4th day of January, 2006.

*[signature: Dorothy H. Wimberly]*