IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNIE HOLT, TOMMY HOLT and BETTY WATSON | § § § |
| Plaintiffs, | § § CIVIL CAUSE NO. CA 05-1146L (3) § § JURY |
| v. | § § |
| MERCK & COMPANY, INC. | § § |
| Defendant. | § § |

## AGREED MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE DISTRICT COURT:

RONNIE HOLT, TOMMY HOLT AND BETTY WATSON, Plaintiffs, by and through their attorney of record and pursuant to Tex.R.Civ.P. 162, hereby voluntarily dismiss their claims against Defendants MERCK & COMPANY, INC.

WHEREAS, PREMISES CONSIDERED, Plaintiffs request that the Court order that this case be dismissed without prejudice to refiling same and be removed from the Court's docket.

Respectfully submitted,

J. Jeffrey Springer
State Bar No. 18966750
Frank Lyle
State Bar No. 12717600
SPRINGER & LYLE, LLP
1807 Westminster
Denton, Texas 76205
940-387-0404
940-383-7656 (fax)

By: _____
J. Jeffrey Springer

ATTORNEYS FOR PLAINTIFFS
RONNIE HOLT, TOMMY HOLT and
BETTY WATSON

## CERTIFICATE OF CONFERENCE

I certify I have conferred with counsel for Defendant and Defendant has no objection to the dismissal of this case.

_____
J. Jeffrey Springer

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the forgoing document was served in accordance with TRCP 21 by placing the same in the U.S. mail on the 19th day of December, 2005, with sufficient postage and addressed to all counsel of record as follows:

**Via CMRRR #:7004 2890 0003 5877 3346**
Mr. Jonathan B. Skidmore
Attorney-in-Charge
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784

**Of Counsel:**

**Via First Class Mail**
Mr. H. Douglas Wabner
Richard S. Krumholz
Joe W. Tomaselli, Jr.
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201

**Of Counsel:**

**Via First Class Mail**
Mr. Norman C. Kleinberg
Theodore V. H. Mayer
Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004

_____
J. Jeffrey Springer