IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -6 A 8: 34

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| THOMAS J. BRADLEY, JR., Individually, And as Authorized Representative of the Estate of BARBARA A. BRADLEY, Deceased; DAVID BRADLEY; DANA MULLINS; and RHONDA MATNEY Plaintiffs § § § § § § § § § § | |
| v. § § § | CIVIL CAUSE NO. CA 05-1145L (3) |
| MERCK & COMPANY, INC., Defendant § § § § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIM AGAINST DEFENDANT MERCK & COMPANY, INC.**

ON THIS DAY the Court considered Plaintiffs' Nonsuit of Defendant MERCK & COMPANY, INC. The Court, having given due consideration to the Nonsuit, is of the opinion that Plaintiffs' claims against said Defendants should be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's claim against Defendant MERCK & COMPANY, INC. is dismissed without prejudice to the refiling of the same in the future.

SIGNED this 5th day of ~~December, 2005~~ Jan 2006.

_____
JUDGE PRESIDING

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No ___