MINUTE ENTRY
FALLON, J.
JANUARY 5, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Lenny Davis, Gerry Meunier, and Bonnie Zakotnik participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann and Rick Stanley participated on behalf of the Defendant's Steering Committee ("DSC"). At the conference, the parties discussed the selection of future trials in the MDL, in particular the *Diaz* case. After considering the issues,

IT IS ORDERED that the deposition of Ellis Diaz will occur on either January 19, 2006, or January 20, 2006. Furthermore,

IT IS ORDERED that the parties will report to the Court on Thursday, January 12, 2006, with the trial readiness status of the *Parrott* and *Diaz* cases, as well as a trial readiness report on other PSC and DSC nominated cases.

JS10(00:25)

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____