FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -5  PM 4: 08

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to<br>Case No. 05-1614 | |
| ELLIS MAXIMO DIAZ and<br>NORKA DEJONGH DIAZ, | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

**AMENDED NOTICE OF VIDEO-TAPED DEPOSITION OF ELLIS MAXIMO DIAZ**

TO:   Bonnie L. Zakotnik, Attorney at Law
      4501 Canal Street
      New Orleans, LA  70119

          and

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

395324v.1

Russ Herman
Herman, Herman, Katz & Cotlar
Place St. Charles
201 St. Charles Avenue, Office 4310
New Orleans, LA  70170

Please take notice that defendant, Merck & Co, Inc., will take the stenographic and videotaped deposition of plaintiff Ellis Maximo Diaz on January 20, 2006 beginning at 9:30 a.m. central standard time at the offices of Gainsburgh, Benjamin, Davis, Meunier, Warshauer, L.L.C., 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana  70163, 504-522-2304.  The deposition will continue from day to day until completed.

Merck reserves the right to further depose plaintiff on the merits.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE  PIGMAN  WALTHER  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone: 312-494-4400
Fax:    312-494-4440

795324v.1

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

795324v.1

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Video-taped Deposition of Ellis Maximo Diaz has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Bonnie L. Zakotnik by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 5th day of January, 2006.

*Dorothy H. Wimberly*

- 1 -

795324v.1