A CERTIFIED TRUE COPY
DEC 2 3 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC -7 2005

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 & 1699

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Gavin Dineen v. Merck & Co., Inc., et al.*, E.D. Louisiana, C.A. No. 2:05-2289 (E.D. Missouri, C.A. No. 4:05-624)

## MDL-1657 SEPARATION OF CLAIMS AND CONDITIONAL REMAND ORDER AND MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-9)

A conditional transfer order was filed in MDL-1657 in this action (*Dineen*) on May 20, 2005. In the absence of any opposition, the conditional transfer order was finalized with respect to *Dineen* on June 7, 2005, and *Dineen* was transferred to the Eastern District of Louisiana for inclusion in the MDL-1657 centralized pretrial proceedings. The Panel has now determined, however, that in addition to claims relating to the prescription drug Vioxx that are appropriate for inclusion in MDL-1657, *Dineen* contains claims relating to the prescription drugs Bextra and Celebrex that are appropriate for inclusion in the MDL-1699 centralized pretrial proceedings occurring in the Northern District of California before the Honorable Charles R. Breyer.

IT IS THEREFORE ORDERED that the Bextra/Celebrex claims in *Dineen* be separated and remanded to the Eastern District of Missouri pursuant to 28 U.S.C. § 1407(a).

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex action is transferred under 28 U.S.C. § 1407 from the Eastern District of Missouri to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED COUNSEL LIST (CTO-9)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 23, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

    *Gavin Dineen v. Merck & Co., Inc., et al.*, E.D. Louisiana, C.A. No. 2:05-2289
    (E.D. Missouri, C.A. No. 4:05-624)

Dear Ms. Whyte:

    I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on December 7, 2005. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

    Please note that transmittal of the order was stayed fifteen (15) days to give any party an opportunity to oppose the remand. The fifteen-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

    Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

                                               Very truly,

                                               Michael J. Beck
                                               Clerk of the Panel

                                               By *[signature]*
                                                  Deputy Clerk

Enclosures

cc:     Transferee Judge:   Judge Eldon E. Fallon
         Transferor Clerk:    James Woodward

JPML Form 41