A CERTIFIED TRUE COPY

JAN -9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 10 PM 12:46

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

EDLA 05-6697 "L"

*Clara Puma v. Merck & Co., Inc., et al.*, E.D. California, C.A. No. 2:05-2203

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*Puma*) on December 6, 2005. The stay of transmittal of the conditional transfer order with respect to *Puma* was lifted on December 22, 2005, inasmuch as no notice of opposition had been filed by the Panel Clerk's Office prior to that date. Thus *Puma* was transferred to the Eastern District of Louisiana at that time. It now appears, based upon the representations of plaintiff's counsel and the facsimile records maintained by the Panel Clerk's Office, that a notice of opposition in *Puma*, consisting of seventeen pages, was faxed to the Panel by plaintiff's counsel on December 15, 2005. These circumstances justify reinstatement of the conditional transfer order with respect to *Puma* in order to permit plaintiff to pursue her opposition to transfer.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-34" filed on December 6, 2005, is REINSTATED insofar as it relates to this action. Plaintiff's notice of opposition is deemed filed as of January 9, 2006, and in accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before January 24, 2006.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
___ Doc. No _____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002<br><br>Telephone:  [202] 502-2800<br>Fax:        [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

January 9, 2006

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

    *Clara Puma v. Merck & Co., Inc., et al.,* E.D. California, C.A. No. 2:05-2203

Dear Ms. Whyte:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                              By_____
                                      Deputy Clerk

Enclosure

cc:    Transferee Judge:  Judge Eldon E. Fallon
       Transferor Judge:  Judge David F. Levi
       Transferor Clerk:  Jack L. Wagner

JPML Form 87