

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1657<br>) SECTION L<br>) JUDGE FALLON |
| BETTY S. HENDRICKSON,<br><br>          Plaintiff,<br>vs.<br><br>MERCK & CO., INC.,<br><br>          Defendant. | ) Case No.    05cv05401<br>)<br>) **NOTICE OF ASSOCIATION OF**<br>) **COUNSEL** |

NOTICE IS HEREBY GIVEN that Plaintiff, BETTY S. HENDRICKSON, hereby associates the following as attorneys of record in this matter with The Briley Law Group:

> Laura Gianni, Esq.
> Marcus Petoyan, Esq.
> GIANNI ✦ PETOYAN
> 17383 Sunset Blvd., Suite A340
> Pacific Palisades, CA 90272
> Telephone:    310/230-6767
> Fax:               310/230-6051

///

///

///

///

Please address all papers, correspondence and inquiries in this case to GIANNI ✦ PETOYAN as lead attorneys to be noticed.

Dated: 1\9\06

by: BRILEY LAW GROUP

*C. David Briley*

C. David Briley, Esq.
511 Union Street, Suite 1610
Nashville, TN 37219
Telephone: 615/986-2684

Laura Gianni, Esq.
Marcus Petoyan, Esq.
GIANNI ✦ PETOYAN
17383 Sunset Blvd., Suite A340
Pacific Palisades, CA 90272
Telephone: 310/230-6767
Fax: 310/230-6051
email: lag@giannipetoyan.com

Attorneys for Plaintiff
BETTY S. HENDRICKSON

NOTICE OF ASSOCIATION OF COUNSEL
*Hendrickson v. Merck & Co., Inc.*
Case No. 05-05401, MDL 1657

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing:

**NOTICE OF ASSOCIATION OF COUNSEL**

was served upon all counsel of record by electronically uploading the same to LexisNexis File & Serve Advance in Accordance with PreTrial Order No. 8, on this 9th day of January, 2006.

JOE REMIGIO