A CERTIFIED TRUE COPY
JAN - 6 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 JAN 10 PM 4: 53

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JAN - 6 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

06-0094
SECT. L MAG. 3

*Clyde Stout, et al. v. Merck & Co., Inc., et al.*, W.D. Missouri, C.A. No. 3:05-5141

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER WITH SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On December 2, 2005, the Panel filed an order conditionally i) transferring this action (*Stout*) to the Eastern District of Louisiana in MDL-1657, and ii) separating and remanding to the Western District of Missouri all claims in *Stout* except the claims relating to the prescription drug Vioxx. Prior to expiration of that order's fifteen-day stay of transmittal, three healthcare provider defendants in *Stout* filed a notice of opposition to the proposed transfer. Opposing defendants subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-33" filed on December 2, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that all claims in this action except the claims relating to the prescription drug Vioxx are separated and simultaneously remanded to the Western District of Missouri.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Clyde Stout, et al. v. Merck & Co., Inc., et al.,* W.D. Missouri, C.A. No. 3:05-5141

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

David E. Overby
Hyde, Love & Overby, LLP
1121 South Glenstone
Springfield, MO 65804

Fred Spigarelli
Spigarelli Law Firm
100 S. Broadway, Suite 200
P.O. Box 1449
Pittsburg, KS 66762

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
263 Third Street
5th Floor
Baton Rouge, LA 70801

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:             [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

January 6, 2006

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Clyde Stout, et al. v. Merck & Co., Inc., et al.,* W.D. Missouri, C.A. No. 3:05-5141

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on <u>December 2, 2005</u>. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Deputy Clerk

Enclosures

cc:   Transferee Judge:   Judge Eldon E. Fallon
       Transferor Judge:    Judge Dean Whipple
       Transferor Clerk:    Patricia L. Brune