A CERTIFIED TRUE COPY

JAN -6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. FILED
EASTERN DISTRICT OF LA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 21 2005

2006 JAN 10 PM 4:52
FILED
CLERK'S OFFICE
LORETTA G. WHYTE
CLERK

DOCKET NOS. 1657 AND 1699

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-35)
WITH SEPARATION, REMAND AND
MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-11)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 2,680 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. Since that time, 349 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex that involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN -6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-35 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 05-2239 | Virgil Boutwell, et al. v. Merck & Co., Inc., et al. | 06-0095 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-7691 | Laura Davenport, et al. v. Merck & Co., Inc., et al. | 06-0096 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE 2 05-2193~~ | ~~Barbara Hacker v. Merck & Co., Inc., et al.~~ Opposed 1/3/06 | |
| ~~CAE 2 05-2240~~ | ~~Christopher Leeson v. Merck & Co., Inc., et al.~~ Opposed 1/3/06 | |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-6333 | John L. Stumpe, et al. v. Merck & Co., Inc., et al. | 06-0097 |
| **KANSAS** | | |
| KS 2 05-2466 | Alex Thomas v. Pfizer, Inc., et al. | 06-0098 |
| **KENTUCKY EASTERN** | | |
| KYE 0 05-190 | Rex Collins, et al. v. Merck & Co., Inc., et al. | 06-0099 |
| ~~KYE 5 05-437~~ | ~~William Kelly, et al. v. Merck & Co., Inc., et al.~~ Vacated 1/5/06 | |
| **KENTUCKY WESTERN** | | |
| ~~KYW 3 05-656~~ | ~~Robert Manley, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-669~~ | ~~Harold Thomas, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-681~~ | ~~Joan O'Bryan, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-682~~ | ~~Doyle A. Coen, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-685~~ | ~~Johnnie Anderson, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-700~~ | ~~Galen Noe, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-710~~ | ~~Cathy Groce Stearns, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-716~~ | ~~Natella Kaye Cox v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-722~~ | ~~Robert Sampson v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| ~~KYW 3 05-723~~ | ~~Douglas Adams, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 | |
| **LOUISIANA WESTERN** | | |
| LAW 6 05-1879 | Bobby Gibson, et al. v. Ronald Degeyter, M.D., et al. | 06-0100 |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 05-1947~~ | ~~Shirley Adams, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/3/06 | |
| MOE 4 05-2038 | Caroline Yanca v. Pfizer, Inc., et al. | 06-0101 |
| ~~MOE 4 05-2040~~ | ~~Marie Nobles, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/5/06 | |
| ~~MOE 4 05-2043~~ | ~~Bernadette Dryer, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/5/06 | |
| ~~MOE 4 05-2076~~ | ~~Jean Davis, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/5/06 | |
| MOE 4 05-2161 | Sonia Smith, etc. v. Merck & Co., Inc., et al. | 06-0102 |

SCHEDULE CTO-35 TAG-ALONG ACTIONS (MDL-1657)  
SCHEDULE CTO-11 TAG-ALONG ACTIONS (MDL-1699)  

PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **MISSOURI WESTERN** | | |
| MOW 4 05-1041 | Linda Dornes v. Merck & Co., Inc., et al. | 06-0103 |
| MOW 4 05-1091 | Helene Hancock, etc. v. Merck & Co., Inc., et al. | 06-0104 |
| MOW 4 05-1092 | Gerri Collins v. Merck & Co., Inc., et al. | 06-0105 |
| MOW 4 05-1093 | Alan Jewell, etc. v. Merck & Co., Inc., et al. | 06-0106 |
| MOW 4 05-1115 | Octavia Gahagans, etc. v. Merck & Co., Inc., et al. | 06-0107 |
| **OREGON** | | |
| OR 3 05-1695 | James Jackson, etc. v. Merck & Co., Inc., et al. | 06-0108 |
| **PUERTO RICO** | | |
| ~~PR 3 05-2019~~ | ~~Nereida Del-Rio-Perez, et al. v. Astra Merck, Inc., et al.~~ Vacated 1/6/06 | |
| ~~PR 3 05-2031~~ | ~~Francisco Sanchez-Aviles, et al. v. Astra Merck, Inc., et al.~~ See Separate 1/6/06 Order | |
| PR 3 05-2040 | Rafaela Roman-Velez, et al. v. Asstra Merck, Inc., et al . | 06-0109 |
| **TENNESSEE MIDDLE** | | |
| TNM 3 05-897 | James P. Fields v. Merck & Co., Inc., et al. | 06-0110 |
| **TEXAS WESTERN** | | |
| TXW 5 05-1081 | Lillian Vick, et al. v. Merck & Co., Inc., et al. | 06-0111 |

## INVOLVED COUNSEL LIST (CTO-35)
### DOCKET NO. 1657
### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## INVOLVED COUNSEL LIST (CTO-11)
### DOCKET NO. 1699
### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittman, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Jane Elizabeth Bockus
Clark Thomas & Winters
McCombs Plaza, Suite 165
755 East Mulberry
San Antonio, TX 78212

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue, Suite 1125
Portland, OR 97204

Daniel A. Brown
Brown & Gould, LLP
7700 Old Georgetown Rd., Suite 500
Bethesda, MD 20814

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Carol D. Browning
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

L. Clayton Burgess
605 West Congress Street
P.O. Drawer 5250
Lafayette, LA 70501

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Camala E. Capodice
Irwin Fritchie Urquhart
& Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Prince C. Chambliss, Jr.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

Susan Marie Cordero-Ladner
Cordero, Cordero & Associates
150 Rodriguez Irizarry
Ines Cordero Rios Building
Arecibo, PR 00612

David S. Corwin
Devereux & Murphy
190 Carondelet Plaza, 11th Floor
St. Louis, MO 63105

Elizabeth J. Cabraser
Liedd, Cabraser, Heimann &
Bernstein, LLP
EmbracaderoCenter West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Robert Ladd DeLaney
323 Union Street
Nashville, TN 37201

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

Thomas E. Dutton
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
Park Place Tower
2001 Park Place North, Suite 1100
Birmingham, AL 35203

Nakisha Ervin-Knott
3838 N. Causeway Blvd., Suite 2750
Metairie, LA 70002

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Michael B. Fox
Fox Law Office
185 West Tom T. Hall Boulevard
P.O. Box 1450
Olive Hill, KY 41164-1450

James P. Frickleton
Bartimus, Frickleton, Robertson & Obetz
11150 Overbrook Drive
Leawood, KS 66211

Sara J. Gourley
Sidley, Austin, Brown & Wood, LLP
10 South Dearborn Street
Bank One Plaza
Chicago, IL 60603

James D. Griffin
Blackwell, Sanders, Peper Martin, LLP
4801 Main Street, Suite1000
Kansas City, MO 64112

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Mikal C. Watts
Watts Law Firm, LLP
Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, TX 78205

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

Catherine M. Williams
McCranie, Sistrunk, Anzelmo, et al.
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

**INVOLVED JUDGES LIST (CTO-35)**
**DOCKET NO. 1657**
**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**INVOLVED JUDGES LIST (CTO-11)**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

~~Hon. Garland E. Burrell, Jr.~~
~~U.S. District Judge~~
~~501 I Street~~
~~Suite 13-200~~
~~Sacramento, CA 95814~~

~~Hon. Daniel R. Dominguez~~
~~U.S. District Judge~~
~~C-129 Clemente Ruiz Nazario U.S.~~
~~Courthouse~~
~~150 Carlos Chardon Avenue~~
~~San Juan, PR 00918~~

Hon. Jay A. Garcia-Gregory
U.S. District Judge
Ch-151 Clemente Ruiz Nazario
150 Carlos Chardon Avenue
Hato Rey, PR 00918

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Dennis J. Hubel
U.S. Magistrate Judge
1027 U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

~~Hon. Carol E. Jackson~~
~~Chief Judge, U.S. District Court~~
~~14N Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth St., 14th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Matthew F. Kennelly
U.S. District Judge
1778 Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Hon. Hector M. Laffitte~~
~~U.S. District Judge~~
~~H-142 Clemente Ruiz Nazario~~
~~U.S. Courthouse~~
~~150 Carlos Chardon Avenue~~
~~San Juan, PR 00918~~

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

~~Hon. Thomas B. Russell~~
~~U.S. District Judge~~
~~307 Federal Building~~
~~501 Broadway Street~~
~~Paducah, KY 42001~~

Hon. Howard F. Sachs
Senior U.S. District Judge
7462 Charles E. Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

~~Hon. William B. Shubb~~
~~Senior U.S. District Judge~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

~~Hon. Charles R. Simpson, III~~
~~Chief Judge, U.S. District Court~~
~~247 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

~~Hon. Rodney W. Sippel~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 10th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. John F. Walter
U.S. District Judge
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3813

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

**INVOLVED CLERKS LIST (CTO-35)**
**DOCKET NO. 1657**
**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**INVOLVED CLERKS LIST (CTO-11)**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

~~Jack L. Wagner, Clerk~~
~~4-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

~~Jeffrey A. Apperson, Clerk~~
~~106 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Leslie G. Whitmer, Clerk
Federal Bldg., 3rd Floor
1405 Greenup Avenue
Ashland, KY 41101

~~Leslie G. Whitmer, Clerk~~
~~P.O. Drawer 3074~~
~~Lexington, KY 40588-3074~~

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

January 6, 2006

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 21, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:     Judge Eldon E. Fallon
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A