A CERTIFIED TRUE COPY

JAN 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2006 JAN 10  PM 4: 54   JAN - 6 2006

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699

LORETTA G. WHYTE
CLERK

06-0118
SECT. L  MAG. 3

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL-1657 – IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
### MDL-1699 – IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Francisco Sanchez-Aviles, et al. v. Astra Merck, Inc., et al.*, D. Puerto Rico,
C.A. No. 3:05-2031

### ORDER VACATING CTO-11 IN MDL-1699 AND LIFTING STAY OF CTO-35 IN MDL-1657

On December 21, 2005, the Panel filed an order conditionally i) transferring this action (*Sanchez-Aviles*) to the Eastern District of Louisiana in MDL-1657, ii) separating the Bextra/Celebrex claims in *Sanchez-Aviles* and remanding them to the District of Puerto Rico, and iii) transferring the resulting Bextra/Celebrex action to the Northern District of California in MDL-1699. In the absence of any opposition, this order is now ripe for finalization. The Panel, however, has been advised that the Bextra/Celebrex claims in *Sanchez-Aviles* were dismissed in the District of Puerto Rico pursuant to a notice of voluntary dismissal filed on December 28, 2005. Accordingly, *Sanchez-Aviles* in its present posture is appropriate for transfer in its entirety to the Eastern District of Louisiana for inclusion in MDL-1657.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-11" in MDL-1699 (with prior separation and remand of Bextra/Celebrex claims), filed on December 21, 2005, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-35" in MDL-1657 is LIFTED insofar as it relates to this action, and thus the action is transferred in its entirety to the Eastern District of Louisiana for inclusion in the

- 2 -

coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

January 6, 2006

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

*Francisco Sanchez-Aviles, et al. v. Astra Merck, Inc., et al.,* D. Puerto Rico, C.A. No. 3:05-2031

Dear Ms. Whyte:

Enclosed is a certified copy and one additional copy of today's order vacating CTO-11 in MDL-1699 and lifting stay of CTO-35 in MDL-1657 and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
    Deputy Clerk

Enclosures

cc: Transferee Judges: Judge Eldon E. Fallon, Judge Charles R. Breyer
    Transferor Judge:  Judge Hector M. Laffitte
    Transferor Clerk:  Frances Rios de Moran

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Francisco Sanchez-Aviles, et al. v. Astra Merck, Inc., et al.*, D. Puerto Rico, C.A. No. 3:05-2031

Susan Marie Cordero-Ladner
Cordero, Cordero & Associates
150 Rodriguez Irizarry
Ines Cordero Rios Building
Arecibo, PR 00612

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Manuel A. Moreda-Toledo
McConnell, Valdes, Kelley, et al.
P.O. Box 364225
San Juan, PR 00936

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
263 Third Street
5th Floor
Baton Rouge, LA 70801