UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 11  PM 4: 20

LORETTA G. WHYTE
         CLERK
```

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | NOTICE OF FIRM NAME CHANGE |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**PLEASE TAKE NOTICE** that the law firm of Furnier & Thomas is now Furnier & Flagel, LLC, One Financial Way, Suite 312, Cincinnati, Ohio 45242.

The Plaintiffs respectfully requests that the Court and Clerk notate the change to MDL Docket No. 1657 and Docket No. 05CV3818 (Kaiser v. Merck & Co., Inc.)

Respectfully Submitted,

_[signature]_
_____
Robert R. Furnier (Ohio Bar No. 0012701)
Jeanette N. Dannenfelser (Ohio Bar No. 0069614)
Judi L. Sobecki (Ohio Bar No. 0067186)
Furnier & Flagel, LLC
One Financial Way, Suite 312
Cincinnati, Ohio 45242-5858
Telephone: (513) 745-0400
Facsimile: (513) 792-6724

```
__ Fee_____
__ Process__
 X  Dktd____
__ CtRmDep__
__ Doc. No.__
```

rfurnier@fflegal.com
jdannenfelser@fflegal.com
jsobecki@fflegal.com
Trial Attorneys for Plaintiffs
Judith Baker, Kimberly Kaiser, and Matthew Kaiser

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was served via Lexis Nexis File and Serve electronic copy this 28th day of December, 2005 upon:

Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson St.
Suite 3601
Jersey City, NJ  07302-3918

Norman C. Kleinberg, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

**Via electronic copy and regular mail**

Aretha Delight Davis, Esq.
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Susan Giamportone, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
2530 Meridian Parkway
Suite 400
Durham, NC  27713

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
910 Airport Road, Suite 3A
Destin, FL  32541

Phillip A. Wittmann, Esq.
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA  70130-3588

Robert J. Sindyla, Esq.
SINDYLA, ANTHONY & SINDYLA
7425 Royalton Road
North Royalton, Ohio 44133-4743