UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2006 JAN 12  PM 12:51
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Frances Best v. Merck & Co., Inc.*, No. 2:05cv4828 (previously 4:05-cv-01166 EDMO USDC)

## ORDER

### (Motion for Leave to Amend Complaint)

Considering the foregoing Motion for Leave of Court to File Plaintiff's First Amended Complaint, and that all parties consent to said amending of complaint:

**IT IS HEREBY ORDERED** that Frances Best's *Motion for Leave to Amend Complaint* is **GRANTED**.

DONE this the ___11___ day of ___Jan___, 200_6_.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____