UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Frances Best v. Merck & Co., Inc.*, No. 2:05cv4828 (previously 4:05-cv-01166 EDMO USDC)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L.
2006 JAN 12 PM 12: 58
LORETTA G. WHYTE
CLERK

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW THE PLAINTIFF, Frances Best, by and through her undersigned counsel, who with respect represent the following:

1. This is the first amended Complaint brought by Plaintiff, Frances Best, who wishes to amend the original Complaint according to the above caption, whereby she is properly identified, as the original Complaint mistakenly showed plaintiff as, "Francis" Best.

2. All aspects of the original complaint remain intact and unchanged.

WHEREFORE, Plaintiff Frances Best prays that she be allowed to amend her original Complaint.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: _____
Seth Sharrock Webb, #505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fx: (314) 421-0359
swebb@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF,
FRANCES BEST

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that all parties are aware of plaintiff's Motion for Leave to Amend Complaint, and consent without opposition to said motion and to amending the complaint to properly identify plaintiff.

  Also, I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 21st day of December, 2005.

_____
Seth Sharrock Webb