UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -6  P 2: 17

LORETTA G. WHYTE
CLERK

IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

CASE NO. 2:05cv4835

.................................................... JUDGE FALLON

THIS DOCUMENT RELATES TO:  
*Dolores Beavers v. Merck & Co., Inc.*, No. 2:05cv4835 (previously 4:05-cv-01267-HEA EDMO USDC)

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW THE PLAINTIFF, Dolores Beavers, by and through her undersigned counsel, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully requests leave to amend the Complaint previously filed in this cause. In further support of her motion, Plaintiff states:

1. This cause was originally filed in the United States District Court, Eastern District of Missouri, on August 12, 2005.

2. The original complaint incorrectly showed plaintiff as, "Delores Beaver."

3. Plaintiff, Dolores Beavers, now seeks to amend the Complaint previously filed whereby she is properly identified as "Dolores Beavers."

4. A trial date has not been set in this cause. The submitted Amended Complaint does not set forth any new theories of recovery and simply seeks to properly identify the plaintiff.

WHEREFORE, Plaintiff Dolores Beavers prays this Honorable Court to grant Plaintiff leave to file her First Amended Complaint.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: _____

Seth Sharrock Webb, #505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fx: (314) 421-0359
swebb@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF,
DOLORES BEAVERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all parties are aware of plaintiff's Motion for Leave to Amend Complaint, and consent without opposition to said motion and to amending the complaint to properly identify plaintiff.

Also, I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. **8,** on this 21st day of December, 2005.

_____
Seth Sharrock Webb