UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

CASE NO. 2:05cv4835

JUDGE FALLON

THIS DOCUMENT RELATES TO:  
*Dolores Beavers v. Merck & Co., Inc.*, No. 2:05cv4835 (previously 4:05-cv-01267-HEA EDMO USDC)

### ORDER

**(Motion for Leave to Amend Complaint)**

Considering the foregoing Motion for Leave of Court to File Plaintiff's First Amended Complaint, and that all parties consent to said amending of complaint:

**IT IS HEREBY ORDERED** that Dolores Beavers' *Motion for Leave to Amend Complaint* is **GRANTED**.

DONE this the 11th day of Jan, 2006.

ELDON E. FALLON  
UNITED STATES DISTRICT JUDGE

___ Fee _____  
___ Process _____  
_X_ Dktd _____  
_✓_ CtRmDep _____  
___ Doc. No. _____