UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

CASE NO. 2:05cv4835

JUDGE FALLON

THIS DOCUMENT RELATES TO:  
*Dolores Beavers v. Merck & Co., Inc.*, No. 2:05cv4835 (previously 4:05-cv-01267-HEA EDMO USDC)

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW THE PLAINTIFF, Dolores Beavers, by and through her undersigned counsel, who with respect represent the following:

1. This is the first amended Complaint brought by Plaintiff, Dolores Beavers, who wishes to amend the original Complaint according to the above caption, whereby she is properly identified, as the original Complaint mistakenly showed plaintiff as, "Delores Beaver."

2. All aspects of the original complaint remain intact and unchanged.

WHEREFORE, Plaintiff Dolores Beavers prays that she be allowed to amend her original Complaint.

___ Fee _____  
___ Process _____  
_X_ Dktd _____  
___ CtRmDsp _____  
___ Doc. No. _____

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: _____
Seth Sharrock Webb, #505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fx: (314) 421-0359
swebb@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF,
DOLORES BEAVERS

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all parties are aware of plaintiff's Motion for Leave to Amend Complaint, and consent without opposition to said motion and to amending the complaint to properly identify plaintiff.

Also, I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 21st day of December, 2005.

_____
Seth Sharrock Webb

3