# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: | MDL No. 1657 |
| VIOXX PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| | |
| | Judge Fallon |
| | Magistrate Judge Knowles |
| This Document Relates To: 2:05-cv-01034-EEF-DEK | |

## PLAINTIFFS' MOTION TO DISMISS COUNT III
## AGAINST MEDICINE SHOPPE INTERNATIONAL, INC.

COMES NOW Plaintiffs, by and through their undersigned attorneys, Simon Passanante,

P.C., and pursuant to Federal Rule of Civil Procedure 41, moves this court to dismiss **COUNT**

**III ONLY** against Defendant Medicine Shoppe International, Inc. without prejudice.

Respectfully submitted by:

John G. Simon, #4371
Todd S. Hageman #51801
Simon Passanante, P.C.
701 Market Street, Ste. 1450
St. Louis, Missouri 63101
(314) 241-2929
(314) 241-2029 (fax)

James G. Onder, #5369
Onder, Shelton, O'Leary &
Peterson, LLC
1015 Locust, Ste. 720
St. Louis, Missouri 63101
(314) 421-6565
(314) 421-4724 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon Liaison Counsel, Russ Herman and Phillip Wittman, via First Class U.S. mail, postage prepaid, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 4th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Ste. 100
New Orleans, LA  70113
Email:  rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Stephen G. Strauss
Bryan Cave, LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Email:  sgstrauss@bryancave.com
*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLP
546 Carondelet St.
New Orleans, LA  70130
Email:  pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

Stephen Rovak
Debora Druley
Sonnenschein Nath & Rosenthal LLP
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Email:  ddruley@sonnenschein.com
           srovak@sonnenschein.com

David A. Dick, Esq.
B. Matthew Struble, Esq.
Kelly Simon, Esq.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101-1693
Email:  ddick@thompsoncoburn.com
           mstruble@thompsoncoburn.com

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below.
To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 7770204 |
| **Submitted by:** | Todd Hageman, Simon Passanante PC |
| **Authorized by:** | Todd S Hageman, Simon Passanante PC |
| **Authorize and file on:** | Jan 4 2006 3:16PM CST |

| | |
|---|---|
| **Court:** | LA US District Court Eastern Division E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:05cv1034 |
| **Case Name:** | Bailey, George et al vs Merck & Co Inc et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Petition 7 |

**Documents List**
**1 Document(s)**
**Attached Document, 1 Pages   Document ID: 4895317**

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Motion | Submitted conventionally | $0.00 | |

**Document title:**
Plaintiffs' Motion to Dismiss Count III Against Medicine Shoppe International, Inc.

Expand All

⊟ **Sending Parties (16)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Ashley, Virgil | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Bailey, George | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Bussman, Edward | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Coats, Mandi Simpson | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Hartzell, Myrna | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Huskey, Murilla | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Matustik, Carol | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Maycock, Brenda | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Montgomery, Jeanne | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| N/A | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Patek, Edward | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Schmidt, Pamela | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Sourles, Gwendolyn | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Teegarden, Theresa | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Throgmorton, John | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Whitter, Larry | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |

⊟ **Recipients (8)**

⊟ Service List (8)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Alberts, Sherry | Defendant | Soriano, Randy J | Bryan Cave LLP-St Louis | Attorney in Charge | E-Service |

| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Medicine Shoppe International Inc | Defendant | Rovak, Stephen | Sonnenschein Nath & Rosenthal LLP-Saint Louis | Attorney in Charge | E-Service |
| Service | Medicine Shoppe International Inc | Defendant | Dick, David | Thompson Coburn LLP | Attorney in Charge | E-Service |
| Service | Medicine Shoppe International Inc | Defendant | Struble, B Matthew | Thompson Coburn LLP | Attorney in Charge | E-Service |
| Service | Medicine Shoppe International Inc | Defendant | Druley, Debbie | Sonnenschein Nath & Rosenthal LLP-Saint Louis | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Strauss, Stephen G | Bryan Cave LLP-St Louis | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |

⊟ Additional Recipients (0)

⊞ **Case Parties**

Begin a New Transaction     Return to My File & Serve     Print