IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 12 PM 12:57
LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: <br> VIOXX PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: 2:05-cv-01034-EEF-DEK | MDL No. 1657 <br><br> SECTION: L <br><br> Judge Fallon <br> Magistrate Judge Knowles |

### ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS COUNT III AGAINST DEFENDANT MEDICINE SHOPPE INTERNATIONAL, INC.

This matter having been opened to the Court on the Motion of Plaintiffs, through counsel, Simon • Passanante, P.C., seeking to dismiss Count III of their petition against Defendant Medicine Shoppe International, Inc. pursuant to Federal Rule of Civil Procedure 41, the Court having considered the Motion, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety.

New Orleans LA
Jan 11, 2006

_____
The Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
**X** Dktd_____
✓ CtRmDep_____
___ Doc. No _____