IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: <br> VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br><br> SECTION: L <br><br> Judge Fallon <br> Magistrate Judge Knowles |
| This Document Relates To: 2:05-cv-01034-EEF-DEK | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT MEDICINE SHOPPE INTERNATIONAL, INC.'S MOTION TO DISMISS**

COMES NOW Plaintiffs, by and through their undersigned attorneys, Simon Passanante, P.C., and for their Motion for Leave to File a Response to Defendant Medicine Shoppe International, Inc.'s Motion to Dismiss hereby state as follows:

1. Plaintiffs filed this products liability action on December 30, 2004.

2. Defendant Medicine Shoppe International, Inc. ("Medicine Shoppe") filed a Motion to Dismiss on July 14, 2005.

3. Local Rule 7.5E requires that responses to motions be filed no later than eight (8) calendar days prior to the hearing date.

4. Plaintiffs used their individual case number, 2:05-cv-01034, as a reference on the Pacer website to find out the hearing date for Medicine Shoppe's Motion to Dismiss.

5. Under this case number, no hearing date was set for Medicine Shoppe's Motion to Dismiss. Thus, Plaintiffs thought that the deadline for filing responses to Medicine Shoppe's Motion had not passed.

6. The hearing date of January 4, 2006 never appeared on the Pacer website under the case number 2:05-cv-01034, Plaintiffs' case number.

7. Plaintiffs only discovered that the hearing date was January 4, 2006 after calling the court over concern that the hearing date had not been set.

8. Plaintiffs were prepared to file their response to Medicine Shoppe's Motion to Dismiss when they learned that the deadline for filing responses had passed.

9. **Local Rule 7.9E allows for one extension of time for 20 days from the time the pleading was otherwise due so long as the opposing party has not filed in the record an objection to the extension of time and the party has asked for no other extensions of time.**

10. Plaintiffs have timely filed all other papers in this case.

11. As of the date of this Motion for Leave, Defendant Medicine Shoppe has not filed any objections to an extension of time.

WHEREFORE, Plaintiffs request that this court **GRANT** this Motion for Leave to File a Response to Defendant Medicine Shoppe International, Inc.'s Motion to Dismiss.

Respectfully Submitted By:

John G. Simon, #4371
Todd S. Hageman #51801
Simon Passanante, P.C.
701 Market Street, Ste. 1450
St. Louis, Missouri 63101
(314) 241-2929
(314) 241-2029 (fax)

and

James G. Onder, #5369
Onder, Shelton, O'Leary &
Peterson, LLC
1015 Locust, Ste. 720
St. Louis, Missouri 63101
(314) 421-6565
(314) 421-4724 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon Liaison Counsel, Russ Herman and Phillip Wittman, via First Class U.S. mail, postage prepaid, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 4th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Ste. 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLP
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

Stephen G. Strauss
Bryan Cave, LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Email: sgstrauss@bryancave.com
*Counsel for Defendant Merck & Co., Inc.*

Stephen Rovak
Debora Druley
Sonnenschein Nath & Rosenthal LLP
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Email: ddruley@sonnenschein.com
        srovak@sonnenschein.com

David A. Dick, Esq.
B. Matthew Struble, Esq.
Kelly Simon, Esq.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101-1693
Email: ddick@thompsoncoburn.com
        mstruble@thompsoncoburn.com

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below.
To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 7769964 |
| **Submitted by:** | Todd Hageman, Simon Passanante PC |
| **Authorized by:** | Todd S Hageman, Simon Passanante PC |
| **Authorize and file on:** | Jan 4 2006 3:09PM CST |

| | |
|---|---|
| **Court:** | LA US District Court Eastern Division E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:05cv1034 |
| **Case Name:** | Bailey, George et al vs Merck & Co Inc et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Petition 7 |

**Documents List**
**1 Document(s)**
**Attached Document, 1 Pages   Document ID: 4895154**

| Document Type: | Access: | Transaction Fee: | Linked: |
|---|---|---|---|
| Motion | Submitted conventionally | $0.00 | |

**Document title:**
Plaintiffs' Motion for Leave to File a Response to Defendant Medicine Shoppe International, Inc.'s Motion to Dismiss

Expand All

⊟ **Sending Parties (16)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Ashley, Virgil | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Bailey, George | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Bussman, Edward | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Coats, Mandi Simpson | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Hartzell, Myrna | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Huskey, Murilla | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Matustik, Carol | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Maycock, Brenda | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Montgomery, Jeanne | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| N/A | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Patek, Edward | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Schmidt, Pamela | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Sourles, Gwendolyn | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Teegarden, Theresa | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Throgmorton, John | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |
| Whitter, Larry | Plaintiff | Hageman, Todd S | Simon Passanante PC | Attorney in Charge |

⊟ **Recipients (9)**

⠀⠀⊟ **Service List (9)**

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Alberts, Sherry | Defendant | Soriano, Randy J | Bryan Cave LLP-St Louis | Attorney in Charge | E-Service |

| Service | Medicine Shoppe International Inc | Defendant | Rovak, Stephen | Sonnenschein Nath & Rosenthal LLP-Saint Louis | Attorney in Charge | E-Service |
| --- | --- | --- | --- | --- | --- | --- |
| Service | Medicine Shoppe International Inc | Defendant | Dick, David | Thompson Coburn LLP | Attorney in Charge | E-Service |
| Service | Medicine Shoppe International Inc | Defendant | Struble, B Matthew | Thompson Coburn LLP | Attorney in Charge | E-Service |
| Service | Medicine Shoppe International Inc | Defendant | Druley, Debbie | Sonnenschein Nath & Rosenthal LLP-Saint Louis | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Strauss, Stephen G | Bryan Cave LLP-St Louis | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | National Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |
| Service | Sepko, Amy | Defendant | Soriano, Randy J | Bryan Cave LLP-St Louis | Attorney in Charge | E-Service |

⊟ Additional Recipients (0)

⊞ Case Parties

