# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 12 PM 12:57
LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: <br> VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br><br> SECTION: L <br><br> Judge Fallon <br> Magistrate Judge Knowles |
| This Document Relates To: 2:05-cv-01034-EEF-DEK | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT MEDICINE SHOPPE INTERNATIONAL, INC.'S MOTION TO DISMISS

This matter having been opened to the Court on the Motion of the Plaintiffs, through counsel, Simon • Passanante, P.C., seeking leave to file a response to Defendant Medicine Shoppe International, Inc.'s Motion to Dismiss, pursuant to Local Rule 7.9E, the Court having considered the Motion and for good cause shown, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety.

New Orleans, LA
Jan 11, 2006

_____
The Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____