FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
COPY IN CHAMBERS 2006 JAN -9 PM 4: 26
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Personal | * | |
| Injury Class Action Complaints Pending | * | MAGISTRATE JUDGE KNOWLES |
| or Subject to Transfer to MDL 1657 | * | |

* * * * * * * * * * * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR OF MERCK & CO., INC'S OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR CLASS CERTIFICATION OF A NATION-WIDE CLASS ACTION FOR PERSONAL INJURY AND WRONGFUL DEATH

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Opposition to Plaintiffs' Steering Committee's Motion for Class Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death. Because Merck contends that each plaintiff's claims are governed under different states' laws, the opposition memorandum necessarily will includes a state-by-state analysis and reply to plaintiffs' lengthy brief in support of their motion. In effect, the reply memorandum for the motion is like multiple briefs in one. Accordingly, Merck requests that it be granted thirty (30) additional pages, for a total of fifty-five (55) pages for its reply memorandum.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___786273v.1
___ Doc. No_____

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted thirty (30) additional pages, for a total of fifty-five (55) pages for its Opposition to Plaintiffs' Steering Committee's Motion for Class Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

786273v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Merck & Co., Inc.'s Opposition to Plaintiffs' Steering Committee's Motion for Class Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of January, 2006.

*[signature]*

786273v.1