

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 12  PM 12: 57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX    * | MDL Docket No. 1657 |
|    * | |
| PRODUCTS LIABILITY LITIGATION  * | SECTION L |
|    * | |
|    * | JUDGE FALLON |
| This document relates to All Personal  * | |
| Injury Class Action Complaints Pending  * | MAGISTRATE JUDGE KNOWLES |
| or Subject to Transfer to MDL 1657    * | |
|    * | |
|    * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Merck & Co., Inc.'s Opposition to Plaintiffs' Steering Committee's Motion for Class Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted thirty (30) additional pages, for a total of fifty-five (55) pages for its Opposition to Plaintiffs' Steering Committee's Motion for Class Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death

NEW ORLEANS, LOUISIANA, this _11_ day of _Jan_ , 2006.

_____
DISTRICT JUDGE

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____

786273v.1