

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 11  PM 4:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® §<br>    PRODUCTS LIABILITY CASES §<br>§<br>§<br>THIS DOCUMENT RELATES TO: §<br>§<br>§<br>JOJUANA DANIEL, MARIAH §<br>SURVILLION, MARY GUSSMAN, ADA §<br>TAYLOR, MARIE CEPEDA, ROY §<br>WAYCHOFF and GLORIA WAYCHOFF, §<br>MERCEDES KIRK, RUBY FERGUSON, §<br>Individually and as Representative of the §<br>Estate of ELLA MAY MCDONALD, §<br>WALLACE LUDWICK, ALPHA §<br>VANCKHOVEN, MARGIE MCDUFFIE, §<br>JAMES MCKINNEY, MARY HILL and §<br>PAUL HILL, WILLIAM PAUL, JOSE §<br>ANTONIO GARZA, RUSSELL LEVY, §<br>LEEATTRICE SMITH, LILIAN MARIE §<br>JACKSON and WANDA KIRKWOOD §<br>§<br>    *Plaintiffs,* §<br>§<br>VS. §<br>§<br>MERCK & CO., INC. §<br>§<br>    *Defendant.* §<br>§ | DOCKET NO. 2:05-CV-1154<br><br>MDL NO. 1657<br><br>SECTION: L - 3<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br><br><br>TRANSFEROR COURT:<br><br>U.S. DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF TEXAS<br>CAUSE NO. H-05-0255 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff MARIAH SURVILLION, ONLY, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendant, MERCK & CO., INC., without prejudice. The remaining Plaintiffs under this cause of action continue to prosecute their claims against Defendant MERCK & CO., INC.

Respectfully Submitted,

MITHOFF LAW FIRM

_____
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Ms. Gerry Lowry, Fulbright & Jaworski, L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, attorney for Merck & Co., Inc., on this 10th day of January 2006. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

_____
JOSEPH R. ALEXANDER, JR.


## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having met with Mariah Survillion on January 6, 2006, Mariah Survillion has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Eastern District of Louisiana, cause number 2:05-CV-1154; Southern District of Texas, cause number H-05-0255.

Dated this 10th day of January 2006.

_____
JOSEPH R. ALEXANDER, JR.