FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 12  PM 3: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01998) | * | MAG. JUDGE KNOWLES |
| *Chambers, et al. v. Merck & Co., Inc., et al.,* (E.D. La. 2:05-cv-01997) | * | |
| *Heintz, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-00982) | * | |
| *Gray, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01256) | * | |
| *Malek v. Rosenberg, et al.* (E.D. La. 2:05-cv-03794) | * | |
| *Pescatello v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01255) | * | |
| *Silva, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01999) | * | |
| *Whittaker, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01257) | * | |

* * * * * * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL AND SUBSTITUTION

Pursuant to Local Rule 83.7(b), Kenneth F. Baum hereby gives notice of his withdrawal of appearance on behalf of Merck & Co., Inc. in the above-referenced cases. The reason for this withdrawal is that Attorney Baum will be leaving the firm of Wiggin and Dana LLP on January

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

13, 2006. Attorneys Alan G. Schwartz and Kiran K. Ghia have previously filed appearances in these matters on behalf of Merck & Co., Inc., and will continue to act as counsel on its behalf.

Dated: January 12, 2006.

    Respectfully submitted,

    */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    Carmelite M. Bertaut, 3054
    Stone Pigman Walther Wittmann L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax: 504-581-3361

    Defendants' Liaison Counsel

    Kenneth F. Baum (ct23556)
    Wiggin and Dana LLP
    One Century Tower
    P.O. Box 1832
    New Haven, CT  06508
    Telephone:  (203) 498-4400
    Fax:  (203) 782-2889
    kbaum@wiggin.com
    Fax: 203-782-2889

    Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Withdrawal and Substitution** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 12th day of January, 2006.

_____

Dorothy H. Wimberly