COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 12 PM 3: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| ALL FOREIGN CLASS | ) | JURY TRIAL DEMANDED |
| ACTION COMPLAINTS | ) | |
| | ) | |
| MDL Nos. 05-3383, 05-4185, 05-2914, | ) | |
| 05-5083, 05-5331, 05-451, 05-2933, | ) | |
| 05-5603 | ) | |
| | ) | |

## MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR MEMORANDUM IN SUPPORT OF DEFENDANT MERCK & CO., INC.'S MOTION TO DISMISS THE FOREIGN CLASS ACTIONS OR, IN THE ALTERNATIVE, STRIKE THE FOREIGN CLASS ALLEGATIONS

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations. The memorandum addresses the reasons why the foreign class actions, which include purported classes from countries as far afield as Australia, South Africa, Italy and Israel, should be dismissed. Merck requests that it be granted seven (7) additional pages, for a total of thirty-two (32) pages for its supporting memorandum.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____ 786273v.1
___ Doc. No _____

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted seven (7) additional pages, for a total of thirty-two (32) pages for its Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:  504-581-3361

Defendants' Liaison Counsel

786273v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations.has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 12th day of January, 2006.

786273v.1