U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 1 3 2006
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Personal | * | |
| Injury Class Action Complaints Pending | * | MAGISTRATE JUDGE KNOWLES |
| or Subject to Transfer to MDL 1657 | * | |

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted seven (7) additional pages, for a total of thirty-two (32) pages for its Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations.

NEW ORLEANS, LOUISIANA, this 13 day of Feb , 2006.

DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____ 86273v.1
Doc. No_____