BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VIOXX ) | MDL DOCKET NO. 1657 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE FALLON |
| ) | |
| _____ ) | |
| JACQUELINE PUGH ) | MDL CASE NO. CA 05-5420 L (3) |
| ) | |
| Plaintiff, ) | |
| ) | |
| - VS - ) | Originally filed in the United States |
| ) | District Court for the Eastern Division of |
| MERCK & CO., INC. ) | Texas, Beaumont Division |
| ) | Civil Case No. 1:05 CV 0640 |
| Defendant ) | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 1 3 2006
LORETTA G. WHYTE
CLERK

## MOTION TO EXTEND TIME TO FILE
## PLAINTIFF'S PROFILE FORM FOR JACQUELINE PUGH

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Jacqueline Pugh by and through her counsel, and respectfully requests an extension of time to file her Plaintiffs' Profile Form as required by Pretrial Order No. 18B, and in support thereof, would respectfully show the following:

### I. Background

Jacqueline Pugh is a Plaintiff in the Vioxx Product Liability Litigation. As of the date of filing this lawsuit, Plaintiff resided in Nederland, Texas. On September 25, 2005, Plaintiff's home on the Texas Gulf Coast was affected by Hurricane Rita. It is the understanding and belief of Plaintiff's counsel, that Ms. Pugh has been displaced by the storm. As of the date of this filing, Plaintiff's whereabouts are unknown.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## II. Motion for Extension of Time

Despite diligent efforts, counsel for Plaintiff have been unable to contact her by telephone or by mail. Plaintiff counsel's efforts to locate Ms. Pugh have been continuous for the past several months, but due to the destruction of property in the area of Ms. Pugh's residence, Plaintiff's counsel has not found her.

Pending the Court's decision regarding Plaintiff's Motion and in order to meet all applicable deadlines, Plaintiff has filed a Plaintiff's Profile Form pursuant to Pretrial Order No. 18. However, this form does not include the required authorizations, and is lacking certain responses.

Plaintiff respectfully requests that the Court grant an extension of time to file a Ms. Pugh's Plaintiff Profile Form for a period of two (2) months, for good cause shown. Once Plaintiff is successfully located, Plaintiffs will substitute a completed Plaintiff's Profile Form to include all required information.

## III. Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court will grant a two-month extension to file Plaintiff's Profile Form and for such other and further relief to which Plaintiff may show herself justly entitled.

Respectfully Submitted,

JACKS LAW FIRM

By: _____
Tommy Jacks
State Bar No. 10452000
Mark Guerrero
State Bar No. 24032377
One Congress Plaza

111 Congress Avenue, Suite 1010
Austin, TX 78701
512/478-4422
512/478-5015 fax

## CERTIFICATE OF CONFERENCE

I hereby certify that I have made efforts to contact counsel for Defendant Merck & Co., John Poulos of Hughes Hubbard and Reed by telephone and/or e-mail to determine if said Defendant opposes this Motion, but have not received Defendant's response as of the date of the filing of this Motion. To the extent I receive a response from said Defendant, I will supplement this Certificate of Conference.

Mark Guerrero

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Extend Time to File Plaintiff's Profile Form for Jacqueline Pugh has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by U.S. Mail in accordance to PreTrial Order No. 8 on this 10th day of January, 2006.

Mark Guerrero

Richard L. Josephson
Baker Bott LLP
910 Louisiana
Houston, Texas 77002
tel: (713) 229-1234
fax: (713) 229-1522

Wilfred P. Coronato
John N. Poulos
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, 07302-3918

Page 3

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
phone: 504-581-4892
fax: 504-561-6024

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRCT LITIGATION

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL DOCKET NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | JUDGE FALLON |
| | ) | |
| JACQUELINE PUGH | ) | MDL CASE NO. <u>CA 05-5420 L (3)</u> |
| Plaintiff, | ) | |
| - VS - | ) | Originally filed in the United States District Court for the Eastern Division of Texas, Beaumont Division |
| MERCK & CO., INC. | ) | Civil Case No. 1:05 CV 0640 |
| Defendant | ) | |

### ORDER

ON THIS DAY, came on to be heard Plaintiff's Motion to Extend Time to File Plaintiff's Profile Form for Jacqueline Pugh. After considering Plaintiff's Motion and Defendant's response, if any, the Court is of the opinion that Plaintiff's Motion should be GRANTED, and hereby

ORDERS Plaintiff's deadline to file her Plaintiff Profile Form is extended until March 11, 2006.

SIGNED on this _____ day of _____, 2006.

HONORABLE ELDON FALLON

# JACKS LAW FIRM

TOMMY JACKS PC · JAMES L. (LARRY) WRIGHT · MARK GEORGE EINFALT
LAURA RUTH JACKS · MARK GUERRERO

## FACSIMILE TRANSMISSION

Transmission Date:   January 11, 2006

Style:

Transmitted To:   Clerk U.S. District Court

Facsimile No.:   504-589-6966

Transmitted By:   Waylon Stengler

Transmitted For:   Mark Guerrero

Number of Pages Transmitted (including cover sheet): 7

Original Will Not Follow:   __X__
Original Will Follow:   _____

**NOTES:**   *Jacqueline M. Pugh v. Merck & Co., Inc., et al*, MDL Case Number CA 05-5420 L (3)

Should you encounter any difficulties with the reception and/or quality of this transmission, please call us at 512-478-4422.

### Confidentiality Note

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# Jacks Law Firm

TOMMY JACKS PC ♦ LAURA RUTH JACKS ♦ MARK GUERRERO

File
BW

January 10, 2006

**VIA FACSIMILE**

U.S. District Clerk for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      RE:    *Jacqueline M. Pugh v. Merck & Co., Inc., et al*, Before the Judicial Panel on
             Multidistrict Litigation, MDL Docket No. 1657.
             MDL Case Number CA 05-5420 L (3)

Dear Clerk:

Enclosed for filing please find the following documents:

    1. Motion to Extend Time to File Plaintiff's Profile Form for Jacqueline Pugh;
    2. Order

Pursuant to Pretrial Order 8 we ask that you file these documents in the case above. The attached document will be uploaded to Lexis Nexis as soon as the Pugh file is available online. Currently this case is not available on Lexis Nexis File and Serve.

Thank you for your assistance in this matter. Please give me a call if you have any questions.

                                          Sincerely,

                                          Waylon Stengler
                                          Legal Assistant

Enclosures
Via U.S. Mail
cc: Richard L. Josephson
     Wilfred P. Coronato
     John N. Poulos
     Russ M. Herman
     Phillip Wittmann