# Jacks Law Firm

TOMMY JACKS PC ♦ LAURA RUTH JACKS ♦ MARK GUERRERO



January 12, 2006

**VIA FACSIMILE**

U.S. District Clerk for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: *Jacqueline M. Pugh v. Merck & Co., Inc., et al*, Before the Judicial Panel on Multidistrict Litigation, MDL Docket No. 1657.
MDL Case Number CA 05-5420 L (3)

Dear Clerk:

Defendant Merck has agreed to a thirty-day extension in submitting Ms. Pugh's Plaintiff Profile Form. Therefore, we send this letter withdrawing our Motion to Extend Time to File Plaintiff's Profile Form for Jacqueline Pugh, which was filed with the court via facsimile on January 11, 2006. Currently this case is not available on Lexis Nexis File and Serve; therefore the motion was not uploaded but served by hard copy.

Thank you for your assistance in this matter. Please give me a call if you have any questions.

Sincerely,

Waylon Stengler
Legal Assistant

Enclosures
cc: Richard L. Josephson (via U.S. Mail)
    Wilfred P. Coronato (via U.S. Mail)
    John N. Poulos (via U.S. Mail)
    Russ M. Herman (via U.S. Mail)
    Phillip Wittmann (via U.S. Mail)

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

ONE CONGRESS PLAZA ♦ 111 CONGRESS AVENUE ♦ SUITE 1010 ♦ AUSTIN, TEXAS 78701-4073
(512) 478-4422 ♦ FAX (512) 478-5015 ♦ www.jackslawfirm.com