```
                                                    FILED
                                            U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF LA

                                           2006 JAN 13  PM 1:55

                                            LORETTA G. WHYTE
                                                  CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROL CUMMINGS, | * | CIVIL ACTION NO. 05-6273 |
| DONNA HOLIAN, | * | MDL 1657 |
| JOHN HARDY, HUSBAND OF/AND | * | |
| GRETA HARDY, | * | JUDGE FALLON |
| JOHN SHEA, HUSBAND OF/AND | * | |
| JOAN SHEA, | * | MAGISTRATE KNOWLES |
| EARL MORROW, HUSBAND OF/AND | * | |
| KAREN MORROW, | * | |
| MACK REINE, JR., HUSBAND OF/AND | * | |
| JULIETTE REINE, | * | |
| LETITIA DEFILLO, and | * | |
| REGINA MARTIN | * | |
| | * | |
| VERSUS | * | |
| | * | |
| PFIZER, INC. AND | * | |
| MERCK & CO., INC. | * | |

* * * * * * * * * * * * * * * * * * * *

### DEFENDANT PFIZER INC.'S
### CORPORATE DISCLOSURE STATEMENT

PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure Statement, and states:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.



1

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 13th day of January, 2006.

_____

2