FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17  AM 11: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN PLUNKETT, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

**NOTICE OF RECORDS DEPOSITION OF DR. MICHAEL ALLAN GRAHAM, M.D.**

TO:   Andy D. Birchfield, Jr.
      BEASELY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
      218 Commerce Street
      Montgomery, AL  36103-4160

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

795206v.1

DATE:       JANUARY 20, 2006

TIME:       9:00 A.M.

LOCATION:   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
            Courthouse Place
            54 West Hubbard Street
            Chicago, Illinois 60610

Please take notice that Merck & Co, Inc. will take the records deposition of Dr. Michael Alan Graham, M.D. Dr. Michael Alan Graham, M.D. is requested to produce prior to or at the deposition the documents described on Attachment A to the Subpoena Duces Tecum which is being served in this matter. No appearance is required if the documents are provided prior to the time of the deposition.

You are invited to participate as you deem fit.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

795206v.1

                                      Phillip Beck
                                      Tarek Ismail
                                      BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                                      54 West Hubbard Street, Suite 300
                                      Chicago, Illinois  60610
                                      Phone: 312-494-4400
                                      Fax:    312-494-4440

                                      Attorneys for Merck & Co., Inc.

Dated: January 16, 2006

795206v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Records Deposition has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 16th day of January, 2006.

_Dorothy H. Wimberly_