MINUTE ENTRY
FALLON, J.
JANUARY 12, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. In attendance on behalf of Plaintiffs were Leonard Davis, Gerald Meunier, Bonnie Zakotnik, Irving Warshauer, Chris Seeger (by phone), and Richard Arsenault. In attendance for Defendant were Phil Wittmann, Doug Marvin (by phone), and Eric Newberg. Counsel discussed the schedule for upcoming trials. Currently, the *Diaz* case will proceed to trial on March 13, 2006, although the Court is monitoring the progress of discovery and pretrial preparations. The Court shall meet with counsel in the coming weeks to discuss "pools" of cases picked by Plaintiffs and Defendants as appropriate for trial.

IT IS ORDERED that the Court shall hear oral argument regarding the issues surrounding the New England Journal of Medicine on Tuesday, January 17, 2006 at 1:30 p.m.

JS10(00:20)

1