IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 JAN 10 PM 12: 05
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br> Section L |
| This Document Relates to: | JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| ELAINE BOSSELL, individually and as Successor-In-Interest of the Estate of BESSIE KIND, Deceased; | DOCKET NO. 02:05cv4132 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant Merck & Company, Inc. that the Complaint of Plaintiff Elaine Bossell, individually and as Successor-In-Interest of the Estate of Bessie Kind, deceased, with respect to Docket No. 02:05cv4132 filed in the U.S. District Court for the Eastern District of Louisiana, may be and is hereby voluntarily dismissed with prejudice. The parties shall each bear their own costs.

FURTHER, IT IS HEREBY STIPULATED AND AGREED that should Plaintiff Elaine Bossell, individually and as Successor-In-Interest of the Estate of Bessie Kind, attempt to refile her claims against Merck, they shall do so only by filing it in the United States District Court in which venue would be proper and without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. §1332 and without opposition to transfer to MDL-1657, VIOXX® Products Liability Litigation.

Considering the above and foregoing; IT IS ORDERED, ADJUDGED AND DECREED that the Complaint as to plaintiff, Elaine Bossell, individually and as Successor-In-Interest of the

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No _____

Estate of Bessie Kind, deceased, be and the same is hereby dismissed with prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this 13 day of Jan _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: 1/6 , 2006

_____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
   Of
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

Attorney for Plaintiff

Dated: 1/9 , 2006

_____
Richard C. Stanley, SBN 8487
Bryan C. Reuter, SBN 23910
Thomas P. Owen, Jr., SBN 28181
   Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Fax: (504) 524-0069

Phillip A. Wittmann, SBN 13625

        Dorothy H. Wimberly, SBN 18509
        Carmelite M. Bertaut, SBN 3054
            Of
        STONE PIGMAN WALTHER WITTMANN, L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130
        Telephone: (504) 581-3200
        Fax: (504) 581-3361
        Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I certify that on ~~December~~ January 10, 2006, a copy of this Stipulation and Order of Dismissal was mailed to:

>Richard C. Stanley
>Bryan C. Reuter
>Thomas P. Owen, Jr.
>STANLEY, FLANAGAN & REUTER, L.L.C.
>909 Poydras Street, Suite 2500
>New Orleans, LA 70112
>
>Phillip A. Wittman
>Dorothy H. Wimberly
>Carmelite M. Bertaut
>Stone Pigman Walther Wittman, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130
>Defendants' Liaison Counsel
>
>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>Herman, Herman, Katz & Cotlar, LLP
>3411 Richmond Ave., Suite 460
>Houston, TX 77046
>Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

~~Sonmi Carvalho~~