UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 10 PM 12: 12

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Eddie Thomas, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-05126) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL
### OF THE CASE OF
### EDDIE THOMAS

It is stipulated by the parties that EDDIE THOMAS may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Eddie Thomas, is re-filed, it must be filed in federal court.

Scott A. Smith (#174026)
Amanda M. Cialkowski (#306514)
Jan R. McLean Bernier (#0307853)
HALLELAND LEWIS NILAN &
   JOHNSON, P.A.
U.S. Bank Plaza, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-338-1838
Facsimile: 612-338-7858

Attorneys for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

1

_[signature]_
Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: January 4, 2006

IT IS SO ORDERED.

_[signature]_
Judge

_Jan 13, 2006_
Date

2