FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 10  PM 3: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL NO 1657 |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO** *Sanchez v. Merck & Co., Inc, et al.,* **No. 05-0559, previously filed as 7:04-CV-00352; S.D. Tex.**

---

### MERCK'S MOTION FOR SUBSTITUTION OF COUNSEL

---

1. Defendant Merck & Co., Inc. ("Merck") files this Motion to Substitute Charles A. Deacon, Attorney-in-Charge, and the law firm of Fulbright & Jaworski L.L.P. as counsel for Merck in place of Richard L. Josephson and the law firm of Baker Botts L.L.P.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. This substitution of counsel is agreed to by Merck.

Defendant Merck respectfully requests that the Court grant this Motion and all other just relief.

30913737.1

                                      Respectfully submitted,

                                      BAKER BOTTS, L.L.P.

                                      By_____
                                           Richard L. Josephson
                                           State Bar No. 11031500
                                           Federal ID No. 04614
                                    One Shell Plaza
                                    910 Louisiana Street
                                    Houston, Texas 77002-4995
                                    Telephone: (713) 229-1234
                                    Telecopier: (713) 229-1522

                                    **Withdrawing Attorney-in-Charge for**
                                    **Defendant Merck & Co., Inc.**

OF COUNSEL:

Travis Sales
State Bar No. 17532080
Federal ID No. 09173
Maryanne Lyons
State Bar No. 00787937
Federal ID No. 17547
W. Zachary Hughes
State Bar No. 24032441
Federal ID No. 30097
Baker Botts, L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Telecopier: (713) 229-1522

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Charles A. Deacon
State Bar No. 05673300

300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

**Substituting Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Thomas A. Countryman, Senior Counsel
State Bar No. 04888100
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Mr. Rene O. Oliviera
Mr. Victor V. Vicinaiz
Roerig, Oliviera & Fisher, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520-8718
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Mr. Jaime A. Saenz
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522-2155
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion for substitution of counsel has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via facsimile and/or United States Mail, postage prepaid on ~~October~~ January 10, 2006.

| | |
|---|---|
| Mr. Ricardo A. Garcia | T. Scott Allen |
| Law Offices of Ricardo A. Garcia | Cruse, Scott, Henderson & Allen, L.L.P. |
| 820 South Main | 2777 Allen Parkway, 7th Floor |
| McAllen, Texas 78501 | Houston, Tx 77019 |

_____
Charles A. Deacon