**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  VIOXX                                       )   MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION   )
                                                         )   SECTION: L
                                                         )
                                                         )   JUDGE FALLON
                                                         )

*THIS DOCUMENT RELATES TO:*
*Edna Gardner vs. Merck & Co., Inc., No. 2:05cv3482*
*(previously 1:05CV1261)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_Jan 13, 2006_                    _[signed]_
Date                                      United Stated District Judge

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___