**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17 PM 2: 38

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX | ) MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION | ) |
| | | ) SECTION: L |
| | | ) |
| | | ) JUDGE FALLON |
| | | ) |

**THIS DOCUMENT RELATES TO:**
*James Moore, Jr. vs. Merck & Co., Inc., No. 2:05cv3513*
*(previously 1:05CV1301)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

Jan 13, 2006
Date

_____
United Stated District Judge

___ Fee_____
___ Process_____
___ ___
___ CtRmDep_____
___ Doc. No._____