**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17  PM 2:38

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX ) MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION )
         ) SECTION: L
         )
         ) JUDGE FALLON
         )

*THIS DOCUMENT RELATES TO:*
*Shirley Stalter and Karl Stalter vs. Merck & Co., Inc., No. 2:05cv3536 (previously 1:05CV1343)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

Jan 13, 2006
Date

_____
United Stated District Judge

\_\_ Fee _____
\_\_ Process \_\_\_\_\_
X  Dktd _____
✓  CtRmDep \_\_\_\_\_
\_\_ Doc. No. \_\_\_\_\_