# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                               )   MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION    )
                                         )   SECTION: L
                                         )
                                         )   JUDGE FALLON
                                         )

**THIS DOCUMENT RELATES TO:**
*Lee Scott and Angela Scott vs. Merck & Co., Inc.*, No. 2:05cv3173 (previously 1:05CV1163)

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

Jan 13, 2006
Date

_____
United Stated District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____