FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 10 PM 3: 16
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
)

**THIS DOCUMENT RELATES TO:**
*Paul Mundo, Jr. and Mary Jane Mundo, Jr. vs. Merck & Co., Inc.*, No. 2:05cv3461
(previously 1:05CV1230 OHND USDC)

### MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best interests of the clients that he remains as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiffs, Paul Mundo, Jr. and Mary Jane Mundo, Jr., 2180 Howland-Wilson N.E., Warren, OH 44484, Phone No. 330-856-1495.

Respectfully submitted,

_____
STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing *Motion To Withdraw As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of January, 2006.

Robert A. Bunda (0019775)
Rebecca C. Sechrist (0036825)
Bunda Stutz & DeWitt, PLL
One SeaGate, Suite 650
Toledo, OH  43604
419-241-2777
FAX: 419-241-4697
rabunda@bsd-law.com
sechrist@bsd-law.com
***Counsel for Defendant
Merck & Co., Inc.***

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA  70170
504-581-4892
FAX: 504-561-6024
rherman@hhkc.com
***Plaintiff's Liaison Counsel***

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA  70130
504-581-3200
Current phone: 225-490-8900
FAX: 504-581-3361
pwittmann@stonepigman.com
***Defendant's Liaison Counsel***

Paul Mundo, Jr.
Mary Jane Mundo, Jr.
2180 Howland-Wilson N.E.
Warren, OH  44484
*330-856-1495*
*Plaintiffs*

_____
**STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)**
Counsel for Plaintiffs

2