### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17  PM 2: 38

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX                                    )   MDL NO. 1657
           PRODUCTS LIABILITY LITIGATION    )
                                             )   SECTION:  L
                                             )
                                             )   JUDGE FALLON
                                             )

**THIS DOCUMENT RELATES TO:**
*Paul Mundo, Jr. and Mary Jane Mundo, Jr. vs. Merck & Co., Inc., No. 2:05cv3461*
*(previously 1:05CV1230)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____                    _____
Date                                                                   United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____