UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17 PM 2:39

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:   VIOXX<br>          PRODUCTS LIABILITY LITIGATION | )   MDL NO. 1657<br>)<br>)   SECTION: L<br>)<br>)   JUDGE FALLON<br>) |

**THIS DOCUMENT RELATES TO:**
*Richard Tock and Janet Tock vs. Merck & Co., Inc.*, No. 2:05cv3556 *(previously 1:05CV1371)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____Jan 13 2006_____          _____[signature]_____
Date                                               United Stated District Judge

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
Doc. No._____