## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17 PM 2: 39

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Charles Wireman and Charlene Wireman vs. Merck & Co., Inc., No. 2:05cv2943 (previously 1:05CV1179)*

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

Jan 13, 2006
Date

United Stated District Judge

Fee
Process
X  Dktd
CtRmDsp
Doc. No.