# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | |

**THIS DOCUMENT RELATES TO:**
*Denzil Mahon and Julie Mahon vs. Merck & Co., Inc., No. 2:05cv2938*
*(previously 1:05CV1166 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_Jan 13, 2006_                     _[signed] Eldon E. Fallon_
Date                                United States District Judge

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No _____
```