UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX )<br>   Products Liability Litigation )<br> )<br> )<br>**This Document Relates to:** )<br>No.: 2:05-CV-02562-EEF-DEK )<br>KATHLEEN E. BROWN, )<br>Special Administrator of the Estate of )<br>ROSS SILVESTRI BROWN, Deceased, )<br> )<br>        v. )<br> )<br>MERCK & CO., INC., a corporation, *et al.*, ) | MDL 1657<br><br>SECTION: L<br><br>The Honorable Judge Fallon<br>Magistrate Judge Knowles |

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JAN 11 2006 LORETTA G. WHYTE CLERK*

## MOTION TO APPEAR AS ADDITIONAL COUNSEL OF RECORD

Sheri L. Tarr of WEITZ & LUXENBERG, P.C., hereby moves this Court to grant this Motion to Appear as Additional Counsel of Record on behalf of Plaintiff, KATHLEEN E. BROWN, Special Administrator of the Estate of ROSS SILVESTRI BROWN, Deceased, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon SHERI L. TARR of WEITZ & LUXENBBERG, P.C., *A New York Professional Corporation*, 180 Maiden Lane, New York, New York, 10038-4925.

Dated: January 10, 2006

Respectfully submitted,

*/s/ Sheri L. Tarr*

SHERI L. TARR
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038-4925
Telephone: 212/558-5500
Fax: 212/363-2721
E-mail: starr@weitzlux.com

___ Fee _____
___ Process _____
X   Dktd _____
✓   CtRmDep _____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2006, a true and correct copy of the Motion to Appear as Additional Counsel of Record and Proposed Order was served upon the counsel of record listed on the attached Service List *via* facsimile and regular U.S. Mail by the hour of 5:00p.m.

By: _____
Liana Yuabova

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

*IN RE*: VIOXX PRODUCTS LIABILITY LITIGATION
MDL 1657

<u>**Kathleen E. Brown, Special Administrator of the Estate of Ross Silvestri Brown, Deceased**</u>
<u>***v. Merck & Co., Inc., et al.***</u>
*Docket No.: 2:05-CV-02562*

Andrea H. Kott
McBreen, Kopko, McKay & Nora
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606

Edward B. Ruff, III
Pretzel & Stouffer
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Norma C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

John N. Poulos
Hughes Hubbard & Reed LLP
101 Hudson Street
Suite 3601
Jersey City, N.J. 07302-3908

Julie M. Kennedy
Johnson & Bell, Ltd.
55 E. Monroe Street
Suite 4100
Chicago, IL 60603-5803

cc: Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keef Avenue
New Orleans, LA 70113