UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17 PM 2:38

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL 1657 |
| | SECTION: L |
| **This Document Relates to:**<br>No.: 2:05-CV-02562-EEF-DEK<br>KATHLEEN E. BROWN,<br>Special Administrator of the Estate of<br>ROSS SILVESTRI BROWN, Deceased,<br>v.<br>MERCK & CO., INC., a corporation, *et al.*, | The Honorable Judge Fallon<br>Magistrate Judge Knowles |

**ORDER**

Considering the foregoing Motion to Appear as Additional Counsel of Record,

**IT IS HEREBY ORDERED** that SHERI L. TARR and the law firm of WEITZ & LUXENBERG, P.C., be enrolled as additional counsel of record for Plaintiff, KATHLEEN E. BROWN, Special Administrator of the Estate of ROSS SILVESTRI BROWN, Deceased, and that all notices given or required to be given, and all papers served or required to be served, be given to and served upon SHERI L. TARR of WEITZ & LUXENBBERG, P.C., *A New York Professional Corporation*, 180 Maiden Lane, New York, New York, 10038-4925.

Dated this day: 13 of January, 2006

UNITED STATES DISTRICT JUDGE

Sheri L. Tarr
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038-4925
Telephone: 212/558-5500
Fax: 212/363-2721
Counsel for Plaintiff

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____