UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 12 PM 5: 01
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
　　　PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

..................................................

THIS DOCUMENT RELATES TO:
*Mitchell v. Merck & Co., Inc.*, No. 2:05cv04796 L (3) (previously 3:05-cv-0564 SDIL USDC)

## STIPULATION OF DISMISSAL

AND NOW, this 13th day of January, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees.

　　　This Stipulation is filed on behalf of plaintiff STEVEN MITCHELL and defendant Merck & Co., Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_[signature]_
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted by:

BROWN & CROUPPEN, P.C.

_____
John J. Driscoll, IL Bar #6276464
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF
STEVEN MITCHELL

ATTORNEY FOR DEFENDANT
MERCK

BRYAN CAVE LLP

_____
By: Stephen G. Strauss E.D. Mo. #84402
Dan H. Ball E.D. Mo. #2555
Robert T. Ebert, Jr. E.D. Mo. #3035
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 fax
sgstrauss@bryancave.com

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on the 29th day of December 29, 2005 a true and correct copy of Steven Mitchell's Stipulation for Dismissal, without prejudice, was served on counsel named below via Federal Express for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO  63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

Brandi L. Lape, Paralegal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Stipulation for Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. **8,** on this 4th day of January, 2006.

| | |
|---|---|
| Grant L. Davis<br>Thomas C. Jones<br>Scott S. Bethune<br>Timothy L. Brake<br>Shawn G. Foster<br>Davis, Bethune & Jones, LLC<br>1100 Main Street, Suite 2930<br>P.O. Box 26250 Kansas City,<br>MO 64196 | Wm. Dirk Vandever<br>The Popham Law Firm, P.C.<br>323 W. 8th Street, Suite 200<br>Kansas City, MO 64105<br><br>Mark B. Hutton<br>Andrew W. Hutton<br>Hutton & Hutton Law Firm, L.L.C.<br>P.O. Box 638<br>Wichita, KS 67201-0638 |
| Thomas P. Cartmell<br>Brian J. Madden<br>Thomas J. Preuss<br>Wagstaff & Cartmell LLP 4740<br>Grand Avenue, Suite 300<br>Kansas City, MO 64112 | Gene E. Schroer<br>115 S.E. 7th Street<br>P.O. Box 2667<br>Topeka, KS 66601-2667 |
| J. Scott Bertram<br>The Bertram Law Firm, LLC<br>9229 Ward Parkway, Suite 107<br>Kansas City, MO 64114 | Neil A. Dean<br>Rice, Dean, & Kelsey L.L.C<br>The Liberty Building<br>214 SW 6th St., Ste 305<br>Topeka, KS 66603 |

Scott W. Sayler
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Kenneth B. McClain
Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, Missouri 64050

James Bandy
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108

Lon Walters
The Walters Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

Ann Schiavone
The Schiavone Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

William R. Robb
901 St. Louis Street, Suite 1600
Springfield, MO 65806

M. Scott Montgomery
The Montgomery Law Firm, LLC
3432 Culpepper Court, Suite A
Springfield, MO 65804

James P. Frickleton
Bartimus, Frickleton et al.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Kirk Goza
Brad Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P. O. Box 482355
Kansas City, MO 64148-2355

Wayne S. Spivey
Sager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103


_____
Brandi L. Lape, Paralegal