UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
  PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
  ALL CASES

## ORDER

IT IS ORDERED that the Motions to Stay Transfer to MDL (Rec. Docs. 2617, 2618, 2619, 2620, 2621, 2622) are DENIED.

New Orleans, Louisiana, this ___13th___ day of __January__, 2006.

_____
UNITED STATES DISTRICT JUDGE