UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Personal Injury Class Action Complaints Pending or Subject to Transfer to MDL 1657 | * | MAGISTRATE JUDGE KNOWLES |

## MOTION AND ORDER FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file the attached Exhibit 5 to its Opposition to Plaintiffs' Steering Committee's Motion for Class Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death under seal. Exhibit 5 contains medical information regarding plaintiff Raymond Gibney.

LA2:781540.1

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted leave to file Exhibit 5 under seal.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Order for Leave to File Exhibit Under Seal has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of January, 2005.

*/s/ Dorothy H. Wimberly*

LA2:781540.1

790227v.1