

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Personal Injury Class Action Complaints Pending or Subject to Transfer to MDL 1657 | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion and Order to File Exhibit Under Seal,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the exhibit attached hereto under seal.

NEW ORLEANS, LOUISIANA, this 13 day of Jan, 2006.

_____
DISTRICT JUDGE

LA2:781540.1

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____