| STATE OF NEW YORK | COUNTY | U. S. DISTRICT COURT |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX # 05-CV-1277 | AND FILED ON October 6, 2005 | NORTHERN DISTRICT |
| ATTORNEY(S) Cherundolo, Bottar & Leone, P.C. | Debra A. Remaley, Prlgl. | |

Charlotte E. Fischette                                                                Plaintiff(s)/Petitioner(s)

vs

Merck & Co., Inc.                                                                     Defendant(s)/Respondent(s)

County of **Somerset**, State of **NJ** I, **Larry Van Sertima** being duly sworn deposes and says:

Deponent is not a party herein, and is over 18 years of age.

On **November 30, 2005** at **11:38 A** M.,
at **one Merck Drive, Whitehouse Station, NJ 08889**

deponent served the within
  Summons in a Civil Case, Complaint (Jury Trial Demanded)
  Notice / General Oder #25 (Filing Order)

ON:  **Merck & Co., Inc.**, **Defendant** (herein called recipient) therein named

**INDIVIDUAL** [ ]  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [X]  A **Foreign** corporation, by delivering thereat a true copy of each to **Joan Dearborn** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **Administrative Associate / Legal Benefits** thereof.

**SUITABLE AGE PERSON** [ ]  by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ]  by affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
  Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
  Day_____ Date_____ Time_____ Day_____ Date_____ Time_____

**MAILING COPY** [ ]  Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence  [ ] place of employment at:_____
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____.
[ ] The mailing was made by certified mail (Receipt No._____) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

**DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **F**   Color of skin **White**   Color of hair **Brown**   Approx. Age **30'S**   Approx. Height **5'6**
Approx. weight **140**   Other _____

**WITNESS FEES** [ ]  $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ]  Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [X]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

  __ Fee_____
  X Process_____
  X Dktd_____
  __ CtRmDep_____
  __ Doc. No_____

Sworn to before me on this **1st** day of **December, 2005**

X _Ana Giordano_                   x _Larry Van Sertima_
NOTARY PUBLIC                        Print Name Below Signature
                                     Server **Larry VanSertima**

**TINA GIORDANO**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 3/11/08**

N. H. Laquidari & Associates
120 Highland Avenue
Syracuse, NY 13203
315-471-4448

Invoice•Work Order # 0502502