IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED JAN - 6 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| RONNIE HOLT, TOMMY HOLT and BETTY WATSON | § § § |
| Plaintiffs, | § § |
| v. | § § |
| MERCK & COMPANY, INC. | § § |
| Defendant. | § § § |

05md1657

CIVIL CAUSE NO. CA-05-1145L (3)

JURY   05-1146

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIM AGAINST DEFENDANT MERCK & COMPANY, INC.

ON THIS DAY the Court considered Plaintiffs' Nonsuit of Defendant MERCK & COMPANY, INC. The Court, having given due consideration to the Nonsuit, is of the opinion that Plaintiffs' claims against said Defendants should be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's claim against Defendant MERCK & COMPANY, INC. is dismissed without prejudice to the refiling of the same in the future.

SIGNED this 13 day of December, 2005, New Orleans, Louisiana.

_____
JUDGE PRESIDING