UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1657<br><br>SECTION: L |
| This Document Relates To: *Gloria Singleton et al. v Merck & Co., Inc. et al.*, No. 2:05-cv-02576-EEF-DEK | * * * * | <br>Judge Fallon<br>Magistrate Judge Knowles |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Stephen H. Rovak and Deborah C. Druley of the law firm of Sonnenschein Nath & Rosenthal LLP and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Rovak's and Ms. Druley's motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for K-Mart Corporation in *Gloria Singleton et al. v. Merck & Co., Inc. et al.*, No. 2:05-CV-02576-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

K-Mart Corporation has informed Stephen H. Rovak and Deborah C. Druley that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

K-Mart Corporation has been notified of all deadlines and pending court appearances.

3181373

WHEREFORE, Stephen H. Rovak and Deborah C. Druley of the law firm of Sonnenschein Nath & Rosenthal LLP and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Rovak and Ms. Druley to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant K-Mart Corporation, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Stephen H. Rovak, E.D. Mo. #4218
Deborah C. Druley, E.D. Mo. #122923
One Metropolitan Square, Suite 3000
St. Louis, MO 63102
Telephone: (314) 241-1800

*Attorney for Defendant K-Mart Corporation*

and

THOMPSON COBURN, LLP

By _____
David A. Dick, #65275
Kelly E. Simon, #508033
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

*Attorneys for Defendant K-Mart Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 18th day of August, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

*Evelyn Connor* (signature)