UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 18 PM 12: 25
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| This Document Relates To: *Gloria Singleton et al. v Merck & Co., Inc. et al.*, No. 2:05-cv-02576-EEF-DEK | Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Kmart Corporation in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Stephen H. Rovak and Deborah C. Druley of the law firm of Sonnenschein Nath & Rosenthal LLP be permitted to withdraw, and hereby are withdrawn, as counsel for Kmart Corporation in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Kmart Corporation in this matter.

Dated:
1/17/06

_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3186341