# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  PM 12: 25

LORETTA G. WHYTE
      CLERK
```

| | |
|---|---|
| IN RE: VIOXX  *<br>PRODUCTS LIABILITY LITIGATION  * | MDL No. 1657 |
| * | |
| * | SECTION: L |
| * | |
| **This Document Relates To:** *Sammy Underwood et al. v.*  * | |
| *Merck & Co., Inc. et al.,* No. 2:05-cv-02571-EEF-DEK  * | Judge Fallon |
| * | Magistrate Judge Knowles |

*****************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Kmart Corporation in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Stephen H. Rovak and Deborah C. Druley of the law firm of Sonnenschein Nath & Rosenthal LLP be permitted to withdraw, and hereby are withdrawn, as counsel for Kmart Corporation in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Kmart Corporation in this matter.

Dated: 1/17/06

[signature: Eldon E. Fallon]

```
___ Fee_____
___ Process_____
 X  Dktd_____
 /  CtRmDep_____
___ Doc. No._____
```

3186343