FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -4  PM 4: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN PLUNKETT, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK") FOR ORDER EXPEDITING BRIEFING SCHEDULE ON MOTIONS TO QUASH AND SETTING DEADLINES FOR COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS

Defendant Merck, through undersigned liaison counsel, respectfully moves the Court for an Order requiring that: (i) any and all motions to quash the subpoenas issued by Merck to the Massachusetts Medical Society ("MMS") and the current and former editors of the New England Journal of Medicine ("NEJM") – including Gregory Curfman, M.D., Jeffrey Drazen, M.D., Robert Steinbrook, M.D., and/or Robert Utiger, M.D. – be submitted to the Court and served on counsel no later than 5 pm CST on Monday, January 9, 2006; and (ii) any oppositions to such

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

motions be submitted to the Court and served on counsel no later than 5 pm CST on Tuesday, January 10, 2006.  In addition, Merck requests that the Court set a telephonic hearing for the afternoon of Wednesday, January 11, 2006, to address such motions if they are filed.  Finally, Merck moves the Court to require that: (i) all depositions of NEJM employees for whom subpoenas have been issued be completed no later than January 23, 2006, the close of discovery in *Plunkett v. Merck & Co., Inc.*, 05-4046;[1] and (ii) all documents requested of MMS and the NEJM employees be produced no later than January 16, 2006.

As explained in Merck's letter to the Court dated December 28, 2005, it is critical that Merck be afforded an opportunity to fully defend against the allegations made in the recent NEJM editorial accusing Merck of withholding certain data related to the VIGOR study.  To this end, Merck seeks to take the depositions of a number of current and former NEJM employees, for whom Merck issued deposition subpoenas yesterday afternoon.  Merck also requests production of documents relevant to the controversy that has arisen over the NEJM editorial, per amended subpoenas issued to the NEJM employees and one additional subpoena issued to MMS earlier today.

Given the fast-approaching *Plunkett II* trial date and the abbreviated time period in which to conduct discovery, it is imperative that any motions to quash the depositions issued by Merck be resolved as soon as possible, so that timely compliance may proceed.  Merck thus requests an expedited schedule, as outlined above, for briefing and ruling on any motions to quash these subpoenas under Rule 45(c)(3)(A) of the Federal Rules of Civil Procedure.  For the same

---

[1]  Counsel for Dr. Steinbrook has advised that he is not available until January 25, 2006.  If the deposition cannot occur until this date, defendants will need relief from the scheduling order currently in place in this matter.

reasons, Merck requests that the noticed depositions be completed by January 23, 2006 and the requested documents be produced no later than January 16, 2006. The parties and NEJM have previously corresponded with the Court on this issue, so defendant's desire for expedited treatment of these issues should come as no surprise. Counsel for the NEJM employees, Paul W. Shaw, Esq., has agreed to the expedited schedule, and the idea of an expedited schedule was discussed with PSC members at yesterday's conference with the Court. Merck thus respectfully requests that the Court grant its motion for an expedited briefing schedule on motions to quash.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
4041 Essen Lane
One United Plaza, Suite 501
Baton Rouge, Louisiana 70809
Phone: 225-490-8900
Fax:   225-490-8960

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:   312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Incorporated Memorandum in Support of Motion for Expedited Briefing Schedule on Motions to Quash filed by Merck & Co., Inc. has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 4th day of January, 2006.

*Dorothy H. Wimberly*