UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  PM 12: 24

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                            *     MDL No. 1657
     PRODUCTS LIABILITY LITIGATION        *
                                                       *
                                                       *     SECTION: L
                                                       *
**THIS DOCUMENT RELATES TO** *Arline Anderson*    *
*et al v. Merck & Co., Inc.*, No. 2:05-cv-02572-EEF-DEK, *
previously filed as 4:05-cv-00089, E.D. Mo.         *
                                                       *     Judge Fallon
                                                       *     Magistrate Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

     The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Dahncke Pharmacy, Inc., in the above referenced case, hereby grants said motion.

     Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Dahncke Pharmacy, Inc. in this matter.

     It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Dahncke Pharmacy, Inc. in this matter.

Dated:

1/17/06

[Signature: Judge Fallon]

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

3265200