FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

2006 JAN 13  PM 5: 39

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | * |
| PRODUCTS LIABILITY LITIGATION | * |
| | * |
| | *    SECTION: L |
| | * |
| **THIS DOCUMENT RELATES TO** *Rosie-May Spann* | *    MDL 1657 |
| *et al v. Merck & Co., Inc.,* **No. 2:05-cv-05290-EEF-DEK,** | * |
| **previously filed as 3:05-cv-00315, S.D. Ill.** | *    Judge Fallon |
| | *    Magistrate Judge Knowles |

**************************************************

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL**

Pursuant to Local Rule 83.2.11, Lawrence B. Grebel of the law firm of Brown and James,

P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP

respectfully request this Court for an order granting Mr. Grebel's motion to withdraw and

substituting Mr. Dick and Mr. Struble as counsel for Medicine Express, Inc., d/b/a The Medicine

Shoppe, misnamed FHMS, Inc. in *Rosie-May Spann et al. v. Merck & Co., Inc. et al.,* No. 2:05-

cv-05290-EEF-DEK which is part of MDL 1657.  In support of their motion, counsel state:

1.      Medicine Express, Inc. has informed Lawrence B. Grebel that it has obtained

other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson

Coburn LLP to represent it in the above-referenced matter.

2.      David A. Dick and B. Matthew Struble are attorneys in good standing and

licensed to practice in the United States District Court for the Southern District of Illinois, the

jurisdiction where this matter was originally filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3265720

3.      Medicine Express, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Lawrence B. Grebel of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Grebel to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Medicine Express, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _____
Lawrence B. Grebel, #1041002
1010 Market Street, 20th Floor
St. Louis, Missouri  63101
(314) 421-3400  Telephone
(314) 421-3128  Facsimile

Attorneys for Defendant Medicine Express, Inc.

and

THOMPSON COBURN LLP

By: _____

David A. Dick, #06224792
B. Matthew Struble, #6282155
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile


Attorneys for Defendant Medicine Express, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this ⌊2⌋th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*