UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18 PM 12: 25

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| This Document Relates To: *Willie Mae Walker et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-03137-EEF-DEK, previously filed as 3:05-cv-00364, S.D. Ill. | Judge Fallon<br>Magistrate Judge Knowles |

***************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Courtney Pharmacies, P.C., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Lawrence B. Grebel of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby is withdrawn, as counsel for Courtney Pharmacies, P.C. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Courtney Pharmacies, P.C. in this matter.

Dated:
1/17/06

_____

3265184