UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 13  PM 5: 37

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| This Document Relates To: *Willie Mae Walker et al. v. Merck & Co., Inc. et al.,* No. 2:05-cv-03137-EEF-DEK, previously filed as 3:05-cv-00364, S.D. Ill. | Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Lawrence B. Grebel of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Grebel's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for MLM Pharmacy, Inc., d/b/a The Medicine Shoppe, misnamed Medicine Shoppe of Salem, Inc. in *Willie Mae Walker et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-03137-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. MLM Pharmacy, Inc., d/b/a The Medicine Shoppe has informed Lawrence B. Grebel that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Southern District of Illinois, the jurisdiction where this matter was originally filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

3265823

3. MLM Pharmacy, Inc., d/b/a The Medicine Shoppe has been notified of all deadlines and pending court appearances.

WHEREFORE, Lawrence B. Grebel of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Grebel to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant MLM Pharmacy, Inc., d/b/a The Medicine Shoppe, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _____
Lawrence B. Grebel, #1041002
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400 Telephone
(314) 421-3128 Facsimile

Attorney for Defendant MLM Pharmacy, Inc., d/b/a The Medicine Shoppe

and

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #06224792
B. Matthew Struble, #06282155
One US Bank Plaza
St. Louis, MO  63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant MLM Pharmacy, Inc.,
d/b/a The Medicine Shoppe

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 12th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email:  rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email:  pwittmann@stonepigman.com
*Liaison Counsel for Defendants*