

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  PM 12: 25

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| This Document Relates To: *Willie Mae Walker et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-03137-EEF-DEK, previously filed as 3:05-cv-00364, S.D. Ill. | Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant MLM Pharmacy, Inc., d/b/a The Medicine Shoppe, misnamed Medicine Shoppe of Salem, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Lawrence B. Grebel of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby is withdrawn, as counsel for MLM Pharmacy, Inc., d/b/a The Medicine Shoppe in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for MLM Pharmacy, Inc., d/b/a The Medicine Shoppe in this matter.

Dated:
1/17/06

[signature]

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

3265830