UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION <br> <br> THIS DOCUMENT RELATES TO *John G. Smith, Jr. v. Merck & Co., Inc.*, No. 2:05-cv-05003-EEF-DEK, previously filed as 3:05-cv-00529, S.D. Ill. | MDL No. 1657 <br><br> SECTION: L <br><br> Judge Fallon <br> Magistrate Judge Knowles |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Lawrence B. Grebel of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Grebel's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Eisele's Caseyville Pharmacy, Inc. in *John G. Smith, Jr. v. Merck & Co., Inc. et al.*, No. 2:05-cv-05003-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1.  Eisele's Caseyville Pharmacy, Inc. has informed Lawrence B. Grebel that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.  David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Southern District of Illinois, the jurisdiction where this matter was originally filed.

3265275



3.      Eisele's Caseyville Pharmacy, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Lawrence B. Grebel of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Grebel to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Eisele's Caseyville Pharmacy, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _____
Lawrence B. Grebel, #1041002
1010 Market Street, 20th Floor
St. Louis, Missouri  63101
(314) 421-3400  Telephone
(314) 421-3128  Facsimile

Attorney for Defendant Eisele's Caseyville Pharmacy, Inc.

and

THOMPSON COBURN LLP

By: _____
David A. Dick, #06224792
B. Matthew Struble, #06282155
One US Bank Plaza
St. Louis, MO  63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Eisele's Caseyville Pharmacy, Inc.

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 12th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email:  rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email:  pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

_____