FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

COPY IN CHAMBERS

2006 JAN 13  PM 5: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY OCHELLO | * | CIVIL ACTION NO. |
| | * | MDL 1657 |
| Plaintiff, | * | *Ref:* 05-6603 |
| versus | * | SECTION L, MAG. 3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. PHUONG VO | * | |
| Defendants. | * | MAGISTRATE JUDGE KNOWLES |

*******************************************************************

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Betty Ochello,

who respectfully requests that this Court permit oral argument on plaintiff's Motion to

Remand, filed concurrently with this request.

Respectfully submitted,

**ALLAN BERGER & ASSOCS., P.L.C.**

_____
**JOHN D. SILEO** (#17797)
**ALLAN BERGER** (#2977)
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481
*Attorneys for Plaintiff*

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by placing a copy in the United States mail, first class postage prepaid and properly addressed, and/or by facsimile transmission on this _12_ day of January, 2006.

_____

---

Fee_____
Process_____
X  Dktd_____
____CtRmDep_____
____Doc. No._____