COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 13 PM 5: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAVELLE MALONE, ET AL | * | CIVIL ACTION |
| Plaintiff, | * | MDL 1657 |
| | * | Ref: 05-6604 |
| versus | * | SECTION L, MAG.3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. R. VACLAV HAMSA | * | |
| Defendants | * | MAGISTRATE JUDGE KNOWLES |

*******************************************************************

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Robert Cifax, who respectfully requests that this Court permit oral argument on plaintiff's Motion to Remand, filed concurrently with this request.

Respectfully submitted,

ALLAN BERGER & ASSOCS., P.L.C.

_____
JOHN D. SILEO (#17797)
**ALLAN BERGER** (#2977)
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by placing a copy in the United States mail, first class postage prepaid and properly addressed, and/or by facsimile transmission on this 12 day of January, 2006.

_____

Fee_____
Process_____
X Dktd_____
_____
Doc. No._____