UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18 PM 12: 26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| LAVELLE MALONE, ET AL | * | CIVIL ACTION |
| Plaintiff, | * | MDL 1657 |
| | * | |
| versus | * | SECTION L, MAG.3 |
| | * | Ref: 05-6604 |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. R. VACLAV HAMSA | * | |
| Defendants | * | MAGISTRATE JUDGE KNOWLES |

********************************************************************

## ORDER

Considering the foregoing *Request for Oral Argument*, IT IS HEREBY ORDERED that plaintiff's request is GRANTED, and oral argument on plaintiff's Motion to Remand is scheduled on the \_\_\_\_ day of _____, 2006 at _____ a.m.

[Handwritten across order: *denied*]

1/17/06                                   _____
                                                    JUDGE