

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLINE LANE, ET AL | * | CIVIL ACTION NO. |
| | * | MDL 1657 |
| Plaintiff, | * | Ref: 05-6605 |
| versus | * | SECTION L, MAG 3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. STEVE GAUDIN | * | |
| Defendants | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

**********************************************************************

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Marline Lane, who respectfully requests that this Court permit oral argument on plaintiff's Motion to Remand, filed concurrently with this request.

Respectfully submitted,
ALLAN BERGER & ASSOCS., P.L.C.

_____
JOHN D. SILEO (#17797)
ALLAN BERGER (#2977)
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by placing a copy in the United States mail, first class postage prepaid and properly addressed, and/or by facsimile transmission on this ___ day of January, 2006.