FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  PM 12: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLINE LANE, ET AL | * | CIVIL ACTION NO. |
| | * | MDL 1657 |
| Plaintiff, | * | Ref: 05-6605 |
| versus | * | SECTION L, MAG 3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. STEVE GAUDIN | * | |
| Defendants | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

*****************************************************************

## ORDER

Considering the foregoing *Request for Oral Argument*, IT IS HEREBY ORDERED that plaintiff's request is GRANTED, and oral argument on plaintiff's Motion to Remand is scheduled on the _____ day of _____, 2006 at _____ a.m.

Denied

1/17/06

_____
JUDGE