FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

COPY IN CHAMBERS

2006 JAN 13 PM 5:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACOB LEWIS, ET AL | * | CIVIL ACTION NO. |
| Plaintiff, | * | MDL 1657 |
| | * | 05-6621 |
| versus | * | SECTION L, MAG. 3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. SOPHIA L. MORRIS | * | |
| Defendants | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

*****************************************************************

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Jacob Lewis, et al, who respectfully requests that this Court permit oral argument on plaintiff's Motion to Remand, filed concurrently with this request.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by placing a copy in the United States mail, first class postage prepaid and properly addressed, and/or by facsimile transmission on this 12th day of January, 2006.

**ALLAN BERGER & ASSOCS., P.L.C.**

JOHN D. SILEO (#17797)
ALLAN BERGER (#2977)
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481
*Attorneys for Plaintiff*

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.