FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  PM 12: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACOB LEWIS, ET AL | * | CIVIL ACTION NO. |
|    Plaintiff, | * | MDL 1657 |
| | * | Ref. 05-6621 |
| versus | * | SECTION L, MAG. 3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
|    DR. SOPHIA L. MORRIS | * | |
|    Defendants | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing *Request for Oral Argument*, IT IS HEREBY ORDERED that plaintiff's request is ~~GRANTED~~ **Denied**, and oral argument on plaintiff's Motion to Remand is scheduled on the _____ day of _____, 2006 at _____ a.m.

1/17/06

_____
JUDGE

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____