FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 13  PM 5: 04

LORETTA G. WHYTE
              CLERK

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA BAHAM | * | CIVIL ACTION NO. |
| | * | MDL 1657 |
| Plaintiff, | * | Ref: 06-21 |
| versus | * | SECTION L, MAG 3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. JAMES BAKER | * | |
| Defendants. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Linda Baham, who respectfully requests that this Court permit oral argument on plaintiff's Motion to Remand, filed concurrently with this request.

Respectfully submitted,

ALLAN BERGER & ASSOCS., P.L.C.

_____
JOHN D. SILEO (#17797)
ALLAN BERGER (#2977)
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481
*Attorneys for Plaintiff*

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.