

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA BAHAM | * | CIVIL ACTION NO. |
| | * | MDL 1657 |
| Plaintiff, | * | Ref: 06 21 |
| versus | * | SECTION L, MAG 3 |
| | * | |
| MERCK & CO., INC. AND | * | JUDGE FALLON |
| DR. JAMES BAKER | * | |
| Defendants. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

*******************************************************************

## **O R D E R**

Considering the foregoing *Request for Oral Argument*, IT IS HEREBY ORDERED that plaintiff's request is GRANTED, and oral argument on plaintiff's Motion to Remand is scheduled on the _____ day of _____, 2006 at _____ a.m.

[Stamped: DENIED]

1/17/06    _____
                      J U D G E