MINUTE ENTRY
FALLON, J.
JANUARY 17, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

   Oral argument was heard on the Massachusetts Medical Society's Motion to Quash (Rec. Doc. 2642) on this date in the Chambers of Judge Eldon E. Fallon. Paul Shaw and Greg Arnold participated by telephone on behalf of the Massachusetts Medical Society ("MMS"). Lenny Davis, Don Arbitblit, Chris Seeger (by telephone), and Richard Arsenault (by telephone) participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Doug Marvin (by telephone), Phil Beck (by telephone), and Carrie Jablonski (by telephone) participated on behalf of the Defendant's Steering Committee. After considering the issues raised by the parties and for the reasons recited by the Court on the record at oral argument,

   IT IS ORDERED that the MMS's Motion to Quash is DENIED. The DSC may take the deposition of Gregory Curfman, M.D. as scheduled between the parties. At the deposition, however, questions regarding the identities and addresses of the New England Journal of Medicine's peer-reviewers will not be allowed.

JS10(01:00)

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No