```
                                                            FILED
                                                      U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF LA
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA              2006 JAN 18  PM 3:58

                                                       LORETTA G. WHYTE
                                    :     MDL NO. 1657      CLERK
IN RE: VIOXX                        :
    PRODUCTS LIABILITY LITIGATION   :     SECTION: L
                                    :
                                    :     JUDGE FALLON
                                    :     MAG. JUDGE KNOWLES
```

THIS DOCUMENT RELATES TO:
   Malone v. Merck, 05-6604;
   Cifax v. Merck, 06-0011;
   Lane v. Merck, 05-6605;
   Lewis v. Merck, 05-6621;
   Baham v. Merck, 06-0021.
   Ochello v. Merck 05-6603.

### ORDER

IT IS ORDERED that the Motions to Remand are CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this ___18th___ day of ___January___, 2006.

                                    _____
                                         UNITED STATES DISTRICT JUDGE



___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____