

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

### NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO: Custodian of Business Records
**MERCK & CO., INC.**
One Merck Drive
Whitehouse, New Jersey

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorneys, will take the videotaped deposition of MERCK & CO., INC. through its designated **Custodian of Business Records on January 23, 2006 at 9:00 a.m. at the Offices of Seeger Weiss, One William Street, New York, New York or at another location to be agreed upon by the parties.**

Statement of Deposition Procedures: The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

The deponent shall designate one or more officers, directors, employees, managing agents or other persons, who can testify as to whether the documents contained in Exhibit "A" attached hereto are business records in accordance with the Federal Rules of Evidence.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____
```

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day to day, except Sundays and court recognized holidays, until the examination is completed.

RESPECTFULLY SUBMITTED, this the **13th** day of January, 2006.

Respectfully submitted,

*Andy D. Birchfield*

**Andy D. Birchfield**
Paul J. Sizemore
P. Leigh O'Dell
Attorneys for Plaintiff
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Co-Lead Counsel**

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

3


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendant Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **13th** day of January, 2006.

_P. Leigh O'Dell_

**Exhibit A**

**30(b)(6) Notice of Merck: Custodian of Business Records**

| begin_bates | end_bates | doc_date | description |
|---|---|---|---|
| MRK-0142101964 | MRK-0142101967 | 4/17/2001 | April 17, 2001 "approvable" letter from Jonca Bull of the FDA to R. Silverman |
| MRK-AAB0108912 | MRK-AAB0108932 | | Analyses of Unadjudicated and Adjudicated Thromboembolic Adverse Experiences |
| MRK-AAC0128698 | MRK-AAC0128699 | 8/7/2003 | Email from Thomas J. Simon to Barry Gertz RE: Memo re: changes to 136/184 Laine manuscript |
| MRK-AAD0356476 | MRK-AAD0356477 | | Email from Peter Kim to Alise Reicin regarding NO-Naproxen |
| MRK-AAD0800069 | MRK-AAD0800079 | | 2003 Year-End Review for Alise Reicin |
| MRK-AAR0010111 | MRK-AAR0010126 | | Obstacle Jeopardy |
| MRK-AAR0012310 | MRK-AAR0012332 | | Merck's Basic Training Leader's Guide-Selling Clinics |
| MRK-AAR0019773 | MRK-AAR0019786 | | Vioxx Dodgeball |
| MRK-AAR0021103 | MRK-AAR0021108 | 8/21/2001 | Bulletin for Vioxx: Action Required: Response to JAMA, "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" |
| MRK-AAX0000597 | MRK-AAX0000600 | 8/21/2001 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| MRK-AAX0000696 | MRK-AAX0000705 | | Deaths in MK-0966 Studies 078, 091, 126 |
| MRK-AAX0002413 | MRK-AAX0002420 | 11/21/1996 | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector; Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of excluding low-dose aspirin use in the Cox-2 GI Outcomes Megatrial |
| MRK-AAX0002908 | MRK-AAX0002911 | 1/17/2000 | Email from Thomas Capizzi to Alise Reicin, et al. Re: VIGOR CV Events Analysis |
| MRK-AAX0008561 | MRK-AAX0008581 | 10/15/2001 | Draft VIOXX Label |
| MRK-ABA0003277 | MRK-ABA0003284 | 9/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin |
| MRK-ABA0004287 | MRK-ABA0004288 | 11/1/2001 | Sherwood "Dear Doctor" Correction Letter |
| MRK-ABC0002150 | MRK-ABC0002150 | 11/17/1997 | Letter from John Oates to Barry Gertz re: origin of beta-oxidation metabolite of prostacyclin |
| MRK-ABC0002199 | MRK-ABC0002200 | 9/9/1998 | Letter from Carlos Patrono to Martino Laurenzi Re: Vivo Prostacyclin Biosynthesis |
| MRK-ABC0003401 | MRK-ABC0003401 | 2/8/1996 | Scolnick memo: beating Searle to market |
| MRK-ABC0033809 | MRK-ABC0033809 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality |
| MRK-ABC0035654 | MRK-ABC0035657 | 11/20/2001 | Memo on protocol 136 results |
| MRK-ABG 0001226 | MRK-ABG 0001243 | 4/11/2002 | VIOXX Label Change Questions and Answers |

# Exhibit A

## 30(b)(6) Notice of Merck: Custodian of Business Records

| | | | |
|---|---|---|---|
| MRK-ABH0017846 | MRK-ABH0017847 | 4/3/2000 | Email from Alise Reicin to Deborah Shapiro, et al. Re: Update to thromboembolic CVD cases VIGOR |
| MRK-ABI0000515 | MRK-ABI0000515 | 4/16/1999 | Email from Jan Nissen to Marty Carroll Re: VIOXX Launch Meeting Theme Party |
| MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx |
| MRK-ABI0007170 | MRKABI0007173 | 1/23/2001 | Memo from Sherwood to Anstice Re: Academic Interactions |
| MRK-ABI0008659 | MRK-ABI0008683 | 07/01/01 | US Long Range Operating Plan Fmachise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib |
| MRK-ABI0011027 | MRK-ABI0011081 | 7/15/2002 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia |
| MRK-ABK0043450 | MRK-ABK0043489 | 10/15/2001 | Operations Review A&A Franchise; |
| MRK-ABK0302077 | MRK-ABK0302077 | 4/3/2000 | Email from Patrono to Laurenzi--preliminary VIGOR data |
| MRK-ABL0000609 | MRK-ABL0000654 | 6/21/1999 | VIOXX® INTERIM STAGE REVIEW |
| MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | HHPAC Presentation-Key Marketing Messages |
| MRK-ABL0000938 | MRK-ABL0000941 | 6/6/2000 | Memorandum from R.T. Bissett re: 5/17/2000 HH PAC Meeting Meeting Minutes- |
| MRK-ABO0000220 | MRK-ABO0000220 | 8/28/2001 | Letter from Kenneth Sperber to the JAMA Editor Re: Letter from Louis Sherwood |
| MRK-ABTD004920 | MRK-ABTD004924 | 10/4/2001 | Memo from Joshua Chen to Raymond P Bain Re: MK-0966 Alzheimer's Disease Program Protocols 078 + 091 + 126 |
| MRK-ABT0022637 | MRK-ABT0022638 | 1/13/2000 | Email from Nancy Santanello to Douglas Watson, et al. Re: Stroke Outcomes |
| MRK-ABT0022650 | MRK-ABT0022657 | 1/18/2000 | Email from Douglas Watson to Thomas Capizzi, et al. Re VIGOR CV Events Analysis |
| MRK-ABW0005449 | MRK-ABW0005475 | 9/17/2001 | Profit Plan 2002-Merck A&A Franchise |
| MRK-ABW0005623 | MRK-ABW0005623 | 10/26/2001 | Email from Steven A. Nichtberger to Wendy L. Dixon Re: Conducting a CV Study |
| MRK-ABW0014720 | MRK-ABW0014722 | 3/1/2002 | Email from Steven Vignau to Wendy Dixon Re: New crop of arthritis drugs under safety cloud |
| MRK-ACD0103538 | MRK-ACD0103548 | 8/17/2001 | Vasoprotective Cyclooxygenase-2 Inhibitors Second-Generation Medicines to Treat Pain and Inflammation with Beneficial Gastrointestinal and CV Profiles |
| MRK-ACF0005697 | MRK-ACF0005699 | 4/7/2001 | Email from Briggs Morrison to Deborah Shapiro, et al. Re: Konstam JAMA Article |
| MRK-ACR0009148 | MRK-ACR0009149 | 10/4/2001 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter |
| MRK-ACR0009277 | MRK-ACR0009277 | | Email from Scolnick to Greene: vioxx VIGOR label status |

**Exhibit A**

**30(b)(6) Notice of Merck: Custodian of Business Records**

| | | | |
|---|---|---|---|
| MRK-ACR0014514 | MRK-ACR0014514 | 4/6/2001 | Email from Scolnick to Greene in re Approvable letter |
| MRK-ACR0040000 | MRK-ACR0040024 | 4/8/2001 | Email from Joshua Chen to Raymon Bain Regarding a Summary of MK-0966 Combined Mortality Analysis |
| MRK-ACX0007803 | MRK-ACX0007805 | 10/19/2000 | DTC Spending Memo |
| MRK-ACZ0038244 | MRK-ACZ0038248 | 2/8/2002 | Email from writer to Albert, Barker, Biegersen, Blenn, Bourdow, Brakewood, Campbell, Cannell, Coppola, Dervishian, Dunn, El-Dada, Griffing, Guza, Haywood, Hisaw, LaMond, Laux, Lee, McKeever, Nunno, Payne, Pendleton, Posner, Roberts, Rode, Stanton, Vignau, Wentworth re: Merck Shares Poised to Rebound in 2002. |
| MRK-ADG0002386 | MRK-ADG0002386 | 8/23/2001 | Email from Robinson to Dunn, Lindstrom, Cannell, Krahe, Herrera, Randall |
| MRK-ADG0023687 | MRK-ADG0023688 | 2/5/2002 | Email from Mark Stejbach to Steven Viganu, et al. Re: Whelton Article on a Comparison of Thromboembolic Events |
| MRK-ADW0032898 | MRK-ADW0032901 | 5/23/2001 | Bulletin for Vioxx re: Response to New York Times Article |
| MRK-AEG0037638 | MRK-AEG0037639 | 9/12/2002 | Email from mervyn Turner to Joan Lasota RE: NitroMed |
| MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program |
| MRK-AFI0010400 | MRK-AFI0010401 | 4/18/2001 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) |
| MRK-AFI0048262 | MRK-AFI0048263 | 6/6/2000 | Email To Susan Baumgartner from Daniel Hall re: Singh "scientifically accurate". |
| MRK-AFJ0000576 | MRK-AFJ0000576 | 3/9/2002 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC Options for CV Outcome Trials |
| MRK-AFJ0008381 | MRK-AFJ0008382 | 8/27/2004 | Email from Drs. Richard and Jane Dybas to Peter S. Kim Re: Merck's Stock Retreats over VIOXX concerns |
| MRK-AFJ0009967 | MRK-AFJ0009967 | 12/30/2004 | Letter from S Robert Snodgrass to Peter S. Kim, et al. Re: your letter to the New England Journal about rofecoxib and its marketing |
| MRK-AFK0190651 | MRK-AFK0190651 | 2/1/2005 | NEJM Manuscript 05-0493-Confirmed Thrombotic CV events VICTOR KM Plot |
| MRK-AFN0052502 | MRK-AFN0052523 | | NEJM Manuscript 05-0493-Author's responses to Reviewer's Comments |
| MRK-AFN0052502 | MRK-AFN0052523 | No Date | NEJM Manuscript 05-0493; comments from reviewers |
| MRK-AFO0128716 | | 11/1/2001 | Email from Edward Scolnick to Karen Grosser regarding approve manuscript. |
| MRK-AFO0286105 | MRK-AFO0286107 | | Email from James Bolognese to Scott Zeger RE: Modeling Vioxx Circular hazard & hazard ration curves |
| MRK-AJ0001929 | MRK-AJ0002047 | 3/15/05 | Background Package for FDA Meeting on the Potential Reintroduction of vioxx to the US Market |

Exhibit A

## 30(b)(6) Notice of Merck: Custodian of Business Records

| | | | |
|---|---|---|---|
| MRK-LBL0000059 | MRK-LBL0000062 | 7/1/2001 | Vioxx Label July 2001 |
| MRK-NJ0051533 | MRK-NJ0051534 | 10/24/1997 | Email from Alan Nies to Barry Gertz and Briggs Morrison; Subject: FW: cox2 |
| MRK-NJ0066297 | MRK-NJ0066301 | | Charts re: VIGOR: Myocardial Infarctions Over Time |
| MRK-NJ0124427 | MRK-NJ0124428 | 11/8/2000 | A. Reicin email to E. Barr RE: Hypertensive Heart Disease Patient |
| MRK-NJ0125536 | MRK-NJ0125538 | 3/15/2001 | C. Skalky email to D. Shapiro re: RE: Urgent request for Advantage info |
| MRK-NJ0130083 | MRK-NJ0130087 | 2/14/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Searler Recapturing Momentum in COX-2 Inhibitor Market |
| MRK-NJ0152620 | MRK-NJ0152623 | 10/27/1997 | Letter from John Oates to Alan Nies Re: Effect of Vioxx on Prostacyclin Biosynthesis |
| MRK-NJ0155912 | MRK-NJ0155916 | 8/13/1999 | Letter from John Oates to Edward Scolnick Re: Thrombotic Complications Occurring in Patients with Antiphospholipid Syndrome |
| MRK-NJ0168210 | MRK-NJ0168212 | 8/22/2001 | Wall Street Journal - "Study Raises Specter of Cardiovascular Risk For Hot Arthritis Pills/Vioxx and Celebrex Marketers Dispute the Research, Sought to Downplay it/A Spurred Appeal to JAMA" by TM Burton and G Harris |
| MRK-NJ0320174 | MRK-NJ0320177 | 5/25/2000 | Email from Margie McGlynn to Alise Reicin |
| MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| MRK-S0420111979 | MRK-S0420111985 | 5/3/05 | Memo of Type A Face to Face Meeting of NDA 21-042 |
| | | 9/28/04 | Vioxx Tablets and Oral Suspension, SPC from the eMC |