UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  P 4: 32

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co., Inc., | * | CASE NO. 2:05CV4046 |
| | * | |
| | * | |

## PLAINTIFF'S WITNESS LIST

Plaintiff, EVELYN IRVIN PLUNKETT, as Personal Representative of the Estate of RICHARD IRVIN, JR., deceased, by and through her undersigned counsel, hereby identifies the following persons whom Plaintiff may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Plaintiff would seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to introduce prior deposition testimony from the same witness. Plaintiff reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial or if Defendant alters or amends its Witness List. Plaintiff further reserves the right to withdraw any witnesses. Plaintiff also reserves the right to call, live or by deposition, any witnesses (i) identified by Defendant, (ii) for whom Defendant designates deposition testimony, (iii) who is identified hereafter through discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Plaintiff does not intend to waive any of its objections to depositions testimony, exhibits, or other evidence or argument.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

(1)   Evelyn Irvin Plunkett
      31 Louisville Drive
      Palm Coast, Florida 32137-9770
      Testimony: Mrs. Plunkett will testify as to the circumstances surrounding Mr. Richard Irvin, Jr.'s death, to the damages she has suffered as a result of the loss of her husband, and to the damages her children have suffered as a result of the loss of their father.

(2)   Richard "Ritchie" Eugene Irvin, III
      15 Laramie Drive
      Palm Coast, Florida 32137
      Testimony: Mr. Irvin will testify to the circumstances surrounding Mr. Richard Irvin, Jr.'s death as well as to the damages he has suffered due to the loss of his father.

(3)   Allesha Irvin Schirmer
      19954 Loxahatchee Pointe Drive
      Jupiter, Florida 33458
      Testimony: Mrs. Schirmer, daughter of Mr. Richard Irvin, Jr. and wife of the prescribing physician, will testify to the facts and circumstances surrounding Vioxx being prescribed to Mr. Irvin and to the loss of her father.

(4)   Ashley Lauren Irvin
      101000 Baymeadows Road
      Apt. 302
      Jacksonville, FL 32256
      Testimony: Ms. Irvin will testify to the circumstances surrounding Mr. Richard Irvin, Jr.'s death as well as to the damages she has suffered due to the loss of her father.

(5)   Lesley Irvin Goldstein
      5121 Hawks Hammock Way
      Sanford, FL 32771
      Testimony: Mrs. Goldstein will testify as to the loss of her father.

(6)   Christopher Schirmer, M.D.
      19954 Loxahatchee Pointe Drive
      Jupiter, Florida 33458
      Testimony: Dr. Schirmer, son-in-law of Mr. Richard Irvin, Jr. and the prescribing physician will testify to the facts and circumstances surrounding his treatment of Mr. Irvin and the prescribing of Vioxx to Mr. Irvin.

(7) John Weeks
Seafood Shoppe
2085 State Road Three
St. Augustine, Florida 32084
Testimony: Mr. Weeks will testify to Mr. Irvin's employment and the facts and circumstances surrounding his death.

(8) Mary Lee Weeks
Seafood Shoppe
2085 State Road Three
St. Augustine, Florida 32084
Testimony: Mrs. Weeks will testify to Mr. Irvin's employment and the facts and circumstances surrounding his death.

(9) Richard Aycock
6863 W. Seacove Avenue
St. Augustine, Florida 32086
Testimony: Mr. Aycock will provide testimony regarding his friendship with Mr. Irvin and Mr. Irvin's ingestion of Vioxx.

(10) Barry Kass
3832 Hickory Lane
St. Augustine, Florida
Testimony: Co-worker of Mr. Irvin

(11) Cary N. Carter
St. Johns County Fire Rescue Department
4455 Avenue A
Saint Augustine, FL  32095
Testimony: Mr. Carter was an Emergency Medical Technician that treated Mr. Irvin at the time of his myocardial infarction.

(12) Michael Dietrich
St. Johns County Fire Rescue Department
4455 Avenue A
Saint Augustine, FL  32095
Testimony: Mr. Dietrich was an Emergency Medical Technician that treated Mr. Irvin at the time of his myocardial infarction.

(13) Felice Koscinski, MD
Flagler Hospital
400 Health Park Boulevard
St. Augustine, Florida 32086
Testimony: Dr. Koscinski was the emergency room physician who gave care to Mr. Irvin after his myocardial infarction.

(14) Terrence Steiner, MD
Office of the Medical Examiner
4075 Lewis Speedway
St. Augustine, Florida 32084
Testimony: Dr. Steiner performed the autopsy on Mr. Irvin after his death.

(15) Donald L. Becker
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Mr. Becker is a sales representative of Merck & Co. who called upon Dr. Schirmer.

(16) Representative of Blue Cross Blue Shield of Florida
4800 Deerwood Campus Parkway
Jacksonville, Florida 32246
Testimony: Authentication of insurance records

(17) Custodian of records for Blue Cross Blue Shield of Florida
4800 Deerwood Campus Parkway
Jacksonville, Florida 32246
Testimony: Authentication of insurance records

(18) Representative of Health Options Northeast and/or First Group Sales/Administrators
13080 Belcher Road South, Suite A
Largo, Florida 33773
Testimony: Authentication of insurance records

(19) Custodian of records for Health Options Northeast and/or First Group Sales/Administrators
13080 Belcher Road South, Suite A
Largo, Florida 33773
Testimony: Authentication of insurance records

(20) Richard "Dick" Irvin, Sr.
Post Office Box 756
Hastings, Florida
Testimony: Mr. Irvin will testify as to the death of his son.

(21) Sarah Margaret Irvin
Post Office Box 756
Hastings, Florida
Testimony: Mrs. Irvin will testify as to the death of her son.

(22) Dr. Steve Dingfelder & Associates or any other doctor or clinician associated with this group who provided psychological care for Ashley Irvin
9 St. Johns Medical Park Drive
St. Augustine, Florida 32086
Testimony: Testimony regarding the counseling that Ashley Irvin received following her father's death

(23) Custodian of records for Dr. Steve Dingfelder & Associates or any other doctor or clinician associated with this group who provided psychological care for Ashley Irvin
9 St. Johns Medical Park Drive
St. Augustine, Florida 32086
Testimony: Authenticate counseling records of Ashley Irvin

(24) David Anstice
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: President of Merck's U.S. Human Health Department

(25) Susan Baumgartner
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Former Marketing Manager of Merck & Co.'s Vioxx Group

(26) Gregory Bell
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Former National Medical Director for Merck & Co.

(27) Mary Elizabeth Blake
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Former Manager of Merck's Public Affairs Department responsible for Vioxx

(28)   Thomas Bold
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Senior Director of Clinical Risk Management and Safety
       Surveillances for Merck Research Laboratories

(29)   Carolyn Cannuscio
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Senior Epidemiologist for Merck Research Laboratories

(30)   Marty Carroll
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Executive Vice President of Primary Care Sales and
       Managed Care

(31)   Thomas Casola
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Director of Office of Medical/Legal at U.S. Human Health

(32)   Brian Daniels, M.D.
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Director of Clinical Research in the Immunology and
       Pulmonology Department

(33)   Wendy Dixon
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Senior Vice President of Marketing for U.S. Human Health

(34)   Jarrod Dumas
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Senior Sales Representative for Merck & Co. in the Southeast Region

(35)   James Dunn
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Senior Director of Education Program Integration

(36)   Elliot Ehrich, M.D.
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Senior Director of Clinical Research

(37)   Jillian Evans
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Director of Pharmacology for Merck

(38)   Anthony Ford-Hutchinson
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Senior Vice President of Research Merck Frosst Canada

(39)   Jo German
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Vice President of Southeastern Regional Business Group for Merck

(40)   Barry Gertz
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Executive Vice President for Clinical Sciences at Merck Research Laboratories

(41)   Raymond Gilmartin
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Chief Executive Officer of Merck & Co., Inc.

(42)   Peter Honig
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony:  Executive Vice President for Worldwide Regulatory Affairs and Product Safety for Merck Research Laboratories

(43)   Linda Hostelley
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Director of Merck's Worldwide Safety and Quality Assurance

(44)   Terry Jacklin
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Director Information Technology

(45)   Peter Kim
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: President of Merck Research Laboratories

(46) Gregory Kulp
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony:  Current Director of Enterprise Office Infrastructure who previously held other positions with Merck & Co.

(47) Bernadette McKeon
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Director of Medical Services

(48) Charlotte McKines
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony:  Senior Director of New Products and Executive Director of IMC (Integrated Marketing Communications)

(49) Liberino Martino
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Senior Director of Clinical and Regulatory Information Systems

(50) Briggs Morrison, M.D.
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Vice President of Clinical Research of Merck Research Laboratories

(51) Thomas Musliner
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Former Director of Clinical Research Endocrine and Metabolism

(52)   Jennifer Ng
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Associate Director of Scientific Staff

(53)   Alan Nies
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former Senior Vice President of Clinical Research at Merck Research Laboratories

(54)   Alise Reicin
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Vice President of Clinical Research of Merck Research Laboratories

(55)   Dr. Nancy Santanello
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony:  Executive Director of Epidemiology

(56)   Adam Schechter
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Vice President of Marketing Arthritis and Analgesic

(57)   Dr. Ed Scolnick
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Former President of Merck Research Laboratories

(58)     Beth Seidenberg, M.D.
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Vice President of Clinical Research Immunology and Pulmonology

(59)     Deborah Shapiro, Ph.D.
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Senior Director of Clinical Biostatistics

(60)     Dr. Louis Sherwood
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Senior Vice President of Medical and Science Affairs/Chief Medical Officer U. S. Human Health Division

(61)     Robert Silverman, M.D.
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Senior Director of Department of Regulatory Affairs

(62)     Leonard Silverstein
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Former Director of U.S. Human Health Division

(63)     Thomas Simon, M.D.
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Vice President of Clinical Sciences Operating Group

(64)  Leonard Tacconi
      C/o Bartlit Beck Herman Palenchar and Scott, LLP
      Courthouse Place
      54 West Hubbard Street
      Chicago, Illinois 60610
      Testimony: Former Director of Corporate Communications of U.S. Human Health

(65)  Douglas Watson, Ph.D.
      C/o Bartlit Beck Herman Palenchar and Scott, LLP
      Courthouse Place
      54 West Hubbard Street
      Chicago, Illinois 60610
      Testimony: Director of Department of Epidemiology

(66)  Jan Weiner
      C/o Bartlit Beck Herman Palenchar and Scott, LLP
      Courthouse Place
      54 West Hubbard Street
      Chicago, Illinois 60610
      Testimony: Executive Director of Public Affairs

(67)  Benedict Lucchesi, M.D., Ph.D.
      University of Michigan Medical School
      1301C Medical Science Research Building III
      Ann Arbor, Michigan 48109-0632
      Testimony:  Plaintiff's Expert Pharmacologist

(68)  Dr. Wayne Ray, Ph.D.
      Department of Preventative Medicine
      Vanderbilt University School of Medicine
      A 1124 Medical Center North
      Nashville, TN 37232
      Testimony:  Plaintiff's Expert Epidemiologist

(69)  Dr. Frederick Raffa, Ph.D.
      17 South Osceola Avenue, Suite 200
      Orlando, Florida 32801
      Testimony:  Plaintiff's Expert Economist

(70)  John Farquhar, M.D.
      649 Cabrillo Avenue
      Stanford, CA 94305
      Testimony:  Plaintiff's Expert Cardioepidemiologist

(71) Thomas Baldwin, M.D.
Cardiology Services
20805 W 151st Street
Doctors Building 2, Suite 400
Olathe, Kansas 66061
Testimony: Plaintiff's Expert Cardiologist

(72) Dr. Michael Graham
Division of Forensic and Environmental Pathology
St. Louis University School of Medicine
3556 Caroline St., Room C305
St. Louis, Missouri 63104
Testimony: Plaintiff's Expert Cardiopathologist

(73) Dr. Robert Fletcher
Robert H. Fletcher, M.D., M.Sc.
208 Boulder Bluff
Chapel Hill, NC 27516
Testimony: Plaintiff's Expert in Epidemiology and Medical Journalism

(74) Richard M. Kapit, M.D.
10507 Weymouth Street
Bethesda, Maryland 20814-4260
Testimony: Plaintiff's FDA Expert

(75) Eric Topol, M.D.
The Cleveland Clinic
9500 Euclid Avenue
Cleveland, Ohio 44195
Testimony: Dr. Topol will testify as to his experiences with Merck & Co. as Chairman of Cardiology of the Cleveland Clinic Foundation.

(76) Steven E. Nissen, M.D.
The Cleveland Clinic
9500 Euclid Avenue
Cleveland, Ohio 44195
Testimony: Dr. Nissen will testify as to his experiences with Merck as Vice-Chairman of Cardiology at the Cleveland Clinic Foundation.

(77) Dr. Ned Braunstein
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Director of Regulatory Affairs for Merck & Co., Inc.

(78)   Dr. John Oates
       C/o Bartlit Beck Herman Palenchar and Scott, LLP
       Courthouse Place
       54 West Hubbard Street
       Chicago, Illinois 60610
       Testimony: Head of Clinical Pharmacology at Vanderbilt University

(79)   Dr. Daniel Solomon
       Brigham and Women's Hospital
       75 Francis Street
       Boston, MA 02115
       Testimony: Assistant Professor of the Division of Pharmacoepidemiology at Brigham and Women's Hospital

(80)   Dr. Shari Targum
       5600 Fishers Lane
       Rockville MD 20857-0001
       Testimony: Dr. Targum, Medical Officer in the Division of Cardio-Renal Drug Products, will testify regarding her role in the evaluation and review of Vioxx.

(81)   James Fries, M.D.
       Stanford University Medical Center
       Dept. of Medicine
       Division of Immunology and Rheumatology
       1000 Welch Road, Suite 203
       Palo Alto, California 94304
       Testimony: Professor at Stanford University

(82)   Dr. Robert Steinbrook, M.D.
       Address unknown at this time
       Testimony: He will testify as to his role as former Deputy Editor of New England Journal of Medicine and the events and circumstances surrounding the publication of the VIGOR study.

(83)   Dr. Gregory Curfman, M.D.
       New England Journal of Medicine
       10 Shattuck Street
       Boston, MA 02115 – 6094
       Testimony: He will testify as to his role as Executive Editor of New England Journal of Medicine and the events and circumstances surrounding the publication of the VIGOR study.

(84)   Dr. Jeffrey Drazen, M.D.
       10 Shattuck Street
       Boston, MA 02115 – 6094
       Testimony:  He will testify as to his role as Editor-in-Chief of New England Journal of Medicine and the events and circumstances surrounding the publication of the VIGOR study.

(85)   Dr. Robert Utger, M.D.
       Address unknown at this time
       Testimony:  He will testify as to his role as former Deputy Editor of NEJM and the events and circumstances surrounding the publication of the VIGOR study

(86)   Dr. David Graham
       5600 Fishers Lane
       Rockville MD 20857-0001
       Testimony:  He will testify as to his role as a Medical Officer in the Office of Drug Safety Center for Evaluations of Drug Safety and Research for the FDA and in particular in reference to Vioxx.

(87)   Dr. Jerry Avorn
       Harvard University School of Medicine
       25 Shattuck Street
       Boston, MA 02115
       Testimony: Associate Professor of Medicine at Harvard University and Chief of the Division of Pharmacoepidemiology and Pharmacoeconomics at Brigham and Women's Hospital

(88)   Dr. Maria Villalba
       5600 Fishers Lane
       Rockville MD 20857-0001
       Testimony:  She will testify as to her role as a Medical Officer in the Division of Anti-Inflammatory Drug Products for the FDA and in particular in reference to Vioxx.

(89)   Richard R. Stover
       Arnhold and S. Bleichroeder Advisors
       1345 Avenue of the Americas
       New York, NY 10105-4300
       Testimony:  He will testify as to his role as a Global Pharmaceuticals Analyst.

(90)   Leslie Crofford
       University of Kentucky
       740 S. Limestone Street, Room J509
       Lexington, Kentucky 40536-0284
       Testimony:  Professor of Medicine at the University of Kentucky

(92) Garrett A. FitzGerald, M.D.
University of Pennsylvania
3451 Walnut Street
Philadelphia, PA 19104
Testimony: Professor of Medicine of the University of Pennsylvania

(91) Joycelyn Romero
24193 Highway 435
Abita Springs, Louisiana 70420
Testimony: She will testify as to her role as a Merck Sales Representative.

(92) Tami Ameen
15518 Juniper Hollow Way
Cypress, Texas 77433
Testimony: She will testify as to his role as a Merck Sales Representative.

(93) Marcus Enard
15610 Lost Maples
Sugar Land, Texas 77478
Testimony: He will testify as to his role as a Merck Sales Representative.

(94) Eliav Barr, M.D.
C/o Bartlit Beck Herman Palenchar and Scott, LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Testimony: Senior Director of Biologics and Clinical Research

(98) Custodian of Records for Ingenix Epidemiology-A UnitedHealth Group Company

(99) Any and all Merck employees or representatives that had any contact with Dr. Christopher Schirmer, his practice or the hospital where he practices.

(100) Any custodian of records or representative of any party, agency, department, business, insurer and/or medical provider necessary to authenticate any document, record, business entry or payment.

(101) Any witness necessary for purposes of rebuttal.

(102) Any witness that is discovered subsequent to the filing of this list.

_/s/ Andy Birchfield_
ANDY BIRCHFIELD
Attorney for Plaintiff
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile
**Co-Lead Counsel**

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendant Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **17th** day of January, 2006.

_____