

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19  PM 2: 06

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX® | § | |
| PRODUCTS LIABILITY CASES | § | |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | DOCKET NO. 2:05-CV-1154 |
| | § | |
| | § | MDL NO. 1657 |
| JOJUANA DANIEL, MARIAH | § | |
| SURVILLION, MARY GUSSMAN, ADA | § | SECTION: L |
| TAYLOR, MARIE CEPEDA, ROY | § | |
| WAYCHOFF and GLORIA WAYCHOFF, | § | |
| MERCEDES KIRK, RUBY FERGUSON, | § | JUDGE FALLON |
| Individually and as Representative of the | § | MAG. JUDGE KNOWLES |
| Estate of ELLA MAY MCDONALD, | § | |
| WALLACE LUDWICK, ALPHA | § | |
| VANCKHOVEN, MARGIE MCDUFFIE, | § | |
| JAMES MCKINNEY, MARY HILL and | § | TRANSFEROR COURT: |
| PAUL HILL, WILLIAM PAUL, JOSE | § | |
| ANTONIO GARZA, RUSSELL LEVY, | § | U.S. DISTRICT COURT FOR THE |
| LEEATTRICE SMITH, LILIAN MARIE | § | SOUTHERN DISTRICT OF TEXAS |
| JACKSON and WANDA KIRKWOOD | § | CAUSE NO. H-05-0255 |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO., INC. | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

___ Fee_____
_X_ Process_____
___ Dktd_____
_V_ CtRmDep_____
___ Doc. No _____

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff JOJUANA DANIEL, ONLY, by and through her natural children and legal heirs, Dekoven Daniel and Marquise Daniel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendant, MERCK & CO., INC., without prejudice. The remaining Plaintiffs under this cause of action continue to prosecute their claims against Defendant MERCK & CO., INC.

Respectfully Submitted,

MITHOFF LAW FIRM

RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No.  2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No.  1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Ms. Gerry Lowry, Fulbright & Jaworski, L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, attorney for Merck & Co., Inc., on this 18th day of January 2006. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

JOSEPH R. ALEXANDER, JR.


## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having discussed with Dekoven Daniel and Marquise Daniel the file of Jojuana Daniel and her claim against Merck & Co., Inc., on October 14, 2005, Jojuana Daniel, by and through her natural children and legal heirs, Dekoven Daniel and Marquise Daniel, has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Eastern District of Louisiana, cause number H-05-1154.

Dated this 18th day of January 2006.

JOSEPH R. ALEXANDER, JR.