

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19  P 4: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ellis Maximo Diaz and Norka deJongh Diaz v. Merck & Co., Inc.*, No. 05-1614.

### NOTICE OF VIDEO-TAPED DEPOSITION OF DR. JAMES BUTLER

TO:      Bonnie L. Zakotnik
            Attorney at Law
            4501 Canal Street
            New Orleans, Louisiana 70119

            and

            Russ Herman
            Herman, Herman, Katz & Cotlar
            Place St. Charles
            201 St. Charles Avenue, Office 4310
            New Orleans, Louisiana 70170

        Please take notice that defendant, Merck & Co., Inc., will take the stenographic and videotaped deposition of Dr. James Butler on February 8, 2006 beginning at 3:30 p.m.

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

central standard time at 1051 Gause Boulevard, Slidell, Louisiana 70458, (985)-649-7657. The deposition will continue from day to day until completed.

Dated: January 19, 2006

        Respectfully submitted,

        Richard C. Stanley, 8487
        Bryan C. Reuter, 23910
        Thomas P. Owen, Jr., 28181
        STANLEY, FLANAGAN & REUTER, L.L.C.
        909 Poydras Street, Ste. 2500
        New Orleans, LA 70112
        Telephone: (504) 523–1580
        Telecopier: (504) 524–0069

        Phillip A. Wittmann, 13625
        Anthony M. DiLeo, 4942
        Dorothy H. Wimberly, 18509
        Carmelite M. Bertaut, 3054
        STONE PIGMAN WALTHER WITTMANN, L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130
        Telephone: (504) 581-3200
        Telecopier: (504) 581-3361

        Philip S. Beck
        Adam I. Hoeflich
        Tarek Ismail
        BARTLIT BECK HERMAN PALENCHAR
        & SCOTT LLP
        54 West Hubbard Street, Suite 300
        Chicago, Illinois 60610
        Phone: (312)-494-4400
        Fax:    (312)494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  (202)-434-5000
Fax:       (202)-434-5029

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Phone:  (213)-430-6000
Fax:       (213)-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Video-Taped Deposition of Dr. James Butler has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 19th day of January, 2006.