UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 17 PM 4:57

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 05-CV-6704

EDWIN LINHART,
              Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
              Defendant.     /

## MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECTUATE SERVICE OF PROCESS ON DEFENDANTS

Pursuant to Rule 4(m), Federal Rules of Civil Procedure, Plaintiff hereby moves this Court to enter an order granting Plaintiff additional time within which to serve Defendants TIMOTHY HAMMONS, AMY MOORE, JANET COYLE, KIM ALVAREZ, RICH JANCHESON, and THOMAS ADAMS, and in support would show:

1. Plaintiff, EDWIN LINHART, filed his Complaint in this matter on September 21, 2005, in state court. Since that date, Plaintiff has attempted to serve summonses on Defendants TIMOTHY HAMMONS, AMY MOORE, JANET COYLE, KIM ALVAREZ, RICH JANCHESON, and THOMAS ADAMS, all of whom are Vioxx sales representatives who are or were employed by Defendant MERCK & CO., INC.

2. Defendant MERCK has refused to provide current addresses for these Vioxx sales representatives, and failed to respond to discovery propounded by Plaintiff which sought the information required to perfect service of process upon the sales representatives.



3. Further, Defendant MERCK has refused to accept service of process on behalf of these employees.

4. Despite his best efforts, Plaintiff has been unable to effectuate service upon these Defendants.

5. Defendants will suffer no prejudice with the granting of this Motion.

6. Pursuant to Local Rule 7.4.1W, Plaintiff has made a good faith effort to resolve the issues surrounding this Motion with Defendants, and has been unable to do so.

WHEREFORE, the undersigned respectfully requests an additional 120 days within which to serve Defendants with process in this case.

Dated this 13th day of January, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 18B on this 13th day of January, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

3

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel