```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                       EASTERN DISTRICT OF LA
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA              2006 JAN 20  PM 2:31

                                                          LORETTA G. WHYTE
                                           :            MDL NO. 1657  CLERK
IN RE: VIOXX                               :
       PRODUCTS LIABILITY LITIGATION       :            SECTION: L
                                           :
                                           :            JUDGE FALLON
                                           :            MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. :
```

**THIS DOCUMENT RELATES TO:**
  **ALL CASES**

## ORDER

IT IS ORDERED that the following dates shall serve as the briefing schedule for Motley Rice, LLP's Motions for Clarification of Pretrial Order No. 19 (Rec. Doc. 1625).

| | |
|---|---|
| January 27, 2006 | Plaintiffs' Steering Committee's Opposition Due |
| January 31, 2006 | Motley Rice, LLP's Reply Due |
| February 2, 2006 | Oral Argument Heard |

New Orleans, Louisiana, this ___18th___ day of ___January___, 2006.

                                    _____
                                        UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```