FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 20  PM 2:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                      :
                                      :   JUDGE FALLON
                                      :   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
    ALL CASES

## ORDER

IT IS ORDERED that Rec. Doc. 2640 is amended to indicate that the document was signed on January 13, 2006.

New Orleans, Louisiana, this ___18th___ day of ___January___, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No___