FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 20  AM 11: 17

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | : | **MDL No. 1657** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION: L** |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

**MOTION TO CLARIFY PRE-TRIAL ORDER NO. 17
REGARDING ASSEMBLY OF PRIOR DISCOVERY**

NOW INTO COURT, comes Plaintiffs' Liaison Counsel ("PLC") and the Plaintiffs' Steering

Committee ("PSC") who move this Court for an Order to Clarify Pre-Trial Order No. 17 Regarding

Assembly of Prior Discovery.  As is more fully set forth in the attached memorandum, this Court

should clarify Pre-Trial Order No. 17, Section III (b)(1), and require that Defendants:

1. Make available to PLC copies of all non-case specific written discovery requests, written discovery objections and responses, and documents previously produced or to be produced by Merck in any other litigation within the subject matter of this proceeding.

2. Certify to PLC that all documents responsive to No. 1 above have been produced and that in the future any information that may become responsive to No. 1 above be produced to PLC on a weekly basis.

3. Provide within five (5) days and supplement on a weekly basis a comprehensive listing of all depositions and testimony given or to be given in any other Vioxx related litigation, including but not limited to deposition testimony given or to be given by Merck's employees, former employees, and experts in any other litigation within the subject matter of this proceeding.  The list should contain the name of each deponent, the date upon which the deposition was taken, the attorney who took the deposition, the civil action number in which the deposition was taken, whether the deposition was provided in transcript and/or electronic form, whether there were

-1-



exhibits to the deposition and if so, how many, and whether an erata sheet has been provided.

4.    Provide and make available to PLC in hard copy and electronic version copies of all materials identified in No. 3 above, which includes depositions and testimony given or to be given in any other Vioxx related litigation, including but not limited to deposition testimony given or to be given by Merck's employees, former employees, and experts in any other litigation within the subject matter of this proceeding, and do so on a continuing basis.  Updates are to be provided within one (1) week of Merck's receipt of any such deposition.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary office:

Place St. Charles, 201 St. Charles Avenue
Suite 4310, New Orleans, LA 70170
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH:  (318) 487-9874<br>FAX:  (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>FAX:  (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059 |

-2-

| | |
|---|---|
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008)<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on the below listed attorneys, as well as  on Liaison Counsel, Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 19th day of Jan , 2006.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL No. 1657 |
|   PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF
MOTION TO CLARIFY PRE-TRIAL ORDER NO. 17
REGARDING ASSEMBLY OF PRIOR DISCOVERY**

MAY IT PLEASE THE COURT:

Pre-Trial Order No. 17 entered by this Court on June 21, 2005 specifically addresses Merck making available to Plaintiffs' Liaison Counsel prior discovery from other Vioxx litigation. Section III(b)(1) required that within thirty (30) days after entry of Pre-Trial Order No. 17 that Merck was to provide or make available to Plaintiffs' Liaison Counsel copies of all non-case specific written discovery requests, written discovery objections and responses, and documents previously produced or to be produced by Merck in any other litigation within the subject matter of this proceeding, and to do so on a continuing basis. Furthermore, Merck was also to provide or make available to Plaintiffs' Liaison Counsel copies of deposition testimony given or to be given by Merck's employees, former employees and experts in any other litigation within the subject matter of this proceeding, and to do so on a continuing basis. The purpose of this provision in Pre-Trial Order No. 17 was to promote judicial efficiency and economy and to avoid duplicative discovery.

After numerous requests by the PLC for this information, Defendants provided a list to the Court and PLC on April 7, 2005 (see Exhibit 1).  The initial list identified the witness, case, date of deposition, whether there was a transcript, erata and exhibits.   Thereafter, several requests were made by PLC for updates to the list.  On January 3, 2006, the Court ordered that Merck provide an updated list. Finally, on January 11, 2006, Merck supplemented the original list (see Exhibit 2).[1] This list was not in the same format as the list that was provided on April 7, 2005.  The January 11, 2006 list did not identify the case, whether there was a transcript, erata or exhibits.

The failure by Defendants to timely update and supplemental prior discovery has prejudiced Plaintiffs.  Plaintiffs request that Pre-Trial Order No. 17 be clarified and that Defendants be required to:

1.      Make available to PLC copies of all non-case specific written discovery requests, written discovery objections and responses, and documents previously produced or to be produced by Merck in any other litigation within the subject matter of this proceeding.

2.      Certify to PLC that all documents responsive to No. 1 above have been produced and that in the future any information that may become responsive to No. 1 above be produced to PLC on a weekly basis.

3.      Provide within five (5) days and supplement on a weekly basis a comprehensive listing of all depositions and testimony given or to be given in any other Vioxx related litigation, including but not limited to deposition testimony given or to be given by Merck's employees, former employees, and experts in any other litigation within the subject matter of this proceeding.  The list should contain the name of each deponent, the date upon which the deposition was taken,  the attorney who took the deposition, the civil action number in which the deposition was taken, whether

---

[1]      The supplemental list provided was not in compliance with the Minute Entry of January 3, 2006.  The list was not comprehensive and did not contain the name of each deponent, the date upon which the deposition was taken, the attorneys who took the deposition, and the civil action number in which the deposition was taken.

the deposition was provided in transcript and/or electronic form, whether there were exhibits to the deposition and if so, how many, and whether an erata sheet has been provided.

4.     Provide and make available to PLC in hard copy and electronic version copies of all materials identified in No. 3 above, which includes depositions and testimony given or to be given in any other Vioxx related litigation, including but not limited to deposition testimony given or to be given by Merck's employees, former employees, and experts in any other litigation within the subject matter of this proceeding, and do so on a continuing basis.  Updates are to be provided within one (1) week of Merck's receipt of any such deposition.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024

Temporary office:

Place St. Charles, 201 St. Charles Avenue
Suite 4310, New Orleans, LA 70170
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH:  (318) 487-9874<br>FAX:  (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>FAX:  (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059 |

| | |
|---|---|
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008) | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799 |
| Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669) | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on the below listed attorneys, as well as  on Liaison Counsel, Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this _19th_ day of _Jan_, 2006.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL No. 1657 |
|   PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

......................................................................................................................................................

## NOTICE OF HEARING

Please take notice that, upon the pleadings, the depositions, and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m., at the monthly status conference on the 2nd day of February, 2006, or as soon thereafter as counsel can be heard, for an order on the PLC's and PSC's Motion to Clarify Pre-Trial Order No. 17 Regarding Assembly of Prior Discovery and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

_____

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary office:

Place St. Charles, 201 St. Charles Avenue
Suite 4310, New Orleans, LA 70170
**Plaintiffs' Liaison Counsel**

*4/7/05 provided by Δ's*
*to Fallon*

## Plaintiff Expert Witnesses

| Witness | Case | Date | Transcript | Errata | Exhibits |
|---|---|---|---|---|---|
| Blume, Cheryl | Lehr | 08/08/2002 | Y | N | Y |
| Carlisle, John | Cook | 05/12/2004 | Y | N | Y |
| Carter, Joye | Stubblefield | 05/25/2004 | Y | N | Y |
| Carter, Joye | Stubblefield | 06/30/2004 | Y | N | none |
| Edwards, Albert | Garza | 08/24/2004 | Y | N | Y |
| Egilman, David | Stubblefield | 08/30/2004 | Y | N | Y |
| Laux, Lila | Calcaterra | 07/08/2003 | Y | N | Y |
| Lucchesi, Benedict | Lehr | 10/03/2002 | Y | N | Y |
| Lucchesi, Benedict | Ernst | 08/26/2003 | Y | N | Y |
| Lucchesi, Benedict | Younge | 03/31/2004 | Y | N | Y |
| Marks, Donald Harvey | Calcaterra | 07/09/2003 | Y | N | Y |
| Marks, Donald Harvey | Garza | 09/21/2004 | Y | N | Y |
| Ray, Wayne | Stubblefield | 09/02/2004 | Y | Y | Y |
| Rhodes, Christopher | Rogers | 03/11/2005 | Y | N | Y |
| Rhodes, Christopher | Younge | 02/13/2004 | Y | N | Y |
| Rushing, Lige | Lehr | 10/14/2002 | Y | N | Y |
| Rushing, Lige | Ernst | 10/13/2003 | Y | N | Y |
| Simonini, Americo | Garza | 12/09/2004 | Y | N | Y |
| Terry, Leon Cass | Younge | 02/27/2004 | Y | N | Y |
| Zwicke, Dianne | Cook | 06/14/2004 | Y | N | Y |

EXHIBIT

1

## Merck Expert Witnesses

| Witness | Case | Date | Transcript | Errata | Exhibit |
|---|---|---|---|---|---|
| Wilson, Merlin | Lehr | 11/13/2002 | Y | Y | Y |
| Wilson, Merlin | Younge | 04/08/2004 | Y | Y | Y |
| Rothrock, John | Younge | 04/23/2004 | Y | Y | Y |
| Gaziano, Michael | Cook | 09/23/2004 | Y | Y | Y |
| Gaziano, Michael | Garza | 01/05/2005 | Y | Y | Y |
| Gaziano, Michael | Younge | 05/03/2004 | Y | Y | Y |
| Pratt, Craig | Garza | 01/12/2005 | Y | N | Y |
| Wilson, Merlin | Garza | 01/14/2005 | Y | Y | Y |
| Wilson, Merlin | Younge | 04/08/2004 | Y | Y | Y |
| Wilson, Merlin | Lehr | 11/13/2002 | Y | Y | Y |

4/7/05   provided by D's
          to Fallon

## Merck Case Specific Witnesses

| Witness | Case | Date | Transcript | Errata | Exhibits |
|---|---|---|---|---|---|
| De La Fuente, Jr., Juan | Garza | 06/30/2004 | Y | Y | none |
| Dumas, Jarrod | Younge | 04/02/2004 | Y | Y | Y |
| Fiorina, Leah | Calcaterra | 02/14/2003 | Y | N | Y |
| Folse, Joni | Wascom | 04/04/2003 | Y | Y | Y |
| Gonzalez, Arturo | Garza | 06/30/2004 | Y | Y | Y |
| Heggemeir, Timothy Paul | Calcaterra | 01/24/2003 | Y | Y | none |
| Muecke, Lori | Boyer (NJ) | 11/18/2004 | Y | Y | Y |
| Richardson III, Reynolds L. | Wascom | 04/11/2003 | Y | Y | Y |

*4/7/05 proved by ALS to Fallon*

# Deposition Transcripts of Merck Current and Former Headquarters Employees

| Witness | Case | Date | Transcript | Errata Sheet | Exhibits |
|---|---|---|---|---|---|
| Anstice, David | NJ Coordination | 03/16/2005 | Y | | Y |
| Anstice, David | NJ Coordination | 03/17/2005 | Y | N | Y |
| Anstice, David | NJ Coordination | 03/18/2005 | Y | N | Y |
| Barr, Eliav | NJ Coordination | 01/28/2005 | Y | N | Y |
| Baumgartner, Susan | NJ Coordination | 02/25/2005 | Y | Y | Y |
| Bell, Greg | NJ Coordination | 11/10/2004 | Y | Y | N |
| Bold, Thomas | Garza | 06/25/2004 | Y | Y | Y |
| Cannuscio, Carolyn | NJ Coordination | 10/08/2004 | Y | Y | Y |
| Casola, Thomas | Calcaterra | 05/21/2003 | Y | Y | Y |
| Casola, Thomas | Garza | 06/24/2004 | Y | Y | Y |
| Daniels, Brian | NJ Coordination | 10/20/2004 | Y | Y | Y |
| Dixon, Wendy | Ernst | 01/19/2005 | Y | Y | Y |
| Dixon, Wendy | NJ Coordination | 01/19/2005 | Y | Y | Y |
| Dixon, Wendy | Ernst | 01/20/2005 | Y | Y | Y |
| Dixon, Wendy | NJ Coordination | 01/20/2005 | Y | Y | Y |
| Dixon, Wendy | Ernst | 02/18/2005 | Y | Y | Y |
| Dixon, Wendy | NJ Coordination | 02/18/2005 | Y | Y | Y |
| Dunn, James Richard | Lehr | 11/07/2002 | Y | Y | Y |
| Dunn, James Richard | Calcaterra | 02/21/2003 | Y | Y | Y |
| Dunn, James Richard | Barlow | 04/16/2003 | Y | Y | Y |
| Dunn, James Richard | Garza | 04/30/2004 | Y | Y | Y |
| Ehrlich, Elliot | NJ Coordination | 10/21/2004 | Y | Y | Y |
| Gertz, Barry | ounge, Berry, Bradley | 08/27/2003 | Y | Y | Y |
| Hostelley, Linda | Lauderdale | 04/17/2002 | Y | Y | Y |
| Hostelley, Linda | Calcaterra | 04/23/2003 | Y | Y | Y |
| Hostelley, Linda | NJ Coordination | 02/25/2004 | Y | Y | Y |
| Hostelley, Linda | Garza | 04/27/2004 | Y | Y | Y |
| Jacklin, Terry | Barlow | 06/12/2003 | Y | Y | Y |
| Jacklin, Terry | NJ Coordination | 02/26/2004 | Y | Y | Y |
| Jacklin, Terry | NJ Coordination | 08/04/2004 | Y | Y | Y |
| Kulp, Greg | NJ Coordination | 03/10/2004 | Y | Y | Y |
| McKeon, Bernadette | Garza | 06/21/2004 | Y | Y | Y |

| Name | | Date | | | |
|---|---|---|---|---|---|
| Morrison, Briggs | Younge | 12/18/2003 | | | |
| Morrison, Briggs | NJ Coordination | 02/16/2005 | Y | | |
| Morrison, Briggs | NJ Coordination | 02/18/2005 | Y | | |
| Musliner, Thomas | NJ Coordination | 11/05/2004 | | | |
| Ng, Jennifer | NJ Coordination | 01/21/2005 | | | |
| Nies, Alan | NJ Coordination | 03/02/2005 | | | |
| Reicin, Alise S. | Guerra | 07/25/2002 | | Y | |
| Reicin, Alise S. | Lehr | 07/26/2002 | | Y | Y |
| Reicin, Alise S. | Calcaterra | 02/26/2003 | | Y | Y |
| Reicin, Alise S. | Younge | 03/16/2004 | | Y | Y |
| Reicin, Alise S. | Garza | 06/22/2004 | | Y | Y |
| Reicin, Alise S. | NJ Coordination | 03/02/2005 | | Y | Y |
| Santanello, Nancy | Garza | 08/10/2004 | | Y | Y |
| Santanello, Nancy | Ernst | 12/22/2004 | | Y | Y |
| Schechter, Adam | Lehr | 09/13/2002 | | Y | Y |
| Schechter, Adam | Heindel | 09/23/2003 | | Y | Y |
| Schechter, Adam | NJ Coordination | 12/10/2004 | | Y | Y |
| Scolnick, Edward | Barlow | 01/30/2003 | | Y | Y |
| Seidenberg, Beth | NJ Coordination | 10/07/2004 | | N | Y |
| Shapiro, Deborah | B. Jones | 10/22/2002 | | Y | Y |
| Shapiro, Deborah | Calcaterra | 05/13/2003 | | Y | N |
| Shapiro, Deborah | Garza | 04/29/2004 | | Y | N |
| Shapiro, Deborah | NJ Coordination | 01/25/2005 | | Y | Y |
| Shapiro, Deborah | NJ Coordination | 02/14/2005 | | Y | Y |
| Sherwood, Lou | NJ Coordination | 09/30/2004 | | Y | Y |
| Sherwood, Lou | Ernst | 12/14/2004 | | Y | Y |
| Sherwood, Lou | NJ Coordination | 12/14/2004 | | Y | Y |
| Silverman, Robert | NJ Coordination | 11/19/2004 | | Y | Y |
| Silverstein, Leonard | Garza | 08/10/2004 | | Y | Y |
| Simon, Thomas | NJ Coordination | 01/05/2005 | | Y | Y |
| Simon, Thomas | NJ Coordination | 01/19/2005 | | Y | Y |
| Tacconi, Len | Garza | 04/28/2004 | | Y | Y |
| Watson, Doug | NJ Coordination | 02/09/2005 | Y | Y | Y |

*- 4/7/05 provided by*
*Δ's to Fallon*

## Plaintiffs and Other Witnesses

| Witness | Case | Date | ASCII | Errata | Exhibits |
|---|---|---|---|---|---|
| Abraham II, George | Meeks (NJ) | 12/08/2004 | Y | N | Y |
| Baghal, Imad | Solimini | 07/28/2003 | Y | N | Y |
| Barnes, Heidi | Wascom | 08/12/2003 | Y | N | none |
| Beaudin, Mary | Beaudin (NJ) | 05/20/2004 | Y | N | Y |
| Bennett, Anita Sharon | Hensley | 07/01/2004 | Y | N | Y |
| Berry, Callie | Berry | 02/17/2004 | Y | N | Y |
| Blank, Andrew J. | Rowe (NJ) | 12/01/2004 | Y | N | Y |
| Bollinger, James R. | Vrabel (NJ) | 11/11/2004 | Y | N | Y |
| Boyd, Edgar Lee | Boyd (NJ) | 07/07/2004 | Y | N | Y |
| Boyer, Alta Marie | Boyer (NJ) | 08/27/2004 | Y | N | Y |
| Boyer, Larry | Boyer (NJ) | 08/27/2004 | Y | N | Y |
| Brown, Angela Ernst | Ernst | 08/05/2003 | Y | N | none |
| Burkhardt, Barry | Vrabel (NJ) | 12/01/2004 | Y | N | Y |
| Calcaterra, Josephine | Calcaterra | 10/29/2002 | Y | N | none |
| Cameron, Barbara | Cameron (CA) | 09/14/2002 | Y | N | Y |
| Chacon, Gloria Garza | Garza | 06/09/2004 | Y | N | none |
| Chalk, David | Hensley | 04/07/2004 | Y | N | Y |
| Clancy, William | Rogers | 03/18/2005 | Y | N | Y |
| Cohen, Dr. Herbert | Heindel | 05/16/2003 | Y | N | Y |
| Cook, William | Cook | 02/04/2004 | Y | N | Y |
| Daley, Deborah | Daley | 09/22/2004 | Y | N | Y |
| Danishanko, Albert | Fink (NJ) | 12/06/2004 | Y | N | Y |
| Dare, Daniel | Meeks (NJ) | 12/06/2004 | Y | N | Y |
| Day, H. Kean | Wascom | 08/12/2003 | Y | N | Y |
| DiGioia, Anthony | Rodemeyer (NJ) | 12/17/2004 | Y | N | Y |
| Donkin, Dorothy M | Donkin (CA) | 07/14/2004 | Y | N | Y |
| Dorriety, Judith | Dorriety | 03/03/2004 | Y | N | Y |
| El-Kadi, Hisham | LaFerriere (NJ) | 11/12/2004 | Y | N | Y |
| Ernst, Carol | Ernst | 04/29/2003 | Y | N | Y |
| Ernst, R. Charles | Ernst | 08/05/2003 | Y | N | none |
| Evans, Dr. Michael | Garza | 08/19/2004 | Y | N | Y |
| Fina, Ann | Fina | 03/01/2005 | Y | N | Y |
| Fina, Charles | Fina | 02/28/2005 | Y | N | Y |
| Fina, Charles | Fina | 03/01/2005 | Y | N | Y |
| Fink, Helen | Fink (NJ) | 10/20/2004 | Y | N | Y |
| Forlano, Frank | Forlano (NJ) | 08/12/2004 | Y | N | Y |
| Forlano, Lucy | Forlano (NJ) | 08/12/2004 | Y | N | none |
| Freeland, Doy L. | Calcaterra | 12/05/2002 | Y | N | Y |
| Garza, Felicia Baudilia | Garza | 06/08/2004 | Y | N | Y |
| Garza, Jr., Leonel | Garza | 06/08/2004 | Y | N | Y |
| Garza, Lauro Guadalupe | Garza | 06/09/2004 | Y | N | Y |
| Garza, Luis Jaime | Garza | 06/09/2004 | Y | N | Y |
| Gaydosh, Lori | Rodemeyer (NJ) | 12/16/2004 | Y | N | Y |
| Gomez, Angelina | Guerra | 05/30/2003 | Y | N | none |
| Gomez, Guadalupe | Guerra | 05/30/2003 | Y | N | none |
| Groves, Roger | Thomas (NJ) | 12/02/2004 | Y | N | Y |

| | | | | | |
|---|---|---|---|---|---|
| Guerra, Javier | Guerra | 05/29/2003 | Y | N | Y |
| Gupta, Avinash | LaFerriere (NJ) | 01/11/2005 | Y | N | Y |
| Halbedier, Jr., L. Stayton | Pikul | 04/20/2004 | Y | N | Y |
| Hamblin, Margie | Ueberroth | 09/24/2003 | Y | N | Y |
| Heindel, Dorothy | Heindel | 02/25/2003 | Y | N | Y |
| Henderson, Jeffrey | Henderson (NJ) | 09/22/2004 | Y | N | Y |
| Hensley, Carolyn | Hensley | 04/15/2004 | Y | N | Y |
| Holcomb, Roger | Holcomb | 10/01/2003 | Y | N | Y |
| Hudson, Joe | Hudson (CA) | 10/14/2004 | Y | N | Y |
| Hudson, Joe | Hudson (CA) | 10/15/2004 | Y | N | Y |
| Irwin, Mark David | Lehr | 07/19/2002 | Y | N | none |
| Jones, Brenda Joyce | B. Jones | 05/21/2003 | Y | N | Y |
| Jones, Patricia | P. Jones (CA) | 9/30/04 (Part I) | Y | N | Y |
| Juarez-Henderson, Cristal | Henderson (NJ) | 09/22/2004 | Y | N | none |
| Kaufmann, Walter | Cameron (CA) | 11/03/2004 | Y | N | none |
| Kennedy, Jon W. | Kennedy | 04/22/2002 | Y | N | none |
| Kern, Abraham | Beaudin (NJ) | 12/03/2004 | Y | N | Y |
| Kinmonth, Jean T | Heindel | 03/10/2003 | Y | N | Y |
| Kocialski, Donald | Solimini (NJ) | 10/10/2003 | Y | N | Y |
| Krauser, Ronald | Thomas (NJ) | 11/09/2004 | Y | N | Y |
| Lacy, Jimmy | Lacy | 12/04/2003 | Y | N | Y |
| Ladd, Joyce | Ladd | 06/15/2004 | Y | N | Y |
| LaFerriere, Nancy | LaFerriere (NJ) | 07/22/2004 | Y | N | Y |
| LaFerriere, Nancy | LaFerriere (NJ) | 07/27/2004 | Y | N | Y |
| Lauderdale, George Ralph | Lauderdale | 12/09/2002 | Y | N | Y |
| Legris, Michael | Beaudin (NJ) | 12/02/2004 | Y | N | Y |
| Lehr, Judith | Lehr | 07/19/2002 | Y | N | none |
| Luce, Serena | Henderson (NJ) | 12/28/2004 | Y | N | Y |
| Malone, Donald | Malone (CA) | 07/09/2004 | Y | N | Y |
| Martin, Jack L. | Thomas (NJ) | 12/08/2004 | Y | N | Y |
| Mathison, Jeffrey | Roe | 05/21/2003 | Y | N | Y |
| McClure, Dale | McClure (CA) | 08/31/2004 | Y | N | Y |
| McCullough, Carla | McCullough | 10/11/2004 | Y | N | Y |
| McElheny, Brian George | Calcaterra | 01/29/2003 | Y | N | Y |
| Meeks, Melonie | Meeks (NJ) | 10/26/2004 | Y | N | none |
| Meeks, Paul | Meeks (NJ) | 10/25/2004 | Y | N | Y |
| Moore, Shirley Mann | Daley | 09/22/2004 | Y | N | none |
| Nix, Derrick | Nix | 09/16/2003 | Y | N | Y |
| Pikul, Thomas | Pikul | 08/06/2004 | Y | N | Y |
| Reardon, Dr. | White (NJ) | 03/02/2005 | Y | N | N |
| Rehn, Terry | Wascom | 07/30/2003 | Y | N | none |
| Resnick, Harvey | Ernst | 09/25/2003 | Y | N | none |
| Rigolosi, Robert | Solimini (NJ) | 07/30/2003 | Y | N | Y |
| Rodemoyer, Caryl | Rodemeyer (NJ) | 10/15/2004 | Y | N | Y |
| Roe, Linda | Roe | 05/22/2003 | Y | N | Y |
| Rowe, Patricia | Rowe (NJ) | 04/22/2004 | Y | N | Y |
| Sampognaro, Gregory | Meeks (NJ) | 12/10/2004 | Y | N | Y |
| Santoro, John | Forlano (NJ) | 12/20/2004 | Y | N | Y |
| Schirmer, Christopher | Irvin | 12/07/2004 | Y | N | Y |

| | | | | | |
|---|---|---|---|---|---|
| Schludermann, Peter | Henderson (NJ) | 11/04/2004 | Y | N | Y |
| Shannon, Daniel Jack | Shannon | 09/08/2004 | Y | N | none |
| Shannon, Frances | Shannon | 09/08/2004 | Y | N | Y |
| Silva, Ebed | Guerra | 05/29/2003 | Y | N | none |
| Silva, Jr., Ebed | Guerra | 07/17/2003 | Y | N | none |
| Skipper, Marilyn | Skipper (CA) | 10/14/2004 | Y | N | Y |
| Smith, George | Hensley | 07/27/2004 | Y | N | Y |
| Smith, James | Henderson (NJ) | 11/03/2004 | Y | N | Y |
| Solimini, Paul | Solimini (NJ) | 01/07/2003 | Y | N | Y |
| Solimini, Paul | Solimini (NJ) | 01/08/2003 | Y | N | Y |
| Solimini, Paul | Solimini (NJ) | 03/04/2003 | Y | N | Y |
| Solimini, Paul | Solimini (NJ) | 03/13/2003 | Y | N | Y |
| Specht, Hildegard | Specht (NJ) | 06/02/2004 | Y | N | none |
| Specht, Philipp | Specht (NJ) | 06/02/2004 | Y | N | Y |
| Stigliano, Richard | Rodemeyer (NJ) | 12/09/2004 | Y | N | Y |
| Stubblefield, Keith | Stubblefield | 09/16/2004 | Y | N | none |
| Stubblefield, Kimberly | Stubblefield | 06/30/2003 | Y | N | Y |
| Stubblefield, Korietta | Stubblefield | 09/16/2004 | Y | N | none |
| Swofford, Mina | Roe | 05/21/2003 | Y | N | Y |
| Thomas, Michael | Thomas (NJ) | 08/31/2004 | Y | N | Y |
| Thomas, Rochelle | Thomas (NJ) | 09/01/2004 | Y | N | Y |
| Timpanaro, Paula | Cameron (CA) | 11/02/2004 | Y | N | Y |
| Toren, Michael | Henderson (NJ) | 11/03/2004 | Y | N | Y |
| Ueberroth, Betty | Ueberroth | 09/24/2003 | Y | N | Y |
| Vrabel, Martha | Vrabel (NJ) | 10/26/2004 | Y | N | Y |
| Vrabel, Ronald | Vrabel (NJ) | 10/26/2004 | Y | N | none |
| Wascom, Genevieve | Wascom | 07/23/2003 | Y | N | Y |
| Wascom, John Craig | Wascom | 07/23/2003 | Y | N | none |
| White, Glenda | White (NJ) | 10/28/2004 | Y | N | Y |
| Woschitz, Joseph | Roe | 05/22/2003 | Y | N | Y |
| Younge, Carolyn | Younge | 03/18/2004 | Y | N | Y |
| Zeid, Randy | LaFerriere (NJ) | 11/16/2004 | Y | N | Y |

# Stone Pigman Walther Wittmann l.l.c.

### counsellors at law

**Phillip A. Wittmann**
Direct Dial: (504) 593-0804
Direct fax: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

our file number

66,000

January 11, 2006

**BY E-MAIL & U.S. MAIL**

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar
Place St. Charles
201 St. Charles Avenue, Office 4310
New Orleans, Louisiana  70170

Re:    In re:  VIOXX® Product Liability Litigation, MDL 1657

Dear Russ:

The following is a list of deposition transcripts that you requested at the last MDL status conference.  These depositions appear to be responsive to the requirements set forth in MDL Pretrial Order No. 17 and, upon production, will represent Merck's supplemental production pursuant to the terms and continuing obligations of that order:

| Witness | Deposition Date | Case |
|---|---|---|
| Arrowsmith-Lowe, Janet | 6/29/2005 | Ernst |
| Arrowsmith-Lowe, Janet | 10/28/2005 | Irvin/Plunkett |
| Barr, Eliav | 9/21/2005 | NJ |
| Baumgartner, Susan | 9/30/2005 | Irvin/Plunkett; NJ |
| Blake, Mary E. | 11/29/2005 | NJ; MDL |
| Block, Gilbert | 11/2/2005 | MDL |
| Bold, Thomas | 7/29/2005 | NJ |
| Carroll, Martin | 10/27/2005 | MDL |
| Dixon, Wendy | 8/5/2005 | NJ |
| Dunn, James | 10/7/2005 | Irvin/Plunkett |



**EXHIBIT**
**2**

795954v.1

2

January 11, 2006

| | | |
|---|---|---|
| Eskin, David | 11/1/2005 | Abdel-Malek |
| Gaziano, J. Michael | 5/3/2004 | Younge |
| Gaziano, J. Michael | 9/23/2004 | Cook |
| Gaziano, J. Michael | 1/5/2005 | Garza; Felicia |
| Gaziano, J. Michael | 6/17/2005 | Ernst |
| Gaziano, J. Michael | 7/19/2005 | NJ |
| Gaziano, J. Michael | 8/17/2005 | NJ |
| Gertz, Barry | 9/1/2005 | NJ |
| Gertz, Barry | 9/28/2005 | NJ |
| Gertz, Barry | 8/15/2005 | MDL; NJ |
| Gertz, Barry | 8/16/2005 | MDL; NJ |
| Gertz, Barry | 9/28/2005 | NJ |
| Honig, Peter | 8/8/2005 | NJ |
| Honig, Peter | 8/9/2005 | NJ |
| Howard, George | 8/10/2005 | Humeston (NJ) |
| Howard, George | 8/10/2005 | Humeston (NJ) |
| Jacklin, Terry R. | 7/29/2005 | MDL |
| Lanza, Frank | 10/13/2005 | Irvin/Plunkett |
| McKines, Charlotte | 8/3/2005 | MDL; NJ |
| McKines, Charlotte | 8/4/2005 | MDL; NJ |
| McKines, Charlotte | 9/9/2005 | Humeston (NJ); Irwin/Plunkett; Zajicek |
| Metters, Kathleen | 7/28/2005 | NJ |
| Nies, Alan | 8/23/2005 | DiPietro (NJ) |
| Pratt, Craig | 1/12/2005 | Garza; Felicia |
| Pratt, Craig | 6/24/2005 | Ernst |
| Pratt, Craig | 10/14/2005 | Irvin/Plunkett |
| Rarick, Lisa | 8/22/2005 | Humeston (NJ) |

3

January 11, 2006

| | | |
|---|---|---|
| Rayburn, Barry | 10/12/2005 | Irvin/Plunkett; NJ |
| Rayburn, Barry | 10/12/2005 | Irvin/Plunkett; NJ |
| Reicin, Alise | 8/19/2005 | NJ |
| Rothrock, John | 4/23/2004 | Younge |
| Scolnick, Edward | 8/16/2005 | NJ |
| Silver, David | 8/3/2005 | Abdel-Malek |
| Silver, David | 10/10/2005 | Irvin/Plunkett |
| Watson, Douglas | 8/4/2005 | NJ |
| Waymack, Paul | 7/21/2005 | NJ |
| Waymack, Paul | 7/21/2005 | Humeston (NJ) |
| Weiner, Jan | 8/10/2005 | NJ |
| Weiner, Jan | 8/11/2005 | NJ |
| Weiner, Jan | 8/12/2005 | NJ |
| Westrick, Ellen | 8/30/2005 | NJ |
| Westrick, Ellen | 11/9/2005 | NJ |
| Wheeler, Thomas | 10/28/2004 | White; Glenda |
| Wheeler, Thomas | 6/24/2005 | Ernst |
| Wheeler, Thomas | 10/13/2005 | Irvin/Plunkett |
| Wilson, Merlin | 11/4/2005 | Garza; Felicia |
| Wilson, Merlin | 4/8/2004 | Younge |
| Wilson, Merlin | 4/13/2005 | Engineers (NJ) |
| Wilson, Merlin | 11/13/2002 | Lehr |
| Wilson, Merlin | 7/1/2005 | Ernst |

Merck is currently preparing to produce these supplemental deposition transcripts by the beginning of next week.

795954v.1

4
January 11, 2006

Please contact me should you have any questions concerning this list.

With best regards, I remain

Sincerely,

/s/
Phillip A. Wittmann

PAW/ehb