UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| THERESA SEGO, individually and as<br>Trustee for the Estate of Jackie Sue Sego,<br>    Plaintiff,<br>v.<br>Merck & Co., Inc.,<br>    Defendant. | Court File No. 05-5813 |

## STIPULATION AND VOLUNTARY
## DISMISSAL OF PLAINTIFF THERESA SEGO

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Theresa Sego, the Plaintiff above listed, and Defendant Merck & Co., Inc. **STIPULATE** and **AGREE** that Theresa Sego, individually and as Trustee for the Estate of Jackie Sue Sego, is hereby **VOLUNTARY DISMISSED WITHOUT PREJUDICE** with each party bearing its own costs and counsel fees.

Plaintiff and Defendant Merck & Co., Inc. further **STIPULATE** and **AGREE** that should Plaintiff choose to re-file her Vioxx injury claim against Defendant Merck & Co., Inc. at a future date, said claim will be filed in federal court.

352039-1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Dated: ~~January ___, 2006~~ December 29, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:    612-339-0981
*Attorneys for Plaintiffs*

Dated: ~~January~~ December 29, 200~~6~~5

HALLELAND LEWIS NILAN & JOHNSON P.A.

By: _____
Scott A. Smith, #174026
Amanda M. Cialkowski, #306514
Jan R. McLean Bernier, #0307853
U.S. Bank Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone:   612-338-1838
Facsimile:    612-338-7858
*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| THERESA SEGO, individually and as Trustee for the Estate of Jackie Sue Sego, | Court File No. 05-5813 |
| Plaintiff,<br>v. | |
| Merck & Co., Inc., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation and Voluntary Dismissal of Plaintiff Theresa Sego** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail on January 19, 2006 and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 on January 17, 2006.

Dated:  January 19, 2006          LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:    612-339-6900
Facsimile:    612-339-0981

*Attorneys for Plaintiffs*

352039-1