FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 20  PM 3: 18

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**MERCK & CO., INC'S LIST OF WITNESSES FOR TRIAL**

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of prior deposition testimony if Plaintiff seeks to introduce prior deposition testimony from the same witness. Additional depositions may be taken before trial and Defendant reserves the right to supplement this list to include some or all of those additional

___ Fee_____
___ Process_____
X  Dktd_____ 796782v.1
___ CtRmDep____
___ Doc. No_____

depositions. Defendant reserves the right to supplement or amend based upon any ruling of the Court that affect the scope of evidence in this trial or if Plaintiff alters or amends her Witness List. Defendant further reserves the right to withdraw any witnesses. Defendant also reserves the right to call, live or by deposition, any witnesses (i) identified by Plaintiff, (ii) for which Plaintiff designates deposition testimony, (iii) who is identified hereafter through discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

1) Dr. Janet Arrowsmith-Lowe
185 Eagle Creek Canyon
Ruidoso, NM   88355
*Testimony:* Defendant's FDA expert.

2) Richard Aycock
6863 W. Seacove Avenue
St. Augustine, FL   32086
*Testimony:* Friend of Richard Irvin, Jr. Anticipated testimony is reflected in Defendant's deposition designations.

3) Dr. Barry Gertz
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ   08889
*Testimony:* Executive Vice President of Clinical Research at Merck Research Laboratories.

4) Raymond Gilmartin
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL   60610
*Testimony:* Former Chief Executive Officer of Merck & Co., Inc.

5) Leslie Goldstein
5121 Hawks Hammock Way
Sanford, FL 32771
*Testimony:* Daughter of Richard Irvin, Jr. who will testify about Mr. Irvin's health and use of Vioxx.

6) Barry Kass
3832 Hickory Lane
St. Augustine, FL 32086
*Testimony:* Friend of Richard Irvin, Jr. Anticipated testimony is reflected in Defendant's deposition designations.

7) Dr. Frank Lanza
Houston Institute for Clinical Research
7777 Southwest Freeway, Suite 720
Houston, TX 77074
*Testimony:* Defendant's gastroenterology expert.

8) Dr. Briggs Morrison
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony:* Vice President of Clinical Research at Merck Research Laboratories.

9) Dr. Alan Nies
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
*Testimony:* Former Senior Vice President of Clinical Research at Merck Research Laboratories.

10) Daniel Pacetti
Kyle's Seafood Market
3874 N. Ponce De Leon Boulevard
St. Augustine, FL 32804
*Testimony:* Co-worker of Richard Irvin, Jr. Anticipated testimony is reflected in Defendant's deposition designations.

11) Dr. Craig Pratt
Methodist DeBakey Cardiology Associates
6550 Fannin Street, Suite 1901
Houston, TX 77030
*Testimony:* Defendant's cardiology expert.

12) Dr. Barry Rayburn
420 Windsor Drive
Homewood, AL  35209
*Testimony:* Defendant's cardiology expert.

13) Dr. Alise Reicin
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ  08889
*Testimony:* Vice President of Clinical Research at Merck Research Laboratories.

14) Dr. Nancy Santanello
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ  08889
*Testimony:* Executive Director of Epidemiology at Merck.

15) Allesha Schirmer
19954 Loxahatchee Pointe Drive
Jupiter, FL  33458
*Testimony:* Daughter of Richard Irvin, Jr.  Anticipated testimony is reflected in Defendant's deposition designations.

16) Dr. Christopher Schirmer
19954 Loxahatchee Pointe Drive
Jupiter, FL  33458
*Testimony:* Prescribing physician and son-in-law of Richard Irvin, Jr.  Anticipated testimony is reflected in Defendant's deposition designations.

17) Dr. Edward Scolnick
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL  60610
*Testimony:* Former President of Merck Research Laboratories.

18) Dr. David Silver
Cedars-Sinai Medical Center
Rheumatology and Internal Medicine
8641 Wilshire Boulevard, Suite #301
Beverly Hills, CA  90211
*Testimony:* Merck's rheumatology expert.

19) John Weeks
Seafood Shoppe
2085 State Road Three
St. Augustine, FL   32084
*Testimony:*  Employer of Richard Irvin, Jr.  Anticipated testimony is reflected in Defendant's deposition designations.

20) Mary Weeks
Seafood Shoppe
2085 State Road Three
St. Augustine, FL   32084
*Testimony:*  Employer of Richard Irvin, Jr.  Anticipated testimony is reflected in Defendant's deposition designations.

21) Dr. Thomas Wheeler
Baylor College of Medicine
Department of Pathology
One Baylor Plaza, Room T203
Houston, TX   77030
*Testimony:*  Defendant's pathology expert.

22) Dr. Merlin Wilson
2633 Napoleon Avenue
Suite #530
New Orleans, LA   70115
*Testimony:*  Defendant's rheumatology expert.

Respectfully submitted,

/s/ Dorothy H. Wimberly

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

796782v.1

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60601
Phone: 312-494-4400
Fax:    312-494-4440

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co., Inc.'s List of Witnesses for Trial has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 20th day of January, 2006.

*Dorothy H. Wimberly* (signature)

796782v.1