FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 20  PM 4: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

### NOTICE TO ALL COUNSEL OF SUBSTITUTION OF JAMES PEPPER, FOR ARETHA DAVIS, WHEN SERVING PPFS, AUTHORIZATIONS AND RESPONSIVE DOCUMENTS

Pursuant to Pre-Trial Order 18B, paragraph 5, "Plaintiffs shall serve the DLC with the PPF responses, signed and dated Authorizations, and responsive documents by serving a hard copy on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann L.L.C., **Aretha Delight Davis at Dechert LLP**, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC." Ms. Davis is no longer associated with Dechert LLP. Accordingly, and effective immediately, **James Pepper at Dechert LLP** shall be served via LexisNexis File & Serve, in place of Ms. Davis. LexisNexis already has

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep__ 796569v.1
___ Doc. No____

made the substitution in its service list. Thus, when plaintiffs serve these documents, Mr. Pepper's name appears in place of Ms. Davis'.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice to All Counsel has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 20th day of January, 2006.

*/s/ Dorothy H. Wimberly*

796569v.1