FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

2006 JAN 23  PM 12: 33

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

LORETTA G. WHYTE
           CLERK

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Edward Evans v. Merck & Co., Inc.*, No. 2:05cv4832 (previously 4:05-cv 01170 EDMO USDC)

## ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel. Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED.

It is So Ordered: _____
                              JUDGE

DATE: Jan 23, 2006



Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
___ Doc. No _____