UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 23  PM 12: 39

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON  Ref: 05-4046 |
| | * | |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Expedited Hearing of Merck & Co., Inc 's Motion to Compel Production of Documents from the New England Journal of Medicine:

IT IS ORDERED that Merck & Co., Inc.'s Motion to Compel Documents from the New England Journal of Medicine will be heard on an expedited basis on the ____ day of January, 2006, at ____ a.m.

[Denied]

NEW ORLEANS, LOUISIANA, this 23rd day of January, 2005.

DISTRICT JUDGE

____ Fee _____
____ Process _____
X  Dktd _____
✓  CtRmDep _____
____ Doc. No. _____

796529v.1