

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  PM 5: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L  *ref:* 05-4046 |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK") TO COMPEL PRODUCTION OF DOCUMENTS FROM THE NEW ENGLAND JOURNAL OF MEDICINE

On January 17, 2006, this Court denied the Massachusetts Medical Society's ("MMS") motion to quash the January 6, 2006 subpoenas issued by Merck & Co. Inc. ("Merck") to MMS and two editors of the New England Journal of Medicine.  MMS continues to refuse, however, to produce the bulk of the documents responsive to those same subpoenas.  Accordingly, by this motion, Merck requests that the Court enter an order requiring MMS to produce the requested documents.

MMS bases its refusal to produce the documents on the same arguments rejected by this Court at yesterday's hearing on MMS's motion to quash.  Since the Court has already


___ Fee_____
___ Process_____
X_ Dktd_____
___ CtRmDep_____
___ Doc. No. 796484v.1

1

ruled on these arguments, there is no need for further briefing.  Merck incorporates by reference

its prior briefing in opposition to MMS's motion as well as the arguments presented by Merck's

counsel at yesterday's telephonic hearing.  Given Merck's urgent need to prepare for the

upcoming NEJM depositions to take place on January 24-25 and the upcoming *Plunkett* retrial

on February 6, Merck respectfully requests that the Court order MMS to produce the requested

documents forthwith, and in no event later than 5:00 p.m. (EST) time on January 20, 2006.[1]

Merck has submitted a proposed order to this effect.  In accordance with the Court's ruling at

yesterday's hearing, the order provides that MMS may redact the names and addresses of

anonymous peer reviewers, but must otherwise produce the requested documents in full.  Merck

respectfully requests that the Court enter the proposed order today so that the document

production may proceed as expeditiously as possible.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE        PIGMAN        WALTHER
WITTMANN L.L.C.
4041 Essen Lane
One United Plaza, Suite 501
Baton Rouge, Louisiana 70809
Phone:  225-490-8900
Fax:      225-490-8960

Defendants' Liaison Counsel

---

[1] Counsel for Merck will have to travel to Boston for the depositions, so getting the documents
the day before the depositions is not a feasible option.

2

796484v.1

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407
Attorneys for Merck & Co., Inc.

796484v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to Compel Production of Documents from the New England Journal of Medicine has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 18th day of January, 2006.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Compel Production of Documents from the New England Journal of Medicine filed by Merck & Co., Inc., and the papers and arguments submitted in connection with the Massachusetts Medical Society's motion to quash Merck's subpoenas, heard and denied by this Court on January 17, 2006:

IT IS ORDERED that the Massachusetts Medical Society; Gregory Curfman, M.D.; Jeffrey Drazen, M.D.; Robert Steinbrook, M.D.; and Robert Utiger, M.D. shall produce all documents requested by Merck no later than 5:00 p.m. on January 20, 2006.  The producing parties may redact the names and addresses of anonymous peer reviewers but shall otherwise produce the requested documents in full.

NEW ORLEANS, LOUISIANA, this ___ day of January, 2005.


_____
                              DISTRICT JUDGE


796484v.1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to** | * | **JUDGE FALLON** |
| **Case No. 05-4046** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **EVELYN IRVIN PLUNKETT,** | * | |
| as Personal Representative of the Estate of | * | |
| **RICHARD IRVIN, JR.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 37.1E CERTIFICATE

In accordance with Local Rule 37.1E, undersigned counsel certifies that counsel for defendant conferred by telephone with counsel regarding this matter on January 18, 2006 and that the parties were unable to resolve this discovery dispute.

_Dorothy H. Wimberly_

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:     504-581-3361
Defendants' Liaison Counsel

- 1 -

Phillip Beck
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Attorneys for Merck & Co., Inc.

Dated: January 19, 2006

796563v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Local Rule 37.1 Certificate has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 19th day of January, 2006.

- 3 -

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to** | * | **JUDGE FALLON** |
| **Case No. 05-4046** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **EVELYN IRVIN PLUNKETT,** | * | |
| as Personal Representative of the Estate of | * | |
| **RICHARD IRVIN, JR.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Merck & Co., Inc.'s Motion to Compel Production of Documents from the New England Journal of Medicine will be brought on for hearing on the _8_ day of _February_, 2006, at _11:00_ o'clock, before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

_Dorothy H. Wimberly_

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:  504-581-3361Defendants' Liaison
Counsel

796562v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ  Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 19th day of January, 2006.

796562v.1