UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX : | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Elvira Abundiz and Antonia Abundiz, Jr., w/h v. Merck & Co., Inc., et al.*, No. 05-CV 2716.

### KLINE & SPECTER, P.C.'S
### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
### PLAINTIFFS ELVIRA ABUNDIZ AND ANTONIA ABUNDIZ, JR., W/H

COMES NOW, Kline & Specter, P.C., and files its Motion to Withdraw as Counsel of Record for Elvira Abundiz and Antonia Abundiz, Jr., w/h and would respectfully show this Honorable Court as follows:

### I. INTRODUCTION

This action arises from the sale of the prescription drug Vioxx® (Rofecoxib) to Elvira Abundiz who suffered chest pain and shortness of breath while ingesting this drug.

### II. ARGUMENT

Good cause exists for this court to grant this Motion to Withdraw because a conflict of interest between the client and this counsel has arisen and, therefore, Kline & Specter, P.C., seeks to withdraw as counsel of record.

Kline & Specter, P.C. has delivered a copy of this motion to Elvira Abundiz and Antonia Abundiz, Jr., w/h and has notified them in writing of the filing of this Motion, both via regular and certified mail.

-1-

Elvira Abundiz and Antonia Abundiz, Jr. last known mailing address is 5813 Linares Street, Brownsville, TX 78521, and their telephone number is 956-831-0378.

### III.  CONCLUSION

Due to a conflict of interest between the client and this counsel, Kline & Specter, P.C., respectfully requests that this Court allow Kline & Specter, P.C., to withdraw as counsel of record in this matter.

        Respectfully submitted by:

        KLINE & SPECTER
        *A Professional Corporation*

By: _____
        Thomas R. Kline, Esquire (28895)
        Lee B. Balefsky, Esquire (25321)
        Michelle L. Tiger, Esquire (43872)
        KLINE & SPECTER, P.C.
        1525 Locust Street, 19th floor
        Philadelphia, PA 19102
        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Kline & Specter, P.C.'s Motion to Withdraw as Counsel of Record for Plaintiffs Elvira Abundiz and Antonia Abundiz, Jr., w/h has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Elvira Abundiz and Antonia Abundiz, Jr., w/h, by U.S. Mail upon all parties by electronically uploading the same to LexisNexis file & Serve advanced in accordance with PreTrial Order No. 8, on this 6th day of January, 2006.

LEE B. BALEFSKY, ESQUIRE