FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 JAN 23 PM 12: 38

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX | : MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION | : SECTION: L |
| | | : |
| | | : JUDGE FALLON |
| | | : MAG. JUDGE KNOWLES |
| | | : |

**THIS DOCUMENT RELATES TO:**
*Elvira Abundiz and Antonio Abundiz, Jr., w/h v. Merck & Co., Inc., et al.*, No. 05-CV-2716.

### ORDER

The Court today considered Plaintiff's Motion to Withdraw as Counsel of Record and, for good cause shown, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that attorneys Thomas R. Kline, Lee B. Balefsky and Michelle L. Tiger of KLINE & SPECTER, P.C., are no longer counsel of record for these plaintiffs. IT IS FURTHER

ORDERED that all future notices to Plaintiffs be sent to the Plaintiffs, Elvira and Antonio Abundiz, Jr at 5813 Linares, Brownsville, TX 78521.

IT IS SO ORDERED.

1/23/06
Date

Judge Eldon E. Fallon
United States District Court Judge

-4-

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____