UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

Andres v. Merck & Co., Inc., No. 05-3130;
Burress v. Merck & Co., Inc., No. 05-2015;
Christman v. Merck & Co., Inc., No. 05-2014;
Cox v. Merck & Co., Inc., No. 05-3129;
Dawkins v. Merck & Co., Inc., No. 05-1270;
Dreyer v. Merck & Co., Inc., No. 05-2013;
Duclos v. Merck & Co., Inc., No. 05-3134;
Fees v. Merck & Co., Inc., No. 05-3133;
Fister v. Merck & Co., Inc., No. 05-1267;
Forgacs v. Merck & Co., Inc., No. 05-3132;
Gerrard v. Merck & Co., Inc., No. 05-2012;
Hainsworth v. Merck & Co., Inc., No. 05-1763;
Inman v. Merck & Co., Inc., No. 05-1762;
Kinghorn v. Merck & Co., Inc., No. 05-2912;
Lytle v. Merck & Co., Inc., No. 05-1761;
Mohler v. Merck & Co., Inc., No. 05-1760;
O'Connor v. Merck & Co., Inc., No. 05-1268;
Piquet v. Merck & Co., Inc., No. 05-4786;
Powley v. Merck & Co., Inc., No. 05-3131;
Radtke v. Merck & Co., Inc., No. 05-1759;
Roget v. Merck & Co., Inc., No. 05-1764;
Ruyle v. Merck & Co., Inc., No. 05-3381;
Sculatti v. Merck & Co., Inc., No. 05-1266;
Silva v. Merck & Co., Inc., No. 05-1768;
Struckmeyer v. Merck & Co., Inc., No. 05-5327;
Trueworthy v. Merck & Co., Inc., No. 05-1767;
Van Nostrand v. Merck & Co., Inc., No. 05-1765; and
Vinson v. Merck & Co., Inc., No. 05-1766

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

796424v.1

## UNCONTESTED MOTION TO AMEND
## CLERICAL ERROR IN ANSWERS, *NUNC PRO TUNC*

Defendant Merck & Co., Inc. ("Merck"), by and through its counsel of record,

and pursuant to Federal Rule of Civil Procedure 15(a), hereby respectfully moves the Court for

an Order in the form appended hereto to amend the Answer to Complaint filed in each of the

above-referenced actions, to correct a clerical error contained in an affirmative defense appearing

as shown in the document.  The clerical error (Section 6-1604), and the correction thereto

(Section 6-1603), are as follows:

> **Reads now:**  Plaintiffs' damages in this action, if any, are subject
> to the limitations set forth in Idaho Code Section 6-1604 (non-
> economic damages) and Idaho Code Section 6-1604 (punitive
> damages).
>
> **Should read:**  Plaintiffs' damages in this action, if any, are subject
> to the limitations set forth in Idaho Code Section 6-1603 (non-
> economic damages) and Idaho Code Section 6-1604 (punitive
> damages).
>
> Plaintiffs have agreed to the above change.

WHEREFORE, Merck requests that this Court enter an Order correcting the

clerical error contained in each of the Answers to Complaint for the cases identified hereinabove.

DATED this 18th day of January, 2006.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Facsimile:  504-581-3361

Defendants' Liaison Counsel

- 2 -

796424v.1

Stephen R. Thomas
Tyler J. Anderson
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHTD
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Phone  208-345-2000
Facsimile:  208-385-5384

Counsel for Merck & Co., Inc.

796424v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **UNCONTESTED**

**MOTION TO AMEND CLERICAL ERROR IN ANSWERS** has been served on Liaison

Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all

parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance

with Pre-Trial Order No. 8, on this 18th day of January, 2006.

*Dorothy H. Wimberly*

796424v.1