FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23  PM 12: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> Section L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

    Andres v. Merck & Co., Inc., No. 05-3130;
    Burress v. Merck & Co., Inc., No. 05-2015;
    Christman v. Merck & Co., Inc., No. 05-2014;
    Cox v. Merck & Co., Inc., No. 05-3129;
    Dawkins v. Merck & Co., Inc., No. 05-1270;
    Dreyer v. Merck & Co., Inc., No. 05-2013;
    Duclos v. Merck & Co., Inc., No. 05-3134;
    Fees v. Merck & Co., Inc., No. 05-3133;
    Fister v. Merck & Co., Inc., No. 05-1267;
    Forgacs v. Merck & Co., Inc., No. 05-3132;
    Gerrard v. Merck & Co., Inc., No. 05-2012;
    Hainsworth v. Merck & Co., Inc., No. 05-1763;
    Inman v. Merck & Co., Inc., No. 05-1762;
    Kinghorn v. Merck & Co., Inc., No. 05-2912;
    Lytle v. Merck & Co., Inc., No. 05-1761;
    Mohler v. Merck & Co., Inc., No. 05-1760;
    O'Connor v. Merck & Co., Inc., No. 05-1268;
    Piquet v. Merck & Co., Inc., No. 05-4786;
    Powley v. Merck & Co., Inc., No. 05-3131;
    Radtke v. Merck & Co., Inc., No. 05-1759;
    Roget v. Merck & Co., Inc., No. 05-1764;
    Ruyle v. Merck & Co., Inc., No. 05-3381;
    Sculatti v. Merck & Co., Inc., No. 05-1266;
    Silva v. Merck & Co., Inc., No. 05-1768;
    Struckmeyer v. Merck & Co., Inc., No. 05-5327;
    Trueworthy v. Merck & Co., Inc., No. 05-1767;
    Van Nostrand v. Merck & Co., Inc., No. 05-1765; and
    Vinson v. Merck & Co., Inc., No. 05-1766

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

796427v.1

## **ORDER**

Considering the foregoing Uncontested Motion to Correct Clerical Error filed with this Court by Defendant Merck & Co., Inc. ("Merck"), by and through its counsel of record,

IT IS ORDERED BY THE COURT, that the Answer to Complaint filed in each of the above-listed case numbers be and hereby is deemed amended *nunc pro tunc* such that all references to "Idaho Code Section 6-1604 (non-economic damages)" are hereby deemed corrected and are to be read as "Idaho Code Section 6-1603 (non-economic damages)."

NEW ORLEANS, LOUISIANA, this 23d day of January, 2006.

United States District Judge Eldon Fallon