UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX : | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| _____ : | | |

**THIS DOCUMENT RELATES TO:**
*Patrice Blaustein and Bruce Blaustein v. Merck & Co., Inc., et al.*, No. 05-CV 2649

### KLINE & SPECTER, P.C.'S
### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
### PLAINTIFFS PATRICE BLAUSTEIN AND BRUCE BLAUSTEIN

COMES NOW, Kline & Specter, P.C., and files its Motion to Withdraw as Counsel of Record for Patrice Blaustein and Bruce Blaustein and would respectfully show this Honorable Court as follows:

### I. INTRODUCTION

This action arises from the sale of the prescription drug Vioxx® (Rofecoxib) to Patrice Blaustein, who suffered a silent myocardial infarction after ingesting this drug.

### II. ARGUMENT

Good cause exists for this court to grant this Motion to Withdraw because a conflict of interest between the client and this counsel has arisen and, therefore, Kline & Specter, P.C., seeks to withdraw as counsel of record.

Kline & Specter, P.C. has delivered a copy of this motion to Patrice Blaustein and Bruce Blaustein and has notified them in writing of the filing of this Motion, both via regular and certified mail.

Patrice Blaustein and Bruce Blaustein's last known mailing address is 206 Gold Rush Drive, Hawley, PA 18428 and their telephone number is 570-775-1783.

### III. CONCLUSION

Due to a conflict of interest between the client and this counsel, Kline & Specter, P.C., respectfully requests that this Court allow Kline & Specter, P.C., to withdraw as counsel of record in this matter.

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire (28895)
Lee B. Balefsky, Esquire (25321)
Michelle L. Tiger, Esquire (43872)
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Kline & Specter, P.C.'s Motion to Withdraw as Counsel of Record for Plaintiffs Patrice Blaustein and Bruce Blaustein has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Patrice and Bruce Blaustein, by U.S. Mail upon all parties by electronically uploading the same to LexisNexis file & Serve advanced in accordance with PreTrial Order No. 8, on this 6th day of January, 2006.

                                                LEE B. BALEFSKY, ESQUIRE