UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX | : |
| | PRODUCTS LIABILITY LITIGATION | : |

MDL NO. 1657
SECTION: L
JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Patrice Blaustein and Bruce Blaustein v. Merck & Co., Inc., et al.*, No. 05-CV 2649

## ORDER

The Court today considered Plaintiff's Motion to Withdraw as Counsel of Record and, for good cause shown, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that attorneys Thomas R. Kline, Lee B. Balefsky and Michelle L. Tiger of KLINE & SPECTER, P.C., are no longer counsel of record for these plaintiffs. IT IS FURTHER

ORDERED that all future notices to Plaintiffs be sent to the Plaintiffs, Patrice and Bruce Blaustein at 2823 Hemlock Farms, 206 Gold Rush Drive, Hawley, PA 18428.

IT IS SO ORDERED.

1/23/06
Date

Judge Eldon E. Fallon
United States District Court Judge

-4-

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc. No._____