# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT FILED
EASTERN DISTRICT OF LA
2006 JAN 19 PM 4:39
LORETTA G. WHYTE
CLERK

IN RE: VIOXX             :   MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                  :
                  :   JUDGE FALLON
                  :   MAG. JUDGE
                  :   KNOWLES
................................................... :

**THIS DOCUMENT RELATES TO:**

Belisa Benjumea v. Merck & Co., Inc., et. al.
Civil Action No: 2:05cv187


## Agreed Order Of Dismissal Without Prejudice

On motion of the plaintiff, Belisa Benjumea, and the agreement of defendant, Merck & Co., Inc., by counsel, pursuant to F.R.C.P. 41(a)(2), it appearing to the Court that plaintiff wishes to have the matter dismissed without prejudice according to terms as set forth herein below, it is

ORDERED that plaintiff's suit herein against defendant, Merck & Co., Inc., be and it hereby is DISMISSED without prejudice, and

FURTHER ORDERED that any future suit by plaintiff against the defendant arising out of the same injuries, transactions or circumstances shall not be brought in state court but only in the United States District Court for the Eastern District of Virginia (Norfolk Division), and plaintiff consents to transfer of any such suit to the Multi District Litigation 1657; and

FURTHER ORDERED that plaintiff shall have six months from the date this Order is entered to refile her claim in the court specified above. If plaintiff's claim is not refilled within this time period, it shall be forever barred.

__ Fee_____
__ Process___
X Dktd_____
__ CtRmDep__
__ Doc. No.__

IT IS SO ORDERED.

ENTERED this 23 day of Jan, 2006.

_____
DISTRICT COURT JUDGE

We ask for this:

_____
Counsel for Plaintiff

SEEN AND AGREED:

Wendy C. McK_____,
Counsel for Merck & Co., Inc.
Hunton & Williams
500 East Main Street
Suite 100
Norfolk, VA 23510

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Agreed Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 19th day of January, 2006.

*Dorothy H. Wimberly*

793732v.1