UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 23 PM 12: 36
LORETTA G. WHYTE
CLERK*

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO *John Hodges v.* | * | |
| *Merck & Co., Inc.*, No. 2:05-cv-03803EEF-DEK, | * | |
| previously filed as 4:05-cv-00302, E.D. Mo. | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Bond Pharmacy, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Bond Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Bond Pharmacy, Inc. in this matter.

Dated:

_____
[signature: Eldon E. Fallon]

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

3264661