UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19 PM 2:57

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | * |
|     PRODUCTS LIABILITY LITIGATION | * |
| | * |
| | * |
| | * |

MDL No. 1657

SECTION: L

**THIS DOCUMENT RELATES TO *Charles Hagler et al* * *v. Merck & Co., Inc.*, No. 2:05-cv-03415-EEF-DEK, *** previously filed as 4:05-cv-00838, E.D. Mo.**        *

Judge Fallon
Magistrate Judge Knowles

**************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's, Mr. Grebel's, and Mr. Williams' motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Aurora Professional Pharmacy in *Charles Hagler et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-03415-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1.     Aurora Professional Pharmacy has informed Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Wiliams that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.     David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3264619

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No _____

3.     Aurora Professional Pharmacy has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel, and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Aurora Professional Pharmacy, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By:

Kevin J. Adrian, #92555
Lawrence B. Grebel, #3262
Brett A. Williams, #109048
1010 Market Street, 20th Floor
St. Louis, Missouri  63101
(314) 421-3400 Telephone
(314) 421-3128 - Facsimile


Attorneys for Defendant Aurora Professional
Pharmacy



and

THOMPSON COBURN LLP

By: _____

David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Aurora Professional
Pharmacy

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 18 th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

3264619                                    - 3 -