UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23 PM 12: 34

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL No. 1657 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO *Charles Hagler et al* <br> *v. Merck & Co., Inc.,* No. 2:05-cv-03415-EEF-DEK, <br> previously filed as 4:05-cv-00838, E.D. Mo. | * <br> * <br> * <br> * | <br><br> Judge Fallon <br> Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Aurora Professional Pharmacy in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Aurora Professional Pharmacy in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Aurora Professional Pharmacy in this matter.

Dated:

_____
[signature: Eldon E. Fallon]

3264675

Fee_____
Pro_____
X Dk_____
✓ Ct_____
Doc. No_____