# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23  PM 12: 32

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX                                              * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION     * | |
|                                                           * | |
|                                                           * | SECTION: L |
|                                                           * | |
| THIS DOCUMENT RELATES TO *Chris Piechoinski*              * | |
| *et al v. Merck & Co., Inc.,* No. 2:05-cv-03807-EEF-DEK,  * | |
| previously filed as 4:05-cv-00431, E.D. Mo.               * | Judge Fallon |
|                                                           * | Magistrate Judge Knowles |

**************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Don Peterson Drug, Inc., d/b/a Sater Pharmacy misnamed David Sater, d/b/a Sater Pharmacy, in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Don Peterson Drug, Inc., d/b/a Sater Pharmacy in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Don Peterson Drug, Inc., d/b/a Sater Pharmacy in this matter.

Dated:

_Don C. Fallon_

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

3265233