**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19 PM 3: 02

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO *Chris Piechoinski*** | * | |
| ***et al v. Merck & Co., Inc.,* No. 2:05-cv-03807-EEF-DEK,** | * | |
| **previously filed as 4:05-cv-00431, E.D. Mo.** | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

**************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel, and Brett A.

Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble

of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting

Mr. Adrian's, Mr. Grebel's, and Mr. Williams' motion to withdraw and substituting Mr. Dick

and Mr. Struble as counsel for Clark County Pharmacy, Inc. in *Chris Piechoinski et al. v. Merck*

*& Co., Inc. et al.*, No. 2:05-cv-03807-EEF-DEK which is part of MDL 1657. In support of their

motion, counsel state:

1.       Clark County Pharmacy, Inc. has informed Kevin J. Adrian, Lawrence B. Grebel,

and Brett A. Williams that it has obtained other counsel, specifically, David A. Dick and B.

Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced

matter.

2.       David A. Dick and B. Matthew Struble are attorneys in good standing and

licensed to practice in the United States District Court for the Eastern District of Missouri, the

jurisdiction where this matter was originally filed.

3264779

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No _____

3.    Clark County Pharmacy, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel, and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Clark County Pharmacy, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _____

Kevin J. Adrian, #92555
Lawrence B. Grebel, #3262
Brett A. Williams, #109048
1010 Market Street, 20th Floor
St. Louis, Missouri  63101
(314) 421-3400 Telephone
(314) 421-3128 - Facsimile

Attorneys for Defendant Clark County
Pharmacy, Inc.

and

3264779                                    - 2 -

THOMPSON COBURN LLP

By: _____

David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Clark County
Pharmacy, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this *18* th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

3264779

- 3 -