# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX                                    *    MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION            *
                                                *
                                                *    SECTION: L
                                                *
THIS DOCUMENT RELATES TO Chris Piechoinski      *
et al v. Merck & Co., Inc., No. 2:05-cv-03807-EEF-DEK, *
previously filed as 4:05-cv-00431, E.D. Mo.     *    Judge Fallon
                                                *    Magistrate Judge Knowles
****************************************************
```

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Clark County Pharmacy, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Clark County Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Clark County Pharmacy, Inc. in this matter.

Dated:

*[Signature]*

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____
```

3264783