# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19  PM 3: 03

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO** *Shirley Bailey et al* | * | |
| *v. Merck & Co., Inc.,* **No. 2:05-cv-03414-EEF-DEK,** | * | |
| **previously filed as 4:05-cv-00836, E.D. Mo.** | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

***************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel, and Brett A.

Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble

of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting

Mr. Adrian's, Mr. Grebel's and Mr. Williams' motion to withdraw and substituting Mr. Dick and

Mr. Struble as counsel for Ava Drug Company in *Shirley Bailey et al. v. Merck & Co., Inc. et al.,*

No. 2:05-cv-03414-EEF-DEK which is part of MDL 1657.  In support of their motion, counsel

state:

      1.     Ava Drug Company has informed Kevin J. Adrian, Lawrence B. Grebel, and Brett

A. Williams that it has obtained other counsel, specifically, David A. Dick and B. Matthew

Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

      2.     David A. Dick and B. Matthew Struble are attorneys in good standing and

licensed to practice in the United States District Court for the Eastern District of Missouri, the

jurisdiction where this matter was originally filed.

      \_\_\_ Fee_____
      \_\_\_ Process_____
      **X** Dktd_____
      \_\_ CtRmDep_____
      \_\_\_ Doc. No _____

3264556

3.      Ava Drug Company has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Ava Drug Company, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _____

Kevin J. Adrian, #92555
Lawrence B. Grebel, #3262
Brett A. Williams, #109048
1010 Market Street, 20th Floor
St. Louis, Missouri  63101
(314) 421-3400 Telephone
(314) 421-3128 - Facsimile

Attorneys for Defendant Ava Drug Company

and

3264556                                  - 2 -

THOMPSON COBURN LLP

By: _____

David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Ava Drug Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 18 th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*