UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23  PM 12: 33

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO *Shirley Bailey et al* | * | |
| *v. Merck & Co., Inc.,* No. 2:05-cv-03414-EEF-DEK, | * | |
| previously filed as 4:05-cv-00836, E.D. Mo. | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

**************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed

by counsel for Defendant Ava Drug Company  in the above referenced case, hereby grants said

motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A.

Williams of the law firm of Brown and James, P.C.  be permitted to withdraw, and hereby are

withdrawn, as counsel for Ava Drug Company  in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of

Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Ava Drug

Company in this matter.

Dated:

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No _____

3264662