UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 19 PM 3: 04
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| **This Document Relates To:** *Myrtle Bohannon. v.*<br>*Merck & Co., Inc. et al.*, No. 2:05-cv-05004-EEF-DEK | Judge Fallon<br>Magistrate Judge Knowles |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Christina E. Dubis and Robert J. Brummond of the law firm of Foley & Mansfield, P.L.L.P. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Ms. Dubis' and Mr. Brummond's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Godfrey Prescription Shoppe, Inc. in *Myrtle Bohannon et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-05004-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1.  Godfrey Prescription Shoppe, Inc. has informed Christina E. Dubis and Robert J. Brummond that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.  David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Southern District of Illinois, the jurisdiction where this matter was originally filed.

3.  Godfrey Prescription Shoppe, Inc. has been notified of all deadlines and pending court appearances.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

3263573

WHEREFORE, Christina E. Dubis and Robert J. Brummond of the law firm of Foley & Mansfield, P.L.L.P. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Ms. Dubis and Mr. Brummond to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Godfrey Prescription Shoppe, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

FOLEY & MANSFIELD, P.L.L.P.

By _____
Christina E. Dubis,   #06242820
Robert J. Brummond, #06184723
The Highlands at Forest Park
1001 Highlands Plaza Drive, W., Suite 400
St. Louis, MO  63110
Telephone:  (312)894-3200
Facsimile:  (312)894-3210

*Attorneys for Godfrey Prescription Shoppe, Inc.*

and

THOMPSON COBURN LLP

By _____/s/_____
David A. Dick, #06224792
B. Matthew Struble, #06282155
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

*Attorneys for Godfrey Prescription Shoppe, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 18th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

_____/s/_____