FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23  PM 12: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL No. 1657 <br><br><br>SECTION: L |
| **This Document Relates To:** *Myrtle Bohannon. v. Merck & Co., Inc. et al.*, No. 2:05-cv-05004-EEF-DEK <br>****************************************** | * <br> * <br> * | <br>Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Godfrey Prescription Shoppe, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Christina E. Dubis and Robert J. Brummond of the law firm of Foley & Mansfield, P.L.L.P. be permitted to withdraw, and hereby are withdrawn, as counsel for Godfrey Prescription Shoppe, Inc. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Godfrey Prescription Shoppe, Inc. in this matter.

Dated:

*[signature: Eldon E. Fallon]*

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

3271902