UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23 PM 12: 33

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Arline Anderson et al v. Merck & Co., Inc.*, No. 2:05-cv-02572-EEF-DEK, previously filed as 4:05-cv-00089, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant F. R. Haefner, Inc., d/b/a West Pine Pharmacy, in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for F. R. Haefner, Inc., d/b/a West Pine Pharmacy in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for F. R. Haefner, Inc., d/b/a West Pine Pharmacy in this matter.

Dated:

*[signature]*

3265967

___ Fee___
_X_ Process___
_X_ Dktd___
_V_ CtRmDep___
___ Doc. No___