UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23  PM 12: 33

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                    *        MDL No. 1657
      PRODUCTS LIABILITY LITIGATION         *
                                            *
                                            *        SECTION: L
                                            *
**THIS DOCUMENT RELATES TO *Gloria Singleton v.*** *
***Merck & Co., Inc.,* No. 2:05-cv-02576-EEF-DEK,** *
**previously filed as 4:05-cv-00094, E.D. Mo.**   *        Judge Fallon
                                            *        Magistrate Judge Knowles

**************************************************

## ORDER

      The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed

by counsel for Defendant F. R. Haefner, Inc., d/b/a West Pine Pharmacy, in the above referenced

case, hereby grants said motion.

      Therefore, it is ORDERED that Kevin J. Adrian and Lawrence B. Grebel of the law firm

of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for

F. R. Haefner, Inc., d/b/a West Pine Pharmacy in this matter.

      It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of

Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for F. R. Haefner,

Inc., d/b/a West Pine Pharmacy in this matter.

      Dated:

_____

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
_____ Doc. No _____

3265977