UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23  PM 12: 34

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX  PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO *Ricardo Lara et al v. Merck & Co., Inc.*, No. 2:05-cv-05309-EEF-DEK, previously filed as 4:05-cv-00671, E.D. Mo. | Judge Fallon  Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Dang Enterprises, Inc., d/b/a Bolerjack Drug, in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Dang Enterprises, Inc., d/b/a Bolerjack Drug in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Dang Enterprises, Inc., d/b/a Bolerjack Drug in this matter.

Dated:

_[signature]_

3264873

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____