FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 24  AM 7:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX:                                     MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION:
                                :        SECTION: L
                                :
THIS DOCUMENT RELATES TO ALL CASES:        JUDGE FALLON
                                :        MAG. JUDGE KNOWLES

******************************************************************

## ORDER

Considering the Motion for Expedited Hearing and Incorporated Memorandum filed on behalf of Plaintiff Liaison Counsel;

IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby granted;

IT IS FURTHER ORDERED BY THE COURT that the hearing on plaintiffs' Motion to Quash the Deposition of Mal Mixon be and is hereby set for expedited hearing on the 23rd day of January, 2006 at 10:30 o'clock a.m.

NEW ORLEANS, Louisiana, this 20th day of January, 2006.

                                                             Eldon E. Fallon
                                                              United States District Judge

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____