FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 22  P 1:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No. 1657
SECTION: L
Judge Fallon
Mag. Judge Knowles

*This document relates to:*

Elsie M. Howse and Mary Mason,

    Plaintiffs,

v.

Merck & Co., Inc.,

    Defendant.

Court File No. 05-5812

## STIPULATION AND VOLUNTARY
## DISMISSAL OF PLAINTIFF ELSIE M. HOWSE

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Elsie M. Howse, one of the Plaintiffs above listed, and Defendant Merck & Co., Inc. **STIPULATE** and **AGREE** that Elsie M. Howse is hereby **VOLUNTARY DISMISSED WITH PREJUDICE** with each party bearing its own costs and counsel fees.

351821-1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Dated: December 21, 2005					LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:	612-339-6900
Facsimile:	612-339-0981
*Attorneys for Plaintiffs*


Dated: December 21, 2005					HALLELAND LEWIS NILAN & JOHNSON P.A.

By: _____
Scott A. Smith, #174026
Amanda M. Cialkowski, #306514
Jan R. McLean Bernier, #0307853
U.S. Bank Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone:	612-338-1838
Facsimile:	612-338-7858
*Attorneys for Defendant Merck & Co., Inc.*

351821-1					2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| Elsie M. Howse and Mary Mason, | Court File No. 05-5812 |
| Plaintiffs,<br>v. | |
| Merck & Co., Inc., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation and Voluntary Dismissal of Plaintiff Elsie M. Howse** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 on January 20, 2006.

Dated: January 20, 2006

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  612-339-6900
Facsimile:  612-339-0981

*Attorneys for Plaintiffs*

352039-1