UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| Charles Spickard, individually and as Trustee for the Estate of Joy P. Spickard, | Court File No. 05-6175 |
| Plaintiffs,<br>v. | |
| Merck & Co., Inc., | |
| Defendant. | |

## STIPULATION AND VOLUNTARY DISMISSAL OF PLAINTIFF

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Charles Spickard, individually and as Trustee for the Estate of Joy P. Spickard, the Plaintiffs above listed, and Defendant Merck & Co., Inc. **STIPULATE** and **AGREE** that Plaintiffs are hereby **VOLUNTARY DISMISSED WITHOUT PREJUDICE** with each party bearing its own costs and counsel fees.

Plaintiff and Defendant Merck & Co., Inc. further **STIPULATE** and **AGREE** that should Plaintiffs choose to re-file their Vioxx injury claim against Defendant Merck & Co., Inc. at a future date, said claim will be filed in federal court.

352537-1

Dated: January 20, 2006              LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:    612-339-6900
Facsimile:    612-339-0981
***Attorneys for Plaintiffs***

Dated: January 17, 2006              HALLELAND LEWIS NILAN & JOHNSON P.A.

By: _____
Scott A. Smith, #174026
Amanda M. Cialkowski, #306514
Jan R. McLean Bernier, #0307853
U.S. Bank Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone:    612-338-1838
Facsimile:    612-338-7858
***Attorneys for Defendant Merck & Co., Inc.***

352537-1                                        2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS**<br>**LIABILITY LITIGATION** | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| Charles Spickard, individually and as<br>Trustee for the Estate of Joy P. Spickard, | Court File No. 05-6175 |
| Plaintiffs,<br>v. | |
| Merck & Co., Inc., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation and Voluntary Dismissal of Plaintiff** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 on January 20, 2006.

Dated: January 20, 2006

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:    612-339-0981

*Attorneys for Plaintiffs*

352039-1