FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 24  AM 7: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : SECTION: L |
|  | : JUDGE FALLON |
|  | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
    ALL CASES

## ORDER

IT IS ORDERED that all counsel who wish to participate in the February 2, 2006

Monthly Pretrial Conference by telephone may do so by calling (620) 782-2200, access code

61236.

New Orleans, Louisiana, this __20th__ day of __January__, 2006.

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____