FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 24  AM 7:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    **ALL CASES**

### ORDER

In connection with this MDL and the upcoming *Irvin/Plunkett* trial, Merck & Co., Inc. ("Merck") noticed the depositions of several editors and former editors of the New England Journal of Medicine ("NEJM") and also sought the production of documents from the editors. In response, the Massachusetts Medical Society ("MMS"), the entity which publishes the NEJM, moved to quash the depositions. In a Minute Entry dated January 17, 2006, the Court denied the MMS' motion to quash and ordered that Merck could take the depositions, but questions regarding the identities and addresses of the NEJM's peer-reviewers would not be allowed.

On January 20, 2006, in response to Merck's request for the production of documents, the MMS sought an *in camera* review of certain documents relating to its December 8, 2005 editorial. As requested, the Court conducted the *in camera* review. In conducting the review, the Court redacted the names and addresses of all NEJM peer-reviewers. The Court, however, finds the unredacted portions should be produced. As such, the documents, subject to the Court's redactions, are attached and ordered produced.

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

Lastly, the MMS objected to the production of documents relating to the VIGOR and APPROVe studies. The Court finds that these documents are not privileged for the same reasons asserted in its January 17, 2006 ruling.

Accordingly, IT IS ORDERED that the MMS must produce all the documents requested by Merck relating to the December 8, 2005 editorial, the VIGOR study, and the APPROVe study.

New Orleans, Louisiana, this __20th__ day of __January__, 2006.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE