#20                    CONFIDENTIAL –
                        SUBJECT TO
                    PROTECTIVE ORDER

**Morrissey, Stephen**

| | |
|---|---|
| **From:** | Curfman, M.D., Gregory D. |
| **Sent:** | Friday, December 02, 2005 6:38 PM |
| **To:** | ▬▬▬▬▬▬▬▬▬▬ |
| **Cc:** | Morrissey, Stephen |
| **Subject:** | FW: NEJM expression of concern 2 |
| **Attachments:** | Expression of Concern2.doc |

▬▬▬▬

Steve Morrissey, Jeff Drazen, and I are trying to write an "expression of concern" for the VIGOR article. This statement would appear in the Journal, and the electronic citation of the article would be flagged in Medline as having an expression of concern. An expression of concern is one step short of retracting the article.

I wonder if you could take a look at this draft of the statement and see what you think? Also, you will see that we still need to calculate 95% confidence intervals for some of the data in the two tables, and I wonder if you could advise us on that (or give us the CI's if it is not too much trouble).

Thanks again with all the time you have spent on this Vioxx situation. The more we get into it, the messier it becomes.

Greg

**From:** Morrissey, Stephen
**Sent:** Friday, December 02, 2005 6:22 PM
**To:** Drazen, M.D., Jeff
**Cc:** Curfman, M.D., Gregory D.
**Subject:** expression of concern 2

An amended version.

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

We believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that the authors knew about the three additional myocardial infarctions as early as July 5, 2000, before they submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, there was ample time to include these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1)and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | No. of Patients | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 4047 | 17 | 4.25 | |
| Naproxen | 4029 | 4 | 0.24 | 0.1 to 0.7 |
| Aspirin indicated | | | | |
| Rofecoxib | 170 | 8 | | |
| Naproxen | 151 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 3877 | 9 | 2.25 | |
| Naproxen | 3878 | 4 | 0.44 | |

NEJM 005092

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | No. of Patients | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 4047 | 20 | 5.00 | |
| Naproxen | 4029 | 4 | 0.20 | 0.07 to 0.58 |
| Aspirin indicated | | | | |
| Rofecoxib | 170 | 8 | | |
| Naproxen | 151 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 3877 | 12 | 3.00 | |
| Naproxen | 3878 | 4 | 0.33 | 0.11 to 1.03 |

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in risk between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Morrissey, Stephen**          #21

| | |
|---|---|
| **From:** | Curfman, M.D., Gregory D. |
| **Sent:** | Friday, December 02, 2005 4:32 PM |
| **To:** | Drazen, M.D., Jeff |
| **Cc:** | Morrissey, Stephen |
| **Subject:** | expression of concern |
| **Attachments:** | Expression of Concern.doc |

We will ask ⬤ to calculate the missing confidence intervals and check the calculations of relative risk.
Greg and Steve

NEJM 005094

CONFIDENTIAL _
SUBJECT TO
PROTECTIVE ORDER

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

We believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that the authors knew about the three additional myocardial infarctions as early as July 5, 2000, before they submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, there was ample time to include these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | No. of Patients | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 4047 | 17 | 4.25 | |
| Naproxen | 4029 | 4 | 0.24 | 0.1 to 0.7 |
| Aspirin indicated | | | | |
| Rofecoxib | 170 | 8 | | |
| Naproxen | 151 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 3877 | 9 | 2.25 | |
| Naproxen | 3878 | 4 | 0.44 | |

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | No. of Patients | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 4047 | 20 | 5.00 | |
| Naproxen | 4029 | 4 | 0.20 | 0.07 to 0.58 |
| Aspirin indicated | | | | |
| Rofecoxib | 170 | 8 | | |
| Naproxen | 151 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 3877 | 12 | 3.00 | |
| Naproxen | 3878 | 4 | 0.33 | 0.11 to 1.03 |

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in risk between the aspirin indicated and aspirin not indicated groups. Taken together, these inaccuracies call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Morrissey, Stephen

From:               Morrissey, Stephen
Sent:               Wednesday, December 07, 2005 6:20 PM
To:                 ████████████
Subject:            RE: FW: Expression of Concern

Great catch! We're cross-eyed from having looked at it so much and hadn't noticed that.
It'll be fixed (and the N-to-R risks are now out).
Steve

-----Original Message-----
From: ███████████████████████████████████
Sent: Wednesday, December 07, 2005 5:50 PM
To: Morrissey, Stephen
Subject: RE: FW: Expression of Concern

This looks fine, Steve.  I see that, in the first paragraph below Table 2, you say that
you show the the relative risk both ways.  This is presumably why you still show both
relative risk of R to N and relative risk of N to R.

Thanks for giving me a chance to check the final.



NEJM 005097

#23

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

## Morrissey, Stephen

| | |
|---|---|
| **From:** | Morrissey, Stephen |
| **Sent:** | Wednesday, December 07, 2005 3:03 PM |
| **To:** | Drazen, M.D., Jeff |
| **Subject:** | Expression of concern |
| **Attachments:** | Expression of Concern.doc |

Here's a version with ⬤ modified numbers in Table 1. We spoke to Bombardier (and Laine) and can update you when you call.
Steve

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

Gregory D. Curfman, M.D., Stephen Morrissey, Ph.D., and Jeffrey M. Drazen, M.D.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed primarily to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were not included in the data submitted to the *Journal*. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

Until the end of November 2005, we believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. It now appears, however, from a memorandum dated July 5, 2000, that was obtained by subpoena in the Vioxx litigation and made available to the Journal, that at least two of the authors knew about the three additional myocardial infarctions at least two weeks before the authors submitted the first of two revisions and 4 1/2 months before publication of the article. Given this memorandum, it appears that there was ample time to include the data on these three additional infarctions in the article.

The fact that these three myocardial infarctions were not included made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure* | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 95 | 8 | $\infty$ | 1.65 to $\infty$ |
| Naproxen | 92 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |

NEJM 005099

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

*The numbers of person-years of exposure have been estimated.

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
| Naproxen | 2699 | 4 | 0.20 | 0.05. to 0.60 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Lack of inclusion of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before the initial submission of the VIGOR manuscript to the Journal on May 18, 2000, a table displaying numbers of cardiovascular events and also data on numbers of myocardial infarctions were deleted from the text.  In addition, the memorandum of July 5, 2000 referenced above contained other data on cardiovascular adverse events that were not included in any version of the VIGOR manuscript and that the editors consider to be relevant to the article.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

NEJM 005100

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Morrissey, Stephen

#24

| | |
|---|---|
| From: | Morrissey, Stephen |
| Sent: | Wednesday, December 07, 2005 2:36 PM |
| To: | Curfman, M.D., Gregory D. |
| Subject: | Expression of concern |
| Attachments: | Expression of Concern.doc |

Tracking:  **Recipient**            **Read**

Curfman, M.D., Gregory D. Read: 12/7/2005 3:19 PM

NEJM 005101

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

Gregory D. Curfman, M.D., Stephen Morrissey, Ph.D., and Jeffrey M. Drazen, M.D.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed primarily to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were not included in the data submitted to the *Journal*. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

Until the end of November 2005, we believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. It now appears, however, from a memorandum dated July 5, 2000, that was obtained by subpoena in the Vioxx litigation and made available to the Journal, that at least two of the authors knew about the three additional myocardial infarctions at least two weeks before the authors submitted the first of two revisions and 4 1/2 months before publication of the article. Given this memorandum, it appears that there was ample time to include the data on these three additional infarctions in the article.

The fact that these three myocardial infarctions were not included made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure* | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 95 | 8 | $\infty$ | 1.65 to $\infty$ |
| Naproxen | 92 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

*The numbers of person-years of exposure have been estimated.

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
| --- | --- | --- | --- | --- |
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
| Naproxen | 2699 | 4 | 0.20 | 0.05. to 0.60 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | $\infty$ | 1.66 to $\infty$ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Lack of inclusion of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before the initial submission of the VIGOR manuscript to the Journal on May 18, 2000, a table displaying numbers of cardiovascular events and also data on numbers of myocardial infarctions were deleted from the text. In addition, the memorandum of July 5, 2000 referenced above contained other data on cardiovascular adverse events that were not included in any version of the VIGOR manuscript and that the editors consider to be relevant to the article.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

NEJM 005103

Morrissey, Stephen

#25

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

From:          Morrissey, Stephen
Sent:          Wednesday, December 07, 2005 2:35 PM
To:
Subject:       RE: FW: Expression of Concern

Attachments:   Expression of Concern.doc



Expression of
oncern.doc (52

here's the edited version, with your number changes and suggested footnote.
How does it look to you?
Steve

-----Original Message-----
From:
Sent: Monday, December 05, 2005 10:51 PM
To: Morrissey, Stephen
Cc:              Curfman, M.D., Gregory D.
Subject: RE: FW: Expression of Concern

Steve,

I attach the expression of concern with the revised data and calculations in Table 1.

Should you not mention in the EofC that the person-years of exposure in Table 1 were
estimated?

Please check that I have used the revised person-years as you intended.



>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 2:16 PM >>>
I've talked to Greg, and he agrees that for consistency's sake we should back-
calculate those numbers, too. I come up with 95 person-years for the rofecoxib group and
92 person-years for the naproxen group in the first table. Can we impose on you (again) to
ask for a revised set of confidence intervals?
Steve

-----Original Message-----
From:
Sent: Sunday, December 04, 2005 1:52 PM
To: Morrissey, Stephen
Subject: Re: FW: Expression of Concern

Steve,

I discussed this briefly with Greg yesterday.  I was not involved in the back calculation
of person years and I mentioned to Greg that the person-years in the aspirin-indicated
group is the same in the two tables.  At the same, he indicated that this was his
intention.  I believe his reasoning was that there was no need to correct the period of
exposure in the aspirin-indicated group because all events were reported initially.

NEJM 005104

Yes, if the person-years is changed, that will change the calculations of confidence
intervals and P values involving those data.  I don't have the software to do speak to the
statisticians at the company that produces this software to run a revised data set.

>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 1:12 PM >>>
should the numbers of person-years of exposure in the aspirin-indicated groups be
smaller in the first table than in the second (back-calculated to eliminate the additional
five weeks of followup)? We'd done that for the total and aspirin-not-indicated groups
using the method Greg's 11/24 message describes. And would that then change the 95%
confidence intervals in the aspirin-indicated groups?
Thanks for all the help.
Steve

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

On Thu, 24 Nov 2005, Curfman, M.D., Gregory D. wrote:

>
>
> One other point about the data below that I neglected to mention
before.
> We actually back-calculated the person-years for the group without
the
> three MI's, since those data were not provided by the authors. We
> subtracted five weeks of time, since they stopped counting MI's five

> weeks before the actual closing of the data set. We then multiplied
5/52
> times the number of patients to get our revised person-years. If
this
is
> confusing, I can discuss with you.
>
> Thanks again for your help on this. Having accurate RR's and 95%
CI's
> for these data will be extremely helpful to us.
>
> Greg

-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern

-----Original Message-----
From:
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc:
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.

NEJM 005105

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

NEJM 005106

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

Gregory D. Curfman, M.D., Stephen Morrissey, Ph.D., and Jeffrey M. Drazen, M.D.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed primarily to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were not included in the data submitted to the *Journal*. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

Until the end of November 2005, we believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. It now appears, however, from a memorandum dated July 5, 2000, that was obtained by subpoena in the Vioxx litigation and made available to the Journal, that at least two of the authors knew about the three additional myocardial infarctions at least two weeks before the authors submitted the first of two revisions and 4 1/2 months before publication of the article. Given this memorandum, it appears that there was ample time to include the data on these three additional infarctions in the article.

The fact that these three myocardial infarctions were not included made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure* | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 95 | 8 | ∞ | 1.65 to ∞ |
| Naproxen | 92 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |

NEJM 005107

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

*The numbers of person-years of exposure have been estimated.

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
| Naproxen | 2699 | 4 | 0.20 | 0.05. to 0.60 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | $\infty$ | 1.66 to $\infty$ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Lack of inclusion of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before the initial submission of the VIGOR manuscript to the Journal on May 18, 2000, a table displaying numbers of cardiovascular events and also data on numbers of myocardial infarctions were deleted from the text.  In addition, the memorandum of July 5, 2000 referenced above contained other data on cardiovascular adverse events that were not included in any version of the VIGOR manuscript and that the editors consider to be relevant to the article.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

NEJM 005108

RE: FW: Expression of Concern                                                    Page 1 of 3

#26                              CONFIDENTIAL –
                                                          SUBJECT TO
                                                    PROTECTIVE ORDER

**Morrissey, Stephen**

**From:** Morrissey, Stephen
**Sent:** Monday, December 05, 2005 10:55 PM
**To:** ▮▮▮▮▮▮▮▮
**Cc:** Curfman, M.D., Gregory D.
**Subject:** RE: FW: Expression of Concern

▮▮▮ thanks very much for the recalculation. I think you're right: we should make it clear that the person-years in Table 1 are an estimate that awaits the definitive correction from the authors.
Steve

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Mon 12/5/2005 10:51 PM
**To:** Morrissey, Stephen
**Cc:** ▮▮▮▮▮ Curfman, M.D., Gregory D.
**Subject:** RE: FW: Expression of Concern

Steve,

I attach the expression of concern with the revised data and calculations in Table 1.

Should you not mention in the EofC that the person-years of exposure in Table 1 were estimated?

Please check that I have used the revised person-years as you intended.



>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 2:16 PM >>>
▮▮▮ I've talked to Greg, and he agrees that for consistency's sake we should back-calculate those numbers, too. I come up with 95 person-years
for the rofecoxib group and 92 person-years for the naproxen group in the first table. Can we impose on you (again) to ask for a revised set of confidence intervals?
Steve

-----Original Message-----
**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, December 04, 2005 1:52 PM
**To:** Morrissey, Stephen
**Subject:** Re: FW: Expression of Concern

Steve,

NEJM 005109

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

I discussed this briefly with Greg yesterday.  I was not involved in the
back calculation of person years and I mentioned to Greg that the
person-years in the aspirin-indicated group is the same in the two
tables.  At the same, he indicated that this was his intention.  I
believe his reasoning was that there was no need to correct the period
of exposure in the aspirin-indicated group because all events were
reported initially.

Yes, if the person-years is changed, that will change the calculations
of confidence intervals and P values involving those data.  I don't have
the software to do speak to the statisticians at the company that
produces this software to run a revised data set.



>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 1:12 PM >>>
should the numbers of person-years of exposure in the
aspirin-indicated groups be smaller in the first table than in the
second (back-calculated to eliminate the additional five weeks of
followup)? We'd done that for the total and aspirin-not-indicated groups
using the method Greg's 11/24 message describes. And would that then
change the 95% confidence intervals in the aspirin-indicated groups?
Thanks for all the help.
Steve


On Thu, 24 Nov 2005, Curfman, M.D., Gregory D. wrote:

>
>
> One other point about the data below that I neglected to mention
before.
> We actually back-calculated the person-years for the group without the
> three MI's, since those data were not provided by the authors. We
> subtracted five weeks of time, since they stopped counting MI's five

> weeks before the actual closing of the data set. We then multiplied
5/52
> times the number of patients to get our revised person-years. If this
is
> confusing, I can discuss with you.
>
> Thanks again for your help on this. Having accurate RR's and 95% CI's
> for these data will be extremely helpful to us.
>
> Greg


-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen

NEJM 005110

1/17/2006

RE: FW: Expression of Concern

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Subject: FW: Expression of Concern

-----Original Message-----

Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.

Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate. I
checked all of the calculations and added a column for person-years of
exposure as we discussed. I attach the revised document.

I recommend that you give only the relative risk for roficoxib
relative
to naproxen. Readers can calculate the relative risk of N relative to
R
and some readers will be confused if you give both.



NEJM 005111

1/17/2006

**Morrissey, Stephen**                #27

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

From:                    Morrissey, Stephen
Sent:                    Monday, December 05, 2005 1:04 PM
To:                      ▮▮▮▮▮▮▮▮
Subject:                 RE: FW: Expression of Concern

Great. Thanks very much.

-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Monday, December 05, 2005 12:31 PM
To: Morrissey, Stephen
Subject: RE: FW: Expression of Concern

Steve,

I realize that I might be able to perform the calculations you have requested without the
heavy machinery. We never actually use the test for interaction in the expression of
concern. All we use is the confidence interval for the relative risk. It appears to me
that I can meet your needs for the revised calculation in the aspirin-indicated group by
calculating an exact confidence for the relative risk with the revised number of person-
years for Table 1.

I am teaching this afternoon but can do that tonight. All this will do is modify the
lower limit of the confidence interval by a bit.



NEJM 005112

# 28

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

Morrissey, Stephen

**From:** Morrissey, Stephen
**Sent:** Sunday, December 04, 2005 2:16 PM
**To:**
**Subject:** RE: FW: Expression of Concern

I've talked to Greg, and he agrees that for consistency's sake we should back-calculate those numbers, too. I come up with 95 person-years for the rofecoxib group and 92 person-years for the naproxen group in the first table. Can we impose on you (again) to ask for a revised set of confidence intervals?
Steve

-----Original Message-----
**From:**
**Sent:** Sunday, December 04, 2005 1:52 PM
**To:** Morrissey, Stephen
**Subject:** Re: FW: Expression of Concern

Steve,

I discussed this briefly with Greg yesterday. I was not involved in the back calculation of person years and I mentioned to Greg that the person-years in the aspirin-indicated group is the same in the two tables. At the same, he indicated that this was his intention. I believe his reasoning was that there was no need to correct the period of exposure in the aspirin-indicated group because all events were reported initially.

Yes, if the person-years is changed, that will change the calculations of confidence intervals and P values involving those data. I don't have the software to do speak to the statisticians at the company that produces this software to run a revised data set.

>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 1:12 PM >>>
should the numbers of person-years of exposure in the aspirin-indicated groups be smaller in the first table than in the second (back-calculated to eliminate the additional five weeks of followup)? We'd done that for the total and aspirin-not-indicated groups using the method Greg's 11/24 message describes. And would that then change the 95% confidence intervals in the aspirin-indicated groups?
Thanks for all the help.
Steve


On Thu, 24 Nov 2005, Curfman, M.D., Gregory D. wrote:

>
>
> One other point about the data below that I neglected to mention
before.
> We actually back-calculated the person-years for the group without
the
> three MI's, since those data were not provided by the authors. We
> subtracted five weeks of time, since they stopped counting MI's five
> weeks before the actual closing of the data set. We then multiplied
5/52
> times the number of patients to get our revised person-years. If
this
is
> confusing, I can discuss with you.
>
> Thanks again for your help on this. Having accurate RR's and 95%
CI's
> for these data will be extremely helpful to us.
>

NEJM 005113

> Greg

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern

-----Original Message-----
From: ███████████████████████████████
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ███████████
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.



NEJM 005114

Morrissey, Stephen #29

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

From:        Morrissey, Stephen
Sent:        Sunday, December 04, 2005 1:54 PM
To:          Curfman, M.D., Gregory D.
Subject:     FW: FW: Expression of Concern

This needn't hold us up, but I'd say we should get revised numbers before we publish. What do you think?

-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Sunday, December 04, 2005 1:52 PM
To: Morrissey, Stephen
Subject: Re: FW: Expression of Concern

Steve,

I discussed this briefly with Greg yesterday.  I was not involved in the back calculation of person years and I mentioned to Greg that the person-years in the aspirin-indicated group is the same in the two tables.  At the same, he indicated that this was his intention.  I believe his reasoning was that there was no need to correct the period of exposure in the aspirin-indicated group because all events were reported initially.

Yes, if the person-years is changed, that will change the calculations of confidence intervals and P values involving those data.  I don't have the software to do speak to the statisticians at the company that produces this software to run a revised data set.

>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 1:12 PM >>>
should the numbers of person-years of exposure in the aspirin-indicated groups be smaller in the first table than in the second (back-calculated to eliminate the additional five weeks of followup)? We'd done that for the total and aspirin-not-indicated groups using the method Greg's 11/24 message describes. And would that then change the 95% confidence intervals in the aspirin-indicated groups?
Thanks for all the help.
Steve


On Thu, 24 Nov 2005, Curfman, M.D., Gregory D. wrote:

> ▮▮▮▮▮
>
> One other point about the data below that I neglected to mention before.
> We actually back-calculated the person-years for the group without the
> three MI's, since those data were not provided by the authors. We
> subtracted five weeks of time, since they stopped counting MI's five
> weeks before the actual closing of the data set. We then multiplied 5/52
> times the number of patients to get our revised person-years. If this
> is
> confusing, I can discuss with you.
>
> Thanks again for your help on this. Having accurate RR's and 95% CI's
> for these data will be extremely helpful to us.
>
> Greg

NEJM 005115

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern


-----Original Message-----
From: ███████████████████████
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ████████████████
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the calculations and added a column for person-years of exposure as we discussed.  I attach the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.  Readers can calculate the relative risk of N relative to R and some readers will be confused if you give both.



Tracking:

| Recipient | Read |
| --- | --- |
| Curfman, M.D., Gregory D. | Read: 12/4/2005 2:02 PM |

NEJM 005116

Morrissey, Stephen                    #30

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

From:          Morrissey, Stephen
Sent:          Sunday, December 04, 2005 1:13 PM
To:            ▓▓▓▓▓▓▓▓▓▓▓
Subject:       FW: Expression of Concern

Attachments:   vioxx.DOC


vioxx.DOC (49
KB)

          ▓▓▓▓ should the numbers of person-years of exposure in the aspirin-indicated
groups be smaller in the first table than in the second (back-calculated to eliminate the
additional five weeks of followup)? We'd done that for the total and aspirin-not-indicated
groups using the method Greg's 11/24 message describes. And would that then change the 95%
confidence intervals in the aspirin-indicated groups? Thanks for all the help.
Steve


On Thu, 24 Nov 2005, Curfman, M.D., Gregory D. wrote:

> ▓▓▓▓▓▓
>
> One other point about the data below that I neglected to mention before.
> We actually back-calculated the person-years for the group without the
> three MI's, since those data were not provided by the authors. We
> subtracted five weeks of time, since they stopped counting MI's five
> weeks before the actual closing of the data set. We then multiplied
> 5/52 times the number of patients to get our revised person-years. If
> this is confusing, I can discuss with you.
>
> Thanks again for your help on this. Having accurate RR's and 95% CI's
> for these data will be extremely helpful to us.
>
> Greg




-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern



-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ▓▓▓▓▓▓▓▓▓
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be

NEJM 005117

confused if you give both.

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

NEJM 005118

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

We believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that the authors knew about the three additional myocardial infarctions as early as July 5, 2000, before they submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, there was ample time to include these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.66 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.45 | 0.10, 1.50 |

Formatted: Centered

Deleted: No. of Patients

Deleted: 4047
Deleted: 4029

Deleted: 0.24
Deleted: 1

Deleted: 70
Deleted: 51

Deleted: 3877
Deleted: 3878
Deleted: 0.44

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
| Naproxen | 2699 | 4 | 0.20 | 0.05, to 0.60 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in risk between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

Deleted: No. of Patients
Formatted: Centered
Deleted: 4047
Deleted: 4029
Deleted: 0.20
Deleted: 07
Deleted: 58
Deleted: 70
Deleted: 51
Deleted: 3877
Deleted: 3878
Deleted: 0.33
Deleted: 11
Deleted: 03

FW: Expression of Concern

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Morrissey, Stephen   #131

| | |
|---|---|
| **From:** | Morrissey, Stephen |
| **Sent:** | Saturday, December 03, 2005 11:59 AM |
| **To:** | Curfman, M.D., Gregory D. |
| **Subject:** | RE: Expression of Concern |

Useful approbation. Would the patient-years of exposure not change in the ASA-indicated groups in Table 2?

---

**From:** Curfman, M.D., Gregory D.
**Sent:** Sat 12/3/2005 11:26 AM
**To:** Drazen, M.D., Jeff; Morrissey, Stephen
**Subject:** FW: Expression of Concern

-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ▓▓▓▓▓▓▓▓▓
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I
checked all of the calculations and added a column for person-years of
exposure as we discussed.  I attach the revised document.

I recommend that you give only the relative risk for rofecoxib relative
to naproxen.  Readers can calculate the relative risk of N relative to R
and some readers will be confused if you give both.



NEJM 005121

#32

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Morrissey, Stephen**

| | |
|---|---|
| From: | Morrissey, Stephen |
| Sent: | Friday, December 02, 2005 6:22 PM |
| To: | Drazen, M.D., Jeff |
| Cc: | Curfman, M.D., Gregory D. |
| Subject: | expression of concern 2 |
| Attachments: | Expression of Concern2.doc |

Tracking:

| Recipient | Read |
|---|---|
| Drazen, M.D., Jeff | |
| Curfman, M.D., Gregory D. | Read: 12/2/2005 6:30 PM |

An amended version.

NEJM 005124

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

We believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that the authors knew about the three additional myocardial infarctions as early as July 5, 2000, before they submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, there was ample time to include these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1)and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | No. of Patients | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 4047 | 17 | 4.25 | |
| Naproxen | 4029 | 4 | 0.24 | 0.1 to 0.7 |
| Aspirin indicated | | | | |
| Rofecoxib | 170 | 8 | | |
| Naproxen | 151 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 3877 | 9 | 2.25 | |
| Naproxen | 3878 | 4 | 0.44 | |

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | No. of Patients | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
|   Rofecoxib | 4047 | 20 | 5.00 | |
|   Naproxen | 4029 | 4 | 0.20 | 0.07 to 0.58 |
| Aspirin indicated | | | | |
|   Rofecoxib | 170 | 8 | | |
|   Naproxen | 151 | 0 | | |
| Aspirin not indicated | | | | |
|   Rofecoxib | 3877 | 12 | 3.00 | |
|   Naproxen | 3878 | 4 | 0.33 | 0.11 to 1.03 |

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in risk between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

NEJM 005126

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

Morrissey, Stephen                                    #33

---

From:           Morrissey, Stephen
Sent:           Friday, December 02, 2005 10:58 PM
To:             Drazen, M.D., Jeff; Morrissey, Stephen
Cc:             Curfman, M.D., Gregory D.
Subject:        RE: expression of concern 2


I'm afraid I wouldn't get mine back, but I'll take your advice.

--- Original Message ---
From: "Drazen, M.D., Jeff" <jdrazen@nejm.org>
Sent: Fri 12/2/2005 10:51 pm
To: "Morrissey, Stephen" <SMorrissey@nejm.org>
Cc: "Curfman, M.D., Gregory D." <GCurfman@nejm.org>
Subject: RE: expression of concern 2

SRM,
Received and read.  Now thinking about it.....
Good to take a day off and let the mind go a little.
j



Jeffrey M. Drazen, M.D.

Editor-in-Chief, New England Journal of Medicine

Distinguished Parker B. Francis Professor of Medicine, Harvard Medical School


Editorial Office

10 Shattuck Street

Boston, MA 02115 USA

Phone: 617-734-9800

Fax:     617-739-9864

Email:   jdrazen@nejm.org <mailto:jdrazen@nejm.org>


Publication Office

Massachusetts Medical Society

860 Winter Street

Waltham, MA 02451 USA


Assistant:

Caryn Sandrew

Phone: 781-434-7814

Email:  csandrew@nejm.org <mailto:csandrew@nejm.org>

1

NEJM 005122

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

From: Morrissey, Stephen
Sent: Friday, December 02, 2005 6:22 PM
To: Drazen, M.D., Jeff
Cc: Curfman, M.D., Gregory D.
Subject: expression of concern 2

An amended version.

NEJM 005123