CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

**Curfman, M.D., Gregory D.**

#10

| | |
|---|---|
| From: | ████████████████████████ |
| Sent: | Monday, December 05, 2005 10:51 PM |
| To: | Morrissey, Stephen |
| Cc: | ███████████, Curfman, M.D., Gregory D. |
| Subject: | RE: FW: Expression of Concern |



vioxx.DOC (68 KB)

Steve,

I attach the expression of concern with the revised data and calculations in Table 1.

Should you not mention in the EofC that the person-years of exposure in Table 1 were estimated?

Please check that I have used the revised person-years as you intended.



>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 2:16 PM >>>
████, I've talked to Greg, and he agrees that for consistency's sake we should back-calculate those numbers, too. I come up with 95 person-years for the rofecoxib group and 92 person-years for the naproxen group in the first table. Can we impose on you (again) to ask for a revised set of confidence intervals?
Steve

-----Original Message-----
From: ████████████████████████
Sent: Sunday, December 04, 2005 1:52 PM
To: Morrissey, Stephen
Subject: Re: FW: Expression of Concern

Steve,

I discussed this briefly with Greg yesterday.  I was not involved in the back calculation of person years and I mentioned to Greg that the person-years in the aspirin-indicated group is the same in the two tables.  At the same, he indicated that this was his intention.  I believe his reasoning was that there was no need to correct the period of exposure in the aspirin-indicated group because all events were reported initially.

Yes, if the person-years is changed, that will change the calculations of confidence intervals and P values involving those data.  I don't have the software to do speak to the statisticians at the company that produces this software to run a revised data set.

>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 1:12 PM >>>
████, should the numbers of person-years of exposure in the aspirin-indicated groups be smaller in the first table than in the second (back-calculated to eliminate the additional five weeks of followup)? We'd done that for the total and aspirin-not-indicated groups using the method Greg's 11/24 message describes. And would that then change the 95%

NEJM 005060

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

confidence intervals in the aspirin-indicated groups?
Thanks for all the help.
Steve


On Thu, 24 Nov 2005, Curfman, M.D., Gregory D. wrote:

> ▆▆:
>
> One other point about the data below that I neglected to mention
before.
> We actually back-calculated the person-years for the group without
the
> three MI's, since those data were not provided by the authors. We
> subtracted five weeks of time, since they stopped counting MI's five

> weeks before the actual closing of the data set. We then multiplied
5/52
> times the number of patients to get our revised person-years. If
this
is
> confusing, I can discuss with you.
>
> Thanks again for your help on this. Having accurate RR's and 95%
CI's
> for these data will be extremely helpful to us.
>
> Greg




-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern



-----Original Message-----
From: ▆▆▆▆▆▆▆▆▆▆
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ▆▆▆▆▆▆▆
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.



NEJM 005061

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

NEJM 005062

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

We believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that the authors knew about the three additional myocardial infarctions as early as July 5, 2000, before they submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, there was ample time to include these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
|   Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
|   Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
|   Rofecoxib | 95 | 8 | ∞ | 1.65 to ∞ |
|   Naproxen | 92 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
|   Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
|   Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

Formatted: Centered
Deleted: No. of Patients
Deleted: 4047
Deleted: 4029
Deleted: 0.24
Deleted: 1
Deleted: 170
Deleted: 1
Deleted: 51
Deleted: 3877
Deleted: 3878
Deleted: 0.44

NEJM 005063

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
|   Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
|   Naproxen | 2699 | 4 | 0.20 | 0.05, to 0.60 |
| Aspirin indicated | | | | |
|   Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
|   Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
|   Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
|   Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Deleted: No. of Patients
Formatted: Centered

Deleted: 4047
Deleted: 4029
Deleted: 0.20
Deleted: 07
Deleted: 58
Deleted: 70
Deleted: 51

Deleted: 3877
Deleted: 3878
Deleted: 0.33
Deleted: 11
Deleted: 03

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in risk between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

NEJM 005064

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Morrissey, Stephen**

#11

| | |
|---|---|
| **From:** | ███████████████████████ |
| **Sent:** | Monday, December 05, 2005 10:51 PM |
| **To:** | Morrissey, Stephen |
| **Cc:** | ████████ Curfman, M.D., Gregory D. |
| **Subject:** | RE: FW: Expression of Concern |

**Attachments:**      vioxx.DOC



vioxx.DOC (50
KB)

       Steve,

I attach the expression of concern with the revised data and calculations in Table 1.

Should you not mention in the EofC that the person-years of exposure in Table 1 were
estimated?

Please check that I have used the revised person-years as you intended.



>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 2:16 PM >>>
     I've talked to Greg, and he agrees that for consistency's sake we should back-
calculate those numbers, too. I come up with 95 person-years for the rofecoxib group and
92 person-years for the naproxen group in the first table. Can we impose on you (again) to
ask for a revised set of confidence intervals?
Steve

-----Original Message-----
From: ██████████████████████████
Sent: Sunday, December 04, 2005 1:52 PM
To: Morrissey, Stephen
Subject: Re: FW: Expression of Concern

Steve,

I discussed this briefly with Greg yesterday.  I was not involved in the back calculation
of person years and I mentioned to Greg that the person-years in the aspirin-indicated
group is the same in the two tables.  At the same, he indicated that this was his
intention.  I believe his reasoning was that there was no need to correct the period of
exposure in the aspirin-indicated group because all events were reported initially.

Yes, if the person-years is changed, that will change the calculations of confidence
intervals and P values involving those data.  I don't have the software to do speak to the
statisticians at the company that produces this software to run a revised data set.

>>> "Morrissey, Stephen" <SMorrissey@nejm.org> 12/04/05 1:12 PM >>>
██████ should the numbers of person-years of exposure in the aspirin-indicated groups be
smaller in the first table than in the second (back-calculated to eliminate the additional
five weeks of followup)? We'd done that for the total and aspirin-not-indicated groups

NEJM 005065

using the method Greg's 11/24 message describes. And would that then change the 95%
confidence intervals in the aspirin-indicated groups?
Thanks for all the help.
Steve

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

On Thu, 24 Nov 2005, Curfman, M.D., Gregory D. wrote:

>
> One other point about the data below that I neglected to mention
before.
> We actually back-calculated the person-years for the group without
the
> three MI's, since those data were not provided by the authors. We
> subtracted five weeks of time, since they stopped counting MI's five

> weeks before the actual closing of the data set. We then multiplied
5/52
> times the number of patients to get our revised person-years. If
this
is
> confusing, I can discuss with you.
>
> Thanks again for your help on this. Having accurate RR's and 95%
CI's
> for these data will be extremely helpful to us.
>
> Greg




-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern




-----Original Message-----
From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇]
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ▇▇▇▇▇▇▇▇▇▇▇▇
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.



NEJM 005066

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

NEJM 005067

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

We believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that the authors knew about the three additional myocardial infarctions as early as July 5, 2000, before they submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, there was ample time to include these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 95 | 8 | ∞ | 1.65 to ∞ |
| Naproxen | 92 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

Formatted: Centered

Deleted: No. of Patients

Deleted: 4047

Deleted: 4029

Deleted: 0.24

Deleted: 1

Deleted: 170

Deleted: 1

Deleted: 51

Deleted: 3877

Deleted: 3878

Deleted: 0.44

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
| Naproxen | 2699 | 4 | 0.20 | 0.05, to 0.60 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 6.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Deleted: No. of Patients

Formatted: Centered

Deleted: 4047

Deleted: 4029

Deleted: 0.20

Deleted: 07

Deleted: 58

Deleted: 70

Deleted: 51

Deleted: 3877

Deleted: 3878

Deleted: 0.33

Deleted: 11

Deleted: 03

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in risk between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

#12

**Morrissey, Stephen**

| | |
|---|---|
| **From:** | Drazen, M.D., Jeff |
| **Sent:** | Sunday, December 04, 2005 1:54 PM |
| **To:** | Curfman, M.D., Gregory D. |
| **Cc:** | Morrissey, Stephen |
| **Subject:** | RE: Expression of Concern |

**Attachments:** vioxx2.1.DOC



vioxx2.1.DOC
(57 KB)

```
            GDC AND SRM,
I attach another edited version of the expression. The biggest change is the deletion of
the stuff about Table 5.  I think it attributes more to this table than it deserves and
the numbers speak for themselves.  This piece is cleaner without it.
Since you already sent this Paul and Paul I don't think it makes sense to send them this
revision since it says less.  Be sure to ACCEPT CHANGES before we move on!
J


-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Sunday, December 04, 2005 12:15 PM
To: Drazen, M.D., Jeff
Subject: FW: Expression of Concern



-----Original Message-----
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc:
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.
```



NEJM 005070

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Expression of Concern:** Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed primarily to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

Until the end of November 2005, we believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that at least two of the authors knew about the three additional myocardial infarctions as early as July 5, 2000, two weeks before the authors submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, we now know that there was ample time to include the data on these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

Deleted: w

Deleted: y

Formatted: Centered
Deleted: No. of Patients

Deleted: 4047
Deleted: 4029
Deleted: 0.24
Deleted: 1

Deleted: 70

Deleted: 51

Deleted: 3877
Deleted: 3878
Deleted: 0.44

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
|   Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
|   Naproxen | 2699 | 4 | 0.20 | 0.05, to 0.60 |
| Aspirin indicated | | | | |
|   Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
|   Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
|   Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
|   Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups.

Taken together, these inaccuracies, omissions, and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

**Deleted:** No. of Patients

**Formatted:** Centered

**Deleted:** 4047

**Deleted:** 4029

**Deleted:** 0.20

**Deleted:** 07

**Deleted:** 58

**Deleted:** 70

**Deleted:** 51

**Deleted:** 3877

**Deleted:** 3878

**Deleted:** 0.33

**Deleted:** 11

**Deleted:** 03

**Deleted:** We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text. We learned from the July 5, 2000, memorandum that the authors had other relevant data on cardiovascular adverse events that were not included in any version of the VIGOR manuscript. ¶

**Morrissey, Stephen**

#13

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| From: | Drazen, M.D., Jeff |
| Sent: | Saturday, December 03, 2005 11:31 PM |
| To: | Curfman, M.D., Gregory D.; Morrissey, Stephen |
| Subject: | RE: Expression of Concern |

Steve and Greg,
In her depositional testimony Reicin says that were also GI events that were not recorded but that came in late.  We should make this clear in the note of concern and ask them to provide full reporting of all data they had on or before October 13, 2000.
j


Jeffrey M. Drazen, M.D.
Editor-in-Chief, New England Journal of Medicine Distinguished Parker B. Francis Professor of Medicine, Harvard Medical School

Editorial Office
10 Shattuck Street
Boston, MA 02115 USA
Phone: 617-734-9800
Fax:    617-739-9864
Email:  jdrazen@nejm.org

Publication Office
Massachusetts Medical Society
860 Winter Street
Waltham, MA 02451 USA

Assistant:
Caryn Sandrew
Phone: 781-434-7814
Email:  csandrew@nejm.org


-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern


-----Original Message-----
From: ████████████████████████████████████
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ████████████████████
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the calculations and added a column for person-years of exposure as we discussed.  I attach the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen. Readers can calculate the relative risk of N relative to R and some readers will be confused if you give both.

████████

1

NEJM 005073

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

NEJM 005074

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

Curfman, M.D., Gregory D.   #14

**From:**
**Sent:** Saturday, December 03, 2005 9:28 AM
**To:** Curfman, M.D., Gregory D.
**Subject:** Re: FW: NEJM expression of concern 2

Greg,

If you have an opportunity, give me a call today or tomorrow to discuss this.

The paper doesn't have the data you show in the EofC and I want to be sure I understand your intended analyses.



>>> "Curfman, M.D., Gregory D." <GCurfman@nejm.org> 12/02/05 6:37 PM
>>>

Steve Morrissey, Jeff Drazen, and I are trying to write an "expression
of concern" for the VIGOR article. This statement would appear in the
Journal, and the electronic citation of the article would be flagged
in
Medline as having an expression of concern. An expression of concern
is
one step short of retracting the article.


I wonder if you could take a look at this draft of the statement and
see
what you think? Also, you will see that we still need to calculate 95%
confidence intervals for some of the data in the two tables, and I
wonder if you could advise us on that (or give us the CI's if it is
not
too much trouble).


Thanks again with all the time you have spent on this Vioxx situation.
The more we get into it, the messier it becomes.


Greg

NEJM 005075

From: Morrissey, Stephen
Sent: Friday, December 02, 2005 6:22 PM
To: Drazen, M.D., Jeff
Cc: Curfman, M.D., Gregory D.
Subject: expression of concern 2

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

An amended version.

NEJM 005076

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

#15

**Curfman, M.D., Gregory D.**

From:
Sent:            Saturday, December 03, 2005 11:06 AM
To:              Curfman, M.D., Gregory D.
Cc:
Subject:         Expression of Concern



vioxx.DOC (47 KB)

        Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.



1

NEJM 005077

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

**Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.**

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed primarily to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

Until the end of November 2005, we believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that at least two of the authors knew about the three additional myocardial infarctions as early as July 5, 2000, two weeks before the authors submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, we now know that there was ample time to include the data on these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

NEJM 005078

CONFIDENTIAL —
SUBJECT TO
PROTECTIVE ORDER

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
| Naproxen | 2699 | 4 | 0.20 | 0.05. to 0.60 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups.

We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text. The July 5, 2000, memorandum contained other data on cardiovascular adverse events that were not included in any version of the VIGOR manuscript and that the editors consider to be relevant to the article.

Taken together, these inaccuracies, omissions, and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the Journal.

Morrissey, Stephen     #16     CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

From:          Drazen, M.D., Jeff
Sent:          Saturday, December 03, 2005 6:02 PM
To:            Curfman, M.D., Gregory D.; Morrissey, Stephen
Subject:       RE: Expression of Concern

Attachments:   vioxx-v1.1.DOC



vioxx-v1.1.DO
C (59 KB)

          Steve and Greg,
I worked from ▮▮▮▮▮ version (I could not wait until tomorrow).
J


Jeffrey M. Drazen, M.D.
Editor-in-Chief, New England Journal of Medicine Distinguished Parker B. Francis Professor
of Medicine, Harvard Medical School

Editorial Office
10 Shattuck Street
Boston, MA 02115 USA
Phone: 617-734-9800
Fax:    617-739-9864
Email:  jdrazen@nejm.org

Publication Office
Massachusetts Medical Society
860 Winter Street
Waltham, MA 02451 USA

Assistant:
Caryn Sandrew
Phone: 781-434-7814
Email:  csandrew@nejm.org


-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern


-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ▮▮▮▮▮▮▮▮▮▮▮
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.

NEJM 005080

Readers can calculate the relative risk of N relative to R and some readers will be confused if you give both.



CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

NEJM 005081

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.

We have recently obtained information indicating that there were inaccuracies in data available to the authors at the time of publication of the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research, November 23, 2000 issue) study by Bombardier et al. These inaccuracies raise concern about certain conclusions in the article.

The VIGOR study was primarily designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration, but were not sure of the timing of the availability of this information relative to the publication of the report in the *Journal*.

Until the end of November, 2005, we believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the *Journal*, that at least two of the authors knew about the three additional myocardial infarctions as early as July 5, 2000. This was before the submission of the first of two revisions and 4 1/2 months before publication of the article. Thus, we now know that there was ample time to include the data on these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article (a table with the actual numbers was deleted just prior to submission of the article), the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not | | | | |

Deleted: regarding

Deleted: in

Deleted: that

Formatted: Font: Italic

Deleted:

Deleted: W

Formatted: Font: Italic

Deleted: ,

Deleted: y

Deleted: tted

Formatted: Centered

Deleted: No. of Patients

Deleted: 4047

Deleted: 4029

Deleted: 0.24

Deleted: 1

Deleted: 70

Deleted: 51

| | | | | |
|---|---|---|---|---|
| indicated | | | | |
| Rofecoxib | 2230 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

Deleted: 3877
Deleted: 3878
Deleted: 0.44

Table 2. Data on Myocardial Infarctions Including the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68, 20.13 |
| Naproxen | 2699 | 4 | 0.20 | 0.05, to 0.60 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | 0.33 | 0.08 to 1.10 |

Deleted: No. of Patients
Formatted: Centered

Deleted: 4047
Deleted: 4029
Deleted: 0.20
Deleted: 07
Deleted: 58
Deleted: 70
Deleted: 51

Deleted: 3877
Deleted: 3878
Deleted: 0.33
Deleted: 11
Deleted: 03

Omission of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article solely as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib as well). It also resulted in the misleading conclusion that there was a difference in risk for myocardial infarction between the aspirin indicated and aspirin not indicated groups.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit an explanation as to why the data were omitted from the article and to provide a correction for the published article in the *Journal*.

Deleted: ¶
We also determined from a computer diskette that two days before submission of the VIGOR manuscript to the Journal, the authors deleted a table displaying numbers of cardiovascular events and also deleted data on numbers of myocardial infarctions from the text. ¶

Deleted: to
Formatted: Font: Italic

NEJM 005083

Morrissey, Stephen    #17

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

From:           Drazen, M.D., Jeff
Sent:           Saturday, December 03, 2005 1:37 PM
To:             Curfman, M.D., Gregory D.; Morrissey, Stephen
Subject:        RE: Expression of Concern

Greg and Steve,
I am thinking about this and will send you my comments tomorrow am.
j


Jeffrey M. Drazen, M.D.
Editor-in-Chief, New England Journal of Medicine Distinguished Parker B. Francis Professor
of Medicine, Harvard Medical School

Editorial Office
10 Shattuck Street
Boston, MA 02115 USA
Phone: 617-734-9800
Fax:    617-739-9864
Email:  jdrazen@nejm.org

Publication Office
Massachusetts Medical Society
860 Winter Street
Waltham, MA 02451 USA

Assistant:
Caryn Sandrew
Phone: 781-434-7814
Email:  csandrew@nejm.org


-----Original Message-----
From: Curfman, M.D., Gregory D.
Sent: Saturday, December 03, 2005 11:26 AM
To: Drazen, M.D., Jeff; Morrissey, Stephen
Subject: FW: Expression of Concern


-----Original Message-----
From: ████████████████████████████████
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ███████████████████████
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.



NEJM 005084

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

NEJM 005085

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

**Morrissey, Stephen**

| | |
|---|---|
| From: | Curfman, M.D., Gregory D. |
| Sent: | Saturday, December 03, 2005 11:26 AM |
| To: | Drazen, M.D., Jeff; Morrissey, Stephen |
| Subject: | FW: Expression of Concern |

Attachments:    vioxx.DOC



vioxx.DOC (49
KB)

-----Original Message-----
From: ███████████████████████████████
Sent: Saturday, December 03, 2005 11:06 AM
To: Curfman, M.D., Gregory D.
Cc: ██████████████████
Subject: Expression of Concern

Greg,

I read your EofC and thought that it was temperate and accurate.  I checked all of the
calculations and added a column for person-years of exposure as we discussed.  I attach
the revised document.

I recommend that you give only the relative risk for roficoxib relative to naproxen.
Readers can calculate the relative risk of N relative to R and some readers will be
confused if you give both.



NEJM 005086

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000; 343: 1520-8.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al. that raise concern about certain conclusions in the article.

The VIGOR study was designed to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were omitted from the data submitted to the Journal. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

We believed that these were late events that were not known to the authors in time to be included in the article published in the Journal on November 23, 2000. We now know, however, from a memorandum obtained by subpoena in Vioxx litigation and made available to the Journal, that the authors knew about the three additional myocardial infarctions as early as July 5, 2000, before they submitted the first of two revisions and 4 1/2 months before publication of the article. Thus, there was ample time to include these three additional infarctions in the article.

The omission of these three myocardial infarctions made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Table 1. Data on Myocardial Infarctions Omitting the Three Events.

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2325 | 17 | 4.25 | 1.39, 17.37 |
| Naproxen | 2326 | 4 | 0.24 | 0.06 to 0.72 |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | 0 | 0 to 0.60 |
| Aspirin not indicated | | | | |
| Rofecoxib | 2220 | 9 | 2.25 | 0.63, 10.02 |
| Naproxen | 2224 | 4 | 0.44 | 0.10, 1.59 |

Formatted: Centered
Deleted: No. of Patients

Deleted: 4047
Deleted: 4029
Deleted: 0.24
Deleted: 1
Deleted: 70
Deleted: 51

Deleted: 3877
Deleted: 3878
Deleted: 0.44

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

Morrissey, Stephen                          #17

| | |
|---|---|
| From: | Curfman, M.D., Gregory D. |
| Sent: | Saturday, December 03, 2005 10:02 AM |
| To: | Drazen, M.D., Jeff; Morrissey, Stephen |
| Subject: | FW: FW: NEJM expression of concern 2 |

I just spoke with ███ about this, and he will have calculations done within a couple of hours and e-mail them. He also thinks person-years should be indicated in Table 1A and 1B of the EoC. I will forward when I receive them.
Greg

-----Original Message-----
From: ████████████████████████
Sent: Saturday, December 03, 2005 9:28 AM
To: Curfman, M.D., Gregory D.
Subject: Re: FW: NEJM expression of concern 2

Greg,

If you have an opportunity, give me a call today or tomorrow to discuss this. ██████

The paper doesn't have the data you show in the EofC and I want to be sure I understand your intended analyses.



>>> "Curfman, M.D., Gregory D." <GCurfman@nejm.org> 12/02/05 6:37 PM
>>>
Dear ██


Steve Morrissey, Jeff Drazen, and I are trying to write an "expression of concern" for the VIGOR article. This statement would appear in the Journal, and the electronic citation of the article would be flagged in
Medline as having an expression of concern. An expression of concern is
one step short of retracting the article.


I wonder if you could take a look at this draft of the statement and see
what you think? Also, you will see that we still need to calculate 95%
confidence intervals for some of the data in the two tables, and I
wonder if you could advise us on that (or give us the CI's if it is not
too much trouble).

NEJM 005089

Thanks again with all the time you have spent on this Vioxx situation.
The more we get into it, the messier it becomes.


Greg

CONFIDENTIAL —
SUBJECT TO
PROTECTIVE ORDER

_____

From: Morrissey, Stephen
Sent: Friday, December 02, 2005 6:22 PM
To: Drazen, M.D., Jeff
Cc: Curfman, M.D., Gregory D.
Subject: expression of concern 2


An amended version.

NEJM 005090