UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| This document relates to:<br>All Personal Injury Class Action<br>Complaints Pending or<br>Subject to Transfer to MDL 1657 | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Reply Memorandum in Support of Motion for Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death (TO BE FILED UNDER SEAL), which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this 24 day of Jan            , 2006.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

W:\25000-29999\27115\000\PLD\Class Reply Brief\Motion for Leave to File Brief in Excess of Page Limits 2006-1-23.wpd:LF

___ Fee_____
___ /Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____