COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 30  A 11: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>          Products Liability Litigation | MDL NO. 1657<br><br>SECTION: L |
| This Document Relates to:   ALL CASES | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXPEDITED HEARING**

NOW INTO COURT come plaintiffs herein, who, through the undersigned Plaintiffs' Steering Committee (PSC) respectfully submit that, because of scheduling and deadline circumstances, the Court should conduct an expedited hearing on the PSC Motion to Strike and Substitute For Case of Ellis Diaz as Trial Selection Pursuant to Minute Entry of November 23, 2005 being filed herewith, and who accordingly move for same.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

BY: _____
   **GERALD E. MEUNIER (La. Bar #9471)**
   **GAINSBURGH, BENJAMIN, DAVID,**
     **MEUNIER & WARSHAUER, LLC**
   2800 Energy Centre
   1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone: 504-522-2304

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the United States Mail, postage prepaid, this 30th day of December, 2005.

_____
**GERALD E. MEUNIER**

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

BY: _____
**GERALD E. MEUNIER (La. Bar #9471)
GAINSBURGH, BENJAMIN, DAVID,
   MEUNIER & WARSHAUER, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504-522-2304

4