FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 25  AM 9: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:       VIOXX | MDL NO. 1657 |
|              Products Liability Litigation | SECTION: L |
| This Document Relates to:    ALL CASES | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion for Expedited Hearing,

IT IS ORDERED that the PSC Motion to Strike and Substitute For Case of Ellis Diaz as Trial Selection Pursuant to Minute Entry of November 23, 2005 be heard expeditiously on the _____ day of _____, 2006.   *See Minute Entry Dated January 23, 2006*

This done and signed on this the 24th day of January, 2006, in New Orleans, Louisiana.

_____
DISTRICT JUDGE

3

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____