

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S *DAUBERT* MOTIONS

Defendant Merck & Co., Inc., through undersigned counsel, and moves this Honorable Court for Leave to File the attached Declaration of Phillip A. Wittmann. The Declaration supports the *Daubert* motions filed and/or reurged today in this matter.

WHEREFORE Defendant prays that this Court grant to leave to file the Declaration of Phillip A. Wittmann in Support of Merck's *Daubert* Motions.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to File Declaration of Phillip A. Wittmann in Support of Merck's *Daubert* Motions has been served on Liaison Counsel Russ Herman by e-mail and by hand delivery, upon Andy Birchfield by e-mail and by Federal Express, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 23rd day of January, 2006.

Dorothy H. Wimberly

796955v.1