FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 25  AM 9: 52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANT'S MOTION
### FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN
### IN SUPPORT OF MERCK'S *DAUBERT* MOTIONS


Considering the foregoing defendant's Motion for Leave to File Declaration of

Phillip A. Wittmann in Support of Merck's *Daubert* Motions,

IT IS HEREBY ORDERED that said Declaration be filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep__796955v.1__
___ Doc. No._____

In New Orleans, Louisiana this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

796955v.1