FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 25  AM 9: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to** | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| **EVELYN IRVIN PLUNKETT** | * | |
| as Personal Representative of the Estate of | * | |
| **RICHARD IRVIN, JR.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## DECLARATION OF PHILLIP A. WITTMANN
## IN SUPPORT OF MERCK'S *DAUBERT* MOTIONS

I, PHILLIP A. WITTMANN, by way of declaration, say:

I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter.  I make this declaration in support of Merck's Motion to Renew Previously-Filed Motions to Exclude Testimony, Supplemental Brief in Support of Motion to Exclude Testimony of Wayne A. Ray, Ph.D., and Motion to Exclude Testimony of Robert H. Fletcher, M.D., M.Sc., filed concurrently

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

herewith.  I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

## DEPOSITIONS

1.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the rough transcript of the January 19, 2006 deposition of Wayne A. Ray, Ph.D., taken in connection with this action.

2.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the rough transcript of the January 20, 2006 deposition of Robert H. Fletcher, M.D., M.Sc., taken in connection with this action.

## EXPERT REPORTS

3.      Attached hereto as Exhibit 3 is a true and correct copy of the updated expert report of Wayne A. Ray, Ph.D., filed on January 13, 2006 in connection with this action.

4.      Attached hereto as Exhibit 4 is a true and correct copy of the expert report of Robert H. Fletcher, M.D., M.Sc., filed on January 13, 2006 in connection with this action.

## OTHER EXHIBITS

5.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the first trial in this action.

6.      Attached hereto as Exhibit 6 is a true and correct copy of the April 6, 2005 FDA Decision Memorandum.

Respectfully submitted,

Phillip A. Wittmann
Attorney for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's *Daubert* Motions has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 23rd day of January, 2006.

Phil Wittmann

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED