Filing Accepted (Rule 5) - BW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 22 P 3: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046 | * | |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### MOTION OF DEFENDANT MERCK & CO., INC. ("MERCK") TO RENEW PREVIOUSLY-FILED MOTIONS TO EXCLUDE TESTIMONY

Merck hereby renews the following motions to exclude testimony, and incorporates by reference each motion and its supporting papers as if fully set forth herein:

#### Motions

1. Merck & Co., Inc.'s Memorandum Regarding Vioxx Science Issues (Record Docket No. 1116)

2. Merck & Co., Inc.'s Motion and Memorandum in Support of Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation (Record Docket No. 1515)

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

796945v.1

- Reply Memorandum in Support of Motion of Merck & Co., Inc. to Exclude Evidence of Plaintiff's Experts Regarding Causation (Record Docket No. 1392)

- Notice of Errata by Defendant Merck & Co., Inc. Regarding Its Memorandum in Support of Motion to Exclude Evidence of Plaintiff's Experts Regarding Causation (Record Docket No. 1480) and Declaration of Dorothy H. Wimberly in Support of Notice of Errata (Record Docket No. 1553)

3. Merck & Co., Inc.'s Motion and Memorandum in Support of Motion to Exclude Testimony of Thomas Baldwin, M.D. (Record Docket No. 1121)[1]

- Reply Memorandum in Support of Motion of Merck & Co., Inc. to Exclude Testimony of Thomas Baldwin, M.D. (Record Docket No. 1347)

4. Merck & Co., Inc.'s Motion and Memorandum in Support of Motion to Exclude Testimony of Wayne A. Ray, Ph.D. (Record Docket No. 1117)[2]

- Reply In Support of Motion of Merck & Co., Inc. to Exclude Testimony of Wayne A. Ray, Ph.D. (Record Docket No. 1348)

5. Merck & Co., Inc.'s Motion and Memorandum in Support of Motion to Exclude Testimony of Richard M. Kapit, M.D. (Record Docket No. 1119)

- Reply Memorandum in Support of Motion of Merck & Co., Inc. to Exclude Testimony of Richard M. Kapit, M.D. (Record Docket No. 1345)

6. Notice Regarding Florida Statutory Limitations on Punitive Damages with attached Declaration of Peter Choate in Support of Merck's Notice (Record Document No. 1136)

## Supporting Declarations

7. Declaration of Phillip A. Wittmann in Support of Merck's Memorandum Regarding Vioxx Science Issues and Merck's Motion to Exclude Evidence of Plaintiffs' Experts Regarding Causation (Record Docket No. 1123)

8. Declaration of Phillip A. Wittmann in Support of Merck's Motions to Exclude Evidence (Record Docket No. 1147)

9. Declaration of Phillip A. Wittmann in Support of Merck & Co., Inc.'s Reply Briefs (Record Docket No. 1398)

---

[1] On January 25, 2006, Merck will file a supplemental brief in support of this motion, by agreement with plaintiff's counsel.

[2] *See also* Supplemental Brief in Support of Motion of Merck & Co., Inc. to Exclude Testimony of Wayne A. Ray, Ph.D., filed concurrently herewith.

796945v.1

10. Declaration of J. Michael Gaziano, M.D., M.P.H. in Support of Merck's Motions to Exclude Evidence and for Summary Judgment (Record Docket No. 1145)

11. Declaration of Ned Stephen Braunstein, M.D. in Support of Merck's Motions to Exclude Evidence (Record Docket No. 1146)

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:     202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

796945v.1

## CERTIFICATE OF SERVICE

  I hereby certify that the above and forgoing Motion to Renew Previously-Filed Motions to Exclude Testimony has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 23rd day of January, 2006.

*/s/ Dorothy H. Wimberly*

796945v.1