MINUTE ENTRY
FALLON, J.
JANUARY 23, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

    A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Lenny Davis, Gerry Meunier, Bonnie Zakotnik, Chris Seeger (by telephone), Troy Rafferty (by telephone), and ChrisTisi (by telephone) participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Rick Stanley, Doug Marvin (by telephone), and Andy Goldman (by telephone) participated on behalf of the Defendant's Steering Committee ("DSC"). At the conference, the parties discussed the deposition of Dr. Curfman, the deposition of Mr. Mixon, Merck & Co., Inc.'s insurance policies, outstanding bills to third parties, the deposition of Dr. Graham, the *Diaz* case, and the selection of cases for future trials in the MDL. After considering the issues raised by the parties,

    IT IS ORDERED that the parties should contact the Court if any issues arise as to the order of examination at the deposition of Dr. Curfman.

    IT IS ORDERED that the deposition of Mr. Mixon shall proceed as scheduled, subject to

JS10(00:50)

\_\_ Fee \_\_\_\_\_
\_\_ Process \_\_\_\_\_
X  Dktd \_\_\_\_\_
\_\_ CtRmDep \_\_\_\_\_
\_\_ Doc. No \_\_\_\_\_

an agreement of all the parties involved altering the schedule.

IT IS ORDERED that Defendant's Liaison Counsel shall deliver all the information relating to Merck's insurance policies to the Plaintiffs' Liaison Counsel by February 2, 2006.

IT IS ORDERED that Defendant's Liaison Counsel shall confer with Plaintiffs' Liaison Counsel regarding outstanding bills and resolve the matter.

IT IS ORDERED that a status conference shall be held on January 26, 2006, at 10:30 a.m. to discuss the deposition of Dr. Graham and the Food and Drug Administration's opposition to it. In addition, the parties should be prepared to discuss the FDA's bill for the copying and delivery of documents to the PSC.

IT IS ORDERED that a status conference shall be held on January 30, 2006, at 8:30 a.m. to discuss the trial readiness of the *Diaz* case and the trial readiness of other cases in the MDL.