**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 05-CV-6705

WARREN MONBERG,
    Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
    Defendant. /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, WARREN MONBERG, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JEFF BASTI, on November 9, 2005.

Dated this 17th day of January, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 18B on this 17th day of January, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

# AFFIDAVIT OF SERVICE

State of FLORIDA  County of PINELLAS  Circuit Court

Case Number: 05-6447-CI-11

Plaintiff:
WARREN MONBERG

vs.

Defendant:
MERCK & CO., INC., CHRIS METROPOLUS, JEROME PITTMAN, JUNE V. MARCOTTE, VICTOR SOPINA, JEFF BASTI AND AMY MOORE

For:
C. Todd Alley
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 14th day of October, 2005 at 9:06 am to be served on JEFF BASTI, 4948 SABAL LANE CIRCLE, SARASOTA, FLORIDA 34238.

I, Venturequest International, being duly sworn, depose and say that on the 9th day of November, 2005 at 8:00 am, I:

SUBSTITUTE SERVED: Pursuant to 48.031(1) by leaving a true copy of this SUMMONS AND COMPLAINT AND FIRST REQUEST FOR CASE-SPECIFIC DISCOVERY DIRECTED TO DEFENDANT with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: AL BASTI, FATHER-IN-LAW/CO-RESIDENT and informing said person of the contents thereof.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

Additional Information pertaining to this Service:
THE GIVEN ADDRESS DID NOT EXIST. LOCATED AND SERVED AT 4948 SABAL LAKE CIRCLE, SARASOTA, FLORIDA.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

**ORIGINAL**
**FILED WITH COURT**

Subscribed and Sworn to before me on the 12th day of January, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Venturequest International**
Process Server

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2005005234

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j