`.
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx Products Liability Litigation | MDL No. 1657

This document relates to: All Cases

and

Civil Action No. 05-1491
Campbell, et. al., v. Merck & Co., Inc., et. al.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now into court, comes Gano D. Lemoine III (LA Bar # 21603), who respectfully requests that this Court allow him to withdraw as counsel of record in this matter.

Counsel for Plaintiffs is, among others, the Murray Law Firm, which no longer employs Gano D. Lemoine III. Therefore, Gano D. Lemoine III hereby requests that he be withdrawn as counsel of record in this matter.

This Motion is not intended to have any effect on the representation of Plaintiffs by the remaining members of the Murray Law Firm who are listed as counsel of record in this matter. All future notices in this action regarding the Murray Law Firm should be forwarded to

Stephen B. Murray, Sr. at the Murray Law Firm New Orleans, Louisiana.

Respectfully Submitted,

_____
Gano D. Lemoine III (La. Bar # 21603)
The Law Office of Gano D. Lemoine III, LLC
38 Newcomb Boulevard
New Orleans, LA 70118-5528
Tel: 504-864-0207
Fax: 504-324-0677

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid, on this 23rd day of ~~December, 2005~~ January, 2006.

_____
Gano D. Lemoine III