UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx Products Liability Litigation | MDL No. 1657

This document relates to: All Cases

and

Civil Action No. 05-1491
Campbell, et. al., v. Merck & Co., Inc., et. al.

## ORDER TO WITHDRAW COUNSEL OF RECORD

It is hereby ordered that Gano D. Lemoine III (La. Bar # 21603) is hereby withdrawn as counsel of record in this matter.

New Orleans, Louisiana, this 24 day of Jan, 2005.

JUDGE

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc. No. ___

3