A CERTIFIED TRUE COPY

JAN 2 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 24  PM 1:40

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 3 2006

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

06-0271
SECT. L MAG. 3

*MDL-1657 – IN RE VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION*

*MDL-1699 – IN RE BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Shirley Adams, et al. v. Merck & Co., Inc., et al.*, E.D. Missouri, C.A. No. 4:05-1947

## ORDER LIFTING STAY OF CTO-35 IN MDL-1657, SEPARATING AND REMANDING CERTAIN CLAIMS, AND LIFTING STAY OF CTO-11 IN MDL-1699

On December 21, 2005, the Panel filed an order conditionally i) transferring this action (*Adams*) to the Eastern District of Louisiana in MDL-1657, ii) separating the Bextra/Celebrex claims in *Adams* and remanding them to the Eastern District of Missouri, and iii) transferring the resulting Bextra/Celebrex action to the Northern District of California in MDL-1699. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Adams* filed a notice of opposition to the proposed transfers. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer orders.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-35" in MDL-1657 filed on December 21, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the claims in this action relating to Bextra and/or Celebrex are separated and remanded, pursuant to 28 U.S.C. § 1407(a), to the Eastern District of Missouri.

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-11" in MDL-1699 is lifted insofar as it relates to the resulting Bextra/Celebrex action, and thus this action is transferred to the Northern District of California

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

INVOLVED COUNSEL LIST
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Jon A. Strongman
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

January 23, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Shirley Adams, et al. v. Merck & Co., Inc., et al.*, E.D. Missouri, C.A. No. 4:05-1947

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on <u>December 21, 2005</u>. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Donita Bagley
       Deputy Clerk

Enclosures

cc:    Transferee Judge:    Judge Eldon E. Fallon
       Transferor Judge:    Judge Charles A. Shaw
       Transferor Clerk:    James Woodward

JPML Form 68A