A CERTIFIED TRUE COPY

JAN 24 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA    JAN - 6 2006

2006 JAN 25  AM 11:31        FILED
                        CLERK'S OFFICE
DOCKET NO. 1657

LORETTA G. WHYTE
                CLERK
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-36)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,836 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 24 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

# SCHEDULE CTO-36 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN  1  05-2228 | Thomas Daniel Taylor, et al. v. Merck & Co., Inc. | 06-281 |
| ALN  2  05-2273 | Rodgetta Colvin Jett, etc. v. Merck & Co., Inc. | 06-282 |
| ALN  2  05-2335 | M. Charles Zanaty v. Merck & Co., Inc., et al. | 06-283 |
| **ARKANSAS EASTERN** | | |
| ARE  4  05-1776 | Ernie Dean v. Merck & Co., Inc. | 06-284 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-8119 | Henry Rife Jex, et al. v. Merck & Co., Inc. | 06-285 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  05-2356 | James Mark Reagle v. Merck & Co., Inc. | 06-286 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN  3  05-4646~~ | ~~Charles Axworthy, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/18/06 | |
| ~~CAN  3  05-4657~~ | ~~Luisa Greer, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/18/06 | |
| CAN  3  05-4757 | Carol Cooke v. Merck & Co., Inc., et al. | 06-287 |
| **CALIFORNIA SOUTHERN** | | |
| CAS  3  05-2122 | Harold Honea v. Merck & Co., Inc. | 06-288 |
| CAS  3  05-2139 | Richard M. Buford, II v. Merck & Co., Inc., et al. | 06-289 |
| **FLORIDA MIDDLE** | | |
| ~~FLM  3  05-1193~~ | ~~Michael C. Richardson v. Merck & Co., Inc., et al.~~ Opposed 1/18/06 | |
| FLM  5  05-470 | Joseph Dutko v. Merck & Co., Inc., et al. | 06-290 |
| FLM  8  05-2100 | Dan Marshlack v. Merck & Co., Inc. | 06-291 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-61743 | Basil Mohabir, et al. v. Merck & Co., Inc. | 06-292 |
| FLS  0  05-61753 | Teresa West v. Merck & Co., Inc. | 06-293 |
| FLS  1  05-22877 | Lily Sabio v. Merck & Co., Inc. | 06-294 |
| FLS  1  05-22900 | Maryse Guekjian v. Merck & Co., Inc. | 06-295 |
| FLS  1  05-22912 | Rogers Stephens, et al. v. Merck & Co., Inc. | 06-296 |
| FLS  1  05-22914 | Eunice Nelson v. Merck & Co., Inc. | 06-297 |
| FLS  1  05-22918 | Richard Strickland v. Merck & Co., Inc. | 06-298 |
| FLS  9  05-81045 | Richard Chevlin v. Merck & Co., Inc. | 06-299 |
| **IOWA SOUTHERN** | | |
| IAS  4  05-616 | Marilyn A. Blakeman v. Merck & Co., Inc. | 06-300 |
| **IDAHO** | | |
| ID  1  05-479 | Frank Bowers v. Merck & Co., Inc. | 06-301 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-6453 | Milton Fields, etc. v. Merck & Co., Inc., et al. | 06-302 |
| ILN  1  05-6565 | Jerry Baldwin v. Merck & Co., Inc. | 06-303 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **ILLINOIS SOUTHERN** | | |
| ILS  3  05-830 | Isabelle Burnett, etc. v. Merck & Co., Inc. | 06-304 |
| **LOUISIANA WESTERN** | | |
| LAW  2  05-1769 | Joyce Rodgers v. Merck & Co., Inc. | 06-305 |
| LAW  2  05-2013 | Ben V. Richard, et al. v. Merck & Co., Inc. | 06-306 |
| **MINNESOTA** | | |
| MN  0  05-2552 | Patti Donahue, etc. v. Merck & Co., Inc. | 06-307 |
| MN  0  05-2639 | Judy Sue Bryson, etc. v. Merck & Co., Inc. | 06-308 |
| MN  0  05-2650 | Charlotte Duncan, etc. v. Merck & Co., Inc. | 06-309 |
| MN  0  05-2660 | Lenore Brunsvold, et al. v. Merck & Co., Inc. | 06-310 |
| MN  0  05-2662 | Glen W. Miller v. Merck & Co., Inc. | 06-311 |
| MN  0  05-2687 | Vincent Brown v. Merck & Co., Inc. | 06-312 |
| **MISSOURI EASTERN** | | |
| ~~MOE  4  05-1745~~ | ~~Alene Schwent, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/20/06 | |
| MOE  4  05-2165 | Dorothy Taylor v. Merck & Co., Inc. | 06-313 |
| ~~MOE  4  05-2225~~ | ~~Joy Cora v. Merck & Co., Inc., et al.~~ Opposed 1/20/06 | |
| **MISSOURI WESTERN** | | |
| MOW  4  05-1176 | Doris Goodell v. Merck & Co., Inc. | 06-314 |
| MOW  4  05-1177 | Leroy Anthony Booker v. Merck & Co., Inc. | 06-315 |
| MOW  4  05-1178 | Ruth Ann Gunn v. Merck & Co., Inc. | 06-316 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  1  05-298 | Rose Roberts v. Merck & Co., Inc., et al. | 06-317 |
| MSN  1  05-299 | Nevary Hickman v. Merck & Co., Inc., et al. | 06-318 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  1  05-562 | Barbara Ralston, et al. v. Merck & Co., Inc. | 06-319 |
| **NORTH CAROLINA EASTERN** | | |
| NCE  4  05-139 | Larry Ray Southard v. Merck & Co., Inc. | 06-320 |
| **NEW YORK EASTERN** | | |
| NYE  1  05-5152 | James K. Schnepf, et al. v. Merck & Co., Inc. | 06-321 |
| NYE  1  05-5230 | Yvonne Wilson, et al. v. Merck & Co., Inc. | 06-322 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  05-9702 | Iris Hauser, et al. v. Merck & Co., Inc. | 06-323 |
| **NEW YORK WESTERN** | | |
| ~~NYW  6  05-6622~~ | ~~Marc T. Malkiewicz, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW  6  05-6635~~ | ~~Brian Miskho, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW  6  05-6645~~ | ~~Carolyn Reed, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW  6  05-6646~~ | ~~Donald Becker, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW  6  05-6655~~ | ~~Maryanne Lopiccolo, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| **OKLAHOMA NORTHERN** | | |
| OKN  4  05-666 | Donald E. Prewitt, et al. v. Merck & Co., Inc., et al. | 06-324 |

SCHEDULE CTO-36 TAG-ALONG ACTIONS (MDL-1657)        PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  05-5881 | William Maas, et al. v. Merck & Co., Inc., et al. | 06-325 |
| PAE  2  05-5984 | Michael Whitehead, etc. v. Merck & Co., Inc. | 06-326 |
| PAE  2  05-6069 | George S. Schneikart, et al. v. Merck & Co., Inc. | 06-327 |
| PAE  2  05-6080 | Sarah Shirley Dragani v. Merck & Co., Inc. | 06-328 |
| PAE  2  05-6142 | Agnes Pettinichio, et al. v. Merck & Co., Inc. | 06-329 |
| **TENNESSEE EASTERN** | | |
| TNE  2  05-299 | Mary L. Bell v. Merck & Co., Inc. | 06-330 |
| TNE  2  05-300 | Lillian R. Cody v. Merck & Co., Inc. | 06-331 |
| **TEXAS EASTERN** | | |
| TXE  1  05-774 | Kathy Howard v. Merck & Co., Inc. | 06-332 |
| **TEXAS SOUTHERN** | | |
| TXS  4  05-3363 | Marjoria Eubank Davis, et al. v. Merck & Co., Inc. | 06-333 |
| TXS  4  05-3942 | Ira J. Wilson v. Merck & Co., Inc., et al. | 06-334 |
| TXS  4  05-3949 | Joe Aaron Jones v. Merck & Co., Inc. | 06-335 |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br><br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

January 24, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-36)

Dear Ms. Whyte:

    I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 6, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

    A list of involved counsel is attached.

Very truly,<br><br>
Michael J. Beck<br>
Clerk of the Panel<br><br>
By _____<br>
Deputy Clerk

Attachments

cc:    Transferee Judge:    Judge Eldon E. Fallon
       Transferor Judges:  (See Attached List of Judges)
       Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

# INVOLVED COUNSEL LIST (CTO-36)
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

F. Wendell Allen
Bradley Arant Rose & White
P. O. Box 830709
Birmingham, AL 35283-0709

Kurt Brynilde Arnold
Arnold & Itkin, LLP
909 Fannin Street
Suite 3838
Houston, TX 77010

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Don Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Bradford D. Barron
Gibbon Barron & Barron, PA
2 W. 6th Street, Suite 320
Tulsa, OK 74119-1215

Andrea J. Beer
Law Offices of Todd A. Heller
& Associates
102 Wilmot Road, #530
Deerfield, IL 60015

Donald Mitchell Bingham
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Peter D. Braun
Phillips, Lytle, Hitchcock, Blaine
& Huber
One Marine Midland Center
Suite 3400
Buffalo, NY 14203-2887

Mark I. Bronson
Newman & Bronson
2300 West Port Plaza Drive
St. Louis, MO 63146-3213

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Gregory E. Bryant
300 Spring Building, Suite 310
Little Rock, AR 72201-2421

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

Mark E. Burton, Jr.
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Ave
San Francisco, CA 94102-6388

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Aaron K. Dickey
Goldenberg, Miller, Heller
& Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

Hugh A. Donaghue
Donaghue & Bradley
13 West Third Street
Media, PA 19063

Nicola Thompson Drake
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202

Frances C. Fenelon
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

Millard Lane Fretland
Conroy, Simberg, Ganon, Krevans
& Abel
125 W. Romana Street
Suite 150
Pensacola, FL 32502

Brenda S. Fulmer
Alley, Clark, Grelwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Laura A. Gianni
Gianni - Petoyan
17383 Sunset Boulevard
Suite A 340
Pacific Palisades, CA 90272

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Charles E. Gribble
Parrish Kruidenier Moss Dunn
& Cook, LLP
2910 Grand Avenue
Des Moines, IA 50312-4297

Charles E. Griffin
Griffin & Associates
125 South Congress Street
Suite 1515
P.O. Box 968
Jackson, MS 39205-0968

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572

James P. Harding
Cooperman, Harding & Moore
80-59 Lefferts Blvd.
Kew Gardens, NY 11415

Michele Hauser
415 Madison Ave.
New York, NY 10017

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

John Hornbeck
Brandi Law Firm
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Charles R. Houssiere, III
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056-3812

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Mark T. Hurt
159 West Main St.
Abingdon, VA 24210

Patricia I. James
David D. Miller & Associates
707 Broadway
Suite 1800
San Diego, CA 92101

David H. Johnson
Law Offices of David H. Johnson
1209 Penntower Office Center
3100 Broadway
Kansas City, MO 64111

Alyson B. Jones
Butler Snow O'mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Amanda Kay Jones
Bradley, Arant, Rose & White
Suite 450, One Jackson Place
188 East Capitol Street
P.O. Box 1789
Jackson, MS 39215-1789

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Karin Kramer
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Albro Lynn Lundy, III
Baker, Burton & Lundy
515 Pier Avenue
Hermosa Beach, CA 90254-3889

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

Charles R. Mindlin
Fenstersheib & Fox
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

W. Eason Mitchell
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minnespolis, MN 55404

John D. Owen
Bradley Arant Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Leonard R. Parks
Law Offices of Leonard R. Parks &
Assoc.
1301 S. Broad Street
Suite 200
Philadelphia, PA 19147

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

C. Rufus Pennington, III
Margol & Pennington, PA
One Independent Drive
Suite 1700
Independent Life Bldg.
Jacksonville, FL 32202

Antonio M. Romanucci
Romanucci & Blandin
33 North LaSalle Street
Suite 2200
Chicago, IL 60602

Robert D. Rowland
Goldenberg & Miller
Gateway One Building, Suite 1375
701 Market Street
St. Louis, MO 63101

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19103-2793

William W. Schooley, III
Schooley Law Offices
2038 Edison Avenue
P.O. Box 1289
Granite City, IL 62040

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Suite 4D Barristers Building
West Palm Beach, FL 33401-2317

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 West Washington Street
Boise, ID 83702

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Larry Ray Southard
Pamlico Correction Center
601 North 3rd Street
Bayboro, NC 28515

Jason M. Steffens
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Michael Patrick Turiello
Preztel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Marvin Usdin
374A 8th Street
Brooklyn, NY 11215

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

J. Michael Veron
Bice, Palermo & Veron
713 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Alan S. Wachs
Volpe, Bajalia, Wickes, Rogerson
& Galloway
1301 Riverplace Blvd.
Suite 1700
Jacksonville, FL 32207

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Richard E. Wilson
Cox & Cox, et al.
723 Broad Street
Lake Charles, LA 70601

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann,
LLC
263 Third Street
5th Floor
Baton Rouge, LA 70801

Thomas G. Wolfe
Phillips, McFall, McCaffrey, McVay
& Murrah
One Leadership Square
211 North Robinson Avenue
12th Floor
Oklahoma City, OK 73102

# INVOLVED JUDGES LIST (CTO-36)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

~~Hon. Henry Lee Adams, Jr.~~
~~U.S. District Judge~~
~~United States District Court~~
~~11-200 U.S. Courthouse~~
~~300 N. Hogan Street~~
~~Jacksonville, FL 32202-4204~~

Hon. Wayne R. Andersen
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey U.S. District Court
515 Rusk Street, Room 8631
Houston, TX 77002

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Paul W. Greene
U.S. Magistrate Judge
319 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street, Suite 405
Greeneville, TN 37743

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 8th Floor
Miami, FL 33128

~~Hon. David G. Larimer~~
~~U.S. District Judge~~
~~250 Kenneth B. Keating Fed. Bldg.~~
~~100 State Street~~
~~Rochester, NY 14614-1324~~

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

~~Hon. Thomas C. Mummert, III~~
~~U.S. Magistrate Judge~~
~~United States District Court~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Robert W. Pratt
U.S. District Judge
429 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Dean D. Pregerson
U.S. District Judge
244-J U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Fed. Bldg. & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Dana M. Sabraw
U.S. District Judge
U.S. District Court
4290 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Amy J. St. Eve
U.S. District Judge
1260 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S.
Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S.
Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Mikel H. Williams
U.S. Magistrate Judge
Federal Building &
U.S. Courthouse, MSC 040
550 West Fort Street
Boise, ID 83724

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

# INVOLVED CLERKS LIST (CTO-36)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse,
MSC 039
550 West Fort Street
Boise, ID 83724

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
U.S. Courthouse
101 Summer Street, West
Greeneville, TN 37743

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

~~Rodney C. Early, Clerk~~
~~2120 Kenneth B. Keating Fed. Bldg.~~
~~100 State Street~~
~~Rochester, NY 14614-1368~~

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

~~Sheryl L. Loesch, Clerk~~
~~U.S. District Court~~
~~311 West Monroe Street~~
~~Jacksonville, FL 32201~~

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Fed. Bldg.
880 Front Street
San Diego, CA 92101-8900