

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-4046 | |
| | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

### MOTION OF DEFENDANT MERCK & CO., INC. ("MERCK") TO RENEW PREVIOUSLY-FILED OPPOSITIONS TO PLAINTIFF'S MOTIONS TO EXCLUDE OPINION TESTIMONY

Merck hereby renews the following oppositions to plaintiff's motions to exclude testimony, and incorporates by reference each brief and its supporting papers as if fully set forth herein:

#### Opposition Briefs

1. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony That Vioxx Cannot Cause Thrombotic Cardiac Events Unless Ingested Eighteen (18) Months or Longer (Record Docket No. 1206)

2. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony that Naproxen is Sufficiently Cardio Protective to Explain Excess Cardiac Risk in VIGOR (Record Docket No. 1207)

3. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony that Merck Could Not Provide Risk Information Through Labeling or Marketing Without Prior Approval of the Federal Food and Drug Administration (Record Docket No. 1204)

4. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony that Vioxx is the Same as All NSAIDs Regarding Cardiotoxic Effects (Record Docket No. 1205)

5. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony of Dr. Frank Lanza and Dr. Merlin Wilson (Record Docket No. 1202)

6. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony of Dr. David Silver (Record Docket No. 1201)

7. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony of Thomas M. Wheeler, M.D. (Record Docket No. 1203)

8. Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Exclude Opinion Testimony of Dr. Janet Arrowsmith-Lowe (Record Docket No. 1373)

### Supporting Declarations

9. Declaration of Phillip A. Wittmann in Support of Merck's Opposition Briefs (Record Docket No. 1386)

10. Declaration of J. Paul Waymack, M.D., ScD. (Record Docket No. 1380)

11. Declaration of Lisa D. Rarick, M.D. (Record Docket No. 1383)

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

797292v.1

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:       312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:      202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

797292v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to Renew Previously-Filed Oppositions to Plaintiff's Motions to Exclude Opinion Testimony has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 25th day of January, 2006.

*[signature: Dorothy H. Wimberly]*

797292v.1