

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 25 PM 2:37
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1614 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ELLIS MAXIMO DIAZ and NORKA DEJONGH DIAZ, | * | |
| Plaintiffs, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

### NOTICE OF VIDEO-TAPED DEPOSITION OF HAROLD G. ERATH, JR., M.D.

TO:  Bonnie L. Zakotnik, Attorney at Law
     4501 Canal Street
     New Orleans, Louisiana 70112

     and

     Russ Herman
     Herman, Herman, Katz & Cotlar
     Place St. Charles
     201 St. Charles Avenue, Office 4310
     New Orleans, Louisiana 70170

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

797209v.1

Please take notice that defendant, Merck & Co, Inc., will take the stenographic and videotaped deposition of Harold G. Erath, Jr., M.D. on February 6, 2006 beginning at 1:00 p.m. central standard time at the offices of Stone Pigman Walther Wittmann, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, 504-581-3200. The deposition will continue from day to day until completed.

                                              Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Phone: 504-523-1580
Fax:    504-524-0069

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

797209v.1

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax:     (202) 434-5029

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:     (213) 430-6407

Attorneys for Merck & Co., Inc.

797209v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Video-Taped Deposition of Harold G. Erath, Jr., M.D. has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Bonnie L. Zakotnik by hand and by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 25th day of January, 2006.

*Dorothy H. Wimberly*

797209v.1