UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Johnny Robinson | MAG. JUDGE KNOWLES |
| v. | |
| Merck & Co., Inc. | CASE NO. 2:05CV2290 |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton, Robertson & Obetz, P.C. has changed names to Bartimus, Frickleton, Robertson & Gorny, P.C., effective January 1, 2006. All addresses and telephone numbers remain the same.

Respectfully submitted,

BARTIMUS, FRICKLETON, ROBERTSON & GORNY, P.C.

By:_____
JAMES P. FRICKLETON   MO BAR #31178
MICHAEL C. RADER      MO BAR #49117

ONE HALLBROOK PLACE
11150 OVERBROOK ROAD, SUITE 200
LEAWOOD, KANSAS 66211
(913) 266-2300
(913) 266-2366         FAX

ATTORNEYS FOR PLAINTIFFS

___ Fee_____
_X_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January, 2006, I mailed and/or electronically filed the foregoing with the Clerk of the Court using the LexisNexis File & Serve system which sent notification of such filing to the following:

George Francis Verschelden
STINSON, MORRISON, HECKER LLP
1201 Walnut
Suite 2900
Kansas City, MO 64106-2150
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

Wilfred P. Coronato
Charles Cohen
HUGHES HUBBARD & REED LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

Aretha Delight Davis
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

Susan Giamportone
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
2530 Meridian Parkway, Suite 400
Durham, NC 27713
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

Phillip A. Wittman
Dorothy Wimberly
Carmelite Bertaut
STONE PIGMAN WALTHER WITTMAN LLC
State National Life Bldg, Suite 500
263 Third Street
Baton Rouge, LA 70801

_____
Attorney for Plaintiffs