UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| Bobbie Lee Thompson, et al. | ) | MAG. JUDGE KNOWLES |
| v. | ) | |
| Merck & Co., Inc. | ) | CASE NO. 2:05CV4055 |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton, Robertson & Obetz, P.C. has changed names to Bartimus, Frickleton, Robertson & Gorny, P.C., effective January 1, 2006. All addresses and telephone numbers remain the same.

Respectfully submitted,

BARTIMUS, FRICKLETON, ROBERTSON & GORNY, P.C.

By: _____
JAMES P. FRICKLETON   MO BAR #31178
MICHAEL C. RADER   MO BAR #49117

ONE HALLBROOK PLACE
11150 OVERBROOK ROAD, SUITE 200
LEAWOOD, KANSAS 66211
(913) 266-2300
(913) 266-2366        FAX

ATTORNEYS FOR PLAINTIFFS

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

      I certify that on this 19th day of January, 2006, I mailed and/or electronically filed the foregoing with the Clerk of the Court using the LexisNexis File & Serve system which sent notification of such filing to the following:

Wilfred P. Coronato
Charles Cohen
HUGHES HUBBARD & REED LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
ATTORNEY FOR DEFENDANT
MERCK & CO., INC.

James Pepper
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
ATTORNEY FOR DEFENDANT
MERCK & CO., INC.

Susan Giamportone
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
2530 Meridian Parkway, Suite 400
Durham, NC 27713
ATTORNEY FOR DEFENDANT
MERCK & CO., INC.

Grant L. Davis
Shawn Foster
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo 64196
ATTORNEY FOR PLAINTIFFS

Thomas P. Cartmell
Brian J. Madden
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
ATTORNEY FOR PLAINTIFFS

William Dirk Vandever
THE POPHAM LAW FIRM, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
ATTORNEY FOR PLAINTIFFS

Ben Bertram
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225
Kansas City, MO 64114
ATTORNEY FOR PLAINTIFFS

_[signature]_
Attorney for Plaintiffs