UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| Michael Bridgman, et al. | ) | MAG. JUDGE KNOWLES |
| v. | ) | |
| Merck & Co., Inc. | ) | CASE NO. 2:05CV5141 |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton, Robertson & Obetz, P.C. has changed names to Bartimus, Frickleton, Robertson & Gorny, P.C., effective January 1, 2006. All addresses and telephone numbers remain the same.

Respectfully submitted,

BARTIMUS, FRICKLETON, ROBERTSON & GORNY, P.C.

By: _____
JAMES P. FRICKLETON   MO BAR #31178
MICHAEL C. RADER      MO BAR #49117

ONE HALLBROOK PLACE
11150 OVERBROOK ROAD, SUITE 200
LEAWOOD, KANSAS 66211
(913) 266-2300
(913) 266-2366          FAX

ATTORNEYS FOR PLAINTIFFS

Fee_____
✓ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January, 2006, I mailed and/or electronically filed the foregoing with the Clerk of the Court using the LexisNexis File & Serve system which sent notification of such filing to the following:

George Francis Verschelden
STINSON, MORRISON, HECKER LLP
1201 Walnut
Suite 2900
Kansas City, MO 64106-2150
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

Wilfred P. Coronato
Charles Cohen
HUGHES HUBBARD & REED LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

James Pepper
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

Susan Giamportone
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
2530 Meridian Parkway, Suite 400
Durham, NC 27713
ATTORNEY FOR DEFENDANT MERCK & CO., INC.

_____
Attorney for Plaintiffs