

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL NO. 05-4517<br>MDL NO. 1657 |
| This document relates to: | EARNESTINE HUTCHINSON and<br>CLYDE T. HUTCHINSON |
| | SECTION: "L" (3) |
| | FILED: _____ |

## EX PARTE MOTION TO WITHDRAW
## AND TO REDESIGNATE TRIAL ATTORNEY

NOW INTO COURT, comes DONNI E. YOUNG, Esq., and RICHARD P. BULLOCK,

Esq. counsel for plaintiffs who upon representing that they are withdrawing from the law firm of

Brent Coon & Associates and will no longer be representing plaintiffs, and further representing

that Christina L. Carroll, Esq., continue to be enrolled on behalf of plaintiffs in this matter,

moves this Honorable Court for permission to withdraw as counsel of record on behalf of

plaintiffs in this matter, and to designate CHRISTINA L. CARROLL, Esq., as trial attorney

under Local Rule 11.2.

/

/

/

/

_____ Fee_____
_____ Process_____
__X__ /Dktd_____
_____ CtRmDep_____
_____ Dec. No _____

New Orleans, Louisiana, this ___ day of January, 2006.

RESPECTFULLY SUBMITTED:

BRENT COON & ASSOCIATES
1515 Poydras Street, Suite 800
New Orleans, LA 70112
(504) 566-1704 (Telephone)
(504) 56601798 (Telecopier)

By: _____
Donni E. Young, Esq.
La. Bar Roll No. 19,843

By: _____
Richard P. Bullock, Esq.
La. Bar Roll No. 20,733

By: _____
Christina L. Carroll, Esq.
La. Bar Roll No. 29,789

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of above and foregoing has been served on all counsel of record and all unrepresented parties by depositing same in the U.S. Mail, properly addressed and prepaid, this same date.

New Orleans, Louisiana, this ___ day of January, 2006.

_____
Richard P. Bullock, Esq.