IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL NO. 05-4517<br>MDL NO. 1657 |
| This document relates to: | EARNESTINE HUTCHINSON and<br>CLYDE T. HUTCHINSON |
| | SECTION: "L" (3) |
| | FILED: _____ |

## ORDER TO WITHDRAW COUNSEL OF RECORD
## AND REDESIGNATE TRIAL ATTORNEY

Considering the Ex Parte Motion to Withdraw as Counsel of Record filed by Donni E. Young, Esq. And Richard P. Bullock, Esq.,

IT IS HEREBY ORDERED that the Ex Parte Motion to Withdraw as Counsel of Record filed by Donni E. Young, Esq. and Richard P. Bullock, Esq. is hereby GRANTED;

IT IS HEREBY FURTHER ORDERED that Christina L. Carroll, Esq., is hereby designated as trial attorney pursuant to Local Rule 11.2.

Signed in Chambers, at New Orleans, Louisiana, this 25 day of January, 2006.

_____
JUDGE, U.S. DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____