FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 24  P 4: 43

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL NO. 05-4141<br>MDL NO. 1657 |

This document relates to:          GEORGE MILLER and
                                   MARY MILLER

                                   JUDGE FALLON

                                   SECTION: "L" (3)

                                   FILED: _____

## EX PARTE MOTION TO WITHDRAW
## AND TO REDESIGNATE TRIAL ATTORNEY

NOW INTO COURT, comes DONNI E. YOUNG, Esq., counsel for plaintiffs who upon

representing that she is withdrawing from the law firm of Brent Coon & Associates and will no

longer be representing plaintiffs, and further representing that Christina L. Carroll, Esq., and

Richard P. Bullock, Esq., continue to be enrolled on behalf of plaintiffs in this matter, moves this

Honorable Court for permission to withdraw as counsel of record on behalf of plaintiffs in this

matter, and to designate CHRISTINA L. CARROLL, Esq., as trial attorney under Local Rule

11.2.

/

/

/

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

New Orleans, Louisiana, this ___ day of January, 2006.

RESPECTFULLY SUBMITTED:

BRENT COON & ASSOCIATES
1515 Poydras Street, Suite 800
New Orleans, LA 70112
(504) 566-1704 (Telephone)
(504) 56601798 (Telecopier)

By: _____
Donni E. Young, Esq.
La. Bar Roll No. 19,843

By: _____
Richard P. Bullock, Esq.
La. Bar Roll No. 20,733

By: _____
Christina L. Carroll, Esq.
La. Bar Roll No. 29,789


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of above and foregoing has been served on all counsel of record and all unrepresented parties by depositing same in the U.S. Mail, properly addressed and prepaid, this same date.

New Orleans, Louisiana, this ___ day of January, 2006.

_____
Richard P. Bullock, Esq.