**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
EASTERN DISTRICT COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 26  AM 10: 13
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO** *Harriet Aldridge* | * | |
| *et al v. Merck & Co., Inc.*, No. 2:05-cv-06346-EEF-DEK, | * | |
| **previously filed as 4:05-cv-00847, E.D. Mo.** | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Family Pharmacy, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Family Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Family Pharmacy, Inc. in this matter.

Dated:
1/25/06

_____

_____ Fee_____
__X__ Process_____
__✓__ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____