UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          *   MDL No. 1657
     PRODUCTS LIABILITY LITIGATION         *
                                            *
                                            *   SECTION: L
                                            *
THIS DOCUMENT RELATES TO *Charlesetta Butler*         *
*et al v. Merck & Co., Inc.*, No. 2:05-cv-03817-EEF-DEK,  *
previously filed as 4:05-cv-00442, E.D. Mo.           *   Judge Fallon
                                            *   Magistrate Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Family Pharmacy, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Family Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Family Pharmacy, Inc. in this matter.

Dated:
1/26/06

_____

___ Fee_____
_X_ Process____
___ Dktd_____
___ CtRmDep___
___ Doc. No___

3265322