UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 26  AM 10: 13
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | *  MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | *  SECTION: L |
| THIS DOCUMENT RELATES TO *David Braun et al* | * |
| *v. Merck & Co., Inc.*, No. 2:05-cv-03851-EEF-DEK, | * |
| previously filed as 4:05-cv-00298, E.D. Mo. | *  Judge Fallon |
| | *  Magistrate Judge Knowles |

*****************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant J and D Pharmacy, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for J and D Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for J and D Pharmacy, Inc. in this matter.

Dated:
1/25/06

*[signature: Eldon E. Fallon]*

Fee____
X Process____
  Dktd____
  CtRmDep____
  Doc. No____

3265683