UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                       *   MDL No. 1657
      PRODUCTS LIABILITY LITIGATION       *
                                           *
                                           *   SECTION: L
                                           *

**THIS DOCUMENT RELATES TO** *Sammy Underwood* *
*et al v. Merck & Co., Inc.*, No. 2:05-cv-02571-EEF-DEK, *
**previously filed as 4:05-cv-00088, E.D. Mo.**       *
                                           *   Judge Fallon
                                           *   Magistrate Judge Knowles

*****************************************************

## ORDER

    The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Meramec Pharmacy, Inc., d/b/a Strauser Drugs in the above referenced case, hereby grants said motion.

    Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Meramec Pharmacy, Inc., d/b/a Strauser Drugs in this matter.

    It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Meramec Pharmacy, Inc., d/b/a Strauser Drugs in this matter.

Dated:
1/25/06

*[signature]*

3265735