UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | * MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * |
| | * SECTION: L |
| | * |
| THIS DOCUMENT RELATES TO *Sam Fife et al* | * |
| *v. Merck & Co., Inc.*, No. 2:05-cv-06348-EEF-DEK, | * |
| previously filed as 4:05-cv-00880, E.D. Mo. | * Judge Fallon |
| | * Magistrate Judge Knowles |

*****************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Laurie Healthmart, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Laurie Healthmart, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Laurie Healthmart, Inc. in this matter.

Dated: 1/25/06

[Signature of Judge Fallon]

___ Fee_____
_X_ Process____
___ Dktd_____
_✓_ CtRmDep___
___ Doc. No___