UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO *Sam Fife et al v. Merck & Co., Inc.*, No. 2:05-cv-06348-EEF-DEK, previously filed as 4:05-cv-00880, E.D. Mo. | MDL No. 1657 <br><br> SECTION: L <br><br> Judge Fallon <br> Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant City Drugs of Doniphan, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for City Drugs of Doniphan, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for City Drugs of Doniphan, Inc. in this matter.

Dated:
1/25/06