U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 2 4 2006

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX     * <br>     PRODUCTS LIABILITY LITIGATION     * <br>     * <br>     * <br>     * <br> **THIS DOCUMENT RELATES TO** *Dorothy Ganser et al*     * <br> *v. Merck & Co., Inc.,* **No. 2:05-cv-05300-EEF-DEK,**     * <br> **previously filed as 4:05-cv-00557, E.D. Mo.**     * <br>     * | MDL No. 1657 <br><br> SECTION: L <br><br><br> Judge Fallon <br> Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL**</u>

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's, Mr. Grebel's and Mr. Williams' motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for The Corner Drug Store, Inc. in *Dorothy Ganser et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-05300-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

    1.    The Corner Drug Store, Inc. has informed Kevin J. Adrian, Lawrence B. Grebel and Brett Williams that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

    2.    David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

3264797

3.  The Corner Drug Store, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant The Corner Drug Store, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN & JAMES, P.C.

By: *[signature]*
Kevin J. Adrian, #92555
Lawrence B. Grebel, #3262
Brett A. Williams, #109048
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
(314) 421-3400 Telephone
(314) 421-3128 - Facsimile

Attorneys for Defendant
The Corner Drug Store, Inc.

and

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #65275
Kelly E. Simon, E.D. Mo. #508033
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant
The Corner Drug Store, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 23th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

_____