UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO *Dorothy Ganser et al* | * | |
| v. Merck & Co., Inc., No. 2:05-cv-05300-EEF-DEK, | * | |
| previously filed as 4:05-cv-00557, E.D. Mo. | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

*****************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant The Corner Drug Store, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williamsof the law firm of Brown & James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for The Corner Drug Store, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for The Corner Drug Store, Inc. in this matter.

Dated: 1/25/06

3264805