UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                                    *       MDL No. 1657
      PRODUCTS LIABILITY LITIGATION                  *
                                                      *
                                                      *       SECTION: L
                                                      *
**THIS DOCUMENT RELATES TO** *Earlene McBride*                 *
*et al v. Merck & Co., Inc.,* No. 2:05-cv-03420-EEF-DEK,       *
previously filed as 4:05-cv-00878, E.D. Mo.                    *       Judge Fallon
                                                      *       Magistrate Judge Knowles

******************************************************

## ORDER

    The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Ozark Country Pharmaceutical, Inc., d/b/a Gainesville Pharmacy, LLC in the above referenced case, hereby grants said motion.

    Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Ozark Country Pharmaceutical, Inc., d/b/a Gainesville Pharmacy, LLC in this matter.

    It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Ozark Country Pharmaceutical, Inc., d/b/a Gainesville Pharmacy, LLC in this matter.

Dated:

1/25/06

___ Fee_____
___ Process____
**X** Dktd____
_v_ CtRmDep____
___ Doc. No ____

3265874