# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA*

*2006 JAN 24 PM 5: 11*

*LORETTA G. WHYTE
CLERK*

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO** *Delores Holmes* | * | |
| *et al v. Merck & Co., Inc.*, No. 2:05-cv-03814-EEF-DEK, | * | |
| **previously filed as 4:05-cv-00439, E.D. Mo.** | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

**************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's, Mr. Grebel's, and Mr. Williams' motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for Rinderer's Drug Stores, Inc. in *Delores Holmes et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-03814-EEF-DEK which is part of MDL 1657.  In support of their motion, counsel state:

1.      Rinderer's Drug Stores, Inc. has informed Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.      David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No ___

3265884

3.     Rinderer's Drug Stores, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel, and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Rinderer's Drug Stores, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _Brett Williams_____
    Kevin J. Adrian, #92555
    Lawrence B. Grebel, #3262
    Brett A. Williams, #109048
    1010 Market Street, 20th Floor
    St. Louis, Missouri 63101
    (314) 421-3400  Telephone
    (314) 421-3128  Facsimile

Attorneys for Defendant
Rinderer's Drug Stores, Inc.

and

3265884

- 2 -

THOMPSON COBURN LLP

By: _____

David A. Dick, E.D. Mo. #65275
Kelly E. Simon, E.D. Mo. #508033
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant
Rinderer's Drug Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 23 th day of January, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*