UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Shirley Bailey et al v. Merck & Co., Inc.,* No. 2:05-cv-03414-EEF-DEK, previously filed as 4:05-cv-00836, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant St. Clair Rexall Drug Co., Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for St. Clair Rexall Drug Co., Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for St. Clair Rexall Drug Co., Inc. in this matter.

Dated: 1/25/06

[Signature: Eldon E. Fallon]

__ Fee __
__ Process __
X Dktd __
__ CtRmDep __
__ Doc. No __

3264662