UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to
All Class Action Cases

MDL Docket No. 1657
SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### ORDER

IT IS ON THIS _____ DAY OF _____, 2006 **ORDERED** that Plaintiffs' Steering Committee's Motion to Amend the First Amended Master Class Action Complaint (Medical Monitoring) to Add by Interlineation an Additional Plaintiff Representative in a Newly Filed Class Complaint is **GRANTED** and the Second Amended Master Class Action Complaint (Medical Monitoring) is hereby deemed as filed.

*[Handwritten annotations: "See Order of Jan. 26, 2006, adding representatives from North Dakota and Utah."]*

Jan 26, 2006

_____
Eldon E. Fallon
United States District Court Judge

*[Filed stamp: 2006 JAN 26 PM, Loretta G. Whyte, Clerk, U.S. District Court, Eastern District of LA]*

W:\25000-29999\27115\000\PLD\PSC's SECOND Motion for Interlineation (Medical Monitoring) 2006-1-23.wpd\

___ Fee_____
___ /Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____