

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT'S MOTION
### FOR LEAVE TO FILE DECLARATION OF DOROTHY H. WIMBERLY

Considering the foregoing defendant's Motion for Leave to File Declaration of Dorothy H. Wimberly in Support of Merck's Supplemental Brief in Support of Merck's Motion for Order Excluding Testimony of Thomas Baldwin, M.D.,

IT IS HEREBY ORDERED that said Declaration be filed.

1

In New Orleans, Louisiana this 26 day of Jan., 2006.

                                                                         UNITED STATES DISTRICT JUDGE

797290v.1