UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**DECLARATION OF DOROTHY H. WIMBERLY IN SUPPORT OF
MERCK'S SUPPLEMENTAL BRIEF IN SUPPORT OF MERCK'S MOTION FOR
ORDER EXCLUDING TESTIMONY OF THOMAS BALDWIN, M.D.**

I, DOROTHY H. WIMBERLY, by way of declaration, say:

I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for

the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter.  I make this

declaration in support of Merck's Supplemental Brief in Support of Merck's Motion for Order

Excluding Testimony of Thomas Baldwin, M.D., filed concurrently herewith.  I have personal

knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

1.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the rough transcript of the January 23, 2006 deposition of Thomas Baldwin, M.D., taken in connection with this action.

2.      Attached hereto as Exhibit 2 is a true and correct copy of the updated expert report of Thomas Baldwin, M.D., filed on January 13, 2006 in connection with this action.

3.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the trial transcript in *Plunkett v. Merck*, No 05-4046, MDL No. 1657 (E.D. La. filed August 23, 2005).

Respectfully submitted,

Dorothy H. Wimberly
Attorney for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Dorothy H. Wimberly in Support of Merck's Supplemental Brief in Support of Merck's Motion for Order Excluding Testimony of Thomas Baldwin, M.D. has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 25th day of January, 2006.

_Dorothy H. Wimberly_

**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

[1:1] - [1:7]        1/23/2006   Baldwin, Thomas F.

```
page 1
1                  THE VIDEOGRAPHER:  Let the record
2    show today is the 23rd of January, 2006.  Time is
3    5:27 p.m.  Will the court reporter please swear in
4    the witness.
5                  THOMAS F. BALDWIN, MD,
6    a witness, being first duly sworn, testified under
7    oath as follows:
```

[2:16] - [3:5]        1/23/2006   Baldwin, Thomas F.

```
page 2
16        Q.    So it's still the case, sir, that you
17   have no -- you have not conducted any research on
18   the NSAID class of medicines?
19        A.    No research other than review of the
20   literature.
21        Q.    Okay.  Other than your litigation
22   activities, no research on NSAIDs, correct?
23        A.    Correct.
24        Q.    Still no research then specifically on
25   COX-2 inhibitor drugs other than your litigation
page 3
1    activities?
2        A.    Correct.
3        Q.    Obviously no publications on COX-2 or
4    NSAIDs generally?
5        A.    Correct.
```

[3:21] - [3:23]        1/23/2006   Baldwin, Thomas F.

```
page 3
21        Q.    Is it still the case, sir, you have
22   never consulted with the FDA?
23        A.    That is correct.
```

[3:24] - [4:9]        1/23/2006   Baldwin, Thomas F.

```
page 3
24        Q.    Is it still the case that you don't
25   have any -- you have not conducted any research in
page 4
1    basic pharmacology since you graduated medical
2    school?
3        A.    That's correct.
4        Q.    Obviously no pharmacology-related
5    publications to your credit?
6        A.    None.
7        Q.    And you're not a pharmacologist
8    obviously?
9        A.    That's correct.
```

[10:10] - [10:24]        1/23/2006   Baldwin, Thomas F.

```
page 10
10        Q.    Now, can you estimate for me how much
11   time -- let me withdraw that question.
12                  Starting from the first week of
13   December when you left Houston up until you
14   submitted your revised expert report on
15   January 13, can you estimate how much time you
16   spent in that period?
17        A.    Probably at least ten hours.
18        Q.    Ten hours.  And does that ten hours
```



**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

```
19  include meeting with counsel and the phone calls,
20  going over your revised expert report?
21       A.   Yes, and literature review so it's at
22  least ten hours.
23       Q.   That's your best estimate?
24       A.   That's my best estimate.
```

[13:5] - [15:13]        1/23/2006   Baldwin, Thomas F.

```
page 13
5        Q.   Okay.  Now, with respect to your
6   revised report, do you add any new opinions in
7   your revised report that were not in your original
8   report?
9        A.   No.
10       Q.   Do you change your opinions in any way
11  in your revised report from opinions that were
12  expressed in your original report?
13       A.   No.  It's a little more complete in
14  that I include opinions and references that I --
15  that I made in deposition and also at the time of
16  trial.
17       Q.   Okay.  So you -- your revised report
18  was updated to include bases and opinions
19  expressed both in your deposition in October and
20  on the stand in December?
21       A.   Correct.
22       Q.   But other than updating your report to
23  include opinions expressed in your prior testimony
24  there's nothing new or changed in your report,
25  correct?
page 14
1                MR. HONNOLD:  Object to the form.
2   You can answer.
3                THE WITNESS:  I think you're
4   essentially correct.  The distillation of my
5   opinions regarding this individual patient and his
6   outcomes and the factors that contributed to his
7   death are unchanged.
8        Q.   (By Mr. Ismail)  Are there opinions
9   that you intend to express in this case that have
10  changed from your original report?
11       A.   I don't think there's going to be any
12  opinions that are going to be substantially
13  changed from my original report.
14       Q.   Do you recall if any opinions have
15  changed in any regard?
16       A.   I'd be happy to address any questions
17  you might have about that, but the gist of my
18  opinions remain the same.
19       Q.   All right.  Let me ask it this way.
20  When you sat down with plaintiff's counsel to
21  draft your revised report was it your intention to
22  remain unchanged all your prior opinions?
23       A.   It was my intention to make sure that
24  the report was complete and included any further
25  explanation of my opinions that were present in
page 15
1   prior testimony.
2        Q.   Well, with respect to the substance of
3   your opinions, when you drafted the revised report
4   was it your intention to remain unchanged the
5   opinions expressed in your initial report?
6                MR. HONNOLD:  Object to the form.
7   You can answer.
8                THE WITNESS:  And again my answer
9   is that essentially the opinions in the first
10  report are also expressed in the second report.  I
```

**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

```
11  think I expanded some of the descriptions of those
12  opinions pursuant to my comments in deposition and
13  at the time of trial.
```

[15:14] - [16:9]        1/23/2006   Baldwin, Thomas F.

```
page 15
14      Q.    (By Mr. Ismail)  Okay.  Between
15  December 6, 2005 and today, have you diagnosed any
16  patient other than Mr. Irvin as having a
17  thrombotic event caused by a COX-2 inhibitor drug?
18      A.    I have not made the diagnosis for cause
19  and effect.  I have seen patients and reviewed
20  some cases where -- in that interim that involved
21  patients that received Vioxx and had events, but I
22  have not made a diagnosis mainly because patients
23  that I have seen between December and now could
24  not be on Vioxx.  There would be no patients in
25  that interim that would be on Vioxx for me to make
page 16
1   that diagnosis.
2       Q.    So between December 6, 2005 and today
3   have you diagnosed any patient as having a
4   thrombotic event caused by Celebrex?
5       A.    No.
6       Q.    So Mr. Irvin remains the only patient
7   for whom you have diagnosed a thrombotic event
8   caused by a COX-2 inhibitor drug, correct?
9       A.    Correct.
```

[26:5] - [36:3]        1/23/2006   Baldwin, Thomas F.

```
page 26
5       Q.    (By Mr. Ismail)  Doctor, do you
6   recognize Exhibit 3?
7       A.    I see Exhibit 3.
8       Q.    Say again.
9       A.    I recognize it as such.
10      Q.    You recognize it as?
11      A.    It's an article American Heart Journal
12  October 2003.
13      Q.    Exhibit 3 is listed in your revised
14  expert report as I think it's Document 57 on page
15  seven as something you've reviewed?
16      A.    Yes.
17      Q.    And so Exhibit 3 for the record is an
18  article by Dr. Weir and others that is entitled
19  "Selective COX-2 inhibition and cardiovascular
20  effects:  A review of the rofecoxib development
21  program."
22            Did you review the Weir article
23  when it was first published back in 2003?
24      A.    Not that I recall.
25      Q.    Did you review the Weir article when
page 27
1   you first gave sworn testimony in this case?
2       A.    Well, if it was on my original list
3   then I did look at it.
4       Q.    It wasn't on your original list.
5       A.    Okay.  Then I probably did not see it
6   prior to my first testimony.
7       Q.    So Exhibit 3 is one of the articles
8   that plaintiff's counsel gave you since you
9   testified last time?
10      A.    Yes.
11      Q.    And do you recall as you sit here today
12  reviewing it?
13      A.    I recall looking at the entire stack so
```

EXHIBIT 1 - Baldwin Deposition Excerpts

• Motion to Exclude Baldwin

```
14   I'm sure I did look at it, at least from the
15   abstract portion.
16        Q.    What do you mean at least from the
17   abstract portion?
18        A.    At least reviewed the article and
19   reviewing the abstract and then -- and then
20   looking at the components of the article based on
21   interest and pertinence.
22        Q.    I suppose it bears asking.  With
23   respect to the 24 or 5 new references in your
24   report, is it fair to say you did not study each
25   of those references in detail?
page 28
1         A.    That's probably fair to say that not
2    all references were studied in detail.
3         Q.    And you can't recall whether Dr. Weir's
4    article is one that you studied in detail or not?
5         A.    Well, if you want to give me five
6    minutes I can tell you whether or not I recall
7    studying it in detail.
8                  I do recall reading the article.
9    I don't recall the detail in which I studied this.
10        Q.    Do you recall if this -- if Exhibit 3
11   is an article you saw in the last couple of weeks
12   while you were drafting your report or something
13   you saw closer to when you first got back from
14   Houston?
15        A.    I don't recall.
16        Q.    Do you have correspondence in your
17   stack here that would show when additional stacks
18   of literature were provided by plaintiff's
19   counsel?
20        A.    Probably not.  If I did, they'd be in
21   that front sleeve.
22        Q.    Did plaintiff's counsel provide you
23   materials electronically by e-mail or usually by
24   courier?
25        A.    Usually by courier and/or at the time
page 29
1    of meeting.
2         Q.    So if you don't have a cover letter
3    reflecting the delivery of the Weir article, is
4    that something you were provided in person or you
5    just can't say?
6         A.    I just can't say.  The Weir article was
7    part of the big stack of information so it would
8    have all come at the same time.
9         Q.    Along with the other 24 new references?
10        A.    Correct.
11        Q.    Got it.  Now, what do you recall about
12   the Weir article, the methods and conclusions of
13   the article?
14               MR. HONNOLD:  Object to the form.
15   You can answer, Doctor.
16               THE WITNESS:  It's a -- it's an
17   article that tries to explain some of the basic
18   science and clinical results from trials looking
19   at COX-2 inhibitors.
20        Q.    (By Mr. Ismail)  Do you recall what the
21   conclusions were?
22        A.    Yes.
23        Q.    And what were they?
24        A.    The conclusions were that rofecoxib had
25   low or no effect on platelet aggregation or
page 30
1    thromboxane synthesis but did reduce systemic
2    prostacyclin synthesis 50 to 60 percent.
3                  And that when they looked at
```

**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

```
 4   osteoarthritis patients, and this would have to be
 5   a retrospective review, that their comment was
 6   that the results of patients evaluated were
 7   essentially the same no matter what arthritis
 8   medicine they received.
 9              They talked a little bit about
10   VIGOR and how a subsequent analysis of studies
11   including VIGOR suggested that there were events
12   related -- that there was not excess events
13   compared to placebo or to naproxen.
14        Q.    And what you were just doing was
15   essentially paraphrasing the abstract?
16        A.    Yes.
17        Q.    I take it without paraphrasing the
18   abstract, you don't recall the conclusions of this
19   study?
20        A.    I do not.
21        Q.    Do you recall that the Weir article is
22   a review of all the clinical trials that had been
23   conducted on Vioxx as of the publication of the
24   article?
25        A.    I would have to go into a little more
page 31
 1   detail with the article to substantiate that.  It
 2   does some type of review.
 3        Q.    Ask you to turn to page 599, sir.  By
 4   the way, do you have any criticism with the
 5   methods employed by Dr. Weir and colleagues?
 6        A.    I would have to review the methods in a
 7   little more detail to determine whether I have
 8   criticisms specifically.
 9        Q.    All right.  Go ahead and review the
10   methods and let me know if you have any
11   criticisms.
12              Before you do that, let me ask
13   certainly as you sit here right now having
14   reviewed this article in the last 45 days you
15   don't recall any criticisms of the methods,
16   correct?
17        A.    What I try to do -- specific to this
18   article I don't remember specific criticisms.
19        Q.    Go ahead and review.  I'm sorry.
20        A.    What I try to do is to review the
21   articles and to distill essentially a collective
22   opinion, and to determine whether or not the
23   results of those articles taken in whole are
24   consistent with other articles.  In other words,
25   you will see outliers in both individual articles
page 32
 1   and in articles that attempt to review and collect
 2   studies together.
 3        Q.    And, now, if you don't mind reviewing
 4   the methods and letting me know if you have any
 5   criticisms.
 6              MR. HONNOLD:  I'm just going to
 7   object to the form.  To the extent you want him to
 8   do that, it may require time beyond the scope of
 9   this deposition.  So I assume we can take that
10   question under advisement as well since you asked
11   it?
12              MR. ISMAIL:  Well, I mean I would
13   like him to review and if he can spot any
14   criticisms or refresh his correction about any
15   criticisms he has about the article, I would like
16   to know that.  And if he can't, he can't.
17              MR. HONNOLD:  I do want the record
18   to note my objection to form.  The question is
19   unreasonable, and for him to respond may require
```

**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

20 analysis beyond the scope of the time allotted in
21 deposition.
22            THE WITNESS:  I am ready to at
23 least give a preliminary opinion and would
24 stipulate that this is preliminary and I would be
25 happy to review it in more detail and to
page 33
1 communicate that to you at some later point.
2            But I do have description of the
3 methods of the trial, and in particular it's in
4 regards to end points that were chosen to assess
5 for increased risks.  And that it was essentially
6 a combination of patients that were taking
7 rofecoxib versus placebo or naproxen and other non
8 selective nonsteroidal antiinflammatory drugs.
9 And the trials included patients that were in both
10 efficacy studies and for other indications such as
11 Alzheimer's, musculoskeletal pain.
12            My criticism just looking at
13 things very briefly is that the end point that was
14 chosen was the APTC end point.  And it's my
15 understanding that the APTC end point includes
16 other thrombotic events such as -- such as deep
17 venous thromboses which is an event that is not
18 felt to be typically affected by COX-2 drugs and
19 therefore reduces -- reduces s the specificity of
20 the findings.  It dilutes the results of the
21 comparison.
22            The results of the comparison was
23 that there was a small non significant reduction.
24 Let me find that.  That there was a non
25 significant increased risk of rofecoxib versus
page 34
1 naproxen.  That there was a small non significant
2 decreased risk when you're comparing rofecoxib to
3 other nonsteroidal antiinflammatory agents and
4 likewise non statistically significant in
5 comparison to placebo.
6            And one problem that virtually all
7 these trials have is their power.  The ability to
8 identify differences in outcomes based on the
9 frequency of events as it relates to the duration
10 of the study.  So an absence of an adverse finding
11 does not necessarily indicate that there was no
12 adverse effect.
13      Q.    (By Mr. Ismail)  Now, you mentioned the
14 APTC end points and specifically deep venous
15 thromboses as one you thought shouldn't be
16 included in this composite analysis?
17      A.    Correct.
18      Q.    Any other APTC -- specific APTC events
19 that you feel shouldn't be included in any
20 analysis of thrombotic risk from a COX-2?
21      A.    I'd have to go back and re-review that,
22 but it's my recollection that APTC end point was
23 less revealing in regards to event rates
24 associated with drug because of its tendency to
25 dilute the significant events.
page 35
1      Q.    But the only event that you can recall
2 that falls within the APTC that you think dilutes
3 is deep venous thrombosis?
4      A.    And it may be that there are other --
5 other more important outcomes that are not
6 included in this -- in this trial.
7      Q.    Such as?
8      A.    Such as myocardial infarction, death,
9 unstable angina.  I would just have to kind of

**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

```
10   review and determine whether or not those are
11   included in the remaining end points.
12        Q.   All right.  So as you sit here today
13   you don't know whether or not the Weir article
14   included MIs or not?
15        A.   I don't know that specific to the -- to
16   what I've been able to scan in conjunction with
17   review of this document today.
18        Q.   Well, it's not just your review today.
19   You've listed it in your report as something you
20   reviewed.
21        A.   Correct.
22        Q.   And you understand the Weir article is
23   an important article in the assessment of
24   thrombotic risk of Vioxx, correct?
25        A.   I don't know --
page 36
1                MR. HONNOLD:  Object to the form.
2                THE WITNESS:  I don't know that
3    it's an important article.
```

[36:22] - [44:19]      1/23/2006   Baldwin, Thomas F.

```
page 36
22        Q.   And, of course, you don't know what the
23   results of a pooled analysis of the arthritis and
24   Alzheimer's trials would have shown with respect
25   to a narrower end point such as MIs only, correct?
page 37
1        A.   Well, some of the clinical trials did
2    not include myocardial infarction in their end
3    points.
4        Q.   Which ones?
5        A.   As a -- as a specific -- as a specific
6    finding --
7        Q.   You're flipping through Dr. Ray's
8    report right now?
9        A.   I am.  I believe I'm referring to
10   protocol 078.
11        Q.   Do you have any idea what that trial
12   is?
13        A.   Sorry?
14        Q.   Do you have any idea what that trial
15   is?
16        A.   Yes.  It's a placebo-controlled study
17   looking at rofecoxib in patients at risk for
18   developing Alzheimer's disease.
19        Q.   And you think the Alzheimer's trial 078
20   did not analyze MIs?
21        A.   It used a serious thrombotic vascular
22   events which included DVT.  And whereas it
23   included myocardial infarctions, it did not
24   evaluate MI specifically I believe.
25        Q.   Well, to cut to the short, Doctor, you
page 38
1    didn't analyze anything about the Alzheimer's
2    trials yourself, correct?
3        A.   No.  I reviewed the -- reviewed the
4    information of those trials.
5        Q.   When you say you reviewed the
6    information, you mean you read Dr. Ray's report?
7        A.   Dr. Ray's report and the articles
8    listed in my -- in my list.
9        Q.   So did you read the peer-reviewed
10   articles of the Alzheimer's trials themselves?
11        A.   If they are in my -- if they are in my
12   list of documents then, yes, they were reviewed.
13        Q.   But you don't recall reviewing them?
```

EXHIBIT 1 - Baldwin Deposition Excerpts

• **Motion to Exclude Baldwin**

14      A.    I recall the trials in general.  I
15 don't recall the specifics of the -- of the
16 document.
17      Q.    And with respect to whether or not in
18 the Alzheimer's trials MI data was collected --
19 collected and analyzed, it's probably best for you
20 to say right now that you just don't recall either
21 way?
22      A.    I do recall looking at the Alzheimer's
23 data.
24      Q.    Well, you can't really interpret for me
25 that sentence in Dr. Ray's report, right?
page 39
1      A.    I'm sorry.  Which sentence?
2      Q.    The sentence you read about whereas MI
3 data was collected, it was not analyzed
4 independently.
5      A.    I believe that specific report did
6 not -- did not present data that allowed the
7 evaluation of the number of patients who had
8 cardiac death or MI.
9              MR. ISMAIL:  Let's change the
10 tape.
11              THE VIDEOGRAPHER:  This concludes
12 videotape number one.  Going off record at 6:25.
13 We're off.
14              (Discussion off the record.)
15              THE VIDEOGRAPHER:  Back on record.
16 Beginning videotape two.  Time is 6:26.
17      Q.    (By Mr. Ismail)  Doctor, your prior
18 answer you suggested that the Alzheimer's trial
19 did not present data that allowed evaluation of
20 the number of patients who had cardiac death or
21 MI.  And for the last several minutes you've been
22 flipping through Dr. Ray's report.  Do you have
23 any basis to make that statement other than your
24 interpretation of what Dr. Ray is saying?
25      A.    I rely on Dr. Ray for -- for his
page 40
1 ability to distill data from various reports into
2 an easily reviewed and recognized format.  My
3 opinions based on that information are solely my
4 own.  So it's not necessarily Dr. Ray's opinions
5 that I'm relying on, but I do access his -- his
6 summary to help collate and correlate the volume
7 of study information and the differences between
8 the studies that make evaluating those studies in
9 groups sometimes difficult.
10      Q.    So answer my question.
11      A.    I utilize Dr. Ray for evaluation of
12 multiple studies as he has outlined those.
13      Q.    That wasn't my question, sir.
14              MR. HONNOLD:  Object to form.
15      Q.    (By Mr. Ismail)  Let me restate it.  Do
16 you have any basis to make the statement that the
17 Alzheimer's trials did not present data that
18 allowed evaluation of the number of patients that
19 had cardiac death or MI other than your
20 interpretation of what Dr. Ray is saying in his
21 report?
22      A.    Well, let me qualify it as saying no, I
23 have no other -- no other basis but let me
24 qualify.  I think your statement actually
25 misstates what Dr. Ray's summary says.
page 41
1      Q.    Well, I'm more interested in what your
2 testimony is, and I read to you your testimony.
3 You suggested that the Alzheimer's trial --

EXHIBIT 1 - Baldwin Deposition Excerpts

• **Motion to Exclude Baldwin**

4     A.     I suggested that trial 078 was such
5     that it was difficult to assess infarct rate.  I
6     did not -- I did not say that all Alzheimer's
7     trials were necessarily painted with the same
8     brush.
9     Q.     Fine.  With respect to the Alzheimer's
10    trials, do you know what the -- how Vioxx stood in
11    comparison to placebo with regard to MI?
12    A.     Yes.
13    Q.     And?
14    A.     The Alzheimer's trial pool data from
15    the Alzheimer's trial showed an increased risk of
16    coronary heart disease in association with
17    rofecoxib use.
18    Q.     As you are reading Dr. Ray's report?
19    A.     I'm stating that's what it was.
20    Q.     You're stating what Dr. Ray wrote in
21    his report, right?
22    A.     And also based on his summary of those
23    three trials.
24    Q.     All right.  You certainly didn't write
25    yourself in your report that the Alzheimer's trial
page 42
1     showed an excess of heart attacks with Vioxx or
2     the placebo, right?
3     A.     Sorry.  Say that over.
4     Q.     You didn't write in your report that
5     the Alzheimer's trial showed an excess of heart
6     attack over placebo, correct?
7     A.     I don't believe I made a reference to
8     that in my report but I would be happy to review
9     that.
10    Q.     Citing Dr. Ray or anybody else for that
11    proposition?
12    A.     I'm sorry.  Say again.
13    Q.     Citing anybody for the proposition that
14    the Alzheimer's trials showed an excess of heart
15    attacks on Vioxx?
16    A.     I think that's correct.  I did not --
17    in my report I did not cite Dr. Ray or Dr. Ray's
18    pooled analysis of the Alzheimer's trials.
19    Q.     Or the peer-reviewed literature on the
20    Alzheimer's trials?
21    A.     Correct.
22    Q.     And you understand the Alzheimer's
23    trials were long-term placebo-controlled trials?
24    A.     Let me back up.  Unless in my list of
25    source documents those peer-reviewed literature
page 43
1     are included there, but it's not that I recall
2     that I reviewed that.
3     Q.     Well, if you did, you didn't comment
4     upon them in substance?
5     A.     I did not comment upon it in my report.
6     Q.     And you certainly recall, do you not,
7     sir, that the Alzheimer's trials are long-term
8     placebo-controlled trials?
9     A.     I'd have to go back and review that to
10    make sure that that, in fact, is the case.  I
11    don't recall the duration of those trials.
12    Q.     Do you recall the dose of Vioxx?
13    A.     I don't but it was probably low.  My
14    guess is 12 and a half or 25.
15    Q.     You're guessing now?
16    A.     That is a guess.
17    Q.     And you don't recall the size of the
18    trials, correct?
19    A.     I don't.

**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

```
20      Q.    You don't recall the findings with
21 respect to cardiovascular safety that appears in
22 the peer-reviewed literature if you ever read
23 them?
24              MR. HONNOLD:  Object to the form.
25 It's argumentative.
page 44
1              THE WITNESS:  I don't recall the
2 findings in peer-reviewed literature.
3      Q.    (By Mr. Ismail)  And you don't know how
4 Dr. Ray comes to his pooled analysis conclusions
5 or whether they are even right or wrong, correct?
6              MR. HONNOLD:  Object to the form.
7              THE WITNESS:  Well, Dr. Ray does
8 reference his meta-analysis techniques used to
9 evaluate that study.
10      Q.    (By Mr. Ismail)  Those are not
11 techniques that you can explain to me without
12 reading them from his report, right?
13      A.    I could give you the reference that he
14 used to define it.
15      Q.    Do you know how it is that he pooled
16 the data?
17      A.    I don't know the specifics of that
18 pooled data other than that the individual results
19 were then evaluated and pooled as to events.
```

[80:20] - [87:19]        1/23/2006   Baldwin, Thomas F.

```
page 80
20      Q.    In paragraph eight you talk about the
21 APPROVE trial and then you talk about these two
22 vials called VICTOR and VIP.  Do you see that?
23      A.    Yes.
24      Q.    Do you recall what the VICTOR trial
25 was?
page 81
1      A.    VICTOR trial was a trial looking at
2 prevention of secondary colon cancer I believe.
3      Q.    And VIP?
4      A.    And VIP was a trial looking at a
5 prophylaxis for prostate cancer.
6      Q.    And then you write in discussing VICTOR
7 showed an increased relative risk of thrombotic
8 events of 2.79 while VIP showed an increase in
9 cardiac events of 1.25.
10      A.    Right.
11      Q.    Where do you get that data?
12      A.    That came from information from either
13 Drs. Ray and/or Fletcher.
14              MR. ISMAIL:  Let's change tape.
15              THE VIDEOGRAPHER:  This concludes
16 videotape two.  Going off record at 7:27.
17              (Discussion off the record.)
18              THE VIDEOGRAPHER:  Back on record.
19 Beginning videotape number three.  It's 7:28.
20      Q.    (By Mr. Ismail)  Now, we were
21 discussing, sir, in paragraph eight your
22 discussion of the VICTOR trial and the VIP trial,
23 correct?
24      A.    Correct.
25      Q.    And you have not reviewed the data
page 82
1 yourself to determine whether there was an
2 increased relative risk of thrombotic events in
3 either trial against Vioxx, correct?
4      A.    That's correct.  It's my understanding
5 that I don't have access to that firsthand, but
```

EXHIBIT 1 - Baldwin Deposition Excerpts

• Motion to Exclude Baldwin

```
 6    that secondarily through these other experts.
 7        Q.    Why don't you have access to it
 8    firsthand?
 9        A.    Well, those trials are stopped prior to
10    completion of those trials.
11        Q.    Right.  Well, you could have had access
12    had you asked plaintiff's counsel for them, right?
13        A.    I don't know that to be the case.
14        Q.    You don't know if Drs. Ray or Fletcher
15    having special access to data?
16        A.    It's my understanding they did but I
17    may be -- I may be confused on that.
18        Q.    Now, whether it came from Dr. Ray or
19    Dr. Fletcher, your reported relative risk for
20    VICTOR and VIP would have been something you saw
21    only in the days or hours before you submitted
22    your revised report, correct?
23        A.    Correct.
24        Q.    Because this was nothing that you did
25    on your own.  You just took a number from their
page 83
 1    reports and stuck it in your report, correct?
 2        A.    No, I did not do that.  I reviewed the
 3    information and felt that it was in keeping
 4    with -- it was consistent with the other clinical
 5    trials and that it made sense.  And so it was
 6    incorporated into this report.
 7        Q.    What thrombotic events had an increased
 8    risk of 2.79 in the VICTOR trial?  What was the
 9    end point?
10        A.    Serious C.V. events.
11        Q.    Which are?
12        A.    Which typically are heart attacks,
13    death, and stroke.  Unstable angina may or not be
14    included in that.
15        Q.    All right.  So you just -- you pulled
16    up Dr. Ray's report there in front of you?
17        A.    Yes.
18        Q.    And you -- are you now able to tell me
19    whether it's Ray or Fletcher where you got the
20    data on VICTOR and VIP?
21        A.    Data on VICTOR and VIP is in Dr. Ray's
22    report.
23        Q.    All right.  So this is -- so in Dr.
24    Ray's report he says 2.79 for what does he say?
25        A.    For VICTOR serious cardiovascular
page 84
 1    disease.
 2        Q.    And do you know how he calculated that?
 3        A.    Based on the events.
 4        Q.    Right.  But how did he -- did he use
 5    adjudicated data or investigated reported data or
 6    you don't know?
 7        A.    I don't know.  It's my -- I don't know.
 8        Q.    And do you know what cutoff date he
 9    used for the data?
10        A.    No.
11        Q.    And other than speculating, you really
12    don't know what the composite end point is that
13    Dr. Ray used, correct?
14               MR. HONNOLD:  Object to the form.
15               THE WITNESS:  As I previously
16    stated, I believe those are likely the end point,
17    the combined end point.
18        Q.    (By Mr. Ismail)  Right, but you're
19    speculating what they are, right?
20               MR. HONNOLD:  Object to the form.
21    Argumentative.
```

EXHIBIT 1 - Baldwin Deposition Excerpts

• Motion to Exclude Baldwin

```
22                    THE WITNESS:  Speculating in that
23   the previous trials for serious cardiovascular
24   disease.
25        Q.    (By Mr. Ismail)  And you say that's
page 85
1    death, MI, and stroke?
2         A.    That would be my guess or that would be
3    my best approximation.
4         Q.    And for VIP you used the term cardiac
5    events.  Is that something different?
6         A.    I believe the end point in VIP is
7    different.
8         Q.    Why would Dr. Ray use different end
9    points when comparing two related cancer
10   prevention trials?
11        A.    Because I believe the trials were set
12   up with those end points so he reported those end
13   points.
14        Q.    Have you seen the protocols?
15        A.    No.
16        Q.    So you don't know that for --
17        A.    But that is what would make clearly the
18   most sense is that there would be no reason to
19   report different end points if, in fact, both
20   trials were set up with the same end points.
21        Q.    All right.  So if both VICTOR and VIP
22   were set up with the same protocol using the same
23   end points cardiovascular wise, it would make no
24   sense for Dr. Ray to calculate relative risks
25   using different composites, right?
page 86
1                     MR. HONNOLD:  Object to the form
2    of the question.
3                     THE WITNESS:  It wouldn't make
4    sense to me.
5         Q.    (By Mr. Ismail)  And you didn't
6    investigate Dr. Ray's methods to understand why it
7    is he's got different end points when looking at
8    two cancer prevention trials, right?
9         A.    I didn't do individual investigation of
10   that point.
11        Q.    And you don't know whether Dr. Ray used
12   adjudicated or investigated reported events for
13   VIP?
14        A.    I don't know.
15        Q.    Do you know what the duration of the
16   VICTOR trial was?
17        A.    I don't know the duration.
18        Q.    How about the VIP trial?  Also don't
19   know?
20        A.    Don't know the duration.
21        Q.    Do you know whether the 1.25
22   relative -- supposed relative risk in VIP was
23   statistically significant?
24        A.    I believe it was not.
25        Q.    How about in VICTOR?
page 87
1         A.    It was statistically significant in
2    VICTOR.
3         Q.    Using whatever data Dr. Ray chose to
4    use?
5         A.    Fourteen Vioxx events, five placebo
6    events puts the relative risk at 2.79.
7         Q.    With a --
8         A.    0.049 P value.
9         Q.    So if there were additional placebo
10   thrombotic events that Dr. Ray ignored, you would
11   certainly question his conclusion as to
```

**EXHIBIT 1 - Baldwin Deposition Excerpts**

• **Motion to Exclude Baldwin**

```
12  statistical significance, right?
13           MR. HONNOLD:  Object to the form.
14           THE WITNESS:  Deep venous
15  thrombosis has been a reported component end
16  points in some of these clinical trials.  And if
17  they were included in this evaluation, then that
18  may be a confounding finding as it relates to
19  cardiovascular events.
```

[88:9] - [88:14]          1/23/2006   Baldwin, Thomas F.

```
page 88
9        Q.    (By Mr. Ismail)  Really bottom line,
10  sir, you don't know whether Dr. Ray's calculations
11  of relative risk for VICTOR or VIP are correct;
12  isn't that right?
13        A.    I don't know them to be correct.  I
14  don't know them to be incorrect.
```

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| Evelyn Irvin Plunkett v. Merck & Co., Inc | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| | ) | CASE NO. 2:05CV4046 |

## EXPERT WITNESS REPORT OF THOMAS BALDWIN, M.D.
## PLAINTIFF EVELYN IRVIN PLUNKETT

My name is Thomas F. Baldwin, M.D. I have been retained by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as an expert witness in the case of Evelyn Irvin Plunkett v. Merck & Co., Inc. More specifically, I have been asked to provide a medical opinion concerning whether Merck's product Vioxx (Rofecoxib), caused or substantially contributed to cause an acute fatal cardiovascular event in Mr. Irvin. I understand that this report is being submitted to the Federal Court in accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure and as a disclosure of myself as an expert witness in this matter.

### Professional Background and Qualifications

My educational background, qualifications, experience, and publications are set forth in my curriculum vitae, a copy of which is attached to this report as Exhibit A. I am lead physician of Cardiology Services in Olathe, Kansas. I have staff active privileges at Olathe Medical Center, in Olathe, Kansas and the Miami County Medical Center in Paola, Kansas. I am Board Certified in Cardiology (1991-present) and Internal Medicine (1989- present). I am certified with special competency in interventional cardiology. I am a Fellow of the American College of Cardiology and a member of the American College of Physicians. I am licensed to practice in the State of Kansas. My practice is almost exclusively devoted to

1



EXHIBIT
2

the clinical treatment of patients.  I have been actively involved in the diagnosis and treatment of patients with cardiac conditions for almost 20 years.

I consider myself an expert in the clinical diagnosis and treatment of heart attacks, and the evaluation and determination of the causes or factors which increase the risk of, or could substantially contribute to cause heart attacks and other serious cardiac conditions.  These causes or risk factors may include, but are not limited to, severe underlying medical conditions or drugs.  There are many drugs that are primarily prescribed by physicians other than cardiologists, but whose cardiotoxic effects are well within the diagnostic expertise of a cardiologist.  Examples would include chemotherapy and psychotropic drugs.  Vioxx was a non-steroidal, anti-inflammatory drug which was prescribed mostly by primary care physicians, rheumatologists and orthopedic surgeons for pain and inflammation associated with musculoskeletal problems.  As a cardiologist, I did not prescribe Vioxx, however, I do consider the cardiotoxic effects of the drug to be well-within my area of expertise.

I am not an expert *per se* in Vioxx to the extent I was not involved in the drugs' creation, am not knowledgeable about its chemical compounding, formulation or molecular structure, and was not involved in designing or conducting Vioxx clinical trials.  This would be true for virtually all of the drugs I come in contact with in my cardiology practice.  However, consistent with what cardiologists routinely do, and what I do to educate myself about the drugs I come into contact with in my practice, I have extensively reviewed and studied the relevant medical and epidemiologic literature and studies on Vioxx.  I do, therefore, consider myself to be an expert on the cardiotoxic effects of Vioxx and the determination of whether Vioxx played a role in Mr. Irvin's sudden cardiac death.

Prior to the withdrawal of Vioxx from the market, I had patients on Vioxx whom I determined to be having adverse side effects, including congestive heart failure, from the drug. I recommended that between 20 and 100 patients stop taking the drug because of potential cardiovascular risks.

I did not, however, attribute a specific heart attack or cardiac death to Vioxx prior to its withdrawal.

2

In the general cardiology community, the index of suspicion for Vioxx playing a substantial role in the acute coronary event of any given patient was low prior to withdrawal. This was partly due to the fact that Merck attributed the results of the Vigor study to a purported cardioprotective effect of Naproxen. However, the cumulative weight of the Vioxx clinical trials and epidemiologic studies now available make it clear that many patients, including Mr. Irvin, suffered cardiovascular events as a result of taking Vioxx.

### Materials Reviewed

In connection with formulating my opinions, and more particularly in the preparation of this report, I have reviewed or had available to me the following materials:

A.      Literature/Articles

1.      "FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product." FDA, September 30, 2004.

2.      "Vioxx." PDR, 2004

3.      Mukherjee, Debabrata; Steven Nissen; Eric Topol. "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors." JAMA, August 22-29, 2001, Vol. 286, No. 8.

4.      Wilson, Peter; Ralph D'Agostino; Daniel Levy; Albert Belanger; Halit Silbershatz; William Kannel. "Prediction of Coronary Heart Disease Using Risk Factor Categories." Framingham Heart Study, May 12, 1998.

5.      Solomon, Daniel; Sebastian Schneeweiss; Robert Glynn; Yuka Kiyota; Raisa Levin; Helen Mogun; Jerry Avom. "Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults," Circulation, May 4, 2004.

6.      Lisse, Jeffrey; Monica Perlman; Gunnar Johansson; Shoemaker, James; Schechtman, Joy; Skalky, Carol; Dixon, Mary; Adam Polls; Arthur Molten; Gregory Geba. "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis." Annals of Internal Medicine, October 7, 2003, Vol 139, No. 7.

7.      Bombardier, Claire; Loren Laine; Alise Reicin; Deborah Shapiro; Ruben Burgos-Vargas; Barry Davis; Richard Day; Marcos Bosi Ferraz; Christopher Hawkey; Marc Hochberg; Tore Kvien; Thomas Schnitzer for the VIGOR Study Group. "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis." The New England Journal of Medicine, November 23, 2000, Vol. 343, No. 21.

3

8.    Topol, Eric. "Editorial: Failing the Public Health - Rofecoxib, Merck, and the FDA" The New England Journal of Medicine, October 21, 2004, Vol. 351, No. 17.

9.    Kim, Peter; Alise Reicin; Lourdes Villalba; James Witter; Michael Wolfe; Eric Topol. "Editorials: Rofecoxib, Merck, and the FDA." The New England Journal of Medicine, December 30, 2004, Vol. 351, No. 27.

10.   FitzGerald, Garret, "Coxibs and Cardiovascular Disease" New England Journal of Medicine, October 21, 2004, Vol. 351, No. 17.

11.   FitzGerald, Garret; Carlo Patrono "The Coxibs, Selective Inhibitors of Cyclooxygenase - 2." The New England Journal of Medicine, August 9, 2001, Vol. 345, No. 6.

12.   Solomon, Scott; John McMurray; Marc Pfeffer; Janet Wie; Robert Fowler; Peter Finn; William Anderson; Ann Zauber; Ernest Hawk; Monica Bertagnolli. "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention." The New England Journal of Medicine, March 20, 2005, Vol. 352, No. 10.

13.   Drazen, Jeffrey, "Editorial: COX-2 Inhibitors - A Lesson in Unexpected Problems." The New England Journal of Medicine, 2005.

14.   Psaty, Bruce; Curt Furberg. "Editorial: COX-2 Inhibitors - Lessons in Drug Safety." The New England Journal of Medicine, 2005.

15.   Bresalier, Robert; Robert Sander; Hui Quan; James Bolognese; Bettina Oxenius; Kevin Horgan; Christopher Lines; Robert Riddell; Dion Morton; Angel Lanas; Marvin Konstam; John Baron. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial." The New England Journal of Medicine, 2005, Vol. 352.

16.   Finckh, Axel; Mark Aronson. "Editorial: Cardiovascular Risks of Cyclooxygenase-2 Inhibitors: Where We Stand Now " Annals of Internal Medicine, February 1, 2005, Vol. 142, No 3.

17.   Kimmel, Stephen; Jesse Berlin; Muredach Reilly; Jane Jaskowiak; Lori Kishel; Jesse Chittams; Brian Strom. "Patients Exposed to Rofecoxib and Celecoxib Have Different Odds of Nonfatal Myocardial Infarction." Annals of Internal Medicine, February 1, 2005, Vol. 142, No. 3.

18.   Levesque, Linda; James Brophy; Bin Zhang. "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults." Annals of Internal Medicine, April 5, 2005, Vol. 142, No. 7

19.   Crofford, Leslie; Jim Oates; Joseph McCune; Samardeep Gupta; Mariana Kaplan; Francesca Catella-Lawson; Jason Morrow, Kevin McDonagh; Alvin Schmaier "Thrombosis in Patients with Connective Tissue Diseases Treated with Specific Cyclooxygenase-2 inhibitors." Arthritis & Rheumatism, August 2000, Vol. 43, No. 8.

4

20.   FitzGerald, G.A.; Y. Chong; S. Austin, "COX-2 Inhibitors and the Cardiovascular System." Clinical and Experimental Rheumatology, 2001, Vol. 19 (Suppl. 25).

21.   Boers, Maarten. "Commentary: NSAIDS and Selective COX-2 Inhibitors: Competition Between Gastroprotection and Cardioprotection." The Lancet, April 21, 2001, Vol.. 357.

22.   Catella-Lawson, Francesca; Leslie Crofford. "Cyclooxygenase Inhibition and Thrombogenicity." The American Journal of Medicine, February 19, 2001, Vol. 110, No. 3A.

23.   Cleland, Leslie; Michael James; Lisa Stamp; Peter Penglis. "COX-2 Inhibition and Thrombotic Tendency: A Need for Surveillance" MJA, August 20, 2001, Vol. 175.

24.   Konstam, Marvin; Matthew Weir; Alise Reicin; Deborah Shapiro; Rhoda Sperling; Eliav Barr; Barry Gertz. "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib," Circulation, November 6, 2001.

25.   Mandell, Brian. "Editorial: COX-2 Inhibitors and Cardiovascular Risk: Point and Counterpoint." Cleveland Clinic Journal of Medicine, November 2001, Vol, 68, No. 11.

26.   Mukherjee, Debabrata; Steven Nissen; Eric Topal. "Editorial: COX-2 Inhibitors and Cardiovascular Risk: We Defend Our Data and Suggest Caution." Cleveland Clinic Journal of Medicine, November 2001, Vol. 68, No. 11.

27.   "Arthritis: Should You be Taking a COX-2 Inhibitor?" Harvard Health Letter, November 2001.

28.   Schnitzer, Thomas "Editorial: Is Concern About Cardiovascular Events with the New Coxib Class of Drugs Justified?" Medscape Women's Health, 2001, Vol. 6, No. 5.

29.   Bumakis, Thomas; Michael Fleming; Marvin Konstam; Kenneth Grant; Joseph Haldey; Marco Pappagallo; Milos Minic; Patrick McGreer, Edith McGreer; Koji Yasojima; Gurkirpal Singh; William White; Debabrata Mukherjee; Steven Nissen; Eric Topol; Kenneth Sperber; Louis Sherwood. "Letters: Cardiovascular Events and COX-2 Inhibitors," JAMA, December 12, 2001, Vol. 286, No. 22.

30.   Moliterno, David "Raising a Cautionary Flag about COX-2 Use in High-Risk Heart Patients," Cardiac Consult, 2001.

31.   "Cardiovascular Safety of COX-2 Inhibitors." The Medical Letter, November 12, 2001, Vol 43, No. 1118

32.   "COX-2 Inhibitors: No Pain, No Heart Gain'?" Harvard Heart Letter, December 2001,

33.   Reicin, Alise; Deborah Shapiro; Rhoda Sperling; Eliav Barr; Qinfen Yu. "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib Versus Nonselective Nonsteriodal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)." The American Journal of Cardiology, January 15, 2002, Vol. 89.

34.   Bing, Richard; Magdalena Lomnicka. "Why do Cyclo-Oxygenase-2 Inhibitors Cause
      Cardiovascular Events?" Journal of the American College of Cardiology, February 6, 2002,
      Vol. 39, No. 3.

35.   Cheng, Yan; Sandra Austin; Bianca Rocca; Beverly Koller; Thomas Coffman; Tilo Grosser;
      John Lawson; Garret FitzGerald. "Role of Prostacyclin in the Cardiovascular Response to
      Tlrromboxane A$_2$." Science, April 19, 2002, Vol 296

36.   Foody, J.M. "COX-2 Inhibitors May Increase Cardiovascular Risk" Journal Watch
      Cardiology, October 12, 2001.

37.   Bjorkman, DJ "Cardiovascular Events and COX-2 Inhibitors." Journal Watch
      Gastroenterology. October 10, 2001.

38.   Mukherjee, Debabrata. "Editorial: Lack of Cardioprotective Effect of Naproxen." Pickard,
      Simon; James Dalen, "Editorial: Aspirin May Change Cost-Effectiveness of Cox-2
      Inhibitors" Archives of Internal Medicine, December 2002, Vol. 162.

39.   Goldstein, Mark. "Editorial: Cyclo-Oxygenase-2 Inhibitors and Myocardial
      Infarction," Archives of Internal Medicine, December 2002, Vol. 162.

40.   Juni, Peter; Paul Dieppe; Matthias Egger; Daniel Solomon; Jerry Avorn; Robert Glynn;
      Elham Rahme; Louise Pilote; Jacques LeLorier; Watson, Douglas. "Editorial: Risk of
      Myocardial Infarction Associated with Selective COX-2 Inhibitors: Questions Remain."
      Archives of Internal Medicine, December 2002, Vol. 162.

41.   Mukherjee, D.; SE. Nissen; F. Topol; Steven Belknap. "Editorial: Review: Studies on the
      Cardiovascular Effects of Selective COX-2 Inhibitors Show Mixed Results." Evidenced Based
      Medicine, March/April 2002, Vol. 7.

42.   SoRelle, Ruth, "Cardiovascular News: Rofecoxib Use Increases Myocardial Infarction Risk"
      Circulation, 2004, Vol. 109.

43.   Verma, Subodh; Satish Raj; Lana Shewchuk; Kieren Mather; Todd Anderson
      "Cyclooxygenase-2 Blockage Does Not Impair Endothelial Vasodilator Function in Healthy
      Volunteers: Randomized Evaluation of Rofecoxib Versus Naproxen on Endothelium-
      Dependent Vasodilatation" Circulation, December 11, 2001.

44.   Wright, James, "The Double-Edged Sword of COX-2 Selective NSAIDS." CMAJ, 2002, Vol.
      167(10).

45.   Ray, Wayne; James Daugherty; Kathi Hall; Patricik Arbogast; Marie Griffin. "COX-2
      Selective Non-Steroidal Anti-inflammatory Drugs and Risk of Serious Coronary Heart
      Disease." The Lancet, October 5, 2002, Vol 360.

46.   Jones, Roger. "Editorial: Efficacy and Safety of COX-2 Inhibitors; New Data are
      Encouraging but the Risk:Benefit Ratio Remains Unclear" BMJ, September 21, 2002, Vol.
      325.

47.   Ray, Wayne; Michael Stein; Kathi Hall; James Daughterly; Marie Griffin. "Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease: An Observational Cohort Study." The Lancet, January 12, 2002, Vol. 359.

48.   Kelly, Michael; Philip Gorelick; Dan Mirza "The Role of Drugs in the Etiology of Stroke." Clinical Neuropharmocology. 1992, Vol. 15, No 4.

49.   Solomon, Daniel; Jerry Avorn. "Editorial: Coxibs, Science, and the Public Trust" Archives of Internal Medicine, January 24, 2005, Vol. 165.

50.   Horton, Richard. "Comment: Vioxx, the Implosion of Merck, and Aftershocks at the FDA." The Lancet, November 5, 2004.

51.   Juni, Peter; Linda Nai; Tephan Reichenbach; Rebekka E rchi; Paul Dieppe; Matthias Egger "Risk of Cardiovascular Events and Rofecc Cumulative Meta-Analysis." The Lancet, November 5, 2004

52.   Oberholzer-Gee, Felix; Noorein Inamdar. "Merck's Recall of Rofecoxib - a Strategic Perspective." New England Journal of Medicine, November 18, 2004, Vol 351, No 21.

53.   "Editorial: Vioxx: An Unequal Partnership Between Safety and Efficacy " The Lancet, October 9, 2004, Vol. 364.

54.   Oates, JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ.   Clinical implications of prostaglandin and thromboxane $A_2$ formation.  N Engl J Med, 1988; 319:689-698.

55.   Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G et al.   Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet, 2005; 365:475-481.

56.   Whelton A, White WB, Bello AE, Puma JA, Fort JG.  Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or = 65 years of age with systemic hypertension and osteoarthritis.  Am J Cardiol, 2002; 90(9):959-963.

57.   Weir MR, Sperling RS, Reicin A, Gertz BJ.  Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program.  Am Heart J, 2003; 146:591-604.

58.   Choi HK, Seeger JD, Kuntz KM.  Effects of rofecoxib and naproxen on life expectancy among patients with rheumatoid arthritis: A decision analysis.  Am J Med, 2004; 11:621-629.

59.   Discontinuation of Vioxx.  Lancet, 2005; 365(January 1):23-28.

60.   Rofecoxib, Merck, and the FDA.  N Engl J Med, 2005; 351(27):2875-2878.

61.  Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A.  Non-steroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population. Circulation, 2004; 109:3000-3006.

62.  Jick SS.  The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam.  Pharmcother 2000; 20(7):741-744.

63.  Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J et al.  The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin.  J Am Coll Cardiol, 2004; 43:985-990.

64.  Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G et al.  Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly.  Arch Intern Med, 2003; 163:481-486.

65.  Rahme E, Pilote L, LeLorier J.  Association between naproxen use and protection against acute myocardial infarction.  Arch Intern Med, 2002; 162:1111-1115.

66.  Solomon DH, Glynn RJ, Levin R, Avorn J.  Nonsteroidal anti-inflammatory drug use and acute myocardial infarction.  Arch Intern Med, 2002; 162:1099-1104.

67.  Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Friis S et al.  Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs.  Arch Int Med, 2005; 165:978-984.

68.  Hippisley-Cox J.  Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis.  BMJ, 2005; 330:1366-1372.

69.  Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA et al.  Cyclooxygenases, thromboxane, and atherosclerosis.  Plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism.  Circulation, 2005; 111:334-342.

70.  McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA.  Systemic biosynthesis of prostacyclin by cyclooxygenase (COX) 2: The human pharmacology of a selective inhibitor of COX-2.  Proc Natl Acad Sci, 1999; 96:272-277.

71.  Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L et al.  Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids.  J Pharm Exp Therapuetics, 1999; 289:735-741.

72.  FDA Advisory Committee Background Information, February 2005.

73.  FDA AAC Briefing Document, 02-08-2001.

8

74. FDA Advisory Committee Transcript, February 16, 17, 18, 2005

75. FDA Review of ADVANTAGE 4/01

76. E-mail from Jennifer Ng. to Janet Van Adelsberg, et al., 02/01/05 with attached Kaplan Meier curves.

77. Memorandum re Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk 04-06-2005.

78. Curfman, Gregory; Morrissey, Stephen; Drazen, Jeffrey. "Expression of Concern: Bombardier et al., 'Comparison of Upper Gastrointerstinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J. Med, 2000; 343: 1520-8." The New England Journal of Medicine, December 29, 2005; Vol. 353, No. 26.

B. Medical Records

1. Medical records from Flagler Hospital Emergency Room, 5/15/2001

2. Autopsy report from the Office of the Medical Examiner, District 23

3. Out of Hospital Care Report, 5/15/2001

4. Westhoff Memorial Specimen Inquiry

5. Walgreen's Data Sheet

6. Pictures of the Vioxx prescription bottle for Richard Irvin

C. Depositions

1. Deposition of Evelyn Irvin Plunkett

2. Deposition of Ashley Irvin

3. Deposition of Richard Irvin, III

4. Deposition of Dr. Christopher Schirmer

5. Deposition of Dr. Eric Topol

6. Deposition of Gregory Curfman

9

D.     Reports

    1.     Wayne Ray, Ph.D.

    2.     Benedict Lucchesi, M.D.

    3.     Robert Fletcher, M.D.

Further, prior to Vioxx's removal from the market, I was generally aware of, and saw both literature and advertisements directed to the public and physicians relating to Vioxx. I understand that document production and discovery may be ongoing and I reserve the right to supplement my opinions should new information become available.

**Issues Addressed and Opinions**

I was asked to review the listed pertinent materials and medical records and formulate an opinion as to the nature of Mr. Irvin's fatal cardiac event and whether, to a reasonable degree of medical certainty and probability, Vioxx caused or substantially contributed to cause Mr Irvin's sudden death on 5/15/2001. The opinions set forth below are held by me to a reasonable degree of medical certainty. They are based on my training, knowledge and experience as a cardiologist as well as the medical literature and other materials available to me. Based upon my review of the materials listed, I have formed the following opinions:  1) Mr. Irvin suffered an acute coronary artery thrombus that resulted in sudden cardiac death; 2) Given Mr. Irvin's lack of risk factors, the likelihood of Mr. Irvin having a sudden fatal cardiac death was very low absent a catalyst or substantial contributing cause; and 3) Vioxx was the cause or a substantial contributing cause of Mr. Irvin's sudden cardiac death.

A. Facts

    1. I will briefly summarize the basic facts as I understand them. On May 15, 2001, while at his place of employment, Mr. Irvin, a fifty-three year-old white male, was found by his co-workers collapsed