of presenting the concepts. However, statistics are an element of all clinical research, whenever one makes inferences about populations based on information obtained from samples. Observations of samples, whether they are simple descriptions or comparisons, cannot be expected to represent the true situation exactly because of random variation. Statistical tests help estimate how well the observations approximate the true situation. Why not make measurements directly on the population and do away with this uncertainty? Research must ordinarily be conducted on a sample of patients and not all patients with the condition under study. As a result, there is always a possibility that the particular sample of patients in a study, even though selected in an unbiased way, might not be similar to the population of patients as a whole.

## TWO APPROACHES TO CHANCE

Two general approaches are used to assess the role of chance in clinical observations. The first, called **hypothesis testing**, asks whether an effect (difference) is present or is not by using statistical tests to examine the hypothesis (the "null hypothesis") that there is no difference. This is the traditional way of assessing the role of chance and is associated with the familiar "*P* values." It has been popular since statistical testing was introduced at the beginning of the 20th century. The other approach, called **estimation**, uses statistical methods to estimate the range of values that is likely to include the true value. This approach has gained popularity recently and is now favored by most medical journals for reasons described below.

Bayes' theorem was introduced in Chapter 3 as the conceptual basis for the modern interpretation of diagnostic tests. Bayesian reasoning is also a way of understanding the role of chance in other kinds of clinical research.

Bayes' theorem will be mentioned again at the end of this chapter.

## HYPOTHESIS TESTING

In the usual situation, the principal conclusions of a trial are expressed in dichotomous terms, such as a new treatment being better or not better than usual care, and the results are either "**statistically significant**"(unlikely to be purely by chance) or are not. There are four ways in which the statistical conclusions might relate to reality (Figure 10.1).

Two of the four possibilities lead to correct conclusions: (1) the new treatment really is better and that is the conclusion of the study; and (2) the treatments really have similar effects and the study concludes that a difference is unlikely.

### False-Positive and False-Negative Statistical Results

There are also two ways of being wrong. The new treatment and usual care may actually have similar effects, but it is concluded that the new treatment is more effective. Error of this kind, resulting in a "false-positive" conclusion that the treatment is effective, is referred to as a **Type I error** or $\alpha$ **error**—the probability of saying that there is a difference in treatment effects when there is not. On the other hand, the new treatment might be more effective, but the study concludes that it is not. This "false-negative" conclusion is called a **Type II error** or $\beta$ **error**—the probability of saying that there is no

|  |  | TRUE DIFFERENCE ||
|  |  | Present | Absent |
| --- | --- | --- | --- |
| **CONCLUSION OF STATISTICAL TEST** | Significant | Correct | Type I ($\alpha$) error |
|  | Not significant | Type II ($\beta$) error | Correct |

**FIGURE 10.1** The relationship between the results of a statistical test and the true difference between two treatment groups. (*Absent* is a simplification. It really means that the true difference is not greater than a specified amount.)

difference in treatment effects when there is. "No difference" is a simplified way of saying that the true difference is unlikely to be larger than a certain size, which is considered too small to be of practical consequence. It is not possible to establish that there is no difference at all between two treatments.

Figure 10.1 is similar to the two-by-two table comparing the results of a diagnostic test to the true diagnosis (see Chapter 3). Here, the "test" is the conclusion of a clinical trial based on a statistical test of results from a sample of patients. Reality is the true difference in the treatments being compared—if it could be established, for example, by making observations on all patients with the illness or a large number of samples of these patients. Type I error is analogous to a false-positive and Type II error to a false-negative test result. In the absence of bias, random variation is responsible for the uncertainty of a statistical conclusion.

Because random variation plays a part in all observations, it is an oversimplification to ask whether chance is responsible for the results. Rather, it is a question of how likely random variation is to account for the findings under the particular conditions of the study. The probability of error due to random variation is estimated by means of **inferential statistics**, a quantitative science that, given certain assumptions about the mathematical properties of the data, is the basis for calculations of the probability that the results could have occurred by chance alone.

Statistics is a specialized field with its own jargon, such as null hypothesis, variance, regression, power, and modeling, that is unfamiliar to many clinicians. However, leaving aside the genuine complexity of statistical methods, inferential statistics should be regarded by the nonexpert as a useful means to an end. **Statistical testing** is a means by which the effects of random variation are estimated.

The next two sections discuss Type I and Type II errors and attempt to place hypothesis testing, as it is used to estimate the probabilities of these errors, in context. However, no attempt is made to deal with these subjects in a rigorous, quantitative fashion. For that, readers should consult any of a number of excellent textbooks on biostatistics.

## Concluding That a Treatment Works

Most statistics encountered in the medical literature concern the likelihood of a Type I error and are expressed by the familiar **$P$ value**. The $P$ value is a quantitative estimate of the probability that differences in treatment effects in the particular study at hand could have happened by chance alone, assuming that there is in fact no difference between the groups. Another way of expressing this is that $P$ is an answer to the question, "If there were no difference between treatments and the trial was repeated many times, what proportion of the trials would conclude that the difference between the two treatments was at least as big as that found in the study."

In this presentation, $P$ value is called $P_\alpha$ to distinguish it from estimates of the other kind of error due to random variation, Type II error, which will be referred to as $P_\beta$. When a simple $P$ is found in the scientific literature, it ordinarily refers to $P_\alpha$.

The kind of error estimated by $P_\alpha$ applies whenever one concludes that one treatment more effective than another. If it is concluded that the $P_\alpha$ exceeds some limit (see below) and there is no statistical difference between treatments, then the particular value of $P_\alpha$ is not as relevant; in that situation, $P_\beta$ (probability of Type II error) applies.

## Dichotomous and Exact $P$ Values

It has become customary to attach special significance to $P$ values falling below 0.05 (1 in 20) because it is generally agreed that a chance less than 1 in 20 is a small enough risk of being wrong. A chance of 1 in 20 is so small, in fact, that it is reasonable to conclude that such an occurrence is unlikely to have arisen by chance alone. It could have arisen by chance, and there is a chance of 1 in 20 times that it will. But it is unlikely.

Differences associated with $P_\alpha$ less than 0.05 are statistically significant. However, setting a cutoff point at 0.05 is entirely arbitrary. Reasonable people might accept higher values or insist on lower ones, depending on the consequences of a false-positive conclusion in a given situation. For example, one might be willing to accept a higher chance of a false-positive statistical test if the disease is severe, there is no currently effective treatment, and the new treatment safe. On the other hand, one might be reluctant to accept a false-positive test if usual care is effective and the new treatment is dangerous. This reasoning is similar to that applied to the importance of false-positive and false-negative diagnostic tests (Chapter 3).

Case 2:06-md-01657-EEF-DEK   Document 2959-1   Filed 01/26/06   Page 3 of 16

To accommodate various opinions about what is and is not unlikely enough, some researchers report the exact probabilities of $P$ (e.g., 0.03, 0.07, 0.11, etc.), rather than lumping them into just two categories ($\leq 0.05$ or $>0.05$). Users are then free to apply their own preference for what is statistically significant. However, $P$ values greater than 1 in 5 are usually reported as simply $P > 0.20$, because nearly everyone can agree that a probability of a Type I error greater than 1 in 5 is unacceptably high. Similarly, below very low $P$ values (such as $p < 0.001$) chance is a very unlikely explanation for an observed difference, and little further information is conveyed by describing this chance more precisely.

## Statistical Significance and Clinical Importance

A statistically significant difference, no matter how small the $P$, does not mean that the difference is clinically important. A $P$ value of $< 0.0001$, if it emerges from a well-designed study, conveys a high degree of confidence that a difference really exists but says nothing about the magnitude of that difference or its clinical importance. In fact, trivial differences may be highly statistically significant if a large enough number of patients were studied.

### EXAMPLE

The drug donepezil, a cholinesterase inhibitor, was developed for the treatment of Alzheimer's disease. In a randomized controlled trial to establish whether the drug produced worthwhile improvements, 565 patients with Alzheimer's disease were randomly allocated to donepezil or placebo. The statistical significance of some trial end points was impressive: Both the mini-mental state examination (MMSE) and the Bristol Activities of Daily Living Scale (BADLS) were statistically different at P<0.0001. However, the actual differences were small, 0.8 on a 30-point scale for the MMSE and 1 on a 60 point scale for the BADLS. Moreover, other outcomes, which more closely represented the burden of illness and care of these patients, were similar in the donepezil and placebo groups. These included entering institutional care and progression of disability (both primary end points) as well as behavioral and psychological symptoms, caregiver psychopathology, formal care costs, unpaid caregiver time, and adverse events or death. The authors concluded that the benefits of donepezil were "below minimally relevant thresholds" and that "more effective treatments . . . are needed for Alzheimer's disease." (2)

On the other hand, very unimpressive $P$ values can result from studies showing strong treatment effects if there are few patients in the study.

## Statistical Tests

Statistical tests are used to estimate the probability of a Type 1 error. The tests are applied to the data to give a test statistic, which in turn can be used to come up with a probability of error (Figure 10.2). The tests are of the **null hypothesis,** the proposition that there is no true difference in outcome between treatment groups. This device is for mathematical reasons, not because "no difference" is the working scientific hypothesis of the investigators conducting the study. One ends up rejecting the null hypothesis (concluding there is a difference) or failing to reject it (concluding that there is insufficient evidence in support of a difference). Note that not finding statistical significance is not the same as there being no difference. Statistical testing is not able to establish that there is no difference at all.

Some commonly used statistical tests are listed in Table 10.1. The validity of each test depends on certain assumptions about the data; a typical assumption is that the data have a normal distribution. If the data do not satisfy these assumptions, the resulting $P$ value may be misleading. A discussion of how these statistical tests are derived and calculated and of the assumptions on which they rest can be found in any biostatistics textbook.



**FIGURE 10.2** Statistical testing.

**TABLE 10.1   Some Statistical Tests Commonly Used in Clinical Research**

*To test the statistical significance of a difference*

| Test | Use |
|---|---|
| Chi square ($\chi^2$) | Between two or more proportions (when there is a large number of observations) |
| Fisher's exact | Between two proportions (when there is a small number of observations) |
| Mann-Whitney $U$ | Between two medians |
| Student $t$ | Between two means |
| $F$ test | Between two or more means |

*To describe the extent of association*

| | |
|---|---|
| Regression coefficient | Between an independent (predictor) variable and a dependent (outcome) variable |
| Pearson's $r$ | Between two variables |

*To model the effects of multiple variables*

| | |
|---|---|
| Logistic regression | On a dichotomous outcome |
| Cox proportional hazards | On a time-to-event outcome |

### EXAMPLE

The chi square ($\chi^2$) test for nominal data (counts) is more easily understood than most and so can be used to illustrate how statistical testing works. Consider the following data from a randomized trial of two ways of initiating anticoagulation with heparin: a weight-based dosing nomogram and standard care. (3) The outcome was a partial thromboplastin time (PTT) exceeding the therapeutic threshold within 24 hours of beginning anticoagulation. In the nomogram group, 60 of 62 (97%) did so; in the standard care group, 37 of 48 (77%).

**Observed Rates**

| | PTT Exceeding Threshold | | |
|---|---|---|---|
| | Yes | No | Total |
| Nomogram | 60 | 2 | 62 |
| Standard care | 37 | 11 | 48 |
| Total | 97 | 13 | 110 |

How likely would it be for a study of this size to observe a difference in rates as great as this or greater if there was in fact no difference in effectiveness? That depends on how far the observed results depart from what might have been expected if the treatments were of similar effectiveness and only random variation in the samples studied caused them to differ. If treatment had no effect on outcome, applying the success rate for the patients as a whole (97/110 = 88%) to the number of patients in each treatment group gives the expected number of successes in each group:

**Expected Rates (Rounded to Nearest Integer)**

| | PTT Exceeding Threshold | | |
|---|---|---|---|
| | Yes | No | Total |
| Nomogram | 55 | 7 | 62 |
| Standard care | 42 | 6 | 48 |
| Total | 97 | 13 | 110 |

The $\chi^2$ statistic, which quantifies the difference between the observed and expected numbers, is the sum for all four cells of:

$$\chi^2 = \sum \frac{(\text{Observed number} - \text{Expected number})^2}{\text{Expected number}}$$

The magnitude of the $\chi^2$ statistic is determined by how different all of the observed numbers are from what would be expected if there were no treatment effect. Because they are squared, it does not matter whether the observed rates exceed or fall short of the expected. By dividing the squared difference in each cell by the expected number, the difference for that cell is adjusted for the number of patients in that cell.

The $\chi^2$ statistic for these data is:

$$\frac{(60-55)^2}{55} + \frac{(2-7)^2}{7} + \frac{(37-42)^2}{42} + \frac{(11-6)^2}{6} = 8.79$$

This $\chi^2$ is then compared to a table relating $\chi^2$ values to probabilities (available in books and computer programs) for that number of cells, to obtain the probability of a $\chi^2$ as that large or larger. It is intuitively obvious that the larger the $\chi^2$, the less likely chance is to account for the observed differences. The result in this case is $P = 0.004$, which is the probability of a false-positive conclusion that the treatments had different effects.

## Concluding That a Treatment Does Not Work

Some trials are unable to conclude that one treatment is better than the other. The risk of a false-negative result is particularly large in studies with relatively few patients. The question then arises, how likely is the result to have arisen by chance alone? Could the

findings of such trials have misrepresented the truth because these particular studies had the bad luck to turn out in relatively unlikely ways? Specifically, how likely is a false-negative result (Type II or $\beta$ error)?

### EXAMPLE

Does vitamin E supplementation reduce the risk of coronary heart disease? HOPE study investigators randomly assigned 9,541 people at increased risk for cardiovascular disease to vitamin E supplementation or a matching placebo. There were 1,511 primary outcome events (a composite of myocardial infarction, stroke, and death from cardiovascular causes). Of these, 16.2 percent occurred in patients assigned to vitamin E and 15.5 percent in those assigned to the placebo (relative risk 1.05). Adverse outcomes were more common in the vitamin E group, making the hypothesis that vitamin E was protective implausible. But how likely was this study to have missed a protective effect by chance when it was really present? The authors noted that the study was large enough to have a 90% chance of detecting a 13% relative reduction in risk for the primary outcome; alternatively, the study had a 10% chance of missing a difference this large or larger. Some professionals prefer a more visual impression of whether effects are present or not. Figure 10.3 shows the survival curve from the HOPE study. Treated and control patients had remarkably similar curves throughout follow-up, making a protective effect of vitamin E unlikely. (4)

Type II errors have received less attention than Type I errors for several reasons. They are more difficult to calculate. Also, most professionals simply prefer things that work and consider negative results unwelcome. Authors are less likely to submit negative studies to journals and when negative studies are reported at all, the authors may prefer to emphasize subgroups of patients in which treatment differences are found, even when the differences are not statistically significant. Authors may also emphasize reasons other than chance to explain why true differences might have been missed. Whatever the reason for not considering the probability of a Type II error, it is the main question that should be asked when the results of a study indicate no difference.

The probability that a trial will find a statistically significant difference when a difference really exists is called the **statistical power** of the trial. In the example above, the statistical power was 90% for a 13% relative reduction in risk. Power and $P_\beta$ are complementary ways of expressing the same concept.

$$\text{Statistical power} = 1 - P_\beta$$

Power is analogous to the sensitivity of a diagnostic test. One speaks of a study being powerful when it has a high probability of detecting differences when treatments really have different effects.

## POINT ESTIMATES AND CONFIDENCE INTERVALS

The effect size that is observed in a particular study (such as treatment effect in a clinical trial or relative risk in a cohort study) is called the **point estimate** of the effect. It is the best estimate from the study of the true effect size and is the summary statistic usually given the most emphasis in reports of research.

However, the true effect size is unlikely to be exactly that observed in the study. Because of ran-



**FIGURE 10.3**  Example of a "negative" trial. Effect of vitamin E supplements versus placebo on the proportion of high-risk patients who experienced the primary outcome of the HOPE trial—nonfatal myocardial infarction, stroke, and death from cardiovascular causes. (From The Heart Outcomes Prevention Evaluation Study Investigators. Vitamin E supplementation and cardiovascular events in high-risk patients. N Engl J Med 2000;342:154–160.)

dom variation, any one study is likely to find a result higher or lower than the true value. Therefore, a summary measure is needed for the **statistical precision** of the point estimate, which is the range of values likely to encompass the true effect size.

Statistical precision is expressed as a **confidence interval**, usually the 95% confidence interval, around the point estimate. Confidence intervals around an effect size are interpreted as follows: If the study is unbiased, there is a 95% chance that the interval includes the true effect size. The more narrow the confidence interval, the more certain one can be about the size of the true effect. The true value is most likely to be close to the point estimate, less likely to be near the outer limits of the interval, and could (5 times out of 100) fall outside these limits altogether. Statistical precision increases with the statistical power of the study.

### EXAMPLE

The Women's Heath Initiative included a randomized controlled trial of the effects of estrogen plus progestin on chronic disease outcomes in healthy postmenopausal women. Figure 10.4 shows relative risk and confidence intervals for four of these outcomes: stroke, hip fracture, breast cancer, and endometrial cancer. The four illustrate various possibilities for how confidence intervals are interpreted. Estrogen plus progestin was a risk factor for stroke; the best estimate of this risk is the point estimate, a relative risk of 1.41, but the data are consistent with a relative risk as low as 1.07 or as high as 1.85. The estrogen/progestin protected against hip fracture, preventing as much as 65% and as little as 2% of fractures; that is, the data are consistent with very little benefit, though substantial benefit is likely. Although risk of breast cancer is likely to be increased, the data are consistent with no effect (the lower end of the confidence interval includes a relative risk of 1.0). Finally, the study is not very informative for endometrial cancer. Confidence intervals are very wide, so not only was there no clear risk or benefit but the estimate of risk was so imprecise that substantial risk or benefit remained possible. (5)

Confidence intervals contain the same information as statistical significance. If the value corresponding to no effect (that is, a relative risk of 1 or a treatment difference of 0) falls outside the 95% confidence intervals for the observed effect, the results are statistically significant at the 0.05 level. If the confidence intervals include this point, the results are not statistically significant.

Confidence intervals have advantages over *P* values. They put the emphasis where it belongs, on the size of the effect. Confidence intervals help the reader to see the range of plausible values and so to decide whether an effect size they regard as clinically meaningful is consistent with or ruled out by the data. (6) They also provide information about statistical power; if the confidence interval is relatively wide and barely includes the value corresponding to no effect, readers can see that low power might have been the cause of the negative result. In the HOPE study described in the preced-



**FIGURE 10.4** Example of confidence intervals. The relative risk and confidence intervals for outcomes in the Women's Health Initiative: A randomized controlled trial of estrogen plus progestin in healthy postmenopausal women. Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women. JAMA 2002;288:321–333.

ing example, low power was not a problem because the confidence interval for the estimated relative risk of 1.05 was 0.95 to 1.16, suggesting that if vitamin E were better at all, it would only be by 5%.

Point estimates and confidence intervals are used to characterize the statistical precision of any rate (incidence and prevalence), comparisons of rates (relative and attributable risks), and other summary statistics. For example, studies have shown that 34% of U.S. adults have used unconventional therapy (95% confidence interval 31–37%), (7) that intensive treatment of insulin-dependent diabetes lowers the risk of development of retinopathy by 76% (95% confidence interval 62–85%) relative to conventional therapy, (8) and that the sensitivity of clinical examination for splenomegaly is 27% (95% confidence interval 19–36%). (9)

Confidence intervals have become the usual way of reporting the main results of clinical research because of their many advantages over the hypothesis testing ($P$ value) approach. $P$ values are still used because of tradition and as a convenience when many results are reported and it would not be feasible to include confidence intervals for all of them.

## HOW MANY STUDY PATIENTS ARE ENOUGH?

Suppose you are reading about a clinical trial comparing a promising new treatment to usual care. You are aware that random variation can be the source of whatever differences are observed, and you wonder if the number of patients (sample size) in this study is large enough to make chance an unlikely explanation for what was found. How many patients would be necessary to make an adequate comparison of the effects of the two treatments?

### Estimating Sample Size Requirements

From the hypothesis testing point of view, an adequate **sample size** depends on three characteristics of the study: the magnitude of the difference in outcome between treatment groups; $P_\alpha$ and $P_\beta$ (the probability of the false-positive and false-negative conclusions you are willing to accept); and the nature of the study's data.

These are taken into account when the researcher plans a study, to ensure that the study will have enough statistical power to produce meaningful results.

### Effect Size

Sample size depends on the magnitude of the difference to be detected. One is free to look for differences of any magnitude, and of course, the hope is to be able to detect even very small differences. But more patients are needed to detect small differences, everything else being equal. So, it is best to ask only what is a sufficient number of patients to detect the smallest degree of improvement that would be clinically meaningful. On the other hand, if one is interested in detecting only very large differences between treated and control groups (that is, strong treatment effects) then fewer patients need be studied.

### Type I Error

Sample size is also related to the risk of a Type 1 error (concluding that treatment is effective when it is not). The acceptable probability for a risk of this kind is a value judgment; the risk could be as large as 1 or as small as 0. If one is prepared to accept the consequences of a large chance of falsely concluding that the treatment is effective, one can reach conclusions with relatively few patients. On the other hand, if one wants to take only a small risk of being wrong in this way, a larger number of patients will be required. As discussed earlier, it is customary to set $P_\alpha$ at 0.05 (1 in 20) or sometimes 0.01 (1 in 100).

### Type II Error

The chosen risk of a Type 2 error is another determinant of sample size. An acceptable probability of this error is also a judgment that can be freely made and changed to suit individual tastes. Probability of $P_\beta$ is often set at 0.20, a 20% chance of missing true differences in a particular study. Conventional Type 2 errors are much larger than Type 1 errors, reflecting a higher value usually placed on being sure an effect is really present when it is said to be.

### Characteristics of the Data

The statistical power of a study is also determined by the nature of the data. When the outcome is expressed by counts or proportions of events or time-to-event, its statistical power depends on the rate of events: the larger the number of events, the greater the statistical power for a given number of people at risk. As Peto et al. put it,

> In clinical trials of time to death (or of the time to some other particular "event"—relapse, metastasis, first thrombosis, stroke, recurrence, or time to death from a particular

cause), the ability of the trial to distinguish between the merits of two treatments depends on how many patients *die* (or suffer a relevant event), rather than on the number of patients *entered*. A study of 100 patients, 50 of whom die, is about as sensitive as a study with 1,000 patients, 50 of whom die. (10)

If the data are continuous, such as blood pressure or serum cholesterol, power is affected by the degree to which patients vary among themselves. The greater the variation from patient to patient with respect to the characteristic being measured, the more difficult it is to be confident that the observed differences (or lack of difference) between groups is not because of this variation, rather than a true treatment effect. In other words, the larger the variation among patients, the lower the statistical power.

In designing a study, investigators choose the smallest treatment effect that is clinically important (larger treatment effects will be easier to detect) and the Type I and Type II errors they are willing to accept. They also obtain estimates of the data (outcome event rates or variation among patients). It is possible to design studies that maximize power for a given sample size, such as by choosing patients with a high event rate or similar characteristics—as long as they match the research question.

## Interrelationships

The relationships among the four variables that together determine statistical power are summarized in Table 10.2. The variables can be traded off against one another. In general, for any given number of patients in the study, there is a trade-off between Type 1 and Type 2 errors. Everything else being equal, the more one is willing to accept one kind of error, the less it will be necessary to risk the other. Neither kind of error is inherently worse than the other.

## Sample Size Depends on the Context

The consequences of accepting erroneous information depend on the clinical situation. When a better treatment is badly needed, such as when the disease is very dangerous and no satisfactory alternative treatment is available, and the proposed treatment is not dangerous, it would be reasonable to accept a relatively high risk of concluding a new treatment is effective when it really is not (large Type 1 error) to minimize the possibility of missing a valuable treatment (small Type 2 error). On the other hand, if the disease is less serious, alternative treatments are available, or the new treatment is expensive or dangerous, one might want to minimize the risk of accepting the new treatment when it is not really effective (low Type 1 error), even at the expense of a relatively large chance of missing an effective treatment (large Type 2 error). It is of course possible to reduce both Type 1 and Type 2 errors if the number of patients is increased, outcome events are more frequent, variability is decreased, or a larger treatment effect is sought.

For conventional levels of $P_\alpha$ and $P_\beta$, the relationship between the size of treatment effect and the number of patients needed for a trial is illustrated by the following examples. One represents a situation in which a relatively small number of patients was sufficient, and the other is one in which a very large number of patients was too small.

### EXAMPLE

**A small sample size that was adequate**
Case series suggest that the nonsteroidal anti-inflammatory drug sulindac is active against colonic polyps. This possibility was tested in a randomized trial in which a total of 22 patients with familial adenomatous polyposis (an inherited condition in which patients develop hundreds of colonic

---

**TABLE 10.2 ■ Determinants of Sample Size**

|  | Determined by | |
|---|---|---|
|  | **Investigator** | **The Data** |
| N varies according to | $\dfrac{1}{\Delta, P_\alpha, P_\beta}$  and | $\dfrac{V}{I}$ or $\dfrac{1}{P}$ |

Where $n$ = number of patients studied; $\Delta$ = size of difference in outcome between groups; $P_\alpha$ = probability of an $\alpha$ (Type I) error (i.e., false-positive results); $P_\beta$ = probability of a $\beta$ (Type II) error (i.e., false-negative result); $V$ = variability of observations (for interval data); and $P$ = proportion of patients experiencing outcome of interest (for nominal data)

adenomas, some of which progress to cancer) were randomized; 11 received sulindac and 11 placebo. (11) After 9 months, patients receiving sulindac had an average of 44% fewer polyps than those receiving placebo. This difference was statistically significant ($p$ = 0.014). Because of the large effect size and the large number of polyps per patient, few patients were needed to establish that the effect was beyond chance. (In this analysis, it was necessary to assume that treatment affected polyps independently of which patient they occurred in—an unlikely, but probably not damaging, assumption.)

### A large sample size that was inadequate

The Physicians' Health Study was a randomized controlled trial seeking to determine whether low-dose aspirin decreased cardiovascular mortality. Another aspect of the trial was to study the effect of β-carotene on the incidence of cancer. There were 22,071 participants, all of whom were physicians. The aspirin part of the trial was terminated earlier than planned, after an average follow-up of 60 months, in part because "no effect of aspirin on cardiovascular mortality could be detected in the trial [for at least another 12 years] because of the exceptionally low cardiovascular death rate among participating physicians" Also, at the time the trial was stopped the effect size was small; relative risk reduction in the aspirin group was 0.96, making a statistically significant effect even more difficult to detect if present. The study was therefore inconclusive on the main research question (effect on cardiovascular mortality). However, myocardial infarction, a secondary end point, occurred frequently enough that the observed 44% reduction in risk in the aspirin group was statistically significant. There was also a twofold increase in risk of hemorrhagic stroke but too few of this secondary outcome event to rule out chance. (12)

For most of the therapeutic questions encountered today, a surprisingly large sample size is required. The value of dramatic, powerful treatments, such as insulin for diabetic ketoacidosis or surgery for appendicitis, could be established by studying a small number of patients. But such treatments come along rarely, and many of them are already well established. We are left with diseases, many of which are chronic and have multiple, interacting causes, for which the effects of new treatments are generally small. This makes it especially important to plan clinical studies that are large enough to distinguish real from chance effects.

Clinicians should be able to estimate the power of published studies for themselves. Figure 10.5 shows the relationship between sample size and treatment difference for several baseline rates for outcome events. It is apparent that studies involving



**FIGURE 10.5** The number of people required in each of two treatment groups (of equal size), for various rates of outcome events in the untreated group, to have an 80% chance of detecting a difference ($p$ = 0.05) in reduction in outcome event rates in treated relative to untreated patients. (Calculated from formula in Weiss NS. Clinical epidemiology. The study of the outcome of illness. New York: Oxford University Press, 1986.)

fewer than 100 patients have a rather poor chance of detecting statistically significant differences of even large treatment effects. Looked at another way, it is difficult to detect effect sizes of less than 25%. In practice, statistical power can be estimated by means of readily available formulas, tables, nomograms, or computer programs.

## Sample Size Based on Confidence Intervals

Confidence intervals can also be used to plan sample size. For example, one might want to plan a study of a diagnostic test performance or complication rate on the belief that a certain degree of statistical precision is necessary. One can then calculate the number of patients needed to produce confidence intervals of that width, based on assumptions about what the sensitivity or complication rate is likely to be.

## Statistical Power After the Study Is Completed

Calculation of statistical power based on the hypothesis testing approach is done before a study is undertaken to ensure that enough patients will be entered to have a good chance of detecting a clinically meaningful effect if one is present. However, after the study is completed this approach is less relevant. (13) There is no longer need to estimate effect size, outcome event rates, and variability among patients because they are all known. Rather, attention should be directed to point estimates and confidence intervals. With them, one can see the range of values that are consistent with the results and whether the effect sizes of interest are within this range or are ruled out by the data.

## EQUIVALENCE TRIALS

Some trials are intended to establish that two treatments have similar effects. This might be useful, for example, if a new treatment is safer, simpler, or cheaper than the current one. If the primary effects were similar, the new treatment would be better, all things considered.

No trial can establish that the effects of two treatments are the same. However, trials can establish that differences in effects are no greater than a specified size, below which the differences are not clinically important. A trial has established "equivalence" to the extent that its confidence interval for the difference in treatment effects excludes a clinically important effect. Such trials must have a good chance of detecting this relatively small effect size and are likely to be larger than those that set out to establish a difference in effect. These trials require special care because many of the potential problems such as crossover, dropout, nonsystematic and misclassification of outcomes, will tend to bias the results toward finding no difference.

### EXAMPLE

In India, amoxicillin has been used for nonsevere pneumonia in young children. The usual duration of treatment was 5 days, but some evidence suggested that 3 days might be as effective. To test this possibility, 2,188 children age 2 to 59 months with nonsevere pneumonia were randomly allocated to 3 or 5 day treatment with amoxicillin. (14) Clinical cure rates with 3 and 5 days of treatment were 89.5% and 89.9% respectively. The difference was a 0.4 percentage point, and the 95% confidence interval for the difference was $-2.1$ to $3.0$. In other words, effectiveness of both treatments was within a narrow range, and the two could be said to be, for all intents and purposes, "equivalent." This trial provided a sound basis for avoiding the cost and difficulties associated with a longer course of treatment without fear that shorter treatment is inferior.

## DETECTING RARE EVENTS

It is sometimes important to know how likely a study is to detect a relatively uncommon event (for example, 1/1,000), particularly if that event is severe, such as aplastic anemia or life-threatening arrhythmia. A great many people must be observed in order to have a good chance of detecting even one such event, much less to develop a relatively stable estimate of its frequency. For most clinical research, sample size is planned to be sufficient to detect main effects, the answer sought for the primary research question. Sample size is likely to be well short of the number needed to detect rare events such as uncommon side effects and complications. For that, a different approach, involving many more patients, is needed. An example is postmarketing surveillance of a drug, in which thousands of users are monitored for side effects.

Figure 10.6 shows the probability of detecting an event as a function of the number of people under observation. A rule of thumb is as follows: To have a good chance of detecting a $1/x$ event, one must observe $3x$ people. (15) For example, to detect at least one event if the underlying rate is a 1/1,000, one would need to observe 3,000 people.



FIGURE 10.6 ≋ The probability of detecting one event according to the rate of the event and the number of people observed. (From Guess HA, Rudnick SA. Use of cost effectiveness analysis in planning cancer chemoprophylaxis trials. Control Clin Trials 1983; 4:89–100.)

## MULTIPLE COMPARISONS

The statistical conclusions of research have an aura of authority that defies challenge, particularly by non-experts. But as many skeptics have suspected, it is possible to "lie with statistics" even if the research is well designed, the mathematics flawless, and the investigators' intentions beyond reproach.

Statistical conclusions can be misleading because the strength of statistical tests depends on the number of research questions considered in the study and when those questions were asked. If many comparisons are made among the variables in a large set of data, the $P$ value associated with each individual comparison is an underestimate of how often the result of that comparison, among the others, is likely to arise by chance. As implausible as it might seem, the interpretation of the $P$ value from a single statistical test depends on the context in which it is done.

To understand how this might happen, consider the following example:

### EXAMPLE

Suppose a large study has been done in which there are multiple subgroups of patients and many different outcomes. For instance, it might be a clinical trial of the value of a treatment for coronary artery disease for which patients are in 12 clinically meaningful subgroups (e.g., 1-, 2-, and 3-vessel disease; good and bad ventricular function; the presence or absence of arrhythmias; and various combinations of these), and four outcomes are considered (e.g., death, myocardial infarction, heart failure, and angina). In this example, we do not take into account combinations of these characteristics. Suppose also that there are no true associations between treatment and outcome in any of the subgroups and for any of the outcomes. Finally, suppose that the effects of treatment are assessed separately for each subgroup and for each outcome—a process that involves a great many comparisons, in this case 12 subgroups multiplied by 4 outcomes = 48 comparisons. With a $P_\alpha = .05$, 1 in 20 of these comparisons is likely to be statistically significant by chance alone. In the general case, if 20 comparisons are made, on average, one would be found to be statistically significant; if 100 comparisons are made, about five would be likely to emerge as significant, and so on. Thus, when a great many comparisons have been made, a few will be found that are unusual enough, because of random variation, to reach statistical significance even if no true associations between variables exist in nature. The more comparisons that are made, the more likely that one of them will be found to be statistically significant. As the saying goes, "if you torture the data long enough, they will confess!"

This phenomenon is referred to as the **multiple comparisons** problem. Because of this problem, the strength of evidence from clinical research depends on how focused its questions were at the outset.

Unfortunately, when the results of research are presented, it is not always possible to know how many comparisons really were made. Sometimes, interesting findings have been selected from a larger number of uninteresting ones that are not mentioned. This process of deciding what is and is not important about a mass of data after the fact can introduce considerable distortion of reality. Table 10.3 summarizes how this misleading situation arises.

How can the statistical effects of multiple comparisons be taken into account when interpreting research? Although ways of adjusting $P$ values have been proposed, probably the best advice is to be aware of the

---

**TABLE 10.3 ■ A Common Way in Which Multiple Comparisons Can Be Misleading**

1. Make multiple comparisons within a study
2. Apply tests of statistical significance to each comparison
3. Find a few comparisons that are "interesting" (statistically significant)
4. Build an article around one of these interesting findings
5. Do not mention the context in the article (how many questions were examined and which was considered primary before the data were examined)
6. Construct a *post hoc* argument for the plausibility of the isolated finding

---

problem and to be cautious about accepting positive conclusions of studies in which multiple comparisons were made. As one statistician put it:

> If you dredge the data sufficiently deeply and sufficiently often, you will find something odd. Many of these bizarre findings will be due to chance. I do not imply that data dredging is not an occupation for honorable persons, but rather that discoveries that were not initially postulated as among the major objectives of the trial should be treated with extreme caution. Statistical theory may in due course show us how to allow for such incidental findings. At present, I think the best attitude to adopt is caution, coupled with an attempt to confirm or refute the findings by further studies. (16)

Investigators should look at all aspects of their data and share interesting findings with readers, but they should make it clear how extensively the data were searched.

## SUBGROUP ANALYSIS

It is tempting to go beyond the main results of the study to examine results within subgroups of patients who have special characteristics or particular outcomes. Indeed, this is a responsible way to behave; it helps clinicians tailor their care as closely as possible to individual patients. Doing so, however, incurs some risks of being misled that are not present when examining the principal conclusions alone. These risks should be taken into account when interpreting information from subgroups.

One danger in examining subgroups is the increased chance of finding effects in a particular subgroup that are not present, in the long run, in nature, that is, a false-positive finding. This arises because of multiple comparisons as discussed above.

A second danger is of a false-negative conclusion. Examining subgroups for example, defined by certain kinds of patients or specific kinds of outcomes, involves a great reduction in the data available, so it is frequently impossible to come to firm conclusions. Nevertheless, the temptation to look is there, and some tentative information can be gleaned. Some guidelines for deciding whether a finding in a subgroup is real are summarized in Table 10.4.

## SECONDARY ANALYSES

Secondary analyses are ones that were not the main reason for the study, or perhaps not planned at all, when the study was conceived. They may involve examination of subgroups, as described in the earlier section, or of various outcomes, as in the following example.

---

**TABLE 10.4 ■ Guidelines for Deciding Whether Apparent Differences in Effects Within Subgroups Are Real**[a]

From the study itself

- Is the magnitude of the observed difference clinically important?
- How likely is the effect to have arisen by chance, taking into account:
    The number of subgroups examined?
    The magnitude of the *P* value?
- Was a hypothesis that the effect would be observed made before its discovery (or was justification for the effect argued for after it was found)?
- Was it one of a small number of hypotheses?

From other information

- Was the difference suggested by comparisons *within* rather than *between* studies?
- Has the effect been observed in other studies?
- Is there indirect evidence that supports the existence of the effect?

[a] Adapted from Oxman AD, Guyatt GH. A consumer's guide to subgroup analysis. Ann Intern Med 1992;116:78–84.

### EXAMPLE

One of the reasons the Physicians' Health Study was stopped earlier than planned was because fewer myocardial infarctions occurred in the treated group than in the control group. The authors believed that the effect on myocardial infarction, although not the answer to a main study question at the outset, was real because it was biologically plausible, because it had been found in other studies, and because the chance of a false-positive conclusion was estimated to be very small (1/10,000). On the other hand, although the authors observed a small increase in risk of stroke in the treated group, they were unsure whether or not this effect was real because there were too few physicians having this end point. Thus, in a study that could not address the main research question, the authors interpreted the validity of findings for different outcomes (both positive and negative) in relation to the totality of information that might bear on the validity of these findings.

## DESCRIBING ASSOCIATIONS

Statistics are also used to describe the degree of association between variables, such as the relationship between body mass and blood pressure. Familiar expressions of association are Pearson's product moment correlation ($r$) for interval data and Spearman's rank correlation for ordinal data. Each of these statistics expresses in quantitative terms the extent to which the value of one variable is associated with the value of another. Each has a corresponding statistical test to assess whether the observed association is greater than might have been expected by chance alone.

## MULTIVARIABLE METHODS

Most clinical phenomena are the result of many variables acting together in complex ways. For example, coronary heart disease is the joint result of lipid abnormalities, hypertension, cigarette smoking, family history, diabetes, exercise, inflammation, coagulopathy, and perhaps personality. It is appropriate to try to understand these relationships by first examining relatively simple arrangements of the data, such as stratified analyses that examine whether the effect of one variable is changed by the presence or absence of one or more other variables. It is relatively easy to understand the data when they are displayed in this way.

However, as pointed out in Chapter 7, it is usually not possible to account for more than a few variables using this method, because there are not enough patients with each combination of characteristics to allow stable estimates of rates. For example, if 120 patients were studied, 60 in each treatment group, and just one additional dichotomous variable was taken into account, there would only be, at most, about 15 patients in each subgroup; if patients were unevenly distributed among subgroups, there would be even fewer in some.

What is needed then, in addition to tables showing multiple subgroups, is a way of examining the effects of several variables at a time. This is accomplished by **multivariable modeling**—or developing a mathematical expression of the effects of many variables taken together. It is "multivariable" because it examines the effects of multiple variables simultaneously. It is "modeling" because it is a mathematical construct, calculated from the data based on assumptions about characteristics of the data (for example, that the variables are all normally distributed or all have the same variance).

Mathematical models are used in two general ways in clinical research:

1. To study the independent effect of one variable on outcome while taking into account the effects of other variables that might confound or modify this relationship
2. To predict a clinical event by calculating the combined effect of several variables acting together

The basic structure of a multivariable model is:

$$\text{Outcome variable} = \text{constant} + (\beta_1 \times \text{variable}_1) + (\beta_2 \times \text{variable}_2) + \ldots$$

where $\beta_1, \beta_2, \ldots$ are coefficients determined by the data and $\text{variable}_1, \text{variable}_2, \ldots$ are the predictor variables that might be related to outcome. The best estimates of the coefficients are determined mathematically, based on assumptions about the distributions of the data, and are dependent upon on the powerful calculating ability of modern computers.

Modeling involves several steps:

1. Identify and measure variables that might be related to the outcome of interest.
2. Reduce the number of variables to be considered in the model to a manageable number, usually no more than several. Often this is

done by selecting variables that, when taken one at a time, are most strongly related to outcome. If a statistical criterion is used at this stage, it is usual to err on the side of including variables, e.g., by choosing all variables showing an association with the outcome of interest at a cutoff level of $p < 0.10$. Evidence for the biologic importance of the variable is also considered in making the selection.

3. Some variables may be strongly related to one another. If so, they might be excluded because both contain about the same information.
4. The remaining variables are entered in the model, with the strategy for the order in which they are tried determined by the research question. For example, if some are to be controlled for in a causal analysis, they are entered in the model first, followed by the variable of primary interest. The model will then identify the independent effect of the main variable. On the other hand, if the investigator wants to make a prediction based on several variables, the variables can be entered in order of the strength of their association to the outcome variable, as determined by the model.

Modeling is now a regular feature of the medical literature. Some commonly used kinds of models are logistic regression (for dichotomous outcome variables such as those that occur in case-control studies) and Cox proportional hazards models (for time-to-event studies).

Multivariable modeling is an essential part of many clinical studies. There is no other way to adjust for or to include many variables at the same time. However, this advantage comes at a price. Models tend to be black boxes, and it is difficult to "get inside" them and understand how they work. Their validity is based on assumptions about the data that may not be met. They are clumsy at recognizing different effects in different subgroups of patients. An exposure variable may be strongly related to outcome yet not appear in the model because it occurs rarely—and there is little direct information on the statistical power of the model for that variable. Finally, model results are easily affected by quirks in the data, the results of random variation in the characteristics of patients from sample to sample. It has been shown, for example, that a model frequently identified a different set of predictor variables and produced a different ordering of variables on different random samples of the same data set. (17) To protect against this possibility, there is a rule of thumb that there should be at least 10 outcome events for each predictor variable in the model.

For these reasons, the models themselves cannot be taken as a standard of validity and must be validated independently. Usually, this is done by observing whether or not the model predicts what is found in another, independent sample of patients (see Chapter 12). The results of the first model are considered a hypothesis that is to be tested by new data. If random variation is mainly responsible for the results of the first model, it is unlikely that the same random effects will occur in the validating data set, too. Other evidence for the validity of a model is its biologic plausibility and its consistency with simpler, more transparent analyses of the data, such as stratified analyses.

## BAYESIAN REASONING

An altogether different approach to the information contributed by a study is based on Bayesian inference. We introduced this approach in Chapter 3 where we applied it to the specific case of diagnostic testing.

Bayesian inference begins with prior belief about the answer to a research question, analogous to pretest probability of a diagnostic test, which is based on everything known about the answer up to the point when new information was contributed by a study. Then, it asks how much the results of the new study change that belief.

Some aspects of Bayesian inference are compelling. Individual studies do not take place in an information vacuum; rather, they are in the context of all other information available at the time. Starting each study from the null hypothesis—that there is no effect—is a fiction because something is already known about the answer to the question before the study is even begun. Also, the extent to which results of individual studies change belief depends on their direction and magnitude, as well as their scientific strength. For example, if all preceding studies are negative and the next one is found to be positive, an effect is still unlikely. On the other hand, a weak prior belief might be reversed by a

single strong study. Finally, with this approach, it is not important whether a small number of hypotheses are identified beforehand (nor are multiple comparisons a problem). Rather, prior belief depends on the plausibility of the assertion rather than whether the assertion was established before or after the study was begun.

While Bayesian inference is appealing, so far it has been difficult to apply because of poorly developed ways of assigning numbers to prior belief and to the information contributed by a study. An exception is in diagnostic testing, in which "belief" is prior probability and the new information is expressed as a likelihood ratio. However, Bayesian inference is the conceptual basis for qualitative thinking about cause (see Chapter 11), as well as for quantitative summaries of clinical trials (see Chapter 12).

## REVIEW QUESTIONS

*Read the following and circle the best answer from the options provided.*

**10.1.** A randomized controlled trial of thrombolytic therapy versus angioplasty for acute myocardial infarction finds no difference in survival to discharge from the hospital, which is the main outcome event. The investigators explored whether this was also true for subgroups of patients defined by age, number of vessels affected, ejection fraction, comorbidity, and other patient characteristics. Which of the following is *not* true about these subgroup analyses?

  **A.** Examining subgroups increases the risk of a false-positive (misleading statistically significant) result in one of the comparisons
  **B.** Examining subgroups increases the chance of a false-negative finding in one of these subgroups, relative to the main outcome
  **C.** Subgroup analyses would be more credible if a limited number were identified beforehand
  **D.** Subgroup analyses are bad scientific practice and should not be done
  **E.** Reporting results in subgroups help clinicians tailor information in the study to individual patients

**10.2.** A new drug for hyperlipidemia was compared with placebo in a randomized controlled trial of 10,000 patients. Serum cholesterol, the primary outcome, was 240 mg% in the control group and 238 in the group receiving the new drug ($P < 0.001$). This low $P$ value means that:

  **A.** Bias is unlikely to account for the observed difference
  **B.** The difference is clinically important
  **C.** A difference as big or bigger than observed would have arisen by chance one time in 1,000
  **D.** The results are generalizable to other patients with hypertension
  **E.** The statistical power of this study was inadequate

**10.3.** In a well-designed clinical trial of treatment of ovarian cancer, remission rate at 1 year is similar for a new drug and usual care. The $P$ value is 0.4. This means that:

  **A.** Both treatments are effective
  **B.** Neither treatment is effective
  **C.** The statistical power of this study is 60%
  **D.** The best estimate of treatment effect size is 0.4
  **E.** It is not possible, given just this information, to decide whether one treatment is better than the other

**10.4.** In a cohort study, vitamin A intake was found to be a risk factor for hip fracture in women. The relative risk (highest quintile versus lowest quintile) was 1.48, and the 95% confidence interval was 1.05 to 2.07.

  **A.** The association is not statistically significant at the $P < 0.05$ level.
  **B.** A strong association between vitamin A intake and hip fracture was established.
  **C.** The statistical power of this study is 95 %.

D. There is a 95% chance that a range of relative risks as low as 1.05 and as high as 2.07 includes the true risk.
E. Bias is an unlikely explanation for this result.

10.5. A study reports that the effectiveness of two drugs is equivalent.

A. It is possible to establish that treatment effects are identical.
B. To claim equivalence, confidence interval should exclude a clinically important difference in effect.
C. Crossovers and dropouts tend to create differences between treatment groups.
D. Studies to establish equivalence require no bigger sample size than trials to establish effectiveness.
E. Equivalence is always associated with a very low $P$ value.

Answers are in Appendix A.

## REFERENCES

1. Johnson AF. Beneath the technological fix: Outliers and probability statements. J Chronic Dis 1985;38: 957–961.
2. AD2000 Collaborative Group. Long-term donepezil treatment in 565 patients with Alzheimer's disease (AD2000): Randomized double-blind trial. Lancet 2004;363:2105–2115.
3. Raschke RA, Reilly BM, Guidry JR, Fontana JR, Srinivas S. The weight-based heparin dosing nomogram compared with a "standard care" nomogram: A randomized controlled trial. Ann Intern Med 1993; 119:874–881.
4. The Heart Outcomes Prevention Evaluation Study Investigators. Vitamin E supplementation and cardiovascular events in high-risk patients. N Engl J Med 2000;342:154–160.
5. Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women. JAMA 2002;288:321–333.
6. Braitman LE. Confidence intervals assess both clinical significance and statistical significance. Ann Intern Med 1991;114:515–517.
7. Eisenberg DM, Kessler RC, Foster C, Norlock FE, Calkins DR, Delbanco TL. Unconventional medicine in the United States: Prevalence, costs, and patterns of use. New Engl J Med 1993;328:246–252.
8. Diabetes Control and Complications Trial Research Group. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. New Engl J Med 1993;329:977–986.
9. Grover SA, Barkun AN, Sackett DL. Rational Clinical Examination. Does the patient have splenomegaly? JAMA 1993;270:2218–2221.
10. Peto R, Pike MC, Armitage P, Breslow NE, Cox DR, Howard SV, et al. Design and analysis of randomized clinical trials requiring prolonged observation of each patient. I. Introduction and design. Br J Cancer 1976;34: 585–612.
11. Giardiello FM, Hamilton SR, Krush AJ, Piantadosi S, Hylind LM, Celano P, et al. Treatment of colonic and rectal adenomas with sulindac in familial adenomatous polyposis. New Engl J Med 1993;328: 1313–1316.
12. Steering Committee of the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med 1989;321:129–135.
13. Goodman SN, Berlin JA. The use of predicted confidence intervals when planning experiments and the misuse of power when interpreting results. Ann Intern Med 1994;121:200–206.
14. ISCAP Study Group. Three-day versus five-day treatment with amoxicillin for nonsevere pneumonia in young children: A multicentre randomized controlled trial. BMJ 2004;328:791–794.
15. Sackett DL, Haynes RB, Gent M, Taylor DW. Compliance. In: Inman WHW, Ed. Monitoring for drug safety, Lancaster, UK: MTP Press, 1980.
16. Armitage P. Importance of prognostic factors in the analysis of data from clinical trials. Control Clin Trials 1981;1:347–353.
17. Diamond GA. Future imperfect: The limitations of clinical prediction models and the limits of clinical prediction. J Am Coll Cardiol 1989;14:12A–22A.