UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL MOTION OF DEFENDANT MERCK & CO., INC. ("MERCK") TO RENEW PREVIOUSLY-FILED OPPOSITIONS TO PLAINTIFF'S MOTIONS TO EXCLUDE OPINION TESTIMONY**

In light of plaintiff's January 25, 2006 Motion to Re-urge Responses to Defendant's Motions to Exclude Testimony Filed Previously in *Irvin I*, in which plaintiff renews not only her prior opposition briefs but also a previously-filed Motion in Support of Claim for Punitive Damages and In Opposition to Bifurcation of Trial, Merck respectfully renews its Memorandum in Opposition to Plaintiff's Claim for Punitive Damages and In Support of Bifurcation of Trial

(Record Docket No. 1536). This brief and its supporting papers are hereby incorporated as if fully set forth herein.

          Respectfully submitted,

          */s/ Dorothy H. Wimberly*
          Phillip A. Wittmann, 13625
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana 70130
          Phone: 504-581-3200
          Fax:   504-581-3361

          Defendants' Liaison Counsel

          Philip S. Beck
          Adam L. Hoeflich
          Tarek Ismail
          BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
          54 West Hubbard Street, Suite 300
          Chicago, Illinois 60610
          Phone: 312-494-4400
          Fax:   312-494-4440

          Douglas Marvin
          WILLIAMS & CONNOLLY LLP
          725 Twelfth Street, N.W.
          Washington, D.C. 20005
          Phone: 202-434-5000
          Fax:   202-434-5029

          And

          John H. Beisner
          Charles C. Lifland
          Richard B. Goetz
          O'MELVENY & MYERS LLP
          400 South Hope Street
          Los Angeles, CA 90071
          Phone: 213-430-6000
          Fax:   213-430-6407

          Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Supplemental Motion to Renew Previously-Filed Oppositions to Plaintiff's Motions to Exclude Opinion Testimony has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 26th day of January, 2006.

_Dorothy d. Wimberly_

797517v.1