MINUTE ENTRY
FALLON, J.
JANUARY 26, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

Oral argument on the was heard on the United States Government's Motion to Quash the Deposition of David Graham, M.D. (Rec. Doc. 2885) on this date in the Chambers of Judge Eldon E. Fallon. Toni Tusa, Certified Court Reporter, was in attendance. For a transcript of the argument, counsel may contact Mrs. Tusa at (504) 589-7778. Lenny Davis, ChrisTisi (by telephone), Tom Klein (by telephone), Lisa Dagostino (by telephone), and Michael Weinkowitz (by telephone) participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann (by telephone) and Dorothy Wimberly on behalf of the Defendant's Steering Committee ("DSC"). Sharon Smith (by telephone) and Michael Levy (by telephone) participated on behalf of the United States. After hearing argument by the parties, the Court took the motion under submission.

Furthermore, the parties discussed a bill presented by the FDA to the PSC for copying and delivery fees relating to discovery documents. The Court indicated that the PSC and the

JS10(01:30)

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

United States should confer and, if they cannot amicably resolve the dispute, present motions to the Court.

In addition, the parties discussed the transmittal of all Merck Profile Forms to Mr. Tisi. The PSC and DSC indicated that they would attempt to resolve the issue amongst themselves.

Lastly, the DSC discussed with the Court and the PSC its future categorization of all privileged documents into separate, distinct groups. The DSC indicated that it could do an electronic categorization and submit this to the Court. The Court agreed to accept such. In addition, the DSC agreed to involve the PSC in the process, with the specifics to be determined between themselves.

