UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 26 PM 3:22
LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

**ORDER**

IT IS ORDERED that the Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations (Rec. Doc. 2641) is CONTINUED WITHOUT DATE. The parties shall confer with each other on setting a new hearing date and submit an agreed upon date to the Court.

New Orleans, Louisiana, this __26th__ day of __January__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___