STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Yvonne O. Jackson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Yvonne O. Jackson<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>2:05 cv 564<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

On this, the ___ day of _____, 2005, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Yvonne O. Jackson will refile in the federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff Yvonne O. Jackson and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____

Eldon E. Fallon
United States District Judge

DATED this 14 day of ~~August~~ DECEMBER, 2005.

MORGAN, MINNOCK, RICE & JAMES, L.C.

*Stephen G. Morgan*
Stephen G. Morgan
Attorneys for Plaintiff

DATED this 14 day of ~~August~~ December, 2005.

RAY, QUINNEY & NEBEKER

*Rick Rose*
Rick Rose
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of December, 2005.

RECEIVED
JAN 2 5 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

RECEIVED
SEP 13 2005
MORGAN, MINNOCK & RICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | |
| Yvonne O. Jackson | MDL Docket No. 1657 |
| Plaintiff | Transferred from USDC District of Utah |
| v. | Case No. 2:01 CV 794 |
| MERCK & COMPANY, INC., a corporation, | **AFFIDAVIT OF YVONNE O. JACKSON** |
| Defendant. | |

Yvonne O. Jackson, being first duly sworn, states as follows:

1. I am one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. At this time, I desire and request that my claim against Merck & Company, Inc., be dismissed without prejudice.

FURTHER AFFIANT SAYETH NOT.

_____
Yvonne O. Jackson

STATE OF _Utah_ )
                :ss
COUNTY OF _Salt Lake_ )

Sworn to and subscribed before me this 12th day of September, 2005.

_____
Notary Public

My Commission Expires:
12-20-06

> NOTARY PUBLIC
> BEVERLEE GARCIA
> 7220 So. Highland Drive
> Salt Lake City, Utah 84121
> My Commission Expires
> December 20, 2006
> STATE OF UTAH

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **AFFIDAVIT OF YVONNE O. JACKSON** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of December, 2005.