RECEIVED
JAN 25 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON




STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Leah Winward

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Kenneth C. Winward<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**MOTION TO SUBSTITUTE PARTY** |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Leah Winward, the surviving spouse of Kenneth C. Winward and his heir under Utah's Survival Statue, respectfully move the Court to order the substitution of parties, substituting Leah Winward for the late Kenneth C. Winward. The grounds for the present Motion are set forth more fully in the accompanying memorandum of points and authorities.

DATED this 18 day of January, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

[signature]

Stephen F. Edwards
Attorneys for Plaintiff

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MOTION TO SUBSTITUTE PARTY** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of January, 2006.




STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Leah Winward

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Kenneth C. Winward<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** |

Leah Winward, as the surviving spouse of Kenneth C. Winward and as his heir under Utah's Survival Statute, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Kenneth C. Winward during the pendency of this action.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of January, 2006.

RECEIVED
JAN 25 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Leah Winward

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Kenneth C. Winward<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** |

Counsel for Leah Winward respectfully submit the following Memorandum in Support of Motion to Substitute Party as follows:

## STATEMENT OF FACTS

1. Kenneth C. Winward was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. Kenneth C. Winward passed away on August 21, 2002. (Affidavit of Leah Winward, ¶ 2, attached as Exhibit "A").

3. Leah Winward is Kenneth C. Winward's surviving spouse. (Affidavit of Leah Winward, ¶ 1, attached as Exhibit "A").

4. No personal representative has been appointed for the estate of Kenneth C. Winward. (Affidavit of Leah Winward, ¶ 3, attached as Exhibit "A").

5. As Kenneth C. Winward's surviving spouse and heir, Leah Winward seeks to be substituted for her deceased husband on behalf of the heirs of her husband, Kenneth C. Winward. (Affidavit of Leah Winward, ¶ 4, attached as Exhibit "A").

**ARGUMENT**

Rule 25 of the Federal Rules of Civil Procedure provides that if a party dies and the claim is not extinguished, the Court may order substitution of proper parties. The rule states in part: "[t]he motion for substitution may be made by any party or by the successors or representatives of the deceased party." Fed. R. Civ. P. 25(a)(1). Under Utah's Survival Statute, a cause of action arising out of personal injury to an individual caused by the wrongful act of another does not abate upon the death of the injured person. Instead, the personal representatives or heirs of the deceased continue to have a cause of action against the alleged wrongdoer. The statute states in part:

> Causes of action arising out of personal injury to the person or death caused by the wrongful act or negligence of another do not abate upon the death of the

> wrongdoer or the injured person. The injured person or the personal representatives or heirs of the person who died have a cause of action against the wrongdoer or the personal representatives of the wrongdoer for special and general damages . . .

Utah Code Ann. § 78-11-12. The term "heirs" as used in Utah's Survival Statute includes, among other individuals, the decedent's spouse. Utah Code Ann. § 78-11-6.5(1)(a).

Kenneth C. Winward has passed away since commencing the above-captioned action. No individual has been appointed the personal representative of Kenneth C. Winward's estate. As his surviving spouse and an heir under Utah's Survival Statute, Leah Winward should be substituted for her husband Kenneth C. Winward on behalf of his heirs.

DATED this 18 day of January, 2006.

MORGAN, MINNOCK & RICE, L.C.

Stephen F. Edwards
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of January, 2006.

RECEIVED
JAN 24 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Leah Winward

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Kenneth C. Winward<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**AFFIDAVIT OF LEAH WINWARD** |

Leah Winward, being first duly sworn, states as follows:

1. I am the widow of Kenneth C. Winward who was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. My husband, Kenneth C. Winward, passed away on August 21, 2002.

3. No personal representative has been appointed for the estate of Kenneth C. Winward.

4. At this time, I seek to be substituted for my deceased husband, as the Plaintiff in the above-captioned matter on behalf of the heirs of Kenneth C. Winward.

FURTHER AFFIANT SAYETH NOT.

Leah Winward

STATE OF Utah )
:ss
COUNTY OF Salt Lake )

NOTARY PUBLIC
SUADA NEIMARLIJA
1285 South 2100 East
Salt Lake City, UT 84108
My Commission Expires: 10 14-2007
State of Utah

Sworn to and subscribed before me this 12th day of January, 2006.

Notary Public

My Commission Expires:
10-14-2007

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **ORDER GRANTING THE SUBSTITUTION OF LEAH WINWARD FOR HER DECEASED HUSBAND KENNETH C. WINWARD** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of January, 2006.