RECEIVED
JAN 2 5 2006

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 26 P 1: 09

LORETTA G. WHYTE
CLERK

STEPHEN G. MORGAN, Bar No. 2955
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 0780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Leah Winward

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Kenneth C. Winward<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br>**ORDER GRANTING THE SUBSTITUTION OF LEAH WINWARD FOR HER DECEASED HUSBAND KENNETH C. WINWARD** |

Based upon Leah Winward's memorandum, and good cause appearing therefore, it is

hereby ORDERED that Leah Winward will be substituted for her deceased husband on behalf of

the heirs of her husband, Kenneth C. Winward.

DATED this 26 day of January, 2006.

BY THE COURT:

Eldon E. Fallon
United States District Judge

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____