RECEIVED

JAN 24 2006

U.S. DISTRICT JUDGE
ELDON E. FALLON

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donna Wright

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED        JAN 2 6 2006

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | |
| Ward Wright | MDL Docket No. 1657<br>Case No. 2:05cv564 |
| Plaintiff | |
| v. | **MOTION TO SUBSTITUTE PARTY** |
| MERCK & COMPANY, INC., a<br>corporation, | |
| Defendant. | |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Donna

Wright, the surviving spouse of Ward Wright and his heir under Utah's Survival Statue,

respectfully move the Court to order the substitution of parties, substituting Donna Wright for the

late Ward Wright. The grounds for the present Motion are set forth more fully in the

accompanying memorandum of points and authorities.

DATED this ___20___ day of January, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

Stephen F. Edwards
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO SUBSTITUTE PARTY** has

been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or

by hand delivery and e-mail, and upon all parties by electronically uploading the same to

LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of

January, 2006.

STEPHEN G. MORGAN, Bar No. 2315
MITCHELL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donna Wright

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL Docket No. 1657<br>Case No. 2:05cv564 |
| Ward Wright | |
| Plaintiff | |
| v. | **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** |
| MERCK & COMPANY, INC., a corporation, | |
| Defendant. | |

Donna Wright, as the surviving spouse of Ward Wright and as his heir under Utah's

Survival Statute, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of

Civil Procedure, the death of Ward Wright during the pendency of this action.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of January, 2006.

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donna Wright

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL Docket No. 1657 |
| Ward Wright | Case No. 2:05cv564 |
| Plaintiff | |
| v. | **MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** |
| MERCK & COMPANY, INC., a corporation, | |
| Defendant. | |

      Counsel for Donna Wright respectfully submit the following Memorandum in Support of

Motion to Substitute Party as follows:

## STATEMENT OF FACTS

      1.      Ward Wright was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et.*

*al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District

Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later

transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana

before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.      Ward Wright passed away on September 8, 2004. (Affidavit of Donna Wright, ¶ 2, attached as Exhibit "A").

3.      Donna Wright is Ward Wright's surviving spouse. (Affidavit of Donna Wright, ¶ 1, attached as Exhibit "A").

4.      No personal representative has been appointed for the estate of Ward Wright. (Affidavit of Donna Wright, ¶ 3, attached as Exhibit "A").

5.      As Ward Wright's surviving spouse and heir, Donna Wright seeks to be substituted for her late husband on behalf of the heirs of her husband, Ward Wright. (Affidavit of Donna Wright, ¶ 4, attached as Exhibit "A").

## ARGUMENT

Rule 25 of the Federal Rules of Civil Procedure provides that if a party dies and the claim is not extinguished, the Court may order substitution of proper parties. The rule states in part: "[t]he motion for substitution may be made by any party or by the successors or representatives of the deceased party." Fed. R. Civ. P. 25(a)(1). Under Utah's Survival Statute, a cause of action arising out of personal injury to an individual caused by the wrongful act of another does not abate upon the death of the injured person. Instead, the personal representatives or heirs of the deceased continue to have a cause of action against the alleged wrongdoer. The statute states in part:

> Causes of action arising out of personal injury to the person or death caused by the wrongful act or negligence of another do not abate upon the death of the wrongdoer or the injured person. The injured person or the personal representatives or heirs of the person who died have a cause of action against the wrongdoer or the personal representatives of the wrongdoer for special and general damages . . .

Utah Code Ann. § 78-11-12.  The term "heirs" as used in Utah's Survival Statute includes, among other individuals, the decedent's spouse. Utah Code Ann. § 78-11-6.5(1)(a).

Ward Wright has passed away since commencing the above-captioned action.  No individual has been appointed the personal representative of Ward Wright's estate. As his surviving spouse and an heir under Utah's Survival Statute, Donna Wright should be substituted for her husband Ward Wright on behalf of his heirs.

DATED this _20_ day of January, 2006.

MORGAN, MINNOCK & RICE, L.C.

Stephen F. Edwards
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of January, 2006.

3

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6082
STEPHEN F. EDWARDS, Bar No. 10730
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donna Wright

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | |
| Ward Wright | MDL Docket No. 1657 |
| Plaintiff | Case No. 2:05cv564 |
| v. | |
| MERCK & COMPANY, INC., a corporation, | **AFFIDAVIT OF DONNA WRIGHT** |
| Defendant. | |

Donna Wright, being first duly sworn, states as follows:

1.      I am the widow of Ward Wright who was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.      My husband, Ward Wright, passed away on September 8, 2004.

3.      No personal representative has been appointed for the estate of Ward Wright.

4.      At this time, I seek to be substituted for my deceased husband, as the Plaintiff in the above-captioned matter on behalf of the heirs of Ward Wright.

FURTHER AFFIANT SAYETH NOT.

_Donna Wright_
Donna Wright

STATE OF _Utah_       )
                                     :ss
COUNTY OF _Washington_  )

Sworn to and subscribed before me this _17th_ day of _January_, 2006.

_Lynnette Chamberlain_
Notary Public

My Commission Expires:
_5-1-07_

NOTARY PUBLIC
LYNETTE CHAMBERLAIN
126 W Tabernacle St
St George Utah 84770
My Commission Expires
May 1, 2007
STATE OF UTAH

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER GRANTING THE SUBSTITUTION OF DONNA WRIGHT FOR HER DECEASED HUSBAND WARD WRIGHT** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of January, 2006.

_____