STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donna Wright

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Ward Wright<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**ORDER GRANTING THE SUBSTITUTION OF DONNA WRIGHT FOR HER DECEASED HUSBAND WARD WRIGHT** |

Based upon Donna Wright's memorandum, and good cause appearing therefore, it is hereby ORDERED that Donna Wright be substituted for her deceased husband on behalf of the heirs of her husband, Ward Wright.

DATED this 26 day of January, 2006.

BY THE COURT:

Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____