

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 26 PM 4: 21

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAULINE JACKSON, JUDITH JOHNSON, DEBORAH JACKSON, ROBERT R. JACKSON, E. LEON JACKSON, III and JOHN B. JACKSON, <br> Plaintiffs | * * * * * * * | CIVIL ACTION NO. 05-4425 <br><br> JUDGE FALLON <br><br> MAGISTRATE KNOWLES |
| VERSUS | * * | |
| MERCK & CO., INC., MEDCO HEALTH SOLUTIONS, INC., AND PFIZER, INC., <br> Defendants | * * * | |

* * * * * * * * * * * * * * * * * * * *

### DEFENDANT PFIZER INC.'S
### CORPORATE DISCLOSURE STATEMENT

PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure Statement, and states:

1.  Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

           Respectfully submitted,

           IRWIN FRITCHIE URQUHART & MOORE LLC

           _____
           QUENTIN F. URQUHART, JR. (#14475)
           JOHN W. SINNOTT (#23943)
           CAMALA E. CAPODICE (#29117)
           400 Poydras Street, Suite 2700
           New Orleans, LA 70130
           Telephone: (504) 310-2100
           Facsimile: (504) 310-2101
           *Counsel for Defendant, Pfizer Inc.*

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep____
___ Doc. No____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 26th day of January, 2006.