

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY ZITO AND | * | CIVIL ACTION NO. 05-4426 |
| TAMMY ZITO MONK, | * | |
|     Plaintiffs | * | JUDGE FALLON |
| | * | |
| VERSUS | * | MAGISTRATE KNOWLES |
| | * | |
| MERCK & CO., INC. AND | * | |
| PFIZER, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT PFIZER INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure Statement, and states:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
*Counsel for Defendant, Pfizer Inc.*

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No ___

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 26th day of January, 2006.