A CERTIFIED TRUE COPY

JAN 26 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 27 PM 1:20

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-37)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,836 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 26 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

# SCHEDULE CTO-37 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS   1   05-680 | Henry, et al. Coxwell v. Merck & Co., Inc. | 06-0375 |
| **CALIFORNIA CENTRAL** | | |
| CAC   2   05-8273 | Michael Corson v. Merck & Co., Inc., et al. | 06-0376 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE   2   05-2436~~ | ~~Edith Crook v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2437~~ | ~~Alma Zehrung v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2446~~ | ~~Pamela Parker, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2464~~ | ~~John Hoien, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2465~~ | ~~James Lame Bull, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| **FLORIDA MIDDLE** | | |
| FLM   2   05-566 | Beverly Roos v. Merck & Co., Inc., et al. | 06-0377 |
| FLM   2   05-570 | Reinhard Metzger v. Merck & Co., Inc. | 06-0378 |
| FLM   3   05-1146 | Patricia A. Ricketts, et al. v. Merck & Co., Inc. | 06-0379 |
| FLM   3   05-1148 | Cornice Brewton v. Merck & Co., Inc. | 06-0380 |
| FLM   3   05-1149 | Judy A. Kilpatrick, et al. v. Merck & Co., Inc. | 06-0381 |
| FLM   3   05-1150 | Toni Marie Raices, etc. v. Merck & Co., Inc., et al. | 06-0382 |
| FLM   3   05-1151 | Frances Schoenberger v. Merck & Co., Inc. | 06-0383 |
| FLM   3   05-1212 | Walter Nowicki v. Merck & Co., Inc., et al. | 06-0384 |
| FLM   3   05-1213 | Eugene Eastmoore, et al. v. Merck & Co., Inc., et al. | 06-0385 |
| FLM   5   05-482 | Gladys Flores v. Merck & Co., Inc., et al. | 06-0386 |
| FLM   8   05-1957 | Sarah Caldwell, etc. v. Merck & Co., Inc. | 06-0387 |
| FLM   8   05-2167 | Hazel L. McDade v. Merck & Co., Inc., et al. | 06-0388 |
| FLM   8   05-2168 | Jacqueline M. Thibodeau v. Merck & Co., Inc. | 06-0389 |
| FLM   8   05-2182 | Barbara Swetekos v. Merck & Co., Inc., et al. | 06-0390 |
| FLM   8   05-2183 | Carole Cochrane, et al. v. Merck & Co., Inc. | 06-0391 |
| FLM   8   05-2184 | Jo Richardson v. Merck & Co., Inc. | 06-0392 |
| FLM   8   05-2185 | Glenda Basham, etc. v. Merck & Co., Inc. | 06-0393 |
| FLM   8   05-2186 | Allen Townsend, et al. v. Merck & Co., Inc. | 06-0394 |
| FLM   8   05-2187 | Myriam Gorra, etc. v. Merck & Co., Inc. | 06-0395 |
| FLM   8   05-2189 | Shirley Threadgill, etc. v. Merck & Co., Inc. | 06-0396 |
| FLM   8   05-2211 | Faye Martell, et al. v. Merck & Co., Inc. | 06-0397 |
| FLM   8   05-2212 | Penelope Anderson, et al. v. Merck & Co., Inc. | 06-0398 |
| FLM   8   05-2228 | Carol B. Graves, etc. v. Merck & Co., Inc. | 06-0399 |
| FLM   8   05-2233 | Ronald Ledford v. Merck & Co., Inc., et al. | 06-0400 |
| FLM   8   05-2249 | James Olig v. Merck & Co., Inc., et al. | 06-0401 |
| **FLORIDA NORTHERN** | | |
| FLN   4   05-457 | Edward L. Weirick v. Merck & Co., Inc., et al. | 06-0402 |
| **FLORIDA SOUTHERN** | | |
| FLS   0   05-61755 | Martha Lyons, et al. v. Merck & Co., Inc. | 06-0403 |
| FLS   0   05-61834 | Madeline Riehl v. Merck & Co., Inc. | 06-0404 |
| FLS   0   05-61835 | Louis Berardi v. Merck & Co., Inc. | 06-0405 |
| FLS   0   05-61836 | Etta Bucknor v. Merck & Co., Inc. | 06-0406 |
| FLS   1   05-23107 | Ella Cline v. Merck & Co., Inc. | 06-0407 |

SCHEDULE CTO-37 TAG-ALONG ACTIONS  (MDL-1657)                          PAGE 2 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN  1  05-3009 | Imogene Burse, et al. v. Merck & Co., Inc. | 06-0408 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-6772 | Larry K. Broyles v. Merck & Co., Inc. | 06-0409 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  05-790 | Ingeborg Sass, et al. v. Merck & Co., Inc., et al. | 06-0410 |
| ~~ILS  3  05-822~~ | ~~Gloria Jackson, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS  3  05-841~~ | ~~Barbara Allen, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS  3  05-842~~ | ~~Dottie Ricker, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS  3  05-865~~ | ~~Barbara Beyer v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS  3  05-866~~ | ~~Dolores Coulter v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| **KANSAS** | | |
| KS  2  05-2501 | Becky S. Hamilton, et al. v. Merck & Co., Inc. | 06-0411 |
| KS  2  05-2502 | Donna Andrews, et al. v. Merck & Co., Inc. | 06-0412 |
| **KENTUCKY EASTERN** | | |
| KYE  3  05-67 | Marian L. Gordon v. Merck & Co., Inc. | 06-0413 |
| **KENTUCKY WESTERN** | | |
| ~~KYW  1  05-200~~ | ~~Thelma Jean Phillips, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~KYW  3  05-633~~ | ~~Carey L. Mynhier, et al. v. Merck & Co., Inc.~~ Opposed 1/25/06 | |
| ~~KYW  3  05-651~~ | ~~James A. Daniels et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~KYW  3  05-664~~ | ~~Sue R. Gardner, etc. v. Merck & Co., Inc.~~ Opposed 1/25/06 | |
| ~~KYW  3  05-731~~ | ~~Ellen Rittenhouse, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| **LOUISIANA MIDDLE** | | |
| LAM  3  05-1344 | Christopher Paul Veatch, et al. v. Merck & Co., Inc. | 06-0414 |
| LAM  3  05-1387 | Randall Miller v. Merck & Co., Inc. | 06-0415 |
| **MARYLAND** | | |
| MD  1  05-3228 | Shirley Foehrkolb, et al. v. Merck & Co., Inc. | 06-0416 |
| MD  1  05-3229 | Janet Beyers v. Merck & Co., Inc. | 06-0417 |
| MD  1  05-3323 | Lucille Schiling v. Merck & Co., Inc. | 06-0418 |
| MD  8  05-3154 | Debra Boyer, etc. v. Merck & Co., Inc. | 06-0419 |
| **MISSOURI WESTERN** | | |
| MOW 4  05-1212 | James Scarlett, et al. v. Merck & Co., Inc., et al. | 06-0420 |
| MOW 4  05-1213 | Ronald E. Lumb, et al. v. Merck & Co., Inc., et al. | 06-0421 |
| MOW 4  05-1214 | Gary Lee Pittman, et al. v. Merck & Co., Inc. | 06-0422 |
| MOW 4  05-1231 | Dennis R. Barnes v. Merck & Co., Inc. | 06-0423 |
| ~~MOW 4  05-1232~~ | ~~James Warner v. Merck & Co., Inc.~~ Opposed 1/25/06 | |
| MOW 4  05-1233 | Roger Cooper v. Merck & Co., Inc. | 06-0424 |
| **NEW YORK EASTERN** | | |
| NYE  1  05-5608 | Howard Simmons, et al. v. Merck & Co., Inc. | 06-0425 |
| NYE  1  05-5617 | Ninel Gurevich v. Merck & Co., Inc. | 06-0426 |
| NYE  1  05-5727 | Doreen Anderson v. Merck & Co., Inc. | 06-0427 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  05-10105 | Ruby Young, etc. v. Merck & Co., Inc. | 06-0428 |
| NYS  1  05-10215 | Maria De Luca v. Merck & Co,. Inc. | 06-0429 |

DIST. DIV. C.A. #                         CASE CAPTION

NEW YORK WESTERN

~~NYW 6 05-6621~~          ~~James W. Reid, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6623~~          ~~Peter Boiano, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6624~~          ~~Mattie Hunt, et al., v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6625~~          ~~Walter Brewer, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6626~~          ~~John Monte, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6627~~          ~~Armeda Bamford, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6628~~          ~~Shirley Hyche, et. al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6629~~          ~~Delanese Anderson, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6630~~          ~~Joseph Avolio, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6631~~          ~~Pastoria Bailey, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6632~~          ~~Michael Astrella, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6633~~          ~~Charles Bagley, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6634~~          ~~Lester E. Arnold, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6636~~          ~~Eusebio Aponte, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6637~~          ~~Marilyn J. Chase, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6638~~          ~~Sophie Bissel, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6640~~          ~~Catherine Flint, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6641~~          ~~Leon Greck, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6642~~          ~~Gerard L. Cook, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6643~~          ~~George Longley, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6644~~          ~~James J. Quadd, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6647~~          ~~Joseph Benedict, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6648~~          ~~Luise Bernard, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6649~~          ~~Betty Brown, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6650~~          ~~Marie Brown, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6651~~          ~~Mary Cannon, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6652~~          ~~Marilyn Chase, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6653~~          ~~Jeanette Connors, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6654~~          ~~Wanda Bickel, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6656~~          ~~Marcella Kordasiewicz, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6657~~          ~~Paul Anderson, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6658~~          ~~Angelo Disalvo, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6659~~          ~~Lucille Harris, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6660~~          ~~Marian Corey, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6661~~          ~~Anna Daluiso, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6662~~          ~~Jerome Anthon, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6663~~          ~~Kenneth S. Critten, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6664~~          ~~Sweetie Davis, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6665~~          ~~Mary Ellen Weitzsacker, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6666~~          ~~Raymond Barbato, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6667~~          ~~Isabelle C. Bryant, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6668~~          ~~William Robinson, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6669~~          ~~Gary T. Bielak, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6670~~          ~~James J. Donohue, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6671~~          ~~Cindy Czekalski, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6672~~          ~~Jennie D'Amore, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6673~~          ~~Catherine Davis, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6676~~          ~~Syrrita Blackmon, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6677~~          ~~Elton Wilson, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6678~~          ~~William Clark, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6679~~          ~~Concetta Arena, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6680~~          ~~George Cipressi, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06
~~NYW 6 05-6681~~          ~~Ronald Gallipeau, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06

SCHEDULE CTO-37 TAG-ALONG ACTIONS (MDL-1657)　　　　　　　　　　　　　　PAGE 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 05-2585 | Nadia Farraj, etc. v. Merck & Co., Inc. | 06-0430 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 05-482 | Ivey Garner, etc. v. Merck & Co,. Inc. | 06-0431 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1377 | George Davis Riggs, Sr. v. Merck & Co., Inc., et al. | 06-0432 |
| OKW 5 05-1378 | MaryThompson, et al. v. Merck & Co., Inc. | 06-0433 |
| OKW 5 05-1406 | Wilma F. Mathews, etc. v. Merck & Co., Inc. | 06-0434 |
| OKW 5 05-1430 | Angie Oden, etc. v. Merck & Co., Inc. | 06-0435 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-6072 | John R. Bower, M.D., et al. v. Merck & Co., Inc. | 06-0436 |
| PAE 2 05-6202 | Kevin Kelaher, etc. v. Merck & Co., Inc., et al. | 06-0437 |
| PAE 2 05-6206 | Linda Tiller v. Merck & Co., Inc. | 06-0438 |
| PAE 2 05-6225 | David J. Simakaski, et al. v. Merck & Co., Inc., et al. | 06-0439 |
| PAE 2 05-6314 | Jimmie Munn, et al. v. Merck & Co., Inc., et al. | 06-0440 |
| PAE 2 05-6335 | David E. Beeman, et al. v. Merck & Co., Inc., et al. | 06-0441 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 05-1682 | Andrew J. Fabian, et al., v. Merck & Co., Inc. | 06-0442 |
| **PUERTO RICO** | | |
| ~~PR 3 05-2055~~ | ~~Iraida Badillo-Morales, et al. v. Merck & Co., Inc.~~ Vacated 1/25/06 | |
| **TENNESSEE MIDDLE** | | |
| TNM 1 05-89 | Mike H. Cole v. Merck & Co., Inc., et al. | 06-0443 |
| TNM 3 05-936 | Oronde Davis v. Merck & Co., Inc. | 06-0444 |
| ~~TNM 3 05-1006~~ | ~~Ruth Faulkner, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| TNM 3 05-1019 | Cleveland Moreland v. Merck & Co., Inc., et al. | 06-0445 |
| TNM 3 05-1020 | Naomi Eads v. Merck & Co., Inc., et al. | 06-0446 |
| TNM 3 05-1022 | Hazel Henderson v. Merck & Co., Inc., et al. | 06-0447 |
| TNM 3 05-1023 | Lonetta Malone v. Merck & Co., Inc., et al. | 06-0448 |
| TNM 3 05-1024 | George R. Jones v. Merck & Co., Inc., et al. | 06-0449 |
| TNM 3 05-1025 | Annette Ransom v. Merck & Co., Inc., et al. | 06-0450 |
| TNM 3 05-1026 | Desinda Malone v. Merck & Co., Inc., et al. | 06-0451 |
| TNM 3 05-1028 | Bobby Dennis v. Merck & Co., Inc., et al. | 06-0452 |
| **TENNESSEE WESTERN** | | |
| TNW 2 05-2794 | Estella Howard, etc. v. Merck & Co., Inc., et al. | 06-0453 |
| **TEXAS EASTERN** | | |
| TXE 1 05-800 | Lanny Myers v. Merck & Co., Inc. | 06-0454 |
| TXE 1 05-801 | Charles L. Branch v. Merck & Co., Inc. | 06-0455 |
| TXE 2 05-537 | Frank Wynn, et al. v. Merck & Co., Inc. | 06-0456 |
| TXE 5 05-214 | Carol Lee Foster v. Merck & Co., Inc. | 06-0457 |
| **TEXAS SOUTHERN** | | |
| TXS 4 05-4085 | Emma Fleenor v. Merck & Co., Inc. | 06-0458 |
| TXS 4 05-4087 | Mary Ann Sanders v. Merck & Co., Inc. | 06-0459 |
| TXS 4 05-4125 | Joan Nowak Janosky, et al. v. Merck & Co., Inc. | 06-0460 |

SCHEDULE CTO-37 TAG-ALONG ACTIONS  (MDL-1657)                                          PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **TEXAS WESTERN** | | |
| TXW  1  05-505 | Ronald Vigil v. Merck & Co., Inc. | 06-0461 |
| TXW  1  05-506 | Phyllis Wilson v. Merck & Co., Inc. | 06-0462 |
| TXW  1  05-980 | Julio Villarreal, Jr. v. Merck & Co., Inc. | 06-0463 |
| TXW  5  05-1187 | Christine Rodriguez v. Merck & Co., Inc. | 06-0464 |
| **UTAH** | | |
| UT   2  05-972 | Yvonne Petty, etc. v. Merck & Co., Inc. | 06-0465 |
| **VIRGINIA EASTERN** | | |
| VAE  3  05-830 | Lindsey C. Lockett, Jr. v. Merck & Co., Inc., et al. | 06-0466 |
| VAE  3  05-831 | Sherill J. Jackson v. Merck & Co., Inc., et al. | 06-0467 |
| **WASHINGTON EASTERN** | | |
| WAE  2  05-373 | Michael Hensz, et al. v. Merck & Co., Inc. | 06-0468 |
| WAE  2  05-374 | Richard McKiernan v. Merck & Co., Inc. | 06-0469 |
| **WASHINGTON WESTERN** | | |
| WAW  3  05-5763 | Charlotte Bateman, et al. v. Merck & Co., Inc. | 06-0470 |

# INVOLVED COUNSEL LIST (CTO-37)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Verbena Maxine Askew
Mceachin Law Firm
70 W. Mercury Blvd.
Suite 201
Hampton, VA 23669

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Alan H. Bell
2022 Swift
Suite 202
North Kansas City, MO 64116

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittmann, LLC
263 Third Street
5th Floor
New Orleans, LA 70801

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

E. Ed Bonzie
Chandler & Bonzie
8201 South Walker Avenue
Suite C
Oklahoma City, OK 73139-9401

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Donald K. Brown, Jr.
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate
Suite 650
Toledo, OH 43604

Derek K. Burch
Burch & George
1500 City Place Building
204 North Robinson
Oklahoma City, OK 73102

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd.
Suite 1300
St. Louis, MO 63117

Jorge Carazo-Quetglas
Carazo-Quetglas Law Firm
Centro Internacional de Mercadeo
Road 165, Suite 502
Tower I
Guaynabo, PR 00970

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

John A. Combs
Frost, Brown & Todd, L.L.C.
250 West Main Street
Suite 2700
Lexington, KY 40507-1742

S. Tessie Corbin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Thomas A. Countryman
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

William M. Cunningham, Jr.
Burns, Cunningham, Mackey & Fillingim
P.O. Box 1583
Mobile, AL 36633-1583

Joseph P. Danis
Carey & Danis, Llc
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street
Suite 2100
Nashville, TN 37219

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

K. DuBose Dubose
Matthews, Eastmoore, Hardy,
Crauwels & Garcia, P.A
P.O. Box 49377
1777 Main Street
Suite 500
Sarasota, FL 34230-6377

Brady S. Edwards
Edwards Burns & Krider LLP
1000 Louisiana
Suite 1300
Houston, TX 77002

Mark L. Edwards
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502

Tony W. Edwards
Stipe, Harper, Laizure, Uselton,
Edwards & Belote
P.O. Box 1369
McAlester, OK 74502

Eddie Easa Farah
Farah, Farah & Abbott
10 West Adams Street
Jacksonville, FL 32202

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib,
PA
520 West Hallandale Beach Blvd.
Hallandale, FL 33009-5307

James Kelly Francis
Michael P. Ring & Associates
1234 Santa Barbara Street
Santa Barbara, CA 93101

E. Ben Franks
Law Offices of E. Ben Franks
8 Woodmont Crossing
Texarkana, TX 75503

Millard Lane Fretland
Conroy, Simberg, Ganon, Krevans
& Abel
125 W. Romana Street
Suite 150
Pensacola, FL 32502

Brenda S. Fulmer
Alley, Clark, Grelwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Lawrence F. Gepford, Jr.
Gepford Law Group, LC
9200 Ward Parkway
Suite 550
Kansas City, MO 64114

Luvell L. Glanton
915 Jefferson Street
Nashville, TN 37208

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

William H. Gussman, Jr.
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022

William Michael Hamilton
Provost Umphrey
2002 Richard Jones Road
Suite 103-C
Nashville, TN 37215

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

C. Clark Hodgson, Jr.
Stradley, Ronon, Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103-7098

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101

Alissa Sofia Holt
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670

Theodore J. Holt
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670

David H. Johnson
Law Offices of David H. Johnson
1209 Penntower Office Center
3100 Broadway
Kansas City, MO 64111

Jonathan Wesley Johnson
Johnson & Benjamin
730 Peachtree Street, NE
Suite 750
Atlanta, GA 30308

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

John A. Kenney
McAfee & Taft
Two Leadership Square
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102-7101

Rodney A. Klein
Rodney A. Klein Law Offices
2300 Bell Executive Lane
Sacramento, CA 95825

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Ronald T. Levinson
Levinson & Collins, P.C.
998 Old Country Road, Suite 4
Plainview, NY 11803

Chris M. Limberopoulos
Limberopoulos & Steingold
400 N. Ashley Drive, Suite 2150
Tampa, FL 33602

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Melanie S. Marrs
Lynn, Fulkerson, Nichols
& Kinkel, PLLC
267 West Short Street
Lexington, KY 40507

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Aston Donald McEachin
McEachin Law Firm
5905 West Broad Street, Suite 100
Richmond, VA 23230

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Mike C. Miller
201 W Houston
Marshall, TX 75670

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles R. Mindlin
Fenstersheib & Fox
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Russell B. Morgan
Boult, Cummings, Conners & Berry
1600 Division Street, Suite 700
Nashville, TN 37203-0025

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Michael Francis O'Connor
O'Connor & Assoc.
P.O. Box 592
Bryan, TX 77805

Neal L. O'Toole
Lillie, O'Toole & Brown, LLP
310 E. Main Street
P.O. Box 50
Bartow, FL 33830

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Scott Ozmun
Whitehurst, Harkness, Ozmun & Brees
Westgate Building
1122 Colorado Street, Suite 2400
P.O. Box 1802
Austin, TX 78767

Leonard R. Parks
Law Offices of Leonard R. Parks
& Assoc.
1301 S. Broad Street, Suite 200
Philadelphia, PA 19147

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

David M. Peterson
Peterson & Associates
801 West 47th Street
The Park Plaza Building
Suite 107
Kansas City, MO 64112

Lewis Franklin Powell, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 South Fourth Street, Suite 800
Louisville, KY 40202

Brian S. Riepen
Law Offices of Brian S. Riepen
4403 North Central Expressway
Suite 270
Dallas, TX 75205

Kevin A. Rieth
Kevin A. Rieth, Attorney At Law
5700 Florida Blvd., Suite 600
Baton Rouge, LA 70806

Kevin M. Sadler
Baker Botts LLP
1600 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Joseph H. Saunders
Saunders & Walker, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637

T. Evan Schaffer
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Michael J. Seymour
Feczko & Seymour
520 Grant Building
Pittsburgh, PA 15219-2201

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Eileen B. Smith
Waller Lansden Dortch & Davis
Nashville City Center
511 Union Street, Suite 2100
Nashville, TN 37219

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Christopher V. Tisi
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, DC 20036

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

R. Scott Vincent
Leitner, Williams, Dooley
& Napolitan, PLLC
254 Court Avenue, Second Floor
Memphis, TN 38103

Jerome A. Vinkler
Vinkler Law Offices, Ltd.
907 N. Elm Street, Suite 203
Hinsdale, IL 60521

Geroge T. Waddoups
Robert J. Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Edward J. Walters, Jr.
Moore, Walters & Thompson
6513 Perkins Road
Baton Rouge, LA 70808-4259

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Benjamin C. Wilson
Rushton, Stakely, Johnston
& Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Donald A. Windham, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
263 Third Street, 5th Floor
Baton Rouge, LA 70801

Alexander W. Wright
Wayne Wright, LLP
5707 IH-10 West, Suite 101
San Antonio, TX 78201

James L. Wright
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave.
Austin, TX 78701

M. Blake Yaffe
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189

Matthew J. Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Ctr.
717 W. Sprague Ave.
Spokane, WA 99201-0466

Gary A. Zucker
Zucker & Ballen
16 Court Street, Suite 3100
Brooklyn, NY 11241

# INVOLVED JUDGES LIST (CTO-37)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Raymond L. Acosta
Senior U.S. District Judge
348 Jose V. Toledo Federal Building
& U.S. Courthouse
300 Recinto Sur Street
San Juan, PR 00901

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Franklin D. Burgess
Senior U.S. District Judge
3124 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street, Suite 13-200
Sacramento, CA 95814

Hon. Charles R. Butler, Jr.
Senior U.S. District Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
U.S. Courthouse, Room A-820
801 Broadway
Nashville, TN 37203-3816

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Fed. Bldg.
U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
3-160 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. W. Royal Furgeson, Jr.
U.S. District Judge
John H. Wood Courthouse
655 E. Durango Blvd.
San Antonio, TX 78206

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Marvin J. Garbis
Senior U.S. District Judge
5C Edward A. Garmatz Federal Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Sarah W. Hays
U.S. Magistrate Judge
6672 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Fed. Bldg. &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Henry E. Hudson
U.S. District Judge
U.S. District Court
112 Lewis F. Powell, Jr.
U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 8th Floor
Miami, FL 33128

~~Hon. Lawrence K. Karlton~~
~~Senior U.S. District Judge~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814~~

Hon. Robert F. Kelly
Senior U.S. District Judge
11613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1765

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Ave., 17th Floor
Tampa, FL 33602

~~Hon. David G. Larimer~~
~~U.S. District Judge~~
~~250 Kenneth B. Keating Fed. Bldg.~~
~~100 State Street~~
~~Rochester, NY 14614-1324~~

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
3D Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. David F. Levi~~
~~Chief Judge, U.S. District Court~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

~~Hon. Joseph H. McKinley, Jr.~~
~~U.S. District Judge~~
~~206 Federal Building~~
~~423 Frederica Street~~
~~Owensboro, KY 42301~~

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Stephan P. Mickle
U.S. District Judge
Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. James S. Moody, Jr.
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~Melvin Price Fed. Bldg. & U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201-2954~~

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Robert E. Payne
U.S. District Judge
Lewis F. Powell, Jr.
United States Courthouse
1000 East Main Street
Richmond, VA 23219-3525

~~Hon. Mariana R. Pfaelzer~~
~~Senior U.S. District Judge~~
~~U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Hon. Justin L. Quackenbush
Senior U.S. District Judge
P.O. Box 1432
Spokane, WA 99210

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

~~Hon. Thomas B. Russell~~
~~U.S. District Judge~~
~~307 Federal Building~~
~~501 Broadway Street~~
~~Paducah, KY 42001~~

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street, Suite 11-150
Jacksonville, FL 32202

Hon. Arthur J. Schwab
U.S. District Judge
916 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

~~Hon. Charles R. Simpson, III~~
~~Chief Judge, U.S. District Court~~
~~247 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Aleta A. Trauger
U.S. District Judge
825 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402

Hon. Robert H. Whaley
Chief Judge, U.S. District Court
U.S. Courthouse
P.O. Box 283
Spokane, WA 99210-0283

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Alexander Williams, Jr.
U.S. District Judge
445A United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3813

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street, Suite 200
Austin, TX 78701

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

# INVOLVED CLERKS LIST (CTO-37)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

Elizabeth Paret, Clerk
307 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Felicia C. Cannon, Clerk
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Felicia C. Cannon, Clerk
U.S. Courthouse
6500 Cherrywood Lane, 2nd Floor
Greenbelt, MD 20770-1285

~~Frances Rios de Moran, Clerk~~
~~150 Federico Degetau Federal Building~~
~~150 Carlos Chardon Avenue~~
~~Hato Rey, PR 00918-1767~~

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Jack L. Wagner, Clerk~~
~~4-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

~~Jeffrey A. Apperson, Clerk~~
~~120 Federal Building~~
~~241 East Main Street~~
~~Bowling Green, KY 42101~~

~~Jeffrey A. Apperson, Clerk~~
~~106 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Leslie G. Whitmer, Clerk
313 John C. Watts Federal Building
330 West Broadway
Frankfort, KY 40601

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

~~Rodney C. Early, Clerk~~
~~2120 Kenneth B. Keating Federal Building~~
~~100 State Street~~
~~Rochester, NY 14614-1368~~

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
Tallahassee, FL 32301-7795

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

January 26, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-37)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 10, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:      Judge Eldon E. Fallon
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A