**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 27  P 2: 56

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION**, | |
| **McGhee et al v. Merck & Co., Inc. et al** | MDL No. 1657 |
| Plaintiffs, | No. 2:05-cv-02573-EEF-DEK |
| v. | |
| **Merck & Co. Inc., et al.,** | |
| Defendants. | |

### PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER 18B SO THAT PLAINTIFFS DO NOT HAVE TO FILE AND SERVE ON DEFENDANTS MEDICAL RECORDS VIA LEXIS-NEXIS FILE AND SERVE

COME NOW Plaintiffs and moved to modify Pretrial Order 18B so that plaintiffs do not have serve medical records via LEXIS-NEXIS file and serve on defendants based on practical considerations as there is a far simpler way to provide a PDF copy of medical records to defendants that will avoid unnecessary cost and staff work. In support thereof, plaintiffs state:

1. Pretrial order 18(B), paragraph 5 provides: "plaintiff shall serve the DLC with PPF responses, signed and dated authorizations, **and responsive documents** ... and by serving electronic copy via LEXIS-NEXIS file and serve on

484963 / 004128                    -1-

Fee_____
Process_____
X/Dktd_____
CtRmDep_____
Doc. No._____

Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Philip A. Wittman at Stone Pigman Walter Whitman L.L.C., Aretha Delight Davis at Dechert LLP, and firms representing any other defendants in that case within the time periods set forth herein."

2.     The undersigned counsel represents over 2000 plaintiffs, some of whom have well over a 1000 medical records, because of the hospitalizations and medical care that their cardiovascular injuries have necessitated.

3.     Because of the limitations of LEXIS-NEXIS file and serve, a plaintiff can only upload medical records that have been pdf-ed in 4 MB parts. Depending on the copy machine used and the contents of the copies this can range from anywhere from 20-to-75 pages . Accordingly, the undersigned counsel has to retain a copy service that will break down the medical records to 4 MB parts. This is an onerous process involving increased staff and cost to break down the medical records so that they can be filed and served on LEXIS-NEXIS.

4.     Additionally, LEXIS-NEXIS provides a service where they will upload the medical records in 9 MB parts, but they will charge 100-dollars-an-hour for this service.

5.     After the copy company has completed breaking down the medical records to 4 MB parts, the support staff of plaintiffs' counsel will then have to individually upload each individual part. This is a time-consuming process because each 4 MB part is a large document that takes time to upload.

5.   Plaintiffs state that to file and serve medical records via LEXIS-NEXIS

is an onerous process that involves unnecessary cost and staff work.

6. Plaintiffs believe that it would be far simpler to PDF and burn to a CD a copy of plaintiffs' medical records and serve a copy of the burned CD on the required defendants.

WHEREFORE, plaintiffs pray for an Order to modify Pretrial Order 18B so that plaintiffs do not have to file and serve medical records via LEXIS-NEXIS file and serve on defendants; rather plaintiffs would serve a CD with a PDF copy of a plaintiff's medical records on the defendants identified in Pretrial Order 18B and for such other and further relief which may in the premises be just and proper.

Respectfully submitted,

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe
Francis J. ("Casey") Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served on January 24, 2006 electronically on all defendants to be electronically noticed on LEXIS-NEXIS file and serve and as well via first-class mail on the individuals identified below:

Philip A. Whitman
Stone, Pigman, Walther, Whitman LLC
546 Carondelet St.
New Orleans, LA 70130-3588

John N. Poulos
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004
212-837-6000

     Attorneys for Merck & Co., Inc.

Russ M. Herman
Herman, Herman, Katz, Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION,** | |
| **McGhee et al v. Merck & Co., Inc. et al** | MDL No. 1657 |
| Plaintiffs, | No. 2:05-cv-02573-EEF-DEK |
| v. | |
| **Merck & Co. Inc., et al.,** | |
| Defendants. | |

### NOTICE OF HEARING

Please take notice that plaintiffs will call up for hearing Plaintiffs' Motion to Modify Pretrial Order 18B so that Plaintiffs do not have to File and Serve on Defendant's Medical Records via Lexis-Nexis File and Serve on February 15, 2006 at 9:00 a.m. or as soon thereafter as counsel may be heard.

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe
Francis J. ("Casey") Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400

481972/004128

Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on January 27, 2006 electronically on all defendants to be electronically noticed on LEXIS-NEXIS file and serve and as well via first-class mail on the individuals identified below:

Philip A. Whitman
Stone, Pigman, Walther, Whitman LLC
546 Carondelet St.
New Orleans, LA 70130-3588

John N. Poulos
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
212-837-6000

    Attorneys for Merck & Co., Inc.

Russ M. Herman
Herman, Herman, Katz, Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

481972 / 004128