

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK & CO., INC.'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR DR. CAROLYN CANNUSCIO

In her proposed deposition designations for use at the upcoming *Plunkett II* trial, Plaintiff

has designated portions of the October 8, 2004 deposition of Dr. Carolyn Cannuscio ("Plaintiff's

designations"). As set forth in Merck's attached objections, Plaintiff's designations are

objectionable on numerous grounds. However, Merck would like to focus the Court's attention

to several overarching concerns when ruling on the objections.

## Background

Dr. Carolyn Cannuscio was one of several Merck epidemiologists involved with Vioxx. Of note, Dr. Cannuscio was involved in the design and conduct of an epidemiology study subsequently published in May 2004 – while she was out on maternity leave – by Dr. Daniel Solomon and others ("Solomon study"). Due to disagreements between Merck and Dr. Solomon regarding the final manuscript, Dr. Cannuscio's name did not appear on the author list in the Solomon study publication.

## Overarching Issues for the Court to Consider in Ruling on Merck's Objections

First, the Court should strike Plaintiff's designations in their entirety pursuant to Federal Rules of Evidence 401, 402, and 403 because the designations are (1) irrelevant to the matters at issue in this trial, (2) cumulative of testimony that Plaintiff has either designated from other depositions or can elicit from Merck's live company witnesses at trial, and (3) any probative value is substantially outweighed by the danger of unfair prejudice.

Much of Plaintiff's designated testimony is irrelevant. For example, Plaintiff has designated passages of testimony regarding the association of Vioxx with medical conditions that both parties agree Mr. Irvin did not suffer from, such as edema, hypertension, and congestive heart failure. In addition, almost all of the designated testimony concerns events dated long after Mr. Irvin's death. Furthermore, many of Plaintiff's designations, including testimony regarding the results of the VIGOR study, are cumulative of testimony that Plaintiff has designated from other depositions. The designations are also cumulative of testimony that Plaintiff can – and based on the *Plunkett I* trial, will – elicit from Merck's live company witnesses at trial. Such testimony includes the results of various Vioxx studies conducted by Merck and/or others, as well as testimony regarding the contents of the September 2001 Warning Letter. This is

particularly problematic here, where Plaintiff has designated over 20 total hours of deposition testimony and the Court has requested that each party limit its case to one week. Lastly, any probative value of Plaintiff's designated testimony is substantially outweighed by the danger of unfair prejudice. This would include the unrelated medical conditions noted above and the removal of Dr. Cannuscio's name from the Solomon study author list. The relevance, if any, of the Solomon study lies in its results, not whose names appeared on the author list. But the danger of unfair prejudice from Plaintiff's designated testimony on this topic is great.

Second, to the extent the Court does not strike Plaintiff's designations in their entirety for the reasons stated above, the Court should strike the designated testimony concerning events and documents about which Dr. Cannuscio has no personal knowledge, pursuant to Federal Rule of Evidence 602. As evidenced by Dr. Cannuscio's answers, she has no personal knowledge of many of the topics covered by Plaintiff's designations, either because she had never seen the particular document before, was never involved in the particular issue, or was out on maternity leave at the time.

* * *

For the foregoing reasons, Merck respectfully requests that the Court strike Plaintiff's designations substantially or in their entirety.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

3

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:     202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co., Inc.'s Objections to Plaintiff's

Deposition Designations for Dr. Carolyn Cannuscio has been served on Liaison Counsel Russ

Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon Plaintiff's counsel Andy

Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis

File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of January,

2006.

— = Δ objections

cannuscio.txt
Annotations Report [Vioxx]

OBJECT TO DEP.
TESTIMONY IN ITS
ENTIRETY ON 401, 402,
403 GROUNDS

[9:9] - [9:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 9
9        Q.   Dr. Cannuscio, will you
10  state your name, please?
11       A.   Carolyn Christa Cannuscio.
```

[13:14] - [13:23] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

Plaintiff's response

```
page 13
14       Q.   You're currently employed by
15  Merck?
16       A.   I am.
17       Q.   And what's the position you
18  hold today?
19       A.   I'm a senior epidemiologist.
20  And I'm currently working only one day a
21  week as I'm -- I've actually begun a new
22  job outside of Merck, and I'm -- I'm
23  completing some of my tasks at Merck.
```

[14:7] - [14:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 14
7        Q.   When did your status as a
8   full-time employee of Merck change?
9        A.   Well, while I was pregnant
10  last summer, so a year ago, not just this
11  past summer, I went down to part time
12  status.  And then I went on maternity
13  leave at the end of January.  My baby was
14  born on January 31st.  So I was then on
15  maternity leave for about seven months
16  and then returned just after Labor Day.
```

Response: Dr. Cannuscio
is the senior Merck
epidemiologist for Vioxx.
What she and Merck
knew about risks, as
expressed in the science,
is directly relevant in
this case.

[14:22] - [15:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 14
22       Q.   How many senior
23  epidemiologists were working on
24  Vioxx-related projects at that time?
page 15
1        A.   How many senior
2   epidemiologists?
3        Q.   Yes.
```

cannuscio.txt
```
 4        A.    I was the -- I was the
 5  primary one.  And I may have been --
 6  there may have been others.  But I
 7  didn't -- I didn't interact with any
 8  other senior epidemiologists on a regular
 9  basis regarding vioxx.  There may be
10  other people who handle specific tasks.
11  I'm not sure.
```

[60:22] - [61:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 60
22        Q.    As a result of the excess
23  MIs in the VIGOR study, there was a very
24  real question at Merck as to whether or
page 61
 1  not it was their drug that caused the
 2  deaths.  Right?
```

6††, 602, 403;

[61:6] - [62:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 61
 6             THE WITNESS:  First of all,
 7  I cannot remember -- I cannot
 8  remember if in the VIGOR study the
 9  outcome was deaths from MI or if
10  it was nonfatal MIs.  So that --
11  that part I cannot recall about
12  the VIGOR study.  And I can't
13  remember what other elements were
14  in the end point, too.
15             But the question was raised
16  and discussed among scientists,
17  not just at Merck, but in the
18  broader scientific community, too.
19  The broader scientific community
20  was also asking the question, is
21  naproxen cardioprotective; is
22  vioxx associated with increased
23  risk; is there some combination of
24  those two things.  And let's
page 62
 1  invest in trying to get to the
 2  bottom of this.  And that was my
 3  job.  I was -- I was hired and
 4  asked to devote myself to pursuing
 5  that question.
```

Response: The fact the Merck was concerned about possible risks following VIGOR is relevant. Witness testifies to direct, personal knowledge of this fact.

[62:7] - [62:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 62

cannuscio.txt   *No context*

```
7        Q.    And at the same time you
8  were pursuing that question, Vioxx was
9  being promoted and sold.  Correct?
10       A.    Correct.
```

[62:11] - [62:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 62
11       Q.    And do you know how many
12 Vioxx prescriptions, for example, had
13 been filled by the end of the VIGOR
14 study?
15       A.    No, I have no idea.  I have
16 no idea.
```

*401-403,* ▮▮▮▮
*602  Response:*
*Relevant and permissible on*
*cross examination.*

[62:17] - [62:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 62
17       Q.    You don't know how many
18 additional prescriptions were filled
19 after those results but before it was
20 taken off the market, do you?
21       A.    No.  I have no idea.
```

*Asked + answered/611*
*401-403; ▮▮▮▮*
*602*
*↳ Same.*
*    Different time frame*

[76:23] - [77:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 76
23       Q.    Are you familiar with the
24 Kaiser Permanente August 25, 2004 study?
page 77
1        A.    I saw press reports of the
2  Graham study I think you're referring to.
```

*▮▮▮▮; 602*
*801/802*

*Response: It's her job*
*to know this. If she*
*doesn't that fact*
*itself is relevant.*

[77:16] - [77:19] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 77
16       Q.    Do you know that it showed a
17 three times increase in the -- the rate
18 of an acute cardiac event for people on
19 50 milligrams of Vioxx?
```

*803(18)*

[77:24] - [78:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
                                    cannuscio.txt
page 77
24                    THE WITNESS:  I -- I don't
page 78
1          know about the exact results of
2          the Graham study, and I'm not
3          familiar with the design of the
4          study or the population in which
5          it was done.
```

*; 602*
*801/802 ; 401-403*
*Same response*
*as above*

[78:7] - [78:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

*403, 611*

*permissible cross examina-*
*tion.*

```
page 78
7          Q.    Given your involvement with
8    Vioxx and your continued role as a senior
9    epidemiologist, you didn't review even
10   the newspaper information about the
11   Kaiser Permanente study?
```

[78:12] - [78:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 78
12         A.    I -- I briefly read reports
13   of it.  But remember, I was on maternity
14   leave when it came out, and I was also
15   preparing to begin a new job, which I
16   have begun.  And I am taking care of my
17   child, so I was not the person
18   responsible for following it.  In my
19   absence, Dr. Watson was taking care of my
20   responsibilities in the epidemiology
21   department.  And my responsibilities at
22   home in August were -- weren't about
23   epidemiology.  They were about being a
24   mother.
```

[79:1] - [79:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 79
1          Q.    I understand.  Do you
2    understand that the authors in that study
3    concluded that Vioxx increased the risk
4    of acute myocardial infarction and sudden
5    cardiac death at doses greater than
6    25 milligrams?
7          A.    I -- I didn't know about the
8    dose-specific findings from that study.
9    I -- I am not familiar with the specific
10   data or results from that study.  I am
11   just aware of the press reports that
12   there was an observation of increase in
13   relative risk.
                                    Page 4
```

*611; asked + answered;*
*602; 403*
*801/802*

*Same response as*
*above.*
*803 (18)*

cannuscio.txt

[79:14] - [79:23] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 79
14          Q.     Are you familiar with the
15    press reports that said that even at
16    lower doses, vioxx appeared to have a
17    stronger association with heart problems
18    than Celebrex?
19          A.     From the -- from the Graham
20    study?
21          Q.     Yes.
22          A.     No, I'm not familiar with
23    that comparison with celecoxib.
```

*801/802; 602; 611*
*401-403;* ▉

*New study. Same response*
*as above.*

[79:24] - [80:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 79
24          Q.     Have you reviewed the recent
page 80
1    projection based on the Graham study of
2    some 27,785 heart attacks and sudden
3    cardiac deaths that would have been
4    avoided if Celebrex had been used instead
5    of Vioxx?
```

*801/802; 401-403;*
*602; 611;* ▉

*Same   response   as*
*above.*

[80:9] - [80:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 80
9              THE WITNESS:  I haven't read
10         about that projection.
```

[80:12] - [80:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 80
12          Q.     You have not seen those
13    numbers?
14          A.     You just named a
15    27,000-something.  No, I have not heard
16    that number before.
```

*also asked +*
*answered*

[80:17] - [80:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

*Plaintiff will*
*withdraw*

Page 5

```
                                              cannuscio.txt
page 80
17          Q.    At any juncture, when you
18   first arrived at Merck or after any study
19   by Merck or anyone else that reported a
20   health risk with Vioxx, did you take any
21   steps on behalf of Merck to determine how
22   many heart attacks or sudden deaths would
23   have been avoided if patients hadn't been
24   taking Vioxx?


[81:4] - [81:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman


page 81
4          THE WITNESS:  In other
5    words, did I extrapolate from any
6    available studies and make that
7    kind of calculation?


[81:9] - [81:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman


page 81
9          Q.    Yes.
10         A.    I personally did not do
11   that.  I don't know if other people did
12   that.
13         Q.    You didn't see any such
14   calculation at Merck?
15         A.    NO.
16         Q.    You weren't a part of any
17   such discussion?
18         A.    NO.

[81:19] - [82:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman


page 81
19         Q.    At any juncture while you
20   were there, from when you first got there
21   right after VIGOR, you know, to date,
22   were you a part of any discussion
23   following a Merck study or someone else's
24   that showed a safety issue with Vioxx of
page 82
1    projected deaths or serious injuries that
2    could be avoided if people no longer took
3    Vioxx?


[82:6] - [82:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman
                                      Page 6
```

611, ████, 401-403

Plaintiff will withdraw

Asked + answered, (ell, ████, 401-403

Plaintiff will withdraw

```
                                        cannuscio.txt
page 82
6                THE WITNESS:  I think you're
7         asking me if I ever calculated
8         numbers like that or if I ever saw
9         numbers like that calculated?
10 BY MS. LEWIS:
11        Q.    Yes.
12        A.    And the answer is no.
```

Plaintiff will withdraw

[83:20] - [84:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 83
20        Q.     You knew at every juncture
21 that if Vioxx was causing heart attacks,
22 the more people that took it, the more
23 heart attacks you'd see.  Right?
24        A.    If -- if it were known to be
page 84
1 causal, it would follow that -- that
2 there would be elevated risk in -- in
3 people who were taking it.
```

701/402
403
611, 602
Her knowledge of risks is directly relevant in the case. Assessing risk is her job.

[87:9] - [87:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 87
9         Q.     Given the studies you've
10 seen over your four years at Merck,
11 you'll agree that some of the estimated
12 20 million persons who took Vioxx have
13 suffered heart attacks as a result?
```

701/402
403
611
602

[87:17] - [87:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 87
17               THE WITNESS:  Today, using
18         the data available to us now.
```

[87:20] - [87:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 87
20        Q.    Yes.
21        A.    That's probably true.
```

Question directly addresses witness's job at Merck. She's making a judgment based on epidemiology.

[99:23] - [100:8] 7/27/2005 Cannuscio - 10.8.2004

*Plaintiff will withdraw*

cannuscio.txt

Author: Pete Kaufman

*Asked + answered (611)*

page 99
23        Q.    As the senior epidemiologist
24  at Merck, you're familiar with the May
page 100
1   29, 2004 Mamdani study in the Lancet?
2        A.    First of all, I'm not the
3   senior epidemiologist at Merck.  I'm not.
4   I'm --
5        Q.    As a --
6        A.    I'm a junior scientist, and
7   I'm -- the title happens to be senior
8   epidemiologist.


[100:9] - [100:20] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman


page 100
9              So -- and I know that
10  Mamdani did publish a study about --
11  about coxibs, yes.  So I'm not the senior
12  epidemiologist.
13        Q.    I meant to say a senior
14  epidemiologist.  I know you report to
15  Dr. Santanello.
16        A.    And the title -- I report to
17  Dr. Santanello, right.
18        Q.    Okay.  And in that article,
19  he reported a higher risk of congestive
20  heart failure among Vioxx users.

*801/802, 611, 403,*

[100:21] - [101:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman


page 100
21  Correct?
22        A.    Oh, I -- I did not remember
23  that result from the Mamdani study.
24        Q.    You'll agree with me that
page 101
1   congestive heart failure is a serious
2   safety issue?
3        A.    I -- I would agree that
4   cardio -- that -- that congestive heart
5   failure is a serious medical condition.

*403, 701-703;*

[101:6] - [102:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon


page 101
6        Q.    Upon reviewing the study,
7   did you or anyone at Merck undertake to
                                    Page 8

*611 - asked + answered*
*602*
*401-403*

cannuscio.txt

cant.

```
 8   determine how many episodes of congestive
 9   heart failure among Vioxx users would
10   have been prevented had Vioxx not been
11   used?
12        A.    So I think you're asking two
13   questions there.  Was there any effort to
14   investigate congestive heart failure
15   among Vioxx users?  It sounds like that's
16   the first part of your question.  And --
17   and the second part, did anyone
18   extrapolate from those data?  Is that
19   what you're asking?
20        Q.    I think it will get us to
21   the same place, yes.
22        A.    So my understanding is that
23   during any clinical trials, for instance,
24   if someone has a -- what's called a
page 102
 1   serious adverse event, that it would be
 2   tracked, investigated and reported to the
 3   FDA.
 4             So I would assume that that
 5   would hold true for congestive heart
 6   failure, although I personally did not do
 7   research on congestive heart failure.
 8   And with regard to the second part, I'm
 9   not familiar with any projections about
10   congestive heart failure.
```

Plaintiff
will
withdraw

[102:13] - [102:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 102
13        Q.    You know that in May of
14   2004, Circulation published a study by
15   Dr. Daniel Solomon, Dr. Jerry Avorn and
16   others.
```

[102:17] - [102:20] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 102
17        A.    I do.
18        Q.    And that was about four
19   months prior to the recall of Vioxx.
20   Correct?
```

[102:24] - [103:1] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 102
24             THE WITNESS:  Right, about
page 103
 1   four months prior to the recall.
```
                                    Page 9

cannuscio.txt

[103:3] - [103:15] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 103
3         Q.      Do you have any idea of the
4   number of people that took Vioxx between
5   May 2004 and September 30th?
6         A.      I -- again, I'm not familiar
7   with prescription data, so no, I don't
8   know the numbers.
9         Q.      At least initially you were
10  identified as an author on that study.
11  Right?
12        A.      Correct.
13        Q.      And Merck's senior
14  management made a decision to remove you
15  as an author of that study.  Right?
```

401-403; ~~██████~~

602      Proper subject for
         cross examination

[103:19] - [104:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

801/002; 403; 602
~~████~~  801(d)(2)

```
page 103
19              THE WITNESS:  I -- I
20        understand that my supervisor,
21        Dr. Santanello, made a decision
22        that it would be appropriate for
23        me to be removed as an author.
24  BY MS. LEWIS:
page 104
1         Q.      Is she Merck senior
2   management?
3         A.      I don't know what -- who's
4   included in the formal definition of the
5   term.  She's senior to me, certainly.
```

Question does not
involve hearsay.
602? Witness knows she
was removed as an
author by Merck.

[108:3] - [109:20] 7/27/2005 Cannuscio - 10.8.2004

Relevant to rebut claims
that Merck honestly
wanted to investigate risk.

Author: Rachael Raymon

401-403

```
page 108
3         Q.      As of the time you went on
4   maternity leave, you were to be named as
5   an author on the paper?
6         A.      The discussion had come up
7   before that at various points of whether
8   or not I should be included as a
9   co-author.  But I believe that when I
10  went out on maternity leave -- when I
11  went out on maternity leave, I don't
12  think I was thinking about whether or not
13  I was going to be an author on the paper.
14  But I -- but if someone had asked me, I
15  would have probably thought that I would
16  have been an author on the paper at that
```

Same response.

Page 10

cannuscio.txt

```
17  time.
18       Q.    You had done a lot of work?
19       A.    I had done a lot of work.  I
20  had really done a lot of work, yes.
21       Q.    Was your name on the
22  abstract that went to the FDA?
23       A.    I don't know if the author's
24  names were included on the abstract that
page 109
1   went to the FDA, but it was included in
2   the abstract that was presented at the
3   American College of Rheumatology meeting.
4        Q.    And was there a poster
5   involved in that as well?
6        A.    I'm sure there -- well, it
7   might have been a presentation, actually,
8   rather than a poster.
9        Q.    And your name was included
10  in that?
11       A.    I -- I would assume so.  I
12  would hope so.  But I don't --
13            MR. PATRYK:  I caution you
14       not to speculate, Doctor.
15            THE WITNESS:  Yeah.  I
16       haven't seen the front page of
17       that.  But my name was definitely
18       on the abstract.  But -- and
19       that's usually what people use as
20       the reference for these meetings.
```

*Cont.*

[109:22] - [109:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 109
22       Q.    Is it fair to say the
23  decision to remove you as an author was
24  over your objection?
```

[110:4] - [111:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 110
4             THE WITNESS:  I -- I was
5        disappointed in the decision and
6        had hoped to be included as an
7        author on the paper.
8   BY MS. LEWIS:
9        Q.    What were the reasons given
10  to you for removing your name as an
11  author on the paper?
12       A.    It was my understanding that
13  the paper didn't adequately discuss the
14  limitations of the data, for instance.
15       Q.    That was the position of
16  Drs. Watson, Guess and Ms. Lahner?
17       A.    I can't --
18            MR. PATRYK:  Objection to
                                    Page 11
```

401-403 → Same response
802-802   as above
            801 (d)(2)

Line of questioning
does not involve
hearsay.

cannuscio.txt

```
19        the form.
20            THE WITNESS:  I can't speak
21        for all of them, but -- but
22        Dr. Santanello held the view and I
23        think still holds the view that
24        the paper didn't adequate --
page 111
1         adequately discuss or address the
2         limitations of this study.
```

*Cant.*

[111:4] - [111:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

*611*  permissible question for
       cross examination
*401-403* → same response as
           above

```
page 111
4          Q.    The final version of that
5   article that doesn't have your name
6   anywhere, it implies that there's no
7   contribution from any Merck employee in
8   study design, statistical analysis or
9   preparation of the manuscript, doesn't
10  it?
```

[111:14] - [112:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 111
14            THE WITNESS:  Well,
15        ironically, my name is actually in
16        the manuscript in -- in a
17        footnote.  So it actually is on
18        the manuscript.  So there is --
19        there is a mention in there that
20        Merck epidemiologist was involved
21        I don't know if it says that I'm
22        an epidemiologist, but it does say
23        in a footnote Dr. Cannuscio, an
24        employee of Merck.
page 112
1   BY MS. LEWIS:
2          Q.    Did that footnote remain in
3   the published article?
4          A.    It did.
5          Q.    Have you seen the published
6   article?
7          A.    I've seen photocopies of the
8   published article.
```

[112:9] - [112:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 112
9          Q.    who told you that the
10  footnote with your name in it remained on
11  the final published article in
                                     Page 12
```

cannuscio.txt

12  Circulation?

[112:18] - [112:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

*— 401-403 → Same response as above*

```
page 112
18              THE WITNESS:  So I haven't
19      picked up the edition of
20      Circulation, but I've -- I've had
21      either printed PDF files or
22      photocopies.  And in the versions
23      I've seen, at least, my name is in
24      a footnote.
```

[113:15] - [114:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 113
15          Q.     Will you confirm with me in
16   Exhibit 8 that your name is not in the
17   footnote?
18          A.     This sentence that says,
19   "Other than Dr. Cannuscio, an employee of
20   Merck, no authors have direct personal
21   financial relationship with any
22   pharmaceutical company."  And that's on
23   the version in Exhibit 7 where I'm not
24   listed as an author.  So it refers to me
page 114
1    as an author although I'm not listed as
2    an author.  And then in this copy that
3    you've given me, which you said you
4    downloaded --
5          Q.     I downloaded Exhibit 7.
6          A.     And then this one you --
7          Q.     Is the published copy.
8          A.     From the journal itself?
9          Q.     Yes.
10          A.     Okay.  So in that version,
11   the sentence that I just read is no
12   longer there.  But I wasn't aware that
13   that's the way it looks in the magazine,
14   the journal itself.  I've only seen this
15   version prior to right now.
16          Q.     Do you know who from Merck
17   called Circulation to get that footnote
18   out of the article?
```

[114:22] - [115:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 114
22              THE WITNESS:  I -- I didn't
23      know that it was removed.  So no,
                                    Page 13
```

*611, 401-403;*
*assumes facts not in evidence*

*The fact that her name was removed from the article by Merck management is relevant to rebut Merck claims that it warned adequately.*

```
                                        cannuscio.txt      Cant.
24          I didn't know if a Merck person
page 115
1         called Circulation to have it
2         removed or that a Merck person
3         called to have it removed.  I -- I
4         didn't know it was removed.
5    BY MS. LEWIS:
6         Q.     The statement in the final
7    published article that says, "No authors
8    have direct personal financial
9    relationships with any pharmaceutical
10   company" is somewhat misleading, given
11   your role in this work and drafting this
12   article, isn't it?
```

611, 401 - 403

Same response as above

[116:3] - [116:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 116
3         Q.     It's certainly true that at
4    the time you did your work on the Solomon
5    study and worked on authoring the Solomon
6    paper, you had a financial relationship
7    with Merck?
8         A.     Right.  I was an employee of
9    Merck while I was working with Dr.
10   Solomon -- while I was working with him
11   in -- in doing the study.
```

401-403

Same response as above

[124:21] - [124:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 124
21        Q.     And did you participate
22   actively in the study design of the
23   Solomon studies?
24        A.     I did.  I did.  Absolutely.
```

[125:13] - [125:22] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

```
page 125
13        Q.     And you did statistical
14   analysis and you interpreted data, didn't
15   you?
16        A.     I assisted with -- I
17   assisted with the study design, the data
18   analysis, interpretation and reviews of
19   the manuscript.  I -- I participated in
20   all of those things.  There's no question
21   whatsoever about whether or not I
22   participated in those things.
```

Page 14

cannuscio.txt
[125:23] - [126:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon


page 125
23          Q.     There's an acknowledgment on
24  the last page of Exhibit 8 that says, "We
page 126
1  want to thank an epidemiologist who
2  participated actively in the study
3  design, statistical analysis and
4  interpretation of the data, and
5  preparation of the manuscript."
6                  Are you that epidemiologist?
7          A.     I would say you're welcome.
8  That's -- I think that's probably me.


[127:1] - [128:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman


page 127
1          Q.     While you were on maternity
2  leave, did you notice the quote of the
3  JAMA editor, Dr. DeAngelis, about the
4  exclusion of your name from the list of
5  authors?
6          A.     I remember her being quoted,
7  but could you read the quote to me?
8          Q.     If the people up there in
9  the list of authors aren't responsible
10  for everything in the article,
11  something's wrong.  It's completely
12  unethical.
13                  Do you recall that?
14          A.     I remember that.
15          Q.     Do you recall reading that
16  she wondered whether or not Merck was
17  looking for the truth?
18          A.     Can you read me that quote?
19  I -- I remember her being quoted, but I
20  don't remember the words that she used.
21          Q.     Aren't they seeking truth?
22                  Do you recall that?
23          A.     Oh, now -- yeah, I recall
24  it.  And I was.  I was hired to look for
page 128
1  answers.  And that was my job.  And I was
2  participating in this study and others to
3  try to get to the bottom of the question
4  that existed about the safety of the
5  COX-2 inhibitors and NSAIDs.  So I, as a
6  scientist, and my colleagues I think were
7  actually wanting to know.


[130:18] - [131:14] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

Page 15

401 -403

Same response as
above.

cannuscio.txt

page 130
```
18              You were going to be listed
19  as an author, and I assumed you were in
20  agreement with the conclusions expressed
21  there.
22       A.   Well, I -- I agree that the
23  data accurately represent the protocol
24  that we had put together and the analysis
```
page 131
```
1  that we had done together.  And I agree
2  that those accurately reflect -- that the
3  data accurately reflects the analysis
4  that had been done.
5       Q.   You don't share Dr.
6  Solomon's feelings that Merck should have
7  withdrawn the product two years before?
8       A.   Did Dr. Solomon say that?
9       Q.   Do you know that Dr. Solomon
10  stopped giving Vioxx to his patients two
11  years earlier?
12       A.   Now that you say that, I
13  think I remember this week reading
14  something like that in the newspaper.
```

*801-802*
*602*
*901-403*

[131:15] - [132:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 131
```
15       Q.   Were you the sole Merck
16  epidemiologist involved in the Solomon
17  study?
18       A.   No; but I was the main
19  epidemiologist involved in the study.
20       Q.   I take it Drs. Santanello,
21  Guess and Watson would have in some way
22  helped you design the study?
23       A.   I consulted them.
24       Q.   And that study showed an
```
page 132
```
1  increase of heart attack among Vioxx
2  users.  Correct?
3       A.   The relative risks for some
4  of the comparisons were greater than
5  1.00.
```

*The results of a study showing an increased risk, and in which a Merck scientist participated, are relevant.*

*403*
*701-703*
*401-402*

*Witness is obviously qualified to interpret epidemiological studies.*

*Moreover, this is simply a fact question.*

[135:5] - [135:20] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 135
```
5       Q.   Are you aware or were you
6  aware during your time at Merck, or
7  you're still there, but while you were
8  actively at Merck, of any studies showing
9  reports of excess incidences of
10  hypertension in Vioxx users?
11       A.   I remember discussions of
```

*401-403*

*Plaintiff will withdraw balance of the designation.*

Page 16

cannuscio.txt                    cont.

```
12  coxibs and NSAIDs and attending
13  hypertension in coxib and NSAID users,
14  but I don't remember specific studies --
15  except I know that -- or I think that at
16  some scientific meeting, Dr. Solomon had
17  presented administrative data about
18  hypertension.  But other than that, I
19  don't -- am not familiar with specific
20  studies.
```

[136:17] - [137:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 136
17          Q.     Do you recall the article
18  titled Non-steroidal anti-inflammatory
19  drugs and risk of serious coronary heart
20  disease:  An observational cohort study
21  from the Lancet?
22          A.     May I please take a look?
23          Q.     Sure.
24          A.     Thanks.
page 137
1                  Yes, I've seen this study
2  before.
```

401-402
701-702

[138:21] - [139:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 138
21          Q.     Doctor, if I may, he's
22  saying what he said there.
23                 But you knew at the time
24  that those authors were concluding that
page 139
1  there is no evidence of cardioprotective
2  benefits of naproxen?
3          A.     How I would interpret this
4  as an epidemiologist is that this study
5  did not show -- and I have not gone
6  through the data in detail, but according
7  to his conclusion, this study did not
8  show a cardioprotective effect of
9  naproxen.  And to me it sounds like he's
10  saying the issue is still -- this is
11  still an open question, because we would
12  need evidence from a randomized control
13  trial before we would advocate for using
14  naproxen as a cardioprotective agent or
15  before making a conclusion about naproxen
16  being cardioprotective.
17          Q.     So your view of the world
18  there is that as of October 2002, there
19  was no evidence that naproxen was
20  cardioprotective, because you didn't have
21  those randomized studies you were just --
```

Page 17

cannuscio.txt

[140:7] - [140:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 140
7            THE WITNESS:  And -- and --
8       okay.  So this is also January
9       2002.  And I don't know which
10      naproxen articles came before or
11      after.  But I think what -- what
12      this is saying is that this is one
13      epidemiological study in the
14      literature about naproxen.  And
15      that definitive decision about
16      clinical practice, that the most
17      important thing to consider is
18      data from randomized control
19      trials.
20           So that's how I read and
21      understand this.

*401-402*

*701 - 702*

[140:23] - [141:9] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 140
23          Q.    You'll -- you'll concede
24      that he at least concluded, based on what
page 141
1       he had done there, that there was a --
2       was not a cardioprotective effect of
3       naproxen, based on that?
4            A.    I would agree that in this
5       study Dr. Ray did not observe reduced
6       relative risk of MI for users of
7       naproxen.  I would agree that that's
8       consistent with at least my quick review
9       of what this article says.

*701-702*

*401 -402*

[141:13] - [141:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 141
13          Q.    That's all right.  -- that
14      Dr. Ray has concluded that there are
15      serious doubts about the safety of Vioxx
16      at 50 milligrams due to risk of heart --
17      heart attack and sudden cardiac death.
18      Correct?

*SIDEBAR*

*701/702*

*602*

[142:17] - [144:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

Page 18

cannuscio.txt

page 142
17        A.    Okay.  So it's not a quote,
18  but you're asking me what I know globally
19  about what Dr. Ray thinks.
20        Q.    Yes.  As a senior
21  epidemiologist at Merck who kept, I
22  assume, close tabs on what was happening
23  in the scientific community with regard
24  to rofecoxib, Vioxx, and all sorts of
page 143
1  other things for four years.
2        A.    Rofecoxib and Vioxx and all
3  sorts of other things.  Okay.  I --
4  that -- that you're asking me about Dr.
5  Ray.
6        Q.    Right.
7        A.    And what are you asking me
8  about Dr. Ray?
9        Q.    And are you aware that
10  during that time that he raised serious
11  concerns about the safety of Vioxx at
12  50 milligrams because of the risk of
13  heart attack and sudden cardiac death?
14        A.    Well, I know from looking at
15  Exhibit 37 and having read Dr. Ray's
16  article in the Lancet, Dr. Ray's research
17  letter from October 5, 2002, that he was
18  interested in the question of COX-2
19  inhibitors and risk of serious coronary
20  heart disease and that he was interested
21  in the topic and that he conducted
22  research on the matter.  I don't know
23  what his conclusion was and the weight he
24  put on this or any other data.  So I
page 144
1  really -- I wish not to speak for Dr.
2  Ray's opinion on the matter.

[144:3] - [145:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 144
3        Q.    Do you agree that he's
4  highly respected in the field of
5  pharmacoepidemiology?
6        A.    I know that Dr. Guess, who
7  is one of the people I respect very, very
8  much in the field, holds Dr. Ray in high
9  esteem.
10        Q.    Okay.  You know that he
11  indicated that the methods Dr. Ray used
12  in his paper were similar to those Merck
13  used in the GPRD study?
14        MR. PATRYK:   "He" being Dr.
15        Guess?
16  BY MS. LEWIS:
17        Q.    Yes.  Looking at the Ray
18  study of the Tennessee Medicaid.
19        A.    So specifically you're
20  asking me if the first paper -- I -- I
                                    Page 19

701/702

602

401-402

602
401 - 403

401 -403
602
701 - 702

cannuscio.txt

```
21  don't know which one you're referring to.
22      Q.    I'm not even focussing on a
23  paper right now.
24      A.    You asked me about a study,
page 145
1   though.  Which study were you asking me
2   about, I'm sorry?
3       Q.    The study of the Tennessee
4   Medicaid.
5       A.    The study of the Tennessee
6   Medicaid.  This -- this study is done in
7   Tennessee Medicaid and this study is done
8   in Tennessee Medicaid.
9       Q.    Okay.  January 2002.
10      A.    Okay.
11      Q.    Do you agree that the
12  overall quality of that study is
13  excellent?
14      A.    Like I said, I just sat here
15  and very quickly looked at this again.
16  So I don't want to form an opinion now.
17  I -- I did tell you, and it's absolutely
18  true that Dr. Guess, whose opinion I
19  really respect, has always spoken highly
20  of Dr. Ray.  But I have not sat down and
21  thought through the specific limitations
22  or strengths of this study.  And there --
23  there are strengths and limitations to
24  every epidemiological study.
```

*Cant.*

[146:7] - [146:17] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 146
7       Q.    Let me show you Exhibit 16.
8       A.    Okay.
9       Q.    It appears to be a January
10  2002 e-mail --
11      A.    January 2002.  Okay.
12      Q.    -- from Dr. Watson.
13      A.    Okay.
14      Q.    And it in the highlighted
15  portions notes that Dr. Ray is highly
16  respected in the field of
17  pharmacoepidemiology.
```

401-403
602
802-803

[148:13] - [149:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 148
13            You didn't do the analysis
14  of the Lancet article.  Dr. Watson did?
15      A.    Dr. Watson, exactly, went
16  through and stipulated point by point the
17  strengths and limitations of the study.
18      Q.    Okay.  So where he says,
19  "The overall quality of Dr. Ray's study
                                  Page 20
```

*See below*

cannuscio.txt   611 - improper pillebox Commentary;
asked + answered

. 801 - 802

. 602

```
20  is excellent," or "The design is an
21  'inception cohort' which is a preferred
22  way," you don't have a comment one way or
23  the other.  That was Dr. Watson's job,
24  not yours, at that time.  Correct?
page 149
1          A.    With regard to this specific
2  study, Dr. Watson is the person who went
3  through and made the point-by-point
4  analysis of the strengths and limitations
5  of Dr. Ray's study.
```

[149:22] - [151:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

NO
-611 - Context

-401-402
-602

602
401-402

611
602
4a-402

```
page 149
22          Q.    Would each of the studies on
23  Vioxx be a part of -- cross your desk and
24  be a part of the daily discuss --
page 150
1  discussion of the epidemiology group?
2          A.    Every study?
3          Q.    Yes.
4          A.    I -- I think it's fair to
5  say that not every single study in the
6  universe of studies on Vioxx would
7  necessarily cross my desk.
8          Q.    Someone within Merck would
9  evaluate every single study in the
10  universe of studies about Vioxx, I trust?
11          A.    I think no one individual
12  would evaluate every single study, so I
13  think it's fair to say no one individual
14  would have the role of evaluating every
15  single study from clinical pharmacology
16  studies, animal studies, clinical trials,
17  epidemiologic studies.  A team -- you
18  know, a huge group of people would be
19  following the literature.
20          Q.    And there are only three
21  epidemiologists on Vioxx; is that right?
22          A.    I don't think that I said
23  that there are only three people with
24  epidemiology training who have -- have
page 151
1  any responsibility for Vioxx.  I -- I
2  think there may be people in plenty of
3  other parts of the company who have
4  epidemiology training who work on Vioxx.
5  I'm sure, as a matter of fact, there are
6  other people with epidemiology training
7  who have at some point worked on Vioxx.
8  So I wouldn't say that there are only
9  three people who have epidemiology
10  training who have worked on Vioxx.  I
11  don't think that's fair -- a fair way to
12  characterize what I said.
```

[152:17] - [153:13] 7/27/2005 Cannuscio - 10.8.2004

cannuscio.txt

Author: Rachael Raymon

page 152
17        Q.     Any -- any -- any study of
18  Vioxx that concludes there's an
19  association between use of Vioxx and any
20  heart disease would be something you
21  would expect to reach the Merck
22  epidemiology department.  Correct?
23        A.     You just said "any study."
24  And I think what I said to you, and I
page 153
1   truly mean it, is that there's no
2   possible way that I would see every
3   single study that's ever done on Vioxx.
4   There are studies in the realm of, you
5   know, animal studies, clinical
6   pharmacology, clinical trials,
7   epidemiology studies.  I would never
8   claim to have read every study related to
9   Vioxx.  I -- I just wouldn't.  And -- and
10   that's why large groups of people, you
11   know, have worked on the -- on the
12   product.  It certainly wasn't a
13   one-person effort.

*401-403*
*611*

[155:9] - [157:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 155
9         Q.     Do you recall the study that
10  concluded there was a 2.38 relative risk
11  of myocardial infarction, struck --
12  stroke and sudden death among users of
13  version?
14        A.     That doesn't help me know
15  which study you are referring to.  It
16  really doesn't.  I just -- I'm trying to
17  be helpful to you and understand that
18  we're on the same page of what study
19  we're talking about.  And there have been
20  a lot of numbers that have come out in
21  the literature.  So I haven't memorized
22  specific numbers.
23        Q.     Do you recall the study that
24  had that number, 2.38?
page 156
1         A.     Like I said about this, I
2   think that this is a study I've read, but
3   it's not the form in which I've read it.
4   So I don't know, without reviewing the
5   entire thing, if we're talking about the
6   same paper.
7         Q.     But really what -- I'm sure
8   it is the one you've read, and I also
9   don't know how many Cleveland Clinic
10   studies there were published in JAMA in
11   that year that --

*611 -Vague, assumes conclusion*
*401-402*

*611 -asked + answered; same as above*
*401-402*

*611 -Improper question,
sidebar commentary*

cannuscio.txt

```
12      A.    There may be many.  There
13 could be many.  It's a huge, productive
14 research institution.
15           So I -- like I said, I think
16 that this is the same study I've seen,
17 and I'm familiar with Dr. Topol and
18 Nissen having done a meta-analysis where
19 they compared data from VIGOR and CLASS
20 to aspirin trial data, but I'm trying to
21 see if this is the same paper.
22      Q.    And while you may have
23 criticisms of their analysis or studies,
24 you know that they concluded that there
page 157
1  was a 2.38 relative risk of myocardial
2  infarction, stroke and sudden death among
3  users of Vioxx.  Correct?
```

*Cont.*

*Call Question w/o an answer*

*• 401-402*
*• 701-702*

[157:19] - [158:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 157
19      Q.    Let me object to the
20 responsiveness.
21           The method there is not the
22 focus of my question.
23           You know they found an
24 excess risk in users of Vioxx of
page 158
1  myocardial infarction, stroke and sudden
2  death?
3       A.    Again, you're talking about
4  end points, and I don't remember the
5  specific end points.  They conducted this
6  analysis.  I'm familiar in general with
7  the analysis.  I'm telling you what I'm
8  familiar with about their analysis.  And
9  so -- and -- and if you'd like, I can sit
10 here and read the whole thing and talk to
11 you about it in, you know, some level of
12 detail, but I'm telling you what I
13 remember about this study.
```

*• Call*
*: Narrative Commentary*

*• 401-402*
*• 701-702*
*• 611*

[158:15] - [159:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 158
15           While you were at Merck, did
16 you consider that to be any evidence at
17 all that Vioxx use might cause MIs,
18 strokes or sudden death?
19      A.    Among the types of evidence
20 that are available, I did not consider
21 this to be among the strongest types of
22 evidence available.  I would have -- I
23 would have put this in the context of
24 information from clinical trials and
                            Page 23
```

*401-402*

cannuscio.txt

page 159
1  epidemiological studies.  And -- and I
2  would not have weighed this study as
3  heavily as a clinical trial, for
4  instance.
5          Q.     But you did consider it some
6  evidence?
7          A.     I considered it in the pool
8  of available data.

*Cont.*

[159:19] - [160:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 159
19         Q.     Dr. Cannuscio, are you
20  familiar with the October 2001
21  Konstam/Shapiro article?
22         A.     I may have read it at some
23  point, but I don't remember it or the
24  details in it.
page 160
1          Q.     Okay.  You know that Dr.
2  Shapiro is a Merck statistician?
3          A.     Deborah Shapiro, Dr. Deborah
4  Shapiro?
5          Q.     Yes?
6          A.     Yes.
7          Q.     And Dr. Reicin is a Merck
8  clinical researcher.  Correct?
9          A.     Right.
10         Q.     And they're included among
11  the authors of that article.  Correct?
12         A.     Like said, I don't remember
13  the specific article, but they've been
14  authors on several publications.
15         Q.     Exhibit 24 is the Konstam
16  article.  I don't have a lot of questions
17  about this article.
18                Let me just ask this:  Do
19  you know what APTC events are?
20         A.     Antiplatelet trialists'
21  collaborations.  I don't know the details
22  of all the things that -- that satisfy an
23  APTC end points but I've certainly seen
24  lists of APTC end points.

401-402
701-702
602

401-402
701-702
602

[162:4] - [163:1] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 162
4          Q.     Were epidemiologists at
5  Merck made aware of the fact that there
6  was a doubling of APTC events in people
7  taking 50 milligrams of Vioxx?
8          A.     Overall in the world are you
9  saying or --
10         Q.     In this study.

602
401-402
701-702

Page 24

cannuscio.txt

```
11        A.     Like I said, I don't
12  remember the details of this study.  And
13  I don't want to form an opinion on -- on
14  this paper that I'm not --
15        Q.     That's fine.
16        A.     That I don't recall.
17        Q.     We'll just have Exhibit 24
18  as the paper that includes several Merck
19  authors.  And let me ask you this:  If
20  the data in a Merck-authored paper shows
21  a doubling of certain features of
22  cardiovascular risk, would you -- would
23  you consider that as some evidence of the
24  increased risk of cardiovascular disease
page 163
1   from Vioxx?
```

Cont.

. 611
. 701-702
. 602
- 401-402

[163:9] - [164:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 163
9         Q.     In gathering your evidence
10  as an epidemiologist at Merck, you would
11  consider results of data analysis,
12  particularly those results by Merck
13  statisticians and clinical researchers.
14  Correct?
15        A.      When you say in particular
16  those results from Merck statisticians
17  and clinical researchers, I would not use
18  the same emphasis that you just used and
19  say in particular.  I would -- I would
20  say that I would evaluate each study as I
21  sat and read each study and then based my
22  judgment on what I knew at that point
23  about what other data were available.
24        Q.     Okay.  And for any increased
page 164
1   risk of cardiovascular disease in a
2   study, that would be one more piece of
3   evidence?
```

611 - Question who can answer

[164:20] - [165:4] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 164
20        Q.     Each of the studies that we
21  discussed provide data analysis.  And to
22  the extent any of the data and the
23  analysis of the data show an increased
24  risk of cardiovascular events in users of
page 165
1   Vioxx, you consider that as some
2   evidence, as you continue gathering
3   evidence, that Vioxx can be dangerous
4   with regard to cardiovascular disease?
```

- 401-402, 403
- 611
- 602
- 701-702

Page 25

cannuscio.txt

[165:9] - [166:6] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 165
9            THE WITNESS:  I would -- I
10      would evaluate evidence that came
11      in anywhere on the issue and
12      evaluate each study on its own
13      merit, if that's what your
14      question is.
15  BY MS. LEWIS:
16      Q.     That is part of the
17  question.  And then each piece of
18  evidence you keep.  And it begins to add
19  up; is that correct?
20      A.    I -- I would say that it's
21  true, that there's -- there's a growing
22  body of evidence over time for this or
23  any other scientific question that
24  remains unanswered, you know, that
page 166
1  evidence accrues over time.  I think it's
2  true that evidence accrues over time, one
3  way or another.
4      Q.    And the evidence here that
5  accrued over time is that Vioxx causes
6  MIs and strokes?
```

*Cont.*

*611 — Question w/o an
answer*

*70-702*

[166:19] - [167:15] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

*— Sidebar commentary*

```
page 166
19      Q.     I take it, it wouldn't be an
20  opinion question that Vioxx -- that you
21  read that Vioxx was recalled by Merck
22  because of an excess of myocardial
23  infarctions and strokes caused by Vioxx
24  use.  Correct?
page 167
1      A.    It -- it is correct that
2  Merck withdrew Vioxx upon a decision
3  after reviewing data from the latest
4  released clinical trial, the APPROVe
5  study.  And that in that study it was
6  observed that after 18 months of use,
7  there was an increased risk observed in
8  people using Vioxx compared to placebo.
9  So I agree that Merck withdrew the drug
10  and made a determine -- Merck, as a
11  company, made a determination that at
12  that point there was enough information
13  to pull Vioxx from the market because of
14  cardio -- concerns about cardiovascular
15  risk.
```

*— Assumes facts not in evidence
(reference to strokes)*

[168:18] - [169:6] 7/27/2005 Cannuscio - 10.8.2004

cannuscio.txt

Author: Rachael Raymon

page 168
18              In your review of the
19  articles, you have noted, and you must
20  have noted while you were working at
21  Merck, that there were studies that found
22  an increased relative risk of myocardial
23  infarctions when using Vioxx or an
24  increased risk of cardiovascular
page 169
1   events when using Vioxx.  Correct?
2          A.    So I -- it is -- it is true
3   that I reviewed studies over time, some
4   epidemiological studies.  Some showed an
5   elevated relative risk for some
6   comparisons and some did not.


[169:13] - [170:14] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon


page 169
13            Q.    I'm not sure I heard your
14  answer right, but did you indicate that
15  there were studies that determined that
16  there was no increased risk for
17  myocardial infarctions or cardiovascular
18  events?
19            A.    So what -- what I said was
20  that there are some -- were some
21  studies that -- first of all, there are
22  so many studies in the literature, I
23  prefer to speak about specific studies if
24  you have questions about specific
page 170
1   studies.  But among the epidemiological
2   studies, many different comparator groups
3   were chosen, many different comparisons
4   were done, and the same relative risk was
5   certainly not calculated in every single
6   one of the comparisons done across all
7   studies.  There were some that showed,
8   you know, no association; some that
9   showed increased risk, and some were
10  statistically significant and some were
11  not.  So in a sense, I don't think it's
12  very helpful to try to paint the
13  epidemiological studies with one broad
14  brush.


[170:15] - [171:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon


page 170
15            Q.    Can you recall any
                                        Page 27

cannuscio.txt

```
16  epidemiologic studies that showed there
17  was no association between Vioxx and
18  cardiovascular events?
19         A.    well, I believe that in the
20  Mamdani study there was a null
21  association for some of the comparisons.
22  And then beyond that, we could go through
23  and characterize every relative risk in
24  every study, but I do believe that to be
page 171
1   the case.  And then, you know, it depends
2   on dose comparisons and timing and so...
3          Q.    You seem to have a study in
4   mind when you say --
5          A.    Oh no, no, no, no.
6          Q.   -- -- there was one that found
7   no association.
8          A.    well, a null association for
9   some of the comparisons.  And then, for
10  instance, in the -- in the study by Dr.
11  Solomon, for some of the comparisons in
12  different populations, the association
13  was not found to be elevated or
14  statistically significant.  So that's why
15  I don't like to talk in such
16  generalities, because many different
17  comparisons were done in -- in all of
18  these studies.
```

[172:15] – [174:15] 7/27/2005 Cannuscio – 10.8.2004

Author: Rachael Raymon

```
page 172
15         Q.    Were you involved in any
16  analysis of the VIGOR results?
17         A.    Any analysis meaning did I
18  conduct the data analysis of the VIGOR
19  results?
20         Q.    Any analysis being, you
21  know, any second look at the data of the
22  VIGOR results, you know, any analysis at
23  all at any point in time of the VIGOR
24  results.
page 173
1          A.    So in the epidemiology
2   department, we don't manage the data from
3   clinical trials in general.  Some people
4   may be more involved than I have been in
5   clinical trial data, excuse me, and --
6   and the VIGOR study is a clinical trial.
7                I have been in discussions
8   of the VIGOR data, and back then, four
9   years ago, was, you know, told about the
10  data and shown data and discussed data
11  with colleagues but was not the point
12  person for the analyses, so to speak.
13         Q.    Right.  But it seems to me
14  no epidemiologist could come into Merck
15  and work on Vioxx without getting a head
16  full of VIGOR.
```

Side commentary/
Sidebar.

Page 28

cannuscio.txt

```
17              It was very important,
18  wasn't it?
19          A.    So like I said, I -- I was
20  involved in discussions of the VIGOR
21  results, and -- I was involved in
22  discussions of the VIGOR results.
23         .Q.    And you understood the
24  timeframe of VIGOR was about six months
page 174
1   after -- after it was on the market.
2   Right?  After Vioxx was on the market?
3               MR. PATRYK:  Object to the
4          form.  When you say the timing of
5          VIGOR, Carlene, just for my -- the
6          timing of the publication or the
7          end of the study or --
8               MS. LEWIS:  The timing of
9          Merck receiving the results of the
10         study.
11              THE WITNESS:  I don't know
12         the date on which the results were
13         received, but I'm assuming it was
14         before I joined the epidemiology
15         department.
```

602
611

[176:12] - [176:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 176
12         Q.    And no decision should be
13  made based on keeping the stock price up
14  or keeping sales?
15         A.    No decision whatsoever?
16         Q.    No epidemiology decision.
17         A.    Well, it's not -- it's not
18  my job to make decisions.
```

401-402
403

[177:7] - [177:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 177
7          Q.    Within the epidemiology
8   department, did you consider whether or
9   not your messages were getting through
10  with regard to Vioxx?
```

611
401 - 402

[177:14] - [178:4] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 177
14              THE WITNESS:  Me personally?
15         I -- I don't know -- you're
16         talking about my messages with
17         regard to what?
```
                                        Page 29

cannuscio.txt  *611*

*Sidebar; Not an appropriate question*

*-401-402*

```
18  BY MS. LEWIS:
19      Q.    Let's look at Exhibit 17.
20  It looks like it's from Doug Watson to
21  you.  It's November 2001, which is post
22  VIGOR, post different articles in
23  journals.  It's after the FDA warning
24  letter.
page 178
1       A.    What FDA warning letter are
2   you referring to?  I don't --
3       Q.    The September 2001 one I
4   found in your file.
```

[178:13] - [178:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 178
13      Q.    From Doug Watson who was an
14  epidemiologist.  Right?
15      A.    He is a -- he's in the
16  epidemiology department.  Right.
17      Q.    And you are?
18      A.    Right.
```

[179:13] - [180:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

*SIDEBAR*

```
page 179
13      Q.    That is one   And here's my
14  first question.
15            Dena Rosen Ramey is an
16  epidemiologist.  Right?
17      A.    I don't know what her title
18  is, but she's in the epidemiology --
19      Q.    Richard H. Holmes,
20  epidemiology?
21      A.    He's in the epidemiology
22  department.
23      Q.    Yourself, epidemiology?
24      A.    Uh-huh.
page 180
1       Q.    Doug Watson, epidemiology?
2       A.    Yes.
3       Q.    And Nancy Santanello,
4   epidemiology?
5       A.    Yes.
6       Q.    And the message conveyed is,
7   "More news from ACR - from this story it
8   seems that at least some of our messages
9   are getting through, and that many
10  physicians are not easily led by the
11  competition and press..."
12            Did I read that correctly?
13      A.    You read that correctly.
```

[181:10] - [181:14] 7/27/2005 Cannuscio - 10.8.2004

cannuscio.txt

Author: Rachael Raymon

page 181
10          Q.      How many more e-mails did
11  you receive about the effect of stock
12  prices?
13          A.      I am not in a -- I did not
14  count -- I don't know --

401-402

403

[181:22] - [182:9] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 181
22          Q.      Do you remember anymore?
23          A.      Not specifically.  I
24  don't -- I don't remember e-mails about
page 182
1   stock price.
2           Q.      And the message that was
3   given through, do you know what message
4   that was?
5           A.      No, no.
6           Q.      The issue at that point in
7   time was whether or not the VIGOR results
8   showed Vioxx to be dangerous to people's
9   hearts.  Correct?

401-402

403

602

401 - 402

[182:13] - [182:22] 7/27/2005 Cannuscio - 10.8.2004

403

611

Author: Rachael Raymon

page 182
13              THE WITNESS:  I don't
14          remember the context for that
15          e-mail.  I don't remember getting
16          the e-mail.  So I don't know what
17          the context was, and I -- and I
18          don't -- I don't know what the
19          message referred to.  And I didn't
20          author the e-mail, so I don't
21          think, you know -- it's not my
22          word, the message or --

[182:24] - [183:22] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 182
24          Q.      Would you agree that during
page 183
1   that period of time post VIGOR into 2001
2   that Merck was minimizing the potentially
3   serious cardiovascular findings that were
4   observed in the Vioxx Gastrointestinal

602

                                        Page 31

cannuscio.txt

```
5   Outcomes Research study and thus
6   misrepresents the safety profile for
7   Vioxx?
8           A.    What I can tell you is that
9   my job was devoted to studying the safety
10  of Vioxx.  So in my life, certainly --
11  and in my experience with what I was
12  asked by my management at Merck to do was
13  not that the issue was minimized.  In
14  fact, it was the entire focus of my job.
15          Q.    Do you know whether Merck
16  informed the public and doctors and
17  insurance companies deciding whether to
18  put -- keep this product on its formulary
19  that the results of VIGOR were really an
20  open question?  Or did Merck tell all
21  these people that the -- the results of
22  VIGOR were attributable to naproxen?
```

*Cant*

*602*
*611*

*Answer does not accompany question.*

[184:9] - [185:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 184
9           Q.    Let's back up this way.
10          Isn't it true that during
11  that period of time, post VIGOR into late
12  2001, that Merck asserted that Vioxx did
13  not increase the risk of MIs and that the
14  VIGOR finding is consistent with
15  naproxen's ability to block platelet
16  aggregation like aspirin?
17          A.    It sounds like you're
18  quoting from something.  Merck -- I --
19  I'm definitely aware that Merck held as
20  one of the potential explanations that
21  naproxen was -- for VIGOR that naproxen
22  was cardioprotective.
23          Q.    Is it also true that Merck
24  failed to disclose that that explanation
page 185
1   was hypothetical, had not been
2   demonstrated by substantial evidence, and
3   that there's another reasonable
4   explanation that Vioxx may have
5   prothrombotic properties?
```

*602*
*611*
*assumes fact not in evidence*

[185:9] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 185
9           Q.    Is that true?
```

[185:12] - [186:4] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

cannuscio.txt

page 185
12              THE WITNESS:  It sounds like
13    you're reading a quote from
14    something.  And it was
15    acknowledged to me that there was
16    another potential explanation.
17    And the other potential
18    explanation was that perhaps Vioxx
19    was associated with increased
20    cardiovascular risk and that that
21    was the question that I was asked
22    to continue to research.  So that
23    was my job.  That -- and -- and my
24    managers, Dr. Guess and
page 186
1     Dr. Santanello, certainly fostered
2     an environment where I was given
3     the resources to continue to study
4     that question.

[186:6] - [186:9] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

_Cent._

page 186
6              Q.    So while that may have been
7     a position of Merck as cited by the FDA,
8     you're just saying it wasn't the position
9     of its epidemiology department?

_611_
_602_

[186:14] - [187:22] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 186
14             THE WITNESS:  I can talk to
15    you about my personal experience
16    and what I was asked to do.  And I
17    have, you know, limited ability to
18    comment for the entire company.
19    But I can tell you in my
20    experience, I was given the
21    resources and the assignment of
22    continuing to discuss the
23    possibility that either it was the
24    cardioprotective effect of
page 187
1     naproxen or an increased risk
2     associated with Vioxx or both.
3     BY MS. LEWIS:
4              Q.    You recognize Exhibit 19 as
5     the warning letter from the FDA?
6              A.    Where is the date that this
7     was written, do you know?
8              Q.    I know that it was sent
9     September 16, 2001.  September 16 --
10    September 17th it's faxed.  Here's a fax.
11             A.    So September 17, 2001, so
                                   Page 33

_801-802_

_401-402_

_403_

cannuscio.txt
```
12  three years ago.  So I don't remember the
13  details of this letter, but I remember
14  that there was a letter, something like
15  this.  Or that I've heard people talk
16  about the warning letter.
17       Q.    Yeah.
18       A.    I -- I believe it has to do
19  with promotion, not research.
20       Q.    In your time at Merck, did
21  you get many of these FDA warning
22  letters?
```

*Cont.*

[188:2] - [188:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 188
2              THE WITNESS:  I never got
3       one.  I didn't get one and --
4  BY MS. LEWIS:
5       Q.    That was in your file.
6              That was a significant event
7  to you.  Correct?
```

611 - Not a question

[188:10] - [188:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

602
611
402-402
403
801-802

```
page 188
10             You may respond.
11             THE WITNESS:  Would I call
12       it a significant event in my life?
13       I don't think it's a good thing.
14       I -- I would say that.
15  BY MS. LEWIS:
16       Q.    Okay.  Let me show you
17  Exhibit 20.  That is a letter from Dr.
18  Sherwood to healthcare providers and see
19  if you remember this.
20       A.    I don't remember this
21  actually.
```

[190:6] - [191:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 190
6       Q.     I highlighted two portions.
7  And the first sentence said, regarding
8  VIGOR that "Possible explanations include
9  that Vioxx increased the MI rate."
10       A.    And there is a second part
11  of the quote as well.
12       Q.    I'll read that, "Or naproxen
13  decreased the MI rate."
14              I'm asking, do you agree
15  with the first part?
```
                          Page 34

cannuscio.txt

```
16      A.    I'd like to look at it again
17 and read it, just so that -- it says,
18 "Alternative interpretations have been
19 proposed for the difference in the rates
20 of myocardial infarctions in the Vioxx
21 treatment group in comparison with the
22 naproxen treatment group.  Possible
23 explanations include that Vioxx increased
24 the MI rate."  That was possible.  Or
page 191
1  that naproxen decreased the MI rate.
2  That was possible.  "The underlying
3  reason for the difference has not been
4  established in prospectively designed
5  clinical studies."  I agree with that.
```

*Cont.*

[191:6] - [192:15] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 191
6       Q.    Do you also agree that Vioxx
7  has not been proven to be safer or have
8  fewer side effects than other NSAIDs when
9  measured for overall safety?
10      A.    This was -- this was further
11 outside the realm of what I worked on, so
12 this was a summary opinion of someone
13 else.  So I wasn't as familiar with the
14 data about overall side effects and
15 overall safety.
16      Q.    You're not aware of any
17 epidemiology studies that would
18 contradict that statement of Dr. Louis
19 Sherwood, the senior vice-president of
20 Merck's US medical and scientific
21 affairs, are you?
22      A.    I'm not aware of any
23 epidemiological studies that either
24 support or refute that statement.
page 192
1       Q.    Prior to the marketing of
2  Vioxx, or even shortly thereafter, there
3  were no studies done to actually evaluate
4  that, were there, by Merck?
5       A.    I -- I don't know.  But
6  you -- you're asking me a question about
7  Vioxx has not been proven to be safer or
8  have fewer side effects than other NSAIDs
9  on measures of overall safety.  I -- I
10 have said already I don't know of studies
11 that either support that or refute that,
12 and I don't know if there were -- I don't
13 know about specific Merck studies that
14 support or refute that or specific
15 studies funded by other people.
```

602
401-402
701-702

[192:16] - [192:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

cannuscio.txt

```
page 192
16            Q.    If Merck was representing
17  that Vioxx was safer or had fewer side
18  effects than other NSAIDs on measures of
19  overall safety, you would expect they'd
20  have epidemiological studies to support
21  that, wouldn't you?
```

611
701-702
602
401-402

[193:9] - [193:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 193
9             MS. LEWIS:  Based on what
10  you know about -- what you know
11  about Merck, that they would have
12  had studies to have made that
13  statement?
```

[194:9] - [195:4] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 194
9             THE WITNESS:  I would
10  imagine that there -- you -- you
11  asked specifically about
12  epidemiology studies.  And -- and
13  I told you I'm not familiar with
14  any epidemiology studies to
15  support or refute that specific
16  statement.
17            I -- it's my belief that in
18  order to approve a drug, there
19  would have to be some studies that
20  would be reviewed by the FDA to
21  answer the question of the overall
22  safety of the drug.  So I'm
23  assuming that because the FDA made
24  the decision to approve Vioxx for
page 195
1   marketing, that the FDA was privy
2   to data reflecting that overall,
3   the relative safety of Vioxx
4   warranted approval.
```

[195:11] - [195:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 195
11            Q.    You know this letter from
12  Dr. Sherwood is in response to the
13  directive from the FDA in the warning
14  letter to clear up the misrepresentations
```

611
602
801-802
401-402

cannuscio.txt

Cont.

```
15  by Merck with regard to the safety of
16  Vioxx?
```

[195:20] - [196:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 195
20            THE WITNESS:  I actually
21     didn't know that Dr. Sherwood was
22     the one to write that letter.  I
23     see the letter.  I -- I reviewed
24     the letter, and I see that Dr.
page 196
1      Sherwood wrote a letter to the
2      medical community to talk about
3      the possible risks and benefits of
4      Vioxx.
5            So I -- I agree that Dr.
6      Sherwood wrote a letter to the
7      healthcare community about the
8      risks and benefits.
```

[196:17] - [197:6] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

Cont.
Also document speaks
for itself

```
page 196
17            Q.    You can see that it's --
18     that it has a label on the outside of the
19     envelope, "Important correction of drug
20     information."
21            You can see that?
22            A.    Right, right.
23            Q.    And Dr. Sherwood, in this
24     letter that the FDA saw and that was in
page 197
1      response to the FDA warning letter, said
2      that Vioxx had not been proven to be
3      safer or have fewer side effects than
4      other NSAIDs on measures of overall
5      safety; isn't that correct that that's
6      what he said?
```

[197:13] - [199:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 197
13            THE WITNESS:  It says,
14     "Vioxx has not been proven to be
15     safer or have fewer side effects
16     than other NSAIDs on measures of
17     overall safety."
18            I told you, I don't -- I'm
19     not -- it's beyond my realm as --
20     of experience which was
```

Page 37

cannuscio.txt

```
21          specifically to design
22          epidemiological studies regarding
23          the cardiovascular question.
24   BY MS. LEWIS:
page 198
1           Q.    As an epidemiologist, when
2    you set out to design an epidemiology
3    study around a cardiovascular question,
4    is it important to have as much
5    information about the cardiovascular
6    experience in Vioxx users as possible?
7           A.    What do you mean by as much
8    information about the experience?
9           Q.    If Merck has information
10   that when people take Vioxx, they have
11   increased blood pressure; or when people
12   take Vioxx, they have a stroke; or when
13   people take Vioxx, they have a heart
14   attack, that would be information you'd
15   want to know in order to design an
16   appropriate study to evaluate that risk.
17   Correct?
18          A.    We design studies to
19   evaluate the cardiovascular safety and/or
20   any risks associated with Vioxx.
21                Is that your question?
22          Q.    I'm asking, is it important
23   to have complete information that your
24   company has regarding the cardiovascular
page 199
1    experience of Vioxx users when you set
2    out to design an appropriate study?
3           A.    I think it's important to
4    continue to collect over time ongoing
5    safety data or monitoring data about
6    the -- the profile of a drug.  And that's
7    what I understood us to be doing.
```

[200:4] - [203:1] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 200
4           Q.    Once you joined the
5    epidemiology departments, your focus was
6    Vioxx.
7                 At that time was that
8    information shared with you regarding the
9    adverse cardiovascular experiences of
10   people on Vioxx in the VIGOR study?
11          A.    So in various ways,
12   information about the VIGOR study was
13   shared with me.  What I'm saying is, I
14   don't remember this specific document.
15          Q.    Okay.  In any way, did
16   anyone share with you that the risk of
17   death or serious cardiovascular adverse
18   events or cardiovascular adverse events
19   leading to discontinuation was more than
20   double in VIGOR for anyone with a history
21   of cardiovascular disease?
```

Cell
assens fact Not in
evidence

cannuscio.txt

```
22        A.    I remember the discussions
23  in general terms about the results of the
24  VIGOR data.  And it sounds like you're
page 201
1   asking me about a specific -- one
2   specific element of the analysis.  And I
3   don't remember the -- you know, the
4   specific odds ratios or confidence
5   intervals or specific ways in which that
6   particular element of the analysis was
7   conducted.  I remember the overall
8   message that there was a higher risk of
9   cardiovascular adverse events in the
10  rofecoxib-treated group versus the
11  naproxen-treated group.
12        Q.    Did you get the overall
13  message that that risk was the same
14  whether or not a person had a history of
15  any cardiovascular disease?
16        A.    I remember discussions
17  that -- that analyses were conducted in
18  people with some prior reason for having
19  elevated cardiovascular risk, but I don't
20  remember how the results panned out in
21  the stratified analysis.
22        Q.    Do you remember that this
23  doubling of cardiovascular adverse events
24  was the same whether or not people had a
page 202
1   history of hypertension?
2         A.    I don't remember that.
3               MR. PATRYK:  Object to the
4         form.
5               You may respond.
6               THE WITNESS:  Yeah.  I don't
7         remember the specific stratified
8         analysis that you're asking about.
9   BY MS. LEWIS:
10        Q.    Do you remember whether or
11  not it was the same whether or not the
12  people were over 70 years old?
13        A.    I don't remember.
14              MR. PATRYK:  It's okay.
15  BY MS. LEWIS:
16        Q.    Just so we're clear, this
17  Exhibit 27 is something you don't recall
18  ever getting as a senior epidemiologist
19  on Vioxx at Merck?
20        A.    Like I said, I received
21  different information about the VIGOR
22  study in many conversations and
23  documents.  And I don't remember that
24  specific document from -- now you're
page 203
1   showing me a different document.
```

[203:2] - [203:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 203

cannuscio.txt

```
2        Q.     It's the same document.
3   This was a page from the same document.
```

[205:3] - [205:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 205
3             Q.    Isn't it true that the only
4   differences in the heart attack data that
5   Merck had roughly six months after Vioxx
6   went on the market and the heart attack
7   data that resulted in Vioxx being
8   recalled by Merck from the market was
9   that the first study involved
10  50 milligrams and the second involved
11  25 milligrams and was four years later?
```

*-611- Question w/o an answer*
*-602*
*-401-402*

[205:21] - [206:4] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 205
21            Q.    Isn't that the only
22  difference between them that's
23  significant?
24        A.     Oh, no.
page 206
1             Q.    They both concluded with
2   heart attacks.  They had excess risks of
3   heart attacks in people.
4        A.     Okay.  So --
```

*Improper questioning; not a question.*

[206:10] - [208:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 206
10                THE WITNESS:  Okay.  So,
11           like I said, I did not design
12           VIGOR, nor did I design APPROVe.
13           But VIGOR was a study conducted in
14           rheumatoid arthritis patients who
15           have a baseline elevated risk of
16           heart attack regardless of what
17           drug they're taking.
18  BY MS. LEWIS:
19            Q.    Both groups did.  The VIGOR
20  group and the naproxen group both had --
21        A.     Right.
22        Q.     -- rheumatoid arthritis --
23        A.     Exactly.  So all I'm --
24  you -- you're asking me to compare VIGOR
page 207
1   to APPROVe.  You're not asking me to
2   compare rofecoxib and naproxen treated
3   groups?
```

*-611*
*-602*
*-401-402*
*Improper questioning; not a question*
*"*

Page 40

cannuscio.txt

```
 4        Q.     Right.
 5        A.     Okay.  So what I'm saying is
 6  that was a very particular patient
 7  population in the VIGOR study.  And the
 8  dynamics of cardiovascular disease in
 9  rheumatoid arthritis patients are not
10  completely understood.  And a major
11  difference -- another major difference
12  between the VIGOR study and the APPROVe
13  study, in addition to the difference you
14  mentioned about 50 milligrams being used
15  in -- in VIGOR and 25 being used in
16  APPROVe, is -- is that so, first one
17  included a -- an active comparator, we
18  call it.  So VIGOR included rofecoxib
19  compared to naproxen.  And APPROVe, as I
20  understood it, included rofecoxib
21  compared to placebo.  So those are two
22  major -- those are major differences
23  between the trials.  I wouldn't say that
24  those trials are identical, by any means,
page 208
 1  on all criteria except for the fact that
 2  a different dose was used, no.
```

[208:3] - [209:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 208
 3        Q.     Did you ever provide any
 4  information to marketing people to allow
 5  them to address questions raised by
 6  doctors or consumers regarding health
 7  issues of Vioxx?
 8        A.     I shared data from the Dr.
 9  Solomon -- from Dr. Solomon's study when
10  it was available with colleagues who may
11  have included people in marketing.  But
12  the first people I would always share
13  data with were my colleagues in MRL.
14        Q.     Did you ever share data with
15  marketing people or sales reps to help
16  them dodge obstacle one, which was:  I'm
17  concerned with the potential edema that
18  occurs with Vioxx?
19        A.     I don't remember having been
20  asked to address issues related to edema.
21        Q.     Do you recall providing
22  information to marketing or salespeople
23  to help them dodge or address obstacle
24  two, which is, "I am concerned with
page 209
 1  dose-related increases in hypertension
 2  with Vioxx"?
 3        A.     As an epidemiologist in MRL,
 4  I wasn't, you know, creating these
 5  documents that you're showing me that
 6  have to do with questions about
 7  dose-related increase in hypertension.
```

401-402
403
602

Page 41

cannuscio.txt

[209:8] - [209:14] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 209
8          Q.    That's why I didn't ask you
9  if you created the document.  I asked if
10  you provided anybody in marketing or
11  sales with information to help them
12  address or dodge the obstacle regarding
13  hypertension increases with Vioxx.
14          A.    Oh, okay.
```

*Improper questioning; not a question*

[209:18] - [210:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 209
18          THE WITNESS:  No, I don't
19          think I had any hypertension --
20          I -- I don't remember being
21          involved.  Certainly if something
22          I worked on was used for these
23          purposes, that's possible.  But
24          I've never seen this document
page 210
1          before, ever.  And I've -- I've
2          never read those words on a paper
3          before.  I don't -- I don't -- I'm
4          not familiar with this, in other
5          words.
```

*401-402*
*403*
*602*

[210:7] - [211:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 210
7          Q.    Did you ever provide
8  information to any marketing or
9  salespeople within Merck to help them
10  address or dodge obstacle three, which
11  is, "Can Vioxx be used in patients using
12  low dose aspirin"?
13          A.    No, I never provided that
14  kind of information.
15          Q.    Did you ever provide
16  marketing or sales personnel within Merck
17  information to help them address or dodge
18  with doctors or consumers obstacle four,
19  which is, "I am concerned about the
20  cardiovascular effects of Vioxx"?
21          A.    I don't -- I may have been
22  involved in providing data from some of
23  my studies, but I don't specifically
24  recall a marketing task of providing this
page 211
1  kind of information for this document
                                Page 42
```

cannuscio.txt

```
2   which I've never seen before.
3           Q.     You would provide data to
4   marketing or sales that would help them
5   deflect concerns about cardiovascular
6   effects of Vioxx?  Is that what you're
7   saying?


[211:12] - [213:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon


page 211
12              THE WITNESS:  I agree that
13          I'm -- I'm having difficulty with
14          what you're -- the way that you're
15          phrasing things.  I feel more
16          comfortable with my phrasing,
17          which is that if I had data at my
18          disposal that bore in any way on
19          the issue of the cardiovascular
20          effects of Vioxx, I would share
21          it, first, with my colleagues in
22          MRL.  And there may have been
23          times when the data were used to
24          educate people in marketing or the
page 212
1           sales force.  But that wasn't my
2           primary job, and I don't recall
3           specific instances in which my
4           data were used for particular
5           marketing purposes.
6   BY MS. LEWIS:
7           Q.     You don't recall any time
8   when you provided data demonstrating
9   possible cardiovascular effects of Vioxx
10  to marketing or salespeople, do you?
11          A.     Like I said, when I had data
12  at my disposal, I would make it available
13  to people and --
14          Q.     To marketing and sales
15  people?
16          A.     What I'm saying to you --
17  and I've said before -- is that the first
18  way I would go is to share it with my
19  line of command, you know, my managers.
20  And there may have been times when the
21  information was used to educate people in
22  the field.  And I don't recall specific
23  examples to give to you of how that
24  information was used by marketing, with
page 213
1   marketing, to educate marketing, to
2   educate the field.  I -- I don't -- I
3   don't recall specific examples.
4           Q.     Were you ever involved in
5   taking the sort of complicated
6   epidemiology information you would have
7   and making it more simple, drafting
8   something that would be a more simple
9   response to any of the obstacles that
10  I've mentioned so far?
```

Page 43

cannuscio.txt

[213:14] - [215:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 213
14              THE WITNESS:  So when you        ⎤  Cont.
15       ask that question, I -- I feel          ⎟
16       like at some point I was asked to       ⎟
17       try to distill all that was going       ⎟
18       on with the hormone replacement         ⎟
19       therapy debate, which was very          ⎟
20       complicated and had issue --            ⎟
21  BY MS. LEWIS:                                 ⎦
22       Q.      Talking about Vioxx.
23       A.      I'm trying to tell you, I'm
24  trying to recall instances in which I was
page 214
1   asked to distill epidemiological
2   information.  And that -- and to do it in
3   a way that somebody who didn't have a
4   scientific background might be able to
5   read it.  And that's an example that
6   comes to mind.
7               And I -- there were other
8   times when I was asked to communicate
9   what the results of, for instance, the
10  Solomon study were, but I can't remember
11  who the audiences were for those pieces
12  of information.
13       Q.      You can't remember any of
14  the audiences when you explained the
15  results of the Solomon study?
16       A.      Like I said, I do recall
17  quite clearly that I would always talk to
18  my colleagues in MRL.  And I do recall at
19  one point talking to Adam Schecter (ph)
20  about the results of the Solomon study,
21  but you're asking me about creation of
22  documents or creation of the distilled
23  epidemiological information.  And I --
24  and I don't remember who, you know -- for
page 215
1   whom those things were prepared or -- or,
2   you know, what audiences they were given
3   to or how they might have been used by
4   the field.  It was not a main part of my
5   job by any means.  If I was asked to do
6   something, I would try to just synthesize
7   the data in the best way I could.
```

[215:15] - [216:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 215
15              Did you distill or simplify,
16  you know, pick your word, the results of
17  the VIGOR study to be shared with MRL?
```
                                        Page 44

cannuscio.txt

```
18       A.    Since that was a clinical
19 study, there were other people who took
20 the lead in -- in describing the results
21 of this -- of the VIGOR study.
22       Q.    Other epidemiologists that
23 provided it to sales?
24       A.    Well, remember, the -- I
page 216
1 mean, the things that you just gave me
2 from the analyses from VIGOR were from
3 October 1999 when I wasn't even working
4 on -- on Vioxx.  So I don't know who
5 handled it when the data first came out.
6       Q.    The VIGOR -- the VIGOR issue
7 was very much alive later than 1999.
8 Right?
```

602

401-402

[216:12] - [217:1] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 216
12       Q.    Let me ask you this:  Have
13 you -- have you been asked to help
14 distill or prepare a response with regard
15 to any of the published studies we've
16 discussed today, other than Solomon?
17       A.    Have I ever been asked to
18 distill -- there may have been times when
19 I reviewed things that Dr. Watson
20 prepared.
21       Q.    Was he the one generally
22 asked to prepare those --
23       A.    Summaries.
24       Q.    -- or distillations to be
page 217
1 shared with marketing?
```

. 602
. Question w/o an answer

[217:7] - [217:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 217
7       Q.    Would you want any of your
8 data to be used to dodge questions?
```

401 - 402
403

[217:12] - [217:17] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

```
page 217
12           THE WITNESS:  I would want
13        to try to be as fair to the data
14        and -- and accurate about my
15        portrayal of the data as possible.
16        That would be my goal as a
17        scientist.
```

Page 45

cannuscio.txt

[217:19] - [218:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 217
19        Q.     Have -- have there been any
20  conclusions reached in the Merck Ingenix
21  study or Ugenix study, whatever the name
22  was, from earlier?
23        A.     It's called the -- yeah,
24  it's the Ingenix United HealthCare study.
page 218
1              When I went out on maternity
2  leave, the data were still interim data.
3  And I have not rereviewed the data or
4  revisited the data since I went out on
5  maternity leave.
6        Q.     Do you know when that will
7  be made public?
8        A.     I think the intent is to try
9  to submit it for publication soon.  I
10  don't know about a specific timeline.

401-402

[218:11] - [219:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 218
11        Q.     What did the interim data
12  show?
13        A.     I don't remember the
14  specifics, but I do remember that there
15  was some elevation in relative risk, I
16  believe, when vioxx was compared to
17  celecoxib, but I don't remember the
18  specific comparisons.
19        Q.     And relative risk with
20  regard to what?
21        A.     Like I said earlier, I think
22  that the end points were, but I don't
23  remember specifically because I haven't
24  looked at the protocol in a long time.  I
page 219
1  think the -- the end points included --
2  actually, I think they included
3  hospitalization for myocardial infarction
4  or for unstable angina and possibly also
5  for sudden cardiac death, but I can't
6  remember specifically if that was
7  included.  I think it was, but I can't
8  remember for sure.