FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 30 PM 5:13

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| **This document relates to Case No. 05-4046** | * | **MAGISTRATE JUDGE KNOWLES** |
| **EVELYN IRVIN PLUNKETT** as Personal Representative of the Estate of **RICHARD IRVIN, JR.,** | * | |
| Plaintiff, | * | |
| vs. | * | |
| **MERCK & CO., INC.,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * *

**MERCK & CO, INC.'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR DR. CHRISTOPHER SCHIRMER**

Merck hereby submits its objections to plaintiff's designations of the deposition of Dr. Christopher Schirmer.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

Fee
Process
X Dktd
CtRmDep
Doc. No

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Merck & Co., Inc.'s Objections to Plaintiff's Designations for Christopher Schirmer has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon Plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of January, 2006.

Dorothy H. Wimberly

Chris Schirmer (Multi-clip)
4:24-6:19

4:24 Q Sir, what is your name?
4:25 A Christopher Robert Schirmer.
5: Page 5
5: 1 Q And what do you do for a living, sir?
5: 2 A I'm an emergency medicine physician.
5: 3 Q And where do you practice?
5: 4 A In Boynton Beach, Florida.
5: 5 Q For those who may be watching this video
5: 6 later, we're taking this deposition today in Fort
5: 7 Lauderdale. How far is your practice from where we are
5: 8 today?
5: 9 A Approximately 30 miles, I would guess.
5:10 Q And what hospital do you practice at?
5:11 A Bethesda Memorial Hospital.
5:12 Q And is that the only hospital at which you
5:13 have privileges?
5:14 A Yes.
5:15 Q How long have you been at Bethesda Memorial
5:16 Hospital?
5:17 A Approximately six years.
5:18 Q Prior to that, where did you practice?
5:19 A I was at a hospital out in western Palm Beach
5:20 County called Palms West Hospital.
5:21 Q And how long were you there?
5:22 A Approximately four to five years.
5:23 Q And prior to that, where did you practice, if
5:24 anywhere?
5:25 A I was -- Before that, I was at a hospital in
6: Page 6
6: 1 Lantana, Florida, a suburb of Lake Worth called JFK
6: 2 Hospital, and I was there currently with Palms West and
6: 3 before.
6: 4 Q When did you graduate from medical school?
6: 5 A 1989.
6: 6 Q Have we covered all of your professional
6: 7 assignments since medical school in the brief history we
6: 8 have taken thus far?
6: 9 A Since I graduated my residency in emergency
6:10 medicine, except for I did help out in an urgent care
6:11 center a couple of shifts when a friend of mine started
6:12 it and needed a little help covering a couple shifts.
6:13 That was in Jupiter.
6:14 Q And when did you complete your emergency
6:15 medicine residency?
6:16 A 1994.
6:17 Q Have you been in emergency medicine your
6:18 entire medical career?
6:19 A Yes.

14:9-14:22

14: 9 Q Have you ever discussed this litigation with
14:10 Mrs. Plunkett?
14:11 A No.
14:12 Q Have you ever discussed this litigation with
14:13 Mr. Richie Irvin?
14:14 A No.
14:15 Q Now, you are Mrs. Plunkett's son-in-law,
14:16 correct?

A Correct.
Q And your wife's name is?
A Allesha.
Q Have you ever discussed this litigation with your wife?
A We've had discussions about it, yes.

18:3-19:14

Q How do you get up to speed on the risks and benefits of the medications you're prescribing?
A A variety of ways. Through our journals, through internet - internet articles, through our peers, tell us about new medications.
Occasionally we do have representatives from pharmaceutical companies come by and detail us on certain medications. Conferences, word of mouth from other specialties.
Q Do you make it a practice of reading product labels or package inserts for the prescription medications?
A I would usually review them quickly. I won't commit them to memory or --
Q You've obviously heard of something called a Physicians' Desk Reference?
A Yes, we'll use that, as well.
Q And so you would review the Physicians' Desk Reference for drugs that you're prescribing?
A If - if I don't have a package insert there or there's no other means, yes.
Q What medical literature did you routinely read in the 2000/2001 time period?
A It varies. There's Emergency Medical News Weekly is one of the common journals. I receive Hospital-Based Physician Journal. I receive a variety of the what we call throw-away literature, or the newsletters from different organizations that provide medical literature. I don't have all the specific names at the top of my head.
Q In the 2000/2001 time frame, did you routinely read the New England Journal of Medicine?
A No.
Q In the 2000/2001 time frame, did you routinely read the Journal of the American Medical Association?
A Not routinely. Occasionally if I had some time and there was one lying around, I'd review it.

19:15-22:8

Q What general publications did you read - routinely read in the 2000/2001 time period, and by that I mean non medical?
A I'm sorry.
Q What general publications did you routinely read in the 2000/2001 time period?
A You said non medical?
Q Yes. Like Time, Newsweek, USA Today, that's what I mean by general publication.
A I don't have any specific routine, whatever is there at the time. If there's - somebody left a Time Magazine from our waiting room in there, I might read it

if I had some free time. I might read a Newsweek, I might read a Florida Sportsman or Salt Water Sportsman, Sports Illustrated, whatever happens to be available, nothing -- I don't have a routine of --
Q Was there a newspaper that you regularly read in the 2000/2001 time period?
A Occasionally I would read the Palm Beach Post but not on a daily basis.
Q You mentioned that one of the ways you may get up to speed on the risks and benefits is to talk to colleagues, is that correct?
A Uh-huh.
Q Is that a yes?
A Yes.
Q Did you ever, in - prior to April of 2001, attend medical conferences?
A Occasionally.
Q Do you know whether, prior to April of 2001, you attended any medical conference at which a - any Cox-2 inhibitor drug was discussed?
A The only conference I can think of that I might have ever attended on a Cox-2 was I went to a - a dinner in which they spoke about Celebrex, but I don't remember the exact dates, times. I know it was at least

Page 21

more than two, three years ago.
Q Do you recall, sir, whether it was before or after Mr. Irvin passed away?
A To be honest, I don't remember.
Q That dinner that you - you recall attending, was that the dinner sponsored by Pfizer?
A I believe so.
Q And they discussed Celebrex at that dinner?
A I believe so.
Q Do you know if they discussed Bextra at that dinner?
A I don't remember.
Q Was the purpose of that Pfizer dinner, that you recall, to discuss Celebrex, or was it a broader review of the other drugs offered by Pfizer?
A I believe it was just to discuss Celebrex. It was to have dinner and discuss the product.
Q How was it that you came to be invited to that conference - or that dinner, sorry?
A I don't remember.
Q Do you recall how long that dinner lasted?
A Not really.
Q Did you obtain any literature about Celebrex at that dinner?
A I really don't remember. It was several years

Page 22

ago.
Q Do you recall any of the substance discussed at that dinner?
A I remember a nice steak dinner and a Power Point presentation.
Q That's it?
A 12 year old Scotch.
I don't remember.

22:9-26:12

Q Now, we've just been - just touched upon the

topic of Cox-2 inhibitor drugs. Can you give me your understanding of what a Cox-2 inhibitor drug is?

A I'm really not situation or prepared to give a lecture on it at this point. It's a medication that was in the anti-inflammatory family. It was an alternative to the - to the Naprosyns and the Motrins and the ibuprofens that we were using. I'm not prepared to give a dissertation on it.

Q To your mind, sir, what are Cox-2 inhibitor drugs indicated for?

A Acute and chronic pain secondary to arthritic conditions or degenerative joint disease conditions or acute inflammatory conditions.

Q To your mind, sir, as a treating physician, have you found Cox-2 inhibitor drugs to be efficacious medicine?

Page 23

A My experience with them has been good, in that I feel they were efficacious.

Q Do you consider Cox-2 inhibitor drugs to be - to be an important therapy for certain patients?

A Yes, I think they - for the patients - some patients they were very helpful.

Q When you were talking about Cox-2s earlier, you drew a distinction between Cox-2 drugs and what you termed older anti-inflammatory drugs, and you included ibuprofen or --

A As an example, ibuprofen and Naprosyn, yes.

Q Were there certain benefits to your mind, as a prescribing physician, that Cox-2 inhibitor drugs offered versus older anti-inflammatory drugs?

A One of the biggest advantages that I saw at the time was the lower GI irritation or the less stomach upset and propensity for intestinal bleeding, gastric bleeding.

Q As a treating physician, sir, did you consider the reduced risk of gastrointestinal side effects to be an advantage of Cox-2 inhibitor drugs over other anti-inflammatories?

A At that time, yes.

Q And when you say at that time, what time period are you referencing?

Page 24

A The time period you've been referring to, 2000, 2001.

Q Prior to April of 2001, did you ever write a prescription for a Cox-2 inhibiter drug?

A I believe so, but I don't know specifically.

Q Do you recall which Cox-2 drugs, prior to April 2001, you prescribed?

A I know I have prescribed Celebrex. I know I have prescribed Bextra, and I have prescribed Vioxx on occasion in the past. I don't remember the exact doses or times or --

Q And Celebrex, Bextra and Vioxx all are Cox-2 inhibiter drugs, correct?

A To my understanding, yes.

Q Do you recall, sir, back in April of 2001 whether you had a preferred drug within the Cox-2 family that you would choose if you were giving that therapy to a patient?

A I think I've written for Celebrex more than Bextra or Vioxx, if that would make it a preferred.

Q Why did you have a tendency to prescribe Celebrex over other Cox-2s?
A I don't know if that's an easy answer. There's a lot of things that play into it when you prescribe certain medications.
Page 25
I know that the detail people, the drug representatives, pharmaceutical representatives that would bring you information, I would see the Pfizer people more.
I know in the past there have been times, I believe with Celebrex, where they've offered certain types of coupons for the patients to get some kind of a discount because it is a rather expensive drug and - but no other real reason one way or the other.
Q Can you recall any instance, prior to April of 2001, that you prescribed Vioxx for a patient?
A Not a specific instance, no.
Q Can you testify whether or not you prescribed Vioxx for any patient prior to April of 2001?
A I probably have, but I don't know for absolute certainty. I know I have prescribed it before. I just don't know the exact amounts and to which patients.
Q Perhaps to put more specificity into my question, prior to the time that you prescribed Vioxx to Mr. Irvin, at the time you phoned in that prescription, do you believe that you had ever previously prescribed Vioxx to a patient?
A To the best of my recollection, I have.
Q But you can't give a sense of how frequently or dosages or --
Page 26
A No. It was a long time ago.
Q After April 2001, did you ever prescribe Vioxx to a patient?
A I can't remember. I don't see why I would not have in the immediate time after that. I think I stopped prescribing Vioxx after the - the magazines and everybody else reported potential problems with it.
Q Can you give me a sense of --
A Absolutely not.
Q Was that prior to the drug's withdrawal from the marketplace?
A Yeah, before. In that time frame.

26:13-26:19

Q Have you ever diagnosed an adverse event from any Cox-2 inhibitor drug?
A Not to my knowledge, no.
Q Have you ever treated a patient that you believe to have been suffering from an adverse event from a Cox-2 inhibitor drug?
A No.

26:21-27:23

Do you still prescribe Cox-2 inhibitor drugs today?
A No.
Q When did you stop prescribing drugs in that class?
Page 27

A Probably when all the attention came out in the articles and journals and --
Q So, when -- I'm sorry, were you done?
A Yes.
Q So when you testified earlier that you stopped prescribing Vioxx sometime in that period after April 2001 and prior to the drug's withdrawal from the marketplace, at that time did you also stop prescribing other Cox-2 inhibitor drugs?
A To the best of my recollection, when Vioxx was withdrawn from the market around that time period, maybe not the exact date, somewhere around there, I stopped prescribing Cox-2s altogether.
Q And so even though Celebrex is on the market today, you, as a prescribing physician, do not prescribe that medicine, is that correct?
A Correct.
Q And instead of Cox-2s, what do you prescribe patients today that require pain relief and anti-inflammatory treatments?
A It varies, but the mainstay would probably be more traditional non-steroidal anti-inflammatory such as Naprosyn or ibuprofen or Indocin or --

27:24-28:3

Q Sir, would you agree with me that all prescription medications have potential side effects?
Page 28
A I think as a general rule, anything - any medication can have a side effect, a potential side effect.

28:18-28:23

Q Doctor, can you think of any prescription medication that does not carry the risk of a potential adverse side effect?
A I cannot think off the top of my head at this time any medication that does not carry the potential for adverse side effect.

28:24-29:25

Q As of April, 2001, what did you believe were the risks associated with Cox-2 inhibitor drugs?
Page 29
A I think at that time, the main thing I would tell my patients at that time is to make sure you would take it with food because even though it was better than the more traditional non-steroidal anti-inflammatories, it would - still had some potential for stomach irritation.
Q As of April of 2001, were you aware of any public discussion of the risks - of cardiovascular risks associated with Cox-2 inhibitor drugs?
A I'm sorry, what time frame did you mention?
Q As of April of 2001.
A At that time period?
Q Yes, sir.
A I was not aware of any potential cardiovascular side effects or risks.
Q As of April of 2001, did you believe that the

traditional non-Cox-2 anti-inflammatory drugs - did you believe that those older drugs had potential cardiovascular benefits associated with their use?
A The only traditional non-steroidal anti-inflammatory medication that had a benefit to it, at - to my knowledge at that time, would be aspirin.
I would not tout or preach to my patients about any of the others having a cardiovascular positive effect, if you will.

30:17-30:20

Q And back in April of 2001, did you believe that the older NSAID drugs had the potential of reducing platelet aggregation, did you say?
A Yes, or their platelet function, yes.

35:1-36:25

(Thereupon, said document was marked as Defendant's Exhibit Number 4 for identification by the reporter.)
BY MR. ISMAIL:
Q Have you ever seen Exhibit 4 before, sir?
A No.
Q If you see the first dashed line that runs the width of the page near the top?
A Yes.
Q Beneath that it says, Irvin, Richard and with an address in St. Augustine, Florida?
A Yes.
Q And that is Richard Irvin, your father-in-law, correct?
A Correct.
Q And this, sir, was a document that we obtained by subpoena from a Walgreen's pharmacy that relates to prescriptions obtained by Mr. Irvin, okay?
A Yes.
Q And the first medication listed there is a prescription for a drug called Vicoprofen, do you see that?
A Yes.
Q And immediately underneath that do you see the name Schirmer?
Page 36
A Uh-huh.
Q And then there's an address for Bethesda, Boynton Beach, Florida?
A Correct.
Q And so that's a reference to you, is that not?
A Yes.
Q What is the drug Vicoprofen?
A It's a mild to moderate anal - opiate analgesic that contains hydrocodone and ibuprofen.
Q What's an opiate "angelesic"?
A Analgesic. It's a pain medication.
Q When you say mild to moderate, to give a sense of the intensity of that drug, can you compare it to, say something that somebody can obtain over the counter, like Advil?
A It's certainly stronger than Advil. It contains the same medication that Advil has in it, the ibuprofen, but it combines it with a narcotic by the

name of hydrocodone.
Q Now, is that hydrocodone the same drug that's in the prescription medication Vicodin?
A Correct.
Q And the date of this prescription was April 9th, 2001?
A Yes.

37:1-38:7

Q And you see -- Next to the date, do you see the 30 for the 30-day supply of the drug?
A No, it's not a 30-day supply, it's a quantity of 30.
Q A quantity of 30. And that -- How many times per day was this drug supposed to be taken?
A It could be taken every six hours, so it could be taken up to four times a day.
Q Okay. And did you, in fact, prescribe to Mr. Irvin Vicoprofen on or about April 9th, 2001?
A Yes.
Q Why did you prescribe Mr. Irvin that drug on that date?
A I was asked by his daughter, my wife, to get him something for pain because he was having some back pain and joint pain which he's had in the past which purportedly it normally is improved with just Advil or Aleve, but it was not working, and so she asked me to get him some medication that would help him until he could see his doctor.
So I prescribed the Vicoprofen and the one below it, the methocarbamol, also known as Robaxin, which is a muscle relaxant, and I prescribed about a week's worth until he could see his doctor.
Q I'd like to go back over your prior answer,
Page 38
sir. First, for this April 9th, 2001 prescription of Vicoprofen, had you spoken to Mr. Irvin prior to that prescription about the pain that he was suffering?
A I have spoken to him in the past, but I don't remember specifics about it, about having arthritis type pain, back pain, joint pain, in past occurrences, but I did not speak to him the night that I called this in.

38:13-41:06

Q How long did you know Mr. Irvin?
A I believe we first met in late 1989.
Q Did you --
A Or actually -- Excuse me, 1988.
Q Did you know Mr. Irvin prior to the time that you began seeing your wife?
A No.
Q How often did you see Mr. Irvin, say beginning in the late '90s?
A I would say we only crossed paths maybe once or twice a year; holiday, maybe Christmas and then maybe once in the summer.
Q Did you have a regular opportunity to speak
Page 39
with him over the phone?
A Rarely.
Q Did you ever go fishing with Mr. Irvin?

                        A I've been fishing with him, yes.
Q How frequently would that event occur?
A Maybe once a year, at most twice a year.
Q So basically beginning in the late '90s through 2001, you saw Mr. Irvin at the most two or three times a year?
A That would be an outside, to the best of my recollection.
Q In around April of 2001, how well did you know his medical condition?
A I had a general Gestalt of it. We talked about this or that, colds, if I had a cold or if - really nothing too specific or too involved. I've never had a formal alliance with him or a practice with him.
Q Would you say that you ever treated Mr. Irvin prior to April of 2001?
A Informally, yes. You know, I can recall, I don't know the specifics, if he had a cold, what's the best thing for a cold and that kind of stuff, but nothing -- Certainly I never treated any major illnesses, if you will, diabetes, pneumonia, those kind of problems.

Page 40

Q Did you ever conduct a medical exam on Mr. Irvin --
A No.
Q -- at any time?
Did you ever take a medical history of Mr. Irvin at any time?
A Not a formal one, no.
Q Did you ever order any laboratory testing for Mr. Irvin at any time?
A Not to my knowledge.
Q And by my prior questions I'm not trying to limit it just to the April 2001 time period.
I mean at any time in his life, do you recall ever ordering any tests for Mr. Irvin?
A Not to my knowledge.
Q In or around 2001, sir, did you know what Mr. Irvin's blood pressure was?
A I think we talked about it before and, you know, we've always - we discussed it back and forth, and I think the general Gestalt was it was always normal, or it was okay.
Q Do you know whether Mr. Irvin had a doctor that he visited?
A I'm not aware of a formal or a regular doctor that he would visit.

Page 41

Q Do you know of any doctor that he ever visited?
A Not off the top of my head.
Q Would he -- Did he ever tell you that he had visited a doctor?
A No, he had not.

41:7-50:6

Q On those occasions that you discussed Mr. Irvin's blood pressure, what was your understanding as to who took his blood pressure reading?
A Oh, I don't know who took it. I think we've discussed what kind of problems we had when -- I think

Schirmer Chris Pltf Affirmative Playlist.txt

it was in particular when he had the cold, a certain decongestant should not be taken if you have high blood pressure, and to the best of my recollection, it was around that time.

Don't take certain medications if you have high blood pressure, and if I remember correctly, he wasn't taking any medication for blood pressure, diabetes, because it was my understanding he did not have those problems.

Q Can you relate that conversation in time, sir? Was it in the late '90s, early '90s, early 2000s?

A I would have to ballpark and say late '90s.

Q Just so I'm clear, you got the sense, sir, from conversations with Mr. Irvin that he had had his

Page 42

blood pressure taken sometime in the late '90s time, correct?

A I inferred that his blood pressure was under control or normal.

Q And you inferred that from his comment to you that he was not taking any medication to control his blood pressure?

A I think it was more from I don't have blood pressure problems.

Q Okay. In or around 2000, did you have a sense of what Mr. Irvin's cholesterol readings were?

A No.

Q Do you know whether he had ever had his cholesterol checked?

A I have no knowledge of his prior medical visits.

Q Do you know -- Did you know in or around 2001 whether Mr. Irvin had ever had a physical?

A I had no knowledge of that.

Q He never told you he did?

A Never told me, never asked.

Q Do you know of any medication -- withdrawn.

Do you know of any prescription medication that Mr. Irvin had ever taken in his life other than what you prescribed for him?

Page 43

A Not to my knowledge.

Q Have you ever seen a medical record regarding Mr. Irvin?

A I don't remember ever seeing a medical record for him, no.

Q Did you ever hear of Mr. Irvin seeing a doctor?

A Not that I can remember.

Q Did you ever hear of Mr. Irvin refusing to see a doctor?

A No.

Q Did he ever ask you for a referral?

A I think when he started having a lot of back pain that was non responsive to Advil and Aleve, I called him in some prescriptions and said you need to follow up with a doctor, and the response I got is that I was - I would.

Q Oh. And the response that you got from Mr. Irvin in April of 2001 was that he would follow up with a doctor, is that correct?

A Yes.

Q But prior or other than that event, did you

ever give Mr. Irvin a referral for any other doctor?
A No.
Q Did you ever hear that Mr. Irvin had a cardiac
Page 44
stress test in 1994?
A I don't recall ever hearing that.
Q Mr. Irvin ever discussed with you his cardiac stress test from 1994?
A No.
Q Never heard about it from your wife or from your mother-in-law that Mr. Irvin, in his 40s, had a cardiac stress test?
A I remember he had - in a very vague recollection of it, is that he had something going on with his hand or his wrist. He had some testing for that.
I don't know the specifics of even what went on with his hand or wrist, and I don't know the specifics of what testing he had done.
Q Did you ever hear of Mr. Irvin having chest pains at any time?
A Not to my knowledge.
Q If Mr. Irvin, in fact, did have a cardiac stress test in 1994, is that something you would have wanted to know before prescribing him medications?
A I really -- I don't think it would have made a difference if he had or didn't have, for the medications I prescribed, to recommend it.
Q Are you aware of any diagnostic tests done on
Page 45
Mr. Irvin at any time?
A Not from my recollection at this time.
Q We were just looking at the Walgreen's record that shows a Vicoprofen prescription in April of 2001. Prior to April of 2001, did you ever prescribe a medication for Mr. Irvin?
A At this time I can't remember. I don't have a recollection of it. It's certainly possible. I know when he's had a cold in the past, I made some recommendations, but I - I'm pretty sure they were just over-the-counter recommendations, Sudafed, Advil Cold and Sinus, that kind of stuff.
Q Prior to April 2001, did Mr. Irvin ever ask you for a prescription and you declined for whatever reason?
A I don't have a recollection of that, no.
Q Do you recall --
A I have no memory of ever refusing to give him a prescription.
Q Did Mrs. Irvin ever ask you for a prescription?
A For her?
Q Yes.
A Not to my knowledge.
Q Now, returning to April 2001, you indicated
Page 46
that it was your wife who informed you that Mr. Irvin was suffering from back or arthritic pain that was nonresponsive to over-the-counter medications, is that correct?
A To the best of my recollection, yes.
Q Prior to April 2001, were you aware that Mr. Irvin was suffering from some sort of chronic pain?

A I don't know if it was - I would label it as chronic. I know that he had bouts of back and joint pain.
Q How long before April 2001 did that pain first - were you first aware of that pain?
A I don't recall the exact dates.
Q Can you give me a sense of was it a year, two years, five years?
A Not really.
Q In what -- Other than the back, was there any other part of the body the pain was localized in?
A Mostly joins and - joints, hand and his back, from my recollection.
Q Do you know whether Mr. Irvin had ever been diagnosed with a specific arthritic condition?
A No.
Q Osteoarthritis or any other arthritic condition?

Page 47

A No.
Q Did you yourself consider Mr. Irvin suffering from a specific arthritic condition?
A In my opinion, most of his joint pain was from his - probably from his sports days, and it was mostly degenerative joint type pain from what I inferred when he told me what was going on.
Q What did he tell you was going on?
A Back and joint pain, worse when he wakes up, gets better as he warms up throughout the day, worse if he does a lot of manual labor.
Q Did Mr. Irvin ever tell you whether the pain he was suffering from kept him from doing certain activities?
A I don't think he specifically ever said that.
Q Did you ever get a sense that the pain he was suffering from kept him from doing certain activities?
A I -- No, I never really thought about it.
Q Did your wife tell you that the pain Mr. Irvin was suffering from was keeping him from doing certain activities?
A She didn't specifically say that. She -- The night that I called in this, she was up there visiting, I was back here in town working, and she said his joint pain is flared up, it's worse and the Advil or

Page 48

over-the-counter products aren't working, could you call him in something, so that's why I called in the two prescriptions listed there from April 9th, 2001.
Q Did you ever consult with Mr. Irvin about which over-the-counter pain relievers he should take to combat his back and joint pain?
A I don't know if I specifically consulted with him. I think I was under the impression he was using either/or or combinations of Advil or Aleve or Naprosyn, and that's to the - to the best of my knowledge at this time.
Q When your wife called you on April 9th, 2001 regarding Mr. Irvin, did she tell you that it was his request that he - that you prescribe him a prescription pain reliever?
A No, I think it was more that she had said that he's having more pain, what do you think, but I don't remember the exact conversation, and I think -- what I

usually would do is just make recommendations at that time, if this isn't working then, well let's try this.
Q Do you recall anything else from that conversation of April 9th, 2001, regarding Mr. Irvin?
A No.
Q Did you talk to Mr. Irvin about the risks of the prescription you gave on April 9th, 2001?
Page 49
A No, I did not speak with him directly.
Q What risks did you consider -- Withdrawn.
In and around April of 2001, what did you believe were the risks associated with Vicoprofen?
A The same risks that are usually printed right on the bottle, drowsiness, do not operate machinery when you take it, do not mix with alcohol, don't mix it with other painkillers.
Q Did either you advise him directly, or through your wife advise him to stop taking other pain relievers when he was taking the Vicoprofen?
A I don't remember.
Q What was the name of the other drug you prescribed on April 9th?
A The generic name is methocarbonal - carbamol, the trade name is Robaxin.
Q And you said that drug was for -- It's a muscle relaxant?
A Muscle relaxer.
Q And how long was -- How many day's supply did you prescribe of that drug?
A The same as the Vicoprofen, a 30-day supply - or 30 quantity supply, which should last about a week.
Q And that was another drug he could take more than once a day?
Page 50
A He could take it up to four times a day, every six hours.
Q When you gave the - when you phoned in the -- Did you phone in the prescriptions yourself on April 9th?
A Yes.

50:7-50:21

Q At that time, sir, did you advise Mr. Irvin that he should follow up with a doctor regarding his pain?
A Not directly. What I believe I did is I told my wife this, and then for him to make a follow-up appointment with his doctor.
Q Do you know whether she had that conversation with him?
A Not directly.
Q Do you know directly whether --
A I assume she did.
Q Do you know -- Did you ever hear of Mr. Irvin's response to the suggestion that he follow up with a doctor?
A No, I did not.

50:22-50:25

Q Do you know of any instance that Mr. Irvin actually saw a doctor regarding his back, joint

arthritis pain?
A I'm not aware of any.

51:1-51:24

Q Going back to the Walgreen's form, Exhibit 4, the final prescription on this page is for Vioxx, do you see that?
A Yes.
Q And that's 25-milligram prescription dose?
A Uh-huh.
Q Yes?
A Yes.
Q And the date of that prescription's April 15th, 2001, correct?
A Correct.
Q And it lists you again as the prescribing physician, correct?
A Yes.
Q Did you phone in this prescription yourself?
A Yes.
Q Did you speak to Mr. Irvin after April 9th and prior to April 15th?
A Yes.
Q On how many occasions?
A I believe once.
Q Did you see him in person or was it over the phone?
A I believe it was over the phone.

51:25-51:25

Q Did he initiate -- I'm sorry.

52:1-52:24

A I'm going to retract that.
I'm pretty sure I spoke to him directly, either that or it was again through my wife. I don't remember the specifics.
Q And when you say directly, do you mean --
A Whether he was on one end of the phone and I was on the other end of the phone or he spoke to my wife about the Vioxx medication.
Q Okay. In either event, you know the conversation wasn't in person, correct?
A Correct.
Q Do you know whether he called you or you called him on that occasion?
A I don't know who called who, and I believe it was either he had spoken to my wife or had spoken to me and said that he - the first two medications I prescribed were not working, but a friend of his, somebody - an acquaintance he knew gave him some samples of Vioxx.
It was my understanding that he said it helped, and that he cannot get in to see his doctor right away, if I could call him in some until he could get to see his doctor. And at that point, that's when I called in the prescription of 30.

52:25-53:4

Q Was this conversation had -- Withdrawn.

Page 53

Did you speak to Mr. Irvin either directly or indirectly more than once in this time frame, April 9th to April 15th, or was it just one conversation?
A I don't remember. I believe it was only once.

53:12-53:14

Q So Mr. Irvin specifically requested the 25-milligram Vioxx?
A I'm assuming that.

54:3-56:20

Q Was it your belief when you prescribed the Vioxx on April 15th, that he began taking that drug sometime between April 9th and April 15th?
A I was under the impression that he had had a few or a couple samples and it helped but he had no more and could I call him in some until he could see his doctor.
Q Do you know whether Mr. Irvin was taking the Vioxx with any other drug that you had previously prescribed to him?
A No. It was my understanding that he was to stop the first two and take the Vioxx since that was the medication that was helping him.
Q Do you know whether, when he was taking the samples from his friend, he was still taking the drugs you had prescribed him?
A I don't know that.
Q Do you know whether Mr. Irvin read any material regarding the risks and benefits of Vioxx before he started taking the samples he got from his friend?
A I have no knowledge of that.
Q Did you discuss anything else on that phone

Page 55

call regarding Mr. Irvin other than this request by him that you prescribe him Vioxx?
A The only other conversation that I remember was, follow up with your doctor after getting the prescription.
Q Other than potentially your wife, was there anyone else party to the conversation besides you and Mr. Irvin?
A Not to my knowledge.
Q Did you make any notes of the conversation?
A No.
Q Did you make any notes of the April 9th, 2001 conversation?
A No.
Q Did you ask whether Mr. Irvin had seen a doctor between April 9th and the request for Vioxx?
A I was under the impression he had not seen a doctor. That's why he was calling me for help.
Q Did you -- Do you know whether he attempted to see a doctor?
A I do not know that.
Q And you recall on April 15th, 2001, specifically learning that Vioxx was helping Mr. Irvin with his pain?

                    A That was the impression I got, yes.

Page 56

Q And that was either told you directly by Mr. Irvin or through your wife, correct?
A Correct.
Q Did you consider, in your relationship with Mr. Irvin, that he was a complainer?
A No, I don't believe -- I never got the impression he was a complainer.
Q So if Mr. Irvin was complaining about back pain or other joint pain, that -- You took those complaints seriously, did you not?
A Yes.
Q He was not a guy who would complain at the lowest development of pain, correct?
A That was my understanding, yes.
Q And so he first requested - or your wife request that you prescribe this combination of this narcotic, Vicodin with ibuprofen, on April 9th, and that didn't work, yet after one or two days of Vioxx, that did work, correct?
A That was the impression I got, yes.

57:15-57:24

Q Did you suggest to Mr. Irvin either directly or through your wife what type of physician would be good to follow up with regarding his condition?
A I think the conversation sort of gives the extent of what I know. I was told that the medication was helping, the medication Vioxx was helping, and he only had a couple samples that he received from an acquaintance or a friend, could I please help him out with some until he can see his doctor, and that's the extent of it. I couldn't read into it any more.

58:6-59:23

Upon hearing that the combination of the Vicoprofen and the muscle relaxant prescribed on April 9th was not providing him relief, did you - did you change your assessment of what was causing Mr. Irvin's pain?
A I think it was - I think I was actually -- It made sense to me that if his pain was purely a bad flare-up of the arthritis, that the Vioxx actually went to the - was more - is better directed at arthritic pain than the opiate pain medication and the muscle relaxer. So it made sense to me that it would - that it would help.
Q Did you talk to Mr. Irvin directly or indirectly about the risks associated with Vioxx in order to --
A I have no recollection of that.
Q Do you know whether you advised your wife to pass along any information to him?
A I don't remember.
Q Did you yourself provide anything in writing

Page 59

to Mr. Irvin regarding the risks and benefits of Vioxx?
A I have no recollection of that.
Q Did you, through any means, inform Mr. Irvin about the potential GI risks associated with Cox-2

drugs?
A No.
Q Do you know whether, at any time prior to April of 2001, that Mr. Irvin took any Cox-2 drug?
A Not to my knowledge.
Q In April 2001, sir, did you consider Mr. Irvin to be at any heightened cardiovascular risk?
A I never really gave it too much thought at that time.
Q Did you ever talk to Mr. Irvin again after April 15th, 2001?
A I don't remember.
Q Did you ever hear, after April 15th, 2001, any update on his back or arthritis pain?
A No.
Q Do you know whether Mr. Irvin ever followed up with his doctor as had been indicated to you on April 15th?
A I have no knowledge of that.

61:17-61:22

Q Have you spoken to any doctor, any other doctor about Irvin's death, Mr. Irvin's death?
A No.
Q Have you ever spoken to anyone about the cause of Mr. Irvin's death?
A Other than my wife, no.

64:2-64:12

Earlier I ask you - asked you whether you had spoken to anyone about the cause of Mr. Irvin's death, and you had indicated that you had with your wife, is that correct?
A Right.
Q And she's the only person with whom you've ever spoken about the cause of Mr. Irvin's death?
A To the best of my memory, yes.
Q And do you recall what you and your wife spoke about about the cause of Mr. Irvin's death?
A Not the specifics, no.

65:9-66:13

Q Have you ever told her that you had believed that Vioxx had caused her father's death?
A I've never told her that I believed Vioxx has caused her father's death.
Q Have you ever indicated -- Have you ever told anyone that you believe that Vioxx had caused Mr. Irvin's death?
A No.
Q Is it fair to say, sir, as an emergency room physician, you see - you have seen a fair number of patients come in who have suffered heart attacks?
A Yes.
Q Would I be correct to believe that heart attack is one of the leading causes of death among American men in their fifties?
A I believe it's a national statistic that heart disease is a leading cause of death in men.
Page 66

Q Have you ever seen patients come into your emergency room who have suffered heart attacks whose medical condition did not reveal any prior trouble with heart disease?
A I think I've taken care of people that had no history of any medical problems and have come in suffering a heart attack, yes.
Q Patients for who - who have come into your emergency room, who wake up one morning feeling fine and then have a sudden unexplained heart attack that day, has that ever occurred in your practice?
A I don't have a specific recollection, but I don't see why it wouldn't have happened.

67:12-67:18

Has anyone ever told you, sir, whether Mr. Irvin was exhibiting any symptoms of heart trouble between April 9th, 2001 and the day that he passed away?
A I'm not aware of any history either directly or indirectly via another person about him having any kind of signs or symptoms consistent with heart disease or heart problems.

68:10-68:21

Q All right. Now, you've never met any detail person or sales rep from Merck where a discussion about Vioxx took place prior to prescribing for Mr. Irvin, am I correct?
A I have no recollection of that.
Q And I believe you had told us on a prior deposition that you'd only had one prior meeting that you recalled with a Merck detail person and that did not have anything to do with Vioxx, was that --
A I'm sketchy even about recalling that I ever had a meeting, and I certainly don't have a recollection of ever being detailed about Vioxx.

68:22-70:13

Q All right. And just to add a little bit of knowledge about emergency room, emergency medicine care and what you do, tell the jury what a routine day for you in emergency room would be, just on - on an average
Page 69
day.
A Oh, boy.
Q What you do generally.
A The emergency medicine is Pandora's box. It's whatever comes in the door.
By our own standards and by Federal obligation, we see everybody that shows up, and they get - they get screened, so patients that have acute injury oriented or acute illness will use the emergency room.
Patients that cannot see their doctor or patients that don't have a doctor or have any access to health care, we see in the emergency room.
They're evaluated, you know, treatment and diagnostics are in order, and then a treatment plan or discharge plan or disposition plan is made.
Is that what you're asking?

Q Yes. And how many doctors generally at Bethesda would be under your supervision?
A We currently have about 30 to 35 doctors on staff. About 10 of the - to 11 of the doctors provide about 90 percent of the care at the hospital.
The others are just sort of backups, been on the wings. Many haven't worked in our hospital for over a year, they're just on staff in case we do need them.
Page 70
So at any one time there could be as little as one doctor working in the midnight hours from 2 in the morning to 7 in the morning. As many as four doctors could be working during the peak hours of the day when we have a lot of patients.
Q Would it be a fair statement to say that on most days, it's a very busy place, a very active place in the emergency department?
A Yes.
Q And back to Vioxx. At the time you prescribed Vioxx for Mr. Irvin, did you note at that time that Vioxx could increase the risk of cardiovascular events, including heart attacks by 45 times?

70:16-70:23

A I have no prior knowledge of that happening.
BY MR. BEASLEY:
Q Okay. At that time, were you aware that the mechanism of action of Vioxx could expose patients to a greater risk of serious cardiovascular events such as heart attacks and strokes at the time of the prescription for Mr. Irvin?
A I was not aware of that.

611; assumes facts not in evidence and misrepresents the evidence

71:2-71:4

Q And specifically, prior to prescribing Vioxx, had anybody informed you that the mechanism of action of Vioxx could cause heart attacks --

71:7-71:17

Q -- or an increased risk of heart attacks?
A I'm sorry, you lost me, sir. Please repeat it.
Q Prior to prescribing Vioxx specifically for Mr. Irvin, had anybody informed you that the mechanism of action of Vioxx could cause heart attacks?
A I was not aware of that.
Q Would it surprise you to learn that Merck now takes the position that Vioxx was no more effective in treating pain than traditional NSAIDs like Aleve, ibuprofen?

71:19-71:20

A I -- I'm not aware of - that is their position.

71:23-71:24

Are you aware that is their position now --
A No.

72:5-72:16

Q Tell the jury -- There was mention a while ago about the PDR. Tell the jury exactly what the PDR is from a medical - from a doctor's perspective.
A Well, the formal name is Physicians' Desk Reference, and it's a compilation of all the package inserts for the - the - a particular medication or drug informations that are - that are dispensed by the particular companies that make that medication.
Q And usually -- I say usually. Is the information found in the PDR basically the product information sheet or the package insert?
A That's my understanding, yes.

72:23-74:17

Is the package insert the same thing as a product information sheet put out with the drug or a label?
73: Page 73
A Yes.
Q And basically is that what a doctor prescribing medication would have access to, the package insert or the PDR?
A Yes.
Q And what specifically would be the purpose of the PDR to the prescribing physician, say in emergency room say, what would be the purpose of that information to you?
A To provide me with information about the medication, the - the indications, the usages, the efficacy, the contraindications, the dosing, the forms available, the color of the pills or shots or whatever they are - the medication is.
Q You don't -- You wouldn't actually review everything in the PDR? You would look specifically at what you just told us, the dosage, the indications and the contraindications and specifically the warnings?
A Yes.
Q Would the indication section, the contraindication section or the warning section each be important to you --
THE REPORTER: Each be?
MR. BEASLEY: Important to him as the doctor, as the prescribing doctor.
74: Page 74
A Yes.
BY MR. BEASLEY:
Q Would one be any more important than the other?
A It's a package deal, you know.
Q Am I correct that as a doctor, you would be looking at this information to find out, number one, the benefits and also the risk associated with a specific drug?
A Yes.
Q Am I also correct that as the prescribing doctor, you would weigh the benefits and risks when you prescribe a drug?
A Yes.
Q And you would - would you depend on the

information supplied to you by the - say in this case Merck on Vioxx?

74:19-75:11

A Probably.

BY MR. BEASLEY:

Q And I believe that Vioxx came out in 1999, so am I correct that there would be nothing in the 1999 edition of the PDR relating to Vioxx?

A My recollection of the review of the information that I had via the package insert or the

Page 75

PDR, he had - Mr. Irvin had no contraindications, or I had no concerns prescribing him that medication.

Q In fact, it would be indicated for him based on what you do, am I correct?

A I was -- I was comfortable prescribing him that medication at that time.

Q There's nothing in the contraindication section of the PDR that would apply to the product package insert that would tell you, as the prescribing doctor, that Vioxx was contraindicated for Mr. Irvin, am I correct, at the time you prescribed it?

75:13-75:25

A I had no reason to believe there was any contraindications from what - my understanding of the package insert.

BY MR. BEASLEY:

Q Did you find anything in the warranty section about the risk of heart attack or certain - sudden cardiac death or cardiovascular events that would have alarmed you in prescribing Vioxx at that time?

A Not to my recollection.

Q I believe I'm correct that there was no warning of heart attack or certain - sudden cardiac death in the package insert at the time that would give you any warnings at all?

76:2-76:8

A I don't remember ever seeing such warning.

BY MR. BEASLEY:

Q Can we agree on this, that in your practice, the package insert and the information contained in the PDR would be the primary sources of information about the risk of a drug when you were prescribing it to a patient?

76:10-76:16

A I think it would be a part of it. I think we hear from our peers, if they might tell me about a fellow patient having - or another patient having problems, they would pass it along.

Certainly in journals or in articles we might get information, so it's - it's a large part of it, the PDR and the package insert.

77:18-77:24

Q As important as what you do is, an emergency physician, emergency medicine would not be involved in the clinical trials generally, am I correct?
A That is correct.
Q And if Merck knew about the risk of heart attacks related to Vioxx, would you, as a prescribing doctor, expect them to tell you about those risks --

78:2-78:5

Q -- specifically?
If they knew.
A If somebody knew, I would expect it to be relayed to me.

80:9-80:24

Q Doctor, you've told us earlier on the direct-examination that you had quit prescribing Vioxx specifically, am I correct? That you had quit prescribing Vioxx to any patients.
A I had quit all - prescribing all Cox-2 inhibitors, yes.
Q Which would include Celebrex and Bextra --
A Yes.
Q -- in addition to Vioxx?
A Yes.
Q If it is a fact that Merck had actually withheld critical information concerning the heart attack risk and the cardiovascular event problems generally really up until Vioxx was pulled from the market in September of 2004, as a practicing physician, would that concern you --

*602; 611; assumes facts not in evidence*

81:2-81:5

Q -- if they had that information and didn't make it available for a period of several years?
A It's certainly information I would want to know.

82:2-82:6

Q Doctor, would it be a correct statement that you could not convey to your patients the risk, adverse risk associated with taking a drug unless the company made that information available to you and specifically the medical community, more specifically to you?

*602, 611: leading, no personal knowledge*

82:8-82:12

A I think that goes without saying, I can't preach something I don't know.
BY MR. ISMAIL:
Q Common sense would tell you that if you don't know the risk, you can't convey it, am I correct?

*602, 611 (same)*

82:14-82:20

A Yes.
BY MR. BEASLEY:
Q Just so we can be absolutely certain, I believe I'm correct in what you've told us so far, that

*602, 611 (same)*

prior to your prescribing Vioxx to Dicky Irvin, Merck never told you about any cardiac risk associated with Vioxx, in any fashion?

82:22-82:23

A I'm not aware of any cardiac risk associated with Vioxx prior to this event.

83:7-83:9

Q Everything you knew about Mr. Irvin was that he - other than the pain problems he was having, he was in generally good health, am I correct?

83:11-83:11

A To the best of my knowledge, yes.

602, 611 (same)

87:16-88:7

Q Doctor, Mr. Beasley asked you some questions a moment ago about the comparative efficacy of Vioxx compared to traditional anti-inflammatory drugs.
Do you recall those questions?
A Yes.
Q With respect to Mr. Irvin, we don't have to rely on any specific data regarding efficacy. You know through your own prescriptions and conversations regarding Mr. Irvin that the over-the-countor anti-inflammatories and even the Vicodin/ibuprofen
Page 88
combination in April 2001 was not providing him relief, correct?
A Correct.
Q And instead, through your own conversations you learned that Vioxx was the only drug that provided him relief in that time frame, correct?
A That was my understanding.

91:12-91:21

Q And am I correct that to your own understanding, Mr. Irvin took Vioxx for less than 30 days?
A That is my understanding.
Q And as you sit here today, you're not aware of any placebo-controlled data that would demonstrate that patients such as Mr. Irvin who had taken Vioxx for less than 30 days were at any increased cardiovascular risk, correct?
A Correct.

93:01-93:6

Q And you don't recall ever discussing with any Merck sales representative Vioxx at any time, correct?
A Correct.
Q And you don't recall ever reading and relying on any Merck promotional activities, correct?
A That is correct.

93:21-93:25

Schirmer Chris Pltf Affirmative Playlist.txt

93:21 Q And am I correct, and I think you told us this
93:22 earlier, that in around April of 2001, you hadn't seen
93:23 any promotional material or any scientific articles
93:24 about the VIGOR study, correct?
93:25 A Correct.

Total Length - 01:04:55

Page 24