# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK & CO, INC.'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR ALLESHA SCHIRMER

Merck hereby submits its objections to plaintiff's designations of the deposition of Allesha Schirmer.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co., Inc.'s Objections to Plaintiff's Designations for Allesha Schirmer has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon Plaintiffs' counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of January, 2006.

*Parties' Objections
to Allesha Schirmer
designations*

Schirmer A Pltf Affirmative Playlist.txt

ASchrimer (Multi-clip)
    5:20-6:6

    5:20          Can you state your full name for the
    5:21     record, please.
    5:22          A.   Allesha Marchelle Irvin Schirmer.
    5:23          Q.   And do you prefer to go by Miss Schirmer or
    5:24     Mrs. Schirmer?
    5:25          A.   Mrs. Schirmer.
    6: Page 6
    6: 01          Q.   Mrs. Schirmer, are you married?
    6: 02          A.   Yes.
    6: 03          Q.   And what is your husband's name?
    6: 04          A.   Christopher Robert Schirmer.
    6: 05          Q.   What is your maiden name?
    6: 06          A.   Allesha Marchelle Irvin.

    13:4-13:12

    13: 04          Q.   How old are you, Mrs. Schirmer?
    13: 05          A.   Thirty-six.
    13: 06          Q.   And what is your date of birth?
    13: 07          A.   1/17/69.
    13: 08          Q.   What is your current address?
    13: 09          A.   1994 -- 19954 Loxahatchee Point Drive,
    13:10     Jupiter, Florida 33458.
    13:11          Q.   How long have you lived at that address?
    13:12          A.   For almost ten years.

    14:17-14:19

    14:17          Where is Jupiter Beach?
    14:18          A.   It's Jupiter, Florida and it's about twenty
    14:19     miles north of West Palm Beach, Florida.

    14:25-15:2

    14:25          Q.   How far is Jupiter from St. Augustine?
    15: Page 15
    15: 01          A.   About three and a half hours, three
    15: 02     hundred - or two hundred and twenty-one miles.

    15:19-15:23

    15:19          Q.   And did you graduate from college?
    15:20          A.   I did with an associate's degree.
    15:21          Q.   What year did you get your associate's
    15:22     degree?
    15:23          A.   In 1990.

    16:7-16:8

    16: 07          Q.   What was your associate's degree in?
    16: 08          A.   Cardiopulmonary technology.

    17:2-17:10

    17: 02          Q.   What does a cardiopulmonary technician do?
    17: 03          A.   I work in the pulmonary lab, take pulmonary
    17: 04     gases, pulmonary function testing, cardiac cath lab
    17: 05     doing cardiac procedures, interventional procedures,
    17: 06     PTCAS. I worked in the cardio - the echocardiography
                              Page 1

```
                  Schirmer A Pltf Affirmative Playlist.txt
17: 07    lab where we do cardiac imaging and we go to the
17: 08    open - the OR and do open-heart surgery, we also do
17: 09    diagnostic testing as far as stress tests, cardiac
17:10     stress tests and nuclear tests.

   18:15-18:19

18:15         Q.   And what -- Let's go through your
18:16    employment. You said your first job was at
18:17    Children's National Medical Center in washington
18:18    D.C.?
18:19         A.   Yes.

   19:6-19:19

19: 06        Q.   And how long were you at that job at
19: 07    Children's National Medical Center?
19: 08        A.   A little over a year.
19: 09        Q.   What year does that put us in when you
19:10    finished that job?
19:11         A.   I started in May of '90 and finished -- or
19:12    I left there in July of '91, as I remember.
19:13         Q.   Where did you go after the Children's
19:14    National Medical Center?
19:15         A.   To Jacksonville, Florida.
19:16         Q.   What did you do in Jacksonville?
19:17         A.   I was an ultrasound echosonographer and I
19:18    worked in the cardiac cath lab at St. Vincent's
19:19    Medical Center.

   22:19-23:1

22:19         Q.   How long were you at St. Vincent's Medical
22:20    Center?
22:21         A.   Three years.
22:22         Q.   So would that be from July, 1991 to July --
22:23         A.   June, '94, so not quite. About June, '94.
22:24         Q.   So you were at St. Vincent's from July,
22:25    1991 to June, 1994?
23: Page 23
23: 01        A.   Yes.

   24:24-31:03

24:24         Q.   Mrs. Schirmer, was Richard Irvin your
24:25    father?
25: Page 25
25: 01        A.   Yes.
25: 02        Q.   Did you ever hear of Mr. Irvin seeing a
25: 03    doctor?
25: 04        A.   Yes.
25: 05        Q.   Do you remember when that was?
25: 06        A.   My entire life?
25: 07        Q.   Yes.
25: 08        A.   I mean, there were different times that he
25: 09    had colds or -- but nothing serious that he would go
25:10    see a doctor and I don't know who that was or when
25:11    that was, I can't be specific but, yes, my dad went
25:12    and saw a doctor.
25:13         Q.   Were you living at home when you recall
25:14    your dad seeing a doctor?
25:15         A.   Uh-huh.  (Affirmative response).
25:16         Q.   Do you have any knowledge of Mr. Irvin
                              Page 2
```

Schirmer A Pltf Affirmative Playlist.txt

```
25:17    seeing a doctor on any occasion after you left home?
25:18         A.   Yes.
25:19         Q.   Do you remember when that was?
25:20         A.   I don't know exactly what date it was.
25:21              There was a time that he had a cyst on his
25:22    hand and called me and I was able to give him a group
25:23    of surgeons that actually performed a procedure at
25:24    St. Vincent's Medical Center to remove that cyst.
25:25         Q.   Do you remember when Mr. Irvin had a cyst
26: Page 26
26: 01   on his hand?
26: 02        A.   I'm going to take a guess.  Around 1993.
26: 03   It could have been '92.  I don't know.
26: 04        Q.   Was it definitely when you were working at
26: 05   St. Vincent's?
26: 06        A.   It was.
26: 07        Q.   Other than when Mr. Irvin saw a doctor for
26: 08   the cyst on his hand, do you remember him going to
26: 09   the doctor after you left home at any point?
26:10         A.   Him going to see a doctor because he was
26:11    sick, no.
26:12         Q.   Do you remember Mr. Irvin seeing a doctor
26:13    for any reason after you left home other than for the
26:14    cyst on his hand?
26:15         A.   He came once and had a stress - stress test
26:16    at the diagnostic center at St. Vincent's.
26:17         Q.   Do you remember when Mr. Irvin had a stress
26:18    test?
26:19         A.   I'm guessing '92 and I'm guessing it was
26:20    before his hand surgery, and I say I'm guessing
26:21    because this is -- You know, it's hard to remember.
26:22         Q.   I understand, but in any event, Mr. Irvin's
26:23    stress test was between July, 1991 and June, 1994
26:24    when you were working at St. Vincent's?
26:25         A.   Absolutely.
27: Page 27
27: 01        Q.   Do you remember why Mr. Irvin had a stress
27: 02   test done?
27: 03        A.   He was making his daughter happy.  I wanted
27: 04   him to come in and have a stress test, it was
27: 05   available and I think I just wanted him to come and
27: 06   get cleared, just a stress test.
27: 07        Q.   Was it your idea that your father have a
27: 08   stress test?
27: 09        A.   Yes.
27:10         Q.   Why did you think Mr. Irvin should have a
27:11    stress test?
27:12         A.   I think - I think all men should even at
27:13    his young age just as a check.  That's just -- I
27:14    mean, you know, it was available, so - and someone
27:15    would do it for me, so --
27:16         Q.   Do you think that men over a certain age
27:17    should have stress tests just as a preventional
27:18    technique?
27:19         A.   Is this as a personal question or is this a
27:20    professional question?  I'm not sure.
27:21         Q.   Well, you said that all men even at your
27:22    father's age in 1992 should have stress tests.  My
27:23    question is, is there a certain age at which you
27:24    think men should have a stress test?
27:25         A.   I think that the procedure was available
28: Page 28
28: 01   where I worked and I asked my father if he would come
```

Page 3

```
                    Schirmer A Pltf Affirmative Playlist.txt
28: 02    up and do it and he obliged.  There was no specific
28: 03    reason why he had it and he was having no problems.
28: 04    He did it - he did it for me, I think.
28: 05         Q.   At the point you recommended a stress test
28: 06    to your father, he was having no symptoms of any
28: 07    cardiovascular problems?
28: 08         A.   Absolutely not.
28: 09         Q.   Did you suggest that anyone else in the
28:10    family have a stress test?
28:11         A.   No.
28:12         Q.   Can you describe to me what a stress test
28:13    is exactly.
28:14         A.   A technologist puts EKG leads on the
28:15    patient, hooks them up to an EKG machine and most of
28:16    the time it's a treadmill, sometimes it can be a drug
28:17    induced stress test, but most of the time it's a
28:18    treadmill, sometimes a bicycle, but in my dad's case
28:19    it was a treadmill.  He - basically they monitor the
28:20    EKG as the heart rate increases and follows that.
28:21         Q.   What is an EKG?
28:22         A.   It's a test on the electrical activity of
28:23    the heart.
28:24         Q.   So when you say EKG leads, these are the -
28:25    what are EKG leads exactly?
29: Page 29
29: 01         A.   A sticker that you put on the chest, you
29: 02    attach a wire, the wire goes into the machine and it
29: 03    measures the electrical activity of the heart.
29: 04         Q.   And after you put the EKG leads on the
29: 05    patient and you hook them up to the machine the
29: 06    patient gets on a treadmill?
29: 07         A.   Uh-huh.  (Affirmative response).
29: 08         Q.   When Mr. Irvin had his stress test, what
29: 09    was your role in the test?
29:10         A.   I wasn't there for it.  I was busy in the
29:11    echo lab.
29:12         Q.   Do you know who did the test?
29:13         A.   I do not remember.
29:14              I know what doctor did the test.
29:15         Q.   And what was the doctor's name?
29:16         A.   Doctor George Pilcher.
29:17         Q.   How do you spell that last name?
29:18         A.   P-i-l-c-h-e-r.
29:19         Q.   Other than Doctor Pilcher and another
29:20    technician, was there anyone else involved in this
29:21    stress test?
29:22         A.   No.  There should not have been, no.
29:23    Again, I wasn't there, so --
29:24         Q.   Did you discuss doing a stress test with
29:25    Doctor Pilcher prior to the test?
30: Page 30
30: 01         A.   Yes.
30: 02         Q.   And what did he say about the test?
30: 03              Did he -- Let me strike that question.
30: 04              Did Doctor Pilcher think it was a good idea
30: 05    to do a stress test on your father?
30: 06         A.   He thought that -- I mean, I guess -- I
30: 07    guess he did.
30: 08         Q.   Do you remember what Doctor Pilcher said
30: 09    about the stress test prior to taking it?
30:10         A.   No.
30:11         Q.   Was the stress test done for free?
30:12         A.   Yes.
```

Question: withdrawn

```
                        Schirmer A Pltf Affirmative Playlist.txt
30:13          Q.   Did Doctor Pilcher and the cardio
30:14    technician agree to do the stress test for free?
30:15          A.   Correct.
30:16          Q.   How long does a stress test take?
30:17          A.   It really depends on the patient, how long
30:18    they can go on the treadmill to get the maximum - the
30:19    maximum heart rate.
30:20          Q.   What is the maximum heart rate for someone
30:21    your --
30:22          A.   I don't know.
30:23          Q.   Do you remember how old Mr. Irvin was when
30:24    he had his stress test?
30:25          A.   I'll do the math real quick.
31: Page 31
31: 01          Q.   According to my math he was probably around
31: 02    forty-four years old.  Does that sound right to you?
31: 03          A.   That sounds about right.

   31:13-32:5

31:13          Q.   Do - does the patient have to take any
31:14    drugs before a stress test?
31:15          A.   No.
31:16          Q.   Is a stress test uncomfortable at all?
31:17          A.   For some patients it could be.
31:18          Q.   And what type of patients would find a
31:19    stress test uncomfortable?
31:20          A.   I think for a patient that was out of shape
31:21    it would be uncomfortable.  Sometimes the legs have
31:22    to move a little faster to get the cardiac rate up,
31:23    some patients are in better shape and it takes
31:24    longer, but it just really depends on the physical
31:25    shape of the patient probably.
32: Page 32
32: 01          Q.   What is the purpose of a stress test?
32: 02          A.   It's to elevate the heart rate and see if
32: 03    there's any ischemia or lack of blood flow to the
32: 04    coronary arteries.  They can detect that by an EKG
32: 05    most of the time.

   32:16-34:15

32:16          Q.   Would you say that a stress test is a
32:17    perfect determinate of whether someone has any
32:18    cardiovascular problems whatsoever?
32:19          A.   I think it's the - it's usually the first
32:20    test that they do to rule out something on a non
32:21    symptomatic patient.
32:22          Q.   What can a doctor find with a stress test?
32:23          A.   He can find arrhythmias, he can find
32:24    ischemia, meaning lack of blood flow to the muscle of
32:25    the heart by EKG changes.
33: Page 33
33: 01                That's all that I'm aware of.
33: 02          Q.   When you say arrhythmias, does that mean an
33: 03    irregular heartbeat?
33: 04          A.   Yes.
33: 05          Q.   And when you say ischemia, what do you mean
33: 06    by that?
33: 07          A.   Ischemia is lack of blood flow to the
33: 08    muscle of the heart and to get blood flow to the
33: 09    muscle of the heart it's through the coronary
33:10    arteries and so if there is sometimes a blockage in
                             Page 5
```

```
                    Schirmer A Pltf Affirmative Playlist.txt
33:11    one of the coronary arteries, the muscle, which show
33:12    signs at a high heart rate of not getting enough
33:13    blood.
33:14         Q.   Would the stress test show any blockage
33:15    whatsoever in the coronary arteries?
33:16         A.   I don't know.
33:17         Q.   Did you see the results of the stress test
33:18    on Mr. Irvin?
33:19         A.   I did.
33:20         Q.   And what did the results look like?
33:21         A.   It's just like two sheets of, that I can
33:22    remember, you know, every institution has a different
33:23    report but usually it will say the results and the
33:24    findings and maybe even how long the patient was on
33:25    the treadmill and at what heart rate and at what
34: Page 34
34: 01    period of phase of the treadmill they've reached that
34: 02    heart rate.
34: 03         Q.   Do you remember specifically what the
34: 04    results from Mr. Irvin's stress test said?
34: 05         A.   Nothing.
34: 06         Q.   You don't remember anything about the
34: 07    results?
34: 08         A.   What I remember is that it was normal and
34: 09    that he was free to go, you know.  That was it.
34: 10         Q.   Did you talk to the doctor about the
34: 11    results of the stress test?
34: 12         A.   Yes.
34: 13         Q.   Do you remember what Doctor Pilcher said
34: 14    about the results?
34: 15         A.   That he looked great.

   34:19-35:3

34: 19         Q.   Do you know if the results of the stress
34: 20    test indicated that Mr. Irvin would not develop in
34: 21    the future cardiovascular problems?
34: 22         A.   No.
34: 23         Q.   Can a stress test indicate whether a person
34: 24    will develop cardiovascular problems in the future?
34: 25         A.   No.
35: Page 35
35: 01         Q.   Do you know if Mr. Irvin had any follow-up
35: 02    to the stress test?
35: 03         A.   No, he didn't.

   37:1-38:3

37: 01         Q.   Did you recommend that your mother get a
37: 02    stress test?
37: 03         A.   No.
37: 04         Q.   And why didn't you recommend that your
37: 05    mother get a stress test?
37: 06         A.   Because being a male is a risk factor for
37: 07    cardiovascular disease and at that age my mom was not
37: 08    at risk.
37: 09         Q.   So you recommended that your father get the
37: 10    stress test because being male is a risk factor for
37: 11    cardiovascular disease?
37: 12         A.   Correct.
37: 13         Q.   Are you aware of any other diagnostic
37: 14    testing that your father had?
37: 15         A.   No.
```

Δ's OBJS

602, 802
- 803(4) exception
applies only to statements
by a patient, not by
a physician. See Advis.
Comm. Notes — patients'
statements to dr. for
purposes of receiving
treatment are inherently
reliable; There is
no reason to believe a
statement by dr. to a
3rd party (not patient)
is also more reliable
than other hearsay.

```
                    Schirmer A Pltf Affirmative Playlist.txt
37:16        Q.   Do you know if he ever had his blood
37:17   pressure checked?
37:18        A.   I'm sure he probably did but, no, I do not
37:19   know specifically who and when.
37:20        Q.   You're not specifically aware of any time
37:21   that your father had his blood pressure checked?
37:22        A.   No, but -- No.
37:23        Q.   Do you know if Mr. Irvin ever had his
37:24   cholesterol levels checked?
37:25        A.   I'm not sure of that, no.
38: Page 38
38: 01        Q.   Do you know if Mr. Irvin ever had his blood
38: 02   sugar test - tested?
38: 03        A.   I'm not sure of that.

    38:25-39:5

38:25        Q.   Anyone on your father's side have high
39: Page 39
39: 01   cholesterol that you know of?
39: 02        A.   Not that I'm sure of, no.
39: 03        Q.   Do you know if anyone in your family has
39: 04   had high blood pressure?
39: 05        A.   Not that I'm aware of.

    39:9-40:4

39: 09        Q.   And other than your father, do you know of
39:10   anyone in your family who has had a heart attack?
39:11        A.   Yes.
39:12        Q.   And who is that?
39:13        A.   My father's mother.
39:14        Q.   Do you remember when your father's mother
39:15   had a heart attack?
39:16        A.   I'm assuming.  I think it was in December
39:17   of 2000.
39:18        Q.   Other than your father's mother, anyone
39:19   else in your father's family have a heart attack?
39:20        A.   Yes.
39:21        Q.   And who is that?
39:22        A.   His sister.
39:23        Q.   Do you remember when your father's sister
39:24   had a heart attack?
39:25        A.   I think it was 1985.
40: Page 40
40: 01        Q.   Is there anyone else in your father's
40: 02   family who's had a heart attack?
40: 03        A.   I think he had an uncle that had a - that
40: 04   died of a heart attack, but I'm not sure of that.

    40:13-40:14

40:13        Q.   Did you ever see Mr. Irvin chew tobacco?
40:14        A.   Yes.

    40:15-41:6

40:15        Q.   Do you remember when that was?
40:16        A.   He was doing it till the day he died.
40:17        Q.   Was he chewing tobacco when you still lived
40:18   at home?
40:19        A.   No.
40:20        Q.   How often did you see Mr. Irvin chew
                            Page 7
```

*[Handwritten annotations in right margin:]*

∏'s OBJS.
601, 602, 403
Speculative

△ response: witness!
Knowledge of family
history is relevant and
based on personal
Knowledge

Schirmer A Pltf Affirmative Playlist.txt

```
40:21   tobacco?
40:22        A.    I didn't see my dad that often, but it
40:23   was - it was not uncommon for him to have it in his
40:24   pants pocket.
40:25        Q.    How often did you see Mr. Irvin after you
41: Page 41
41: 01   moved away from the Jacksonville area?
41: 02        A.    It's hard to say.  There were times that I
41: 03   saw him six times a year and there were times that I
41: 04   saw him two or three times a year, sometimes twice a
41: 05   month.  It just - it was just intermittent.  He was
41: 06   busy and I have little ones and --
```

   40:25-41:6

```
40:25        Q.    How often did you see Mr. Irvin after you
41: Page 41
41: 01   moved away from the Jacksonville area?
41: 02        A.    It's hard to say.  There were times that I
41: 03   saw him six times a year and there were times that I
41: 04   saw him two or three times a year, sometimes twice a
41: 05   month.  It just - it was just intermittent.  He was
41: 06   busy and I have little ones and --
```

                                                    DUPLICATION

   43:3-43:4

```
43: 03        Q.    Have you ever heard of Vioxx?
43: 04        A.    Yes.
```

   43:15-51:13

```
43:15        Q.    Did you ever discuss any Vioxx commercials
43:16   with any of your family members?
43:17        A.    No.
43:18        Q.    When you saw Vioxx on TV for the first
43:19   time, did you discuss it with your family at that
43:20   time?
43:21        A.    No.
43:22        Q.    Do you remember visiting your parents in
43:23   April, 2001?
43:24        A.    Yes.
43:25        Q.    Did you go by yourself?
44: Page 44
44: 01        A.    I had my three children, or I had my two
44: 02   children with me.  I only had two children at that
44: 03   time.
44: 04        Q.    Was your husband with you at that time?
44: 05        A.    No.
44: 06        Q.    How long did you visit them for in April,
44: 07   2001?
44: 08        A.    It was a long weekend, three or four days.
44: 09        Q.    Do you remember the date of your visit?
44:10        A.    Yes.
44:11        Q.    And what was it?
44:12        A.    Around April 5th to 6th, I don't know
44:13   exactly, to the 9th or 10th.
44:14        Q.    Do you remember anything about Mr. Irvin's
44:15   physical condition during your visit in April, 2001?
44:16        A.    I do.  He was having a lot of back pain.
44:17        Q.    Did Mr. Irvin talk to you about his back
44:18   pain at that time?
44:19        A.    Yes.
44:20        Q.    What did he say about his back pain?
```
                              Page 8

```
                    Schirmer A Pltf Affirmative Playlist.txt
44:21        A.   That it hurt.
44:22        Q.   Did he tell you that he had injured his
44:23   back?
44:24        A.   I don't remember.
44:25        Q.   Could you tell by Mr. Irvin's movements
45: Page 45
45: 01   that his back hurt?
45: 02        A.   Yes.  He was in a lot of pain.
45: 03        Q.   Had you ever spoken with Mr. Irvin about
45: 04   his back pain prior to April, 2001?
45: 05        A.   Not that I remember.
45: 06        Q.   Do you ever remember him being in back pain
45: 07   before April, 2001?
45: 08        A.   Not that I remember.
45: 09        Q.   Do you remember when the last time you had
45:10   seen Mr. Irvin before April, 2001 was?
45:11        A.   Before that?
45:12        Q.   Yes.
45:13        A.   Probably January.
45:14        Q.   Do you remember anything about -- Strike
45:15   that.
45:16             Do you remember Mr. Irvin mentioning his
45:17   back pain in January, 2001?
45:18        A.   No.
45:19        Q.   Do you remember him seeming like he was in
45:20   pain in January, 2001?
45:21        A.   No.
45:22        Q.   Did Mr. Irvin say anything to you in April,
45:23   2001 about how he had injured his back?
45:24        A.   I don't know if he mentioned it or if it
45:25   was a family member that mentioned it afterwards.  I
46: Page 46
46: 01   don't remember.  I believed it to be from lifting and
46: 02   working but I don't know if that's something that he
46: 03   said to me or if that's something that I had just
46: 04   inferred.
46: 05        Q.   Was it your understanding that Mr. Irvin
46: 06   had back pain from lifting boxes at work?
46: 07        A.   That was my understanding.
46: 08        Q.   So, in other words, you didn't believe that
46: 09   Mr. Irvin had injured his back on a specific occasion
46:10   but that it was just chronic pain from lifting?
46:11        A.   I never questioned if it was a specific
46:12   incident or if it was chronic.  I just knew at that
46:13   particular time he had pain.
46:14        Q.   Did Mr. Irvin mention to you in April, 2001
46:15   that he had tried any over the counter medications
46:16   for his back pain?
46:17        A.   He probably had mentioned that he tried
46:18   Motrin or Tylenol because we had the discussion that
46:19   he - nothing seems to work.
46:20        Q.   Do you remember which over the counter
46:21   medications specifically Mr. Irvin had tried?
46:22        A.   I do not.
46:23        Q.   But you do remember Mr. Irvin telling you
46:24   that his over the counter medications had not been
46:25   working?
47: Page 47
47: 01        A.   Yes.
47: 02        Q.   Was it your understanding that Mr. Irvin
47: 03   typically took over the counter medications for his
47: 04   back pain?
47: 05        A.   Well, for any pain he would probably take a
                            Page 9
```

*(handwritten margin note near lines 45:14–45:17)* Δ ] Question withdrawn — remove from playlist

*(handwritten margin note near lines 45:22–46:04)* Δ's OBJ. 602

```
                    Schirmer A Pltf Affirmative Playlist.txt
47: 06   Tylenol or Motrin.
47: 07        Q.    Do you remember Mr. Irvin taking any
47: 08   specific over the counter medications at any point?
47: 09        A.    Yes.
47:10         Q.    Do you remember specifically what they
47:11   were?
47:12         A.    No, but his two choices would be probably
47:13   Motrin or Tylenol. It's what was in our house.
47:14         Q.    You remember specifically that there was
47:15   Motrin and Tylenol in your parents' house?
47:16         A.    Yes.
47:17         Q.    Do you know of Mr. Irvin taking any
47:18   prescription medications prior to 2001?
47:19         A.    Yes. I'm sure he did, yes.
47:20         Q.    Do you know of any specific prescription
47:21   medications Mr. Irvin took prior to 2001 -- April,
47:22   2001?
47:23         A.    Not specifically, no.
47:24         Q.    During the first conversation that you had
47:25   with your father in April, 2001 regarding his back
48: Page 48
48: 01   pain, do you remember if he said that his back pain
48: 02   was preventing him from doing certain activities?
48: 03         A.    I don't think it prevented him. It
48: 04   probably wouldn't have prevented him. He would have
48: 05   worked with the pain.
48: 06         Q.    Other than your father telling you that his
48: 07   back was in pain and that over the counter
48: 08   medications weren't working for him, do you remember
48: 09   anything else about that first conversation in April
48: 10   of 2001 when your father told you his back was in
48: 11   pain?
48: 12         A.    Do I remember anything else he said to me,
48: 13   no.
48: 14         Q.    Did Mr. Irvin ask you if he could get a
48: 15   prescription for pain medication for his back?
48: 16         A.    On April 9th?
48: 17         Q.    When you were visiting in April, 2001.
48: 18         A.    He either asked me or I suggested we call
48: 19   Chris and see if he had any suggestions.
48: 20         Q.    Do you remember if you suggested to
48: 21   Mr. Irvin in April, 2001 that you call Doctor
48: 22   Schirmer to see if he had any suggestions for
48: 23   prescription medications?
48: 24         A.    I don't remember if he asked me or if I
48: 25   suggested.
49: Page 49
49: 01         Q.    Do you remember calling Doctor Schirmer to
49: 02   ask him about prescription pain medications?
49: 03         A.    I remember calling my husband and speaking
49: 04   with him and he probably spoke with my father.
49: 05         Q.    Do you remember when that conversation took
49: 06   place?
49: 07         A.    April 9th, 2001.
49: 08         Q.    Do you - what do you remember about your
49: 09   discussion with your husband on April 9th, 2001?
49: 10         A.    I remember explaining that daddy has been
49: 11   having a lot of back pain and do you have any
49: 12   suggestions on what else might help other than what
49: 13   he had been doing, and my husband spoke with him and
49: 14   what - I don't know what happened after that.
49: 15         Q.    Do you remember what Doctor Schirmer said
49: 16   to you when you said that your father had been having
                                    Page 10
```

Δ's OBJ.
602

                    Schirmer A Pltf Affirmative Playlist.txt
49:17   back pain?
49:18          A.   No.   He probably suggested that he talk to
49:19   him about it.
49:20          Q.   Do you specifically remember your husband
49:21   speaking with Mr. Irvin on April 9th, 2001?
49:22          A.   I do remember that.
49:23          Q.   And Doctor Schirmer spoke with Mr. Irvin on
49:24   the phone on that date?
49:25          A.   Correct.
50: Page 50
50: 01          Q.   Were you in the room when Mr. Irvin was
50: 02   speaking with Doctor Schirmer?
50: 03          A.   We were standing outside of a restaurant,
50: 04   yes.  I was there.
50: 05          Q.   So you were standing next to Mr. Irvin
50: 06   while he was talking to your husband?
50: 07          A.   I was standing outside.  Whether or not I
50: 08   was next to him I don't really remember, but I was –
50: 09   handed the phone off and probably chased my children.
50:10          Q.   Could you hear Mr. Irvin's side of the
50:11   conversation with Doctor Schirmer?
50:12          A.   I could not, and if I could I wouldn't
50:13   remember anything about it.
50:14          Q.   Do you remember anything about your
50:15   conversation with Doctor Schirmer on that date?
50:16          A.   No, other than explaining to my husband
50:17   that my father was having back pain and do you have
50:18   any suggestions and I handed the phone off to my
50:19   father.
50:20          Q.   But you don't remember anything about –
50:21   that you heard from Mr. Irvin's conversation with
50:22   Doctor Schirmer?
50:23          A.   No.
50:24          Q.   Do you specifically remember that that
50:25   conversation took place on April 9th, 2001?
51: Page 51
51: 01          A.   If that – if that was a Monday, yes.  I
51: 02   didn't look at a calendar.  I am pretty sure I was
51: 03   there for my nephew's birthday party which was on
51: 04   Saturday and I'm pretty sure his birthday was on the
51: 05   9th and that's actually where I was at dinner with
51: 06   my – was the last day I saw my dad, so --
51: 07          Q.   After Mr. Irvin spoke with Doctor Schirmer
51: 08   on the phone, did you talk to Doctor Schirmer again?
51: 09          A.   I don't remember.
51:10          Q.   Do you know if Doctor Schirmer suggested
51:11   the particular medications to Mr. Irvin?
51:12          A.   I knew that he was calling in a
51:13   prescription for my father.

  53:3-54:15

53: 03          Q.   Did you know that your husband prescribed
53: 04   Vicoprofen and Methocarbamol to Mr. Irvin on April
53: 05   9th, 2001?
53: 06          A.   I knew he prescribed him something.  I did
53: 07   not know what it was.
53: 08          Q.   Did you talk to Mr. Irvin about his
53: 09   conversation with Doctor Schirmer on April 9th, 2001
53:10   after he got off the phone?
53:11          A.   I may have.  I don't remember.  Probably.
53:12          Q.   Do you remember anything Mr. Irvin told you
53:13   about that conversation?
                              Page 11

```
                    Schirmer A Pltf Affirmative Playlist.txt
53:14          A.    Probably told me that Chris had called him
53:15    on something, otherwise, no.
53:16          Q.    Do you remember Mr. Irvin telling you
53:17    whether Doctor Schirmer had discussed any warnings or
53:18    side effects of the medications that he had
53:19    prescribed?
53:20          A.    I don't remember.
53:21          Q.    Do you remember if Mr. Irvin told you that
53:22    Doctor Schirmer had told him how to take the
53:23    medications that he prescribed?
53:24          A.    I do not remember that.
53:25          Q.    So other than Mr. Irvin telling you that
54: Page 54
54: 01    Doctor Schirmer had called - was going to call him in
54: 02    a prescription, do you remember anything else about
54: 03    your conversation with Mr. Irvin after he got off the
54: 04    phone with Doctor Schirmer?
54: 05          A.    There may have been a discussion about
54: 06    going to see a local physician to find out why he was
54: 07    injured or having pain.
54: 08          Q.    Do you remember having a discussion with
54: 09    Mr. Irvin about going to a local physician on April
54:10    9th?
54:11          A.    No, not specifically.
54:12          Q.    Do you remember specifically Mr. Irvin
54:13    telling you that Doctor Schirmer had recommended that
54:14    he see a local physician on April 9th, 2001?
54:15          A.    Not specifically I do not.


   55:7-55:14

55: 07          Q.    After April 9th, 2001 did you discuss with
55: 08    Mr. Irvin whether he had tried the medications that
55: 09    your husband prescribed for him?
55:10          A.    Honestly I probably left the day after and
55:11    I probably did not speak with him up until he called
55:12    me, whatever day that might have been.  Within a
55:13    week, I probably talked to him within a week after
55:14    that and whether or not it was working, I don't know.


   55:21-55:25

55:21          Q.    Do you remember talking to Mr. Irvin after
55:22    April 10th, 2001 about the medications your husband
55:23    had prescribed?
55:24          A.    I do not specifically remember if we spoke
55:25    of the medications that he prescribed on the 9th.


   56:15-59:15

56:15          Q.    Mrs. Schirmer, if you'll look back at
56:16    Exhibit Three that's in front of you.  Do you see the
56:17    prescription for Vioxx on that sheet?
56:18          A.    Yes.
56:19          Q.    What is the date of that prescription?
56:20          A.    4/15/2001.
56:21          Q.    Do you remember if you spoke with Mr. Irvin
56:22    between April 9th, 2001 and April 15th, 2001?
56:23          A.    Yes, I did.
56:24          Q.    And do you remember what date that was?
56:25          A.    I don't remember exactly what day it was,
57: Page 57
57: 01    no.
```

Schirmer A Pltf Affirmative Playlist.txt

57: 02    Q.   Do you remember if it was a couple days
57: 03  after April 9th?
57: 04    A.   It would have had to have been between the
57: 05  9th and the 15th.
57: 06    Q.   And did you speak with Mr. Irvin on the
57: 07  phone during the - between the 9th and the 15th of
57: 08  April?
57: 09    A.   Yes.
57:10    Q.   What do you remember about that
57:11  conversation?
57:12    A.   I remember him calling and saying that a
57:13  friend had given him some samples of a medication
57:14  that was the first thing that has helped his back, it
57:15  was Vioxx and would Chris - do I think Chris would
57:16  mind calling in a prescription long enough until he
57:17  could go see his doctor and I said let me let you
57:18  talk to him because I think -- I handed the phone off
57:19  to Chris at that point.  I mean, we probably talked
57:20  about a few other things, but as far as the
57:21  medication goes, once he asked me that and he said
57:22  that he had been taking some samples that someone had
57:23  given him I handed the phone to Chris.
57:24    Q.   Do you remember what time of day you spoke
57:25  with Mr. Irvin?
58: Page 58
58: 01    A.   I don't.  I am pretty sure he was at work,
58: 02  but my dad worked from 7:00 in the morning sometimes
58: 03  till 7:00 at night, so whenever that was, but I am
58: 04  pretty sure he was at work or on his cell phone
58: 05  during working hours.
58: 06    Q.   Were you at home when you spoke with
58: 07  Mr. Irvin?
58: 08    A.   Yes.
58: 09    Q.   And when you spoke with him, it wasn't at
58:10  night after 7:00 p.m.?
58:11    A.   I do not think so, no.
58:12    Q.   During that conversation, did Mr. Irvin
58:13  mention to you that he had tried the previous
58:14  medications Doctor Schirmer had prescribed?
58:15    A.   I do not remember him specifically saying
58:16  that, no.
58:17    Q.   Do you know whether he did try those
58:18  medications?
58:19    A.   If he filled them, I'm sure he tried them,
58:20  yes.
58:21    Q.   But you never spoke with him about those
58:22  medications and whether or not they worked?
58:23    A.   Not that I remember.
58:24    Q.   Did Mr. Irvin tell you that he had received
58:25  Vioxx samples from someone?
59: Page 59
59: 01    A.   Yes.
59: 02    Q.   Did he tell you how many Vioxx samples he
59: 03  had received?
59: 04    A.   He did not.
59: 05    Q.   Did Mr. Irvin tell you who he got Vioxx
59: 06  samples from?
59: 07    A.   He may have.  I do not remember.
59: 08    Q.   Was it your understanding that he received
59: 09  the Vioxx samples from a friend?
59:10    A.   Yes.
59:11    Q.   Do you know if he received the Vioxx
59:12  samples from a doctor?

Schirmer A Pltf Affirmative Playlist.txt
59:13        A.   I did not know - he said -- He said a
59:14    friend gave them to him and if it would have been a
59:15    doctor he would have told me that, I think, yes.

   59:16-59:22

59:16        Q.   Was it your understanding that Mr. Irvin
59:17    had not been to the doctor since Doctor Schirmer had
59:18    prescribed medications to him?
59:19        A.   It was my understanding, yes.
59:20        Q.   Did Mr. Irvin mention to you in that
59:21    conversation how many Vioxx he had tried?
59:22        A.   No.

   60:1-60:4

60: 01        Q.   Was it your understanding that he was
60: 02    taking Vioxx samples at the time Doctor Schirmer
60: 03    called in the other two prescriptions for him?
60: 04        A.   No.

   60:9-61:4

60: 09        Q.   Do you remember Mr. Irvin telling you that
60:10    the Vioxx samples he had tried worked for him?
60:11        A.   Yes.
60:12        Q.   And do you remember your father telling you
60:13    that the Vioxx he had tried alleviated his back pain?
60:14        A.   Yes.
60:15        Q.   Did Mr. Irvin tell you in that conversation
60:16    that he would like a prescription for Vioxx?
60:17        A.   He did not tell me.  He asked me if he
60:18    thought my husband would call in a prescription until
60:19    he could go see his doctor since this - as a
60:20    medication that finally worked for him.
60:21        Q.   Do you remember Mr. Irvin saying that he
60:22    wanted a prescription until he could go see a doctor?
60:23        A.   Yes.
60:24        Q.   Did he mention which doctor he was planning
60:25    to see?
61: Page 61
61: 01        A.   No.
61: 02        Q.   Do you know of any doctor that your father
61: 03    would have seen for such a problem?
61: 04        A.   I would not know, no.

   61:19-63:16

61:19        Do you remember anything else about your
61:20    conversation with Mr. Irvin between April 9th and
61:21    April 15th, 2001 other than that he told you he had
61:22    gotten samples of Vioxx and it had worked for him and
61:23    he was wondering whether or not Doctor Schirmer could
61:24    prescribe Vioxx to him until he could see a doctor?
61:25        A.   I did not remember anything else.
62: Page 62
62: 01        Q.   Do you remember after having that
62: 02    conversation with Mr. Irvin that you handed the phone
62: 03    to Doctor Schirmer and Doctor Schirmer spoke with
62: 04    Mr. Irvin?
62: 05        A.   I am pretty sure I handed the phone to him.
62: 06        Q.   Are you certain that Doctor Schirmer spoke
62: 07    with Mr. Irvin at that time?
                          Page 14

Schirmer A Pltf Affirmative Playlist.txt

```
62: 08        A.    As I remember it I answered - I handed the
62: 09    phone off to my husband, that's how I remember it.
62:10         Q.    What are Doctor Schirmer's normal work
62:11    hours?
62:12         A.    They aren't.  There's nothing normal about
62:13    them.  There's a 9:00 to 9:00 shift, 9:00 in the
62:14    morning to 9:00 at night, there's a 9:00 at night
62:15    till 7:00 in the morning, there's a 4:00 in the
62:16    afternoon till 2:00 in the morning, there is a 7:00
62:17    to 5:00 shift and it can be Monday - you know, any
62:18    day of the week Monday through Sunday, and he also is
62:19    an administrator, so he has administrative
62:20    responsibilities that he goes in for.
62:21         Q.    And do you remember specifically Doctor
62:22    Schirmer being home on the day that you talked to
62:23    your father between April 9th --
62:24         A.    I do.
62:25         Q.    -- and April 15th?
63: Page 63
63: 01         A.    I do.
63: 02         Q.    So you're certain that Doctor Schirmer was
63: 03    home at the time you spoke with your father?
63: 04         A.    I remember handing the phone off to my
63: 05    husband, yes.
63: 06         Q.    Were you in the room when Doctor Schirmer
63: 07    spoke with Mr. Irvin?
63: 08         A.    Possibly, but if I was I don't remember any
63: 09    part of the conversation.  I don't sit there and
63:10    linger.
63:11         Q.    You don't remember anything about the
63:12    conversation between Doctor Schirmer -- Strike that.
63:13              You don't remember anything about the
63:14    conversation between Doctor Schirmer and Mr. Irvin
63:15    between April 9th and 15th, 2001?
63:16         A.    No.
```

*Question withdrawn — remove from playlist*

```
    64:15-65:12
```

```
64:15         Q.    Do you remember anything else about that
64:16    conversation other than what you just told me?
64:17         A.    No.
64:18         Q.    Did Doctor Schirmer tell you that he had
64:19    discussed with Mr. Irvin anything about any
64:20    precautions or warnings for Vioxx?
64:21         A.    No.
64:22         Q.    Did Doctor Schirmer tell you that he had
64:23    discussed any counter indications of Vioxx?
64:24         A.    No.
64:25         Q.    Did Doctor Schirmer tell you that he had
65: Page 65
65: 01    discussed any possible side effects of Vioxx with
65: 02    Mr. Irvin?
65: 03         A.    No.
65: 04         Q.    Did Doctor Schirmer tell you whether he had
65: 05    asked any questions about Mr. Irvin's medical
65: 06    history?
65: 07         A.    On that particular conversation?
65: 08         Q.    Yes.
65: 09         A.    In that particular conversation, no.
65:10         Q.    Do you remember Doctor Schirmer ever
65:11    talking to Mr. Irvin about his medical history?
65:12         A.    Yes, I do.
```

IT's OBJS
801, 802, 803, 601, 602

△ response: Dr. Schirmer's statements are relevant not for their truth but for the fact of whether or not those conversations occurred — goes to Merck's comparative negligence defense

Schirmer A Pltf Affirmative Playlist.txt
66:22-67:12

```
66:22        Q.   Do you remember Mr. Irvin discussing with
66:23    Doctor Schirmer any aching or stiffness or other
66:24    orthopedic issues that he was having?
66:25        A.   Yes.  He had stiffness in his hands,
67: Page 67
67: 01    achiness in his hands.
67: 02        Q.   Do you remember when Mr. Irvin talked about
67: 03    the achiness in his hands with Doctor Schirmer?
67: 04        A.   My husband and my dad did a fishing trip
67: 05    and I remember actually in my garage them speaking of
67: 06    him having some pain in his hands, and it was a trip
67: 07    across the ocean, so it was hard in a boat and he had
67: 08    some issues there but, yes, I remember that, and I
67: 09    want to say it was June of 2000 is when that
67:10    discussion I heard - overheard took place but, again,
67:11    I didn't sit there and I wasn't part of the
67:12    conversation.  It was a passing through conversation.
```

67:23-68:25

```
67:23        Q.   Do you remember any discussion between
67:24    Mr. Irvin and Doctor Schirmer about Mr. Irvin's blood
67:25    pressure?
68: Page 68
68: 01        A.   No.
68: 02        Q.   Do you remember any discussion between
68: 03    Mr. Irvin and Doctor Schirmer about Mr. Irvin's
68: 04    cholesterol levels?
68: 05        A.   No.
68: 06        Q.   Did Doctor Schirmer tell you that he was
68: 07    going to call in a prescription for Vioxx for
68: 08    Mr. Irvin?
68: 09        A.   I don't remember.  I know that he did but I
68:10    don't remember.
68:11        Q.   Do you know if he called in a prescription
68:12    for Vioxx the same night that he spoke with
68:13    Mr. Irvin?
68:14        A.   I do not know.  It's probable, but I don't
68:15    know.
68:16        Q.   You don't remember Doctor Schirmer calling
68:17    in a prescription for Vioxx for Mr. Irvin?
68:18        A.   I do not know when he called it in nor was
68:19    I there at that specific time.  I do know that he did
68:20    and I don't know if it's an after a fact thing, I
68:21    don't know.
68:22        Q.   Did Doctor Schirmer tell you that he had
68:23    told Mr. Irvin to see a doctor after he called in the
68:24    Vioxx prescription?
68:25        A.   He did not say that.
```

69:7-69:13

```
69: 07        Q.   Do you remember Doctor Schirmer telling you
69: 08    that he had told your father to go see a doctor and
69: 09    let him know how it goes?
69:10        A.   No.
69:11        Q.   Have you ever taken Mr. Irvin's blood
69:12    pressure?
69:13        A.   Not that I remember.
```

69:11-69:13

*Handwritten margin notes:*

π's OBJS.
801, 802, 803
601, 602

D response: same
as above - goes t
Merck's comparative
negligence defense

π's OBJS.
601, 602, 803, 601, 602
- same

π's OBJS
801, 802, 803 601, 602
- same

Schirmer A Pltf Affirmative Playlist.txt

```
69:11        Q.   Have you ever taken Mr. Irvin's blood
69:12   pressure?
69:13        A.   Not that I remember.
```

*Duplication*

```
  69:20-70:1

69:20        Q.   Did you talk to Mr. Irvin about Vioxx at
69:21   any point other than a conversation between April 9th
69:22   and 15th?
69:23        A.   No.
69:24        Q.   Do you know if Doctor Schirmer spoke with
69:25   Mr. Irvin after the conversation?
70: Page 70
70: 01       A.   No.

  70:7-70:12

70: 07       Q.   And other than the conversation that Doctor
70: 08   Schirmer had with Mr. Irvin on the same night that
70: 09   you spoke with Mr. Irvin about Vioxx, do you know if
70:10   Doctor Schirmer ever had another conversation with
70:11   Mr. Irvin about Vioxx?
70:12        A.   I do not.

  70:13-70:22

70:13        Q.   Do you know if Doctor Schirmer called
70:14   Mr. Irvin to follow-up on the medication?
70:15        A.   I do not.
70:16        Q.   Did you speak with your mother about how
70:17   the Vioxx was working for Mr. Irvin?
70:18        A.   Not that I remember.
70:19        Q.   Do you know if Doctor Schirmer tried to
70:20   follow-up with Mr. Irvin about how the Vioxx was
70:21   working for him?
70:22        A.   I do not know.

  70:23-71:8

70:23        Q.   And you did not see Mr. Irvin after he
70:24   started taking Vioxx; is that correct?
70:25        A.   That's correct.
71: Page 71
71: 01       Q.   Do you know if Doctor Schirmer asked
71: 02   Mr. Irvin if he had stopped taking the vicodin and
71: 03   Methocarbamol before he prescribed the Vioxx?
71: 04       A.   I do not know.
71: 05       Q.   Did you speak to your father again after
71: 06   that conversation in April, 2001 where you discussed
71: 07   Vioxx?
71: 08       A.   No.
```

*D's OBJS
801, 802, 803, 601, 602
- same response
as above*

```
  71:18-74:7

71:18        Q.   Did you help clean out your father's
71:19   belongings from his office?
71:20        A.   Yes.
71:21        Q.   Do you remember when that was?
71:22        A.   It would have been the 16th or the 17th, a
71:23   couple days after - after he died.
71:24        Q.   So on May 16th or 17th you helped clean out
71:25   Mr. Irvin's office?
```

Page 17

Schirmer A Pltf Affirmative Playlist.txt

72: Page 72
72: 01      A.   Yes.
72: 02      Q.   And who did you - who was with you when you
72: 03 cleaned out Mr. Irvin's office?
72: 04      A.   I'm pretty sure it was my brother Richard
72: 05 Irvin and my sister Leslie Goldstein.  I don't think
72: 06 my other sister was with us.
72: 07      Q.   Do you know if your mother was with you
72: 08 when you were cleaning --
72: 09      A.   She was not.
72:10      Q.   Did you find any medications in Mr. Irvin's
72:11 office when you cleaned it out?
72:12      A.   Yeah.
72:13      Q.   Do you remember what you found?
72:14      A.   There were several - there were several
72:15 packages of Vioxx samples in his desk drawer.
72:16      Q.   Did you find the packages of Vioxx in your
72:17 father's desk drawer?
72:18      A.   Yes, I did.
72:19      Q.   Do you remember how many packages there
72:20 were?
72:21      A.   There were at least two.
72:22      Q.   Were there more than five samples in his
72:23 drawer?
72:24      A.   More than five packages or more than five
72:25 pills?
73: Page 73
73: 01      Q.   More than five packages.
73: 02      A.   I do not think so, no.
73: 03      Q.   How many pills were in each package?
73: 04      A.   I don't remember.
73: 05           What I do remember is that there were some
73: 06 left but there were some taken.
73: 07      Q.   What did the packages look like?
73: 08      A.   I don't remember.
73: 09      Q.   When you say that there were some taken,
73:10 how could you tell that there were some taken?
73:11      A.   There's - there's a foil rectangular shape,
73:12 I assume it's rectangular, I don't remember the shape
73:13 of it, and you basically push the pill through the
73:14 back of the foil, take the pill out and you - and
73:15 there's an empty spot missing and a foil is torn, so
73:16 if there's five across - if there was five across the
73:17 piece of material or plastic, two could have been
73:18 taken out, three could have been taken out.  I don't
73:19 remember specifically.  What I do remember is that
73:20 there were some taken and there were some there.
73:21      Q.   So the packages of samples had more than
73:22 one sample in each one?
73:23      A.   Yes.
73:24      Q.   So --
73:25      A.   That I remember.
74: Page 74
74: 01      Q.   But you definitely remember seeing in the
74: 02 package evidence that some pills were missing?
74: 03      A.   That is correct.  I - it was very clear
74: 04 that my dad had, yes, had the samples and, yes, he
74: 05 had taken some but there were still some left.
74: 06      Q.   Do you remember how many had been taken?
74: 07      A.   No, I don't.

86:4-86:5

Page 18

```
                    Schirmer A Pltf Affirmative Playlist.txt        Δ5 OBJS
86: 04        Q.    In fact, you thought Vioxx was safe?         401, 402, 403, 602, 611
86: 05        A.    Absolutely.

    88:6-88:8

88: 06              You were not aware of any complaints of
88: 07    chest pains; am I correct?
88: 08        A.    Correct.

    88:18-88:23
                                                                  Δ5 OBJS
88: 18              Everyone has told us that your father        602, 611, 701, 802
88: 19    worked and people who saw him right up to the time of  assumes facts not in
88: 20    his death said he had no prior symptoms or signs that  evidence, lawyer
88: 21    would give them any indication that he had had any      testifying as to
88: 22    type of heart problems.  Would you agree with that?     hearsay
88: 23        A.    Yes.
                                                                  Δ5 OBJS
    89:1-89:6                                                    602, 611, 701, 802
89: 01        Q.    And you saw nothing to the contrary; am I    lawyer testifying
89: 02    correct?                                               as to hearsay
89: 03        A.    I saw nothing.
89: 04        Q.    In fact, some of them described his - him
89: 05    as being healthy as a horse and in good physical
89: 06    condition.  Would you agree with that?

    89:8-89:8

89: 08              THE WITNESS:  Yes.


Total Length - 00:52:43
```