```
                        anstice cuts irvin2.txt
703:12    likely reason for that difference, yes.
703:13    BY MR. LANIER:
703:14         Q.    Now, you couldn't very well pony up
703:15    that reason for the sugar pill, though, because
703:16    everybody knows the sugar pill is not going to help
703:17    your heart.  Right?
703:18         A.    The sugar pill should not have any
703:19    effect, positive or negative.
703:20         Q.    Let's go back, though, to that first
703:21    drug, naproxen.  That's something you and I can buy
703:22    if we go down to the drug store, because it's come
703:23    off of patent and because it's now over the counter.
703:24    True?
703:25         A.    That's true.
```

*savcastic*

```
Anstice 70416    704:16-705:4

704:16         Q.    Syntex was a drug company, wasn't it?
704:17         A.    Yes, it was.
704:18         Q.    And today Syntex is owned by who?
704:19         A.    Roche bought Syntex a number of years
704:20    ago.
704:21         Q.    Did it ever occur to your guys that
704:22    if Syntex's drug was good for the heart, that Syntex
704:23    would have been selling it for that reason and
704:24    telling everybody and using all of their marketing
704:25    people like you to get that drug out there and sell
704:ESQUIRE DEPOSITION SERVICES
705: 705
705: 1    more prescriptions because it's good for your heart,
705: 2    it will help stop heart attacks?  Did it occur to
705: 3    you that maybe that would have been done if it were
705: 4    true?
```

*602, foundation, Speculative*

```
Anstice 70506    705:6-706:1

705: 6              THE WITNESS:  I don't know the
705: 7    reasons that -- at the point in time that it was
705: 8    Syntex was many years ago, and I don't recall when
705: 9    the fact of aspirin being known to be
705:10    cardioprotective was first acknowledged, and I don't
705:11    know -- I have no idea whether at that time Syntex,
705:12    the originator of naproxen, believed that that was
705:13    an appropriate study to do.  I have no information.
705:14    BY MR. LANIER:
705:15         Q.    You didn't call them?
705:16         A.    This was many years ago.
705:17         Q.    Yeah.  But I'm just saying, before
705:18    you -- when your study shows that your Vioxx is
705:19    causing more -- or associated, as you like to say,
705:20    with more heart attacks and strokes than naproxen
705:21    before you just pell-mell and go tell everybody, oh,
705:22    naproxen is just good for your heart, did you bother
705:23    to call the people who studied it and tested it and
705:24    sold it for years and years and years and years,
705:25    call them up and say, hey, did y'all ever do any
705:ESQUIRE DEPOSITION SERVICES
706: 706
706: 1    testing to see if this is good for your heart?
```

*argumentative, sidebar, assumes facts not in evidence, 602*

```
Anstice 70603a    706:3-708:1

706: 3              THE WITNESS:  I don't know.
                        Page 20
```

anstice cuts irvin2.txt

```
706: 4    BY MR. LANIER:
706: 5         Q.     I mean, don't you think that would be      602
706: 6    a reasonable thing to do before you start telling
706: 7    everybody naproxen is good for your heart, you ought
706: 8    to call the people that invented it and sold it for
706: 9    years and ask them if they ever did any studies and
706:10    if they knew?
706:11         A.     I think what would be reasonable and
706:12    what I know Merck did is reviewed the literature
706:13    extensively in order to draw the conclusion.
706:14    Whether that review included talking to the
706:15    originator, I don't know.
706:16         Q.     Yeah.  But in that review, y'all
706:17    never found one study that showed naproxen was good
706:18    for your heart, did you?
706:19         A.     There were no studies conducted with
706:20    naproxen to show or not show that it was               401, 402,
706:21    cardioprotective.                                      argumentative,
706:22         Q.     Did you ever see those monkeys where       sidebar, lawyer
706:23    one set of -- one monkey has got his eyes closed and  speechmaking
706:24    the other monkey got his ears closed and the other
706:25    monkey has his mouth -- with his hands over his
706:ESQUIRE DEPOSITION SERVICES
707: 707
707: 1    mouth?
707: 2         A.     Yes.
707: 3         Q.     You know, hands over the eyes.  Hear
707: 4    -- see no evil, hear no evil, speak no evil.  You've
707: 5    seen those monkeys?
707: 6         A.     Yes, I have.
707: 7         Q.     That's what y'all were doing on this,
707: 8    is you were just closing your eyes, you didn't want
707: 9    to know if that naproxen was good or bad for the
707:10    heart and you didn't want to know if your vioxx was
707:11    good or bad for the heart, and you were closing your
707:12    ears because you didn't want to hear anybody tell
707:13    you that.  And you were closing your mouth, because
707:14    you weren't going to ask anybody, were you?
707:15         A.     I don't know that's a fair
707:16    characterization of Merck's behavior at all.
707:17         Q.     All right.  Who did you ask if --
707:18    over -- anywhere?  Who did you ask about studies to   asked & answered
707:19    see if naproxen is good for the heart?
707:20         A.     I was involved in meetings with our
707:21    research people who presented the alternative
707:22    explanations and presented the balance of evidence
707:23    for Vioxx versus placebo, Vioxx versus non-naproxen
707:24    NSAIDs, and also looked at all the data which
707:25    appeared to support the naproxen hypothesis, as it's
707:ESQUIRE DEPOSITION SERVICES
708: 708
708: 1    called.
```

Anstice 70904      709:4-709:13

```
709: 4         Q.     Let me understand this.  You're
709: 5    President of the Human Health part of Merck.  Right?
709: 6         A.     Correct.
709: 7         Q.     And as President of the Human Health     argumentative
709: 8    part of Merck, your responsibility is to see that
709: 9    this drug gets sold, sold, sold, sold, you have no
709:10    responsibility for seeing that it's safe, safe,
709:11    safe, safe, that's in a whole different division
```
Page 21

anstice cuts irvin2.txt

```
709:12      that doesn't even report to you.  Is that right?
709:13              A.      No, that is not correct.
```

Anstice 71014      710:14-711:1

```
710:14      Q.      I'm trying to understand your answer.
710:15  I need help here.  I'm saying you're the President
710:16  of Human Health, and you're telling me that, yes,
710:17  you have responsibility for safety so you're out
710:18  there peddling a drug that you're saying the whole
710:19  reason that the drug is causing more heart -- or
710:20  seems to be associated with more heart attacks and
710:21  strokes is because this other drug is just really
710:22  good for the heart.  And if you're out there
710:23  peddling that as the line for the company to make
710:24  more sales, I want to know who you went to to talk
710:25  to see if, in fact, naproxen was safer?  Who outside
710:ESQUIRE DEPOSITION SERVICES
711: 711
711: 1      of your company?
```

*asked & answered,*
*argumentative*

Anstice 71103a      711:3-711:7

```
711: 3              THE WITNESS:  I did not personally
711: 4  talk to people outside my company.  But the people
711: 5  reporting to me were responsible for selling the
711: 6  product consistent with the benefits and risks set
711: 7  out for Vioxx.
```

Anstice 71201a      712:1-712:13

```
712: 1      Q.      Sir, you know it's billions of pills
712: 2  you made, don't you?
712: 3      A.      It probably is.  I don't know.
712: 4      Q.      All right.  So y'all are marketing
712: 5  billions of these pills probably, and you're telling
712: 6  me as the President of Human Health, you didn't
712: 7  check with anybody outside the company to see if
712: 8  your line about naproxen is just healthy for your
712: 9  heart, to see whether or not that had any validity.
712:10  Is that what you're telling me?
712:11      A.      I did not do that because I knew that
712:12  others who could make those determinations much
712:13  better than I, were doing that.
```

*602*

Anstice 71425      714:25-715:2

```
714:25              Q.      So it's safe -- it's safe for the
714:ESQUIRE DEPOSITION SERVICES
715: 715
715: 1  jury to assume that Vioxx was not a drug that could
715: 2  sell itself.  Is that right?
```

Anstice 71504a      715:4-715:9

```
715: 4              THE WITNESS:  The responsibility of
715: 5  marketing is to take our product to our customers
715: 6  and tell them of the benefits, tell them of the
715: 7  risks and see if it's an appropriate choice for the
715: 8  millions of patients that we thought could and did
715: 9  benefit from Vioxx.
```

Anstice 71515a      715:15-716:2

anstice cuts irvin2.txt

```
715:15          Q.      You've heard of a product that's so
715:16     good it sells itself, haven't you?
715:17          A.      I've heard the expression.  I don't
715:18     know the product.  I can't give you an example of a
715:19     product.
715:20          Q.      You can't think of one product that
715:21     is so good, it sells itself?
715:22          A.      I don't believe so.
715:23          Q.      Wow.  Well, at least if we were going
715:24     to start listing products like that, we wouldn't put
715:25     Vioxx on that list, would we?
715:ESQUIRE DEPOSITION SERVICES
716: 716
716: 1          A.      I don't -- I don't think such a list
716: 2     will be put together.
```

**401, 402, sarcastic**

Anstice 71914a      719:14-719:23

```
719:14          Q.      All right.  Well, just assume for me
719:15     that I'm going to come up with a long list of
719:16     products that are so good that they basically sell
719:17     themselves.  They don't need hundreds of millions of
719:18     dollars behind them.  Would you want to put Vioxx on
719:19     that list?
719:20          A.      I would not put any of our products
719:21     on that list because I think all of the products
719:22     that we sell require our marketing and sales support
719:23     to maximize the benefit to patients.
```

Anstice 75605      756:5-757:2

```
756: 5          Q.      The amount of money you spent
756: 6     studying the drug isn't anywhere near close to the
756: 7     amount of money y'all spent trying to sell the drug
756: 8     and market it.  True?
756: 9          A.      That may be true.  But the amount of
756:10     money spent on the studies is relevant to the
756:11     studies.  The amount of money spent on marketing
756:12     relates to the total effort required to take the
756:13     product to our customers.
756:14          Q.      Sir, if we were to continue down the
756:15     list of things y'all did in marketing -- by the way,
756:16     have you compared the number of people at Merck who
756:17     are in charge of research to the number of people in
756:18     Merck who are in charge of sales?
756:19          A.      No, I have not done that comparison.
756:20          Q.      I bet you you got a ton more salesmen
756:21     than you do research scientists on Vioxx, don't you?
756:22          A.      Yes.  But the reason for that is, we
756:23     have the scientists supporting Vioxx sufficient for
756:24     the needs there and we have the sales reps
756:25     sufficient to support the marketing effort across
756:ESQUIRE DEPOSITION SERVICES
757: 757
757: 1     the audience of physicians and others that we were
757: 2     covering.
```

**602, 401, 402 -
# of salesman not
relevant, and witness
does not know answer**

Anstice 75707b      757:7-757:20

```
757: 7          Q.      In addition to the eight reasons
757: 8     we've -- or eight items we've listed here under
757: 9     marketing, a ninth thing y'all did in marketing,
```

**401, 402**

Page 23

anstice cuts irvin2.txt

```
757:10        y'all would have marketing consultant meetings where
757:11        y'all would meet with consultants and discuss the
757:12        marketing plans.  True?
757:13            A.        There were market research consultant
757:14        meetings, yes.
757:15            Q.        And in addition to that, y'all had --
757:16        you spent a surplus or an extra amount of FMC money,
757:17        right, but you didn't remember what FMC meant, did
757:18        you?
757:19            A.        Yes, the people in the field had a
757:20        budget with their customers, yes.
```

Anstice 75901       759:1-759:11

```
759: 1            Q.        Okay.  Evidently it's something you
759: 2        were doing to market, though, is that safe to say?
759: 3            A.        Yes.
759: 4            Q.        All right.  We'll put in RSP program.
759: 5        Now, y'all also hired speech givers.  You paid
759: 6        people to give speeches.
759: 7            A.        We had --
759: 8            Q.        True?
759: 9            A.        We had a program of medical education
759:10        with physicians who were contracted with us to speak
759:11        to physician audiences, yes.
```

*401,402*
*Irrelevant —*
*prescriber not*
*involved in any of*
*these programs*

Anstice 76004       760:4-760:12

```
760: 4            Q.        Who would I need to talk to about
760: 5        that?
760: 6            A.        I think that would be -- that would
760: 7        be DeeDee Scott.
760: 8            Q.        All right.  For number 12 I'm just
760: 9        going to put possibly paid clinical paper writers
760:10        because you're not sure?
760:11            A.        I'm not sure.
760:12            Q.        All right.
```

*602*

Anstice 76021       760:21-764:11

```
760:21            Q.        Now, the marketing efforts that you
760:22        did, and by you here, I mean Merck.  The marketing
760:23        efforts Merck did got them in some trouble with the
760:24        FDA, didn't it?
760:25            A.        We received a warning letter from the
760:ESQUIRE DEPOSITION SERVICES
761: 761
761: 1        FDA, yes.
761: 2            Q.        Well, you got more than one, didn't
761: 3        you?
761: 4            A.        With regard to Vioxx?
761: 5            Q.        Yes, sir.
761: 6            A.        I know we received a warning letter,
761: 7        and I think there had been an earlier complaint
761: 8        about homemade detail pieces.
761: 9            Q.        Yes.  Let's look at that one first.
761:10        This is Exhibit 114.
761:11                            -    -    -
761:12            (Exhibit Anstice 114 marked for
761:13        identification.)
761:14                          --   --   -
761:15        BY MR. LANIER:
761:16            Q.        You got it in front of you now?
```

*401,402,403 —*
*homemade detail*
*pieces from 1999*
*not relevant to*
*this case*

Page 24

anstice cuts irvin2.txt

401, 402, 403

```
761:17              A.      Yes, I do.
761:18              Q.      This is from the FDA, the Food and
761:19    Drug Administration, isn't it?
761:20              A.      Yes.  Yes, it is.
761:21              Q.      And it went to Ellen Westrick, the
761:22    executive director, office of medical/legal.  Is
761:23    that right?
761:24              A.      That's correct.
761:25              Q.      Is she a lawyer?
761:ESQUIRE DEPOSITION SERVICES
762: 762
762: 1              A.      No, she is not a lawyer.
762: 2              Q.      She's the executive director in the
762: 3    medical/legal office of Merck?
762: 4              A.      That's correct.
762: 5              Q.      This was an FDA letter you've seen
762: 6    before, haven't you?
762: 7              A.      I may have.  I don't recall.  It's
762: 8    quite possible.
762: 9              Q.      Well, you sure would hope someone
762:10    would bring it to your attention if it slams the
762:11    marketing you're the president of?
762:12              A.      I'm sure it was -- I'm sure the issue
762:13    was brought to my attention.
762:14              Q.      Look at what it complains about on
762:15    the second sentence.  Well, first of all, look at
762:16    the first sentence, Reference is made to Merck's
762:17    letters in response to letters from the FDA dated
762:18    November 12 and December 1.  So this is now our
762:19    third letter from the FDA on this issue, isn't it?
762:20              A.      I don't know that it's in regard to
762:21    this issue.
762:22              Q.      Well, look at it.  It says, our
762:23    letters dated November 12.
762:24              A.      In response to letters.
762:25              Q.      Yeah.  "...concerned the alleged
762:ESQUIRE DEPOSITION SERVICES
763: 763
763: 1    dissemination."
763: 2              A.      Yes.  Yes, it appears to.
763: 3              Q.      All right.  So what you've got in
763: 4    front of you now is your third letter from the FDA
763: 5    concerned about what y'all were doing.  Right?
763: 6              A.      This seems to be a third letter,
763: 7    right.
763: 8              Q.      And the FDA said, "Our letters
763: 9    concerned the alleged dissemination of two
763:10    'homemade' promotional pieces, entitled 'TEN REASONS
763:11    WHY VIOXX IS BETTER THAN CELEBREX.'"  Did I read
763:12    that right?
763:13              A.      Yes, you did.
763:14              Q.      You don't think that is the same top
763:15    ten reason type speech writer that homemade that one
763:16    that made your speech of the top ten, do you?
763:17              A.      I don't know.  I would be
763:18    speculating.
763:19              Q.      Well, did you ever investigate to see
763:20    to what extent these homemade pieces were used to
763:21    promote Vioxx?
763:22              A.      Yes, that was investigated by our
763:23    people at Merck.
763:24              Q.      All right.  Who was doing it?
763:25              A.      It was done by this group in
```

602

602

Page 25

```
                              anstice cuts irvin2.txt
763:ESQUIRE DEPOSITION SERVICES
764: 764
764: 1      conjunction with our legal group.
764: 2              Q.      Okay.  Who within Merck was handing
764: 3      out promotional pieces entitled "TEN REASONS WHY
764: 4      VIOXX IS BETTER THAN CELEBREX"?
764: 5              A.      I don't know.
764: 6              Q.      Well, how did you investigate it if
764: 7      you don't know who did it?
764: 8              A.      It was investigated at a level below
764: 9      me.
764:10              Q.      Well, who investigated it?  Who did
764:11      you hand that off to?

Anstice 76413a      764:13-764:22

764:13                      THE WITNESS:  I didn't hand it off.
764:14      This person, Ellen Westrick, is responsible for
764:15      office of medical/legal.  She would have immediately
764:16      worked with our legal group to investigate it and
764:17      determine what happened and take steps to stop it.
764:18      BY MR. LANIER:
764:19              Q.      All right.  Let me see if I
764:20      understand this.  You're the head of marketing and
764:21      advertising, right, you're the president?
764:22              A.      I am, correct.

Anstice 76423      764:23-765:2

764:23              Q.      And you're getting multiple -- Merck
764:24      is getting multiple letters from the FDA complaining
764:25      about marketing, promotional pieces being handed out
764:ESQUIRE DEPOSITION SERVICES
765: 765
765: 1      on your biggest selling drug.  Right?
765: 2              A.      Yes.

Anstice 76601      766:1-766:5

766: 1              Q.      Well, if I'm understanding Merck's
766: 2      position, though, this was a renegade group of
766: 3      pieces being handed out, you've got people already
766: 4      violating your procedures in an effort to try and
766: 5      sell this drug.  Did you bother to check to see who?

Anstice 76607      766:7-767:11

766: 7                      THE WITNESS:  No.  Nor would I expect
766: 8      to check at this level.  If there were more than
766: 9      2,000 sales representatives supporting Vioxx, then I
766:10      would expect that consistent with our policies and
766:11      procedures in the system, that somebody would
766:12      address this situation and take the appropriate
766:13      action.
766:14      BY MR. LANIER:
766:15              Q.      So your company gets written up three
766:16      times here by the FDA for wrong dissemination of
766:17      promotional pieces that are out of line, and your
766:18      position on that is I'm sure somebody is going to
766:19      handle that, I don't need to?
766:20              A.      Well, I believe the three times would
766:21      relate, it seems, based on a quick look at this
766:22      letter, to one incident.  And, yes, I believe our
                              Page 26
```

401, 402, 403

sarcastic, compound, argumentative

anstice cuts irvin2.txt

*401, 402, 403*

```
766:23      organization is well equipped, has been and is well
766:24      equipped to address these issues and take the
766:25      appropriate action.
766:ESQUIRE DEPOSITION SERVICES
767: 767
767: 1           Q.        Well, sir, but it says we've reviewed
767: 2      these promotional pieces and have determined they're
767: 3      false or misleading.  They contain
767: 4      misrepresentations of Vioxx's safety profile.
767: 5      Unsubstantiated comparative claims.  They're lacking
767: 6      in fair balance.  And it also says that these pieces
767: 7      were being handed out, "in their respective
767: 8      geographic regions," plural.  Now, did you bother to
767: 9      go find out where they were handed out and try to
767:10      fix the false and misleading data that the FDA said
767:11      y'all were passing around?
```

Anstice 80723        807:23-808:1

```
807:23           Q.        You never gave this to the FDA, did
807:24      you?
807:25           A.        But this is not a document that was
807:ESQUIRE DEPOSITION SERVICES
808: 808
808: 1      used with customers.
```

*repetitive, asked & answered*

Anstice 80805        808:5-808:8

```
808: 5           Q.        You never gave this to the FDA, did
808: 6      you?
808: 7           A.        This is not a document that we would
808: 8      ever need to send to the FDA.
```

Anstice 80812        808:12~808:20

```
808:12           Q.        You never gave this document to the
808:13      FDA, did you?
808:14           A.        We did not give this document to the
808:15      FDA nor would there be a reason that we would need
808:16      to.
808:17           Q.        There's a reason not to.  They'd
808:18      probably get you in trouble and say, it wasn't a
808:19      renegade salesman, it came from the president.
808:20      True?
```

Anstice 80822a        808:22-808:24

```
808:22                     THE WITNESS:  No, I don't believe
808:23      they would regard this as a relevant document for
808:24      them to receive at all.
```

d Anstice 104302        1043:2-1043:14

```
1043: 2           Q.        Good morning, Mr. Anstice.  Would you
1043: 3      please introduce yourself to the jury?
1043: 4           A.        My name is David Westbrook Anstice.
1043: 5           Q.        Mr. Anstice, how are you currently
1043: 6      employed?
1043: 7           A.        I'm employed by Merck as president
1043: 8      for human health.
1043: 9           Q.        How long have you had that position?
1043:10           A.        Two years and three or four months.
1043:11           Q.        Mr. Anstice, does the title
```

*removed*

anstice cuts irvin2.txt

1043:12     "president" mean that you're the head of the entire
1043:13     company?
1043:14              A.     No, it does not.

d Anstice 104322     1043:22-1044:3

1043:22              Q.     What does the term "human health" in
1043:23     your title refer to?
1043:24              A.     This refers to -- my responsibility
1043:25     today is for sales and marketing activities in a
1044:
1044: 1     number of countries around the world.  Specifically
1044: 2     those countries are Canada, Latin America, Japan,
1044: 3     Australia and New Zealand.

d Anstice 104408     1044:8-1044:16

1044: 8              Q.     Can you tell us what the
1044: 9     significance, if any, is of the term "human health"?
1044:10              A.     Human health is a term we use in our
1044:11     company to cover the -- to describe the business of
1044:12     our prescription medicine business as distinct from
1044:13     vaccines or animal health products and, therefore, I
1044:14     am responsible for all of the prescription medicines
1044:15     sold by Merck, again, in the countries that I just
1044:16     described.

d Anstice 104517     1045:17-1045:19

1045:17              Q.     Does the human health division at
1045:18     Merck deal with anything other than the sales and
1045:19     marketing side of Merck?

d Anstice 104522     1045:22-1047:6

1045:22              THE WITNESS:  No.  We are the
1045:23     commercial arm for Merck.
1045:24     BY MR. RABER:
1045:25              Q.     Is there a division at Merck that's
1046:
1046: 1     responsible for medical, scientific and research
1046: 2     part of Merck's business?
1046: 3              A.     Yes, there is.
1046: 4              Q.     What's the name of that division?
1046: 5              A.     That division is called Merck
1046: 6     Research Laboratories.
1046: 7              Q.     Are you a part of that division?
1046: 8              A.     No, I am not.
1046: 9              Q.     who's the president of that division?
1046:10              A.     Today the president of that division
1046:11     is Dr. Peter S. Kim.
1046:12              Q.     Who was president of that division
1046:13     during the development of Vioxx?
1046:14              A.     During the development of Vioxx, Dr.
1046:15     Edward Scolnick was president of that division.
1046:16              Q.     what kind of training did Dr. Kim and
1046:17     Dr. Scolnick have?
1046:18              A.     Dr. Kim is a Ph.D. in medical
1046:19     science, and Dr. Scolnick is a medical physician,
1046:20     but also with extensive scientific training.
1046:21              Q.     In general terms, what kinds of
1046:22     backgrounds did the people have that work in the
1046:23     Merck Research Labs division?
                        Page 28

```
                    anstice cuts irvin2.txt
1046:24        A.        Certainly at the senior levels, the
1046:25   people, physicians, in some cases physicians also
1047:
1047: 1   with doctorates in medical sciences, in other cases
1047: 2   they have Ph.D.s or other senior degrees in medical
1047: 3   research fields quite broadly.
1047: 4        Q.        Do those people in the Merck Research
1047: 5   Labs division report to you?
1047: 6        A.        No, they do not.
```

d Anstice 105801      1058:1-1059:23

```
1058: 1        Q.        Are there rules and regulations that
1058: 2   control your marketing and sales of drugs in the
1058: 3   United States?
1058: 4        A.        Yes.  There are very important rules
1058: 5   and regulations.
1058: 6        Q.        Who oversees those rules and
1058: 7   regulations in the United States?
1058: 8        A.        For prescription medicines, the Food
1058: 9   & Drug Administration oversees it, but specifically
1058:10   through a group that's responsible for drug
1058:11   advertising.
1058:12        Q.        Mr. Anstice, can you please describe
1058:13   for us in general terms what the marketing group
1058:14   does at Merck?
1058:15        A.        In general terms, the marketing group
1058:16   works with all of our products collaboratively with
1058:17   the research group in the formative period of
1058:18   development of the product, and as we approach
1058:19   introduction of the product, then we begin to
1058:20   formally develop the plans for our marketing efforts
1058:21   for our salespeople.  We're responsible for forming
1058:22   a budget, directing activities related to all of the
1058:23   activities that we deem appropriate to support the
1058:24   marketing and selling.  That is, the work, really,
1058:25   of our people.
1059:
1059: 1                 We're actually charged with creating
1059: 2   awareness of the product that's insufficient.  We
1059: 3   are then charged with creating understanding, that
1059: 4   is, physicians need to understand the benefits and
1059: 5   the risks.
1059: 6                 And, finally, we're charged with
1059: 7   encouraging physicians to trial and use the product
1059: 8   in appropriate patients.
1059: 9        Q.        Mr. Anstice, what role, if any, does
1059:10   the marketing group play in deciding what types of
1059:11   studies should be done for a drug at Merck?
1059:12        A.        I think the marketing group plays an
1059:13   important role in providing ideas for studies.  At
1059:14   the end of the day, the research group has the final
1059:15   say along with the regulators, but because the
1059:16   marketing group is talking to physicians and to
1059:17   payors, we're constantly aware, therefore, of gaps
1059:18   or information that would be valuable to physicians
1059:19   and payors.  And, therefore, marketing constantly is
1059:20   presenting ideas to our research colleagues, many of
1059:21   which they may have already heard of and understood,
1059:22   but the marketing people are constantly engaged in
1059:23   that type of activity.
```

d Anstice 106010      1060:10-1061:2

Page 29

anstice cuts irvin2.txt

```
1060:10          Q.          Let's talk, if we can, about the
1060:11   different types of marketing materials that Merck
1060:12   uses, and let's start at the beginning.  what are
1060:13   the very first marketing materials that Merck uses
1060:14   with a new drug?
1060:15          A.          The first materials are often called
1060:16   launch materials, and perhaps the two most important
1060:17   materials there are the detail aid or a promotional
1060:18   brochure that we make available to our sales
1060:19   representatives, which typically begins with the
1060:20   label for the product, and then proceeds to a more
1060:21   colorful brochure.  The other primary vehicle is a
1060:22   journal ad, what's called a journal ad, which is
1060:23   then placed in appropriate relevant medical journals
1060:24   for the particular disease that the product -- or
1060:25   diseases that the product treats.
1061:
1061: 1          Q.          Are these launch materials shared
1061: 2   with the FDA before they're made public?
```

d Anstice 106104      1061:4-1061:10

```
1061: 4                      THE WITNESS:  The FDA often requests
1061: 5   in its approval that materials, these launch
1061: 6   materials are presented to them.  Even if they
1061: 7   don't, the Merck practice is that we submit for FDA
1061: 8   review all of the materials related to the launch of
1061: 9   our products.  That's been a longstanding practice
1061:10   at Merck.
```

d Anstice 106112      1061:12-1061:13

```
1061:12          Q.          What is the particular division
1061:13   within FDA to whom these materials are submitted?
```

d Anstice 106116      1061:16-1061:22

```
1061:16                      THE WITNESS:  The division that we
1061:17   submit the materials to is known by the name DDMAC,
1061:18   which is drug, marketing, advertising group.
1061:19   BY MR. RABER:
1061:20          Q.          Do the FDA rules and regulations
1061:21   require that these launch materials be submitted to
1061:22   the FDA before they're publicly used?
```

d Anstice 106124      1061:24-1062:6

```
1061:24                      THE WITNESS:  They don't require,
1061:25   although sometimes the approval letters for our
1062:
1062: 1   products request that all launch materials be
1062: 2   provided to the FDA before being used in the
1062: 3   marketplace.
1062: 4   BY MR. RABER:
1062: 5          Q.          Why does Merck make it a practice to
1062: 6   submit these materials to the FDA ahead of time?
```

d Anstice 106208      1062:8-1063:2

```
1062: 8                      THE WITNESS:  I think a couple of
1062: 9   reasons that we do that.  One is that the discussion
1062:10   on the label occurs between the scientific drug
```
Page 30

anstice cuts irvin2.txt

1062:11    division and the company's regulatory people, which
1062:12    describes the benefits and risks for the product,
1062:13    but there needs to be an understanding with the drug
1062:14    advertising group as to how that language was
1062:15    determined, because all language can be -- needs to
1062:16    be interpreted.  And at the launch of a product, we
1062:17    think it's very important at Merck that we have not
1062:18    only followed the letter of the label, but that we
1062:19    are also fully in harmony with the FDA in terms of
1062:20    the spirit of how they believe that the product
1062:21    should be promoted.  And the only way to really
1062:22    validate or test that is by presubmitting the
1062:23    materials to the FDA so that they can assess them as
1062:24    being consistent with or in some cases they may
1062:25    suggest modifications to how we've incorporated the
1063:
1063: 1    specifics out of the label into our promotional
1063: 2    materials.

d Anstice 106321    1063:21-1065:1

1063:21            Q.        Let's talk, if we can, about
1063:22    marketing to physicians, if we can for a moment.
1063:23    Can you generally describe for us the review process
1063:24    at Merck that occurs with materials that are sent to
1063:25    physicians?
1064:
1064: 1            A.        Yes.  We have a longstanding process
1064: 2    which we call medical/legal review.  And that
1064: 3    process mandates within the company as a policy that
1064: 4    all materials written and broadcast that are going
1064: 5    to be reviewed with our customers, in this case,
1064: 6    physicians, that those materials go through a group
1064: 7    which has at least two physicians and one lawyer.
1064: 8    They review all of the materials for consistency and
1064: 9    balance with respect to our label, make any
1064:10    appropriate adjustments, and they actually approve
1064:11    the material for use.  And only upon the approval of
1064:12    that group, whatever the final form of material is,
1064:13    can it be used with our customers.
1064:14            Q.        Does Merck share these physician
1064:15    marketing materials with the FDA?
1064:16            A.        The Merck practice is that upon our
1064:17    internal approval and upon our sending the material
1064:18    to whoever will be using it within the Merck system,
1064:19    we then routinely automatically send a copy of that
1064:20    material, whatever it is, to the FDA so that they
1064:21    have a record of all of our promotional materials.
1064:22            Q.        Did Merck follow that particular
1064:23    process that you've just described with respect to
1064:24    Vioxx?
1064:25            A.        Yes.  Merck always follows that
1065:
1065: 1    process for all of our products.

d Anstice 106709    1067:9-1069:10

1067: 9            Q.        Let's talk, if we can, about the
1067:10    launch of Vioxx.  Can you tell us when the FDA
1067:11    approved Vioxx for marketing in the United States?
1067:12            A.        Vioxx was approved for marketing in
1067:13    the United States in May or June of 1999.
1067:14            Q.        What was your view about Vioxx as a
                                   Page 31

anstice cuts irvin2.txt

1067:15  new drug at that time?
1067:16           A.      I believed at that time, and I still
1067:17  believe that Vioxx was a very exciting and important
1067:18  new product that could provide benefit to millions
1067:19  of patients suffering from pain in markets around
1067:20  the world and certainly in the U.S.
1067:21           Q.      At the time of the launch, what had
1067:22  Merck's studies showed about the potential for Vioxx
1067:23  as a new drug?
1067:24           A.      Merck's studies -- well, let me
1067:25  describe that in two parts.
1068:
1068: 1           Merck's studies that supported the
1068: 2  drug approval had shown across a large number of
1068: 3  patients that the product was extremely helpful in
1068: 4  relieving pain.  Also, there were some studies,
1068: 5  they're called endoscopy studies, included in the
1068: 6  circular which helped physicians to understand that
1068: 7  the original promise, the reason, in fact, Vioxx was
1068: 8  developed and brought to the world in the first
1068: 9  place is, that it would be gentler on the stomach.
1068:10  Those studies versus Motrin, a commonly used agent,
1068:11  showed that Vioxx was, in fact, gentler on the
1068:12  stomach.  So, the promise of Vioxx was that here was
1068:13  another effective drug for relieving pain, but a
1068:14  drug which may, in fact, offer benefits to patients
1068:15  in terms of being more friendly to the stomach.
1068:16           Q.      What were the nature of the stomach
1068:17  problems that existed with traditional pain
1068:18  relievers at that time?
1068:19           A.      There was widespread knowledge that
1068:20  all of the so-called traditional agents or all of
1068:21  the pain relievers used at that time created in a
1068:22  percentage of patients stomach problems, which went
1068:23  from mild but through to more serious, which often
1068:24  meant the patients could not take the medicine,
1068:25  through to ulcers.  There were -- at the serious end
1069:
1069: 1  of the spectrum, there were perforations, ulcers,
1069: 2  bleeds which could occur with the use of these
1069: 3  agents, and those could occur in patients of any
1069: 4  age, they could occur in patients that took the
1069: 5  product for a long time or even for a relatively
1069: 6  short duration.  And so the promise of Vioxx was
1069: 7  that it might lessen the incidence of all of these
1069: 8  GI problems and that it might also, therefore, admit
1069: 9  more patients to be able to take an effective pain
1069:10  reliever because these problems did not occur.

d Anstice 107303      1073:3-1073:18

1073: 3           Q.      Let's go back, if we can, to the
1073: 4  formal launch of Vioxx.  How did Merck launch the
1073: 5  product and when?
1073: 6           A.      In the United States, we launched it
1073: 7  at a sales -- two large sales meetings.  We did that
1073: 8  in June of 1999, and that was somewhat typical of
1073: 9  the way that we introduced many of our large and
1073:10  important products.
1073:11           Q.      Where did this launch event occur?
1073:12           A.      This particular event occurred in San
1073:13  Francisco.
1073:14           Q.      Who attended the launch event?
                        Page 32

anstice cuts irvin2.txt

```
1073:15            A.       The launch event was attended by all
1073:16   of the sales representatives and others in the
1073:17   organization who had primary responsibility for
1073:18   Vioxx at that time.
```

d Anstice 107323      1073:23-1074:11

```
1073:23            Q.       How long did this launch event go on?
1073:24            A.       Each of the meetings lasted
1073:25   approximately two-and-a-half days.  Therefore, the
1074:
1074: 1   meeting -- the two meetings lasted for a week.
1074: 2            Q.       What kinds of subjects were discussed
1074: 3   and addressed at the meetings?
1074: 4            A.       The meetings were a mix of
1074: 5   motivational, excitement-creating activities.  Also,
1074: 6   there was extensive review of the product
1074: 7   information of the diseases for which Vioxx was
1074: 8   indicated, and also training of the representatives
1074: 9   in terms of their knowledge of Vioxx and the label
1074:10   in all aspects, the benefits and the risks and all
1074:11   of the details included in the label.
```

d Anstice 107422      1074:22-1075:17

```
1074:22            Q.       Mr. Anstice, did the sales
1074:23   representatives who attended this event get any
1074:24   training beyond what they learned at the launch
1074:25   event?
1075:
1075: 1            A.       Yes.  It's usual practice for us to
1075: 2   commence training for new products several months
1075: 3   prior to the product being approved.
1075: 4   Representatives received extensive training, again,
1075: 5   around the diseases for which the product was
1075: 6   indicated, around the competitive agents that
1075: 7   physicians could choose, as well as our own product.
1075: 8   After a launch meeting, our representatives
1075: 9   continually trained as changes to the circular
1075:10   occur, but even independently of that, we constantly
1075:11   update and ensure -- update our training and ensure
1075:12   that our representatives are very familiar with all
1075:13   of the information related to our product, and
1075:14   they're also getting updates on competitive products
1075:15   and changes in medicine which they need to be aware
1075:16   of in terms of the disease conditions for which the
1075:17   product is indicated.
```

d Anstice 107522      1075:22-1076:23

```
1075:22            Q.       Mr. Anstice, has the word "obstacle"
1075:23   ever been used at Merck in training sales
1075:24   representatives?
1075:25            A.       Yes, it has.  In fact, in my
1076:
1076: 1   experience, it's a term that has been used for
1076: 2   decades in the Merck organization.
1076: 3            Q.       What does the term "obstacle" mean in
1076: 4   that context?
1076: 5            A.       The word "obstacle" means a question,
1076: 6   or more specifically, a concern which, in fact, is
1076: 7   something which -- where a physician or a customer,
1076: 8   in fact, has a genuine either lack of knowledge or
```

Page 33

anstice cuts irvin2.txt

```
1076: 9    wants more knowledge about a particular area or may,
1076:10    in fact, have a set of opinions, which means that
1076:11    they're not inclined to use your product.
1076:12          Q.      Why is the term "obstacle" used to
1076:13    refer to those kinds of questions or concerns that a
1076:14    doctor may have?
1076:15          A.      I think the reason that we use the
1076:16    word "obstacle" as opposed to "question" is that it,
1076:17    in fact, denotes that the physician requires more
1076:18    information in order to perhaps use the product at
1076:19    all or more information to use it more broadly, or,
1076:20    in fact, it's something which is fundamental to --
1076:21    until there is an answer, a satisfactory answer
1076:22    provided to a question, then a physician is not
1076:23    comfortable with the particular medicine.
```

d Anstice 107702     1077:2-1077:25

```
1077: 2          Q.      Are doctors' questions important to
1077: 3    sales representatives at Merck?
1077: 4          A.      I think that doctors' questions are
1077: 5    fundamentally important.
1077: 6          Q.      Why is that?
1077: 7          A.      For the simple reason that it's very
1077: 8    important that you know what the issues, concerns,
1077: 9    questions are that your customers have. And it's
1077:10    very important that you endeavor to your best extent
1077:11    to answer those questions and to respond to them in
1077:12    a helpful way.
1077:13          Q.      Mr. Anstice, did Merck train its
1077:14    sales representatives to dodge questions or avoid
1077:15    answering them when meeting with doctors?
1077:16          A.      No.  In my experience, Merck
1077:17    encouraged representatives to listen for questions,
1077:18    in fact, even probe to ask the doctor what concerns
1077:19    they may have, because unless they identified what
1077:20    the particular concerns or questions were that the
1077:21    doctor had, then they couldn't adequately address
1077:22    the issues the doctor may have.  So, in fact, for a
1077:23    salesperson, it was very important that they not
1077:24    only respond to the questions, but that they, in
1077:25    fact, draw them out from their customers.
```

d Anstice 108108     1081:8-1082:3

```
1081: 8          Q.      Mr. Anstice, when Vioxx was launched,
1081: 9    there was another one of these COX-2 pain relievers
1081:10    on the market called Celebrex; is that right?
1081:11          A.      That's correct, yes.
1081:12          Q.      If Celebrex was already on the
1081:13    market, why was Vioxx necessary?
1081:14          A.      The development for Vioxx was started
1081:15    many years ago, and we believed that there was
1081:16    certainly room for more than one COX-2 agent.  At
1081:17    the time we were developing Vioxx, we could not be
1081:18    certain what the final ultimate profile for Celebrex
1081:19    would be, but we believed that Vioxx, for a variety
1081:20    of reasons associated with our development, would be
1081:21    an extremely effective pain reliever.  We also
1081:22    believed because of the COX-2 selectivity, its
1081:23    preference for COX-2 inhibition, that it could also
1081:24    provide substantial benefit in terms of GI safety.
1081:25    And I think our belief has always been that patient
```
                              Page 34

anstice cuts irvin2.txt

```
1082:
1082: 1    needs are best served if there's as broad a range of
1082: 2    choices as possible available to them for treatment
1082: 3    of important diseases.
```

d Anstice 112319      1123:19-1124:4

```
1123:19           Q.       Did Merck have a policy of
1123:20    intimidating doctors or scientists who were critical
1123:21    of Merck?
1123:22           A.       No.   Merck has never had a policy to
1123:23    intimidate doctors.
1123:24           Q.       If you were to learn of allegations
1123:25    that doctors and scientists were being intimidated
1124:
1124: 1    by people at Merck, how would you respond to that?
1124: 2           A.       Very promptly.   And I think very
1124: 3    strongly to if -- to find out if it was happening
1124: 4    and to stop it.
```

d Anstice 117109      1171:9-1171:19

```
1171: 9               Did the FDA require Merck to take
1171:10    Vioxx off the market?
1171:11           A.       No.   That was -- Merck took the
1171:12    decision that we should voluntarily withdraw Vioxx
1171:13    after we became aware of the APPROVe results from
1171:14    their data set from the data monitoring group
1171:15    responsible for that study, and we advised the FDA
1171:16    and other regulators that we were taking that action
1171:17    voluntarily.
1171:18           Q.       why did Merck decide to withdraw
1171:19    Vioxx from the market?
```

d Anstice 117121      1171:21-1172:22

```
1171:21               THE WITNESS:  we decided to do that
1171:22    for two reasons.  One, there was, as seen in
1171:23    APPROVe, there was a relatively greater risk after
1171:24    18 months in patients taking Vioxx versus the
1171:25    placebo arm.  And based on that relatively greater
1172:
1172: 1    risk and the fact that other agents were available
1172: 2    in this category, which seemed certainly at that
1172: 3    time had not shown this risk, we thought that it was
1172: 4    in the best interest of patient safety, given the
1172: 5    availability of alternatives, that we withdraw Vioxx
1172: 6    from the market.
1172: 7    BY MR. RABER:
1172: 8           Q.       Mr. Anstice, I have just a few more
1172: 9    questions before we break.
1172:10               The attorneys for the plaintiff have
1172:11    said, in effect, that Merck put profits ahead of
1172:12    patient safety.  What do you have to say about that?
1172:13           A.       I absolutely do not believe that that
1172:14    is true.  Merck puts patient safety first.  I've
1172:15    worked at Merck for 30 more and more years, and I
1172:16    have seen Merck consistently put patient safety
1172:17    first.  I've seen Merck bring to market wonderful
1172:18    products, but always be very concerned, not only
1172:19    about the benefits, but about really understanding
1172:20    the risks associated with that and being very clear
1172:21    to identify them and to communicate them to the
```
Page 35

anstice cuts irvin2.txt
1172:22    physicians who prescribe our products.

Anstice 147317      1473:17-1473:23

1473:17                So, let me just be clear on what your
1473:18    testimony is.
1473:19                I'm asking you about the sales reps
1473:20    right now.
1473:21        A.     Yes.
1473:22        Q.     Sales reps were not allowed to engage
1473:23    the doctors on VIGOR, you said; correct?

*[handwritten: Sidebar]*

*[handwritten: 401, 402, 403 - testimony re: sales reps not relevant b/c no involvement w/ Dr Schirmer]*

Anstice 147325a      1473:25-1474:2

1473:25                THE WITNESS:  What I said was our
1474: 01474
1474: 1    representatives were asked to not initiate
1474: 2    discussions on VIGOR.  That's what I said.

Anstice 147811a      1478:11-1478:15

1478:11                Look, my question is this:  You're
1478:12    aware that Merck used in connection with training
1478:13    its sales representatives something called a
1478:14    cardiovascular card; correct?
1478:15        A.     Yes.

*[handwritten: 401, 402, 403 - CV card not relevant to this case]*

Anstice 149807      1498:7-1498:21

1498: 7        Q.     Okay.
1498: 8                Now, I would like to also mark or
1498: 9    show you what I've just marked as 165.
1498:10
1498:11                (Whereupon, Deposition Exhibit
1498:12                Anstice-165, "Bulletin for Vioxx: New
1498:13                Resource: Cardiovascular Card,"
1498:14                MRK-AAR0007383 - MRK-AAR0007388, was
1498:15                marked for identification.)
1498:16                      -  -  -
1498:17    BY MR. SEEGER:
1498:18        Q.     For the record, it is Bates stamped
1498:19    MRK-AAR0007383 through 388.
1498:20                This is another one of those
1498:21    bulletins that you're talking about; right?

Anstice 149924      1499:24-1500:18

1499:24        Q.     Not that I read it correctly.  Now
1499:25    I'm asking, is that correct?
1500: 01500
1500: 1        A.     But I think there's a -- there's a
1500: 2    broader context of instructions to representatives
1500: 3    that needs to be --
1500: 4        Q.     Where is that in here?
1500: 5        A.     If you go to the third page.
1500: 6        Q.     I'm there.
1500: 7        A.     The CV -- I'm going to read the first
1500: 8    two sentences underneath the black diagram.  "The CV
1500: 9    card will assist you with addressing your HI COXIB
1500:10    or HI NSAID physician's questions about the
1500:11    cardiovascular effects of VIOXX.  Use this resource
1500:12    as an obstacle handling tool only, when your
1500:13    physicians ask you about the cardiovascular effects
Page 36

401, 402, 403

anstice cuts irvin2.txt
1500:14   of VIOXX or express concern regarding the
1500:15   cardiovascular effects of VIOXX based on the VIOXX
1500:16   GI Outcomes Research trial."
1500:17        Q.        Well, Mr. Anstice, you misread that
1500:18   statement.  Did you do it intentionally?

Anstice 150023      1500:23-1501:1

1500:23            THE WITNESS:  Can I reread -- no, I
1500:24   didn't, I believe --
1500:25   BY MR. SEEGER:
1501: 01501
1501: 1        Q.        Well, you left out an important word.

Anstice 150104      1501:4-1501:11

1501: 4            THE WITNESS:  I'll reread it.  It was
1501: 5   not intentional.
1501: 6   BY MR. SEEGER:
1501: 7        Q.        I just want to ask you, when you read
1501: 8   that sentence you read, "Use this resource as an
1501: 9   obstacle handling tool only."
1501:10            MR. RABER:  Excuse me, do you have an
1501:11   extra copy?

Sidebar

Anstice 150122a     1501:22-1502:18

1501:22        Q.        Is there any reason you left the word
1501:23   "only" out?
1501:24        A.        No.  I'm happy to reread it.
1501:25        Q.        Go ahead.  Finish your answer.
1502: 01502
1502: 1        A.        And this is the bulletin that
1502: 2   accompanies the cardiovascular card that we've
1502: 3   talked about a moment ago.
1502: 4        Q.        Gotcha.
1502: 5        A.        There is also a preceding bulletin
1502: 6   after February 9th before April 28th which was in
1502: 7   existence which related to how the reps were
1502: 8   instructed around VIGOR.  So, this was specifically
1502: 9   designed for discussions beyond the VIGOR results to
1502:10   deal with, as this says, "when your physicians ask
1502:11   you about the cardiovascular effects of VIOXX or
1502:12   express concern regarding the cardiovascular effects
1502:13   based on" not about, but based on the VIGOR
1502:14   findings.
1502:15        Q.        I understand.
1502:16            Mr. Anstice, will you now turn to the
1502:17   CV card, please?
1502:18        A.        Yes.

Anstice 150305      1503:5-1503:7

1503: 5        Q.        Now, you're aware at this time that
1503: 6   the FDA had serious concerns about this data;
1503: 7   correct?

assumes facts not in evidence; vague

Anstice 150309      1503:9-1504:6

1503: 9            THE WITNESS:  About which data?
1503:10   BY MR. SEEGER:
1503:11        Q.        The OA data that's reflected in the
1503:12   CV card.

Page 37

```
                     anstice cuts irvin2.txt
1503:13      A.    No, I am not aware of that.
1503:14      Q.    Okay.
1503:15            Well, why don't we go ahead and take
1503:16  another look back at that FDA briefing document
1503:17  which I marked earlier.  We'll do this as quickly as
1503:18  we can.  It's right there on top.
1503:19      A.    Which is dated February 8, 2001?
1503:20      Q.    Exactly.
1503:21      A.    Because we're talking about a time
1503:22  period here which is April/May 2000.
1503:23      Q.    Are you testifying now that this card
1503:24  was not in effect in February of 2001?
1503:25      A.    No, no, I'm not.  I'm simply saying
1504: 01504
1504: 1  that this -- the discussion we were having about the
1504: 2  card related to its introduction.
1504: 3      Q.    No, put the bulletins aside.  Now
1504: 4  we're talking about a card that was in use from
1504: 5  April of 2000 to April of 2002.  Okay.
1504: 6            In February --
```

*sidebar; lawyer testifying*

Anstice 150418      1504:18-1505:20

```
1504:18      Q.    In February of 2001, the FDA did an
1504:19  analysis or, I'm sorry, your attorney doesn't like
1504:20  that.
1504:21            The FDA medical reviewer took a look
1504:22  at the original data from Merck's NDA, which is, you
1504:23  would agree, is this OA, this osteoarthritis trial
1504:24  data; correct?
1504:25      A.    Yes.
1505: 01505
1505: 1      Q.    I'll find it for you in one second.
1505: 2  If you'd turn to Page 19.  Do you see where it talks
1505: 3  about "Study 058" at the top?
1505: 4      A.    Yes.
1505: 5      Q.    Okay.
1505: 6            And then in italics it says, "Because
1505: 7  of the small size and short duration, this study is
1505: 8  inadequate to detect differences in clinically
1505: 9  relevant adverse events between rofecoxib," which is
1505:10  Vioxx, "and nabumetone."  Did I read that correctly?
1505:11      A.    Yes, you did.
1505:12      Q.    Anywhere in this circular or any of
1505:13  the training materials that you gave to your people,
1505:14  did you, at this point in time and after, February
1505:15  2001, tell them that the FDA had reservations about
1505:16  this trial?
1505:17      MR. RABER:  I'm going to object to
1505:18  the form.  The FDA approved the label.  This is one
1505:19  person --
1505:20      THE WITNESS:  This is one --
```

*sidebar*

*No answer - Q withdrawn*

*remove objection*

Anstice 150704a      1507:4-1508:13

```
1507: 4      Q.    I have just a couple of quick
1507: 5  questions.
1507: 6            The medical reviewer in this document
1507: 7  made that comment about that trial.  Has the fact
1507: 8  that this medical reviewer found that this
1507: 9  particular trial, the 058 trial, was inadequate to
1507:10  detect relevant, clinically relevant adverse events
1507:11  between Vioxx and the drugs it was compared to, did
```

*602 - no personal knowledge*

anstice cuts irvin2.txt

1507:12    that make its way into any of your sales materials?
1507:13         A.    I don't know.  I just point out a
1507:14    reference to study 058, and I do not know how many
1507:15    patients were in study 058 is different from the
1507:16    data presented here, which is across nine double
1507:17    blind studies, 6,000 OA patients, and so it is a
1507:18    very different data set.
1507:19         Q.    How about study 069, do you know
1507:20    anything about that?
1507:21         A.    No.
1507:22         Q.    Well, do you know that was a pooled
1507:23    analysis of many different trials that were done and
1507:24    provided to the FDA?  Does that refresh your
1507:25    recollection?
1508: 01508
1508: 1         A.    I don't remember the details of it.
1508: 2    I've heard the number certainly.
1508: 3         Q.    Were you aware in February of 2001 of
1508: 4    this comment made by the medical reviewer where it
1508: 5    says, "The Division," and in this instance she's not
1508: 6    talking about her, she says, "The Division has
1508: 7    serious concerns with the combined analysis of
1508: 8    studies of different length and dosing regimens."
1508: 9    And it says, "Furthermore, combining multiple
1508:10    different drugs within a single comparator arm may
1508:11    not be reflective of the risk of any one drug."  Did
1508:12    that material get disclosed to your sales
1508:13    representatives who were selling the drug?

Anstice 150815      1508:15-1509:13

1508:15              THE WITNESS:  I don't know the answer
1508:16    to that.  It would not be usual for us to present
1508:17    comments from FDA reviewers or divisions in our
1508:18    material to representatives.  We would give our
1508:19    representatives material that Merck believed to be
1508:20    accurate and balanced and consistent without our
1508:21    total knowledge of the product.  That's what we gave
1508:22    our representatives.
1508:23    BY MR. SEEGER:
1508:24         Q.    And you didn't provide them with
1508:25    concerns or discussions going on within the FDA
1509: 01509
1509: 1    about --
1509: 2         A.    We provided them with what we thought
1509: 3    were appropriate --
1509: 4         Q.    Okay.
1509: 5         A.    -- sets of information related to the
1509: 6    data that we gave them.
1509: 7         Q.    All right.
1509: 8              Now, Mr. Anstice, let me just ask you
1509: 9    to take a look at what I've marked as 166.  For the
1509:10    record, it's Bates stamped MRK-ACW0008375.  Do you
1509:11    recognize this chart?  I'll represent to you that it
1509:12    is a table from -- reflecting the mortality data
1509:13    from VIGOR.  If you read above, you'll see.

Anstice 150915      1509:15-1511:12

1509:15              THE WITNESS:  I see that it is
1509:16    represented as data from VIGOR.  I don't know the
1509:17    source of the table, the broader context.
1509:18    BY MR. SEEGER:

Page 39

602

602

602

602 - no personal
Knowledge

anstice cuts irvin2.txt

1509:19          Q.          Now, you know this data was available
1509:20    to Merck in March of 2000.  We've said that many
1509:21    times today; correct?
1509:22          A.          Yes, and quickly made available to
1509:23    the regulatory authorities as well.
1509:24          Q.          Absolutely.
1509:25                       But it never made its way into the CV
1510: 01510
1510: 1    card, did it, the data that we're looking at?
1510: 2          A.          The purpose of the CV card was not to
1510: 3    discuss the VIGOR study, but to discuss the total
1510: 4    results from the OA studies.  That was the purpose
1510: 5    of the CV card.
1510: 6          Q.          But let me just back up for a second.          602
1510: 7                       Did you ever go to the FDA at any
1510: 8    point in time and say, we'd like to incorporate the
1510: 9    VIGOR mortality data in our training materials?
1510:10          A.          I don't know.
1510:11          Q.          Would there have been anything that
1510:12    would have prevented you from doing that?
1510:13          A.          I don't know.
1510:14          Q.          So, doctors who were prescribing the
1510:15    drug, let's say, in September of 2001, while this
1510:16    was in use, if the only information they received
1510:17    was from the sales rep and they didn't ask for a
1510:18    pamphlet, would not have received the VIGOR data,
1510:19    the mortality data from VIGOR from your sales            401, 402, 403 —
1510:20    representatives; correct?                                prescribers in
1510:21          A.          Well, it's a -- sorry, could you just   Sept. 01 not relevant —
1510:22    restate the question?                                    sales reps not
1510:23          Q.          Doctors prescribing -- excuse me one    relevant
1510:24    second.
1510:25                       Doctors prescribing this drug --
1511: 01511
1511: 1          A.          Right.
1511: 2          Q.          -- let's say in September of 2001.
1511: 3          A.          Right.  September of 2001.
1511: 4          Q.          September of 2001.
1511: 5          A.          Right.
1511: 6          Q.          Where this card was in use.
1511: 7          A.          Right.
1511: 8          Q.          And they didn't receive any other
1511: 9    information from the company, they just had
1511:10    discussions with the sales rep, would not have been
1511:11    advised about the mortality data from VIGOR;
1511:12    correct?

Anstice 151114     1511:14-1512:7

1511:14                      THE WITNESS:  In the hypothetical
1511:15    situation where that particular physician had no
1511:16    contact with the many other diverse ways in which
1511:17    the information about VIGOR was being dispersed in
1511:18    the medical community, they would not have had VIGOR
1511:19    data from a Merck rep other than through a physician
1511:20    information request.  But if they had wanted it, it
1511:21    would have been available through that vehicle.
1511:22    BY MR. SEEGER:
1511:23          Q.          And is there anything that you're        602
1511:24    aware of, any rule or regulation that would have
1511:25    prevented you from going to the FDA and saying we
1512: 01512
1512: 1    would like to include the VIGOR data in our sales
                              Page 40

anstice cuts irvin2.txt

602

1512: 2   training material?
1512: 3       A.      I don't know of any such rule.
1512: 4       Q.      So, the doctors would not have gotten
1512: 5   the VIGOR material from your sales representative,
1512: 6   they would have had to get it from somewhere else;
1512: 7   correct?

mischaracterizes
testimony

Anstice 151209    1512:9-1512:17

1512: 9               THE WITNESS:  No, that's not what I
1512:10   said.  A doctor could ask for the VIGOR data from
1512:11   our sales representative and get it through a PIR.
1512:12   So, they did have access through our
1512:13   representatives.  They also had access through other
1512:14   forms.
1512:15   BY MR. SEEGER:
1512:16       Q.      And the Alzheimer's data as well, you
1512:17   know that was unblinded in April of 2001; correct?

Anstice 151219    1512:19-1513:22

1512:19               THE WITNESS:  I don't recall the
1512:20   month.  I know it was unblinded very quickly after
1512:21   the VIGOR results.
1512:22   BY MR. SEEGER:
1512:23       Q.      And in the chart I just showed you
1512:24   from VIGOR, at the very top, do you see where it
1512:25   says, "All deaths"?
1513: 01513
1513: 1       A.      Yes, I do.
1513: 2       Q.      It shows 22 deaths from Vioxx;
1513: 3   correct?
1513: 4       A.      Yes.
1513: 5       Q.      And 15 deaths from people taking
1513: 6   naproxen in this trial; correct?
1513: 7       A.      Right.
1513: 8       Q.      And cardiovascular deaths, it shows,
1513: 9   if you look down a couple more, it shows 28 deaths
1513:10   of people on Vioxx and 16 on naproxen; correct?
1513:11       A.      Right.  Right.
1513:12       Q.      You are also aware from the
1513:13   Alzheimer's data, aren't you, that there were more
1513:14   people -- that mortality was higher in people taking
1513:15   Vioxx versus people taking placebo?  Are you aware
1513:16   of that?
1513:17       A.      I don't recall the numbers.
1513:18       Q.      Do you recall if at any point in time
1513:19   the Alzheimer's mortality data was included in the
1513:20   CV card?
1513:21       A.      I don't know if it was subsequently
1513:22   added.

602

Anstice 159711    1597:11-1597:23

1597:11       Q.      Well, we looked at the CV card
1597:12   before, and I think we both agreed or you agreed
1597:13   that it did not contain any information about the
1597:14   VIGOR trial at least prior to April of 2002;
1597:15   correct?
1597:16       A.      Yes.  And I also stated that it was
1597:17   for a reason.  Its purpose was to provide
1597:18   information on the existing cardiovascular data, and
1597:19   it did not, therefore, include VIGOR, as I believe

asked & answered;
repetitive

Page 41

anstice cuts irvin2.txt
```
1597:20  it didn't include the Alzheimer's data either.
1597:21     Q.     But there was nothing preventing you
1597:22  from adding the VIGOR trials to your training
1597:23  materials; correct?
```

Anstice 159725    1597:25-1599:6

```
1597:25               THE WITNESS: Well, training
1598: 01598
1598: 1  materials is a separate thing from a brochure going
1598: 2  to a doctor.
1598: 3  BY MR. SEEGER:
1598: 4     Q.     I'm talking about the materials used
1598: 5  to train sales reps.
1598: 6     A.     All right.
1598: 7     Q.     There was nothing that prevented
1598: 8  Merck from training their sales reps to answer
1598: 9  questions about VIGOR?
1598:10    A.     Yes, there was.  Because we had --
1598:11  first of all, we had an instruction to them to not
1598:12  initiate discussions.
1598:13    Q.     I understand.
1598:14    A.     We also have a standard practice
1598:15  still in place today, I believe, although I'm no
1598:16  longer responsible for the U.S. business, of
1598:17  longstanding, which is our representatives are asked
1598:18  not to discuss information relating to our drugs
1598:19  that's outside the label or inconsistent with the
1598:20  current label.
1598:21    Q.     Well, based upon --
1598:22    A.     That is our practice at Merck.
1598:23    Q.     Based upon this new important data
1598:24  that came to light in March of 2000, did you go to
1598:25  the FDA and ask the FDA for permission to begin to
1599: 01599
1599: 1  train your sales reps on that data?
1599: 2    A.     No, but that's consistent with --
1599: 3  that's not our practice or approach.
1599: 4    Q.     But nothing would have prevented you
1599: 5  from going to the FDA and seeking that approval;
1599: 6  correct?
```

*602; asked &
answered*

Anstice 159908    1599:8-1599:20

```
1599: 8               THE WITNESS:  I don't know.
1599: 9  BY MR. SEEGER:
1599:10    Q.     There's nothing in that card, that
1599:11  card that we discussed, the CV card, it doesn't
1599:12  contain any information about the ADVANTAGE trial,
1599:13  the date of which also became available in March of
1599:14  2000; correct?
1599:15    A.     I don't know the answer.  It deals
1599:16  with OA studies.  ADVANTAGE was an OA study.  I
1599:17  don't know if those data were included in the card.
1599:18    Q.     The OA studies that you discussed in
1599:19  the CV card represented studies involving about
1599:20  3,500 clinical trial patients; correct?
```

*602*

Anstice 159922    1599:22-1600:14

```
1599:22               THE WITNESS:  For Vioxx, I think
1599:23  6,000 patients in all, about 3,500 on Vioxx, that's
1599:24  correct.
```

Page 42

anstice cuts irvin2.txt

```
1599:25    BY MR. SEEGER:
1600: 01600
1600: 1            Q.        3,500 on Vioxx, fair objection.   I ] Sidebar
1600: 2    think we cured it.
1600: 3            The VIGOR trial had about 8,000
1600: 4    patients in it; right?
1600: 5            A.       Yes.
1600: 6            Q.       And ADVANTAGE had another few
1600: 7    thousand patients in it; correct?
1600: 8            A.       Yes, several thousand.
1600: 9            Q.       So, between VIGOR and ADVANTAGE,
1600:10    really they were much, much larger when you combine
1600:11    those two studies than the OA studies that you used
1600:12    in the CV card; correct?
1600:13            A.       Well, certainly VIGOR was more than
1600:14    the OA patients in the card, yes.
```

Total Length - 01:36:33

Page 43