UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| This document relates to<br>All Class Action Cases | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER

IT IS ON THIS _____ DAY OF _____, 2006, **ORDERED** that Plaintiffs' Steering Committee's Motion to Amend the First Amended Master Class Action Complaint (Personal Injury and Wrongful Death) to Add by Interlineation Additional Plaintiff Representatives in Newly Filed Class Complaints is **GRANTED** and the Second Amended Master Class Action Complaint (Personal Injury and Wrongful Death) is hereby deemed as filed.

_____
Eldon E. Fallon
United States District Court Judge

W:\25000-29999\27115\000\PLD\PSC's Motion to Amend 1st Amended Class Acton Complaint 2006-1-23.wpd\

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No ___