UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| This document relates to<br>All Class Action Cases | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

### ORDER

IT IS ON THIS _____ DAY OF _____, 2006, **ORDERED** that Plaintiffs' Steering Committee's Substituted Motion to Amend the First Amended Master Class Action Complaint (Medical Monitoring) to Add by Interlineation an Additional Plaintiff Representative in a Newly Filed Class Complaint is **GRANTED** and the Second Amended Master Class Action Complaint (Medical Monitoring) is hereby deemed as filed.

Eldon E. Fallon
United States District Court Judge

W:\25000-29999\27115\000\PLD\Substituted Motion for Interlineation (Medical Monitoring) 2006-1-24.wpd\