UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 JAN 26 PM 3: 28*
*LORETTA G. WHYTE*
*CLERK*

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: JAMES OAKS, ET. AL V. MERCK & CO., INC., Case No. 05-5062, Transferred from U.S.D.C., Eastern District of Arkansas, Western Division, Case No. 4-05-CV-1140JLH | * * * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

### STIPULATION OF DISMISSAL

And now this _____ day of _____, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41, that Plaintiff Jane Shelley in the above-captioned action be and hereby is dismissed without prejudice as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees. As an express condition of this Stipulation of Dismissal, the parties agree that if Jane Shelley or any representative on her behalf seeks to refile this case against Defendant Merck & Co., Inc., such refiling must occur in this MDL No. 1657.

This stipulation is filed on behalf of Plaintiff Jane Shelley and Defendant Merck & Co., Inc., who have appeared in the above-captioned matter.

___ Fee____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep__
___ Doc. No___

APPROVED AND SO ORDERED:

_____
The Honorable Eldon E. Fallon
United States District Judge

Respectfully submitted by:

Gary Eubanks & Associates

By: _____
William Gary Holt
Arkansas Bar No. 81090
P.O. Box 3887
Little Rock, Arkansas 72203-3887
Telephone: 501-372-0266
Facsimile: 501-688-7757
Attorneys for Plaintiff Jane Shelley


FRIDAY, ELDREDGE & CLARK, LLP

By: _____
James M. Simpson
Arkansas Bar No. 77125
Martin A. Kasten
Arkansas Bar No. 99100
400 West Capitol, Suite 2000
Little Rock, Arkansas 72201-3493
Telephone: 501-376-2011
Facsimile: 501-376-2147
Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

 I, James M. Simpson, hereby certify that a copy of the above and foregoing has been served on the following counsel of record by placing a copy of same in the United States mail, properly addressed and postage pre-paid this ____26____ day of ____January____, 2006:

William Gary Holt
GARY EUBANKS & ASSOCIATES
P.O. Box 3887
Little Rock, AR 72203-3887

_____
JAMES M. SIMPSON

3