UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®            MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates To: Marchelle S.     Judge Fallon
Adams, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02351)     Mag. Judge Knowles

_____/

## STIPULATION AND VOLUNTARY DISMISSAL
## OF THE CASE OF
## DUANE RACLE

It is stipulated by the parties that DUANE RACLE, ONLY (he being one of fifty separate plaintiffs in this action) may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Duane Racle, is re-filed, it must be filed in federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

 

_____
Robert A. Bunda (0019775)
BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy:   (419) 241-4697

Attorney for Defendant
Merck & Co., Inc.

1

_/s/ Grant Kaiser_
Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: January 12, 2006.

IT IS SO ORDERED.

_____
Judge

1/30/06
_____
Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 26th day of January, 2006

*Dorothy H. Wimberly*

784030v.1