**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 27, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX * | MDL NO. 1657 |
|       PRODUCTS LIABILITY LITIGATION * | |
| * | SECTION: L(3) |
| * | |
| * | JUDGE FALLON |
| * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Plunkett v. Merck & Co., Inc.*, 05-4046

      The pretrial conference in this matter was held on the above referenced date in the Chambers of Judge Eldon E. Fallon. The parties discussed several matters relating to the trial of this matter. In particular, the parties discussed challenges to potential jury members. After considering the issues raised by the parties,

      IT IS ORDERED that the following jurors are excused for cause for the reasons set forth by the Court on the record: Beverly G. Thomas (Juror # 1); Barbara R. Maslansky (Juror # 2), Jacqueline M. Schoen (Juror # 4); Louis J. Montelaro (Juror # 10); Mary Catherine Hood (Juror # 13); Linda D. Miller (Juror # 24); Shelley Blais L. Barreca (Juror # 40); Kathleen M. Burt-Utley (Juror # 41); William L. Willman (Juror # 61); Gary Kuykendall (Juror # 63); Karen A. Hingle (Juror # 64); David M. Viener (Juror # 72); and Victoria R. Giblin (Juror # 74).

      IT IS FURTHER ORDERED that a status conference shall be held on Friday, February 3, 2006, to clarify any issues which need resolution.

JS10(01:20)

Fee____
Process____
X  Dktd____
___ CtRmDep____
___ Doc. No.____