MINUTE ENTRY
FALLON, J.
JANUARY 30, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

A status conference in this matter was held on the above referenced date in the Chambers of Judge Eldon E. Fallon. The parties discussed the current trial selection process. After considering the issues,

IT IS ORDERED that a status conference shall be held on Wednesday, February 1, 2006, at 8:00 a.m. At this conference, the parties should be prepared to pick cases for trial and dates for each trial.

JS10(01:00)

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____