UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 30  PM 2: 55

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
| | : |
| PRODUCTS LIABILITY LITIGATION | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |
| | : |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER & REASONS

Pending before the Court is the Motion of Merck & Co., Inc.("Merck") to Renew Previously-Filed Motions to Exclude Testimony (Rec. Doc. 2878). In this motion, Merck seeks to renew the following motions: (1) A Motion to Exclude the Testimony of Wayne A. Ray, Ph.D. (Rec. Doc. 1117); (2) A Motion to Exclude the Testimony of Thomas Baldwin, M.D. (Rec. Doc. 1121); (3) A Motion to Exclude the Testimony of Richard M. Kapit, M.D. (Rec. Doc. 1119); and (4) A Motion to Exclude Evidence of the Plaintiff's Experts Regarding Causation (Rec Doc. 1515). Furthermore, Merck filed a Supplemental Brief in Support of its motion to exclude the testimony of Wayne A. Ray, Ph.D. (Rec. Doc. 2857).

For the reasons given in its Order & Reasons dated November 18, 2005 (Rec. Doc. 1516), IT IS ORDERED that Merck's Motion to Motion to Exclude the Testimony of Richard M.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Kapit, M.D. (Rec. Doc. 1119) and Motion to Exclude Evidence of the Plaintiff's Experts Regarding Causation (Rec Doc. 1515) are DENIED.

For the reasons given in the Court's Order & Reasons dated December 3, 2005 (Rec. Doc. 2045), IT IS FURTHER ORDERED that Merck's Motion to Exclude the Testimony of Thomas Baldwin, M.D. (Rec. Doc. 1121) is GRANTED.

Lastly, considering the supplemental briefing, the Court will rule separately on Merck's Motion to Exclude the Testimony of Wayne A. Ray, Ph.D. (Rec. Doc. 1117).

New Orleans, Louisiana, this __30th__ of __January__, 2006.

_____
UNITED STATES DISTRICT JUDGE