


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-4046* | |
| | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

## NOTICE OF FILING

Defendant Merck & Co., Inc. ("Merck") respectfully submits the following pleadings, filed concurrently herewith:

### Motions *in Limine*

1. Motion of Merck & Co., Inc. to Exclude Evidence of, or Reference to, Marketing and Promotional Materials Unrelated to Mr. Irvin or His Prescribing Physician (Motion *in Limine* No. 1)

2. Motion of Merck & Co., Inc. to Exclude (1) Evidence of Motive and (2) Evidence Relating to Assets and Profitability of Merck or to the Compensation and Financial Decisions of Its Employees (Motion *in Limine* No. 2)



3. Motion of Merck & Co., Inc. to Exclude Evidence or Argument Pertaining to Conduct With No Nexus to the Issues Being Tried in This Case (Motion *in Limine* No. 3)

4. Motion of Merck & Co., Inc. to Exclude FDA Warning Letters and Inadmissible Hearsay Statements Made by FDA Employees Regarding Vioxx® (Motion *in Limine* No. 4)

5. Motion of Merck & Co., Inc. to Exclude Evidence or Argument Preempted by Federal Regulations (Motion *in Limine* No. 5)

6. Motion of Merck & Co., Inc. to Exclude Scientifically Unreliable and Irrelevant Medical and Scientific Evidence (Motion *in Limine* No. 6)

7. Motion of Merck & Co., Inc. to Exclude Irrelevant Medical Conditions (Motion *in Limine* No. 7)

8. Motion of Merck & Co., Inc. to Exclude Evidence of and Reference to Estimates of Dr. David Graham (Motion *in Limine* No. 8)

9. Motion of Merck & Co., Inc. to Exclude (1) Evidence of Interim or "Blinded" Data from Trials of Vioxx® and (2) Evidence that Specific Studies of Vioxx® Were Considered but not Undertaken or that Completed Studies Were Inadequate (Motion *in Limine* No. 9)

10. Motion of Merck & Co., Inc. to Exclude Certain Alleged Unethical Conduct Associated With Clinical Trials (Motion *in Limine* No. 10)

11. Motion of Merck & Co., Inc. to Exclude All Evidence of and Reference to AER's and Other Anecdotal Reports (Motion *in Limine* No. 11)

12. Motion of Merck & Co., Inc. to Exclude Evidence of Changes Between the 16th and 17th Editions of The Merck Manual (Motion *in Limine* No. 12)

13. Motion of Merck & Co., Inc. to Exclude Letters to the Editor About Unpublished Studies and Non-Scientific Editorials in Science Journals (Motion *in Limine* No. 13)

14. Motion of Merck & Co., Inc. to Exclude Evidence of a Privileged, Previously Excluded Confidential Memorandum of Invention (Motion *in Limine* No. 14)

15. Motion of Merck & Co., Inc. to Exclude Evidence of or Argument Regarding (1) Statements Made in Connection with Political Proceedings and Debate Regarding Vioxx®, and (2) Evidence of Verdicts From Other Litigation, Claims and Actions, or Government Proceedings (Motion *in Limine* No. 15)

16. Motion of Merck & Co., Inc. to Exclude Evidence or Argument Concerning Alleged Misconduct Unrelated to Vioxx® (Motion *in Limine* No. 16)[1]

---

[1] Please note that there is no motion *in limine* number 17. For ease of reference, Merck has numbered all *in limine* motions so that they correspond to those filed in the first *Plunkett* trial.

17. Motion of Merck & Co., Inc. to Exclude Irrelevant and Prejudicial Testimony (Motion *in Limine* No. 18)

18. Motion of Merck & Co., Inc. to Exclude Testimony of Dr. Eric J. Topol, M.D. (Motion *in Limine* No. 19)

19. Merck & Co., Inc.'s Motion *in Limine* to Exclude Testimony of Michael Alan Graham, M.D. (Motion *in Limine* No. 20)

20. Motion of Merck & Co., Inc. to Renew Previously-Filed Declaration in Support of Merck's Motions *in Limine*

### Objections to Deposition Designations

21. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for Dr. Gregory Curfman

22. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for J. Martin Carroll, Susan Baumgartner and Wendy Dixon

23. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for Mary Blake and Jan Weiner

24. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for Dr. Carolyn Cannuscio

25. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for James Dunn

26. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for Dr. Eric Topol

27. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for Edward M. Scolnick, M.D.

28. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for David Anstice

29. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for Allesha Schirmer

30. Merck & Co., Inc.'s Objections to Plaintiff's Deposition Designations for Christopher Schirmer

**Supporting Declarations**

31. Declaration of Phillip A. Wittmann in Support of Merck's *Plunkett II* Motions

32. Declaration of Phillip A. Wittmann in Support of Merck's Objections to Plaintiff's Deposition Designations

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Filing has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of January, 2006.

_____