CASE # 4: 04-4187

REGINALD K FEARS

VS

MERCK & COMPANY

CASE # 05-0549 L (3)

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED

JAN 0 9 2006

LORETTA G. WHYTE
Clerk

## NOTICE OF CHANGE OF ADDRESS

To Clerk

I would appreciate it if you would please mail all documents and information to Plaintiff at the address listed below.

**REGINALD K FEARS # 679336
TDCJ- I.D   Richard P LE Blanc
3695 F.M 3514
BEAUMONT, TEXAS 77705**

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
Doc. No._____

CASE # 4: 04-4187

CASE # 05-0549

REGINALD K FEARS

VS

MERCK & COMPANY

## NOTICE OF CHANGE OF ADDRESS

To Clerk

I would appreciate it if you would please mail all documents and information to Plaintiff at the address listed below.

**REGINALD K FEARS # 679336**
**TDCJ- I.D   Richard P LE Blanc**
**3695 F.M  3514**
**BEAUMONT, TEXAS 77705**

### INMATE DECLARATION

I Reginald K. Fears TDCJ #679336 Being Presently Incarcerated In T.D.C.J I.D Unit. Richard. P. LeBlanc 3695 Fm. 3514 Beaumont, TX 77705 Do declare Under Penalty of Perjury That This Address is True

Signed -1-20-06

Reginald K. Fear.

Signature Applicant



REGINALD R. FERNS #679336
RICHARD P. LeBlanc
3695 Fm 3514
Beaumont, TX 77705

HOUSTON TX 772
03 JAN 2006 PM 6 L

Clerk Loretta C. Whyte
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

70130/3533