UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENISE WHITTAKER, et al, | : | CIVIL ACTION NO. |
| Plaintiff | : | 2:05-CV-01257-EEF-DEK |
| VS. | : | |
| MERCK & CO., INC., | : | |
| Defendant | : | January 19, 2006 |

### PLAINTIFFS' SUGGESTION OF DEATH

Plaintiff, pursuant to Fed. R. Civ. P. 25(a)(1), file this suggestion of death upon the record related to Eleanor Marr. A substitution of the estate will be accomplished within the time provided by Rule 25(a)(1).

THE PLAINTIFF,

By_____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to all counsel and pro se parties of record as follows:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

                                     _____
                                     Michael A. Stratton