IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX  : MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON

| | |
|---|---|
| HELEN RUTH SUMMERS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NUMBER: |
| | ) 2:05-CV-00993 |
| MERCK & CO., INC. AND JOHN DOES I-V | ) |
| Company Sales Representative and | ) |
| JANE DOES I-V, Company Sales Representatives, | ) |
| Defendants. | ) |

**MOTION TO AMEND COMPLAINT
FOR JOINDER OF ARTHUR L. SUMMERS AS A PLAINTIFF**

COMES NOW the Plaintiff, Helen Ruth Summers, and moves to amend her original Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure and shows the Court as follows:

The Plaintiff moves the Court for an Order granting leave to amend the Plaintiff's Complaint for the joinder of Arthur L. Summers, husband of Plaintiff, as a party plaintiff herein to assert his claim for loss of consortium against the Defendants. In support of this Motion, Plaintiff shows the Court as follows:

1. Arthur L. Summers is presently and was the husband of Helen Ruth Summers at the time of the incidents complained of in the original Complaint filed herein by Helen Ruth Summers.

1

2. The Plaintiff requests leave to amend the Complaint to add Arthur L. Summers as a party Plaintiff to assert his loss of consortium claim arising out of injuries to Helen Ruth Summers from Defendant's Vioxx product, which is the subject matter of the Complaint filed herein by Helen Ruth Summers.

3. The Defendant will not be prejudiced by the adding of Arthur L. Summers as a party plaintiff herein, as the adding of this Plaintiff will adjudicate any and all claims against the Defendants in one action rather than defending multiple actions.

4. Under Rule 20 of the Federal Rules of Civil Procedure, "All persons may join in one action as plaintiffs if they assert any right to relief . . . in respect of or arising out of the same transaction, occurrence or series of transactions or occurrences and if any question of law or fact common to all of them will arise in the actions." See Fenton v. Freedman, 748 F2d 1358 (9th Cir. 1984). Because Arthur L. Summers has claims against the Defendants arising out of the same incidents as complained of in the Complaint, he should be added as a party to this action.

5. The incidents complained of result from injuries to the Plaintiff Helen Ruth Summers as a result of taking the drug Vioxx designed, manufactured and distributed by the Defendants, and the Statute of Limitations has not run as to any claims of Arthur L. Summers, husband of Helen Ruth Summers.

6. That said amendment to the Complaint is necessary and will not cause a delay in the adjudication of this action.

WHEREFORE, the Plaintiff prays that this Motion be inquired into and this Court enter an Order allowing the Plaintiff's counsel to serve an Amended Complaint adding Arthur L. Summers as a party plaintiff in this action setting forth his claims for loss of consortium.

THIS, the __5__ Day of __Jan.__, 2006.

_____
EUGENE C. BROOKS, IV
State Bar No. 084750

Brooks Law Firm
PO Box 9545
313 W. York Street
Savannah, GA  31412
Telephone (912) 233-9696

## CERTIFICATE OF SERVICE

This will certify that the undersigned today placed the attached pleading in the United States Mail to all counsel of record as follows:

>John P. MacNaughton
>Morris, Manning & Martin, LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road, N.E.
>Atlanta GA 30326
>
>*Via Lexis Nexis File & Serve:*
>Robert P. Alpert
>Carmelite M. Bertaut
>Anthony Marcus Dileo
>Jeffrey Keith Douglass
>Dorothy Hudson Wimberly
>Phillip A. Wittmann

This ___5___ day of ___Jan.___, 2006.

_____
EUGENE BROOKS
State Bar No: 084750
Attorney for Plaintiff

Brooks Law Firm
313 W. York Street
P.O. Box 9545
Savannah, GA 31412
912/233-9696