IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
       PRODUCTS LIABILITY LITIGATION

: MDL Docket No. 1657

SECTION L
JUDGE FALLON

HELEN RUTH SUMMERS,

    Plaintiff,

vs.

MERCK & CO., INC. AND JOHN DOES I-V
Company Sales Representative and
JANE DOES I-V, Company Sales Representatives,

    Defendants.

CIVIL ACTION NUMBER:
2:05-CV-00993

### ORDER ON MOTION TO ADD ARTHUR L. SUMMERS AS A PARTY PLAINTIFF

Having read and considered the Motion of Plaintiff HELEN RUTH SUMMERS' Motion to Add, IT IS HEREBY GRANTED.

IT IS HEREBY ORDERED that ARTHUR L. SUMMERS may be added as a Plaintiff to this action and set forth his claim for loss of consortium by Amended Complaint.

SO ORDERED this 31 day of Jan_____, 2006.

_____
UNITED STATES DISTRICT JUDGE

4

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
✓ CtRmDep_____
\_\_ Doc. No._____