

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG.JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | * | |
| | * | Docket No. 05-4146 |
| Julie J. Burns, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| Merck & Co., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL
(SUBSTITUTION OF ATTORNEY)

NOW INTO COURT, through undersigned counsel comes Plaintiff, Julie J. Burns, who

requests that she be permitted to substitute Casey Flynn with The Law Office of Jeffrey J. Lowe,

as her counsel of record in place of the firm of Robinson, Calcagnie & Robinson.

Dated: January 13, 2006

_____ for

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX | *    MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION | * |
| | | *    SECTION: L(3) |
| | | * |
| | | *    JUDGE FALLON |
| | | *    MAG. JUDGE KNOWLES |
| | | * |
| THIS DOCUMENT RELATES TO: | | *    Docket No. 05-4146 |
| | | * |
| Julie J. Burns, | | * |
| | | * |
| | Plaintiff, | * |
| | | * |
| vs. | | * |
| | | * |
| Merck & Co., et al., | | * |
| | | * |
| | Defendants. | * |
| | | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUBSTITUTION OF COUNSEL

Plaintiff, Julie J. Burns, hereby substitutes Casey Flynn of The Law Office of Jeffrey J.

Lowe, 8235 Forsyth, Suite 1100, St. Louis, Missouri 63105, telephone number (314) 678-3400 as

attorney of record in the place and stead of Robinson, Calcagnie & Robinson.


Dated: 2-26-05           _____ *Julie Burns*

                                            Julie J. Burns, Plaintiff

I consent to the above substitution.

Dated: 1-13-06

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

I accept this substitution.

Dated: 1/12/06

Casey Flynn
**THE LAW OFFICE OF JEFFREY J. LOWE**
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 678-3400
Facsimile: (314) 678-3401

## C E R T I F I C A T E

I certify that on January 23, 2006, a copy of this Motion to Substitute Counsel was

mailed to:

>Casey Flynn
>**The Law Offices of Jeffrey J. Lowe**
>8235 Forsyth, Suite 1100
>St. Louis, MO 63105
>
>Defendants' Liaison Counsel
>Phillip A. Wittman
>Dorothy H. Wimberly
>Carmelite M. Bertaut
>**Stone Pigman Walther Wittman, L.L.C.**
>546 Carondelet Street
>New Orleans, LA 70130
>
>Plaintiffs' Liaison Counsel
>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>**Herman, Herman, Katz & Cotlar, LLP**
>3411 Richmond Ave., Suite 460
>Houston, TX 77046

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in

accordance with Pre-Trial Order No. 8.

_____
Christy Westad