

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX  PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | | SECTION: L(3) |
| | | JUDGE FALLON  MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | | |
| Julie J. Burns, | | Docket No. 05-4146 |
| Plaintiff, | | |
| vs. | | |
| Merck & Co., et al., | | |
| Defendants. | | |

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED and Casey Flynn and The Law Office of Jeffrey J. Lowe, 8235 Forsyth, Suite 1100, St. Louise, MO 63105, is substituted as counsel of record for plaintiff in this matter for the firm of Robinson, Calcagnie & Robinson.

**IT IS SO ORDERED** this 31 day of Jan, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
✓ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_