UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1657 SECTION: L(3) JUDGE FALLON MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | * * | Docket No. 05-4131 |
| Veronica S. Brannlund, Plaintiff, vs. Merck & Co., et al., Defendants. | * * * * * * * * * | |

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED and Casey Flynn and The Law Office of Jeffrey J. Lowe, 8235 Forsyth, Suite 1100, St. Louise, MO 63105, is substituted as counsel of record for plaintiff in this matter for the firm of Robinson, Calcagnie & Robinson.

**IT IS SO ORDERED** this 31 day of Jan, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____