

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation<br><br>This Document Relates to:<br><br><br><br>LOUISIANA HEALTH SERVICE<br>INDEMNITY COMPANY d/b/a<br>BLUECROSS/BLUESHIELD OF<br>LOUISIANA on behalf of<br>itself and others similarly situated<br>　　　Representative Plaintiff<br><br>versus<br><br>MERCK & CO., INC.<br>　　　Defendant<br><br>Case No. 05-0713 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

### MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT WITH INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW COMES** Plaintiff, Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana"), and pursuant to Fed. R.

1

Civ. Proc. Ann. rule 15(a) and/or rule 16(b), respectfully moves this court for leave to file the First Supplemental and Amended Complaint attached hereto as Exhibit "A."

Whether the Court applies the lenient amendment standards of rule 15(a) or the more stringent standard under rule 16 (b), requiring a showing of good cause to justify a departure from previously established pleading amendment deadlines,[1] the amendment should be allowed in this instance.

1. BC/BS Louisiana filed the instant action against Merck & Co., Inc. ("Merck") on or about March 4, 2005, in the Eastern District of Louisiana.

2. BC/BS Louisiana originally brought its action on behalf of itself and on behalf of a class of similarly situated third-party payors, which purchased or paid for the prescription drug Vioxx, and which paid medical expenses incurred by its plan members/insureds for injuries suffered by them due to Vioxx ingestion.

3. Various other third-party payors and consumers also filed proposed class action complaints against Merck, which also were transferred to MDL No. 1657.

4. Subsequently, on or about August 2, 2005, a Master Class Action Complaint was filed on behalf of consumers and third-party payors.

5. That Purchase Claims Master Class Action Complaint, which seeks reimbursement of the third-party payors' Vioxx prescription expenses, as well as damages and certain other relief arising out of Merck's misconduct and misrepresentations in the marketing, advertising, promotion, and sale of Vioxx, does not fully protect BC/BS Louisiana's interests.

---

[1] *S&W Enterprises, L.L.C. v. Southtrust Bank of Alabama*, 315 F.3d 533, 535-36 (5th Cir. 2003).

6. While there is some overlap in the causes of action set forth in the Purchase Claims Master Class Action Complaint and the causes of action either previously asserted by BC/BS Louisiana or available to it, not all of BC/BS Louisiana's causes of action and categories of damages are included in that Master Complaint.

7. Most notably, BC/BS Louisiana not only seeks reimbursement of the Vioxx prescription expenses it incurred, it also seeks to recover the substantial sums it paid to treat injuries suffered by its plan members/insureds due to their ingestion of Vioxx.

8. BC/BS Louisiana asserted various causes of action that would support the recovery of these additional sums in its original complaint, including but not limited to, legal and equitable subrogation claims, that are absent from the Purchase Claims Master Class Action Complaint.

9. Accordingly, BC/BS Louisiana seeks to amend its Complaint so as to remove its class action allegations and allow it to proceed forward as an individual third-party payor action within the MDL, seeking all the relief to which it is entitled.

10. In such an individual capacity, BC/BS Louisiana also seeks to add a cause of action for damages and other relief due to Merck's violation of the Louisiana Unfair Trade Practices Act ("LUTPA"), La. Rev. Stat. Ann. § 51:1401, et. seq.[2] As the Court is aware, private parties may not assert LUTPA claims in a representative capacity. La. Rev. Stat. Ann. § 51:1409. For that reason, BC/BS Louisiana did not raise those claims in its original class action complaint. Likewise, while the Purchase Claims Master Class Action Complaint

---

[2] BC/BS Louisiana's First Supplemental and Amended Complaint also bolsters the factual allegations regarding Merck's misconduct and misrepresentations in the development, marketing, promotion, and sale of Vioxx.

asserts claims for the violation of the New Jersey Consumer Fraud Act (N.J.S.A § 56:8-1, et seq.) and a host of other states' consumer fraud and deceptive trade practices acts, no class claims are asserted for Merck's violation of LUTPA.

11. Allowing this amendment will serve the interests of justice in that it will allow BC/BS Louisiana to bring the additional claims which it enjoys. It will also allow BC/BS Louisiana to demonstrate the similarities existing between its claims and causes of action and those of the Louisiana Attorney General, the State of Louisiana, and the Louisiana Department of Health and Hospitals. Subject to the Court ruling on those parties' outstanding motion to remand, BC/BS Louisiana has moved this Court to consolidate its claims with those parties' claims so that they may be tried together.

12. Correspondingly, allowing this amendment will cause no prejudice either to the putative purchase claims class or to Merck. The class' interests are protected by the master class complaint previously filed. With respect to Merck, all of the claims and causes of action set forth in BC/BS Louisiana's First Supplemental and Amended Complaint arise out of the same transaction or occurrence set forth in BC/BS Louisiana's original complaint. Moreover, the Vioxx MDL is still in its early stages, especially with respect to the claims of third-party payors. No trial date has been set for BC/BS Louisiana's claims or the claims of any third-party payor plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff, Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana, prays that its motion for leave be granted and its First Supplemental and Amended Petition be filed.

Respectfully submitted, this 30th day of _January_, 2006,

**DUGAN & BROWNE, a P.L.C.**

_____
JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

CHARLES A. O'BRIAN (Bar No. 10143)
BlueCross BlueShield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone:    (225) 295-2454
Facsimile:    (225) 297-2760

TAYLOR TOWNSEND (Bar No. 20021)
Kelly Townsend & Thomas
137 St. Denis Street
P.O. Box 756
Natchitoches, Louisiana. 71457
Telephone: (318) 352-2353
Facsimile: (318) 352-8918

*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File First Supplemental and Amended Complaint with Incorporated Memorandum in Support Thereof has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 30th day of ___January___, 2006.

F:\Case Files\Vioxx\Class Action\BCBS\pleading.003.motion.leave.amend.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>      Products Liability Litigation<br><br>This Document Relates to:<br><br><br><br><br><br>      LOUISIANA HEALTH SERVICE<br>      INDEMNITY COMPANY d/b/a<br>      BLUECROSS/BLUESHIELD OF<br>      LOUISIANA on behalf of<br>      itself and others similarly situated<br>          Representative Plaintiff<br><br>versus<br><br>MERCK & CO., INC.<br>      Defendant<br><br>Case No. 05-0713 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff, Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana, will bring the attached Motion for Leave to File First Supplemental and Amended Complaint for hearing on the 15th day of February,

1

2006 at __9:00 a__.m. before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted, this 30th day of January, 2006,

| | |
|---|---|
| **DUGAN & BROWNE, a P.L.C.** | TAYLOR TOWNSEND (Bar No. 20021) |
| | Kelly Townsend & Thomas |
| _____ | 137 St. Denis Street |
| JAMES R. DUGAN, II, T.A. (Bar No. 24785) | P.O. Box 756 |
| DAVID L. BROWNE (Bar No. 20729) | Natchitoches, Louisiana. 71457 |
| DOUGLAS R. PLYMALE (Bar No. 28409) | Telephone: (318) 352-2353 |
| 650 Poydras Street - Suite 2150 | Facsimile: (318) 352-8918 |
| New Orleans, Louisiana 70130 | |
| Telephone: (504) 648-0180 | |
| Facsimile: (504) 648-0181 | |

CHARLES A. O'BRIAN (Bar No. 10143)
BlueCross BlueShield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone:   (225) 295-2454
Facsimile:    (225) 297-2760

*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 30th day of January, 2006.

_____

F:\Case Files\Vioxx\Class Action\BCBS\pleading.003.motion.leave.amend.wpd