

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br>        Products Liability Litigation<br><br>This Document Relates to:<br><br>    STATE OF LOUISIANA, ex rel.<br>    CHARLES C. FOTI, JR.,<br>    ATTORNEY GENERAL<br>        Representative Plaintiff<br><br>    versus<br><br>    MERCK & CO., INC.,<br>        Defendant<br><br>    Case No. 05-3700<br>and<br><br>    LOUISIANA HEALTH SERVICE<br>    INDEMNITY COMPANY d/b/a<br>    BLUECROSS/BLUESHIELD OF<br>    LOUISIANA on behalf of<br>    itself and others similarly situated<br>        Representative Plaintiff<br><br>    versus<br><br>    MERCK & CO., INC.<br>        Defendant<br><br>    Case No. 05-0713 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO REMAND, OR, IN THE ALTERNATIVE, MOTION TO CONSOLIDATE THE TWO ABOVE-REFERENCED CASES FOR TRIAL**

\_\_\_ Fee_____
\_\_\_ Process_____
_X_ Dktd_____
\_✓\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No \_\_\_\_\_

1

**NOW INTO COURT,** through undersigned counsel,[1] come Plaintiffs in the two above-referenced cases, the Louisiana Attorney General, et al. (hereinafter the "State Plaintiffs") and Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana"), who, upon suggesting to the Court that they have previously filed a Motion for Expedited Consideration of Motion to Remand, Or, in the Alternative, Motion to Consolidate The Two Above-Referenced Cases for Trial, respectfully request that this Court grant them leave to file the attached Reply Memorandum to address certain issues raised in the Opposition filed by Defendant, Merck & Co., Inc.

Respectfully submitted, this 30th day of January, 2006,

| | |
|---|---|
| **DUGAN & BROWNE, a P.L.C.** | **CHARLES C. FOTI, JR.** |
| | **Attorney General** |
| _____ | TINA VICARI GRANT |
| JAMES R. DUGAN, II, T.A. (Bar No. 24785) | Assistant Attorney General |
| DAVID L. BROWNE (Bar No. 20729) | LOUISIANA DEPARTMENT OF JUSTICE |
| DOUGLAS R. PLYMALE (Bar No. 28409) | 1885 North Third Street - 6th Floor |
| 650 Poydras Street - Suite 2150 | Baton Rouge, Louisiana 70802 |
| New Orleans, Louisiana 70130 | Telephone: (225) 326-6020 |
| Telephone: (504) 648-0180 | Facsimile: (225) 326-6096 |
| Facsimile: (504) 648-0181 | |
| | **LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS** |
| _Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners, the Louisiana Attorney General, et al. and Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La._ | |
| | FRANCISCO H. PEREZ |
| | General Counsel |
| | P.O. Box 3836 |
| | Baton Rouge, Louisiana 70821 |
| | Telephone: (225) 342-1188 |
| | Facsimile: (225) 342-2232 |

---

[1] Undersigned counsel respectfully represents that he is designated as Lead Counsel for all Plaintiffs in both of the two above-referenced cases.

| | |
|---|---|
| CHARLES A. O'BRIAN (Bar No. 10143)<br>BlueCross BlueShield of Louisiana<br>5525 Reitz Avenue<br>P.O. Box 98029<br>Baton Rouge, Louisiana 80809<br>Telephone:   (225) 295-2454<br>Facsimile:    (225) 297-2760<br><br>*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.* | TAYLOR TOWNSEND (Bar No. 20021)<br>Kelly Townsend & Thomas<br>137 St. Denis Street<br>P.O. Box 756<br>Natchitoches, Louisiana. 71457<br>Telephone: (318) 352-2353<br>Facsimile:  (318) 352-8918<br><br>*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Reply has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 30th day of January, 2006.

F:\Case Files\Vioxx\Attorney General\pleadings\pleading.005.reply.motion.consolidation.wpd

3