

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>    STATE OF LOUISIANA, ex rel.<br>    CHARLES C. FOTI, JR.,<br>    ATTORNEY GENERAL<br>        Representative Plaintiff<br><br>    versus<br><br>    MERCK & CO., INC.,<br>        Defendant<br><br>    Case No. 05-3700<br>and<br>    LOUISIANA HEALTH SERVICE<br>    INDEMNITY COMPANY d/b/a<br>    BLUECROSS/BLUESHIELD OF<br>    LOUISIANA on behalf of<br>    itself and others similarly situated<br>        Representative Plaintiff<br><br>    versus<br><br>    MERCK & CO., INC.<br>        Defendant<br><br>    Case No. 05-0713 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

**ORDER**

Having considered the foregoing;

IT IS HEREBY ORDERED that the motion for leave to file reply memorandum on behalf of Plaintiffs, the Louisiana Attorney General, et al. (hereinafter the "State Plaintiffs") and Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana"), be and hereby is GRANTED.

New Orleans, Louisiana, this 31 day of Jan_____, 2006,

_____
United States District Court Judge