

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION           MDL No.: 1657

This document relates to:

BRUCE A. BRUCE, and
JODY BRUCE, his wife,

          Plaintiffs,           Civil Action No. 05-3832
vs.

MERCK & CO., INC,
          Defendant.           /

### JOINT MOTION FOR SUBSTITUTION OF COUNSEL

The law firm of Alley, Clark, Greiwe & Fulmer and Michael Gonzalez, Esquire, hereby jointly move this Court to grant Plaintiff's Motion for Substitution of counsel for Alley, Clark, Greiwe and Fulmer to substitute as Attorney of Record, replacing Michael Gonzalez, Esquire for Plaintiffs Bruce A. Bruce and Jody Bruce. Plaintiff has been provided with a copy of this Motion and consents to its entry.

Dated this 23rd day of January, 2006.

By: _____
BRENDA S. FULMER, Esq.
FL Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

By: _____
MICHAEL GONZALEZ, Esq.
FL Bar No. 066826
MICHAEL GONZALEZ, P.A.
202 S. Moody Ave.
Tampa, FL 33609
Tele: (813) 251-1426
Fax: (813) 251-1565
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the Joint Motion for Substitution of Counsel has been served on Plaintiffs Bruce A Bruce and Jody Bruce by U.S. Mail, and by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 18B on this ____ day of January, 2006.

                                          ALLEY, CLARK, GREIWE & FULMER
                                          701 E. Washington Street
                                          P. O. Box 3127
                                          Tampa, Florida 33601-3127
                                          (813) 222-0977 Tele.
                                          (813) 224-0373 Fax
                                          Attorneys for Plaintiff

By: _____
                              BRENDA S. FULMER, Esq.
                              Fla. Bar No. 999891
                              ALLEY, CLARK, GREIWE & FULMER
                              701 E. Washington Street
                              P.O. Box 3127
                              Tampa, FL 33601-3127
                              Tele: (813) 222-0977
                              Fax: (813) 224-0373
                              Attorneys for Plaintiff
                              *bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Bruce A. Bruce and Jody Bruce, Plaintiffs**
15607 Indian Queen Drive
Odessa, FL 33556

**Michael Gonzalez, Esquire**
202 S. Moody Avenue
Tampa, FL 33609
Tele: (813) 251-1426
Fax: (813) 251-1565

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: Aretha.davis@dechert.com

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: SGiamportone@wcsr.com

**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: plowry@ssd.com
Email: jbmurray@ssd.com
Email: dstibolt@ssd.com
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
Email: VIOXX@hhkc.com
Plaintiff's Liaison Counsel