UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION   MDL No.: 1657

This document relates to:

BRUCE A. BRUCE, and
JODY BRUCE, his wife,

        Plaintiffs,   Civil Action No. 05-3832

vs.

MERCK & CO., INC,
        Defendant.   /

### ORDER

THIS CAUSE having come before me this date upon the foregoing Joint Motion for Substitution of Counsel, and the Court being otherwise fully advised in the premises it is upon consideration,

ORDERED AND ADJUDGED that MICHAEL GONZALEZ, be and is hereby relieved of any further responsibility in regard to representing the Plaintiffs, BRUCE A. BRUCE and JODY BRUCE herein, and the law firm of ALLEY, CLARK, GREIWE & FULMER, be substituted as Attorneys of Record for Plaintiffs herein.

DONE AND ORDERED in Chambers at Houston, Texas, on this ____ day of _____, 2006.

ELDON E. FALLON
United States District Judge