UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
          PRODUCTS LIABILITY LITIGATION :          MDL NO. 1657

                                                                         SECTION: L

                                                                         JUDGE FALLON
                                                                         MAG. JUDGE KNOWLES

..................................................................

THIS DOCUMENT RELATES TO:
*Debbie Cavender v. Merck & Co., Inc.*, No. 2:05cv6533 (previously Case No. 4:05cv1946-RWS EDMO USDC)

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiff JERRY PRICE. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of the client that he remain as counsel. This motion applies only to representation of JERRY PRICE, Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Jerry Price, 3210 East 11th Street, Kansas City, MO 64127, Telephone Number (816) 231-2229.

                                                            Respectfully submitted,

                                                            BROWN & CROUPPEN, P.C.

                                                            By: _____
                                                            Seth Sharrock Webb, MO Fed Bar No. 505666
                                                            720 Olive Street, Suite 1800
                                                            St. Louis, MO 63101
                                                            Ph: (314) 421-0216
                                                            Fax: (314) 421-0359
                                                            swebb@brownandcrouppen.com
                                                            ATTORNEY FOR PLAINTIFF, JERRY PRICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Jerry Price, has been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, on this 24th day of January, 2006.

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Jerry Price
3210 E. 11th Street
Kansas City, MO 64127
*Plaintiff*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
*Defense Liaison Counsel*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL 32541
*Plaintiff's Liaison Counsel*

By: _____
Seth Sharrock Webb, 505666