UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :   MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Debbie Cavender v. Merck & Co., Inc.*, No. 2:05cv6533 (previously Case No. 4:05cv1946-RWS EDMO USDC)

### ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff Jerry Price. Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for Jerry Price, and remain as counsel for all other named Plaintiffs. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to JERRY PRICE's action against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect.

It is So Ordered: _____
JUDGE

DATE: 2/1/06