# Issued by the
# UNITED STATES DISTRICT COURT

___EASTERN___ DISTRICT OF ___LOUISIANA___

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 31 PM 2:39
LORETTA G. WHYTE
CLERK

ELLIS MAXIMO DIAZ and
NORKA DEJONGH DIAZ

SUBPOENA IN A CIVIL CASE

V.

MERCK & CO., INC.

CASE NUMBER: [1] In Re: Vioxx Products Liability Litigation, MDL No. 1657
*This Document Relates to: Ellis Maximo Diaz and Norka Dejongh Diaz vs. Merck & Co., Inc., Case No. 05-1614, Div. L, Mag. 3*

TO: Dr. James C. Butler
1051 Gause Blvd., Suite 230
Slidell, LA

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| Place of Testimony | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 1051 Gause Blvd., Suite 230<br>Slidell, LA | February 8, 2006, at 3:30 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 01/23/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Bryan C. Reuter, Esq., 909 Poydras St., Suite 2500, New Orleans, LA 70112
(504) 523-1580

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 01/26/06 | 1051 Gause Blvd Ste 220, Stidell, LA |

| SERVER ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Diana Golding | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| James Read | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  01/26/06
DATE

SIGNATURE OF SERVER

116 Pleasant Ridge
ADDRESS OF SERVER

Belle Chasse  LA

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at anytime for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or en officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that,

subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2006 JAN 19 PM 4:49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ellis Maximo Diaz and Norka deJongh Diaz v. Merck & Co., Inc.*, No. 05-1614.

### NOTICE OF VIDEO-TAPED DEPOSITION OF DR. JAMES BUTLER

TO:      Bonnie L. Zakotnik
Attorney at Law
4501 Canal Street
New Orleans, Louisiana 70119

and

Russ Herman
Herman, Herman, Katz & Cotlar
Place St. Charles
201 St. Charles Avenue, Office 4310
New Orleans, Louisiana 70170

Please take notice that defendant, Merck & Co., Inc., will take the stenographic and videotaped deposition of Dr. James Butler on February 8, 2006 beginning at 3:30 p.m.

central standard time at 1051 Gause Boulevard, Slidell, Louisiana 70458, (985)-649-7657. The deposition will continue from day to day until completed.

Dated: January 19, 2006

        Respectfully submitted,

        Richard C. Stanley, 8487
        Bryan C. Reuter, 23910
        Thomas P. Owen, Jr., 28181
        STANLEY, FLANAGAN & REUTER, L.L.C.
        909 Poydras Street, Ste. 2500
        New Orleans, LA 70112
        Telephone: (504) 523–1580
        Telecopier: (504) 524–0069

        Phillip A. Wittmann, 13625
        Anthony M. DiLeo, 4942
        Dorothy H. Wimberly, 18509
        Carmelite M. Bertaut, 3054
        STONE PIGMAN WALTHER WITTMANN, L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130
        Telephone: (504) 581-3200
        Telecopier: (504) 581-3361

        Philip S. Beck
        Adam I. Hoeflich
        Tarek Ismail
        BARTLIT BECK HERMAN PALENCHAR
        & SCOTT LLP
        54 West Hubbard Street, Suite 300
        Chicago, Illinois 60610
        Phone: (312)-494-4400
        Fax:   (312)494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202)-434-5000
Fax:     (202)-434-5029

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Phone: (213)-430-6000
Fax:     (213)-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Video-Taped Deposition of Dr. James Butler has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 19th day of January, 2006.

_____