UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -1  AM 9: 27
LORETTA G. WHYTE
CLERK*

| | | |
|---|---|---|
| In re: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | * <br> * <br> * | MDL Docket No. 1657 |
| This document relates to: *Anderson v. Merck & Co., Inc.* (E.D. La. Index No. 05-2210) | * <br> * <br> * <br> * <br> * <br> * | SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT is respectfully requested to enter the appearance of Hughes Hubbard & Reed LLP as counsel for defendant Merck & Co., Inc. in this action.

Dated:    New York, New York
          February 1, 2006

                                          HUGHES HUBBARD & REED LLP

                                          By: /s/ Vilia B. Hayes
                                              Theodore V. H. Mayer
                                              Vilia B. Hayes
                                              Robb W. Patryk

                                          One Battery Park Plaza
                                          New York, New York 10004
                                          (212) 837-6000

                                          *Attorneys for Defendant Merck & Co., Inc.*

NY 1020828_1.DOC

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 1st day of February, 2006

*Dorothy H. Wimberly*

784030v.1