UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1  PM 4: 15

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re:  VIOXX | : |
| | : |
| PRODUCTS LIABILITY LITIGATION | : |
| | : |
| | : |
| This document relates to All Personal Injury | : |
| Class Action Complaints Pending or Subject | : |
| to Transfer to MDL 1657 | : |

MDL Docket NO. 1657

SECTION L

JUDGE FALLON

MAG. JUDGE KNOWLES

## NOTICE OF CURRENT STATUS OF INDIVIDUAL
## STATE CLASS REPRESENTATIVE PLAINTIFFS

Please take notice of the following roster of individual state class representative plaintiffs

for both personal injury and medical monitoring complaints:

**A.    Master Class Action Complaint
(Personal Injury and Wrongful Death)**

### States with Representative Plaintiff

1. Alabama
2. California
3. Connecticut
4. Delaware
5. Florida
6. Idaho
7. Illinois
8. Indiana
9. Kentucky
10. Louisiana
11. Maryland
12. Massachusetts
13. Michigan
14. Minnesota
15. Missouri
16. Nebraska
17. New Jersey
18. New York
19. North Dakota
20. Pennsylvania
21. Ohio
22. Rhode Island
23. Washington
24. West Virginia
25. Wisconsin

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

### States without Representative Plaintiff

1. Alaska
2. Arizona
3. Arkansas
4. Colorado
5. District of Columbia
6. Georgia
7. Hawaii
8. Iowa
9. Kansas
10. Maine
11. Mississippi
12. Montana
13. Nevada
14. New Hampshire
15. New Mexico
16. North Carolina
17. Oklahoma
18. Oregon
19. South Carolina
20. South Dakota
21. Tennessee
22. Texas
23. Utah
24. Vermont
25. Virginia
26. Wyoming

**B.**   **Master Class Action Complaint (Medical Monitoring)**

### States with Representative Plaintiff

1. Arizona
2. Arkansas
3. Colorado
4. Connecticut
5. District of Columbia
6. Florida
7. Idaho
8. Illinois
9. Iowa
10. Kansas
11. Maine
12. Maryland
13. Massachusetts
14. Michigan
15. Mississippi
16. Missouri
17. Montana
18. Nebraska
19. New Hampshire
20. New Jersey
21. North Carolina
22. North Dakota
23. Ohio
24. Oklahoma
25. Pennsylvania
26. Rhode Island
27. Tennessee
28. Texas
29. Utah
30. Vermont
31. Washington
32. West Virginia
33. Wisconsin
34. Wyoming

## States without Representative Plaintiff

1. Alaska
2. California
3. Delaware
4. Georgia
5. Hawaii
6. Indiana
7. Minnesota

8. New Mexico
9. New York
10. Oregon
11. S. Carolina
12. S. Dakota

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: February 1, 2006

By: _____

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

*Temporary Office:*

Place St. Charles
201 St. Charles Avenue
Suite 4310
New Orleans, Louisiana 70170

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA  71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Matthew C. Gaughan, Esquire
Daniel C. Levin, Esquire
Michael Weinkowitz, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Dianne M. Nast, Esquire
Jennifer S. Snyder, Esquire
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA  17601
(717) 892-3000 (telephone)

(717) 892-1200 (telecopier)
**Vice Chairperson of the Class Action,**
**Law and Briefing Committee**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve Advanced, in accordance with Pre-Trial Order No. 8, on this the 1st day of February, 2006.