

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### MOTION OF DEFENDANT MERCK & CO., INC. ("MERCK") TO RENEW PREVIOUSLY-FILED OPPOSITIONS TO PLAINTIFF'S MOTIONS *IN LIMINE*

Merck hereby renews the following oppositions to plaintiff's motions *in limine*, and incorporates by reference each brief and its supporting papers as if fully set forth herein:

### Opposition Briefs

1. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Exclude Evidence Regarding the Number of Heart Attacks in United States of America (Record Docket No. 1432)

2. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Preclude Defendant Merck from Referring to Mr. Irvin's Left Anterior Descending Coronary Artery as a "Widow-Maker" (Record Docket No. 1433)

3. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Exclude Certain Subjects from Evidence at Trial (Record Docket No. 1434)

4. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Exclude Evidence or Discussion Concerning Defendant's Reputation And/Or "Good Acts" (Record Docket No. 1435)

5. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Preclude Any Testimony or Discussion by Defendant That it Could Not Have Amended the Vioxx Label or Issued Strengthened Warnings Without Prior FDA Approval (Record Docket No. 1437)

6. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Exclude Merck Witnesses From Testifying About the Annual Number of Deaths Attributable to NSAID Gastrointestinal Toxicity Without Appropriate Qualifications and Scientific Support (Record Docket No. 1439)

7. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Preclude Merck Employee and Former Employee Witnesses from Offering Opinion Testimony Which They are Unqualified to Offer, Which Has Not Previously Been Disclosed, and Which Lacks Appropriate Support Under *Daubert* (Record Docket No. 1440)

8. Merck & Co., Inc.'s Opposition to Plaintiff's Motion *in Limine* to Exclude Evidence or Discussion Concerning Personal Matters (Record Docket No. 1441)

**Supporting Declaration**

9. Declaration of Phillip A. Wittmann in Support of Merck's Opposition to Plaintiff's Motions *in Limine* (Record Docket No. 1415)

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone: 312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:     202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to Renew Previously-Filed Oppositions to Plaintiff's Motions to Exclude Opinion Testimony has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 1st day of February, 2006.

_Dorothy H. Wimberly_