UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1  P 12: 59

LORETTA G. WHYTE
CLERK

In re: VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to All Actions

MDL Docket No. 1657
SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Opposition to the United States Government's Motion to Quash and Cross-Motion to Compel the Deposition of David Graham, M.D., which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this 1st day of Feb., 2006.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
_√_ CtRmDep___
___ Doc. No____

W:\25000-29999\27115\000\PLD\Graham Brief\Motion for Leave to File Brief in Excess of Page Limits 2006-1-25.wpd:LF