

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE DECLARATION OF DOROTHY H. WIMBERLY IN SUPPORT OF MERCK'S MOTION TO EXCLUDE TESTIMONY OF MICHAEL ALAN GRAHAM, M.D.

Defendant Merck & Co., Inc., through undersigned counsel, and moves this Honorable Court for Leave to File the attached Declaration of Dorothy H. Wimberly. The Declaration supports the Merck's Motion to Exclude Testimony of Michael Alan Graham, M.D. filed today in this matter.

1

797635v.1

WHEREFORE Defendant prays that this Court grant to leave to file the Declaration of Dorothy H. Wimberly in Support of Merck's Motion to Exclude Testimony of Michael Alan Graham, M.D.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to File Declaration of Dorothy H. Wimberly in Support of Merck's Motion to Exclude Testimony of Michael Alan Graham, M.D. has been served on Liaison Counsel Russ Herman by e-mail and by hand delivery, upon Andy Birchfield by e-mail and by Federal Express, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 27th day of January, 2006.

*Dorothy H. Wimberly*
Dorothy H. Wimberly

797635v.1