FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1 P 12: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### ORDER GRANTING DEFENDANT'S MOTION
### FOR LEAVE TO FILE DECLARATION OF DOROTHY H. WIMBERLY

Considering the foregoing defendant's Motion for Leave to File Declaration of Dorothy H. Wimberly in Support of Merck's Motion to Exclude Testimony of Michael Alan Graham, M.D.,

IT IS HEREBY ORDERED that said Declaration be filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

1

797635v.1

      In New Orleans, Louisiana this _____ day of _____, 2006.

                                                               UNITED STATES DISTRICT JUDGE

797635v.1