FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1  P 12: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**DECLARATION OF DOROTHY H. WIMBERLY IN SUPPORT OF MERCK'S
MOTION TO EXCLUDE TESTIMONY OF MICHAEL ALAN GRAHAM, M.D.**

I, DOROTHY H. WIMBERLY, by way of declaration, say:

I am an attorney in the law firm of Stone Pigman Walther Wittmann L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Motion to Exclude Testimony of Michael Alan Graham, M.D., filed concurrently herewith. I have personal knowledge to state that the following exhibits,

797633v.1

which are attached to this declaration, are true and correct copies of the documents they purport to be.

## DEPOSITIONS

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the October 6, 2005 deposition of Thomas Baldwin, M.D., taken in connection with this action.

2. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action.

3. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the rough transcript of the January 25, 2006 deposition of Michael Alan Graham, M.D., taken in connection with this action.

4. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the October 3, 2002 deposition of Benedict Lucchesi, taken in connection with *Lehr v. Merck*, No. 3:1-CV-516-MJR (S.D. Ill. filed August 2, 2001).

## EXPERT REPORTS

5. Attached hereto as Exhibit 5 is a true and correct copy of the expert report of Michael Alan Graham, M.D., filed on January 13, 2006 in connection with this action.

6. Attached hereto as Exhibit 6 is a true and correct copy of the updated expert report of Wayne A. Ray, Ph.D., filed on January 11, 2006 in connection with this action.

Respectfully submitted,

*Dorothy H. Wimberly*
Dorothy H. Wimberly
Attorney for Merck & Co., Inc.

797633v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Declaration of Dorothy H. Wimberly in Support of Merck's Motion to Exclude Testimony of Michael Alan Graham, M.D., has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 27th day of January, 2006.

*/s/ Dorothy H. Wimberly*

797633v.1

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED