

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK & CO., INC.'S OBJECTIONS

Defendant Merck & Co., Inc., through undersigned counsel, and moves this Honorable Court for Leave to File the attached Declaration of Phillip A. Wittmann. The Declaration supports the deposition objections filed today in this matter.

WHEREFORE Defendant prays that this Court grant to leave to file the Declaration of Phillip A. Wittmann in Support of Merck & Co., Inc.'s Objections.

Respectfully submitted,

/s/ Dorothy H. Wimberly

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

792029v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to File Declaration of Phillip A. Wittmann in Support of Merck & Co., Inc.'s Objections has been served on Liaison Counsel Russ Herman by e-mail and by Federal Express, upon Andy Birchfield by e-mail and by Federal Express, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of January, 2006.

_____
Dorothy H. Wimberly

792029v.1