FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1  P 1:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT<br>as Personal Representative of the Estate of<br>RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing defendant's Motion for Leave to File Declaration of Phillip A. Wittmann in Support of Merck & Co., Inc.'s Objections,

IT IS HEREBY ORDERED that said Declaration be filed.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep___792029v.1
___ Doc. No_____

In New Orleans, Louisiana this 31 day of Jan, 2006.

_____
UNITED STATES DISTRICT JUDGE

792029v.1