UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

I, PHILLIP A. WITTMANN, by way of declaration, say:

1. I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Objections to Plaintiff's Deposition Designations, filed concurrently herewith. I have personal knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the October 27, 2005 deposition of J. Martin Carroll.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the September 30, 2005 deposition of Susan Baumgartner.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the January 19, 2005 deposition of Wendy Dixon.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the January 20, 2005 deposition of Wendy Dixon.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the November 21, 2005 deposition of Gregory Curfman, M.D.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the January 24, 2005 deposition of Gregory Curfman.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the November 11, 2005 deposition of Eric J. Topol.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the October 7, 2005 deposition of James Dunn.

10. Attached hereto as Exhibit 9 is a true and correct copy of the 30(b)(6) Deposition Notice Schedule A.

11. Attached hereto as Exhibit 10 is a true and correct copy of the November 16, 2005 Shaw Letter to PSC Counsel.

12. Attached hereto as Exhibit 11 is a true and correct copy of January 17, 2006 Shaw Letter to the Court.

13. Attached hereto as Exhibit 12 is a true and correct copy of a New England Journal of Medicine press release entitled *Journal Statement on the Expression of Concern*.

14. Attached hereto as Exhibit 13 is a true and correct copy of several articles that contain interviews given by Gregory Curfman, M.D.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the trial transcript in *Plunkett v. Merck*, No. 05-4046, MDL No. 1657 (E.D. La. filed August 23, 2005).

16. Attached hereto as Exhibit 15 is a true and correct copy of the September 6, 2005 deposition of Christopher Schirmer, M.D.

Respectfully submitted,

*/s/ Phil Wittmann*
Phillip A. Wittmann
Attorney for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's Objections to Plaintiff's Deposition Designations has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of January, 2006.



# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED