# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1  PM 3: 37

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: | *  MDL Docket No. 1657 |
| | * |
| VIOXX PRODUCTS LITIGATION | *  SECTION L |
| | * |
| THIS DOCUMENT RELATES TO ALL CASES | *  JUDGE FALLON |
| | *  MAG. JUDGE KNOWLES |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## MERCK & CO., INC.'S OPPOSITION TO PSC'S MOTION TO CLARIFY PRE-TRIAL ORDER NO. 17 REGARDING ASSEMBLY OF PRIOR DISCOVERY

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, respectfully submits this Opposition to PSC's Motion to Clarify Pre-Trial Order No. 17 Regarding Assembly of Prior Discovery.

## INTRODUCTION

Although it is ostensibly labeled a "motion to clarify" and although the request for relief is cast in terms of a "clarification" of Pre-Trial Order No. 17, plaintiffs' motion in fact asks the Court to expand substantially Merck's obligations under Pre-Trial Order No. 17 in a way that is contrary to the letter and spirit of the Court's discovery orders to date. Weekly productions of deposition lists as well as hardcopy and electronic productions of deposition transcripts, deposition exhibits, and deposition errata sheets simply do not reflect how discovery is conducted in mass tort litigation. Because Merck has historically complied with the provisions of Pre-Trial Order No. 17, there is no factual basis for granting the requested relief, and PSC's motion should be denied.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

798221v.1

## FACTUAL BACKGROUND

On June 21, 2005, the Court issued Pre-Trial Order No. 17, which was designed to provide MDL plaintiffs with all non-case-specific discovery conducted in prior national Vioxx litigation within the subject matter of the MDL proceedings.  On August 15, 2005, pursuant to that order, Merck made a massive production of documents to Plaintiffs' Liaison Counsel ("PLC") – delivered on three (3) hard drives – that included all document and data productions as well as copies of non-case-specific deposition transcripts and written discovery objections and responses.  Since its initial production, Merck has produced a substantial volume of documents in the MDL at the request of members of the PSC as well as supplemented the MDL document repository on a continuing basis with productions of documents and data produced in other VIOXX®-related litigation across the country.  Merck was not given notice that PLC had any complaint regarding Merck's production pursuant to Pre-Trial Order No. 17 until PLC raised the issue in open court at the MDL monthly status conference on January 3, 2006.  After Merck had complied with the request made at the conference by providing PLC with a supplemental list of deposition transcripts on January 11, 2006 – followed shortly thereafter by a production of those supplemental deposition transcripts – PLC failed to notify Merck that the update was somehow deemed inadequate or that PLC intended to file a motion in this regard.

## DISCUSSION

The purpose of Pre-Trial Order No. 17 was to provide the MDL plaintiffs with non-case-specific discovery conducted in prior national Vioxx litigation within the subject matter of the MDL proceedings.  The order required Merck to make available to PLC "copies of all non-case-specific written discovery requests, written discovery objections and responses, and documents previously produced or to be produced by Merck in any other litigation within the subject matter

of this proceeding and do so on a continuing basis." Pre-Trial Order No. 17, at III.B.1.  The order also required Merck to make available "copies of deposition testimony given or to be given by Merck's employees, former employees, and experts in any other litigation within the subject matter of this proceeding, and do so on a continuing basis." *Id.*  Merck obviously does not dispute that Pre-Trial Order No. 17 includes an obligation to provide this information "on a continuing basis," but the order does not specify a particular time period in which Merck must supplement its production.  As a final matter, Pre-Trial Order No. 17 established a "meet and confer" requirement for counsel to attempt to resolve discovery disputes without Court intervention.  To this end, the order sets forth a specific provision by which "[n]o motion shall be filed unless it includes a certificate that the movant has conferred with opposing counsel in a good faith effort to resolve the matter without court action." Pre-Trial Order No. 17, at IV.A.

Merck has complied – and continues to comply – with Pre-Trial Order No. 17 by producing in the MDL, almost simultaneously, non-case-specific documents that were requested and produced in other litigations.  To date, Merck has produced in excess of sixteen (16) million pages of documents and approximately one (1) terabyte (i.e., 1,000 gigabytes) of data in this litigation.  Merck further acknowledges that periodic updates of the other discovery materials initially produced pursuant to Pre-Trial Order No. 17 – namely, written discovery objections and responses and deposition transcripts – are also contemplated by that order.  However, no timeframe for supplemental production of these materials is set forth in Pre-Trial Order No. 17, and there is simply nothing in the record to suggest that Merck is somehow in violation of the terms of that order.  Merck has complied with the letter and spirit of Pre-Trial Order No. 17 and has encouraged PLC and members of PSC to bring discovery disputes directly to Merck's counsel without seeking involvement by the Court.  Prior to the MDL monthly status conference

on January 3, 2006, Merck had never received any complaint from PLC concerning the form, quality, or scope of its production made pursuant to Pre-Trial Order No. 17, nor had Merck received a request from PLC to make a supplement thereto.

Despite repeated attempts by Merck's counsel to accommodate substantial discovery requests, PLC continues to involve the Court with discovery disputes as an initial matter without any attempt first to engage Merck's counsel in constructive discourse targeted at resolution of such matters without involvement by the Court.  Pre-Trial Order No. 17 itself sets forth a specific provision by which "[n]o motion shall be filed unless it includes a certificate that the movant has conferred with opposing counsel in a good faith effort to resolve the matter without court action."  Pre-Trial Order No. 17, at IV.A.  Merck was not given notice that PLC had any complaint regarding Merck's production pursuant to Pre-Trial Order No. 17 until PLC raised the issue in open court at the MDL monthly status conference on January 3, 2006.  After Merck had complied with the request made at the conference by providing PLC with a supplemental list of deposition transcripts on January 11, 2006 – followed shortly thereafter by a production of the deposition transcripts themselves – PLC failed to notify Merck that the update was somehow deemed inadequate or that PLC intended to file a motion in this regard.

On January 11, 2005, Merck provided the requested list of deposition testimony to PLC and made a production of the deposition transcripts shortly thereafter.  A true and accurate copy of the January 11, 2006 letter is attached hereto as "Exhibit A."  Despite PLC's statements to the contrary, this list was in the exact format of the previous production letter dated August 15, 2005 and included the name of the deponent, the individual case and/or national litigation in which the deposition was taken, and the date on which the deposition occurred.  A true and accurate copy of the August 15, 2005 letter is attached hereto as "Exhibit B."  Although it is true that this

supplemental list inadvertently failed to identify the specific attorneys who took the depositions – an additional requirement not originally set forth in Pre-Trial Order No. 17 – any claimed prejudice to plaintiffs is minimal in light of the fact that Merck was able to produce the actual deposition transcripts on January 23, 2006.  A true and accurate copy of the January 23, 2006 letter is attached hereto as "Exhibit C."  The production of transcripts themselves, of course, made this last category of information available to plaintiffs.

Finally, the relief requested by PLC in its motion is unwarranted and extreme.  Merck and its counsel have consistently made efforts to cooperate with PLC and members of PSC in an effort to address their requests as fairly and efficiently as possible and without involvement by the Court.  Merck is currently in the process of completing massive collections and productions in the MDL and other coordinated proceedings, and it is difficult to find a legitimate basis for PLC to make such a motion at this time.  Given the substantial volume of competing discovery requests and the fact that it often takes several weeks before a final transcript even becomes available, it would be impractical to require Merck to provide "on a weekly basis" both (1) a list of all depositions and testimony, including the name of each deponent, the date of the deposition, the attorney who took the deposition, the civil action number, whether the deposition was provided in transcript and/or electronic format; and (2) hardcopy and electronic productions of exhibits and errata sheets.  *See* Plaintiff's Motion to Clarify Pre-Trial Order No. 17, at 1-2. Furthermore, to the extent PLC's request is for deposition transcripts in litigation beyond the subject matter of this proceeding (i.e., beyond the scope of products liability cases) or trial testimony, the request is beyond the scope of this Court's orders and would not be reasonably calculated to the discovery of admissible evidence in this MDL.

## CONCLUSION

Plaintiffs' motion asks the Court to impose additional burdensome discovery obligations on Merck even though Merck has complied fully with the letter and spirit of Pre-Trial Order No. 17. Moreover, plaintiffs have sought this substantial modification without first attempting to confer with DLC regarding their request. For the foregoing reasons, plaintiffs' motion should be denied.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

798221v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co., Inc.'s Opposition to PSC's Motion to Clarify has been served on Liaison Counsel Russ Herman by e-mail and by Federal Express and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 1st day of February, 2006.

_____
Dorothy H. Wimberly

798221v.1

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
WWW.STONEPIGMAN.COM

OUR FILE NUMBER

66,000

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

January 11, 2006

**BY E-MAIL & U.S. MAIL**

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar
Place St. Charles
201 St. Charles Avenue, Office 4310
New Orleans, Louisiana 70170

Re:   In re: VIOXX® Product Liability Litigation, MDL 1657

Dear Russ:

The following is a list of deposition transcripts that you requested at the last MDL status conference. These depositions appear to be responsive to the requirements set forth in MDL Pretrial Order No. 17 and, upon production, will represent Merck's supplemental production pursuant to the terms and continuing obligations of that order:

| Witness | Deposition Date | Case |
|---|---|---|
| Arrowsmith-Lowe, Janet | 6/29/2005 | Ernst |
| Arrowsmith-Lowe, Janet | 10/28/2005 | Irvin/Plunkett |
| Barr, Eliav | 9/21/2005 | NJ |
| Baumgartner, Susan | 9/30/2005 | Irvin/Plunkett; NJ |
| Blake, Mary E. | 11/29/2005 | NJ; MDL |
| Block, Gilbert | 11/2/2005 | MDL |
| Bold, Thomas | 7/29/2005 | NJ |
| Carroll, Martin | 10/27/2005 | MDL |
| Dixon, Wendy | 8/5/2005 | NJ |
| Dunn, James | 10/7/2005 | Irvin/Plunkett |



EXHIBIT
A

795954v.1

2

February 1, 2006

| Eskin, David | 11/1/2005 | Abdel-Malek |
|---|---|---|
| Gaziano, J. Michael | 5/3/2004 | Younge |
| Gaziano, J. Michael | 9/23/2004 | Cook |
| Gaziano, J. Michael | 1/5/2005 | Garza; Felicia |
| Gaziano, J. Michael | 6/17/2005 | Ernst |
| Gaziano, J. Michael | 7/19/2005 | NJ |
| Gaziano, J. Michael | 8/17/2005 | NJ |
| Gertz, Barry | 9/1/2005 | NJ |
| Gertz, Barry | 9/28/2005 | NJ |
| Gertz, Barry | 8/15/2005 | MDL; NJ |
| Gertz, Barry | 8/16/2005 | MDL; NJ |
| Gertz, Barry | 9/28/2005 | NJ |
| Honig, Peter | 8/8/2005 | NJ |
| Honig, Peter | 8/9/2005 | NJ |
| Howard, George | 8/10/2005 | Humeston (NJ) |
| Howard, George | 8/10/2005 | Humeston (NJ) |
| Jacklin, Terry R. | 7/29/2005 | MDL |
| Lanza, Frank | 10/13/2005 | Irvin/Plunkett |
| McKines, Charlotte | 8/3/2005 | MDL; NJ |
| McKines, Charlotte | 8/4/2005 | MDL; NJ |
| McKines, Charlotte | 9/9/2005 | Humeston (NJ); Irwin/Plunkett; Zajicek |
| Metters, Kathleen | 7/28/2005 | NJ |
| Nies, Alan | 8/23/2005 | DiPietro (NJ) |
| Pratt, Craig | 1/12/2005 | Garza; Felicia |
| Pratt, Craig | 6/24/2005 | Ernst |
| Pratt, Craig | 10/14/2005 | Irvin/Plunkett |
| Rarick, Lisa | 8/22/2005 | Humeston (NJ) |

3

February 1, 2006

| Rayburn, Barry | 10/12/2005 | Irvin/Plunkett; NJ |
|---|---|---|
| Rayburn, Barry | 10/12/2005 | Irvin/Plunkett; NJ |
| Reicin, Alise | 8/19/2005 | NJ |
| Rothrock, John | 4/23/2004 | Younge |
| Scolnick, Edward | 8/16/2005 | NJ |
| Silver, David | 8/3/2005 | Abdel-Malek |
| Silver, David | 10/10/2005 | Irvin/Plunkett |
| Watson, Douglas | 8/4/2005 | NJ |
| Waymack, Paul | 7/21/2005 | NJ |
| Waymack, Paul | 7/21/2005 | Humeston (NJ) |
| Weiner, Jan | 8/10/2005 | NJ |
| Weiner, Jan | 8/11/2005 | NJ |
| Weiner, Jan | 8/12/2005 | NJ |
| Westrick, Ellen | 8/30/2005 | NJ |
| Westrick, Ellen | 11/9/2005 | NJ |
| Wheeler, Thomas | 10/28/2004 | White; Glenda |
| Wheeler, Thomas | 6/24/2005 | Ernst |
| Wheeler, Thomas | 10/13/2005 | Irvin/Plunkett |
| Wilson, Merlin | 11/4/2005 | Garza; Felicia |
| Wilson, Merlin | 4/8/2004 | Younge |
| Wilson, Merlin | 4/13/2005 | Engineers (NJ) |
| Wilson, Merlin | 11/13/2002 | Lehr |
| Wilson, Merlin | 7/1/2005 | Ernst |

Merck is currently preparing to produce these supplemental deposition transcripts by the beginning of next week.

4

February 1, 2006

Please contact me should you have any questions concerning this list.

With best regards, I remain

Sincerely,

/s/
Phillip A. Wittmann

PAW/ehb

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-MAIL: pwittmann@stonepigman.com

66,000

August 15, 2005

**VIA E-MAIL AND U.S. MAIL**

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA  70113

Re:     In re:  VIOXX MDL 1657

Dear Lenny:

This is in response to your letter of August 10, 2005.  As I tried to explain in my earlier letter, we have been having discussions with other members of the PSC, or their designees, whom we had understood to be charged with the responsibility of working through the discovery issues in an attempt to resolve those issues if at all possible through negotiation. Given these continuing discussions, we continue to be surprised to receive your letters seeking information about the very same issues.  Notwithstanding, in response to your request, we set forth below what documents and discovery materials counsel for Merck & Co. Inc. ("Merck") has already produced to the PSC in the Vioxx MDL proceedings, as well as those documents and materials Merck has agreed to produce to the PSC over the next several months.

I.      **PRODUCTION OF DOCUMENTS AND ELECTRONIC DATA FILES**

A.     *Documents/Data Already Produced to the PSC*

Merck has produced to the PSC over nine (9) million pages of documents to date from prior Vioxx-related products liability litigation in the form of the following production of custodial and departmental files as well as certain categories of documents:

| DESCRIPTION | BATES RANGE |
| --- | --- |
| A production of regulatory filings with the FDA regarding NDA 21-042.  (2000 Submission) | MRK-0042 0000001-0033165 |
| A production of regulatory filings with the FDA regarding NDA 21-042 (2001 Submission). | MRK-0142 0019409-0169499 |



EXHIBIT
B

Blumberg No. 5119

784717v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
      2

August 15, 2005

| | |
|---|---|
| A production of regulatory filings with the FDA regarding NDA 21-042 (2002 Submission). | MRK-0242 0000001-0002844 |
| A production of regulatory filings with the FDA regarding NDA 21-042 (1999 Submission). | MRK-9942 0000001-0024842 |
| A production of consumer advertising materials for VIOXX®. | MRK-A 0000001-0005095 |
| A production of related e-mails and documents from the files of Briggs Morrison. | MRK-AAA 0000001-0087996 |
| A production of documents from the files of Deborah Shapiro. | MRK-AAB 0000001-0117662; MRK-AAB 0118785-0123207 |
| A production of documents from the files of Barry Gertz. | MRK-AAC 0000001-0155039 |
| A production of documents from the files of Alise Reicin. | MRK-AAD 0000001-0421964 |
| A production of cardiac adverse experience reports. | MRK-AAE 0000001-0008455 |
| A production of communications between Merck & Co., Inc. and the FDA regarding VIOXX®. | MRK-AAF 0000001-0017701 |
| A production of Worldwide Product Circular Review Committee meeting minutes. | MRK-AAH 0000001-0000053 |
| A production of annual reports for 1995-2003. | MRK-AAI 0000001-0000518 |
| A production of 10Ks and 10Qs for 1995-2004. | MRK-AAJ 0000001-0000743 |
| A production of VIOXX® patents. | MRK-AAK 0000001-0001232 |
| A production of organizational charts. | MRK-AAL 0000001-0000147 |
| A production of entries for VIOXX® in the Physician's Desk Reference. | MRK-AAM 0000001-0000053 |
| A production of Merck & Co., Inc.'s articles of incorporation and by-laws. | MRK-AAN 0000001-0000047 |
| A production of yearly U.S. headquarters marketing plans for VIOXX®. | MRK-AAO 0000001-0000213 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

3

August 15, 2005

| A production of transcripts and slides from meetings of the FDA's Arthritis Advisory Committee. | MRK-AAP 0000001-0000788 |
|---|---|
| A production of a list of VIOXX® articles authored by Merck & Co., Inc. employees that were published in medical and scientific journals. | MRK-AAQ 0000001-0000038 |
| A production of Sales Training and Sales Training Automation Materials for VIOXX®. | MRK-AAR 0000001-0030826; MRK-AAR 0030858-0073233 |
| A production of case report tabulations relating to ECG readings. | MRK-AAT 0000001-0007894 |
| A production of Worldwide Product Safety & Epidemiology and Worldwide Adverse Experience System documents. | MRK-AAU 0000001-0000201 |
| A production of Board of Directors meeting minutes. | MRK-AAV 0000001-0000084 |
| A production of Management Committee meeting minutes. | MRK-AAW 0000001-0000605 |
| A production of documents from the files of David Blois. | MRK-AAX 0000001-0011444 |
| A production of documents from the files of Russell Cender. | MRK-AAY 0000001-0013976 |
| A production of documents from the files of Laura Demopoulos. | MRK-AAZ 0000001-0012274 |
| A production of documents from the files of Peter DiBattiste. | MRK-ABA 0000001-0058585 |
| A production of documents from the files of Alan Nies. | MRK-ABC 0000001-0052689 |
| A production of documents from the files of Eve Slater. | MRK-ABD 0000001-0004824 |
| A production of VIOXX® Project Team meeting minutes. | MRK-ABF 0000001-0003370; MRK-ABF 0003377-0005702 |
| A production of documents from the files of Raymond Gilmartin. | MRK-ABG 0000001-0004472 |
| A production of documents from the files of Ed Scolnick. | MRK-ABH 0000001-0026963 |
| A production of documents from the files of David Anstice. | MRK-ABI 0000001-0017189 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
    4

August 15, 2005

| A production of documents relating to Drs. LeLorier and Patrono. | MRK-ABK 0000001-0500668 |
| A production of Human Health Product Approval Committee meeting minutes. | MRK-ABL 0000001-0002511 |
| A production of ECG memos. | MRK-ABM 0000001-0001045 |
| A production of documents from the files of Louis Sherwood. | MRK-ABO 0000001-0004408 |
| A production of Clinical Development Oversight Committee and Clinical Regulatory and Review Committee meeting minutes. | MRK-ABP 0000001-0029952 |
| A production of documents from the files of Thomas Simon. | MRK-ABS 0000001-0475977 |
| A production of documents from the files of Harry Guess. | MRK-ABT 0000001-0096905 |
| A production of documents from the files of Wendy Dixon. | MRK-ABW 0000001-0018648 |
| A production of documents from the files of Adam Schechter. | MRK-ABX 0000001-0097350 |
| A production of documents from the files of Doug Watson. | MRK-ABY 0000001-0199812 |
| A production of documents responsive to the Management Information Systems/ Information Technology deposition notice in the New Jersey Consolidated Proceeding. | MRK-ABZ 0000001-0000016 |
| A production of documents from the files of Leonard Tacconi. | MRK-ACB 0000001-0041150 |
| A production of documents from the files of Rhoda Sperling. | MRK-ACC 0000001-0061525 |
| A production of documents from the files of Robert Silverman. | MRK-ACD 0000001-0146725 |
| A production of documents from the files of Eliav Barr. | MRK-ACF 0000001-0011630 |
| A production of documents from the files of Tom Capizzi. | MRK-ACG 0000001-0005067 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

5

August 15, 2005

| A production of documents from the files of Francesca Lawson. | MRK-ACH 0000001-0006858 |
| A production of documents from the files of Thomas Casola. | MRK-ACI 0000001-0018053 |
| A production of documents from the files of Charlotte McKines. | MRK-ACJ 0000001-0007607 |
| A production of documents from the files of Elliot Ehrich. | MRK-ACK 0000001-0033003 |
| A production of documents from the files of Brian Daniels. | MRK-ACL 0000001-0011705; MRK-ACL 0011714-0011715 |
| A production of documents from the files of Peter Honig. | MRK-ACM 0000001-0010244 |
| A production of documents from the files of Robert Gould. | MRK-ACN 0000001-0001395 |
| A production of documents from the files of Thomas Bold. | MRK-ACO 0000001-0145200 |
| A production of documents from the files of Sean Harper. | MRK-ACP 0000001-0019568 |
| A production of documents from the files of Nancy Santanello concerning the Solomon study. | MRK-ACQ 0000001-0001290 |
| A production of documents from the files of Douglas Greene. | MRK-ACR 0000001-0048810 |
| A production of documents from the files of Tom Musliner. | MRK-ACS 0000001-0011917 |
| A production of documents from the files of Carolyn Cannuscio. | MRK-ACT 0000001-0059599 |
| A production of Annual Business Briefings. | MRK-ACU 0000015-0000389; MRK-ACU 0000406-0000715 |
| A production of documents from the files of Linda Hostelley. | MRK-ACV 0000001-0060742 |
| A production of documents from the files of Mary Elizabeth Blake. | MRK-ACW 0000001-0021435 |
| A production of documents from the files of Sandra Reiss. | MRK-ACX 0000001-0029794 |
| A production of documents from the files of Ellen Westrick. | MRK-ACY 0000001-0001988 |
| A production of documents from the files of Linda Coppola. | MRK-ACZ 0000001-0105428 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

6

August 15, 2005

| | |
|---|---|
| A production of documents from the files of Julie McCafferty. | MRK-ADA 0000001-0110056 |
| A production of documents from the files of Scott Summers. | MRK-ADB 0000001-0110706 |
| A production of documents concerning the Solomon study. | MRK-ADC 0000001-0036064 |
| A production of Tactical Product Approval Committee Minutes (TPAC). | MRK-ADD 0000001-0000438 |
| A production of Human Health Business Team Minutes (HHBT). | MRK-ADE 0000001-0000201 |
| A production of documents from the files of E.B. Brakewood. | MRK-ADF 0000001-0061338 |
| A production of documents from the files of Thomas Cannell. | MRK-ADG 0000001-0080117 |
| A production of documents from the files of Mark James. | MRK-ADH 0000001-0041571 |
| A production of documents from the files of Jan Weiner. | MRK-ADI 0000001-0036749 |
| A production of documents from the files of Tracy Ogden. | MRK-ADJ 0000001-0073619 |
| A production of documents from the files of Jo Jerman. | MRK-ADK 0000001-0012744 |
| A production of documents from the files of Jules Schwartz. | MRK-ADL 0000001-0089013 |
| A production of documents from the files of Riad El-Dada. | MRK-ADM 0000001-0184231 |
| A production of documents from the files of Jamie Rosati. | MRK-ADN 0000001-0211891 |
| A production of documents from the files of Michael Buttala. | MRK-ADO 0000001-0217185 |
| A production of Adverse Experience Review Team minutes. | MRK-ADP 0000001-0000043 |
| A production of insurance declaration pages. | MRK-ADQ 0000001-0000044 |
| A production of certain record retention policies of Merck & Co., Inc. | MRK-ADR 0000001-0000297 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
     7

August 15, 2005

| | |
|---|---|
| A production of documents reflecting approved communications with the media regarding VIOXX®. | MRK-ADS 0000001-0000260 |
| A production of documents from Merck & Co., Inc.'s Epidemiology department. | MRK-ADT 0000001-0003011 |
| A production of documents from the files of James Dunn. | MRK-ADW 0000001-0086902 |
| A production of media coverage materials for VIOXX®. | MRK-ADX 0000001-0038649 |
| A production of scientific and medical VIOXX® articles and abstracts. | MRK-ADY 0000001-0007449; MRK-ADY 0007451-0007963 |
| A production of forms of PIRs discussing the VIGOR study or cardiovascular issues with respect to VIOXX®. | MRK-ADZ 0000001-0019164 |
| A production of documents from the files of Jilly Evans. | MRK-AEA 0000001-0000062 |
| A production of documents from Merck & Co., Inc.'s Report Evaluation and Safety Surveillance/ Clinical Risk Management and Safety Surveillance department. | MRK-AEC 0000001-0126565 |
| A production of documents from the files of Ian Rodger. | MRK-AED 0000001-0000321 |
| A production of documents from the files of Kathleen Metters. | MRK-AEE 0000001-0002609 |
| A production of documents from the files of Deborah Nicoll-Griffith. | MRK-AEF 0000001-0004297 |
| A production of documents from the files of Denis Riendeau. | MRK-AEG 0000001-0050417 |
| A production of documents from the files of Robert Young. | MRK-AEH 0000001-0016903 |
| A production of documents from the files of David Percival. | MRK-AEI 0000001-0006421 |
| A production of documents from the files of Kevin Bateman. | MRK-AEJ 0000001-0000022 |
| A production of documents from the files of Michael Gresser. | MRK-AEY 0000001-0000178 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

8

August 15, 2005

| A production of documents from the files of Greg Bell. | MRK-AFE 0000001-0000610 |
|---|---|
| An production of documents concerning the APPROVe study. | MRK-AFF 0000001-0000445 |
| A production of Cardiovascular Adjudication Packets. | MRK-AFH 0000001-0092245 |
| A production of documents from the files of Susan Baumgartner. | MRK-AFI 0000001-0290517 |
| A production of documents from the files of Peter Kim. | MRK-AFJ 0000001-0014136; MRK-AFJ0015004-0015214 |
| A production of documents from the files of Janet Van Adelsberg. | MRK-AFK 0000001-0219049 |
| A production of documents from the files of Jennifer Ng. | MRK-AFL 0000001-0112616 |
| A production of Vascular Adverse Experience Reports. | MRK-AFM 0000001-0006945 |
| A production of documents from the files of Bettina Oxenius. | MRK-AFN 0000001-0106743 |
| A production of documents from the files of James Bolognese. | MRK-AFO 0000001-0287432 |
| A production of documents from the files of Nancy Santanello. | MRK-AFQ 0000001-0011462 |
| A production of documents from the files of Bonnie Goldmann. | MRK-AFT 0000001-0015640 |
| A production of documents from the files of Ned Braunstein. | MRK-AFV 0000001-0387294 |
| A production of documents from the files of Gil Block. | MRK-AFW 0000001-0026897 |
| A production of documents from the files of Dawn Chitty. | MRK-AFX 0000001-0047579 |
| A production of documents from the files of Sam Cifelli. | MRK-AFY 0000001-0009094 |
| A production of documents from the files of Diane Benezra-Kurshan. | MRK-AFZ 0000001-0015098 |
| A production of documents from the files of Kalpana Venkataraman. | MRK-AGA 0000001-0012774 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

9

August 15, 2005

| A production of documents from the files of Gaye Margiatto. | MRK-AGB 0000001-0021650 |
|---|---|
| A production of documents from the files of Paul Kuhnert. | MRK-AGC 0000001-0014854 |
| A production of documents from the files of Peter Gruer. | MRK-AGD 0000001-0002038 |
| A production of certain Standard Operating Procedures. | MRK-AGE 0000001-0003660 |
| A production of documents from the Board of Scientific Advisors. | MRK-AGG 0000001-0003131 |
| A production of documents from the files of Hui Quan. | MRK-AGO 0000001-0087583 |
| A production of documents from the files of Shefali Goyal. | MRK-AGS 0000001-0057762 |
| A production of documents from the files of Leonard Oppenheimer. | MRK-AGT 0000001-0028897 |
| A production of documents from the files of George Williams. | MRK-AGU 0000001-0011092 |
| A production of documents from the files of Leonard Silverstein. | MRK-AGZ 0000001-0108728 |
| A production of protocols for Arcoxia trials. | MRK-AHA 0000001-0002202 |
| A production of informed consent forms for Arcoxia trials. | MRK-AHB 0000001-0012061 |
| A production of documents from the files of Kevin Horgan. | MRK-AHC 0000001-0035811 |
| A production of documents from the files of Christopher Lines. | MRK-AHD 0000001-0092138 |
| A production of documents from the files of Allan Goldberg. | MRK-AHE 0000001-0062332 |
| A production of documents from the Knowledge Management Document Repository relating to the Late Development Review Committee and predecessor committees. | MRK-AHF 0000001-0088799 |
| A production of documents from the Knowledge Management Document Repository relating to Merck Research Laboratories Planning. | MRK-AHG 0000001-0000126 |

784717v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
    10

August 15, 2005

| | |
|---|---|
| A production of documents from the Knowledge Management Document Repository relating to the Preliminary Development Review Committee. | MRK-AHH 0000001-0000274 |
| A production of documents from the Product LIFECYCLE Committee database relating to the Product Lifecycle Committee. | MRK-AHI 0000001-0000629 |
| A production of documents from the Knowledge Management Document Repository relating to the Therapeutic Area Review Committee. | MRK-AHJ 0000001-0000753 |
| A production of documents from the Knowledge Management Document Repository (KMDR) database relating to the Early Development Review Committee and predecessor committees. | MRK-AHK 0000001-0004700 |
| A production of CV cards. | MRK-AHL 0000001-0000012 |
| A production of documents from the BARDs Statistician Regulatory Files and other data documentation. | MRK-AHM 0000001-0008561 |
| A production of documents from the files of Christine Arsever. | MRK-AHN 0000001-0068749 |
| A production of documents from the SPiDER Database. | MRK-AHP 0000001-0131143 |
| A production of documents from the files of Richard Clark. | MRK-AHQ 0000001-0000674 |
| A production of documents from the files of Ken Truitt. | MRK-AHR 0000001-0135162 |
| A production of documents from the files of James Pellissier. | MRK-AHS 0000001-0042749 |
| A production of documents from the files of Phong Duong. | MRK-AHT 0000001-0057557 |
| A production of documents from the files of Wendy Yarno. | MRK-AHU 0000001-0010664 |
| A production of documents from the files of Marcia Avedon. | MRK-AHV 0000001-0000865 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
11

August 15, 2005

| | |
|---|---|
| A production of documents relating to Merck's MECTIZAN ® donation program. | MRK-AHW 0000001-0000004 |
| A production of documents relating to Merck's MECTIZAN ® donation program. | MRK-AHW 0000005-0000033 |
| A production of documents from the custodial files of Sheldon Kong. | MRK-AHY 0000001-0383156 |
| A production of documents relating to Outcomes Research Management Central Files. | MRK-AHZ 0000001-0015218 |
| A production of documents from the custodial files of Judy Lewent. | MRK-AIC 0000001-0001867 |
| A production of documents from the files of Dennis Erb. | MRK-AID 0000001-0011995 |
| A production of certain MRL internal correspondence. | MRK-AIF 0000001-0002203 |
| A production of documents in connection with Merck's Reponse to Plaintiffs 30(b)(6) Notice (1 of 2). | MRK-AIG 0000001-0000483 |
| A production of documents in connection with Merck's response to Plaintiffs 30(b)(6) Notice (2 of 2). | MRK-AIH 0000001-0000370 |
| A production of documents sufficient to show Merck's guidelines for Data Safety Monitoring Boards. | MRK-AIJ 0000001-0000020 |
| A production of contracts between Merck and the VIGOR Data Safety Monitoring Board members. | MRK-AIK 0000001-0000010 |
| A production of MAP 13, Sandra Farrell's org chart, CRMSS org chart, WPS&E org chart, SOP 210 and 530s, and procedures for medical review conducted by CRMSS. | MRK-AIL 0000001-0000116 |
| A production of agreements between Merck Research Laboratories and Adv Comm and Steering Comm. | MRK-AIM 0000001-0000326 |
| A production of documents relating to the CV Testing Protocol. | MRK-GAR 0003479-0003942 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
    12

August 15, 2005

| | |
|---|---|
| A production of contracts between Merck Research Laboratories and VIGOR Data Safety Monitoring Board members. | MRK-GAR 0003959-0003983 |
| A production of emails relating to the CV outcomes study. | MRK-GAR 0014243-0014272 |
| A production of MAPP 23. | MRK-GAR 0014332-0014397 |
| A production of the organizational chart showing James Dunn's position in 2001. | MRK-GAR 0014398 |
| A production of documents related to the 10/18/00 Cardiovascular Consultant's meeting. | MRK-GAR 0014399-0014529 |
| A production of SOP 1 and all versions in effect between launch of VIOXX and the present. | MRK-GAR 0015937-0016059 |
| A supplemental production of contracts between Merck Research Laboratories and VIGOR Steering and Advisory committees, and the VIGOR Data Safety Monitoring Board members. | MRK-GAR 0016108-0016121 |
| A production of documents related to Graham Study. | MRK-GAR 0016123-0016289; MRK-GAR 0016319-0034919 |
| A production of documents previously produced as trial exhibits in Garza. | MRK-GAR 0700000-0700110 |
| A production of regulatory filings with the FDA regarding IND 59,222. | MRK-I222 0000001-0005680 |
| A production of regulatory filings with the FDA regarding IND 55,269. | MRK-I269 0000001-0009602 |
| A production of regulatory filings with the FDA regarding IND 61,419. | MRK-I419 0000001-0004484 |
| A production of CSRs, CIBs, protocols, and forms of informed consent for Arcoxia trials. | MRK-I464 0000001-0003745 |
| A production of regulatory filings with the FDA regarding IND 62,768. | MRK-I768 0000001-0005185 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

13

August 15, 2005

| | |
|---|---|
| A production of regulatory filings with the FDA regarding IND 46,894. | MRK-I894 0000001-0095877 |
| A production of prescribing information, patient product information and copies of the cartons for VIOXX®. | MRK-LBL 0000001-0000261 |
| A production of regulatory filings with the FDA regarding NDA 21-052. | MRK-N052 0000001-0019298 |
| A production of CSRs, CIBs, protocols, and forms of informed consent for Arcoxia trials. | MRK-N389 0000001-0251071 |
| A production of regulatory filings with the FDA regarding NDA 21-647. | MRK-N647 0000001-0007258 |
| A production of CSRs, CIBs, protocols, and forms of informed consent for Arcoxia trials. | MRK-N722 0000001-0011691 |
| A production of regulatory filings with the FDA regarding NDA 21-042. | MRK-OS42 0000001-0166451 |
| A production of professional promotion materials for VIOXX®. | MRK-P 0000001-0011428 |
| A production of press releases regarding VIOXX®. | MRK-PRL 0000001-0000257; MRK-PRL 0000259-0000464 |
| A production of regulatory filings with the FDA regarding NDA 21-042. | MRK-S042 0000001-0090611 |
| A production of documents from the files of Ned Braunstein. | MRK-AFV 0000001-0388206 |
| A production of documents from the files of Lisa Lamond. | MRK-AIP 0000001-0037466 |
| A production of documents from the files of Mark Williams. | MRK-AIQ 0000001-0018980 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
14

August 15, 2005

In addition, Merck has already produced to the PSC the following databases and electronic data:

| DESCRIPTION | BATES RANGE | VOLUME |
|---|---|---|
| An extract from Merck's Vascular Events Coordination System database. | MRK-AFH 0700001 | 25 MB |
| A production of Microsoft ACCESS files of CLIC data corresponding to CLIC articles. | MRK-ADY 0007450 | 17.5 MB |
| A production of Microsoft ACCESS files of CLIC data corresponding to CLIC articles. | MRK-ADY 0007964 | 1.57 MB |
| Qlikview files from Merck's Clinical Risk Management and Safety Surveillance Department. | MRK-QLIK 0000001-0000042 | 645 MB |
| Qlikview files from Merck's Clinical Risk Management and Safety Surveillane Department. | MRK-QLIK 0000043-0000050 | 106 MB |
| A production from Merck's WAES Database | MRK-WAES 0000001 | 594 MB |
| VIOXX SAS Files Delivered to the FDA | MRK-ZAA 0000001-0002243 | 11.1 GB |
| VIOXX SAS Files Delivered to the FDA | MRK-ZAA 0002244-0002276 | 11.5 MB |
| VIOXX SAS files delivered to the FDA relating to the IND 46,894 submission. | MRK-ZAA 0002277-0002351 | 7.26 MB |
| VIOXX SAS Files Delivered to the FDA | MRK-ZAA 0002352-0002503 | 1.73 GB |
| VIOXX SAS Files Delivered to the FDA | MRK-ZAA 0002504-0003444 | 2.39 GB |
| VIOXX SAS Files Delivered to the FDA | MRK-ZAA 0003445-0003574 | 22.1 MB |
| VIOXX SAS Files Delivered to the FDA | MRK-ZAA 0003574-0003578 | 640 KB |
| VIOXX SAS Files in the Files of Deborah Shapiro. | MRK-ZAB 0000001-0013765 | 27.4 GB |

784717v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
15

August 15, 2005

| VIOXX SAS Files in the Files of Deborah Shapiro. | MRK-ZAB 0013978; MRK-ZAB 0013996; MRK-ZAB 0014154; MRK-ZAB 0014506; MRK-ZAB 0014569; MRK-ZAB 0014763; MRK-ZAB 0014804; MRK-ZAB 0015028 | 1.14 MB |
|---|---|---|
| VIOXX SAS Files in the Files of Alise Reicin. | MRK-ZAC 0000001-0000056 | 7.78 MB |
| VIOXX SAS Files in the Files of Qinfen Yu. | MRK-ZAD 0000001-0005717 | 6.05 GB |
| VIOXX SAS Files in the Files of Adam Polis. | MRK-ZAE 0000001-0001466 | 4.41 GB |
| A production of SAS-related files identified by Beilei Xu as pertaining to the Konstam/Weir pooled analysis. | MRK-ZAF 0000001-0001912 | 3.33 GB |
| A production of SAS-related files pertaining to the Konstam/Weir pooled analysis. | MRK-ZAF 0001913-0002040 | 28.5 MB |
| A production of APPROVe raw data extracts from the CTS database. | MRK-ZAG 0000001-0000103 | 9.72 GB |
| A production of APPROVe - related SAS files from the files of Dr. Hui Quan. | MRK-ZAI 0000001-0003436 | 10.4 GB |
| A production of APPROVe - related SAS files from the files of Dr. Hui Quan. | MRK-ZAI 0003437-0004231 | 167 MB |

B.    *Pending Productions to the PSC*

      The following table represents additional Vioxx-related documents and data that Merck will produce in the near-term:

| CUSTODIAN/DEPARTMENT | ESTIMATED VOLUME (PAGES) | ESTIMATED PRODUCTION DATE |
|---|---|---|
| Update to IND 62,768 | 13 | 8/19/05 |
| Update to NDA 21-052 | 88 | 8/19/05 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

16

August 15, 2005

| | | |
|---|---|---|
| Update to IND 46,894 | 309 | 8/19/05 |
| Update to IND 59,222 | | 8/19/05 |
| Update to IND 55,269 | 4 | 8/19/05 |
| Update to IND 61,419 | 7 | 8/19/05 |
| Update to NDA 21-042 | 21,359 | 8/19/05 |
| A supplemental production from the files of Peter Honig | 17 | 8/19/05 |
| Update to NDA 21-647 | 86 | 8/19/05 |
| Documents relating to the Confidential Memorandum of Invention. | 1,351 | 8/19/05 |
| Update to FDA Correspondence | 2 | 8/19/05 |
| Update to NDA 21-042 | 33 | 8/19/05 |
| Update to IND 46,894 | 118 | 8/19/05 |
| Documents related to protocol 201 VIP study case report form and datasets. | 114 | 8/19/05 |
| Data in native form related to the protocol 201 VIP study case report form and datasets. | 33 | 8/19/05 |
| A supplemental production from the files of Kathleen Metters | 18 | 8/19/05 |
| CRT documents | 216,953 | 8/19/05 |
| A production from the files of Elke Hunsche | 162,672 | 8/19/05 |
| Data models and data dictionaries for iMed/MESA databases | 21 | 8/19/05 |
| A production from the files of Doug Watson | 78 | 8/19/05 |
| A production from the files of Walter Straus | 62,237 | 8/19/05 |
| A supplemental production | 9,789 | 8/19/05 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
17

August 15, 2005

| | | |
|---|---|---|
| from the files of Barry Gertz | | |
| A production of Microsoft Access files of extracts from iMed/MESA databases. | 657.44 MB | 8/19/05 |
| FACTS Database Volume 1: Seeger Weiss | 11.5 MB | 14 days from date of signed FACTS Order |
| FACTS Database Volume 2: Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley | 16.6 MB | 14 days from date of signed FACTS Order |
| FACTS Database Volume 3: D'Alessandro, Jacovino & Gerson | 9.68 MB | 14 days from date of signed FACTS Order |
| FACTS Database Volume 4: Davis, Saperstein & Salomon | 876 KB | 14 days from date of signed FACTS Order |
| FACTS Database Volume 5: Kline & Specter | 28.5 KB | 14 days from date of signed FACTS Order |
| A Table from the Merck FACTS database. | 75.2 MB | 14 days from date of signed FACTS Order |

C.    *Priority Productions to the PSC*

The following table represents productions of documents projected over the course of the next three months and include those documents specifically identified as a priority by representatives of the PSC. The volume estimates are just that and the projected production dates may be impacted by a number of factors including shifting priorities of the PSC. Merck will continue to produce documents as set forth below independent of the status of negotiations with the PSC over Master Discovery.

| CUSTODIAN/DEPARTMENT | ESTIMATED VOLUME (PAGES) | ESTIMATED PRODUCTION DATE |
|---|---|---|
| Reid Miller | 47,000 | 8/12/05 |
| Ricardo Arce | 74,000 | 8/16/05 |
| Laura Villardo | 97,000 | 8/16/05 |
| Candace Ritchie | 144,000 | 8/19/05 |
| Case Report Forms | 5 GB | 8/19/05 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
     18

August 15, 2005

| | | |
|---|---|---|
| Phil Huang | 200,000 | 8/19/05 |
| Dena Ramey Rosen | 123,000 | 9/1/05 |
| R. Bisset | 98,000 | 9/3/05 |
| Pei Chen | 25,000 | 9/8/05 |
| Amy Ko | 90,000 | 9/9/05 |
| Maureen Kashuba | 60,000 | 9/9/05 |
| Ned Braunstein | 3,000 | 9/12/05 |
| Janet Van Adelsberg | 40,000 | 9/12/05 |
| Business Analysis Decision Support | 56,00 | 9/14/05 |
| Academic and Professional Affairs | 14,000 | 9/16/05 |
| Nancy Wicks | 52,000 | 9/21/05 |
| Mark Degatano | 40,000 | 9/23/05 |
| Brant Biehn | 140,000 | 9/28/05 |
| Jeff McKeever | 35,000 | 9/29/05 |
| Chris Posner | 24,500 | 9/29/05 |
| James Lee | 63,000 | 10/3/05 |
| Vishal Kapur | 38,000 | 10/6/05 |
| Mike Stanton | 70,000 | 10/7/05 |
| Shane Campbell | 49,000 | 10/12/05 |
| Ron Diebold | 12,000 | 10/12/05 |
| Diana Donnelly | 500 | 10/12/05 |
| Chris Donald | 17,500 | 10/14/05 |
| Ben Adeyi | 24,500 | 10/14/05 |
| Chris Kauffman | 56,000 | 10/18/05 |
| Tama Hayden | 35,000 | 10/21/05 |
| Job Jackets | 100,000 | 10/31/05 |
| Tony Lombardi | 12,000 | 10/31/05 |
| Celia Harms | 10,000 | 10/31/05 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
  19
August 15, 2005

| Phil Huang | 36,000 | 10/31/05 |
|---|---|---|
| Wenje Wang | 3,000 | 10/31/05 |
| Bob Silverman | 14,000 | 10/31/05 |
| Ray Bain | 10,000 | 10/31/05 |

  D.  *Productions to the PSC Currently in Process*

   The following table represents documents that counsel for Merck is currently in the process of collecting and reviewing. Because we are still collecting and processing this material, it is impossible to estimate the volume of responsive materials and/or a precise production date now.

| CUSTODIAN/DEPARTMENT | ESTIMATED PRODUCTION DATE |
|---|---|
| VICTOR data sets | 8/16/05 |
| Collections from statistical project drives for Original NDA, sNDAs, Alzheimers, P136, CDP studies | TBD |
| Research Information Systems (RIS) | TBD |
| Extract from MAX database | 9/2/05 |
| Marty Carroll | 9/19/05 |

## II.  DISCOVERY IN PRIOR LITIGATION

   Merck has produced the following non-case-specific written discovery requests and responses from forty-four (44) cases to the PSC and will continue to do so on an ongoing basis.

| CASE | DISCOVERY | DATE SERVED |
|---|---|---|
| Abrusley | Objections to Interrogatories and Document Requests | April 11, 2002 |
| Abrusley | Responses to Interrogatory and Document Requests | May 29, 2002 |
| Astin | Responses to Document Requests | February 1, 2002 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
     20
August 15, 2005

| CASE | DISCOVERY | DATE SERVED |
|---|---|---|
| Barlow | Responses to Requests for Admissions and Related Interrogatory | January 28, 2003 |
| Barlow | Responses to First Sets of Interrogatories and Document Requests | January 31, 2003 |
| Barlow | Responses to Plaintiff's Second Set of Interrogatories and Request for Production of Documents | April 23, 2003 |
| Benavidez | Responses to 1st Document Requests | March 24, 2004 |
| Berry | Response to Plaintiff's First Set of Interrogatories and Requests for Production of Documents | April 1, 2003 |
| Biles | Responses to 1st Document Requests and Interrogatories | Early November |
| Bradley | Response to Plaintiff's 1st Set of Interrogatories | June 18, 2003 |
| Bradley | Response to Plaintiff's 1st Set of Requests for Production | June 18, 2003 |
| Bryson | Responses to Document Requests | May 29, 2002 |
| Calcaterra | Interrogatory and Document Responses | May 31, 2002 |
| Calcaterra | 2nd Set of Interrogatories and Document Requests | November 1, 2002 |
| Calcaterra | Amended Responses to Interrogatories 5, 7, 16 & 17 | January 7, 2003 |
| Calcaterra | 3rd Set of Document Requests | January 15, 2003 |
| Calcaterra | 3rd Set of Interrogatories | February 10, 2003 |
| Calcaterra | Response to Notice of Deposition for Person Most Knowledgeable About the AE Reporting System (Hostelley) | April 24, 2003 |
| Calcaterra | Response to Document Requests Attached to Deposition Notice for Person Most Knowledgeable About the Warning Letter (Casola) | May 12, 2003 |
| Calcaterra | Amended Response to Interrogatories 4, 6, 7, 8, 10, 11, 12, and 13 | May 12, 2003 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
     21

August 15, 2005

| CASE | DISCOVERY | DATE SERVED |
|------|-----------|-------------|
| Calcaterra | Amended Response to Request for Production of Documents Nos. 32, 33, and 34 | May 12, 2003 |
| Calcaterra | Responses to 4th Request for Production | June 23, 2003 |
| Calcaterra | Amended Response to Interrogatory 12 | July 23, 2003 |
| Calcaterra | Second amended Response to Interrogatory 16 | July 3, 2003 |
| California | Responses to Document Requests | September 2, 2003 |
| California | Amended Responses to Document Requests | May 24, 2004 |
| California | Responses to Document Requests made in dep. Notices | December 2, 2004 |
| Cheney | Amended Interrogatories and Document Requests | May 20, 2002 |
| Cheney | Second Request for the Production of Documents | October 2, 2002 |
| Cheney | Responses to 2nd Set of Interrogatories | November 5, 2003 |
| Cheney | Responses to 4th Document Requests | November 12, 2003 |
| Cheney | Responses to 5th Document Requests | November 24, 2004 |
| Cotton | Responses to Requests for disclosures | August 13, 2002 |
| Edler | Responses to 1st Document Requests | November 25, 2004 |
| Edler | Responses to 1st Interrogatories | November 21, 2004 |
| Ernst | Document Responses and state court disclosures | December 13, 2002 |
| Ernst | Responses to Document Requests and Requests for Admission directed to Dr. Resnick and R/D | September 12, 2003 |
| Ernst | Responses to 2nd Document Requests | November 17, 2003 |
| Ernst | Amended Responses to 2nd Document Requests | January 19, 2004 |
| Ernst | Responses to 3rd Document Requests | February 18, 2004 |
| Ernst | Responses to 5th Document Requests | December 13, 2004 |
| Ernst | Responses to 6th Document Requests | December 15, 2004 |
| Fulton | Responses to 1st Document Requests | April 5, 2004 |
| Garza, F. | Responses to 1st Set of Interrogatories and | December 16, 2003 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

22

August 15, 2005

| CASE | DISCOVERY | DATE SERVED |
|------|-----------|-------------|
| | Requests for Production | |
| Garza, F. | Responses to 2nd Document Requests | April 9, 2004 |
| Garza, F. | Responses to 5th Document Requests/2nd Interrogatories | May 17, 2004 |
| Garza, F. | Responses to 3rd Document Requests | May 28, 2004 |
| Garza, F. | Responses to 4th Document Requests | June 4, 2004 |
| Garza, F. | Responses to 6th Document Requests | July 14, 2004 |
| Garza, F. | Responses to 7th Document Requests | August 2, 2004 |
| Garza, F. | Responses to 3rd Interrogatories | August 2, 2004 |
| Garza, F. | Responses to 1st Requests for Admission | August 2, 2004 |
| Garza, F. | Responses to 8th Document Requests | August 2, 2004 |
| Garza, F. | Responses to 2nd Admissions | September 17, 2004 |
| Garza, F. | Responses to 3rd Admissions | September 22, 2004 |
| Garza, F. | Responses to 9th Document Requests | September 28, 2004 |
| Garza, F. | Responses to 4th Requests for Admission | November 4, 2004 |
| Garza, F. | Responses to 10th Document Requests | November 2, 2004 |
| Garza, F. | Responses to 11th Document Requests | November 18, 2004 |
| Garza, F. | Responses to 12th Document Requests | January 3, 2005 |
| Garza, F. | Responses to 5th and 6th Requests for Admissions | January 3, 2005 |
| Garza, F. | Response to 13th Document Request | January 24, 2005 |
| Goins | Responses to Requests for Admission and Related Interrogatory | October 17, 2003 |
| Goins | Responses to Document Requests and Interrogatories | November 18, 2003 |
| Hales | Response to 1st Interrogatory | July 7, 2003 |
| Hales | Responses to Requests for Admission and Related Interrogatory | October 17, 2003 |
| Hales | Responses to Document Requests and Interrogatories | November 18, 2003 |
| Heindel | First Set of Interrogatories and Document | January 9, 2003 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
23

August 15, 2005

| CASE | DISCOVERY | DATE SERVED |
|------|-----------|-------------|
| | Requests | |
| Heindel | Responses to 2nd Set of Document Requests | July 7, 2003 |
| Hensley | Responses to Document Requests | April 23, 2004 |
| House | Responses to Interrogatories | December 1, 2004 |
| Johnson, H. | Local 26.1 form Interrogatories | January 27, 2005 |
| Jones, Brenda Joyce | Responses to Request for disclosures | August 13, 2002 |
| Jones (HI) | Responses to Plaintiff's First Set of Interrogatories | September 27, 2002 |
| Kennedy | Interrogatory and Document Responses | May 3, 2002 |
| Kozic | Responses to Plaintiff's First Set of Interrogatories and Document Requests | April 19, 2004 |
| Lacy | Responses to Plaintiff's First Set of Interrogatories and Document Requests | November 24, 2004 |
| Lassig | Responses to 1st Interrogatories | June 12, 2004 |
| Lassig | Responses to 1st Document Requests | June 12, 2004 |
| Lauderdale | 30(b)(5) Document Requests | April 12, 2002 |
| Lehr | Responses to Plaintiff's 1st Set of Document Requests | January 22, 2002 |
| Lehr | Class Certification Interrogatories | February 5, 2002 |
| Lehr | 30(b)(5) Request for Dr. Reicin | July 23, 2002 |
| Lehr | 30(b)(6) Adam Schecter | September 10, 2002 |
| Lehr | 30(b)(6) Jim Dunn | October 10, 2002 |
| Lehr | Supplemental 30(b)(6) Jim Dunn | November 6, 2002 |
| McCullough | Responses to Plaintiff's Request for Special Damages | May 28, 2004 |
| Merrit | Responses to Document Requests | November 3, 2004 |
| Mullin | Plaintiff's First Set of Interrogatories and Request for Production of Documents | November 13, 2002 |
| New Jersey | Responses to 1st Document Requests | January 16, 2004 |
| New Jersey | Responses to Interrogatories | April 7, 2004 |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
24

August 15, 2005

| CASE | DISCOVERY | DATE SERVED |
|---|---|---|
| Omobude | Responses to 1st Document Requests | March 10, 2004 |
| Omobude | Responses to 1st Interrogatories | March 10, 2004 |
| Plumbers | Interrogatories and Document Requests | June 18, 2002 |
| Rogers | Responses to 1st Document Requests | May 25, 2005 |
| Rogers | Responses to (2nd) Document Requests | November 2, 2004 |
| Skinner | Interrogatories and Document Requests | June 21, 2002 |
| Skinner | Plaintiff's First Request for Admissions | July 19, 2002 |
| Stubblefield | Responses to 1st Document Requests | March 25, 2004 |
| Stubblefield | Responses to 2nd Document Requests | November 2, 2004 |
| Ueberroth | Response to Plaintiff's First Set of Interrogatories and Document Requests | April 21, 2003 |
| Walson | Responses to 1st Document Requests | August 30, 2004 |
| Ward | Responses to 1st Set of Document Requests | September 22, 2003 |
| Ward | Responses to (2nd) Document Requests | December 20, 2004 |
| Wascom | Interrogatory and Document Responses | December 20, 2002 |
| Younge | Responses to Requests for Admission and Related Interrogatory | October 17, 2003 |
| Younge | Responses to Document Requests and Interrogatories | November 18, 2003 |

## III.    PRIOR GENERIC DEPOSITION TESTIMONY

Merck has provided the PSC with copies of deposition testimony given by fifty-one (51) employees and experts in prior Vioxx-related litigation – over 28,000 pages of deposition testimony – and will continue to do so on an ongoing basis.

| |
|---|
| Anstice, David - 03-16-05 (Ernst and DiPietro pp. 1-314) |
| Anstice, David - 03-17-05 (Ernst and DiPietro pp. 315-663) |
| Anstice, David - 03-18-05 (Ernst and DiPietro pp. 664-1017) |
| Anstice, David - 04-12-05 (NJ_Ernst_DiPietro pp. 1017-1344) |
| Anstice, David - 05-20-05 (Ernst_NJ pp. 1345-1657) |

784717v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
25

August 15, 2005

| |
|---|
| Barr, Eliav - 01-28-05 (Ernst pp. 1-246) |
| Baumgartner, Susan - 02-25-05 (NJ pp. 1-291) |
| Baumgartner, Susan - 03-11-05 (Ernst and DiPietro pp. 292-585) |
| Bell, Gregory - 11-10-04 (NJ pp. 1-295) |
| Binkowitz, Bruce - 07-15-05 (NJ pp. 1-255) |
| Bold, Thomas - 06-25-04 (Garza pp. 1-163) |
| Bold, Thomas - 03-11-05 (Ernst and DiPietro pp. 1-222) |
| Brown, Gary - 05-13-05 (California pp. 1-215) |
| Cannuscio, Carolyn - 10-08-04 (Untitled pp. 1-229) |
| Casola, Thomas - 05-21-03 (Calcaterra pp. 1-160) |
| Casola, Thomas - 06-24-04 (Garza pp. 1-203) |
| Daniels, Brian - 10-20-04 (New Jersey Plaintiffs pp. 1-537) |
| De La Fuente, Juan - 06-30-04 (Garza pp. 1-65) |
| Delk, Jason - 03-25-05 (Rogers pp. 1-238) |
| Dixon, Wendy - 01-19-05 (Ernst pp. 1-262) |
| Dixon, Wendy - 01-20-05 (Ernst pp. 263-486) |
| Dixon, Wendy - 02-18-05 (Ernst pp. 487-632) |
| Dumas, Jarrod - 04-02-04 (Younge pp. 1-212) |
| Dunn, James - 11-07-02 (Lehr pp. 1-188) |
| Dunn, James - 02-21-03 (Calcaterra pp. 1-167) |
| Dunn, James - 04-16-03 (Barlow pp. 1-295) |
| Dunn, James - 04-30-04 (Garza pp. 1-227) |
| Dunn, James - 07-08-05 (Ernst) |
| Ehrich, Elliot - 10-21-04 (Untitled pp. 1-186) |
| Fiorina, Leah - 02-14-05 (Calcaterra pp. 1-63) |
| Folse, Joni - 04-04-03 (Wascom pp. 1-64) |
| Gertz, Barry J. - 08-27-03 (Younge pp. 1-186) |
| Gilmartin, Raymond - 03-24-05 (NJ pp. 1-411) |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

26

August 15, 2005

| |
|---|
| Gilmartin, Raymond - 04-11-05 (NJ pp. 412-854) |
| Gilmartin, Raymond - 04-18-05 (Ernst pp. 1-508) |
| Gilmartin, Raymond - 06-17-05 (NJ and Ernst pp. 852-1209) |
| Gonzalez, Arturo - 06-30-04 (Garza pp. 1-135) |
| Heggemeier, Timothy - 01-24-03 (Calcaterra pp. 1-93) |
| Hostelley, Linda - 04-17-02 (Lauderdale pp. 1-330) |
| Hostelley, Linda - 04-23-03 (Calcaterra pp. 1-121) |
| Hostelley, Linda - 02-25-04 (Untitiled pp. 1-314) |
| Hostelley, Linda - 04-27-04 (Garza pp. 1-257) |
| Huff, Stanley - 03-25-05 (Rogers pp. 1-47) |
| Jacklin, Terry - 06-12-03 (Barlow pp. 1-87) |
| Jacklin, Terry - 08-04-04 (NJ pp. 1-162) |
| Jacklin, Terry R. - 02-26-04 (NJ pp. 1-140) |
| Kim, Peter - 03-15-05 (Rogers and Ernst pp. 1-298) |
| Kim, Peter - 03-16-05 (Rogers and Ernst pp. 299-627) |
| Kim, Peter - 04-08-05 (NJ and Rogers and Ernst pp. 628-890) |
| Kim, Peter - 04-21-05 (Ernst pp. 1-140) |
| Kim, Peter - 06-08-05 (Ernst pp. 891-1155) |
| Kulp, Gregory C. - 03-10-04 (NJ pp. 1-173) |
| Martino, Liberino - 07-15-05 (NJ pp. 1-68) |
| Mason, Jeffrey - 04-22-05 (Ernst pp. 1-119) |
| McKeon, Bernadette - 06-21-04 (Garza pp. 1-114) |
| Morrison, Briggs - 02-16-05 (NJ pp. 1-417) |
| Morrison, Briggs - 02-18-05 (NJ pp. 418-730) |
| Morrison, Briggs, M.D. - 12-18-03 (Younge pp. 1-175) |
| Muecke, Lori - 11-18-04 (Boyer pp. 1-100) |
| Musliner, Thomas - 11-05-04 (NJ pp. 1-146) |
| Ng, Jennifer - 01-21-05 (NJ pp. 1-272) |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

27

August 15, 2005

| |
|---|
| Nies, Alan - 03-02-05 (DiPetro pp. 1-349) |
| Nies, Alan - 04-01-05 (NJ pp. 350-656) |
| Reicin, Alise S., M.D. - 07-25-02 (Guerra pp. 1-152) |
| Reicin, Alise S., M.D. - 07-26-02 (Lehr pp. 1-221) |
| Reicin, Alise S., M.D. - 02-26-03 (Calcaterra pp. 1-249) |
| Reicin, Alise S., M.D. - 03-16-04 (Younge pp. 1-231) |
| Reicin, Alise S., M.D. - 03-23-05 (Ernst pp. 297-614) |
| Reicin, Alise S., M.D. - 06-22-04 (Garza pp. 1-317) |
| Reicin, Alise S., M.D. - 03-02-05 (Ernst pp. 1-295) |
| Reicin, Alise S., M.D. - 05-27-05 (Ernst pp. 1-202) |
| Resnick, Harvey - 09-25-03 (Ernst pp. 1-92) |
| Richardson, Reynolds L., III - 04-11-03 (Wascom pp. 1-96) |
| Roberts, Donna - 05-20-05 (California pp. 1-72) |
| Santanello, Nancy - 08-10-04 (Garza pp. 1-213) |
| Santanello, Nancy - 12-22-04 (Ernst pp. 1-249) |
| Schechter, Adam - 09-13-02 (Lehr pp. 1-298) |
| Schechter, Adam - 09-23-03 (Heindel pp. 2-233) |
| Schechter, Adam - 12-10-04 (NJ pp. 1-370) |
| Scolnick, Edward - 01-30-03 (Barlow pp. 1-346) |
| Scolnick, Edward - 03-22-05 (Ernst pp. 1-320) |
| Scolnick, Edward - 04-29-05 (NJ and DiPietro pp. 1-389) |
| Scolnick, Edward - 05-17-05 (NJ and DiPietro pp. 390-727) |
| Scolnick, Edward - 06-01-05 (NJ and DiPietro pp. 7278-1004) |
| Seidenberg, Beth - 10-07-04 (New Jersey Plaintiffs pp. 1-434) |
| Shapiro, Deborah - 10-22-02 (Jones pp. 1-210) |
| Shapiro, Deborah - 05-13-03 (Calcaterra pp. 1-119) |
| Shapiro, Deborah - 04-29-04 (Garza pp. 1-284) |
| Shapiro, Deborah - 01-25-05 (NJ pp. 1-334) |

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
    28

August 15, 2005

| |
|---|
| Shapiro, Deborah - 02-14-05 (NJ pp. 335-618) |
| Shapiro, Deborah - 06-29-05 (NJ pp. 619-868) |
| Shapiro, Deborah - 06-30-05 (NJ pp. 869-1016) |
| Sherwood, Louis - 09-30-04 (New Jersey Plaintiffs pp. 1-466) |
| Sherwood, Louis - 12-14-04 (Ernst pp. 1-89) |
| Sherwood, Louis - 12-14-04 (NJ pp. 467-633) |
| Silverman, Robert - 11-19-04 (New Jersey Plaintiffs pp. 1-198) |
| Silverstein, Leonard - 08-10-04 (Garza pp. 1-126) |
| Simon, Thomas - 01-05-05 (NJ pp. 1-252) |
| Simon, Thomas - 01-19-05 (NJ pp. 254-403) |
| Tacconi, Leonard - 04-28-04 (Garza pp. 1-174) |
| Watson, Douglas - 02-09-05 (NJ pp. 1-353) |
| Whitfield, Stephen - 04-22-05 (Ernst pp. 1-174) |

I trust that this extensive list of VIOXX-related documents and discovery that Merck has produced or will produce to the PSC fully responds to your request.

With kind regards, I remain

Sincerely,

Phillip A. Wittmann

PAW/dlm
cc:    Russ Herman
        Defendants' Steering Committee

784717v.1



30 Rockefeller Plaza
New York, NY 10112-2200
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

January 23, 2006

<u>VIA FEDEX</u>

Russell Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

Re:     *VIOXX® MDL*
        *Litigation*

Dear Mr. Herman:

I am enclosing with this letter one DVD containing a supplemental
production of deposition testimony pursuant to MDL Pretrial Order No 17.

Sincerely,

Sahba Salimi

Enclosure

Boston  Charlotte  Harrisburg  Hartford  New ...  Philadelphia  Princeton  San Francisco  Washington DC
Brussels  Frankfurt  London  Luxembourg ...



EXHIBIT
C