UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -2  AM 8: 57

LORETTA G. WHYTE
        CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

**Plaintiff's Motion to Re-urge Responses in Opposition to Merck & Co.'s Motions *in Limine* Filed Previously in *Irvin I* and Re-Filed in *Irvin II***

Plaintiff Evelyn Irvin Plunkett, Personal Representative of the Estate of Richard Irvin, Jr., by and through her attorneys, re-urges the following responses in opposition to Merck & Co.'s motions *in limine* previously filed in *Irvin I* and re-filed in *Irvin II*.

- Plaintiff's Memorandum in Opposition to Defendant's Motion *in Limine* to Exclude Evidence of, or Reference To, Marketing and Promotional Materials Unrelated to Mr. Irvin or His Prescribing Physician (Record Doc. No. 1481)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude (1) Evidence of Motive and (2) Evidence Relating to the Assets and Profitability of Merck or to the Compensation And Financial Decisions of Employees (Record Doc. No. 1416)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Evidence or Argument Pertaining to Conduct with No Nexus to Issues Being Tried in this Case (Record Doc. No. 1417)

- Memorandum in Opposition to Defendant's Motion to Exclude FDA Warning Letters and Other Statements Made by FDA Employees Regarding Vioxx (Record Doc. No. 1418)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Evidence or Argument Preempted by Federal Regulations (Record Doc. No. 1419)

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

- Plaintiff's Memorandum in Opposition to Defendant's Motions in Limine to Scientifically Unreliable and Irrelevant Medical and Scientific Evidence, David Graham Estimates, and Adverse Event Data (Record Doc. No. 1420)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Irrelevant Medical Conditions (Record Doc. No. 1421)

- Plaintiff's Memorandum in Opposition to Defendant's Motions in Limine to Exclude Estimates of Dr. David Graham (Record Doc. No. 1420)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude (1) Evidence of Interim or "Blinded" Data from Trials of Vioxx and (2) Evidence that Specific Studies of Vioxx Were Considered But Not Undertaken or that Completed Studies Were Inadequate (Record Doc. No. 1422)

- Memorandum in Opposition to Defendant's Motion to Exclude Evidence or Argument Regarding Alleged Unethical Conduct Associated With Clinical Trials (Record Doc. No. 1423)

- Plaintiff's Memorandum in Opposition to Defendant's Motions in Limine to Exclude Adverse Event Data (Record Doc. No.1420)

- Memorandum in Opposition to Defendant's Motion to Exclude Evidence of Changes Between the 16TH and 17TH Editions of The Merck Manual (Record Doc. No. 1424)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Evidence of Letters to the Editors Regarding Unpublished Studies and Non-Scientific Editorials in Science Journals as Inadmissible Hearsay (Record Doc. No.1425)

- Memorandum in Opposition to Defendant's Motion to Exclude Evidence of an Allegedly Privileged, Previously Excluded Confidential Memorandum of Invention (Record Doc. No. 1426)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Evidence of or Arguments Made in Connection with Political Proceedings and Evidence of Verdicts from Other Litigation, Claims, or Government Proceedings (Record Doc. No. 1427)

- Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Evidence or Argument Regarding Alleged Misconduct Unrelated to Vioxx (Record Doc. No. 1428)

- Memorandum in Opposition to Defendant's Motion to Exclude Irrelevant and Prejudicial Matters (Record Doc. No. 1430)

Plaintiff re-urges these Responses in Opposition to Merck & Co.'s previously filed in *Irvin I* and re-filed in *Irvin II* with the understanding that the Court intends to issue the same order issued in *Irvin I*.

Respectfully submitted,

By: _____
**Andy D. Birchfield, Jr.**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISONCOUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **1st** day of February, 2006

_____
A. Leigh O'Dell