UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -2  PM 5:00
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK & CO., INC'S PRE-ADMITTED EXHIBIT LIST (CONDITIONAL)

Defendant Merck & Co., Inc., through undersigned counsel, hereby submits the attached pre-admitted exhibit list (conditional).

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
Defendants' Liaison Counsel

___ Fee_____
___ Process_____
_X_ Dktd_____ 798366v.1
___ CtRmDep_____
___ Doc. No_____

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60601
Phone: 312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

798366v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co., Inc.'s Pre-Admitted Exhibit List (Conditional) has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2nd day of February, 2006.

/s/ Dorothy H. Wimberly

798366v.1

Irvin-Plunkett v. Merck
MERCK'S PRE-ADMITTED EXHIBIT LIST ( CONDITIONAL)

| TRIAL EX. NO. | Date | Bates Range |
|---|---|---|
| DX 0195 | 3/10/2001 | MRK-AAR0028794-MRK-AAR0028813 |
| DX 0236 | 10/01/2001 | MRK-AAF0007803-MRK-AAF0007853 |
| DX 0244 | 11/7/2001 | MRK-AAD0111414 - MRK-AAD0111414 |
| DX 0357 | 4/20/2001 | MRK-ABA0009274 |
| DX 0358 | | |
| DX 0359 | 01/02/2002 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. |
| DX 0372 | 11/19/2001 | MRK-ACI0013233-MRK-ACI0013246 |
| DX 0900 | | NEJM000376 |
| DX 0901 | | NEJM 000040-NEJM 000045 |
| DX 0902 | | NEJM 000880-NEJM 000881 |
| DX 0903 | | NEJM000001 |
| DX 0904 | | NEJM000661-NEJM000663 |
| DX 0905 | | NEJM000533 |
| DX 0906 | | Curfman No. 11 |
| DX 0907 | 12/7/2005 | NEJM000108-NEJM000109 |
| DX 0908 | 12/8/2005 | NEJM000023-NEJM000025 |
| DX 0909 | 12/8/2005 | NEJM000107 |
| DX 0910 | 12/12/2005 | NEJM000011-NEJM000014 |
| DX 0911 | 1/16/2006 | NEJM000033-NEJM000039 |
| DX 0916 | 7/8/2005 | NEJM000211-NEJM000214 |
| DX 0923 | 12/10/2005 | NEJM 000849-NEJM 000851 |
| DX 0924 | 12/7/2005 | NEJM 000531 |
| DX 0925 | 1/3/2006 | NEJM 000445 |
| DX 0926 | 12/9/2005 | NEJM 000539-NEJM 000540 |
| DX 0927 | 12/8/2005 | NEJM 000303 - NEJM 000304 |
| DX 1050 | 5/3/2001 | TOP1PRO0000282-TOP1PRO0000283 |
| DX 1051 | 10/25/2004 | |
| DX 1052 | 11/12/2004 | |