
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -2 PM 5:00
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| **Case No. 05-4046** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| **EVELYN IRVIN,** | * | |
| as Personal Representative of the Estate of | * | |
| **RICHARD IRVIN, JR.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**MERCK & CO., INC'S PRE-ADMITTED EXHIBITS**

Defendant Merck & Co., Inc., through undersigned counsel, hereby submits the attached list of pre-admitted exhibits.

Respectfully submitted,

Dorothy H. Wimberly

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
Defendants' Liaison Counsel

___ Fee___
___ Process 798360v.1
X Dktd___
___ CtRmDep___
___ Doc. No ___

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60601
Phone: 312-494-4400
Fax: 312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax: 213-430-6407

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Merck & Co., Inc.'s Pre-Admitted Exhibits has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2nd day of February, 2006.

Dorothy H. Wimberly

Irvin-Plunkett v. Merck
MERCK'S PRE-ADMITTED EXHIBITS

| TRIAL EX. NO. | Date | Bates Range |
|---|---|---|
| DX 002 | 12/16/1994 | MRK-I8940000001 - MRK-I8940001902 |
| DX 004 | 3/1/1995 | |
| DX 013 | 11/21/1996 | MRK-AAB0024016 - MRK-AAB0024023 |
| DX 015 | 1/16/1997 | MRK-I8940015949-MRK-I8940015964 |
| DX 022 | 2/2/1998 | MRK-AAD0046029 - MRK-AAD0046052 |
| DX 026 | 4/13/1998 | MRK-AAC0019509-MRK-AAC0019519 |
| DX 027 | 5/1/1998 | MRK-AEI0002734 - MRK-AEI0002746 |
| DX 030 | 6/8/1998 | MRK-ABH0014141-MRK-ABH0014192 |
| DX 031 | 6/22/1998 | MRK-ABI0001204 |
| DX 038 | 10/22/1998 | MRK-AAC0041008 - MRK-AAC0041011 |
| DX 040 | 10/26/1998 | MRK-OS420124072-124403 |
| DX 043 | 11/23/1998 | MRK-OS420000001 - MRK-OS420166451 |
| DX 050 | 12/16/1998 | MRK-I8940042881 - MRK-I8940042984 |
| DX 058 | 2/21/1999 | MRK-ABC0006432-MRK-ABC0006435 |
| DX 059 | 3/8/1999 | MRK-AAC0013130 - MRK-AAC0013132 |
| DX 060 | 3/8/1999 | MRK-ABC0006396- MRK-ABC0006404 |
| DX 063 | 3/29/1999 | MRK-AAF0001430 - MRK-AAF0001566 |
| DX 067 | 5/1/1999 | MRK-LBL0000027 - MRK-LBL0000030 |
| DX 073 | 5/20/1999 | MRK-99420021411-MRK-99420021434 |
| DX 079 | 8/30/1999 | MRK-AAB0029224 - MRK-AAB0029273 |
| DX 080 | 9/1/1999 | MRK-LBL0000031-MRK-LBL0000034 |
| DX 088 | 10/6/1999 | MRK-99420023355-MRK-99420023362 |
| DX 091 | 10/28/1999 | MRK-99420023527-MRK-99420023528 |
| DX 114 | 3/22/2000 | MRK-ABH0017550 - MRK-ABH0017551 |
| DX 116 | 3/23/2000 | MRK-I8940060171 - MRK-I8940060238 |
| DX 117 | 3/26/2000 | MRK-ABH0017794-MRK-ABH0017796 |
| DX 119 | 3/27/2000 | MRK-PRL0000114 - MRK-PRL0000115 |
| DX 125 | 4/21/2000 | MRK-00420003972 - MRK-00420003973 |
| DX 134 | 5/9/2000 | MRK-ERN0076919 -MRK-ERN0076920 |
| DX 136 | 05/18/2000 | MRK-ERN0252799-MRK-ERN0252802 |
| DX 145 | 6/29/2000 | MRK-00420008017-MRK-00420019547 |
| DX 146 | 7/1/2000 | MRK-LBL0000047-MRK-LBL0000050 |
| DX 147 | 7/15/2000 | MRK-ACR0011080 -MRK-ACR0011084 |
| DX 148 | 8/3/2000 | MRK-00420021830 - MRK-00420021831 |
| DX 150 | 8/7/2000 | MRK-00420021832 - MRK-00420021835 |
| DX 155 | 10/13/2000 | MRK-00420027869 - MRK-00420027981 |
| DX 157 | 11/27/2000 | MRK-00420028062-MRK-00420028066 |
| DX 173 | 1/8/2001 | MRK-I8940064922 - MRK-I8940065038 |
| DX 174 | 1/8/2001 | MRK-I8940064858 - MRK-I8940064921 |
| DX 182 | 1/26/2001 | MRK-AFT0001740-MRK-AFT0001745 |
| DX 186 | 2/4/2001 | MRK-ACT0009918 |
| DX 187 | 2/8/2001 | MRK-H005655     MRK-H005888 |
| DX 188 | 2/8/2001 | MRK-ABR0000214-MRK-ABR0000349 |
| DX 189 | 02/08/2001 | MRK-PRL0000170-MRK-PRL0000172 |
| DX 196 | 3/2/2001 | MRK-ACD0003158-MRK-ACD0003185 |
| DX 207 | 4/6/2001 | MRK-01420099056 - MRK-01420099059 |
| DX 230 | 7/12/2001 | MRK-01420145843 - MRK-01420154245 |
| DX 273 | 4/1/2002 | MRK-LBL0000063-MRK-LBL0000066 |
| DX 277 | 4/11/2002 | MRK-AAF0005922 - MRK-AAF0005942 |
| DX 285 | 5/22/2002 | MRK-S0420000029 - MRK-S0420000074 |

Irvin-Plunkett v. Merck
MERCK'S PRE-ADMITTED EXHIBITS

| TRIAL EX. NO. | Date | Bates Range |
|---|---|---|
| DX 288 | 7/22/2002 | MRK-I2690005334 - MRK-I2690005969 |
| DX 291 | 10/10/2002 | MRK-I8940074879 - MRK-I8940075347 |
| DX 303 | 7/25/2003 | MRK-I8940077717 - MRK-I8940077883 |
| DX 314 | 12/17/2003 | MRK-I2690007514-MRK-I2690008935 |
| DX 315 | 11/10/200 | MRK-YNG0061569-MRK-YNG0061570 |
| DX 319 | 3/22/2004 | MRK-I8940080062 - MRK-I8940080133 |
| DX 321 | 3/26/2004 | MRK-AAF0015434 |
| DX 324 | 8/19/2004 | MRK-AAF0017139 -MRK-AAF0017168 |
| DX 338 | 4/6/2005 | Public |
| DX 339 | 12/20/1999 | MRK-AAX0002759 |
| DX 341 | 6/15/2005 | Public |
| DX 350 | 02/25/1997 | MRK-NJ0315784-MRK-NJ0315838 |
| DX 352 | 7/10/1998 | MRK-AEH0009025-MRK-AEH0009093 |
| DX 353 | 01/04/2001 | MRK-AFX0019242-MRK-AFX0019402 |
| DX 356 | 10/30/2000 | OATES 001412-OATES 001415 |
| DX 358 | 6/20/2001 | TOP1PRO0000285 |
| DX 360 | 1/24/2000 | MRK-AAX0002760 |
| DX 361 | 2/7/2000 | MRK-AAX0002761-MRK-AAX0002766 |
| DX 362 | 3/2/2000 | MRK-AAX0002768-MRK-AAX0002850 |
| DX 363 | 4/27/2000 | MRK-ABC0022825-MRK-ABC0022878 |
| DX 364 | 2/1/2001 | MRK-ABX0002367-MRK-ABX0002404 |
| DX 365 | 12/22/1999 | MRK-AFL0000899-MRK-AFL0000903 |
| DX 367 | 2/27/1997 | MRK-NJ0315784-MRK-NJ0315837 |
| DX 368 | 10/27/1997 | MRK-AHR0009546 |
| DX 369 | 12/18/2000 | MRK-ABH0001077-MRK-ABH0001238 |
| DX 370 | 9/3/1999 | MRK-00420014017-MRK-00420014261 |
| DX 371 | 2/8/2001 | MRK-AAP0000407-MRK-AAP0000648 |
| DX 373 | 5/2/2001 | MRK-ABA0003235-MRK-ABA0003244 |
| DX 374 | 8/30/2001 | MRK-ABA0011062-MRK-ABA0011062 |
| DX 375 | 6/20/2001 | TOP1PRO0000285 |
| DX 376 | 6/22/2001 | TOP1PRO0000279 |
| DX 377 | 10/16/2001 | EJT000323-EJT000324 |
| DX 378 | 5/18/2000 | 2000 NEJM 000001-2000 NEJM 000016 |
| DX 380 | 6/30/2000 | 2000 NEJM 000025-2000 NEJM 000027 |
| DX 381 | 0/00/0000 | 2000 NEJM 000005-2000 NEJM 000017 |
| DX 383 | 6/23/2000 | 2000 NEJM 000018 |
| DX 384 | 6/27/2000 | 2000 NEJM 000022-2000 NEJM 000024 |
| DX 389 | 1/24/2000 | MRK-AAB-0059566-MRK-AAB-0059567, MRK-AAB-0033543 |
| DX 411 | 6/15/2000 | MRK-00420016832-MRK-00420016849 |
| DX 434 | 4/30/2001 | MRK-ABA0009311-MRK-ABA0009312 |
| DX 436 | 5/3/2001 | MRK-AAZ0001594-MRK-AAZ0001594 |
| DX 479 | 3/24/2000 | MRK-00420018274-MRK-00420018279 |
| DX 481 | 00/00/2005 | Public |
| DX 482 | 9/28/2004 | MRK-AFV0062199-MRK-AFV00622221 |
| DX 486 | 00/00/0000 | |
| DX 487 | 8/20/2000 | 2000 NEMJ 000040 - 2000 NEMJ 000043 |
| DX 488 | 00/00/0000 | |
| DX 489 | 5/6/2000 | 2000 NEJM 000235 - 2000 NEJM 000282 |
| DX 490 | 00/00/0000 | MRK-AAB0109378 - MRK-AAB0109411 |

Irvin-Plunkett v. Merck
MERCK'S PRE-ADMITTED EXHIBITS

| TRIAL EX. NO. | Date | Bates Range |
|---|---|---|
| DX 491 | 7/17/2000 | 2000 NEJM 000028 - 2000 NEJM 000038 |
| DX 498 | 11/10/2000 | MRK-ABK0040103-MRK-ABK0040243 |
| DX 499 | 6/20/2000 | MRK-AAB0003864-MRK-AAB0003971 |
| DX 809 | 5/31/2001 | IRVIN000000019-22 |
| DX 828 | | Wheeler Dep Ex.3 |
| DX 830 | | Wheeler Dep Ex.9 |
| DX 831 | | Wheeler Dep Ex.10 |
| DX 832 | | Wheeler Dep Ex.11 |
| DX 833 | | Wheeler Dep Ex.12 |
| DX 853 | | Wheeler Slide |
| DX 854 | | Wheeler Slide |
| DX 912 | 00/00/00 | 2000NEMJ000136 |
| DX 913 | 6/30/2000 | 2000NEMJ000025-2000NEMJ000027 |
| DX 914 | 1/16/2006 | NEJM001111-NEJM001114 |
| DX 915 | 7/11/2005 | NEJM001093-NEJM001097 |
| DX 917 | 6/30/2000 | 2000NEMJ000025-2000NEMJ000138 |
| DX 929 | 8/16/2000 | MRK-AAD0019397-MRK-AAD0019398 |
| DX 930 | 2/28/2001 | MRK-AKT0720077-MRK-AKT0720080 |
| DX 936 | 00/00/2000 | MRK-N0520004122-MRK-N0520004124 |
| DX 937 | 12/18/2000 | MRK-00420029550 |
| DX 938 | 2/8/2001 | MRK-PRL0000170-MRK-PRL0000172 |
| DX 940 | 3/15/2000 | MRK-00420014517-MRK-00420014603 |