

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
| In re:  VIOXX                                | * | MDL Docket NO. 1657      |
|                                              | * |                          |
| **PRODUCTS LIABILITY LITIGATION**            | * | SECTION L                |
| **LITIGATION**                               | * |                          |
|                                              | * |                          |
|                                              | * | JUDGE FALLON             |
| **This document relates to:**                | * |                          |
|                                              | * | MAG. JUDGE KNOWLES       |
| **Plunkett v. Merck & Co., Inc.,**           | * |                          |
|                                              | * | CASE NO. 2:05CV4046      |
|                                              | * |                          |

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S
### PRE-ADMITTED EXHIBIT LIST

Plaintiff hereby submits objections to the Defendant's pre-admitted exhibit list as set forth below.  Plaintiff's attempt to identify specific documents subject to Plaintiff's previously filed motions in limine is not a waiver of objections; Plaintiff reserves the right to assert any previously asserted in limine objections to the exhibits listed below.  Plaintiff reserves the right to supplement these objections or to raise additional objections at trial, as appropriate.

____ Fee_____
____ Process_____
_X__ Dktd_____
_✓__ CtRmDep_____
____ Doc. No _____

| Ex. # | Title | Objection |
|---|---|---|
| DX 002 | Letter from MRL to FDA re: Original IND: L-748, 731 | No Objection |
| DX004 | ICH-E1A Guideline for Industry: The Extent of Population Exposure to Assess Clinical Safety for Drugs...Conditions | No Objection |
| DX013 | Memorandum dated November 21, 1996 | No Objection |
| DX015 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) (1/16/97) | No Objection |
| DX022 | MRL Epidemiology Department Technical Report No. EPR7006.005.98 | Irrelevant. Hearsay. Lack of foundation. Document contains improper references to heart attacks in the general population in comparison to heart attacks in the pertinent study – MIL#1 |
| DX026 | Dr. Alan Nies' Write-Up for Meeting of Board of Scientific Advisors | Document contains improper references to GI events resulting from non-selective NSAIDs – MIL #8 |
| DX027 | Memo: Scientific Advisors' Meeting May 3-6, 1998, Programmatic Review, VIOXX Program | No Objection |
| DX030 | Minutes from Vioxx project team | No Objection |
| DX031 | Email from Scolnick to D. Anstice Subj: Vioxx | No Objection |
| DX038 | Memo from Denis Riendeau to Don Nicholson & Ike Gresser re: dog urinary prostaglandin study | No Objection |
| DX040 | "E. Clinical Safety" Vioxx Clinical Documentation | No Objection |
| DX043 | 11/26/98 Correspondence re: NDA | No Objection |
| DX050 | Letter from MRL to FDA re: NDA 46,894: Vioxx | No Objection |

| | | |
|---|---|---|
| | (Rofecoxib, MK-0966) Protocol Amendment | |
| DX058 | Email from D. Riendeau to B. Gertz re: dog urinary study-preliminary | Attachments are incomplete. Email has 5 attachments shown; only 3 attachments are included. |
| DX059 | Memo from J.P. Falqeyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by Cox-2 inhibitors | No Objection |
| DX060 | Memo to Denis Reindeau et al re: "Exploratory analysis of urinary metabolites from metabolism of 3H-6 keto PGF 1a in anesthetized dogs treated with Celecoxib" | No Objection |
| DX063 | Letter from MRL to FDA | No Objection |
| DX067 | PI 9183800 | No Objection |
| DX073 | Letter from FDA to MRL re: NDA 21-042 | No Objection |
| DX079 | CV SOP | No Objection |
| DX080 | PI 9183801 | No Objection |
| DX088 | Letter from MRL to FDA re: NDA 21-042: Vioxx (rofecoxib tablets) Special Supplement – Changes Being Effected | No Objection |
| DX091 | Letter form FDA to MRL re: NDA 21-042/S-003 | No Objection |
| DX114 | Email from D. Bjorkman to D. Shapiro | Improper character reference – MIL #4; Improper attempt to express an expert opinion – MIL #9 |
| DX116 | MRL letter to FDA re: IND 46,894: Vioxx (rofecoxib) Amendment to pending app | No Objection |
| DX 117 | Dear Investigator Ltr | No Objection |
| DX 119 | Press Release | No Objection |
| DX 125 | Fax from FDA to MRL | No Objection |

| | | |
|---|---|---|
| DX 134 | Merck Memo Raymond Bain's Alzheimer's Analysis | No Objection |
| DX 136 | Ltr to Robert Utiger from Claire Bombardier | No Objection |
| DX 145 | MRL Ltr to FDA re: NDA 21-042: Vioxx (rofecoxib tablets) Supplemental New Drug App, Vioxx Gastrointestinal Outcomes Research Study (VIGOR) | No Objection |
| DX 146 | PI 9183806 | No Objection |
| DX 147 | Emails including Ned Braunstein and Ed Scolnick re: report on APS patients – Memo Attached | No Objection |
| DX 148 | Ltr from FDA to MRL re: NDA -210042/S-007 | No Objection |
| DX 150 | Ltr from MRL to FDA re: NDA 21-042/S-007 Vioxx (rofecoxib tablets) NDA 21-052/S-004 Vioxx (rofecoxib oral suspension) | No Objection |
| DX 155 | Ltr from MRL to FDA re: NDA 21-042/S-004: Vioxx (rofecoxib oral suspension) Safety Update Report Vioxx Gastrointestinal Outcomes Research Study (VIGOR) | No Objection |
| DX 157 | Fax from FDA to MRL | No Objection |
| DX 173 | Ltr from MRL to FDA re IND 46,894: Vioxx (rofecoxib) Resp to FDA Req for Info | No Objection |
| DX 174 | Ltr from R. Silverman to J. Bull re: IND 46,894: Vioxx (rofecoxib) Info Amendment - Clinical | No Objection |
| DX 182 | Memo from D. Shapiro to R. Silverman | No Objection |
| DX 186 | Email from Scolnick to Nies, Reicin, Guess | No Objection |
| DX 187 | FDA Advisory Committee Hearing, Transcript | No Objection |
| DX 188 | Merck Slide Show Presentation to FDA Advisory Committee | No Objection |
| DX 189 | Press Release | MIL #8, Hearsay, Self-serving statements |
| DX 196 | Ltr from MRL to FDA re: NDA 21-042/S007: Vioxx (rofecoxib tablets) Amendments to Supplemental New Drug App | No Objection |
| DX 207 | Ltr from FDA to MRL re; NDA 21-042/S-007 NDA 21-052/S-004 | No Objection |
| DX 230 | Ltr from MRL to FDA re: NDA 21-042/S-007: Vioxx (rofecoxib tablets) Resp to FDA Req for | No Objection |

| | Info (Safety Update Report) | |
|---|---|---|
| DX 273 | PI 9183810 | No Objection |
| DX 277 | Fax from Gould to N. Braunstein re: Approval Ltr for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014, and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | No Objection |
| DX 285 | Ltr from MRL to FDA re: NDA 21-042: Vioxx (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis | No Objection |
| DX 288 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | No Objection |
| DX 291 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment (Combined Analysis of Thrombotic Cardiovascular Events in Placebo-Controlled Studies of Rofecoxib) | No Objection |
| DX 303 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | No Objection |
| DX 314 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | No Objection |
| DX 315 | PI 9556414 | No Objection |
| DX 319 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | No Objection |
| DX 321 | Letter from FDA to Merck | No Objection |
| DX 324 | Letter from FDA to MRL re: NDA 21-042 | No Objection |
| DX 338 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 re. Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk | No Objection |
| DX 339 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 re. Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk | No Objection |
| DX 341 | Letter from the FDA to sponsors of all non-steroidal anti-inflammatory drugs (NSAID) attaching the over-the-counter non-selective NSAIDs labeling template | No Objection |
| DX 350 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | No Objection |

| DX 352 | MRK-AEH0009025-MRK-AEH0009093 | No Objection |
|---|---|---|
| DX 353 | MRK-AFX0019242-MRKAFX0019402 | No Objection |
| DX 356 | OATES 001412-OATES 001415 | No Objection |
| DX 358 | TOP1PRO0000285 | No Objection |
| DX 360 | MRK-AAX0002760 | No Objection |
| DX 361 | MRK-AAX0002761-MRK-AAX0002766 | No Objection |
| DX 362 | MRK-AAX0002768-MRK-AAX0002850 | No Objection |
| DX 363 | MRK-ABC0022825-MRK-ABC0022878 | No Objection |
| DX 364 | MRK-ABX0002367-MRK-ABX0002404 | No Objection |
| DX 365 | MRK-AFL0000899-MRK-AFL0000903 | No Objection |
| DX 367 | MRK-NJ0315784-MRK-315837 | No Objection |
| DX 368 | MRK-AHR0009546 | No Objection |
| DX 369 | MRK-ABH0001077-MRK-ABH0001238 | No Objection |
| DX 370 | MRK-00420014017-MRK-00420014261 | No Objection |
| DX 371 | MRK-AAP0000407-MRK-AAP0000648 | No Objection |
| DX 373 | MRK-ABA0003235-MRK-ABA0003244 | No Objection |
| DX 374 | MRK-ABA0011062 | No Objection |
| DX 375 | TOP1PRO0000285 | No Objection |
| DX 376 | TOP1PRO0000279 | No Objection |
| DX 377 | EJT000323-EJT000324 | No Objection |
| DX 378 | 2000 NEJM 000001-2000 NEJM 000016 | No Objection |
| DX 380 | 2000 NEJM 000025-2000 NEJM 000027 | No Objection |
| DX 381 | 2000 NEJM 000005-2000 NEJM 000017 | No Objection |
| DX 383 | 2000 NEJM 000018 | No Objection |
| DX 384 | 2000 NEJM 000022-2000 NEJM 000024 | No Objection |
| DX 389 | MRK-AAB-0059566-MRK-AAB0059567, MRK-AAB0033543 | No Objection |
| DX 411 | MRK-00420016832-MRK-0042000016849 | No Objection |
| DX 434 | MRK-ABA0009311-MRK-ABA0009312 | No Objection |
| DX 436 | MRK-AAZ0001594 | No Objection |
| DX 479 | MRK-00420018274-MRK-00420018279 | No Objection |
| DX 481 | Public | No Objection |
| DX 482 | MRK-AFV0062199-MRK-AFV0062221 | No Objection |
| DX 486 | | No Objection |
| DX 487 | 2000 NEJM 000040-2000 NEJM 000043 | No Objection |
| DX 488 | | No Objection |
| DX 489 | 2000 NEJM 000235-2000 NEJM 000282 | No Objection |
| DX 490 | MRK-AAB0109378-MRK-AAB0109411 | No Objection |
| DX 491 | 2000 NEJM 000028-2000 NEJM 000038 | No Objection |
| DX 498 | MRK-ABK0040103-MRK-ABK0040243 | No Objection |
| DX 499 | MRK-AAB0003864-MRK-AAB0003971 | No Objection |
| DX 809 | Autopsy Report | No Objection |
| DX 828 | Wheeler Curriculum Vitae | No Objection |
| DX 830 | Wheeler Slide | No Objection |
| DX 831 | Wheeler Slide | No Objection |

| DX 832 | Wheeler Slide | No Objection |
|---|---|---|
| DX 833 | Wheeler Slide | No Objection |
| DX 853 | Wheeler Slide | No Objection |
| DX 854 | Wheeler Slide | No Objection |
| DX 912 | NEJM Suggestion for Transmittal to Authors 2000NEMJ0000136 | No Objection |
| DX 913 | Ltr from NEJM (Kaplan) to Bombardier re: Revising manuscript 2000NEMJ000025- 2000NEMJ000027 | No Objection |
| DX 914 | Emailed Ltr from Reicin and Shapiro to NEJM re: response to the Expression of Concern that was on website 12/8/2005 and in 12/29/05 NEJM NEJM 001111- NEJM 001114 | No Objection |
| DX 915 | Email between Snigdha and Drazen re: VIGOR NEJM001093-NEJM001097 | No Objection |
| DX 917 | Suggestion for Transmittal to Authors 2000NEMJ000025- 2000NEMJ000138 | No Objection |
| DX 929 | NEJM response to revisions made by Merck MRK-AAD0019397- MRK-AAD0019398 | No Objection |
| DX 930 | Ltr to Dr. Robinette, Podiatrist from Melin MRK-AKT0720077-MRK-AKT0720080 | Objection 401, 403 |
| DX 936 | Ltr from Silverman to FDA Safety Update Report MRK-0520004122-MRK-N0520004124 | No Objection |
| DX 937 | Ltr from Silverman to FDA Draft Background Package for Arthritis Drug Committee MRK-00420029550 | No Objection |
| DX 938 | Press release from Merck re FDA's review of Revised labeling regarding VIGOR MRK-PRL0000170-MRK-PRL0000172 | No Objection |
| DX 940 | VIGOR Data Analysis Plan MRK-00420014517-MRK-00420014603 | No Objection |

Respectfully submitted,

By:

**Andy D. Birchfield, Jr.**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the **2nd** day of February, 2006.