UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § § § § § | MDL No. 1657<br><br>SECTION: L<br><br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:<br><br>*Carol Jones v. Merck & Co., Inc.*<br>No. 2:05CV3434 | | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAROL JONES

COMES NOW, Kenneth W. Lewis and the law firm of Bush Lewis, PLLC and Mitchell Toups and the law firm of Weller, Green, Toups & Terrell, LLP, counsel for Carol Jones, Plaintiff, and request permission to withdraw from representing Plaintiff and would show this Court as follows:

I.

Plaintiff and Counsel have irreconcilable differences on how to proceed with this litigation and, as such, Counsel requests permission to withdraw.

II.

Plaintiff was notified in writing by U. S. certified mail on July 13, 2005 of Counsel's intention to withdraw and advised that new counsel must be retained. As of today's date, Counsel has received no response from the Plaintiff nor has Counsel been notified of a substitution of counsel or that the Plaintiff has retained new counsel.

III.

The Plaintiff's last known address is: Carol Jones, 2380 South 9th Street, Beaumont, Texas 77701.

IV.

Copies of this Motion have been served upon the Plaintiff and all other parties.

V.

This Motion is not filed for the purpose of delay, but in order that justice be served in this proceeding.

**WHEREFORE, PREMISES CONSIDERED**, Kenneth W. Lewis and the law firm of Bush Lewis, PLLC and Mitchell Toups and the law firm of Weller, Green, Toups & Terrell, LLP respectfully request that this court make an order permitting them to withdraw from this cause.

Respectfully submitted,

BUSH LEWIS, PLLC
1240 Orleans Street
Beaumont, TX 77701
409/835-3521
409/835-4194 (Fax)

By: _____
Kenneth W. Lewis
Ken.L@bushlewis.com
Texas Bar #12295300

MITCHELL A. TOUPS
WELLER, GREEN, TOUPS & TERRELL
P. O. Box 350
Beaumont, Texas 77704
409/838-0101
409/832-8577 (Fax)
MAToups@wgttlaw.com
Texas Bar #20151600

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel for Plaintiff Carol Jones has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this the 25th day of January, 2006.

_____
KENNETH W. LEWIS