UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -3  AM 9: 23

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION | § MDL No. 1657 |
| | | § |
| | | § SECTION: L |
| THIS DOCUMENT RELATES TO: | | § |
| *Carol Jones v. Merck & Co., Inc.* No. 2:05CV3434 | | § JUDGE FALLON § MAGISTRATE JUDGE KNOWLES |

### ORDER

On this day came on to be heard Motion to Withdraw as Counsel for Plaintiff of Kenneth W. Lewis and the law firm of Bush Lewis, PLLC and Mitchell Toups and the law firm of Weller, Green, Toups & Terrell, LLP and the Court having considered same, is of the opinion that said Motion should be, in all things, GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that Kenneth W. Lewis and the law firm of Bush Lewis, PLLC and Mitchell Toups and the law firm of Weller, Green, Toups & Terrell, LLP are permitted to withdraw as counsel of record for Plaintiff and that neither Kenneth W. Lewis and the law firm of Bush Lewis, PLLC nor Mitchell Toups and the law firm of Weller, Green, Toups & Terrell, LLP shall henceforth be, in any manner, responsible for any matters in the named Plaintiff's causes of action. The clerk is directed to make the necessary changes.

SIGNED this 2d day of Feb, 2006.

_____
JUDGE PRESIDING

___ Fee_____
___ Process____
X  Dktd_____
_  CtRmDep____
___ Doc. No____