ORIGINAL SIGNED BY JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1 PM 3:36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE DECLARATION OF PHILLIP A. WITTMANN
IN SUPPORT OF MERCK & CO., INC.'S REPLY MEMORANDUM IN SUPPORT
OF MOTION TO EXCLUDE TESTIMONY OF MICHAEL ALAN GRAHAM, M.D.**

Defendant Merck & Co., Inc., through undersigned counsel, and moves this Honorable Court for Leave to File the attached Declaration of Phillip A. Wittmann. The Declaration supports the reply memorandum filed today in this matter.

1

Fee____
Process____
X  Dktd____
____ CtRmDep____
____ Doc. No____
792029v.1

WHEREFORE Defendant prays that this Court grant to leave to file the Declaration of Phillip A. Wittmann in Support of Merck & Co., Inc.'s Reply Memorandum in Support of Motion to Exclude Testimony of Michael Alan Graham, M.D.

    Respectfully submitted,

    */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana  70130-3588
    Phone:  504-581-3200
    Fax:    504-581-3361

    Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Motion to File Declaration of Phillip A. Wittmann in Support Merck & Co., Inc.'s Reply Memorandum in Support of Motion to Exclude Testimony of Michael Alan Graham, M.D. has been served on Liaison Counsel Russ Herman by e-mail and by Federal Express, upon Andy Birchfield by e-mail and by Federal Express, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 1st day of February, 2006.

_____
Dorothy H. Wimberly

792029v.1