```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2006 FEB -3  AM 9:23

                                      LORETTA G. WHYTE
                                            CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | MDL Docket No. 1657 |
| * | |
| PRODUCTS LIABILITY LITIGATION * | SECTION L |
| * | |
| * | JUDGE FALLON |
| This document relates to * | |
| Case No. 05-4046* * | |
| * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT * | |
| as Personal Representative of the Estate of * | |
| RICHARD IRVIN, JR., * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | |
| * | |
| MERCK & CO., INC., * | |
| * | |
| Defendant. * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing defendant's Motion to File Declaration of Phillip A. Wittmann in Support Merck & Co., Inc.'s Reply Memorandum in Support of Motion to Exclude Testimony of Michael Alan Graham, M.D.,

IT IS HEREBY ORDERED that said Declaration be filed.

1



In New Orleans, Louisiana this _____ day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

792029v.1