**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| **This document relates to Case No. 05-4046*** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **EVELYN IRVIN PLUNKETT** as Personal Representative of the Estate of **RICHARD IRVIN, JR.,** | * | |
| Plaintiff, | * | |
| vs. | * | |
| **MERCK & CO., INC.,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * *

**DECLARATION OF PHILLIP A. WITTMANN IN SUPPORT OF MERCK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF MICHAEL ALAN GRAHAM, M.D**

I, PHILLIP A. WITTMANN, by way of declaration, say:

1. I am an attorney in the law firm of Stone Pigman Walther Wittman L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter. I make this declaration in support of Merck's Reply Memorandum in Support of Motion to Exclude Testimony of Michael Alan Graham, M.D, filed concurrently herewith. I have personal

___ Fee
___ Process
X Dktd
✓ CtRmDep
___ Doc. No

knowledge to state that the following exhibits, which are attached to this declaration, are true and correct copies of the documents they purport to be.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the trial transcript in *Plunkett v. Merck*, No. 05-4046, MDL No. 1657 (E.D. La. filed August 23, 2005).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the January 25, 2006 deposition of Michael Alan Graham, M.D., taken in connection with this action.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the October 18, 2005 deposition of Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A., taken in connection with this action.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the October 6, 2005 deposition of Thomas Baldwin, M.D., taken in connection with this action.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the October 10, 2005 deposition of Winston H. Gandy, Jr., M.D., taken in connection with this action.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the October 4, 2005 deposition of Joseph L. Burton, M.D., taken in connection with this action.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the October 5, 2005 deposition of Colin M. Bloor, M.D., taken in connection with this action.

Respectfully submitted,

Phil Wittmann

Phillip A. Wittmann
Attorney for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Declaration of Phillip A. Wittmann in Support of Merck's Reply Memorandum in Support of Motion to Exclude Testimony of Michael Alan Graham, M.D. has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 1st day of February, 2006.



**Exhibit 1: *Plunkett v. Merck (Plunkett I)* Trial Transcript**

[331:4] - [331:12] 11/30/2005 Irvin Trial Day 2 - Bloor, Goldstein, Irvin R, Anstice

page 331
Q. AND THE OPINION THAT YOU'RE GIVING TODAY IS THAT, SINCE THERE WAS NO PLAQUE RUPTURE, THE SOMETHING ELSE THAT CAUSED THE PLAQUE MUST HAVE BEEN VIOXX. RIGHT?
A. WELL, SINCE THERE IS NO PLAQUE RUPTURE AT THE SITE WHERE THIS NONATTACHED THROMBUS IS LOCATED, I CONSIDERED WHAT OTHER FACTORS MAY BE. AND KNOWING THAT THE PATIENT WAS ON VIOXX AND ON THE ASSUMPTION, THE BASIS FOR WHICH I'VE STATED BEFORE, THAT IT'S A PROTHROMBOTIC AGENT, THAT THIS IS WHY I'VE CONSIDERED IT TO BE A SUBSTANTIAL CONTRIBUTORY FACTOR TO THE CAUSE OF DEATH.

[334:9] - [334:15] 11/30/2005 Irvin Trial Day 2 - Bloor, Goldstein, Irvin R, Anstice

page 334
Q. OKAY. SO THAT'S YOUR EXPERT REPORT. AND THEN YOUR TESTIMONY TODAY, NUMBER 1, YOU SAY THERE WAS NO PLAQUE RUPTURE. RIGHT?
A. I SAID, "THERE IS NO SIGN OF PLAQUE RUPTURE AT THE SITE OF THE NONATTACHED THROMBUS."
Q. WAS THERE A PLAQUE RUPTURE SOMEWHERE ELSE?
A. I HAVE NOT SEEN THAT.

[345:9] - [345:23] 11/30/2005 Irvin Trial Day 2 - Bloor, Goldstein, Irvin R, Anstice

page 345
Q. LET ME ASK YOU THIS QUESTION AND TELL ME WHETHER YOU CAN SAY IN GENERAL YES. OKAY? HERE IS THE QUESTION: IF YOU SAW PLAQUE RUPTURE AND AN ASSOCIATED THROMBUS SUCH THAT YOU CONCLUDED THAT THE PLAQUE RUPTURE CAUSED THE THROMBUS, IT WOULD BE YOUR OPINION, TO A REASONABLE MEDICAL PROBABILITY, THAT THE PLAQUE RUPTURE CAUSED MR. IRVIN'S DEATH? WOULD YOU AGREE WITH THAT?
A. YES.
Q. AND WOULD YOU AGREE THAT, IN THAT CASE, IT WOULD NOT BE VIOXX?
A. AGAIN, IF THAT LESION, WITH THE QUALIFICATIONS THAT I'VE ALREADY CITED, YES, I WOULD COME TO THAT CONCLUSION.
Q. SO IF THERE WAS PLAQUE RUPTURE, THAT WOULD BE THE PROBABLE CAUSE OF DEATH RATHER THAN VIOXX, RIGHT?
A. AS I SAID, YES, IF IT MET THOSE CONDITIONS.

EXHIBIT
1
Blumberg No. 5119

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

[11:23] - [11:25] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 11
Q. All right. So your opinion is that Mr. Irvin suffered a plaque rupture, correct?
A. Yes.

[13:8] - [13:12] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 13
Q. All right. Notwithstanding the fact you don't see -- to your eyes see a plaque rupture in the slides, you certainly agree that Mr. Irvin had a plaque rupture? That's your opinion?
A. That's my opinion, yes.

[39:14] - [40:5] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 39
Q. I take it that -- you certainly never conducted a adequate review of the cardiovascular safety of Vioxx prior to being contacted by plaintiff's counsel, correct?
A. I'm not sure what you mean by adequate.
Q. Well, other than --
A. For my purposes of time, just casual reading was all I needed. As far as reviewing specifically as to looking at kind of what all was out there and how the different opinions balanced, I did not.
Q. And you certainly -- other than perhaps
page 40
flipping through Vioxx-related articles in the New England Journal, prior to being contacted by plaintiff's counsel had you done any review of the cardiovascular safety of the drug?
A. No.

[42:14] - [42:17] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 42
Q. So really you've got maybe eight or nine hours in total that possibly could be connected to your review of the cardiovascular safety of Vioxx?
A. Yeah.

[43:15] - [43:25] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 43
Q. All right. So those eight or nine hours included review of the medical records, your review of portions of three trial days, your review of nine depositions, and your review of 67 medical articles?
A. Uh-huh.
Q. And we can't forget expert reports. You've got listed here Ray, Lucchesi, Fletcher, and Wheeler, right?
A. Right.
Q. And you read those too?
A. Uh-huh.

[54:7] - [54:12] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 54
Q. You're not saying, sir, that just because someone had a heart attack while taking Vioxx, that Vioxx is a contributory role in each such heart attack, right?
A. No. I think you have to look at all the



**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

information that's available.

[55:24] - [56:6] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 55

Q. All right. So you're not just saying in your report that it is probably the case that
page 56
Mr. Irvin was in the high risk group. You're saying it is probably the case that Vioxx contributed to Mr. Irvin's death simply because the relative risk is greater than two?

A. And he fits into that group who is at increased risk, yes.

[56:7] - [56:22] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 56

Q. All right. But then you know or certainly expect that there are lots of people who would fit in this high risk group where Vioxx did not play a contributory role?

A. Yes. There are people in that group that Vioxx would not have played a role, but again, when you look at the individual and you put him in relation, the probability is he is in the high risk side.

Q. Right. But that -- so if we take your sentence seriously, you would be opining that individually anyone who is taking Vioxx who had a heart attack, more likely than not Vioxx contributed to the heart attack?

A. If you take them one at a time, that would be correct, yes.

[61:3] - [61:20] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 61

Q. Neither do I. Let's see if we can find it in here. Just so we understand your methodology for giving a specific cause opinion, the methodology you applied here suggests that on an individual basis you would say anyone who temporally had a heart attack while on Vioxx, more likely than not Vioxx was a contributory cause, correct?

MR. VANDEVER: Object to the form of the question. It's argumentative and misstates the testimony.

A. Assuming that we're talking about individuals having heart attacks based on coronary artery disease, yeah, if you pulled an individual patient and presented it to me, I think that would be the probability, yes.

Q. (By Mr. Ismail) And that's the method you applied here?

A. Yes.

[88:17] - [91:20] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 88

Q. What evidence, sir, do you have that Vioxx reduces prostacyclin specifically in the vascular system?

A. If you take endothelial cells and block COX-2, they don't make as make prostacyclin.

Q. And you think that's been shown in some research?

A. Yeah, I think that has, and the article that I referred to earlier in the Journal of Vascular
page 89

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

Research cites at least two what they refer to as recent experimental studies that have demonstrated arterial thrombogenicity related to COX-2 inhibition.
Q. Can you tell me which articles you believe demonstrate that Vioxx inhibits production of prostacyclin in the endothelial?
A. I'd have to go back and look through all the articles. I don't know whether it was specifically Vioxx they were looking at or whether they were looking at more of a class effect with the COX-2 inhibitors. I'd have to go back and try to pull those original articles.
Q. Do you think they're on your list of Exhibit 4?
A. The one that I mentioned earlier that may not be on the list, I -- there's probably a pretty good chance that it's in there.
Q. It's in where?
A. The article I just talked to you about.
Q. Is in Exhibit 4 or --
A. No. The one I told you may not be in there that I referred to you out of the Journal of Vascular Research. They cite articles in there that deal I think with this issue, and I suspect they're cited in there.

page 90

Q. Other than this article that may not be on Exhibit 4, can you recall reading any article which purported to establish that COX-2 inhibition reduced prostacyclin production in the endothelium?
A. You know, it's been referred to in a number of articles, and I couldn't tell you which one. It's something I said okay, that's part of the biologic plausibility. I really wasn't interested in going back to the original articles to try to ferret it out.
Q. It's been referred to as a theory of COX-2 inhibition. I'm asking whether it's ever been established to be true?
A. Again, I'd have to go back and look at the articles to see what's established and how far you want to go with it. It's not something that I really dwelled on. It wasn't really a big issue for me. It made sense to me. I said fine.
Q. All right. Well, let's be clear. You are not giving the opinion, sir, are you, that Vioxx in fact reduces prostacyclin production in the endothelium?
A. No, I'd have to look and see what the literature says and see if they specifically use Vioxx to conduct those studies versus some other COX-2 inhibitor.

page 91

Q. What you said is -- in your prior answer is you went back to the articles. It wasn't really a big issue for me. It made sense to me, and I said fine. That's not really an investigation into the pharmacology of the drug, is it?
A. Again, you asked me whether I guess -- I looked at the COX-2's. Now, whether those particular studies used Vioxx, you know, I don't recall. And again, I'd be happy to go back and look through the articles and tell you, you know, if in their experimental protocol they happened to use Vioxx versus some other COX-2 inhibitor.
Q. What I'm trying to get at is what -- I'm trying to understand what your opinion actually is. Are you or are you not giving the opinion that Vioxx in fact reduces prostacyclin production in the endothelium?
A. The COX-2 inhibitors do. Whether they specifically tested Vioxx, I would want to go back and

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

look.

[107:12] - [108:1] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 107
Q. Okay. Now, with respect to prostacyclin inhibition, would you agree that not all inhibition of prostacyclin in the endothelium will have clinical relevance to a patient?
A. Yes.
Q. Are you aware -- withdrawn.
Do you have an opinion what degree of prostacyclin inhibition in the vascular system is needed in order to increase the risk of cardiac events?
A. No.
Q. Do you have an opinion as to what degree Vioxx inhibits prostacyclin production in the vascular system?
page 108
A. No.

[133:18] - [134:12] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 133
Q. And if the content -- if the lipid contents of a plaque come in contact with the blood, would you agree that it's the body's natural response to form a clot at that site?
A. Or thrombus, yes.
Q. Same thing as a clot?
A. No.
Q. It's not?
page 134
A. No. Technically a thrombus is coagulation of the blood in a flowing stream of blood. A clot is coagulation of blood that's not in a flowing stream of blood. So if I put blood in a cup and it congeals, that's a clot.
Q. All right.
A. In an artery it's a thrombus.
Q. Then let's make sure the record is clear. If the lipid contents of a plaque come in contact with the blood, you would agree that it is the body's natural response to form a thrombus at that site?
A. Yes.

[136:11] - [136:21] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 136
Q. Okay. Just so we get our terminology straight, is plaque rupture the term you want to use for Mr. Irvin's mechanism of death? Are you okay with that term?
A. Let's stay away from the term mechanism of death because that means something different to a death certifier probably than it does to what you want to talk about.
Q. All right.
A. As far as how -- what led to Mr. Irvin's coronary thrombosis, I think there was plaque rupture.

[137:25] - [138:5] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 137
Q. And you recall that -- do you recall the
page 138
experiment that Egan ran?
A. No. Off the top of my head, I don't. I saw that he did it, and I kind of glanced over it and

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

said fine. It's just another proposed mechanism. I'm not saying it is or is not what happened.

[138:6] - [138:21] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 138

Q. All right. Let's be clear. Are you giving the opinion that Vioxx increases the risk of plaque rupture?
A. I don't know if it does or not.
Q. You're not going to give that opinion, right?
A. I'm going to say that is a proposed mechanism. There are theoretical concerns that it may contribute to that, but I don't think it's been demonstrated that it does.
Q. Those theoretical concerns have not convinced you to a reasonable degree of medical certainty, correct?
A. That it's actually operative, yeah. I think it addresses biologic plausibility. It doesn't mean that it happens.

[138:6] - [138:9] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 138

Q. All right. Let's be clear. Are you giving the opinion that Vioxx increases the risk of plaque rupture?
A. I don't know if it does or not.

[138:10] - [138:15] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 138

Q. You're not going to give that opinion, right?
A. I'm going to say that is a proposed mechanism. There are theoretical concerns that it may contribute to that, but I don't think it's been demonstrated that it does.

[138:22] - [139:11] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 138

Q. Do you recall that Egan's experiment was on animals?
A. I think it was genetic defect. I don't know if it was hamsters or mice, I think.

page 139

Q. Right. Genetically-modified mice?
A. Okay, yeah.
Q. And he gave them a thromboxane receptor antagonist.
A. As I recall, that's correct.
Q. And in fact, when he just inhibited COX-2 he saw no instability of the plaque. It was only in combination with thromboxane inhibitor antagonists and COX-2 inhibition?
A. I'd have to go back and read it. I didn't go through the details of his methodology.

[139:23] - [140:2] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 139

Q. You would agree that Egan's experiment with genetically-modified mice does not mean this phenomenon of COX-2 inhibition leading to plaque

page 140

instability actually happens in people, correct?
A. I would agree with that.

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

[140:3] - [140:6] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 140

Q. Certainly you would agree that it has not been generally accepted that COX-2 inhibition causes plaque instability in humans?
A. Yeah, I would agree with that.

[145:1] - [147:25] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 145

Q. That's fine. Let me restate my question. Certainly tens of thousands of individuals die every year in this country where death from a heart attack is their first --
A. Known manifestation.
Q. -- known manifestation of heart disease?
A. Yes.
Q. Okay. Just like Mr. Irvin, right?
A. As far as we know he never had anything before that, you know, could be distinctly related to his heart.
Q. Right. And do you have a sense, sir, what percentage of the people who have a cardiac related death where plaque rupture was the mechanism of the death?
A. Oh, again, a lot depends upon what population you're looking at, whether it's a hospital population or emergency room population or a medical examiner's population. I think most of the medical examiner populations will show at least some plaque alteration about sixty percent of the time. If in the medical examiner populations you restricted the patients who have had no evidence of previous myocardial infarction, either acute or scarring from one, it's about half.

page 146

Q. Okay. So in terms of the percentages here, maybe a quarter to a third of all individuals who die from heart disease in this country had no prior evidence of a myocardial infarction, and plaque rupture was the reason for the sudden cardiac death?
A. I'd have to do the math.
Q. Try to take a half of a half.
A. But it's a common event.
Q. All right. Certainly an event that happens tens of thousands of times every year?
A. Yes.
Q. How many individuals die every year say in the last five years from heart disease?
A. Oh, geez. You mean all kinds of heart disease or coronary disease?
Q. Coronary heart disease.
A. Coronary disease, you probably see about a half a million a year.
Q. And so probably over a hundred thousand of them are individuals like Mr. Irvin who had no prior MI, and had some sort of plaque rupture or disruption that gives rise to the sudden cardiac death?
MR. VANDEVER: Object to the form of the question, his reference just like Mr. Irvin.
A. Let's see. I mean, there's generally about

page 147

three to four hundred thousand sudden deaths a year related to the heart disease. Most of those are related to coronary disease. About sixty percent will have some plaque disruption. It may not be full plaque rupture. Some are just plaque erosions, but most of those are also plaque rupture. I think -- again, depending on the series you look at, seventy percent or so are plaque ruptures and about thirty

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

percent are plaque erosions.
Q. (By Mr. Ismail) Of the three to four hundred thousand sudden cardiac deaths?
A. No, the people who have plaque disruption of some sort, about seventy percent in some series are plaque rupture, and about thirty percent are just erosion.
Q. Got it. So whether we're at hundred of thousand or tens of thousands, certainly many, many, many people die every year from plaque disruptions or erosions or ruptures even though they have no prior myocardial infarction, correct?
A. Yes.
Q. And that was true in the many years before Vioxx came on the market, and that's been true in the year since Vioxx has been off the market, right?
A. Yes.

[148:8] - [148:25] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 148
Q. (By Mr. Ismail) Do you have a sense, sir, what the average degree of occlusion is for those individuals who had a plaque rupture result in sudden cardiac death?
A. You mean acute plaque rupture?
Q. Yes.
A. It tend to be a subcritical lesion. I don't know what the percentage is, but most commonly those occur in subcritical lesions.
Q. So the most common type of patient who has a acute fatal plaque rupture are like Mr. Irvin in they have a subcritical occlusion, right?
A. Yeah. Most -- typically the plaque rupture is in a subcritical lesion, yeah.
Q. Something like sixty percent?
A. Or less.
Q. Or less?
A. Often less.

[156:10] - [156:19] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 156
Q. All right. So let's make sure I understand specifically what you're saying. Mr. Irvin's sudden cardiac death on May 15th, 2001 was similar to literally hundreds of thousands of Americans before Vioxx was ever on the market in that he had a nonflow limiting amount of plaque in his coronary artery disease that ruptured that exposed his blood to a thrombogenic plaque core that resulted in a fatal thrombus?
A. Yeah. In that sense it was similar, yes.

[156:20] - [157:9] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 156
Q. Now, can you say, sir, with any degree of medical certainty that Vioxx results in a clinically relevant imbalance between thromboxane and prostacyclin in every patient who takes the drug?
A. I certainly can't say that in every patient who takes the drug. I think, again, we talked about
page 157
the concept of biologic plausibility, and I think that that fits into that category. That hasn't been demonstrated in every patient. Obviously not.
Q. And certainly there's no evidence you've seen from the medical records or the pathology to say that Vioxx caused a clinically relevant imbalance between thromboxane and prostacyclin in Mr. Irvin?

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

MR. VANDEVER: Object to the form.
A. The medical records doesn't mention that.

[157:16] - [157:24] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 157
Q. And you can't look at his autopsy, his slides, or his medical records and say that in fact Vioxx caused an imbalance between thromboxane and prostacyclin in Mr. Irvin, correct?
MR. VANDEVER: Object to the form of the question.
A. You can't demonstrate it. I think that's the most likely explanation for what happened to him, but there's no way to demonstrate that.

[161:16] - [161:25] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 161
Q. (By Mr. Ismail) So we have a process that starts a clot forming in Mr. Irvin that you cannot say began because of Vioxx, correct?
A. Yeah. You can't say more likely than not that that caused the plaque to rupture. I would agree with that.
Q. When you say it, you mean you cannot say that Vioxx more likely than not caused the plaque to rupture?
A. Correct.

[162:14] - [162:19] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 162
Q. Right. But as we discussed, tens of thousands of Americans every year have a plaque rupture, it begins to form a clot, and that clot progresses to sudden cardiac death, correct?
A. They have thrombus, and one of the manifestations of thrombus is commonly sudden death.

[162:20] - [162:24] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 162
Q. Right. So Mr. Irvin was on that path, and you can't say Vioxx more than likely than not started him on that path, right?
A. Yeah. I don't think you can say more likely than not that it started the path.

[163:23] - [166:1] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 163
Q. Right. But what I'm talking about is if you saw a patient who on pathology showed a plaque rupture that progresses to a fatal thrombus just like
page 164
Mr. Irvin's, and the pathology looked the same, you wouldn't look at that and say, boy, something strange is going on here, right?
A. Oh, I would agree with that.
Q. In fact, you'd look at that and say, well, this man unfortunately died from a plaque rupture where he had no prior ischemic event and he didn't know he had a vulnerable plaque, but what happened here is a very common event in this country?
MR. VANDEVER: Object to the form of the question.
A. I would agree with that.
Q. (By Mr. Ismail) So then you -- in Mr. Irvin's case, so he's now exactly like the

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

individual whom you look at where you say there's nothing unusual going on here, and he's taking Vioxx at the same time of his death?
A. He is different than most other people because he is in fact taking Vioxx. Because when you look at let's say vulnerability to a sudden death, you have to consider obviously the plaque, but you also got to consider what's going on in the rest of the patient, including the likelihood that thrombus formation kind of gets out of control and goes on to complete occlusion, and is there something that would
page 165
promote that.
Q. Right. But if Mr. Irvin wasn't taking Vioxx, you can't say that he wouldn't have died from his plaque rupture, right?
A. Can't say that he wouldn't have, nor could you say that he would have.
Q. You don't know either way?
A. Yeah. There's no way because he was taking Vioxx. You can't go back and say -- again, if you say, okay, here's a man who is not taking Vioxx and he gets a plaque rupture, would it surprise me that he would go on to die, no, it would not. On the other hand, what's that individual plaque going to do, more often than not it's going to heal.
Q. Did you see any evidence in the pathology that Mr. Irvin had prior evidence of healed plaque ruptures?
A. Not in the limited amount of material that we had, but obviously there's -- they didn't examine him with the intention of looking at that because then what they would have had to do is basically look at all of his coronary arteries. They didn't do that.
Q. All right. Mr. Irvin, had he not been taking Vioxx, his plaque rupture still could have resulted in death, correct?
page 166
A. Oh, yes.

[181:14] - [181:18] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 181
Q. So it's biologically plausible that Vioxx actually stabilizes plaque, correct?
A. It's biologically plausible that there is a component of the effect of Vioxx that could lead to plaque stabilization.

[190:7] - [191:3] 1/25/2006 Graham, Michael (Irvin-Plunkett)

page 190
Q. Do you recall from the APPROVE trial that there was no difference in relative risk over the first eighteen months of the trial?
A. I know that's what they indicated, but obviously as Dr. Ray has interpreted that data he from a statistician standpoint says that is not an appropriate interpretation.
Q. And you're accepting Dr. Ray's interpretation over others?
A. His explanation seemed pretty good to me. Now, if there's other people that disagree with him, I'd be happy to hear what those disagreements are. But again, you're getting into subgroups within a study, and that is something I think that a statistician or epidemiologist really has to look carefully at.
Q. All right. So you're not qualified to tell us based on your review of the APPROVE data whether or not APPROVE demonstrates an increased risk for Vioxx

**Exhibit 2: Jan. 25, 2006 Deposition of Michael Alan Graham, M.D.**

page 191

in the first eighteen months, correct?

A. I would have to go back and look at it. But I'm not intending to offer that opinion.

**Exhibit 3: Oct. 18, 2005 Deposition of Benedict Lucchesi, M.D.**

[331:21] - [332:6] 10/18/2005 Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

page 331

Q. Would you agree, sir, that there's not a single piece of peer-reviewed medical literature that demonstrate even in an animal model that Vioxx contributes to plaque rupture in the coronary artery?

MR. SIZEMORE: Object to form.

page 332

A. There may not be today.

BY MR. ISMAIL:

Q. Are you agreeing, sir, or not?

MR. SIZEMORE: Same objection.

A. I'll agree to that because I don't know of any literature that relates to that specific point.

EXHIBIT

3

Blumberg No. 5119

**Exhibit 4: Oct. 6, 2005 Deposition of Thomas Baldwin, M.D.**

[139:7] - [139:12] 10/6/2005 Baldwin, Thomas (Irvin Plunkett Pltf. Expert)

page 139

Q. Okay. There was a lot of may's in there, so let me see if I can ask this question. You're not aware of any study, literature, or clinical trial that has demonstrated an increased risk of plaque rupture associated with Vioxx, correct?

A. Correct.

Blumberg No. 5119 EXHIBIT 4

**Exhibit 5: Oct. 10, 2005 Deposition of Harold Gandy, M.D.**

[183:16] - [183:18] 10/10/2005 Gandy, Winston Harold (Irvin-Plunkett Pltf. Expert)

page 183

Q. Are you aware of any scientific evidence that Vioxx increases the risk of plaque rupture?

A. I have not seen it.

[227:12] - [227:14] 10/10/2005 Gandy, Winston Harold (Irvin-Plunkett Pltf. Expert)

page 227

Are you aware of any data to suggest that Vioxx contributes to plaque rupture?

A. I do not specifically recall.

Blumberg No. 5119
EXHIBIT
5

**Exhibit 6: Oct. 4, 2005 Deposition of Joseph Burton, M.D.**

[271:11] - [271:21] 10/4/2005 Burton, Joseph - (Irvin-Plunkett Pltf. Expert)

page 271

Q. Would you agree with me that Vioxx played no role in rendering his plaque any more vulnerable than it was?

A. I'll agree that I personally don't know how that would have happened, but I can't say that I know enough about it, pharmacologically, to absolutely rule it out.

Q. You will not be opining at trial that Vioxx contributed to rendering Mr. Irvin's plaque more vulnerable, correct?

A. Yes. That's correct.

[295:8] - [295:13] 10/4/2005 Burton, Joseph - (Irvin-Plunkett Pltf. Expert)

page 295

Q. So you're not going to come to trial and opine that Vioxx contributes to the disrupture, or rupture of plaque, correct?

A. No, sir. It would be one of those things I'd have to depend on a hypothetical, or someone else's prior testimony.

Blumberg No. 5119 EXHIBIT 6

**Exhibit 7: Oct. 5, 2005 Deposition of Colin Bloor, M.D.**

[116:2] - [116:9] 10/5/2005 Bloor, Colin - (Irvin-Plunkett Pltf. Expert)

page 116

Q Okay. So I guess what I'm really getting at is: Are you aware of any study that shows that Vioxx makes atherosclerotic plaque more vulnerable or more unstable?
A I am not aware of any such study being done.
Q Okay. So the answer is no?
A Yes.

Blumberg No. 5119
EXHIBIT
7