MINUTE ENTRY
FALLON, J.
FEBRUARY 1, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

A status conference in this matter was held on the above referenced date in the Chambers of Judge Eldon E. Fallon. Numerous members of both the Plaintiffs' Steering Committee and Defendant's Steering Committee participated on behalf of their respective committees. The parties discussed the current trial selection process. After considering the issues,

IT IS ORDERED that the *Borowitz* case will be tried on June 12, 2006.

IT IS FURTHER ORDERED that May 8, 2006, and May 15, 2006, will be set aside as dates for the *Diaz* trial.

IT IS FURTHER ORDERED that a status conference shall be held on February 15, 2006, at 1:30 p.m. At this conference, Plaintiffs' Liaison Counsel should be prepared to confirm the date of the *Diaz* trial. In addition, the parties shall each provide the Court with two lists of five case. The first list shall consist of cases filed in federal district courts in Louisiana. The second list shall consist of cases filed in federal district courts outside of Louisiana. These two lists shall

JS10(01:45)

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___

comprise the pool of cases that will be selected for early trials. From these ten cases, each side shall be allowed to strike two of the other sides' cases. The six remaining cases shall then serve as the final pool from which the Court may draw cases for early trial.

IT IS FURTHER ORDERED that Plaintiffs' Liaison Counsel shall a status conference shall be held on Wednesday, February 1, 2006, at 8:00 a.m. At this conference, the parties should be prepared to pick cases for trial and dates for each trial.