MINUTE ENTRY
FALLON, J.
FEBRUARY 2, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**BEFORE JUDGE ELDON E. FALLON**
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Cathy Pepper

Appearances:
for the plaintiffs: Arnold Levin, Esq., Elizabeth Cabraser, Esq.
for the defendant: John Beisner, Esq., Jessica Miller, Esq.

1) Motion of defendant, Merck & Co., Inc., to Dismiss Plaintiffs' Medical Monitoring Master Class Action Complaint:   (#1350)

2) Motion of defendant, Merck & Co., Inc., to Dismiss Plaintiffs' Purchase Claims Master Class Action Complaint:   (#1352)

3) Motion of the Plaintiffs' Steering Committee for Certification of a Nation-Wide Class Action for Personal Injury and Wrongful Death:   (#2171)

Argument on all three motions. TAKEN UNDER SUBMISSION.

JS-10:   2:25

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____