# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0478 | MRK-NJ0061275 | MRK-NJ0061276 | 06/06/2000 | Memo from Thomas Capizzi to Paige Reagan Re: VIGOR Amended DAP Process |
| 1.0479 | MRK-NJ0066297 | MRK-NJ0066301 | | Charts re: VIGOR: Myocardial Infarctions Over Time |
| 1.0480 | MRK-NJ0080219 | MRK-NJ0080219 | 08/16/2001 | Shapiro custodial file: fda on dsmb1.doc |
| 1.0481 | MRK-NJ0085923 | MRK-NJ0085926 | 09/12/2000 | Memo from Deborah Shapiro re: Unblinding of Merck Personnel to Limited Data to the Ongoing Alzheimer's Studies-Revised |
| 1.0482 | MRK-NJ0087216 | MRK-NJ0087296 | 09/10/1999 | VIGOR Data Analysis Plan |
| 1.0483 | MRK-NJ0089349 | MRK-NJ0089410 | 12/22/2000 | Expert Opinion Report on the Cardiovascular Findings of the VIGOR Study |
| 1.0484 | MRK-NJ0094478 | MRK-NJ0094493 | 04/19/2002 | Vioxx Final Label April 2002 |
| 1.0485 | MRK-NJ0101555 | MRK-NJ0101666 | 10/07/1999 | VIGOR Interim Non-Endpoint Safety Report As of 10-7-99 |
| 1.0486 | MRK-NJ0101706 | MRK-NJ0101764 | 05/10/2000 | VIGOR Interim Non-Endpoint Safety Report |
| 1.0487 | MRK-NJ0106699 | MRK-NJ0106722 | 10/13/2000 | Shapiro Meta-Analysis |
| 1.0488 | MRK-NJ0120172 | MRK-NJ0120173 | 01/14/2000 | Email from Thomas Capizzi to Alise Reicin, et al. Re: VIGOR CV Events Analysis |
| 1.0489 | MRK-NJ0120246 | MRK-NJ0120248 | 01/17/2000 | Changes to the VIGOR Data Analysis Plan 12-1-99 |
| 1.0490 | MRK-NJ0120249 | MRK-NJ0120250 | 01/18/2000 | Email from Douglas Watson to Alise Reicin, et al. Re: VIGOR Cardiovascular Event Adjudications: Alert on a potential problem |
| 1.0491 | MRK-NJ0120258 | MRK-NJ0120266 | 01/18/2000 | Email from Alise Reicin to Deborah Shapiro Re: VIGOR CV Events Analysis |
| 1.0492 | MRK-NJ0120769 | MRK-NJ0120769 | 02/17/2000 | Email from Thomas Capizzi to Leonard Oppenheimer, et al. Re: Meeting with Dr. Scolnick - Feb. 26th - VIGOR Protocols |
| 1.0493 | MRK-NJ0120992 | MRK-NJ0120992 | 03/09/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Testing Vioxx 50 mg in RA Patients |
| 1.0494 | MRK-NJ0121088 | MRK-NJ0121089 | 03/14/2000 | Email from Alise Reicin to Ellave barr and Deborah Shapiro RE: Vascular Event Status Spreadsheet for 3/13 |
| 1.0495 | MRK-NJ0121134 | MRK-NJ0121135 | 03/16/2000 | Email from Eliav Barr to Eve Slater et al subject : KEEP ADJUDICATION COMMITTEE BLINDED- DAVID's TIMELINES |
| 1.0496 | MRK-NJ0121273 | MRK-NJ0121274 | 03/20/2000 | R. Oppenheimer email to D. Shapiro re: FW: Consent Form |
| 1.0497 | MRK-NJ0121627 | MRK-NJ0121627 | 04/01/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Update to thromboembolic CVD cases VIGOR |
| 1.0498 | MRK-NJ0121906 | MRK-NJ0121907 | 04/13/2000 | Email from James Bolognese to Alise Reicin, et al. Re: RA and CV Mortaility |
| 1.0499 | MRK-NJ0122464 | MRK-NJ0122469 | 05/05/2000 | Email from Harry Guess to Deborah Shapiro, et al. Re: Antiplatet: Trials Graph |
| 1.0500 | MRK-NJ0123784 | MRK-NJ0123785 | 09/18/2000 | Spreadsheet: XL 0966 P078 P091 Cause of Death Rows-DS.xls |
| 1.0501 | MRK-NJ0123880 | MRK-NJ0123882 | 09/19/2000 | Email from E. Barr to D. Shapiro RE: more review-Alzheimer studies |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 1.0502 | MRK-NJ0124427 | MRK-NJ0124428 | 11/08/2000 | A. Reicin email to E. Barr RE: Hypertensive Heart Disease Patient | |
| 1.0503 | MRK-NJ0125295 | MRK-NJ0125296 | 02/02/2001 | Email from Thomas Capizzi to Leonard Oppenheimer, et al. Re: PowerPoint Presentation of VIGOR Pre-NDA | |
| 1.0504 | MRK-NJ0125536 | MRK-NJ0125538 | 03/15/2001 | C. Skalky email to D. Shapiro re: RE: Urgent request for Advantage info | |
| 1.0505 | MRK-NJ0126325 | MRK-NJ0126332 | | Analysis of Investigator-Reported Vascular Event AE and APTC AE for MK-0966 AD Studies Using WPS&E Database (Protocols 078, 091, 126) | |
| 1.0506 | MRK-NJ0130083 | MRK-NJ0130087 | 02/14/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Searle Recapturing Momentum in COX-2 Inhibitor Market | 802 |
| 1.0507 | MRK-NJ0150139 | MRK-NJ0150140 | 02/13/1998 | Letter from Barry Gertz to Arthur Specter RE: Prostaglandin Metabolism and Cyclooxygenase Inhibitors | R R |
| 1.0508 | MRK-NJ0152895 | MRK-NJ0152904 | 10/18/2000 | Handwritten notes of Barry Gertz from Cardiovascular Consultants Meeting | |
| 1.0509 | MRK-NJ0153143 | MRK-NJ0153143 | 09/02/2000 | Email from Barry Gertz to Alan Nies and Alise Reicin; subject FW: aspirin | |
| 1.0510 | MRK-NJ0155912 | MRK-NJ0155916 | 08/13/1999 | Letter from John Oates to Edward Scolnick Re: Thrombotic Complications Occurring in Patients with Antiphospholipid Syndrome | |
| 1.0511 | MRK-NJ0162361 | MRK-NJ0162371 | 04/13/1998 | Attachment #1, Dr. Alan Nies writeup for meeting of Board of Scientific Advisors on | |
| 1.0512 | MRK-NJ0166668 | MRK-NJ0166669 | 08/07/2000 | Memo from Eliav Barr to Alise Reicin Re: Cardiovascular consultants/experts for VIGOR issues | |
| 1.0513 | MRK-NJ0170152 | MRK-NJ0170274 | 06/15/2000 | MRL Clinical Study Report: Protocol 90 (Also Topol Deposition Exhibit #44) | |
| 1.0514 | MRK-NJ0183397 | MRK-NJ0183402 | 11/06/2001 | Draft letter to Jonca Bull re: Amendment to the Supplemental New Drug Application | |
| 1.0515 | MRK-NJ0186457 | MRK-NJ0186465 | 10/31/2001 | R. Bain email re: CV analysis for alzheimer's protocol | |
| 1.0516 | MRK-NJ0189508 | MRK-NJ0189509 | 03/28/2000 | Email from Alan Nies to Barry Gertz R. Patrono on VIGOR | |
| 1.0517 | MRK-NJ0189565 | MRK-NJ0189565 | 03/13/2000 | Email from E. Scolnick to B. Gertz RE: PGI-M data | |
| 1.0518 | MRK-NJ0209299 | MRK-NJ0209301 | 10/15/2001 | Email from Douglas Greene to Barry Gertz Re: William Harvey Research Conference | |
| 1.0519 | MRK-NJ0209457 | MRK-NJ0209457 | 10/15/2001 | Email from Robert E. Silverman to David W. Blois, et al. Re: VIOXX Draft Label of July '00 | |
| 1.0520 | MRK-NJ0210654 | MRK-NJ0210669 | 10/22/2001 | 906 Preliminary Analysis | |
| 1.0521 | MRK-NJ0214465 | MRK-NJ0214466 | 11/21/2001 | Email from P. Kim RE: preliminary assessment of VIOXX protocol 136 | |
| 1.0522 | MRK-NJ0214739 | MRK-NJ0214742 | 11/19/2005 | Memo from T. Simon and H. Quan to S. Reines and R. Bain subject Preliminary interim Results for the Vioxx Low-Dose Aspirin Endoscopy Study (Protocol 136) | |
| 1.0523 | MRK-NJ0214794 | MRK-NJ0214795 | 11/26/2001 | Email from Adam Schechter to Barry Gertz-Subject FW: Three Items | |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0524 | MRK-NJ0231930 | MRK-NJ0231937 | 09/28/1996 | Consultants Meeting MK-0966 (COX-2 Inhibitor) Phase III Monitoring of GI Clinical Events and Design of a GI Outcomes Mega-Trial Meeting Minutes |
| 1.0525 | MRK-NJ0232605 | MRK-NJ0232612 | 03/03/1999 | Memo from Linda Simrell to Alise Reicin Re: Patient Consent Form For Protocol No. 088-01 |
| 1.0526 | MRK-NJ0240449 | MRK-NJ0240461 | 06/21/1995 | Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials by Briggs Daniels et al. |
| 1.0527 | MRK-NJ0241392 | MRK-NJ0241402 | 01/21/1997 | Informed Consent for Protocol 051 (1997) |
| 1.0528 | MRK-NJ0242455 | MRK-NJ0242462 | 11/10/1997 | Informed Consent for Protocol 072 (1997) |
| 1.0529 | MRK-NJ0259144 | MRK-NJ0259187 | 12/08/1997 | Memo re: MK-0966 (COX-2) project team minutes for November 17 1997 |
| 1.0530 | MRK-NJ0260895 | MRK-NJ0260979 | 06/29/2000 | Vioxx sNDA (VIGOR Report) to FDA |
| 1.0531 | MRK-NJ0267715 | MRK-NJ0267777 | 01/08/2001 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) |
| 1.0532 | MRK-NJ0272249 | MRK-NJ0272272 | 02/02/1998 | MRL Epidemiology Department Technical Report No. EP07006.005.98 Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase IIb/III VIOXX Osteoarthritis Clinical Trials |
| 1.0533 | MRK-NJ0272376 | MRK-NJ0272376 | 01/22/2001 | Fax from Carlo Patrono to Alise Reicin Re: Garcia Rodriguez |
| 1.0534 | MRK-NJ0272583 | MRK-NJ0272583 | 10/18/2000 | VIGOR Cardiology Consultants Meeting-Participant List |
| 1.0535 | MRK-NJ0284590 | MRK-NJ0284590 | 03/24/2000 | Email from Alan S. Nies to Barry K. Gertz, et al. Re: NSAIDs and Naproxen |
| 1.0536 | MRK-NJ0304303 | MRK-NJ0304304 | 12/07/2001 | R. Bain email to A. Reicin RE: DRAFT VIOXX response to Agency 12-6-01 FAX |
| 1.0537 | MRK-NJ0305259 | MRK-NJ0305259 | 03/29/2001 | Email from Wendy Dixon to Louis Sherwood, et al. RE: Scientific Communication Plan for Vioxx |
| 1.0538 | MRK-NJ0315784 | MRK-NJ0315837 | 02/25/1997 | Draft GI Outcomes Protocol |
| 1.0539 | MRK-NJ0317338 | MRK-NJ0317341 | 08/14/1997 | Email from Kyra Lindermann to Beth Seidenberg et al Re: MK9666 GI Outcomes Standby |
| 1.0540 | MRK-NJ0318006 | MRK-NJ0318006 | 10/16/1998 | Email from James Bolognese to Douglas Watson and Alise Reicin RE: Proposal for further adjudication of PUB events |
| 1.0541 | MRK-NJ0320174 | MRK-NJ0320177 | 05/25/2000 | Email from Margie McGlynn to Alise Reicin |
| 1.0542 | MRK-NJ0333225 | MRK-NJ0333235 | 03/21/2001 | Memo Re: MK-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths |
| 1.0543 | MRK-NJ0337082 | MRK-NJ0337090 | | MRL Response to Comments for Interim Cardiovascular Chart-Adjudication |
| 1.0544 | MRK-NJ0353996 | MRK-NJ0354027 | 10/25/2001 | Meta-Analysis |
| 1.0545 | MRK-NJ0362712 | MRK-NJ0362737 | 06/12/1998 | Proposal to Generate GI Outcomes Data on Vioxx |
| 1.0546 | MRK-NJ0413327 | MRK-NJ0413327 | 12/13/2000 | FW: Revised: PGI-M Dose Response for MK-0966 |
| 1.0547 | MRK-NJ0442817 | MRK-NJ0442817 | 01/15/2002 | Email from Douglas Watson to Barry Gertz et al-Subject Preliminary comments on Study by Ray et al |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 1.0548 | MRK-NJ0443360 | MRK-NJ0443361 | 01/21/2002 | Email from Peter Kim to Barry Gertz Re: Vioxx memo for FDA Management |
| 1.0549 | MRK-NJ0443483 | MRK-NJ0443563 | 01/21/2002 | Email from Ned Braunstein to Christine Spritzler attaching VIOXX CV Document for Peter Kim |
| 1.0550 | MRK-NJ0443484 | MRK-NJ0443563 | 01/21/2002 | VIOXX CV Document Draft |
| 1.0551 | MRK-NJ0450927 | MRK-NJ0450929 | 02/26/2002 | Email from Thomas Simon to Robert Silverman and Barry Gertz RE: CV Event Counts |
| 1.0552 | MRK-NJ0451446 | MRK-NJ0451536 | 01/21/2002 | Executive Summary-Review of the Cardiovascular data from Rofecoxib developmental program |
| 1.0553 | MRK-NJO333224 | MRK-NJO333224 | 03/22/2001 | Email from George Williams to Alan Nies Regarding VIOXX AD Safety Data - Imbalance in the number of deaths |
| 1.0554 | MRK-PRL0000003 | MRK-PRL0000003 | 09/03/1997 | Press Release: Merck reaffirms exclusive US patent rights to MK-966 COX-2 inhibitor |
| 1.0555 | MRK-PRL0000004 | MRK-PRL0000006 | 11/09/1997 | Press Release: Merck's investigational COX-2 inhibitor shown to relieve osteoarthritis pain with no serious gastrointestinal side effects reported Data on a novel class of therapy for osteoarthritis presented at American College of Rheumatology |
| 1.0556 | MRK-PRL0000007 | MRK-PRL0000011 | 12/03/1997 | Press Release: Merck tells securities analysts growth to remain competitive with leading pharmaceutical companies reveals new investigational medicine |
| 1.0557 | MRK-PRL0000012 | MRK-PRL0000018 | 01/27/1998 | Press Release: Merck's earnings per share increase 20 percent for 1997 |
| 1.0558 | MRK-PRL0000019 | MRK-PRL0000021 | 04/20/1998 | Press Release: Phase II studies showed Vioxx Merck's COX-2 specific inhibitor relieved the symptoms of arthritis and pain. Endoscopy study with Vioxx showed gastrointestinal safety profile similar to Placebo |
| 1.0559 | MRK-PRL0000022 | MRK-PRL0000026 | 04/28/1998 | Press Release: Merck chairman Raymond Gilmartin tells stockholders innovation is key to company's growth |
| 1.0560 | MRK-PRL0000027 | MRK-PRL0000030 | 09/06/1998 | Press Release: Treatment with study drug Vioxx enabled arthritis patients to better carry out activities of daily living new study showed Osteoarthritis patients treated with Vioxx experienced relief of pain and inflammation that was sustained over six |
| 1.0561 | MRK-PRL0000031 | MRK-PRL0000032 | 09/06/1998 | Press Release: New findings showed Vioxx specifically targeted enzyme linked to pain while sparing enzyme believed to protect stomach |
| 1.0562 | MRK-PRL0000033 | MRK-PRL0000035 | 10/13/1998 | Press Release: In new safety studies Vioxx did not damage the gastrointestinal tract Study drug Vioxx was comparable to Placebo in its effect on GI integrity |

## Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 1.0563 | MRK-PRL0000036 | MRK-PRL0000039 | 11/10/1998 | Press Release: In a one-year study Vioxx relieved signs and symptoms of osteoarthritis comparable to maximum doses of Diclofenac. Investigational COX-2 specific inhibitor also reduced rheumatoid arthritis signs and symptoms compared to Placebo |
| 1.0564 | MRK-PRL0000040 | MRK-PRL0000042 | 11/10/1998 | Press Release: Arthritis patients treated with Vioxx in a new study reported improved mental outlook due to better physical functioning. Study drug Vioxx reduced pain improved ability to perform daily activites and significantly enhanced osteoarthritis |
| 1.0565 | MRK-PRL0000043 | MRK-PRL0000043 | 11/23/1998 | Press Release: Merck submits new drug application for Vioxx an investigational COX-2 specific inhibitor |
| 1.0566 | MRK-PRL0000044 | MRK-PRL0000045 | 12/09/1998 | Press Release: New data on Vioxx |
| 1.0567 | MRK-PRL0000051 | MRK-PRL0000051 | 01/11/1999 | Press Release: FDA grants priority review for Vioxx Merck's investigational medicine for osteoarthritis and pain |
| 1.0568 | MRK-PRL0000056 | MRK-PRL0000056 | 02/25/1999 | Press Release: FDA advisory committee meeting on Vioxx confirmed for April 20 |
| 1.0569 | MRK-PRL0000057 | MRK-PRL0000059 | 03/18/1999 | Press Release: In multiple studies Merck's investigational COX-2 specific inhibitor Vioxx relieved moderate to severe acute pain A single dose of Vioxx provided the same degree and onset of pain relief as high doses of widely prescribed medicines in stu |
| 1.0570 | MRK-PRL0000060 | MRK-PRL0000060 | 04/20/1999 | Press Release: FDA panel recommends Vioxx Merck's investigational COX-2 specific inhibitor be approved for the treatment of osteoarthritis and relief of acute pain |
| 1.0571 | MRK-PRL0000066 | MRK-PRL0000068 | 05/21/1999 | Press Release: FDA approves Vioxx Rofecoxib a new medicine from Merck Vioxx is approved for osteoarthritis acute pain in adults and menstrual pain |
| 1.0572 | MRK-PRL0000069 | MRK-PRL0000071 | 05/21/1999 | Press Release: FDA approves Vioxx Rofecoxib a new medicine from Merck Vioxx is approved for osteoarthritis acute pain in adults and menstrual pain |
| 1.0573 | MRK-PRL0000079 | MRK-PRL0000080 | 06/08/1999 | Press Release: Vioxx Rofecoxib available in pharmacies within days of approval |
| 1.0574 | MRK-PRL0000083 | MRK-PRL0000083 | 06/08/1999 | Press Release: Vioxx Rofecoxib a new medicine from Merck approved in the UK Vioxx is approved for symptomatic relief in the treatment of osteoarthritis |
| 1.0575 | MRK-PRL0000088 | MRK-PRL0000089 | 09/22/1999 | Press Release: CollaGenex to co-promote Merck's medicine Vioxx to dentists |
| 1.0576 | MRK-PRL0000091 | MRK-PRL0000093 | 10/19/1999 | Press Release: Publication shows new medicine Vioxx relieved menstrual pain |
| 1.0577 | MRK-PRL0000098 | MRK-PRL0000100 | 10/25/1999 | Press Release: Study published in Gastroenterology showed patients taking Vioxx developed significantly fewer endoscopic ulcers than patients taking Ibuprofen |

05-4046-L c/w MDL1657
Case 2:05-md-01657-EEF-DEK    Document 3118-1    Filed 02/03/06    Page 6 of 20
Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 1.0578 | MRK-PRL0000101 | MRK-PRL0000102 | 11/17/1999 | Press Release: Significantly fewer osteoarthritis patients on Vioxx needed gastrointestinal medicines than patients taking comparator NSAIDs in a study published in the Journal of the American Association Vioxx significantly reduced risk of serious gastrointestinal side effects compared to other |
| 1.0579 | MRK-PRL0000103 | MRK-PRL0000105 | 11/23/1999 | Press Release: In a study published in the Journal of the American Association Vioxx significantly reduced risk of serious gastrointestinal side effects compared to other NSAIDs |
| 1.0580 | MRK-PRL0000112 | MRK-PRL0000113 | 02/04/2000 | Press Release: Merck wins UK patent infringement suit on Vioxx |
| 1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 03/27/2000 | Press Release - Merck Informs UK Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx |
| 1.0582 | MRK-PRL0000116 | MRK-PRL0000116 | 03/31/2000 | Press Release: Merck maintains exclusive patent rights for Vioxx in Europe |
| 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 04/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| 1.0584 | MRK-PRL0000124 | MRK-PRL0000127 | 05/24/2000 | Press Release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. |
| 1.0585 | MRK-PRL0000124 | MRK-PRL0000127 | 05/24/2000 | Press Release: Vioxx significantly reduced the risk of serious gastrointestinal side effects, by more than half compared to Naproxen in a new study In a study of more than 8,000 patients Vioxx significantly reduced the risk of serious gastrointestinal si |
| 1.0586 | MRK-PRL0000128 | MRK-PRL0000130 | 06/22/2000 | Press Release: Merck confirms renal safety profile of Vioxx |
| 1.0587 | MRK-PRL0000131 | MRK-PRL0000133 | 06/22/2000 | Press Release: Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis |
| 1.0588 | MRK-PRL0000134 | MRK-PRL0000134 | 06/29/2000 | Press Release: Merck submits sNDA for Vioxx Based on results of gastrointestinal outcomes study |
| 1.0589 | MRK-PRL0000139 | MRK-PRL0000140 | 09/08/2000 | Press Release: Merck confirms excellent safety profile of Vioxx |
| 1.0590 | MRK-PRL0000141 | MRK-PRL0000143 | 09/12/2000 | Press Release: Dorothy Hamill and Bruce Jenner kick off nationwide tour to honor osteoarthritis champions Former champions and leading orthopedic surgeon Jim Andrews team up to honor Americans meeting the challenge of osteoarthritis |
| 1.0591 | MRK-PRL0000153 | MRK-PRL0000154 | 10/31/2000 | Press Release: Vioxx significantly reduced the risk of gastrointestinal hospitalizations by half compared to Naproxen in a new analysis In this analysis Vioxx also reduced the use of gastrointestinal protective medicines and diagnostic procedures |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0592 | MRK-PRL0000155 | MRK-PRL0000157 | 11/03/2000 | Press Release: Vioxx significantly reduced pain after dental surgery to a greater degree compared to Codeine with Acetaminophen in a new study |
| 1.0593 | MRK-PRL0000170 | MRK-PRL0000172 | 02/08/2001 | Press Release: FDA arthritis advisory committee reviews Merck's application for revised labeling for Vioxx based on Vioxx gastrointestinal outcomes study |
| 1.0594 | MRK-PRL0000177 | MRK-PRL0000178 | 04/10/2001 | Press Release: Merck receives approvable letter for Vioxx from FDA on application for revised labeling based on Vioxx gastrointestinal outcomes study |
| 1.0595 | MRK-PRL0000182 | MRK-PRL0000184 | 04/23/2001 | Press Release: Vioxx once daily significantly reduced chronic low back pain in two new studies Combined analysis of first two studies of Merck's osteoarthritis and acute pain medicine in patients with low back pain presented today |
| 1.0596 | MRK-PRL0000193 | MRK-PRL0000195 | 05/18/2001 | Press Release: New study shows no significant differences in kidney effects of Vioxx Celecoxib or Naproxen in older volunteers |
| 1.0597 | MRK-PRL0000199 | MRK-PRL0000201 | 06/13/2001 | Press Release: In new study of Vioxx vs Naproxen fewer patients on Vioxx stopped taking their medicine due to GI side effects First large GI study of Vioxx in osteoarthritis patients presented at European Rheumatology meeting |
| 1.0598 | MRK-PRL0000202 | MRK-PRL0000204 | 06/13/2001 | Press Release: In new 26,000 – patient meta - analysis of cardiovascular events event rates with Vioxx were similar to Placebo similar to widely prescribed NSAIDs Ibuprofen Diclofenac and Nabumetone event rate was reduced with Naproxen |
| 1.0599 | MRK-PRL0000214 | MRK-PRL0000217 | 08/21/2001 | Press Release: Merck stands behind the cardiovascular safety profile of Vioxx |
| 1.0600 | MRK-PRL0000218 | MRK-PRL0000218 | 08/23/2001 | Press Release: Merck stands behind the cardiovascular safety profile of Vioxx |
| 1.0601 | MRK-PRL0000222 | MRK-PRL0000226 | 10/18/2001 | Press Release: Merck announces third - quarter earnings per share of 84 cents |
| 1.0602 | MRK-PRL0000227 | MRK-PRL0000233 | 12/11/2001 | Press Release: Merck's ability to deliver breakthrough medicines provides opportunities for significant growth over the long term |
| 1.0603 | MRK-PRL0000234 | MRK-PRL0000240 | 01/22/2002 | Press Release: Merck's earnings per share increase 8 percent for 2001 driven by the strong performance of five key products |
| 1.0604 | MRK-PRL0000241 | MRK-PRL0000243 | 03/04/2002 | Press Release: Vioxx 50 mg compared to Oxycodone 5mg Acetaminophen 325 mg for acute pain after dental surgery in new study |
| 1.0605 | MRK-PRL0000244 | MRK-PRL0000245 | 03/05/2002 | Press Release: European Patent Office revokes Pharmacia Searle patent |
| 1.0606 | MRK-PRL0000251 | MRK-PRL0000257 | 04/18/2002 | Press Release: Merck announces first - quarter 2002 earnings per share of 71 cents |

## Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 1.0607 | MRK-PRL0000259 | MRK-PRL0000261 | 05/21/1996 | Press Release: Merck disclose four new product candidates in research and development |
| 1.0608 | MRK-PRL0000259 | MRK-PRL0000261 | 05/21/1996 | News Release-Merck Discloses Four New Product candidates in Research and Development |
| 1.0609 | MRK-PRL0000262 | MRK-PRL0000267 | 04/23/2002 | Press Release: Mercks Continued Focus on Innovation will Drive Growth Merck Chairman Tells Stockholders |
| 1.0610 | MRK-PRL0000268 | | 07/19/2002 | Press Release: Merck Announces Second - Quarter 2002 Earnings Per Share of 77 Cents |
| 1.0611 | MRK-PRL0000281 | MRK-PRL0000293 | 10/18/2002 | Press Release: Merck Announces Third - Quarter 2002 Earnings Per Share of 83 Cents |
| 1.0612 | MRK-PRL0000294 | MRK-PRL0000298 | 10/25/2002 | Press Release: New Data from 20 Studies with More than 17000 Patients Showed a 62 Percent Reduction in Confirmed Upper - GI Events with VIOXX versus Non - Selective NSAIDs |
| 1.0613 | MRK-PRL0000299 | MRK-PRL0000301 | 12/05/2002 | Press Release: Broadened Portfolio of Breakthrough Pharmaceuticals Business |
| 1.0614 | MRK-PRL0000302 | MRK-PRL0000307 | 12/10/2002 | Press Release: Merck Announces Fourth - Quarter 2002 Medicines will Drive Mercks Growth |
| 1.0615 | MRK-PRL0000308 | MRK-PRL0000316 | 01/28/2003 | Press Release: Merck Announces Fourth - Quarter 2002 Earnings Per Share EPS of 83 Cents Full - Year 2002 EPS of 3.14 Dollars |
| 1.0616 | MRK-PRL0000317 | MRK-PRL0000320 | 03/20/2003 | Press Release: VIOXX Provided Acute Pain Relief as Effective as A Commonly Prescribed Narcotic New Study Showed |
| 1.0617 | MRK-PRL0000321 | MRK-PRL0000324 | 04/03/2003 | Press Release: VIOXX Relieved Acute Migraine Pain in A New Investigational Study of Patients with Migraine Headaches of Moderate to Severe Intensity |
| 1.0618 | MRK-PRL0000325 | MRK-PRL0000338 | 04/21/2003 | Press Release: Merck Announces First - Quarter 2003 Earnings Per Share EPS of 76 Cents |
| 1.0619 | MRK-PRL0000339 | MRK-PRL0000343 | 04/22/2003 | Press Release: Mercks Commitment to Research Remains Key to Success Chairman Tells Stockholders |
| 1.0620 | MRK-PRL0000344 | MRK-PRL0000364 | 07/21/2003 | Press Release: Merck Announces Second - Quarter 2003 Earnings Per Share EPS of 83 Cents |
| 1.0621 | MRK-PRL0000365 | MRK-PRL0000368 | 09/03/2003 | Press Release: VIOXX Relieved Acute Pain Following Bunion Surgery in New Placebo - Controlled Pilot Study |
| 1.0622 | MRK-PRL0000369 | MRK-PRL0000379 | 10/22/2003 | Press Release: Merck Announces Third - Quarter 2003 Earnings Per Share EPS from Continuing Operations of 83 Cents |
| 1.0623 | MRK-PRL0000380 | MRK-PRL0000383 | 10/27/2003 | Press Release: VIOXX in A New Investigational Study Relieved Symptoms of Juvenile Rheumatoid Arthritis |
| 1.0624 | MRK-PRL0000384 | MRK-PRL0000385 | 12/03/2003 | Press Release: Merck Announces 3.11 to 3.17 Dollars Consolidated Earnings Per Share Range for 2004 |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0625 | MRK-PRL0000386 | MRK-PRL0000389 | 12/09/2003 | Press Release: Merck Strategy in Place to Deliver Long-Term Shareholder Value |
| 1.0626 | MRK-PRL0000390 | MRK-PRL0000400 | 01/27/2004 | Press Release: Merck Announces Full - Year 2003 Earnings Per Share EPS from Continuing Operations of 2.92 Dollars Fourth - Quarter 2003 EPS of 62 Cents |
| 1.0627 | MRK-PRL0000401 | MRK-PRL0000404 | 04/01/2004 | Press Release: FDA Approves VIOXX for the Acute Treatment of Migraine in Adults |
| 1.0628 | MRK-PRL0000405 | MRK-PRL0000412 | 04/22/2004 | Press Release: Merck Announces First - Quarter 2004 Earnings Per Share EPS of 73 Cents |
| 1.0629 | MRK-PRL0000413 | MRK-PRL0000423 | 07/21/2004 | Press Release: Merck Announces Second - Quarter 2004 Earnings Per Share EPS of 79 Cents |
| 1.0630 | MRK-PRL0000424 | MRK-PRL0000428 | 08/26/2004 | Press Release: Merck Strongly Disagrees with Conclusions of Observational Analysis Presented at International Medical Meeting |
| 1.0631 | MRK-PRL0000429 | MRK-PRL0000432 | 09/08/2004 | Press Release: FDA Approves VIOXX for Once - Daily Treatment of Juvenile Rheumatoid Arthritis |
| 1.0632 | MRK-PRL0000433 | MRK-PRL0000433 | 09/30/2004 | Press Release: Merck and Co Inc Press Conference Merck Website-Product News-Merck Announces Voluntary Worldwide Withdrawal of Vioxx |
| 1.0633 | MRK-PRL0000434 | MRK-PRL0000436 | 09/30/2004 | Press Release: Merck Clarifies Number of Patients and Prescriptions for VIOXX |
| 1.0634 | MRK-PRL0000437 | MRK-PRL0000437 | 10/01/2004 | Press Release: Merck and Co Inc Media Briefing |
| 1.0635 | MRK-PRL0000438 | MRK-PRL0000438 | 10/13/2004 | Press Release: Merck to Present Data from APPROVe Trial at American College of Rheumatology Annual Scientific Meeting in San Antonio on Oct 18 |
| 1.0636 | MRK-PRL0000439 | MRK-PRL0000440 | 10/13/2004 | Press Release: Merck Announces Third - Quarter 2004 Earnings Per Share EPS of 60 Cents |
| 1.0637 | MRK-PRL0000441 | MRK-PRL0000454 | 10/21/2004 | Press Release: Merck Corrects Fourth - Quarter Product Gross Margin Guidance |
| 1.0638 | MRK-PRL0000455 | MRK-PRL0000455 | 10/22/2004 | Press Release: Merck Issues Statement on Documents Related to VIOXX Litigation |
| 1.0639 | MRK-PRL0000456 | MRK-PRL0000457 | 10/29/2004 | Press Release: Merck Issues Response to Article Published in the Lancet |
| 1.0640 | MRK-PRL0000458 | MRK-PRL0000459 | 11/04/2004 | Press Release: Merck Posts Scientific Critique on Web Site In Response to Article Published in the Lancet |
| 1.0641 | MRK-PRL0000460 | MRK-PRL0000464 | 11/05/2004 | "VIOXX: A Scientific Review" by Edward Scolnick, MD |
| 1.0642 | Merck Website | | 01/01/2005 | |
| 1.0643 | | | 06/20/1905 | Form 4 for Raymond V. Gilmartin |
| 1.0644 | | | 06/21/1905 | Form 4 for Raymond V. Gilmartin |
| 1.0645 | | | 06/22/1905 | Form 4 for Raymond V. Gilmartin |
| 1.0646 | | | 06/23/1905 | Form 4 for Raymond V. Gilmartin |
| 1.0647 | | | 06/24/1905 | Form 4 for Raymond V. Gilmartin |
| 1.0648 | | | 06/25/1905 | Form 4 for Raymond V. Gilmartin |
| 1.0649 | | | 06/26/1905 | Form 4 for Raymond V. Gilmartin |

Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0650 | | | 06/27/1905 | Form 4 for Raymond V. Gilmartin |
| 1.0651 | | | 06/20/1905 | Form 4 for David W. Anstice |
| 1.0652 | | | 06/21/1905 | Form 4 for David W. Anstice |
| 1.0653 | | | 06/21/1905 | Form 4 for David W. Anstice |
| 1.0654 | | | 06/22/1905 | Form 4 for David W. Anstice |
| 1.0655 | | | 06/23/1905 | Form 4 for David W. Anstice |
| 1.0656 | | | 06/24/1905 | Form 4 for David W. Anstice |
| 1.0657 | | | 06/25/1905 | Form 4 for David W. Anstice |
| 1.0658 | | | 06/26/1905 | Form 4 for David W. Anstice |
| 1.0659 | | | 06/27/1905 | Form 4 for David W. Anstice |
| 1.0660 | | | 06/20/1905 | Form 4 for Edward Scolnick |
| 1.0661 | | | 06/21/1905 | Form 4 for Edward Scolnick |
| 1.0662 | | | 06/22/1905 | Form 4 for Edward Scolnick |
| 1.0663 | | | 06/23/1905 | Form 4 for Edward Scolnick |
| 1.0664 | | | 06/24/1905 | Form 4 for Edward Scolnick |
| 1.0665 | | | 06/25/1905 | Form 4 for Edward Scolnick |
| 1.0666 | | | 06/26/1905 | Form 4 for Edward Scolnick |
| 1.0666 | | | 06/27/1905 | Form 4 for Edward Scolnick |
| 1.0667 | | | 04/14/1999 | Wall Street Journal article "Drugs: Merck's Health Hinges on Sales of Arthritis Pill" by R Langreth |
| 1.0668 | MRK-NJ0168210 | MRK-NJ0168212 | 08/22/2001 | Wall Street Journal – "Study Raises Specter of Cardiovascular Risk For Hot Arthritis Pills/Vioxx and Celebrex Marketers Dispute the Research, Sought to Downplay It/A Spurred Appeal to JAMA" by TM Burton and G Harris |
| 1.0669 | MRK-ADY0006668 | MRK-ADY0006668 | 02/07/2004 | British Medical Journal – "Spanish drug editor wins case brought by Merck, Sharp & Dohme" by L Gibson - p. 307, volume 328 |
| 1.0670 | MRK-ACW0000498 | MRK-ACW0000503 | 01/10/2001 | The Cure: With Big Drugs Drying, Merck Didn't Merge -- It Found New Ones --- Some Inspired Research, Aided by a Bit of Luck, Saves Company's Independence -- The Path to a Novel Painkiller -- by Gardiner Harris, The Wall Street Journal |
| 1.0671 | MRK-ABI0003157 | MRK-ABI0003196 | 04/27/2001 | Cardiovascular Safety Issues Raised in FDA Advisory Committee Meetings |
| 1.0672 | | | 08/25/2004 | After Study Points to Heart Risks by Anna Mathews, et al., The Wall Street Journal |
| 1.0673 | MRK-OS4200000001 | MRK-OS4201664451 | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0674 | MRK-9942000000001 | MRK9942002484242 | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |

| | | | | | |
|---|---|---|---|---|---|
| 1.0675 | MRK-00420000001 | MRK00420033165 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0676 | MRK-01420019409 | MRK-01420169499 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0677 | MRK-02420000001 | MRK-02420002844 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0678 | MRK-S0420000001 | MRK-S0420050950 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0679 | MRK-N0520000001 | MRK-N0520019298 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0680 | MRK-N6470000001 | MRK-N6470007258 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0681 | MRK-I8940000001 | MRK-I8940095877 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0682 | MRK-I2220000001 | MRKI2220005680 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0683 | MRK-I2690000001 | MRKI2690009602 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0684 | MRK-I4190000001 | MRK-I4190004484 | | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0685 | MRK-I7680000001 | MRKI7680005185 | | | Record of Tele-cons |
| 1.0686 | MRK-AAF0003892 | MRK-AAF0003893 | 04/05/2001 | | Regulatory Liaison FDA Conversation Record |
| 1.0687 | MRK-AAF0003963 | MRK-AAF0003965 | 03/08/2001 | | CD produced by defendant on December 16, 2003 containing advertising materials for VIOXX |
| 1.0688 | | | | | CD produced by defendant on December 16, 2003 containing professional promotional material |
| 1.0689 | | | | | CD produced by defendant on December 16, 2003 containing press releases for VIOXX |
| 1.0690 | | | | | Videos produced by defendant on December 16, 2003 containing advertising materials |
| 1.0691 | | | | | Video produced by defendant on December 16, 2003 containing media news releases |
| 1.0692 | | | | | |

| | | | |
|---|---|---|---|
| 1.0693 | MRK-ABZ 0000001 | MRK-ABZ 0000013 | Advertising/Promotional Material |
| 1.0694 | MRK-A 0000001 | MRK-A 0000038 | Advertising/Promotional Material |
| 1.0695 | MRK-A 0000046 | MRK-A 0000046 | Advertising/Promotional Material |
| 1.0696 | MRK-A 0000058 | MRK-A 0000142 | Advertising/Promotional Material |
| 1.0697 | MRK-A 0000143 | MRK-A 0000150 | Advertising/Promotional Material |
| 1.0698 | MRK-A 0000151 | MRK-A 0000153 | Advertising/Promotional Material |
| 1.0699 | MRK-A 0000154 | MRK-A 0000211 | Advertising/Promotional Material |
| 1.0700 | MRK-A 0000240 | MRK-A 0000367 | Advertising/Promotional Material |
| 1.0701 | MRK-A 0000393 | MRK-A 0000400 | Advertising/Promotional Material |
| 1.0702 | MRK-A 0000467 | MRK-A 0000517 | Advertising/Promotional Material |
| 1.0703 | MRK-A 0000532 | MRK-A 0000625 | Advertising/Promotional Material |
| 1.0704 | MRK-A 00006979 | MRK-A 00006979 | Advertising/Promotional Material |
| 1.0705 | MRK-A 0000699 | MRK-A 0000712 | Advertising/Promotional Material |
| 1.0706 | MRK-A 0000721 | MRK-A 0000997 | Advertising/Promotional Material |
| 1.0707 | MRK-A 0001018 | MRK-A 0001139 | Advertising/Promotional Material |
| 1.0708 | MRK-A 0001059 | MRK-A 0001178 | Advertising/Promotional Material |
| 1.0709 | MRK-A 0001235 | MRK-A 0001341 | Advertising/Promotional Material |
| 1.0710 | MRK-A 0001350 | MRK-A 0001369 | Advertising/Promotional Material |
| 1.0711 | MRK-A 0001374 | MRK-A 0001422 | Advertising/Promotional Material |
| 1.0712 | MRK-A 0001470 | MRK-A 0001566 | Advertising/Promotional Material |
| 1.0713 | MRK-AHR0009546 | | Memo from Briggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 data |
| 1.0714 | MRK-NJ0177394 | MRK-NJ0177412 | NDA Submission, section C-Clinical Pharmacology |
| 1.0715 | MRK-NJ0240396 | MRK-NJ0240403 | Abstract of Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials by Brian Daniels and Beth Seidenberg |
| 1.0716 | MRK-ACO0145019 | MRK-ACO0145024 | Maria Villalba's FDA Medical Officer Reivew of APPROVe data |
| 1.0717 | MRK-NJ0265620 | MRK-NJ0265658 | Targum Review of Cardiovascular Safety Database |
| 1.0718 | MRK-AAX0002583 | MRK-AAX0002585 | Letter to Karen Midthun from Eric Floyd regarding labeling supplement (S-003) |
| 1.0719 | MRK-NJ0123880 | MRK-NJ0123882 | Email from Eliav Barr to Deborah Shapiro regarding Review of Alzheimer Studies w/ Attachments |
| 1.0720 | MRK-ADM0111639 | MRK-ADM0111666 | Advantages of Lifting Restrictions on VIOXX |
| 1.0721 | MRK-ABA0019599 | MRK-ABA0019655 | Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors |
| 1.0722 | MRK-NJ0090392 | MRK-NJ0090399 | Vigor Data Analysis Plan Amendment |
| 1.0723 | MRK-ABT0040087 | MRK-ABT0040088 | Appendix B of Vascular SAE Terms (CRISP Broader Term) |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0724 | MRK-AAD0276109 | MRK-AAD0276195 | | Rofecoxib Alzheimer's Disease Combined Safety Analysis |
| 1.0725 | MRK-ACD0103156 | MRK-ACD0103157 | | Handwritten notes regarding VIGOR label proposal |
| 1.0726 | MRK-AAD0356476 | MRK-AAD0356477 | | Email from Peter Kim to Alise Reicin regarding NO-Naproxen |
| 1.0727 | MRK-ACD0012344 | | 09/20/2001 | Email from Dawn Chitty to Christa Defusco, et al. regarding VIOXX CBE |
| 1.0728 | MRK-ACX0017933 | MRK-ACX0017935 | | Email from Gregory Kylish to Jens Kasperzik et al. attaching VIGOR - CV Obstacle Handling Aid |
| 1.0729 | MRK-AFO0128716 | | 11/01/2001 | Vioxx Circular |
| 1.0730 | MRK-AFV0372572 | MRK-AFV0372639 | | Rofecoxib Cardiovascular Combined-Analysis Update with Data through June 2003 |
| 1.0731 | MRK-NJ0190999 | | 04/19/2001 | Protocol #078 - Vioxx AD Prevention Study Background, Issues and Directed Questions for DSMB |
| 1.0732 | MRK-NJ0220388 | MRK-NJ0220454 | | Product Development Plan Stage 0 Review |
| 1.0733 | MRK-NJ0154159 | MRK-NJ0154197 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0734 | MRK-NJ0154199 | MRK-NJ0154227 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0735 | MRK-NJ0154228 | MRK-NJ0154249 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0736 | MRK-ABC0031770 | MRK-ABC0031811 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0737 | MRK-NJ0233291 | MRK-NJ0233389 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0738 | MRK-NJ0273346 | MRK-NJ0273568 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0739 | MRK-ABS0034494 | MRK-ABS0034577 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0740 | MRK-ABS0250987 | MRK-ABS0251072 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0741 | MRK-ACD0081105 | MRK-ACD0081192 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0742 | MRK-I2690005979 | MRK-I2690006100 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0743 | MRK-AFN0007794 | MRK-AFN0007915 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0744 | MRK-AGC0000464 | MRK-AGC0000467 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0745 | MRK-AGC0000469 | MRK-AGC0000477 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0746 | MRK-AHR0037344 | MRK-AHR0037411 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0747 | MRK-NJ0026115 | MRK-NJ0026151 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0748 | MRK-I2690009156 | MRK-I2690009290 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0749 | MRK-AID0000610 | MRK-AID0000642 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0750 | MRK-ABA0041592 | MRK-ABA0041602 | | Patient Consent Form |
| 1.0751 | MRK-ABS0231008 | MRK-ABS0231015 | | Research Subject Information and Consent Form |
| 1.0752 | MRK-AFN0021714 | MRK-AFN0021720 | | Patient Consent Form |
| 1.0753 | MRK-ADC0032522 | MRK-ADC0032573 | | Ingenix Draft Final Report: "Cardiovascular Risk of Cox-2 Inhibitors and Other NANSAID's" |
| 1.0754 | MRK-AHC0007010 | MRK-AHC0007034 | | Ingenix Draft Manuscript: "Cardiovascular Risk of Cox-2 Inhibitors and Other NANSAID's" |
| 1.0755 | MRK-AFN0052502 | MRK-AFN0052523 | | NEJM Manuscript 05-0493-Author's responses to Reviewer's Comments |

05-4046-L cAv MDL1657

## Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0756 | MRK-AFO0286105 | MRK-AFO0286107 | | Email from James Bolognese to Scott Zeger RE: Modeling hazard & hazard ratio curves |
| 1.0757 | MRK-NJ0123784 | MRK-NJ0123785 | | P078 and P081 Cause of Death Scoresheet |
| 1.0758 | MRK-NJ0123788 | MRK-NJ0123864 | 09/19/2000 | WAES Report for Protocol 078 |
| 1.0759 | MRK-NJ0123668 | MRK-NJ0123679 | 09/18/2000 | WAES Report for Protocol 078 |
| 1.0760 | MRK-ADB-0900000 | MRK-ADB-0900001 | | Summers, Scott |
| 1.0761 | MRK-ABA-0900000 | | | DiBattiste, Peter/Demopolous Laura |
| 1.0762 | MRK-AFJ-0900000 | | | Kim, Peter |
| 1.0763 | MRK-ACU0000001 | | | Annual Business Briefing, December 11, 2001, Tape 1 |
| 1.0764 | MRK-ACU0000002 | | | Annual Business Briefing, December 11, 2001, Tape 2 |
| 1.0765 | MRK-ACU0000003 | | | Annual Business Briefing, December 11, 2001, Tape 3 |
| 1.0766 | MRK-ACU0000004 | | | Annual Business Briefing, December 11, 2001, Tape 4 |
| 1.0767 | MRK-ACU0000005 | | | Annual Business Briefing, December 10, 2002, Tape 1 |
| 1.0768 | MRK-ACU0000006 | | | Annual Business Briefing, December 10, 2002, Tape 2 |
| 1.0769 | MRK-ACU0000007 | | | Annual Business Briefing, December 10, 2002, Tape 3 |
| 1.0770 | MRK-ACU0000008 | | | Annual Business Briefing, December 10, 2002, Tape 4 |
| 1.0771 | MRK-ACU0000009 | | | Annual Shareholders Meeting 1998 |
| 1.0772 | MRK-ACU0000010 | | | Annual Shareholders Meeting 1999 |
| 1.0773 | MRK-ACU0000011 | | | Annual Shareholders Meeting 2000 |
| 1.0774 | MRK-ACU0000012 | | | Annual Shareholders Meeting 2001, Disc 1 |
| 1.0775 | MRK-ACU0000013 | | | Annual Shareholders Meeting 2001, Disc 2 |
| 1.0776 | MRK-ACU0000014 | | | Annual Shareholders Meeting 2002 |
| 1.0777 | MRK-ACU0000390 | | | Annual Business Briefing, Tape 1, 1996 |
| 1.0778 | MRK-ACU0000391 | | | Annual Business Briefing, Tape 1, 1997 |
| 1.0779 | MRK-ACU0000392 | | | Annual Business Briefing, Tape 2, 1997 |
| 1.0780 | MRK-ACU0000393 | | | Annual Business Briefing, Tape 3, 1997 |
| 1.0781 | MRK-ACU0000394 | | | Annual Business Briefing, Tape 4, 1997 |
| 1.0782 | MRK-ACU0000395 | | | Annual Business Briefing, Tape 5, 1997 |
| 1.0783 | MRK-ACU0000396 | | | Annual Business Briefing, Tape 1, 1998 |
| 1.0784 | MRK-ACU0000397 | | | Annual Business Briefing, Tape 2, 1998 |
| 1.0785 | MRK-ACU0000398 | | | Annual Business Briefing, Tape 3, 1998 |
| 1.0786 | MRK-ACU0000399 | | | Annual Business Briefing, Tape 4, 1998 |
| 1.0787 | MRK-ACU0000400 | | | Annual Business Briefing 1999, Disc 1 |
| 1.0788 | MRK-V0000017 | | | Stairs/Bath Recorded Balance; "Gardner" Reordered Balance; "Entertainment Center" Reordered Balance; "Stairs/Bath" Direct Response; "Entertainment Center" Direct Response; "Gardner" Direct Response |
| 1.0789 | MRK-V0000018 | | | "Big Guy" |
| 1.0790 | MRK-V0000019 | | | "Stairs/Bath" |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0791 | MRK-V0000020 | Knee Surgery Video - ACL Reconstruction | | |
| 1.0792 | MRK-V0000021 | Montage:60 | | |
| 1.0793 | MRK-V0000022 | Montage -- 3 commercials | | |
| 1.0794 | MRK-V0000023 | Shoulder Arthroscopy Video -- Repair of a Complete Rotator Cuff tear | | |
| 1.0795 | MRK-V0000024 | "DogPark" Prevention: 60; "Dog Park" Direct Response: 60 | | |
| 1.0796 | MRK-V0000025 | "Dog Park": 60 Direct Response & Prevention | | |
| 1.0797 | MRK-V0000026 | "Dog Park": 15 | | |
| 1.0798 | MRK-V0000027 | "Dog Park" Back to Health NFA: 60 | | |
| 1.0799 | MRK-V0000028 | Dog Park Website: 60 Videotape Mechanism of Action (MOA) version | | |
| 1.0800 | MRK-V0000029 | "Dog Park -- Revised": 60 | | |
| 1.0801 | MRK-V0000030 | "Dog Park Revised" | | |
| 1.0802 | MRK-V0000031 | "Swim Class": 60 | | |
| 1.0803 | MRK-V0000032 | "Swim Class": 15 | | |
| 1.0804 | MRK-V0000033 | "Swim Class -- DR": 60 | | |
| 1.0805 | MRK-V0000034 | "Dorothy Hamill -- Reflection" 60 | | |
| 1.0806 | MRK-V0000035 | "Dorothy Hamill -- Reflection": 60 | | |
| 1.0807 | MRK-V0000036 | "Dorothy Hamill -- Reflection": 15 | | |
| 1.0808 | MRK-V0000037 | Elbow Arthroscopy - A systematic approach, James R. Andrews,M.D. | | |
| 1.0809 | MRK-V0000038 | Dog Park Revised | | |
| 1.0810 | MRK-V0000039 | Dog Park Revised | | |
| 1.0811 | MRK-V0000040 | Dorothy Hamill - Reflection Back to Health | | |
| 1.0812 | MRK-V0000041 | Dorothy Hamill - Morning: 30 | 401,402,403 | KR |
| 1.0813 | MRK-V0000042 | Dorothy Hamill - Morning: 15 | | |
| 1.0814 | MRK-V0000043 | Clammer.vioxx.com | | |
| 1.0815 | MRK-V0000044 | "Dog Park" Letterbox: 30 | 401,402,403 | RR |
| 1.0816 | MRK-V0000045 | Clammer: 30 Reminder DR | 401,402,403 | RR |
| 1.0817 | MRK-V0000046 | Teacher: 60 | 401,402,403 | RR |
| 1.0818 | MRK-V0000046 | Teacher: 60 | 401,402, 403 | RR |
| 1.0819 | MRK-V0000046 | Teacher: 30 | 401,402,403 | RR |
| 1.0820 | MRK-V0000046 | Teacher: 30 | | |
| 1.0821 | MRK-V0000047 | Open Repair of Bankart Lesion | | |
| 1.0822 | MRK-V0000048 | Anthroscopic Shoulder Techniques by James Andrews | | |
| 1.0823 | MRK-V0000049 | Excerpts from the Atlas of Rheumatology CDROM | | |
| 1.0824 | MRK-V0000050 | Submission of slides of iPhysicianNet update | | |
| 1.0825 | MRK-V0000051 | Bleeding Ulcers: A Serious Complication with NSAIDs (DVD_Bleeding Ulcers) | | |

# Irvin v. Merck: Plaintiff's Exhibit List

| No. | Bates | Description |
|---|---|---|
| 1.0826 | MRK-V 0000052 | Have You Heard |
| 1.0827 | MRK-V 0000053 | Have You Heard? |
| 1.0828 | MRK-V 0000054 | Discussion of a GI Outcomes Trial with Dr. Loren Laine |
| 1.0829 | MRK-V 0000055 | New Insights into Rheumatology |
| 1.0830 | MRK-V 0000056 | Spotlight on Orthopedic Surgery Disk 1 of 2 |
| 1.0831 | MRK-V 0000057 | Spotlight on Orthopedic Surgery Disk 2 of 2 |
| 1.0832 | MRK-V 0000058 | DT Medical Spellchecker for Orthopedic Surgeons (Spellcheck software-Orthopedic) |
| 1.0833 | MRK-V 0000059 | DT Medical Spellchecker for Rheumatologists (Spellcheck software - Orthopedic) |
| 1.0834 | MRK-V 0000060 | DT Medical Spellchecker for Anesthesiologists and Pin Mangement Specialists (Spellchecker Software - Anesthesiologists and Pain Management Specialists) |
| 1.0835 | MRK-V 0000061 | Acute Pain Case Study with Dr. N. Lee Smith (Medcases - Acute Pain Case Study) |
| 1.0836 | MRK-V 0000062 | "Teacher" Revised: 60 |
| 1.0837 | MRK-V 0000062 | "Teacher" Revised: 60 |
| 1.0838 | MRK-AFP 0000001 | Employee Business Briefing for 09/30/04 |
| 1.0839 | MRK-AAR 0030827 | District Meeting - Compliance |
| 1.0840 | MRK-AAR 0030828 | District Meeting - Compliance |
| 1.0841 | MRK-AAR 0030829 | Fulfilling the Promise |
| 1.0842 | MRK-AAR 0030830 | Vioxx "Vi" 1,2,3 |
| 1.0843 | MRK-ACU0000401 | Annual Business Briefing 1999, Disc 2 |
| 1.0844 | MRK-ACU0000402 | Annual Business Briefing, Tape 1-3, 2000 |
| 1.0845 | MRK-ACU0000403 | Annual Business Briefing, Tape 3B, 2000 |
| 1.0846 | MRK-ACU0000404 | Annual Business Briefing, Tape 4-5, 2000 |
| 1.0847 | MRK-ACU0000405 | Annual Business Briefing, Tape 6-7, 2000 |
| 1.0848 | MRK-ACU 0000716 | Annual Business Briefing 2003 Tape 1 |
| 1.0849 | MRK-ACU 0000717 | Annual Business Briefing 2003 Tape 2 |
| 1.0850 | MRK-ACU 0000718 | Annual Business Briefing 2003 Tape 3 |
| 1.0851 | MRK-ACU 0000719 | Annual Business Briefing 2004 Tape 1 |
| 1.0852 | MRK-ACU 0000720 | Annual Business Briefing 2004 Tape 2 |
| 1.0853 | MRK-ACU 0000721 | Annual Business Briefing 2004 Tape 3 |
| 1.0854 | MRK-ACU 0000722 | Annual Business Briefing 2004 Tape 4 |
| 1.0855 | MRK-ACU 0000723 | Annual Shareholders Meeting 2003 |
| 1.0856 | MRK-ACU 0000724 | Annual Shareholders Meeting 2004 |
| 1.0857 | MRK-V 0000001 | Merck/VIOXX "Stairs/Bath": 60 |
| 1.0858 | MRK-V 0000002 | Merck/VIOXX "Stairs/Bath": 60 |
| 1.0859 | MRK-V 0000003 | Bath Time |

## Irvin v. Merck: Plaintiff's Exhibit List

| | | |
|---|---|---|
| 1.0860 | MRK-V 0000004 | Stairs/Bath |
| 1.0861 | MRK-V 0000005 | Entertainment Center; |
| 1.0862 | MRK-V 0000006 | "Gardener (Prevention)": 60 |
| 1.0863 | MRK-V 0000007 | "Bath Time" |
| 1.0864 | MRK-V 0000008 | Gardener Back to Health at this location: 60 |
| 1.0865 | MRK-V 0000009 | ACR Video Loop |
| 1.0866 | MRK-V 0000010 | "Gardener" : 15 . |
| 1.0867 | MRK-V 0000011 | Entertainment Center: 15 |
| 1.0868 | MRK-V 0000012 | Gardner/ERN (: 60) |
| 1.0869 | MRK-V 0000013 | Stairs/Bath Reordered Balance |
| 1.0870 | MRK-V 0000014 | "Entertainment Center" |
| 1.0871 | MRK-V 0000015 | AAOS Convention Video Loop |
| 1.0872 | MRK-V 0000016 | Stairs/Bath Reordered Balance: 60 |
| 1.0873 | MRK-AAR 0030831 | Selling Skills Seminar |
| 1.0874 | MRK-AAR 0030832 | Accessing Difficult Doctors |
| 1.0875 | MRK-AAR 0030833 | Jack Morton - Vioxx Opening |
| 1.0876 | MRK-AAR 0030834 | Our Values and Standards |
| 1.0877 | MRK-AAR 0030835 | Group A launch Video |
| 1.0878 | MRK-AAR 0030836 | Start Your Engines |
| 1.0879 | MRK-AAR 0030837 | Medical Terminology I |
| 1.0880 | MRK-AAR 0030838 | Medical Terminology 2 |
| 1.0881 | MRK-AAR 0030839 | Medical Terminology 3 |
| 1.0882 | MRK-AAR 0030840 | Medical Terminology 4 |
| 1.0883 | MRK-AAR 0030841 | Medical Terminology 5 |
| 1.0884 | MRK-AAR 0030842 | Medical Terminology 6 |
| 1.0885 | MRK-AAR 0030843 | Understanding Managed Care |
| 1.0886 | MRK-AAR 0030844 | Understanding Managed Care 2nd Ed. |
| 1.0887 | MRK-AAR 0030845 | The Aging of America and its Impact |
| 1.0888 | MRK-AAR 0030846 | Selling with Reprints |
| 1.0889 | MRK-AAR 0030847 | Access Success |
| 1.0890 | MRK-AAR 0030848 | Time Management |
| 1.0891 | MRK-AAR 0030849 | Project Management |
| 1.0892 | MRK-AAR 0030850 | Stedman's Concise Electronic Medical Dictionary |
| 1.0893 | MRK-AAR 0030851 | Understanding Managed |
| 1.0894 | MRK-AAR 0030852 | Understanding Managed Care 4th |
| 1.0895 | MRK-AAR 0030853 | Introduction to Arthritis and Analgesia |
| 1.0896 | MRK-AAR 0030854 | The Aging of America and its Impact on Pharm Ind. |
| 1.0897 | MRK-AAR 0030855 | Power of Proof |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | |
|---|---|---|
| 1.0898 | MRK-AAR 0030856 | |
| 1.0899 | MRK-AAR 0030857 | |
| 1.0900 | MRK-AAR 0073234 | Be the Power |
| | | Everyday Victories |
| 1.0901 | MRK-AAR 0073235 | Integrated Learning Review: RX Files |
| 1.0902 | MRK-AAR 0073236 | Terms of Restriction: I'd Love To Use It But... Segments 1&2 |
| | | Coaching Advocates MI0088 |
| 1.0903 | MRK-AAR 0073237 | |
| 1.0904 | MRK-AAR 0073238 | "MerckSource: Just What The Doctor Ordered" |
| 1.0905 | MRK-AAR 0073239 | Selling with Reprints |
| 1.0906 | MRK-AAR 0073240 | "I've Got Something to Talk About: MerckMedicus" |
| 1.0907 | MRK-AAR 0073241 | Understanding Managed Care An Overview for the Pharmaceutical Industry |
| 1.0908 | MRK-AAR 0073242 | Merck &Co., Inc. Nation Wide Meeting Tyrone Edwards |
| 1.0909 | MRK-AAR 0073243 | Vioxx (rofecoxib) |
| 1.0910 | MRK-AAR 0073244 | Vioxx (rofecoxib) |
| 1.0911 | MRK-AAR 0073245 | Rome Tutorial Version 1 |
| 1.0912 | MRK-AAR 0073246 | To Sell the Truth - Vioxx A&A Specialty CD Game |
| 1.0913 | MRK-AAR 0073247 | Everyday Victories |
| 1.0914 | MRK-AAR 0073248 | Vioxx Cyber Classes |
| 1.0915 | MRK-AAR 0073249 | Power Ahead |
| 1.0916 | MRK-AAR 0073250 | Coaching Advocates MI0088 - Audio Exercise FDR1, FDR2 and FDR3 |
| 1.0917 | MRK-AAR 0073251 | A&A Intro Lecture |
| 1.0918 | MRK-AAR 0073252 | Quality Customer Selling |
| 1.0919 | MRK-AAR 0073253 | Excerpts from the Atlas of Rheumatology - Third Edition |
| 1.0920 | MRK-AAR 0073254 | Discussion of a GI Outcomes Trial with Dr. Loren Laine |
| 1.0921 | MRK-AAR 0073255 | e-RSP - Self-study Training Program |
| 1.0922 | MRK-AAR 0073256 | Cyber Class 2S |
| 1.0923 | MRK-AAR 0073257 | MVX PIR 1S Adverse |
| 1.0924 | MRK-AAR 0073258 | Be the Power |
| 1.0925 | MRK-AAR 0073259 | Medical Terminology - Cardiovascular System Blood |
| 1.0926 | MRK-AAR 0073260 | Medical Terminology - Lymphatic System, Respiratory System |
| 1.0927 | MRK-AAR 0073261 | Medical Terminology - Digestive System, Urinary System |
| 1.0928 | MRK-AAR 0073262 | Medical Terminology - Nervous System, Endocrine System |
| 1.0929 | MRK-AAR 0073263 | Medical Terminology - Reproductive System (Male and Female) Muscular and Skeletal Systems |
| 1.093 | MRK-AAR 0073264 | Medical Terminology - Skin Eyes and Ears |
| 1.0931 | | No exhibit specified |

05-4046-L c/w MDL1657

# Irvin v. Merck:  Plaintiff's Exhibit List

| 1.0932 | MRK-PRL 0000258 | VIOXX - VNR ACR Study Findings | | |
|---|---|---|---|---|
| 1.0933 | MRK-PRL 0000258 | VIOXX for Acute Pain VNR/Bites & B Roll ASCPT | | |
| 1.0934 | MRK-PRL 0000258 | "Menstrual Pain" | | |
| 1.0935 | MRK-PRL 0000258 | FDA Approves VIOXX; Approved Launch B-Roll | | |
| 1.0936 | MRK-PRL 0000258 | VIOXX ACR VNR | | |
| 1.0937 | MRK-PRL 0000258 | VIOXX JAMA VNR | | |
| 1.0938 | MRK-PRL 0000258 | Everyday Victories - final VNR | | |
| 1.0939 | MRK-PRL 0000258 | VIGOR Study published in New England Journal of Medicine/VIOXX Story -- Final VNR | | |
| 1.0940 | MRK-PRL 0000258 | VIOXX B-Roll & Bites | | |
| 1.0941 | MRK-PRL 0000465 | Merck Stands Behind the Cardiovascular Safety Profile of VIOXX | | |
| 1.0942 | MRK-PRL 0000466 | FDA Approves VIOXX for Once-Daily Treatment of Juvenile Rheumatoid Arthritis | | |
| 1.0943 | MRK-PRL 0000467 | VIOXX and JRA Study VNR | | |
| 1.0944 | | New Indication for VIOXX VNR Package (Migraine) | | |
| 1.0945 | MRK-ADA 0900000 | Patient Education of the Hip, Knee, Shoulder, Elbow, Hand of Wrist, Foot & Ankle | | |
| 1.0946 | MRK-ADA 0900001 | 7/31/01 Em. Arthritis HC A&B; 9/30/01 Arthritis MN & A&B | | |
| 1.0947 | MRK-ADA 0900002 | DDB Video Merck/Vioxx 1. Celebrex "Woman Jogging" 2. Pfizer Unbranded HS | | |
| 1.0948 | MRK-ADA 0900003 | DDB Video Pfizer infomercial "Get on the Road to Pain Relief" | | |
| 1.0949 | MRK-ADA 0900004 | Video of unspecified corporate authorship "Celebrex OAC 15301" | | |
| 1.0950 | MRK-ADA 0900005 | DDB Video - Celebrex - Proven Strength, "Woman Jogging" | | |
| 1.0951 | MRK-ADA 0900006 | DDB Video - 3/11 - DRI Edits | | |
| 1.0952 | MRK-ADA 0900007 | DDB Video Vioxx/Merck 3/1/02 DRI Materials | | |
| 1.0953 | MRK-ADA 0900008 | DDB Videos 2003 DTC Product Claim 1 | | |
| 1.0954 | MRK-ADA 0900009 | DDB Videos 2003 DTC Help Seeking | | |
| 1.0955 | MRK-ADA 0900010 | DDB Videos 2003 DTC Reminder | | |
| 1.0956 | MRK-ADA 0900011 | DDB Celebrex Video - 7/13/01 People in the Park | | |
| 1.0957 | MRK-ADA 0900012 | DDB Celebrex Video - 10/13/03 "I will not give in" | | |
| 1.0958 | MRK-ADA 0900013 | DDB Celebrex Video - 10/29/02 Daytime Edition News 12 CT Norwalk | | |
| 1.0959 | MRK-ADA 0900014 | DDB Celebrex Video - 1/25/03 Antarctica | | |
| 1.0960 | MRK-ADA 0900015 | DDB Video - DTC Reminder Reel Jan.Sept. 200 | | |
| 1.0961 | MRK-ADA 0900016 | DDB Video - 10/28/02 "High Blood Pressure - Link" Today NBC National | | |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 1.0962 | MRK-ADA 0900017 | | DDB Merck/Vioxx Video - A&ACompetitive Review |
| 1.0963 | MRK-ADA 0900018 | | New Year's Eve |
| 1.0964 | | | Memorandum from Rep. Henry Waxman Re: The Marketing of Vioxx to Physicians |
| 1.0965 | MRK-NJ0200304 | | Email from Ken Truitt to Barry Gertz RE: 966 peds |
| 1.0966 | MRK-ABW0005449 | MRK-ABW0005475 | Profit Plan 2002-Merck A&A Franchise |
| 1.0967 | MRK-OS0420045657 | MRK-OS0420046186 | MRL Clinical Study Report, Multicenter Study: A Double-Blind, Placebo Controlled Study to Evaluate Safety and Tolerability and Preliminarily Assess Clinical Efficacy of MK 0966 in Patients With Osteoarthritis of the Knee (Protocol 010) |
| 1.0968 | MRK-AFL0010627 | MRK-AFL0010817 | MRL Clinical Study Report, Multicenter Study: A Double-Blind, Placebo Controlled Study to Assess Safety and Tolerability and Preliminarily Evaluate Efficacy of L-748,731 in Patients with Rheumatoid Arthritis (Protocol 017) |
| 1.0969 | MRK-ADN0076556 | MRK-ADN0076559 | Frequently Asked Questions About DDMAC and Promotion Compliance |
| 1.0970 | MRK-AFF0000126 | MRK-AFF0000178 | 11/09/2000 Memorandum from H. Quan to APPROVe ESMB Subject Safety Updatew for APPROVe |
| 1.0971 | MRK-AAR0011527 | MRK-AAR0011549 | 09/13/2004 Obstacle Response Guide |
| 1.0972 | MRK-AFO0286612 | MRK-AFO0286638 | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Coloractal Chemoprevention Trial |
| 1.0973 | MRK-AGO0076955 | MRK-AGO0076990 | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Coloractal Chemoprevention Trial |
| 1.0974 | MRK-AFO0286105 | MRK-AFO0286107 | Email from James Bolognese to Scott Zeger RE: Modeling hazard & hazard ration curves |
| 1.0975 | MRK-AFN0052502 | MRK-AFN0052523 | NEJM Manuscript 05-0493: Author's responses to Reviwer's Comments |
| 1.0976 | | | Warning letter from Minne Baylor-Henry to David Anstice-marked as Exhibit No. 167 to the deposition of David Anstice on May 20, 2005 |
| 1.0977 | | | Warning letter from Warren Rumble to Ellen Westrick-marked as Exhibit No. 168 to the deposition of David Anstice on May 20, 2005 |
| 1.0978 | | | Warning letter from Victoria Babb to Ellen Westrick-marked as Exhibit No. 169 to the deposition of David Anstice on May 20, 2005 |
| 1.0979 | | | Warning letter from Anne Reb to Ellen Westrick-marked as Exhibit No. 170 to the deposition of David Anstice on May 20, 2005 |