# Irvin v. Merck:  Plaintiff's Exhibit List

| | | |
|---|---|---|
| 1.0980 | | Warning letter from Warren Rumble to Nancy Wood-marked as Exhibit No. 171 to the deposition of David Anstice on May 20, 2005 |
| 1.0981 | | Warning letter from Anne Reb to Ellen Westrick-marked as Exhibit No. 172 to the deposition of David Anstice on May 20, 2005 |
| 1.0982 | | Warning letter from Leah Palmer to Ellen Westrick-marked as Exhibit No. 173 to the deposition of David Anstice on May 20, 2005 |
| 1.0983 | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 174 to the deposition of David Anstice on May 20, 2005 |
| 1.0984 | | Warning letter from Minnie Baylor-Henry to Preeti Pinto-marked as Exhibit No. 175 to the deposition of David Anstice on May 20, 2005 |
| 1.0985 | | Warning letter from Ann Reb to Ellen Westrick-marked as Exhibit No. 176 to the deposition of David Anstice on May 20, 2005 |
| 1.0986 | | Warning letter from Mark Askine to Ellen Westrick-marked as Exhibit No. 178 to the deposition of David Anstice on May 20, 2005 |
| 1.0987 | | Warning letter from Warren Rumble to Ellen Westrick-marked as Exhibit No. 179 to the deposition of David Anstice on May 20, 2005 |
| 1.0988 | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 180 to the deposition of David Anstice on May 20, 2005 |
| 1.0989 | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 181 to the deposition of David Anstice on May 20, 2005 |
| 1.0990 | | Warning letter from Joan Hankin to Ellen Westrick- |
| 1.0991 | | Warning letter from Mark Askine to Ellen Westrick-marked as Exhibit No. 183 to the deposition of David Anstice on May 20, 2005 |
| 1.0992 | | Warning letter from Warren Rumble to Ellen Westrick-marked as Exhibit No. 184 to the deposition of David Anstice on May 20, 2005 |
| 1.0993 | | Warning letter from Warren Rumble to Ellen Westrick-marked as Exhibit No. 185 to the deposition of David Anstice on May 20, 2005 |
| 1.0994 | | Warning letter from Janet Norden to Ellen Westrick-marked as Exhibit No. 186 to the deposition of David Anstice on May 20, 2005 |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| No. | Bates Begin | Bates End | Description | Obj. |
|---|---|---|---|---|
| 1.0995 | | | | |
| 1.0996 | MRK-AHR0005080 | MRK-AHR0005093 | Warning letter from Janet Norden to Ellen Westrick- marked as Exhibit No. 187 to the deposition of David Anstice on May 20, 2005 | |
| 1.0997 | MRK-AEG0020266 | MRK-AEG0020276 | "Study to Evaluate the Thrombotic Potential of COX-2 Inhibition in an Animal Model" | |
| 1.0998 | MRK-01420163634 | MRK-01420163635 | 11/01/2000 Presentation "Animal model of thrombosis of the African Green Monkey" | |
| 1.0999 | MRK-01420143638 | MRK-01420163641 | 10/08/2001 Attachment II to letter to Jonca Bull re NDA 21-042/S-00 | |
| 1.1000 | MRK-01420143642 | MRK-01420163645 | 10/08/2001 Attachment II To letter to Letter to Jonca Bull re NDA 21-042/S-00 | |
| 1.1001 | MRK-AAR0034452 | MRK-AAR00344535 | 01/01/1999 Introduction to Insight and / Business Analysis | |
| 1.1002 | MRK-ADG0033592 | MRK-ADG0033618 | 11/16/2001 A&A Operations Review | |
| 1.1003 | MRK-AEN0000691 | MRK-AEN0000694 | ARTHRITIS AND ANALGESIA VICTORY 50 TARGET | |
| 1.1004 | MRK-ABL0000609 | MRK-ABL0000654 | 01/19/1999 LIST | |
| 1.1005 | MRK-ABL0000688 | MRK-ABL0000690 | 06/21/1999 VIOXX® INTERIM STAGE REVIEW | |
| 1.1006 | MRK-NJ0178116 | MRK-NJ0178117 | 07/15/1999 Minutes of 6/25/99 HHPAC meeting | |
| 1.1007 | MRK-NJ0123784 | MRK-NJ0123785 | NDA Submission, section C-Clinical Pharmacology | |
| 1.1008 | MRK-NJ0123788 | MRK-NJ0123864 | Email from Ellav Barr to Deborah Shapiro regarding Review of Alzheimer Studies w/ Attachments | |
| 1.1009 | MRK-NJ0123668 | MRK-NJ0123679 | Email from Ellav Barr to Deborah Shapiro regarding Review of Alzheimer Studies w/ Attachments | |
| 1.1010 | | | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study / Review of Alzheimer Studies w/ Attachments | |
| 1.1011 | | | Medicines Compendium published by Datapharm Communications Ltd. / Letter from Lawrence Goldkind of the FDA to the Pharmacia Corporation re: NDA 21-341/S-002 | |
| 1.1012 | MRK-NJ0121906 | MRK-NJ0121907 | 11/01/2002 Email from James Bolognese to Alise Reicin re: RA and CV mortality | |
| 1.1013 | MRK-ABL0000921 | MRK-ABL0000937 | 04/13/2000 05/17/2000 HHPAC Presentation-Key Marketing Messages | 403 |
| 1.1014 | MRK-ABL0000938 | MRK-ABL0000941 | 06/06/2000 Memorandum from R.T. Bissett re: Meeting Minutes-5/17/2000 HH PAC Meeting | |
| 1.1015 | MRK-ABA0058130 | MRK-ABA0058188 | HHPAC Presentation "VALOR (Vioxx Aspirin Long-Term Outcomes Research) Study Design Issues | |
| 1.1016 | MRK-ABA0025859 | MRK-ABA0025860 | 02/27/2002 Study | |
| 1.1017 | MRK-AAF0005794 | MRK-AAF0005795 | 03/21/2002 Letter from Robert Silverman to Lee Simon Re: Amendment to Supplemental New Drug Application | A |
| 1.1018 | MRK-ACD0101792 | MRK-ACD0101795 | 03/22/2002 Press Release "FDA Approves Label Changes for Vioxx to Reflect Landmark Gastrointestinal Outcomes Study and Approves New Indication for Rheumatoid Arthritis" | |
| 1.1019 | MRK-ABX0007150 | MRK-ABX0007153 | 04/12/2002 Bloomberg Report: Re: Re-inVIGORated Vioxx Label | |

05-4046-L c/w MDL1657

# Irvin v. Merck:  Plaintiff's Exhibit List

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.020 | MRK-ABA0026655 | | 03/22/2002 | Memorandum to Medical Research Associates subject VALOR Trial | | |
| 1.021 | MRK-NJ0281185 | MRK-NJ0281208 | 02/28/1998 | MRL Epidemiology Department Technical Report No. EP07006.005.98 | | |
| 1.022 | MRK-AAF0003209 | | 01/08/2001 | Letter from Robert Silverman to Jonca Bull Re: Information Amendment | | |
| 1.023 | MRK-0142601B426 | MRK-0142601B466 | 01/12/2001 | Interim Cardiovascular Meta-Analysis | | |
| 1.024 | MRK-AFK0175283 | MRK-AFK0175286 | 09/15/2004 | FDA Request for Information | | |
| 1.025 | MRK-AC00128193 | | 09/15/2004 | Email from James Bolognese RE: TSSep04 FDA Req. for Info: IND 46,894 Vioxx PN203 SUR | | |
| 1.026 | MRK-AF-J0000068 | MRK-AF-J0000069 | 09/17/2004 | APPROVe ESMB Meeting Minutes | | |
| 1.027 | MRK-AFN0015430 | | 09/17/2004 | APPROVe ESMB Teleconference | | |
| 1.028 | MRK-AG00000098 | MRK-AG00000105 | 09/17/2004 | Facsimile from Hui Quan to Dr. John Baron | | |
| 1.029 | MRK-ABL0000609 | MRK-ABL0000655 | 06/21/1999 | Memorandum from Dr. K. Grosser attaching material for HHPAC Meeting | | |
| 1.030 | MRK-ABL0000688 | MRK-ABL0000690 | 06/25/1999 | Memorandum from RT Bissett re: Minutes of 6/25/99 HH PAC Meeting | | |
| 1.031 | MRK-I894009626J | MRK-I894009638 | | Type A Meeting Background Package | | |
| 1.032 | MRK-S04201119/8 | MRK-S04201119 | | Letter from Robert Meyer to Philip Huang attaching minutes to the February 16-18, 2005 Advisory Committee Meeting | | |
| 1.033 | MRK-S04201119172 | MRK-S04201119175 | | Letter from Philip Huang To Brian Harvey | | |
| 1.034 | MRK-S042005100 | MRK-S042005318S | | MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Poly | | |
| 1.035 | MRK-ABW00007797 | MRK-ABW0000963 | | FDA Advisory Committee Background Information for VIGOR | | |
| 1.036 | MRK-AC10012836 | MRK-AC10012840 | | Bulletin for Vioxx: FDA AAC Meeting for Vioxx | | |
| 1.037 | MRK-AFN0054346 | MRK-AFN0054384 | | Draft Article: "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial" | | |
| 1.038 | MRK-ADF0024155 | MRK-ADF0024156 | | Email fro Erica McShea re: FW: ADA HSAS- ACTION REQUIRED; Advocate Status update in MAX; deadline 9/26/00 | | |
| 1.039 | | | | Results for Study 096: Proportions of Patients Who Met ACR 70 Responder Index Criteria During 12 Weeks of Study | | |
| 1.040 | | | | Center for Drug Evaluation and Research; Application Number: 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and 21-052/S-004, S-005, S-006, S-007, S-008, S-009- Medical Review(s) | | |

05-4046-L c/w MDL 1657

02/03/2006

# Irvin v. Merck:  Plaintiff's Exhibit List

| 1.041 | | | Table 26: Analysis of ACR20 with ITT population |
| 1.042 | MRK-ABX0050244 | MRK-ABX0050253 | PhRMA Code on Interactions with Healthcare Professionals |
| 1.043 | MRK-FAD0017788 | | Labeling Review Acceptable? |
| 1.044 | MRK-ACC0009462 | | Merck & Co. Inc.-Code of Conduct for Clinical Trials |
| 1.045 | MRK-AAR0019085 | MRK-AAR0019087 | Pharmaceutical Manufacturers Association-Code of Fair Practices in the Promotion of Drug Products |
| 1.046 | MRK-AFL0008183 | | FDA Regulations Regarding Informed Consent (CFR Title 21, Part 50) |
| 1.047 | | | Physicians Desk Reference-56th Edition 2005 |
| 1.048 | | | Physicians Desk Reference-55th Edition 2004 |
| 1.049 | | | Physicians Desk Reference-54th Edition 2003 |
| 1.050 | | | Physicians Desk Reference-53rd Edition 2002 |
| 1.051 | | | Physicians Desk Reference-52nd Edition 2001 |
| 1.052 | | | Physicians Desk Reference-51st Edition 2000 |
| 1.053 | | | Physicians Desk Reference-50th Edition 1999 |
| 1.054 | | | Physicians Desk Reference-49th Edition 1998 |
| 1.055 | MRK-ABS0253358 | MRK-ABS0253367 | Informed Consent Document For Participation of a Subject in a Research Study |
| 1.056 | MRK-ABS0200755 | MRK-ABS0200757 | Informed Consent |
| 1.057 | MRK-ACL0003110 | MRK-ACL0003116 | Patient Information and Consent Form |
| 1.058 | MRK-ABS0197651 | MRK-ABS0197659 | Consent Form |
| 1.059 | MRK-AFN0016069 | MRK-AFN0016077 | Consent and Authorization Form |
| 1.060 | MRK-ABS0190871 | MRK-ABS0190878 | Patient Informed Consent |
| 1.061 | MRK-ABS0232091 | MRK-ABS0232098 | VA-Form 10-1086 |
| 1.062 | MRK-AHB0000701 | MRK-AHB0000710 | Informed Consent |
| 1.063 | MRK-ABS0253197 | MRK-ABS0253209 | Informed Consent to Participate in a Clinical Research Study |
| 1.064 | MRK-ABS0197933 | | Addendum to the Consent Form |
| 1.065 | MRK-ABS0236323 | MRK-ABS0236327 | Patient Informed Consent |
| 1.066 | MRK-NJ0244665 | MRK-NJ0244672 | Patient Informed Consent |
| 1.067 | MRK-ADM 0900000 | | El-Dada, Raid |
| 1.068 | MRK-ACJ-0900000 | MRK-ACJ-0900001 | McKines, Charlotte |
| 1.069 | MRK-ADJ-0900000 | MRK-ADJ-0900004 | Ogden, Tracy |
| 1.070 | MRK-ACZ0026530 | MRK-ACZ0026533 | Vioxx Label for May 1999 | 05/01/1999 |
| 1.071 | MRK-LBL0000051 | MRK-LBL0000054 | Vioxx Label for March 2001 | 03/01/2001 |
| 1.072 | MRK-ABC0001578 | MRK-ABC0001599 | Phase III Osteoarthritis Clinical Development Strategy | 07/03/1996 |
| 1.073 | MRK-ACR0009148 | MRK-ACR0009149 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter | 04/07/2001 |

05-4046-L c/w MDL 1657

02/03/2006

## Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1074 | MRK-ABS0415817 | | | Memo from Eric Maller to Michelle Johnson regarding |
| 1.1075 | MRK-ABS0430311 | MRK-ABS0430312 | 05/14/2002 | Summary results of protocol 136 |
| | | | | E-mail from Thomas Simon to Eric Maller regarding |
| | | | 04/27/2002 | unofficial results from 136 frozen file |
| 1.1076 | MRK-ABS0390466 | MRK-ABS0390468 | | NDA 21-042 Vioxx Rofecoxib tablets prior approval |
| | | | | supplement CSR 136 / moderate hepatic insufficiency |
| | | | 10/14/2002 | update |
| | | | | IND 46,894 / MRK-0966 / (L-746,731) response to FDA |
| 1.1077 | MRK-I894001185 | MRK-I894001185 | 06/03/1996 | request |
| | | | | Clinical Development Oversight Committee - 11/25/97 |
| | | | | [Finasteride hair loss androgenetic alopecia propecia |
| | | | | Minoxidil coronary heart disease hypertriglyceridemia |
| 1.1078 | MRK-ABP0002463 | MRK-ABP0002474 | | diabetes mellitus Losartan Acute Myocardial Infarction |
| | | | 11/17/1997 | Ramipril periprosthetic osteolysis] |
| | | | | Email from Peter Honig to Dennis Erb RE: Are you |
| 1.1079 | MRK-AID0006346 | MRK-AID0006346 | 09/27/2004 | available to talk? |
| | | | | Email from Diane Louie to Penny Marriott RE: VIOXX AD |
| 1.1080 | MRK-AID0001493 | MRK-AID0001493 | 09/22/2004 | FDA Meeting |
| 1.1081 | MRK-AAO0000035 | MRK-AAO0000072 | 01/01/2000 | Anti - inflammatory and analgesic TBG - 2000 profit plan |
| | | | | Table of Contents / Environment / Issues / Objectives / |
| 1.1082 | MRK-AAO0000001 | MRK-AAO0000034 | 09/21/1998 | Strategies / Strategic Initiatives / Financial Overview |
| | | | | Vioxx Gastrointestinal Outcome Research (VIGOR) |
| 1.1083 | MRK-ACD0043165 | MRK-ACD0043215 | 02/08/2001 | Arthritis Advisory Committee Meeting Presentation |
| 1.1084 | MRK-ABW0000581 | MRK-ABW0000607 | 02/08/2001 | FDA Advisory Committee Briefing Document |
| 1.1085 | MRK-NJ0174604 | MRK-NJ0175048 | 02/08/2001 | Transcript of the Arthritis Advisory Committee Meeting |
| | | | | Memo from Suzanne Pernick to Project Team Members |
| 1.1086 | MRK-ABH0014143 | MRK-ABH0014166 | 05/12/1998 | regarding Project Team Minutes for May 12, 1998 |
| 1.1087 | | | | Excerpts from the Merck Manual - 16th Edition |
| | | | | Email from Thomas Capizzi to Deborah Shapiro regarding |
| 1.1088 | MRK-GUE0003277 | MRK-GUE0003278 | 02/14/2000 | Anticipated CV events in a COX2 megatrial |
| | | | | Email from Edward Scolnick to Deborah Shapiro regarding |
| 1.1089 | MRK-GUE0009450 | | 03/09/2000 | VIGOR results |
| | | | | Email from Carmen Inos to Alise Reich, et al. regarding |
| 1.1090 | MRK-LAU0029881 | MRK-LAU0029882 | 03/16/2000 | PGI-M |
| 1.1091 | | | | Excerpts from the Merck Manual - 17th Edition |
| | | | | Email from Thomas Capizzi to Bruce Binkowitz et al |
| 1.1092 | MRK-GUE0085582 | MRK-GUE0085583 | 04/22/1999 | regarding interaction between 044 and 045 |
| | | | | New York Times Article - Basic Research Is Losing Out as |
| 1.1093 | | | 10/08/1996 | Companies Stress Results |
| | | | | Email from Peter Ernster to Edward Scolnick regarding |
| 1.1094 | MRK-ABH016104 | | 09/11/1999 | Vioxx DTC |
| | | | | Email from Beth Seidenberg to Edward Scolnick regarding |
| 1.1095 | MRK-ABH0014364 | | 11/17/1998 | Celebrex |

05-4046-L c/w MDL 1657

02/03/2006

## Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1096 | MRK-ABH0017433 | MRK-ABH0017449 | | Reports of possible vascular thrombotic events in patients receiving marketed-use rofecoxib |
| 1.1097 | MRK-ABI0011772 | MRK-ABI0011787 | 09/29/2004 | Questions and Answers: VIOXX Voluntary Market Withdrawal |
| 1.1098 | MRK-AF-J0001537 | | 11/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson |
| 1.1099 | MRK-ABT0000639 | | 04/15/2000 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 |
| 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | | VIOXX Outcomes Study Potential Designs |
| 1.1101 | MRK-AAZ0001608 | MRK-AAZ0001609 | 05/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson |
| 1.1102 | | | 01/10/2001 | Wall Street Journal Article – When Its Patents Expired, Merck Didn't Merge -- It Found New Drugs by Gardiner Harris |
| 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies |
| 1.1104 | MRK-NJ0030204 | | 10/09/2001 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH |
| 1.1105 | MRK-NJ0000717 | MRK-NJ0000718 | 10/18/1996 | MK-966 (COX2) Distribution List |
| 1.1106 | MRK-ABH0017814 | | 03/28/2000 | VIGOR |
| 1.1107 | MRK-ABH0002006 | | 06/21/2001 | Reicin email to Scolnick re: Outcome Studies.ppt |
| 1.1108 | MRK-ACR0008978 | MRK-ACR0008980 | 01/21/2004 | Email from Edward Scolnick to Douglas Greene regarding Draft Letter to Dr. Fries |
| 1.1109 | MRK-AAF0001646 | MRK-AAF0001960 | 04/20/99 | FDA Review of NDA #21-042 |
| 1.1110 | | | | Extracts from P3.0021 - speaker.mrk0000005.mdb |
| 1.1111 | | | | Extracts from P3.0021 - H James Williams |
| 1.1112 | | | | Extracts from P3.0021 - M Michael Wolfe |
| 1.1113 | | | | Extracts from P3.0021 - Byron L. Cryer |
| 1.1114 | MRK-PUBLIC0001692 | | 02/18/05 | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 1.1115 | MRK-ACR0009150 | | 04/07/01 | Email from Edward Scolnick to Douglas Greene regarding ADVANTAGE CV events tables |
| 1.1116 | MRK-AFL0016809 | | 10/13/04 | Email from Jennifer Ng to Janet Van Adelberg regarding VICTOR cv counts |
| 1.1117 | MRK-S042005 1232 | MRK-S042005 1330 | 03/15/05 | APPROVe Trial Cardiovascular Safety Report |
| 1.1118 | MRK-AG0006667 | MRK-AG0006897 | 02/11/02 | Email from H. Quan to ESMB Members regarding Update for APPROVe |
| 1.1119 | MRK-AFF0000279 | MRK-AFF0000317 | 08/02/02 | Email from H. Quan to ESMB Members regarding Safety Update for APPROVe |
| 1.1120 | MRK-AFF0000233 | MRK-AFF0000278 | 11/20/02 | Email from H. Quan to ESMB Members regarding Safety Update for APPROVe |

05-4046-L c/w MDL1657

# Irvin v. Merck:  Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1121 | MRK-AGV0007158 | MRK-AGV0007231 | 11/18/03 | Email from H. Quan to APPROVe ESMB Members regarding Safety Update for APPROVe |
| 1.1122 | MRK-AFF0000370 | MRK-AFF0000416 | 02/12/04 | Email from H. Quan to APPROVe ESMB Members regarding Safety Update for APPROVe |
| 1.1123 | MRK-I8940096392 | MRK-I8940096445 | | Protocol 201 (VIP) CSR |
| 1.1124 | | | | Letter from Jeffrey Melin to Dr. Egilman |
| 1.1125 | MRK-NJ018586636 | MRK-NJ018586764 | | Required Template for Franchise Presentations - Draft 3 |
| 1.1126 | MRK-AFO0007496 | MRK-AFO0007497 | 09/01/00 | Email from Douglas Watson to James Bolognese, et al. regarding COXIB CV DAP issues for review w/ management |
| 1.1127 | MRK-NJ0363443 | MRK-NJ0363445 | | Issues for the COXIB Cardiovascular Combined Analysis and Planned Interim Pre-VIGOR ACM "meta-analysis" |
| 1.1128 | MRK-EAD0004324 | | | Market Integration Team Approval Sheet |
| 1.1129 | MRK-AAR0010099 | MRK-AAR0010099 | | 3T99 REFOCUS FOR VIOXX |
| 1.1130 | | | 05/04/00 | Dear Doctor Letter from Jeffrey Melin |
| 1.1131 | MRK-ABW0000062 | MRK-ABW0000063 | 09/13/01 | MVX for Vioxx - DWA to USHH US fields sales force |
| 1.1132 | MRK-0042006087 | MRK-0042006117 | 06/29/00 | Excerpts from 6/29/00 sNDA |
| 1.1133 | MRK-N05200041.21 | MRK-N052004172 | 10/13/00 | Excerpts of 10/13/00 sNDA for VIGOR |
| 1.1134 | MRK-ACV0020261 | MRK-ACV0020263 | 05/14/01 | Merck Emphasizes Efficacy, Confirms Safety of Vioxx |
| 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 07/01/01 | US Long Range Operating Plan Franchise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib |
| 1.1136 | MRK-AGV0019770 | MRK-AGV0019771 | 7/10/99 | Letter to Dr. Tindall from Gregory Geba regarding protocol no. 085-01 |
| 1.1137 | MRK-EAI0002572 | | 4/19/00 | Letter from Gregory Geba to Alisa Koch regarding COX-2 Mediated Angiogenesis in Rheumatoid Arthritis |
| 1.1138 | MRK-ABS0209706 | MRK-ABS0209707 | 7/19/99 | Letter from Gregory Geba to Dear Dr. regarding MedWatch relating to the ADVANTAGE study |
| 1.1139 | | | | Extracts from FACTS - Dr. Gregory Lewer |
| 1.1140 | MRK-I8940078840 | | 5/4/04 | Letter to Brian Harvey from Diane Louie regarding IND 46, 894 |
| 1.1141 | MRK-NJ0214478 | | 11/21/01 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design |
| 1.1142 | MRK-ABC0017482 | | 8/13/97 | Email from Alan Nies and Alise Reicin to Jim Bolognese, et al. regarding GI Outcomes Study |
| 1.1143 | MRK-ABH0014119 | MRK-ABH0014124 | 6/1/98 | Email from Errol McKinney to Edward Scolnick regarding Celebra submission within 2 mon ths - Schroders |
| 1.1144 | MRK-ACD0105492 | MRK-ACD0105815 | 6/2/00 | Clinical Study Report of Protocol 088/089 |
| 1.1145 | MRK-AAF0004250 | | 9/26/01 | Fax from Barbara Gould to Robert E Silverman regarding NDA 21-042 Vigor Study Information Request |
| 1.1146 | MRK-0142016355 | MRK-0142016357 | 10/1/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1147 | MRK-0142016324 | MRK-0142016325 | 10/5/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |

*[handwritten notations: "403" and "A"]*

02/03/2006

05-4046-L c/w MDL1657

02/03/2006

# Irvin v. Merck:  Plaintiff's Exhibit List

| Exhibit | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 1.1148 | MRK-ACD0075588 | MRK-ACD0075589 | 9/7/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1149 | MRK-AAF0004013 | MRK-AAF0004014 | 6/14/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1150 | MRK-AAF0003997 | MRK-AAF0003998 | 6/6/01 | Fax from Sandra Falkendt to Robert Silver regarding NDA 21-042/S-007 |
| 1.1151 | MRK-AAF0003986 | MRK-AAF0003988 | 5/25/01 | ~~Letter from Robert Silverman to Jonca Bull regarding NDA~~ 21-042/S-007 |
| 1.1152 | MRK-AAF0003975 | MRK-AAF0003976 | 5/21/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1153 | MRK-AAF0003926 | MRK-AAF0003927 | 4/30/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1154 | MRK-AAF0003775 | MRK-AAF0003776 | 3/15/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1155 | MRK-01420090699 | MRK-01420090701 | 3/8/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1156 | MRK-ACD0043569 | MRK-ACD0043574 | 3/2/01 | VIGOR Label Proposal |
| 1.1157 | MRK-01420090691 | MRK-ACD0090695 | 3/2/01 | NDA 21-042/S-007 Amendment to Supplemental New Drug Application |
| 1.1158 | MRK-01420031270 | MRK-01420031271 | 2/28/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 |
| 1.1159 | MRK-01420031266 | MRK-01420031268 | 2/20/01 | Letter for Lawrence Goldkind to Dr. Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 |
| 1.1160 | MRK-AAF0003713 | MRK-AAF0003715 | 2/27/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1161 | MRK-AAF0003697 | MRK-AAF0003698 | 2/16/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1162 | MRK-AAF0003431 | MRK-AAF0003432 | 2/6/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 & AAC 2/28/01 Meeting |
| 1.1163 | MRK-AAF0003433 | MRK-AAF0003434 | 2/6/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1164 | MRK-AAF0003414 | MRK-AAF0003415 | 2/1/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1165 | MRK-AAF0003351 | MRK-AAF0003352 | 1/29/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1166 | MRK-AAF0003308 | MRK-AAF0003310 | 1/19/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1167 | MRK-00420033160 | MRK-00420033163 | 12/20/00 | Attachment 1 to Preliminary Report of Serious Upper Gastrointestinal and Cardiovascular Events |
| 1.1168 | MRK-AAF0003171 | MRK-AAF0003172 | 12/21/00 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |
| 1.1169 | MRK-AAF0003162 | MRK-AAF0003163 | 12/20/00 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 |

# Irvin V. Merck:  Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1170 | MRK-NJ0069724 | MRK-NJ0069726 | 11/27/00 | Fax from Sandra Fokendt to Robert Siver regarding requests for NDA 21-042/S-007 |
| 1.1171 | MRK-ACD0075588 | MRK-ACD0075589 | 9/7/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1172 | MRK-ABW0008489 | | 9/7/01 | Fax from Barbara Gould to Robert Silverman regarding NDA 21-042 S-007/012 |
| 1.1173 | MRK-AAF0004200 | | 8/31/01 | Fax from M.J. Wailing to Robert Silverman regarding NDA 21-042 |
| 1.1174 | MRK-AAF0004140 | MRK-AAF0004141 | 8/3/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 & Safety Update Report No. 3 |
| 1.1175 | MRK-AAF0004126 | MRK-AAF0004129 | 7/26/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 |
| 1.1176 | MRK-0142015450 4 | MRK-0142015450 6 | 7/20/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 & Revised Safety Update Report |
| 1.1177 | MRK-ACD0075472 | MRK-ACD0075473 | 7/13/01 | Fax from M.J. Wailing to Robert Silverman regarding NDA 21-042 and 21-052 |
| 1.1178 | MRK-AAF0003140 | | 12/5/00 | Fax from Sandra Folkendt to Robert Silverman regarding request for NDA 21-042/S-007 |
| 1.1179 | MRK-AAF0003094 | MRK-AAF0003098 | 10/27/00 | Letter from Robert Silverman to Jonca Bull regarding VIGOR |
| 1.1180 | MRK-ABH0001076 | MRK-ABH0001238 | 12/18/00 | FDA Arthritis Advisory Committee Background Package 21-042 |
| 1.1181 | MRK-ABF0004419 | MRK-ABF0004444 | 11/10/00 | Memo from Maureen McNamara to Vioxx Project Team regarding the agenda for 11/13/00 Meeting |
| 1.1182 | MRK-NJ0265337 | MRK-NJ0265559 | 3/16/01 | Background material for Meeting |
| 1.1183 | MRK-NJ0017664 | MRK-NJ0017687 | 1/27/98 | Memo from Biggs Morrison to Beth Seidenberg, et al regarding Protocol 023 Manuscript |
| 1.1184 | MRK-NJ0017794 | MRK-NJ0017822 | 2/18/98 | Memo from Briggs Morrison to Alan Nies, et al regarding Manuscript for Protocol 023 |
| 1.1185 | MRK-ABY0096626 | | | Letter from Bernard Chaitman to Douglas Watson regarding adjudication SOP review |
| 1.1186 | MRK-NJ0170152 | MRK-NJ0170511 | 1/22/99 | Clinical Study Report for Protocol 090 |
| 1.1187 | MRK-0142014584 6 | MRK-0142014585 5 | 6/15/00 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1188 | MRK-AAR0038744 | MRK-AAR0038848 | 7/12/01 | Support/Limit Statements |
| 1.1189 | MRK-LBL0000039 | MRK-LBL0000042 | March '00 | Vioxx Label March 2000 |
| 1.1190 | MRK-NJ0315784 | MRK-NJ0315837 | 2/25/97 | MK-0966 GI Clinical Outcomes Study |
| 1.1191 | MRK-ABC0014231 | MRK-ABC0014242 | 2/1/98 | Guidance for Industry Clinical Development Programs for Frudgs, Decises and Biological Products Intended for the Treatment of Osteoarthritis |
| 1.1192 | MRK-ACD0071243 | MRK-ACD0071245 | 4/20/98 | Letter from Bonnie Goldman to Dockets Management Branch of the FDA regarding Guidance for Industry for Products Intended for the Treatment of Osteoarthritis |

05-4046-L c/w MDL 1657

# Irvin v. Merck:  Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1193 | | | | NIH Press Release - Use of Non-Steroidal Anti-Inflammatory Drugs Suspended in Large Alzheimer's Disease Prevention Trial |
| 1.1194 | MRK-ADI0800000 | MRK-ADI0800045 | 12/20/04 | Personnel File of Jan Weiner |
| 1.1195 | MRK-AAX0001974 | MRK-AAX0001976 | 5/22/00 | Memo from Dennis Erb to David Blois regarding VIGOR Cardiovascular Events Analysis |
| 1.1196 | | | 7/1/2005 | Certification of Barry J. Gertz |
| 1.1197 | MRK-NJ0190536 | MRK-NJ0190539 | | Trauma - Study 078 |
| 1.1198 | MRK-JRAA0000438 | MRK-JRAA0000451 | 6/1/00 | Memo from L.R. Mandel to Licensing Management Committee Members regarding the agenda for 3/30/00 meeting |
| 1.1199 | MRK-AEG0048904 | MRK-AEG0048905 | 10/26/00 | Email from Denis Riendeau to Kathleen Metters, et al. regarding PGE synthesis |
| 1.1200 | MRK-AEG0032240 | | 5/1/00 | Email from Robert Gould to Edward Scolnick, et al. regarding Lucchesi COX-2 |
| 1.1201 | MRK-0042027870 | MRK-0042027981 | | NDA 21-042 VIGOR Safety Update Report |
| 1.1202 | | | 9/28/04 | Vioxx Tablets and Oral Suspension, SPC from the eMC |
| 1.1203 | | | 9/28/04 | Vioxx Prescribing Information |
| 1.1204 | MRK-NJ0025145 | MRK-NJ0025254 | 4/26/00 | Board of Scientific Advisor Presentation |
| 1.1205 | MRK-AAP0000001 | MRK-AAP0000136 | 2/8/01 | FDA Arthritis Advisory Committee Presentation |
| 1.1206 | MRK-ACF0004015 | MRK-ACF0004017 | 1/29/01 | Email from Deborah Shapiro to Eliav Barr et al regarding Alzheimer study |
| 1.1207 | MRK-AFW0010388 | MRK-AFW0010389 | 4/5/01 | Summary of T1 conference on deaths in Mk-0966 Alzheimer's and MCI studies |
| 1.1208 | MRK-AAK0000820 | MRK-AAK0000837 | 10/24/00 | Nichberger patent |
| 1.1209 | MRK-NJ0274184 | MRK-NJ0274187 | 4/5/01 | Letter from Jonca Bull to Robert Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 |
| 1.1210 | MRK-0142016 3678 | MRK-0142016 3680 | 11/5/01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 |
| 1.1211 | MRK-0142016 3683 | MRK-0142016 3695 | | Tables - Listing of Deaths by Treatment group - Protocol 078 |
| 1.1212 | MRK-NJ0234690 | MRK-NJ0234720 | 6/15/01 | Memo from Dr. J. Cdohn to B. Gertz et al regarding VIGOR Safety Update Report (SURr) |
| 1.1213 | MRK-AFK0220071 | | 7/19/05 | Email from Janet van Adelsberg to Daniele Guarragg regarding Final Vioxx Mortality Listing |
| 1.1214 | MRK-S0420050851 | | 2/2/05 | Fax from Barbara Gould to Philip Huan regarding NDA 21-042 Vioxx Alzheimer Data Request |
| 1.1215 | | | 11/1/04 | Zocor Tablet |
| 1.1216 | MRK-0042001 1608 | MRK-0042001 1748 | | CSR for Protocol 085 |
| 1.1217 | | | 2/1/6/05 | Excerpts for Arthritis Advisory Committee Meeting- Konstam |

05-4046-L c/w MDL1657

# Irvin V. Merck:  Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1218 | MRK-AJJ0011749 | MRK-AJJ0011766 | 9/1/03 | Power and Sample size considerations in clinical trials - a simple review for practical clinical researchers by Guanghan Liu and Duane Snavely |
| 1.1219 | MRK-S042011979 | MRK-S042011985 | 5/3/05 | Memo of Type A Face to Face Meeting of NDA 21-042 |
| 1.1220 | MRK-AJJ001929 | MRK-AJJ0002047 | 3/15/05 | Background Package for FDA Meeting on the Potential Reintroduction of Vioxx to the US Market |
| 1.1221 | MRK-AAD0800018 | MRK-AAD0800019 | 11/19/99 | Year-End Employment Input Form for Alise Reicin |
| 1.1222 | MRK-AAD0800026 | MRK-AAD0800028 | 3/6/02 | Performance Planning Form for Alise Reicin |
| 1.1223 | MRK-AAD0800032 | | 3/6/02 | Performance Review Form for Alise Reicin |
| 1.1224 | MRK-AAD0800033 | MRK-AAD0800058 | 2/18/04 | Personal Performance Grid for Alise Reicin |
| 1.1225 | MRK-ABK0156786 | MRK-ABK0156808 | 4/20/01 | Email from Alise Reicin to Rhoda Sperling et al regarding Cardiovascular safety profile of rofecoxib |
| 1.1226 | MRK-AAD0800029 | MRK-AAD0800031 | | Year-End Employee Input Form for Alise Reicin |
| 1.1227 | MRK-AAD0800069 | MRK-AAD0800079 | | 2003 Year-End Review for Alise Reicin |
| 1.1228 | MRK-NJ0260898 | MRK-NJ0260901 | 6/29/00 | Letter from Dennis Erb to Central Document Room of the FDA regarding NDA 21-042 |
| 1.1229 | MRK-AAF0003685 | MRK-AAF0003686 | 2/14/01 | Fax from Sandra Folkendt to Robert Silverman regarding NDA 21-042/S-007 |
| 1.1230 | MRK-NJ0155849 | MRK-NJ0155851 | 4/6/01 | Letter from Jonca Bull to Robert Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 |
| 1.1231 | MRK-NJ0071320 | MRK-NJ0071332 | 7/5/00 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - VIGOR |
| 1.1232 | MRK-ABC0024527 | MRK-ABC0024532 | | Memo from Alise Reicin to Alan Nies regarding response to NEJM |
| 1.1233 | MRK-NJ0245667 | MRK-NJ0245670 | 8/30/00 | Letter from Claire Bombardier to Robert Steinbrook regarding Manuscript No. 00-1401 |
| 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | 7/12/01 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 |
| 1.1235 | MRK-ABC0049854 | MRK-ABC0049933 | 3/13/02 | Email from Carmen Inoat-Gonzalez to Alan Nies regarding final me slides 3/11 |
| 1.1236 | MRK-AAX0008561 | MRK-AAX0008581 | 10/1/01 | Draft Vioxx Label |
| 1.1237 | MRK-ADL0044808 | MRK-ADL0044815 | 9/8/99 | Memo from Bret Musser to Jules Schwartz regarding Updated Preliminary Results for Acetaminophen and Indomethacin PGI-M Inhibition Study (Medical School Grant Study) |
| 1.1238 | MRK-AFK0232972 | MRK-AFK0233029 | | COX-2 FDA Advisory Committee Meeting 2005 Presentation |
| 1.1239 | MRK-AIY0076001 | MRK-AIY0076004 | 12/31/98 | Letter from Robert DeLap to Winifred Begley regarding NDA 20-998 |
| 1.1240 | MRK-AGO0007012 | MRK-AGO0007013 | 1/31/05 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper |
| 1.1241 | MRK-AFV0341521 | MRK-AFV0341552 | 08/29/2001 | VIGOR/RA SNDA Reviews; RA Statistical Reviews |

05-4046-L c/w MDL 1657

# Irvin v. Merck:  Plaintiff's Exhibit List

| No. | Bates Begin | Bates End | Date | Description | Objections | Ruling |
|---|---|---|---|---|---|---|
| 1.1242 | MRK-AFV0341553 | MRK-AFV0341573 | 3/23/01 | VIGOR/RA SNDA Reviews: VIGOR Statistical Review | | |
| 1.1243 | MRK-AFV0341574 | MRK-AFV0341594 | 12/10/01 | VIGOR/RA SNDA Reviews: Clinical Pharmacology | | |
| 1.1244 | MRK-AFV0341595 | MRK-AFV0341731 | 12/20/01 | VIGOR/RA SNDA Reviews: RA Medical Reviews | | |
| 1.1245 | MRK-AFV0341732 | MRK-AFV0341794 | 7/21/01 | VIGOR/RA SNDA Reviews, Response to Merck's Complete Response to Approvable Letter | | |
| 1.1246 | MRK-AFV0341795 | MRK-AFV0341881 | 3/30/01 | VIGOR/RA SNDA Reviews: VIGOR SNDA Review 3/30/2001 | | |
| 1.1247 | MRK-AFV0341882 | MRK-AFV0341899 | | VIGOR/RA SNDA Reviews: VIGOR CSR Review | | |
| 1.1248 | MRK-AFV0341940 | MRK-AFV0341953 | 7/13/01 | VIGOR/RA SNDA Reviews: Clinical Data Review | | |
| 1.1249 | MRK-AAC0139936 | MRK-AAC0139937 | 1/27/04 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper | | |
| 1.1250 | MRK-ACJ0004568 | MRK-ACJ0004591 | 08/26/2002 | 2003 Profit Plan for Vioxx | | |
| 1.1251 | MRK-AFI0201399 | MRK-AFI0201399 | 04/29/1999 | Email to Leonardo Mendez from Susan Baumgartner re: "problem" physicians list to neutralize | | |
| 1.1252 | MRK-AFI0201399 | MRK-AFI0201411 | 04/29/1999 | Actual List of Problem Physicians from Susan Baumgartner | | |
| 1.1253 | MRK-AFI0045966 | MRK-AFI0045840 | 11/09/1999 | Email from Susan Baumgartner to Thomas McCreary checking up on the McMillan neutralization efforts. | 401, 402, 1 | A |
| 1.1254 | MRK-AFI0047953 | MRK-AFI0047953 | 05/24/2000 | Email from Gregory Bell to Reiss, Sandra Marie, El Dada, Riad H., Baumgartner and Gregory Bell re: Singh tells Belgians Vioxx isn't safe and they are going to get a warning CV. | 403, 802 | A |
| 1.1255 | MRK-AFI0048262 | MRK-AFI0048263 | 06/06/2000 | Email To Susan Baumgartner from Daniel Hall re: Singh "scientifically accurate" | 403, 802 | R R |
| 1.1256 | MRK-AFN0052502 | MRK-AFN0052523 | No Date | NEJM Manuscript 05-0493; comments from reviewers approve manuscript | 403 | R R |
| 1.1257 | MRK-NJ0200304 | MRK-NJ0200304 | 08/01/2001 | Email from Ken Truitt to Barry Gertz re: "Kiddie Data"; we need to say safe for children; helps in the market place. | 401, 402, 403 | A |
| 1.1258 | MRK-ABI0008659 | MRK-ABI0008683 | 07/12/2001 | US Long Range Operating Plan for Vioxx | | |
| 1.1259 | MRK-AFI0071884 | MRK-AFI0071884 | 08/16/2001 | Email from Susan Baumgartner to Tracy Mills re: review/opinions re: Mukherjee article from Jama | | |
| 1.1260 | MRK-AFI0045078 | MRK-AFI0045078 | 08/23/1999 | Email from Charlotte McKines to Susan Baumgartner re: putting Whelton on the "Bad Guys List" | | |
| | | | | Email to controvers: Cannell, Laura, Kasperzk, Robert, Kornowski, Vignau, Reicin, Gartz, Lahner, Silverstein, Melin, Ritchie, Reavs, Wainwright, Weiner, Redmond, Stejbach, Jordan, Wambold, Markle, Eiseie, Ogden, Dunn, Lwicki from Fanelle re: heads up on Lancet; "I recommend we announce we are doing a prospective cardiovascular clinical outcome study for Vioxx.". | | |
| 1.1261 | MRK-NJ0188420 | MRK-NJ0188421 | 01/11/2002 | Email from Dunn to Shafter re: project offense; media reports, vioxx being pulled off market; vioxx extremely important to Merck. | 403 | A |
| 1.1262 | MRK-ADW0057100 | MRK-ADW0057101 | 09/28/2001 | | | |
| 1.1263 | MRK-ADW0054047 | MRK-ADW0054079 | 01/11/2001 | Merck RBG Meetings; Who Wants to Be a Market Leader Game by Jack Morton | | |

05-4046-L c/w MDL-1657

02/03/2006

# Irvin v. Merck:  Plaintiff's Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 1.1264 | MRK-ADW0037556 | MRK-ADW0037557 | 02/08/2001 | MVX for Vioxx by Tyrone Edwards to All Hospital Personnel Resonsible for Vioxx re: FDA Advisory Committee Meetings, Sales reps were told that Naproxen is the explanation for Vigor. | |
| 1.1265 | MRK-ADW0032898 | MRK-ADW0032901 | 05/23/2001 | Bulletin for Vioxx re: Response to New York Times Article | |
| 1.1266 | MRK-ADW0024614 | MRK-ADW0024614 | 11/02/2001 | Email from Dunn to Brady re: Project Offense 1. New Data, 2. New Obstacles; 3. Memorize Answers; "I feel like I'm Selling Again" | |
| 1.1267 | MRK-ADW0024602 | MRK-ADW0024605 | 11/01/2001 | Email from Dunn to Coppola re: New Crop of arthritis drugs under safety cloud; CV issues still a hot topic for sales reps in the field; "Topol keeps rearing his ugly head"; Reuters-blood clots, MI, heart attacks. | |
| 1.1268 | MRK-ADW0022481 | MRK-ADW0022483 | 09/12/2001 | Memo from French to Vioxx Team re attaching 2 page fax from Dunn re: pharmacist's letter dated 09/01 advocates more reasonable use of Vioxx. | |
| 1.1269 | MRK-ADW0021924 | MRK-ADW0021928 | No Date | Bulletin for Vioxx re: Label Change for Vioxx GI Outcomes Research Study and RA Indication: Obstacle Responses and Vigor Background; How to avoid answering/Change the subject. | |
| 1.1270 | MRK-ADW0007241 | MRK-ADW0007242 | 06/03/1999 | Field Incentive Plan for Vioxx; Caribbean cruise, $2,000.00 bonus | |
| 1.1271 | MRK-ADW0000142 | MRK-ADW0000144 | 09/14/2001 | Email from Dunn, Roberts to Dixon re: Stand By Press Release | |
| 1.1272 | MRK-ADG0027616 | MRK-ADG0027616 | 10/30/2001 | Email from Cannell to Coppola, Barker, Griffing, Dunn, Biegelsen, Brakewood, Alberti, Bourdow, Roberts re: CEO congratulates them on a project offense ——sales #'s up. | 401, 403 |
| 1.1273 | MRK-ADG0002386 | MRK-ADG0002386 | 08/23/2001 | Email from Robinson to Dunn, Lindstrom, Cannell, Krahe, Herrera, Randall re: WE RBG CFT Feedback/Needs on JAMA Article; has raised CV warning issue for Vioxx, Managed Heath Care is concerned, Kaiser is recommending doctors don't use vioxx until safety is resolved. | 403 R.R. |
| 1.1274 | MRK-ACZ0038244 | MRK-ACZ0038248 | 02/08/2002 | Email from Miller to Aldelr, Barker, Biegelsen, Blenn, Bourdow, Brakewood, Campbell, Cannell, Coppola, Dervishian, Dunn, El-Dada, Griffing, Guza, Haywood, Hisaw, LaMond, Laux, Lee, McKeever, Nunno, Payne, Pendleton, Posner, Roberts, Rode, Stanton, Vignau, Wentworth re: Merck Shares Poised to Rebound in 2002. "Vioxx Sales would fall dramatically if the label indicates slight increase in risk of heart attack" | 401, 402, 403 A |
| 1.1275 | MRK-ABK0043450 | MRK-ABK0043489 | 10/15/2001 | Operations Review R&A Franchise, shows sales of Vioxx dipping after NY Times reports on Vigor and after Mukherjee article in JAMA. Then "Project Offense" is launched w/CV card. | |

05-4046-L c/w MDL 1657

02/03/2006

# Irvin v. Merck:  Plaintiff's Exhibit List

| No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 1.1276 | | | 05/22/2001 | Doubts Are Raised on the Safety of 2 Popular Arthritis... Voice mail message from Wendy Carruthers to Sales reps re: "Press will consider results of Vigor in a Very Positive Light", MI rates are not statistically significant", "Are you as excited as I am?"; "Help Doctors conclude (sales reps) are the most credible source for accurate, factual info re: |
| 1.1277 | MRK-EAD0001697 | MRK-EAD0001698 | 5/24/No Year | Vioxx..." Email from Ryan to Carroll re: reduction of PI's (patient inserts) on Vioxx package will save $500,000.00 this year and 3.8 million the next. |
| 1.1278 | MRK-AJF0000897 | MRK-AJF0000897 | 08/02/2001 | Memo from Koehn to Sales Council cc: Beauchard re: Sales Council for Primary Care re: Core Messages, Carroll is member: |
| 1.1279 | MRK-AJF0000460 | MRK-AJF0000462 | 07/19/2001 | Key Competitive Share Trend: Ridgewood: Key Message for Vioxx: Passion and belief in Vioxx, Obstacle in handling for questions re: CV risk, CV card data |
| 1.1280 | MRK-AJF0000237 | MRK-AJF0000241 | No Date | Email to Carroll from Hinckley re: 4 main components of |
| 1.1281 | MRK-AJF0000235 | MRK-AJF0000236 | 06/20/2001 | Vioxx message. Nothing regarding CV risk. Email from Carroll to Abbruzzese; Dixon, Beauchard re: Merck is in for fight of their lives for Vioxx because of safety concerns --patients are afraid, dr's are afraid, solicitation by lawyers - explained risk/merck never did/what are they telling patients. (Also Carroll Deposition Exhibit #1282) |
| 1.1282 | MRK-ABI0016540 | MRK-ABI0016540 | 07/09/2001 | Memo from Briggs Morrison to Beth Seidenberg, et al. re: 023 data |
| 1.1283 | MRK-NJ0260083 | MRK-NJ0260087 | 10/20/01 | Memo from Doug Watson to Distribution re: COX-2 Cardiovascular AE Task Force 12/3/97 Teleconference Minutes |
| 1.1284 | MRK-ABY0199805 | MRK-ABY0199808 | 12/4/97 | Preliminary Safety Data from Protocol 068, Part II (VIOXX RA dose-ranging study; 44-week continuation period) |
| 1.1285 | MRK-AGT0003181 | MRK-AGT0003195 | | Osteoarthritis of the Knee or Hip (Protocol 040) |
| 1.1286 | MRK-99420007643 | MRK-99420007647 | | Memo from Elizabeth Wong to Denis Riendeau re: Rabbit Aorta Prostacyclin Study |
| 1.1287 | MRK-AEH0000806 | MRK-AEH0000811 | 3/16/99 | Winter Eicosanoid Conference 2001 Summary |
| 1.1288 | MRK-AFI0109360 | MRK-AFI0109362 | 3/11/01 | CSR Synopsis for Protocol 096 |
| 1.1289 | MRK-AHR0037447 | MRK-AHR0037476 | 2/13/02 | E-mail from Ken Truitt to Greg Geba, et al. re: Confirmation of ASA User Status for Event Cases in Protocol 090 |
| 1.1290 | MRK-NJ0128190 | | 10/9/01 | E-mail from Carol Skalky to David Chang and Ken Truitt re: Confirmation of ASA User Status for Event Cases in Protocol 090 |
| 1.1291 | MRK-AHR0095395 | | 10/10/01 | Protocol 090 |

05-4046-L C/W MDL 1657

02/03/2006

# Irvin v. Merck:  Plaintiff's Exhibit List

| No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 1.1292 | MRK-ACV0021006 | MRK-ACV0021008 | 5/5/00 | Memo from Linda Hostelley and Jack Leitmeyer to Eliav Barr, subject: Reference Memo: Unblinding of ADVANTAGE-Protocol 102 |
| 1.1293 | | | | E-mail from Todd Shimohara to Suzanne Swan, et al, re: Selected 2003 Abstracts from the American College of Rheumatology |
| 1.1294 | OATES-000882 | OATES-000886 | 10/5/05 | Press Release from European Medicines Agency "European Medicines Agency Update on Non-Selective NSAIDs" |
| 1.1295 | | | 10/17/05 | Press Office of European Medicines Agency "Key Elements for the Summaries of Product Characteristics of Non-Selective NSAIDs Adopted by the CHMP During Its Meeting in October 2005" |
| 1.1296 | | | 10/17/05 | Potential Preclinical Studies on ASA/Coxib Interactions |
| 1.1297 | MRK-ABA0011008 | MRK-ABA0011016 | | E-mail from Karen Grosser to Wendy Dixon re: African Green Monkey Publication Plans |
| 1.1298 | MRK-NJ0199461 | MRK-NJ0199462 | 7/25/01 | E-mail from Edward Scolnick to Douglas Greene re: Rhesus Study |
| 1.1299 | MRK-ACR0009012 | MRK-ACR0009013 | 2/2/01 | APPROVe Clinical Study Agreement |
| 1.1300 | MRK-ABS0216671 | MRK-ABS0216873 | | Email from Briggs Morrison to Rhoda Sperling et al., Re: outline of CV safety review article |
| 1.1301 | MRK-NJ0197932 | | 07/08/2001 | Email from Briggs Morrison to Barry Gerts Re: African green monkey in CV Review article |
| 1.1302 | MRK-NJ0198145 | MRK-NJ0198147 | 07/11/2001 | Email from Robert Gould to Wendy Dixon, et al., Re: African green monkey in CV Review article |
| 1.1303 | MRK-NJ0198494 | MRK-NJ0198497 | 07/16/2001 | Memo from A. Kostek to Distribution Re: VIOXX Publications Task Force (MRL & Marketing)-Summary and Assignments from 07/19/01 Meeting |
| 1.1304 | MRK-ABY0001304 | MRK-ABY0001305 | 07/25/2001 | Email from Angela Bell to Susan Baumgartner Re: Comments on AGM Abstract |
| 1.1305 | MRK-AFI0118647 | | 05/15/2001 | Email from Denis Riendeau to Mervyn Turner, et al, Re: Update on VIOXX studies at West Point |
| 1.1306 | MRK-NJ0153110 | MRK-NJ0153111 | 05/15/2001 | Email from Alise Reicin from Barry Gertz Re: For Immediate Release |
| 1.1307 | MRK-NJ0195100 | | 06/07/2001 | Email from Ned Braunstein to Douglas Greene Re: VIGOR background package |
| 1.1308 | MRK-ACR0011964 | | 12/16/2000 | Public Health Advisory Non-Steroidal Anti-Inflammatory Drug Products (NSAIDS) |
| 1.1309 | | | | Email from Douglas Watson to Harry Guess Re: VIOXX cohort study |
| 1.1310 | MRK-ABY0030147 | MRK-ABY0030148 | 10/01/2001 | |

*(Handwritten annotations: "403,803" and checkmarks appear near rows 1.1308–1.1310.)*

05-4046-L C/W MDL1657

# Irvin v. Merck:  Plaintiff's Exhibit List

| Ex. No. | Begin Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 1.1311 | MRK-NJ0195130 | MRK-NJ0195142 | | Email from Alise Reicin to Art Kaufman, et al., Re: URGENT REVIEW PLEASE! REVISED CV META |
| 1.1312 | MRK-ABA0000250 | MRK-ABA0000255 | 06/08/2001 | ANALYSIS PRESS RELEASE |
| 1.1313 | | | 02/06/2001 | African Green Monkey Thrombosis Model |
| ~~1.1314~~ | | | ~~00/24/2005~~ | ~~Circulation "COX-2-Derived Prostacyclin Modulates Vascular Remodeling" by R. Daniel Rudic et al., appeared on pp. 1245-1247~~ |
| 1.1315 | MRK-ACC0075897 | | 08/04/2003 | short term use of rofecoxib |
| 1.1316 | MRK-ADG0013453 | MRK-ADG0013457 | 03/07/2001 | Memo from Ann Wawczak et al., to Pete Bonacum et al., Re: Addition to the Line: VIOXX Alternate Image Tablets |
| 1.1317 | MRK-NJ0236902 | MRK-NJ0236941 | | Clinical Adverse Experiences (Protocol 121) |
| 1.1318 | MRK-GUE0003399 | | 03/10/2000 | E-mail from Reicin to Shapiro, et al. re: VIGOR (CV Events are clearly there) |
| 1.1319 | MRK-GUE0002845 | | 01/09/2000 | E-mail from Michael Gresser to Erich Elliot re: Stroke Outcomes |
| 1.1320 | MRK-GUE0056507 | | 01/21/2001 | E-mail from Scolnick to Greene, et al. re: VIGOR Adv. Meeting |
| 1.1321 | MRK-GUE0035174 | MRK-GUE0035175 | 01/08/1999 | Briefing Package for NDA 21-389 ETORICOXIB |
| 1.1322 | MRK-NJ0243152 | MRK-NJ0243196 | 10/04/1999 | Letter from Dr. Michael Weinblatt to Shapiro re: Data Safety & Monitoring Board Interim Analysis of VIGOR- Unblinded Minutes 10/4/99 |
| 1.1323 | MRK-ABS0295981 | | | VIGOR Confidentiality Agreements |
| 1.1324 | MRK-ABS0198712 | | | VIGOR Confidentiality Agreements |
| 1.1325 | MRK-ACF0002615 | | | VIGOR Confidentiality Agreements |
| 1.1326 | MRK-NJ0243241 | | 01/08/1999 | Consultant Agreement Letter Between Dr. Jeffrey Probstfield and Merck for VIGOR |
| 1.1327 | MRK-NJ0070711 | MRK-NJ0070712 | 04/15/1999 | Consultant Agreement Letter Between Dr. Michael Weinblatt and Merck for VIGOR |
| 1.1328 | DJB 04121 | DJB 04131 | 02/08/1999 | Consultant Agreement Letter Between Dr. David Bjorkman and Merck for VIGOR |
| 1.1329 | MRK-NJ0070697 | MRK-NJ0070698 | 04/15/1999 | Consultant Agreement Letter Between Dr. David Bjorkman and Merck for VIGOR |
| 1.1330 | MRK-NJ0244639 | MRK-NJ0244640 | 02/08/1998 | Consultant Agreement Letter Between Dr. Loren Laine and Merck for VIGOR |
| 1.1331 | MRK-NJ0244641 | | 02/03/1999 | Consultant Agreement Letter Between Dr. Betty Schryver and Merck for VIGOR |
| 1.1332 | MRK-NJ0197932 | | 07/08/2001 | Email from Briggs Morrison to Rhoda Sperling et al., Re: outline of CV safety review article |
| 1.1333 | MRK-NJ0198145 | MRK-NJ0198147 | 07/11/2001 | Email from Briggs Morrison to Barry Gerts Re: African green monkey in CV Review article |

Handwritten margin annotations: "403" (near 1.1315); "A" (near 1.1320).

05-4046-L c/w MDL 1657

02/03/2006

# Irvin v. Merck: Plaintiff's Exhibit List

| No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 1.1334 | MRK-NJ0198494 | MRK-NJ0198497 | 07/16/2001 | Email from Robert Gould to Wendy Dixon, et al., Re: African green monkey in CV Review article |
| 1.1335 | MRK-ABY0001304 | MRK-ABY0001305 | 07/25/2001 | Memo from A. Kostek to Distribution Re: VIOXX Publications Task Force (MRL & Marketing)-Summary and Assignments from 07/19/01 Meeting |
| 1.1336 | MRK-AFI0114647 | | 05/15/2001 | Email from Angela Bell to Susan Baumgartner Re: Comments on AGM Abstract |
| 1.1337 | MRK-NJ0153110 | MRK-NJ0153111 | 05/15/2000 | Email from Denis Riendeau to Mervyn Turner, et al., Re: Update on VIOXX studies at West Point |
| 1.1338 | MRK-NJ0195100 | | 06/07/2001 | Email from Alise Reicin from Barry Gertz Re: For Immediate Release |
| 1.1339 | MRK-ACR0011964 | | 12/16/2000 | Email from Ned Braunstein to Douglas Greene Re: VIGOR background package |
| 1.1340 | | | | Public Health Advisory Non-Steroidal Anti-inflammatory Drug Products (NSAIDS) |
| 1.1341 | MRK-ABY0030147 | MRK-ABY0030148 | 10/01/2001 | Email from Douglas Watson to Harry Guess Re: VIOXX cohort study |
| 1.1342 | MRK-NJ0195130 | MRK-NJ0195142 | 06/08/2001 | Email from Alise Reicin to Art Kaufman, et al., Re: URGENT REVIEW PLEASE: REVISED CV META ANALYSIS PRESS RELEASE |
| 1.1343 | MRK-ABA0000250 | MRK-ABA0000255 | 02/05/2001 | African Green Monkey Thrombosis Model |
| 1.1344 | | | 06/24/2005 | Circulation "COX-2-Derived Prostacyclin Modulates Vascular Remodeling" by R. Daniel Rudie et al., appeared on pp 1240-1247 |
| 1.1345 | | | | Briefing Package for NDA 21-389 ETORICOXIB |
| 1.1346 | MRK-ACO0075897 | | 08/04/2003 | Email from Alise Reicin to Thomas Bold et al., Re: MI Risk- short term use of rofecoxib |
| 1.1347 | MRK-ADG0013453 | MRK-ADG0013457 | 03/07/2001 | Memo from Ann Wawczak et al., to Pete Bonacum et al., Re: Addition to the Line: VIOXX Alternate Image Tablets |
| 1.1348 | MRK-NJ0236902 | MRK-NJ0236941 | | Clinical Adverse Experiences (Protocol 121) |
| 1.1349 | MRK-1894096438 | MRK-1894096445 | | Protocol 145 (VICTOR) Memo |
| 1.1350 | MRK-NJ0070398 | MRK-NJ0070416 | | Memo from Shapiro Re: VIGOR post mortem |
| 1.1351 | | | 05/29/2001 | Memo from Shapiro to Silverman Re: VIGOR CV Hazard Rate Analysis |
| 1.1352 | MRK-NJ0168797 | MRK-NJ0168806 | 09/27/2001 | Memo from Chris Brett & Ken Truitt to RMC Members et al., Re: Confirmed Serious Thromboelic Events over time in VIGOR |
| 1.1353 | MRK-NJ0493054 | | 12/19/2001 | Email from Francesca Lawson to Barry Gertz Re: Protocol 158 |
| 1.1354 | MRK-AAK0001042 | MRK-0001058 | 01/28/2003 | Patent |
| 1.1355 | MRK-AAK0006820 | MRK-AAK000837 | 10/24/2000 | Patent |
| 1.1356 | MRK-NJ000874 | | | Section V Items E,F,H,J,K |

05-4046-L c/w MDL 1657

02/03/2006

# Irvin v. Merck:  Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1357 | MRK-NJ0000846 | MRK-NJ0000861 | 09/04/1996 | MK-966 Project Team Meeting |
| 1.1358 | MRK-NJ0000895 | MRK-NJ0000914 | 09/27/1996 | Memo from Teri Randall to MK-966 (Cox-2) Project Team Meeting |
| 1.1359 | MRK-AFO0284643 | MRK-AFO0284666 | 11/18/2004 | Ingenix DRAFT – Cardiovascular Events Associated with Rofecoxib - Results from a 3-Year Randomized Trial to Prevent Recurrence of Colorectal Adenomas |
| 1.1360 | MRK-AHC0025599 | | 01/13/2005 | Email from Christopher Lines to Marvin Konstam Re: |
| 1.1361 | MRK-AHD0075708 | MRK-AHD0075711 | 02/01/2005 | APPROVe Paper |
| 1.1362 | MRK-AFK0178909 | MRK-AFK0178918 | 01/14/2005 | Coxib ACM Consultants Meeting |
| 1.1363 | | | | Wall Street Journal-"Vioxx Study Sees Heart Attack Risk" |
| 1.1364 | MRK-ABT0015949 | MRK-ABT0015952 | 04/03/2002 | Letter to Lee Simmons et al., from Robert Silverman Re: NDA 21-052/S-004-VIOXX |
| 1.1365 | MRK-AAF0003041 | MRK-AAF0003043 | 09/29/2000 | Letter to Central Document Room from Robert Silverman Re: NDA 21-052: VIOXX Special Supplemental Changes Being Effected |
| 1.1366 | MRK-AAF0003860 | MRK-AAF0003861 | 04/05/2001 | Letter to Jonca Bull et al., from Robert Silverman Re: NDA 21-052: VIOXX Special Supplemental Changes Being Effected |
| 1.1367 | MRK-AAF0004263 | MRK-AAF0004265 | 10/02/2001 | Letter to Jonca Bull et al., from Robert Silverman Re: NDA 21-052: VIOXX Special Supplemental Changes Being Effected |
| 1.1368 | MRK-ABT0015949 | MRK-ABT0015952 | 04/03/2002 | Letter to Lee Simon from Robert Silverman Re: Major Amendment |
| 1.1369 | MRK-AAF0003041 | MRK-AAF0003043 | 09/29/2000 | Letter to Central Document Room from Robert Silverman Re: NDA 21-052: VIOXX Special Supplemental Changes Being Effected |
| 1.1370 | MRK-ABD0002346 | MRK-ABD0002347 | 01/28/2001 | Email from Edward Scolnick to Eve Slater re: OPDRA reports vs FOI |
| 1.1371 | MRK-ABO0002864 | MRK-ABO0002865 | 11/08/2000 | Email from Marilyn Krane to David Abramson Re: Visit |
| 1.1372 | MRK-ACR0016181 | MRK-ACR0016182 | 11/26/2001 | Email from Steven Nichtberger to Douglas Green Re: Three items |
| 1.1373 | | | 11/26/2001 | Information for Authors in The New England Journal of Medicine (Gregory Curfman Deposition Exhibit #2) |
| 1.1374 | | | 11/10/2005 | International Committee of Medical Journal Editors Uniform Requirements for Manuscripts Submitted to Biomedical Journals: Writing and Editing for Biomedical Publication (Curfman Deposition Exhibit #7) |

05-4046-L c/w MDL1657

02/03/2006

# Irvin v. Merck:  Plaintiff's Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 1.1375 | 05/18/2000 | Cover Letter to Dr. Robert Utiger, Deputy Editor of NEJM from Dr. Claire Bombardier Enclosing Manuscript (Curfman Deposition Exhibit #10) | | | |
| | | Manuscript Submitted to NEJM of "Comparison of Rofecoxib , A Highly Selective Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events:  The VIGOR Trial" (Curfman Deposition Exhibit #9) | | | |
| 1.1376 | | Letter to Dr. Robert Steinbrook, Deputy Editor of NEJM from Dr. Claire Bombardier Regarding Changes to | | | |
| 1.1377 | 08/20/2000 | Manuscript (Curfman Deposition Exhibit #12) | | | |
| 1.1378 | | Floppy Disc given to NEJM with Draft Manuscripts and Final Manuscript (Curfman Deposition Exhibit #13) | | | |
| 1.1379 | | Hard Copy of Contents of Floppy Disc Submitted to NEJM (Curfman Deposition Exhibit #14) | | | |
| 1.1380 | | Screen Print of Page 16 of Manuscript with Notes of Deleted Items (Curfman Deposition Exhibit #15) | | | |
| 1.1381 | | Screen Print of Page 16 of Manuscript with Notes of Deleted Items (Curfman Deposition Exhibit #16) | | | |
| 1.1382 | | Manuscript of "Comparison of Rofecoxib , A Highly Selective Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events:  The VIGOR Trial" (Curfman Deposition Exhibit #17) | | | |
| 1.1383 | 06/03/2000 | Letter from Dr. Marshall Kaplan, Associate Editor of NEJM, to Dr. Claire Bombardier Requesting Revisions to Manuscript (Curfman Deposition Exhibit #19) | | | |
| 1.1384 | 07/17/2000 | Letter from Dr. Claire Bombardier to Dr. Marshall Kaplan Regarding Revisions to Manuscript (Curfman Deposition Exhibit #20) | | | |
| 1.1385 | 08/30/2000 | Letter from Dr. Claire Bombardier to Dr. Robert Steinbrook Regarding Additional Changes to Manuscript (Curfman Deposition Exhibit #21) | | | |
| 1.1386 | 09/11/2000 | Fax of Updated Version of Financial Disclosure Statement (Curfman Deposition Exhibit #22) | | | |
| 1.1387 | 09/13/2003 | Letter from Dr. Jeffrey Drazen, Editor-in-Chief of NEJM, to Dr. Claire Bombardier Accepting the Manuscript for Publication (Curfman Deposition Exhibit #23) | | | |
| 1.1388 | 09/13/2000 | Letter from Pat Lamy, Director of Editorial Support Services, Regarding Galleys (Curfman Deposition Exhibit #24) | | | |

# Irvin v. Merck: Plaintiff's Exhibit List

| No. | Bates Begin | Bates End | Date | Description | | |
|---|---|---|---|---|---|---|
| 1.1389 | | | 10/17/2000 | Fax from Alise Reicin and Loren Laine to Sandra McClain Regarding Additional Text (Curfman Deposition Exhibit #25) | | |
| 1.1390 | | | | Page C-27, Figure C-2 of Comparison of Rofecoxib , A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial (Curfman Deposition Exhibit #27) | | |
| 1.1391 | | | 02/06/2005 | Email from Dr. John Baron to Dr. Jeff Drazen (NEJM) with Attachment of Manuscript of "Cardiovascular Events Associated with Rofecoxib in a Three-Year Randomized Colorectal Adenoma Chemoprevention Trial" by Dr. Robert Bressler, et al. (Curfman Deposition Exhibit #28) | | |
| 1.1392 | | | 02/09/2005 | Letter from Dr. Gregory Curfman to Dr. John Baron Asking for Extensive Revisions to Manuscript (Curfman Deposition Exhibit #29) | | |
| 1.1393 | | | | Manuscript of "Cardiovascular Events Associated with Rofecoxib in a Three-Year Randomized Colorectal Adenoma Chemoprevention Trial" with Notes of Deleted Notes and Edits (Curfman Deposition Exhibit #30) | | |
| 1.1394 | RBRES-001815 | RBRES-001817 | 11/15/2004 | Email from James Bolognese to Christopher Lines, et al. Re: Plots from 9/13/04 ESMB Report with Attachment of Plots (Curfman Deposition Exhibit #33) | | |
| 1.1395 | MRK-AFV0399485 | MRK-AFV0399488 | 02/09/2005 | Email from Hui Quan to Christopher Lines, et al. Re: APPROVe-Urgent (Curfman Deposition Exhibit #34) | | |
| 1.1396 | | | 02/08/2005 | Email from Ned Braustein to Janet Van Adelsberg Re: DO NOT FORWARD. NEJM Letter on APPROVe Study (Curfman Deposition Exhibit #35) | | |
| 1.1397 | MRK-AHD0075789 | MRK-AHD0075794 | | Investigator-Reported Cardiovascular Events (Curfman Deposition Exhibit #36) | | |
| 1.1398 | | | 11/12/2004 | Draft of "Cardiovascular Events in a Randomized Study of Rofecoxib" (Curfman Deposition Exhibit #37) | | |
| 1.1399 | | | 11/18/2004 | Draft of "Cardiovascular Events in a Randomized Study of Rofecoxib" (Curfman Deposition Exhibit #38) | | |
| 1.1400 | MRK-AHD0075199 | MRK-AHD0075234 | | Email from Christopher Lines to Kevin Horgan, et al. Re: APPROVe Paper (Curfman Deposition Exhibit #39) | | |
| 1.1401 | MRK-AHD0075531 | MRK-AHD0075567 | | Email from Christopher Lines to Robert Bressler, et al. Re: APPROVe Paper (Curfman Deposition Exhibit #40) | | |
| 1.1402 | | | | Memo from Tom Easley (NEJM Managing Director of Publishing) to Greg Curfman Re: Number of Reprints of Bombardier Article (Curfman Deposition Exhibit #42) | 401, 402, 403, 802 | A |