05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | |
|---|---|---|
| 1.1403 | | The New England Journal of Medicine Publication Page (Curfman Deposition Exhibit #43) |
| 1.1404 | | The New England Journal of Medicine Author Center, FAQ Page (Curfman Deposition Exhibit #44) |
| 1.1405 | | Authors of "Comparison of Rofecoxib, A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial" Attesting They Have Fulfilled the Authorship Criteria of the Uniform Requirements (Curfman Deposition Exhibit #45) |
| 1.1406 | 06/23/2000 | Letter from Dr. Robert Steinbrook, Deputy Editor to Dr. Claire Bombardier Asking for Additional Information for Manuscript (Curfman Deposition Exhibit #47) |
| 1.1407 | 06/27/2000 | Fax from Dr. Claire Bombardier to Dr. Robert Steinbrook Responding to 6/23/00 Letter (Curfman Deposition Exhibit #48) |
| 1.1408 | | Financial Disclosure and Authorship Form for "Cardiovascular Events Associated with Rofecoxib in a Three-Year Randomized Colorectal Adenoma Chemoprevention Trial" (Curfman Deposition Exhibit #49) |
| 1.1409 | | Curriculum Vitae of Dr. Eric Topol (Topol Deposition Exhibit #1) |
| 1.1410 | | Email from Dr. David Graham to Dr. Eric Topol re: Senate Hearings (Topol Deposition Exhibit #2) |
| 1.1411 | 04/20/2001 | Email string between Dr. Eric Topol, Alise Reicin, Laura Demopoulos and Peter DiBattiste re: Follow up to meeting about JAMA paper (Topol Deposition Exhibit #5) |
| 1.1412 | | Email from Alise Reicin to Laura Demopoulos re: JAMA Manuscript with Manuscript attached (Topol Deposition Exhibit #6) |
| 1.1413 | 06/12/2001 | Email from Alan Nies to Laura Demopoulos, et al. re: Topol Manuscript (Topol Deposition Exhibit #7) |
| 1.1414 | 11/15/2004 | Email String Between David Graham and Eric Topol re: 60 Minutes (Topol Deposition Exhibit #20) |
| 1.1415 | 11/01/2004 | Email String Between David Graham to Eric Topol re: 60 Minutes (Topol Deposition Exhibit #21) |
| 1.1416 | 08/30/2001 | Email String Between Peter DiBattiste and Eric Topol re: Revisions in 6 Month Data (Topol Deposition Exhibit #34) |
| 1.1417 | 04/30/2001 | Email string between Dr. Eric Topol, Laura Demopoulos and Peter DiBattiste re: Manuscript (Topol Deposition Exhibit #35) |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1418 | | 06/20/2001 | | Email from Peter DiBattiste to Eric Topol with manuscript changes attached (Topol Deposition Exhibit #36) |
| 1.1419 | | 06/22/2001 | | Email string between Dr. Eric Topol, Laura Demopoulos and Peter DiBattiste re: Follow Up (Topol Deposition Exhibit #37) |
| 1.1420 | | 10/16/2001 | | Letter from Robert Temple, Center for Drug Evaluation and Research of FDA to JAMA Editors (Topol Deposition Exhibit #39A) |
| 1.1421 | | 07/17/2001 | | Research Article "Systematic Adjudication of Myocardial Infarction End-Points in an International Clinical Trial" by Kenneth Mahaffey, et al. (Topol Deposition Exhibit #40) |
| 1.1422 | | 10/25/2004 | | Email from Eric Topol to Marlene Goormastic re: Help on Stats (Topol Deposition Exhibit #41) |
| 1.1423 | | 10/25/2004 | | Email from Eric Topol to Michael Radutzky re: Help on Stats (Topol Deposition Exhibit #42) |
| 1.1424 | | 11/12/2004 | | Email from Eric Topol to Marlene Goormastic re: One Other Comparison (Topol Deposition Exhibit #43) |
| 1.1425 | | | | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database with Eric Topol's Notes (Topol Deposition Exhibit #44A) |
| 1.1426 | | 10/17/2004 | | Email from Michael Radutzky to Eric Topol re: Further Info (Topol Deposition Exhibit #45 and #28) |
| 1.1427 | | 11/30/2004 | | Email String re: Communications with Dr. Topol (Topol Deposition Exhibit #46) |
| 1.1428 | | 04/11/2002 | | Letter from Tracy Mills to Eric Topol with Enclosure of Revised Prescribed Information (Topol Deposition Exhibit #47) |
| 1.1429 | | | | Dr. Topol's Analysis of CV Events in Study 090 (Topol Deposition Exhibit #48) |
| 1.1430 | | 11/14/2004 | | Email String Between Alastair Wood and Eric Topol (Topol Deposition Exhibit #51) |
| 1.1431 | | 12/17/2001 | | JAMA Response Letter to FDA Denying Publication of FDA Letter (Topol Deposition Exhibit #53) |
| 1.1432 | | 01/07/2002 | | Dr. Topol's Response Letter to FDA re: Mukherjee Paper in JAMA (Topol Deposition Exhibit #54) |
| 1.1433 | | 02/05/2002 | | FDA's Response Letter to Dr. Topol re:JAMA Article (Topol Deposition Exhibit #55) |
| 1.1434 | | 10/02/2004 | | Email String Re: Topol op/ed in today's NYT (Topol Deposition Exhibit #56) |
| 1.1435 | MRK-AIZ0004029 | 12/16/1998 | MRK-AIZ0004073 | 1999 Profit Plan Review |
| 1.1436 | MRK-AAO0000181 | 08/25/2003 | MRK-AAO0000213 | 2004 Profit Plan for Vioxx |

| | | | |
|---|---|---|---|
| 1.1437 | | 03/07/2005 | Summary Minutes from Joint Meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee held on February 16-18 |
| 1.1438 | MRK-ABI0003662 | MRK-ABI0003679 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) |
| 1.1439 | TOPOLE0000469 | TOPOLE0000469 | 04/04/2001 | Topol Handwritten Notes - Knowledge, What/When (Topol Deposition Exhibit #22) |
| 1.1440 | TOPOLE0000504 | TOPOLE0000504 | | Compelling Evidence of Merck Knowledge of Serious Risk, Topol Handwritten Notes (Topol Deposition Exhibit #23) |
| 1.1441 | | | | Dr. Topol's Handwritten Notes (Topol Deposition Exhibit #24) |
| 1.1442 | | | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies (Topol Deposition Exhibit #25) |
| 1.1443 | | | | Preliminary Questions - 60 Minutes (Topol Deposition Exhibit #26) |
| 1.1444 | | | | Letter from Producer Bryan Myers to Dr. Topol with Dr. Topol's Handwritten Notes (Topol Deposition Exhibit #27) |
| 1.1445 | | | | Department of Health and Human Services FDA Center for Drug Evaluation and Research Arthritis Advisory Committee NDA#21-042/S007 (Topol Deposition Exhibit #30) |
| 1.1446 | | | | Email String re: COX-2 Inhibitors in ACS Enclosing Bhatt and Topol's Paper (Topol Deposition Exhibit #31) |
| 1.1447 | | | | Paper Entitled "Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation" by Dr. Deepak L. Bhatt and Dr. Eric Topol (Topol Deposition Exhibit #32) |
| 1.1448 | MRK-AF10800014 | MRK-AF10800016 | | Merck Year-End Employee Input Form - Susan Baumgartner 2001 (Ex 1 Baumgartner Deposition 2/25/05) |
| 1.1449 | | | | Email - To Baumgartner; From Phelan; cc: Bazmi, et al. - "Merriam Webster Online" Neutralize (Ex 3 Baumgartner Deposition 2/25/05) |
| 1.1450 | MRK-AF10193472 | MRK-1F10193473 | 01/29/2001 | Email - To Baumgartner; From Phelan; cc: Bazmi, et al. - Re: Medical School Grant Application (Ex 13 Baumgartner Deposition 2/25/05) |
| 1.1451 | MRK-AF10043312 | MRK-AF10043313 | 04/19/1999 | Email - To Baumgartner; From Yarbrough; Re: Healthsouth Programs [Ex 14 Baumgartner Deposition 2/25/05) |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 1.1452 | MRKAF10044326 | MRK-AF10044327 | 07/09/1999 | Email - To Baumgartner, McKines, Bourdow & Reiss; From Niekelski; Re: Healthsouth American Sports Medicine Institute/Jim Andrews [Ex 15 Baumgartner Deposition 2/25/05] |
| 1.1453 | | | | Curriculum Vitae of Susan Lynn Baumgartner - Merck & Company, Inc [Ex 17 Baumgartner Deposition 2/25/05] |
| 1.1454 | MRK-AF10044563 | MRK-AF10044662 | 07/23/1999 | Email - To Sherrin Johnson; From Baumgartner; cc: Yarbrough, Re: Physicians to Neutralize [Ex 25 Baumgartner Deposition 2/25/05] |
| 1.1455 | MRK-AF10044569 | MRK-AF10044569 | 07/23/1999 | Email- cover to list, To Sherrin Johnson; From Baumgartner, cc: Yarbrough; Re: Physicians to Neutralize Yarbrough, Re: Physicians to Neutralize [Ex 21 Baumgartner Deposition 2/25/05] |
| 1.1456 | MRK-AF10025789 | MRK-AF10025791 | | Handwritten Notes re Meloxicam Symposium [Ex 30 Baumgartner Deposition 2/25/05] |
| 1.1457 | MRK-AF10201446 | MRK-AF10201446 | 08/11/1999 | E-mail to Leonard Mendez Re: Update: Physicians to Neutralize [Ex 37 Baumgartner Deposition 3/11/05] |
| 1.1458 | MRK-AF10185889 | MRK-AF10185892 | 09/06/2000 | E-mail to Bruce Lesser from Michael Petro cc Baumgartner, re: AHA Meeting, meeting with Bert Pitt $$$ Searle [Ex 38 Baumgartner Deposition 3/11/05] |
| 1.1459 | MRK-AF10203170 | MRK-AF10203172 | | Document titled Loren Laine VNC: October 3-5, 2000 [Ex 40 Baumgartner Deposition 3/11/05] |
| 1.1460 | MRK-AF10201348 | MRK-AF10201365 | | Managed Care Advocate Development Tactical Plan: A&A Franchise [Ex 41 Baumgartner Deposition 3/11/05] |
| 1.1461 | MRK-AF10234422 | MRK-AF10234422 | | Document titled Motivated by Opportunity [Ex 45 Baumgartner Deposition 3/11/05] |
| 1.1462 | MRK-ADF0003422 | MRK-ADF0003423 | 09/25/2001 | Health Science Communications to Baumgartner, List of Service fees for a review manuscript for cardiology audience; for Submission December 2001; Scope: from manuscript development to journal submission [Ex 47 Baumgartner Deposition 3/11/05] |
| 1.1463 | MRK-ADF0003424 | MRK-ADF0003424 | | Health Science Communications to Baumgartner, List of Service fees for a review manuscript for nephrology audience; for Submission December 2001; Scope: from manuscript development to journal submission [Ex 48 Baumgartner Deposition 3/11/05] |
| 1.1464 | MRK-ADF0003428 | MRK-ADF0003429 | 09/25/2001 | Health Science Communications to Baumgartner, List of Service fees for a review manuscript for primary care audience; for Submission December 2001; Scope: from manuscript development to journal submission [Ex 49 Baumgartner Deposition 3/11/05] |

| | | | | |
|---|---|---|---|---|
| 1.1465 | MRK-AFI0069145 | MRK-AFI0069476 | 05/01/2001 | Draft Letter regarding ongoing Consultant Arrangement for services 5/1/2001 to 4/30/2002.[Ex 56 Baumgartner Deposition 3/11/05] |
| 1.1466 | | | 05/04/2004 | Includes Mention of Cannuscio Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults by Daniel Solomon, et al., Circulation, Pg. 2068-2073 [Ex 7 Cannuscio depo 10/08/04] |
| 1.1467 | MRK-ACT0003274 | MRK-ACT0003275 | 01/09/2002 | Memo to Cannuscio from Dan Solomon Re: Cox-2 and MI Project Proposed Milestones [Ex9 Cannuscio Deposition 10/08/04] |
| 1.1468 | MRK-ACT0005692 | MRK-ACT0005699 | | Study Agreement with Brigham & Women's Hospital for Research entitled "Cox-2 Inhibitors, Traditional NSAIDs, and Myocardial Infarction in Patients With and Without Rheumatoid Arthritis: An Epidemiologic Analysis" [Ex12 Cannuscio Deposition 10/08/04] |
| 1.1469 | MRK-ACT0002525 | | 11/17/2001 | Email to Cannuscio From Doug Watson Sub: Addtl First using Vioxx [Ex 17 Cannuscio Deposition 10/08/04] |
| 1.1470 | MRK-ABR0007553 | MRK-ABR0007559 | | Call Notes and ACR: states that rheumatologists are still Sherwood "Dear Doctor" Correction Letter with attached Label -November 2001 [Ex 20 Cannuscio Deposition 10/08/04] |
| 1.1471 | MRK-NJ0092058 | MRK-NJ0092133 | | "Drug Regulations: The Essentials, Medical Background" Merck Resource Document not to be used for detailing [Ex 1 Blake depo 11/29/05] |
| 1.1472 | MRK-ACW0800000 | MRK-ACW0800030 | | Merck Performance Review Form, Mary Elizabeth Basaman, (Blake) [Ex 2 Blake Deposition 11/29/05] |
| 1.1473 | MRK-ADJ0046917 | MRK-ADJA0046919 | 01/14/1999 | "Standby Q & A Regarding COX-2s and Increased Risk of CV Events Legal Approved Draft 1/14/99" [Ex 3 Blake depo 11/29/05] |
| 1.1474 | MRK-ACW0008379 | MRK-ACW0008379 | | Handwritten Note, "A Memo From Mary Elizabeth Basaman, (Blake) regarding "Cox-2 aren't completely benign, prone to coagulation disorder" [Ex 4 Blake Deposition 11/29/05] |
| 1.1475 | MRK-ADI0012430 | MRK-ADI0012431 | | Memo to J. Weiner from E. Basaman: "EMS Review of Pipeline @ Merck Marketing Meeting, March 14 [Ex 6 Blake Deposition 11/29/05] |
| 1.1476 | MRK-ACZ0021097 | MRK-ACZ0021100 | 04/11/2001 | "Executive Summary: VIGOR Strategy," 4/11/01, Draft, [Ex 13 Blake Deposition 11/29/05] |
| 1.1477 | MRK-AAF0007145 | MRK-AAF0007148 | 05/12/2000 | Letter to Spencer Salis, Pharm.D. from Ellen Westrick, Complaint against Celebrex regarding negative statements about Vioxx [Ex 15 Blake Deposition 11/29/05] |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1478 | MRK-ACW0007157 | MRK-ACW0007158 | 03/28/2001 | E-mails, to/from Basaman (Blake) and Robert Sergel, ABC Producer re GI Outcomes Study [Ex 18 Blake Deposition 11/29/05] |
| 1.1479 | MRK-ACX0011216 | MRK-ACX0011219 | 03/28/2000 | Email from Jeffrey Niekelski sub: JP Morgan; Speculation on FDA vs Real World View of CV issues related to VIGOR. [Ex 19 Blake Deposition 11/29/05] |
| 1.1480 | MRK-ADI0002614 | MRK-ADI0003256 | 10/18/2000 | Vioxx (rofecoxib) Master Briefing Book, Briefing Documents, Q's & A's, Standby Statements, Press Releases, Prescribing Information & PPI" [Ex 20 Blake Deposition 11/29/05] |
| 1.1481 | MRK-ADI0008201 | MRK-ADI0008201 | 04/28/2000 | E-mail, to Basaman (Blake) and Weiner From Sherry Pudloski (ogilvy PR) Sub: issues. "pressure continues" [Ex 21 Blake Deposition 11/29/05] |
| 1.1482 | MRK-ACX0012388 | MRK-ACX0012393 | 04/29/2000 | Memo from Mary Basaman (Blake), 4/29/00, "Subject: Media Coverage Update/VIGOR [Ex 25 Blake Deposition 11/29/05] |
| 1.1483 | MRK-ACI0007897 | MRK-ACI0007898 | 05/01/2000 | Press Release, 5/1/00, Merck Confirms Favorable Cardiovascular/Safety Profile of Vioxx: Draft [Ex 26 Blake Deposition 11/29/05] |
| 1.1484 | | | 05/03/2000 | Email from Art Kaufman to Basaman(Blake) , et al Re; UK/Canadian Website Reports on VIGOR MI issue; relays conversation about John Vane and Naproxen theory [Ex 27 Blake Deposition 11/29/05] |
| 1.1485 | MRK-ADI0012386 | MRK-ADI0012388 | 05/09/2000 | E-mails, from Weiner to Basaman (Blake) Sub: URGENT HELP PLEASE: Q&A on Hypertension and MIs; [Ex 28 Blake Deposition 11/29/05] |
| 1.1486 | MRK-ACX0012510 | MRK-ACX0012511 | 05/19/2000 | E-mails to Basaman, et al / Ellav Barr Sub: FOR REVIEW: Revised cardiovascular language [Ex 29 Blake depo 11/29/05] |
| 1.1487 | MRK-ACI0007894 | MRK-ACI0007896 | 05/23/2000 | News Release, 5/23/00, "Merck to present important data from GI study with Vioxx tomorrow" Draft [Ex 30 Blake Deposition 11/29/05] |
| 1.1488 | MRK-ADI0008060 | MRK-ADI0008061 | 01/29/2001 | E-mails, to Basaman (Blake), et al from Laura Jordan/ Larry Hirsch Sub: Contingency Draft Release;do not use numbers, too shaky [Ex 33 Blake Deposition 11/29/05] |
| 1.1489 | | | | Dear Doctor: Letter, 5/24/00 , regarding VIGOR [Ex 34 Blake Deposition 11/29/05] |
| 1.1490 | MRK-ABA0900000 | | | Video "Merck Confirms Favorable Safety Profile of Vioxx" TV Newsfeed |
| 1.1491 | MRK-GUE0009557 | MRK-GUE0009558 | 08/22/2000 | Letter to Robert Steinbrook from Claire Bombardier re Manuscript 00-1401: Re-re-re-revised revision, choke |
| 1.1492 | MRK-ADO105704 | MRK-ADO105705 | | VIGOR article reprint orders placed in 2002 by Gail Dodd - Merck and Company Inc. (June and September 2002) |
| 1.1493 | MRK-AHN0018228 | MRK-AHN0018237 | 03/01/2001 | Reprint Review- Web Based Training Storyboards |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1494 | | | 02/16/2005 | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 1.1495 | MRK-EAD0001697 | MRK-EAD0001698 | 02/17/2005 | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 1.1496 | MRK-AAL0000034 | MRK-AAL0000034 | | Draft Marty Carroll Vioxx MVX 5/24 |
| 1.1497 | | | | Organizational Chart of Merck |
| 1.1498 | MRK-AAL0000068 | MRK-AAL0000068 | | Organization Chart of DWA Management Team |
| | | | | Email exchange Leonard Oppenheimer and Steven Snapinn, Sub: CRRC Comments, notes on VALOR |
| 1.1499 | MRK-AFS0002209 | MRK-AFS0002210 | 01/21/2002 | protocol, re: stopping points for CV safety concerns |
| 1.1500 | MRK-AFS0004269 | MRK-AFS0004272 | 05/09/2000 | Memo by Raymond Bain, Unblinding of MK-0966 Protocols 078 and 091; summary of serious cv events reported in unblinded trials 5/2000 |
| 1.1501 | MRK-AFS0004273 | MRK-AFS0004274 | | Cardiovascular AE Summary for MK-0966 Protocols 078 and 091; author Frank Liu; cv event summary removed to minimize impact of the CV AE analysis on the ongoing study |
| 1.1502 | MRK-AJM0000056 | | 03/28/2000 | Letter from Anstice to Abrams at FDA re:NDA No 21-042 Vioxx Rofecoxib Tablets/ MACMIS ID 9456; Merck response to FDA Warning letter that Merck press release misrepresented cv risk for Vioxx. |
| 1.1503 | TOPOLE0000313 | MRK-AJM0000063 | 10/01/2001 | Email exchange Eric Topol, Gregory Curfman Sub: VIGOR Bombardier et al, Re: discrepencies in the VIGOR NEJM Article |
| 1.1504 | TOPOLE0000304 | TOPOLE0000313 | 10/22/2004 | "Vioxx Vanished" handwritten note says oped@nytimes.com |
| 1.1505 | TOPOLE0000316 | TOPOLE0000309 | | Email Topol and Marlene Goormastic Sub: one other comparison, RR of 090 plus VIGOR |
| 1.1506 | MRK-NJ0201567 | TOPOLE0000316 | 11/12/2004 | Cardiovascular Thrombotic Events Associated with Rofecoxib: A Pooled Analysis of Patient Level Data by Marvin Konstam et al |
| 1.1507 | MRK-NJ0074713 | MRK-NJ0201589 | | Letter from James Willerson to Marvin Konstam regarding Manuscript # 01-02906 |
| 1.1508 | MRK-AFK0237606 | MRK-NJ0074716 | 9/12/01 | Advisory Committee Briefing Document for Naproxen |
| 1.1509 | | MRK-AFK0237659 | 2/16/05 | Memo from Lourdes Villalba to Brian Harvey regarding response to FDA request for information for Studies 078 and 091 (Alzheimer's studies) |
| 1.1510 | MRK-AJJ0049679 | | 6/2/05 | Letter from Robert Meyer to Phillip Huang regarding NDA 21-042 |
| 1.1511 | MRK-S0420112006 | MRK-AJJ0049686 | 8/19/05 | Letter from Phillip Huang to Bob Rappaport regarding MRL's comments on FDA's Minutes from the May 3 2005 Type A Meeting to Discuss Outcomes from February 2005 Arthritis Advisory Meeting |
| 1.1512 | MRK-NJ0362784 | MRK-S0420112007 | 3/1/00 | Version 2 Standby Statement 0 Vioxx and Cardiovascular Events in VIGOR |
| | | MRK-NJ0362790 | | |

| | | | | |
|---|---|---|---|---|
| 1.1513 | MRK-AAD0242552 | MRK-AAD0242553 | 9/26/02 | Email from Thomas Bold to Alise Reicin et al regarding CV events Total Daily Dose |
| 1.1514 | MRK-NJ0246779 | MRK-NJ0246791 | 5/27/00 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx |
| 1.1515 | MRK-NJ0439929 | MRK-NJ0439931 | 3/1/02 | Analyst Meeting |
| 1.1516 | MRK-NJ0443849 | MRK-NJ0443851 | 1/22/02 | Email from Sophie Kornowski to Barry Gertz regarding Arthritis/Analgesia: FDA, Kaiser discussing COX-2 MI study |
| 1.1517 | MRK-NJ0443007 | | 1/17/02 | Email from Andrew Plump to Barry Gertz regarding Request |
| 1.1518 | MRK-NJ0446169 | | 1/30/02 | Email from Christine Fanelle to Barry Gertz regarding NSAID/Athero though |
| 1.1519 | MRK-NJ0193671 | MRK-NJ0193672 | 5/23/01 | Email from Douglas Greene to Barry Gertz regarding Ed's Point Pertaining to COX-2 Franchise from Pharmacia Advantage release |
| 1.1520 | MRK-ADK0000369 | | 11/22/00 | MVX for Vioxx by Jo Jerman re: Publication of VIGOR with handwritten notes |
| 1.1521 | MRK-ADK0000374 | MRK-ADK0000377 | | JCJ/BM MVX Offense Week of July 24 with handwritten notes |
| 1.1522 | MRK-ADK0000878 | MRK-ADK0000883 | 3/27/00 | Bulletin for Vioxx: Vioxx Gastrointestinal Outcomes Research Study |
| 1.1523 | MRK-ADK0000986 | MRK-ADK0000992 | 4/28/00 | J. Jerman/B. McMahon MVX to Field - 4/28 - Competitive Activities with handwritten notes |
| 1.1524 | MRK-ADK0001640 | MRK-ADK0001641 | 8/24/01 | Email from Thomas Cannell to Mary Tilger, et. al. re: Quick Reference: Quite a Week |
| 1.1525 | MRK-ADK0002208 | MRK-ADK0002210 | | "Dash for the Cash" Sales Rep/Sales Manager Incentive Program |
| 1.1526 | MRK-ADK0001667 | | 5/10/01 | Email from Thomas Cannell to Mary Tilger, et al. re: GI Risk Slim Jim (Confidential) |
| 1.1527 | MRK-ADK0004325 | MRK-ADK0004436 | 7/6/00 | Spiriral Notebook |
| 1.1528 | MRK-ADK0005608 | | 10/29/01 | Email from James Palmer to Jo Jerman re: "Vioxx Local Newspaper Add" |
| 1.1529 | MRK-ADK0006220 | MRK-ADK0006251 | | Highlights of Celecoxib Cardiovascular Profile Advisors' Conference Call |
| 1.1530 | MRK-H.10STM001202 | MRK-H.10STM001218 | 4/27/01 | MVX for Vioxx by Jo Jerman re: Project A&A Xxceleration |
| 1.1531 | TOPOLE0000334 | TOPOLE0000335 | 11/01/2004 | Email Targum Re: Study 090: requests information on 090 and raised question of why it was not published |
| 1.1532 | TOPOLE0000336 | TOPOLE0000374 | 02/01/2001 | Consultation NDA 21-042 S-007 Review of Cardiovascular Safety Database; Includes Topol handwritten nottes on the Targum Memo |

| | | | | |
|---|---|---|---|---|
| 1.1533 | TOPOLE0000450 | TOPOLE0000450 | 11/24/2004 | Email exchange Topol Dr. David Graham Sub: Next Steps |
| 1.1534 | TOPOLE0000452 | TOPOLE0000452 | 02/05/2002 | Letter to Topol from Robert Temple re: naproxen theory |
| 1.1535 | TOPOLE0000456 | TOPOLE0000457 | 01/07/2002 | Letter to Robert Temple from Topol re: Naproxen theory and risk to high risk patients |
| 1.1536 | TOPOLE0000486 | TOPOLE0000486 | | Major Inaccuracies in Senate Vioxx Hearings, Topol summary of omissions and false statements |
| 1.1537 | NISSENS0000402 | NISSENS0000424 | | Presentation: Mechanism Based Adverse Cardiovascular Events and Specific Inhibitors of Cox-2, Garret Fitzgerald |
| 1.1538 | FDACDER022667 | FDACDER022668 | 09/22/2004 | Updated Discussion on ODE Issues and Manuscripts, Dr. David Graham re Kaiser Vioxx Study |
| 1.1539 | FDACDER022669 | FDACDER022670 | 09/24/2004 | Weekly Meeting with Dave Notes, Dr. David Graham |
| 1.1540 | FDACDER006077 | FDACDER006077 | 09/24/2004 | Weekly Meeting with Dave Notes, Dr. David Graham includes 2 paragraphs not shown in FDACDER022669 |
| 1.1541 | MRK-AKL0000671 | MRK-AKL0000743 | 12/08/2000 | HALO-Objectives and Conclusions7/10 physicians |
| 1.1542 | MRK-AKL0002223 | MRK-AKL0002225 | 04/24/2002 | Cox-2-044 Bulletin for Vioxx, New RA Hypertension PIR ; Merck's Protocol for answering physician questions re CV and Renovascular profile of vioxx |
| 1.1543 | MRK-AKL0002226 | MRK-AKL0002229 | 04/24/2002 | Cox-2-044 Bulletin for Vioxx, New RA Hypertension Obstacle Response |
| 1.1544 | MRK-AKL0002400 | MRK-AKL0002404 | 06/05/2002 | Cox-2-056 Bulletin for Vioxx, Press Response British Medical Journal, Express Scripts (Cost Effectiveness) Obstacle Response |
| 1.1545 | MRK-ACB0002080 | MRK-ACB0002081 | 03/07/2000 | Email Chris Posner/ Carrie Burdow Sub: A&A Tracking data to address balance concern (Vigor label) |
| 1.1546 | MRK-ACB0018765 | MRK-ACB0018776 | 04/23/2002 | Patient Script: Dear Doctor-Recent DDMAC Correspondence for VIGOR/RA |
| 1.1547 | MRK-AJA0004061 | MRK-AJA0004061 | 03/13/2002 | Handwritten notes for management committee - Suspension of VALOR- edema arthritis |
| 1.1548 | MRK-AFQ0010863 | MRK-AFQ0010867 | 05/31/2004 | Email Walter Straus, Santanello, Alexander Nikas, Patricia Saddier Sub: HAS Epi Slides; Merck's statement re removal scientist's name as an author Solomon article |
| 1.1549 | MRK-AFQ0011381 | MRK-AFQ0011381 | 05/03/2004 | Email Reicin to Santanello, Blake sub: An article from Circulation (http://circ.ahajournals.org/), response to WSJ about removal Cannuscio name |
| 1.1550 | MRK-AAZ0003351 | MRK-AAZ0003351 | 11/21/2001 | Email Demopolous to Scolnick Sub: CV study design; naproxen cannot be presumed to be asprin substitute |
| 1.1551 | MRK-ABL0000095 | MRK-ABL0000101 | 07/01/1997 | MK-0966 stage Review/ Factors influencing resource needs, pre-launch slide show |
| 1.1552 | MRK-AFQ00009926 | MRK-AFQ00009934 | 05/04/2003 | Email Doug Watson Sub: Important Confidential, Do not Distribute; Re Kimmel Tables Incident case-control study Cox-2 and MIs |
| 1.1553 | MRK-AF10800014 | MRK-AF10800016 | | Merck Year-End Employee Input Form - Susan Baumgartner 2001 (Ex 1 Baumgartner depo 2/25/05) |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1554 | MRK-AAZ0007534 | MRK-AAZ0007544 | 02/28/2002 | Memo from Edward McWilliams to Distribution re: Draft Summary of the 2/21/02 CRRC Meeting |
| 1.1555 | MRK-ABW0800000 | MRK-ABW0800031 | | Merck Year-End Performance Review Form - Wendy Dixon 1996-2000 (Ex. 2 to Dixon depo 1/19/05) |
| 1.1556 | | | | Your Heart Matters, A Guide to Help Protect Your Heart (Ex. 3 to Dixon depo 1/19/05) |
| 1.1557 | MRK-ABI0001779 | | 08/26/1998 | Still Draft Memo from David Anstice to Wendy Dixon and Gerry Gallivan re: Resources Required to Ensure the Success of Vioxx in the U.S. (Ex. 4 to Dixon depo 1/19/05) |
| 1.1558 | MRK-ABI0001223 | MRK-ABI0001223 | 06/22/1998 | Email from Ed Scolnick to Ray Gilmartin et al. re: Vioxx strategy with Anstice's hand-written reply (Ex. 5 to Dixon depo 1/19/05) |
| 1.1559 | MRK-ABI0001952 | MRK-ABI0001953 | 05/01/2000 | Press Release: [Studies Confirm Vioxx Cardiovascular Safety Profile] (Ex. 6 to Dixon depo 1/19/05) |
| 1.1560 | MRK-ABI0001965 | MRK-ABI0001966 | | Article: Merck's VIGOR Trial Raises Further Issues Regarding the Safety of Vioxx (Ex. 8 to Dixon depo 1/19/05) |
| 1.1561 | MRK-ABI0001949 | MRK-ABI0001950 | 05/01/2000 | Email from Mary Elizabeth Basaman to Wendy Dixon et al. FW: Wall Street Journal Story (Ex. 9 to Dixon depo 1/19/05) |
| 1.1562 | MRK-ABW0011834 | MRK-ABW0011836 | 09/27/2001 | Patient Letter (Ex. 14 to Dixon depo 1/19/05) |
| 1.1563 | MRK-ABW0011783 | MRK-ABW0011791 | 09/26/2001 | Email from Wendy Dixon to David Anstice FW: addtl. Warning letter media coverage (Ex. 15 to Dixon depo 1/19/05) |
| 1.1564 | MRK-ABW0011849 | MRK-ABW0011864 | | Vioxx Going on OFFENSE (Ex. 20 to Dixon depo 1/19/05) |
| 1.1565 | MRK-ABW0003071 | MRK-ABW0003151 | 10/09/2001 | Branchburg Review, Vioxx and Arcoxia Draft 3 - CFT )Ex. 22 to Dixon depo 1/20/05) |
| 1.1566 | MRK-ABW0012985 | MRK-ABW0012988 | | Standby Questions & Answers (Ex. 24 to Dixon depo 1/19/05) |
| 1.1567 | MRK-ABI0002648 | MRK-ABI0002648 | | Handwritten note to Wendy (Ex. 32 to Dixon depo 1/20/05) |
| 1.1568 | | | | Publication of the Results of the "CLASS" study slides (Ex. 34 to Dixon depo 1/20/05) |
| 1.1569 | MRK-ABW0010153 | MRK-ABW0010159 | | Summary Plan for 2002 (Ex. 35 to Dixon depo 1/20/05) |
| 1.1570 | MRK-ABI0001471 | MRK-ABI0001484 | 04/22/1998 | Vioxx Branding Research, HHMC (Ex. 41 to Dixon depo 2/18/05) |
| 1.1571 | | | 11/15/1999 | Article in Employment Outlook entitled, "Teamwork, Multifunctional teams help companies cut through bureaucracy and unleash creativity to improve their bottom line." (Ex. 43 to Dixon depo 2/18/05) |
| 1.1572 | MRK-ADI0012436 | MRK-ADI0012436 | 06/02/2000 | Memo from Public Affairs to Wendy Dixon et al. re: Coverage of VIGOR and CLASS at DDW (Ex. 56 to Dixon depo 8/5/05) |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 1.1573 | LEH 0125437 | LEH 0125441 | 08/31/1999 | Obstacle Reponses for VIOXX |
| 1.1574 | | | 06/04/2002 | Vioxx International Patent Application |
| 1.1575 | | | 02/07/2002 | Vioxx Patent Information |
| 1.1576 | MRK-GUE0019150 | MRK-GUE10019198 | | VIGOR Final Results |
| 1.1577 | MRK-GUE0035229 | MRK-GUE0035230 | 11/18/1999 | Dr. Michael Weinblatt Letter to Shapiro et al., Re: Interim Non-Endpoint Safety Analysis of VIGOR - Unblinded Minutes |
| 1.1578 | LEH0027336 | LEH0027363 | 03/16/2000 | Letter from CJ Hawkey to Alise Reicin, Claire Bombardier, and Loren Laine |
| 1.1579 | MRK-ACS0011848 | MRK-ACS0011859 | 09/30/2004 | Q&A Vioxx Voluntary Withdrawal Leader Communication Final |
| 1.1580 | MRK-ABRA0000005 | MRK-ABRA0000007 | 11/01/2001 | Dear Healthcare Provider Letter - Important Correction of Drug Information |
| 1.1581 | MRK-ABO0000246 | MRK-ABRA0000247 | 11/01/2001 | Dear Healthcare Provider Letter - Important Correction of Drug Information DRAFT |
| 1.1582 | MRK-ABO0000248 | MRK-ABO0000249 | 11/01/2001 | Dear Healthcare Provider Letter - Important Correction of Drug Information DRAFT |
| 1.1583 | MRK-ABO0000166 | MRK-ABO0000167 | 11/01/2001 | Dear Healthcare Provider Letter - important Correction of Drug Information |
| 1.1584 | MRK-ABO0000171 | MRK-ABO0000176 | 05/01/2001 | MedAd News Brand of the Year |
| 1.1585 | MRK-ABW0005654 | MRK-ABW0005656 | 09/17/2001 | Memo from Karen Grosser re: Arthritis & Analgesia (A&A) Business Strategy team Meeting Agenda |
| 1.1586 | MRK-ABW0002095 | MRK-ABW0002097 | 11/12/2001 | Letter from Ronald Ahrens to Wendy Dixon re: Arthritis, Analgesia, and New Products |
| 1.1587 | MRK-ABW0003742 | MRK-ABW0003757 | | Vioxx 2002 Profit Plan |
| 1.1588 | MRK-ABW0008495 | MRK-ABW0008514 | 09/10/2001 | Cardiovascular and Renal Review, HHMC |
| 1.1589 | MRK-ABW0011264 | MRK-ABW0011273 | | Publications Renal Safety |
| 1.1590 | | | 03/12/2002 | Memo from Maria Villalba to Lawrence Goldkind Re: Cardiovascular data in Alzheimer's Studies |
| 1.1591 | MRK-BAR0080602 | MRK-BAR0080685 | | Clinical Investigators Confidential Informational Brochure 9/28/94, Revised 4/24/97 |
| 1.1592 | MRK-ABW0002827 | MRK-ABW0002827 | 04/17/2001 | Email from Andreas Moan to Jeffrey Melin et al., re: Understanding the BP in our studies |
| 1.1593 | | | 02/21/2001 | USA Today Article "Prescriptions Increase as Drugmakers Spend More on Ads" |
| 1.1594 | MRK-ABW0004641 | MRK-ABW0004641 | 10/05/2001 | Email from Alise Reicin to Wendy Dixon RE: Meta-Analysis Article |
| 1.1595 | MRK-ABW0009359 | MRK-ABW0009359 | | Table X - Summary of Cardiovascular Endpoints |
| 1.1596 | | | | Merck Vioxx Timeline - Key Dates for VIGOR and Long-Term, Placebo-Controlled Studies Implemented to Provide Cardiovascular Safety Data |
| 1.1597 | | | 01/07/1997 | MK-00966 COX-2 Project Team Minutes |
| 1.1598 | MRK-NJ0000246 | MRK-NJ0000247 | | Merck Timelines of Epidemiological Studies Involving Vioxx and NSAIDs |
| 1.1599 | MRK-NJO035473 | MRK-NJO035476 | 09/14/2000 | Email from Errol McKinney to Keith Bousfield RE: Paul Emery-concerns about VIOXX following recent meeting in Finland |

# Irvin v. Merck: Plaintiff's Exhibit List

| No. | Begin Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 1.1600 | MRK-ABA0012287 | MRK-ABA0012292 | 10/09/2001 | Email from Wayne Shaw to Peter DiBattiste RE: CV outcome total cost - still HIGH |
| 1.1601 | MRK-AFJ0002573 | MRK-AFJ0002573 | 03/05/2002 | Email from Alise Reicin to Peter Kim RE: More Diclofenac Data |
| 1.1602 | MRK-NJ0197019 | MRK-NJ0197028 | | Recommended Plan - Targeted A&A Leaders |
| 1.1603 | MRK-ABK0104367 | MRK-ABK0104369 | 08/28/2000 | Email from Alise Reicin to Lucine Beauchard et al. RE: ACR-2000 Master MEMO-Final |
| 1.1604 | MRK-AEV0028802 | MRK-AEV0028804 | | Memo from Karen Moore re: 3T Manager's Meeting |
| 1.1605 | | | | Concerning Project Coffin Nail |
| 1.1606 | | | | FDA Labeling Requirements 2003 |
| 1.1607 | | | 01/24/2002 | Expert Advisory Committee on Pharmacovigilance - Minutes |
| 1.1608 | MRK-NJ0265619 | MRK-NJ0265619 | 01/31/2001 | Letter from Roy Castle to Robert Silverman |
| 1.1609 | MRK-ABI0003479 | MRK-ABI0003481 | 02/14/2001 | Results of Label Message Test for VIGOR |
| 1.1610 | MRK-ABI0001557 | MRK-ABI0001602 | 02/18/1998 | Attachment to Memo from David Anstice to Marty Carroll et al. RE: VIOXX |
| 1.1611 | MRK-NJ0273594 | MRK-NJ0273594 | | Table I - Incidence Rate by Treatment |
| 1.1612 | MRK-AFE0000342 | MRK-AFE0000377 | 09/11/2000 | Email from Greg Bell to Kristin Sauers re: Slides |
| 1.1613 | MRK-AFE0000336 | MRK-AFE0000341 | 09/11/2000 | Email from Greg Bell to Kristin Sauers re: Slides |
| 1.1614 | MRK-GUE0051402 | MRK-GUE0051451 | 01/09/1998 | Email from Suzanne Pennick re: Minutes for December's VIOXX (MK-0966) Project Team Minutes |
| 1.1615 | MRK-ABW0016557 | MRK-ABW0016565 | | Background Information for Discussion of Further Studies to Evaluate Cardiovascular Profile of Rofecoxib (Morrison Deposition Exhibit #39) |
| 1.1616 | MRK-NJ0033554 | MRK-NJ0033554 | | Letter from Unknown to Francesca (Morrison Deposition Exhibit #8) |
| 1.1617 | MRK-AEH0009025 | MRK-AEH0009093 | 07/10/1998 | Email from Suzanne Pennick re: Minutes for June's MK-0966 (VIOXX) PT Meeting |
| 1.1618 | MRK-NJ0130074 | MRK-NJ0130077 | 02/11/2000 | Email from Deborah Shapiro to Ed Scolnick RE: Talk |
| 1.1619 | MRK-AAZ0003351 | MRK-AAZ0003351 | 11/21/2001 | Email from Ed Scolnick to Laura Demopoulos RE CV |
| 1.1620 | MRK-ABA0014165 | MRK-ABA0014165 | 11/21/2001 | Email from Laura Demopoulos to Peter DeBattiste RE: CV Study design |
| 1.1621 | MRK-NJ0120754 | MRK-NJ0120756 | 02/14/2000 | Email from Tom Capizzi to Deborah Shapiro RE: Anticipated CV events in a COX-2 megatrial |
| 1.1622 | MRK-ACZ0068204 | MRK-ACZ0068214 | 05/31/2000 | VSTAAT - Early Effects of VIGOR Results |
| 1.1623 | MRK-ACZ0068319 | MRK-ACZ0068373 | 10/13/2000 | VSTAAT - August 2000 |
| 1.1624 | MRK-ACZ0068890 | MRK-ACZ0068890 | 02/28/2002 | ImpactRx Message Tracker Aided Message Recall |
| 1.1625 | MRK-ACZ0072931 | MRK-ACZ0072931 | 12/10/2001 | Email from Robert Rode to Thomas Cannell and Thomas Coppola RE: Review of VIOXX Positioning Statement for 2002 – New Creative Campaign |
| 1.1626 | MRK-ACZ0075932 | MRK-ACZ0075934 | 08/21/2001 | Email from Rose Brown to Susan Baumgartner et al., FW: Update on expected JAMA Coverage |
| 1.1627 | MRK-ACZ0094011 | MRK-ACZ0094011 | 09/13/2000 | Email from Rick Robert to Ann Bader et. Al., FW: Review of CLASS Paper |
| | MRK-ACZ0094208 | MRK-ACZ0094208 | 04/27/2001 | Email from Laura Pulli to Linda Coppola re: Vigor Working Team List |

| | | | | |
|---|---|---|---|---|
| 1.1628 | MRK-ADA0020030 | MRK-ADA0020036 | 06/25/2001 | Memo from Debra Black to Peg Melanson Vioxx DTC Television invoice approval - June/ upfront materials [Corresponding number on post-it on first page of memo from Sheila Toner to Julie McCafferty re: Sensitive |
| 1.1629 | MRK-ADA0014102 | MRK-ADA0014105 | 04/17/2001 | memo presentation deck or binder] Email from Ann Wawczak to Lucine Beauchard RE: Draft |
| 1.1630 | MRK-ADG0043127 | MRK-ADG0043127 | 03/14/2001 | of Alternate Image ATL Review of policy letters 104, 110, & 118 Presentation |
| 1.1631 | MRK-ADK0000260 | MRK-ADK0000297 | 12/16/1999 | Slides |
| 1.1632 | MRK-ADK0000878 | MRK-ADK0000883 | 03/27/2000 | Email from Linda Rhoads: Bulletin for Vioxx - Vioxx gastrointestinal outcomes research study |
| 1.1633 | MRK-ADK0001005 | MRK-ADK0001005 | 05/01/2000 | Obstacle Handlers #32 - 33 |
| 1.1634 | MRK-ADK0001280 | MRK-ADK0001281 | 10/16/2001 | Email from Michael Thomas to Thomas Cannell FW: CFT for Vioxx: October 16th meeting agenda and discussion questions |
| 1.1635 | MRK-ADK0006218 | MRK-ADK0006251 | 09/06/2001 | Pharmacia Slides re: post JAMA; slides from Pharmacia presentation |
| 1.1636 | MRK-ADG0059428 | MRK-ADG0059430 | 07/17/2002 | Email from Marilyn Krahe Bulletin for Vioxx: Obstacle Response: "The CLASS study only failed by one patient." |
| 1.1637 | MRK-ADG0059921 | MRK-ADG0059921 | 06/05/2002 | Email from Thomas Cannell to Antonia Sisti titled RE: "3.2.1, Go Theme" |
| 1.1638 | MRK-ADN0120226 | MRK-ADN0120226 | 09/30/2004 | Letter from Raymond Gilmartin to Vioxx users re: Merck voluntarily withdraws Vioxx |
| 1.1639 | MRK-ABK0279858 | MRK-ABK0279859 | 05/11/2001 | Email from Lucine Beauchard to Ellen Basford FW: COX-2 Inhibitor outlook cardiovascular safety issues raised in FDA Advisory Committee meetings |
| 1.1640 | MRK-ABK0322061 | MRK-ABK0322070 | 11/06/2001 | amendment to supplemental new drug application NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx REVIEW [PEER]: 2001-ms-2470 (FULL PAPER) - DUE |
| 1.1641 | MRK-ACF0005673; MRK-ABK0010257 | MRK-ABK0010277 | 08/17/2001 | DATE MONDAY, 27 AUGUST 2001 Email from Briggs Morrison to Barry Gertz et. al. FW: FOR |
| 1.1642 | MRK-ABK0114225 | MRK-ABK0114234 | 04/25/2001 | Email from Jens Kasperzik to Susan Baumgartner FW: Merck Abstracts/ Presentation at Ex-US Meetings |
| 1.1643 | MRK-ABK0265796 | MRK-ABK0265805 | 10/16/2001 | Email from Doug Watson to Epidemiology re:VIOXX CV meta-analysis paper |
| 1.1644 | MRK-AFT0001724 | MRK-AFT0001727 | 01/24/2001 | Email from Alise Reicin to Barry Gertz et. al. FW: Comparison of CV Deaths by review vs |
| 1.1645 | MRK-AFT0009258 | MRK-AFT0009258 | 11/08/2001 | Email from Douglas Greene to Ed Scolnick, Bonnie Goldman RE: History Lesson |
| 1.1646 | MRK-AFT0009538 | MRK-AFT0009540 | 02/01/2001 | Email from Alise Reicin to Harry Guess, Walter Straus RE: Lelorier analysis of CV events in NSAID users |
| 1.1647 | MRK-AFV0387560 | MRK-AFV0387570 | | Handwritten Notes - Vigor Dose Issue |
| 1.1648 | MRK-AIQ0007980 | MRK-AIQ0008204 | 08/18/2001 | Transcript of Regional Rheumatology Consultants Meeting |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1649 | MRK-AGV0003792 | MRK-AGV0003797 | 11/03/2000 | Email from Janet Rush to Greg Geba et. al. re: Teleconference, Ambulatory Blood Pressure, Celebrex; Celebrex in Hypertension Pilot |
| 1.1650 | MRK-AGV0006369 | MRK-AGV0006370 | 04/21/2000 | Fax from Sandra Cook to Eric Floyd re: Request from the Division regarding VIGOR study |
| 1.1651 | MRK-AGV0006781 | MRK-AGV0006797 | 05/06/1998 | COX-2 Inhibitor Franchise 1999-2003 Business Plan |
| 1.1652 | MRK-ABL0001753 | MRK-ABL0001788 | 10/19/2001 | MRL/ Marketing Interface Meeting |
| 1.1653 | MRK-ACZ0005388 | MRK-ACZ0005388 | | Marketing to Women |
| 1.1654 | MRK-ACZ0008078 | MRK-ACZ0008078 | 03/29/2000 | Business Objectives Vioxx |
| 1.1655 | MRK-ACZ0014676 | MRK-ACZ0014676 | 01/15/2001 | Email from Michael Buttala to Linda Coppola re: Teleconference Agenda |
| 1.1656 | MRK-ACZ0041257 | MRK-ACZ0041258 | 01/17/2002 | Email from Linda Coppola to Scott Summers RE: for your eyeballs only |
| 1.1657 | MRK-ACZ0043613 | MRK-ACZ0043616 | 01/29/2001 | Email from Thomas Cannell to Linda Coppola RE: Please expand to 100% of screen |
| 1.1658 | MRK-ACZ0051339 | MRK-ACZ0051347 | 06/14/2000 | Email from Ellen Basford to Susan Baumgartner et. al. FW: Market Research from Broker - VIOXX vs. Celebrex, Vioxx wins |
| 1.1659 | MRK-ACZ0055672 | MRK-ACZ0055675 | 09/11/2000 | Email from Diane Fitzgibbons re: news story "Merck denies fault in deaths" |
| 1.1660 | MRK-ACZ0056302 | MRK-ACZ0056302 | 03/01/2002 | Email from Riki Metzger re: Important VIOXX Field Bulletins for APS |
| 1.1661 | MRK-ACZ0056460 | MRK-ACZ0056460 | 08/18/1999 | Email from Gerald McLaughlin to Prill Kozel re: 25 Questions to ask your Merck Rep |
| 1.1662 | MRK-ACZ0057295 | MRK-ACZ0057304 | 04/05/2001 | Email from Jeffrey Nickelski to Lawrence Biegelsen et. al. RE: Pharmacia Head to Head (CEL, VXX, NAPR) Study Protocol |
| 1.1663 | MRK-ABC0006431 | | | Email from Michael Gresser to Edward Scolnick |
| 1.1664 | MRK-ABA0050403 | MRK-ABA0050407 | | Email from Waldemar Radziszewski to Peter DiBattiste |
| 1.1665 | MRK-ABA0049600 | MRK-ABA0049601 | | Email from John Paolini to Peter DiBattiste, Polish study of cox-1 and cox-2 shows vascular cox-2 inhibition still a lively issue |
| 1.1666 | MRK-AAD0243429 | MRK-AAD0243433 | | Email from Riad El-Dada to Christine Fanelle |
| 1.1667 | MRK-AAD0242540 | MRK-AAD0242541 | | Email from Keith Gottesdiener to Barry Gertz re Polish study about prostacyclin. |
| 1.1668 | MRK-AFL0004778 | MRK-AFL0004779 | | Handwritten Note from Jennifer Ng's File regarding discuss stopping rules for CV protocols. Handwritten Ng note suggests won't stop "short of taking Vioxx off the market." (this in 03) |
| 1.1669 | MRK-BAR0080602 | MRK-BAR0080686 | | Clinical Investigator's Confidential Information Brochure MK-0966 Highly Selective COX-2 Inhibitor Experience Summary of Information |
| 1.1670 | | | | Wyeth-Ayerst Laboratories Announces the Withdrawal of Duract from the Market |
| 1.1671 | | | | Bayer Voluntarily Withdraws Baycol |
| 1.1672 | | | | Rezulin to be Withdrawn from the Market |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1673 | | | Janssen Pharmaceutica Stops Marketing Cisapride in the US | |
| 1.1674 | | | Roche Laboratories Announces Withdrawal of Posicor from the Market | |
| 1.1675 | | | FDA Approves Restricted Marketing of Lotronex | |
| 1.1676 | | | Glaxo Wellcome Decides to Withdraw Lotronex from the Market | |
| 1.1677 | | | FDA Announces Withdrawal Fen-Phen | |
| 1.1678 | | | Letter from John Jenkins to William Maguire regarding NDA 20-740/S-008 and S-013 | |
| 1.1679 | | | Letter from John Jenkins to Mary Taylor regarding NDA 20-720/2-012 & NDA 20-720/S-014 | |
| 1.1680 | | | Letter from Victor Raczkowski to Mark Baumgartner regarding NDA 21-107 | |
| 1.1681 | | | Letter from John Jenkins to Edward Brann regarding NDA 19-402/S-014 | |
| 1.1682 | | | Approval Package for NDA 20535 | |
| 1.1683 | | | Code of Federal Regulations - Title 21, Volume 5. These provisions describe the 3 kinds of label change procedures for already approved drugs: prior approval supplement, CBE 30 and CBE# | |
| 1.1684 | | | Code of Federal Regulations - Title 21, Volume 4 This regulation describes the purpose of the various label sections. | |
| 1.1685 | | | Approval Letter for 20-210/S030, 20-398/S020, & 20-767/S009 | |
| 1.1686 | | | Letter from John Jenkins to Edward Brann regarding NDA 19-402/S-014 | |
| 1.1687 | | | Letter from Lawrence Goldkind to Peter East regarding NDA 21-341/S-0002. This letter shows that Pfizer added or strenthened an important warning using the CBE-30 mechanism without waiting for FDA prior approval | |
| 1.1688 | MRK-AKL0002208 | | MRK-AKL0002212 | 04/18/2002 | Cox-2-037 4/18/02 Obstacle Response- Article in the Journal- Science; "Role of Prostacyclin in the CV | |
| 1.1689 | | | Response to Thromboxane A2" Cheng | |
| | | | Raw footage of the filming of Video News Releases (multiple DVDs) | |
| 2.0001 | MRK-NJ0413109 | MRK-NJ0413141 | May 2001 | Drugs - "Rofecoxib/A Review of its Use in the Management of Osteoarthritis , Acute Pain and Rheumatoid Arthritis" by AJ Matheson and DP Figgitt appeared on pp. 833-865 of volume 61, issue 6 | 401, 402, 403 RR |
| 2.0002 | MRK-NJ0290574 | MRK-NJ0290583 | 09/15/1988 | New England Journal of Medicine - "Clinical Implications of prostaglandin and thromboxane A formation" by JA Oates, GA FitzGerald, RA Brach, EK Jackson, HR Knapp, LJ Roberts appeared on pp. 689-698 of volume 319, issue 11 | |

| | | | | |
|---|---|---|---|---|
| 2.0003 | MRK-NJ0287733 | MRK-NJ0287739 | 02/15/1991 | Annals of Internal Medicine - "Nonsteroidal anti-inflammatory drug use an increased risk for peptic ulcer disease in elderly persons" by MR Griffin, JM Piper, JR Daughtery, M Snowden and WA Ray - pp. 257-263 of volume 114, issue number 4. |
| 2.0004 | MRK-NJ0287506 | MRK-NJ0287510 | 09/08/1988 | Annals of Internal Medicine - "Nonsteroidal anti-inflammatory drug use an increased risk for peptic ulcer disease in elderly persons" by MR Griffin, WA Ray, W Schaffner appeared on pp. 359-363 in volume 109 |
| 2.0005 | MRK-NJ0283179- | MRK-NJ0283182 | 01/26/2005 | The Risk of Gastrointestinal Bleed, Myocardial Infarction, and Newly Diagnosed Hypertension in Users of Meloxicam, Diclofenac, Naproxen, and Piroxicam by Susann Jick, et. al. Medscape Pharmacotherapy 20(7), Pg. 741-744 |
| 2.0006 | MRK-NJ0154819- | MRK-NJ0154827 | 08/15/1995 | Annals of Internal Medicine - "Misprostol Reduces Serious Gastrointestinal Complications in patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-Inflammatory Drugs" by FE Silverstein, Dy Graham, JR Senior, H Wyn Davies, BJ Struthers, RM Bittman et al. appeared on pp. 241-249 of volume 123, issue 4 |
| 2.0007 | MRK-AHD0004828- | MRK-AHD0004837 | 04/05/2005 | The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Aduls by Linda E. Levesque, et al. The Annals of Internal Medicine, Volume 142, Number 7, Pg. 1 |
| 2.0008 | MRK-AGO0007705- | MRKAGO0007714 | 06/27/1995 | New England Journal of Medicine - "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention" by SD Solomon, JJV McMurray, MA Pfeffer, J Witts, R Fowler, P Finn et al appeared on pp. Solomon 1-10 in volume 352. |
| 2.0009 | MRK-AFV0344187- | MRK-AFV0344195 | 01/25/2005 | Circulation - "Cyclooxygenases, Thromboxane, and Atherosclerosis/ Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined With Thromboxane Receptor Antagonism" by KM Egan, M Wang, MB Lucitt, AM Zukas, E Pure, JA Lawson and GA FitzGerald appeared on pp. 334-342 of volume 111. |
| 2.0010 | MRK-AFN0054704 | MRK-AFN0054705 | 2005 | "COX-2 Inhibitors -- A Lesson in Unexpected Problems" by Jeffrey M. Drazen appeared in The New England Journal of Medicine on pp. Drazen 1-2 of volume 352, issue 1. |
| 2.0011 | MRK-AFK0174539 | MRK-AFK0174549 | 2005 | New England Journal of Medicine - "Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery" by NA Nussmeir, AA Whelton, Mt Brown, RM Langford, A Hoeft, JL Parlow et al. appeared on pp. Nussmeier 1-11 of volume 352, issue 1 |

| | | | | |
|---|---|---|---|---|
| 2.0012 | MRK-AEZ0001614 | MRK-AEZ0001625 | 03/01/2001 | "Cyclooxygenase-2-Specific Inhibitors and Cariorenal Function; A Randomized, Controlled Trial of Celecoxib and Rofecoxib in Older Hypertensive Osteoarthritis Patients" By Andrew Whelton; Amer J Therap; Vol 8 No. 2 |
| 2.0013 | MRK-AEG0017663 | MRK-AEG0017664 | 2002 | FitzGerald – pp. 33-34, volume 110, issue 1 |
| 2.0014 | MRK-AEG0017542 | MRK-AEG0017548 | 10/12/2001 | "Up-Regulation of Endothelial of Cyclooxygenase-2 and Prostanoid Synthesis by Platelets", by Gilliam Caughey et al.; Journal of Biological Chemistry; Vol 276 No. 41 |
| 2.0015 | MRK-AEG0016506 | MRK-AEG0016507 | 05/17/2002 | Editorial "Selective COX-2 Inhibitors, NSAIDs, Aspirin, and Myocardial Infarction"; Arch Intern Med/Vol 162 |
| 2.0016 | MRK-AEF0000847 | MRK-AEF0000851 | 05/27/2002 | "Archives of Internal Medicine – Lower Risk of Thromboembolic Cardiovascular Events With Naproxen Among Patients With Rheumatoid Arthritis" by DJ Watson, T Rhodes, B Cai and HA Guess appeared on pp. 1105-1110 of volume 162. |
| 2.0017 | MRK-ADY0006986 | MRK-ADY0006991 | 05/04/2004 | "Relationship Between Selective Cyclooxygenase-2 Inhibirtos and Acute Myocardial Infarction in Older Adults by Daniel Solomon, et al., Circulation, Pg. 2068-2073 Abstract "Rofecoxib Increases Cardiovascular Events in |
| 2.0018 | MRK-ADY0006737 | MRK-ADY0006737 | 03/03/2004 | Arthritis Patients byt Celcoxib and Nonspecific Nonsteriodal Anti-Inflammatory Drugs Do Not: Results From a Large New England Health Care Claims Database". By Andrew Whelton et al; JACC 838-2 |
| 2.0019 | MRK-ADY0006650 | MRK-ADY0006656 | 11/04/2004 | "Nonsteriodal Anti-Inflammatory Drugs and Cardiovascular Risk" by Patricia Howard et al; J Amer College of Cardio Vol 43, No. 4 |
| 2.0020 | MRK-ADY0006552 | MRK-ADY0006552 | 01/24/2004 | British Medical Journal – "Drug company sues Spanish bulletin over fraud claim" by L Gibson - p. 188, volume 328 |
| 2.0021 | MRK-ADY0006485 | MRK-ADY0006490 | | Neurology – "Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" by SA Reines, GA Block, JC Morris, G Liu, ML Nessly, CR Lines et al appeared on pp. 66-71 of volume 62. |
| 2.0022 | MRK-ADY0006153 | MRK-ADY0006166 | | American Heart Journal – "Selective COX-2 inhibition and cardiovascular effects: A Review of the rofecoxib development program" by MR Weir, RS Sperling, A Reicin, BJ Gertz appeared on pp. 591-604 of volume 146, issue 4 |
| 2.0023 | MRK-ADY0004655 | MRK-ADY0004661 | 11/12/2002 | "The double-edged sword of COX-2 selective NSAIDs" By James Wright; Can Med Assoc J 167(10): 1131-1137 |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.0024 | MRK-ADY0004547 | MRK-ADY0004551 | 11/01/2002 | American Journal of Cardiology - "Effects of Celecoxib and Rofecoxib on Blood Pressure and Edema in patients [greater than or equal to] 65 Years of Age With Systemic Hypertension and Osteoarthritis" by A Whelton, WB white, AE Bello, JA Puma, JG Fort app | | |
| 2.0025 | MRK-ADY0004478 | MRK-ADY0004480 | 10/05/2002 | Lancet - "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease" by WA Ray, CM Stein, JR Daugherty, PG Arbogast, MR Griffin appeared on pp. 1071-1073 of volume 360. | | |
| 2.0026 | MRK-ADY0003732 | MRK-ADY0003737 | 05/27/2002 | Archives of Internal Medicine - "Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction" by DH Solomon, RJ Glynn, R Levin and J Avorn appeared on pp. 1099-1104 of volume 162. | | |
| 2.0027 | MRK-ADY0003669 | MRK-ADY0003669 | | Hawaii Medical Journal - "Ginko, Vioxx and Excessive Bleeding - Possible Drug-Herb Interactions: Case Report" by T Hoffman - p. 290, volume 60, issue 11. | | |
| 2.0028 | MRK-ADY0002429 | MRK-ADY000243 | | Journal of Rheumatology - "Nephroxicity of Selective COX-2 Inhibitors" by A Woywodt, A Schwarz, M Mengel et al - pp. 2133-2135, volume 28, issue 9. | | |
| 2.0029 | MRK-ADO0111993 | MRK-ADO0111999 | 02/01/2003 | CRC "Inhibition of Cyclooxygenase-2 by Rofecoxib Attentuates the Grown and Metastatic Potential of Colorectal Carcinoma in Mice" by M Yao, S Kargman, E lam et al - pp. 586-592, volume 63. | | |
| 2.0030 | MRK-ADO0101241 | MRK-ADO0101260 | | JAGS article "The Management of Persistent Pain in Older Persons" - pp. S205-S224, volume 50, issue 6 supplement | | |
| 2.0031 | MRK-ADL0010196 | MRK-ADL0010204 | | American Journal of Therapeutics - "Valdecoxib Is More Efficacious Than Rofecoxib in Relieving Pain Associated With Oral Surgery" by J Fricke, J Varkalis, S Zwillich, R Adler et al. - pp. 89-97, volume 9, issue 2. | | |
| 2.0032 | MRK-ADJ0035003 | MRK-ADJ0035008 | 08/22/2001 | Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors, by Debahrata Mukherjee, et al., Journal of American Medicine, 8/22-8/29, Vol. 286, No. 8, Pg. 954-959 | 902 | AR |
| 2.0033 | MRK-ADB0009726 | MRK-ADB0009729 | 12/12/2001 | Cardiovascular Safety of COX-2 Inhibitors, The Medical Letter, Volume 43, Issue 1118, Page 99 | | AR |
| 2.0034 | MRK-ACZ0031674 | MRK-ACZ0031683 | 06/21/1995 | Journal of Pharmacology and Experimental Therapeutics - "Rofecoxib [Vioxx, MK-0966, 4-(4'-Methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: A Potent and Orally Active Cyclooxygenase-2 Inhibitor. Pharmacological and Biochemical Profiles" by C Chan, S. Bo | | |

| | | | | |
|---|---|---|---|---|
| 2.0035 | MRK-ACZ0030738 | MRK-ACZ0030789 | 11/02/1998 | American Journal of Medicine – s (Vol. 105, Issue 5A): "Clinical Issues in Nonsteroidal Anti-inflammatory Drug-Associated Gastrointestinal Toxicity" - several – s by MM Wolfe, D McCarthy, A soll, D Bjorkman, J Barkin, MB Kimmey, J Scheiman, J Isenberg a |
| 2.0036 | MRK-ACZ0030735 | MRK-ACZ0030737 | | American Journal of Medicine Guidelines for Publication Supplement Series |
| 2.0037 | MRK-ACZ0030511 | MRK-ACZ0030511 | | Harvard Health Letter – "COX-2 Inhibitors Magic Bullets or Merely Mortal?" volume 25, issue 4. |
| 2.0038 | MRK-ACZ0030424 | MRK-ACZ0030433 | | Annals of Pharmacotherapy – "The Cyclooxygenase-2 Inhibitors: Safety and Effectiveness" by B Kaplan-Maclis and B Storyk Klostermeyer – pp. 979-988, volume 33. |
| 2.0039 | MRK-ACZ0030346 | MRK-ACZ0030355 | 10/01/1999 | Postgraduate Medicine – "When to try COX-2-specific inhibitors/Safer than standard NSAIDs in some situations" by Q Rehman and KE Sack – pp. 95-106, volume 106, issue 4. |
| 2.0040 | MRK-ACZ0011444 | MRK-ACZ0011444 | 06/21/1995 | Prostaglandins & Other Lipid Mediators – "The Advent of Highly Selective Inhibitors of Cyclooxygenase – A Review" by B Cryer and A Dubois – pp. 341-361, volume 56 |
| 2.0041 | MRK-ACV0027676 | MRK-ACV0027678 | | Annals of Pharmacotherapy – "Idiopathic Paresthesia Reaction Associated with Rofecoxib" by K Daugherty and ML Gora-Harper – pp. 264-266, volume 36 |
| 2.0042 | MRK-ACT0026006 | MRK-ACT0026012 | 03/21/2002 | American Journal of Cardiology – "Cardiovascular Pharmacology of Nonselective Nonsteroidal Anti-Inflammatory Drugs and Coxibs: Clinical Considerations" by GA FitzGerald – pp. 26D-32D, volume 89, issue 6A. |
| 2.0043 | MRK-ACT0025989 | MRK-ACT0025996 | 06/22/1995 | European Journal of Clinical Pharmacology – "Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans" by M Dupre, E Ehrich, A Van Hecken et al – pp. 167-174, volume 56. |
| 2.0044 | MRK-ACT0024475 | MRK-ACT0024486 | 06/22/1995 | Current Pharmaceutical Design – "Clinical Experience with Specific COX-2 Inhibitors in Arthritis" by Leslie J. Crofford – pp. 1725-1736, volume 6, issue 17. |
| 2.0045 | MRK-ACT0024386 | MRK-ACT0024393 | 06/24/1995 | American Journal of Cardiology – "Effects of Nonsteroidal Anti-Inflammatory Drug Therapy on Blood Pressure and Peripheral Edema" by WH Frishman appeared on pp. 18D-25D of volume 89, issue 6A. |
| 2.0046 | MRK-ACT0024373 | MRK-ACT0024379 | 03/21/2002 | American Journal of Cardiology – "An Evidence-Based Evaluation of the Gastrointestinal Safety of Coxibs" by C Bombardier – pp. 3D-9D, volume 89, issue 6A |

| | | | | |
|---|---|---|---|---|
| 2.0047 | MRK-ACR0036798 | MRK-ACR0036807 | | Rheumatology – "Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2" by P Brooks, P Emery, JF Evans, H Fenner, CJ hawkey, C Patrono et al - pp. 779-788, volume 38, issue 8. | |
| 2.0048 | MRK-ACO0144819 | MRK-ACO0144827 | 02/01/2005 | Annals of Internal Medicine – "Patients Exposed to Rofecoxib and Celecoxib Have Different Odds of Nonfatal Myocardial Infarction" by GE Kimmel, JA Berlin, J Jaskowiak, L Kishel, J Chittams and B Strom appeared on pp. 1-9 of volume 142. | |
| 2.0049 | MRK-ACO0144485 | MRK-ACO0144489 | 06/25/1995 | Pharmacoepidemiology and Drug Safety – "High frequency of use of rofecoxib at greather than recommended doses: cause for concern" by MR Griffin, CM Stein, D Graham, JR Daughterty et al. appeared on pp. 339-343 of volume 13. | |
| 2.0050 | MRK-ACO0144158 | MRK-ACO0144164 | 01/02/2005 | Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study by David Graham, et al., The Lancet, 1-2-05, Pg. 1-7 | |
| 2.0051 | MRK-ACO0067004 | MRK-ACO0067010 | | Indentification of Sulfonamide-like Adverse Drug Reachtions to Celecoxib in the World Health Organization Database by Erik Wiiholm, Current Medical Research and Opinions, Vol. 17, No. 3, Pg. 210-216 | |
| 2.0052 | MRK-ACO0062133 | MRK-ACO0062135 | | Digestive Diseases and Sciences – "Acute Cholestatic Hepatitis Associated with Long-Term Use of Rofecoxib" by GI Papachristou, AJ Demetris and M Rabinovitz - pp. 459-461, volume 49, issue 3. | 802 |
| 2.0053 | MRK-ACJ0007457 | MRK-ACJ0007459 | 10/21/2004 | New England Journal of Medicine – "Failing the Public Health - Rofecoxib, Merck, and the FDA" by EJ Topol appeared on pp. 1707-1709 of volume 351, issue 17. | RR |
| 2.0054 | MRK-ACH0002572 | MRK-ACH0002596 | | CREST – "Platelet-Active Drugs/The Relationships Among Dose, Effectiveness, and Side Effects" by C Patrono, B Coller, JE Dalen, GA FitzGerlad, V Fuster, M Gent et al. appeared on pp 39S-63S of volume 119, issue 1 | |
| 2.0055 | MRK-ACH0000912 | MRK-ACH0000916 | | Journal of Pharmacology and Experimental Therapeutics – "Selective Cyclooxygenase-2 Inhibition by Nimesulide in Man" by L Cullen, L Kelly, SO Connor, DJ FitzGerald appeared on pp. 578-582 of volume 287, issue 2 | |
| 2.0056 | MRK-ACH0000803 | MRK-ACH0000817 | | Clinical Therapeutics – "The Safety Profile, Tolerability, and Effective Dose Range of Rofecoxib in the Treatment of Rheumatoid Arthritis" by TJ Schnizter, K Truit, R Fleischmann et al - pp. 1688-1702, vol. 21, issue 10 | |