| | | | |
|---|---|---|---|
| 2.0057 | MRK-ACF0002932 | MRK-ACF0002996 | 01/08/1994 | British Medical Journal - "Collaborative overview of randomised trials of antiplatelet therapy Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients" appeared on pp. 81-106 of volume 3 |
| 2.0058 | MRK-ACF0090130 | MRK-ACF0090192 | 09/25/2002 | Archives of Internal Medicine - "Aseptic Meningitis Associated With Rofecoxib" by RA Bonnel, ML Villalba, CB Karwoski, J Beitz - pp. 713-715, volume 162 |
| 2.0059 | MRK-ABY0095868 | MRK-ABY0095875 | 06/23/1995 | Clinical and Experimental Rheumatology - "NSAIDs and Cox-2 inhibitors: what can we learn from large outcomes trial? The gastroenterologist's perspective" by CJ Hawkey - pp. S23-S30, volume 19 |
| 2.0060 | MRK-ABY0089863 | MRK-ABY0089892 | 06/26/1995 | Drug Safety - "Do Some Inhibitors of COX-2 Increase the Risk of Thromboembolic Events? Linking Pharmacology with Pharmacoepidemiology" by DWJ Clark, D Layton and SAW Shakir appeared on pp. 427-456 of volume 27, issue 7. |
| 2.0061 | MRK-ABY0089845 | MRK-ABY0089857 | 05/06/2004 | Alimentary Pharmacology & Therapeutics - Therapeutic Arthritis Research and Gastrointestinal Event Trial of lumiracoxib - study design and patient demographics" by CJ Hawkey, M Farkouh, X Gitton, E Ehrsam et al on pp. 1-13. |
| 2.0062 | MRK-ABY0089805 | MRK-ABY0089810 | 06/24/1995 | British Journal of Clinical Pharmacology - "Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction" by RG Schlienger, H Jick and CR Meier appeared on pp. 327-332 of volume 54. |
| 2.0063 | MRK-ABY0089778 | MRK-ABY0089781 | | Heart Drug - "Is the Use of Selective COX inhibitors Associated with an Increased Risk of Cardiovascular Events?" by JE Otterstad appeared on pp. 92-95 of volume 4. |
| 2.0064 | MRK-ABY0089726 | MRK-ABY0089731 | | Journal of the American College of Cardiology - The Effects of Nonselective Non-Aspirin Non-Steroidal Anti-Inflammatory Medications on the Risk of Nonfatal Myocardial Infarction and Their Interaction With Aspirin" by SE Kimmel, JA Berlin, M Reilly, JJ |
| 2.0065 | MRK-ABY0089681 | MRK-ABY0089692 | | Journal of Thoracic and Cardiovascular Surgery - "Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery" by E Ott, NA Nussmeier, PC Duke, RO Feneck, RP Alston, MC Snabes et |
| 2.0066 | MRK-ABY0089559 | MRK-ABY0089567 | | Rheumatology - "Underutilization of preventive strategies in patients receiving NSAIDs" by MCJM Sturkenboom, TA Burke, JP Dieleman et al - pp. iii23-iii31, volume 42 |

## Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0067 | MRK-ABY0089525 | MRK-ABY0089536 | | Rheumatology - "Comparison of the incidence rates of Thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data" by D Layton, E Heeley, K Hughes and SAW S |
| | | | | Drug Safety - "Adverse Events Associated with Rofecoxib Therapy: Results of a Large Study in Community-Derived Osteoarthritic Patients" by B Bannwarth, R Treves, L Euller-Ziegler and D Rolland - pp. 49-54, volume 26, issue 1. |
| 2.0068 | MRK-ABY0088488 | MRK-ABY0088492 | | European Journal of Clinical Pharmacology "Outcome trials of COX-2 selective inhibitors: global safety evaluation does not promise benefits" by J Gomez Cerezo, RL Hristov, AJ Carcas sansuan et al. - pp. 169-175, volume 59. |
| 2.0069 | MRK-ABY0088481 | MRK-ABY0088487 | | Arthritis Research Therapy Commentary "COX-2: where are we in 2003? Be strong and resolute: continue to use COX-2 selective inhibitors at recommende dosages in appropriate events" by MC Hochberg - pp. 28-31, volume 5. |
| 2.0070 | MRK-ABY0088477 | MRK-ABY0088480 | | New England Journal of Medicine - "Celecoxib versus Diclofenac and Omeprzole in Reducing the Risk of Recurrent Ulcer Bleeding in Patients with Arthritis" by FKL Chan, LCT Hung, BY Suen et al. - pp. 2104-2110, volume 347, issue 26. |
| 2.0071 | MRK-ABY0088442 | MRK-ABY0088448 | 12/26/2002 | New England Journal of Medicine - "Population-Based Studies of Adverse Drug Effects" by WA Ray appeared on pp. 1592-1594 of volume 349, issue 17. |
| 2.0072 | MRK-ABY0088436 | MRK-ABY0088438 | 10/23/2003 | American Heart Journal Editorial "Matters of the heart: Assessing the cardiovascular safety of new drugs" by MA Konstam appeared on pp. 561-562 of volume 146. |
| 2.0073 | MRK-ABY0087807 | MRK-ABY0087808 | | American Heart Journal editorial "Pharmaceutical advertising versus research spending: Are profits more important than patients?" by D Mukherjee, EJ Topol - pp. 563-564, volume 146. |
| 2.0074 | MRK-ABY0087805 | MRK-ABY0087806 | | Drug Safety - "Benefit-Risk Assessment of Rofecoxib in the Treatment of Osteoarthritis" by H Schmidt, BG Woodcock, G Geisslinger - pp. 185-196, volume 27, issue 3. |
| 2.0075 | MRK-ABY0087695 | MRK-ABY0087706 | | Age and Ageing - "Older people should NOT be prescribe 'coxibs' in place of conventional NSAIDs" by P Juni and P Dieppe - pp. 100-104, volume 33. |
| 2.0076 | MRK-ABY0087641 | MRK-ABY0087645 | | |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0077 | MRK-ABY0087584 | MRK-ABY0087589 | | Drugs Aging abstract "Spontaneous Reports of Hypertension Leading to Hospitalisation in Association with Rofecoxib, Celecoxib, Nabumetone and Oxaprozin" by A Briner, L Goldkind, R Bonnel and J Beitz appeared on pp. 479-484 of volume 21, issue 7. |
| 2.0078 | MRK-ABY0087511 | MRK-ABY0087517 | | American Journal of Therapeutics - "A Retrospective Review of the Effect of Cox-2 Inibitors on Blood Pressure Change" by J Cho, GE Cooke, W Provost appeared on pp. 311-317 of volume 10 |
| 2.0079 | MRK-ABY0087502 | MRK-ABY0087510 | 05/01/2004 | American Journal of Medicine - "Effects of Rofecoxib and Naproxen on Life Expectancy among Patients with Rheumatoid Arthritis: A Decision Analysis" by HK Choi, JD Seeger, KM Kuntz appeared on pp. 621-629 of volume 116. |
| 2.0080 | MRK-ABY0087349 | MRK-ABY0087358 | | British Journal of Clinical Pharmacology - "Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract" by MW James, CJ Hawkey - pp. 146-155, volume 56. |
| 2.0081 | MRK-ABY0084668 | MRK-ABY0084679 | 05/20/2003 | Annals of Internal Medicine - "The Cost-Effectiveness of Cyclooxygenase-2 Selective Inhibitors in the Mangement of Chronic Arthritis" by BMR Spiegel, L Targownik, GS Dulai, IM Grainek - pp. 795-806, volume 138, issue 10 |
| 2.0082 | MRK-ABY0081318 | MRK-ABY0081319 | 09/21/2002 | British Medical Journal editorial "Efficacy and safety of COX-2 inhibitors/New data are encouraging but the risk:benefit ratio remains unclear" by R Jones - pp. 607-8, volume 325 |
| 2.0083 | MRK-ABY0078883 | MRK-ABY0078933 | | The American Journal of Managed Care, volume 8, issue 17 supplement - "Use of Selective COX-2 Inhibitors for Chronic Therapy: The Managed Care Perspective" |
| 2.0084 | MRK-ABY0078812 | MRK-ABY0078882 | | The American Journal of Managed Care, volume 8, issue 15 supplement - "Cardiorenal Differences Among NSAIDs and Coxibs: Real-world Difference" |
| 2.0085 | MRK-ABY0018708 | MRK-ABY0018718 | | Arthritis & Rheumatism - "Recommendations for the Medical Management of Osteoarthritis of the Hip and Knee/2000 Update" appeared on pp. 1905-1915 of volume 43, issue 9. |
| 2.0086 | MRK-ABY0017773 | MRK-ABY0017781 | 11/02/1998 | American Journal of Medicine - "Future Trends in the Development of Safer Nonsteroidal Anti-inflammatory Drugs" by MM Wolfe - pp. 44S-52S, volume 105, issue 5A |
| 2.0087 | MRK-ABY0017303 | MRK-ABY0017305 | | Hypertension - "Effects of Celecoxib on Ambulatory Blood Pressure in Hypertensive Patients on ACE Inhibitors" by WB White, J Kent, A Taylor et al - pp. 929-934, volume 39, issue 4. |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0088 | MRK-ABY0166603 | MRK-ABY0166608 | | Cleveland Journal of Medicine - "Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy" by AM Fendrick - pp. SI-59-SI-64, volume 69, Supplement I |
| 2.0089 | MRK-ABY0016164 | MRK-ABY0016168 | | Biochemical Pharmacology - "Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events" by D Mukherjee - pp. 817-821, volume 63 |
| 2.0090 | MRK-ABY0014301 | MRK-ABY0014303 | 03/01/1986 | The Lancet - "Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer" by K. Somerville, G Faulkner and M. Langmen appeared on pp. 462-4 of volume 1 |
| 2.0091 | MRK-ABY0010055 | MRK-ABY0010143 | | Clinical and Experimental Rheumatology issue "Controversies in COX-2 inhibitor therapy" edited by SB Abramson, DE Furst, MC Hochberg and C Patrono - volume 19, issue 6 (supplemental 25) |
| 2.0092 | MRK-ABY0085392 | MRK-ABY0085392 | 10/08/2004 | Wall Street Journal - "FDA Officials Tried to Tone Down Report on Vioxx" by Anna Wilde Mathews - p. B2 |
| 2.0093 | MRK-ABY0004665 | MRK-ABY0004670 | | Scand J Rheumatol - "Tolerability profiles of rofecoxib (Vioxx) and Arthrotec/ A comparison of six weeks treatment in patients with osteoarthritis" by E Acevedo, O Castenada, M Guaz et al - pp. 19-24, volume 30 |
| 2.0094 | MRK-ABY0004618 | MRK-ABY0004627 | 02/19/2001 | American Journal of Medicine - "Renal Aspects of Treatment with Conventional Nonsteroidal Anti-Inflammatory Drugs Versus Cyclooxygenase-2-Specific inhibitors" by A Whelton - pp. 33S-42S, volume 110, issue 3A |
| 2.0095 | MRK-ABY0004604 | MRK-ABY0004610 | 02/19/2001 | American Journal of Medicine - "Efficacy of Cyclooxygenase-2 - Specific Inhibitors" by GW Cannon, FC Breedveld - pp. 6S-12S, volume 110, issue 3A |
| 2.0096 | MRK-ABY0004297 | MRK-ABY0004307 | | Rofecoxib, a New Cyclooxygenase 2 Inhibitor, Shows Sustained Efficacy, Comparable With Other Nonsteroidal Anti-Inflammatory Drugs by Kenneth Saag, et al., Drug Therapy, Vol. 9, Nov/dec 2000, Pg. 1124-1134 |
| 2.0097 | MRK-ABY0004055 | MRK-ABY0004064 | 01/18/2000 | Annals of Internal Medicine - "Do Cyclooxygenase-2 Inhibitors Provide benefits Similar to Those of Traditional Nonsteroidal Ant-Inflammatory Drugs, with Less Gastrointestinal Toxicity?" by M Feldman, AT McMahon - pp. 134-143, volume 132, issue 2 |
| 2.0098 | MRK-ABY0003180 | MRK-ABY0003190 | 10/16/2001 | Annals of Internal Medicine - "Quality Indicators for the Management of Osteoarthritis in Vulnerable Elders" by CH McLean - pp. 711-721, volume 135, issue 8 (part 2) |
| 2.0099 | MRK-ABY0003079 | MRK-ABY0003081 | 06/23/1995 | Edema and Edema-Associated Adverse Events (ES) Among 6673 Celecoxib, Rofecoxib, Non-specific (NS) NSAID and Non-NSAID Users Receiving Ordinary Clinical Care" by F Wolfe, M Renolds, SZ Zhao, TA Burke and D Pettitt |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0100 | MRK-ABY0000162 | MRK-ABY0000175 | 08/09/2001 | A Comparison of Renal-Related Adverse Drug Reaction Between Rofecoxib and Celecoxib, Based on the World Health Organization/Uppsala Monitoring Centre Safety Database By Sean Zhao, et al. Clinical Therapeutics/Vol. 23, Pg. 1478-1491 | 
| 2.0101 | MRK-ABX0007837 | MRK-ABX0007845 | | "A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis" by PP Guesens, K Truit, P Sfikakis, L DeTora, S Shingo et al appeared on pp. 230-238 of volume 31 |
| 2.0102 | MRK-ABW0009191 | MRK-ABW0009202 | | Archives of Internal Medicine - "Effect of selective Literature Review "A summary of current, peer-reviewed published studies from the medical literature on: Coxibs" - pp. 1-12 |
| 2.0103 | MRK-ABT0081722 | MRK-ABT0081727 | 02/24/2003 | Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly" by M Mamdani, P Rochon, DN Juurlink, GM Anderson, A Kopp, G Naglie, PC Austin, A Laupacis app |
| 2.0104 | MRK-ABT0018283 | MRK-ABT0018288 | 01/15/2002 | American Journal of Cardiology - "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" by A Reicin, D Shap |
| 2.0105 | MRK-ABT0015857 | MRK-ABT0015862 | 01/12/2002 | Lancet - "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study" by WA Ray, CM stein, K Hall, JR Daugherty and MR Griffin appeared on pp. 118-123 of volume 359. |
| 2.0106 | MRK-ABT0013447 | MRK-ABT0013451 | 07/11/1991 | New England Journal of Medicine - "Comparison of an Antiinflammatory Dose of Ibuprofen, an Analgesic Dose of Ibuprofen, and Acetaminophen in the Treatment of Patients with Osteoarthritis of the Knee" by JD Bradley, KD Brandt, BP Katz, LA Kalasinki S Ry |
| 2.0107 | MRK-ABT0000844 | MRK-ABT0000844 | 06/17/1999 | New England Journal of Medicine - "Gastrointestinal Toxicity of Nonsteroidal Antiinflammatory Drugs" by MM Wolfe, DR Lichtenstein, G. Singh appeared on pp.1892-1899 of vol. 340, issue 24 |
| 2.0108 | MRK-ABS0396602 | MRK-ABS0396609 | | Clinical and Experimental Rheumatology "What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective" by MC Hochberg - pp. S-15-S-22, volume 19 |
| 2.0109 | MRK-ABS0396526 | -MRK-ABS0396561 | | Journal of Pharmacy and Pharmacology "Rofecoxib: an update on physicochemical, pharmaceutical, pharmacodynamic and pharmacokinetic aspects" by N Ahuja, A Singh and B Singh - pp. 859-894, volume 55 |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0110 | MRK-ABS0396331 | MRK-ABS0396340 | 06/20/1995 | American Journal of Gastroenterology - "A Guideline for the Treatment and Prevention of NSAID-Induced Ulcers" by FL Lanza appeared on pp. 2037-2046 of volume 93, issue 11. |
| 2.0111 | MRK-ABS0386550 | MRK-ABS0386564 | 05/21/2002 | Archives of Internal Medicine - "Association Between Naproxen Use and Protection Against Acute Myocardial Infarction" by E Rahme, L Pilote and J Lelorier appeared on pp. 1111-1115 of volume 162. |
| 2.0112 | MRK-ABS0325220 | MRK-ABS0325230 | 06/23/1995 | Gut article "Cyclooxygenase 2- Implications on maintenance of gastric mucosal integrity and ulcer healing: controversial issues and perspectives" by F Halter and AS Tarnawski - pp. 443-453, volume 49 |
| 2.0113 | MRK-ABS0324386 | MRK-ABS0324394 | | American Journal of the Medical Sciences "Cox-2 Inhibitors: Today and Tomorrow" by RW McMurray and KJ Hardy - pp. 181-189, volume 323, issue 4 |
| 2.0114 | MRK-ABS0324371 | MRK-ABS0324385 | | Gastroenterology Clinics of North America "COX-2 INHIBITORS/Are They Nonsteroidal Anti-Inflammatory Drugs With a Better Safety Profile?" by LS Simon - pp. 1011-1025, volume 30, issue 4 |
| 2.0115 | MRK-ABS0323292 | MRKABS0323300 | 06/23/1995 | Alimentary Pharmacology & Therapeutics - "Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen in two randomized controlled trials" by CJ Hawkey, L Laine, E Harper et al on pp. 1593-1601, volume 15. |
| 2.0116 | MRK-ABS0323147 | MRK-ABS0323157 | 10/16/2001 | Annals of Internal Medicine - "Quality Indicators for the Management of Osteoarthritis in Vulnerable Elders" by CH MacLean - pp. 711-721, volume 135, issue 8. |
| 2.0117 | MRK-ABS0323142 | MRK-ABS0323146 | 10/16/2001 | Annals of Internal Medicine - "Assessing Care of Vulnerable Elders: ACOVE Project Overview" by NS Wenger, PS Shekelle and ACOVE Investigators - pp. 642-646, volume 135, issue 8 |
| 2.0118 | MRK-ABS0184353 | MRK-ABS0184361 | | Alimentary Pharmacology & Therapeutics - "Review article: the gastrointestinal safety profile of rofecoxib, a highly selective inhibitor of cyclooxygenase-2, in humns" by CJ Hawkey, L Jackson, SE Harper et al - pp. 1-9, volume 15 |
| 2.0119 | MRK-ABS0143197 | MRK-ABS0143200 | 06/22/1996 | British Medical Journal - "Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis" by D Henry, L Lim, LA Garcia-Rodriguez, SP Gutthann, J Carson, MR Griffin a |
| 2.0120 | MRK-ABS0080684 | MRK-ABS0080688 | 02/19/2001 | American Journal of Medicine "Cyclooxygenase Inhibition and Thrombogenicity" by F Catella-Lawson and LJ Crofford - pp. 28S-32S, volume 110, issue 3A |

| | | | | |
|---|---|---|---|---|
| 2.0121 | MRK-ABS0059976 | MRK-ABS0059983 | 03/12/1998 | New England Journal of Medicine – "Omeprazole Compared with Misoprostol for Ulcers Associated with Nonsteroidal Antiinflammatory Drugs" by CJ Hawkey, JA Karrasch, L Szczepanski, DG Walker, A Barkun, AJ Swannell et al appeared on pp. 727-734 of volume 33 Epidemiology – "Nonsteroidal Antiinflammatory Drugs and Gastrointestinal Hospitalizations in saskatchewan: A Cohort Study" by LA Garcia Rodriguez, AM Walker, SP Sutham |
| 2.0122 | MRK-ABS0013571 | MRK-ABS0013576 | 07/01/1992 | Journal of the American Medical Association "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared with NSAIDs" by MJ Langman, DM Jenson, DJ Watson - pp. 1929-1933, volume 282, issue 20 |
| 2.0123 | MRK-ABO0002968 | MRK-ABO0002972 | 11/24/1999 | American Journal of Medicine "The Role of COX-2-- Specific Inhibitors in Clinical Practice" - volume 110, supplement 3A |
| 2.0124 | MRK-ABO0002584 | MRK-ABO0002643 | 02/19/2001 | Gastroenterology – "Nonsteroidal Antiinflammatory Drugs and Gastroenteropathy: The Second Hundred Years" by JL Wallace appeared on pp. 1000-1016 in vol. 112 |
| 2.0125 | MRK-ABK0444791 | MRK-ABK0444807 | 03/01/1997 | Risk of cardiovascular events and rofecoxib: cumulative meta-analysis by Peter Juni, The Lancet, 11-5-04, Pg. 1-9 |
| 2.0126 | MRK-ABI0013854 | MRK-ABI0013862 | 11/05/2004 | The Coxibs, Selective Inhibitors of Cyclooxugenase-2 by Garret FitzGerald and Carlo Patrono, New England Journal of Medicine, Vol. 345, No. 6, Pg 432-442 |
| 2.0127 | MRK-ABI0003298 | MRK-ABI0003307 | 08/09/2001 | The Coxibs, Selective Inhibitors Of Cyclooxygenase-2, New England Journal of Medicine, Vol. 345, No.6, August 9, 2001, Pg. 433-442 |
| 2.0128 | MRK-ABI0003298 | MRK-ABI0003307 | 08/09/2001 | The Medical Letter - "Cardiovascular Safety of Cox-2 Inhibitors" - volume 43, issue 1118 |
| 2.0129 | MRK-ABH0002267 | MRK-ABH0002270 | 11/12/2001 | Prostaglandins and Leukotrienes: Advances in Eicosanoid Biology by Colin D. Funk. ScienceMag.org, Volume 294, Pages 1871-1875 |
| 2.0130 | MRK-ABH0002262 | MRK-ABH0002266 | 11/30/2001 | Arthritis & Rheumatism – "Rofecoxib, A Specific Inhibitor of Cyclooxygenase 2, with Clinical Efficacy Comparable with that of Diclofenac Sodium" by GW Cannon, JR Caldwell, P Holt - pp. 978-987, volume 43, issue 5 |
| 2.0131 | MRK-ABC0024617 | MRK-ABC0024626 | | American Journal of Cardiology "Nonsteroidal Anti-inflammatory Drugs, Coxibs, and Cardo-Renal Physiology: A Mechanism-Based Approach" - volume 89, issue 6A |
| 2.0132 | MRK-ABA0002455 | MRK-ABA0002497 | 03/21/2002 | Circulation – "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib" by MA Konstam, MR Weir, A Reicin, D Shapiro, RS Sperling, E Barr et al. appeared on pp. 2280-2288 of volume 104. |
| 2.0133 | MRK-ABA0004431 | MRK-ABA0004440 | 11/06/2001 | |

05-4046-L c/w MDL1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 2.0134 | MRK-ABA0004404 | MRK-ABA0004411 | Gastroenterology – "A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2 - Specific Inhibitor, With That of Ibuprofen on the Gastroduodenal Mucosa of Patients With Osteoarthritis" by L Laine, S Harper, T Simon, R Bath, J Johanson, H Journal of American Medical Association – "Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in Osteoarthritis of the Knee" by GP Geba, AJ Weaver, AB Polis, ME |
| 2.0135 | MRK-ABA0004293 | MRK-ABA0004300 | 01/02/2002 issue 1 | Dixon, TJ Schnitzer appeared on pp. 64-71 of volume 287, Science's Compass – "Back to an Aspirin a Day?" by JR Vane |
| 2.0136 | MRK-ABA0002446 | MRK-ABA0002447 | 04/19/2002 | Journal of American College of Cardiology – "Why Do Cyclo-Oxygenase-2 Inhibitors Cause Cardiovascular Events?" by RJ Bing and Magdalena Lomnicka appeared |
| 2.0137 | MRK-ABA0002340 | MRK-ABA0002341 | 06/24/1995 | on pp. 521-522 of volume 39, issue 3. Journal of Clinical Pharmacology – "Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in Healthy Volunteers" by A Van Hecken, JI Schwartz, M Depre, I De Lepeleire, A Dallob, W Tanaka et al |
| 2.0138 | MRK-ABA0002280 | MRK-ABA0002291 | 06/22/1995 | New England Journal of Medicine – "Cyclooxygenase Inhibitors and the Antiplatelety Effects of Aspirin" by F Catella-Lawson, MP Reilly, SC Kapoor et al - pp. 1809-1818, volume 345, issue 25 |
| 2.0139 | MRK-ABA0002266 | MRK-ABA0002275 | 12/20/2001 | Experimental Gerontology "Expression of COX-1 and COX-2 mRNAs in atherosclerotic plaques" by PL McGeer, EG McGeer, K Yasojima - pp. 925-929, volume 37 |
| 2.0140 | MRK-ABA0002101 | MRK-ABA0002105 | | Journal of Clinical Investigation "Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs" by C Patrono, P Patrignani, LA Garcia-Rodriguez - pp. 7-13, volume 108, issue 1 |
| 2.0141 | MRK-ABA0001921 | MRK-ABA0001927 | | BioDrugs "Potential Adverse Effects of Cyclooxygenase-2 Inhibition: Evidence from Animal Models of Inflammation" by PR Colville-Nas & Derek W. Gilroy – pp. 1-9, volume 15, issue 1 |
| 2.0142 | MRK-ABA0001831 | MRK-ABA0001839 | | Journal of Pharmacology and Experimental Therapeutics "Cyclooxygenase-2 – 10 years later" by B Hinz & K Brune - pp. 367-375, volume 300 |
| 2.0143 | MRK-ABA0001772 | MRK-ABA0001780 | | Nephrol Dial Transplant – "Cyclooxygenase-2 and atherosclerosis: friend or foe?" by ZA Massy and SK Swan |
| 2.0144 | MRK-ABA0001768 | MRK-ABA0001771 | 06/23/1995 | appeared on pp. 2286-2289 of volume 16. |

05-4046-L c/w MDL 1657

Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 2.0145 | MRK-ABA0001543 | MRK-ABA0001548 | 02/15/2002 | American Journal of Cardiology "Comparison of Thromboembolic Events in Patients Treated With Celecoxib, a Cyclooxygenase-2 Specific Inhibitor, Versus Ibuprofen or Diclofenac" - pp. 425-430, volume 89, issue 4 |
| 2.0146 | MRK-ABA0001301 | MRK-ABA0001309 | 11/23/2000 | Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis by Claire Bombardier, et al., New England Journal of Medicine, Vol. 343, Issue 21, Pg. 1520-1528 |
| 2.0147 | MRK-ABA0001259 | MRK-ABA0001265 | | Journal of Clinical Pharmacology - "A New Cyclooxygenase-2 Inhibitor, Rofecoxib (VIOXX), Did not Alter the Antiplatelet Effects of Low-Dose Aspirin in Healthy Volunteers" by H Greenberg, K Gottesdiener, M Huntington et al. pp. 1509-1515, volume 40 |
| 2.0148 | MRK-ABA0000194 | MRK-ABA0000196 | | American Journal of Therapeutics "Renal Safety and Tolerability of Celecoxib, a Novel Cyclooxygenase-2 Inhibitor" by A Whelton, CJ Maurath, KM Verburg - pp. 159-175, volume 7 |
| 2.0149 | MRK-ABA0000138 | MRK-ABA0000154 | | American Journal of Therapeutics "Therapeutic Controversies/Cardiovascular and Renal Effects of COX-2-Specific Inhibitors: Recent Insights and Evolving Clinical Implications" by M Epstein - pp. 81-3, volume 8 |
| 2.0150 | MRK-AAZ0000882 | MRK-AAZ0000883 | 04/15/2002 | American Journal of Cardiology - "The Coxib Story: Some Lessons and More Questions" by RM Califf appeared on pp. 971-972 of volume 89. |
| 2.0151 | MRK-AAD0197309 | MRK-AAD0197316 | | Pharmacy & Therapeutics "The Impact of NSAID Selection an Gastrointestinal Injury and Risk for Cardiovascular Events: Identifying and Treating Patients at Risk" by RL Ruffalo, RL Jackson, JJ Ofman - pp. 570-576, volume 27, issue 11 |
| 2.0152 | MRK-AAD0197291 | MRK-AAD0197294 | 09/21/2002 | British Medical Journal "Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs" by M Mamdani, PA Rochon, DN Juurlink et al - pp. 62 |
| 2.0153 | MRK-AAD0195809 | MRK-AAD0195811 | 06/24/1995 | Circulation - "Cyclooxygenase-2 Inhibition and Cardiovascular Events" by B Pitt, C Pepine and J Willerson appeared on pp. 167-169 of volume 106. |
| 2.0154 | MRK-AAB0082581 | MRK-AAB0082582 | 06/01/2002 | British Medical Journal - "Are selective COX-2 inhibitors superior to traditional non steroidal anti-inflammatory drugs? Adequate analysis of the CLASS trial indicates that this may not be the case" by P Juni, A Rutjes and PA Dieppe appeared on pp. 1287 |

Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 2.0155 | | Annals of Internal Medicine - "Narrative Review: Aspirin Resistance and Its Clinical Implications" by S Sanderson, J Emery, T Baglin, AL Kinmonth appeared on pp. 370-380, W-57 of volume 142, issue 5 | |
| 2.0156 | 05/01/2005 | Initiation of antihypertensive Therapy among new users of cyclooxygenase-2-selective and nonselective NSAIDs by Langman, et al., International Journal of Clinical Pharmacology and Therapeutics, Vol. 42, No. 5/2004, Pg. 260-266 | |
| 2.0157 | | Surveillance and Ascertainment Of Cardiovascular Events The Cardiovascular Health Study by Ives, et al, Annals of Epidemiology Vol. 5 #4, 7/95, Pg. 278-285 | |
| 2.0158 | | Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers by De Smet, et al, British Journal of Clinical Pharmacology, 40(6), Pg 571-575 | |
| 2.0159 | | "Lipid-Derived Autocoids, Eicosanoids and Platelet-Activating Factor" by JD Morrows, LJ Roberts appears on pp. 669-685 in the book entitled "The Pharmacological Basis of Therapeutics" | |
| 2.0160 | | "Analgesic-antipyretic and antiinflammatory agents and drugs employed in the treatment of gout" by LJ Roberts & JD Morrow appears on pp. 687-730 in the book entitled "The Pharmacological Basis of Therapeutics" | |
| 2.0161 | | Arthritis & Rheumatism - Comparison of the effect of rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis" by C Hawkey, L Laine, T Simon, A Beaulieu, J Maldonado-Cocco, E Acevedo et al | |
| 2.0162 | | "Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of Cox-2" by BF McAdam et al Pro Natl Acad Sci USA; Vol 96, pp 272-277 | |
| 2.0163 | | All-Cause Mortality and Vascular Events Among Patients with Rheumatoid Arthritis, Osteoarthritis, Or No Arthritis in the UK General Practice Research Database By Watson, et al., The Journal of Rheumatology 2003; 30:6, Pg. 1196-1202 | |
| 2.0164 | | Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study by Way Ray, et al., The Lancet, Vol. 359, Pg. 118-123, 2002 | |
| 2.0165 | | Spontaneous Reporting Systems Outside of the US by Erik Wilholm, et al, Chapter from pharmacoepidemiology, Third edition, Pg. 175-192 | |

| | | |
|---|---|---|
| 2.0166 | | |
| 2.0167 | 02/15/2005 | Meta-analysis of COX2 Inhibitors and Their Effects on Blood Pressure by Tai-Juan Aw, et al., Arc Intern Med, Vol. 165, Pg. 1-7 |
| 2.0168 | 03/14/2005 | Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial by Robert Bresalier, et al., The New England Journal of Medicine, Pg. 1-11 |
| 2.0169 | 01/25/2005 | Cyclooxygenases, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Reception Antagonism by Karine Egan, et al., Circulation, 111, Pg. 334-342 |
| 2.0170 | 01/01/2005 | "Discontinuation of Vioxx" appeared in Lancet on pp. 23-28 of volume 365. |
| 2.0171 | 01/01/2005 | Discontinuation of Vioxx by Peter S. Kim & Alise S. Reicin, The Lancet, Volume 365, Pages 23-28 |
| 2.0172 | 12/30/2004 | "Rofecoxib, Merck, and the FDA" appeared in The New England Journal of Medicine on pp. 2875-2878 of volume 351, issue 27. |
| 2.0173 | 11/10/2004 | The upper gastrointestinal safety of rofecoxib vs. NSAIDs: An updated combined analysi By Douglas Watson, et al. Current Medical Research and Opinion, Vol. 20, Pg. 1539-1548 |
| 2.0174 | 11/05/2004 | Risk of cardiovascular events and rofecoxib: cumulative meta-analysis by Peter Juni, et al., The Lancet, Pg. 1-9 |
| 2.0175 | 10/21/2004 | Cardiovascular Disease" by GA Fitzgerald appeared on pp. 1709-1711 of volume 351, issue 17 |
| 2.0176 | 08/21/2004 | Lancet - "A coxib a day won't keep the doctor away" by EJ Topol and GW Falk appeared on pp. 639-640 of volume 364. |
| 2.0177 | 08/21/2004 | Lancet - "Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial" by ME Farkouh, H Kirshner, RA Harrington, S Ruland et |
| 2.0178 | 05/29/2004 | Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study by Muhammad Mamdani, et al, The Lancet, Vol. 363, Pg. 1751-1756 |
| 2.0179 | 03/24/2004 | "Cox-2 Inhibitors: A CLASS Act or Just VIGORously Promoted" by Malhotra et al: Medscape General Medicine 6(1) 2004 |
| | 11/03/2002 | Letter to the Editor in Clinical Therapeutics |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0180 | | 04/19/2002 | "Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2" by Yan Cheng et al; Science; Vol 296 | |
| 2.0181 | | 11/01/2001 | "Prescription Drugs and Mass Media Advertising, 2000 by The National Institute for Health Care Management Research and Educational Foundation | |
| 2.0182 | | 10/16/2001 | "Quality Indicators for Pain Management in Vulnerable Elders" by Joshua Chodosh et al; Ann Intern Med. 2001; 4335-731-735 | |
| 2.0183 | ABA0001301 | | "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis by Claire Bombardier, et al., The New England Journal of Medicine, 343, Pg. 1520-1528 | |
| 2.0184 | ABA0001309 | 11/23/2000 | "Recommendations for the Medical Management of Osteoarthritis of the Hip and Knee", Official Journal of the American College of rheumatology; Vol 43, No. 9 pp 1905-1915 | |
| 2.0185 | | 09/01/2000 | "Different Effects of Aspirin and Non-Aspirin Nonsteroidal Antiinflammatory Drugs in the Primary Prevention of Myocardial Infarction in Postmenopausal Women by Garcia Rodriguez, et al., Epidemiology; Volume 11(4), Pg. 382-387 | |
| 2.0186 | | 07/01/2000 | "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared With NSAIDs by Langman, et al., JAMA, November 24, 1999 - Vol 282 No. 20, Pg. 1929-1933 | |
| 2.0187 | | 11/24/1999 | "Relation of Probability of Causation to Relative Risk and Doubling Dose: A Methodologic Error That Has Become a Social Problem" by Sander Greenland, DrPH; Am J Public health. 1999;89:1166-1169 | |
| 2.0188 | | 08/01/1999 | "Effect of Specific Cox-2 Inhibition in Osteoarthritis of the Knee: A 6 Week double Blind, Placebo Controlled Pilot Study of rofecoxib", By Elliot Ehrich et al; The Journal of Rheumatology; 1999 26:11 | |
| 2.0189 | | 03/12/1999 | "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids by Francesca Catella-Lawson, et al. The Journal of Pharmacology and Experimental Therapeutics, Volume 289, Number 2, Page 735 | |
| 2.0190 | | 12/22/1998 | "Cardiovascular Events Associated with Rofecoxib in a Coloractal Adenoma Chemoprevention Trial" By Robert Bresllar et al: N Eng J Med 2005;352 | |
| 2.0191 | | 06/27/1995 | Circulation - "Nonsteroidal Antiinflammatory Drugs and the Risk of Myocardial Infarction in the General Population" by LA Garcia-Rodriguez, C Vara-Lorenzo, A Maguire and A Gonzalez-Perez appeared on pp. 3000-3006 of volume 109. | |
| | | 06/26/1995 | | |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0192 | | | 06/26/1995 | "The Coxib Conundrum; Lessons from the Rise and Fall of Rofecoxib" By Whelton; American Journal of Therapeutics 11, 417-421 |
| 2.0193 | | | 06/25/1995 | SPINE – "Efficacy and Safety of Rofecoxib in Patients with Chronic Low Back Pain" by N Katz, WD Ju, DA RS Sperling, DB Rodgers, BJ Gertz et al. appeared on pp. 851-858 of volume 28, issue 9 |
| 2.0194 | | | 06/25/1995 | "Cox-2 Inhibition, H pylori Infection and the Risk of Gastrointestinal Complications" by Francis Chan; Current Pharmaceutical Design; 2003, 9, 2213-2219 |
| 2.0195 | | | | Non-steroidal anti-inflammatory drugs: overall risks and management. Complementary roles for COX-2 inhibitors and proton pump inhibitors b C J Hawkey and Langman, Gut 2003;52:600-608 |
| 2.0196 | MRK-AAD0197326 | MRK-AAD0197328 | 09/03/2002 | A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment by Thal et al, Neuropsychopharmacology, pg. 1-12 |
| 2.0197 | MRK-AHD0008775 | MRK-AHD0008785 | | "Effects of Rofecoxib or Naproxen vs Placebo on Alzheimer Disease Progression by Paul Aisen et al, JAMA, Vol. 289, pg 2819-2826 |
| 2.0198 | MRK-ADY0005395 | MRK-ADY0005402 | 06/04/2003 | Selective COX-2 Inhibition and cardiovascular effects: A review of the rofecoxib development program by Weir et al, American Heart Journal, pg. 591-604 |
| 2.0199 | MRK-AHD0018247 | MRK-AHD0018260 | 10/03/2005 | Gastrointestinal Toxicity With Celecoxib vs Nonsteriodal Anti-inflammatory Drugs for osteoarthritis and Rheumatoid Arthritis. Silverstein, FE, Faich, G, et al JAMA Vol 284, Page 1247-55 |
| 2.0200 | MRK-ADL0053460 | MRK-ADL0053468 | | Effects of Rofecoxib or Naproxen vs Placebo on Alzheimer Disease Progression, JAMA, Aisen, PS, Schafer, KA et al. Volume 289, Page 2819-26 |
| 2.0201 | MRK-ABX0067364 | MRK-ABX0067374 | | A Randomized, Double-Blind, Study of Rofecoxib with Mild Cognitive Impairment. Thal, LJ, Ferris, SH et al. Neuropsychopharmacology (2005) 30, 1204-1215; advance online publication, 2 March 2005; http://www.nature.com/npp/journal/v30/n6/abs/1300690a.html |
| 2.0202 | | | | Rofecoxib, a Specific Inhibitor of Cyclooxygenase 2, with Clinical Efficacy Comparable with that of Diclofenac Sodium by Peter Holt, et al. |
| 2.0203 | MRK-ABC24635 | MRK-ABC24644 | 01/05/2000 | |

| | | | | |
|---|---|---|---|---|
| 2.0204 | | | 05/09/2005 | Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs by S. Johnson, Heidi Larsson; Arch Intern Med, Vol. 165, Pg. 978-984 | |
| 2.0205 | MRK-NJ0152833 | MRK-NJ0152839 | 10/16/86 | Platelet Activation in Unstable Coronary Disease by Desmond Fitzgerald, et al.; New England Journal of Medicine, Vol. 315; Pg. 983-989 | |
| 2.0206 | | | | Current perspective on the cardiovascular effects of coxibs by Marvin Konstam and Matthew Weir; Cleveland Clinic Journal of Medicine; Volume 69, Pg. S1-47 - S1-52 | |
| 2.0207 | MRK-ABA0031794 | MRK-ABA0031796 | 4/19/02 | Role of Prostacyclin in the Cardiovascular Response to Thromboxane A by Chen, et al.; Science Magazine; Vol. 296: Pg. 539-541 | |
| 2.0208 | MRK-NJ0146547 | MRK-NJ0146553 | 2/27/97 | Evaluation of flurbiprofen for prevention of reinfarction and reocclusions after successful thrombolysis or angioplasty in acute myocardial infarction by M.L. Brochier, The European Heart Journal (1993) 14, 951-957 | |
| 2.0209 | MRK-NJ0070657 | MRK-NJ0070662 | 7/3/91 | Analysis and Interpretation of Treatment Effects in Subgroups of Patients in Randomized Clinical Trials by Salim Yusuf et al, JAMA, Vol. 266, No. 1, Pg. 93 - 98 | |
| 2.0210 | | | 2004 | Stress, myocardial infarction, and the "tako-tsubo" phenomenon by K A Connelly, et al; Heart 2004 | |
| 2.0211 | MRK-ABA0000387 | MRK-ABA0000392 | 2/5/01 | Effects of Selective Cyclooxygenase-2 Inhibition on Vascular Responses and Thrombosis in Canine Coronary Arteries by James Hennan, et al.; Circulation 2001; 104; Pg. 820-825 | |
| 2.0212 | | | 5/1/89 | Regional Variability of Prostacyclin Biosynthesis by James Fann, et al.; Arteriosclerosis 9: 366-373 | |
| 2.0213 | | | | Effects of Cyclooxygenases Inhibitors on Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men by Ewa Tuleja, et al; Arterioscler Thromb vasc Biol. 2003.23:1111-1115 | |
| 2.0214 | MRK-AFK0174823 | MRK-AFK0174830 | 11/18/04 | COX-2 Derived Prostacyclin Confers Atheroprotection on Female Mice by Karine Egan, et al, Science Express | |
| 2.0215 | MRK-AAZ0005107 | MRK-AAZ0005114 | 6/20/01 | Roles of Cyclooxygenase (COX)-1 and COX-2 in Prostanoid Production by Human Endothelial Cells: Selective Up-Regulation of Prostacyclin Synthesis by COX-2 by Gillian Caughey, et al, The American Journal of Immunologists, 2001, 167: 2831-2838 | |

| | | | | | |
|---|---|---|---|---|---|
| 2.0216 | MRK-NJ0146028 | | 6/17/96 | Inden. of vascular endothelial genes differentially resp. to fluid mech. stimuli: COX-2 manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated steady laminar shear stress by J. Topper, 10417-10422 | |
| 2.0217 | MRK-AAZ0006712 | MRK-AAZ0006720 | 8/27/01 | Cyclooxygenase-2 -- 10 Years Later by B. Hinz and K. Brune; Perspectives in Pharmacology, Pg. 367 - 375 | |
| 2.0218 | | | 4/1/05 | Annals of Pharmacotherapy - "Factors Associated with Celecoxib and Rofecoxib Utilization" by Nigel SB Rawson, Parivash Nourjah, Stell C Grosser, and David J. Graham - pp.597-602 of volume 39 | |
| 2.0219 | | | 5/28/05 | British Medical Journal, "Pfizer Australia is Fined for Misleading Promotion of Celecoxib by Bob Burton, May 28, 2005, 330: 1230 | |
| 2.0220 | | | 6/11/05 | British Medical Journal, COX 2 Inhibitors, Traditional NSAIDS, and the Heart by Peter Juni, Stephan Reichenbach and Matthias Egger, June 11, 2005, 330: 1342-1343 | |
| 2.0221 | | | 6/2/05 | Pharmacoepidemiol Drug Safety, "The Trade-Off Between Cardiovascular and Gastrointestinal Effects of Rofecoxib" by SR Florentinus, ER Heerdink, AD Boer, L van Dijk and HG Leufkens | |
| 2.0222 | | | | Rheumatology, "Pharmacokinetic-pharmacodynamic Correlations and Biomarkers in the Development of Cox-2 Inhibitors" by D.R.H. Hunfjens, et al, 44: 846-859 | |
| 2.0223 | | | 6/9/05 | NEJM, "Is this Clinical Trial Fully Registered? - A Statement from the International Committee of Medical Journal Editors" by Catherine D. De Angelis, 352;23: 2436-2438 | |
| 2.0224 | | | 5/26/05 | NEJM, "Gag Clauses in Clinical-Trial Agreements" by Robert Steinbrook, 352:21: 2160-2162 | |
| 2.0225 | | | 5/26/05 | NEJM, "Academic Medical Centers' Standards for Clinical-Trial Agreements with Industry" by Michelle Mello, Brian Clarridge and David Studdert, 352:21: 2202-2210 | |
| 2.0226 | | | | The Annals of Pharmacotherapy, "Relative Thromboembolic Risks Associated with COX-2 Inhibitors" by S. Christopher Jones, Volume 39 | |
| 2.0227 | | | | American Journal of Gastroenterology "A Nationwide Study of Mortality Associated with Hospital Admission Due to Severe Gastrointestinal Events and Those Associated with Nonsteroidal Antiinflammatory Drug Use" by Angel Lanza, et al. 2005; 100: 1685-1693 | |

05-4046-L c/w MDL1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | |
|---|---|---|
| 2.0228 | | Journal of Clinical Pharmacology "The Cardiovascular Toxicity of Selective and Nonselective Cyclooxygenase Inhibitors: Comparisons, Contrasts and Aspirin Confounding" by Panagiotis Konstantinopoulos and David F. Lehmann, 2005;45: 742-750 |
| 2.0229 | 6/11/05 | British Medical Journal, "Risk of Myocardial Infarction in Patients Taking Cyclo-oxygenase-2 Inhibitors or Conventional Non-Steroidal Anti-Inflammatory Drugs: Population Based Nested Case-Control Analysis" by Julia Hippisley-Cox, Carol Coupland, Vol. 330 |
| 2.0230 | | Circulation, "To the Heart of the Matter" by Matthias Herrmann, Henry Krum and Frank Ruschitzka, 2005; 112: 941-945 |
| 2.0231 | 11/22/00 | Elsevier Science, "Effects of COX-2 Inhibitors on Aortic Prostacyclin Production in Cholesterol-Fed Rabbits" by Elizabeth Wong, JingQi Huang, Philip Tagari and Denis Riendeau, Atherosclerosis 157 (2001) 393-402 |
| 2.0232 | 11/16/00 | The New England Journal of Medicine Editorial "Tracking the Peer Review Process" by Dr. Edward Champion, Dr. Gregory Curfman and Dr. Jeffrey Drazen Vol. 343:1485-1486 (Curfman Deposition Exhibit #3) |
| 2.0233 | 9/14/04 | Medscape Online Article "Call for Mandatory Clinical Trial Registration, Open Acces to Results" by Dr. Laurie Barclay (Curfman Deposition Exhibit #4) |
| 2.0234 | 9/13/01 | NEJM Editorial "Sponsorship, Authorship, and Accountability" by Frank Davidoff, et al. Vol. 345:825-827 (Curfman Deposition Exhibit #5) |
| 2.0235 | 6/9/05 | NEJM Editorial "Is This Clinical Trial Fully Registered? - A Statement from the International Committee of Medical Journal Editors" by Dr. Catherine D. De Angelis Vol. 352:2436-2438 (Curfman Deposition Exhibit #6) |
| 2.0236 | 11/23/97 | NEJM Special Report "Uniform Requirements for Manuscripts Submitted to Biomedical Journals" by Internation Committee of Medical Journal Editors Vol. 336: 309-315 (Curfman Deposition Exhibit #8) |
| 2.0237 | 7/3/91 | JAMA Article "Analysis and Interpretation of Treatment Effects in Subgroups of Patients in Randomized Clinical Trials" by Salim Yusuf, et al. (Curfman Deposition Exhibit #31) |
| 2.0238 | | Cleveland Clinic Journal of Medicine Commentary "The Sad Story of Vioxx, and What We Should Learn From It" by Dr. Juhana Karha and Dr. Eric Topol (Topol Deposition Exhibit #3) |
| 2.0239 | | Cleveland Clinic Heart Center Website Article "Raising a Cautionary Flag about Cox-2 Use in High-Risk Heart Patients" (Topol Deposition Exhibit #10) |

05-4046-L c/w MDL 1657

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0240 | | 9/23/02 | Arch Internal Medicine Article "Lack of Cardioprotective Effect of Naproxen" by Debabrata Mukherjee, et al. Vol. 162:2637 (Topol Deposition Exhibit #11B) | |
| | | | Arthritis Research and Therapy Commentary "Cyclooxygenase 2: Where are We in 2003 Cardiovascular Risk and Cox-2 Inhibitors" by Debabrata Mukherjee and Eric Topol Vol. 5:8-11 (Topol Deposition Exhibit #12) | |
| 2.0241 | | 10/28/02 | | |
| 2.0242 | | 10/2/04 | New York Times Article "Good Riddance to a Bad Drug" by Eric Topol (Topol Deposition Exhibit #17) | |
| 2.0243 | | 10/15/01 | Collection of Articles (Topol Deposition Exhibit #29) | |
| 2.0244 | | 10/1/2004 | Wall Street Journal Article- "Marketing of Vioxx: How Merck Played Game of Catch-up" - NYT - Susan Baumgartner (Ex 4 Baumgartner Deposition 2/25/05) | |
| 2.0245 | | 10/1/2004 | Wall Street Journal Article- "Merck Takes Author's Name Off Vioxx Study". [Ex 14 Cannuscio Deposition 10/08/04] | |
| 2.0246 | | 05/18/2004 | Wall Street Journal Article "New Vioxx Study Projects Cases of Heart Attacks" [Ex 32 Cannuscio Deposition | |
| 2.0247 | | 10/06/2004 10/08/04] | Wall Street Journal Article- "Merck Pulls Vioxx After Link to Heart Problems". [Ex 3 Cannuscio Deposition 10/08/04] | |
| 2.0248 | | 10/02/2004 10/08/04] | New York Times Article (online) "Merck removes popular arthritis medication after study shows increased risks of heart attacks and strokes" [Ex 36 Cannuscio Deposition | |
| 2.0249 | | 12/29/2005 | Gregory Curfman, M.D., Stephen Morrissey, Ph.D., Jeffrey M. Drazen, M.D. "Expression of Concern: Bombardier et al. 'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis', The N Engl J Med 2000; 343:1520-8" | |
| 2.0250 | | | Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs by Mary Walter et al; Atherosclerosis 177, Pg. 235-243 | |
| 2.0251 | | | Circadian Variation and Possible External Triggers of Onset of Myocardial Infarction by Solomon Behar et al, The American Journal of Medicine, Vol. 94, Pg. 395-400 | |
| 2.0252 | MRK-ACO0144177 | MRK-ACO0144185 | Symptoms of Anxiety and Risk of Coronary Heart Disease by Ichiro Kawachi et al, Circulation, Vol. 90, Pg. 2225-2229 | |
| 2.0253 | MRK-AFN0060088 | MRK-AFN0060091 | Postmarketing Surveillance - Lack of Vigilance, Lack of Trust by Phil Fontanarosa et al, JAMA, Vol 292, Pg. 2647-2650 | |

| | | | | | |
|---|---|---|---|---|---|
| 2.0254 | MRK-ACT0026107 | MRK-ACT0026112 | Postmarketing Surveillance and Adverse Drug Reactions by T. Brewer and G. Colditz, JAMA, Vol. 281, Pg. 824-829 | | |
| 3.0001 | MRK-ZAC0000001 | MRK-ZAC0000056 | VIOXX SAS files of Dr. Alise Reicin | | |
| 3.0002 | MRK-ZAA0000001 | MRK-ZAA0002243 | VIOXX SAS Files delivered to the Food and Drug Administration | | |
| 3.0003 | MRK-ZAI0000001 | MRK-ZAI0034437 | APPROVe-related Sas files from Dr. Hui Quan | | |
| 3.0004 | MRK-ZAF0001913 | MRK-ZAF0002040 | SAS-related files pertaining to Konstam/Weir pooled analysis | | |
| 3.0005 | MRK-ZAF0000001 | MRK-ZAF0001912 | SAS-related files identified by Detlef Xu re: Konstam/Weir pooled analysis | | |
| 3.0006 | MRK-ZAD0000001 | MRK-ZAD0005717 | SAS Files of Qinfen Yu | | |
| 3.0007 | MRK-ZAB0000001 | MRK-ZAB0023765 | SAS Files of Dr. Deborah Shapiro | | |
| 3.0008 | MRK-ZAE0000001 | MRK-ZAE0001466 | SAS Files of Adam Polis | | |
| 3.0009 | MRK-ZAA0002244 | MRK-ZAA0002351 | SAS files delivered to the FDA | | |
| 3.0010 | MRK-ZAH0000001 | | FACTS database | | |
| 3.0011 | MRK-QLIK0000001 | MRK-QLIK0000042 | Qlikview files from Merck's Clinical Risk Management & safety Surveillance Department | | |
| 3.0012 | MRK-WAES00000001 | | Material from the WAES Database | | |
| 3.0013 | | | CTS database | | |
| 3.0014 | MRK-ADY0007451 | MRK-ADY0007963 | CLIC Files | | |
| 3.0015 | MRK-ZAI0003437 | MRK-ZAI0004231 | APPROVe-related files from Dr. Hui Quan | | |
| 3.0016 | MRK-ZAG0000001 | MRK-ZAG0000100 | APPROVe raw data extracts from the CTS database | | |
| 3.0017 | MRK-AFH0700001 | | Access file of Vioxx extracts from the Vascular Events database | | |
| 3.0018 | MRK-ADY0007450 | | ACCESS File of CLIC Data | | |
| 3.0019 | MRK-ADY0007451 | MRK-ADY0007963 | Supplemental CLIC data | | |
| 3.0020 | MRK-AIO0000001 | MRK-AIO0000021 | Data models and data dictionaries for iMED and Mesa databases | | |
| 3.0021 | | | Microsoft Access extracts of iMED and Mesa databases | | |
| 3.0022 | MRK-AJD0000001 | MRK-AJD0000015 | MAX Database | | |
| 4.0001 | | | Certified Walgreens Pharmacy Profile for Richard Irvin | | |
| 4.0002 | | | VIOXX prescription bottle | | |
| 4.0003 | | | Tissue slides | | |
| 4.0004 | | | Call notes of Donald Becker from visit with Dr. Christopher Schirmer | | |
| 4.0005 | | | Photographs of Richard "Dicky" Irvin | | |
| 4.0006 | | | Certified Medical Records from St. Johns County Fire Rescue | | |
| 4.0007 | | | Certified Billing Records from St. Johns County Fire Rescue | | |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | |
|---|---|---|---|
| 4.0008 | Certified Medical Records from Flagler Hospital | | |
| 4.0009 | Certified Billing Records from Flagler Hospital | | |
| 4.0010 | Certified Records from Craig Funeral Home | | |
| 4.0011 | Certified Autopsy Report | | |
| 4.0012 | Death Certificate | | |
| 4.0013 | Counseling Records of Ashley Irvin from Dr. Steven Dingfelder & Associates | | |
| 4.0014 | Employment Records from Seafood Shoppe, Inc. | | |
| 4.0015 | Death Certificate for Roberta Fooks | | |
| 4.0016 | Video of Leslie & David's Wedding | | |
| 4.0017 | Video of Ashley's Christmas Video | | |
| 4.0018 | Video of 2000-2001 Varsity Cheerleading | | |
| 4.0019 | Photographs of Richard "Dicky" Irvin & family | | |
| 4.0020 | Photograph of Richard "Dicky" Irvin playing football | | |
| 4.0021 | University of Richmond Football Hall of Fame plaque | | |
| 4.0022 | News articles relating to Richard "Dicky" Irvin | | |
| 4.0023 | IRS documents | | |
| 4.0024 | Ashley Irvin's Scrapbook for School | | |
| 4.0025 | Photomicrographs of Tissue Slides | | |
| 5.0001 | A model of the heart | | |
| 5.0002 | Curriculum Vitae for Dr. Thomas Baldwin | | |
| 5.0003 | Curriculum Vitae for Dr. Michael Allen Graham | | |
| 5.0004 | Curriculum Vitae for Dr. Wayne Ray | | |
| 5.0005 | Curriculum Vitae for Dr. Richard Kapit | | |
| 5.0006 | Curriculum Vitae for Dr. Robert Fletcher | | |
| 5.0007 | Curriculum Vitae for Dr. Frederick Raffa | | |
| 5.0008 | Any and all documents available from the FDA Website regarding VIOXX | | |
| 5.0009 | Any and all documents available from the Waxman Website regarding VIOXX | | |
| 5.0010 | Any and all documents available from the Senate Health, Education, Labor & Pensions Website regarding VIOXX | | |
| 5.0011 | Any and all documents available from the Senate Finance Committee Website regarding VIOXX | | |
| 5.0012 | Any and all exhibits attached to all Plaintiff's expert depositions and expert reports as well as all documents they cite in their report. | | |
| 5.0013 | Any and all exhibits attached to all Defendant's expert depositions and expert reports as well as all documents they cite in their report. | | |

# Irvin v. Merck: Plaintiff's Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 5.0014 | | | Any and all clinical trial information including reports, CSR, adverse events, summaries and memorandum | | |
| 5.0015 | | | Blow ups of any exhibits already listed | | |
| 5.0016 | | | Any document or material necessary for demonstrative purposes. | | |
| 5.0017 | | | Any animation to be used for demonstrative purposes | | |
| 5.0018 | | | Plaintiff reserves the right to use all video tapes of Depositions | | |
| 5.0019 | | | Plaintiff reserves the right to offer any exhibit listed by Defendant | | |
| 5.0020 | | | Plaintiff reserves the right to use any exhibit necessary for cross-examination | | |
| 5.0021 | | | Plaintiff reserves the right to use any exhibit necessary for rebuttal | | |
| 5.0022 | | | Plaintiff reserves the right to use any exhibit found through outstanding discovery | | |
| 5.0023 | | | Plaintiff reserves the right to use any exhibit found through any discovery requested but not yet produced | | |
| 5.0024 | | | Plaintiff reserves the right to use all depositions and any exhibits attached thereto taken in this matter | | |
| 5.0025 | | | Plaintiff reserves the right to use all depositions and any exhibits attached thereto for any future depositions taken in this matter | | |
| Shapiro Ex. 79 | | Nov-99 | DSMB Minutes - VIGOR | | ✓ | BW |