05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0001 | 10/27/1994 | | | ICH Harmonized Tripartite Guideline: The Extent of Population Exposure to Assess Clinical Safety for Drugs Intended for Long-Term Treatment of Non-Life Threatening Conditions E1 | | | |
| DX 0002 | 12/16/1994 | MRK-I89400000001 | MRK-I89400001902 | Letter from MRL to FDA re: Original IND: L-748,731 | | ✓ | |
| DX 0003 | 12/28/1994 | MRK-AAF0000003 | MRK-AAF0000004 | Letter from FDA to MRL re: IND 46,894 | | | |
| DX 0004 | 03/01/1995 | Public | | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | | ✓ | |
| DX 0005 | 10/23/1995 | MRK-AAU0000001 | MRK-AAU0000028 | Medical Affairs Procedures and Policies, Procedure 11: Clinical Study Blinding | | | |
| DX 0006 | 12/18/1995 | MRK-AHW0000001 | MRK-AHW0000001 | Letter from Michael Heisler to Ray Gilmartin regarding Merck's participation in the World Bank African Program for Onchocerciasis Control | | | |
| DX 0007 | 05/03/1996 | MRK-I89400010074 | MRK-I89400010196 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) | | | |
| DX 0008 | 05/06/1996 | MRK-I89400009984 | MRK-I89400010073 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | | | |
| DX 0009 | 06/03/1996 | MRK-I89400011851 | MRK-I89400011925 | Letter from MRL to FDA re: MK-0966: IND 46,894 (L-748,731) | | | |
| DX 0010 | 06/05/1996 | MRK-I89400011772 | MRK-I89400011850 | Letter from MRL to FDA re: IND 46, 894: MK-0966 Protocol Amendment – Change in Protocol | | | |
| DX 0011 | 06/11/1996 | MRK-AAF0000239 | MRK-AAF0000241 | Fax from FDA to B. Goldmann | | | |
| DX 0012 | 07/02/1996 | MRK-ABC0001578 | MRK-ABC0001599 | MK-966 - Phase III Osteoarthritis Clinical Development Strategy - Update 7/2/96 | | ✓ | |
| DX 0013 | 11/21/1996 | MRK-AAB0024016 | MRK-AAB0024023 | Memorandum from T. Musliner to B. Friedman, et al. | | ✓ | |
| DX 0014 | 12/03/1996 | MRK-ABF0000720 | MRK-ABF0000733 | MRL memorandum to MK-966 (COX-2) Project Team Members re: MK-966 (COX-2) Project Team Minutes - November 8, 1996 | | | |
| DX 0015 | 01/16/1997 | MRK-I89400015949 | MRK-I89400015964 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) | | | |
| DX 0016 | 05/20/1997 | MRK-I89400018452 | MRK-I89400018477 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0017 | 06/16/1997 | MRK-I89400I8908 | MRK-I89400I8997 | Letter from MRL to FDA re: IND 46, 894; MK-0966 (L-748,731) Protocol Amendment – New Protocol | | | |
| DX 0018 | 08/22/1997 | MRK-I894020326 | MRK-I894020393 | Letter from MRL to FDA re: IND 46, 894; MK-0966 (L-748,731) Protocol Amendment - New Protocol | | | |
| DX 0019 | 11/13/1997 | MRK-I894021570 | MRK-I894022275 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) Background Package for December 11, 1997 Pre-NDA Meeting | | | |
| DX 0020 | 11/17/1997 | MRK-NJ0051354 | MRK-NJ0051367 | Project team meeting minutes | | | |
| DX 0021 | 01/19/1998 | MRK-ABM0000873 | MRK-ABM0000873 | Memo from J. Schwartz and P. Wong to B. Gertz et. al re: Prolongation of the QTc Interval Evaluation | | | |
| DX 0022 | 02/02/1998 | MRK-AAD0046029 | MRK-AAD0046052 | Watson's CV Analysis - MRL Epidemiology Department Technical Report No. EPR7006.005.98 | 401, 402, 403, 802 | R | R |
| DX 0023 | 02/02/1998 | | | Final Results of analysis of CV events in clinical trial | | | |
| DX 0024 | 02/12/1998 | MRK-I269000020 | MRK-I269000264 | Letter from MRL to FDA re: Original IND: MK-0966 (L-748,731) | | | |
| DX 0025 | 02/20/1998 | MRK-AAF0000640 | MRK-AAF0000642 | Letter from FDA to MRL re: IND 55,269 | | | |
| DX 0026 | 04/13/1998 | MRK-AAC0019509 | MRK-AAC0019519 | Dr. Alan Nies' Writeup for Meeting of Board of Scientific Advisors | 401, 402, 403 | A | |
| DX 0027 | 05/01/1998 | MRK-AEI0002734 | MRK-AEI0002746 | Programmatic Review Vioxx Program Scientific Advisors' Meeting May 3 - May 6, 1998 | | A | |
| DX 0028 | 06/03/1998 | | | Letter to Brenda Colatrella and Nelson Aldrich regarding selection of Merck as one of America's 25 most generous companies by The American Benefactor | | | |
| DX 0029 | 06/04/1998 | MRK-I894025804 | MRK-I894025813 | Letter from MRL to FDA re: re: IND 46,894; MK-0996 (L-748,731) | | | |
| DX 0030 | 06/08/1998 | MRK-ABH0014141 | MRK-ABH0014192 | Minutes from May VIOXX project team | | | |
| DX 0031 | 06/22/1998 | MRK-ABI0001204 | MRK-ABI0001204 | Email from Scolnick to D. Anstice Subj: VIOXX strategy | | | |
| DX 0032 | 06/26/1998 | MRK-I894025887 | MRK-I894025905 | Letter from MRL to FDA re: re: IND 46,894; MK-0996 (L-748,731) Protocol Amendment - Change in Protocol | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0033 | 08/20/1998 | MRK-ABH0014235 | MRK-ABH0014244 | Email from L. Patino to D. Anstice et al. with Background Package for Review Prior to HHPAC Meeting 8/21 | | | |
| DX 0034 | 08/24/1998 | MRK-ACD0082369 | MRK-ACD0082369 | Letter from Robert Silverman to Robert DeLapp | | | |
| DX 0035 | 09/02/1998 | MRL-I894040476 | MRL-I894040602 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | | | |
| DX 0036 | 09/30/1998 | MRK-AAD0026972 | MRK-AAD0027322 | Clinical Safety Report for Protocol 069 (GI Meta-Analysis) | | | |
| DX 0037 | 10/12/1998 | MRK-AAC0041003 | MRK-AAC0041007 | E-mail from A. Nies to T. Baillie re: draft discussion 'Effect of Chronic Dosing of COX-2 Inhibitors on Prostanoid Excretion in Conscious Dogs'. | | ✓ | |
| DX 0038 | 10/22/1998 | MRK-AAC0041008 | MRK-AAC0041011 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser re: Dog urinary prostaglandin study | | | |
| DX 0039 | 10/26/1998 | MRK-AHW0000003 | MRK-AHW0000003 | Letter from Gro Harlem Brundtland to Raymond Gilmartin regarding Merck's offer to donate to the WHO Lymphatic Filariasis programme. | | | |
| DX 0040 | 10/26/1998 | MRK-OS420124072 | MRK-OS420124403 | 'E. Clinical Safety' Vioxx Clinical Documentation Section of ISS dealing with Thromboembolic Cardiovascular Adverse Experiences. | | ✓ | |
| DX 0041 | 10/26/1998 | MRK-OS420124400 | MRK-OS420124403 | | | | |
| DX 0042 | 10/30/1998 | MRK-I894042547 | MRK-I894042549 | Fax from FDA to MRL | | | |
| DX 0043 | 11/23/1998 | MRK-OS420000001 | MRK-OS420166451 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | | ✓ | |
| DX 0043-434 | 11/23/1998 | MRK-OS420022527 | MRK-OS420022631 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | | | |
| DX 0044 | 12/01/1998 | MRK-AAR0017417 | MRK-AAR0017461 | Policy Letter 128 | | | |
| DX 0045 | 12/01/1998 | MRK-AAR0017511 | MRK-AAR0017534 | Policy Letter 140 | | | |
| DX 0046 | 12/01/1998 | MRK-AAR0017330 | MRK-AAR0017345 | Policy Letter No. 110 | | | |
| DX 0047 | 12/01/1998 | MRK-AAR0017392 | MRK-AAR0017410 | Policy Letter No. 118 | | | |
| DX 0048 | 12/10/1998 | MRK-I269000736 | MRK-I269000881 | Letter from MRL to FDA re: IND# 55,269: MK-0966 Protocol Amendment – New Protocol | | | |
| DX 0049 | 12/16/1998 | MRK-I894042985 | MRK-I894043013 | Minutes: FDA/Merck Research Laboratories VIOXX G.I. Outcomes Meeting | | | |

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0050 | 12/16/1998 | MRK-I8940042881 | MRK-I8940042984 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment – New Protocol | | ✓ | |
| DX 0051 | 01/01/1999 | MRK-ACD0055768 | MRK-ACD0055800 | Regulatory Highlights for VIOXX from 1999-2000 | | | |
| DX 0052 | 01/01/1999 | MRK-AAR0000129 | MRK-AAR0000000 | Analgesic and Anti-Inflammatory Training Program | | | |
| DX 0053 | 01/01/1999 | MRK-AAR0016467 | MRK-AAR0016579 | Rules of the Road | | | |
| DX 0054 | 01/11/1999 | MRK-AAF0001136 | MRK-AAF0001138 | FDA facsimile to MRL | | | |
| DX 0055 | 01/26/1999 | MRK-ABM0000911 | MRK-ABM0000911 | Memo from M. Lee to E. Ehrich and B. Daniels re: Effect of MK-0966 on QTc interval (Attachment 1) | | | |
| DX 0056 | 02/04/1999 | MRK-ACK0014359 | MRK-ACK0014370 | Memo from E. Ehrich and J. Giuliano to B. Seidenberg et al. re: 'MK-0966 Additional ECG Analysis' | | | |
| DX 0057 | 02/16/1999 | MRK-AAU0000029 | MRK-AAU0000094 | Procedure 13 of the Medical Affairs Procedures and Policies entitled, "Adverse Experience Reporting to Worldwide Product Safety and Epidemiology" | | | |
| DX 0058 | 02/21/1999 | MRK-ABC0006432 | MRK-ABC0006435 | Email from D. Riendeau to B. Gertz re: dog urinary study - preliminary | | ✓ | A (IT can move to admit remainder remainder) |
| DX 0059 | 03/08/1999 | MRK-AAC0013130 | MRK-AAC0013132 | Memo to Denis Riendeau, et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' | | ✓ | |
| DX 0060 | 03/08/1999 | MRK-ABC0006396 | MRK-ABC0006404 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | | ✓ | |
| DX 0061 | 03/23/1999 | MRK-9942005094 | MRK-9942010778 | Letter from MRL to FDA re: NDA 21-042: VIOXX Tablets NDA 21-052: VIOXX Oral Suspension (Rofecoxib) Safety Update Report | | ✓ | |
| DX 0062 | 03/23/1999 | MRK-I8940046217 | MRK-I8940046311 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment - New Protocol | | | |
| DX 0063 | 03/29/1999 | MRK-AAF0001430 | MRK-AAF0001566 | Letter from MRL to FDA | | ✓ | |
| DX 0064 | 03/31/1999 | MRK-ACD0055835 | MRK-ACD0055839 | Letter from Robert Silverman to Robert DeLapp re: NDA 21-042 | | | |
| DX 0065 | 04/20/1999 | MRK-AAP0000649 | MRK-AAP0000788 | Arthritis Advisory Committee meeting, Silverman's Slides | | | |

| TRIAL EX. NO | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0066 | 04/20/1999 | MRK-AFT0002227 | MRK-AFT0002430 | "NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999" | | ✓ | |
| DX 0067 | 05/04/1999 | MRK-LBL0000027 | MRK-LBL0000030 | PI 9183800 | | | |
| DX 0068 | 05/07/1999 | MRK-AAF0002010 | MRK-AAF0002029 | Fax from MRL to FDA | | | |
| DX 0069 | 05/10/1999 | MRK-994200192261 | MRK-994200199308 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets, Response to FDA Request | | | |
| DX 0070 | 05/13/1999 | MRK-ACD0004278 | MRK-ACD0004294 | Email from S. Cook to MRL Regulatory Liaison re: Draft | | | |
| DX 0071 | 05/15/1999 | MRK-AAF0002054 | MRK-AAF0002077 | Fax from FDA to MRL | | | |
| DX 0072 | 05/19/1999 | MRK-ACD0002571 | MRK-ACD0002612 | Email from MRL Regulatory Liaison - Domestic to Sandra Cook re: NDA 21-042: Label | | | |
| DX 0073 | 05/20/1999 | MRK-994200214111 | MRK-994200214134 | Letter from FDA to MRL re: NDA 21-042 | | ✓ | |
| DX 0074 | 05/20/1999 | MRK-AAF0006267 | MRK-AAF0006269 | Fax from MRL to FDA re: Press Materials for VIOXX | | | |
| DX 0075 | 12/22/1999 | MRK-AAB0000514 | MRK-AAB0000515 | Unused Exhibit Number | | | |
| DX 0076 | 05/26/1999 | MRK-994200214135 | MRK-994200214449 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets | | | |
| DX 0077 | 06/07/1999 | MRK-AEG0015642 | MRK-AEG0015644 | Memo from Denis Riendeau | | | |
| DX 0078 | 07/15/1999 | MRK-994200215101 | MRK-994200219300 | Letter from MRL to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application 50 mg Tablets | | | |
| DX 0079 | 08/30/1999 | MRK-AAB0029224 | MRK-AAB0029273 | CV SOP - Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | | ✓ | |
| DX 0080 | 09/01/1999 | MRK-LBL0000031 | MRK-LBL0000034 | PI 9183801 | | ✓ | |
| DX 0081 | 09/02/1999 | MRK-I8940053887 | MRK-I8940053972 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Information Amendment -- Clinical, Data Analysis Plan for Protocol 088 | | | |
| DX 0082 | 09/15/1999 | MRK-I2690001302 | MRK-I2690001317 | Letter from D. Erb to R. Katz re: IND 55,269: MK-0966 Protocol Amendment -- Change in Protocol | | | |
| DX 0083 | 09/17/1999 | MRK-994200022188 | MRK-994200022933 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0084 | 09/17/1999 | MRK-I2690001318 | MRK-I2690001333 | Letter from D. Erb to R. Katz re: IND 55,296: MK-0966 Protocol Amendment - Change in Protocol | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0085 | 09/22/1999 | MRK-99420022942 | MRK-99420022960 | Letter from MRL to FDA re: NDA 21-042 VIOXX (Rofecoxib) General Correspondence | | | |
| DX 0086 | 09/22/1999 | MRK-I8940054833 | MRK-I8940054990 | Letter from MRL to FDA re: IND 46,894 Protocol Amendment – Change in Protocol | | | |
| DX 0087 | 09/30/1999 | MRK-99420022962 | MRK-99420023354 | Letter from MRL to FDA | | | |
| DX 0088 | 10/06/1999 | MRK-99420023355 | MRK-99420023362 | Letter from MRL to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement – Changes Being Effected | | | |
| DX 0089 | 10/18/1999 | MRK-AAR0008337 | MRK-AAR0008696 | Bulletin COX 00-079 Reference Binder for VIOXX | | | |
| DX 0090 | 10/19/1999 | MRK-I8940055447 | MRK-I8940055456 | Letter from E. Floyd to K. Midthun re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment – Change in Protocol | | | |
| DX 0091 | 10/28/1999 | MRK-99420023527 | MRK-99420023528 | Letter from FDA to MRL re: NDA 21-042/S-003 | | ✓ | |
| DX 0092 | 10/28/1999 | MRK-ACD00078935 | MRK-ACD00078939 | FDA approves the Patient Package Insert for Vioxx | | ✓ | |
| DX 0093 | 11/00/1999 | MRK-LBL0000035 | MRK-LBL0000038 | Vioxx Label Nov. '99 (Pl 9183802) | | ✓ | |
| DX 0094 | 11/05/1999 | MRK-I2220000003 | MRK-I2220000268 | Letter from MRL to FDA re: Rofecoxib (L-748731; MK-0966) Initial Investigational New Drug Application | | | |
| DX 0095 | 11/17/1999 | MRK-AAF0002436 | MRK-AAF0002438 | Letter from MRL to FDA re: IND 59,222 | | | |
| DX 0096 | 11/30/1999 | MRK-I8940056348 | MRK-I8940056350 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence, Request for Pre-sNDA Meeting, VIGOR Trial | | | |
| DX 0097 | 11/30/1999 | MRK-I8940056345 | MRK-I8940056347 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence, Request for Pre-sNDA Meeting, Rheumatoid Arthritis | | | |
| DX 0098 | 12/14/1999 | MRK-99420023576 | MRK-99420023583 | NDA 21-042: VIOXX (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | | | |
| DX 0099 | 12/17/1999 | MRK-99420023584 | MRK-99420024838 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0100 | 01/01/2000 | MRK-00420019103 | MRK-00420019109 | Naproxen Label – June 2000 | | | |
| DX 0101 | 01/01/2000 | | | Aspirin Label | | | |
| DX 0102 | 01/12/2000 | MRK-00420000052 | MRK-00420000248 | Clinical Study Report (CSR) | | | |
| DX 0103 | 01/27/2000 | MRK-AAF0002570 | MRK-AAF0002580 | Fax from FDA to MRL re: IND 59,222 | | | |
| DX 0104 | 02/07/2000 | MRK-I2690001556 | MRK-I2690001681 | Letter from MRL to FDA re: IND 55,269; MK-0966 Protocol Amendment – New Protocol | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0105 | 02/25/2000 | MRK-AAF0002644 | MRK-AAF0002645 | Letter from FDA to MRL | | | |
| DX 0106 | 03/01/2000 | MRK-LBL0000039 | MRK-LBL0000042 | PI 9183804 | | | |
| DX 0107 | 03/06/2000 | MRK-0042000374 | MRK-0042000379 | NDA 21-042: VIOXX (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | | | |
| DX 0108 | 03/07/2000 | MRK-I8940059581 | MRK-I8940059667 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Information Amendment – Clinical VIOXX Gastrointestinal Outcomes Research (VIGOR) Data Analysis Plan (DAP) | | | |
| DX 0109 | 03/08/2000 | MRK-0042000382 | MRK-0042000414 | MRL letter to FDA re: NDA 21-042: VIOXX (Rofecoxib) Response to FDA Request for Information | | | |
| DX 0110 | 03/10/2000 | MRK-0042000448 | MRK-0042000679 | Memo from Peter Gruer to Alise Reicin regarding 10, 2000 Pre-sNDA Meeting VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | | | |
| DX 0111 | 03/13/2000 | MRK-0042018280 | MRK-0042018283 | Thrombotic Cardiovascular Aes | | | |
| DX 0112 | 03/17/2000 | MRK-AAF0002719 | MRK-AAF0002721 | Fax from FDA to MRL | | | |
| DX 0113 | 03/21/2000 | MRK-0042000801 | MRK-0042002868 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0114 | 03/22/2000 | MRK-ABH0017550 | MRK-ABH0017551 | E-mail from D. Bjorkman to D. Shapiro | 401,402,403,704 | | |
| DX 0115 | 03/22/2000 | MRK-AAB0060588 | MRK-AAB0060589 | Email from Deborah Shapiro to Susan Stauffer | | RR | |
| DX 0116 | 03/23/2000 | MRK-I8940060171 | MRK-I8940060238 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | | | |
| DX 0117 | 03/26/2000 | | | Dear Investigator Letter | | | |
| DX 0118 | 03/27/2000 | MRK-AAR0007265 | MRK-AAR0007288 | Bulletin COX 00-019 | | | |
| DX 0119 | 03/27/2000 | MRK-PRL0000114 | MRK-PRL0000115 | Press release re priliminary results of GI outcomes study | | ✓ | |
| DX 0120 | 03/27/2000 | MRK-I8940060167 | MRK-I8940060244 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) General Correspondence | | ✓ | |
| DX 0121 | 03/28/2000 | MRK-0042002874 | MRK-0042003949 | Letter from MRL to FDA | | | |
| DX 0122 | 03/28/2000 | MRK-ABK0290070 | MRK-ABK0290070 | Email from Alise Reicin to Alan Nies, Barry Gertz re: Patrono on Vigor | | | |
| DX 0123 | 04/01/2003 | MRK-LBL0000240 | MRK-LBL0000243 | PI 9556412 | | | |

| TRIAL EX NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0124 | 04/19/2000 | MRK-00420003960 | MRK-00420003971 | NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Final Printed Labeling for Approved Supplemental NDAs | | ✓ | |
| DX 0125 | 04/21/2000 | MRK-00420003972 | MRK-00420003973 | Fax from FDA to MRL | | | |
| DX 0126 | 04/27/2000 | MRK-ADI0000959 | MRK-ADI0000962 | Randall Pierson, "Merck's Vioxx Seen Facing FDA Scrutiny on Heart Attacks" | | | |
| DX 0127 | 04/28/2000 | MRK-ADX0021505 | MRK-ADX0021506 | "Merck falls on safety concerns from Vioxx arthritis trial," Reuters | | | |
| DX 0128 | 04/28/2000 | MRK-ADX0021498 | MRK-ADX0021499 | Dow Jones article | | | |
| DX 0129 | 04/28/2000 | MRK-ADX0021525 | MRK-ADX0021525 | CNBC transcript from 'Today's Business Early Edition' | | | |
| DX 0130 | 04/28/2000 | MRK-ADX0021535 | MRK-ADX0021535 | CNBC transcript from 'Street Signs' | | | |
| DX 0131 | 05/01/2000 | MRK-AAR0068150 | MRK-AAR0068151 | Bulletin for Vioxx New Obstacle Response COX 00-029 New Obstacle Response | | | |
| DX 0132 | 05/01/2000 | MRK-ADX0021480 | MRK-ADX0021482 | 'Shares of Merck Sink on Worries Over Vioxx,' Wall Street Journal | | | |
| DX 0133 | 05/01/2000 | MRK-ADO000738 | MRK-ADO000738 | FDA Webview: FDA: Too Early to Tell if Merck's VIOXX Needs Stronger Labeling | | | |
| DX 0134 | 05/09/2000 | MRK-ERN0076919 | MRK-ERN0076920 | Merck Memo Raymond Bain's Alzheimer's Analysis | | ✓ | |
| DX 0135 | 05/18/2000 | MRK-I894006l593 | MRK-I894006l598 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | | | |
| DX 0136 | 05/18/2000 | MRK-ERN0252799 | MRK-ERN0252802 | Letter to Robert Utiger from Claire Bombardier | | ✓ | |
| DX 0137 | 05/24/2000 | MRK-PRL0000124 | MRK-PRL0000127 | Press Release | | | |
| DX 0138 | 05/24/2000 | MRK-AAC0023877 | MRK-AAC0023878 | A Report from Digestive Disease Week Congress | | | |
| DX 0139 | 05/25/2000 | MRK-00420003977 | MRK-00420003984 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Request for Agency Response | | | |
| DX 0140 | 05/25/2000 | MRK-I894006l854 | MRK-I894006l859 | Fax from FDA to MRL | | | |
| DX 0141 | 06/14/2000 | MRK-I894006l2034 | MRK-I894006l2034 | Fax from FDA to MRL | | | |

05-4046-L c/w MDL1657 — Irvin-Plunkett v. Merck — MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX NO | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0142 | 06/18/2000 | MRK-BAR0139719 - (Produced in CS - Barlow - Reicin Supp) Attachment: MRK-BAR0139722- | MRK-BAR0139723 | Email from Dorothy Bolton re: Press Materials: | | | |
| DX 0143 | 06/19/2000 | MRK-0042000400 | MRK-BAR0139740 | EULAR Journalists Workshop | | | |
| DX 0144 | 06/23/2000 | MRK-1222000632 | MRK-0042000804 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| | | | MRK-1222000786 | Letter from D. Erb to R. Pazdur re: IND 59,222; MK-0966 Protocol Amendment - Change in Protocol Protocol 122: Sporadic Adenomatous Polyp (SAP) Chemoprevention Study | | | |
| DX 0145 | 06/29/2000 | MRK-0042001917 | MRK-0042001954 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | | ✓ | |
| DX 0146 | 07/01/2000 | MRK-LBL0000047 | MRK-LBL0000050 | Vioxx Label July 2000 (PI 9183806) | | ✓ | |
| DX 0147 | 07/15/2000 | MRK-ACR0011080 | MRK-ACR0011084 | Email string including Ned Braunstein and Ed Scolnick regarding report on APS patients Memo Attached | | ✓ | |
| DX 0148 | 08/03/2000 | MRK-0042021830 | MRK-0042021831 | Letter from FDA to MRL re: NDA 21-042/S-007 PI 9556413 | | ✓ | |
| DX 0149 | 08/03/2000 | MRK-LBL0000258 | MRK-LBL0000261 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 | | ✓ | |
| DX 0150 | 08/07/2000 | MRK-0042021832 | MRK-0042021835 | VIOXX (rofecoxib oral suspension) | | ✓ | |
| DX 0151 | 09/19/2000 | MRK-0042021930 | MRK-0042026365 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0152 | 09/28/2000 | MRK-1894006136 | MRK-1894006238 | Letter from MRL to FDA re: IND 46,894; VIOXX (rofecoxib) Response to FDA Request for Information | | | |
| DX 0153 | 09/28/2000 | MRK-0042026367 | MRK-0042027806 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) Special Supplement - | | | |
| DX 0154 | 09/29/2000 | MRK-0042027807 | MRK-0042027814 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0155 | 10/13/2000 | MRK-0042027869 | MRK-0042027981 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | | | |
| DX 0156 | 11/16/2000 | MRK-1269003180 | MRK-1269003191 | Letter from MRL to FDA re: IND 39,269; MK-0966 Protocol Amendment - Change in Protocol | | | |
| DX 0157 | 11/27/2000 | MRK-0042028062 | MRK-0042028066 | Fax from FDA to MRL | | ✓ | |
| DX 0158 | 12/01/2000 | MRK-AAR0016829 | MRK-AAR0016851 | Policy Letter 140 | | | |
| DX 0159 | 12/01/2000 | MRK-AAR0012196 | MRK-AAR0012214 | Orientation and Welcome, Leader's Guide | | | |
| DX 0160 | 12/18/2000 | MRK-0042029549 | MRK-0042029714 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib) Draft Background Package for Arthritis Advisory Committee | | | |
| DX 0161 | 12/20/2000 | MRK-0042033120 | MRK-0042033142 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | | |
| DX 0162 | 12/20/2000 | MRK-0042029716 | MRK-0042033063 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0163 | 12/21/2000 | MRK-ACF0012016 | MRK-ACF0012077 | Barr Expert Opinion Report on the Cardiovascular Findings of the VIGOR Study | | | |
| DX 0164 | 12/21/2000 | MRK-0042033153 | MRK-0042033163 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | | |
| DX 0165 | 12/21/2000 | MRK-I4190000001 | MRK-I4190000419 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): VIOXX (rofecoxib) - Treatment of Migraine | | | |
| DX 0166 | 12/29/2000 | MRK-AAF0003185 | MRK-AAF0003186 | Fax from FDA to MRL | | | |
| DX 0167 | 01/01/2001 | MRK-AAR0028370 | MRK-AAR0028387 | Merck Culture, Leader's Guide | | | |
| DX 0168 | 01/01/2001 | MRK-AAR0016692 | MRK-AAR0016704 | Policy Letter No. 110: Statement of Professional Responsibility of U.S. Human Health Professional Representatives | | | |
| DX 0169 | 01/01/2001 | MRK-AAR0016737 | MRK-AAR0016747 | Policy Letter No. 118: Pharmaceutical Information to Physicians, Pharmacists, and Other Health Care Professional | | | |
| DX 0170 | 01/01/2001 | MRK-AAR0019804 | MRK-AAR0019874 | Basic Training Orientation | | | |
| DX 0171 | 01/01/2001 | MRK-AAR 0016852 | MRK-AAR 0016856 | Policy Letter 141 | | | |
| DX 0172 | 01/01/2001 | MRK-AAR030548 | MRK-AAR030610 | District Implementation Meeting | | | |
| | | | Exhibit to Dunn | | | | |

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITED |
|---|---|---|---|---|---|---|---|
| DX 0173 | 01/08/2001 | MRK-I8940064922 | MRK-I8940065038 | Letter from R. Silverman to J. Bull re: IND 46,894: VIOXX (rofecoxib) Information Amendment – | | ✓ | |
| DX 0174 | 01/08/2001 | MRK-I8940064858 | MRK-I8940064921 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | | ✓ | |
| DX 0175 | 01/11/2001 | MRK-I8940065088 | MRK-I8940065186 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) - General Correspondence | | | |
| DX 0176 | 01/12/2001 | MRK-0142019493 | MRK-0142019499 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | | |
| DX 0177 | 01/12/2001 | MRK-0142019506 | MRK-0142019510 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | | |
| DX 0178 | 01/17/2001 | MRK-0142019520 | MRK-0142019527 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib) Request for Agency Meeting | | | |
| DX 0179 | 01/19/2001 | MRK-AAF0003308 | MRK-AAF0003310 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | | |
| DX 0180 | 01/19/2001 | MRK-0142019618 | MRK-0142019655 | Letter from MRL to FDA Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information/Request for Teleconference | | | |
| DX 0181 | 01/19/2001 | MRK-0142019528 | MRK-0142019617 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | | |
| DX 0182 | 01/26/2001 | MRK-AFT0001740 | MRK-AFT0001745 | Memo from D. Shapiro to R. Silverman | | ✓ | |
| DX 0183 | 10/12/2004 | MRK-AFS00040060 | MRK-AFS00040062 | Email from Scott Zeger to Peter Kim re: APPROVe and Voluntary Withdrawal | | | |
| DX 0184 | 02/01/2001 | MRK-ADO0003772 | MRK-ADO0003772 | DDMAC Warning Letter to Pharmacia | | | |
| DX 0185 | 02/02/2001 | MRK-ABO0002821 | MRK-ABO0002824 | DDMAC Letter to McMillen | | | |
| DX 0186 | 02/04/2001 | MRK-ACT0009918 | MRK-ACT0009918 | Email from Harry Guess forwarding Scolnick's re praise for upcoming advisory committee; includes email string from E. Scolnick to A. Nies, A. Reicin, H. Guess | | | |
| DX 0187 | 02/08/2001 | MRK-H005655 | MRK-H005888 | FDA Advisory Committee Hearing, Transcript | | ✓ | |

05-4046-L c/w MDL 1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0188 | 02/08/2001 | MRK-ABR0000214 | MRK-ABR0000349 | Merck Slide Show Presentation to FDA Advisory Committee | | | |
| DX 0189 | 02/08/2001 | MRK-PRL0000170 | MRK-PRL0000172 | Press Release | | | |
| DX 0190 | 02/27/2001 | MRK-ABR0000214 | MRK-ABR0000349 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) General Correspondence | Pod | AK | |
| DX 0191 | 02/28/2001 | MRK-0142003165 | MRK-0142003128 | Letter from MRL to FDA re: NDA 21-042/S-007: Request for Meeting | | | |
| DX 0192 | 02/28/2001 | MRK-N05200044437 | MRK-N052000044445 | Letter from FDA to MRL re: NDA 21-052: VIOXX (rofecoxib tablets) Supplemental New Drug Application Rheumatoid Arthritis | | | |
| DX 0193 | 03/01/2001 | MRK-LBL0000051 | MRK-LBL0000054 | PI 9183807 - Vioxx Label for March 2001 | | | |
| DX 0194 | 03/00/2001 | MRK-AAR0012290 | MRK-AAR0012309 | Selling Clinics Leader's Guide | | | |
| DX 0195 | 03/01/2001 | MRK-AAR0028794 | MRK-AAR0028813 | Selling Clinics | | | |
| DX 0196 | 03/02/2001 | MRK-ACD0003158; MRK-N052000066108 | MRK-ACD0003185; MRK-N052000066163 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | | | |
| DX 0197 | 03/07/2001 | MRK-I269000033347 | MRK-I269000033360 | Letter from D. Erb to R. Katz re: IND 55,296: MK-0966 (L-748731) Protocol Amendment - Change in Protocol | | ✓ | |
| DX 0198 | 03/08/2001 | MRK-AAF0003963 | MRK-AAF0003965 | Regulatory Liaison FDA Conversation Record | | | |
| DX 0199 | 03/15/2001 | MRK-01420090753 | MRK-01420090758 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | | | |
| DX 0200 | 03/20/2001 | MRK-ADF0006157 | MRK-ADF0006167 | African Green Monkey Slide Set | | | |
| DX 0201 | 03/22/2001 | MRK-01420090989 | MRK-01420093073 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0202 | 03/22/2001 | MRK-01420093081 | MRK-01420094329 | Letter from MRL to FDA | | | |
| DX 0203 | 03/30/2001 | MRK-01420094336 | MRK-01420098951 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information (ADVANTAGE CSR) | | | |
| DX 0204 | 04/01/2001 | RICH00196 | RICH00197 | Celebrex DDMAC letter | | | |
| DX 0205 | 04/02/2001 | MRK-AAF0003835 | MRK-AAF0003836 | Email from R. Silverman to S. Folkendt re: NDA 21-042/S-007: ADVANTAGE CSR | | | |
| DX 0206 | 04/05/2001 | MRK-0142008953 | MRK-0142008960 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Oral Suspension) Special Supplement - Changes Being Effected | | | |

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0207 | 04/06/2001 | MRK-0142099056 | MRK-0142099059 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | | ✓ | |
| DX 0208 | 04/16/2001 | MRK-0142099071 | MRK-0142099109 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information (ADVANTAGE CSR- Item 11) | | | |
| DX 0209 | 04/30/2001 | MRK-AAF0003926 | MRK-AAF0003927 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (ADVANTAGE CSR - Item 12) | | | |
| DX 0210 | 05/01/2001 | MRK-LBL0000055 | MRK-LBL0000058 | PI 9183808 | | | |
| DX 0211 | 05/16/2001 | MRK-0142139549 | MRK-0142139554 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/ Request for FDA Comment | | | |
| DX 0212 | 05/18/2001 | MRK-0142139568 | MRK-0142139569 | Fax from FDA to MRL | | | |
| DX 0213 | 05/21/2001 | MRK-N0520006102 | MRK-N0520006163 | Letter from MRL to FDA re: NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | | | |
| DX 0214 | 05/25/2001 | MRK-0142139576 | MRK-0142130593 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/Request for FDA Comment | | | |
| DX 0215 | 05/29/2001 | MRK-AAB0004998 | MRK-AAB0005007 | Memo from D. Shapiro and S. Mukhopadhyay to R. Silverman and A. Reicin | | | |
| DX 0216 | 06/01/2001 | MRK-I2690004499 | MRK-I2690004511 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol | | | |
| DX 0217 | 06/08/2001 | MRK-I2690004512 | MRK-I2690004644 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol | | | |
| DX 0218 | 06/12/2001 | MRK-AAF0004005 | MRK-AAF0004008 | Letter from MRL to FDA re: NDA 21-042/S-007 (Rofecoxib Tablets) Minutes to April 11, 2001 FDA/MRL Meeting | | | |
| DX 0219 | 06/13/2001 | MRK-PRL0000203 | MRK-PRL0000204 | Merck Press Release | | | |
| DX 0220 | 06/14/2001 | MRK-0142139624 | MRK-0142139845 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0221 | 06/19/2001 | MRK-0142013986 | MRK0142014217I | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0222 | 06/20/2001 | | MRK-I768000000I | MRK-I768000000270 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): Rofecoxib - Adjuvant Therapy for Patients with Prostate Cancer | | | |
| DX 0223 | 06/22/2001 | MRK-AAF 0004045 | MRK-AAF 0004045 | Fax from FDA to MRL re: 21-042 S-007 Exclusion from SUR | | | |
| DX 0224 | 06/22/2001 | MRK-I768000027I | MRK-I768000273 | Letter from FDA to MRL re: IND 62,768 | | | |
| DX 0225 | 06/27/2001 | MRK-0142014220 9 | MRK-0142014581 5 | Letter from MRL to FDA re: NDA 21-042/S-012: VIOXX (Rofecoxib Tablets) Safety Update Report Rheumatoid Arthritis | | | |
| DX 0226 | 07/00/2001 | 7/8/05 Dunn Dep. Ex. 11 | 7/8/05 Dunn Dep. Ex. 11 | Training module for sales reps (revised) | | | |
| DX 0227 | 07/01/2001 | MRK-LBL0000059 | MRK-LBL0000062 | PI 9183809 | | | |
| DX 0228 | 07/05/2001 | MRK-AAF0004093 | MRK-AAF0004093 | Fax from FDA to MRL re: NDA21-042/s007 Advantage, FDA April 6, 2001 Approvable letter | | | |
| DX 0229 | 07/06/2001 | MRK-AAF0004157 | MRK-AAF0004159 | Teleconference between R. Silverman and L. Goldkind re. 21-042/21-052 | | | |
| DX 0230 | 07/12/2001 | MRK-0142014584 3 | MRK-0142015424 5 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | | | |
| DX 0231 | 07/30/2001 | MRK-0142015955 4 | MRK-0142015965 8 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 2) | | ✓ | |
| DX 0232 | 08/03/2001 | MRK-0142015965 9 | MRK-0142015968 6 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 3) | | | |
| DX 0233 | 08/08/2001 | MRK-AAF0004145 | MRK-AAF0004146 | Fax from FDA to MRL re: NDA 21-042 Clinical Information Request | | | |
| DX 0234 | 09/19/2001 | MRK-0142015978I | MRK-0142016234 7 | Letter from MRL to FDA re: NDA 21-042: Tablets VIOXX (rofecoxib) | | | |
| DX 0235 | 10/01/2001 | MRK-0142016236 4 | MRK-0142016356 2 | Letter from MRL to FDA | | | |
| DX 0236 | 10/01/2001 | MRK-AAF0007803 | MRK-AAF0007853 | Anstice/Merck response to FDA Warning Letter | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0237 | 10/02/2001 | MRK-01420163595 | MRK-01420163604 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected | | | |
| DX 0238 | 10/03/2001 | MRK-ADM0024906 | MRK-ADM0024912 | E-mail from A. Moan to S. Kornowski and S. Nichtberger w/attached abstract 'The Effects of COX-2 Inhibitors on Blood Pressure Control and Cardiovascular Safety in Patients with Hypertension: Experiences from the LIFE' (Losartan Intervention for Endpoint | | | |
| DX 0239 | 10/03/2001 | MRK-01420163606 | MRK-01420163615 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0240 | 10/08/2001 | MRK-AAB004788 | MRK-AAB004803 | Letter from MRL to FDA re: NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | | | |
| DX 0241 | 10/15/2001 | MRK-AAF0004389 | MRK-AAF0004410 | Email from Barbara Gould to Robert Silverman re: VIOXX Draft Label | | | |
| DX 0242 | 11/05/2001 | MRK-ADM0022362 | MRK-ADM0022366 | Letter from MRL to FDA re NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | | | |
| DX 0243 | 11/06/2001 | MRK-01420163696 | MRK-01420163805 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | | | |
| DX 0244 | 11/07/2001 | MRK-AAD0111414 | MRK-AAD0111414 | Email from E. Scolnick to A. Reicin | | | |
| DX 0245 | 11/07/2001 | MRK-ABH0020163 | MRK-ABH0020216 | Email from A. Reicin to E. Scolnick | | | |
| DX 0246 | 11/16/2001 | MRK-AAF0004696 | MRK-AAF0004725 | Email from Robert E. Silverman (MRL) to B. Gould re: NDA 21-042/S-007: information relevant to VIGOR label negotiations | | | |
| DX 0247 | 11/28/2001 | MRK-ADM0092006 Public | MRK-ADM0092009 | Email from S. Duffy-Cyr to B. Biehn eta al.: Newsedge-web.com summary of Goldman Sachs conference call led by Dr. Fitzgerald | | | |
| DX 0248 | 11/28/2001 | MRK-ABH0002230 | MRK-ABH0002230 | Goldman Sachs Investment Research Report | | | |
| DX 0249 | 12/05/2001 | MRK-01420167105 | MRK-01420167173 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | | | |
| DX 0250 | 12/11/2001 | MRK-ACU0000015 | MRK-ACU0000247 | Annual Business Brief (Scolnick Slide) | | | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0251 | 12/20/2001 | MRK-N052007792 | MRK-N052007830 | Letter from MRL to FDA re: NDA 21-052: Oral Suspension Vioxx (Rofecoxib) | | | |
| DX 0252 | 12/21/2001 | MRK-AAF0005093 | MRK-AAF0005097 | Fax from FDA to MRL re: NDA 21-042/S-012 AE Letter | | | |
| DX 0253 | 12/21/2001 | MRK-AAF0005071 | MRK-AAF0005092 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 Draft Label Proposal | | | |
| DX 0254 | 01/01/2002 | MRK-AAR0020540 | MRK-AAR0020566 | Our Values and Standards: The Basis of Our Success | | | |
| DX 0255 | 01/07/2002 | MRK-02420000006 | MRK-02420000083 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Amendment to Supplemental New Drug Application (Revised Proposed Label) | | | |
| DX 0256 | 01/11/2002 | MRK-N052007910 | MRK-N052007913 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 AE Letter | | | |
| DX 0257 | 01/21/2002 | MRK-02420000100 | MRK-02420000195 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) General Correspondence (Rofecoxib and Cardiovascular Events) | | | |
| DX 0258 | 01/24/2002 | MRK-I2220003000 | MRK-I2220003163 | Letter from R. Silverman to V. Raczkowski re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment – Changes in Protocol (Protocol No. 122) | | | |
| DX 0259 | 01/29/2001 | MRK-AAF0005350 | MRK-AAF0005369 | Fax from FDA to MRL re: NDA 21-042/S-007, 012 & NDA 21-042/S-004, 007 Proposed Label | | | |
| DX 0260 | 02/05/2002 | MRK-02420000216 | MRK-02420000266 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application (Clarification of VIGOR Data in Proposed Label) | | | |
| DX 0261 | 02/19/2002 | MRK-02420000239 | MRK-02420000298 | Letter from R. Silverman to L. Simon re: NDA 21-042/S-007: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application (Revised Proposed Label) | | | |
| DX 0262 | 02/19/2002 | MRK-AAF0005515 | MRK-AAF0005515 | FDA Request for Information | | | |
| DX 0263 | 02/20/2002 | MRK-AAF0005536 | MRK-AAF0005538 | E-mail from Robert E. Silverman to B. Gould re: VIGOR label negations proposals | | | |

| TRIAL EX NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0264 | 02/20/2002 | MRK-ACD0117898 | MRK-ACD0118946 | R. Silverman's copy of PSUR No.6 [no WORF submission] | | | |
| DX 0265 | 02/25/2002 | MRK-ACD00024047 | MRK-ACD00024106 | E-mail from R Silverman to B Gould re: NDA 21-042/ S-007; VIGOR label proposal | | | |
| DX 0266 | 02/26/2002 | MRK-02420000369 | MRK-02420000384 | MRL Response to FDA Request for Information | | | |
| DX 0267 | 03/01/2002 | MRK-AAU0000133 | MRK-AAU0000172 | Worldwide Product Safety & Epidemiology Standard Operating Procedure SOP Number 1 | | | |
| DX 0268 | 03/12/2002 | http://www.fda.gov/oh rms/dockets/ac/05/bri efing/2005-4090B1_10_K-FDA-Tab-F-2.pdf Public | http://www.fda.gov/o hrms/dockets/ac/05/ briefing/2005-4090B1_10_K-FDA-Tab-F-2.pdf Public | Memorandum from M.L. Villalba to L. Goldkind re: Cardiovascular data in Alzheimer's studies | | | |
| DX 0269 | 03/15/2002 | MRK-AFN0106618 | MRK-AFN0106685 | APPROVe Trial Cardiovascular Safety Report | | | |
| DX 0270 | 03/25/2002 | | | Amicus Curiae Brief of the United States of America in Support of Defendants/Respondents SmithKline Beecham Consumer Healthcase LP, et al. in Dowhal v. SmithKline Beecham | | | |
| DX 0271 | 03/27/2002 | MRK-AAR0020669 | MRK-AAR0020676 | Our Values and Standards in Action, USHH Field Sales Version, Scenarios and Responses | | | |
| DX 0272 | 04/01/2002 | MRK-LBL0000067 | MRK-LBL0000070 | PI 9183810 | | | |
| DX 0273 | 04/01/2002 | MRK-LBL0000063 | MRK-LBL0000066 | PI 9183811 - Vioxx Label April 2002 | | | |
| DX 0274 | 04/03/2002 | MRK-024200002560 | MRK-02420000262O | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment | | | |
| DX 0275 | 04/08/2002 | MRK-AAF0008019 | MRK-AAF0008095 | Letter from T. Casola to L. Governale re: NDA 21-042 VIOXX (rofecoxib) Tablets; NDA 21-052 VIOXX (rofecoxib) Oral Suspension | | ✓ | |
| DX 0276 | 04/10/2002 | MRK-02420002635 | MRK-02420002687 | NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment (Complete Response) | | | |
| DX 0277 | 04/11/2002 | MRK-AAF0005922 | MRK-AAF0005942 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | | ✓ | |
| DX 0278 | 04/11/2002 | MRK-AAR0021560 | MRK-AAR0021721 | Bulletin COX 02-027 | | | |
| DX 0279 | 04/11/2002 | MRK-AAF0008099 | MRK-AAF0008101 | Letter from T. Casola of Merck to FDA | | | |

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0280 | 04/15/2002 | MRK-AAU0000095 | MRK-AAU0000132 | Merck Medical Affairs Procedures and Policies: Procedure 13 Addendum, "Clarification of Adverse Experience Reporting for Clinical Studies and Marketing Programs." | | | |
| DX 0281 | 04/18/2002 | MRK-AAR0021884 | MRK-AAR0021895 | Bulletin COX 02-038 | | | |
| DX 0282 | 04/18/2002 | MRK-AAR0021896 | MRK-AAR0021909 | Bulletin COX 02-039 | | | |
| DX 0283 | 04/22/2002 | MRK-0242002709 | MRK-0242002719 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Final Printed Labeling For Approved Supplemental NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 | | | |
| DX 0284 | 04/23/2002 | MRK-0242002720 | MRK-0242002829 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected | | | |
| DX 0285 | 05/22/2002 | MRK-S042000029 | MRK-S042000074 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | | ✓ | |
| DX 0286 | 06/19/2002 | MRK-S04200026226 | MRK-S04200028657 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0287 | 06/25/2002 | MRK-ADJ0042906 | MRK-ADJ0042909 | Press Release | | | |
| DX 0288 | 07/22/2002 | MRK-I2690005334 | MRK-I2690005969 | Letter from N. Braunstein to R. Katz re: IND 55,296; MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | | ✓ | |
| DX 0289 | 09/19/2002 | | | Amicus Brief for the United States in Support of the Defendant-Appellee and Cross-Appellant, and in Favor of Reversal of the District Court's Order Denying Partial Summary Judgment to Defendant-Appellee and Cross-Appellant in Motus v. Pfizer, Inc. | | | |
| DX 0290 | 09/25/2002 | MRK-S04200028658 | MRK-S04200029918 | Letter from L. Hostelley to P. Seligman | | | |
| DX 0291 | 10/10/2002 | MRK-I894074879 | MRK-I894075347 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment (Combined Analysis of Thrombotic Cardiovascular Events in Placebo-Controlled Studies of Rofecoxib) | | ✓ | |

05-4046-L c/w MDL1657

Irvin-Plunkett v. Merck
MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF. OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0292 | 11/21/2002 | MRK-I8940075376 | MRK-I8940075383 | Letter from N. Braunstein to L. Simon re: IND 55,269: VIOXX (Rofecoxib) General Correspondence, Background Information for the CV Outcomes Teleconference Prevention Study | | | |
| DX 0293 | 01/17/2003 | MRK-I8940075522 | MRK-I8940075530 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence, Background Information for the CV Outcomes Teleconference Protocol 078, Rofecoxib Alzheimer's Disease Prevention Study | | | |
| DX 0294 | 01/30/2003 | MRK-I768000773 | MRK-I768000791 | Letter from P. Huang to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – New Protocol | | | |
| DX 0295 | 02/18/2003 | MRK-SO420017406 | MRK-SO420017450 | Letter from MRL to FDA re: NDA 21-042: VIOXX Rofecoxib Tablets NDA 21-052: VIOXX Rofecoxib Oral Suspension Response to Information Request | | | |
| DX 0296 | 03/25/2003 | MRK-I768001065 | MRK-I768001206 | Letter from N. Braunstein to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – Change in Protocol | | | |
| DX 0297 | 04/16/2003 | MRK-SO420029919 | MRK-SO420030916 | Letter from L. Hostelley to P. Seligman (Rofecoxib) New Epidemiologic Studies on MI Risk with Rofecoxib | | | |
| DX 0298 | 05/29/2003 | MRK-I8940076901 | MRK-I8940076922 | Protocol/Amendment 203-00 | | | |
| DX 0299 | 06/11/2003 | MRK-I8940077723 | MRK-I8940077883 | NDA 21-042: VIOXX (Rofecoxib Tablet) NDA 21-052: VIOXX (Rofecoxib Oral Suspension) Supplement – Changes Being Effected | | | |
| DX 0300 | 06/17/2003 | MRK-SO420017519 | MRK-SO420017608 | Letter from MRL to FDA re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment - Change in Protocol | | | |
| DX 0301 | 06/27/2003 | MRK-I220004378 | MRK-I220004453 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | | |
| DX 0302 | 07/18/2003 | MRK-SO420018154 | MRK-SO420024028 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | | ✓ | |
| DX 0303 | 07/25/2003 | MRK-I8940077717 | MRK-I8940077883 | Letter from FDA to MRL re: NDA 21-042/S-018 & NDA 21-052/S-012 | | | |
| DX 0304 | 08/06/2003 | MRK-AAF0014936 | MRK-AAF0014955 | | | | |

Page 19 of 58

| TRIAL EX. NO. | DATE | FIRST BATES | LAST BATES | DESCRIPTION | PLTF OBJECTION | ADMISSIBLE PRETRIAL | ADMITTED |
|---|---|---|---|---|---|---|---|
| DX 0305 | 08/12/2003 | MRK-ADC0031643 | MRK-ADC0031643 | Email from C. Cannuscio to D. Watson et al. re: Final Printed Labeling for Approved NDA 21-042/S-018 | | | |
| DX 0306 | 08/20/2003 | MRK-S0420024270 | MRK-S0420024280 | Email from C. Cannuscio to A. Schecter et al. re: NDA 21-042/S-018: VIOXX Rofecoxib Tablet NDA 21-052/S-012: VIOXX Rofecoxib Oral Suspension | | | |
| DX 0307 | 08/25/2003 | MRK-AAC0129304 | MRK-AAC0129306 | NEJM reviewer comments on Solomon paper.doc | | | |
| DX 0308 | 09/09/2003 | MRK-AAF0014791 | MRK-AAF0014795 | Fax from FDA to MRL re: Minutes of February 4, 2003 CV Outcomes Teleconference | | | |
| DX 0309 | 09/23/2003 | MRK-S0420030917 | MRK-S0420032315 | Letter from MRL to P. Seligman | | | |
| DX 0310 | 10/01/2003 | MRK-ADC0003251 | MRK-ADC0003257 | Fax from D. Solomon to C. Cannuscio | | | |
| DX 0311 | 11/11/2003 | MRK-I8940078826 | MRK-I8940078829 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Amendment to Request for Meeting/Teleconference (Rofecoxib Protocol 203 VIOXX CV Outcomes Study) | | | |
| DX 0312 | 12/03/2003 | MRK-AHW0000002 | MRK-AHW0000002 | Letter from Jimmy Carter to Ray Gilmartin requesting a contribution to The Carter Center's Onchocerciasis Elimination Program | | | |
| DX 0313 | 12/05/2003 | MRK-AAF0015091 | MRK-AAF0015096 | Merck Sumits sNDA for JRA | | | |
| DX 0314 | 12/17/2003 | MRK-I2690007514 | MRK-I2690008935 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | | | |
| DX 0315 | 11/10/2000 | MRK-YNG0061569 | MRK-YNG0061570 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda | | ✓ | |
| DX 0316 | 02/01/2004 | MRK-LBL0000244 | MRK-LBL0000247 | PI 9556414 Vioxx (rofecoxib tablets and oral suspension) description | | | |
| DX 0317 | 03/01/2004 | MRK-LBL0000248 | MRK-LBL0000251 | PI 9556415 | | | |
| DX 0318 | 03/01/2004 | MRK-LBL0000252 | MRK-LBL0000255 | PI 9556416 Package Circular | | | |
| DX 0319 | 03/22/2004 | MRK-I8940080062 | MRK-I8940080133 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | | ✓ | |
| DX 0320 | 03/25/2004 | MRK-S0420042249 | MRK-S0420043175 | Letter from MRL to P. Seligman | | | |
| DX 0321 | 03/26/2004 | MRK-AAF0015434 | MRK-AAF0015436 | Letter from MRL to Merck | | ✓ | |
| DX 0322 | 03/30/2004 | MRK-N052018572 | MRK-N052018621 | Merck submits sNDA to support VIOXX label with final CV safety data from Alzheimer's studies. | | ✓ | |
| DX 0323 | 08/13/2004 | MRK-AFN0060593 | MRK-AFN0060600 | MRL memo | | | |
| DX 0324 | 08/19/2004 | MRK-AAF0017139 | MRK-AAF0017168 | Letter from FDA to MRL re: NDA 21-042 | | ✓ | |