A CERTIFIED TRUE COPY

JAN 3 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 31  PM 1: 56

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 3 0 2006

FILED
CLERK'S OFFICE

**DOCKET NOS. 1657 AND 1699**

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *MDL-1657 – IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*
## *MDL-1699 – IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Shirley Adams, et al. v. Merck & Co., Inc., et al.*, E.D. Missouri, C.A. No. 4:05-1947

CA 06-2712

### **ORDER REINSTATING STAY OF CTO-35 IN MDL-1657 AND REINSTATING STAY OF CTO-11 IN MDL-1699**

On December 21, 2005, the Panel filed an order conditionally i) transferring this action (*Adams*) to the Eastern District of Louisiana in MDL-1657, ii) separating the Bextra/Celebrex claims in *Adams* and remanding them to the Eastern District of Missouri, and iii) transferring the resulting Bextra/Celebrex action to the Northern District of California in MDL-1699. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Adams* filed a notice of opposition to the proposed transfers. On January 23, 2006, the Panel filed an order i) lifting the stay of CTO-35 in MDL-1657 and transferring *Adams* to the Eastern District of Louisiana, ii) separating and remanding to the Eastern District of Missouri the claims in *Adams* relating to Bextra and/or Celebrex, and iii) lifting the stay of CTO-11 in MDL-1699 and transferring the resulting Bextra/Celebrex action to the Northern District of California. This transfer order was predicated on the failure of plaintiffs in *Adams* to file the required motion and brief to vacate the conditional transfer orders. Reinstatement of the conditional transfer orders in *Adams* is warranted, however, because a motion and brief to vacate the conditional transfer orders was in fact filed by plaintiffs in *Adams* on January 11, 2006.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-35" in MDL-1657 filed on December 21, 2005, is REINSTATED insofar as it relates to this action.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888

http://www.jpml.uscourts.gov

January 30, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street`
New Orleans, LA 70130-3367

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

*Shirley Adams, et al. v. Merck & Co., Inc., et al.,* E.D. Missouri, C.A. No. 4:05-1947

Dear Clerks:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosure

cc:  Transferee Judges: Judge Eldon E. Fallon, Judge Charles R. Breyer
     Transferor Judge:  Judge Charles A. Shaw
     Transferor Clerk:  James Woodward

JPML Form 87