sulfonamide) and after both short- and long-term use, which makes attempts to manage this increased risk difficult.

Several non-selective NSAIDs are currently available to consumers without a prescription (e.g., ibuprofen, naproxen, ketoprofen). The non-prescription doses of these products are generally well below the maximum daily prescription doses for the same active ingredient and the duration of treatment without specific alternate instructions from a physician is limited to 10 to 14 days. The applicability of the increased risk of serious adverse CV events as described above from controlled clinical trials to low-dose, short-term use of these non-prescription products for the relief of acute pain is unclear, although any such risk is expected to be minimal. No signal for increased risk of serious adverse CV events has been detected in the short-term controlled clinical trials that supported the approval of these agents for treatment of acute pain. While these studies were primarily designed to evaluate effectiveness, the absence of a signal of increased CV risk provides some reassurance of the safety of short-term use. Further, with the exception of the parecoxib/valdecoxib CABG studies, the increased risk of serious adverse CV events in the controlled clinical trials described above have only become apparent after months to years of treatment. The parecoxib/valdecoxib data also provide support for the safety of short-term use. The two short-term placebo-controlled CABG studies showed an increased risk of serious CV events, but, a short-term placebo-controlled trial in general surgery patients did not show an increased risk. These data may suggest that in the absence of a predisposing condition, such as recent CABG surgery, the CV risk of short-term use of NSAIDs is very small, if any, particularly at low doses and given the typically intermittent nature of use of non-prescription NSAIDs for relief of acute pain.

Aspirin is also an NSAID that is available and widely used without a prescription. However, aspirin has other unique pharmacologic properties, including irreversible inhibition of platelet function, that distinguish it from the rest of the NSAID class. Further, data from long-term controlled clinical trials have clearly demonstrated that aspirin significantly reduces the risk of serious adverse CV events in certain patient populations (e.g., patients with a history of a MI). Aspirin, therefore, is an exception to the apparent "class effect" of increased risk for serious adverse CV events for NSAIDs described above. Data from large, long-term controlled clinical trials clearly showing no increased CV risk or a reduction in CV risk would be necessary before concluding that other NSAIDs are also exceptions to the class risk.

**Recommendations**

We summarize below our recommendations for appropriate regulatory actions for the NSAID class and select individual agents.

NSAIDs as a class

*Boxed Warning and Contraindication*

13

We recommend that the professional labeling (package insert) for all prescription NSAIDs, including both COX-2 selective and non-selective drugs, be revised to include a boxed warning highlighting the potential increased risk of CV events. The boxed warning should also include the well described risks of serious, and often life-threatening GI bleeding. We believe that a boxed warning with regard to potential increased CV risk is an appropriate response to the currently available data and will serve to highlight to physicians and patients that they must carefully consider the risks and benefits of all NSAIDs, as well as other available options, before deciding on a treatment plan for relief of chronic pain and inflammation. If it is determined that chronic use of an NSAID is warranted for an individual patient, the boxed warning will help to emphasize the importance of using the lowest effective dose for the shortest duration possible along with appropriate attention to reduction of other risk factors for cardiovascular disease. The language of the boxed warning should be standardized across the class, with the exception of those situations where specific data or other information is available for an individual drug. In those cases, the standardized class wording should be maintained and the drug specific information added, including the results of any large controlled clinical trials.

The recommendation for a boxed warning for potential increased risk of CV events is supported by the unanimous vote of the Advisory Committees (28 yes) on the question of whether the labeling for the non-selective NSAIDs should be modified to include the absence of long-term controlled clinical trial data to assess the potential CV effects of these drugs.[9] While the AC did not specifically vote on a boxed warning, many of the committee members commented that such a warning would be an appropriate response given the current data. The Advisory Committees also strongly supported boxed warnings for the individual COX-2 selective drugs for increased CV risk.

The recommendation that the boxed warning also include the well recognized serious, and often life-threatening, risk of GI bleeding associated with chronic use of NSAIDs is intended to further reinforce the existing bolded warning. The GI bleeding risk with NSAIDs is clearly consistent with our current approach to the use of boxed warnings, and placing this information in a boxed warning will serve to further emphasize this serious risk and ensure that physicians and patients keep this risk in mind as they are considering options for chronic therapy of pain and inflammation.

We also recommend that the labeling for all NSAIDs include a contraindication for use in patients in the immediate post-operative setting following CABG surgery. Data are only available in this setting from valdecoxib, but we have concluded that this short-term increased CV risk should be extrapolated to long-term use of valdecoxib. It is logical to also extrapolate this finding to other NSAIDs, pending the availability of other data that would suggest otherwise given the serious nature of the adverse events noted in the valdecoxib CABG study and the high-risk nature of the patients undergoing CABG surgery. The contraindication for NSAID use in this setting would NOT apply, however, to aspirin for the reasons noted above.

---

[9] There were 32 voting members of the Advisory Committees, but 4 members had left the meeting by the time this question was discussed.

14

MRK-PUBLIC0002147

*Medication Guide*

We recommend that the patient labeling for all prescription NSAIDs, including both COX-2 selective and non-selective drugs, include a Medication Guide. The Medication Guide should focus on the potential increased risk of serious adverse CV events and the risks of serious GI bleeding. The Medication Guide will also inform patients of the need to discuss with their doctor the risks and benefits of using NSAIDs and the importance of using the lowest effective dose for the shortest duration possible if treatment with an NSAID is warranted. To avoid confusion and to allow for more rapid implementation, we recommend that the text of the Medication Guide be standardized across the class, following the model that was recently successfully implemented for anti-depressants.

*Comprehensive Data Review and New Studies*

We recommend that the agency request that the sponsors of all non-selective NSAIDs conduct and submit for FDA review a comprehensive review and analysis of all available data from controlled clinical trials to further evaluate the potential risk of serious adverse CV events. The search and analysis strategy should be similar across sponsors and drugs. The agency should carefully review the data as they become available and take any appropriate regulatory actions based on the findings.

The agency should also work closely with sponsors of non-selective NSAIDs and other stakeholders (e.g., NIH, professional associations, patient groups) to encourage the conduct of additional long-term controlled clinical trials of the non-selective NSAIDs to better evaluate the potential for increased risk of serious adverse CV events.

<u>Non-prescription NSAIDs</u>

We recommend that the NSAIDs that are currently available without a prescription for the short-term treatment of acute pain continue to be available to consumers. While this would apparently represent the first time that products that have a boxed warning in the prescription package insert would also be available for non-prescription use, we believe the available data support a conclusion that short-term use of low doses of the available non-prescription NSAIDs is not associated with an increased risk of serious adverse CV events. The overall benefit versus risk profile for the non-prescription NSAIDs remains very favorable when they are used according to the labeled instructions, and we believe that it is important to maintain a range of therapeutic options for the short-term relief of pain in the OTC market. Further, the other available non-prescription drugs for short-term relief of pain and fever can also be associated with serious, and potentially life-threatening, adverse events in certain settings and patient populations.

To further encourage the safe use of the non-prescription NSAIDs, we believe that the labeling for these products should be revised to include more specific information about the potential CV and GI risks, instructions about which patients should seek the advice of a physician before using these drugs, and stronger reminders about limiting the dose and duration of treatment in accordance with the package instructions unless otherwise advised

15

MRK-PUBLIC0002148

by a physician. In addition, as noted earlier, the agency has determined that the labeling for non-prescription NSAIDs should be revised to warn of the potential for skin reactions. We also recommend that the Agency continue its current consumer education efforts regarding the safe and effective use of non-prescription pain relievers and that this new information be highlighted in those campaigns.

<u>CELEBREX ®, NDA 20-998/NDA 21-156 (celecoxib capsules)</u>

After carefully reviewing all the available data, we conclude that the benefits of celecoxib outweigh the potential risks in properly selected and informed patients. Therefore, we recommend that celecoxib remain available as a prescription drug with the revised labeling described below in addition to the NSAID class boxed warning, contraindication, and Medication Guide described above.

*Boxed warning and other labeling changes*

We recommend that the boxed warning for Celebrex include specific reference to the controlled clinical trial data that demonstrate an increased risk of serious adverse CV events (e.g., the APC trial). The text in the box may be brief and include a reference to the CLINICAL PHARMACOLOGY, Clinical Studies section of the labeling where the available long-term controlled clinical trial data should be described in greater detail. Finally, we recommend that the INDICATIONS section of the labeling be revised to clearly encourage physicians to carefully weigh the potential benefits and risks of celecoxib and other treatment options for the condition to be treated before a decision is made to use Celebrex, and to use the lowest effective dose for the shortest duration consistent with individual patient treatment goals.

*Postmarketing study commitment*

We strongly recommend that CDER request a written commitment from the sponsor to conduct an additional long-term study (or studies) to address the safety of celecoxib compared to naproxen and other appropriate active controls (e.g., other non-selective NSAIDs, appropriate non-NSAID active comparators). CDER should be actively involved in the design of the trial(s) and insist on aggressive timelines for initiation and completion of the study(ies).

The above recommendations are consistent with the votes and recommendations made by the Advisory Committees for Celebrex. *The Advisory Committees were unanimous in their conclusion that an increased risk of cardiovascular adverse events has been demonstrated for celecoxib*. After carefully considering all the available data, the Advisory Committees voted 31 yes to 1 no in response to the question: "Does the overall risk versus benefit profile of celecoxib support marketing in the US?" While specific votes were not taken on the issue of what labeling changes and other risk management options would be appropriate, the overwhelming majority of the Advisory Committee member voiced their support for a boxed warning, a Medication Guide, and postmarketing study commitments to further explore the long-term safety of Celebrex in comparison to other appropriate comparators.

16

<u>BEXTRA ®,   NDA 21-341 (valdecoxib tablets)</u>

After carefully considering all the available data and risk management options, we have concluded that the overall risk versus benefit profile for Bextra is unfavorable at this time. We therefore recommend that Bextra be withdrawn from the U.S. market.  We have concluded, as noted above, that Bextra has been demonstrated to be associated with an increased risk of serious adverse CV events in short-term CABG trials and that it is reasonable from a public heath perspective to extrapolate these findings to chronic use.  The increased risk of serious adverse CV events alone, however, would not be sufficient to warrant withdrawal of Bextra since we have no data showing that Bextra is worse than other NSAIDs with regard to CV risk.  Our recommendation for withdrawal is based on the fact that, in addition to this CV risk, valdecoxib already carries a boxed warning in the package insert for serious, and potentially life-threatening, skin reactions (e.g., toxic epidermal necrolysis, Stevens-Johnson syndrome, erythema multiforme) and FDA has received 7 spontaneous reports of deaths from these reactions.  The reporting rate for these serious skin reactions appears to be greater for Bextra than other COX-2 selective agents.  Further, the risk of these serious skin reactions in individual patients is unpredictable, occurring in patients with and without a prior history of sulfa allergy, and after both short- and long-term use, which makes risk management efforts difficult.  To date, there have been no studies that demonstrate an advantage of valdecoxib over other NSAIDs that might offset the concern about these serious skin risks, such as studies that show a GI safety benefit, better efficacy compared to other products, or efficacy in a setting of patients who are refractory to treatment with other products.

The recommendation that Bextra be withdrawn is supported, at least in part, by the specific votes and recommendations of the Advisory Committees.  The Advisory Committees were unanimous in their conclusion that an increased risk of cardiovascular adverse events has been demonstrated for valdecoxib.  In response to the question "Does the overall risk versus benefit profile of valdecoxib support marketing in the US?" the Advisory Committees voted 17 yes and 13 no with 2 abstentions.  Several of the advisory committee members who voted no expressed concerns about the strong signal of CV risk from the CABG trials, the absence of long-term controlled trial data to more clearly define the potential CV risks of Bextra, the fact that Bextra already carried a boxed warning for serious skin reactions, and the fact that there were no data to support a conclusion that Bextra offered a therapeutic advantage over NSAIDs.

One potential argument in favor of continued marketing of valdecoxib is that it provides an additional therapeutic option for management of arthritis and that prescribers and patients could be informed of the potential increased risk of CV events and serious GI bleeding, in addition to the potential for serious and possibly life-threatening skin reactions, and be allowed to make individualized treatment decisions. This approach, in fact, was strongly favored by practicing rheumatologists on the Advisory Committee. It is important to note, however, that there are more than 20 other NSAIDs on the market.  This range of options diminishes the value of continued marketing of valdecoxib, particularly in the face of an already existing boxed warning regarding serious, and potentially life-threatening, skin

17

MRK-PUBLIC0002150

reactions and the fact that there are no data that demonstrate that valdecoxib offers any therapeutic advantage over other NSAIDs.

We recommend that FDA request that Pfizer voluntarily withdraw Bextra from the U.S. market. If Pfizer does not agree to that request, we recommend that FDA initiate the formal withdrawal process by preparing and publishing a Notice of Opportunity for Hearing.

We recommend that FDA remain open to allowing limited access to valdecoxib under an IND to those patients who believe that it is their best option, if the sponsor proposes such an IND. If additional clinical trials subsequently demonstrate that valdecoxib does not have an increased CV risk (or if its risk is significantly less than other available agents) or a therapeutic advantage for valdecoxib over other NSAIDs, FDA should carefully consider those data and reassess the current conclusions regarding the overall risks and benefits for valdecoxib.

<u>VIOXX ®,   NDA 21-042 (rofecoxib tablets and oral suspension)</u>

VIOXX was voluntarily withdrawn from the U.S. market by the sponsor on September 30, 2004, following the announcement of the results from the APPROVe trial. Therefore, no regulatory action is warranted at this time. Should the sponsor seek to resume marketing for rofecoxib, a supplemental NDA with revised labeling will be required. The supplemental NDA would require FDA review and approval prior to implementation of the new labeling since the changes would not be of the type allowed under FDA regulations for a "Changes Being Effected (CBE)" labeling supplement  The supplemental application should specifically outline the sponsor's proposal for revised labeling designed to provide for safe and effective use of the drug in populations where the potential benefits of the drug may outweigh potential risks, and all data and arguments that support resumption of marketing.

We believe that FDA should carefully review any such proposal submitted by the sponsor. We would also recommend that the FDA Drug Safety Oversight Board (DSB) and an advisory committee be consulted before a final decision is taken. Our rationale for recommending review by the DSB and an advisory committee includes the following factors. First, there is limited precedent for a drug that has been withdrawn from the U.S. market for safety reasons to be returned to marketing. The only recent example that we can recall was Lotronex, and that application was reviewed by an advisory committee before FDA reached a final decision on the sponsor's request.[10]  Second, concerns were expressed at the recent advisory committee meeting that Vioxx may be associated with a higher risk of increased blood pressure, fluid retention, and congestive heart failure than other COX-2 selective NSAIDs. We believe that these additional potential serious risks of Vioxx need to be fully explored through a public process before a decision is made regarding resumed marketing. Third, the recent advisory committee meeting was a general issues meeting, not one specifically devoted to the issue of resumption of marketing of Vioxx. While the committees narrowly voted in the affirmative that the overall risk versus benefit profile of rofecoxib supported marketing in the U.S., the committee members expressed a wide variety

---

[10] The FDA Drug Safety Oversight Board had not been established at the time of the review of the Lotronex resubmission.

MRK-PUBLIC0002151

of often contradictory opinions on what regulatory actions (e.g., labeling changes, risk management efforts) would be appropriate to allow resumed marketing.  Specific votes were not taken on these important issues, and we believe the agency would benefit from the advice of an advisory committee meeting specifically devoted to the resumption of marketing of Vioxx before the FDA reaches a decision on final action.  Finally, the withdrawal of Vioxx has been the subject of intense public interest and debate, and we believe that a transparent process for reaching an agency decision on resumption of marketing is needed to ensure public confidence in the agency's decision-making process.

19

MRK-PUBLIC0002152

ARTICLES

# Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study

Wayne A Ray, C Michael Stein, Kathi Hall, James R Daugherty, Marie R Griffin

## Summary

**Background** Non-aspirin, non-steroidal anti-inflammatory drugs (NANSAIDs) have complex effects that could either prevent or promote coronary heart disease. Comparison of the NANSAID rofecoxib with naproxen showed a substantial difference in acute myocardial infarction risk, which has been interpreted as a protective effect of naproxen. We did an observational study to measure the effects of NANSAIDs, including naproxen, on risk of serious coronary heart disease.

**Methods** We used data from the Tennessee Medicaid programme obtained between Jan 1, 1987, and Dec 31, 1998, to identify a cohort of new NANSAID users (n=181 441) and an equal number of non-users, matched for age, sex, and date NANSAID use began. Both groups were 50–84 years of age, were not resident in a nursing home, and did not have life-threatening illness. The study endpoint was hospital admission for acute myocardial infarction or death from coronary heart disease.

**Findings** During 532 634 person-years of follow-up, 6362 cases of serious coronary heart disease occurred, or 11·9 per 1000 person-years. Multivariate-adjusted rate ratios for current and former use of NANSAIDs were 1·05 (95% CI 0·97–1·14) and 1·02 (0·97–1·08), respectively. Rate ratios for naproxen, ibuprofen, and other NANSAIDs were 0·95 (0·82–1·09), 1·15 (1·02–1·28), and 1·03 (0·92–1·16), respectively. There was no protection among long-term NANSAID users with uninterrupted use; the rate ratio among current users with more than 60 days of continuous use was 1·05 (0·91–1·21). When naproxen was directly compared with ibuprofen, the current-use rate ratio was 0·83 (0·69–0·98).

**Interpretation** Absence of a protective effect of naproxen or other NANSAIDs on risk of coronary heart disease suggests that these drugs should not be used for cardioprotection.

*Lancet* 2002; **359:** 118–23
See Commentary page 92

**Department of Preventive Medicine** (Prof W A Ray PhD, K Hall BS, J R Daugherty MS, Prof M R Griffin MD) and Department of Medicine (C M Stein MB, Prof M R Griffin MD), Vanderbilt University School of Medicine, Nashville, TN, USA; and the Geriatric Research, Education, and Clinical Center, Nashville Veterans' Affairs Medical Center, Nashville, TN (Prof W A Ray, Prof M R Griffin)

**Correspondence to:** Prof Wayne A Ray, Department of Preventive Medicine, Medical Center North, A-1124, Vanderbilt University Medical Center, Nashville, TN 37232, USA

(e-mail: wayne.ray@mcmail.vanderbilt.edu)

## Introduction

Non-aspirin, non-steroidal anti-inflammatory drugs (NANSAIDs)[1,2] could affect risk of acute myocardial infarction and other serious coronary heart disease. Findings of ex-vivo studies suggest that prediction of whether these effects are beneficial or harmful might be difficult because NANSAIDs have complex properties that could either prevent or promote coronary artery disease. Many NANSAIDs inhibit production of thromboxane and thus also inhibit platelet aggregation. Prevention of non-fatal myocardial infarctions by low-dose aspirin suggests that NANSAIDs could prevent coronary artery disease, an effect thought to be attributable to irreversible and almost complete inhibition of thromboxane produced by platelets.[1] Inflammation seems to have an important role in pathogenesis of atherosclerosis,[4,5] which suggests that NSAIDs in anti-inflammatory doses could reduce clinical manifestations of coronary artery disease.[6] Conversely, high doses of NSAIDs inhibit synthesis of prostacyclin, a potent endogenous platelet inhibitor,[7] which could raise risk of coronary heart disease, as could other dose-related effects of NSAIDs, such as hypertension.[8] However, up to now there have been few population-based studies of whether or not NANSAIDs affect risk of clinically important coronary heart disease in human beings.[9]

Results from a large trial of the new cyclooxygenase-2 (COX-2)-selective drug, rofecoxib,[10] have stimulated increased interest in this topic. That trial, which was designed to assess gastrointestinal safety of rofecoxib, compared patients randomly assigned to daily doses of either 50 mg rofecoxib or 1 g naproxen. The rofecoxib and naproxen patients differed by occurrence of myocardial infarctions, 0·4% and 0·1%, respectively. Because there was no untreated group, we do not know whether this finding suggests a protective effect of naproxen or a harmful effect of rofecoxib. Some data suggest that naproxen suppresses production of thromboxane and inhibits platelet aggregation by 88% for up to 8 h.[11] By contrast, because rofecoxib and other COX-2-selective drugs do not inhibit thromboxane synthesis,[10,11] they should not affect platelet aggregation by this mechanism. However, these drugs could increase risk of coronary heart disease because they inhibit prostacyclin formation.[7] In view of the widespread use of naproxen and other non-selective NANSAIDs, and the likelihood that such use will probably decline as that of COX-2-selective drugs rises, a differential effect of these two types of NANSAIDs on the risk of coronary heart disease has important public health ramifications.

We sought to quantify risk of myocardial infarction and fatal coronary heart disease among new users of generally prescribed NANSAIDs. We did the study before introduction of new COX-2-selective agents (celecoxib and rofecoxib) and thus did not include these drugs.

## Methods
### Study data
We obtained study data from Medicaid in Tennessee.[12] Medicaid computerised files allowed cohort identification, classification of cardiovascular risk factor status, and endpoint ascertainment. The files included: a central

For personal use. Only reproduce with permission

PLAINTIFF'S EXHIBIT

B

registry of all individuals enrolled, linked with death certificates; records of prescriptions filled at the pharmacy; records of hospital admissions for people enrolled in Medicaid; records of visits to the emergency room, hospital outpatient department, outpatient surgical facility, and physician for those enrolled in Medicaid; and the nursing-home file.

### Study participants

We compared new users of NANSAIDs between Jan 1, 1987, and Dec 31, 1998, with a demographically matched random sample of controls who had not used NANSAIDs. This design ensured that events early in drug use were recorded, which is important because NANSAIDs could have short-term and long-term effects on coronary heart disease. The design also allowed classification of patients' cardiovascular risk-factor status just before NANSAID use began, which avoids potential bias introduced by control for NANSAID-mediated modification of cardiovascular risk factors, such as hypertension.[8]

New use of a NANSAID was defined as prescription of a study drug, with no use of any NANSAID in the 365 days preceding the date this prescription was filled ($t_0$). This definition was further restricted to individuals who, at time $t_0$, had been enrolled for at least 365 days, were aged between 50 and 84 years, were not in a nursing home ($t_0$ and for the previous 365 days), and had no medical history suggesting non-cardiovascular life-threatening illness (cancer, HIV, renal failure, liver injury, respiratory failure, or other serious immunological disorders) at $t_0$ and for the previous 365 days. Follow-up of a new NANSAID user began at $t_0$ and continued until one of the following censorship times was reached: 365 days after last NANSAID use, end of the study (Dec 31, 1998), end of enrolment, death, age 85 years, entry into a nursing home, occurrence of non-cardiovascular life-threatening illness, or a study endpoint. To ensure that baseline characterisation of cardiovascular risk was not outdated, follow-up was stopped 5 years after $t_0$. For every new NANSAID user, we randomly selected an individual who was enrolled in Medicaid, who was not using a NANSAID at $t_0$ or in the past 365 days, as a control. The control was matched for sex and birth year, had to satisfy all membership criteria for NANSAID users, and furthermore, had to have at least one prescription for some other drug filled in the 365 days preceding $t_0$. Follow-up of controls began at $t_0$ and was calculated in a manner similar to that for new users, except that it would end if use of a NANSAID began subsequent to $t_0$.

Because the study took place over 11 years, and because use of NANSAIDs for a particular person would probably vary over this time, members of either cohort whose follow-up was stopped for any reason except death or a study endpoint could re-enter the cohort if, on that date, they met the criteria for entry. Thus, like most cohort studies, the same person could be a member of the new-user and control cohorts, but at different times, and could contribute only a single event to the analysis. To keep carryover effects to a minimum, cohort re-entry required at least 365 days without use of any NANSAID. At re-entry, baseline characteristics were updated to the new $t_0$. To measure the effect of cohort re-entry, we did an analysis restricted to the first period of follow-up of every person.

The study cohorts thus included 181 441 periods of new NANSAID use in 128 002 individuals and 181 441 matched control periods in 134 642 people. There were 69 314 individuals in both cohorts. In the primary analyses, these periods were the units of analysis.

### Procedures

NANSAIDs and other drugs were identified from pharmacy records, which included date prescription was dispensed, drug, quantity, dose, and days of supply. For NANSAIDs, these data were checked to ensure that days of supply, from which we calculated prescription duration, were consistent with drug quantity. The most frequently used NANSAIDs were ibuprofen (38%) and naproxen (27%), for which individual analyses were done. Other NANSAIDs (grouped for analysis into a single category) were: non-acetylated salicylates (7%); fenoprofen (6%); indometacin (6%); piroxicam (3%); sulindac (3%); nabumetone (2%); meclofenamate (2%); diclofenac (1%); and phenylbutazone, tolmetin, diflunisal, ketoprofen, flurbiprofen, etodolac, ketorolac tometamol, oxaprozin, and bromfenac (all <1%). High-dose naproxen was defined as 1000 mg or greater, the dose at which platelet inhibition has been shown.[11] The cutoff points for ibuprofen (≥1800 mg) and other NANSAIDs were selected to provide comparable clinical doses.

During the study, COX-2-selective drugs were not available. Aspirin was used frequently in low doses, presumably as an antiplatelet agent, and thus was analysed separately as an indicator of cardiovascular disease.

The primary study endpoint was serious coronary heart disease, defined as acute myocardial infarction or death from coronary heart disease. Myocardial infarctions were defined as hospital admissions with a discharge diagnosis code (International Classification of Diseases, revision 9, clinical modification [ICD9-CM]) of 410.

We excluded the few inpatients who were discharged alive after a stay (including any transfers) of fewer than 3 days, because during the study, such short hospital visits were implausible for true myocardial infarctions. We also excluded patients who died from a cause other than ischaemic heart disease. Findings of validation studies of claims data[13,14] have shown that a main diagnosis code for acute myocardial infarction has a positive predictive value between 92%[13] and 95%,[14] and a sensitivity of 94%.[13]

Deaths from coronary heart disease, identified from death certificates, were defined as those with the underlying cause coded as ischaemic heart disease (ICD9 codes 410–414), not associated with hospital admission as defined above, and with no evidence of another cause (hospital admission at least 1 day before death with a main discharge diagnosis other than ischaemic heart disease). Although diagnostic coding for deaths from coronary artery disease is probably less accurate than that for myocardial infarction, inclusion is important, because coronary artery disease frequently manifests as sudden death outside of hospital. In one analysis, we broadened this definition to include out-of-hospital deaths from other vascular disease (ICD9 codes 390–459, 798, 799).

In one analysis we excluded cohort members with baseline heart failure, which was defined as one or more hospital admission or emergency-room visit for heart failure (diagnosis codes 428, 402.01, 402.11, 402.91, 404.01, 404.11, 404.13, 404.91, 404.93) in the 365 days preceding $t_0$, two or more outpatient visits, or concomitant prescriptions for loop diuretic and digitalis glycoside.

For periods of NANSAID use, every person-day of follow-up was classified as current (use on that day according to days of supply) or former (no use on that day) and by NANSAID dose. For both NANSAID and control periods, every day was also classified by use of prescribed aspirin, assuming that the cardioprotective effect persisted 7 days after last use.

For personal use. Only reproduce with permission fr...

To control for potential differences in baseline risk of coronary artery disease, we constructed an index of risk from medical history in the 365 days preceding $t_0$. This index included use of prescribed drugs to treat cardiovascular disease (anti-arrhythmics, angiotensin-converting-enzyme inhibitors, anticoagulants, anti-diabetics, aspirin, β-blockers, calcium-channel blockers, digitalis, lipid-lowering agents, loop diuretics, other antihypertensives, platelet inhibitors) and hospital admissions and emergency room visits for cardiovascular and other disease. Previous myocardial infarctions also were identified (diagnosis codes 410, 412, 429.7). Serious cardiovascular disease included stroke or other cerebrovascular disease (diagnosis codes 430–438), angina or coronary artery revascularisation (prescription for nitrate or other anti-anginal drug, diagnosis of angina [codes 411 or 413], or coronary artery revascularisation procedure), and peripheral arterial disease (diagnosis codes 440.2, 443.1, 443.9, 444.22, 444.81 or prescription of cilostazol, cyclandelate, or pentoxifylline). A summary risk score was created from regression models of effect of these factors on rates of study endpoints among controls, in which regression coefficients defined weights given to every factor. This score was used in all analyses, because results thus obtained were virtually identical to those from more complex models with detailed terms for cardiovascular disease medical history.

### Statistical analysis

Estimates of rate ratios adjusted for potential differences between current NANSAID users were calculated from Poisson regression models. Covariates in the model, defined at $t_0$, included age, sex, race, residence in Standard Metropolitan Statistical Area, calendar year of $t_0$, time elapsed since $t_0$, reason for Medicaid enrolment (aged, disabled or blind, or uninsured, a group that became eligible under a special programme initiated in Tennessee in 1994),[15] coronary-artery-disease risk score, replacement oestrogen use (in women), non-cardiovascular hospital admissions, and absence of regular physician care (fewer than two visits). Tests for differences between individual NANSAIDs were done with single degree-of-freedom contrasts with the Wald method to assess statistical significance.

All analyses were done with SAS version 8.0. All p values were two-sided. The study was approved by the Vanderbilt Committee for the Protection of Human Subjects. Informed consent of participants was not needed because the study met the US criteria for consent waiver: it posed minimum risk to, and could ultimately benefit the study population.

### Role of the funding source

The sponsors of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report.

### Results

Table 1 shows characteristics of NANSAID and control cohorts. 70% of the cohort were women, and 67% were white. Duration of follow-up and demographic factors did not differ by much between NANSAID users and controls.

Both NANSAID users and controls had high baseline risk for cardiovascular disease (table 1). A fifth of the cohort had serious cardiovascular disease in the year before cohort entry, usually obstructive coronary artery disease or heart failure. Two-thirds had previously used one or more cardiovascular drugs, suggesting raised risk of cardiovascular disease; antihypertensives, hypoglycaemics,

| Characteristic | NANSAID users (n=181 441) | Controls (n=181 441) |
|---|---|---|
| Mean time entered cohort | August 1993 | August 1993 |
| Follow-up (years, mean [SD]) | 1·5 (1·1) | 1·4 (1·1) |
| Age (years, mean [SD]) | 63·8 (9·5) | 63·8 (9·5) |
| Men | 53 862 (30%) | 53 878 (30%) |
| White | 118 126 (65%) | 123 656 (68%) |
| Standard Metropolitan Statistical Area | 86 477 (48%) | 84 306 (46%) |
| Medicaid enrolment | | |
| Uninsured | 39 624 (22%) | 42 930 (24%) |
| Disabled | 93 825 (52%) | 91 439 (50%) |
| Aged | 47 992 (26%) | 47 072 (26%) |
| Serious cardiovascular disease in past year | 39 943 (22%) | 40 289 (22%) |
| Myocardial infarction | 2899 (2%) | 3112 (2%) |
| Stroke or other cerebrovascular disease | 6347 (4%) | 7354 (4%) |
| Angina or revascularisation | 27 965 (15%) | 27 520 (15%) |
| Heart failure | 8591 (5%) | 9484 (5%) |
| Peripheral vascular disease | 6064 (3%) | 5719 (3%) |
| Use of any cardiovascular drug in past year | 121 882 (67%) | 120 502 (66%) |
| Antiarrhythmic | 4605 (3%) | 4774 (3%) |
| Angiotensin-converting enzyme inhibitor | 33 471 (18%) | 32 490 (18%) |
| Anticoagulant | 5040 (3%) | 7551 (4%) |
| Aspirin | 11 187 (6%) | 10 638 (6%) |
| β-blocker | 23 911 (13%) | 23 939 (13%) |
| Calcium-channel blocker | 42 569 (23%) | 39 524 (22%) |
| Digitalis glycoside | 17 149 (9%) | 19 043 (11%) |
| Hypoglycaemic agent | 31 922 (18%) | 30 821 (17%) |
| Lipid-lowering drug | 17 678 (10%) | 16 472 (9%) |
| Loop diuretic | 28 546 (16%) | 26 916 (15%) |
| Nitrate | 24 920 (14%) | 22 705 (13%) |
| Other antihypertensive | 41 096 (23%) | 38 608 (21%) |
| Platelet inhibitor | 6400 (4%) | 6276 (3%) |
| Thiazide diuretic | 47 882 (26%) | 43 656 (24%) |
| Oestrogen use among women in past year | 25 293 (20%) | 22 355 (17%) |
| Non-cardiovascular inpatient or emergency room visit in past year | 58 646 (32%) | 50 935 (28%) |
| Fewer than two physician visits in past year | 47 719 (26%) | 51 651 (28%) |

Data are numbers of individuals (%) unless otherwise stated.

**Table 1: Characteristics of the study cohorts**

loop diuretics, and anti-anginals were the drugs that were usually used. Among women, just under a fifth used replacement oestrogens at baseline. About a third of the cohort had previous non-cardiovascular visits to hospital or emergency-department, and just over a quarter had fewer than two physician visits in the past year. There were no material differences for these factors between NANSAID users and controls.

Table 2 shows the rates of serious coronary heart disease in the two cohorts. There were 6362 cases of serious coronary heart disease in 532 634 person-years of follow-up, or 11·9 per 1000 person-years. Of these, 4224 (66%) were hospital admissions with a discharge diagnosis for acute myocardial infarction and 2138 (34%) were deaths coded as fatal coronary heart disease.

Within the current-use and former-use groups, rate of serious coronary heart disease did not differ by much from that of controls. When we compared current use of individual NANSAIDs with controls (table 3), we noted only minor differences between drugs. The rate ratio for naproxen was significantly lower than that for ibuprofen (p=0·03), but it was not significantly different from that for other NANSAIDs (p=0·35). The rate ratio for ibuprofen ≥1800 mg was significantly greater than that for lower doses. However, there were no significant dose-response trends for naproxen or other NANSAIDs.

For personal use. Only reproduce with permission from The Lancet publishing group.

ARTICLES

| | Person-years | Coronary heart disease | Rate per 1000 person-years | Adjusted rate ratio* (95% CI) |
|---|---|---|---|---|
| **NANSAID users** | 275 565 | 3313 | 12·02 | 1·03 (0·98–1·08) |
| Current use | 65 502 | 841 | 12·84 | 1·05 (0·97–1·14) |
| Former use | 210 063 | 2472 | 11·77 | 1·02 (0·97–1·08) |
| **Control cohort** | 257 069 | 3049 | 11·86 | 1·00 |

*Adjusted with Poisson regression.

Table 2: Rates of serious coronary heart disease by study cohort and NANSAID use

To identify subgroups most likely to benefit from NANSAID anti-inflammatory and antiplatelet effects, we classified use of NANSAIDs by duration and dose (table 4). The rate ratio for long duration of use (>60 days) was identical to that for use of shorter duration. Among long-duration users, the rate ratios for high doses did not differ much from those for low doses. The rate ratio for high-dose naproxen use did not differ from those for ibuprofen or other individual NANSAIDs (p≥0·25).

To test the robustness of study definitions, we did several alternative analyses that altered both composition of the cohort and endpoint definition (table 5). In these analyses we also directly compared current use of naproxen with that for ibuprofen. To assess the extent to which unmeasured low-dose aspirin use might affect findings, we limited the cohort by exclusion of those with baseline history of myocardial infarction or stroke (for whom aspirin was most likely to be prescribed). All rate ratios did not differ by much from those for the original cohort (table 5).

Some data suggest NANSAIDs could worsen heart failure,[18] and thus increase risk of serious coronary heart disease, thus we did an analysis that excluded cohort members with baseline heart failure; findings did not differ from those of the original cohort. Results of several aspirin studies show a different pattern of findings for fatal and non-fatal myocardial infarctions,[17] thus we did an analysis that excluded deaths from coronary heart disease (table 5). There was a small increase in the rate ratio for all NANSAIDs but none of the rate ratios for naproxen differed significantly from 1 (reference). Classification of deaths from coronary heart disease could be affected by the few data available at time of death, thus we did an analysis that included 1746 deaths coded as attributable to vascular disease other than ischaemic heart disease (table 5); results differed little from those of the primary analysis.

We also did several alternative analyses that tested the appropriateness of the statistical methods. To assess the effects of allowing individuals to appear in the cohort more than once, we restricted the cohort to the first period of follow-up. Rate ratios for use of current naproxen, ibuprofen, and other NANSAIDs were, respectively, 0·97 (0·79–1·20), 1·17 (1·00–1·38), and 1·05 (0·89–1·23). To assess the effect of possible changes in baseline covariates, we did an analysis restricted to 1 year of follow-up; the respective rate ratios were 1·01 (0·83–1·23), 1·19 (1·02–1·40), and 1·17 (1·00–1·38). To assess the possibility of an excess of events early in NANSAID therapy, we restricted follow-up to 60 days; the respective rate ratios were 1·09 (0·80–1·49), 1·36 (1·06–1·75), and 1·35 (1·05–1·75). To assess the requirement that controls have a prescription filled before baseline, we excluded 4% of new NANSAID users who did not meet this criterion, with resulting rate ratios of 0·95 (0·82–1·10), 1·12 (0·99–1·25), and 1·02 (0·90–1·15). Finally, to ascertain whether recent discontinuation of NANSAIDs was linked to events, we assessed people in the first 30 days after cessation of the drug. The rate ratio for this category compared with controls was 0·97 (0·89–1·07).

## Discussion

Although effects of aspirin on coronary artery disease have been studied extensively,[1] there has been little investigation of widely used NANSAIDs. Our data suggest that, in a high-risk population of people 50 years of age or older, non-selective NANSAIDs neither increase nor decrease risk of serious coronary heart disease. Our rate ratio estimate for serious coronary heart disease is consistent with data from a case-control study of myocardial infarctions nested in a cohort of 16 769 women,[8] in which the investigators reported an odds ratio of 1·32 (0·97–1·81) for current NANSAID use.

The unexpected finding from the rofecoxib trial of a four-fold difference between this drug and naproxen in rates of myocardial infarction was interpreted as a protective effect of naproxen.[10] This hypothesis has now been discussed in both scientific[14] and lay circles,[19] in ways that might encourage the interpretation that naproxen is

| | Person-years | Coronary heart disease | Rate per 1000 person-years | Adjusted rate ratio* (95% CI) |
|---|---|---|---|---|
| **Other or multiple NANSAID** | 23 196 | 301 | 12·98 | 1·03 (0·92–1·16) |
| High dose | 15 424 | 205 | 13·29 | 1·07 (0·93–1·24) |
| Low dose | 7771 | 96 | 12·35 | 0·94 (0·77–1·16) |
| **Naproxen** | 17 692 | 201 | 11·36 | 0·95 (0·82–1·09) |
| ≥1000 mg | 12 327 | 144 | 11·68 | 1·00 (0·84–1·18) |
| <1000 mg | 5365 | 57 | 10·62 | 0·83 (0·64–1·09) |
| **Ibuprofen** | 24 614 | 339 | 13·77 | 1·15 (1·02–1·28) |
| ≥1800 mg | 15 751 | 231 | 14·67 | 1·27 (1·11–1·45) |
| <1800 mg | 8864 | 108 | 12·18 | 0·95 (0·78–1·15) |
| **NANSAID use** | | | | |
| Former | 210 063 | 2472 | 11·77 | 1·02 (0·97–1·08) |
| Control | 257 069 | 3049 | 11·86 | 1·00 |

*Adjusted with Poisson regression.

Table 3: Rates of serious coronary heart disease by specific NANSAID

| | Person-years | Coronary heart disease | Rate per 1000 person-years | Adjusted rate ratio (95% CI)† |
|---|---|---|---|---|
| **Duration >60 days** | 15 354 | 213 | 13·87 | 1·05 (0·91–1·21) |
| Other NANSAID | | | | |
| High dose | 3877 | 42 | 10·83 | 0·84 (0·62–1·14) |
| Low dose | 1969 | 25 | 12·70 | 0·92 (0·62–1·36) |
| **Naproxen** | | | | |
| ≥1000 mg | 3174 | 44 | 13·86 | 1·07 (0·80–1·45) |
| <1000 mg | 1375 | 22 | 16·00 | 1·13 (0·74–1·72) |
| **Ibuprofen** | | | | |
| ≥1800 mg | 2904 | 50 | 16·70 | 1·33 (1·01–1·77) |
| <1800 mg | 1964 | 30 | 15·27 | 1·09 (0·76–1·57) |
| **Duration <60 days** | 50 149 | 628 | 12·52 | 1·05 (0·96–1·15) |
| Former | 210 063 | 2472 | 11·77 | 1·02 (97–1·08) |
| Control | 257 069 | 3049 | 11·86 | 1·00 |

*Number of previous days of current NSAID use with gaps of less than 7 days allowed. †Adjusted with Poisson regression.

Table 4: Rates of serious coronary heart disease by duration of continuous NANSAID use*

For personal use. Only reproduce with permission from The Lancet.