| | Number of events | Rate ratio (95% CI) | | |
|---|---|---|---|---|
| | | All NANSAID current use | Naproxen vs control | Naproxen vs ibuprofen |
| Original cohort | 6362 | 1·05 (0·97–1·14) | 0·95 (0·82–1·09) | 0·83 (0·69–0·98) |
| Excluding cohort members with previous myocardial infarction or stroke | 5595 | 1·05 (0·97–1·14) | 0·94 (0·80–1·09) | 0·83 (0·69–1·01) |
| Excluding cohort members with baseline heart failure | 5564 | 1·08 (1·00–1·18) | 0·99 (0·85–1·15) | 0·85 (0·71–1·02) |
| Excluding deaths from coronary heart disease | 4224 | 1·22 (1·11–1·33) | 1·10 (0·94–1·30) | 0·87 (0·71–1·06) |
| Including other vascular deaths | 8102 | 0·98 (0·92–1·05) | 0·91 (0·80–1·03) | 0·86 (0·74–1·01) |

*All rate ratios adjusted with Poisson regression.

Table 5: **Alternative analyses***

cardioprotective.[18,19] We thus did several analyses to test the hypothesis that naproxen has a unique protective effect of a size sufficient to explain the findings of the rofecoxib trial.

We did not find consistent evidence for this hypothesis. The overall rate ratio for naproxen was not significantly different from 1 (reference). We also did not find evidence that naproxen was protective for patients in whom the benefits of an anti-platelet effect were most likely to be present: those with doses of at least 1000 mg (thought to produce substantial and sustained antiplatelet effects)[11] and with more than 60 days of uninterrupted use. In this group, the rate ratio for naproxen did not differ from that for NANSAID non-users or from the ratios for comparable users of either ibuprofen or other NANSAIDs. We also directly compared naproxen with ibuprofen. These two groups will probably be closely similar with respect to unmeasured potential confounders that might differ between NANSAID users and non-users. In our analysis, the rate ratio for naproxen was slightly lower than that for all NANSAIDs. Even if this difference is attributable to a protective effect of naproxen, the size is insufficient to explain the findings of the rofecoxib trial.

The absence of a large protective effect for naproxen in our study could be explained in part by differences in the populations studied. Most NANSAID use in the community is for acute pain and symptoms of osteoarthritis,[1,2] whereas patients in the rofecoxib study had rheumatoid arthritis diagnosed, which might affect both risk of coronary artery disease[20,21] and effects of NSAIDs. The rofecoxib protocol prohibited aspirin use, and thus such use would probably have been lower than that in our study. However, the Medicaid cohort had an approximately four-fold higher incidence of serious coronary heart disease than did the patients in the rofecoxib trial,[10] which is evidence against the hypothesis that naproxen might differentially benefit high-risk patients.

Our study had several limitations. We used a computerised database of medical histories to define exposure to NANSAIDs and to identify serious coronary heart disease. Automated pharmacy records have been found to be an excellent unbiased source of information on drug use.[22,23] Although some NANSAIDs could be obtained over the counter during the study, Medicaid paid for these NANSAIDs when prescribed, and thus patients had strong economic incentive to obtain these drugs by prescription. In studies of *Medicaid* patients from Tennessee admitted to hospital for peptic ulcer,[1] colon cancer,[26] and renal failure,[27] among people who had no active prescriptions for NANSAIDs at admission, only 4% had such use noted in their chart. Conversely, in a phone-interview survey with medication container review, among people with active NANSAID prescriptions,[28] more than 90% reported current use of these drugs. However, some exposure misclassification is inevitable and would probably bias towards the null.

Were the findings for NANSAID users affected by confounding from risk factors for coronary heart disease? Several lines of evidence suggest this possibility was not the case. The Medicaid database provides extensive information on medically treated risk factors such as hypertension, diabetes, angina, and previous episodes of serious cardiovascular disease. At baseline, individuals starting use of NANSAIDs and controls had virtually identical prevalence of these risk factors, suggesting absence of systematic differences in risk of cardiovascular disease between these cohorts. Furthermore, the rate ratio estimates presented were calculated from models that controlled for these factors.

Because the study database did not have information on smoking, obesity, inactivity, and diet, these lifestyle factors could be confounders. However, in other studies in this population, smoking—potentially the strongest such confounder—has not varied with NANSAID use.[1,29] Furthermore, the effect of these lifestyle factors is shown by raised prevalence of medical risk factors such as hypertension or angina; these are controlled for in our analysis. Although residual confounding by behavioural or lifestyle factors is possible, the fact that risk for former non-current users of NANSAIDs was virtually identical to that of non-users suggests that the size of such confounding is not large.

Although our study had information on prescribed aspirin use, rates of use were low, and many patients were probably using over-the-counter aspirin. This factor would introduce bias only if aspirin use differed in accordance with NANSAID status. In studies of peptic ulcer,[1,29] colon cancer,[26] and renal failure,[27] this difference did not occur. In our cohort, exclusion of members with previous myocardial infarction or stroke—the group most likely to receive aspirin—did not significantly change findings.

Absence of a protective effect of naproxen or other non-selective NANSAIDs suggests that none of these drugs should be used for cardioprotection in the absence of evidence from randomised controlled trials to lend support to such a practice.

*Contributors*

W A Ray wrote the initial drafts of the study protocol and the report, and did the statistical analyses. M R Griffin and C M Stein contributed to the initial design of the study and helped revise both the protocol and the report. J R Daugherty and K Hall contributed to the study protocol and did computer programming.

*Conflict of interest statement*

M R Griffin is a consultant for Merck Research Laboratories and W A Ray has consulted for Merck in the past year, but none of the funding for this study was provided by any pharmaceutical company.

*Acknowledgments*

This study was funded in part by the Agency for Healthcare Research and Quality, Centers for Education and Research in Therapeutics cooperative agreement (grant # HS1-0384), and a cooperative agreement with the Food and Drug Administration (FD-U-001641).

For personal use. Only reproduce with permission from ...

**References**

1 Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. *Ann Intern Med* 1991; 114: 257–63.
2 Chrischilles EA, Lemke JH, Wallace RB, Drube GA. Prevalence and characteristics of multiple analgesic drug use in an elderly study group. *J Am Geriatr Soc* 1990; 38: 979–84.
3 Patrono C, Coller B, Dalen JE, et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. *Chest* 2001; 119: 39S–63S.
4 Ross R. Atherosclerosis: an inflammatory disease. *N Engl J Med* 1999; 340: 115–26.
5 Ridker PM, Hennekens CH, Buring JE, Rifai N. C-reactive protein and other markers of inflammation in the prediction of cardiovascular disease in women. *N Engl J Med* 2000; 342: 836–43.
6 Masferrer JL, Needleman P. Anti-inflammatories for cardiovascular disease. *Proc Natl Acad Sci USA* 2000; 97: 12400–01.
7 McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX) 2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci USA* 1999; 96: 272–77.
8 Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? *Ann Intern Med* 1994; 121: 289–300.
9 Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. *Epidemiology* 2000; 11: 382–87.
10 Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000; 343: 1520–28.
11 Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol* 2000; 40: 1109–20.
12 Ray WA, Griffin MR. Use of Medicaid data for pharmacoepidemiology. *Am J Epidemiol* 1989; 129: 837–49.
13 Fisher ES, Whaley FS, Krushat WM, et al. The accuracy of Medicare's hospital claims data: progress has been made, but problems remain. *Am J Public Health* 1992; 82: 243–48.
14 Rawson NSB, Malcolm E. Validity of the recording of ischaemic heart disease and chronic obstructive pulmonary disease in the Saskatchewan health care datafiles. *Stat Med* 1995; 14: 2627–43.
15 Mirvis DM, Chang CF, Hall CJ, Zaar GT, Applegate WB. TennCare health system reform for Tennessee. *JAMA* 1995; 274: 1235–41.
16 Page J, Henry D. Consumption of NSAIDs and the development of congestive heart failure in elderly patients. *Arch Intern Med* 2000; 160: 777–84.
17 The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. *Lancet* 1998; 351: 233–41.
18 Boers M. NSAIDs and selective COX-2 inhibitors: competition between gastroprotection and cardioprotection. *Lancet* 2001; 357: 1222–23.
19 Brody JE. Newest pain killers deserve a closer look. The New York Times 2001, June 12: 7.
20 Myllykangas-Luosujarvi R, Aho K, Kautiainen H, Isomaki H. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. *J Rheumatol* 1995; 22: 1065–67.
21 Heliovaara M, Aho K, Knekt P, Aromaa A, Maatela J, Reunanen A. Rheumatoid factor, chronic arthritis and mortality. *Ann Rheum Dis* 1995; 54: 811–14.
22 Strom BL, Carson JL. Use of automated databases for pharmacoepidemiology research. In: Armenian HK, Gordis L, Levine MM, Thacker SB, eds. Epidemiologic reviews, 12th edn. Baltimore: The Johns Hopkins University School of Hygiene and Public Health, 1990: 87–107.
23 West SL, Savitz DA, Koch G, Strom BL, Guess HA, Hartzema A. Recall accuracy for prescription medications: self-report compared with database information. *Am J Epidemiol* 1995; 142: 1103–10.
24 Leister KA, Edwards WA, Christensen D, Clark H. Comparison of patient drug regimens as viewed by the physician, pharmacist and patient. *Med Care* 1981; 19: 658–64.
25 Johnson RE, Vollmer WM. Comparing sources of drug data about the elderly. *J Am Geriatr Soc* 1991; 39: 1079–84.
26 Smalley WE, Ray WA, Daugherty J, Griffin MR. Nonsteroidal anti-inflammatory drug use and colorectal cancer incidence: a population-based study. *Arch Intern Med* 1999; 159: 161–66.
27 Griffin MR, Yared A, Ray WA. Nonsteroidal anti-inflammatory drugs and acute renal failure in elderly persons. *Am J Epidemiol* 2000; 151: 488–96.
28 Ray WA, Stein CM, Byrd V, et al. An educational program for physicians to reduce use of non-steroidal anti-inflammatory drugs among community-dwelling elderly persons: a randomized controlled trial. *Med Care* 2001; 39: 425–35.
29 Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. *Ann Intern Med* 1988; 109: 359–63.



For personal use. Only reproduce with permission from [illegible]

# Risk of cardiovascular events and rofecoxib: cumulative meta-analysis

*Peter Jüni, Linda Nartey, Stephan Reichenbach, Rebekka Sterchi, Paul A Dieppe, Matthias Egger*

## Summary

**Background** The cyclo-oxygenase 2 inhibitor rofecoxib was recently withdrawn because of cardiovascular adverse effects. An increased risk of myocardial infarction had been observed in 2000 in the Vioxx Gastrointestinal Outcomes Research study (VIGOR), but was attributed to cardioprotection of naproxen rather than a cardiotoxic effect of rofecoxib. We used standard and cumulative random-effects meta-analyses of randomised controlled trials and observational studies to establish whether robust evidence on the adverse effects of rofecoxib was available before September, 2004.

**Methods** We searched bibliographic databases and relevant files of the US Food and Drug Administration. We included all randomised controlled trials in patients with chronic musculoskeletal disorders that compared rofecoxib with other non-steroidal anti-inflammatory drugs (NSAIDs) or placebo, and cohort and case-control studies of cardiovascular risk and naproxen. Myocardial infarction was the primary endpoint.

**Findings** We identified 18 randomised controlled trials and 11 observational studies. By the end of 2000 (52 myocardial infarctions, 20 742 patients) the relative risk from randomised controlled trials was 2·30 (95% CI 1·22–4·33, p=0·010), and 1 year later (64 events, 21 432 patients) it was 2·24 (1·24–4·02, p=0·007). There was little evidence that the relative risk differed depending on the control group (placebo, non-naproxen NSAID, or naproxen; p=0·41) or trial duration (p=0·82). In observational studies, the cardioprotective effect of naproxen was small (combined estimate 0·86 [95% CI 0·75–0·99]) and could not have explained the findings of the VIGOR trial.

**Interpretation** Our findings indicate that rofecoxib should have been withdrawn several years earlier. The reasons why manufacturer and drug licensing authorities did not continuously monitor and summarise the accumulating evidence need to be clarified.

Published online November 5, 2004 http://image.thelancet.com/extras/04art10237web.pdf

See Comment

Department of Social and Preventive Medicine, University of Berne, Berne, Switzerland (P Jüni MD, L Nartey DipMed, S Reichenbach MD, R Sterchi, Prof M Egger MD); Department of Rheumatology and Clinical Immunology, Inselspital, University of Berne, Berne, Switzerland (P Jüni, S Reichenbach); and MRC Health Services Research Collaboration, Department of Social Medicine, University of Bristol, Bristol, UK (P Jüni, S Reichenbach, Prof P A Dieppe MD, Prof M Egger)

Correspondence to: Prof M Egger, Department of Social and Preventive Medicine, University of Berne, CH-3012 Berne, Switzerland egger@ispm.unibe.ch

## Introduction

On Sept 30, 2004, a press release from Merck announced the withdrawal of rofecoxib (Vioxx) because of an increased cardiovascular risk in patients taking the drug for more than 18 months.[1] The decision was based on the 3-year results of the unpublished Adenomatous Polyp Prevention on Vioxx (APPROVe) study, a placebo-controlled trial of rofecoxib for the prevention of recurrence of colorectal polyps in patients with a history of colorectal adenomas. By the time it was withdrawn, rofecoxib had been taken by an estimated 80 million people and sales had reached US$2·5 billion in 2003.[2]

Rofecoxib is a non-steroidal anti-inflammatory drug (NSAID) that selectively inhibits cyclo-oxygenase 2 (COX2). The COX enzyme is crucial to the formation of prostaglandins and exists in two isoforms, a constitutive isoform (COX1) and an inducible isoform that is expressed at sites of inflammation (COX2). The idea that anti-inflammatory effects are mediated through inhibition of COX2, whereas adverse gastrointestinal effects are attributable to inhibition of COX1, whose prostaglandins protect the gastric mucosa, led to the development of selective COX2 inhibitors.[3] Approved by the US Food and Drug Administration (FDA) in 1999, COX2 inhibitors soon dominated the prescription-drug market for NSAIDs.

The safety profile of rofecoxib has been questioned since the Vioxx Gastrointestinal Outcomes Research trial (VIGOR),[4] which noted a five-fold higher incidence of myocardial infarction in the rofecoxib group compared with the naproxen group.[5,6] Naproxen inhibits the production of thromboxane and platelet aggregation, and the difference in cardiovascular risk was attributed to a cardioprotective effect of naproxen, rather than a cardiotoxic effect of rofecoxib.[4] This interpretation was reiterated in a 2001 meta-analysis of randomised trials of rofecoxib[7] and three case-control studies of naproxen and myocardial infarction published in 2002.[8–10]

We report the results of a cumulative meta-analysis to establish whether robust evidence on the adverse effects of rofecoxib was available before September, 2004.

## Methods

### *Literature search and inclusion criteria*

We aimed to identify all randomised clinical trials that compared rofecoxib with another NSAID or placebo. We searched the Cochrane Controlled Trials Register (issue 3, 2004), and MEDLINE, EMBASE, and CINAHL (from inception to September, 2004). We combined a search for articles relating to rofecoxib with the Cochrane search strategy for randomised trials. We examined citations of key papers in the Science Citation Index, searched conference proceedings, screened

PLAINTIFF'S
EXHIBIT
C

For personal use. Only reproduce with permission from Elsevier Ltd

reference lists of relevant papers, contacted experts, and scrutinised the proceedings of the relevant FDA advisory panels. No large placebo-controlled randomised trials addressing the cardioprotective potential of naproxen are available.[11] We therefore identified observational studies combining drug-specific search terms with terms related to cardiovascular disease.

We included all randomised controlled trials in adult patients with chronic musculoskeletal disorders that compared rofecoxib 12·5–50 mg daily with other NSAIDs or placebo. Data for trial arms using other doses of rofecoxib were excluded. We included cohort and case-control studies that examined the association between naproxen use and cardiovascular risk. Two reviewers (PJ, SR) independently evaluated studies for eligibility.

### Data collection and outcome measures

Two reviewers (LN, RS) extracted data for publication status, trial design, patients' characteristics, treatment regimens, outcomes, funding, year of publication, year of first presentation at a major conference, and year of submission of data to the FDA, using a standardised form. Completed data forms were checked by two different reviewers (PJ, SR). We assessed two components of trial quality: concealment of allocation of patients to treatment groups, and external review of serious cardiovascular events.

For rofecoxib trials, fatal or non-fatal acute myocardial infarction was the primary endpoint. The following cardiovascular outcomes were regarded as secondary endpoints: fatal or non-fatal strokes (thrombotic or haemorrhagic); cardiovascular mortality (including deaths of unknown cause); and the composite outcome of serious cardiovascular events previously used in a Merck-sponsored meta-analysis[7]—non-fatal myocardial infarction, non-fatal ischaemic or haemorrhagic stroke, death from a vascular cause, or any death from an unknown cause. In case of discrepancies in the number of cardiovascular events between published reports and FDA files, data from the FDA were used. Finally, we extracted all data for the risk of myocardial infarction and naproxen use from eligible observational studies.

383 reports considered
50 reports excluded based on titles and abstracts:
50 not RCT
333 full reports obtained
254 reports excluded:
145 not RCT
13 meta-analysis of RCTs
52 other disorder
27 other control intervention
10 subgroup analysis
7 other reason
79 reports provisionally included (32 RCTs)
16 reports excluded (14 RCTs):
16 no cardiovascular safety data available
63 reports included (18 RCTs)

*Figure 1:* Identification of eligible randomised controlled trials (RCTs)

### Statistical analysis

We analysed results from randomised trials using standard and cumulative random-effects meta-analysis. In cumulative meta-analysis, cardiovascular safety data were included the year they first became available—ie, the earliest of: submission of data to the FDA, presentation at a major conference, or publication in a journal. Random-effects meta-regression models were used to examine whether estimates of relative risk were affected by the dose, type of control group (naproxen, other NSAIDs, or placebo), trial duration, adequacy of concealment of allocation, and external review of cardiovascular events. For trials with more than two arms, and for extensions of trials, we used appropriate weighting to avoid duplication of data. Comparisons with no events in either group were excluded; comparisons with events only in one group were analysed by adding 0·5 to all cells.

Risk ratios and odds ratios from observational studies were pooled using random-effects meta-analyses. For the primary analysis we followed the authors' choice of reference group. Comparison of naproxen users with users of other NSAIDs, rather than with non-users, might reduce possible confounding by indication. We therefore also analysed the results from comparisons with non-naproxen NSAIDs. We used meta-regression to establish the effect of study design (case-control or cohort), source of funding (Merck *vs* other), and whether or not analyses had been adjusted for aspirin use.

For all meta-analyses, we calculated the $I^2$ statistic,[12] which describes the percentage of total variation across studies that is attributable to heterogeneity rather than chance, and did standard tests of heterogeneity. All analyses were undertaken in STATA 8.2 (Stata, College Station, TX, USA).

### Role of the funding source

The sponsor of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report. The corresponding author had full access to all the data in the study and had final responsibility for the decision to submit for publication.

## Results

Figure 1 summarises the process of identifying eligible clinical trials. 18 randomised controlled trials met inclusion criteria.[4,13–28] We also identified 126 reports of observational studies on naproxen and cardiovascular risk. We excluded 62 articles on the basis of their

For personal use. Only reproduce with permission from Elsevier Ltd

| | Protocol number | Submitted to FDA (year) | Treated disorder (number of patients) | Intervention (number of patients) | | Duration (weeks) |
|---|---|---|---|---|---|---|
| | | | | Rofecoxib | Control | |
| Ehrich et al (1999)[13] | 010 | 1998 | Osteoarthritis (n=145) | Rofecoxib 25 mg (n=73) | Placebo (n=72) | 6 |
| Laine et al (1999)[14] | 044 | 1998 | Osteoarthritis (n=742) | Rofecoxib 25 mg (n=195)<br>Rofecoxib 50 mg (n=186) | Placebo (n=177)<br>Ibuprofen 2400 mg (n=184) | 24 |
| Schnitzer et al (1999)[24] | 068 | 2001 | Rheumatoid arthritis (n=500) | Rofecoxib 25 mg (n=171)<br>Rofecoxib 50 mg (n=161) | Placebo (n=168) | 8 |
| Extension of Schnitzer et al (1999)[24] | 068-P2 | 2001 | Rheumatoid arthritis (n=544) | Rofecoxib 25 mg (n=235)<br>Rofecoxib 50 mg (n=223) | Naproxen 1000 mg (n=86) | 44 |
| Bombardier et al (2000)[4] | 088c | 2000 | Rheumatoid arthritis (n=8076) | Rofecoxib 50 mg (n=4047) | Naproxen 1000 mg (n=4029) | Up to 56 |
| Cannon et al (2000)[16] | 035 | 1998 | Osteoarthritis (n=784) | Rofecoxib 12·5 mg (n=259)<br>Rofecoxib 25 mg (n=257) | Diclofenac 150 mg (n=268) | 52 |
| Day et al (2000)[17] | 040 | 1998 | Osteoarthritis (n=809) | Rofecoxib 12·5 mg (n=244)<br>Rofecoxib 25 mg (n=242) | Placebo (n=74)<br>Ibuprofen 2400 mg (n=249) | 6 |
| Hawkey et al (2000)[15] | 045 | 1998 | Osteoarthritis (n=775) | Rofecoxib 25 mg (n=195)<br>Rofecoxib 50 mg (n=193) | Placebo (n=194)<br>Ibuprofen 2400 mg (n=193) | 24 |
| Saag et al (2000)[18] | 033 | 1998 | Osteoarthritis (n=736) | Rofecoxib 12·5 mg (n=219)<br>Rofecoxib 25 mg (n=227) | Placebo (n=69)<br>Ibuprofen 2400 mg (n=221) | 6 |
| Saag et al (2000 A)[18] | 034 | 1998 | Osteoarthritis (n=693) | Rofecoxib 12·5 mg (n=231)<br>Rofecoxib 25 mg (n=232) | Diclofenac 150 mg (n=230) | 52 |
| Ehrich et al (2001)[19] | 029 | 1998 | Osteoarthritis (n=523) | Rofecoxib 12·5 mg (n=144)<br>Rofecoxib 25 mg (n=137)<br>Rofecoxib 50 mg (n=97) | Placebo (n=145) | 6 |
| Unpublished extension of Ehrich et al (2001)[19] | 029-10 | 1998 | Osteoarthritis (n=438) | Rofecoxib 12·5 mg (n=102)<br>Rofecoxib 25 mg (n=146)<br>Rofecoxib 50 mg (n=100) | Diclofenac 150 mg (n=90) | 26 |
| Geba et al (2001)[20] | 090 | 2000 | Osteoarthritis (n=978) | Rofecoxib 12·5 mg (n=390) | Placebo (n=196)<br>Nabumetone 1000 mg (n=392) | 6 |
| Truitt et al (2001)[21] | 058 | 1998 | Osteoarthritis (n=341) | Rofecoxib 12·5 mg (n=118)<br>Rofecoxib 25 mg (n=56) | Placebo (n=52)<br>Nabumetone 1500 mg (n=115) | 6 |
| Truitt et al (2001 A)[25] | 096 | 2001 | Rheumatoid arthritis (n=909) | Rofecoxib 12·5 mg (n=148)<br>Rofecoxib 25 mg (n=311) | Placebo (n=301)<br>Naproxen 1000 mg (n=149) | 12 |
| Unpublished extension of Truitt et al (2001 A)[25] | 096-P2 | 2001 | Rheumatoid arthritis (n=673) | Rofecoxib 25 mg (n=335)<br>Rofecoxib 50 mg (n=114) | Naproxen 1000 mg (n=224) | 40 |
| Geusens et al (2002)[26] | 097 | 2001 | Rheumatoid arthritis (n=1058) | Rofecoxib 25 mg (n=315)<br>Rofecoxib 50 mg (n=297) | Placebo (n=299)<br>Naproxen 1000 mg (n=147) | 12 |
| Unpublished extension of Geusens et al (2002)[26] | 097-P2 | 2001 | Rheumatoid arthritis (n=893) | Rofecoxib 25 mg (n=253)<br>Rofecoxib 50 mg (n=392) | Naproxen 1000 mg (n=248) | 40 |
| Hawkey et al (2003)[27] | 098/103 | - | Rheumatoid arthritis (n=660) | Rofecoxib 50 mg (n=219) | Placebo (n=221)<br>Naproxen 1000 mg (n=220) | 12 |
| Katz et al (2003)[28] | - | - | Chronic low back pain (n=690) | Rofecoxib 25 mg (n=233)<br>Rofecoxib 50 mg (n=229) | Placebo (n=228) | 4 |
| Lisse et al (2003)[22] | 102 | 2000 | Osteoarthritis (n=5586) | Rofecoxib 25 mg (n=2799) | Naproxen 1000 mg (n=2787) | 12 |
| Kivitz et al (2004)[23] | 085 | 2000 | Osteoarthritis (n=1042) | Rofecoxib 12·5 mg (n=424) | Placebo (n=208)<br>Nabumetone 1000 mg (n=410) | 6 |

Table 1: Characteristics of randomised controlled trials and extensions of trials of therapeutic doses of rofecoxib in chronic musculoskeletal disorders

abstracts and obtained the full-text articles for the remaining 64 reports. 11 observational studies met inclusion criteria.[8–10,29–36]

### Characteristics of trials, patients, and interventions

Table 1 shows the characteristics of trials. The 18 trials included a total of 25 273 patients. 12 trials were done in patients with osteoarthritis,[13–23] five in individuals with rheumatoid arthritis,[4,24–27] and one in people with low back pain.[28] Three trials had two arms,[4,13,22] seven had three arms,[14,18,20,22,24,27,28] and eight had four arms.[15–19,21,25,26] Most trials with more than two arms included several rofecoxib arms of different doses. 14 trials included a placebo arm.[13,15–22,24–28] Trial duration ranged from 4 weeks to more than 1 year. The median incidence of myocardial infarction in control groups was 1·45 per 1000 patient-years (IQR 0–5·2)

Five trials[19,21,24–26] were extended after the original protocol had ended, and patients initially allocated to placebo or low doses of rofecoxib were randomly allocated to different groups. For example, patients from placebo and 5 mg rofecoxib groups of protocol 029[19] were allocated to diclofenac, rofecoxib 12·5 mg, or rofecoxib 25 mg in an extension phase. One extension was excluded because no cardiovascular safety data were reported.[21] Therefore, a total of 22 comparisons contributed to analyses. All randomised controlled trials were sponsored by Merck. Four trials described adequate concealment of allocation.[11,17,21,28] Cardiovascular events were externally reviewed in eight trials.[4,20,22,23,25–28]

### Cardiovascular risk from randomised controlled trials

The analysis of the primary endpoint—myocardial infarction—was based on 64 events from

For personal use. Only reproduce with permission from Elsevier Ltd

*Figure 2*: **Meta-analysis of randomised trials comparing rofecoxib with control**

16 comparisons between rofecoxib and control, with 52 events in rofecoxib groups and 12 in control groups. As figure 2 shows, the combined relative risk was 2·24 (95% CI 1·24–4·02), with little evidence of between trial heterogeneity ($I^2$=0%, p for heterogeneity=0·82). Table 2 presents results from stratified analyses. Estimates of relative risk varied depending on whether rofecoxib had been compared with placebo, an NSAID other than naproxen, or naproxen, but 95% CIs were wide and a test of interaction was not significant (p=0·41). Similarly, there was little evidence that relative risks differed depending on the dose of rofecoxib or the duration of trials. The estimated relative risk of myocardial infarction was greater in trials with an external endpoint committee compared with trials without such a committee (p=0·011).

| | Relative risk (95% CI) | p for interaction |
|---|---|---|
| All comparisons | 2·24 (1·24–4·02) | |
| Type of control | | |
| Placebo | 1·04 (0·34–3·12) | 0·41 |
| Non-naproxen NSAIDs | 1·55 (0·55–4·36) | |
| Naproxen | 2·93 (1·36–6·33) | |
| Daily dose | | |
| 12·5 mg | 2·71 (0·99–7·44) | 0·69 |
| 25 mg | 1·37 (0·52–3·61) | |
| 50 mg | 2·83 (1·24–6·43) | |
| Trial duration | | |
| ≥6 months | 2·17 (1·03–4·59) | 0·82 |
| <6 months | 2·33 (0·90–6·03) | |
| Concealment of allocation | | |
| Adequate | 2·04 (0·32–12·93) | 0·96 |
| Unclear | 2·26 (1·22–4·19) | |
| External endpoint committee | | |
| Yes | 3·88 (1·88–8·02) | 0·011 |
| No or unclear | 0·79 (0·29–2·13) | |

*Table 2*: Relative risk of myocardial infarction comparing rofecoxib with control, from stratified meta-analyses

Cumulative meta-analysis (figure 3) showed that an increased risk of myocardial infarction became evident in 2000, when 14 247 patients had been randomised and 44 events had occurred. At the end of 2000 (52 myocardial infarctions, 20 742 patients) the relative risk was 2·30 (95% CI 1·22–4·33, p=0·010). Subsequent trials brought the number of patients to 21 432 and the number of events to 64. Although this resulted in a narrowing of the CI, point estimates remained similar. The most recent data became available in October, 2001; later trials did not report on cardiovascular outcomes.

A total of 44 strokes were recorded in 11 comparisons, with 25 events in rofecoxib groups and 19 in control groups. The combined relative risk was 1·02 (95% CI 0·54–1·93). Nine comparisons contributed to the analysis of cardiovascular death, with 18 deaths in rofecoxib groups and 13 in control groups and a pooled relative risk of 0·79 (0·29–2·19). Finally, 17 comparisons contributed to the analysis of serious cardiovascular events, with 85 events in rofecoxib groups and 38 in control groups (combined relative risk 1·55 [95% CI 1·05–2·29]). Again, there was little evidence of between-trial heterogeneity for these outcomes ($I^2$ 0%, 27%, and 0%, respectively).

### Cardioprotective effect of naproxen

For the analysis of naproxen there were eight case-control studies and three retrospective cohort studies (table 3). All studies except one[46] used data from large administrative or clinical databases. Four studies were based on the UK General Practice Research Database. Figure 4 shows the meta-analysis of results from primary analyses. The combined estimate was 0·86 (95% CI 0·75–0·99). Almost identical results were obtained when analyses were based on comparisons with non-naproxen NSAIDs (0·86 [0·75–0·99]). In both analyses, there was considerable between-study heterogeneity ($I^2$ 68% and 43%, respectively). Meta-regression analysis indicated that the funding source largely explained between-study heterogeneity, with studies funded by Merck indicating larger cardioprotective effects of naproxen (p=0·001 and p=0·056, respectively, by test of interaction). There was little evidence for an association with study design or adjustment for aspirin use (p>0·30).

## Discussion

The voluntary withdrawal of rofecoxib by its manufacturer, Merck, on the basis of a fairly small trial that was designed for a different purpose raises several questions.[7] In particular, we must establish whether the drug should have been withdrawn earlier. Our cumulative meta-analysis of randomised controlled trials indicates

www.thelancet.com Published online November 5, 2004 http://image.thelancet.com/extras/04art10237web.pdf

For personal use. Only reproduce with permission from Elsevier Ltd



**Figure 3: Cumulative meta-analysis of randomised trials comparing rofecoxib with control**
See figure 2 for sequence of trials.

that an increased risk of myocardial infarction was evident from 2000 onwards. At the end of 2000, the effect was both substantial and unlikely to be a chance finding.

We found an increased risk of myocardial infarction in trials of both short and long duration, which is in contrast to the unpublished results from the APPROVe trial.[1] Our findings thus indicate that patients are at risk even if rofecoxib is taken for a few months only. Therefore, the reassuring statement by Merck, that there is no excess risk in the first 18 months,[1] is not supported by our data. Similarly, we recorded no evidence to support the notion that rofecoxib's cardiovascular toxicity is dose-dependent.[15,38] The reported increase in risk was greater in trials with an external endpoints committee (relative risk 3·9), suggesting that misclassification of coronary events could have biased results in trials that did not include external appraisal of safety outcomes. The inclusion of an independent endpoints committee should be the rule, and exceptions to this rule should be justified.

The difference in coronary risk in the VIGOR trial has been widely interpreted as being due to a cardioprotective effect of naproxen, rather than an adverse effect of rofecoxib.[4,39,40] We examined this hypothesis by stratifying results from randomised trials according to the control intervention and found that the increase in risk was indeed greater in trials comparing rofecoxib with naproxen, but that this finding was probably attributable to chance ($p=0·41$). The possible cardioprotective effect of naproxen has also been examined in several observational, pharmaco-epidemiological studies. Taken together, the data from these studies indicate that if a protective effect of naproxen exists, it is probably small, and, as pointed out earlier,[6,29] not large enough to explain the findings of VIGOR.[4]

By contrast to our findings, two earlier meta-analyses from Merck Research Laboratories showed no evidence of a rise in cardiovascular risk[41] or an increase in risk that was restricted to trials comparing rofecoxib with naproxen.[7] Possible explanations for these discrepant results include: confounding by trial, in analyses inadequately pooling individual patients' data; use of composite cardiovascular endpoints, which will have diluted any increase in risk of myocardial infarction; and inclusion of safety data that had not undergone independent adjudication. Pooled analyses of industry-sponsored drug trials, undertaken by the company manufacturing the drug in question, are becoming increasingly common. To clarify the reasons behind the

For personal use. Only reproduce with permission from Elsevier Ltd

| | Source population (study period) | Design | Case/outcome definition | Definition of exposure to naproxen | Reference group in primary analysis | Control for confounding | Funding source |
|---|---|---|---|---|---|---|---|
| Jick et al (2000)[illegible] | NSAID users attending general practices* (1996–98) | Matched case-control study | First acute MI | Use in previous 3 months based on prescription data | Diclofenac users | Exclusion of patients with history of CVD | Boehringer Ingelheim |
| Rahme et al (2002)[5] | Elderly people covered by Quebec Health Care Fund (1988–94) | Matched case-control study | Acute MI | Current and chronic use based on prescription data | Users of other NSAIDS | Exclusion of patients with recent MI; adjustment for drugs to treat cardiovascular disease, previous cardiovascular diseases, comorbidity | Merck |
| Ray et al (2002)[11] | Middle-aged and elderly people enrolled in Tennessee Medicaid programme (1987–98) | Retrospective cohort study | Acute MI or death from CHD | Current use based on prescription data | People not using NSAIDS | Adjustment for risk score based on prescriptions, hospital admissions, emergency room visits | AHRQ and FDA |
| Ray et al (2002 A)[illegible] | Middle-aged and elderly people enrolled in Tennessee Medicaid programme (1999–2001) | Retrospective cohort study | Acute MI or death from CHD | Current use based on prescription data | People not using NSAIDS | Adjustment for risk score based on prescriptions, hospital admissions, emergency room visits | AHRQ, US Public Health Service and FDA |
| Schlienger et al (2002)[illegible] | Patients attending general practices* (1992–97) | Matched case-control study | First acute MI | Current use based on prescription data | People not using NSAIDS | Exclusion of patients with history of CVD; adjustment for smoking status, BMI, hormone replacement therapy, aspirin use | No specific funding |
| Solomon et al (2002)[illegible] | New Jersey Medicaire, Medicaid or Pharmaceutical Assistance for the Aged and Disabled Program enrolees (1991–95) | Matched case-control study | Acute MI | Use in previous 6 months based on prescription data | People not using NSAIDS | Exclusion of patients with history of CVD; adjustment for Medicaid enrolment, nursing home residency, diabetes, hypertension, congestive heart failure, comorbidity index, drug prescriptions, hospitalisations | Arthritis Foundation and NIA |
| Watson et al (2002)[illegible] | Patients with rheumatoid arthritis attending general practices* (1988–99) | Matched case-control study | Acute MI | Current use based on prescription data | People not using naproxen | Adjustment for smoking, prescriptions, diabetes, other comorbidity, and cardiovascular risk score | Merck |
| Mamdani et al (2003)[illegible] | Elderly Ontario residents (1998–2001) | Retrospective cohort study | Acute MI | Current use based on prescription data | People not using NSAIDS | Adjustment for hospitalisations, procedures, and prescriptions | CIHR |
| García Rodríguez (2004)[illegible] | Patients attending general practices* (1997–2000) | Matched case-control study | Acute MI or death from CHD | Current use based on prescription data | People not using NSAIDS | Adjusted for smoking, diabetes, hypertension, hyperlipidaemia, BMI, CHD, cerebrovascular disease, alcohol intake, aspirin and other drugs | Pharmacia |
| Graham et al (2004)[illegible] | NSAID users enrolled in Kaiser Permanente managed care organisation (1999–2001) | Unmatched case-control study | Acute MI or sudden cardiac death | Current use based on prescription data | Past users of NSAIDs | Adjusted for risk score based on prescriptions, hospital admissions, emergency room visits | FDA |
| Kimmel et al (2004)[illegible] | Cases from 36 hospitals and community controls resident in five counties surrounding Philadelphia (1998–2001) | Unmatched case-control study | First non-fatal MI | Use within 1 week based on telephone interview | People not using NSAIDS | Adjustment for smoking, CHD, BMI, health services utilisation, diabetes, hypertension, hypercholesterolaemia, education | NIH, Pharmacia, Merck |

MI=myocardial infarction. CHD=coronary heart disease. CVD=cardiovascular disease. BMI=body-mass index. AHRQ=Agency for Healthcare Research and Quality. FDA=Food and Drug Administration. NIA=National Institutes of Ageing. CIHR=Canadian Institutes of Health Research. *UK General Practice Research Database (UK GPRD).

*Table 3*: Characteristics of observational studies of naproxen use and myocardial infarction

misleading results of Merck's meta-analyses of cardiovascular events in clinical trials of rofecoxib will be important. Also, the notion that meta-analyses of individual patients' data are always superior to meta-analyses of published work might have to be revised.[42]

We recorded little evidence of an increased risk of stroke, although the number of events was small and 95% CIs wide. The rofecoxib trials were done in patients at low cardiovascular risk and the discrepant results for myocardial infarction and stroke mirror what is noted

For personal use. Only reproduce with permission from Elsevier Ltd

with antiplatelet treatment: risk of myocardial infarction, but not stroke, is reduced in individuals at low risk of cardiovascular disease.[43] This situation is consistent with opposite patterns of inhibition of the COX1 selective aspirin and the COX2 selective rofecoxib, with the two drugs inversely affecting the balance between COX1 and COX2 activity.[44]

Because of restrictive inclusion criteria, most trials included only few individuals with a history of cardiovascular disease. This contrasts with the situation encountered in routine clinical settings. For example, in middle-aged and elderly people from the Tennessee Medicaid programme, Ray and colleagues[30] reported that more than 40% of rofecoxib users had a history of cardiovascular disease and that, compared with trial populations, the risk of fatal or non-fatal myocardial infarction was eight times higher (11·6 *vs* 1·45 per 1000 patient-years). This risk translates into numbers needed to treat for 1 year to cause one myocardial infarction of 556 patients in trial populations, but only 70 patients in routine populations in Tennessee.

Some limitations need to be noted. Our analysis was restricted to trials in patients with chronic musculoskeletal disorders. Safety data were available from FDA files for most of these trials, but this was not the case for more recent trials in Alzheimer's disease and colon adenoma. Only one trial in people with Alzheimer's disease presented results for myocardial infarction (three events in 122 individuals assigned to rofecoxib and one event in 229 individuals assigned to naproxen or placebo).[45] The APPROVe trial in patients with a history of colorectal adenomas[1] was recently presented at the Annual Scientific Meeting of the American College of Rheumatology, but different cardiovascular outcomes were not reported separately. Furthermore, we were unable to adjust for possible duplication of data between the four case-control studies based on the UK General Practice Research Database. Adjustment would have shifted the pooled estimate towards the null and would have inflated CIs. Therefore, our meta-analysis might overestimate naproxen's cardioprotective potential.

What lessons should be learned for the future? First, we can never be sure that we know all there is to know about mechanisms. The VIGOR study group presented the myocardial infarction data exclusively as "a reduction *in the risk of myocardial infarction* in the naproxen group",[4] on the basis of the documented inhibition of platelet aggregation by naproxen, but not rofecoxib.[46] That rofecoxib could increase the risk was not discussed, despite the fact that, since the mid 1990s, the drug has been known to reduce production of prostacyclin, a vasodilator and inhibitor of platelet aggregation.[47] In the context of hormone replacement therapy and cardiovascular outcomes, Petitti recently pointed out that we should resist being seduced by mechanisms, that we should suspend our beliefs, and allow healthy scepticism when interpreting data.[48] Clearly, the same holds true when reporting and interpreting unexpected results of randomised trials, and ultimately when writing prescriptions for patients.

*Figure 4:* **Meta-analysis of observational studies of naproxen and risk of myocardial infarction**

Second, the FDA and other drug licensing authorities should review their procedures, and identify and remove the obstacles to making continuously updated summary information available to decision makers.[11] The present analysis would not have been possible without access to the proceedings of the FDA, which underscores the importance of free access to these files. In some instances, important discrepancies were noted between published data and figures in FDA files. For example, the VIGOR Study Group reported a four-fold increased risk of myocardial infarction,[4] whereas the figures available from FDA files indicated a five-fold increase in risk.[49] Making important safety data accessible to interested researchers and the public at large does, of course, not absolve authorities from their duty to carefully and continuously monitor the evidence on the adverse effects of drugs. Clearly, this has not happened in the case of rofecoxib: the most recent labelling information in the USA, for example, mentioned only three trials. Had the accruing data been analysed cumulatively as soon as they became available, appropriate and timely decisions could have been taken.

If Merck's statement in their recent press release that "given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take"[1] was appropriate in September, 2004, then the same statement could and should have been made several years earlier, when the data summarised here first became available. Instead, Merck continued to market the safety of rofecoxib.

For personal use. Only reproduce with permission from Elsevier Ltd

**Contributors**

P Jüni had the idea for the study, was responsible for protocol development, study supervision, and statistical analysis, and contributed to data extraction and management, quality assessment, and interpretation of data. M Egger contributed to protocol design, study supervision, data extraction, quality assessment, statistical analysis, and interpretation of data. L Nartey, S Reichenbach, and R Sterchi contributed to protocol design, data extraction and management, and data interpretation. P Dieppe contributed to protocol development, study supervision, and data interpretation. M Egger and P Jüni wrote the first draft of the paper, and all authors contributed to the final draft.

**Conflict of interest statement**

We declare that we have no conflict of interest.

**Acknowledgements**

This study was funded by the Swiss National Science Foundation's National Research Programme 53 (grant numbers 3200–066378.01 and 405340–104762). We thank Bettina Lässer for bibliographic work, Beat Jordi for database development, and Nicola Low for helpful comments on earlier drafts of this paper.

**References**

1 Merck. Merck announces voluntary worldwide withdrawal of VIOXX®. Available at: http://www.vioxx.com/vioxx/documents/english/vioxx_press_release.pdf (accessed Sept 30, 2004).
2 Topol EJ. Failing the public health: rofecoxib, Merck, and the FDA. *N Engl J Med* 2004; 351: 1707–09.
3 Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. *Proc Natl Acad Sci USA* 1999; 96: 7563–68.
4 Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000; 343: 1520–28.
5 Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA* 2001; 286: 954–59.
6 Jüni P, Dieppe P, Egger M. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. *Arch Intern Med* 2002; 162: 2639–40.
7 Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation* 2001; 104: 2280–88.
8 Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. *Arch Intern Med* 2002; 162: 1111–15.
9 Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. *Arch Intern Med* 2002; 162: 1099–104.
10 Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. *Arch Intern Med* 2002; 162: 1105–10.
11 Dieppe PA, Ebrahim S, Martin RM, Jüni P. Lessons from the withdrawal of rofecoxib: patients would be safer if drug companies disclosed adverse events before licensing. *BMJ* 2004; 329: 867–68.
12 Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. *BMJ* 2003; 327: 557–60.
13 Ehrich EW, Schnitzer TJ, McIlwain H, et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. *J Rheumatol* 1999; 26: 2438–47.
14 Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. *Arthritis Rheum* 2000; 43: 978–87.
15 Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo of the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. *Arthritis Rheum* 2000; 43: 370–77.
16 Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. *Gastroenterology* 1999; 117: 776–83.
17 Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. *Arch Intern Med* 2000; 160: 1781–87.
18 Saag K, van der Heijde D, Fisher C, et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. *Arch Fam Med* 2000; 9: 1124–34.
19 Ehrich EW, Bolognese JA, Watson DJ, Kong SX. Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis. *Am J Manag Care* 2001; 7: 609–16.
20 Geba GP, Polis AB, Najarian DK, Dixon ME, Storms WW, Weaver AL. Onset of efficacy and patient assessment of clinical response in osteoarthritis (OA): comparison of rofecoxib to nabumetone. *J Am Geriatr Soc* 2001; 49: S126.
21 Truitt KE, Sperling RS, Ettinger WH Jr, et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. *Aging Clin Exp Res* 2001; 13: 112–21.
22 Kivitz AJ, Greenwald MW, Cohen SB, et al. Efficacy and safety of rofecoxib 12·5 mg versus nabumetone 1,000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. *J Am Geriatr Soc* 2004; 52: 666–74.
23 Lisse JR, Perlman M, Johansson G, et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. *Ann Intern Med* 2003; 139: 539–46.
24 Schnitzer TJ, Truitt K, Fleischmann R, et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. *Clin Ther* 1999; 21: 1688–702.
25 Truitt KE, Lee M, DeTora LM, Anderson M, Zhao Rahway PL. Results of a pivotal (Phase III) placebo and active comparator controlled efficacy trial of rofecoxib 12·5 and 25 mg in adult patients with rheumatoid arthritis (RA). *Arthritis Rheum* 2001; 44: S369.
26 Geusens PP, Truitt K, Sfikakis P, et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. *Scand J Rheumatol* 2002; 31: 230–38.
27 Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. *Gut* 2003; 52: 820–26.
28 Katz N, Rodgers DB, Krupa D, Reicin A. Onset of pain relief with rofecoxib in chronic low back pain: results of two four-week, randomized, placebo-controlled trials. *Curr Med Res Opin* 2004; 20: 651–58.
29 Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. *Lancet* 2002; 359: 118–23.
30 Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet* 2002; 360: 1071–73.
31 Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. *Arch Intern Med* 2003; 163: 481–86.
32 Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam. *Pharmacotherapy* 2000; 20: 741–44.
33 Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. *Br J Clin Pharmacol* 2002; 54: 327–32.
34 Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. *Circulation* 2004; 109: 3000–06.

For personal use. Only reproduce with permission from Elsevier Ltd

35 Graham DJ, Campen DH, Cheetham C, Hui R, Spence M, Ray WA. Risk of acute myocardial infarction and sudden cardiac death with use of cox-2 selective and non-selective nsaids. 20th Annual Meeting of The International Society for Pharmacoepidemiology. Bordeaux, France: International Society for Pharmacoepidemiology, 2004.

36 Kimmel SE, Berlin JA, Reilly M, et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin. *J Am Coll Cardiol* 2004; 43: 985–90.

37 The Lancet. Vioxx: an unequal partnership between safety and efficacy. *Lancet* 2004; 364: 1287–88.

38 Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 2004; 109: 2068–73.

39 Dalen JE. Selective COX-2 inhibitors, NSAIDs, aspirin, and myocardial infarction. *Arch Intern Med* 2002; 162: 1091–92.

40 Hochberg MC. COX-2: where are we in 2003? Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients. *Arthritis Res Ther* 2003; 5: 28–31.

41 Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). *Am J Cardiol* 2002; 89: 204–09.

42 Horton R. The information wars. *Lancet* 1999; 353: 164–65.

43 Collaborative overview of randomised trials of antiplatelet therapy: I—prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. *BMJ* 1994; 308: 81–106.

44 Catella-Lawson F, Crofford LJ. Cyclooxygenase inhibition and thrombogenicity. *Am J Med* 2001; 110 (suppl 3A): 28S-32S.

45 Aisen PS, Schafer KA, Grundman M, et al. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. *JAMA* 2003; 289: 2819–26.

46 Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol* 2000; 40: 1109–20.

47 McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci USA* 1999; 96: 272–77.

48 Petitti D. Commentary: hormone replacement therapy and coronary heart disease: four lessons. *Int J Epidemiol* 2004; 33: 461–63.

49 Targum SL. Food and Drug Administration: cardiovascular safety review rofecoxib, 2001. http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf (accessed June 24, 2004).

For personal use. Only reproduce with permission from Elsevier Ltd