FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -2  PM 5:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION OF MERCK & CO., INC. ("MERCK") TO PLAINTIFF'S
MOTION *IN LIMINE* TO PRECLUDE IMPROPER ATTEMPTS TO IMPEACH
EXPERT WITNESSES WITH THE PRIOR TESTIMONY OF
<u>EXPERT WITNESSES FROM THE PREVIOUS TRIAL</u>**

(MOTION *IN LIMINE* NO. 1)

In an attempt to shield her newfound theory of causation from scrutiny, plaintiff moves the Court to prohibit any attempt to "impeach" her expert witnesses with the prior testimony of other expert witnesses retained by plaintiff in this litigation. Specifically, plaintiff seeks to preclude any reference at *Plunkett II* to the testimony of Drs. Bloor and Burton, expert

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____    798364v.1
___ Doc. No_____

pathologists who provided deposition and trial testimony in *Plunkett I*. But plaintiff's new expert, Dr. Graham, has stated that he read and relied on the testimony of Drs. Bloor and Burton. Merck is entitled to challenge the credibility of Dr. Graham at trial in *Plunkett II* by pointing out the inconsistencies between his opinions and the materials (including the testimony of other experts) that he claims to have relied on. Otherwise, Merck would be required to accept Dr. Graham's opinions at face value.

Plaintiff argues that the testimony of Drs. Bloor and Burton is inadmissible hearsay and that using it for impeachment would violate Rule 403. She is wrong. Merck expects to refer to this testimony to assess the credibility of plaintiff's trial experts, not for its truth. Just like Merck is entitled to impeach Dr. Graham on the basis of any other hearsay document he reviewed in rendering his opinions (e.g., medical articles, Dr. Ray's report, etc), it should be allowed to impeach Dr. Graham on the basis of contradictory opinions offered by plaintiff's other experts that he reviewed in connection with this case. For these reasons, plaintiff's motion should be denied.

I. **MERCK IS ENTITLED TO EXAMINE PLAINTIFF'S EXPERTS ON THE BASES FOR THEIR OPINIONS.**

Merck does not expect to offer the opinions of Drs. Bloor and Burton at trial for their truth. Therefore, they are not hearsay. FED. R. EVID. 801(c). But because Dr. Graham claims to have relied on these opinions, Merck is entitled to use them to attack his credibility, pursuant to Rule 705 of the Rules of Evidence. FED. R. EVID. 705 ("The expert may in any event by required to disclose the underlying facts or data on cross-examination."); *see also* FED. R. EVID. 703.

As Dr. Graham's expert report reveals – and as Dr. Graham confirmed during his deposition – he reviewed the testimony of Drs. Bloor and Burton in reaching his own expert conclusions about the cause of Mr. Irvin's death. (Deposition of Michael A. Graham, M.D. at

48:6-19, attached hereto as Ex. 1; Expert Report of Michael Alan Graham at Ex. C, p. 10, attached hereto as Ex. 2.) The jury is entitled to hear that Dr. Graham relied on these experts in forming his own opinions. And under Rule 705, Merck is permitted to question Dr. Graham on the subject. As the Fifth Circuit has noted,

> Since rule 705 shifts to the cross-examiner the burden of eliciting the bases of an expert witness' opinion, *otherwise hearsay evidence that reveals the underlying sources of the expert's opinion should be as permissible on cross-examination as on direct*. Moreover, otherwise hearsay evidence disclosing the basis of an expert witness' opinion should be admissible to impeach if strictly limited to that purpose by instructions and if, in the discretion of the judge, the impeaching evidence has sufficient guarantee of reliability that the prophylactic effect of the hearsay rule is not necessary to ensure trustworthiness.

*Bryan v. John Bean Div. of FMC Corp.*, 566 F.2d 541, 545 (5th Cir. 1978) (emphasis added); *see also United States v. Wright*, 783 F.2d 1091, 1100 (D.C. Cir. 1986) ("Read together, Rules 703 and 705 reveal that the data underlying an expert's opinion which is elicited on cross-examination ... is admitted for the limited and independent purpose of enabling the jury to scrutinize the expert's reasoning.").

The cases cited by plaintiff in support of her motion say nothing to the contrary. In fact, *Glendale Federal Bank v. U.S.*, 39 Fed. Cl. 422, 425 (Fed. Clms. Ct. 1997) (cited in Plaintiff's Motion *in Limine* To Preclude Improper Attempts to Impeach Expert Witnesses With the Prior Testimony of Expert Witnesses from the Previous Trial ("Pl.'s Mot.") at 5), supports Merck's position. As the *Glendale* court noted, even hearsay may be used in cross-examination if it "qualifies under an exception to the hearsay rule *or is permitted by FRE 703 because it was relied upon by the testifying expert*." *Id.* (emphasis added). Therefore, even assuming the testimony of Drs. Bloor and Burton qualifies as hearsay, it may be used to cross Dr. Graham on the bases of his expert opinion. It is of no consequence that Merck intends to impeach the credibility of one witness – Dr. Graham – with the previous testimony of different witnesses –

Drs. Bloor and Burton. *See Aetna Casualty & Surety Co. v. Guynes*, 713 F.3d 1187, 1193 (5th Cir. 1983) (finding no error in allowing defendants to use the written report of one of plaintiff's experts barred from testifying to impeach the other expert's testimony). Plaintiff's argument to the contrary is unavailing. (*See* Pl.'s Mot. at 1.)

This situation is no different than any of the other documents listed in Dr. Graham's report. If Dr. Graham testifies contrary to a medical article listed in his report, Merck is certainly entitled to impeach his credibility notwithstanding the otherwise hearsay nature of the impeachment. The same principal holds for Dr. Bloor's and Dr. Burton's testimony. Dr. Graham specifically (and intentionally) reviewed those opinions before rendering his report in this case. Merck should be allowed to impeach him with the fact that he offers different and/or contradictory opinions on the same subject matter.

Moreover, even if Dr. Graham had not relied on the testimony of Drs. Bloor and Burton in forming his conclusions about the cause of Mr. Irvin's death, this failure to take their testimony into account would be relevant and a proper subject of cross-examination. These are experts, after all, who plaintiff herself retained and put before a jury to testify about specific causation – experts who alleged that they had looked carefully at the relevant literature and data in coming to their conclusions. Their testimony was offered in the *same case*, with the *same parties* and the *same claims*. It is highly probative and should be permitted.

For the reasons stated above, the Court should permit Merck to offer the testimony of experts plaintiff has retained in this litigation, including Drs. Bloor and Burton, to cross-examine plaintiff's *Plunkett II* experts on the bases for their expert opinions.

## II.     **CONCLUSION.**

For the reasons stated above, Merck respectfully requests that the Court deny plaintiff's motion to preclude prior testimony of expert witnesses from the previous trial, specifically Drs. Bloor and Burton.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

And

798364v.1

John H. Beisner  
Charles C. Lifland  
Richard B. Goetz  
O'MELVENY & MYERS LLP  
400 South Hope Street  
Los Angeles, CA 90071  
Phone: 213-430-6000  
Fax:     213-430-6407  

Attorneys for Merck & Co., Inc.

798364v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Memorandum in Support of Opposition of Merck & Co., Inc. to Plaintiff's Motion *in Limine* To Preclude Improper Attempts to Impeach Expert Witnesses With the Prior Testimony of Expert Witnesses from the Previous Trial has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2nd day of February, 2006.

*/s/ Dorothy H. Wimberly*

798364v.1

**EXHIBIT 1 - Graham Deposition Excerpts**

• MIL 1 Opposition

[1:1] - [1:16]      1/25/2006   Graham, Michael

```
page 1
1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
2
3
     In Re:  VIOXX                    )
4                                     ) MDL Docket No. 1657
     PRODUCTS LIABILITY LITIGATION    )
5                                     ) SECTION L
     EVELYN IRVIN PLUNKETT, as        )
6    Personal Representative of the   ) JUDGE FALLON
     Estate of RICHARD IRVIN, JR.,    )
7                                     ) MAGISTRATE JUDGE
                  Plaintiff,          ) KNOWLES
8                                     )
                  vs.                 ) CASE NO. 2:05CV4046
9                                     )
     MERCK & CO., INC.,               )
10                                    )
                  Defendant.          )
11
12
13
14            DEPOSITION OF MICHAEL A. GRAHAM, M.D.
15               TAKEN ON BEHALF OF THE DEFENDANT
16                       JANUARY 25, 2006
```

[48:6] - [48:18]    1/25/2006   Graham, Michael

```
page 48
6            Q.   And the deposition and trial testimony of
7    Dr. Bloor?
8            A.   I don't know if I read the deposition.  I
9    read the trial testimony.  I don't recall about the
10   deposition.  Well, let me see.
11           Q.   It's listed.
12           A.   Hang on.  Well, it may be on there, but it
13   doesn't mean that I read it in detail.  I don't know
14   if I read it or not.  I certainly read his trial, but
15   I don't know if I read the other one or not.
16           Q.   And did you read the deposition of
17   Dr. Burton?
18           A.   I read a little bit of it.  He talked a lot
```

[195:1] - [195:25]  1/25/2006   Graham, Michael

```
page 195
1                      CERTIFICATE OF REPORTER
2    STATE OF MISSOURI  )
                        ) ss.
3    CITY OF ST. LOUIS  )
4              I, William L. DeVries, a Certified Court
5    Reporter (MO), Certified Shorthand Reporter (IL),
6    Registered Diplomate Reporter, Certified Realtime
7    Reporter, and a Notary Public within and for the State
8    of Missouri, do hereby certify that the witness whose
9    testimony appears in the foregoing deposition was duly
10   sworn by me; that the testimony of said witness was
11   taken by me to the best of my ability and thereafter
12   reduced to typewriting under my direction; that I am
13   neither counsel for, related to, nor employed by any
14   of the parties to the action in which this deposition
15   was taken, and further that I am not a relative or
16   employee of any attorney or counsel employed by the
```



**EXHIBIT 1 - Graham Deposition Excerpts**

• MIL 1 Opposition

```
17  parties thereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20                          _____
21                          Notary Public within and for
22                          The State of Missouri
23
24
25  My commission expires May 30, 2006.
```

# Documents Reviewed by Michael Graham, M.D.

1. FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product" FDA, September 30, 2004

2. Vioxx, PDR, 2004

3. Mukherjee, Debra; Steven Nissen; Eric Topol. "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors." JAMA. August 22/29, 2001, Vol. 286, No. 8.

4. Wilson, Peter; Ralph D'Agostino; Daniel Levy; Albert Belanger; Halit Silbershatz; William Kannel, "Prediction of Coronary Heart Disease Using Risk Factor Categories." Framingham Heart StudL May 12, 1998.

5. Solomon, Daniel; Sebastian Schneeweiss; Robert Glynn; Yuka Kiyota; Raisa Levin; Helen Mogun; Jerry Avorn. "Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults." Circulation, May 4, 2004..

6. Lisse, Jeffrey; Monica Perlman; Gunnar Johansson; James Shoemaker; Joy Schechtman; Carol Skalky; Mary Dixon; Adam Polls; Arthur Molten; Gregory Geba. "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis." Annals of Internal Medicine, October 7. 2003, Vol 139, No. 7

7. Bombardier, Claire; Loren Laine; Alise Reicin; Deborah Shapiro; Ruben Burgos-Vargas; Barry Davis; Richard Day; Marcos Bosi Ferraz; Christopher Hawkey; Marc Hochberg; Tore Kvien; Thomas Schnitzer for the VIGOR Study Group.. "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Nap' oxen in Patients with Rheumatoid




Arthritis." <u>The New England Journal of Medicine.</u> November 23, 2000, Vol. 343, No. 21

8. Topol, Eric. "Editorial: Failing the Public Health - Rofecoxib, Merck, and the FDA." <u>The New England Journal of Medicine,</u> October 21, 2004, Vol. 351, No. 17

9. Kim, Peter; Alise Reicin; Lourdes Villalba; James Witter; Michael Wolfe; Eric Topol. "Editorials: Rofecoxib, Merck, and the FDA." <u>The New England Journal of Medicine,</u> December 30, 2004, Vol. 351, No. 27

10. FitzGerald, Garret, "Coxibs and Cardiovascular Disease" <u>New England Journal of Medicine,</u> October 21, 2004, Vol. 351, No. 17,

11. FitzGerald, Garret; Carlo Patrono "The Coxibs, Selective Inhibitors of Cyclooxygenase - 2." <u>The New England Journal of Medicine,</u> August 9, 2001, Vol. 345, No. 6.

12. Solomon, Scott; John McMurray; Marc Pfeffer; Janet Wie; Robert Fowler; Peter Finn; William Anderson; Ann Zauber; Ernest Hawk; Monica Bertagnolli. "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention" <u>The New England Journal of Medicine,</u> March TO, 2005, Vol. 352, No. 10.

13. Drazen, Jeffrey, "Editorial: COX-2 Inhibitors - A Lesson in Unexpected Problems." <u>The New England Journal of Medicine</u> 2005.

14. Psaty, Bruce; Curt Furberg. "Editorial: COX-2 Inhibitors - Lessons in Drug Safety." <u>The New England Journal of Medicine</u> 2005.

15. Bresalier, Robert; Robert Sander; Hui Quan; James Bolognese; Bettina Oxenius; Kevin Horgan; Christopher Lines; Robert Riddell; Dion Morton; Angel Lanas; Marvin Konstam; John Baron. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial." The New England Journal of Medicine. 2005, Vol. 352, (APPROVe)

16. Finckh, Axel; Mark Aronson. "Editorial: Cardiovascular Risks of Cyclooxygenase-2 Inhibitors: Where We Stand Now." Annals of Internal Medicine. February 1, 2005, Vol. 142, No 3,

17. Kimmel, Stephen; Jesse Berlin; Muredach Reilly; Jane Jaskowiak; Lori Kishel; Jesse Chittams; Brian Strom. 'Patients Exposed to Rofecoxib and Celecoxib Have Different Odds of Nonfatal Myocardial Infarction" Annals of Internal Medicine. February 1, 2005, Vol. 142, No. 3.

18. Levesque, Linda; James Brophy; Bin Zhang. "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults." Annals of Internal Medicine April 5, 2005 Vol. 142, No. 7

19. Crofford, Leslie; Jim Oates; Joseph McCune; Samardeep Gupta; Mariana Kaplan; Francesca Catella-Lawson; Jason Morrow, Kevin McDonagh; Alvin Schmaier "Thrombosis in Patients with Connective Tissue Diseases Treated with Specific Cyclooxygenase-2 inhibitors." Arthritis & Rheumatism August 2000 Vol. 43, No. 8.

20. FitzGerald, G.A.; Y. Chong; S. Austin, "COX-2 Inhibitors and the Cardiovascular System." Clinical and Experimental Rheumatology, 2001, Vol. 19 (Suppl. 25)

21. Boers, Maarten. "Commentary: NSAIDS and Selective COX-2 Inhibitors: Competition Between Gastroprotection and Cardioprotection." The Lancet, April 21, 2001, Vol. 357.

22. Catella-Lawson, Francesca; Leslie Crofford. "Cyclooxygenase Inhibition and Tluombogenicity." The American Journal of Medicine, February 19, 2001, Vol. 110, No. 3A.

23. Cleland, Leslie; Michael James; Lisa Stamp; Peter Penglis. "COX-2 Inhibition and Thrombotic Tendency: A Need for Surveillance." MJA, August 20, 2001, Vol. 175.

24. Konstam, Marvin; Matthew Weir; Alise Reicin; Deborah Shapiro; Rhoda Sperling; Eliav Barr; Barry Gertz. "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rotecoxib," Circulation, November 6, 2001.

25. Mandell, Brian. "Editorial: COX-2 Inhibitors and Cardiovascular Risk: Point and Counterpoint." Cleveland Clinic Journal of Medicine November 2001, Vol. 68, No. 11.

26. Mukherjee, Debabrata; Steven Nissen; Eric Topal. "Editorial: COX-2 Inhibitors and Cardiovascular Risk: We Defend Our Data and Suggest Caution." Cleveland Clinic Journal of Medicine. November 2001 Vol. 68 No. 1.

27. "Arthritis: Should You be Taking a COX-2 Inhibitor?" Harvard Health Letter, November 2001.

28. Schnitzer, Thomas "Editorial: Is Concern About Cardiovascular Events with the New Coxib Class of Drugs Justified?" Medscape Women's Health, 2001, Vol. 6, No. 5.

29. Bumakis, Thomas; Michael Fleming; Marvin Konstam; Kenneth Grant; Joseph Haldey; Marco Pappagallo; Milos Minic; Patrick McGreer, Edith McGreer, Koji Yasojima; Gurkirpal Singh; William White; Debabrata Mukherjee; Steven Nissen; Eric Topol; Kenneth Sperber; Louis Sherwood. "Letters: Cardiovascular Events and COX-2 Inhibitors-" AMA. December 12, 2001, Vol. 286, No. 22.

30. Moliterno, David "Raising a Cautionary Flag about COX-2 Use in High-Risk Heart Patients." Cardiac Consult. 2001.

31. "Cardiovascular Safety of COX-2 Inhibitors." The Medical Letter, November 12, 2001, Vol. 43, No. 1118

32. "COX-2 Inhibitors: No Pain, No Heart Gain'?" Harvard Heart Letter, December 2001.

33. Reicin, Alise; Deborah Shapiro; Rhoda Sperling; Eliav Barr; Qinfen Yu. "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib Versus Nonselective Nonsteriodal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone) ." The American Journal of Cardiology. January 15, 2002, Vol. 89.

34. Bing, Richard; Magdalena Lomnicka. "Why do CyclaOxygenase-2 Inhibitors Cause Cardiovascular Events?" Journal of the American College of Cardiology. February 6, 2002, Vol. 39, No. 3.

35. Cheng, Yan; Sandra Austin; Bianca Rocca; Beverly Koller; Thomas Coffman; Tilo Grosser; John Lawson; Garret FitzGerald. "Role of Prostacyclin in the Cardiovascular Response to Thromboxane $A_2$." Science, April 19, 2002, Vol 296

36. Foody, 3M. "COX-2 Inhibitors May Increase Cardiovascular Risk." Journal Watch Cardiology, October 12, 2001.

37. Bjorkman, DJ "Cardiovascular Events and COX-2 Inhibitors." Journal Watch Gastroenterology. October 10, 2001

38. Mukherjee, Debabrata. "Editorial: Lack of Cardioprotective Effect of Naproxen." Pickard, A. Simon; James Dalen. "Editorial: Aspirin May Change Cost-Effectiveness of Cox-2 Inhibitors." Goldstein, Mark. "Editorial: Cyclooxygenase-2 Inhibitors and Myocardial Infarction," Juni, Peter; Paul Dieppe Matthias Egger; Daniel Solomon; Jerry Avorn; Robert Glynn; Elham Rahme; Louise Pilote; Jacques LeLorier; Watson, Douglas. "Editorial: Risk of Myocardial Infarction Associated with Selective COX-2 Inhibitors: Questions Remain." Archive of Internal Medicine. December 9123, 2002, Vol. 162

39. Mukherjee, D.; SE. Nissen; F. Topol; Steven Belknap. "Editorial: Review: Studies on the Cardiovascular Effects of Selective COX-2 Inhibitors Show Mixed Results." Evidenced-Based Medicine, March/April 2002, Vol. 7.

40. SoRelle, Ruth, "Cardiovascular News: Refecoxib Use Increases Myocardiial Infarction Risk." Circulation 2004, Vol. 109.

41. Verma, Subodh; Satish Raj; Lana Shewchuk; Kieren Mather; Todd Anderson "Cyclooxygenase-2 Blockage Does Not Impair Endothelial Vasodilator Function in Healthy Volunteers: Randomized Evaluation of *Rofecoxib* Versus Naproxen on Endothelium-Dependent Vasodilatation" Circulation. December 1, 2001.

42. Wright, James, "The Double-Edged Sword of COX-2 Selective NSAIDS." CMAJ, 2002, Vol. 167(10).

43. Ray, Wayne; James Daugherty; Kathi Hall; Patricik Arbogast; Marie Griffin. "COX-2 Selective Non-Steroidal Anti-inflammatory Drugs and Risk of Serious Coronary Heart Disease." The Lancet, October 5, 2002, Vol. 360.

44. Jones, Roger. "Editorial: Efficacy and Safety of COX-2 Inhibitors; New Data are Encouraging but the Risk:Benefit Ratio Remains Unclear" BMJ, September 21, 2002, Vol. 325.

45. Ray, Wayne; Michael Stein; Kathi Hall; James Daughterly; Marie Griffin. "Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease: An Observational Cohort Study." The Lancet, January 12, 2002, Vol. :359.

46. Kelly, Michael; Philip Gorelick; Dan Mirza "The Role of Drugs in the Etiology of Stroke." Clinical Neuropharmocology, 1992, Vol. 15, No 4.

47. Solomon, Daniel; Jerry Avorn. "Editorial: Coxibs, Science, and the Public Trust." Archives of Internal Medicine, January 24, 2005, Vol. 165.

48. Horton, Richard. "Comment: Vioxx, the Implosion of Merck, and Aftershocks at the FDA." The Lancet. November 5, 2004.

49. *Juni*, Peter; Linda Nai; Tephan Reichenbach; Rebekka E rchi; Paul Dieppe; Matthias Egger "Risk of Cardiovascular Events and Rofecc Cumulative Meta-Analysis." The Lancet. November 5, 2004

50. Oberholzer-Gee, Felix; Noorein Inamdar. "Merck's Recall of Rofecoxib - a Strategic Perspective." New England Journal of Medicine, November 18, 2004, Vol 351, No 21

51. "Editorial: Vioxx: An Unequal Partnership Between Safety and Efficacy " The Lancet. October 9, 2004 Vol. 364.

52. FDA Advisory Committee Background Information (February 2005)

53. FDA AAC Briefing Document (02-08-2001)

54. FDA Advisory Committee Transcript February 16, 17, 18, 2005

55. FDA Review of ADVANTAGE 4/01

56. Email from Jennifer Ng to Janet Van Adelsberg, et al. 02/01/05 with attached Kaplan Meier curves

57. Memorandum re Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk (04-06-2005)

58. Smalley WE, Griffin MR, Fought RL, Ray WA. "Effect of a prior authorization requirement on the use of nonsteroidal anti-inflammatory drugs by Medicaid patients." New England Journal of Medicine 1995;332:1612-1617

59. Griffin MR, Brand KD, Liang MH, Pincus T, Ray WA. "Practical Management of Osteoarthritis: Integration of pharmacologic and nonpharmacologic measures." Arch Fam Med 1995;5:1049-1055

60. Ruberg FL, Leopold JA and Loscalzo J, "Atherothrombosis: Plaque instability and thrombogenesis." Prog in Cardiovasc Dis 2002;44:381-394

61. Farb A, Tang AL, et al, "Sudden coronary death: frequency of active coronary lesions, inactive coronary lesions, and myocardial infarction." Circ 1995;92:1701-1709

59. Burke AP, Kolodgie FD, et al, "Healed plaque ruptures and sudden coronary death: Evidence that subclinical rupture has a role in plaque progression." Circ 2001;103:934-940

60. Virmani R, Burke AP, et al, "Pathology of the unstable plaque." Prog in Cardiovasc Dis 2002;44:349-356

61. Davies MJ, "Stability and instability: Two faces of coronary artherosclerosis." Circ 1996;94:2013-2020

62. Davies MJ, Bland JM, et al, "Factors influencing the presence or absence of acute coronary artery thrombi in sudden ischaemic death." Eur Heart J 1989;10:203-208

63. Shah PK, "Plaque disruption and thrombosis—Potential role of inflammation and infection." Cardiol Clinics 1999;17:271-281

64. Zaman AG, Helft G, et al, "The role of plaque rupture and thrombosis in coronary artery disease." Atherosclerosis 2000;149:251-266

65. Kolodgie FD, Virmani R, et al, "Pathologic assessment of the vulnerable human coronary plaque." BMJ 2004;90:1385-1391

66. Naghavi M, Libby P, et al, "From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part I." Circ 2003;108:1664-1672

67. Naghavi M, Libby P, et al, "From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part II," Circ 2003;108:1772-1778

### B. Medical Records

Medical records from Flagler Hospital Emergency Room 5/15/2001

St. Vincent Medical Center

Autopsy report from the Office of the Medical Examiner, District 23

Tissue Slides

Out of Hospital Care Report dated 5/15/2001

Westhoff Memorial Specimen Inquiry

Walgreen's Data Sheet

Pictures of the Vioxx prescription bottle for Richard Irvin

### C. Depositions

Deposition of Evelyn Irvin Plunkett

Deposition of Ashley Irvin

Deposition of Richard Irvin, III

Deposition of Dr. Christopher Schirmer

Deposition of Dr. Eric Topol

Deposition of Dr. Gregory Curfman

Deposition and exhibits of Dr. Colin Bloor

Deposition and exhibits of Dr. Joseph Burton

Deposition and exhibits of Dr. Thomas Wheeler

### D. Reports

Wayne Ray, Ph.D.

Benedict Lucchesi, M.D.

Robert Fletcher, M.D.

Thomas Wheeler, M.D.

### E. Trial Transcripts

Trial transcripts from *Irvin v. Merck & Co., Inc.* of
Volumes I, II and VIII