RECEIVED
FEB - 3 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -6  AM 7: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| This document relates to | * | JUDGE FALLON |
| | * | |
| Eva Lucille Adams v. Merck & Co., Inc., No. 05-4326, And Only Regarding Theresa Dodd, Billie Fedie, Larry Frankhouser, Charlotte Galbreath and John Lawson | * | MAGISTRATE JUDGE KNOWLES |
| Vernon Andrews et al v. Merck & Co., Inc., No. 05-2569, And Only Regarding Leigh Behrens | * | |
| Shirley Bailey et al v. Merck & Co., Inc., No. 05-3414, And Only Regarding Jack Elliot and Volean Gilmore | * | |
| Charlesetta Butler et al v. Merck & Co., Inc., No. 05-3817, And Only Regarding Dennis Davis | * | |
| Vanita Copeland et al v. Merck & Co., Inc., No. 05-6349, And Only Regarding Toni Elpers | * | |
| Sam Fife et al v. Merck & Co., Inc., No. 05-6348, And Only Regarding Lizzie Billups, Eva Carter, and Sam Fife | * | |
| Jerry Frame et al v. Merck & Co., Inc., No. 05-3815, And Only Regarding Kitty Gilliam | * | |
| Daryl Hill et al v. Merck & Co., Inc., No. 05-4325, And Only Regarding Mary Ann Cantrell, Ina Creel, Alvino Davis, and Pamela McGuire as Administrator for the Estate of Alice Wishoun | * | |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

798231v.1

| | |
|---|---|
| Barbara Liotto et al v. Merck & Co., Inc., No. 05-4323, And Only Regarding Maggie Chism | * * * * |
| Earlene McBride et al v. Merck & Co., Inc., No. 05-3420, And Only Regarding Obe Everett | * * * * |
| Barbara Middleton et al v. Merck & Co., Inc., No. 05-3416, And Only Regarding Helen Campbell | * * * * |
| Margaret Molder et al v. Merck & Co., Inc., No. 05-2929, And Only Regarding Dorothy Green | * * * * |
| Lavona Neal et al v. Merck & Co., Inc., No. 05-2928, And Only Regarding Barbara Gourley | * * * * |
| Barbara Obannon et al v. Merck & Co., Inc., No. 05-3809, And Only Regarding Rosanna Chavez | * * * * |
| Mona Swint et al v. Merck & Co., Inc., No. 05-6347, And Only Regarding Richard Eckard | * * * * |
| * * * * * * * * * * * * * * * * * * | * |

**PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED**

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 23rd day of March, 2006, at 1:30 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18B.

2

798231v.1

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 22nd day of February, 2006.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of March, 2006.

NEW ORLEANS, LOUISIANA, this 3rd day of February, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

798231v.1