MINUTE ENTRY
FALLON, J.
FEBRUARY 3, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

This Minute Entry shall serve as a modification to the Minute Entry dated February 1, 2006, in which there were two typographical errors. A status conference in this matter was held on the above referenced date in the Chambers of Judge Eldon E. Fallon. Numerous members of both the Plaintiffs' Steering Committee and Defendant's Steering Committee participated on behalf of their respective committees. The parties discussed the current trial selection process. After considering the issues,

IT IS ORDERED that the *Borowitz* case will be tried on June 12, 2006.

IT IS FURTHER ORDERED that May 8, 2006, and May 15, 2006, will be set aside as dates for the *Diaz* trial.

IT IS FURTHER ORDERED that a status conference shall be held on February 15, 2006, at 1:30 p.m. At this conference, Plaintiffs' Liaison Counsel should be prepared to confirm the date of the *Diaz* trial. In addition, the parties shall each provide the Court with one list of five

JS10(01:45)

Fee____
Process____
X  Dktd____
✓ CtRmDep____
___ Doc. No.____

cases. The list shall consist of cases filed in federal district courts in Louisiana. This list shall comprise the pool of cases that will be selected for early trials. From the ten total cases, each side shall be allowed to strike two from the other sides' cases. The six remaining cases shall then serve as the final pool from which the Court may draw cases for early trial.

In addition, the parties shall meet and confer on cases filed outside Louisiana district courts. At an appropriate time, the parties shall then each submit a list of five cases of non-Louisiana filed cases.

