UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -6  AM 9: 04

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| : | MDL NO. 1657 |
| **IN RE: VIOXX** : | |
| **PRODUCTS LIABILITY LITIGATION** : | SECTION:  L |
| : | |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Plunkett v. Merck & Co., Inc.*, 05-4046

**ORDER**

Pending before the Court are two Motions in Limine filed by Merck & Co., Inc.  The first

motion in limine seeks to exclude the testimony of Dr. Eric Topol (Rec. Doc. 3040).  The second

motion in limine seeks to exclude the testimony of Dr. Michael Alan Graham (Rec. Doc. 3041).

The Court makes the following rulings as indicated on the attached.

New Orleans, Louisiana, this ___3rd___ day of ___February___, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

-1-

| MERCK'S MOTIONS IN LIMINE | COURT'S RULING |
|---|---|

**MERCK'S MOTIONS IN LIMINE** (Rec Doc 3040)

1.    Testimony of Eric J. Topol, M.D.

Merck has filed a Motion in Limine to exclude the
testimony of Eric J. Topol, M.D.  Merck seeks to
exclude this testimony because it is irrelevant;
overly prejudicial; inadmissible expert testimony;
and the Plaintiff failed to file an expert report. (Rec Doc 3041)

2.    Testimony of Michael Alan Graham, M.D.

Merck has filed a Motion in Limine to exclude the
testimony of Michael Alan Graham, M.D.  Merck
seeks to exclude this testimony on two grounds: (1)
the Plaintiff failure to disclose Dr. Graham's Final
Report From *Plunkett I* precludes him from
testifying in *Plunkett II*; and (2) Judicial Estoppel
prevents the Plaintiff from offering Dr. Graham's
opinion on plaque rupture. false.

**COURT'S RULING**

Denied 401, not excludably 403. no prejudicial re report.

See Court's minj. entry (Rec Doc 3116)