UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED FEB 2 2006
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

### Plaintiff's Motion to Re-urge Motions *in Limine* Filed Previously in *Irvin I*

Plaintiff Evelyn Irvin Plunkett, Personal Representative of the Estate of Richard Irvin, Jr., by and through her attorneys, re-urges the following Motions *in Limine* previously filed in *Irvin I*.

- Motion *in Limine* No. 1: Plaintiff's Motion *in Limine* to Exclude Evidence Regarding the Number of Heart Attacks in the United States

- Motion *in Limine* No. 2: Plaintiff's Motion *in Limine* to Preclude Merck & Co. from Referring to Mr. Irvin's Left Anterior Descending Coronary Artery as a "Widow-Maker"

- Motion *in Limine* No. 3: Plaintiff's Motion *in Limine* to Exclude Certain Subjects from Evidence at Trial

- Motion *in Limine* No. 4: Plaintiff's Motion *in Limine* to Exclude Evidence or Discussion Concerning Defendant's Reputation and/or "Good Acts"

- Motion *in Limine* No. 6: Plaintiff's Motion *in Limine* to Preclude Any Testimony or Discussion by Defendant That It Could Not Have Amended the Vioxx Label or Issued Strengthened Warnings Without Prior FDA Approval

- Motion *in Limine* No. 7: Plaintiff's Motion *in Limine* to Exclude Evidence That Merck Employees or Family Members of Merck Employees Took Vioxx

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

- Motion *in Limine* No. 8: Plaintiff's Motion *in Limine* to Exclude Merck Witnesses from Testifying about the Annual Number of Deaths Attributable to NSAID Gastrointestinal Toxicity Without Appropriate Support Under *Daubert*

- Motion *in Limine* No. 9: Plaintiff's Motion *in Limine* To Preclude Merck Employee and Former Employee Witnesses From Offering Opinion Testimony Which They Are Unqualified To Offer, Which Has Not Previously Been Disclosed, and Which Lacks Appropriate Support Under *Daubert*

- Motion *in Limine* No. 10: Plaintiff's Motion *in Limine* to Exclude Evidence or Discussion of Personal Matters

Plaintiff re-urges these Motions with the understanding that the Court intends to issue the same order issued in *Irvin I*.

Respectfully submitted,

By: _P. Leigh O'Dell_
**Andy D. Birchfield, Jr.**
Paul J. Sizemore
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Co-Lead Counsel**

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

2

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
**Temporary Office**
3411 Richmond Ave., Suite 460
Houston, TX 77046
PH: (713) 877-1843
FAX: (713) 871-9750

**PLAINTIFFS' LIAISONCOUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this **30th** day of January, 2006

_____P. Leigh O'Dell_____