

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|   | : | MDL NO. 1657 |
| IN RE: VIOXX | : |   |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE KNOWLES |
|   | : |   |
| ..................................... | : |   |

THIS DOCUMENT RELATES TO
   *Plunkett v. Merck & Co., Inc.*, 05-4046

### ORDER & REASONS

Pending before the Court is the Plaintiff's Motion to Re-Urge Motions in Limine Previously-Filed Motions in *Plunkett I*. In this motion, Merck seeks to renew the following motions: (1) A Motion to Exclude Evidence Regarding the Number of Heart Attacks in United States of America (Rec. Doc. 1361); (2) A Motion to Exclude Merck from Referring to Mr. Irvin's Left Anterior Descending Artery as a "Widow-Maker" (Rec. Doc. 1362 ); (3) A Motion to Exclude Certain Subjects From Evidence at Trial (Rec. Doc. 1363); (4) A Motion to Exclude Evidence or Discussion Concerning Defendant's Reputation and/or "Good Acts" (Rec. Doc. 1364); (5) A Motion to Exclude Evidence and/or Argument that the FDA Has Concluded There is a "Class Effect" for All Non-Steroidal Anti-Inflmmatory Drugs (Rec. Doc. 1365); (6) A

Motion to Exclude Any Testimony or Discussion by Defendant that It Could Not Have Amended the Vioxx Label or Issued Strengthened Warnings Without Prior FDA Approval (Rec. Doc. 1366); (7) A Motion to Exclude that Merck Employees or Family Members of Merck Employees Took Vioxx (Rec. Doc. 1367); (8) A Motion to Exclude Merck Witnesses from Testifying about the Annual Number of Deaths Attributable to NSAID Gastrointestinal Toxicity Without Appropriate Qualifications and Scientific Support (Rec. Doc. 1368); (9) A Motion to Exclude Merck Employee and Former Merck Employee Witnesses from Offering Opinion Testimony which They Are Unqualified to Offer, which Has Not Previously Been Disclosed, and which Lacks Appropriate Support Under *Daubert* (Rec. Doc. 1369); and (10) A Motion to Exclude Evidence or Discussion Concerning Personal Matters (Rec. Doc. 1370).

As to Plaintiff's Motion in Limine #7 (Rec. Doc. 1367), IT IS ORDERED that the Plaintiff's motion is DENIED AS TO DR. ALICE REICIN AND OTHERWISE GRANTED. Merck, however, must provide the following information to the Plaintiff: why Dr. Reicin took Vioxx, how long Dr. Reicin took Vioxx, and Dr. Reicin's cardiovascular condition at the time she took Vioxx.

As to the remaining motions, for the reasons given in its Order dated November 18, 2005 (Rec. Doc. 1528), IT IS ORDERED that the Court ADOPTS ITS PRIOR RULINGS from November 18, 2005, and the Plaintiff's Motions in Limine are GRANTED IN PART, DENIED IN PART, and RULING RESERVED IN PART.

New Orleans, Louisiana, this __3rd__ of __February__, 2006.

_____
UNITED STATES DISTRICT JUDGE