UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -6  AM 9: 04

LORETTA G. WHYTE
CLERK

MDL NO. 1657

IN RE: VIOXX                                   :

PRODUCTS LIABILITY LITIGATION   :   SECTION: L

:

:   JUDGE FALLON

:   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

### ORDER

Pending before the Court is the Plaintiff's Motion to Continue the trial of this matter (Rec. Doc. 2952). IT IS ORDERED that this motion is DENIED.

New Orleans, Louisiana, this __3rd__ day of __February__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____