

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
|  | : |  |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER & REASONS

Pending before the Court is the Motion of Merck & Co., Inc.("Merck") to Renew Previously-Filed Motions in Limine. In this motion, Merck seeks to renew the following motions: (1) A Motion to Exclude Evidence of, or reference to, Marketing and Promotional Materials Unrelated to Mr. Irvin or His Prescribing Physician (Rec. Doc. 1266); (2) A Motion to Exclude Evidence of Motive and Evidence Relating to Assets and Profitability of Merck or to the Compensation and Financial Decisions of its Employees (Rec. Doc. 1267); (3) A Motion to Exclude Evidence or Argument Pertaining to Conduct with No Nexus to the Issues Being Tried in This Case (Rec. Doc. 1268); (4) A Motion to Exclude FDA Warning Letters and Inadmissible Hearsay Statements Made by FDA Employees Regarding Vioxx (Rec. Doc. 1269); (5) A Motion

to Exclude Evidence or Argument Preempted by Federal Regulations (Rec. Doc. 1270); (6) A Motion to Exclude Scientifically Unreliable and Irrelevant Medical and Scientific Evidence (Rec. Doc. 1271); (7) A Motion to Exclude Irrelevant Medical Conditions (Rec. Doc. 1272); (8) A Motion to Exclude Evidence of and Reference to Estimates of Dr. David Graham (Rec. Doc. 1273); (9) A Motion to Exclude Evidence of Interim or "Blinded" Data from Trials of Vioxx and Evidence that Specific Studies of Vioxx Were Considered but not Undertaken or that Completed Studies Were Inadequate (Rec. Doc. 1274); (10) A Motion to Exclude Certain Alleged Unethical Conduct Associated with Clinical Trials (Rec. Doc. 1275); (11) A Motion to Exclude All Evidence of and Reference to AER's and Other Anecdotal Reports (Rec. Doc. 1276); (12) A Motion to Exclude Evidence of Changes Between the 16th and 17th Editions of the Merck Manual (Rec. Doc. 1277); (13) A Motion to Exclude Letters to the Editor About Unpublished Studies and Non-Scientific Editorials in Science Journals (Rec. Doc. 1278); (14) A Motion to Exclude Evidence of a Privileged, Previously Excluded Confidential Memorandum of Invention (Rec. Doc. 1279); (15) A Motion to Exclude Evidence of or Argument Regarding Statements Made in Connection with Political Proceedings and Debate Regarding Vioxx and Evidence of Verdicts from Other Litigation, Claims and Actions, or Government Proceedings (Rec. Doc. 1280); (16) A Motion to Exclude Evidence or Argument Concerning Alleged Misconduct Unrelated to Vioxx (Rec. Doc. 1281); and (17) A Motion to Exclude Irrelevant and Prejudicial Testimony (Rec. Doc. 1283).

For the reasons given in its Order dated November 20, 2005 (Rec. Doc. 1563), IT IS ORDERED that the Court ADOPTS ITS PRIOR RULINGS from November 20, 2005, and Merck's Motions in Limine are GRANTED IN PART, DENIED IN PART, and RULING

RESERVED IN PART.

    New Orleans, Louisiana, this __3rd__ of __February__, 2006.

                                                UNITED STATES DISTRICT JUDGE