


**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |
| .................................................. | : | |

**THIS DOCUMENT RELATES TO**
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial deposition exhibits relating to the deposition of Susan Baumgartner. The Defendant, however, made objections to the exhibits. The Court ruled on these objections. The Court's rulings are noted on the attached sheet, which has been entered into the record.

New Orleans, Louisiana, this 5th day of February, 2006.

[signature]

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X Dktd ___
✓ CtRmDep ___
___ Doc. No. ___

Denied = Overruled (i.e. document allowed into evid.)
Sustained = Sustained (i.e. document excluded from evid.)

**Plaintiff's Omnibus Response to Defendant's Objections to Deposition Testimony Designation of Merck Employee Susan Baumgartner, Pharm.D.**

## I. Witness's Background

Susan Baumgartner, Pharm.D., acted as a conduit between Merck and prescribing physicians, for scientific and medical information about Vioxx. (16:11) Started on the Vioxx Integration Team in mid-1998. (17:20)

Objection

## II. Exhibits Offered

| Exhibit Number | Argument in support of admission |
|---|---|
| P1.1259 (See Tab "A") | E-mail authored by the witness discussing her review of a medical article written about Vioxx and another COX-2 inhibitor. Document prepared in the normal course of business. |
| P1.0362 (See Tab "B") | E-mail written to Merck employees, used to impeach statement by witness, in a document she prepared. (P1.0177) Relevant because it contains the impression of a Merck expert which is contrary to a position taken by the witness. The fact that witness claims not to have seen the document is relevant because it contains a statement about naproxen which directly contradicts claims she later made, which were for broad dissemination. |
| P1.0401 (See Tab "C") | Document containing the analysis of Merck's National Thought Leaders, regarding Vioxx and the results of the VIGOR trial. Contains statements about the lack of any proof for the claim that naproxen is cardioprotective. Offered to impeach statement made by witness in document she prepared. (P1.0177) |
| P1.0516 (See Tab "D") | E-mail written by Merck employees, used to impeach statement by witness's document (P1.0177). See above. |
| P1.0177 (See Tab "E") | Document prepared by the witness in the normal course of business. (101:22) |
| P1.0400 (See Tab "F") | Document authored by the witness, in her handwriting, regarding Vioxx. (123:22) |
| P1.1257 (See Tab "G") | Document authored by Merck employee, offered to impeach witness's claims that Merck wanted prescribing physicians to be fully informed about the safety of Vioxx. (18:20-24; 23:6-8, 13-14, 18-19; 24:6-11) Used to impeach witness's claims regarding pediatric studies. (207:2-11) |

Handwritten margin rulings: P1.1259 — Denied; P1.0362 — Denied 607; P1.0401 — Sustained 802; P1.0516 — Denied 607; P1.0177 — Denied 401-3; P1.0400 — Denied 401-3; P1.1257 — Denied 401-3, 607

| | | |
|---|---|---|
| Sustained 403 + 802 | P1.0176 (See Tab "H") | Document is offered as notice to Merck that physicians perceived certain of the company's activities as threatening and intimidating, whether these claims were true or not. Witness worked for Dr. Louis Sherwood, and prepared Merck documents which mention the physicians listed in the exhibit. The exhibit is used, with nine (9) additional exhibits which were all either authored or received by witness, to impeach her claims that neutralizing physicians meant that Merck was helping physicians, and that Merck did not intimidate physicians who voiced concerns about the risks of Vioxx. |
| Denied | P1.1260 (See Tab "I") | E-mail authored by Merck employee, sent to witness. |
| Denied | P1.0415 (See Tab "J") | Memorandum authored by the witness, regarding Vioxx. |
| Denied | P1.0013 (See Tab "K") | Document authored by the witness, regarding Vioxx. |
| Denied | P1.0408 (See Tab "L") | Document authored by Merck employee, sent to witness, regarding Vioxx. Contains a report made specifically to witness, about Merck activities, received in the normal course of her daily activities at Merck. |
| Denied | P1.1254 (See Tab "M") | Document authored by Merck employee, sent to witness, regarding Vioxx. Report of Merck activities made specifically to witness, received in the normal course of her activities. |
| Denied | P1.1255 (See Tab "N") | Document authored by Merck employee, sent to witness, regarding Vioxx. Report of Merck activities made specifically to witness, received in the normal course of her activities. Specifically requests response from witness. |
| Denied | P1.0329 (See Tab "O") | Document authored by the witness, regarding Vioxx. |
| Denied | P1.0364 (See Tab "P") | Document authored by Merck employee, offered to impeach statement of the witness regarding risks of Vioxx. |
| Denied | P1.1253 (See Tab "Q") | Document authored by Merck employee, copied to witness, regarding Vioxx. Report sent specifically to witness, and received by her in the normal course of business. |