

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

          :      MDL NO. 1657

**IN RE: VIOXX**        :

    **PRODUCTS LIABILITY LITIGATION**   :     **SECTION: L**

          :

          :      **JUDGE FALLON**

          :      **MAG. JUDGE KNOWLES**

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
    *Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

Pending before the Court are three Motions in Limine filed by the Plaintiff. The first motion in limine seeks to exclude improper attempts to impeach expert witnesses with the prior testimony of expert witnesses from *Plunkett I*. The second motion in limine seeks to exclude the FDA's April 6, 2005 memorandum and evidence and/or argument that the FDA has concluded there is a "class effect" for all non-steroidal anti-inflammatory drugs ("NSAIDs"). The third motion in limine seeks to exclude evidence and/or argument regarding the previous trial of this case. The Court makes the following rulings as indicated on the attached.

New Orleans, Louisiana, this ___3rd___ day of ___February___, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dkta_____
___ CtRmDep_____
___ Doc. No._____

**PLAINTIFF'S MOTIONS IN LIMINE**                    **COURT'S RULING**

1.  Improper Attempts to Impeach Expert
    Witnesses with the Prior Testimony of
    Expert Witnesses from *Plunkett I*

The Plaintiff has filed a Motion in Limine to
exclude improper attempts to impeach expert
witnesses with the prior testimony from *Plunkett I*.
The Plaintiff contends that this evidence is hearsay
and overly prejudicial/confusing.

*In general reference to the Specific should not be made. It is relevant that 1st trial witness gave "sworn testimony" on a prior occasion not that prior occasion was at a trial. If during trial counsel feels special need to do so, counsel should 1st approach bench.*

2.  The FDA's April 6, 2005 Memorandum and
    Evidence and/or Argument that the FDA
    Has Concluded There is a "Class Effect" for
    All Non-Steroidal Anti-Inflammatory Drugs
    (NSAIDS)

The Plaintiff filed a Motion in Limine to exclude
the FDA's April 6, 2005 Memorandum and
evidence and/or argument that the FDA has
concluded there is a "class effect" for all NSAIDs.
The Plaintiff alleges that this evidence is irrelevant,
overly prejudicial/confusing, and is not
scientifically reliable.

*Motion denied*

3.  Evidence and/or Argument Regarding the
    Previous Trial of this Case

The Plaintiff filed a Motion in Limine to exclude
evidence and/or argument regarding the previous
trial of this case.  The Plaintiff argues that this
evidence is irrelevant and overly
prejudicial/confusing.