FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -6  AM 7: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                   :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                    :
                                    :   JUDGE FALLON
                                    :   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    *Dugas v. Merck & Co., Inc.*, 05-4213

**ORDER**

IT IS ORDERED that the Plaintiffs' Motion to Remand (Rec. Doc. 2983) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this __3rd__ day of __February__, 2006.

_____
UNITED STATES DISTRICT JUDGE