

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
    ALL CASES

## ORDER

IT IS ORDERED that the Motions for Clarification of Pretrial Order No. 19 (Rec. Doc. 1625 & 1626) are DENIED AS MOOT WITHOUT PREJUDICE.

New Orleans, Louisiana, this __3rd__ day of __February__, 2006.

                              UNITED STATES DISTRICT JUDGE