UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -6 AM 9:04
LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
  Plunkett v. Merck & Co., Inc., 05-4046

## ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of Allesha Schirmer, Dr. Christopher Schirmer, Dr. Edward Scolnick, James Dunn, David Anstice, Susan Baumgartner, J. Martin Carroll, and Jan Weiner. The Defendant, however, made several objections to the proffered deposition testimony. The Court ruled on these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __5th__ day of __February__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED