UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                           :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION          :   SECTION: L
                                                    :
                                                    :   JUDGE FALLON
                                                    :   MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**
      **ALL CASES**

**ORDER**

IT IS ORDERED that the status conference scheduled for February 15, 2006, at 1:30 p.m. is RESCHEDULED for February 13, 2006, at 1:30 p.m.

New Orleans, Louisiana, this __3rd__ day of __February__, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____