UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to | * | JUDGE FALLON |
| Esther S. Archuleta v. Merck & Co., Inc., No. 05-01548 | * | MAGISTRATE JUDGE KNOWLES |
| Curt Meng et al v. Merck & Co., Inc., No. 05-3800, And Only Regarding Earlean Booker | * | |
| Charles K. Caldwell et al v. Merck & Co., Inc., No. 05-01578, And Only Regarding Charles K. Caldwell | * | |
| Celestine Dale et al v. Merck & Co., Inc., No. 05-02567, And Only Regarding Alberta Borland | * | |
| Edna McGhee et al v. Merck & Co., Inc., No. 05-02573, And Only Regarding David Charles | * | |
| Viola Brown v. Merck & Co., Inc., No. 05-02319 | * | |
| Marchelle S. Adams et al v. Merck & Co., Inc., No. 05-02351, And Only Regarding Daniel E. Blevins | * | |
| Anita Ahern et al v. Merck & Co., Inc., No. 05-02271, And Only Regarding Ava Bagwell | * | |
| Lularene Benson v. Merck & Co., Inc., No. 05-3570 | * | |

| | |
|---|---|
| David Morrison Akers et al v. Merck & Co., Inc., No. 05-02384, And Only Regarding Vicki Clevinger, Administrator for the Estate of Mabel H. Gayhart | * * * * * * * |
| Debra Anderson et al v. Merck & Co., Inc., No. 05-01045, And Only Regarding Alice Blair | * * * * |
| Frederick Bianchino et al v. Merck & Co., Inc., No. 05-02954, And Only Regarding Frederick Bianchino, Jr. | * * * * * |
| Kimberly M. Blackshire et al v. Merck & Co., Inc., No. 05-02486, And Only Regarding Kimberly Morris Blackshire, Administrator for the Estate of Gladys G. Morris | * * * * * * |
| Venicia Cadet v. Merck & Co., Inc., No. 05-01746 | * * * |
| Anne I. Chavannes v. Merck & Co., Inc., No. 05-01743 | * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 23rd day of March, 2006, at 1:30 pm o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18B.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 22nd day of February, 2006.

798238v.1

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of March, 2006.

NEW ORLEANS, LOUISIANA, this 3 day of February, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

798238v.1