FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -7  AM 10: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to** | * | |
| | * | MAGISTRATE |
| Eva Lucille Adams v. Merck & Co., Inc., | * | JUDGE KNOWLES |
| No. 05-4326, And Only Regarding Fred | * | |
| Allen, Mascale Eugene Bellis, Rick | * | |
| Calvert, Terry Colson, Rebecca Fox, | * | |
| Gerald Fraley, Jacquline Lewis and | * | |
| Mozell Sullivan | * | |
| | * | |
| Harriet Aldridge et al v. Merck & Co., | * | |
| Inc., No. 05-6346, And Only Regarding | * | |
| Raymond Bell and Edward Huff as next | * | |
| of kin of Paul Huff | * | |
| | * | |
| Sam Fife et al v. Merck & Co., Inc., No. | * | |
| 05-6348, And Only Regarding Michael | * | |
| Francone as next of kin of Fannie | * | |
| Lillibridge | * | |
| | * | |
| Daryl Hill et al v. Merck & Co., Inc., No. | * | |
| 05-4325, And Only Regarding Gary | * | |
| Arrington | * | |
| | * | |
| Earlene McBride et al v. Merck | * | |
| & Co., Inc., No. 05-3420, And | * | |
| Only Regarding Patricia Deters | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

**PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED**

IT IS ORDERED that plaintiffs in the above-numbered cases show cause on the 23rd day of March, 2006, at 1:30 p.m. o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should

Fee_____ 798226v.1
Process_____
X / Dktd_____
  / CtRmDep_____
  / Doc. No_____

not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18B.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 22nd day of February, 2006.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of March, 2006.

NEW ORLEANS, LOUISIANA, this 3rd day of February, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE