MINUTE ENTRY
FALLON, J.
FEBRUARY 6, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL - 1657 |
| EVELYN IRVIN PLUNKETT,<br>Individually, and as Personal Representative<br>of the Estate of Richard Irvin, Jr. | REF NO. 05-4046 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L |

| | |
|---|---|
| BEFORE JUDGE ELDON E. FALLON | Monday, February 6, 2006, 9:30 am |

Courtroom Deputy: Gaylyn Lambert
Court Reporters: Toni Tusa and Cathy Pepper

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
       For plaintiffs
       Phillip Beck, Esq. and Tarek Ismail, Esq.  For defendant

JURY TRIAL: Case called; all present & ready
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.
Opening Statements.

Plaintiffs' Witnesses:
Susan Lynn Baumgartner - by video deposition.

Court adjourned at 5:40 pm until Tuesday, February 7, 2006, at 8:30 am.

JS-10:    6:24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION           MDL - 1657

EVELYN IRVIN-PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.           REF NO. 05-4046

VERSUS

MERCK & CO., INC.           SECTION: L

PEREMPTORY CHALLENGES
February 6, 2006

| PLAINTIFFS: | DEFENDANT: |
|---|---|
| 1. 14 | 1. 16 |
| 2. 12 | 2. 6 |
| 3. —— Pass | 3. 31 |