UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -6 PM 3: 27
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 05-CV-6708

RONALD TIMPANARO,
         Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
         Defendant.     /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, RONALD TIMPANARO, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, MERCK & CO., INC., on November 21, 2005.

Dated this 27th day of January, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 18B on this 27th day of January, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of FLORIDA | County of PINELLAS | Circuit Court |

Case Number: 05-6197-CI-19

Plaintiff:
**RONALD TIMPANARO**

vs.

Defendant:
**MERCK & CO, INC., CHRIS METROPOLUS, JEROME PITTMAN, JUNE V. MARCOTTE, AND AMY MOORE**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 17th day of November, 2005 at 2:44 pm to be served on **MERCK & COMPANY, INCORPORATED, CARE OF CT CORPORATION, REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FLORIDA 33324.**

I, CHOICE PROCESS - SOUTH FLORIDA, being duly sworn, depose and say that on the **21st day of November, 2005** at **9:45 am**, I:

Served the within named corporation by delivering a true copy of the SUMMONS AND COMPLAINT AND FIRST REQUEST FOR CASE-SPECIFIC DISCOVERY DIRECTED TO DEFENDANT with the date and hour of service endorsed thereon by me to DONNA MOCH, SENIOR PROCESS SPECIALIST as Registered Agent of the within named corporation, in compliance with Florida Statute 48.091 and informing said person of the contents thereof.

**Additional Information pertaining to this Service:**
DONNA MOCH STATED THAT SHE WAS AUTHORIZED TO ACCEPT SERVICE.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

**CHOICE PROCESS - SOUTH FLORIDA**
Process Server

Subscribed and Sworn to before me on the 5th day of December, 2005 by the affiant who is personally known to me.

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

NOTARY PUBLIC

Our Job Serial Number: 2005005952

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j