MINUTE ENTRY
FALLON, J.
FEBRUARY 3, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
   *Plunkett v. Merck & Co., Inc.*, 05-4046

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Andy Birchfield, Troy Rafferty, and Gerry Meunier participated on behalf of the Plaintiff. Phil Beck and Tarek Ismail participated on behalf of the Defendant. In addition, Toni Tusa, Official Court Reporter, was in attendance and transcribed the proceedings. At the conference, the parties discussed certain time limits pertaining to the trial of this matter, the use of deposition testimony, and their motions in limine. The Court agreed to provide the parties with an hour each to conduct voir dire and an hour and fifteen minutes each for opening statements. Furthermore, the Court issued several rulings in regards to the use of deposition testimony and the motions in limine. These are contained within the transcript, a copy of which can be obtained from Mrs. Tusa. She can be reached by telephone at (504) 589-7778.

JS10(01:05)

___ Fee___
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No___