UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -6  PM 12: 09

LORETTA G. WHYTE
CLERK

In Re:  VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To: Faye Baker
v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-03139)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

_____/

## PLAINTIFF'S NOTICE OF APPEARANCE

Plaintiff, FAYE BAKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE

ESTATE OF BURNICE BAKER, DECEASED, files this Notice of Appearance, and in support

thereof shows:

## FACTUAL AND PROCEDURAL HISTORY

1.      Plaintiff's Original Petition was filed on May 23, 2005, in the Eastern District of

Kentucky, Lexington Division by Joe Bill Campbell, Attorney at Law .

2.      The Judicial Panel on Multidistrict Litigation transferred the case to this Court on

August 5, 2005.

## RELIEF REQUESTED

3.      Plaintiff wants to be represented as counsel of record in this matter by following

counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST

UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM,

LLP, Mikal Watts of  WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM,

LLP.  Present counsel, Joe Bill Campbell, Attorney at Law, consents to the addition of counsel of

record.

1

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No._____

4.      Plaintiff respectfully asks this Court to add Drew Ranier of RANIER, GAYLE &
ELLIOTT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of
PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of
WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal
Watts of WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and
Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as
counsel of record for Plaintiff in this matter.

5.      Drew Ranier of RANIER, GAYLE & ELLIOTT, LLC, 1419 Ryan Street, Lake
Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490
Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441
Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of WATTS LAW FIRM, LLP, 555 North
Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441
Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on
behalf of Plaintiff FAYE BAKER.

6.      This request is not intended to cause delay or prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiff FAYE BAKER, respectfully
requests that her Notice of Appearance be granted, and for such other relief, at law or in equity,
to which she may be entitled.

2

Dated:

2/2/2006

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Phone: 409-835-6000
Fax: 409-838-8888

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
Phone: 713-230-2200
Fax: 713-643-6226

MIKAL WATTS
Texas State Bar No. 20981820
WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Phone: 361-887-0500
Fax: 361-887-0055

DREW RANIER
Louisiana State Bar No. 8320
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Phone: 337-494-7171
Fax: 337-494-7218

Joe Bill Campbell
Joe Bill Campbell, Attorney at Law
P.O. Box 1805
~~400 e. Main St., Ste. 300~~  1011 LEHMAN ste. 105
Bowling Green, KY 42102
Phone: 270-782-8228

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Phone: 713-223-0000
Fax: 713-223-0440
TRIAL ATTORNEY

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on the _2_ of _February_, 2006.

Grant Kaiser