UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Faye Baker v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-03139) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### ORDER

Upon due consideration of the foregoing Plaintiff's Notice of Appearance, and for good cause shown, the Court finds the Notice to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be added as counsel of record for Plaintiff in this matter.

IT IS SO ORDERED.

2/7/06
Date

Judge Eldon E. Fallon