UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



:    MDL NO. 1657

IN RE: VIOXX                    :

     PRODUCTS LIABILITY LITIGATION      :      SECTION: L

                                           :

                                           :      JUDGE FALLON

                                           :      MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
     *Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial portions of a deposition taken of Jo Jerman.  The

Defendant, however, made several objections to the proffered deposition testimony and offered

counterdesignations.  The Court ruled on these objections.  The Court's rulings are noted on the

attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __6th__ day of __February__, 2006.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
    CtRmDep._____
    Doc. No _____

-1-

jerman (2).txt
Annotations Report [Irvin Trial Cuts]

[23:2] - [23:4] 2/1/2006 Jerman - 1.25.2006


page 23
2          Q.    Ma'am, state your name,
3  please.
4          A.    Jo Jerman.


[66:4] - [66:8] 2/1/2006 Jerman - 1.25.2006


page 66
4          Q.    Well, let's look at
5  something here.
6                MR. PAPANTONIO:  What's the
7          number on that document?
8                MR. KAUFMAN:  1527.


[66:11] 2/1/2006 Jerman - 1.25.2006


page 66
11               MR. PAPANTONIO:  1527.


[67:3] - [67:13] 2/1/2006 Jerman - 1.25.2006


page 67
3          Q.    Now, as you're looking at
4  this, let's just look at the first page.
5  Is that your handwriting?
6          A.    Yes.
7          Q.    And what is this we're
8  looking at?  This is a journal you kept?
9          A.    I think it is a journal.  It
10  looks like an MVX journal.
11         Q.    What is an MVX journal?
12         A.    Where I made notations about
13  voicemails.


[69:6] - [70:1] 2/1/2006 Jerman - 1.25.2006


page 69
6                Would you please go to page
7  number 4367, Bates Number 4367.
8                How about reading the bottom
9  of that where it says, "Can take New
10  England Journal of Medicine paper on
11  VIGOR and tho technically not able to
12  talk about it, can distribute to
13  physicians."  Is that what that says?
14         A.    Yes.
15         Q.    Why don't you read it?
16  Since you wrote it, read what that says
17  in the last paragraph, just the last
                                    Page 1

jerman (2).txt
```
18  paragraph there.
19           A.    "Can disseminate off-label
20  information via having data on file with
21  the FDA, therefore can take New England
22  Journal of Medicine paper on VIGOR and
23  tho technically not able to talk about
24  it, can distribute to physicians - timing
page 70
1   is first of year."


[83:23] - [86:13] 2/1/2006 Jerman - 1.25.2006


page 83
23  this company on May 23rd?  What was your
24  role in work?  Work-wise, what were you
page 84
1   supposed to be doing with this company?
2            A.    I was vice president of
3   Southeast business group.
4            Q.    And what did you do as the
5   vice president of southeast business
6   group?
7            A.    I had representatives,
8   managers and directors that promoted
9   Merck products.
10           Q.    Okay.
11                 So, let's break that down.
12  You had -- you say you had managers,
13  right?
14           A.    Yes.
15           Q.    What else did you say you
16  had?
17           A.    Representatives.
18           Q.    Representatives?
19           A.    Uh-huh.
20           Q.    what else?
21           A.    Directors.
22           Q.    Directors.
23                 And the representative was a
24  person that was in the field talking to
page 85
1   doctors at least on a weekly basis about
2   Vioxx, correct?
3            A.    Correct.
4            Q.    That's what you wanted them
5   to do.  You wanted them to talk to
6   doctors about Vioxx?
7            A.    Yes, sir.
8            Q.    And you were the person in
9   charge of -- how many people did you have
10  doing that, working for you?
11           A.    Approximately 800.
12           Q.    800 field representatives.
13  Were they scattered out all over the
14  country or where were they?
15           A.    No.  Eight states.
16           Q.    Eight states.
17                 In eight states you had
18  field representatives that worked for you
19  that would go out and talk to doctors
20  every day about whether Vioxx was a good
```

jerman (2).txt
```
21  drug, a bad drug, a safe drug, an unsafe
22  drug.  You had representatives that would
23  sell this product to doctors?
24          A.   We had representatives that
page 86
1   are charged with giving balanced
2   discussions for every product.
3          Q.   Right.
4          A.   Meaning both the benefits as
5   well as the limitations.  That doesn't --
6   that's not just Vioxx.  That's all
7   products.
8          Q.   But Vioxx was one of the
9   products, and it was one of the main
10  products you worked with around this
11  time, May 23rd, 2001?
12          A.   In addition to numerous
13  others.
```

[87:11] - [87:16] 2/1/2006 Jerman - 1.25.2006


```
page 87
11                And so they would then take
12  this information and do what with it, the
13  field rep?
14          A.   They would take this
15  information and do as it directs them to
16  do.
```

[102:19] - [102:20] 2/1/2006 Jerman - 1.25.2006


```
page 102
19                MR. PAPANTONIO:  Show her
20       1526, please.
```

[104:5] - [104:21] 2/1/2006 Jerman - 1.25.2006


```
page 104
5          Q.   Now, do you see where it
6   says "Lucas, Krista R." up top there?
7          A.   Lucas -- no, wait a minute.
8                MR. TSOUGARAKIS:  Up at the
9       top.
10               THE WITNESS:  I'm sorry.
11       Yes.
12  BY MR. PAPANTONIO:
13          Q.   Do you see where your name
14  appears in there, Jo Jerman?
15          A.   Right.
16          Q.   It says, "GI Risk Slim Jim."
17  Do you see that?
18          A.   Yes.
19          Q.   "Confidential."  Do you see
20  that?
21          A.   Yes.
```

Page 3

jerman (2).txt
[104:22] - [105:16] 2/1/2006 Jerman - 1.25.2006


page 104
22          Q.      "On April 20th you received
23   a draft of a new slim jim on GI safety.
24   Thank you very much for all of your input
page 105
1   and comments; you helped us create a
2   better piece for the field.  Attached is
3   a copy of the final slim jim which has
4   legal approval.  All sales
5   representatives should receive a copy of
6   this piece by May 18th.
7                  "This piece comes at the
8   strong request of our CFT meeting in
9   early April.  The group felt...we could
10   not wait" -- do you see that?  "The group
11   felt...we could not wait for VIGOR to
12   start driving physicians' dissatisfaction
13   with NSAID" gastrotherapy "and selling
14   the GI safety of Vioxx."  Do you see
15   where it says that?
16          A.      (Witness nods.)


[105:17] - [105:23] 2/1/2006 Jerman - 1.25.2006


page 105
17          Q.      So, in other words, before
18   the VIGOR study came out, you were
19   already out there talking to doctors
20   about GI safety, weren't you?
21          A.      No.  What we were talking to
22   doctors about was the incidence of GI
23   problems with traditional NSAIDs.


[105:24] - [106:12] 2/1/2006 Jerman - 1.25.2006


page 105
24          Q.      Well, you were talking to
page 106
1   them about VIGOR, weren't you?
2          A.      No, we weren't.
3          Q.      There was no discussion
4   about VIGOR when you were talking to
5   doctors?
6          A.      No, sir.
7          Q.      And did you make the
8   decision about -- was there any
9   discussion here in this document where it
10   talks about talking to doctors about CV
11   events?  Take a look and tell me what
12   that is.


[106:19] - [106:24] 2/1/2006 Jerman - 1.25.2006


page 106

                                        Page 4

jerman (2).txt

```
19        Q.    Yeah.  Where does it mention
20   about CV in here, about cardiovascular
21   events?
22        A.    There's no mention in this
23   document, but there is certainly mention
24   in other documents.
```

[108:2] - [108:5] 2/1/2006 Jerman - 1.25.2006

```
page 108
2         Q.    Now, when did the label come
3   out about GI safety?
4         A.    That would have been --
5         Q.    What year was that?
```

[108:9] - [108:22] 2/1/2006 Jerman - 1.25.2006

```
page 108
9         Q.    What year was that?
10        A.    I don't remember if it was
11   '01 or '02.
12        Q.    You do know, though, that
13   this document, where you're talking about
14   selling the GI safety of Vioxx, you were
15   doing that before the label change,
16   correct?  You're saying we can't wait,
17   and we need to sell the GI safety of
18   Vioxx.  Do you see where it says that on
19   that document, second paragraph?  We're
20   going to sell the GI safety of Vioxx.
21   That's a year before your label change,
22   isn't it?
```

[109:1] - [109:11] 2/1/2006 Jerman - 1.25.2006

```
page 109
1              THE WITNESS:  Well, we're
2         not going to be saying anything
3         that isn't approved for us to say.
4   BY MR. PAPANTONIO:
5         Q.    This is a year before the
6   label change.  Did you know that this
7   document that we're looking at is a year
8   before the label change, and you're out
9   there telling doctors about the GI safety
10   of Vioxx, but you're not telling them
11   about the CV problems with Vioxx.  Yes?
```

[109:14] - [109:17] 2/1/2006 Jerman - 1.25.2006

```
page 109
14             THE WITNESS:  Not true.
15   BY MR. PAPANTONIO:
16        Q.    That's not true?
17        A.    That's not true.
```

Sustained

Compound;
argumentative

Page 5

jerman (2).txt

[153:1] - [153:2] 2/1/2006 Jerman - 1.25.2006

page 153
1            MR. PAPANTONIO:  Show her
2        1529, please.

[153:13] - [153:21] 2/1/2006 Jerman - 1.25.2006

page 153
13          Q.    Do you know we asked before
14  you came in here that we get your file?
15  Did you know that?  Before you came here,
16  we actually asked lawyers to give us the
17  file that you kept.  Had anybody ever
18  told you that before?
19          A.    I don't remember if they
20  told me that or not, but...
21          Q.    Stuff you had in your file?

*Sidebar;
compound
↑
Sustained*

[155:23] - [156:1] 2/1/2006 Jerman - 1.25.2006

page 155
23          Q.    Now, I'll represent to you
24  this is what at least your lawyers said
page 156
1  came out of your file.

*Sidebar*

[156:15] - [156:17] 2/1/2006 Jerman - 1.25.2006

page 156
15              Do you see down at the
16  bottom there's little numbers in the
17  bottom right-hand corner?

[156:18] - [156:22] 2/1/2006 Jerman - 1.25.2006

page 156
18          A.    Yes, sir.
19          Q.    Go on over to 6248.
20          A.    Okay.
21          Q.    You see where it says,
22  "Overall Summary" right there?

[157:2] - [157:14] 2/1/2006 Jerman - 1.25.2006

page 157
2          Q.    "Overall Summary."  This was
3  in your set of documents.  "Overall
4  Summary.  There was NO evidence from
5  clinical trials that any NSAIDs except
                                Page 6

```
                              jerman (2).txt
6  ASA are cardioprotective."  Do you know
7  what ASA is?
8         A.    Aspirin.
9         Q.    Right.
10              Do you want to read that
11 again?
12              "There is NO evidence from
13 clinical trials that any NSAIDs" -- what
14 is naproxen?


[157:15] - [157:21] 2/1/2006 Jerman - 1.25.2006


page 157
15        A.    An NSAID.
16        Q.    Okay.
17              "There is NO evidence from
18 any clinical trials" -- what's a clinical
19 trial?
20        A.    Designed to look at the
21 outcome of the product.


[157:22] - [158:10] 2/1/2006 Jerman - 1.25.2006


page 157
22        Q.    "There is NO evidence from
23 any clinical trials that any NSAIDs," and
24 it doesn't say except naproxen, it says,
page 158
1  "except ASA are cardioprotective."  Did I
2  read that right?
3         A.    You read it right from the
4  slide.
5         Q.    Yeah.  And it came from your
6  file.  And do you know when this was in
7  your file, ma'am?
8         A.    I've never seen this before,
9  so, if it was in my file, I did not
10 remember it.


[158:11] - [158:20] 2/1/2006 Jerman - 1.25.2006


page 158
11        Q.    So, before you just gave
12 testimony under oath in front of a jury
13 and you told the jury that you didn't
14 know that people, doctors were saying
15 that there is no evidence from clinical
16 trials that NSAIDs except ASA are
17 cardioprotective, when you gave testimony
18 a minute ago, you looked at this camera
19 and you said you didn't know that, didn't
20 you?


[158:24] - [159:4] 2/1/2006 Jerman - 1.25.2006


                              Page 7
```

*Sustained (602) argumentative* (handwritten annotation)

jerman (2).txt

page 158
24        Q.     Isn't that what you told us?
page 159
1         A.     This -- again, I've never
2  seen this.  It says, "Advisor's
3  Conference Calls."  I wouldn't be on
4  conference calls with advisors.


[159:5] - [159:8] 2/1/2006 Jerman - 1.25.2006


page 159
5         Q.     It came out of your file,
6  Ms. Jerman.  It came out of your file.
7  You know that, don't you, now?
8         A.     No, I don't know that.


[160:9] - [161:2] 2/1/2006 Jerman - 1.25.2006


page 160
9         Q.     Well, the truth is -- the
10 truth is --
11        A.     I don't remember seeing it.
12        Q.     -- you have been -- for the
13 last 15 minutes, you have known that this
14 document was in your file where it says,
15 "There is NO evidence from clinical
16 trials that any NSAIDs" -- and what is
17 naproxen, that's an NSAID, isn't it?
18        A.     Yes.
19        Q.     -- "except aspirin are
20 cardioprotective."
21               As you have been sitting
22 here talking to this jury in this room,
23 talking to these people in this room, as
24 you've been telling me that you didn't
page 161
1  know that, this has been in your file for
2  how many years?

Argumentative;
harassing
Sustained
403 + 602

[161:6] - [161:7] 2/1/2006 Jerman - 1.25.2006


Note:


page 161
6               THE WITNESS:  I have no idea
7         if it was even in my file.


[163:4] - [163:8] 2/1/2006 Jerman - 1.25.2006


page 163
4               If this document that was in
5  your file was true, then what you told
6  doctors, as we said, what, tens of

Sustained
Speculative

                                    Page 8

```
                              jerman (2).txt
7  thousands of doctors, 800 field
8  representatives, you were wrong?


[163:11] - [163:12] 2/1/2006 Jerman - 1.25.2006


page 163
11            THE WITNESS:  I have nothing
12       to tell me that this is true.


[284:12] - [284:17] 2/1/2006 Jerman - 1.25.2006


page 284
12            Q.    Would you take a look at
13  this document, please, 1267.  It's there
14  in front of you.
15            You know, of course, who Jim
16  Dunn is.  You worked with Jim Dunn,
17  didn't you?


[284:18] - [284:19] 2/1/2006 Jerman - 1.25.2006


page 284
18       A.    I did.  He was the head of
19   the FIT.


[284:24] - [285:11] 2/1/2006 Jerman - 1.25.2006


page 284
24            Q.    When you say he was the head
page 285
1  of it, what do you mean he was the head
2  of --
3            A.    He was heading up the, here
4  as I call it, the marketing integration
5  team, but it was later to be known as the
6  field integration team.  He was the
7  manager of that.
8            Q.    Its subject is "New crop of
9  arthritis drug under safety cloud."  Do
10  you see that?
11            A.    I do.


[285:12] - [285:21] 2/1/2006 Jerman - 1.25.2006


page 285
12            Q.    Then it goes on to say, to
13  Dunn, do you see that?  It says, to Dunn,
14  Jim Dunn, "(Vioxx MIT)."
15            Who is Cannell?  Tell me who
16  Cannell is.
17            A.    He would have been on the
18  marketing team for Vioxx.
19            Q.    You worked with him;
                                        Page 9
```

                                        jerman (2).txt
20  correct?
21          A.    I worked with him.


[285:22] - [286:2] 2/1/2006 Jerman - 1.25.2006


page 285
22          Q.    It says, "Request from field
23  sales manager to review CV issues at 1S.
24  Are we planning to do so."  Do you see
page 286
1  that?
2          A.    I do.


[286:14] - [287:6] 2/1/2006 Jerman - 1.25.2006


page 286
14          Q.    So, it says "Hi, Linda.  I
15  think I speak for more than just myself
16  when I say that the CV issues" -- you
17  know what the CV issues are?
18          A.    I do.
19          Q.    -- "in the field is still a
20  hot topic and seems to require further
21  clarification.  We have in the past
22  assumed that these concerns are unfounded
23  once the clinician understands that Vioxx
24  has no effect on platelets and thus no
page 287
1  cardio-protective effect.  But Topol" --
2  "But Topol keeps rearing his ugly head"
3  and stirring up concerns.
4          Do you see where it says
5  that?
6          A.    I do.


[287:7] - [287:11] 2/1/2006 Jerman - 1.25.2006


page 287
7          Q.    "But Topol keeps rearing
8  his ugly head" and stirring up concerns.
9  Do you see the date on this document?
10          A.    31st, 2001.  October 31st,
11  I'm sorry.


[288:16] - [289:5] 2/1/2006 Jerman - 1.25.2006


page 288
16          Q.    It says, "Topol keeps
17  rearing his ugly head and...stirring up
18  concern."  Did you know that Topol, after
19  he'd already written the JAMA article,
20  continued to tell Merck and continued to
21  tell people in the field, other doctors,
22  that they should be concerned about
23  Vioxx?
                                        Page 10

```
                              jerman (2).txt
24       A.    I knew that he had raised
page 289
1  some questions and was asking some
2  questions, but that's all I know.  And I
3  didn't write this.  I'm not copied on it.
4  So, I don't know exactly what it is
5  referring to.


[291:16] - [292:3] 2/1/2006 Jerman - 1.25.2006


page 291
16       Q.    Do you remember having a
17  discussion with Jim Dunn about Dr. Topol?
18       A.    I don't remember that, no.
19       Q.    Do you remember that Dr.
20  Topol back in 2001 was regarded as a
21  person who was causing problems for Merck
22  because of what he was saying about the
23  dangers of Vioxx?
24       A.    All I recall is he was
page 292
1  asking questions about the data because
2  he had done his own set of data, which
3  was a retrospective analysis.


[293:4] - [293:6] 2/1/2006 Jerman - 1.25.2006


page 293
4        Q.    But you remember the article
5  in Reuters?  That's no surprise that this
6  article appeared in Reuters to you?


[293:9] - [293:10] 2/1/2006 Jerman - 1.25.2006


page 293
9             THE WITNESS:  I'm sorry.  I
10       can't remember the article.


[293:12] - [294:9] 2/1/2006 Jerman - 1.25.2006


page 293
12       Q.    Do you see the second
13  paragraph -- third paragraph where it
14  says, "Eric Topol and Steven Nissen of
15  the Cleveland Clinic said the new drugs
16  could have a worrisome tendency to cause
17  blood clots."  Do you see that?
18       A.    That's what it says.
19       Q.    "The researchers' similar
20  finding" with "Merck's current
21  blockbuster Vioxx and Pharmacia's popular
22  Celebrex rocked the medical world in
23  August."  It rocked the medical world in
24  August.  Do you see that?
page 294
                              Page 11
```

Sustained
802

hearsay (reading
a news article)

jerman (2).txt

```
1        A.    I do.
2        Q.    You're telling me you didn't
3   know anything about what Dr. Topol was
4   out there saying about Vioxx?  The person
5   in charge of 800 -- 800 field
6   representatives, talking to doctors,
7   you're telling me you didn't know in 2001
8   that Dr. Topol had already been saying
9   that Vioxx was a dangerous product?
```

[294:14] - [294:19] 2/1/2006 Jerman - 1.25.2006

```
page 294
14        Q.    Is that what you're telling
15   me?
16        A.    I do not remember him saying
17   it was a dangerous product.  I remember
18   that he had questions about the
19   mechanisms.  That's all I remember.
```

[294:20] - [294:23] 2/1/2006 Jerman - 1.25.2006

```
page 294
20        Q.    But you never communicated
21   that to your field reps, did you?
22        A.    I don't remember what I
23   communicated at that time.
```

[343:7] - [343:8] 2/1/2006 Jerman - 1.25.2006

```
page 343
7        question that way, go to 15 --
8             MR. KAUFMAN:  27.
```

[343:24] - [344:2] 2/1/2006 Jerman - 1.25.2006

```
page 343
24             what page?
page 344
1             MR. PAPANTONIO:  Let's go to
2        4396.
```

[344:4] - [344:11] 2/1/2006 Jerman - 1.25.2006

```
page 344
4        Q.    Do you see on that page it
5   says "Objectives" down halfway through
6   the page?  Excuse me.  It says, "Profit
7   plan review."  Why don't you read that
8   where it starts "Profit plan review."
9   First of all, is this yours?  You wrote
10   this in your own handwriting?
11        A.    It looks like my notes.
```

                                        Page 12

jerman (2).txt

[344:12] - [344:16] 2/1/2006 Jerman - 1.25.2006


page 344
12        Q.     Or did somebody else write
13   this?
14        A.     I wrote this in my own
15   handwriting.  It was during a profit plan
16   review.


[344:17] - [344:21] 2/1/2006 Jerman - 1.25.2006


page 344
17        Q.     So, you were involved in
18   profit planning reviews, right?
19        A.     I was involved, yes.  I
20   didn't prepare the documents, but I was
21   involved.


[344:22] - [345:4] 2/1/2006 Jerman - 1.25.2006


page 344
22        Q.     You knew day-to-day -- I
23   mean, you knew you had meetings where
24   profit plan reviews would take place, and
page 345
1   they would include you, correct?
2        A.     They would include me, and
3   they would include all the other RBG VPs
4   as well as the marketing --


[345:5] - [345:8] 2/1/2006 Jerman - 1.25.2006


page 345
5        Q.     Jo Jerman would be involved
6   in profit plan review? Yes or no?
7        A.     The final profit plan
8   review, yes.


[345:9] - [345:20] 2/1/2006 Jerman - 1.25.2006


page 345
9        Q.     Would you look at where it
10   says -- halfway down it says
11   "objectives."  Do you see that?
12        A.     Yes.
13        Q.     It says "2.5 billion."  Is
14   that what that says?
15        A.     It does.
16        Q.      "Income equals 1.9
17   billion."  What does that mean?
18        A.     The 2.5 is sales.  The 1.9
19   would be income after rebates and that

                              Page 13

*[handwritten note:]* Sustained

Sales data should be excluded in compensatory phase

jerman (2).txt

20  sort of thing.


[347:13] - [347:21] 2/1/2006 Jerman - 1.25.2006


page 347
13              Then you say "Strategic
14  Objective."  What does that say?
15      A.      "Differentiate superior
16  efficacy, GI outcomes in coxib."
17              "Better than valdecoxib and
18  parecoxib."
19      Q.      Let me read the next one and
20  see if I read it right.  It says
21  "Neutralize safety concerns."


[347:22] - [348:3] 2/1/2006 Jerman - 1.25.2006


page 347
22      A.      Uh-huh.
23      Q.      What were the safety
24  concerns?
page 348
1       A.      The safety concerns could
2   have been GI.  They also could have been
3   CV issues.


[348:9] - [348:12] 2/1/2006 Jerman - 1.25.2006


page 348
9       Q.      So, what you wrote here is
10  you have to neutralize those safety
11  concerns; right?
12      A.      Yes.


[348:13] - [348:14] 2/1/2006 Jerman - 1.25.2006


page 348
13      Q.      Did you write that?
14      A.      I wrote that.


[348:22] - [348:24] 2/1/2006 Jerman - 1.25.2006


page 348
22      Q.      Then in number 6 you wrote,
23  does that say "Drive consumers to Vioxx"?
24      A.      That's what it says.


[349:1] - [349:6] 2/1/2006 Jerman - 1.25.2006


page 349
1       Q.      How were you going to drive
                                Page 14

jerman (2).txt

```
2  consumers to Vioxx?
3        A.    I wasn't going to, but it
4  would have -- they would have been
5  referring to the direct-to-consumer
6  campaign.
```

[349:8] - [349:15] 2/1/2006 Jerman - 1.25.2006

```
page 349
8              Then let's go then -- since
9  this is all in your handwriting and you
10  admit you wrote it, nobody else wrote
11  this one for Jo Jerman, it is 4402.  Do
12  you see that?  Down at the bottom it says
13  4402?  It says "Profit plan" up there in
14  the right-hand corner.
15        A.    Uh-huh.
```

[350:1] - [350:2] 2/1/2006 Jerman - 1.25.2006

```
page 350
1              Right up underneath there,
2  what does it say?
```

[350:5] - [350:13] 2/1/2006 Jerman - 1.25.2006

```
page 350
5        A.    The "2.8 billion forecast if
6  straight forecast, no ups or downs
7  assumptions."
8        Q.    Read that again.
9        A.    Okay.  "2.8 billion forecast
10  if straight forecast, no ups or downs
11  assumptions."
12        Q.    what are ups or down
13  assumptions?
```

[350:14] - [351:7] 2/1/2006 Jerman - 1.25.2006

```
page 350
14        A.    Any time during the life
15  cycle of a product or a particular year,
16  and I don't know what this refers to, it
17  says "profit plan ," so, it could be --
18  this is coxib franchise.  So, this may
19  have been where we were anticipating the
20  launch of Arcoxia -- you forecast
21  potential upsides to the brand like new
22  indications and potential downsides to
23  the brand such as new competitors.
24        Q.    well, would one downside be
page 351
1  that doctors are out talking about the
2  fact that Vioxx could kill people?  Would
3  you consider that a downside?  Would that
```
Page 15

Sustained
401

Sales data

Sustained

Argumentative;
compound

```
                                    jerman (2).txt
4    be within your realm of downsides if Dr.
5    Topol and Dr. Singh are out talking about
6    the fact that Vioxx can kill people?  Is
7    that a downside?


[351:11] - [351:14] 2/1/2006 Jerman - 1.25.2006


page 351
11              THE WITNESS:  I never heard
12          Dr. Topol or Dr. Singh saying
13          that -- of them saying that Vioxx
14          could kill people.


[352:19] - [353:2] 2/1/2006 Jerman - 1.25.2006


page 352
19              Would you consider that a
20   downside?  When you're talking about
21   upsides and downsides, if you have to put
22   a label on a product that says if you
23   take this product, your chances of having
24   a heart attack are four times greater
page 353
1    than other NSAIDs, that's a downside,
2    isn't it?


[353:6] - [353:7] 2/1/2006 Jerman - 1.25.2006


page 353
6         Q.    That hurts sales, doesn't
7    it?


[353:10] - [353:13] 2/1/2006 Jerman - 1.25.2006


page 353
10              THE WITNESS:  It's hard for
11          me to answer because it would be
12          depending upon directly what was
13          in the label.


[353:15] - [353:21] 2/1/2006 Jerman - 1.25.2006


page 353
15        Q.    You understand the question.
16   Is it an upside or downside to have to
17   tell doctors that if they give this
18   patient Vioxx, that they've increased
19   their risk of heart attack four times
20   compared to another NSAID?  That's not a
21   good thing?  You agree with that?


[353:24] - [354:3] 2/1/2006 Jerman - 1.25.2006
                                    Page 16
```

Sustained

Speculative

Compound

Overruled
607

jerman (2).txt

page 353
24              THE WITNESS:  "If," which we
page 354
1        never did, "if," that would
2        probably be in the forecast as a
3        downside.


[356:19] - [357:1] 2/1/2006 Jerman - 1.25.2006


page 356
19              Q.    Well, we just looked at your
20  handwriting.  This is your handwriting,
21  right?
22              A.    Right.
23              Q.    You're using terms like
24  upsides and downsides, right?
page 357
1              A.    Right.


[357:2] - [357:3] 2/1/2006 Jerman - 1.25.2006


page 357
2              Q.    Well, let's go to document
3  number 166.


[357:17] - [357:22] 2/1/2006 Jerman - 1.25.2006


page 357
17             Q.    No.  It's another one.  I'm
18  going to show you.  "Long Range Operating
19  Plan:  2002 - 2007."  You've seen this,
20  obviously?  You agree you've seen this?
21             A.    Uh-huh.  I would have seen
22  it.


[357:23] - [358:3] 2/1/2006 Jerman - 1.25.2006


page 357
23             Q.    Would you go then to Page 24
24  of that document.  Since we're talking
page 358
1  about upsides and downsides while it's
2  fresh on everybody's mind, let's look at
3  this.


[358:7] - [358:23] 2/1/2006 Jerman - 1.25.2006


page 358
7              Q.    It says, "Arthritis Key
8  Sensitivities."  There's those words,
9  "Upside/Downside Forecast - Vioxx

Sustained

jerman (2).txt

*[handwritten: Sales data]*

```
10  worldwide."  "Upside (1.7" billion --
11  "BN" what is that?
12       A.    Billion, I'm assuming.
13       Q.    And the upside is no "GI
14  safety issues effectively managed"?
15       A.    That's not --
16       Q.    Excuse me.  "Non-GI safety
17  issues effectively managed."  Right?
18       A.    Right.
19       Q.     "Studies for the new
20  indications will be positive."  That's an
21  upside; right?
22       A.    They're saying it's an
23  upside, yes.
```

*[handwritten: Sustained]*

*[handwritten: 401]*

[360:2] - [360:9] 2/1/2006 Jerman - 1.25.2006

```
page 360
2        Q.    And then downsides.  The
3   downside is, does it say negative 9
4   billion?  "Negative .9 --
5        A.    Point.
6        Q.    "Negative .9 billion."  The
7   downside, if "CV labeling issues elevate
8   safety concerns."  Right?
9        A.    Right.
```

*[handwritten: sales data; 403: forward-looking business plan post-death is irrelevant]*

[464:14] - [464:19] 2/1/2006 Jerman - 1.25.2006

```
page 464
14              (Whereupon, Deposition
15        Exhibit 1.1530, "MVX for Vioxx Jo
16        Jerman," 4-27-01,
17        MRK-H.10STM001202 -
18        MRK-H.10STM001218, was marked for
19        identification.)
```

*[handwritten: No questions]*

[496:1] - [496:6] 2/1/2006 Jerman - 1.25.2006

```
page 496
1               (Whereupon, Deposition
2         Exhibit P1.1014, Memo 6-6-00,
3         "Meeting Minutes - 5/17/00 HH PAC
4         Meeting," MRK-ABL0000938 -
5         MRK-ABL0000941, was marked for
6         identification.)
```

[511:3] - [511:7] 2/1/2006 Jerman - 1.25.2006

```
page 511
3               (Whereupon, Deposition
4         Exhibit 1.1274, E-mail 2-8-02,
5         with attachment, MRK-ACZ0038244 -
6         MRK-ACZ0038248, was marked for
7         identification.)
```

Page 18

jerman (2).txt

[512:5] - [512:16] 2/1/2006 Jerman - 1.25.2006


page 512
5          Q.    Tell me who Mr. Dunn is.
6          A.    That would be Jim Dunn.
7          Q.    You worked with Jim Dunn,
8  right?  Is that right?
9          A.    Occasionally, yes.
10          Q.    And you worked with Cannell;
11  is that right?
12          A.    Yes.  He was on the
13  marketing team.
14          Q.    Tell me who Mr. Cannell was.
15          A.    Executive director for
16  marketing for Vioxx.


[514:9] - [514:14] 2/1/2006 Jerman - 1.25.2006


page 514
9          Q.    Did you have communication
10  with field representatives about whether
11  Vioxx was selling well in 2002 or whether
12  it was selling poorly since you were the
13  person in charge of 800 of them?
14          A.    We had communications.


[514:15] - [514:17] 2/1/2006 Jerman - 1.25.2006


page 514
15          Q.    Did they tell you everything
16  is a okay, we're selling a lot of this
17  product?


[514:22] - [514:23] 2/1/2006 Jerman - 1.25.2006


page 514
22          THE WITNESS:  We continued
23          to sell a lot of the product.


[515:1] - [516:3] 2/1/2006 Jerman - 1.25.2006


page 515
1          Q.    Then it says, read this.  It
2  says, "The main risk in Merck is the
3  possibility that Vioxx sales continue to
4  weaken, forcing us to further cut our
5  growth expectations.  On December 11,
6  Merck marred its annual meeting with
7  analysts predicting that
8  less-than-expected sales of Vioxx would
9  keep the drugmaker from achieving any
10  earnings growth in 2002.  The fact that
                          Page 19

*[handwritten notations:]* Sustained

Sales data; 403

```
                                jerman (2).txt
11  Vioxx doesn't offer superior pain relief
12  to other, cheaper medicines means
13  regulators and physicians may be less
14  tolerant of side effects such as
15  increased blood pressure and incidence of
16  heart attacks.  Vioxx sales would fall
17  dramatically if the drug's label were
18  changed to indicate a slight" -- even "a
19  slight increase in the risk of heart
20  attack."  Do you see that?
21        A.    I do.
22        Q.    "Vioxx sales would fall
23  dramatically if the drug's label were
24  changed to indicate a slight increase in
page 516
1  the risk of heart attack."  Did I read
2  that right?
3        A.    Yes.
```

```
                    jerman defense counters.txt
              Issues Report [Irvin v. Merck (Vioxx)]


* Defendant Deposition Designations


[86:23] - [87:6] 1/25/2006 Jerman, Jo (MDL)

* Defendant Deposition Designations

page 86
23          Q.    Where did the field rep get
24  their information?
page 87
1           A.    The field rep oftentimes got
2   their information directly from
3   headquarters --
4           Q.    Like this?
5           A.    -- such as this.  This would
6   have come directly to them.


[348:15] - [348:21] 1/25/2006 Jerman, Jo (MDL)

* Defendant Deposition Designations

page 348
15          Q.      "Neutralize safety
16  concerns."
17          A.      "Neutralize" means where
18  people have misperceptions, inaccurate
19  information, that you make certain that
20  they've got the appropriate clinical
21  data.
```