*Introduction*

# Federal Agencies

## Department of Health and Human Services

The Department of Health and Human Services (DHHS)* is the federal government's principal agency for protecting the health of all Americans and providing essential human services, especially for those who are least able to help themselves (Figure 1). DHHS has approximately 61,000 employees.

DHHS manages more than 300 programs, including those concerned with
- Medical and social science research
- Outbreak prevention of infectious diseases; includes immunization services
- Assuring food and drug safety
- Medicare (health insurance for elderly and disabled Americans)
- Medicaid (health insurance for low-income people)
- Financial assistance for low-income families
- Child support enforcement
- Improving maternal and infant health
- Head Start (pre-school education and services)
- Substance abuse treatment and prevention
- Services for older Americans, including home-delivered meals
- Comprehensive health services delivery for American Indians and Alaska Natives

**Figure 1: Department of Health and Human Services (selected agencies)**



| | |
|---|---|
| FDA: | Food and Drug Administration |
| CDC: | Centers for Disease Control and Prevention |
| NIH: | National Institutes of Health |
| HCFA: | Health Care Financing Administration |
| IHS: | Indian Health Service |
| HRSA: | Health Resources and Services Administration |
| AHRQ: | Agency for Health Care Research and Quality |

* Department of Health and Human Services  http://www.dhhs.gov

4

MRK-NJ0092066

### Food and Drug Administration (FDA)*

The US Food and Drug Administration, formed in 1930, is the agency of the DHHS that is responsible for the regulatory control of the development, use, promotion, and monitoring of medical products for human and animal use, including vaccines, drugs, blood and blood products, and medical devices.

**History:**  Selected milestones in FDA's history are provided below.

| | |
|---|---|
| 1862 | President Lincoln appoints a chemist to serve in the new Department of Agriculture, which was the beginning of the Bureau of Chemistry, the forerunner of the Food and Drug Administration. |
| 1902 | The BIOLOGICS CONTROL ACT is passed to ensure purity and safety of sera, vaccines, and similar products used to prevent or treat diseases in humans. |
| 1906 | The original FOOD AND DRUGS ACT is passed.  It prohibits interstate commerce in misbranded and adulterated foods, drinks and drugs. |
| 1930 | The Food and Drug Administration is formed. |
| 1937 | An elixir of sulfanilamide containing a poisonous solvent kills 107 people, mostly children, dramatizing the need to establish drug safety before marketing. |
| 1938 | THE FEDERAL FOOD, DRUG, AND COSMETIC ACT is passed.  It provides standards for drugs, cosmetics, devices, and food, inspections and penalties. |
| 1944 | PUBLIC HEALTH SERVICE ACT is passed.  It covers a broad spectrum of health concerns, including regulation of biological products. |
| 1962 | Thalidomide, a new sleeping pill, is found to have caused birth defects, in particular, phocomelia or "flipper limbs", in thousands of babies born in western Europe.  Although, at this time, thalidomide was not approved in the US, the European experience prompted US legislative reform, resulting in the KEFAUVER-HARRIS DRUG AMENDMENTS.  They ensure greater drug safety and require, for the first time, demonstration of clinical effectiveness as well as safety before marketing. |

* Food and Drug Administration  http://www.fda.gov

Confidential - Subject To Protective Order

MRK-NJ0092067

*Introduction*

On July 16, 1998, thalidomide was approved by the FDA for "the acute treatment of moderate to severe erythema nodosum leprosum (ENL)." Because of the drug's "well-known potential for causing birth defects, thalidomide will be among the most tightly restricted drugs ever to be marketed in the US."

1986 NATIONAL CHILDHOOD VACCINE INJURY ACT is passed. It establishes a no-fault compensation program for resolving claims that result from adverse experiences associated with mandated childhood vaccines.

1992 PRESCRIPTION DRUG USER FEE ACT is passed. It requires manufacturers of drugs and biologics to pay fees for applications, with which the FDA has hired more reviewers to assess applications within specific timeframes.

1997 FDA MODERNIZATION ACT is passed. It reauthorizes, for five more years, the Prescription Drug User Fee Act of 1992 and codifies initiatives, practices, and regulations that modernize regulations of biological products, increase patient access to experimental drugs and medical devices, and accelerate review of important new medications.

**Structure:** FDA is an agency of the Department of Health and Human Services (Figure 2). Drugs are regulated in the Center for Drug Evaluation and Research (CDER) (Figure 3).

**Figure 2. Food and Drug Administration (selected activities)**



CBER: Center for Biologics Evaluation and Research
CDER: Center for Drug Evaluation and Research
CDRH: Center for Devices and Radiological Health
CVM: Center for Veterinary Medicine
CFSAN: Center for Food Safety and Applied Nutrition
OOPD: Office of Orphan Products Development

6

Confidential - Subject To Protective Order

**Figure 3: Center for Drug Evaluation and Research (selected activities)**



ODE: Office of Drug Evaluation
  ODE I:    Neuropharmacology; Oncology; Cardiorenal
  ODE II:   Pulmonary; Metabolic & Endocrine; Reproductive & Urology
  ODE III:  Gastro-Intestinal & Coagulation; Anesthetic, Critical Care,
            and Addiction; Medical Imaging & Radiopharmacology
  ODE IV:   Anti-Viral; Anti-Infective; Special Pathogen & Immunologic
  ODE V:    Anti-Inflammatory, Analgesic & Ophthalmology;
            Dermatology & Dental; Over-the-Counter (OTC)

OEB:   Office of Epidemiology and Biostatistics
DDMAC: Division of Drug Marketing, Advertising, and Communications

**Functions:** FDA is responsible for ensuring that the food we eat is safe, the cosmetics we use won't harm us, and the medicines, medical devices, and radiation-emitting consumer products we use are safe and effective. FDA also oversees feed and drugs for pets and farm animals. FDA monitors the manufacture, import, transport, storage, and sale of $1 trillion worth of goods annually, which is approximately 25 cents of every consumer dollar. FDA has more than 9,000 employees, located in 157 US cities.

**Advisory Committees:** The Federal Advisory Committee Act of 1972 (Public Law 92-463) is a statute that controls the establishment and operation of any group of individuals that includes non-federal employees who meet more than once to advise the federal government. Such advisory committees (AC) must represent a diversity of interests and must also concern themselves with racial, gender, and geographic diversity. Committee meetings must be announced in advance in the Federal Register, convene in public, transcribe its proceedings and make transcriptions available to the public in a timely way.

**7**

Confidential - Subject To Protective Order

MRK-NJ0092069

*Introduction*

There are FDA Advisory Committees for every major product area.  Meetings are most often convened to provide advice to FDA on the approvability of New Drug Applications (NDAs), Biological License Applications (BLAs), and Pre-Marketing Applications for medical devices (PMAs) that have been submitted by manufactures to the agency.  Meetings may also be held to discuss difficult issues that affect product development.  Advisory Committee meetings are closely watched by industry, professional organizations, Congress, interest groups, and the public in general.  While Advisory Committee votes are not binding, FDA usually follows their recommendations.

### Other DHHS Agencies

The following is a description of selected agencies other than FDA that are important in the health care arena.

**National Institutes of Health (NIH)*** is the world's premier medical research organization, supporting some 30,000 research projects nationwide.  It includes 18 separate health institutes, the National Library of Medicine and the National Center for Human Genome Research.  It was established in 1887 as the Hygienic Laboratory, Staten Island, NY.

**Centers for Disease Control and Prevention (CDC)*** has as its mission "to promote health and quality of life by preventing and controlling disease, injury, and disability".  The CDC maintains a national database of health statistics and describes epidemiologic trends in disease, injury and disability.  It also develops programs that promote the public health through vaccination and control of infectious diseases.  CDC has approximately 7,500 employees in 10 US cities.  The CDC was established in 1924.

**Health Care Financing Administration (HCFA)** administers the Medicare and Medicaid programs which provide health care coverage to about one in every four Americans.  Medicare provides health insurance for 39 million elderly and disabled Americans.  Medicaid, a joint federal-state program, provides health coverage for 34 million low-income persons, including nearly 18 million children, and nursing home coverage for low-income elderly.  HCFA was established in 1977.

---

* National Institutes of Health   http://nih.gov/welcome/
* Centers for Disease Control and Prevention   http://www.cdc.gov

8

Confidential - Subject To Protective Order

MRK-NJ0092070

**Indian Health Service (IHS)** provides health services to nearly 1.5 million American Indians and Alaska Natives. It was established in 1924. IHS was transferred from the Department of Interior in 1955.

**Health Resources and Services Administration (HRSA)** helps provide access to essential health services for people who are poor, uninsured, or who live in rural and urban neighborhoods where health care is scarce. Working in partnership with many state and community organizations, HRSA also supports programs that ensure healthy mothers and children, increase the number and diversity of health care professionals in underserved communities, and provide supportive services for people fighting HIV/AIDS through the Ryan White Care Act. Established in 1982, it brought together several existing programs.

**Agency for Health Care Research and Quality (AHRQ)** is the lead agency charged with supporting research designed to improve the quality of health care, reduce its cost, improve patient safety, address medical errors, and broaden access to essential services. AHRQ sponsors and conducts research that provides evidence-based information on health care outcomes, quality, cost, use, and access. The information helps health care decision makers, patients, clinicians, health system leaders, and policy makers make more informed decisions and improve the quality of health care services. AHRQ was established in 1989 as the Agency for Health Care Policy and Research and underwent a name change to AHRQ in 1999.

**9**

MRK-NJ0092071

*Introduction*

# Key Points

- Many federal agencies affect the commercial development of drugs and the establishment of policies regarding their use

- The Department of Health and Human Services (DHHS) is the federal government's principal agency for protecting the health of all Americans and providing essential human services. It is comprised of 11 agencies and more than 300 programs, including the Food and Drug Administration (FDA)

- FDA is the agency responsible for the regulatory control of the development, use, promotion, and monitoring of medical products for human and animal use, including vaccines, drugs, blood and blood products, and medical devices

- The Advisory Committee Act requires consideration of the following by any group of individuals that meets more than once to advise the federal government:
  - concern with racial, gender, and geographic diversity when determining representation
  - advance notice of meetings in the Federal Register, meeting in public, transcription of the meeting and timely availability of the transcription

10

Confidential - Subject To Protective Order

MRK-NJ0092072

## Self-Assessment

**Select the one best answer.**

1) Each of the following is a program of the Department of Health and Human Services, EXCEPT:
   A) Motor vehicle safety
   B) Outbreak prevention of infectious diseases
   C) Health insurance for elderly and disabled Americans
   D) Improving maternal and infant health

2) Each of the following is an agency of the Department of Health and Human Services, EXCEPT:
   A) Food and Drug Administration
   B) Drug Enforcement Administration
   C) Indian Health Service
   D) Agency for Health Care Research and Quality

3) Each of the following is a function of FDA, EXCEPT:
   A) Assuring the safety and effectiveness of medicines, medical devices, and medical devices for human use
   B) Overseeing feed safety and drug approval for pets and farm animals
   C) Overseeing abattoir activities in preparation of animals for human consumption
   D) Assuring the safety of cosmetics

4) Each of the following is stipulated by the Federal Advisory Committee Act, EXCEPT:
   A) Advance notice of meetings must be published in the Federal Register
   B) Meetings must be held in public
   C) Transcriptions of the meeting must be made available in a timely way
   D) Members must represent every perspective on the issue to be discussed

11

Confidential - Subject To Protective Order

MRK-NJ0092073

12

Confidential - Subject To Protective Order

MRK-NJ0092074

# The Process of Developing Regulations

## Due Process

One of the most important political rights of American democracy is due process. The essence of due process is the right to be notified and the right to be given a meaningful opportunity to be heard. The purpose of due process is to ensure fairness by protecting an individual person or a group of persons from the arbitrary exercise of the powers of government. Due process applies to every aspect of law, as well as to the political process that results in the passage of legislation and to the rule-making process that translates a statute into regulations.

## Legislation and Regulation

There are several steps necessary to translate a statute into regulations.

First, Congress enacts legislation that is intended for a given regulated industry, such as the pharmaceutical industry. Legislation is generally written with broad ideas and concepts in mind, with the intent of leaving the development of specific enabling regulations to the respective regulatory agency, in this case, the Food and Drug Administration (FDA).

Second, FDA drafts specific regulations that meet the legislative intent. Draft regulations may have to address such diverse issues as interpretation of the legislation, creation of requirements, implementation of requirements, format and content of documents, administrative procedures, enforcement provisions, and appeals of decisions.

Third, the Administrative Procedures Act (APA) provides the general rules that all federal agencies must follow in order to have proposed regulations become final regulations. The APA specifies that an agency must provide notice of intent to develop pertinent regulations and permit comment, a process known as "notice and comment." This means that an agency must publish the proposed, or draft, regulations in the Federal Register (FR)*, and allow adequate time for any and all interested parties to comment on the proposed regulations. The FR is the federal government's publication mechanism for providing all activities that are available to the public. The FR is published by the Government Printing Office (GPO).

* Federal Register  http://www.nara.gov/fedreg

13

Confidential - Subject To Protective Order

MRK-NJ0092075

*The Process of Developing Regulations*

Fourth, the agency analyzes the comments and then publishes the final regulations as well as the deliberations on the comments in the FR, all within a time-frame prescribed by the Administrative Procedures Act.

The resulting final regulations, known as the "Final Rule," have the same "full force and effect" as the original, enacted statutory legislation passed by Congress. This means that all parties must follow the regulations as if they had been directly enacted by Congress, under civil penalty and, when applicable, criminal penalty.

## Code of Federal Regulations

The final regulations are also published in the Code of Federal Regulations (CFR)*. Regulations for the entire federal government are organized into 50 titles (Appendix I).

Each title is divided into chapters which usually bear the name of the issuing agency. Each chapter is further subdivided into parts covering specific regulatory areas, which, in turn, are organized into sections. Most citations to the CFR are provided at the section level. Each volume of the CFR is revised once each calendar year.

Regulations are written in a specific manner that allow ready reference. For example, for regulations that refer to the FDA, the proper written presentation is "21 CFR 300," and is read as "Title 21 of the Code of Federal Regulations, Section 300." Section 300 concerns drug products, Section 600 concerns manufacturing processes for biological products, including vaccines, and Section 800 concerns medical devices. "Section" may be substituted with the "§" sign.

Sections of Title 21 applicable to drugs are found in Table 1.

---

* Code of Federal Regulations: http://www.access.gpo.gov/nara/aboutcfr.html#

14

MRK-NJ0092076

*The Process of Developing Regulations*

**Table 1. Title 21 Sections of the Code of Federal Regulations Applicable to Drugs**

| | |
|---|---|
| Section 50 | Protection of Human Subjects |
| Section 56 | Institutional Review Boards |
| Section 58 | Good Laboratory Practices for Nonclinical Laboratory Studies |
| Section 201 | Labeling |
| Section 202 | Prescription Drug Advertising |
| Section 211 | Good Manufacturing Practices |
| Section 312 | Investigational New Drug Application (IND) |
| Section 314 | New Drug Application (NDA) |

# Freedom of Information Act

Information is the currency of decision-making: for statutes, for regulations, for approvals of products for marketing, and for recommendations on policy. One of the ways in which undue or inappropriate influence can be minimized is to allow the process to be made as transparent as possible. The Freedom of Information Act is a significant contribution to this transparency.

The Freedom of Information Act (FOIA) was designed to create a broad right of access to official information. FOIA requires full agency disclosure unless information is exempted under clearly delineated statutory language. FOIA is found in Title 5 of the United States Code Section 552, as amended by Public Law 95-502 that concerns electronic availability of information. Each agency has established procedures for obtaining information under FOIA.

15

MRK-NJ0092077

*The Process of Developing Regulations*

# Key Points

- The essence of due process is the right to be notified and the right to be given a meaningful opportunity to be heard. Due process applies to the political process that results in the passage of legislation and to the rule-making process that translates a statute into regulations.

- Congress enacts legislation intended for a given regulated industry with broad ideas and concepts in mind, allowing the particular regulatory agency to develop the specific regulations that meet the legislative intent.

- The Administrative Procedures Act (APA) provides the general rules that all federal agencies must follow in order to implement regulations. Specifically, this includes publication of the draft regulations in the Federal Register (FR) and allowance of adequate time for any and all interested parties to comment on the proposed regulations, a process known as "notice and comment."

- The Federal Register (FR), published by the Government Printing Office (GPO), is the federal government's publication mechanism for making known all activities that are available to the public.

- After the particular regulatory agency has analyzed the comments received during "notice and comment," the resulting final regulations, known as the "Final Rule," are published in the FR. They have the same full force and effect as the original, enacted statutory legislation passed by Congress.

- The final regulations for the entire federal government are organized into 50 titles and are published annually in the Code of Federal Regulations (CFR). Regulations that apply to the FDA are found in Title 21.

- The Freedom of Information Act (FOIA) enables interested parties to obtain access to official information unless this information is exempted under clearly delineated statutory language.

16

MRK-NJ0092078

## Self-Assessment

**Select the one best answer.**

1) Each of the following is concerned with due process, EXCEPT:
   A) The right to be notified
   B) The right to be given a meaningful opportunity to be heard
   C) Protection of government agencies from arbitrary complaints of an individual person or group of persons
   D) Application of process to every aspect of law

2) Each of the following is concerned with the translation of a statute into regulations, EXCEPT:
   A) A congressional committee provides an agency with draft legislation of the broad ideas and concepts in mind.
   B) An agency drafts specific regulations that meet the legislative intent.
   C) An agency publishes the draft regulations in the Federal Register to allow adequate time for any and all interested parties to comment.
   D) An agency analyzes the comments and publishes the deliberations on the comments and the final regulations in the Federal Register.

3) Each of the following applies to the Administrative Procedures Act, EXCEPT:
   A) The APA provides the general rules that all federal agencies must follow in order to have proposed regulations become final regulations.
   B) An agency must provide notice of intent to develop pertinent regulations and permit comment, a process known as "notice and comment."
   C) The draft regulations are usually published by a private company.
   D) The Final Rule has the same "full force and effect" as the original, enacted statutory legislation.

17

Confidential - Subject To Protective Order

*The Process of Developing Regulations*

4) Each of the following concerns the Freedom of Information Act, EXCEPT:
   A) FOIA was designed to create a broad right of access to official information.
   B) FOIA requires full agency disclosure unless the information is incriminating.
   C) FOIA concerns paper and electronic information.
   D) FOIA procedures for access to information are established by each agency.

18

Confidential - Subject To Protective Order

MRK-NJ0092080

# The FDA Regulation of
# Drug Product Development

## Introduction

The path that a manufacturer takes to bring a promising drug from the laboratory bench to use in the general population is long, expensive, and rigorous.

There are specific FDA regulations that provide procedures and requirements for every aspect of the development of a new product for human use:

- conducting preclinical evaluation of the product
- developing the manufacturing process
- obtaining regulatory permission for the clinical use of an investigational new drug
- developing the clinical protocol
- informing the participating patient or subject
- obtaining permission of the Institutional Review Board
- submitting an application for commercial use
- determining format and content of a product's label
- regulating promotional activities of the manufacturer

(These latter two subjects are discussed in next chapter, FDA Regulation of Labeling and Advertising.)

## Preclinical Evaluation

Preclinical animal safety studies are designed and conducted by a manufacturer to provide information on a drug product's pharmacology and toxicologic profile prior to initiation of human studies. In addition, these safety studies help determine an optimal initial formulation, a safe starting dose, and a safe dose-escalation scheme. Identification of possible target organ(s) toxicity and potential at-risk populations may also be provided by preclinical studies. Thus, the main goal of these studies is to obtain data that can be used to predict better the potential adverse effects and, subsequently, to design and initiate clinical studies that will minimize these occurrences in human test subjects.

19

Confidential - Subject To Protective Order

MRK-NJ0092081

*The FDA Regulation of Drug Product Development*

Because of the diversity of drug products, the number and type of preclinical safety studies will vary. However, progress has been made in setting toxicity testing guidelines that have promoted consistency in testing within and across product classes. Furthermore, as a supplement to formal regulations, FDA's Center for Drug Evaluation and Research (CDER) has developed "guidance" documents that provide assistance in specific areas as well as uniformity in regulatory reviews. Preclinical studies are conducted and evaluated according to strict standards, known as Good Laboratory Practices (GLP). These regulations may be found in 21 CFR 58.

## Manufacturing

Federal regulations were implemented in the early 1960s requiring manufacturers of human drugs and biologics to operate their production facilities in accordance with Current Good Manufacturing Practice (CGMP) standards. The purpose of GMP regulations is to ensure that these manufactured products meet relevant standards of identity, strength, quality, and purity. These regulations may be found in 21 CFR 211. The core regulations address the following ten areas of manufacturing:

- organization and personnel
- buildings and facilities
- equipment
- control of components and drug or biological product containers and closures
- production and process controls
- packaging and labeling controls
- holding and distribution
- laboratory controls
- records and reports
- returned and salvaged drug products

Section 800 contains similar procedures and requirements for the clinical evaluation and manufacture of investigational medical devices.

20

Confidential - Subject To Protective Order

MRK-NJ0092082

## Clinical Use of an Investigational New Drug (IND)

### Purpose of an IND Application

The Investigational Drug (IND) application is a formal, descriptive submission from the sponsoring manufacturer to the FDA indicating the sponsor's intention to conduct clinical studies (i.e., studies in humans) with an investigational new drug or biologic. Because only an FDA-approved new drug may be shipped in interstate commerce, the IND application is also a sponsor's request for an exemption from this federal regulation in order to ship the investigational drug or biological product to clinical investigators in other states.

As stated in 21 CFR 312.22, "FDA's primary objectives in reviewing an IND are, in all phases of the investigation, to assure the safety and rights of subjects and, in Phase 2 and 3, to help assure that the quality of scientific evaluation of drugs is adequate to permit an evaluation of the drug's effectiveness and safety."

Similarly, an Investigational Device Exemption (IDE) must be obtained by a device manufacturer in order to ship an investigational medical device to a clinical investigator.

### Process of Obtaining an IND*

In order to obtain "IND status" for a new compound, a clinical investigator must submit for review and approval the protocol and consent form with all supporting documentation, which may include preclinical animal studies, to the respective reviewing division in CDER. These divisions are listed in Table 2. The Prescription Drug User Fee Act (PDUFA) stipulates a 30-day timeframe for FDA, upon receipt of the IND application, to complete its review and make a decision about whether or not the clinical study may go forward. Upon FDA approval of the IND application, a number is assigned to the application. It is this number to which the company makes reference in all future submissions regarding studies with this drug candidate.

---

\*   In referring to either the "IND number," "IND status," or "IND application," the
    words "number," "status," and "application," respectively, are routinely dropped.

21

MRK-NJ0092083

*The FDA Regulation of Drug Product Development*

## Table 2.  Reviewing Divisions in CDER

Division of Cardio-Renal Drug Products
Division of Oncology Drug Products
Division of Neuropharmacological Drug Products
Division of Anesthetic, Critical Care, and Addiction Drug Products
Division of Gastrointestinal and Coagulation Drug Products
Division of Pulmonary Drug Products
Division of Antiviral Drug Products
Division of Special Pathogens and Immunologic Drug Products
Division of Medical Imaging and Radiopharmaceutical Drug Products
Division of Anti-Infective Drug Products
Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products
Division of Metabolic and Endocrine Drug Products
Division of Dermatologic and Dental Drug Products
Division of Reproductive and Urologic Drug Products

## Protocol Development

Once IND status is obtained for the new compound, there are clearly defined steps that an IND sponsor must take in preparation for conducting a clinical trial in humans.

An IND sponsor develops a protocol that provides complete details about every aspect of the clinical trial, including study design, selection of participants, collection and analysis of data, and reporting of results.  In most cases, the original IND submission contains a proposed Phase 1 protocol describing how the sponsor plans to evaluate the safety of the investigational new product.

22

Confidential - Subject To Protective Order

MRK-NJ0092084

*The FDA Regulation of Drug Product Development*

## Phases of Clinical Development

The clinical investigation of a previously untested drug or biological is usually divided into four phases. These are described in 21 CFR 312.21. The following discussion is directed towards the development process of a drug, but would also apply to a biological product including a vaccine, and is summarized in Table 3.

**Phase 1** This phase includes the initial introduction of an investigational new drug or biological product into humans. For a drug, depending upon the expected use of the drug, Phase 1 studies may be conducted either in normal volunteer subjects or in the targeted population of patients. In either case, the volunteer subjects are typically closely monitored. These studies are designed first and foremost to evaluate safety. During this phase, adverse events, or side effects, of the drug or biological product are determined. These studies are often designed to evaluate more than one dose of the product, usually in an escalating fashion, from very low doses that would not be expected to have an effect to higher doses that would be expected to have a therapeutic effect and possibly a toxic effect. The total number of subjects varies, but is generally in the range of 20 to 80.

**Phase 2** In this phase of drug or biological product studies, a preferred formulation, dose, and regimen should be established with subsequent evaluation in an efficacy study. In preparation for efficacy studies, background epidemiological data pertaining to the disease under study should be obtained on the patient care population.

This phase includes controlled clinical studies conducted to evaluate the effectiveness of the drug or biological product by assessing the effect on predetermined clinical endpoints, or less commonly on markers of clinical disease, e.g., hypertension as a marker for heart disease. The studies also contribute data on common, short-term side effects. These studies are closely monitored and conducted in a relatively small number of subjects, usually involving no more than several hundred subjects.

Controlled clinical studies refer to those that compare two or more treatment regimens. The choice of a control is usually between a placebo control (i.e., a product that does not contain an active ingredient) and an active control (i.e., a comparable, FDA-approved drug or biological product).

23

Confidential - Subject To Protective Order

MRK-NJ0092085

*The FDA Regulation of Drug Product Development*

In order to minimize the possible biases that can skew the evaluation of the experimental agent, two important measures are generally undertaken. First, subjects are usually randomized to receive either the experimental agent or the control agent. Second, both subjects and investigators are also usually "blinded" or "masked" to the knowledge of which subject is assigned to which agent. Such trials are commonly called "randomized, double-blind controlled trials" and are abbreviated "RDBCT."

**Phase 3** This phase includes expanded studies, both controlled and uncontrolled in design, intended to gather additional information about the safety and effectiveness of the drug or biological product. These data are needed to make an overall benefit-risk analysis of the drug or biological product and to provide an adequate basis for labeling. Together, these studies usually include several hundred to several thousand subjects.

**Phase 4** This phase concerns studies that are agreed upon by the Applicant and FDA and are conducted after FDA approves the New Drug Application (see below). These post-marketing studies are designed to address important outstanding questions that may have been raised during FDA's review of the NDA or other important areas of the drug product's development. Post-marketing studies may also be conducted in populations not previously studied, such as children and the elderly, with the intention of extending the product's indication to other populations.

24

Confidential - Subject To Protective Order

*The FDA Regulation of Drug Product Development*

**Table 3. Characteristics of Clinical Phases of Drug Product Development**

| Phase | Number of Subjects | Purpose | Population and Study Characteristics |
|---|---|---|---|
| 1 | 20–80 | Establish common AEs, evaluate PK/immunogenicity | Usually normal volunteers at low risk. Usually dose-escalation, may be placebo-control and single blind |
| 2 | 1000 | Expand safety, optimize dosage, screening, establish efficacy | Usually subjects considered at risk. Placebo control or active agent control, randomized, double-blind |
| 3 | 1000–5,000 | Confirm safety and effectiveness | Subjects at risk. Controlled and uncontrolled designs |
| 4 | 10,000 + | Detect uncommon AEs, evaluate other populations, other uses | Population targeted in the label. Controlled, uncontrolled and observational designs |

# Informed Consent

A sponsor develops a consent form for study subjects. There are specific FDA regulations that guide the investigator in obtaining informed consent from each human subject or representative/legal guardian. These are described in 21 CFR 50.

## Introduction

In order for a clinical investigator to involve a human being as a subject in clinical research, the investigator must obtain legally effective informed consent. The prospective human subject or the representative/legal guardian must have adequate information to provide sufficient opportunity to consider whether or not to participate without concern for feeling coerced or unduly influenced. The information must be in language that is understandable to the subject or representative. The consent form must not include any exculpatory language by which the subject is made to waive any of his/her legal rights or that releases the investigator, the sponsor, the institution, or its agents from liability for negligence.

25

MRK-NJ0092087

*The FDA Regulation of Drug Product Development*

### Elements of Informed Consent

In developing a form that documents the informed consent of a participating patient/subject, an investigator must make provisions for each of the following:

- a statement that the study involves research, with an explanation about the purpose, the expected duration of the study, a description of the procedures to be followed, and identification of any procedures which are experimental
- descriptions of reasonably foreseeable risks of discomfort, reasonably expected benefits, and appropriate alternative procedures or courses of treatment
- statements regarding the steps taken to maintain confidentiality, whether there is potential compensation, and who the contact person is in the event of research-related injury
- a statement that participation is voluntary and that refusal to participate does not involve penalty or otherwise loss of benefits

## Institutional Review Board

An investigator presents the entire clinical development program to the Institutional Review Board (IRB) for review and approval.

There are specific FDA regulations that guide the investigator in keeping members of the IRB informed about clinical study activities. The IRB oversees all human research activity in a given institution, usually a hospital. These are described in 21 CFR 56.

**Purpose:** The IRB's purpose is to ensure that risks of adverse occurrences in human subjects are minimized and to approve the informed consent that will be used to inform these subjects about the study and its implications for their treatment. The IRB must review, approve and provide continuing review and re-approval of all clinical investigations being conducted at its institution. It has the authority to approve, require modifications in, or disapprove all research activities.

**Membership:** The IRB must consist of at least five members with varying backgrounds to promote complete and adequate review of its research activities. The IRB must be sufficiently qualified through the experience and expertise of its members, and the diversity of the members' backgrounds, including consideration of the racial and cultural backgrounds of members and sensitivity to such issues as community attitudes, to promote respect for its advice and counsel in safeguarding the rights and welfare of human subjects.

26

Confidential - Subject To Protective Order

In addition to possessing the professional competence necessary to review specific research activities, the IRB must be able to ascertain the acceptability of the proposed research in terms of institutional commitments and regulations, applicable law, and standards of professional conduct and practice.

## New Drug Application (NDA)

The New Drug Application (NDA) may contain 100-200 or more volumes of protocols, raw data, analyses and summaries concerning every discipline that was involved in the evaluation of the new drug or biological product.

The reviewing division with the responsibility for evaluating the NDA organizes a reviewing team composed of the following disciplines:

**Clinical:** Evaluation of the clinical data to determine whether the drug is safe and effective in its proposed use(s). In determining a risk-benefit analysis of the product, the clinical reviewer assesses the clinical significance of the drug's therapeutic effects in relation to the possible adverse effects of the drug.

**Statistics:** Evaluation of the pivotal clinical data to determine whether there exists statistically significant evidence of the drug's safety and effectiveness; the appropriateness of the sponsor's clinical data analyses and the assumptions under which these analyses were performed; the statistical significance of newly submitted non-clinical data; and the implications of stability data for establishing appropriate expiration dating for the product

**Pharmacology/Toxicology:** Evaluation of the entire body of non-clinical data and analyses, with a focus on the newly submitted long-term test data, to identify relevant implications for the drug's clinical safety

**Chemistry:** Evaluation of commercial-state manufacturing procedures (e.g., method of synthesis or isolation, purification process, and process controls), and the specifications and analytical methods used to assure the identity, strength, purity, and bioavailability of the drug product

**Biopharmaceutics:** Evaluation of pharmacokinetic and bioavailability data to establish appropriate drug dosing

27

Confidential - Subject To Protective Order

MRK-NJ0092089

*The FDA Regulation of Drug Product Development*

**Microbiology (for anti-infective products):** Evaluation of the product's effects on target viruses, bacteria, or other microorganisms

The FDA Modernization Act (FDAMA) stipulates the timeframe for FDA to review and issue a decision of marketing applications. For most NDAs for new drug products, FDA must complete its review and issue a decision within 12 months. For certain high priority drug products, FDA must complete its review within 6 months.

Upon completion of review of the NDA, CDER may issue any of the following "action letters":

**Approval Letter:** When CDER issues an approval letter, the new drug is considered approved as of the date of the letter.

**Approvable Letter:** CDER issues an approvable letter if the application substantially meets the requirements and the agency believes that the application can be approved if the applicant agrees to submit specific information or material, or agrees to specific conditions (such as certain changes in labeling). Most often, continued discussions and review lead to an approval letter in approximately 3 months.

**Not-Approvable Letter:** CDER issues a not-approvable letter if the reviewing division believes that the drug application is insufficient to justify approval. The letter describes the deficiencies in the application that were the basis for the not-approvable action.

28

Confidential - Subject To Protective Order

MRK-NJ0092090

*The FDA Regulation of Drug Product Development*

# Key Points

- There are FDA regulations that direct manufacturers in the development of medical products for human use, including vaccines, drugs, and medical devices.

- Preclinical animal safety studies are designed and conducted by a manufacturer, according to strict standards known as Good Laboratory Practices (GLP), to provide information on a drug or biological product's pharmacology and toxicologic profile prior to initiation of human studies.

- Federal regulations require manufacturers of human drugs and biologics to operate their production facilities in accordance with Current Good Manufacturing Practice (CGMP) standards that ensure these manufactured products meet relevant standards of identity, strength, quality, and purity.

- An Investigational New Drug (IND) application is a formal descriptive submission from a sponsoring manufacturer to the FDA that describes a sponsor's intention to conduct human clinical studies with an investigational new drug or biologic.

- The Prescription Drug User Fee Act (PDUFA) stipulates a 30-day timeframe for FDA, upon receipt of the IND, to complete its review and make a decision about whether or not the clinical study may go forward.

- An IND sponsor develops a protocol, in preparation for conducting a clinical trial in humans, that provides complete details about every aspect of the clinical trial, including study design, selection of participants, collection and analysis of data, and reporting of results.

29

Confidential - Subject To Protective Order

MRK-NJ0092091

*The FDA Regulation of Drug Product Development*

- The clinical development of a previously untested drug or biological product, is usually divided into four phases.

  - Phase 1 studies include the initial introduction of an investigational new drug or biological product into normal volunteer subjects and are designed to evaluate primarily safety. During this phase, adverse events, or side effects, of the drug or biological product are determined, usually as the doses are gradually escalated from very low doses that would not be expected to have an effect to higher doses that would be expected to have a therapeutic effect and possibly a toxic effect.

  - Phase 2 studies involving drug or biological products should establish a preferred formulation, dose, and regimen. This phase includes controlled clinical studies conducted to evaluate the effectiveness of the product by assessing a clinical endpoint, or marker of a clinical endpoint.

  - Phase 3 studies are conducted to gather additional information about safety and the effectiveness of the drug or biological product. These data are needed to make an overall benefit-risk assessment of the product and to provide an adequate basis for labeling.

  - Phase 4 consists of postmarket studies agreed upon by the applicant and FDA that frequently involve evaluation of drug-drug interaction or evaluation in special populations.

- Prior to involving a human subject in clinical research, a clinical investigator must obtain legally effective informed consent from each human subject or from a subject's guardian.

30

Confidential - Subject To Protective Order

MRK-NJ0092092

*The FDA Regulation of Drug Product Development*

- Informed consent must provide an explanation of the study, the expected duration, a description of the procedures to be followed including identification of any procedures which are experimental, descriptions of reasonably foreseeable risks of discomfort, reasonably expected benefits, appropriate alternative procedures or courses of treatment, steps taken to maintain confidentiality, whether there is potential compensation, the contact person in the event of research-related injury, and a statement that participation is voluntary and that refusal to participate does not involve penalty or otherwise loss of benefits.

- The Institutional Review Board (IRB) is responsible for reviewing the entire clinical development program proposed by the investigator. It has the authority to approve, require modifications in, or disapprove all research activities. It must also provide continuing review and re-approval of all clinical investigations being conducted at its institution.

- The New Drug Application (NDA) is reviewed by a team of reviewers in the following disciplines: clinical medicine, statistics, pharmacology/toxicology, chemistry, biopharmaceutics, and microbiology (for anti-infective products).

- The FDA Modernization Act stipulates the time frame for FDA to review and issue a decision on NDAs. For most NDAs for new drug products, FDA must complete its review and issue a decision within 12 months; for certain high priority drug products, FDA must complete its review within 6 months.

- Upon completion of its review of the NDA, FDA may issue any of the following action letters: approval, approvable, non-approvable.

31

Confidential - Subject To Protective Order

MRK-NJ0092093

*The FDA Regulation of Drug Product Development*

## Self-Assessment

**Select the best answer.**

1) Each of the following is covered by specific FDA regulations, EXCEPT:
   A) Conducting preclinical evaluation
   B) Developing the manufacturing process
   C) Developing the clinical protocols
   D) Selection of the formulations to be used

2) Each statement about the phases of drug development is true, EXCEPT:
   A) In Phase 1 studies, drug doses that would be expected to have a therapeutic benefit are given to extremely ill patients to evaluate safety.
   B) In Phase 2 studies, randomized, double-blinded, controlled designs are used to establish effectiveness.
   C) In Phase 3 studies, large numbers of patients are evaluated, in order to gather additional information about safety and effectiveness.
   D) In Phase 4 studies, additional populations may be studied, such as children and the elderly.

3) The elements of informed consent include each of the following, EXCEPT:
   A) Explanation of the study, the potential risks, benefits and alternative treatments
   B) Measures taken to maintain confidentiality
   C) Who the contact person is for the study in the event of study-related injury
   D) Expected loss of benefits should the person withdraw from the study

32

    MRK-NJ0092094

*The FDA Regulation of Drug Product Development*

4) The Institutional Review Board has responsibility for each of the following, EXCEPT:

   A) Assurance that clinical studies abide by applicable law

   B) Assurance that the clinical studies are initially and periodically reviewed and approved

   C) Assurance that the preclinical animal studies are reviewed and approved

   D) Assurance that the community attitudes are considered in reviewing the clinical studies

5) The New Drug Application includes information regarding each of the following, EXCEPT:

   A) Whether the drug's proposed labeling is appropriate

   B) Whether the drug is safe and effective in its indicated use

   C) Whether the benefits of using the product outweigh the risks

   D) List of countries that will eventually be applied to for marketing

33

Confidential - Subject To Protective Order

34

Confidential - Subject To Protective Order

MRK-NJ0092096