# The FDA Regulation of Labeling and Advertising

## Labeling

### Terminology

Commonly used names for labeling include the following:

- PI
- Prescribing Information
- Package Insert
- Product Labeling
- Package Labeling
- Prescription Product Labeling
- Physician Labeling
- Product Circular
- Circular
- Directions for Use

These terms may be used interchangeably.

### Definition

The Federal Food, Drug and Cosmetic (FD&C) Act defines "labeling" as

all labels and other written, printed, or graphic matter 1) upon any article or any of its containers or wrappers, or 2) accompanying such article.

FDA regulations have determined certain things to be drug labeling; e.g., brochures, booklets, mailing pieces, detailing pieces, file cards, bulletins, calendars, price lists, catalogs, house organs, letters, motion picture films, film strips, lantern slides, sound recordings, exhibits, literature, and reprints and similar pieces of printed, audio, or visual matter descriptive of a drug, and published references, such as the PDR.

35

MRK-NJ0092097

*The FDA Regulation of Labeling and Advertising*

## Information Required in Labeling

FDA regulations stipulate the format and content of prescription drug labeling. The labeling format is as follows:

- **DESCRIPTION**
- **CLINICAL PHARMACOLOGY**
- **INDICATIONS AND USAGE**
- **CONTRAINDICATIONS**
- **WARNINGS**
- **PRECAUTIONS**
- **ADVERSE REACTIONS**
- **DRUG ABUSE AND DEPENDENCE**
- **OVERDOSAGE**
- **DOSAGE AND ADMINISTRATION**
- **PREPARATION OF SOLUTION**
- **COMPATIBILITY AND STABILITY**
- **HOW SUPPLIED**

Labeling may also contain the following additional section headings, as appropriate: Animal Pharmacology and/or Animal Toxicology, Clinical Studies, and References. Any section or subsection of the labeling format that is clearly inapplicable may be omitted. These are general requirements and the specifics will vary, depending upon the product in question and the division at FDA responsible for it.

### DESCRIPTION

This section usually contains the proprietary name and generic name, the type of dosage form and the route of administration, qualitative and quantitative active ingredient information (if a sterile product, chemical name, chemical structure, and chemical or physical information), and inactive ingredients, including dyes and excipients. These ingredients are considered "generally regarded as safe" (GRAS). The proprietary name may be identified with either the ™ or the ®. The ™ symbol indicates that the trademark has been adopted by the Company, but is not yet registered in the U.S. Patent and Trademark Office. The ® symbol is an indication that the trademark has been registered in the Patent and Trademark Office.

36

MRK-NJ0092098

*The FDA Regulation of Labeling and Advertising*

## CLINICAL PHARMACOLOGY

This section contains a concise factual summary of the clinical pharmacology and mechanism of action of the drug or biological product in humans. This consists of reviews of the epidemiology and clinical data that support the clinical effectiveness of the product. Other important issues include drug-drug interaction and the effect of the drug in special populations.

## INDICATIONS AND USAGE

This section includes all FDA-approved indications. The indication(s) must be supported by clinical evidence of effectiveness based on adequate and well-controlled studies. **All product discussions by any Merck professional representative with a health care provider must be based exclusively on the indication(s) for a product that are stated in this section of labeling.**

## CONTRAINDICATIONS

This section describes the circumstances in which the drug should not be used because the risk of use clearly outweighs any possible benefit. These circumstances include the administration of the drug to patients known to be hypersensitive to it; the use of the drug in patients who have a substantial risk of being harmed by it because of their particular age, sex, use of concomitant therapy, disease state, or other condition; and the continued use of the drug in the face of an unacceptably hazardous adverse reaction.

## WARNINGS

Serious adverse reactions and potential safety hazards, any limitations in use imposed by them, and steps that should be taken if they occur are discussed in this section. FDA regulations also require that the labeling be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug; a causal relationship need not have been established. Special problems, particularly those that may lead to death or serious injury, may be required by the FDA to be prominently displayed in a "Boxed Warning," also known as a "Black Box Warning." This information may be included either in this section or at the beginning of the product's label.

37

Confidential - Subject To Protective Order

MRK-NJ0092099

*The FDA Regulation of Labeling and Advertising*

## PRECAUTIONS
This section of the labeling usually includes the following subsections:

- general information that the health care provider should provide to patients
- laboratory tests
- drug interactions
- carcinogenesis (the potential of the drug to produce cancer)
- mutagenesis (the ability of the drug to produce a change in the character of a gene)
- impairment of fertility
- pregnancy
- nursing mothers
- pediatric use

The subsection **Information for Patients** contains a description of information that the health care provider should provide to the patient, parent or guardian including the following:

- risks and benefits of the product
- instructions to report any adverse reactions
- how the product should be taken (e.g., whether or not the product should be taken with water and/or food and timing of dosage)
- how the product should be stored

The FDA requires that a pregnancy category be included in the label for all drug and biological products, including vaccines, except if the product is not absorbed systemically and the drug is not known to have a potential for indirect harm to the fetus. The following pregnancy categories are described in 21 CFR 201.57:

*Pregnancy category A.* Adequate and well-controlled studies in pregnant women have failed to demonstrate a risk to the fetus in the first trimester of pregnancy (and there is no evidence of a risk in later trimesters).

*Pregnancy category B.* Animal reproduction studies have failed to demonstrate a risk to the fetus and there are no adequate and well-controlled studies in pregnant women.

*Pregnancy category C.* Animal reproduction studies have shown an adverse effect on the fetus, there are no adequate and well-controlled studies in humans, and the benefits from the use of the drug in pregnant women may be acceptable despite its potential risks.

38

Confidential - Subject To Protective Order

MRK-NJ0082100

*The FDA Regulation of Labeling and Advertising*

*Pregnancy category D.* There is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience or studies in humans, but the potential benefits from the use of the drug in pregnant women may be acceptable despite its potential risks (for example, if the drug is needed in a life-threatening situation or serious disease for which safer drugs cannot be used or are ineffective).

*Pregnancy category X.* Studies in animals or humans have demonstrated fetal abnormalities or there is positive evidence of fetal risk based on adverse reaction reports from investigational or marketing experience, or both, and the risk of the use of the drug in a pregnant woman clearly outweighs any possible benefit.

## ADVERSE REACTIONS

This section lists adverse experiences reasonably associated with the use of the drug and may include effects that occur with drugs in the same pharmacologically active and chemically related class. Adverse reactions may be categorized by organ system, severity of the reaction, frequency, toxicological mechanism or a combination of these categories. If frequency data from adequate clinical studies are available, the categories and the adverse reactions within each category may be listed in decreasing order of frequency. Information in this section commonly includes data from controlled clinical studies for patients on active drug as well as a group of patients who receive placebo. (The placebo group is a control group of patients who receive inactive drug as part of a clinical study.)

Post-marketing data, as well as a listing of adverse experiences where the causal relationship to the drug is unclear, also may be included in this section of the labeling. Since the clinical study protocols and the criteria for patient selection for participation in a study may vary from product to product, protocol to protocol, and from company to company, it is difficult to compare the adverse reactions of various products in the same therapeutic category on the basis of their individual labeling.

## DRUG ABUSE AND DEPENDENCE

This section includes information about a drug that may be associated with dependency. Many of these drugs are controlled by the federal Drug Enforcement Administration (DEA)*.

* Drug Enforcement Administration  http://www.usdoj.gov/dea

Confidential - Subject To Protective Order

*The FDA Regulation of Labeling and Advertising*

These drugs come under the jurisdiction of the Controlled Substances Act and are designated by a special notation in their labels: a "C" (for "controlled") inscribed with the Schedule number II, III, or IV located next to the proprietary name at the beginning of the label. No Schedule I drugs are marketed in the United States. The four Schedules are as follows:

> *Schedule I:* Drugs that have no accepted medical use in the United States and have a high abuse potential; e.g., heroin, LSD.
>
> *Schedule II:* Drugs that have a high abuse potential with severe psychic or physical dependence liability. These include certain narcotic drugs (e.g., morphine, codeine); stimulant drugs (e.g., amphetamine); and depressant drugs (e.g., secobarbital).
>
> *Schedule III:* Drugs that have an abuse potential less than those in Schedules I and II. These include compounds containing limited quantities of certain narcotic drugs, such as paregoric (used for treatment of diarrhea), and certain non-narcotic drugs, such as barbiturate derivatives and anabolic steroids.
>
> *Schedule IV:* Drugs that have an abuse potential less than those listed in Schedule III; e.g., phenobarbital, diazepam (Valium®), and dextropropoxyphene (Darvon®).

Merck currently does not have any products that come under the jurisdiction of the Controlled Substances Act. However, Merck does have products with a Drug Abuse and Dependence section: TRIAVAL, VIVACTIL, and FLEXERIL.

**OVERDOSAGE**
This section describes the signs, symptoms, and laboratory findings of acute overdosage and the general principles of treatment. The information is based, when available, on human data, but also includes appropriate animal and in vitro data.

Specific information may include the following: signs, symptoms, and laboratory findings associated with an overdosage of the drug; complications that can occur with the drug; oral LD50 (a dose that is lethal for 50% of the test animals); the amount of the drug taken as a single dose that is ordinarily associated with symptoms of overdosage and the amount of the drug taken as a single dose that is likely to be life-threatening; whether the drug can be removed by dialysis; and recommended general treatment procedures and specific measures for support of vital functions.

40

Confidential - Subject To Protective Order

MRK-NJ0092102

*The FDA Regulation of Labeling and Advertising*

## DOSAGE AND ADMINISTRATION

Included for each indicated use is the recommended usual dose, the usual dosage range, and if appropriate, an upper limit beyond which safety and effectiveness have not been established. This section also states the intervals recommended between doses, the optimal method of titrating dosage, the usual duration of treatment, and any modification of dosage needed in special patient populations, e.g., in children, in geriatric age groups, or in patients with renal or hepatic insufficiency.

## PREPARATION OF SOLUTION

When appropriate, specific directions for the dilution and reconstitution of an injection may be included in this section of the labeling. Preparation of specific solutions, formulations, or vehicles (e.g., infusion bottles, vials and ADD-Vantage® vials) may be described. MEFOXIN®, PRIMAXIN® I.M., and PRIMAXIN® I.V. are examples of Merck products whose product circulars contain this section.

## COMPATIBILITY AND STABILITY

When appropriate, specific information on the solutions used in reconstitution, storage conditions for stability of the drug or reconstituted drug, as well as information on drug compatibilities and incompatibilities of the drug when mixed in vitro with other drugs may be included in this section of the labeling. MEFOXIN® and PRIMAXIN® I.V. contain such a section in their product circulars.

## HOW SUPPLIED

This section contains information on the available dosage forms, the strength of each dosage form, the units in which the dosage form is ordinarily available for prescribing by practitioners, appropriate information to facilitate identification of the dosage forms, such as shape, color, coating, scoring, the National Drug Code (NDC) number, and special handling, stability information, and storage conditions.

The NDC number, assigned by the FDA and the manufacturer and/or distributors, is a ten-digit number that identifies the labeler/vendor, product, and trade package size of a product. The number in parentheses following the NDC number is the National Stock Number (NSN), a number assigned by the federal government which is based on the United States Pharmacopeia (USP)* name for the product. The NSN number applies to both the generic as well as the proprietary (e.g., Merck) product and is often used by various governmental agencies to purchase products.

* United States Pharmacopeia  http://www.usp.org

41

Confidential - Subject To Protective Order

MRK-NJ0092103

*The FDA Regulation of Labeling and Advertising*

> The United States Pharmacopeia, established in 1820, is a private, voluntary, not-for-profit organization of more than 1,500 volunteer health care professionals, scientists, academicians, and government officials. Their mission is to promote the public health by establishing and disseminating officially recognized standards of quality and authoritative information for the use of medicines and other health care technologies by health professionals, patients, and consumers.

The circular may also include Animal Pharmacology and/or Animal Toxicology, Clinical Studies, References, and the manufacturer's address.

## Other Labeling Formats

In addition to the Prescribing Information (PI) format, there are three other formats in use for specific circumstances.

### Brief Summary

This format is usually found accompanying advertisements, such as those in professional journals. The Brief Summary includes, at a minimum, the risk information found in the full prescribing information, including the sections on Contraindications, Warnings, Precautions, and Adverse Reactions. The regulations that permit this abbreviated format are found in 21 CFR 202.1(e)(1). Additional information may be included at the NDA holder's discretion.

### Patient Prescribing Information

This format is an official regulatory document, comparable to the PI. The Patient Prescribing Information (PPI) requires consumer testing and is approved by FDA.

The PPI may be found accompanying Direct-to-Consumer (DTC) promotional materials. The PPI includes all of the categories found in the PI, but written at a level understandable by the general public.

The following is an example of how PPI sections of a hypothetical drug product, Abcde, would be written for the consumer:

IMPORTANT PATIENT INFORMATION
- WHAT IS Abcde?
- HOW EFFECTIVE IS Abcde?
- WHO SHOULD NOT BE TREATED WITH Abcde?
- WHAT ARE THE POSSIBLE SIDE EFFECTS OF Abcde?

42

MRK-NJ0092104

*The FDA Regulation of Labeling and Advertising*

### Patient Brief Summary

This format is really a misnomer. The PPI is not summarized; rather, "consumer brief summaries" may be developed by consulting agencies for use with DTC advertisements. A Patient Brief Summary includes, at a minimum, the risk information found in the full PPI, including the Contraindication, Warnings, Precautions, and Adverse Reactions. Additional information may be included at the NDA holder's discretion.

## Advertising and Promotion

### General Information

The Food, Drug and Cosmetic Act does not explicitly define "advertising." However, FDA regulations do explicitly include the following types of materials as advertising:

> ...advertisements in published journals, magazines, other periodicals, and newspapers, and advertisements broadcast through media such as radio, television, and telephone communications systems

These regulations are intended to cover the entire spectrum of advertising materials and promotional activities.

### Labeling as the Basis for Advertising and Promotion

FDA regulations require that explicit and implicit advertising materials and promotional activities must be consistent with, and not contrary to, FDA-approved labeling.

Thus, labeling for a given product must serve as the primary basis for all of the company's advertising materials and promotional activities, including discussions by Merck professional representatives with physicians, pharmacists, and other health care professionals.

43

MRK-NJ0092105

*The FDA Regulation of Labeling and Advertising*

The intent of these regulations is captured in Merck Policy Letters Nos. 110 and 118, as follows:

> Policy Letter No. 110 (in part): ... Physicians, pharmacists, and other health care professionals should receive complete and accurate information about U.S. Human Health products as is appropriate to their role in health care delivery. Professional Representatives will discuss product information in strict conformance with the labeling that has been approved or permitted by the Food and Drug Administration. Physicians, pharmacists, and other health care professionals will be offered a copy of the current product circular for each product discussion initiated by the representative.
>
> Policy Letter No. 118 (in part): ... It is vitally important that you adhere strictly to these approved claims and do not minimize the risks attendant to use of the product. Any claims you make orally which do not conform to our approved circular can render the product misbranded.

## General Principles of Promotion

FDA regulations impose five main principles on promotion:

- **Consistency with the prescribing information**
  Promotion may not suggest an unapproved use.

- **Absence of misleading information**
  A promotional claim may not be interpreted in a false or misleading manner by a significant minority of prescribers.

- **Inclusion of proper balance**
  There must be appropriate weight given to all clinically relevant information, that is, the risks and benefits, that can affect a physician's prescribing practices.

- **Absence of omissions of relevant information**
  Promotional material, when taken as a whole, is inadequate if it does not tell the whole truth; i.e., unfavorable information may not be omitted.

- **Support by adequate clinical studies**
  Promotion may not promote the product in a light more favorable than shown by data obtained from clinical experience.

44

Confidential - Subject To Protective Order

*The FDA Regulation of Labeling and Advertising*

# Key Points

- FDA regulations stipulate the format and content of prescription drug labeling for those certain things it has determined to be drug labeling.

- The **DESCRIPTION** section contains the type of dosage form, the route of administration, and qualitative and quantitative information about the product's active and inactive ingredients.

- The **CLINICAL PHARMACOLOGY** section contains a summary of the clinical pharmacology and actions of the drug in humans including pharmacokinetic information.

- The **INDICATIONS AND USAGE** section contains all FDA-approved indications for the drug.

- The **CONTRAINDICATIONS** section describes the circumstances in which the drug should never be used because the risk of use clearly outweighs any possible benefit.

- The **WARNINGS** section describes serious adverse reactions and potential safety hazards, any limitations in use imposed by them, and steps that should be taken if they occur.

- The **PRECAUTIONS** section usually includes, but is not limited to, information pertaining to drug interactions, carcinogenesis, mutagenesis, use during pregnancy and by nursing mothers, and pediatric use.

- The **ADVERSE REACTIONS** section lists adverse experiences reasonably associated with the use of the drug and may include effects that occur with drugs in the same pharmacologically active and chemically related class.

- The **DRUG ABUSE AND DEPENDENCE** section contains information as to whether the product is controlled by the Drug Enforcement Administration (DEA).

- The **OVERDOSAGE** section describes the signs, symptoms, and laboratory findings of acute overdosage and the general principles of treatment.

- The **DOSAGE AND ADMINISTRATION** section includes the recommended usual dose and dosage range as well as the usual duration of treatment and dosage modifications needed in special patient populations.

45

Confidential - Subject To Protective Order

MRK-NJ0092107

*The FDA Regulation of Labeling and Advertising*

- The **PREPARATION OF SOLUTION** section, when appropriate, contains specific directions for the dilution and reconstitution of an injectable product.

- The **COMPATIBILITY AND STABILITY** section, when appropriate, contains specific information on the solutions used in reconstitution, storage conditions for the stability of the drug or reconstituted drugs, and information on compatibilities and incompatibilities of the drug when mixed with other drugs.

- The **HOW SUPPLIED** section contains information on dosage forms including strengths, units, shape, color, National Drug Code (NDC) number, special handling, stability information, and storage conditions.

- The Prescribing Information may be presented in other formats for specific circumstances: Brief Summary, Patient Prescribing Information, and Patient Brief Summary.

- FDA regulations require that explicit and implicit advertising materials and promotional activities must be consistent with, and not contrary to, FDA-approved labeling.

- Labeling for a given product must serve as the primary basis for all of the company's advertising materials and promotional activities, including discussions by Merck professional representatives with physicians, pharmacists, and other health care professionals.

- The intent of these regulations is captured in Merck Policy Letters Nos. 110 and 118, as follows:
  - No. 110: ...Professional Representatives will discuss product information in strict conformance with the labeling that has been approved or permitted by the FDA
  - No. 118: ...It is vitally important that you adhere strictly to these approved claims and do not minimize the risks attendant to use of the product...

- The five general principles of promotion required by FDA regulations include:
  - consistency with the prescribing information
  - absence of misleading information
  - inclusion of proper balance to messages
  - absence of omissions of relevant information
  - support in adequate clinical studies

46

MRK-NJ0092108

*The FDA Regulation of Labeling and Advertising*

## Self-Assessment

**Select the best answer.**

1) FDA regulations have determined that each of the following entities is considered drug labeling, EXCEPT:

   A) Brochures bulletins

   B) Price lists, catalogs

   C) Motion picture films, sound recordings

   D) The Merck Manual

2) Each of the following sections is required information in labeling, EXCEPT:

   A) Description of the product, including proprietary name and generic name, type of dosage form and route of administration, active ingredient information and inactive ingredients

   B) Pricing information, including discounts and preferred provider plans

   C) Precautions, including a pregnancy category A, B, C, D, or X

   D) How Supplied, including the National Drug Code (NDC) and the National Stock Number (NSN)

3) Each of the following is true regarding other labeling formats, EXCEPT:

   A) The Brief Summary includes, at a minimum, the risk information found in the full Prescribing Information

   B) The Brief Summary must include Indications and Usage, Contraindications, Adverse Events, and Dosage and Administration.

   C) The Patient Prescribing Information is an official regulatory document that requires consumer testing and approval by FDA.

   D) The Patient Prescribing Information includes all of the categories found in the PI, written at a level understandable by the general public.

47

Confidential - Subject To Protective Order

*The FDA Regulation of Labeling and Advertising*

4) Each of the following statements regarding advertising is true, EXCEPT:

A) FDA regulations define advertising to include exclusively advertisements published in journals, magazines, other periodicals, and newspapers.

B) FDA regulations require that explicit and implicit advertising materials and promotional activities be consistent with, and not contrary to, FDA-approved labeling.

C) Labeling must serve as the primary basis for all of the company's advertising materials and promotional activities.

D) Merck Policy Letters Nos. 110 and 118 state (in part) that professional representatives are required to discuss product information in strict conformance with FDA-approved labeling and that they are required to adhere strictly to approved claims and not minimize the risks attendant to use of the product.

5) Each of the following is principle of promotion, EXCEPT:

A) Consistency with the prescribing information

B) Inclusion of proper balance

C) Inclusion of all relevant publications

D) Absence of misleading information

48

MRK-NJ0082110

# Post-Approval Responsibilities

In addition to the NDA holder's commitments to conduct Phase 4 studies, there are continuing responsibilities that fall into the following three general categories:

- General reporting requirements
- Adverse Experience (AE) reporting requirements
- Current Good Manufacturing Practice (CGMP)

## General Reporting Requirements

Regulations specify a number of special and regularly scheduled reports to FDA that allow the agency to monitor the distribution and effects of the approved drug. These often provide the information that signals a problem that leads to regulatory action.

### Field Alert Reports

An NDA holder must report to the FDA field office, within three days of receipt, any information:

- "...concerning any incident that causes the drug product or its labeling to be mistaken for, or applied to, another article."
- "...concerning any bacteriological contamination, or any significant chemical, physical, or other change or deterioration in the distributed drug product, or any failure of one or more distributed batches of the drug product to meet the specification established for it in the application."

Following a timely evaluation and discussion of the circumstances, the NDA holder and the FDA agree on a course of action that may include a product recall and a "Dear Doctor" letter.

49

Confidential - Subject To Protective Order

*Post-Approval Responsibility*

## Annual Reports

These reports help FDA monitor the safety and quality of marketed drugs. These reports contain the following information:

**Summary of New Information:** This is a brief summary of the significant new information obtained during the previous year that might affect the safety, effectiveness, or labeling of the drug product. There must also be a discussion of any actions taken or intended with regard to this new information, such as adding a warning to the label or initiating a new study.

**Distribution Data:** This includes information on the quantity of the product distributed, and the amounts forwarded to drug distributors. This includes the National Drug Code (NDC) number, the total number of dosage units of each strength or potency distributed, and the quantities distributed for domestic and foreign use.

**Labeling:** This includes the current labeling information and patient brochures, as well as a summary of product labeling changes implemented since the last report.

**Chemistry, Manufacturing, and Controls Changes:** This includes reports of any experiences, investigations, studies, or tests involving chemical, physical, or other properties of the drug that may affect the FDA's previous conclusions on the product. This should also include a full description of all implemented manufacturing and controls changes that did not require a separate supplemental application.

**Non-clinical Laboratory Studies:** This includes including copies of published and unpublished reports on new toxicological findings in animal studies and in vitro studies conducted or otherwise obtained by the sponsor relating to the product's ingredients.

**Clinical Data:** This includes copies of published clinical studies on the following: clinical trials on safety, effectiveness, or new uses; biopharmaceutic, pharmacokinetic, or clinical pharmacology studies; and epidemiologic studies.

50

MRK-NJ0092112

*Post-Approval Responsibility*

## Advertisements and Promotional Labeling

NDA holders must "submit specimens of mailing pieces and any other labeling or advertising devised for promotion of the drug product at the time of initial dissemination of labeling and at the time of initial publication of the advertisement for a prescription drug product."

FDA has a different standard for the submission of advertisements and promotional labeling approved under its accelerated approval program. Such materials must be submitted at least 30 days prior to release.

# Adverse Experience Reporting Requirements

## Rationale

No drug or biological product is 100% effective or completely safe. Recommendations for use of a drug or biological product are based on a balanced evaluation of benefits and risks. Many common adverse reactions can be detected in the clinical trials conducted under the IND in support of the NDA. However, these trials are usually of insufficient size to describe the complete profile of adverse events, especially those that are uncommon or rare.

Post-marketing surveillance is necessary to detect less common or rare adverse events. In many cases, it is not possible to determine whether a given event is caused by the drug product or whether it occurred simply by chance at approximately the same time the drug was administered. Regardless, such reports must be made in order to discern patterns on a large scale that would not otherwise be noticeable on a small scale.

## Definition of Adverse Experience

An Adverse Experience, also known as an Adverse Event, means any untoward occurrence associated with the use of a drug or biological product in humans, whether or not it is considered product-related. Adverse Experiences include:

- any failure of expected pharmacological action; and
- those events that occur:
  - in the course of the use of a drug or biological product in professional practice
  - from overdose of the product, whether accidental or intentional
  - from abuse of the product
  - from withdrawal of the product

51

Confidential - Subject To Protective Order

MRK-NJ0092113

*Post-Approval Responsibility*

There is a separate Vaccine Adverse Event Reporting System (VAERS*) with its own, similar reporting requirements. VAERS was created in response to the need for a nationally coordinated system of reporting adverse events.

## Reporting System

CDER expectations regarding reporting requirements for adverse experiences are found in a 1992 guidance document Guideline for Postmarketing Reporting of Adverse Drug Experiences.

## Reporting Requirements

NDA holders and any person whose name appears on the drug product's label as a manufacturer, packer, or distributor have AE reporting responsibilities. To avoid unnecessary duplication of reporting, however, federal regulations permit "non-applicants" to meet their reporting requirements by submitting all serious AE reports directly to the applicant rather than to the FDA. There are two common types of AE reports:

* 15-day alert reports
* periodic adverse experience reports

**Fifteen-Day Alert Reports.** The licensed manufacturer must report each adverse experience that is both serious and unexpected, regardless of source, as soon as possible but in any case within 15 working days of initial receipt of the information. The licensed manufacturer must promptly investigate all adverse experiences that are the subject of these 15-day Alert reports and must submit follow-up reports within 15 working days of receipt of new information or as requested by FDA.

*Serious* means an adverse experience associated with the use of a biological product that is fatal or life-threatening, is permanently disabling, requires inpatient hospitalization, or is a congenital anomaly, cancer, or overdose.

*Unexpected* means an adverse biological product experience that is not listed in the current labeling for the product and includes an event that may be symptomatically and pathophysiologically related to an event listed in the labeling, but differs from the event because of greater severity or specificity.

*Vaccine Adverse Event Reporting System  http://www.fda.gov/cber/vaers.html

52

Confidential - Subject To Protective Order

MRK-NJ0082114

*Post-Approval Responsibility*

**Periodic Adverse Experience Reports:** The licensed manufacturer must report each adverse experience not reported as 15-day Alerts at quarterly intervals for 3 years from the date of issuance of the product approval and, thereafter, on an annual basis. The licensed manufacturer must submit each quarterly report within 30 days of the close of the quarter and each annual report within 60 days of the anniversary date of the issuance of the product license.

## MEDWATCH

FDA has also established a comprehensive medical products reporting program called MEDWATCH*. FDA has the responsibility for assuring the safety and efficacy of all regulated marketed medical products including the following:

- drugs
- biologics, including vaccines
- medical and radiation-emitting devices, and
- special nutritional products (e.g., medical foods, dietary supplements and infant formulae)

MEDWATCH, the FDA Medical Products Reporting Program, is an initiative designed both 1) to educate all health professionals about the critical importance of being aware of, monitoring for, and reporting adverse events and problems to FDA and/or the manufacturer, and 2) to ensure that new safety information is rapidly communicated to the medical community, thereby improving patient care. MEDWATCH makes it easier to make reports by operating a single system for health professionals to report adverse events and product problems to the agency. Reports may be submitted in the following ways:

- by mail using the postage-paid MEDWATCH PDF format available through their web site home page
- by calling 1-800-FDA-1088
- by fax at 1-800-FDA-0178

* MEDWATCH http://www.fda.gov/medwatch/what.htm

53

Confidential - Subject To Protective Order

*Post-Approval Responsibility*

### Responsibilities of the Professional Representative

Merck professional representatives participate in the reporting process when they submit Drug Experience Reports as outlined in Policy Letter No. 105.

Merck Policy No. 105 states (in part):

> A Drug or Vaccine Experience Report is a report usually from a physician or other health care professional that a specific identifiable patient(s), treated with a Merck drug or other product, experienced:
> * an unfavorable side effect
> * toxicity
> * injury
> * a sensitivity reaction
> * failure of the product to exhibit its expected pharmacologic/biologic effect
>
> Merck representatives are required to submit a Drug or Vaccine Experience Report form:
> * whether or not such effect is described in the package insert or the published literature
> * whether or not it has been determined to be attributable to the drug or vaccine
>
> In addition, any report of pregnancy occurring in association with the use of a Merck drug product or vaccine should also be submitted on a Drug or Vaccine Experience Report form.

## Current Good Manufacturing Practice (CGMP) Reporting Requirements

All drugs, including drug components and finished dosage forms, must be manufactured in conformance with CGMP to ensure that the substances meet legal requirements of safety, and they have the identity, strength, quality, and purity that they are purported to have. CGMP regulations are based on fundamental concepts of quality assurance:

* quality, safety, and effectiveness must be designed and built into a product
* quality cannot be inspected or tested into a finished product
* each step of the manufacturing process must be controlled to maximize the likelihood that the finished product will be acceptable

54

MRK-NJ0092116

The minimum standards for manufacturing of drug product used for pre-approval laboratory and clinical investigations that are discussed in the chapter **FDA Regulation of Drug Product Development** also apply to manufacturing of drug product post-approval; these are provided here again for ease of access:

* organization and personnel
* buildings and facilities
* equipment
* control of components and drug product containers and closures
* production and process controls
* packaging and labeling controls
* holding and distribution
* laboratory controls
* records and reports
* returned and salvaged drug products

55

Confidential - Subject To Protective Order

MRK-NJ0082117

*Post-Approval Responsibility*

# Key Points

* An Adverse Experience, also know as an Adverse Event, is any untoward occurrence associated with the use of a biological product in humans, whether or not it is considered product-related.

* In many cases, it is not possible to determine whether a given event is caused by the vaccine or whether it occurred simply by chance at approximately the same time the vaccination was administered. Therefore, post-marketing surveillance is necessary to detect less common or rare adverse events that would not otherwise be noticeable on a small scale.

* FDA has also established a comprehensive medical products reporting program called MEDWATCH, which enables health professionals to report adverse events regarding drugs; biologics, including vaccines; medical and radiation-emitting devices; and special nutritional products (e.g., medical foods, dietary supplements and infant formulas).

* As requested by the FDA, licensed manufacturers must report each adverse experience that is both serious and unexpected within 15 working days of initial receipt of the information and then promptly investigate and submit follow-up reports on these adverse experiences.

* The licensed manufacturer must report each adverse experience not reported as 15-day Alerts at quarterly intervals for 3 years from the date of issuance of the product license and, thereafter, on an annual basis.

56

Confidential - Subject To Protective Order

MRK-NJ0092116

*Post-Approval Responsibility*

## Self-Assessment

**Select the best answer.**

1) Each of the following is true regarding general post-marketing reporting requirements, EXCEPT:

   A) A Field Alert report is required when there is any bacteriological contamination, or any significant chemical, physical, or other change or deterioration in the distributed drug product.

   B) An Annual Report includes a discussion of the future business and profit plan.

   C) Labeling or advertising developed for post-launch promotion must be submitted to FDA at the time of initial publication of the advertisement.

   D) Labeling or advertising for products approved under accelerated approval must be submitted at least 30 days prior to release.

2) Each of the following is true regarding adverse experience reporting requirements, EXCEPT:

   A) Post-marketing surveillance is necessary in order to determine whether less common or rare adverse experience are caused by the drug.

   B) An adverse experience includes, in part, any failure of expected pharmacological action.

   C) The manufacturer must report each adverse experience that is both serious and unexpected within 15 working days of receipt of new information.

   D) Merck Policy Letter No. 105 requires professional representatives to submit a Drug or Vaccine Experience Reporting form.

57

MRK-NJ0082119

Confidential - Subject To Protective Order

MRK-NJ0092120



# Summary

**INTRODUCTION:** This module introduces the reader to the regulatory bodies that affect the development of drug products. The Food and Drug Administration (FDA) is the agency responsible for the regulatory control of the development, use, promotion, and monitoring of medical products for human and animal use, including vaccines, drugs, blood and blood products, and medical devices. The FDA has independent advisory committees of experts for every major product area that advise FDA on the approvability of applications before the agency and on difficult issues that affect product development.

**PROCESS OF DEVELOPING REGULATIONS:** Congress enacts legislation with broad ideas and concepts in mind. The affected agency has the responsibility to draft specific regulations that meet the legislative intent. The Administrative Procedures Act (APA) provides general rules that all federal agencies must follow in order to have proposed regulations become final regulations, including publication of the draft regulations in the Federal Register (FR) for a specified period of time for comment, known as "notice and comment," analysis of the comments, and publication of the analysis and final regulations in the FR. Final regulations for the entire federal government are also published annually in the Code of Federal Regulations (CFR).

The Freedom of Information Act (FOIA) enables interested parties to obtain access to official information.

**FDA REGULATION OF DRUG PRODUCT DEVELOPMENT:** There are FDA regulations that direct manufacturers in the development of medical products for human use, including vaccines, drugs, and medical devices. A sponsoring manufacturer must obtain an Investigational New Drug (IND) application from FDA in order to conduct clinical studies. An IND includes a plan that describes a step-wise series of clinical studies that help establish the safety profile of the drug product, the optimal dosing schedule, and clinical effectiveness. A sponsor must develop an appropriate consent form for use by study subjects, and must also obtain approval for the entire clinical development program from the Institutional Review Board (IRB) for the institution where the investigator plans to conduct the study.

59

Confidential - Subject To Protective Order

*Summary*

The sponsoring manufacturer prepares a complete New Drug Application (NDA) with all validated manufacturing procedures, preclinical animal studies, and clinical studies that support the safety and effectiveness of the product, and submits the NDA to FDA for review. FDA then issues an action letter: approval, approvable, or non-approvable.

**FDA REGULATION OF LABELING AND ADVERTISING:** There are FDA regulations that stipulate the format and content of prescribing drug labeling. FDA regulations also require that advertising materials and promotional activities must be consistent with, and not contrary to, FDA-approved labeling. Thus, labeling must serve as the primary basis for all of the company's advertising and promotions, including discussions by professional representatives with physicians, pharmacists, and other health care professionals.

**POST-MARKETING RESPONSIBILITIES:** Following approval, the NDA holder has continuing responsibilities to collect information and file reports that allow FDA to monitor the distribution and effects of the approved drug. Such reports often provide information that signals a problem that leads to regulatory action. These include Field Alerts about product issues and 15-Day Alert Reports about serious and unexpected adverse experiences.

60

Confidential - Subject To Protective Order



Appendices

## APPENDIX I. Titles of the US Code of Federal Regulations

| Title | Function | Title | Function |
|---|---|---|---|
| 1 | General Provisions | 26 | Internal Revenue |
| 2 | [Reserved] | 27 | Alcohol, Tobacco, and Firearms |
| 3 | The President | 28 | Judicial Administration |
| 4 | Accounts | 29 | Labor |
| 5 | Administrative Personnel | 30 | Mineral Resources |
| 6 | [Reserved] | 31 | Money and Finance: Treasury |
| 7 | Agriculture | 32 | National Defense |
| 8 | Aliens and Nationality | 33 | Navigation and Navigable Waters |
| 9 | Animals and Animal Products | 34 | Education |
| 10 | Energy | 35 | Panama Canal |
| 11 | Federal Elections | 36 | Parks, Forests, and Public Property |
| 12 | Banks and Banking | 37 | Patents, Trademarks, and Copyrights |
| 13 | Business Credit and Assistance | 38 | Pensions, Bonuses, and Veterans' Relief |
| 14 | Aeronautics and Space | 39 | Postal Service |
| 15 | Commerce and Foreign Trade | 40 | Protection of Environment |
| 16 | Commercial Practices | 41 | Public Contracts and Property Management |
| 17 | Commodity and Securities Exchanges | 42 | Public Health |
| 18 | Conservation of Power and Water Res. | 43 | Public Lands: Interior |
| 19 | Customs Duties | 44 | Emergency Management and Assistance |
| 20 | Employees' Benefits | 45 | Public Welfare |
| 21 | Food and Drugs | 46 | Shipping |
| 22 | Foreign Relations | 47 | Telecommunication |
| 23 | Highways | 48 | Federal Acquisition Regulations System |
| 24 | Housing and Urban Dvpmt. | 49 | Transportation |
| 25 | Indians | 50 | Wildlife and Fisheries |

61

MRK-NJ0092123

*Appendices*

## APPENDIX II.  Abbreviations of Institutions and Organizations, and Available Web Site Addresses

| | |
|---|---|
| AC | Advisory Committee |
| AHRQ | Agency for Health Care Research and Quality |
| APA | Administrative Procedures Act |
| BLA | Biological License Application |
| CBER | Center for Biological Evaluation and Research |
| CDC | Centers for Disease Control and Prevention |
| | http://www.cdc.gov/aboutdc.htm#mission |
| CDER | Center for Drug Evaluation and Research |
| CDRH | Center for Devices and Radiological Health |
| CFR | Code of Federal Regulations |
| | http://www.access.gpo.gov/nara/about-cfr.html |
| CFSAN | Center for Food Safety and Applied Nutrition |
| CGMP | Current Good Manufacturing Practices |
| CVM | Center for Veterinary Medicine |
| DEA | Drug Enforcement Administration |
| | http://www.usdoj.gov/dea/deahome.htm |
| DHHS | Department of Health and Human Services |
| | http://www.hhs.gov/ |
| DOJ | Department of Justice |
| FDA | Food and Drug Administration |
| | http://www.fda.gov/ |
| FD&C | Federal Food, Drug and Cosmetic Act |
| FOIA | Freedom of Information Act |
| FR | Federal Register |
| | http://www.nara.gov/fedreg/ |
| GLP | Good Laboratory Practices |
| GPO | Government Printing Office |
| HCFA | Health Care Financing Administration |
| HRSA | Health Resources and Services Administration |
| IDE | Investigational Device Exemption |
| IHS | Indian Health Service |

62

Confidential - Subject To Protective Order

MRK-NJ0082124

| IND | Investigational New Drug |
| IRB | Institutional Review Board |
| NDC | National Drug Code |
| NIH | National Institutes of Health |
| | http://www.nih.gov/welcome/ |
| NSN | National Stock Number |
| OOPD | Office of Orphan Products Development |
| PDUFA | Prescription Drug User Fee Act |
| USP | United States Pharmacopeia |
| | http://www.usp.org/ |
| VAERS | Vaccine Adverse Event Reporting System |
| | http://www.fda.gov/cber/vaers.html |

63

Confidential - Subject To Protective Order

MRK-NJ0092125

64

Confidential - Subject To Protective Order

MRK-NJ0082126

# Self-Assessment Answers

## Introduction

1) Each of the following is a program of the Department of Health and Human Services, EXCEPT:

   **A) Motor vehicle safety**

   B) Outbreak prevention of infectious diseases

   C) Health insurance for elderly and disabled Americans

   D) Improving maternal and infant health

2) Each of the following is an agency of the Department of Health and Human Services, EXCEPT:

   A) Food and Drug Administration

   **B) Drug Enforcement Administration**

   C) Indian Health Service

   D) Agency for Health Care Research and Quality

3) Each of the following is a function of FDA, EXCEPT:

   A) Assuring the safety and effectiveness of medicines, medical devices, and medical devices for human use

   B) Overseeing feed safety and drug approval for pets and farm animals

   **C) Overseeing abatoir activities in preparation of animals for human consumption**

   D) Assuring the safety of cosmetics

4) Each of the following is stipulated by the Federal Advisory Committee Act, EXCEPT:

   A) Advance notice of meetings must be published in the Federal Register

   B) Meetings must be held in public

   C) Transcriptions of the meeting must be made available in a timely way

   **D) Members must represent every perspective on the issue to be discussed**

65

MRK-NJ0092127

*Self-Assessment Answers*

# The Process of Developing Regulations

1) Each of the following is concerned with due process, EXCEPT:
   A) The right to be notified
   B) The right to be given a meaningful opportunity to be heard
   C) **Protection of government agencies from arbitrary complaints of an individual person or group of persons**
   D) Application of process to every aspect of law

2) Each of the following is concerned with the translation of a statute into regulations, EXCEPT:
   A) **A congressional committee provides an agency with draft legislation of the broad ideas and concepts in mind.**
   B) An agency drafts specific regulations that meet the legislative intent.
   C) An agency publishes the draft regulations in the Federal Register to allow adequate time for any and all interested parties to comment.
   D) An agency analyzes the comments and publishes the deliberations on the comments and the final regulations in the Federal Register.

3) Each of the following applies to the Administrative Procedures Act, EXCEPT:
   A) The APA provides the general rules that all federal agencies must follow in order to have proposed regulations become final regulations
   B) An agency must provide notice of intent to develop pertinent regulations and permit comment, a process known as "notice and comment."
   C) **The draft regulations are usually published by a private company**
   D) The Final Rule has the same "full force and effect" as the original, enacted statutory legislation

4) Each of the following concerns the Freedom of Information Act, EXCEPT:
   A) FOIA was designed to create a broad right of access to official information
   B) **FOIA requires full agency disclosure unless the information is incriminating**
   C) FOIA concerns paper and electronic information
   D) FOIA procedures for access to information are established by each agency

66

Confidential - Subject To Protective Order

MRK-NJ0092125