# FDA Regulation of Drug Product Development

1) Each of the following is covered by specific FDA regulations, EXCEPT:
   A) Conducting preclinical evaluation
   B) Developing the manufacturing process
   C) Developing the clinical protocols
   D) **Selection of the formulations to be used**

2) Each statement about the phases of drug development is true, EXCEPT:
   A) **In Phase 1 studies, drug doses that would be expected to have a therapeutic benefit are given to extremely ill patients to evaluate safety.**
   B) In Phase 2 studies, randomized, double-blinded, controlled designs are used to establish effectiveness.
   C) In Phase 3 studies, large numbers of patients are evaluated, in order to gather additional information about safety and effectiveness.
   D) In Phase 4 studies, additional populations may be studied, such as children and the elderly.

3) The elements of informed consent include each of the following, EXCEPT:
   A) Explanation of the study, the potential risks, benefits and alternative treatments
   B) Measures taken to maintain confidentiality
   C) Who the contact person is for the study in the event of study-related injury
   D) **Expected loss of benefits should the person withdraw from the study**

4) The Institutional Review Board has responsibility for each of the following, EXCEPT:
   A) Assurance that clinical studies abide by applicable law
   B) Assurance that the clinical studies are initially and periodically reviewed and approved
   C) **Assurance that the preclinical animal studies are reviewed and approved**
   D) Assurance that the community attitudes are considered in reviewing the clinical studies

67

*Self-Assessment Answers*

5) The New Drug Application includes information regarding each of the following, EXCEPT:
    A) Whether the drug's proposed labeling is appropriate
    B) Whether the drug is safe and effective in its indicated use
    C) Whether the benefits of using the product outweigh the risks
    **D) List of countries that will eventually be applied to for marketing**

## The FDA Regulation of Labeling and Advertising

1) FDA regulations have determined that each of the following entities is considered drug labeling, EXCEPT:
    A) Brochures bulletins
    B) Price lists, catalogs
    C) Motion picture films, sound recordings
    **D) The Merck Manual**

2) Each of the following sections is required information in labeling, EXCEPT:
    A) Description of the product, including proprietary name and generic name, type of dosage form and route of administration, active ingredient information and inactive ingredients
    **B) Pricing information, including discounts and preferred provider plans**
    C) Precautions, including a pregnancy category A, B, C, D, or X
    D) How Supplied, including the National Drug Code (NDC) and the National Stock Number (NSN)

3) Each of the following is true regarding other labeling formats, EXCEPT:
    A) The Brief Summary includes, at a minimum, the risk information found in the full prescribing information.
    **B) The Brief Summary must include Indications and Usage, Contraindications, Adverse Events, and Dosage and Administration.**
    C) The Patient Prescribing Information, is an official regulatory document that requires consumer testing and approval by FDA.
    D) The Patient Prescribing Information includes all of the categories found in the PI, written at a level understandable by the general public.

68

MRK-NJ0092130

4) Each of the following statements regarding advertising is true, EXCEPT:

**A) FDA regulations define advertising to include exclusively advertisements published in journals, magazines, other periodicals, and newspapers.**

B) FDA regulations require that explicit and implicit advertising materials and promotional activities be consistent with, and not contrary to, FDA-approved labeling.

C) Labeling must serve as the primary basis for all of the company's advertising materials and promotional activities.

D) Merck Policy Letters Nos. 110 and 118 state (in part) that professional representatives are required to discuss product information in strict conformance with FDA-approved labeling and that they are required to adhere strictly to approved claims and not minimize the risks attendant to use of the product.

5) Each of the following is principle of promotion, EXCEPT:

A) Consistency with the prescribing information

B) Inclusion of proper balance

**C) Inclusion of all relevant publications**

D) Absence of misleading information

69

*Self-Assessment Answers*

## Post-Approval Responsibilities

1) Each of the following is true regarding general post-marketing reporting requirements, EXCEPT:

   A) A Field Alert report is required when there is any bacteriological contamination, or any significant chemical, physical, or other change or deterioration in the distributed drug product.

   **B) An Annual Report includes a discussion of the future business and profit plan.**

   C) Labeling or advertising developed for post-launch promotion must be submitted to FDA at the time of initial publication of the advertisement.

   D) Labeling or advertising for products approved under accelerated approval must be submitted at least 30 days prior to release.

2) Each of the following is true regarding adverse experience reporting requirements, EXCEPT:

   **A) Post-marketing surveillance is necessary in order to determine whether less common or rare adverse experience are caused by the drug**

   B) An adverse experience includes, in part, any failure of expected pharmacological action

   C) The manufacturer must report each adverse experience that is both serious and unexpected within 15 working days of receipt of new information

   D) Merck Policy Letter No. 105 requires professional representatives to submit a Drug or Vaccine Experience Reporting form

70

Confidential - Subject To Protective Order



U.S. Medical &
Scientific Affairs
MEDICAL
SERVICES
U.S. Human Health

Copyright © 2000 Merck & Co., Inc.
Whitehouse Station, New Jersey, U.S.A.
All rights reserved.
MSP-00-0103-NWP 10/2000

Confidential - Subject To Protective Order

 **MERCK**                    # PERFORMANCE REVIEW FORM

NAME: Mary Elizabeth Basaman                    DIV/ORG/DEPT.:   Corporate/Public Affairs
WEIN:  10048249                                  TITLE:  Manager, USHH Public Affairs
                                                 GRADE:  5

FROM:  1/1/98 –12/31/98

OVERALL CONTRIBUTION SUMMARY    This section must be completed by the employee's manager and should include a
                                summary of the employee's overall leadership and performance contributions.

**OP - Redacted -
other product**

> EXHIBIT
> P-2
> DENISE BACH  1/28/05

As 1998 progressed, so did Mary Elizabeth's leadership qualities:  her willingness to tackle new challenges and her
knowledge of both corporate and divisional issues increasingly made her a "go-to" performer for additional work assignments.
These ranged from    **NPS – Redacted –
Non-product specific
information**     taking on project assignments for  **OP**    Vioxx.     **OP - Redacted -
other product**

**NPS – Redacted –
Non-product specific
information**

Please check the appropriate Overall Performance and Leadership ratings.

OVERALL PERFORMANCE RATING

[X] TP  Top Performance *        [ ] EE  Exceeds Expectations *        [ ] ME Meets Expectations

[ ] RI  Requires Improvement     [ ] NA Not Acceptable                 [ ] NR Not Rated

LEADERSHIP RATING

[ ] High                         [X] Medium                            [ ] Low

*Must receive a high or medium Leadership rating

EMPLOYEE'S COMMENTS

| | NEXT LEVEL MANAGER:<br>I have reviewed Employee's Comments. | INITIALS | DATE |
|---|---|---|---|
| EMPLOYEE'S SIGNATURE:  *M E Basaman*<br>(Signature does not necessarily indicate agreement) | | DATE: 2/5/99 | |
| MANAGER'S NAME:  Bloomfield | SIGNATURE: *JaxBloomfield* | DATE: 2/5/99 | |
| NEXT LEVEL<br>MANAGER'S NAME:  Weiner | SIGNATURE: | DATE: 4/5/99 | |

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800000

P1.1472

 **MERCK**

# YEAR-END EMPLOYEE INPUT FORM

| | |
|---|---|
| WEIN: 10048249 | DIV/ORG/DEPT.: Corp/Public Affairs/USHH |
| NAME: Mary Elizabeth Basaman | TITLE: Manager |
| | GRADE: 05 |
| FROM: 1/1/99 | TO: 12/31/99 |

**DESCRIPTION OF RESULTS ACHIEVED** Indicate progress with specific examples and measures in each category.

I.    SPECIFIC JOB MEASURES/ON-GOING DUTIES (Activities that are expected as an on-going part of your job.) Results:

Managed Public Affairs for **OP    Vioxx    OP - Redacted**    **NPS – Redacted – Non-product specific information**

II.    PLANNED OBJECTIVES This section should contain results against individual as well as team participation and support objectives.

**OP - Redacted - other product**

Vioxx: Prepared science plan for post-launch 1999, developed a series of news releases and implemented four outreach efforts to keep Vioxx in the news. Successfully overcame significant Legal issues and cleared the first two video news releases for Vioxx post-launch, one of which included a patient testimonial. Despite the prominence of Celebrex in the media materials for the publication of the studies in JAMA, our aggressive media outreach efforts through AP and to local outlets ensured that Vioxx was clearly mentioned in most of the stories. Work with the *Wall Street Journal* resulted in a comprehensive, positive article that discussed the advantages of Vioxx, how Merck is "steadily gaining ground" on Celebrex, and dismissed Searle's claims that shorter prescriptions for acute pain were driving the success of Vioxx. Managed colon cancer interview with *Wall Street Journal*, which resulted in a front-page story that positioned Merck as neck-and-neck with Searle – despite the fact that our studies are behind theirs.

**OP - Redacted - other product**

**NPS – Redacted – Non-product specific information**    **OP - Redacted - other product**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRK-ACW 0800001

NAME: Mary Elizabeth Basaman                    WEIN: 10048249

NPS -- Redacted --
Non-product specific
information

III.   HUMAN RESOURCE MANAGEMENT OBJECTIVES  For managers of people.  This section should include results against
       objectives that focus on building individual competencies and a productive work environment.

EMPLOYEE'S SIGNATURE: *Mary Elizabeth Basaman*                    DATE: 12/6/99

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER                                              MRK-ACW 0800002

 **MERCK**

# PERFORMANCE REVIEW FORM

| | |
|---|---|
| NAME: Mary Elizabeth Basaman | DIV/ORG/DEPT.:   Corporate/Public Affairs/USHH |
| WEIN:  10048249 | TITLE:  Manager, USHH Public Affairs |
| | GRADE: 05 |
| FROM: 1/1/99 | TO:  12/31/99 |

OVERALL CONTRIBUTION SUMMARY   This section must be completed by the employee's manager and should include a summary of the employee's overall leadership and performance contributions.

Mary Elizabeth built on an outstanding performance in 1998 with another year of solid development and achievement.  Once again Mary Elizabeth demonstrated her versatility, moving from **OP - Redacted** during the first half of the year to assume responsibility for scientific communications on Vioxx during the second half of 1999.

**OP - Redacted - other product**

For Vioxx, Mary Elizabeth again demonstrated her project leadership abilities, overcoming significant Medical-Legal issues to develop solid consumer-oriented communications for the brand.  Her best work was demonstrated by outstanding efforts in support of the *JAMA* publication and Merck's colon cancer research, both of which generated first-rate *Wall Street Journal* placements.

**NPS - Redacted - Non-product specific Information**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRK-ACW 0800003

NAME: Mary Elizabeth Basaman                    WEIN: 10048249                              PAGE  2  OF  2

Please check the appropriate Overall Performance and Leadership ratings.

**OVERALL PERFORMANCE RATING**

☐ TP  Top Performance *          ☑ EE  Exceeds Expectations *          ☐ ME Meets Expectations

☐ RI  Requires Improvement       ☐ NA Not Acceptable                   ☐ NR Not Rated

**LEADERSHIP RATING**

☐ High                            ☑ Medium                              ☐ Low

*Must receive a high or medium Leadership rating

**EMPLOYEE'S COMMENTS**

| NEXT LEVEL MANAGER: I have reviewed Employee's Comments. | INITIALS | DATE |
|---|---|---|
| | | |

| EMPLOYEE'S SIGNATURE: MEBasaman (Signature does not necessarily indicate agreement) | | DATE: 3/10/00 |
|---|---|---|
| MANAGER'S NAME: Weaver | SIGNATURE: | DATE: 3/10/00 |
| NEXT LEVEL MANAGER'S NAME: | SIGNATURE: L. Dullath | DATE: 3/15/00 |

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800004

 **MERCK**

# PERFORMANCE PLANNING FORM

| | |
|---|---|
| NAME: Mary Elizabeth Basaman | DIV/ORG/DEPT.:  Corporate/Public Affairs/USHH Public Affairs |
| WEIN:  10048249 | TITLE:  Manager |
| | GRADE: 05 |
| FROM:  1/1/00 | TO:  12/31/00 |

**I.   SPECIFIC JOB MEASURES/ON-GOING DUTIES**  (Activities that are expected as an on-going part of your job.)

1.   Manage U.S. public affairs for Vioxx® and serve as key member of worldwide Public Affairs and extended marketing teams.
**NPS - Redacted -**

3.   With accuracy and speed, handle more than 150 media calls to communicate key brand and divisional messages.
**NPS - Redacted -**

**II.   PLANNED OBJECTIVES**  This section should contain individual as well as team participation and support objectives.

| OBJECTIVES (Clearly indicate what, how, and when) | WEIGHT (%) | INPUT* |
|---|---|---|
| 1.   **Generate branded media coverage for Vioxx:** Contribute to sales growth of Vioxx by using presentations and publications of scientific data, particularly the VIGOR study, to generate positive, branded news coverage.  Work with physicians in key markets to prepare them for media interviews about the coxibs. | 25 | * |
| 2.   **Leverage the success of Vioxx:** Manage inquiries from the news media to produce stories that communicate the brand's key messages.  In concert with worldwide colleagues, develop plan and execute media outreach when significant performance objectives are reached to generate media coverage about the strength of Merck marketing and raise confidence in Merck's ability to withstand patent expirations. | 15 | * |
| 3.   **Launch celebrity market development campaign:** Develop and implement a celebrity program to drive media coverage that encourages patients to seek treatment for arthritis. | 20 | * |
| 4.   **Implement grassroots advocate development and market development campaign:** Launch Speaking of Pain, a grassroots program, to encourage pain sufferers to discuss pain and available treatments with their physicians and to build Merck's relationships with key third-party groups. | 10 | * |
| 5.   **New indications:** Develop messages to position Merck as a leader in research into the role of COX-2 inhibition in colon cancer and Alzheimer's Disease and manage media inquiries about studies of Vioxx. | 15 | |

**III.  HUMAN RESOURCE MANAGEMENT OBJECTIVES**  For managers of people.  This section should include objectives that focus on building individual competencies and a productive work environment.

| | | |
|---|---|---|
| 1.  Help recruit and train new Public Affairs manager(s) for Vioxx and guide orientation and development.                 **NPS - Redacted - Non-product specific information** | 15 | * |

| | | |
|---|---|---|
| EMPLOYEE'S SIGNATURE: *MEBasaman* | DATE 2/29/00 |
| MANAGER'S NAME: *Jan Weiner*    SIGNATURE: | DATE: 3/10/00 |

**\*INPUT:**  Please check this box if this objective requires input from or alignment with others (e.g., teams, groups, individuals, etc.).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRK-ACW 0800005

 **MERCK**          YEAR-END EMPLOYEE INPUT FORM

| | |
|---|---|
| NAME: Mary Elizabeth Basaman | DIV/ORG/DEPT.: Corp/Public Affairs/USHH Public Affairs |
| WEIN:  10048249 | TITLE:  Manager |
| | GRADE: 05 |
| FROM:  1/1/00 | TO:  12/31/00 |

**DESCRIPTION OF RESULTS ACHIEVED** Indicate progress with specific examples and measures in each category.

I.    SPECIFIC JOB MEASURES/ON-GOING DUTIES  (Activities that are expected as an on-going part of your job.) Results:

1.   Manage U.S. public affairs for Vioxx® and serve as key member of worldwide Public Affairs and extended marketing teams.
   **NPS - Redacted -**
3.   With accuracy and speed, handle more than 100 media calls to communicate key brand and divisional messages.
   **NPS - Redacted -**
**Non-product specific
   information**
II.   PLANNED OBJECTIVES  This section should contain results against individual as well as team participation and support objectives.

Facing complex results from the VIGOR study and repeated, ruthless attacks on the safety of Vioxx by the competition, worked with Marketing, Public Affairs and MRL colleagues to maintain positive publicity -- and minimize negative publicity -- to support the brand's ascent to shared leadership of the COX-2 inhibitors.  Accomplishments include:

**VIGOR:** Developed communications and handled media relations for the complex findings of the VIGOR study to minimize attention to the heart attack issues and drive awareness of the unambiguous GI safety findings from the study.  For initial announcement, developed messaging and a comprehensive Q&A to enable relevant staff to communicate the findings clearly and consistently.  For DDW, developed news release, updated Q&A and prepared MRL spokespeople and investigators to help ensure that media coverage of VIGOR was fair and kept the MI data in perspective.  Efforts achieved balanced coverage in the *Wall Street Journal* and Bloomberg, and helped to lead Reuters to eventually report during Digestive Diseases Week that "there was no reason to believe that Vioxx itself caused heart attacks."

**Responding to misleading media reports:** Developed communications to respond to two misleading media reports from Reuters -- the first on MI data in VIGOR, the second on the MCA report.  For the first, played a key role in identifying appropriate data from VIGOR and CLASS to respond to the issue and develop the response news release.  For the second, prepared a clear contingency news release -- prior to the story clearing the wire -- and worked within the streamlined review process to ensure that we responded more quickly to the report than ever done before.  Mr. Gilmartin noted this quick response from Public Affairs at the off-site meeting.

**Responding to the competition:** Quickly responded to competitive challenges throughout the year by developing multiple contingency news releases, message tracks and Qs and As and reaching out to appropriate Merck staff and outside thoughtleaders to respond to challenges and inquiries.  At both EULAR and ACR, issued news releases to set the public record straight about the Pharmacia renal study and the renal profile of Vioxx and handled media calls with AP and Reuters to position our news.  Our efforts minimized press attention to the issue while ensuring that Merck's position was known.  For AHA, attended Pharmacia session on CV issues with coxibs and prepared contingency news release to ensure we were prepared to respond if necessary.  Developed a news release to clarify the European patent decision in response to a misleading news release from Pharmacia and issued within hours of Pharmacia's release.

**Managing media:** Facilitated story in *Med Ad News* highlighting Vioxx as new product of the year.  Proactively developed messaging and plan on business success coincident with Vioxx achieving 50 percent of the market share, and used messaging with various business media.  Developed messaging for senior management and worked with the writer on background on a *New York Times* story on the marketing of Vioxx and Celebrex; thwarted Pharmacia's efforts to raise concerns about cardiovascular issues with Vioxx by successfully keeping reference to MI in VIGOR out of the story. **PRIVILEGE REDACTION**

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800006

NAME: Mary Elizabeth Basaman    WEIN: 10048249

**PRIVILEGE** participated in media training for Dr. Perlmutter. Quickly developed the company statement on the University of Rochester patent suit and made clear that Merck was not a party to the suit.

**Medical meetings and publications:** Following efforts with VIGOR at DDW (see above), used data presented during EULAR to prepare and issue the first U.S. news release on head-to-head data between Vioxx and Celebrex to establish that the study showed that Vioxx was the better pain reliever of the coxibs. Issued news release *before* Pharmacia issued their release from the meeting on the renal study (see above), which resulted in a neutral Associated Press story. Our news release for ACR (not promoted because of pending NEJM publication) further clarified the public record on the unambiguous GI safety findings from VIGOR. Issued news release at American Pain Society on dental study v. Tylenol with codeine to emphasize efficacy message for Vioxx which generated internet coverage; coverage in longer lead trade publications pending. With Marketing's agreement, developed and implemented communications plan for *NEJM* that successfully avoided raising concerns about the MI data in VIGOR.

**Celebrity campaign:**   **PRIVILEGE**
         **REDACTION**

At Marketing's direction, negotiated and finalized celebrity contracts. Launched campaign, which stimulated stories in leading outlets including Associated Press, *Larry King Live* and *Reader's Digest*, as well as a full satellite media tour, prior to the cancellation of the campaign for regulatory issues. Publicized and managed Bruce Jenner's visit to West Point and standing room only motivational speech in West Point.

**Market development:** Launched a fully integrated media, grassroots education and internet program, "Speaking of Pain," that reached approximately 78 million through media coverage in leading outlets including TIME, USA Today and The New York Times (much higher than Pharmacia's unbranded program); another story is expected in the January issue of *Better Homes and Gardens*. Media coverage stimulated more than 50,000 calls for information. Linked the program to the National Arthritis Action Plan to leverage existing coalition of Arthritis Foundation with state and local groups to stimulate additional programs. Hundreds of workshops have already taken place, and continue. Increased frequency of communications with Arthritis Foundation and re-worked contract to strengthen relationship with this important advocacy group, and gained their agreement to stop disseminating brochures on Celebrex.

**New indications:** Developed messaging for our new indications and included in on-going communications. Merck's clinical research program for Alzheimer's received positive coverage, including a mention in TIME of the promise of the National Institute of Aging trial with Vioxx. Facilitated our efforts with the National Colon Cancer Research Alliance to establish Merck's interest in that field.

**Other:** Handled more than 100 media calls.   **OP - Redacted -**
            **other product**

Developed new budget monitoring system for Vioxx to better track spending by project. **OP - Redacted**
                               **other product**

III. **HUMAN RESOURCE MANAGEMENT OBJECTIVES** For managers of people. This section should include results against objectives that focus on building individual competencies and a productive work environment.

**NPS - Redacted -**
**Non-product specific**
**information**

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

EMPLOYEE'S SIGNATURE: *M E Basaman*    DATE: 12/6/00

MRK-ACW 0800007

 **MERCK**

# PERFORMANCE REVIEW FORM

NAME: Mary Elizabeth Basaman

WEIN: 10048249

DIV/ORG/DEPT.: Corporate/Public Affairs/USHH

TITLE: Manager, USHH Public Affairs

GRADE: 5

FROM: 1/1/00

TO: 12/31/00

OVERALL CONTRIBUTION SUMMARY   This section must be completed by the employee's manager and should include a summary of the employee's overall leadership and performance contributions.

For Mary Elizabeth, 2000 was a most challenging year given the complexity, frequency and visibility of the Public Affairs issues on Vioxx®, and all of her prior experience, project management skills, ability to collaborate and willingness to be flexible were tested on an almost daily basis. Taken as a whole, the body of work was remarkable, particularly in light of the short-staff situation on Vioxx and the fact that she had no director to whom to report since January.

The complex results from the VIGOR study and repeated, public competitive attacks put the Company in a defensive position in many ways. Mary Elizabeth quickly sized up the communications challenges and made courageous recommendations, such as taking a low-key approach for the presentation of the VIGOR study at DDW, that proved to be wise counsel. She oversaw development of more standby statements, messages tracks, Q's & A's, news releases and contingency news releases than have been done for any product. All of these materials displayed a consistency of message, precision of language and mastery of the science and business issues that will stand as the model for some time to come.

On the proactive communications side, the "Speaking of Pain" program that was developed in collaboration with the Arthritis Foundation generated major coverage in *Time, USA Today* and *The New York Times*, leading to 50,000 calls for more information. Her work on the branded, celebrity program, involving Dorothy Hamill and Bruce Jenner, has provided opportunities for learnings for herself and the organization.

NPS - Redacted -
Non-product specific
information

Please check the appropriate Overall Performance and Leadership ratings.

OVERALL PERFORMANCE RATING

☑ TP Top Performance *        ☐ EE Exceeds Expectations *        ☐ ME Meets Expectations

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800008

NAME: Mary Elizabeth Basaman                    WEIN: 10048249

☐ RI  Requires Improvement     ☐ NA Not Acceptable          ☐ NR Not Rated

**LEADERSHIP RATING**

☐ High          ☑ Medium          ☐ Low

*Must receive a high or medium Leadership rating

**EMPLOYEE'S COMMENTS**

| NEXT LEVEL MANAGER:<br>I have reviewed Employee's Comments. | INITIALS | DATE |
|---|---|---|
| | | |

| EMPLOYEE'S SIGNATURE: *MEBasaman*<br>(Signature does not necessarily indicate agreement) | | DATE: |
|---|---|---|
| MANAGER'S NAME: Jan Weiner | SIGNATURE: | DATE: 3/1/01 |
| NEXT LEVEL MANAGER'S NAME: | SIGNATURE: | DATE: |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRK-ACW 0800009

 **MERCK** YEAR-END EMPLOYEE INPUT FORM

| | |
|---|---|
| NAME: Mary Elizabeth Blake | DIV/ORG/DEPT.: USHH/Marketing Services/Office of Medical Legal |
| WEIN: 10048249 | TITLE: Regulatory Manager |
| SITE: Upper Gwynedd | GRADE: 04 |
| FROM: 01/01/01 | TO: 12/31/01 |

**DESCRIPTION OF RESULTS ACHIEVED** Indicate progress with specific examples and measures in each category.

I.   SPECIFIC JOB MEASURES/ON-GOING DUTIES  (Activities that are expected as an on-going part of your job.) Results:

*Through March 1:* Manage Public Affairs for Vioxx.        **NPS - Redacted -**
**Non-product specific**
**information**

II.   PLANNED OBJECTIVES  This section should contain results against individual as well as team participation and support objectives.

*Through March 1:* Managed Public Affairs activities for the FDA Advisory Committee meeting for the VIGOR trial, including preparation of key documents (news releases, key messages, Qs&As) and on-site media relations.  Proactive planning with the core team and senior management and quick execution on site resulted in extensive, balanced media coverage for Merck and VIOXX and thwarted Pharmacia's efforts to use ambiguous statements from the Advisory Committee to position the meetings as a win for Pharmacia.  Received Award for Excellence from the FBG and positive feedback from USHH, MRL and Corporate senior management.

*March 1 – End of Year:*

   **OP - Redacted -**
   **other product**

**CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER**

**MRK-ACW 0800010**    

NAME: Mary Elizabeth Blake WEIN: 10048249

OP - Redacted -
other product


NPS - Redacted -
Non-product specific
information


Other:       NPS - Redacted -
Non-product specific
information


Continued to maintain positive relationships with celebrities on behalf of the VIOXX FBG.         OP - Redacted -
other product


III.   **HUMAN RESOURCE MANAGEMENT OBJECTIVES** For managers of people.  This section should include results against objectives that focus on building individual competencies and a productive work environment.

N/A


EMPLOYEE'S SIGNATURE: *MEBlake*                                          DATE:

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER           MRK-ACW 0800011           Restricted
Confidential
limited access



# MERCK

Restricted
Confidential
Limited access

# 2003 PERSONAL PERFORMANCE GRID

| NAME | Mary Elizabeth Blake |
| --- | --- |
| WIN | 10048249 |
| GRADE | 04 |

| DIV/ORG/DEPT | Corporate/USHH Public Affairs |
| --- | --- |
| TITLE | Director |
| PERFORMANCE PERIOD | Jan/2003  TO  Dec/2003 |
| MANAGER NAME | Patrick Davish (June/2003 - Dec/2003) |

The purpose of the Personal Performance Grid is to provide clarity and alignment between an employee and manager on objectives and expected deliverables by the employee during the performance year. It has two parts: Part I, Documentation of Grid Objectives, and Part II, Year-End Review.

*Instructions: Double-click* 🔲 *at any time to read/print instructions on how to complete the Personal Performance Grid.*

## PART I: DOCUMENTATION OF GRID OBJECTIVES

Begin entering your objectives into Sections A and B, which are below the Summary of Objectives section below. (This Summary of Objectives section will be filled in automatically with selected information you entered in Sections A and B when you double-click on the Refresh button. You can print the Summary section by clicking on the Print Summary button.)

### SUMMARY OF OBJECTIVES

| Objective Title | Refresh | | Print |
| --- | --- | --- | --- |
| | Weight | | |
| OP - Redacted - other product | | | |
| VIOXX and ARCOXIA | 45 | | |
| OP - Redacted - | | | |
| NPS - Redacted - | | | |

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800012

Section A:    Performance Objectives (completed by all employees)

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800013

OP - Redacted -
other product

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800014

OP - Redacted -
other product

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800015

OP - Redacted -
other product

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800016

| OBJECTIVE TITLE: VIOXX and ARCOXIA | Weight: 45 |
| --- | --- |

**STATEMENT OF OBJECTIVE**

For Vioxx, effectively manage communications regarding clinical studies, epidemiological studies and litigation. Identify and capitalize on opportunities to reinforce the efficacy of Vioxx.

OP - Redacted -
other product

**PERFORMANCE DIMENSIONS**

| | | Achieves Performance Expectations |
| --- | --- | --- |
| • How Accomplished/Leadership | Builds effective working relationships with PBG, other COEs, WHHM colleagues, and reviewers. Communicates openly and effectively. Continuously learns. Thinks and acts strategically. Capitalizes on opportunities to contribute. | |
| • Quality of Work | Thoroughly researches issues. Develops communications materials that accurately and concisely reflect the science and labeling. | |
| • Timeliness | Develops, communicates, and adheres to appropriate timelines for completion on projects. | |
| • Compliance | Assure compliance with all applicable laws, regulations and policies in all departmental activities. | |

**INPUT FROM**

Adam Schechter, Mike Stanton, Sue Payne, Pam Eisele, Maureen Merkle, Alise Reicin, Sue Gregory, Joanne Lahner

**PROGRESS/ACCOMPLISHMENTS**

- JRA: Oversaw completion of news releases on potential new uses for Vioxx –bunionectomy and juvenile rheumatoid arthritis. Oversaw the development of a video news release for the JRA data – the first VNR for Vioxx since November, 1999, which reached an audience of 1.4 million.
- Issues Management: Led development of communications to address various scientific issues, including epidemiological studies and Alzheimer's studies. Communications materials were clear, concise and timely – and were made available to key stakeholders weeks in advance of the public release of the data. Secured approvals to provide FDA-authored reprint on the limitations of epidemiological studies. Led on-site Public Affairs efforts at ACR and AHA related to coxibs. In one day, drafted and gained approval for strong, concise response letter to the *WSJ* editor regarding the Solomon study. Maintained original language – despite repeated requests for editorial changes from the Journal – by gaining support from senior MRL and Marketing management; the resulting letter appeared within one week and differed from the original by only 10 words. Use of the letter was crucial in responding to physician inquiries. Presented twice to A&A WBST. Actively participated in Issues Management subteam and on-site core team for ACR. Received Special Achievement Award.
- Media relations: Directly responded to media inquiries related to litigation and observational studies accurately and quickly, including USA Today, CNN, Reuters and Bloomberg. Collaborated extensively with Corporate Media Relations on other media inquiries.
- WHHM: Directed final preparations for EULAR, including completion of three new news releases for Vioxx (migraine),  other product    and on survey results (market development). Provided significant input to development of plan and response materials for CPMP. Participated in discussions with A&A WBST. Oversaw and helped present WHHM plans for 2004. Helped to address inquiries from Danish television station on Vioxx.
- Patent and other issues: In 24 hours, developed and finalized standby statement on patent lawsuit filed by Merck against Teva. Oversaw development of response materials for termination of agreement with CollaGenex. Developed response materials for NitroMed news release on nitric oxide compounds.
- Managed end-of-year budget issues to close out budget (reduced to <$1 million).

OP - Redacted

| Exceeds Objectives | Achieves Objectives | Below Objectives |
| --- | --- | --- |

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800017

OP - Redacted -
other product

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800018

**Section B: People Management and Personal Development Objectives (completed by all employees)**
*Double-click* to begin.

NPS - Redacted -
Non-product specific
information

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800019

## SIGNATURES

| | | |
|---|---|---|
| Employee Signature: | *Marguerite-Joan Blake* | Date: 2/18/03 |
| Manager Name: | PATRICK PARISH | |
| Manager Signature: | *Patrick Parish* | Date: 12/03 |

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800020



**MERCK**

Restricted
Confidential
Limited access

# Mary Elizabeth Blake
# 2003 Year-End Review

Last Saved: January 12, 2004

| | | | |
|---|---|---|---|
| NAME | Mary Elizabeth Blake | DIV/ORG/DEPT | Corporate/Public Affairs |
| WIN | 10048249 | TITLE | Director |
| GRADE | 04 | PERFORMANCE PERIOD | Jan/2003 TO Dec/2003 |
| | | MANAGER NAME | Patrick Davish (June-Dec/2003); Tom Casola (Jan-May) |

## PART II: YEAR-END REVIEW

The purpose of the Year-End Review is to recognize employee accomplishments and demonstration of performance dimensions against objectives and identify strengths and development needs indicated by the employee's performance.

Before starting your evaluation, review the performance input you have collected (including the updated Results/Progress Achieved section in Part I of the employee's Personal Performance Grid, feedback from identified stakeholders, and your own observations), and have the employee's Personal Performance Grid to refer to.

*Instructions: Double-click*  *at any time to read / print instructions on how to complete the Year-End Review form.*

### Section A: Evaluation of Objectives (Completed by the manager)
*Double-click* to begin.

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

**MRK-ACW 0800021**

Mary Elizabeth Blake

MERCK

OP - Redacted -
other product

Restricted
Confidential
limited access

MRK-ACW 0800022

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

Mary Elizabeth Blake

**MERCK**

OP - Redacted -
other product

MRK-ACW 0800023

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

**MERCK**

Mary Elizabeth Blake

OP - Redacted -
other product

Restricted Confidential limited access

MRK-ACW 0800024

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

**MERCK**



Mary Elizabeth Blake

| 1. OBJECTIVE: | VIOXX and ARCOXIA | | Points (Weights): | 45 |
|---|---|---|---|---|
| | | PERFORMANCE CONTINUUM | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | Delivered Significantly Below Objective | Delivered On Objective | Delivered Significantly Above Objective | |
| • Results Achieved | | | X | |
| • How Accomplished/Leadership | | | | X |
| • Quality | | | X | |
| • Timeliness | | | | X |
| 3. EVALUATE OBJECTIVE OVERALL | | | X | |

**4. DATA/EXAMPLES TO SUPPORT EVALUATION:**

Mary Elizabeth made many contributions to this franchise since she rejoined Public Affairs, and has contributed greatly to the new department and her colleagues. Probably the most visible and important aspect of Mary Elizabeth's work on this franchise has been her management of the epi studies issues, which were extremely important to the success of the brand. All of her many dynamic qualities were on display in this arena: her thoughtful, strategic approach set the team on the right path to address the challenge, her proactive and timely approach ensured that all stakeholders has sufficient time to carefully consider alternatives, her approach engendered confidence by these stakeholders, particularly the FBG (A. Schecter), MRL (A. Reicin), and Legal (S. Gregory, J. Lahner), and her degree of foresight, diligence and "ownership" of the issue were truly impressive. She also received a well-deserved Award for Excellence for her work in this area. Her work in placing the Kim editorial and ensuring it stayed as intact as possible was particularly important and recognized as such. Her other work on the brand, including the completion of news releases on bunionectomy and juvenile rheumatoid arthritis, were consistent with the high standards she sets for herself and her team and were uniformly well-regarded by a wide variety of stakeholders.

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800025

Mary Elizabeth Blake

**MERCK**

OP - Redacted - other product

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

MRK-ACW 0800026

Restricted
Confidential
limited access

Mary Elizabeth Blake

MERCK

NPS - Redacted -
Non-product specific
information

MRK-ACW 0800027

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER



**MERCK**

## Mary Elizabeth Blake

Restricted Confidential Limited Access

### Section B: Summary Evaluation on Objectives

The summary is automatically filled in with highest points (weights) first. You will NOT be able to manually fill in Section B

This is an at-a-glance summary of your overall evaluations of performance on each objective from Section A.

| Objective | Points (Weights) | Delivered Significantly Below Objective | Delivered On Objective | Delivered Significantly Above Objective |
|---|---|---|---|---|
| VIOXX and ARCOXIA OP - Redacted - other product NPS - Redacted - OP - Redacted - other product | 45 | | | X |
| | 100 | | | |

*Double-click* if Section B does not automatically fill in or reflect changes you made.

**MRK-ACW 0800028**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**MERCK**



CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

Restricted Confidential Limited access*

# Mary Elizabeth Blake

**Section C: Summary of Employee's Overall Performance and Identification of Strengths & Development Needs** (Completed by the manager)

Based on your evaluation of the employee's performance and demonstration of performance dimensions, summarize the employee's overall accomplishments and identify areas of strength and development needs.

Mary Elizabeth's talents and strengths are almost too numerous to mention. As the previous more detailed summaries demonstrate, Mary Elizabeth is all one could hope for in an employee and report, and her presence immeasurably enhances the strength and talent level of the group. She is highly intelligent; thoughtful; creative; tireless and fearless in pursuing matters that need to be pursued for the benefit of the brand, Public Affairs or the Company; diplomatic and highly effective in her dealings with stakeholders; demonstrates a mastery of the art of public affairs; has impeccable judgment; has high verbal and written communication skills; and is a generous and helpful colleague. She's a real Merck leader, and demonstrates it in so many ways. After she joined the team in June, she picked up essentially where she left off in public affairs, and didn't miss a beat (as I recall the epi issues broke when she was less than a week back). I think the challenge for her in 2004 and beyond will be achieving the same outstanding results she herself is capable of through her team, which will involve honing her people management skills and team leadership attributes.

9

**MRK-ACW 0800029**



**MERCK**

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

Mary Elizabeth Blake

## PART III: EMPLOYEE COMMENTS (Optional; completed by the employee)

In this section, the employee has the opportunity to add comments (e.g., statements about the review itself, information the employee would like to see included in the Year-End Review).

2nd Level Manager Name: *

2nd Level Manager Signature: *                                     Date:

*2nd Level Manager signature required only if employee adds comments

## PART IV: SIGNATURES: *

Written reviews should be signed by the manager and second level manager prior to the Year-End Review discussion with the employee. Following the discussion, the employee should also sign the form. If the Employee Comments section is used, the second level manager's signature is required in PART III, above.

| | | |
|---|---|---|
| Employee Name: MaryElizabethBlake | Employee Signature: *Mary Elizabeth Blake* | Date: 3/5/04 |
| Manager Name: Patrick Davish | Manager Signature: *Patrick Davish* | Date: 3/15/04 |
| 2nd Level Manager Name: Joan Wainwright | 2nd Level Manager Signature: *Joan Wainwright* | Date: 3/3/04 |

*Note: Manager signatures indicate that the steps in the Year-End Review have been followed. The employee's signature indicates that the manager has discussed the Year-End Review with the employee; it does not signify that the employee agrees with the content of the evaluation provided.

10

MRK-ACW 0800030