IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: HERBERT ) <br> PHILLIP MALONE v. MERCK & CO., INC., ) <br> CASE NO. 05-6092, Transferred from the ) <br> United States District Court, Eastern District ) <br> of Arkansas, Western Division, <br> Case No. 4:05CV1282JLH | MDL DOCKET NO. 1657 <br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## MERCK & CO., INC.'S MOTION TO DISMISS

Comes now Merck & Co., Inc., ("Merck"), by and through its attorneys, and for its Motion to Dismiss, states the following:

1. The plaintiff filed his complaint on September 12, 2005.

2. Fed. R. Civ. P. 4(m) provides that service of process must be completed within 120 days of filing the complaint.

3. The 120 day period for service of process has expired, and Merck has not been served to date.

4. Therefore, Merck asks this Court to dismiss the plaintiff's complaint without prejudice.

WHEREFORE, Defendant Merck & Co., Inc. respectfully prays that the Court dismiss this case without prejudice, for its costs, and all other legal and equitable relief to which it is entitled.

Respectfully submitted,

JAMES M. SIMPSON, Arkansas Bar No. 77125
MARTIN A. KASTEN, Arkansas Bar No. 99100
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493
(501) 376-2011
simpson@fec.net
mkasten@fec.net

Attorneys for Defendant
Merck & Co., Inc.

BY: _____
          JAMES M. SIMPSON

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on liaison counsel, Russ Herman and Phillip Wittmann by first-class U.S. Mail, postage prepaid, and e-mail or by hand-delivery and e-mail, and on Herbert Phillip Malone at 880 East Gaines, Dermott, Arkansas 71638, by first-class U.S. Mail, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve Advanced in accordance with Pretrial Order No. 8, on this 7th day of February, 2006.

_____
   JAMES M. SIMPSON

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: HERBERT) <br> PHILLIP MALONE v. MERCK & CO., INC., ) <br> CASE NO. 05-6092, Transferred from the ) <br> United States District Court, Eastern District ) <br> of Arkansas, Western Division, <br> Case No. 4:05CV1282JLH | MDL DOCKET NO. 1657 <br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

### BRIEF IN SUPPORT OF MERCK & CO., INC.'S MOTION TO DISMISS

The plaintiff has failed to serve a summons and complaint on defendant Merck & Co., Inc. ("Merck") within the 120 days allowed by Fed. R. Civ. P. 4. Thus, the plaintiff's complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(4) and (5).

Rule 4 sets out the requirements for timely service on a defendant:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; . . . .

Fed. R. Civ. P. 4(m).

The United States Court of Appeals for the Fifth Circuit has repeatedly held that if a plaintiff fails to serve a defendant within the 120-day allotment, dismissal is proper. *See, e.g., Peters v. United States*, 9 F.3d 344 (5th Cir. 1993); *Systems Signs Supplies v. United States Dept. of Justice*, 903 F.2d 1011 (5th Cir. 1990); *Rochon v. Dawson*, 828 F.2d 1107 (5th Cir. 1987). This is true even though the plaintiff appears *pro se* and is incarcerated. *Carmona v. Ross*, 376 F.3d 829 (8th Cir. 2004); *Rochon*, 828 F.2d 1107; *Edwards v. Edwards*, 754 F.2d 298, 299 (8th Cir.

1985). A litigant's *pro se* status does not excuse his failure to effect service. *Systems Signs Supplies*, 903 F.2d at 1013. The dismissal for failure to timely serve should be without prejudice. *Id.* at 1012.

In the present case, the plaintiff, an inmate in the Arkansas Department of Corrections, elected to proceed *pro se* and filed a complaint on September 12, 2005. The 120-day period for service of process expired on January 10, 2006. To date, no service has been perfected on Merck. Therefore, the complaint should be dismissed without prejudice.

Respectfully submitted,

JAMES M. SIMPSON, Arkansas Bar No. 77125
MARTIN A. KASTEN, Arkansas Bar No. 99100
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493
(501) 376-2011
simpson@fec.net
mkasten@fec.net

Attorneys for Defendant
Merck & Co., Inc.

BY: _____
　　/s/ JAMES M. SIMPSON

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on liaison counsel, Russ Herman and Phillip Wittmann by first-class U.S. Mail, postage prepaid, and e-mail or by hand-delivery and e-mail, and on Herbert Phillip Malone at 880 East Gaines, Dermott, Arkansas 71638, by first-class U.S. Mail, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve Advanced in accordance with Pretrial Order No. 8, on this 7th day of February, 2006.

_____
/s/ JAMES M. SIMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to | * | JUDGE FALLON |
| Case No. 05-6092 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| HERBERT PHILLIP MALONE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |
| | * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Merck & Co., Inc.'s Motion to Dismiss will be brought on for hearing on the 15th day of March, 2006, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:  504-581-3361 Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 7th day of February, 2006.

*[Signature]*

796562v.1