MINUTE ENTRY
FALLON, J.
FEBRUARY 7, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
       LIABILITY LITIGATION                 MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.             REF NO. 05-4046

VERSUS

MERCK & CO., INC.                             SECTION: L

BEFORE JUDGE ELDON E. FALLON       Tuesday, February 7, 2006, 8:45 am
Courtroom Deputy: Gaylyn Lambert         (Continued from 2-6-06)
Court Reporters: Cathy Pepper

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
            For plaintiffs
            Phillip Beck, Esq. and Tarek Ismail, Esq.  For defendant

## JURY TRIAL

Plaintiffs' Witnesses:
Susan Lynn Baumgartner - video deposition resumes. Transcript filed into the record.
Martin Carroll - by video deposition. Transcript filed into the record.
Jan Weiner - by video deposition. Transcript filed into the record.
Dr. Wayne A. Ray - sworn - accepted as expert.

Court adjourned at 5:40 pm until Wednesday, February 8, 2006, at 8:30 am.

JS-10:    6:35

Fee
Process
X Dkt
CtRmDep
Doc.No.