durlist.txt

243: 8          Q.     Truth is, two years before
243: 9   this document ever came out from Dr.
243:10   Fries, Susan Baumgartner, along with
243:11   other employees at Merck, had already
243:12   been asked to start a program of
243:13   discrediting the very doctors that he has
243:14   in here, specifically Dr. Singh, Dr.
243:15   Lipsky, Dr. Petri, Dr. Stillman, Dr.
243:16   McMillen, and Dr. Simon?
243:17          A.     That is definitely not
243:18   correct.  I was never asked to put
243:19   together a program of discrediting or
243:20   intimidation, and I don't think that's
243:21   something the company would do.  It's
243:22   definitely not something I would be
243:23   involved in.
243:24          Q.     I'm not asking what the
244: Page 244
244: 1   company would do.
244: 2                 Susan Baumgartner, as early
244: 3   as 1999, had already decided before this
244: 4   letter was ever written -- this letter
244: 5   was written again in 2001.  But in 1999,
244: 6   Dr. Baumgartner -- excuse me, Mrs.
244: 7   Baumgartner had already decided in
244: 8   cooperation with Dr. Sherwood to create a
244: 9   program to discredit doctors that
244:10   disagreed with the dangers of -- that
244:11   said Vioxx was dangerous.  You're saying
244:12   that did not happen?
244:13          A.     That is not correct the way
244:14   you characterized it at all.
244:15          Q.     Well, let's see.  Let's
244:16   start with 1260.
244:17                 MR. PAPANTONIO:  Show her
244:18          document 1260.


Page Range:      245:2-246:5

245: 2          Q.     Now, I believe you've seen
245: 3   this document.  Take a minute, but it
245: 4   says, "To:  Baumgartner, Susan L."
245: 5   That's you, correct?
245: 6          A.     Yes.
245: 7          Q.     From Charlotte McKines?  Is
245: 8   it McKines?
245: 9          A.     McKines.
245:10          Q.     McKines.  Okay.  From
245:11   Charlotte McKines.  Tell us who Charlotte
245:12   McKines is.
245:13          A.     She was the head of our
245:14   marketing team.
245:15          Q.     Do you see the date on that
245:16   letter, that memo, was it 1999, 8-23-99;
245:17   correct?
245:18          A.     Correct.
245:19          Q.     Then it says, "Background -
245:20   Dr. Andrew Welton."  Do you see that?
245:21          A.     Yes, I do.
245:22          Q.     Isn't Dr. Whelton one of the
245:23   people that were just mentioned in Dr.
245:24   Fries' letter?  Dr. Whelton, we just saw
                    Page 31

durlist.txt

246: Page 246
246: 1  Dr. Whelton's name.
246: 2             MR. PAPANTONIO:  Could you
246: 3          throw that back up there, that
246: 4          paragraph that shows Dr. Whelton's
246: 5          name?  It's on the second page,

Page Range:    246:17-249:2

246:17          Q.   It says, "Even worse were
246:18  the allegations of Merck damage control
246:19  by intimidation, often with a pattern of
246:20  going to the Dean" of the department
246:21  "with complaints of anti-Merck bias and
246:22  always alleging unbalanced anti-Vioxx
246:23  presentations.  This happened to at least
246:24  eight investigators:  Dr. Singh, Dr.
247: Page 247
247: 1  ...Lipsky, now research chief at the
247: 2  Arthritis" --
247: 3             MR. PAPANTONIO:  And go to
247: 4          the very top of the next page, put
247: 5          it right up underneath there,
247: 6          please, put it under that same
247: 7          thing, if you can.
247: 8             Stand by, we'll get it.
247: 9  BY MR. PAPANTONIO:
247:10          Q.   It says, "Dr. Andrew Whelton
247:11  of Hopkins," do you see that?
247:12          A.   Yes.
247:13          Q.   Do you see the letter that
247:14  you're looking at right -- this e-mail
247:15  you're looking at right now?
247:16          A.   Yes.
247:17          Q.   It says, "Dr. Andrew
247:18  Whelton."  Do you see that?
247:19          A.   Correct.
247:20          Q.   Okay.
247:21             Now, so we can review these
247:22  names one more time, Dr. Singh, Dr.
247:23  Lipsky and Doctor -- what else do we have
247:24  up there, Dr. Whelton, Dr. Petri, Dr.
248: Page 248
248: 1  Yocum, Dr. Simon, Dr. McMillen, and Dr.
248: 2  Stillman.  So, in Dr. Fries's letter,
248: 3  those are names that he's using; correct?
248: 4          A.   Correct.
248: 5          Q.   The document I want to go to
248: 6  now is, please take that down, is 1260
248: 7  that you have in front of you, and that's
248: 8  to Susan Baumgartner, that's you, and it
248: 9  says, "Background - Dr. Andrew Welton."
248:10  Do you see that?  And it says, "for bad
248:11  guys list."  What's the "bad guys list"?
248:12  Are you putting Dr. Whelton on a bad guys
248:13  list in 1999?
248:14          A.   The list that we were
248:15  probably referring to is the list of
248:16  physicians that did not have complete
248:17  information.
248:18          Q.   Well --
248:19          A.   That we're collecting
                        Page 32

durlist.txt

248:20  background information about.  So, it's
248:21  --
248:22         Q.    Why do you call them "bad
248:23  guys"?  They don't have complete
248:24  information, so you put them on a bad
249: Page 249
249: 1  guys list?  What does "bad guys" mean to
249: 2  you?


Page Range:    249:5-249:10

249: 5              THE WITNESS:  I didn't call
249: 6         them that.
249: 7  BY MR. PAPANTONIO:
249: 8         Q.    Well, did you write back and
249: 9  say, why are we calling these guys bad
249:10  guys?


Page Range:    249:13-250:14

249:13              THE WITNESS:  I don't
249:14         remember.
249:15  BY MR. PAPANTONIO:
249:16         Q.    It's to you, Susan
249:17  Baumgartner.  Do you see that at the top?
249:18         A.    I do see that.
249:19         Q.    Do you remember me asking
249:20  you whether two years before Dr. Fries,
249:21  two years before Dr. Fries wrote this
249:22  letter where he's complaining about Merck
249:23  employees intimidating doctors, two years
249:24  before, Susan Baumgartner, together with
250: Page 250
250: 1  McKines, together with Sherwood had
250: 2  started a plan to intimidate doctors that
250: 3  were saying that Vioxx was dangerous.
250: 4  And you said that never happened; right?
250: 5         A.    That did not happen.  There
250: 6  was no plan to intimidate physicians, nor
250: 7  was that an activity that we undertook.
250: 8         Q.    Is it --
250: 9         A.    Me or anyone else that I was
250:10  involved with.  We --
250:11         Q.    So, is this just a
250:12  coincidence that in 1999 --
250:13         A.    Can I finish that last
250:14  statement?


Page Range:    250:17-251:15

250:17              THE WITNESS:  Just to
250:18         clarify, the list that we were
250:19         collecting was a compilation of
250:20         information about physicians who
250:21         were not supportive of Merck, or
250:22         were not supportive of Vioxx and
250:23         who we felt didn't have the
250:24         information, hadn't had the
251: Page 251
251: 1         opportunity to interact with
                      Page 33

durlist.txt

```
251: 2              Merck.  So, we were collecting
251: 3              background information.  So, this
251: 4              may be for inclusion in that
251: 5              information, but by no means is it
251: 6              a plan, nor was Dr. Sherwood
251: 7              involved in compiling that list or
251: 8              putting together plans for
251: 9              interacting with the physicians on
251:10             the list.
251:11 BY MR. PAPANTONIO:
251:12             Q.    Would you underline the bad
251:13 guys list?  Where is the bad guys list?
251:14 Do you have it today?  Where do we find
251:15 this bad guys list that was put together?
```

Page Range:      251:19-253:5

```
251:19             Q.    The bad guys list.
251:20             A.    I don't know.  That doesn't
251:21 sound like something that I had.
251:22             Q.    You didn't have a bad guys
251:23 list?
251:24             A.    I didn't call it that.
252: Page 252
252: 1             Q.    And you weren't involved in
252: 2 trying to intimidate doctors that said
252: 3 that Vioxx had the potential to kill
252: 4 people?  You were not one of the people
252: 5 involved in intimidating those people by
252: 6 doing things like calling their
252: 7 department heads and discrediting them?
252: 8 You never discredited a doctor?
252: 9             A.    I was definitely not
252:10 involved in anything like that.  I never
252:11 participated in intimidation.  I never
252:12 saw anybody at Merck participate or hear
252:13 anybody at Merck.  In fact, the first
252:14 time I read it was when I read this
252:15 letter in a deposition.  I had not seen
252:16 this letter previously or heard reports
252:17 such as this.
252:18             Q.    So, you've never -- you
252:19 never were involved in intimidating Dr.
252:20 McMillen or Dr. Petri, some of the people
252:21 in that letter, or Dr. Simon or Dr.
252:22 Singh?  It's your testimony as you sit
252:23 and tell this jury right now, you were
252:24 not involved in any process to try to
253: Page 253
253: 1 intimidate those doctors?  Is that what
253: 2 you're telling us?
253: 3             A.    I was never involved in any
253: 4 process to intimidate any physician, nor
253: 5 was I aware of that occurring.
```

Page Range:      253:6-253:8

```
253: 6             MR. PAPANTONIO:  Give me
253: 7 Number 415.  Please show the
253: 8 witness document 415.
```

durlist.txt

Page Range:      253:21-254:3

253:21          Q.    Have you ever seen this
253:22 document I'm showing you right now?  It
253:23 says:  "From:  Susan Baumgartner."  I'm
253:24 assuming you've seen it?
254: Page 254
254: 1          A.    Yes, I have.
254: 2          Q.    Can you tell us what is the
254: 3 date on that document?


Page Range:      254:8-254:13

254: 8          Q.    It's 1999, isn't it?
254: 9          A.    Yes.
254:10          Q.    That's two years before the
254:11 Fries letter; correct?  The Fries letter
254:12 was in 2001?
254:13          A.    Yes.


Page Range:      254:14-254:24

254:14          Q.    And I asked you, did you
254:15 have a design all the way two years
254:16 before Dr. Fries ever wrote that letter
254:17 complaining, I asked you, did Susan
254:18 Baumgartner and Dr. Sherwood and other
254:19 people with Merck, including Charlotte
254:20 McKines, have a plan to intimidate and
254:21 discredit doctors who were complaining
254:22 that Vioxx would kill people?  And you
254:23 told me you did not, didn't you?
254:24          A.    That's correct.


Page Range:      255:14-255:18

255:14          Q.    "Physicians to Neutralize."
255:15 "Advocate Development Opportunity:
255:16 Physicians to Neutralize."  Do you see
255:17 that?
255:18          A.    Yes.


Page Range:      256:5-256:13

256: 5          Q.    Somebody that's out there
256: 6 saying good things about Vioxx, do you
256: 7 want to neutralize that Doctor?
256: 8          A.    Neutralize refers to
256: 9 providing information to allow someone to
256:10 come to a more neutral or balanced
256:11 position.  So, they may be saying things
256:12 but not have a complete information set
256:13 or have misinformation in other areas.


Page Range:      258:14-258:18

258:14          Q.    You know what "neutralize"
                    Page 35

durlist.txt

```
258:15  means, and neutralize is not something we
258:16  do if a doctor is saying good things
258:17  about our product?  You'd have to agree
258:18  with that, wouldn't you?
```

Page Range:       258:21-259:13

```
258:21              THE WITNESS:  We would
258:22          attempt to provide information to
258:23          anyone that didn't have complete
258:24          information, or they may have been
259: Page 259
259: 1          saying good things about the
259: 2          product --
259: 3  BY MR. PAPANTONIO:
259: 4          Q.    Why would you neutralize?
259: 5          A.    -- but may not have complete
259: 6  information about it.  We want
259: 7  information that's communicated to be
259: 8  accurate and reflect the data that's
259: 9  currently available.  So, if someone were
259:10  communicating good things, but didn't
259:11  have a complete information set, then we
259:12  want to provide them with that
259:13  information.
```

Page Range:       262:7-263:19

```
262: 7          Q.    Well, you can sure name --
262: 8  you know Dr. Singh.  You neutralized Dr.
262: 9  Singh, didn't you?
262:10          A.    I'm not aware of Dr. Singh's
262:11  position throughout the course of working
262:12  with him.
262:13          Q.    You were asked to neutralize
262:14  Dr. McMillen, weren't you?
262:15          A.    I wasn't asked by anyone.  I
262:16  compiled the information in here to try
262:17  to understand who we were working with
262:18  that were not supportive of the product
262:19  and find ways to work with them.
262:20          Q.    Ms. Baumgartner, just so
262:21  it's clear, you didn't just compile
262:22  information, you actually participated in
262:23  intimidating doctors like Dr. Singh, like
262:24  Dr. McMillen, like Dr. Whelton.  Susan
263: Page 263
263: 1  Baumgartner directly participated in
263: 2  trying to neutralize those doctors,
263: 3  didn't you?  Yes or no?
263: 4          A.    I never participated in
263: 5  intimidating any physician or anybody.  I
263: 6  did participate in compiling this
263: 7  information so that we could find ways to
263: 8  work with these individuals and to
263: 9  provide them with information and get
263:10  them involved in studies and
263:11  participating in educational programs
263:12  where they could exchange information
263:13  with peers and Merck scientists.  That
263:14  was my role in this.
```
                    Page 36

durlist.txt

```
263:15          Q.    So, your testimony to this
263:16  jury is when you say the word
263:17  "neutralize" a doctor, that you want to
263:18  go out there and help them?  Is that what
263:19  you're saying?
```

Page Range:      263:23-264:16

```
263:23          Q.    You're saying that
263:24  "neutralize" means we're going to go out
264: Page 264
264: 1  and help a doctor.  Is that right?
264: 2          A.    It can be interpreted as
264: 3  that.  It's providing them with
264: 4  information that rounds out the
264: 5  information set and allows them to
264: 6  interact with other physicians to
264: 7  understand perspectives, answer their
264: 8  questions, et cetera.
264: 9          Q.    And in 1999, two years
264:10  before Dr. Fries wrote to Gilmartin, CEO
264:11  of the corporation, Susan Baumgartner had
264:12  been working on a list of doctors that
264:13  you were going to go after to discredit
264:14  by way of a neutralization program?  Is
264:15  that true or is that false?
264:16          A.    That is false.
```

Page Range:      264:19-264:22

```
264:19              THE WITNESS:  We did not
264:20  discredit physicians.
264:21              MR. PAPANTONIO:  Show her
264:22  13, please.
```

Page Range:      265:6-266:7

```
265: 6          Q.    Have you ever seen this
265: 7  before, Ms. Baumgartner?  You actually
265: 8  created this document, didn't you?
265: 9          A.    I compiled this information
265:10  from our health sciences associates and
265:11  specialty representatives, but I'm not
265:12  sure if I've actually seen this exact
265:13  document.
265:14          Q.    You compiled this list of
265:15  doctors, didn't you?  As a matter of
265:16  fact, in the document we with just looked
265:17  at, you said, "The team identified 36
265:18  physicians," didn't you?
265:19          A.    The team of health science
265:20  associates and specialty representatives
265:21  did identify these individuals.
265:22              MR. PAPANTONIO:  Put 415
265:23              next to this just so there's no
265:24              question about what we're talking
266: Page 266
266: 1  about here.  415.
266: 2  BY MR. PAPANTONIO:
266: 3          Q.    While he's putting 415 up,
```

Page 37

durlist.txt

```
266: 4   there was a list of 36 doctors that you
266: 5   were asked to help neutralize; is that
266: 6   correct?  36 physicians that you were
266: 7   asked to help neutralize?  Yes or no?
```

Page Range:        266:10-268:2

```
266:10           THE WITNESS:  There were 36
266:11   physicians that were identified or
266:12   37 that were identified who were
266:13   not in a neutral or balanced
266:14   position with regard to the
266:15   product.
266:16 BY MR. PAPANTONIO:
266:17           Q.    Well, let's read it.  Since
266:18   now you're telling us "neutralize" means
266:19   you want to go help people, this document
266:20   says "The team identified 36 physicians."
266:21           MR. PAPANTONIO:  Please
266:22   highlight that, bring that down.
266:23   I want it to be very clear.  We're
266:24   talking about 36 physician to
267: Page 267
267: 1   neutralize.
267: 2 BY MR. PAPANTONIO:
267: 3           Q.    "The team identified 36
267: 4   physicians (nine of whom are national
267: 5   thought leaders) who initially met these
267: 6   criteria.  The attached document provides
267: 7   a comprehensive list of the physicians
267: 8   who were originally identified, including
267: 9   a brief situation analysis and
267:10   recommended next steps for each."
267:11           Did you write those words?
267:12   That's my only question.  Did Susan
267:13   Baumgartner write those words in 1999?
267:14   Yes or no?
267:15           A.    I think I did, if they're
267:16   included in my memo.
267:17           Q.    With that, you have an
267:18   attachment of 36 doctors.  And would you
267:19   please look at --
267:20           MR. PAPANTONIO:  What page
267:21   is that, Pete?
267:22           MR. KAUFMAN:  1434.
267:23 BY MR. PAPANTONIO:
267:24           Q.    1434 under Dr. "MacMillan,"
268: Page 268
268: 1   James "MacMillan."
268: 2           MR. PAPANTONIO:  Can you see
```

Page Range:        268:6-268:22

```
268: 6           MR. PAPANTONIO:  Blow that
268: 7   up, please.
268: 8 BY MR. PAPANTONIO:
268: 9           Q.    Now, you said you know who
268:10   Dr. McMillen is, didn't you?  You know
268:11   who Dr. McMillen is; right?  James
268:12   McMillen?
268:13           A.    I've never seen his name
```

Page 38

durlist.txt

268:14  spelled like that, but I knew a Dr.
268:15  McMillen in the course of my work with
268:16  Vioxx.
268:17          Q.    Underneath Dr. McMillen's
268:18  name the word appears "Discredit"?  Do
268:19  you see that?  Who was supposed to
268:20  discredit Dr. McMillen?  In your
268:21  organization, who was there to discredit
268:22  Dr. McMillen?

Page Range:     269:1-270:24

269: 1              THE WITNESS:  I don't know
269: 2          of anyone within the organization
269: 3          that would discredit a physician.
269: 4  BY MR. PAPANTONIO:
269: 5          Q.    No.  Because you were asked
269: 6  to do it, weren't you, Ms. Baumgartner?
269: 7          A.    I was not asked to discredit
269: 8  Dr. McMillen, nor do I know exactly what
269: 9  that would mean.
269:10          Q.    Well, no.  You don't know
269:11  what "discredit" means?
269:12          A.    I know in the definition
269:13  sense, but I'm not sure how a
269:14  pharmaceutical company or an individual
269:15  within a pharmaceutical company could
269:16  discredit a physician.
269:17          Q.    Well, you wrote it, so, you
269:18  tell me.  Why don't you tell me what you
269:19  meant when you put down "discredit" if
269:20  you didn't know what it meant?
269:21          A.    I do not know.  This
269:22  information was compiled from input from
269:23  our health science associates and our
269:24  specialty representatives, and I'm not
270: Page 270
270: 1  sure what that means.
270: 2          Q.    You don't know what
270: 3  "discredit" means?
270: 4          A.    In the sense that it's used
270: 5  here, no.
270: 6          Q.    Right.
270: 7              And you're telling me that
270: 8  you were not one of the key people, along
270: 9  with Dr. Sherwood, that was asked two
270:10  years before Dr. Fries ever wrote his
270:11  letter complaining about intimidation
270:12  from Merck, you're telling us you were
270:13  not one of the people that were involved
270:14  in doing things like discrediting
270:15  doctors?
270:16          A.    That is correct.  My
270:17  recollection is that Dr. McMillen
270:18  discredited himself based on his own
270:19  actions, but I don't believe anyone
270:20  within Merck discredited him.  I thought
270:21  that was what you were asking about.
270:22          Q.    No.  It says "Discredit."
270:23  That means -- is that future tense or
270:24  past tense?

Page 39

durlist.txt

Page Range:        271:4-271:18

    271: 4          Q.    What does "discredit" mean,
    271: 5   ma'am, to you?  You've given me a
    271: 6   definition -- let's see your definitions.
    271: 7              We've asked you what the
    271: 8   definition of "threat" is, and you said
    271: 9   that means inconsistent.  We've asked you
    271:10   what the definition of "bought" is, you
    271:11   remember that, and you said that means
    271:12   that the FDA agreed with us.  We've asked
    271:13   you what the term "neutralization," to
    271:14   "neutralize" means and you said that
    271:15   means we're going to help the doctors.
    271:16   So, tell me, is this word "discredit," is
    271:17   there something I don't understand about
    271:18   the word "discredit"?


Page Range:        271:21-272:4

    271:21              THE WITNESS:  I'm letting
    271:22          you know the context with which we
    271:23          use these words within the Merck
    271:24          organization and e-mails and
    272: Page 272
    272: 1          discussions, and that's the
    272: 2          definition.
    272: 3              MR. PAPANTONIO:  Please,
    272: 4          blow this word up.


Page Range:        272:13-272:17

    272:13              THE WITNESS:  I was just
    272:14          communicating that the definitions
    272:15          that I've provided were to give
    272:16          insight into how they were used in
    272:17          these documents.


Page Range:        272:19-273:2

    272:19          Q.    How was the term "bad guys"
    272:20   supposed to be used when we're talking
    272:21   about the list of bad guys?  Does that
    272:22   have a special meaning within the
    272:23   vernacular of Merck?  "Bad guys," does
    272:24   that mean something different than it
    273: Page 273
    273: 1   would to people --  to jurors watching
    273: 2   this video?


Page Range:        273:6-273:9

    273: 6          Q.    When we're talking about a
    273: 7   list of bad guys, is there some
    273: 8   scientific term that attaches to "bad
    273: 9   guys"?

durlist.txt

Page Range:      273:12-274:7

```
273:12              THE WITNESS:  That is not a
273:13      familiar term to me.  It's not one
273:14      that we used often, or I can't
273:15      remember any other instances where
273:16      it was used aside from the
273:17      document that you showed me, and I
273:18      couldn't really recall that.  But
273:19      things like "neutralize,"
273:20      "threat," are used in marketing,
273:21      they're used in the pharmaceutical
273:22      industry, they're used in the
273:23      company to mean certain things
273:24      that may be different than the
274: Page 274
274: 1      actual definition in a dictionary.
274: 2 BY MR. PAPANTONIO:
274: 3          Q.    So, when we talk about a
274: 4      threat within Merck, it means something
274: 5      different from what someone listening to
274: 6      the video may understand "threat" to
274: 7      mean?
```

Page Range:      274:11-275:7

```
274:11              Q.    Is there a special
274:12      vernacular for "threat"?
274:13              A.    There's a special vernacular
274:14      for work that we do, and our internal
274:15      communications, we use shorthand, we use
274:16      industry-specific terms, we use
274:17      marketing-specific terms that may be
274:18      different than the way you or I would
274:19      interpret other things outside of the
274:20      industry.
274:21              Q.    How about "bought"?  When
274:22      you said the FDA bought the naproxen
274:23      argument, does that have a special
274:24      meaning within the world of pharmacy?
275: Page 275
275: 1              A.    The way that I communicated,
275: 2      I thought it meant was around the FDA
275: 3      agreeing to that information.
275: 4              Q.    Okay.  So, tell us what
275: 5      "discredit" means in the world of
275: 6      pharmacy.  What special meaning does
275: 7      discredit have?
```

Page Range:      275:10-275:10

```
275:10              THE WITNESS:  I do not know.
```

Page Range:      279:4-279:15

```
279: 4              Q.    Let me tell you some other
279: 5      names that are also on this list of 36
279: 6      doctors to neutralize.  Michelle Petri,
279: 7      can you find her name on that list?
279: 8              MR. KAUFMAN:  Bates ending
```
                         Page 41

durlist.txt

```
279: 9          1437.
279:10  BY MR. PAPANTONIO:
279:11          Q.   Do you see 1437, it says
279:12  Michelle Petri?
279:13          A.   Yes.
279:14               MR. PAPANTONIO:  Blow that
279:15          up where we can see it, please.
```

Page Range:      279:17-279:22

```
279:17          Q.    Michelle Petri.  You
279:18  remember Michelle Petri was also on the
279:19  list two years later that Dr. Fries was
279:20  complaining Merck had actually gone in
279:21  and put pressure on Dr. Petri.  Do you
279:22  recall that?
```

Page Range:      280:2-280:10

```
280: 2          Q.    Do you remember seeing that
280: 3  name in there, Michelle Petri?
280: 4          A.    I remember seeing her name
280: 5  in Dr. Fries' letter.
280: 6          Q.    Is it a coincidence that Dr.
280: 7  Petri happens to be the name in a
280: 8  document that you created two years
280: 9  before then, Dr. Petri?  Is that a
280:10  coincidence?
```

Page Range:      280:13-280:13

```
280:13               THE WITNESS:  I don't know.
```

Page Range:      280:15-281:6

```
280:15          Q.    Do you have an explanation
280:16  for it?
280:17          A.    I do not.
280:18          Q.    So, let's go then to --
280:19  let's see some other names.
280:20               MR. PAPANTONIO:  Can you
280:21          read this please, tell me what --
280:22          1440.
280:23  BY MR. PAPANTONIO:
280:24          Q.    On this list is Dr. Lee
281: Page 281
281: 1  Simon.  Is it a coincidence -- well, you
281: 2  remember Dr. Lee Simon was also on that
281: 3  paragraph that Dr. Fries is complaining
281: 4  that Merck was intimidating and
281: 5  pressuring doctors.  Do you remember Lee
281: 6  Simon being on that list?
```

Page Range:      281:10-282:2

```
281:10          Q.    Do you want me to go back
281:11  and show it to you if you don't remember?
281:12          A.    I remember his name being
```

Page 42

durlist.txt

```
281:13  mentioned in that document.
281:14        Q.    Okay.
281:15              That document was created
281:16  two years after you created this
281:17  document; correct?
281:18        A.    Correct.
281:19        Q.    Then right underneath there
281:20  is Dr. Stillman.  Do you see that?
281:21        A.    Yes.
281:22        Q.    Dr. Stillman, right up
281:23  underneath Lee --
281:24              MR. PAPANTONIO:  Could you
282: Page 282
282: 1        blow those up?  Can the jury read
282: 2        that?
```

Page Range:     282:4-282:16

```
282: 4        Q.    So, you've got Tom Stillman.
282: 5  Do you see that name right there?
282: 6        A.    Yes.
282: 7        Q.    So you've got Dr. Simon, Dr.
282: 8  Stillman, Dr. McMillen, Dr. Petri, all of
282: 9  those names appear in the letter that Dr.
282:10  Fries has written and said two years
282:11  after you, Susan Baumgartner, created
282:12  this document in 1999, two years later
282:13  Dr. Fries is saying there has been an
282:14  intimidation campaign going on against
282:15  these doctors, and every one of them are
282:16  in this document, aren't they?
```

Page Range:     282:19-283:13

```
282:19              THE WITNESS:  The four that
282:20        you mentioned were in here.
282:21  BY MR. PAPANTONIO:
282:22        Q.    Dr. Singh, do you remember
282:23  the name Doctor -- is it Singh or Singh?
282:24        A.    Singh.
283: Page 283
283: 1        Q.    You remember Dr. Singh;
283: 2  right?
283: 3        A.    Do I remember him?
283: 4        Q.    Yes.
283: 5        A.    Yes.
283: 6        Q.    Dr. Singh is a doctor, as a
283: 7  matter of fact, that you were actually
283: 8  involved with trying to discredit; true?
283: 9        A.    That is not correct.  We
283:10  were working with Dr. Singh to understand
283:11  his perspectives, to answer his
283:12  questions, to hear his thoughts about the
283:13  product.
```

Page Range:     283:19-284:9

```
283:19              THE WITNESS:  I wanted to
283:20        respond to your previous question
283:21        about the intimidation campaign.
```
                              Page 43

durlist.txt

```
283:22            As I mentioned to you, there was
283:23            no intimidation campaign or plan
283:24  Page 284 or anything of the sort.  There
284: 1            was no desire to intimidate or to
284: 2            discredit when this plan was put
284: 3            together.  The purpose of it was
284: 4            to identify individuals who we
284: 5            felt we could provide information
284: 6            to or get involved in activities
284: 7            or engage in educational programs
284: 8            or consulting activities to
284: 9            understand their thoughts.
```

Page Range:     285:11-285:16

```
285:11            Q.    One thing you do is you
285:12  intimidate them, don't you, Mrs.
285:13  Baumgartner?
285:14            A.    That is not correct at all.
285:15            MR. PAPANTONIO:  Show Ms.
285:16  Baumgartner number 408, please.
```

Page Range:     288:20-289:1

```
288:20            Q.    Ms. Baumgartner, this is a
288:21  document that you wrote -- I mean, excuse
288:22  me, that is written to you from Bruce
288:23  Freundlich.  Who is that?
288:24            A.    He was a region medical
289: Page 289
289: 1  director within Merck.
```

Page Range:     289:14-292:7

```
289:14            Q.    Did you talk to him about
289:15  neutralizing doctors?
289:16            A.    I sent the list that I had
289:17  compiled to him, as well as the rest of
289:18  the region medical directors for their
289:19  assistance in reaching out to those
289:20  individuals to understand their views and
289:21  to provide them with information.
289:22            Q.    But you see the subject,
289:23  there again, 1999, "Subject:  Re:
289:24  Physicians to Neutralize."  There's that
290: Page 290
290: 1  word "neutralize" again, "Physicians to
290: 2  Neutralize."  You've told us that
290: 3  sometimes you would neutralize doctors
290: 4  that were saying good things about Vioxx.
290: 5  Is that what you told us earlier?
290: 6            A.    In response to your
290: 7  hypothetical question, I said it could
290: 8  occur based on our definition of
290: 9  neutralizing.
290:10            Q.    Let's see if you neutralize
290:11  Dr. McMillen here.  Let's read this:
290:12  "Susan," I guess that's you, "I've
290:13  recently spoken to S. Lindsey, Rollie
```

Page 44

durlist.txt

290:14  Moscowitz and Len Calabrese - discussed
290:15  data in some capacity with each - think
290:16  they may come around at least to neutral.
290:17  I...have communicated with Gibofsky who
290:18  is helping me get on an ACR Committee."
290:19  What's an ACR Committee?
290:20          A.    I don't know.
290:21          Q.    "Altman has a grant
290:22  pending - I took him to dinner 2 months
290:23  ago and showed him the Vi dat - I hear he
290:24  is more neutral now when talks locally,
291: Page 291
291: 1  but gave very biased talk in Pittsburgh
291: 2  for HEL."  What's HEL?
291: 3          A.    That is the acronym that
291: 4  refers to our Merck-supported educational
291: 5  programs.
291: 6          Q.    Merck supported educational
291: 7  programs.  "But ok the next day for
291: 8  grand" reads.  "I heard that Simon had
291: 9  been mostly fairly balanced - after I met
291:10  with him and gave him slides, went over
291:11  data - but post launch he apparently
291:12  became more desperate."  McMillan met
291:13  with -- "McMillan - met with and fired a
291:14  shot across the bow as Lou Sherwood would
291:15  say - but he bashed Vioxx a few days
291:16  later."
291:17          Now, "fired a shot across
291:18  the bow," is that a special kind of term
291:19  that we only use in the vernacular of the
291:20  pharmaceutical industry?  Is that a good
291:21  thing, to fire a shot across somebody's
291:22  bow?
291:23          A.    I don't know to what that
291:24  referred.
292: Page 292
292: 1          Q.    Did you ask -- since you
292: 2  worked with him and you dealt with him,
292: 3  this Bruce Freundlich, did you ask him
292: 4  whether firing a shot across Dr.
292: 5  McMillen's bow back in 1999, two years
292: 6  before the Fries letter, that that was a
292: 7  good thing or a bad thing?

Page Range:      292:10-293:13

292:10          THE WITNESS:  I'm not sure
292:11          what discussions I had around that
292:12          physician at the time.
292:13  BY MR. PAPANTONIO:
292:14          Q.    Have you ever fired a shot
292:15  across the bow?
292:16          A.    I don't know what it means,
292:17  so, I'm not --
292:18          Q.    Are you a boater, Mrs.
292:19  Baumgartner?
292:20          A.    I am a boater.
292:21          Q.    Have you ever had a shot
292:22  fired across the bow of your boat?
292:23          A.    No, I have not.
292:24          Q.    It's probably not a good

Page 45

durlist.txt

293: Page 293
293: 1  thing, you'd have to agree with that,
293: 2  wouldn't you?  To have a shot fired
293: 3  across the bow of your boat, would you
293: 4  want that to happen?
293: 5          A.    The way you're using it in
293: 6  firing an actual projectile, no, it
293: 7  doesn't sound like a good thing.
293: 8          Q.    No, it doesn't, does it?
293: 9          Is it a coincidence that Dr.
293:10  McMillen just happens to be one of the
293:11  doctors that was on list that Dr. Fries
293:12  said was somebody that has been
293:13  intimidated by Merck?


Page Range:      293:17-294:15

293:17          Q.    Do you know?
293:18          A.    I do not know.  I don't know
293:19  to what that refers.
293:20          Q.    But you remember where this
293:21  all started.  I asked you the question
293:22  directly.  I asked you, two years before
293:23  the Fries letter came out, Susan
293:24  Baumgartner, Mr. Sherwood and staff had a
294: Page 294
294: 1  campaign to intimidate and neutralize
294: 2  doctors.  Do you remember -- and you
294: 3  said, no, we didn't.
294: 4          A.    That is correct.  We did not
294: 5  have a campaign.
294: 6          Q.    But here's Dr. McMillen's
294: 7  name on this letter two years before Dr.
294: 8  Fries ever complained about intimidation.
294: 9  Look who else is there.
294:10          A.    I don't read that -- sitting
294:11  here now, I don't read that as being
294:12  intimidation.
294:13          Q.    Firing a shot across his bow
294:14  is not intimidation to you?
294:15          A.    I don't know what it means.


Page Range:      294:16-295:2

294:16          Q.    Well, we'll just have to let
294:17  the jury --
294:18          A.    I don't think I interpreted
294:19  it as intimidation because that's not the
294:20  way we interact with physicians.  That's
294:21  not the way our region medical directors
294:22  interact, and you can see in the
294:23  documentation that the activities were
294:24  around providing information, sitting
295: Page 295
295: 1  down with these individuals and talking
295: 2  through things with them.


Page Range:      301:20-301:21

301:20          MR. PAPANTONIO:  Give me,
                                Page 46

durlist.txt

301:21          please, 1254.


Page Range:     302:5-303:6

302: 5              Q.    Dr. Singh had gone to
302: 6    Belgium and he had complained and told
302: 7    the Belgians that Vioxx had the potential
302: 8    to cause stroke and to cause MIs and to
302: 9    cause blood clots?  Did you know that?
302:10              A.    I think this was another one
302:11    that I came across in the last
302:12    deposition.
302:13              Q.    Well, no.  Look at the top,
302:14    Ms. Baumgartner.  It has your name.  It
302:15    was sent to you.  Are you telling me you
302:16    only got this in the last deposition?  It
302:17    was sent 5/24/2000.
302:18              A.    I only remember it from the
302:19    last deposition.
302:20              Q.    But you got it in 5/24/2000?
302:21              A.    It looks like I received the
302:22    e-mail.
302:23              Q.    Let's just be sure.  It
302:24    says, "Baumgartner," Susan L.
303: Page 303
303: 1    Baumgartner.  That's you?
303: 2              A.    It is.
303: 3              Q.    You just told me a second
303: 4    ago the first time you saw this was in
303: 5    the deposition, but it has your name on
303: 6    top of it.


Page Range:     303:10-303:12

303:10              THE WITNESS:  I was looking
303:11    at the bottom half.  I'm sorry
303:12    about that.


Page Range:     304:10-306:7

304:10              Q.    "This in consequence of
304:11    data on Vioxx (probably on VIGOR) that
304:12    were shown to Dr. Herman by Dr. Gurkipal
304:13    Singh in occasion of a recent meeting
304:14    that they had in Stanford.  Dr. Singh -
304:15    whose closeness to Searle is not
304:16    universally known - presented data
304:17    supporting an increase in CV pathology
304:18    (including hypertension, edema, etc.) and
304:19    events, wholeheartedly supporting a
304:20    direct, causative role of Vioxx.  Dr.
304:21    Singh led Dr. Herman to believe that the
304:22    FDA will require Merck to add a specific
304:23    warning on" the "label."
304:24              Now, I have some questions
305: Page 305
305: 1    since you did get this back in 2000, and
305: 2    you were a person who was supposed to
305: 3    communicate information to doctors about
305: 4    this product, would you please tell us
                    Page 47

durlist.txt

```
305: 5  what it means, what is a direct causative
305: 6  role of Vioxx?   What does that mean,
305: 7  causative role.  What does causative role
305: 8  mean?
305: 9           A.    Causative role in general?
305:10           Q.    Yes.
305:11           A.    It means has a role in
305:12  causing.
305:13           Q.    And Dr. Singh is telling
305:14  people that there is pathology that shows
305:15  that CVs, hypertension and edema are
305:16  directly caused by Vioxx according to
305:17  this; correct?
305:18           A.    According to this.
305:19           Q.    And you knew that back in
305:20  2000, you knew that back on 5/24/2000;
305:21  correct?
305:22           A.    I received this e-mail
305:23  report.
305:24           Q.    And after you got this, did
306: Page 306
306: 1  you get on the telephone and call Dr.
306: 2  Singh and ask him what data he had that
306: 3  was showing in his mind a direct cause
306: 4  and effect relationship between Vioxx and
306: 5  CV hypertension or edema?  Did you get on
306: 6  the phone and say, Dr. Singh, talk to me
306: 7  about this?
```

Page Range:        306:10-306:17

```
306:10             THE WITNESS:  Our scientists
306:11  probably did.  In the course of
306:12  consultants meetings where we
306:13  brought in physicians to consult
306:14  with us, we did ask Dr. Singh his
306:15  opinions, and he shared his views
306:16  with us in the course of those
306:17  meetings as well.
```

Page Range:        308:23-309:13

```
308:23           Q.    Did you do that?
308:24           A.    I did not get on the
309: Page 309
309: 1  telephone, but just to --
309: 2           Q.    That's all I want to know
309: 3  right now.  Did you write him?
309: 4           A.    But this was not related to
309: 5  MIs.  This is a direct causative role of
309: 6  Vioxx with hypertension, edema.  That's
309: 7  what's specified here.
309: 8           Q.    No, it's not.  What is CV?
309: 9  What is CV pathology?
309:10           A.    The hypertension and edema
309:11  is what's included in parenthesis.
309:12           Q.    What is CV pathology, Mrs.
309:13  Baumgartner?
```

Page Range:        309:16-309:17

durlist.txt

```
309:16        Q.    Cardiovascular pathology,
309:17   isn't that what it means?
```

Page Range:      309:22-310:20

```
309:22        Q.    Is that what CV pathology
309:23   means, cardiovascular pathology?  Yes or
309:24   no?
310: Page 310
310: 1        A.    But I was mentioning --
310: 2        Q.    Yes or no?
310: 3        A.    -- what was referenced in
310: 4   here.
310: 5        Q.    Mrs. Baumgartner --
310: 6        A.    There's no reference to MI
310: 7   in here, and that's what your question
310: 8   related to.
310: 9        Q.    No, it's not.  I'm asking
310:10   you about CV pathology.  Is the words --
310:11             MR. PAPANTONIO:  Please,
310:12        would you please blow up CV
310:13        pathology for Mrs. Baumgartner so
310:14        she can see it.
310:15   BY MR. PAPANTONIO:
310:16        Q.    Do you see the word "CV
310:17   pathology"?
310:18        A.    I do.
310:19        Q.    What is cardiovascular
310:20   pathology?  It could be MI, couldn't it?
```

Page Range:      310:24-311:21

```
310:24        Q.    You told us that earlier,
311: Page 311
311: 1   that CV pathology could be MI.  You said
311: 2   that earlier in the deposition.
311: 3        A.    It could be a number of
311: 4   different cardiovascular conditions or
311: 5   diseases.  It encompasses pretty much
311: 6   everything related to the cardiovascular
311: 7   system.  What is referenced in here is
311: 8   hypertension and edema specifically.
311: 9        Q.    So, Mrs. Baumgartner, I
311:10   understand you never picked up the phone.
311:11   Here's a doctor saying that Vioxx causes
311:12   CV pathology, cardiovascular pathology.
311:13   Susan Baumgartner, who is supposed to be,
311:14   what is your words, giving doctors the
311:15   complete information about Vioxx,
311:16   informing them fully about Vioxx, Susan
311:17   Baumgartner never took the time to pick
311:18   up a telephone to ask Dr. Singh what he
311:19   based his opinion on that Vioxx could
311:20   cause CV pathology?  You never did that?
311:21   Yes or no?
```

Page Range:      312:1-312:13

```
312: 1             THE WITNESS:  I never did
                        Page 49
```

durlist.txt

```
312: 2        that, but that was not my
312: 3        responsibility.  There were
312: 4        individuals and Merck scientists
312: 5        that were engaged in discussions
312: 6        with Dr. Singh directly about his
312: 7        interpretation of the data and his
312: 8        findings and what he was
312: 9        communicating to others.  So, I
312:10        know of many Merck scientists who
312:11        were interacting with Dr. Singh on
312:12        a regular basis to understand
312:13        those things.
```

Page Range:      313:4-313:15

```
313: 4            Q.    Did you ever call Dr.
313: 5   McMillen and have a conversation about
313: 6   how that doctor believed Vioxx could kill
313: 7   people?  Yes or no?
313: 8            A.    I did not specifically
313: 9   myself, but --
313:10            Q.    But --
313:11            A.    I know there were people in
313:12   Merck who engaged in many discussions
313:13   with him about his interpretation of the
313:14   information and what he was communicating
313:15   in order to understand that better.
```

Page Range:      317:8-318:4

```
317: 8            Q.    Okay.  Well, let's look at
317: 9   this next document.  It's 1255.  It says,
317:10   to Susan Baumgartner.  You've seen this
317:11   before, haven't you?  It was sent to you?
317:12   In the year 2000, this was sent to Susan
317:13   Baumgartner.  Do you see that?  Do you
317:14   see that?
317:15            A.    Yes.  It looks like it cuts
317:16   off some of it.
317:17            Q.    Well, this is all I have.
317:18   If you have any more.  I'll show you
317:19   everything I've got.  It says:  "Attached
317:20   is the email trail concerning Dr. Singh."
317:21   This says "Susan."  Is that you, Susan?
317:22   "Attached is the email trail concerning
317:23   Dr. Singh.  Your thoughts on this
317:24   situation," your thoughts, not Merck's
318: Page 318
318: 1   thoughts, Susan Baumgartner's thoughts
318: 2   "on this situation are greatly
318: 3   appreciated."  Did I read that right?
318: 4            A.    Yes.
```

Page Range:      318:20-319:5

```
318:20            A.    Yes.
318:21            Q.    It says, "Dr. Singh was
318:22   deactivated in the system after a series
318:23   of scheduled programs in" North Carolina
318:24   "were cancelled."  You see that?  Now,
                        Page 50
```

durlist.txt

```
319: Page 319
319: 1  Dr. Singh was out there saying bad things
319: 2  about Vioxx, and his programs that he was
319: 3  supposed to work with Merck on were
319: 4  cancelled?  You knew that prior to coming
319: 5  here today; right?
```

Page Range:      319:9-319:19

```
319: 9          Q.    You knew that, didn't you?
319:10          A.    Yes.  I remember hearing
319:11  those reports and --
319:12          Q.    No, ma'am, you actually
319:13  helped order those -- you actually helped
319:14  order that Dr. Singh would not make
319:15  public appearances.  That was something
319:16  you did; correct?
319:17          A.    That is not correct.
319:18          Q.    You had no contact with Dr.
319:19  Singh?
```

Page Range:      319:23-320:7

```
319:23              THE WITNESS:  I had contact
319:24  with Dr. Singh in inviting him to
320: Page 320
320: 1  our consultants meetings where we
320: 2  tried to understand what his
320: 3  thoughts were.
320: 4  BY MR. PAPANTONIO:
320: 5          Q.    Did you try to neutralize
320: 6  him? Did you try to neutralize him at
320: 7  those meetings?
```

Page Range:      320:10-320:12

```
320:10              THE WITNESS:  No.  We were
320:11  conducting market research to
320:12  understand what his thoughts were.
```

Page Range:      320:22-322:11

```
320:22          Q.    Oh, okay.  Let's go on to
320:23  the next issue here, and we'll broaden
320:24  this out a little bit.  "This was after
321: Page 321
321: 1  consultation with Kirsten Bonsteel and
321: 2  Dan Hall although it was not clear at
321: 3  that time whether Dr. Singh had cancelled
321: 4  the talks or whether Merck had done so."
321: 5  So, the question is, did we cancel Dr.
321: 6  Singh or did Merck cancel Singh?  Do you
321: 7  see down at the bottom, "Bob McKenna did
321: 8  send a message out around that time to
321: 9  recommend that Dr. Singh not be used
321:10  except for disease talks.  I spoke to
321:11  Kirsten directly for the first time this
321:12  past week to learn that Dr. Singh makes a
321:13  balanced presentation (he must since he's
```

Page 51

durlist.txt
```
321:14  an FDA advisor) but reports product
321:15  information that is not favorable to
321:16  Merck.  Kirsten feels that no amount of
321:17  work would change Dr. Singh's position
321:18  and, although we may not like to hear
321:19  about it, his information is
321:20  scientifically accurate."
321:21           First time you ever -- do
321:22  you remember seeing this before, that Dr.
321:23  Singh, according to Merck employees,
321:24  words that Merck employees were speaking
322: Page 322
322: 1  in this document, they say Dr. Singh is
322: 2  saying things that are bad about Vioxx,
322: 3  but what he's saying is scientifically
322: 4  accurate?  Do you see that?
322: 5           A.    That was the position of one
322: 6  individual.  I know because I received
322: 7  reports from others about the lack of
322: 8  accuracy with his presentation or lack of
322: 9  correct information that he was
322:10  communicating and some of the claims he
322:11  was making.
```

Page Range:     322:12-322:14

```
322:12           Q.    Yeah, well --
322:13           A.    Pretty outrageous claims
322:14  about the product.
```

Page Range:     325:3-325:10

```
325: 3           Q.    But what Dr. Singh was
325: 4  saying, according to this company
325: 5  employee, this company employee says what
325: 6  he's saying is scientifically accurate.
325: 7  That's what it says, doesn't it?  Please
325: 8  underline "scientifically accurate," for
325: 9  me, please.
325:10           A.    I see it in this document.
```

Page Range:     337:12-337:24

```
337:12           Q.    Ms. Baumgartner, tell me who
337:13  Lou Sherwood is again.
337:14           A.    He is a physician that
337:15  worked with Merck in the medical affairs
337:16  department.
337:17           Q.    And in the letter I showed
337:18  you of Dr. Fries, you saw that Dr. Fries
337:19  was saying that Lou Sherwood and Merck
337:20  were trying to intimidate doctors who
337:21  disagreed with the Vioxx Merck position
337:22  generally?  That's what he's saying;
337:23  right?  Feel free to look at it if you
337:24  want to refresh your memory.
```

Page Range:     338:3-338:7

Page 52

durlist.txt

```
338: 3           THE WITNESS:  Did you want
338: 4      me to read it and summarize it?
338: 5           MR. PAPANTONIO:  I'll point
338: 6      you right to it.  Pull it back up
338: 7      and we'll go through it again.
```

Page Range:      338:23-340:5

```
338:23           Q.    And it's about Dr. Sherwood
338:24  intimidating doctors.  "My accidental
339: Page 339
339: 1  involvement: On Saturday, October 28th I
339: 2  received a call at home from Dr. Louis
339: 3  Sherwood of Merck Pharmaceuticals.  Dr.
339: 4  Sherwood complained that Dr...Singh of
339: 5  our group had an anti-Merck bias and was
339: 6  giving lectures that were irresponsibly
339: 7  anti-Merck and specifically anti-Vioxx.
339: 8  Dr. Singh was held to have used a slide
339: 9  which depicted a person hiding data under
339:10  the covers, had called Merck the
339:11  'Firestone of the drug industry.'"
339:12           My question is, Dr. Sherwood
339:13  is who this document is about; correct?
339:14           A.    Correct.  As listed in here.
339:15           Q.    Then we went through that
339:16  list of people, Dr. Singh, Dr. Lipsky,
339:17  Dr. Whelton, Dr. Petri, Dr. Yocum, Dr.
339:18  Simon, Dr. Stillman and Dr. McMillen.
339:19  Remember us going through that; right?
339:20           A.    Yes.
339:21           Q.    In there Dr. Singh, you
339:22  understand, was at Stanford; correct?
339:23           A.    Yes.
339:24           Q.    Dr. Fries was the department
340: Page 340
340: 1  head at Stanford, who Dr. Singh worked
340: 2  for.  You know that?
340: 3           A.    That's my understanding.
340: 4           MR. PAPANTONIO:  Let's show
340: 5      her document number 329, please.
```

Page Range:      340:14-340:19

```
340:14           Q.    This is a document to Dr.
340:15  Sherwood, who we just identified in the
340:16  Dr. Fries letter, right, and it is to
340:17  Susan Baumgartner -- excuse me, from
340:18  Susan Baumgartner, that's you.  Right?
340:19           A.    Right.
```

Page Range:      340:24-341:14

```
340:24           Q.    The subject is what?
341: Page 341
341: 1           A.    "Gurkipal Singh."
341: 2           Q.    It says, "The purpose of
341: 3  this memo is to provide you with key
341: 4  information and a historical account of
341: 5  our interactions with Gurkipal Singh.
```

Page 53

durlist.txt

```
341: 6  Thanks to Bob McKenna, David Abramson,"
341: 7  et cetera.  And this document was
341: 8  actually sent to Dr. Sherwood, Lou
341: 9  Sherwood, who is talked about in the
341:10  Fries letter.  This document was sent to
341:11  him on 10/4/2000; correct?  October 4th,
341:12  2000?
341:13          A.    Yes.  That's the date that's
341:14  on this memo.
```

Page Range:      341:24-342:11

```
341:24          Q.    Now, in this document you
342: Page 342
342: 1  tell -- you're giving us background
342: 2  information about Dr. Singh; correct?
342: 3          A.    Correct.
342: 4          Q.    Why are you sending this to
342: 5  Lou Sherwood telling us about Dr. Singh
342: 6  all the way back to 1997?
342: 7          A.    I was asked to put this
342: 8  together to provide a historical account
342: 9  of our interactions with Dr. Singh and
342:10  reports that had come in to the committee
342:11  about him.
```

Page Range:      343:20-343:22

```
343:20          Q.    Did you ask Dr. Sherwood why
343:21  it is he wanted you to put together an
343:22  investigative report of Dr. Singh?
```

Page Range:      344:1-345:12

```
344: 1              THE WITNESS:  I don't
344: 2  remember if Dr. Sherwood asked me
344: 3  or if someone else.  Most likely
344: 4  my superior in marketing would
344: 5  have asked me to compile this
344: 6  information.  I don't recall the
344: 7  specifics around it.
344: 8  BY MR. PAPANTONIO:
344: 9          Q.    But in the history of you
344:10  working with Merck, you'd never done an
344:11  investigative report on doctors that you
344:12  worked with day-to-day that were using
344:13  Merck products; correct?  You'd never
344:14  done an investigative report like this,
344:15  had you?
344:16          A.    I wouldn't call this an
344:17  investigative report.  This is a summary
344:18  of information that was compiled from
344:19  other areas within Merck and other
344:20  individuals within Merck about reports we
344:21  had heard or our interactions with Dr.
344:22  Singh.
344:23          Q.    Well, let's see.  You don't
344:24  want to call this investigative.  Let's
345: Page 345
345: 1  see what you found.  May 1999 you found,
                    Page 54
```

durlist.txt

```
345: 2   "After the launch of Vioxx, Dr. Singh and
345: 3   Dr. Campen (P&T with Kaiser) requested
345: 4   confidential information on clinical
345: 5   trial results  (CDP study of Vioxx versus
345: 6   nabumetone )."  Is that right?
345: 7   Nabumetone.  "Was told by CDP that they
345: 8   could not share information due to
345: 9   pending NDA.  First reports of Dr. Singh
345:10   expressing concerns about Merck 'hiding
345:11   data.'"  Truth is, Merck was hiding data
345:12   from doctors, weren't they?
```

Page Range:      345:16-345:18

```
345:16        Q.    Even as early as 1999, Merck
345:17   was hiding data from doctors?  Yes or no?
345:18        A.    No.
```

Page Range:      348:7-348:20

```
348: 7        Q.    August of 1999, "Dr. Singh
348: 8   was not scheduled for talks by ASRs or
348: 9   OBRs in West, but continued to be used by
348:10   HSAs, NAEs, Hospital reps."  It says,
348:11   "some reports of Dr. Singh treating
348:12   audiences and Merck personnel with
348:13   disrespect" -- "treating...Merck's
348:14   personnel with disrespect.  Reports that,
348:15   when sponsored by other companies, Dr.
348:16   Singh delivered talks that characterized
348:17   Vioxx as having serious HTN and edema
348:18   related safety" problems.  Right?  Well,
348:19   Vioxx did have serious HTN and edema
348:20   safety problems, didn't it?
```

Page Range:      349:3-349:6

```
349: 3        Q.    Vioxx had serious HTN and
349: 4   edema -- did you not know that the
349: 5   company had already admitted that Vioxx
349: 6   had serious edema concerns?
```

Page Range:      349:10-349:14

```
349:10        Q.    Is that the first time
349:11   you've heard that?
349:12        A.    We understood the
349:13   information about hypertension.
349:14        Q.    Not "we."
```

Page Range:      349:21-350:6

```
349:21        Q.    This is about Susan
349:22   Baumgartner and what you failed to tell
349:23   doctors when you had the information.
349:24   This is what this question is about.
350: Page 350
350: 1                You knew when you wrote this
```

Page 55

durlist.txt

```
350: 2  down that Dr. Singh had characterized
350: 3  Vioxx as having edema-related safety
350: 4  concerns.  You knew that that was true,
350: 5  that Vioxx had been characterized with
350: 6  having serious edema concerns?
```

Page Range:      350:9-350:20

```
350: 9              THE WITNESS:  Vioxx may have
350:10  been characterized by certain
350:11  individuals as having serious
350:12  hypertension and edema concerns,
350:13  so, there were some that may have
350:14  expressed that view, and it was my
350:15  responsibility to understand, to
350:16  talk through that, but that
350:17  definitely was not the consensus
350:18  of thought leaders and physicians
350:19  who I interacted with in our
350:20  meetings.
```

Page Range:      351:8-351:9

```
351: 8                  MR. PAPANTONIO:  Show
351: 9  her 364, please.
```

Page Range:      352:1-352:14

```
352: 1              THE WITNESS:  I have not
352: 2  seen this before.
352: 3  BY MR. PAPANTONIO:
352: 4       Q.   Well, you know who Jim Dunn
352: 5  is, don't you?
352: 6       A.   I do.
352: 7       Q.   You know who Thomas Cannell
352: 8  is, Tom Cannell?
352: 9       A.   Yes.
352:10       Q.   You say -- you see it's
352:11  2001, 4-2001.  "Re: Urgent Please Review:
352:12  Whelton" -- there's that Dr. Whelton
352:13  again -- "Q&A, Background and Obstacle."
352:14  Now who blacked that out of there, that
```

Page Range:      353:5-354:1

```
353: 5       Q.   But we know the next
353: 6  paragraph says, "Not for this
353: 7  communication, but I'll also say that
353: 8  eventually I think we should step up to
353: 9  the fact that we probably do cause a
353:10  little more HTN/edema, particularly in
353:11  the marketplace where V25 and C200 are
353:12  the most common doses.  The reason for
353:13  that is that we are more effective at
353:14  blocking COX-II, and you would expect
353:15  this from any potent NSAID (since
353:16  selective and non-selective NSAIDs
353:17  inhibit" COX-I.
353:18                  "The way you word it now,
                            Page 56
```

durlist.txt
```
353:19  I'm afraid it contradicts what physicians
353:20  are" expecting "in their clinical
353:21  practice."
353:22          My question to you is, did
353:23  you know in 2001 that, yes, Vioxx does
353:24  cause HTN/edema?  Did you know that?
354: Page 354
354: 1          MR. TSOUGARAKIS:  Object to
```

Page Range:     354:3-354:13

```
354: 3          THE WITNESS:  I did know
354: 4  that Vioxx caused hypertension and
354: 5  edema, and we discussed that at
354: 6  length with advisors that was
354: 7  presented in our information, and
354: 8  we consulted with physicians in
354: 9  the context of my own
354:10  responsibilities often about the
354:11  cardiovascular and renal profile
354:12  of Vioxx.
354:13          MR. PAPANTONIO:  Can you go
```

Page Range:     354:17-355:2

```
354:17          Q.    But you thought it was
354:18  important when you were doing this
354:19  history of Dr. Singh to put under August
354:20  through December 1999, do you see that,
354:21  it says, "Dr. Singh delivered talks that
354:22  characterized Vioxx as having serious HTN
354:23  and edema   related safety concerns."
354:24  Right?  You wrote that down and sent that
355: Page 355
355: 1  to Dr. Sherwood; true?
355: 2          A.    True.
```

Page Range:     396:14-396:16

```
396:14          MR. PAPANTONIO:  Show her
396:15  document Number 1253, please.
396:16              -  -  -
```

Page Range:     396:24-397:19

```
396:24          Q.    Do you see at the top of
397: Page 397
397: 1  there -- and this is 1999.  Do you see
397: 2  that?  This is two years before Dr. Fries
397: 3  complains that Merck is intimidating
397: 4  people who are critical of their product,
397: 5  Vioxx; correct?
397: 6          A.    That's not correct.
397: 7          Q.    Huh?
397: 8          A.    That's not correct.
397: 9          Q.    It's not?  Well, correct
397:10  what I just said.  What's incorrect about
397:11  it?
397:12          A.    Repeat it.
```
Page 57

durlist.txt
```
397:13          Q.    Dr. Fries complained that
397:14  Merck employees, Dr. Sherwood and Merck
397:15  employees were intimidating doctors,
397:16  specific names we've already been
397:17  through, who were critical of Merck
397:18  products, Vioxx.  Do we need to go
397:19  through all that again?
```

Page Range:     397:22-398:11

```
397:22                 THE WITNESS:  There is an
397:23          allegation in that letter that I
397:24          read.
398: Page 398
398: 1  BY MR. PAPANTONIO:
398: 2          Q.    That letter was written in
398: 3  2001; right?  Dr. Fries' letter was 2001?
398: 4          A.    Yes.
398: 5          Q.    And this letter, this memo
398: 6  is appearing in 1999, and it says --
398: 7  who's that to?  Whose name is up at the
398: 8  top there?
398: 9          A.    I need a minute to orient
398:10  myself to this.
398:11                 (Witness reviewing
```

Page Range:     399:20-402:23

```
399:20          Q.    Well, do you see where it
399:21  says at the top, it says "Baumgartner,
399:22  Susan"?
399:23                 MR. PAPANTONIO:  Show her --
399:24  BY MR. PAPANTONIO:
400: Page 400
400: 1          Q.    Look, do you see that?
400: 2  We're on the third page.  It says
400: 3  "To...Baumgartner."  Do you see that?
400: 4  Then underneath it says, let me read it,
400: 5  "Dr. McMillen's Position on Vioxx.
400: 6  Please refer to separate E-mails for
400: 7  messages Dr. McMillen is delivering
400: 8  regarding Vioxx.  The Vioxx message has
400: 9  been" continuously -- I mean,
400:10  "consistently negative.  He has been
400:11  somewhat receptive to coaching and
400:12  feedback.  However, he hasn't followed
400:13  through on negotiated commitments."  What
400:14  were the "negotiated commitments"?
400:15          A.    I don't know.  I don't
400:16  remember.
400:17          Q.    But this is to you; correct?
400:18  It says "Baumgartner" at the top.  This
400:19  is actually written to me?
400:20          A.    In an e-mail message to me,
400:21  right, but I don't know what he meant by
400:22  that.
400:23          Q.    Legal issue.  We need to
400:24  neutralize this Physician as quickly as
401: Page 401
401: 1  possible."  There's that word
401: 2  "neutralize" again.  "As you can see the
```
Page 58

durlist.txt

401: 3  negative position Dr. McMillen has taken
401: 4  has been detrimental to the growth of
401: 5  Vioxx.  His presentations are filled with
401: 6  inaccurate information regarding the
401: 7  research and performance of Vioxx.  Dr.
401: 8  McMillen fails to utilize any Merck
401: 9  provided information or slides to portray
401:10  Vioxx positively.  Every tool has been
401:11  used to plant the seed of doubt."  Do you
401:12  she that?  "Every tool has been used to
401:13  plant the seed of doubt."  What's the
401:14  "seed of doubt," do you know?
401:15         A.    I'm not sure.
401:16         Q.    "I feel legal proceedings
401:17  are only a matter of time.  Until that
401:18  point, it would be helpful if we could
401:19  communicate Merck's position in a legal
401:20  letter.  This could be a factor in
401:21  neutralizing him.
401:22               "SKB has filed a lawsuit
401:23  against Dr. McMillen based upon his
401:24  previous position taken towards SKB and
402: Page 402
402: 1  Relafen.  He currently doesn't mention
402: 2  SKB or Relafen in his presentations."
402: 3               Now, what's happening here
402: 4  is Dr. McMillen is out there saying
402: 5  things that are "detrimental to the
402: 6  growth of Vioxx."  That's what it says;
402: 7  right?
402: 8         A.    It says "His presentations
402: 9  are filled with inaccurate information."
402:10         Q.    Right.  Well, he says that
402:11  it is detrimental to the growth of Vioxx,
402:12  and he says, "I feel legal proceedings
402:13  are only a matter of time."  This is the
402:14  same Dr. McMillen that you're talking
402:15  about -- that's being talked about that's
402:16  being sent to you, this name Dr. McMillen
402:17  in 1999, the same Dr. McMillen whose name
402:18  appears in the list.  Remember the list
402:19  of 36 doctors you gave that said
402:20  McMillen, we need to discredit, it says
402:21  "discredit" underneath his name?
402:22  Discredit?  Remember I was talking about
402:23  the word "discredit"?


Page Range:     403:4-404:10


403: 4         A.    I remember the name being in
403: 5  there, and this is the same physician
403: 6  that we wanted to bring to a more neutral
403: 7  or balanced position.
403: 8         Q.    The term says "discredit."
403: 9  Do you remember the term "discredit"
403:10  under McMillen's name?
403:11         A.    I remember that.
403:12         Q.    Right.  And you think the
403:13  way to bring him to a neutral position is
403:14  to discredit him?
403:15         A.    The way to bring him to a
403:16  neutral position is to provide him with
                        Page 59

durlist.txt
```
403:17   information.  And if you look below on
403:18   the "Merck Strategy to Date," it
403:19   documents that provision of information
403:20   to him to have more balance.  You can see
403:21   that third bullet down:  "Post-launch,
403:22   our strategy has been to coach him and
403:23   provide the necessary information to have
403:24   more balance in his presentations."
404:  Page 404
404: 1            Q.    How do you coach a doctor?
404: 2   How do you go out and coach a doctor?
404: 3            A.    Provide them with the
404: 4   information.  I think that refers to
404: 5   speakers for Merck, to coach them on the
404: 6   information since our health science
404: 7   associates knew that information.
404: 8            Q.    And the people that coach
404: 9   them are sales reps, aren't they?
404:10                 MR. TSOUGARAKIS:  Object to
```

Page Range:      404:13-404:23

```
404:13            Q.    You have sales reps coaching
404:14   medical doctors.  Is that what you have
404:15   here?
404:16            A.    In this case, I believe it
404:17   was a health science associate, but in
404:18   some cases, the specialty
404:19   representative --
404:20            Q.    No, no.  What is a health
404:21   science associate?  That's a salesman,
404:22   isn't it?
404:23                 MR. TSOUGARAKIS:  Object to
```

Page Range:      405:1-406:9

```
405: 1                 THE WITNESS:  Scientific
405: 2            liaison within the company.
405: 3   BY MR. PAPANTONIO:
405: 4            Q.    They are salespeople, aren't
405: 5   they?
405: 6            A.    I don't think of them as
405: 7   being salespeople.
405: 8            Q.    Well, in one way that you
405: 9   were going to, along with the term we
405:10   saw, "Discredit" McMillen, now we see
405:11   that there's discussion about suing him;
405:12   correct?  To neutralize him, we can sue
405:13   him.  That's what it says?
405:14            A.    I don't get that from this
405:15   document.
405:16            Q.    Well, how about let me read
405:17   it again.  "I feel legal proceedings are
405:18   only a matter of time.  Until that point,
405:19   it would be helpful if we could
405:20   communicate Merck's position in a legal
405:21   letter."  Have you ever gotten a legal
405:22   letter, Mrs. Baumgartner?
405:23            A.    No.
405:24            Q.    From a lawyer threatening
406:  Page 406
```

Page 60

durlist.txt

```
406: 1  you?
406: 2          A.    No.
406: 3          Q.    It says, "This could be a
406: 4  factor in neutralizing him."  Do you see
406: 5  where it says that?
406: 6          A.    Yes.
406: 7          Q.    A legal letter, is that
406: 8  informing him of anything or is that
406: 9  threatening him?
```

Page Range:      406:12-407:17

```
406:12              THE WITNESS:  I do not know
406:13          what was referred to in here.
406:14  BY MR. PAPANTONIO:
406:15          Q.    Yes, but it was sent to you,
406:16  Ms. Baumgartner.  1999, this document was
406:17  sent to you; correct?
406:18          A.    Correct.  This e-mail was
406:19  sent to me.
406:20          Q.    You remember me starting
406:21  this discussion hours ago asking you
406:22  straight up, isn't it true, Mrs.
406:23  Baumgartner, that your role at Merck was
406:24  to discredit and put pressure on doctors
407: Page 407
407: 1  who were not cooperating on the Vioxx
407: 2  project?  Do you remember me asking you
407: 3  that?
407: 4          A.    I remember and my answer is
407: 5  still that I did not put pressure or
407: 6  discredit or intimidate any individual,
407: 7  nor was I aware of any colleagues within
407: 8  the company who did that.  It wasn't the
407: 9  practice of Merck.  It wasn't something
407:10  we do.  It would be wrong to do that.
407:11          Q.    It would be wrong, wouldn't
407:12  it?
407:13          A.    It would.
407:14          Q.    To discredit a man who has a
407:15  medical degree who wants to talk about
407:16  the safety of a product, that's wrong,
407:17  isn't it?
```

Page Range:      407:21-407:22

```
407:21          Q.    Not only is it wrong, it's
407:22  indecent to do that to people, isn't it?
```

Page Range:      408:2-408:10

```
408: 2          Q.    You would characterize that
408: 3  as fairly indecent, wouldn't you?
408: 4          A.    I would.
408: 5          Q.    I would go as far to say
408: 6  it's immoral, isn't it?  The doctor that
408: 7  wants to tell the truth about the fact
408: 8  that Vioxx is killing people, it's
408: 9  indecent and immoral to discredit that
408:10  Doctor, isn't it?
```
                        Page 61

durlist.txt

Page Range:        408:14-408:21
```
        408:14          Q.      True?
        408:15          A.      If the information that they
        408:16  were communicating was correct and
        408:17  accurate, then that's a different story.
        408:18  But if they were saying Vioxx was killing
        408:19  people, that is not consistent with
        408:20  information that we had.
        408:21          Q.      We saw -- the jury has
```

Total Length - 01:45:38