U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
Filed 2-7-06
LORETTA G. WHITE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| **Case No. 05-4046** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| **EVELYN IRVIN,** | * | |
| as Personal Representative of the Estate of | * | |
| **RICHARD IRVIN, JR.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Susan L. <u>**BAUMGARTNER DEFENSE AFFIRMATIVE**
**DEPOSITION DESIGNATIONS**</u>

798367v.1

Baumgartner_Defense_Affirmatives

## Baumgartner_Defense_Affirmatives

| Scene | Designation | Source | Tx Duration |
|---|---|---|---|
| 1 | **498:10 -500:12** | Baumgartner, Susan 2005-09-30 | 00:01:58 |

498: 10   Let's begin by introducing
498: 11   yourself to the jury. Can you tell the
498: 12   jury where you were born and raised?
498: 13   A:  My name is Susan Lynn
498: 14   Baumgartner. I was born in DeLand,
498: 15   Florida and raised in Gainesville,
498: 16   Florida where I went to high school at
498: 17   would Buchholz High School.
498: 18   Spent a couple of years
498: 19   doing prepharmacy work at the University
498: 20   of Florida in Tampa, Florida, and then
498: 21   did five years of work to obtain my
498: 22   Doctor of Pharmacy degree and Master of
498: 23   Business Administration degree from the
498: 24   University of Florida in Gainesville.
499: 1    Q:  Can you tell the jury what
499: 2    year you graduated with your joint degree
499: 3    in pharmacy and your M.B.A.?
499: 4    A:  I graduated in 1996.
499: 5    Q:  In 1996, did you become
499: 6    employed?
499: 7    A:  I did. In August of 1996, I
499: 8    was employed by Merck & Company.
499: 9    Q:  Can you tell the jury a
499: 10   little bit about -- firstly, why did you
499: 11   choose a career in pharmacy?
499: 12   A:  The main reason I chose a
499: 13   career in pharmacy is that my father is a
499: 14   pharmacist, and I wanted to follow in his
499: 15   footsteps. I wanted to be involved in
499: 16   healthcare because I believe it's an
499: 17   important part of life, and I believe
499: 18   pharmacy is a very noble profession.
499: 19   Q:  Can you tell the jury in
499: 20   1996 when you graduated with your degree
499: 21   in pharmacy and your M.B.A., how is it
499: 22   that you became employed by Merck?
499: 23   A:  I was actually recruited by
499: 24   an individual within Merck who was aware
500: 1    of the dual Doctor of Pharmacy and Master
500: 2    of Business Administration degree

**Baumgartner_Defense_Affirmatives**

|  |  |  |  |
|---|---|---|---|
|  | 500: 3 | program, and asked one of my teachers at |  |
|  | 500: 4 | the time about -- one of the faculty |  |
|  | 500: 5 | members there about the program. I |  |
|  | 500: 6 | talked with them, I had a number of |  |
|  | 500: 7 | different opportunities that I was |  |
|  | 500: 8 | exploring and did a lot of research about |  |
|  | 500: 9 | the company and talked with a lot of |  |
|  | 500: 10 | different individuals who had experiences |  |
|  | 500: 11 | with the company, and I felt it was a |  |
|  | 500: 12 | great opportunity. |  |

| 2 | **501:9 -501:12** | Baumgartner, Susan 2005-09-3( | 00:00:05 |
|---|---|---|---|
|  | 501: 9 | Q: Can you tell the jury what |  |
|  | 501: 10 | you learned in your research about |  |
|  | 501: 11 | Merck's ethics in the scientific |  |
|  | 501: 12 | integrity? |  |

| 3 | **501:20 -501:23** | Baumgartner, Susan 2005-09-3( | 00:00:14 |
|---|---|---|---|
|  | 501: 20 | A: I learned that Merck's |  |
|  | 501: 21 | mission from the very beginning was to |  |
|  | 501: 22 | help patients, and their ethics were very |  |
|  | 501: 23 | strong. They did the right thing. |  |

| 4 | **503:12 -508:18** | Baumgartner, Susan 2005-09-3( | 00:05:06 |
|---|---|---|---|
|  | 503: 12 | THE WITNESS: The decisions |  |
|  | 503: 13 | that were made, I felt, were |  |
|  | 503: 14 | consistent with values, scientific |  |
|  | 503: 15 | integrity, presenting information |  |
|  | 503: 16 | to allow prescribers to make |  |
|  | 503: 17 | decisions, making decisions with a |  |
|  | 503: 18 | patient in mind. Those were all |  |
|  | 503: 19 | very important to me, and I felt |  |
|  | 503: 20 | Merck exemplified that. |  |
|  | 503: 21 | BY MR. TSOUGARAKIS: |  |
|  | 503: 22 | Q: How was your experience at |  |
|  | 503: 23 | Merck compared to the research you did |  |
|  | 503: 24 | before you joined Merck? |  |
|  | 504: 1 | A: My experience with Merck has |  |
|  | 504: 2 | been very positive, and it has exceeded |  |
|  | 504: 3 | the expectations that I had before I came |  |
|  | 504: 4 | in to the company. |  |
|  | 504: 5 | Q: When did you first get |  |
|  | 504: 6 | responsibility for Vioxx? |  |
|  | 504: 7 | A: I joined the market |  |
|  | 504: 8 | integration team for Vioxx in the middle |  |
|  | 504: 9 | of 1998. |  |
|  | 504: 10 | Q: How many years of experience |  |

**Baumgartner_Defense_Affirmatives**

504: 11   did you have at Merck when you joined the
504: 12   marketing team for Vioxx?
504: 13   A:  Just under two years --
504: 14   well, just under two years.
504: 15   Q:  During the time you had
504: 16   responsibility for marketing of Vioxx,
504: 17   who was the most junior member of that
504: 18   team?
504: 19   A:  I was.
504: 20   Q:  How many people reported to
504: 21   you, Ms. Baumgartner, when you were on
504: 22   the marketing team for Vioxx?
504: 23   A:  No individuals reported to
504: 24   me.
505: 1    Q:  Can you tell the jury what
505: 2    your responsibilities were for Vioxx
505: 3    while you were on the marketing team?
505: 4    A:  My responsibilities included
505: 5    interacting with physicians, and the
505: 6    majority of my time was spent in
505: 7    coordinating advisory board meetings and
505: 8    consultant meetings. And by that I mean
505: 9    setting up the logistics of those
505: 10   programs, putting together agendas,
505: 11   inviting presenters or Merck scientists
505: 12   or external physicians and thought
505: 13   leaders to present information at those
505: 14   meetings, and inviting physicians to
505: 15   those meetings and facilitating the
505: 16   gathering of the information and the
505: 17   reporting of the data within Merck.
505: 18   Those meetings were primarily designed to
505: 19   understand the perspective of physicians,
505: 20   understand what they thought. We had a
505: 21   product that we were marketing and
505: 22   communicating information about. We
505: 23   wanted to understand how physicians were
505: 24   receiving it and what they thought of it,
506: 1    and so we brought groups together. And
506: 2    my role was around the things -- the
506: 3    activities that I mentioned in putting
506: 4    together those meetings.
506: 5    Q:  I want to be very clear as
506: 6    to your role.
506: 7    Can you tell the ladies and
506: 8    gentlemen of the jury, when putting

506: 9  together those consultant meetings and

506: 10  advisory board meetings, what exactly it

506: 11  is that you did?

506: 12  A:  When organizing the

506: 13  meetings, I usually worked with a

506: 14  third-party company to help with some of

506: 15  the tasks, but my responsibilities

506: 16  included identifying the location for the

506: 17  meeting, extending invitations to

506: 18  attendees, and determining who was going

506: 19  to attend that meeting, putting together

506: 20  an agenda and working with others to

506: 21  decide what questions we had, what

506: 22  feedback we wanted, and, therefore, what

506: 23  presentations -- what presenters we

506: 24  needed to invite to present information

507: 1  about different topics. I extended the

507: 2  invitation to those presenters and

507: 3  brought them in. And the presenters put

507: 4  together the content of the slides that

507: 5  were presented there, and the -- I helped

507: 6  with the logistics, the location and the

507: 7  organization of the day, and actual

507: 8  implementation of the meeting.

507: 9  Q:  Who is responsible for the

507: 10  presentation -- the decision of what

507: 11  scientific data to present and the

507: 12  presentation of that scientific data at

507: 13  those meetings?

507: 14  A:  Each of the presenters was

507: 15  responsible for the data, the scientific

507: 16  data and information that was presented

507: 17  during that meeting.

507: 18  Q:  Did you take the time to

507: 19  become intimately familiar with all the

507: 20  data that was presented at those

507: 21  meetings?

507: 22  A:  No, I did not. The

507: 23  presenters were the ones responsible for

507: 24  content and who had access to those data

508: 1  and information.

508: 2  Q:  Now, can you tell the jury a

508: 3  little bit more about the consultants

508: 4  meetings and the advisory board meetings

508: 5  that you had responsibility for? What

508: 6  were the purposes of those meetings?

**Baumgartner_Defense_Affirmatives**

508: 7     A:  The purpose of those
508: 8     meetings were to conduct market research,
508: 9     and what that means is just understanding
508: 10    what those physicians thought about new
508: 11    scientific data, about the current
508: 12    market, about the use of pain medicines,
508: 13    about our product Vioxx. So, it was
508: 14    really a chance for us to get insight
508: 15    into what these doctors thought about and
508: 16    what these experts in their areas thought
508: 17    about the product and the data and the
508: 18    information that was out there.

| 5 | 509:6 -515:3 | Baumgartner, Susan 2005-09-3(     00:06:02 |

509: 6     Q:  Can you tell the ladies and
509: 7     gentlemen of the jury what the methods of
509: 8     communicating -- Merck had communicating
509: 9     the benefits and limitations of its
509: 10    products to the medical community?
509: 11    A:  I wouldn't consider
509: 12    consultants meetings or advisory board
509: 13    meetings a vehicle for communicating
509: 14    information. We did have to present
509: 15    information to get their responses and
509: 16    feedback, but there were many mechanisms,
509: 17    many vehicles for communication that were
509: 18    used to communicate with physicians, such
509: 19    as scientific sessions, publications, the
509: 20    sales representatives, the professional
509: 21    information requests that were physician
509: 22    to physician communications, educational
509: 23    programs. There were many vehicles that
509: 24    were used by Merck to communicate with
510: 1     the scientific community and the medical
510: 2     community.
510: 3     Q:  Do you know how many doctors
510: 4     were potential prescribers of Vioxx
510: 5     during the time you had responsibility
510: 6     for marketing Vioxx?
510: 7     A:  I do not know.
510: 8     Q:  Did you invite all the
510: 9     doctors who were potential prescribers of
510: 10    Vioxx to your consultants meetings and
510: 11    advisory board meetings?
510: 12    A:  No. They were samples of
510: 13    the physicians. They were smaller groups

**Baumgartner_Defense_Affirmatives**

510: 14   of those physicians that represented the
510: 15   views of the universe. So, they were
510: 16   small groups of physicians that were
510: 17   assembled to understand their
510: 18   perspectives.
510: 19   Q:  Who did you invite to the
510: 20   consultant meetings or advisory board
510: 21   meetings?
510: 22   A:  Our advisory board group was
510: 23   a set group of about 15 individuals who
510: 24   met with us on a quarterly basis. So,
511: 1    they were a fixed group that met with us
511: 2    at regular times throughout the marketing
511: 3    of the product. The consultants meetings
511: 4    were more of a one-time activity where we
511: 5    identified a group of attendees and
511: 6    consulted with them on specific research
511: 7    questions and on specific things that we
511: 8    wanted feedback on.
511: 9    Q:  We've heard the term
511: 10   'thought leaders.' Can you tell the
511: 11   ladies and gentlemen of the jury what a
511: 12   thought leader is?
511: 13   A:  A thought leader is someone
511: 14   who leads thought. It is a physician who
511: 15   is an expert in a specific area as
511: 16   determined by his or her peers. So, this
511: 17   is not Merck deciding that someone is a
511: 18   thought leader, but actually the medical
511: 19   community or scientific community
511: 20   determining that someone is an expert or
511: 21   has expertise or knowledge in a given
511: 22   area.
511: 23   Q:  Did you invite thought
511: 24   leaders to participate on your advisory
512: 1    boards and consultants meetings?
512: 2    A:  Yes. We included thought
512: 3    leaders in both of those meetings.
512: 4    Q:  Were the participants that
512: 5    you invited to be on your advisory boards
512: 6    and to your consultants meetings, were
512: 7    they all supporters of Merck?
512: 8    A:  No. It was important for us
512: 9    to get feedback from all of the
512: 10   individuals out there. We didn't just
512: 11   want individuals who were supportive of

512: 12   our views. We wanted to hear from those

512: 13   who were not supportive as well. So, we

512: 14   invited physicians who had a range of

512: 15   levels of support for the product and the

512: 16   company.

512: 17   Q:  Did you invite to your

512: 18   consultants meetings and advisory boards

512: 19   physicians who were critical of Merck or

512: 20   Vioxx?

512: 21   A:  The -- by the nature of the

512: 22   meetings, we did want feedback on the

512: 23   product, we did include physicians who

512: 24   were not supportive of the product and

513: 1   who were critical, but that was important

513: 2   because the purpose of the meeting was to

513: 3   understand their thoughts and views, and

513: 4   that to the extent that they didn't agree

513: 5   with the conclusions that the Merck

513: 6   scientists arrived at, we wanted to hear

513: 7   why and understand their perspectives.

513: 8   Q:  Was scientific data

513: 9   presented at these advisory board

513: 10   meetings and consultant meetings?

513: 11   A:  Yes, it was.

513: 12   Q:  And what was the purpose of

513: 13   presenting data at these meetings?

513: 14   A:  The purpose was to present

513: 15   information that the physicians in

513: 16   attendance could respond to or react to

513: 17   and to serve as a basis for the

513: 18   discussion that we had and the questions

513: 19   that we wanted to ask them.

513: 20   Q:  Did you solicit feedback

513: 21   from the attending physicians on the data

513: 22   presented at these meetings?

513: 23   A:  Yes. That was a primary

513: 24   purpose of the meeting, to present

514: 1   scientific information and to have them

514: 2   respond, react, give us their thoughts,

514: 3   ask any questions, and also help us

514: 4   communicate that ultimately to others.

514: 5   Q:  And in your experience in

514: 6   soliciting feedback from the physicians

514: 7   who attended the consultant meetings and

514: 8   the advisory board meetings, did those

514: 9   groups of physicians reach unanimity on

**Baumgartner_Defense_Affirmatives**

514: 10    any issue that you presented?
514: 11    A:  I can't remember an instance
514: 12    where the physicians in attendance
514: 13    reached unanimity, and it's probably
514: 14    consistent with other forums for
514: 15    scientific discussion and debate. There
514: 16    were physicians who held different views,
514: 17    and that was the purpose of that meeting,
514: 18    to express that and to discuss and debate
514: 19    the different views on the product and on
514: 20    the information in general.
514: 21    Q:  During the time that you
514: 22    had -- what was the period that you had
514: 23    responsibility for the marketing of
514: 24    Vioxx?
515: 1     A:  I was actually on the
515: 2     marketing team from mid-1999 through the
515: 3     third quarter of 2001.

| 6 | 516:5 -518:15 | Baumgartner, Susan 2005-09-30    00:02:37 |

516: 5     Q:  And during the time you had
516: 6     responsibility for Vioxx, did you learn
516: 7     the results of the VIGOR study?
516: 8     A:  Yes, I did.
516: 9     Q:  Can you tell the ladies and
516: 10    gentlemen of the jury what you learned
516: 11    about the results of the VIGOR study?
516: 12    A:  The VIGOR study was designed
516: 13    to look at stomach problems for Vioxx
516: 14    compared to naproxen, and it was a
516: 15    landmark study of over 8,000 patients.
516: 16    And the results of that study were that
516: 17    Vioxx showed a lower number of stomach
516: 18    problems than naproxen.
516: 19    Q:  Were there also
516: 20    cardiovascular results of that VIGOR
516: 21    study?
516: 22    A:  Yes, there were.
516: 23    Q:  Can you tell the ladies and
516: 24    gentlemen of the jury what the
517: 1     cardiovascular results of the study were?
517: 2     A:  In that study, there was a
517: 3     five-fold difference in the rate of
517: 4     cardiovascular events between Vioxx and
517: 5     naproxen.
517: 6     Q:  Did Merck disclose the VIGOR

517: 7   data?
517: 8   A:  Yes.
517: 9   Q:  Can you tell the jury how
517: 10   Merck disclosed the VIGOR data and what
517: 11   the timing of it was?
517: 12   A:  The VIGOR data was disclosed
517: 13   starting -- I'm not sure when the actual
517: 14   first disclosure took place, but after
517: 15   the results were received in March of
517: 16   2000, Merck communicated that information
517: 17   through press release, through
517: 18   professional information requests that
517: 19   our representatives had available in the
517: 20   event there were questions about the
517: 21   product and that specific study.
517: 22   There were numerous
517: 23   scientific sessions starting in May of
517: 24   2000. There was a big gastroenterology
518: 1   meeting in May of 2000 at which Merck
518: 2   presented the scientific data in a
518: 3   scientific session. There were numerous
518: 4   other scientific sessions at which the
518: 5   data was discussed and throughout the
518: 6   rest of 2000 as well.
518: 7   There were advisory board
518: 8   meetings and consultant meetings at which
518: 9   we communicated the information to obtain
518: 10   physicians' views and thoughts on those
518: 11   data. And there were publications,
518: 12   support for CME programs, there were
518: 13   communications with investigators, and,
518: 14   obviously, within the company there was
518: 15   communication as well.

7        519:5 -522:3       Baumgartner, Susan 2005-09-3(       00:02:47
519: 5   Q:  Were you ever provided with
519: 6   an explanation of the results, the
519: 7   cardiovascular results of the VIGOR
519: 8   trial?
519: 9   A:  Yes.
519: 10   Q:  What was that explanation?
519: 11   A:  The explanation for the
519: 12   results of the VIGOR study was that
519: 13   naproxen was acting as a cardioprotective
519: 14   agent in the study due to its platelet
519: 15   effect. It was acting similar to

519: 16   aspirin.
519: 17   Q:  And who provided you that
519: 18   explanation or what group provided you
519: 19   with that explanation?
519: 20   A:  The Merck scientists arrived
519: 21   at that conclusion after reviewing the
519: 22   available data.
519: 23   Q:  Was the VIGOR data ever the
519: 24   subject of any consultants meetings or
520: 1   advisory board meetings?
520: 2   A:  Definitely. We had many
520: 3   discussions with our advisors as well as
520: 4   at consultants meetings following the
520: 5   presentation of the information to get
520: 6   views on those data.
520: 7   Q:  Were the cardiovascular
520: 8   results of the VIGOR study presented to
520: 9   these groups of physicians?
520: 10   A:  Yes.
520: 11   Q:  What was the purpose to
520: 12   provide the cardiovascular results of the
520: 13   VIGOR study to these physicians at the
520: 14   consultants meetings and the advisory
520: 15   board meetings?
520: 16   A:  The purpose of presenting
520: 17   the information was to, as I mentioned,
520: 18   understand the thoughts of the
520: 19   physicians, understand their
520: 20   interpretation of the data in light of
520: 21   all the other data available for the
520: 22   coxibs and for Vioxx and the NSAIDs and
520: 23   for naproxen. So, the purpose was to
520: 24   present that information and also to see
521: 1   if external thought leaders, people
521: 2   outside of the company, experts and
521: 3   thought leaders in different specialties
521: 4   came to the same conclusion as the Merck
521: 5   scientists did, so, kind of a check for
521: 6   the interpretation that our own
521: 7   scientists had of those data.
521: 8   Q:  Did the Merck scientists who
521: 9   presented the data to these physicians
521: 10   present only data that supported Merck's
521: 11   conclusions?
521: 12   A:  No. They presented all of
521: 13   the data in all of the possible -- or all

521: 14  of the discussions that were taking place
521: 15  in the medical community and debate that
521: 16  was taking place. They tried to frame
521: 17  all of that up in order to discuss and
521: 18  debate all of the different angles that
521: 19  were being taken outside of the company
521: 20  on the data.
521: 21  Q:  Did you solicit feedback
521: 22  from these physicians as to their
521: 23  reactions to the cardiovascular results
521: 24  of the VIGOR study?
522: 1   A:  Yes.
522: 2   Q:  Can you tell the jury what
522: 3   you learned in soliciting that feedback?

---

| 8 | 522:8 -522:22 | Baumgartner, Susan 2005-09-3( | 00:00:37 |

522: 8   A:  The consensus from those
522: 9   advisory board meetings and consultant
522: 10  meetings were that the conclusion that
522: 11  Merck reached, the Merck scientists
522: 12  reached about naproxen being
522: 13  cardioprotective and that being the
522: 14  explanation for the results in VIGOR was
522: 15  the explanation for that result in light
522: 16  of the other data that was available on
522: 17  the product.
522: 18  Q:  Do you recall whether the
522: 19  physicians were unanimous in believing
522: 20  that the most plausible explanation was
522: 21  that naproxen was acting
522: 22  cardioprotectively?

---

| 9 | 523:5 -524:20 | Baumgartner, Susan 2005-09-3( | 00:01:40 |

523: 5   A:  I can't recall any meeting
523: 6   where there was a unanimous view on the
523: 7   data. There were a vast majority whose
523: 8   conclusion was that naproxen was acting
523: 9   as a cardioprotective agent in that
523: 10  study. Naproxen was cardioprotective in
523: 11  that study. And there were some who
523: 12  could not arrive at a conclusion based on
523: 13  the data that was available. And there
523: 14  were some who felt that it could have
523: 15  been caused by Vioxx.
523: 16  MR. TSOUGARAKIS:  Let me
523: 17  show you what we'll mark as
523: 18  Baumgartner Exhibit 1.

**Baumgartner_Defense_Affirmatives**

|  |  |  |  |
|---|---|---|---|
| | 523: 19 | - - - | |
| | 523: 20 | (Whereupon, Deposition | |
| | 523: 21 | Exhibit Baumgartner-1, Market | |
| | 523: 22 | research report, February 2001, | |
| | 523: 23 | was marked for identification.) | |
| | 523: 24 | - - - | |
| | 524: 1 | BY MR. TSOUGARAKIS: | |
| | 524: 2 | Q:  I ask you to identify that, | |
| | 524: 3 | please. | |
| | 524: 4 | A:  This is a market research | |
| | 524: 5 | report from a national rheumatology | |
| | 524: 6 | consultants meeting that took place in | |
| | 524: 7 | February of 2001. | |
| | 524: 8 | Q:  If I can direct your | |
| | 524: 9 | attention to Page 6 of that report, and I | |
| | 524: 10 | would ask you to read the sentence under | |
| | 524: 11 | cardiovascular CV outcomes that begins | |
| | 524: 12 | with the word 'The consensus.' Can you | |
| | 524: 13 | read that into the record, please? | |
| | 524: 14 | A:  'The consensus seemed to be | |
| | 524: 15 | that coxibs did not pose an increased | |
| | 524: 16 | risk for cardiovascular or | |
| | 524: 17 | cerebrovascular thromboembolic events.' | |
| | 524: 18 | Q:  Is that consistent with your | |
| | 524: 19 | recollection at other meetings with | |
| | 524: 20 | consultants and advisory boards? | |
| 10 | **524:24-525:3** | Baumgartner, Susan 2005-09-30 | 00:00:07 |
| | 524: 24 | THE WITNESS:  It was | |
| | 525: 1 | definitely consistent with what I | |
| | 525: 2 | saw in the many meetings that I | |
| | 525: 3 | attended. | |

| | Play Time for this Script: | **00:21:13** |
|---|---|---|
| | Total time for all Scripts in this report: | **00:21:13** |