UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX  \*  MDL No. 1657
    PRODUCTS LIABILITY LITIGATION  \*
    \*
    \*  SECTION: L
    \*

THIS DOCUMENT RELATES TO *Wilma Gaston et al*  \*
*v. Merck & Co., Inc.*, No. 2:05-cv-05293-EEF-DEK,  \*
previously filed as 3:05-cv-00362, S.D. Ill.  \*  Judge Fallon
    \*  Magistrate Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Dahncke Pharmacy, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Lawrence B. Grebel of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby is withdrawn, as counsel for Dahncke Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Dahncke Pharmacy, Inc. in this matter.

Dated:
Feb-9, 2006

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No

3265214