MINUTE ENTRY
FALLON, J.
FEBRUARY 8, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION           MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.           REF NO. 05-4046

VERSUS

MERCK & CO., INC.           SECTION: L

BEFORE JUDGE ELDON E. FALLON     Wednesday, February 8, 2006, 8:45am
Courtroom Deputy: Gaylyn Lambert     (Continued from 2-7-06)
Court Reporters: Toni Tusa and Cathy Pepper

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
        For plaintiffs
        Phillip Beck, Esq.and Tarek Ismail, Esq.  For defendant

## JURY TRIAL

Plaintiffs' Witnesses:
Dr. Wayne Ray - resumes testimony
Dr. Edward M. Scolnick - by video deposition

Jury excused for the day at 5:15 pm.

Plaintiff proffers what the testimony of witness, Dr. Wayne Ray, would have been if allowed to testify on a certain issue.

Plaintiffs' Motion for Clarification and/or Reconsideration of the Court's Orders Limiting the Testimony of Drs. Thomas Baldwin and Michael A.Graham - Argument- DENIED.

Court adjourned at 6:35 PM until Thursday, February 9, 2006, at 8:30 am.

JS-10:    7:15