UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01998) | * | MAG. JUDGE KNOWLES |
| *Chambers, et al. v. Merck & Co., Inc., et al.,* (E.D. La. 2:05-cv-01997) | * | |
| *Heintz, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-00982) | * | |
| *Gray, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01256) | * | |
| *Malek v. Rosenberg, et al.* (E.D. La. 2:05-cv-03794) | * | |
| *Pescatello v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01255) | * | |
| *Silva, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01999) | * | |
| *Stakum, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01533) | * | |
| *Whittaker, et al. v. Merck & Co., Inc.,* (E.D. La. 2:05-cv-01257) | * | |

* * * * * * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL AND SUBSTITUTION

Pursuant to Local Rule 83.7(b), Daniel L. Crosby hereby gives notice of his withdrawal of appearance on behalf of Merck & Co., Inc. in the above-referenced cases. The reason for this withdrawal is that other attorneys in this firm are now handling these matters. Attorney Alan G. Schwartz has previously filed an appearance in this matter on behalf of Merck & Co., Inc., and will continue to act as counsel on its behalf.

Dated: February 8, 2006.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

Daniel L. Crosby (ct25619)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
Telephone: (203) 498-4400
Fax: (203) 782-2889
dcrosby@wiggin.com
Fax: 203-782-2889

Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Withdrawal and Substitution** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 8th day of February, 2006.

*/s/ Dorothy H. Wimberly*

\17467\1\576514.1