UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -9  AM 10: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 05-2703<br><br>**WANDA CRAGER,**<br><br>        Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>        Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## NOTICE OF APPEARANCE

Christy D. Jones, Charles C. Harrell, Anita Modak-Truran, Michael Hewes, and Alyson B. Jones, of the law firm of Butler, Snow, O'Mara, Stevens and Cannada, PLLC give notice of their appearance as additional counsel for Defendant Merck & Company, Inc. in the aforementioned matter.

Respectfully submitted,

*[signature]*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite Bertaut, 3054
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

Defendant's Liaison Counsel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

798907v.1

Christy D. Jones, MB #3192
Charles C. Harrell, MB #3135
Anita Modak-Truran, MB# 99422
Michael B. Hewes, MB# 100089
Alyson B. Jones, MB # 101456
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
210 E. Capitol Street, Suite 1700
Jackson, MS 39201
Phone: 601-948-5711
Fax:    601-985-4500

Counsel for Defendant Merck & Co., Inc.

798907v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Phillip Whitman, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of February, 2006.

*Dorothy H Wimberly*

798907v.1