UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    **ALL CASES**

### ORDER

IT IS ORDERED that Tommy Fibich, Matthew Lundy, and Grant Kaiser are APPOINTED to the Plaintiffs' State Liaison Committee.

New Orleans, Louisiana, this __8th__ day of __February__, 2006.

                                                UNITED STATES DISTRICT JUDGE