

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -9 AM 10: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ................................................................ | : | |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial portions of a depositions taken of Ed Scolnick. In response, the Defendant objected to certain portions of the deposition and sought to offer counter-designations and affirmative designations of the same deposition testimony. The Plaintiff, however, made several objections to the Defendant's proffered deposition testimony. The Court ruled on all the Plaintiff's objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

In addition, the parties had a dispute as to lines 416:6-12 of the Scolnick deposition. The Defendant contended that all of these lines should be excluded from the trial. The Plaintiff, however, argued that only the word "Fries" in line 416:6 should excluded. The parties asked the Court to rule on this matter. The Court ordered that the Plaintiff could play lines 416:6-12 in

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No ___

their entirety. The Court's ruling is attached and has been entered into the record.

New Orleans, Louisiana, this 8th day of February, 2006.

UNITED STATES DISTRICT JUDGE

Scolnick: π Additional Designations/Objections for Trial #2
Note: Court did not rule on these at 1st trial

ed scolnick 3-22-05.txt
Annotations Report [vioxx 2]

[47:2] - [48:2] 1/24/2006 Ed Scolnick 3-22-05

page 47

Q. Well, let me suggest it to you if you'll look at Exhibit Number 4.
I'll bet you've seen this e-mail lately getting ready for your deposition, haven't you?
A. I don't recall seeing this e-mail before right now.
Q. You don't recall seeing this e-mail before?
A. I do not recall seeing this e-mail before.
Q. All right. Well, if you'll look down at your message dated December 5th, 2001, it's about an analyst who is going to stand up in public and say something negative about Vioxx. And you're the fellow who wrote, "David if he says this I will boil him in oil at the meeting." That's what you said, isn't it?
A. That is the e-mail you're referring to, yes.
Q. Does that mean, yes, you

page 48

said it?
A. That is my e-mail.

• 611
• Mischaracterizes document
• 401-402
• 403
• 801/802
• Badgering witness/tone (Lanier)

611 - Asked + answered

Overruled (It is his e-mail) 607, 612, 613

π - Scolnick's own email; witness allowed to commit/explain

[49:1] - [49:10] 1/24/2006 Ed Scolnick 3-22-05

page 49

So, you were saying you were going to boil this fellow in oil because this was an analyst who was going to stand up and suggest that maybe Vioxx causes CV events, heart attacks, strokes, things like that; right?
A. I don't recall the details of his report. I have not seen this e-mail, and I don't recall the details of this at all.

602 - No personal knowledge of report.

π - he read report re science of CV risk; state of mind to diffuse issue

[52:2] - [52:21] 1/24/2006 Ed Scolnick 3-22-05

page 52

Q. Well, if you'll look behind you'll see what it is that upset you. It was this fellow named somebody, hang on, his name is at the end, Richard Stover, who prepared a reanalysis of Merck's meta-analysis. Do you see where it says that?
A. That is the title for the

Overruled

article that you're referring to.

Q. Now, those are a lot of big words for nonscientist people. But just between you and me, what this really is is it's a stock analyst, someone who advises the investment community on whether to buy or sell stock, and he's basically examining some of what you guys had been telling people about the safety of your drug, isn't he?

A. He's talking about the VIGOR study and Vioxx, yes.

-611 - Improper questioning / Commentary

-602

TT - explains witness response; simplifies question and frames issue; witness agrees

cont.
-611
-401-402
-403
-801-802
-TONE

TT - same witness who says Merck will be different company without Vioxx attacking stock analyst who sees Vioxx has CV risk

[58:17] - [58:24] 1/24/2006 Ed Scolnick 3-22-05

page 58

Q. Okay. And that's why you said "David if he says this I will boil him in oil at the meeting." You didn't want that kind of talk out there, did you?

A. I didn't want -- having read this memo, I didn't want an inaccurate statistical analysis of our data.

Overruled

[553:4] - [558:2] 1/24/2006 Ed Scolnick 5-17-05

602

TT - President of MRL being crawl re clinical studies of Vioxx; significance of results; Knowledge and notice of defect; failure to warn

page 553

Q. Sir, I've just passed you over what we have marked as Exhibit 25 to your deposition.

- - -

(Whereupon, Deposition Exhibit Scolnick-25, Memo 4-8-01, "MK-0966 Combined Mortality Analysis Protocol 091 + Protocol 078," MRK-AAX0000752 - MRK-AAX0000776, was marked for identification.)

- - -

BY MR. BUCHANAN:

Q. For the record, it is Bates stamped MRK-AAX0000752 through 776.
Have you seen this before, sir?
A. I don't recall whether I've seen it or not.
Q. Okay.
Do you agree with me, sir, that this document is a combined intention to treat and on-drug analysis of the death data in both protocol 091 and protocol 078?
A. Yes, that's what the summary document

page 554

-- the summary page on the front page states, yes.
Q. Okay.
If you'd turn to the next page, sir, it identifies the mortality analysis or the death analysis for the 091 and 078 trials on an intent-to-treat basis. Do you see that at the bottom of the first page?
A. It does it for both protocols, yes.
Q. Number of deaths on Vioxx, 13. Do you see that?
A. Yes.
Q. Number of deaths on placebo, 3?
A. Yes. That's the trial we were looking at.
Q. Okay.
It is about what, four times as high, a little more than four?
A. Yes.
Q. Okay. Go down to the ITT analysis for protocol 078. Do you see that below it?
A. Yes.
Q. Okay.
Number of deaths on Vioxx, 21; right?
A. Yes.
Q. Number of deaths on placebo, 9;

page 555

right?
A. Yes.
Q. And there's a rate next to each of those numbers; right?
A. There is.
Q. And the rate for Vioxx is what, a little under two-and-a-half times greater than the

rate for placebo?
A. Yes.
Q. And what that means is that two-and-a-half times as many people died taking Vioxx in the 078 trial as of this point in time as compared to placebo; true?
A. Yes.
Q. Okay.
If you'd turn to Page 755, internal numbering, 4, Bates number, 755.
A. Just a moment, please.
Q. Feel free.
A. (Witness reviewing document.)
Okay. Thank you.
Where do you want me to turn, 755?
Q. I'm sorry. 756.
A. Excuse me, I want to look at one other thing.

page 556

Q. There's calculations of something called a "hazard ratio." Do you see that?
A. Just a moment.
(Witness reviewing document.)
On 756. 756?
Q. Yeah. There's a paragraph in between the charts. It says, "From the mortality frequency and incident rate charts for protocol 091." Do you see that?
A. Yes, yes.
Q. And there's a hazard ratio calculation in the last sentence for the 091 trial. Do you see that?
A. Yes, I do.
Q. It says, "After adjusting for Age, the hazard ratio between" Vioxx "and placebo was 4.43." Do you see that?
A. Yes.
Q. It provides a confidence interval. Do you see that?
A. Yes.
Q. Confidence interval is greater than 1; true?
A. Yes.
Q. It doesn't encompass the number 1;

page 557

right?
A. That's correct.
Q. And that's an indication that it's a statistically significant finding; true?
A. Yes.
Q. Okay.
4.43 would be the relative increased risk of death on Vioxx compared to placebo; true?
A. The relative increase in risk, yes.
Q. Okay.
So, folks on Vioxx in the 091 trial were 4.4 times more likely to die compared to those on placebo; true?
A. It's a hazard ratio. I think that's true.
Q. Okay.
If you'd turn the page, sir, you look at the results for the 078 trial, paragraph

beginning, "From the mortality frequency and incident rate charts for protocol 078." Do you see that?
A. Yes.
Q. Then it says at the end, "After adjusting for Age and Gender, the hazard ratio between" Vioxx "and placebo was 2.55." Do you see
page 558
that sentence?
A. Yes.

[558:9] - [558:22] 1/24/2006 Ed Scolnick 5-17-05

page 558
Q. That indicates that folks on Vioxx were 2.55 times more likely to die than patients on placebo; true?
A. Yes.
Q. Okay. So, let me understand, sir. As of this point in time, April 8, 2001, the company has two independent placebo-controlled trials demonstrating a statistically significant increase in the risk of death; true?
A. Yes.
Q. Okay. In the one trial, 091, there was a four times greater risk of death on Vioxx compared to placebo; true?
A. Yes.

Sustained

[620:24] - [621:18] 1/24/2006 Ed Scolnick 5-17-05

page 620
Q. Sir, I'm going to pass you over what we've just marked as Exhibit 33 to your deposition.
page 621
For the record, it is a document dated May 23, 2001 entitled "Bulletin for VIOXX: Action Required: Response to New York Times Article." For the record, it is Bates stamped MRK-AAR 7240 to 48.
Sir, have you ever seen this before?
A. I don't recall ever seeing this.
Q. Sir, do you remember an article being published in the New York Times critical -- withdrawn.
Sir, do you remember an article in the New York Times, May 2001, raising concerns about the cardiovascular safety of Vioxx?
A. I don't recall a specific article. It could have occurred. I don't recall it.
Q. This particular bulletin for Vioxx went out to Merck sales representatives; true?
A. It says, "To: All Field Representatives with Responsibility for VIOXX."

·602
·801-802
TT- 621:20-622:17 played to jury in Irvin #1. This section left out by mistake. This section needed to explain that testimony

Overruled

scolnick 4-29-05 pl addl cut .txt
Annotations Report [vioxx 2]

Merck objections to Add'l Pl. Designations from Scolnick

[22:10] - [23:2] 1/30/2006 Ed Sconick 4-29-05

page 22

BY MR. BUCHANAN:

Q. Well, let's go back now.
Subsequent to September 29, 2004, you received additional data about Vioxx; right?

A. I'm not sure you what mean by that.

Q. You received additional data from the APPROVE trial concerning Vioxx; correct?

MR. PERSCHETZ: What date did you say?

MR. BUCHANAN: I said September 29th.

THE WITNESS: I don't recall whether I received additional data from Merck on APPROVE or whether I simply read it in the New England Journal of Medicine article when it was published.

BY MR. BUCHANAN:

Q. You received no further presentations

page 23

of information from anybody within Merck subsequent to September 29, 2004?

401, 402
602 - witness left Merck on Sept. 1, 2004. Does not recall receiving info except from NEJM.

[23:3] - [24:14] 1/30/2006 Ed Sconick 4-29-05

page 23

MR. PERSCHETZ: About APPROVE?

MR. BUCHANAN: Yes.

THE WITNESS: I don't believe so.

BY MR. BUCHANAN:

Q. Okay.
Dr. Kim testified that pulling Vioxx from the market on September 30th based on the data in APPROVE was the prudent thing to do. Do you disagree with that?

MR. PERSCHETZ: Object to the form of the question and object on the grounds that it's been asked and answered.

THE WITNESS: I can't comment on Dr. Kim's decision. He was able to access much more data in APPROVE and in other databases that I had no access to at that point.

BY MR. BUCHANAN:

Q. Well, did you recommend to Merck on September 29th that they keep the drug on the market and just change the label?

A. I raised that question and was told they had already made the decision to pull the drug, and that was not open for discussion, and that was

page 24

it.

Q. You said you raised that question. What did you say?

A. I said, could you keep it on the market and put a real warning on the label about this data? And they said it's not for discussion, the decision has already been made.

401, 402, 602 - Dr. Scolnick was not at Merck at time of withdrawal and was not part of decision. His personal opinion about Merck's decision to withdraw drug is not relevant.

Π response
4. Admission of need to warn of CV Risks; acknowledges no CV warning in current label

Q. What were you contemplating, in terms of a warning, to deal with the data you saw in APPROVe?

A. It would have to give the data from the trial, that the curves separated, there was a relative risk increase after prolonged use, et cetera.

401, 402
602 - Dr. Scolnick was not at Merck at the time, so his ideas about labeling are not relevant

Overruled
EF

Π objections

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

SCOLNICK_EDWARD_DEFENSE_AFFIRMATIVES

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Media File | Barcode |
|---|---|---|---|---|---|---|---|
| | 819:21-820:1 | Scolnick, Edward 2005-06-01 | 00:00:10 | 00:00:00 | 00:54:09 | es0601052.mpg | FIRMATIVES.1 |

Δ Responses

403

Dr. Scolnick's NAME is relevant and is not prejudicial.

819:21 Q: Good morning. Dr Scolnick Would
819:22 you please tell us your full name?
819:23 A: Edward M. Scolnick.
819:24 Q: Dr. Scolnick, are you currently
819:25 employed by Merck?
820:1 A: No, I am not.

Overruled

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Media File | Barcode |
|---|---|---|---|---|---|---|---|
| 2 | 820:5-822:9 | Scolnick, Edward 2005-06-01 | 00:02:18 | 00:00:10 | 00:53:59 | es0601052 mpg | FIRMATIVES.2 |

820:5 Q: Why are you no longer employed by
820:6 Merck?
820:7 A: I retired from Merck September 1st,
820:8 2004.
820:9 Q: Can you tell us the reasons that you
820:10 retired from Merck in September of 2004?
820:11 A: Yes I retired to pursue other
820:12 interests that I've developed in the field of severe
820:13 mental illness, specifically schizophrenia and
820:14 bipolar disorder.
820:15 Q: Where are you pursuing those
820:16 interests right now?
820:17 A: I'm pursuing interests at a
820:18 newly-formed genome institute called the Broad
820:19 Institute at MIT and Harvard. in the Harvard medical
820:20 hospitals.
820:21 Q: What prompted your interest in this
820:22 field?
820:23 A: My interests have been prompted by
820:24 unfortunate illnesses in some family members, and
820:25 because of that, interactions that I've had in
821:1 service organizations that help families with family
821:2 members beset by either of these two illnesses
821:3 Q: Dr Scolnick, can you just describe
821:4 for us generally the type of work you're currently
821:5 doing in this project?
821:6 A: Yes We have organized a new
821:7 initiative in this field to try to find the genetic
821:8 basis for these illnesses. It is well known for
821:9 many years that there's a heavy genetic basis for
821:10 both schizophrenia and bipolar disorder The genes
821:11 have not been found in this institute, which is
821:12 world class in genetics, is interested in the
821:13 problem, and I thought it was a wonderful

401 403 404

As President of Merck's research labs, Scolnick's background is highly relevant. Further, Π have repeatedly attacked Dr. Scolnick's credibility and background is appropriate to rebut that. 404 not applicable here.

Overruled

opportunity to try to really make a difference in this field

Q: Dr. Scolnick, are you married?

A: Yes, I am

Q: How long have you been married?

A: Since 1965. 41 years

Q: Do you have children?

A: Yes, three.

Q: Any grandchildren?

A: One.

Q: Granddaughter or grandson?

A: Granddaughter, recent vintage, about six months old.

Q: Where do you currently live?

A: We live in Wayland. Massachusetts.

Q: Dr Scolnick, would you please tell us over what time period you were employed by Merck?

A: Yes. I started working at Merck in July 1982, and retired in September 1st, 2004.

Q: What was your role in the development of the drug Vioxx?

---

3 | 822:12-822:20 | Scolnick, Edward 2005-06-01 | 00:00:24 | 00:02:28 | 00:51:41 | es0601052.mpg | FIRMATIVES.3

THE WITNESS: During the development of Vioxx, I was president of the research laboratories and had the basic research group and clinical groups, therefore, reporting to me, who initiated and carried out the project

BY MR RABER:

Q: What were your general duties and responsibilities as the president of the Merck Research Lab?

---

4 | 822:23-823:4 | Scolnick, Edward 2005-06-01 | 00:00:14 | 00:02:52 | 00:51:17 | es0601052 mpg | FIRMATIVES.4

THE WITNESS: My general responsibilities were to oversee the quality of the science and clinical science and basic science that was conducted by members of the laboratories

BY MR. RABER:

Q: During what period of time were you the president of the Merck Research Lab?

---

5 | 823:7-823:10 | Scolnick, Edward 2005-06-01 | 00:00:12 | 00:03:06 | 00:51:03 | es0601052 mpg | FIRMATIVES.5

THE WITNESS: I was president of the laboratories from, it's either from late April or early May 1985 through January 1st, 2003

BY MR RABER:

---

6 823:15-823:17 Scolnick, Edward 2005-06-01 00:00:12 00:03:18 00:50:51 es0601052.mpg FIRMATIVES.6

823: 15 Q: Can you tell us generally the
823: 16 backgrounds of the people who worked at MRL, Merck
823: 17 Research Labs, while you were president?

---

7 823:19-824:9 Scolnick, Edward 2005-06-01 00:00:44 00:03:30 00:50:39 es0601052.mpg FIRMATIVES.7

823: 19 THE WITNESS: We had people of
823: 20 varying scientific backgrounds, many people with
823: 21 medical degrees, training in various aspects of
823: 22 cellular and biochemical science, physiology,
823: 23 toxicology, drug metabolism, clinical research,
823: 24 statistics, a whole variety of disciplines.
823: 25 BY MR. RABER:
824: 1 Q: About how many doctors and scientists
824: 2 worked within the Merck Research Labs division?
824: 3 A: At the time I retired. the total
824: 4 number of persons in the laboratory and science were
824: 5 close to 10,000. I think it was around 3,000 when I
824: 6 started
824: 7 Q: What type of research is done at
824: 8 Merck Research Labs and was done while you were
824: 9 president of the division?

---

8 824:11-825:4 Scolnick, Edward 2005-06-01 00:00:57 00:04:14 00:49:55 es0601052.mpg FIRMATIVES.8

824: 11 THE WITNESS: Most of the research
824: 12 was focused on finding new treatments or new
824: 13 preventions for serious medical illnesses that
824: 14 really had poor treatments or no treatments. That
824: 15 was the clear mantra of the laboratory
824: 16 BY MR. RABER:
824: 17 Q: Are there different types of research
824: 18 that are done in a research lab like MRL?
824: 19 A: Yes. There's very basic research,
824: 20 which is sometimes described as discovery research.
824: 21 There's chemistry that goes on associated with that
824: 22 There's also so-called development research, which
824: 23 is the testing for safety and then clinical safety
824: 24 and efficacy of the compounds or vaccines that are
824: 25 brought into development as potential new treatments
825: 1 or preventions.
825: 2 Q: When you mentioned clinical efficacy,
825: 3 is that another way to say that a drug works the way
825: 4 it's supposed to work or intended to work?

---

9 825:6-825:12 Scolnick, Edward 2005-06-01 00:00:21 00:05:11 00:48:58 es0601052.mpg FIRMATIVES.9

825: 6 THE WITNESS: Clinical efficacy is --
825: 7 it means the testing in people to see whether the

825: 8 drug works or does not work as you think it's going
825: 9 to, or sometimes it works even better than you think
825: 10 it is going to or not quite as well as you think it
825: 11 is going to. It is trying to gather the clinical
825: 12 data to see what a drug does in patients.

| 10 | 826:3-826:6 | Scolnick, Edward 2005-06-01 | 00:00:18 | 00:05:32 | 00:48:37 | es0601052.mpg | IRMATIVES.10 |
|---|---|---|---|---|---|---|---|

826: 3 Q: During your time as the president of
826: 4 Merck Research Labs, was there ever a time where you
826: 5 did not have enough money or resources to do
826: 6 development research for safety and efficacy?

| 11 | 826:9-826:12 | Scolnick, Edward 2005-06-01 | 00:00:09 | 00:05:50 | 00:48:19 | es0601052.mpg | IRMATIVES.11 |
|---|---|---|---|---|---|---|---|

826: 9 THE WITNESS: No. We always had
826: 10 sufficient resources to do anything clinical in
826: 11 development with a drug to prove its efficacy and
826: 12 safety.

| 12 | 829:1-829:6 | Scolnick, Edward 2005-06-01 | 00:00:17 | 00:05:59 | 00:48:10 | es0601052.mpg | IRMATIVES.12 |
|---|---|---|---|---|---|---|---|

829: 1 Q: About how many new drugs were
829: 2 developed during the time that you were the
829: 3 president of Merck Research Labs?
829: 4 A: The numbers range from somewhere in
829: 5 the range of 25 to 29, adding vaccines, drugs and
829: 6 new combination treatments.

| 13 | 830:21-831:16 | Scolnick, Edward 2005-06-01 | 00:00:53 | 00:06:16 | 00:47:53 | es0601052.mpg | IRMATIVES.13 |
|---|---|---|---|---|---|---|---|

830: 21 Q: I want to change the subject very
830: 22 briefly here.
830: 23 Dr. Scolnick, is there a division at
830: 24 Merck that is responsible for the sales and
830: 25 marketing of Merck's drugs?
831: 1 A: Yes, there are marketing divisions at
831: 2 Merck responsible for the sales of Merck's drugs.
831: 3 Q: As president of the Merck Research
831: 4 Labs, were you a part of that division?
831: 5 A: No, I was not a part of that
831: 6 division.
831: 7 Q: In what area is your field of medical
831: 8 expertise?
831: 9 A: My original training was in internal
831: 10 medicine. I subsequently was trained in
831: 11 biochemistry and genetics, and then extensive
831: 12 training in cancer research and virus research.
831: 13 After coming to Merck, learned many
831: 14 new fields, pharmacology, some aspects of clinical
831: 15 research and the variety of disciplines that it
831: 16 takes to develop -- discover and develop a drug.

14 | 831:20 - 832:6 | Scolnick, Edward 2005-06-01 | 00:00:31 | 00:07:09 | 00:47:00 | es0601052.mpg | IRMATIVES.14

831:20 Q: Where did you go to college and where
831:21 did you go to medical school?
831:22 A: Went to Harvard College and Harvard
831:23 Medical School between 1957 and 1965
831:24 Q: Why did you decide that you wanted to
831:25 go to medical school?
832:1 A: I decided in my college life that I
832:2 wanted to do something that was important, that
832:3 would help people, was interested in science, and I
832:4 thought I could better satisfy my desires by going
832:5 to medical school than in going into pure basic
832:6 research

---

15 | 832:20 - 833:13 | Scolnick, Edward 2005-06-01 | 00:00:59 | 00:07:40 | 00:46:29 | es0601052 mpg | IRMATIVES.15

832:20 Q: Let's talk a little bit about what
832:21 you did after you graduated from medical school at
832:22 Harvard What did you do next?
832:23 A: After I graduated from medical school
832:24 at Harvard, I was two years of internal medicine
832:25 training at the Mass General internship and a first
833:1 year residency at the Mass General Hospital
833:2 Q: Tell us what you did in general
833:3 during the time you were an intern and a resident
833:4 A: Responsibilities were to take care of
833:5 any sick patient who came in the doors through the
833:6 Mass General Hospital. The hospital was open to any
833:7 patient, indigent or ability to pay. The hospital
833:8 staff and the trainees, as I was, were proud of the
833:9 fact that we could take care of absolutely anybody
833:10 who walked in the door without asking any questions,
833:11 and it was just a wonderful place to train and learn
833:12 medicine and how to take care of really sick
833:13 patients.

*[Handwritten:] Explaining type of work done + type of patients he worked with. Relevant background info. Also π have attacked Dr. Scolnick's credibility + Δ are entitled to refute those attacks. 403 404*

---

16 | 833:17 - 834:11 | Scolnick, Edward 2005-06-01 | 00:00:56 | 00:08:39 | 00:45:30 | es0601052 mpg | IRMATIVES.16

833:17 Q: When you finished your internship and
833:18 residency at Massachusetts General, what did you do
833:19 next?
833:20 A: We moved to Maryland, I joined the
833:21 National Institutes of Health, in specific, the
833:22 National Heart, Lung and Blood Institute, where I
833:23 did basic genetics research for about two or three
833:24 years
833:25 Q: What is the National Institute of
834:1 Health?
834:2 A: The National Institute of Health is a

government organization. It is part, I think, of the Department of Health & Human Services, and it both conducts internal research in medical areas to try to improve the benefit of medicine for people, and it also sponsors with grants and contracts a great deal of extramural, so-called, outside of the NIH, in university-based research. to try to find the causes and insights into diseases that affect people.

---

| 17 | 834:15-837:7 | Scolnick, Edward 2005-06-01 | 00:03:28 | 00:09:35 | 00:44:34 | es0601052 mpg | IRMATIVES.17 |
|---|---|---|---|---|---|---|---|

Q: You mentioned NIH Do people sometimes refer to the National Institutes of Health as NIH?

A: Yes

Q: Why did you pursue this area of genetics at NIH?

A: Genetics has been really a driving force for medicine since the discovery of the structure of DNA in 1953 It has always captivated me as being the very essence of life, and by studying it, you could learn about how life occurs and how people develop. The laboratory I was fortunate enough to go to was a pioneer in deciphering the so-called genetic code with Marshall Nirenberg. and I was fortunate to be accepted to the lab He was a terrific teacher and mentor, and it really stimulated my research scientific career

Q: How long did you spend working in that lab at NIH?

A: I worked for Dr. Nirenberg for not quite three years and finished my work there and went on to the National Cancer Institute in either late '69 or '70, I don't recall.

Q: Is the National Cancer Institute affiliated in any way with NIH?

A: Yes. It's one of the institutes within the National Institutes of Health, within NIH

Q: All right. Why did you decide to go work at the National Cancer Institute?

A: Well, at the time, the underlying molecular causes of cancer were really completely unknown. This goes back to the late '60s and early '70s. People who were more senior than I in science felt strongly that the way to figure out what cancer

[Handwritten margin notes: "Explaining the lab where he pursued genetics. Also, again, goes to rebut attacks on credibility. Relevant + not prejudicial." "403" "404" "401" "Relevant re: time spent at NIH. Need question with answer."]

was about was to try to use a genetic approach to it. And there were approaches using genetics available and there were one or two laboratories in the National Cancer Institute taking these approaches, and since I was interested in the general field and, again, wanted to do something important, chose that field to go into at that point

Q: How long did you spend working at the National Cancer Institute for NIH?

A: I worked at the National Cancer Institute for about a dozen years, studying genes and viruses that cause cancer during that dozen years

Q: Can you tell us about any of the research achievements of your group at NIH?

A: Yes I think the hallmark achievement was the discovery of a gene called an oncogene. that is a gene that causes cancer that we discovered in basic research we did, and uncovered the genetics. the biochemistry, the biochemical pathways in which it worked. And then the real piece de resistance discovery was made late in my time at NIH, in 1982, when in collaboration with a laboratory at MIT we discovered that this gene was altered in human bladder cancer, and it was the first example ever of an oncogene, a mutated human oncogene being identified as a cause of human cancer, and it totally transformed the cancer field Thousands of people came into the field after that and many, many important discoveries and treatments have emanated as a result of this very important discovery

Dr. Scolnick's research background is relevant to and informative of his work as President of Merck Research Labs. Provides insight into his experience + perspective. Also relevant to rebut attacks on credibility.

401 403 404

| 18 | 837:11-838:10 | Scolnick, Edward 2005-06-01 | 00:01:21 | 00:13:03 | 00:41:06 | es0601052.mpg | IRMATIVES 18 |
|---|---|---|---|---|---|---|---|

Q: When did you end your time working at the National Cancer Institute?

A: It was in late June of 1982.

Q: What did you do then?

A: Moved to Merck. I had been recruited there by Dr. Vagelos and Dr Hillerman, who has just passed away, to build a molecular group in the vaccine department that Dr. Hillerman was so competently overseeing at that point

Q: What position did you take when you joined Merck in 1982?

837: 22 A: I was recruited as an executive
837: 23 director in the vaccine department
837: 24 Q: Why did you decide to join Merck in
837: 25 1982?
838: 1 A: I knew the reputation of the company
838: 2 and what it had done in the past in discovering
838: 3 medicines I saw the opportunity that had been
838: 4 discussed with me by Dr Vagelos and Dr Hilleman,
838: 5 that I could apply my basic science background and
838: 6 interest in applying that to medicine by going there
838: 7 in ways that I could never have done staying at NIH,
838: 8 and so I took that opportunity.
838: 9 Q: What was new or different to the
838: 10 approach you had about dealing with viruses?

19 838:12-839:11 Scolnick, Edward 2005-06-01 00:01:17 00:14:24 00:39:45 es0601052 mpg IRMATIVES 19

838: 12 THE WITNESS: Well. we were used to
838: 13 studying viruses from a very molecular perspective,
838: 14 as how they grew, how they reproduced themselves,
838: 15 how they cause disease, and up until that point in
838: 16 the vaccine department, the major approach, which,
838: 17 in fact, had been very successful. was to make
838: 18 so-called live virus vaccines, that is, examples of
838: 19 that are the mumps vaccine, the measles vaccine, the
838: 20 rubella vaccine called MMR that so many children
838: 21 get And their approach was consistent over a
838: 22 number of years in that they would grow these
838: 23 viruses outside humans in cultured cells, so that
838: 24 they no longer caused disease, but they could still
838: 25 replicate when put back into people and cause enough
839: 1 of an antibody response to protect the people from
839: 2 the real disease. That was a technology they
839: 3 developed and perfected
839: 4 It was now clear in the world of
839: 5 science that you could make vaccines in more
839: 6 molecular ways without using live attenuated
839: 7 viruses, and that was the difference in approaches
839: 8 we took when I came to Merck
839: 9 BY MR RABER:
839: 10 Q: You then were promoted to the
839: 11 president of MRL in 1985; is that correct?

Similar Response — Dr. Scolnick's motivation for joining Merck is relevant to the decisions he made during his time there, and his motives for making various Merck decisions. Also explaining Merck approach to research + what that was attractive to Dr. Scolnick. Also goes to witness's background + credibility. Direct response to questions' attacks. 401 403 404 as to Merck

20 839:14-839:19 Scolnick, Edward 2005-06-01 00:00:17 00:15:41 00:38:28 es0601052 mpg IRMATIVES 20

839: 14 THE WITNESS: Yes I was promoted in
839: 15 order to head of the department of vaccine research
839: 16 a year after I came to Merck, six months after that
839: 17 to be head of basic discovery research, and then a

839: 18 year-and-a-half or so roughly after that I became
839: 19 president of MRL

---

21 | 852:15 - 852:18 | Scolnick, Edward 2005-06-01 | 00:00:07 | 00:15:58 | 00:38:11 | es0601052.mpg | IRMATIVES.21

852: 15 Q: Dr Scolnick, would it be fair to say
852: 16 that Vioxx was an important new drug for Merck at
852: 17 that time?
852: 18 A: Yes.

---

22 | 852:20 - 854:1 | Scolnick, Edward 2005-06-01 | 00:01:15 | 00:16:05 | 00:38:04 | es0601052.mpg | IRMATIVES.22

852: 20 THE WITNESS: Yes, it definitely was
852: 21 an important new drug for Merck.
852: 22 BY MR RABER:
852: 23 Q: Would you call it a potential
852: 24 blockbuster for Merck?
852: 25 A: Yes, I would. We knew it would be
853: 1 medically very important, and drugs that are
853: 2 medically important usually turn out to be
853: 3 blockbusters
853: 4 Q: Was it important for Merck to have a
853: 5 blockbuster drug at that time?
853: 6 A: Yes, it was
853: 7 Q: Why is that?
853: 8 A: Merck faced the expiration of patents
853: 9 like Mevacor and Zocor around the turn of the cent
853: 10 -- I'm sorry, Mevacor and Vasotec -- not Zocor, but
853: 11 Mevacor and Vasotec around the turn of the century,
853: 12 and Vioxx was an important drug because of that
853: 13 Q: Dr Scolnick, did there come a point
853: 14 where you learned that there was a competing product
853: 15 out there, in other words, another COX-2 inhibitor
853: 16 that was being developed?
853: 17 A: Yes. Somewhere in the mid-'90s, I
853: 18 don't recall the exact time, we learned that
853: 19 competing -- another company had a competing
853: 20 product.
853: 21 Q: What was the name of that company?
853: 22 A: I think it was Searle. I'm not sure
853: 23 if it was Monsanto or Searle at that point. and the
853: 24 competing product turned out to be Celebrex.
853: 25 Q: Did Merck want to be the first one to
854: 1 come to market?

---

23 | 854:4 - 854:10 | Scolnick, Edward 2005-06-01 | 00:00:13 | 00:17:20 | 00:36:49 | es0601052.mpg | IRMATIVES.23

854: 4 THE WITNESS: Yes, we did We
854: 5 clearly wanted to be the first to come to market
854: 6 BY MR RABER:

854: 7 Q: Why is that?
854: 8 A: Because the first to come to market
854: 9 usually has the greatest chance of having their drug
854: 10 be the most successful and the most widely used.

---

24 855:9-855:23 Scolnick, Edward 2005-06-01 00:00:59 00:17:33 00:36:36 es0601052 mpg IRMATIVES 24

855: 9 Q: Dr Scolnick. what role did your
855: 10 desire to have Vioxx be the first drug to market
855: 11 play in your decisions about safety?
855: 12 A: Despite the fact we wanted to be
855: 13 first, we wanted to be sure what the dosing was
855: 14 because of the issues of hypertension and edema, and
855: 15 we wanted to prove unambiguously the improved safety
855: 16 profile by endoscopy before we went to market.
855: 17 Although it was widely known and in a sense accepted
855: 18 ahead of time that COX-2 inhibitors would be safer
855: 19 for the stomach, we wanted the proof that we could
855: 20 get by the endoscopy studies So, we took the time
855: 21 to very, very carefully do that so that we could
855: 22 document that as part of the initial submission for
855: 23 the drug.

---

25 856:2-856:11 Scolnick, Edward 2005-06-01 00:00:29 00:18:32 00:35:37 es0601052 mpg IRMATIVES 25

856: 2 Q: Which drug came to market first.
856: 3 Celebrex or Vioxx?
856: 4 A: Celebrex came to market first
856: 5 Q: Why is that?
856: 6 A: I don't know the details of why it
856: 7 came to market first. I always felt that it was
856: 8 because we had spent the time on these extensive GI
856: 9 safety studies and other studies that I described to
856: 10 you in order to have really meticulous clinical
856: 11 data.

[Handwritten annotation: "I don't know" speculation 404]

[Handwritten annotation: Important to establish what his perspective is on why Celebrex was first to market. Π's claim that the "Race to market" issue is highly relevant to Merck's motivations in conducting research; etc. Direct response to Π's attacks on Merck's failure to do addt'l studies + allegation that Merck pushed Vioxx to the market.]

---

26 856:23-858:16 Scolnick, Edward 2005-06-01 00:02:29 00:19:01 00:35:08 es0601052.mpg IRMATIVES 26

856: 23 Q: Can you please tell us what was your
856: 24 view about patient safety as president of Merck
856: 25 Research Labs?
857: 1 A: My view on patient safety was well
857: 2 known to every scientist in the laboratory,
857: 3 repeatedly told people that patient safety came
857: 4 first, that if we had a drug that was ready to go
857: 5 into the clinic and undergoing animal safety testing
857: 6 or was in the clinic already and had gone through
857: 7 stages of animal safety testing, that if any serious
857: 8 event occurred in animals or in people in such a
857: 9 program, that I wanted to be the first or among the

857: 10 very first who would know about that so that I could
857: 11 participate in the decision of potentially stopping
857: 12 such a program
857: 13 Q: How did your view about patient
857: 14 safety influence your management style?
857: 15 A: I was very demanding on that point to
857: 16 people I was a perfectionist in that regard. I
857: 17 often reiterated that I wanted people to present
857: 18 all of the data that they had whenever a safety
857: 19 issue came up, analyze it in every which way, and I
857: 20 constantly would go back over it even after first
857: 21 presentations to make sure that whatever had been
857: 22 said and whatever had been presented was accurate
857: 23 and was there more that we could do to reassure
857: 24 ourselves
857: 25 Q: As the president of Merck Research
858: 1 Labs how did you attempt to ensure the integrity of
858: 2 the data from Merck studies?
858: 3 A: I tried to ensure the integrity by,
858: 4 A, emphasizing that we would not tolerate anything
858: 5 but authentic data; and, secondly, by the
858: 6 appointments I made to critical positions in
858: 7 clinical development. The people that headed
858: 8 clinical research, regulatory affairs and
858: 9 biostatistics who were present during most of my
858: 10 time as president were honest, hard working,
858: 11 meticulous people who I felt that I could trust
858: 12 completely to tell me if there was a safety problem
858: 13 about something in the areas that they were dealing
858: 14 with, and the same true of the head of safety
858: 15 assessment at Merck, who reported to me for a number
858: 16 of years while I was president of MRL

---

27 860:7-860:14 Scolnick, Edward 2005-06-01 00:00:23 00:21:30 00:32:39 es0601052 mpg IRMATIVES 27

860: 7 Q: Did you encourage scientific debate
860: 8 within Merck?
860: 9 A: I demanded it I had no tolerance
860: 10 for people who didn't understand their data, hadn't
860: 11 analyzed their data, and couldn't discuss the pros
860: 12 and cons of projects that they were in charge of,
860: 13 the good things, the bad things, what the issues
860: 14 were. I actually demanded that from everybody.

---

28 860:17-860:22 Scolnick, Edward 2005-06-01 00:00:18 00:21:53 00:32:16 es0601052.mpg IRMATIVES 28

860: 17 Q: Dr Scolnick, did you ever make any
860: 18 decisions as president of Merck Research Labs to
860: 19 stop the development of a drug?

860: 20 A: Yes, of course
860: 21 Q: What kinds of considerations were in
860: 22 play in those decisions?

---

29 860:24 -863:6 Scolnick, Edward 2005-06-01 00:02:57 00:22:11 00:31:58 es0601052 mpg IRMATIVES 29

860: 24 THE WITNESS: Sometimes programs were
860: 25 stopped due to lack of efficacy of the compound at
861: 1 the clinic that didn't work, and often they were
861: 2 stopped because of safety problems that arose either
861: 3 in animals on a promising drug or occasionally in
861: 4 trials in humans.
861: 5 BY MR RABER:
861: 6 Q: Can you give us any examples of a
861: 7 situation where you terminated the development of a
861: 8 drug over safety concerns?
861: 9 A: Yes I can give you several examples
861: 10 of that
861: 11 One of the most painful ones was a
861: 12 precursor to Singulair, a compound for the treatment
861: 13 for asthma, that almost got as far as a Phase III
861: 14 study in humans The drug was working well, and a
861: 15 very small number or percentage of patients
861: 16 developed abnormalities of liver function. and we
861: 17 terminated the program because we recognized there
861: 18 was a signal in people and that we didn't want that
861: 19 risk
861: 20 We stopped the development of a
861: 21 special dosage form of Zocor, which was our
861: 22 cholesterol-lowering drug in competition with
861: 23 atorvastatin, and we were trying to develop a
861: 24 special formulation for a higher dose of Zocor and
861: 25 found in humans, despite the excitement about this
862: 1 dosage form, that it caused side effects in people,
862: 2 and we immediately stopped the program. People, in
862: 3 fact, who were in charge of the program, knowing
862: 4 that I would want to know, actually called me in
862: 5 England to tell me about this and to tell me they
862: 6 were stopping the program, they thought it was so
862: 7 important, and they knew I would want to know about
862: 8 it
862: 9 We stopped development in the late
862: 10 '90s of a very, very promising compound in the
862: 11 psychiatric area that would have been a dramatic
862: 12 improvement over a class of drugs called
862: 13 benzodiazepines, which are used to treat anxiety
862: 14 problems and psychosis in humans This drug was

much more selective for the receptors in that pharmacology field It produced all the benefits and lacked most of the significant deficits and problems associated with those drugs, and it was very painful in that it was just a whisper of potential for this drug to alter the structure of DNA, to be a mutagen, and I decided it was not worth that risk because the data was real, although the evidence was slight. and we stopped the development of that drug And there are two or three examples.

Q: Why did you stop the development of those drugs when the safety was called into question?

A: Because I looked at myself first as a physician in my position, and I always wanted to look out for the patient safety as well as the way our drugs worked and benefited patients.

---

| 30 | 876:16-878:3 | Scolnick, Edward 2005-06-01 | 00:01:49 | 00:25:08 | 00:29:01 | es0601052.mpg | IRMATIVES 30 |
|---|---|---|---|---|---|---|---|

Q: Dr Scolnick, are you familiar with something called an FDA Advisory Committee?

A: Yes.

Q: What is an FDA Advisory Committee?

A: An FDA Advisory Committee is a group of outside scientists with various disciplines convened solely by the FDA, composition determined solely by the FDA, that they call upon to review many new drug applications that come to them, especially on any new drug that would have a new mechanism of action, and it's a province of the FDA. It's been there for a very. very long period of time.

Q: Was there an FDA Advisory Committee meeting that occurred relating to the approval of Vioxx?

A: Yes, definitely.

Q: Was that meeting open to the public?

A: Oh, yes

Q: Can you tell us generally what occurred at that meeting?

A: Yes. What occurs at that meeting is the same that occurs at all meetings of the Advisory Committee The sponsor submits a background package to the FDA that they give to the Advisory Committee The FDA prepares its own review of the application which it gives to the committee ahead of time The

sponsor then comes and makes a presentation on the data, quizzed for as long and as extensively as the Advisory Committee wants on any question about the data Has to answer it The FDA presents their interpretation of the data, their analysis of the data. Again, the committee gets a chance to answer questions, ask questions, get them answered. This goes on for several hours, and then eventually the committee is asked to vote on questions that the FDA gives them that relate to the safety, efficacy and approvability of the drug.

---

31 | 878:7 - 878:12 | Scolnick, Edward 2005-06-01 | 00:00:17 | 00:26:57 | 00:27:12 | es0601052 mpg | IRMATIVES 31

Q: The process that you've just described, did that occur with respect to Vioxx before Vioxx was approved?

A: Oh, yes.

Link > P1-28 1

Q: I would like to show you a document that we'll mark as Exhibit 102

---

32 | 878:21 - 879:24 | Scolnick, Edward 2005-06-01 | 00:01:36 | 00:27:14 | 00:26:55 | es0601052 mpg | IRMATIVES 32

Q: Dr Scolnick. can you identify Exhibit 102, please?

Link > P1-28.1.1

A: Yes It's a letter to Dr Robert Silverman, who was a senior director in the Merck Research Lab, regulatory affairs department It is a letter that comes to him from Dr. Robert DeLap, M.D., Ph.D., who is director of drug evaluation at the FDA. and it relates to the new drug application of Vioxx

Q: Dr Scolnick, what is the date of this letter from the FDA?

A: I believe it's May 20, 1999.

Q: Sir, I would like you to take a look, if you would, at the first page of Exhibit 102, and I'm going to ask you, if you would, please, to read out loud the fourth paragraph of this letter

Link > P1-28 1 2

A: The one that begins 'We have'?

Q: Yes

A: The paragraph says, 'We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed labeling text Accordingly. the application is approved effective on the date of this letter'

879: 22 Q: Is this letter what is known as the
879: 23 approval letter for Vioxx?
Link > Hide 879: 24 A: Yes, I believe so.

---

33 885:25-886:6 Scolnick, Edward 2005-06-01 00:00:14 00:28:50 00:25:19 es0601052.mpg IRMATIVES.33

885: 25 Did there come a point in time when
886: 1 you saw the results from the VIGOR study?
886: 2 A: Yes.
886: 3 Q: When did that occur?
886: 4 A: March 9, 2000
886: 5 Q: Were you among the first people at
886: 6 Merck to see those results?

---

34 886:9-886:16 Scolnick, Edward 2005-06-01 00:00:17 00:29:04 00:25:05 es0601052.mpg IRMATIVES.34

886: 9 THE WITNESS: I think I was shown the
886: 10 data or sent the data after the project team
886: 11 initially saw it and analyzed it, so, in that sense,
886: 12 I was among the first, but I was not in the very
886: 13 first group
886: 14 BY MR RABER:
886: 15 Q: What was your initial reaction to the
886: 16 VIGOR results?

---

35 886:19-887:4 Scolnick, Edward 2005-06-01 00:00:29 00:29:21 00:24:48 es0601052.mpg IRMATIVES 35

886: 19 THE WITNESS: I was extremely pleased
886: 20 at the GI outcomes which were much better for Vioxx
886: 21 than naproxen, even the 50 milligrams of Vioxx, and
886: 22 I was stunned and surprised at the cardiovascular
886: 23 differences seen in the trial between naproxen and
886: 24 Vioxx. I did not expect to see such a result.
886: 25 BY MR. RABER:
887: 1 Q: Did you ever put down that initial
887: 2 reaction in writing?
887: 3 A: Yes, I did I sent an e-mail to some
887: 4 members of the project team stating that

---

36 887:19-889:9 Scolnick, Edward 2005-06-01 00:01:58 00:29:50 00:24:19 es0601052.mpg IRMATIVES.36

887: 19 Q: Dr Scolnick, is Exhibit 14 in front
Link > ES1.1.10 887: 20 of you, the e-mail that you just referred to?
887: 21 A: Yes, it is
887: 22 Q: In your e-mail you write: 'To all:
Link > ES1.1.6 887: 23 I just received and went through the data Thank
887: 24 you for sending it to me There is no doubt about
887: 25 the pub data Very very strong. As expected ' Do
888: 1 you see that?
888: 2 A: Yes, I do.
888: 3 Q: What is the 'pub data'?
888: 4 A: PUB is shorthand for perforations,

ulcers and bleeds Those were the serious side
effects of prior nonsteroidals that everyone wanted
to know about
Q: When you say 'Very very strong As
expected,' what were you referring to?
A: I was referring to the fact that the
first look at the data, there seemed to be a
dramatic increase in the number of those compared to
naproxen in the study.

Link > ES1.1.7

Q: You go on to say: 'General safety is
better than could hope for in this patient
population. Incidences of hypertension, renal
anything. edema, liver. all great - very safe
Very, very safe.' Do you see that?
A: Yes, I do
Q: When you are talking about 'better
than could hope for in this patient population,'
what does that refer to?
A: These patients were patients who had
rheumatoid arthritis, a very serious illness Many
of them would be on steroids in addition to whatever
nonsteroidal anti-inflammatories, some other
medications also, and a somewhat fragile patient
population in that regard Therefore. whenever one
tests any kind of drug in a patient population
that's sick to begin with, as these patients were,
one worries that one might see side effects that
would show up in an unexpected way, and those were
not seen and not detected in the trial, and I was
very pleased about that

---

37 889:18-890:11 Scolnick, Edward 2005-06-01 00:00:41 00:31:48 00:22:21 es0601052 mpg IRMATIVES.37

Link > ES1.1.8

Q: Dr Scolnick, you then go to say,
'The CV events are clearly there.' Do you see that?
A: Yes, I do.
Q: What does that refer to?
A: What I was referring to was the
reports of the cardiovascular events in the two arms
of the trial and that the two curves were different,
the incidence of curves were clearly
distinguishable.
Q: There was a difference in the number
of CV events between the Vioxx group and the
naproxen group. Is that what you're saying?
A: Yes, that's exactly what I'm saying
Q: Further down you say, 'it is

Link > ES1 1.9

mechanism based as we worried it was ' Do you see that?

A: Yes, I do

Q: What does it mean when you say 'it is mechanism based'? What were you referring to?

---

38 890:14-894:13 Scolnick, Edward 2005-06-01 00:05:04 00:32:29 00:21:40 es0601052 mpg IRMATIVES.38

Link > Hide

THE WITNESS: Well, as part of my initial reaction, as I've described many times, I hadn't expected these results, and my very first reaction was that Vioxx had elevated the rate as opposed to naproxen lowering the rate, and my connection was to the prostacyclin hypothesis, which was my set of first thoughts when I saw the data That's what I was talking about, since COX-2 inhibitors had been shown to lower prostacyclin in the urine

BY MR RABER:

Q: You go on to say at the end of this e-mail 'We have a great drug' and you say 'The class will do well ' Do you see those references?

Link > ES1 1 10

A: Yes, I do.

Q: What did you mean by that?

Link > Hide

A: Well, that even if these results were caused by Vioxx as opposed to not being caused by Vioxx. the incidence was low, we could change the label to reflect the results, the drug still had a significant benefit to patients, and people and we would learn how to use it safely in people and still produce the benefit with an articulation of what could have been a known risk at that point -- what I thought was a known risk at that point

Q: Dr Scolnick. did there come a time when members of the Vioxx team informed you that there might be another explanation for the difference in the CV events between Vioxx and naproxen?

A: Yes. Subsequently to this, and I don't recall whether it was this evening or the next day, members of the team told me they, in fact, thought there was a very plausible and more likely explanation for the differences in the event rates in the two arms of the trial.

Q: What did you instruct the Vioxx team members to do at that point?

A: Well, they told me that because

naproxen was at this dose twice a day, 500 milligrams twice a day, had potent anti-platelet activity, that the more plausible explanation was that naproxen had actually lowered the CV event rate in the trial So, I said to them, well, that sounds good, but what other evidence is there to support that? So, let's look back at all of our clinical trial data and see if there's any other evidence for that, and what other evidence can you find that naproxen or drugs like naproxen couldn't be cardioprotective.

Q: Did the Vioxx team present you with any evidence of naproxen's ability to inhibit platelets the way that they had described?

A: Yes They told me about it and I believe showed me a graph which showed that naproxen 500 milligrams twice a day was potent, had a potent anti-platelet effect throughout the day and compared that to ibuprofen and diclofenac, two other members of the class which did not in their usual dosage regimens have that kind of effect, and, therefore, naproxen was unique as a prototypical anti-inflammatory drug.

Q: That data about naproxen that you were shown, was that data that had been obtained in a Merck-related study?

A: The biochemistry data I'm talking about in people, I think, was in a Merck study, yes, clinical pharmacology study

Q: That data, were you aware of that data when you wrote your e-mail on March 9, 2000?

A: No. I had not been aware of it. I was very surprised at this data and had not heard about the naproxen effect before they told me about it

Q: In your words, what did that data about naproxen suggest to you at that point?

A: Well, at that point, my thinking, I thought, well, they have a plausible hypothesis here. This is certainly -- based on the anti-platelet activity, they could be seeing a naproxen-protective effect I wanted them to look at all our other clinical trial data again and was really struggling with trying to find a way to get more placebo-controlled data. Because in this trial, what we had from our database at that point

was, on the one hand we had Vioxx versus all the nonsteroidals which had been tested in our trials, Phase IIb/III trials and extensions where we had seen no difference in cardiovascular event rates Then now we had a trial where at 50 milligrams of Vioxx versus naproxen we had a difference, and those were two different databases, neither of which had a placebo against it. So, their interpretation based on the anti-platelet activity was naproxen had lowered the heart attack rate consistent with the fact that it was different biochemically from other nonsteroidals and Vioxx was not different from them in CV events. I said the tie breaker here has to be placebo data. and how much placebo data do we have to see if Vioxx is different from placebo

---

39 894:16-895:25 Scolnick, Edward 2005-06-01 00:01:52 00:37:33 00:16:36 es0601052 mpg IRMATIVES.39

Q: Before we get to placebo data, did the Vioxx project team provide you with any other biochemical or pharmacological information that suggested a drug like naproxen could inhibit platelets like aspirin?

A: Yes. They actually told me about and then subsequently sent me a paper on a drug called flurbiprofen, which is a very potent nonsteroidal. In the doses given in the trials they cited to me, it blocks platelets like naproxen It had been tested in a very high risk patient population in which patients had their arteries open, something called angioplasty today, and then followed for six months with and without flurbiprofen treatment to see if flurbiprofen lowered the restenosis, reclotting rate of these opened arteries And lo and behold, flurbiprofen had a dramatic benefit to those patients that dropped the restenosis rate, the rethrombosis rate dramatically in those patients Subsequently they told me about a drug called indobufen which had even more data associated with it It had two other clinical situations It had an actual heart bypass graft where it blocked the stenosis, subsequent clotting of that. and yet another situation, patients who have a rhythm disturbance in their atrium which sets them up to have clots, called atrial fibrillation. and giving those patients indobufen reduced the incidence of their thrombotic events.

So, they had three pieces of information with drugs like naproxen, which was very strong clinical evidence to support the biochemical evidence that we had with naproxen at that point
Q: I would like to show you a document that we'll mark as Exhibit 103

---

40 | 896:13-899:11 | Scolnick, Edward 2005-06-01 | 00:04:01 | 00:39:25 | 00:14:44 | es0601052 mpg | IRMATIVES 40

Q: Dr Scolnick, can you identify Exhibit 103, please?
A: Yes Exhibit 103 is a paper from the European Heart Journal published in 1993. The title of the paper is 'Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction.'
Q: Is this Exhibit 103, the flurbiprofen data or paper that you referred to earlier in your testimony?
A: Yes, it is.
Q: Were you aware of the data contained in this paper on flurbiprofen when you wrote your e-mail on March 9, 2000?
A: No, I was not
Q: Similarly, were you aware of the data regarding the drug indobufen when you wrote your e-mail on March 9, 2000?
A: No, I was not
Q: You mentioned a few minutes ago something about placebo data Can you tell us what else you and your team looked at to answer the question of whether the difference in the CV rates between naproxen and Vioxx was due to naproxen?
A: During the discussion of trying to figure out a way to look at placebo data, someone, I don't recall who, reminded us that we had an ongoing trial in patients with Alzheimer's disease. This trial compared placebo to 25 milligrams of Vioxx, and I don't recall whether it was a treatment trial or a prevention trial, but it was attempting to improve the lot, the clinical benefit to patients with Alzheimer's. The reason this trial was ongoing was there was a theory, again a hypothesis, that such an anti-inflammatory would improve the clinical condition or prevent the progression of Alzheimer's disease based on literature post hoc epidemiology

data, but it was only a hypothesis. And it was now regarded that Vioxx was safe enough on the stomach to test this theory in patients with Alzheimer's compared to placebo No drug had ever been shown to retard the progression of Alzheimer's, so, it was perfectly ethical to do the study versus placebo, it was a fairly large study And the group thought very sharply, they figured out that -- there were only two arms in the trial, treatment arm A and treatment arm B. They were blinded, but during any trial, including this one, we always record immediately in our database adverse experience reports that come in during the course of the trial, and. therefore, this database had potentially in it cardiovascular adverse experience reports from the Alzheimer's trial, an old population presumably with some underlying heart disease So, we said, terrific. is there a way without unblinding the whole trial that we can look at this safety data, column A and column B. And it was clear, made clear by the statistics group to me that we could do that without compromising the trial by just aggregating the data under treatment A and treatment B. and they would enumerate the cardiovascular side effects. And I said that's just terrific, go do it right away. I want to know the minute you know the answer to this. So, they did all the things necessary to do this legally, and they enumerated all the data, they called me 48 hours later in the evening on a Sunday night and told me that there was no difference in the event rates in treatment A and treatment B arm. That was greatly reassuring

Q: Why was that significant to you?

41 899:14-900:10 Scolnick, Edward 2005-06-01 00:01:01 00:43:26 00:10:43 es0601052.mpg IRMATIVES.41

THE WITNESS: That was significant to me because it was in my mind the critical piece of information to accept the naproxen hypothesis that the group had put forward. We knew naproxen could be potentially cardioprotective based on all the data I've talked to you about, but I wanted to see data versus Vioxx, because if they were right, Vioxx versus placebo should not have been different. And

899: 22 when I was told this data, I was reassured, but I
899: 23 then asked the statistician who called me, I want to
899: 24 know not just the grouped data that that you've
899: 25 given me, I want to know all the categories of
900: 1 cardiovascular events in both treatment arms, A and
900: 2 B And he read me those on the phone and, again,
900: 3 they were no different. And so I was really
900: 4 relieved and reassured. and thought, well, they are
900: 5 right, I was wrong, and the naproxen hypothesis is
900: 6 the explanation for this
900: 7 BY MR RABER:
900: 8 Q: Did Merck do anything to look at the
900: 9 osteoarthritis data that it was continuing to
900: 10 collect at that point?

---

42 900:12-901:1 Scolnick, Edward 2005-06-01 00:00:48 00:44:27 00:09:42 es0601052 mpg IRMATIVES 42

900: 12 THE WITNESS: Yes We continually
900: 13 looked at that data. as more and more patients
900: 14 accrued from different trials, updated it, did large
900: 15 meta-analyses of the trials comparing Vioxx to the
900: 16 other comparators, continually looking to see if
900: 17 there was a signal, and there was no signal
900: 18 Q: All right
900: 19 Dr Scolnick. then after you
900: 20 considered the data about naproxen, after you
900: 21 considered the data about flurbiprofen and the data
900: 22 about indobufen and the data from the Alzheimer's
900: 23 trials comparing Vioxx with placebo, what did you
900: 24 conclude was the best explanation for the
900: 25 differences in CV events that occurred in the VIGOR
901: 1 study?

---

43 901:3-901:6 Scolnick, Edward 2005-06-01 00:00:10 00:45:15 00:08:54 es0601052 mpg IRMATIVES.43

901: 3 THE WITNESS: I concluded the team
901: 4 had been right and I had been wrong, that the
901: 5 naproxen arm was lower than the Vioxx arm because
901: 6 naproxen had been cardioprotective.

---

44 905:1-907:16 Scolnick, Edward 2005-06-01 00:03:31 00:45:25 00:08:44 es0601052 mpg IRMATIVES.44

905: 1 Can you identify the e-mail that
905: 2 appears towards the bottom of this exhibit?
Link > P1-1.1.1 905: 3 A: Yes, I can. It's an e-mail from
905: 4 myself on February 8th to Douglas Greene, Alise
905: 5 Reicin, Alan Nies, Harry Guess, Deborah Shapiro and
905: 6 Thomas Simon, and the subject is 'Today'
Link > Hide 905: 7 Q: Doctor, your e-mail reads 'To ALL.'
905: 8 Well, let me back up What was the context of your

sending this e-mail to those individuals on this day?
A: The context was to congratulate them for the wonderful job they had done in presenting the data to the committee, answering all the questions in great detail, being prepared for the details that the Advisory Committee wanted on additional questions, and I thought they had just done a fantastic job. and I wanted to encourage them and tell them what a great job it was.

Link > P1-1.1 1

Q: Your E-mail reads: 'To ALL. I bit my nails all day. You all were FANTASTIC. You made them look like grade d high school students and you won big huge and completely. You should be proud happy and exhausted. Enjoy and bask in the warmth of having done an impossible job superbly/Ed ' Do you see that?

Link > Hide

A: Yes, I do
Q: Can you explain to us your reference there to making someone look like grade D high school students?
A: Yes. I was trying to praise the team in a way that was simply an analogy to something that had that happened several years ago during our Crixivan NDA review.
Q: What had happened there?
A: When we presented Crixivan at a comparable FDA Advisory Committee meeting, and I don't recall the exact year this was, it was in the earlier '90s, we had come -- it was a two-day meeting on protease inhibitors. Another sponsor had presented theirs on the first day, and we were presenting on the second day. Our presentation was finished by the physician who made it, and when he finished, the first hand up from the Advisory Committee was from someone on the committee who said to our presenter, that was fantastic. You made them look like grade D high school students. And that was all I was referring to here. It was a laudatory comment by a member of this past Advisory Committee, and I was sort of reminding them of that comment in a kind of jovial way when I was so proud of them for what they had done.
Q: You refer later on in this e-mail to your team 'having done an impossible job superbly.' Do you see that?

907: 5 A: Yes, I do
907: 6 Q: What's the 'impossible job' that
907: 7 you're referring to?
907: 8 A: Well. I thought that having a public
907: 9 discussion about cardiovascular events was a very
907: 10 difficult subject to handle and that they did it in
907: 11 an unemotional way where it was carried out in a
907: 12 completely rational discussion with full disclosure
907: 13 of all the data without anyone becoming emotional
907: 14 about it either on our side or the committee side,
907: 15 so that all the data could be considered rationally,
907: 16 and a most rational decision could be made.

---

45 919:2-919:4 Scolnick, Edward 2005-06-01 00:00:07 00:48:56 00:05:13 es0601053.mpg IRMATIVES.45

919: 2 Q: Before the VIGOR results came out.
919: 3 had you used Vioxx personally?
919: 4 A: Yes

46 919:7-919:18 Scolnick, Edward 2005-06-01 00:00:26 00:49:03 00:05:06 es0601053.mpg IRMATIVES.46

919: 7 Q: For what condition?
919: 8 A: I have a chronic sciatic nerve
919: 9 problem due to a disc and a back fusion that was
919: 10 done in the late '70s
919: 11 Q: How often did you take Vioxx before
919: 12 the VIGOR results came out?
919: 13 A: On the average, once or twice a week
919: 14 Sometimes several days in a row when I traveled. but
919: 15 on the average. once or twice a week
919: 16 Q: After the VIGOR results came out and
919: 17 showed a difference between Vioxx and naproxen. did
919: 18 you stop taking Vioxx?

47 919:20-919:21 Scolnick, Edward 2005-06-01 00:00:03 00:49:29 00:04:40 es0601053.mpg IRMATIVES.47

919: 20 THE WITNESS: No I used it in the
919: 21 same way

[Handwritten margin note: TI are suggesting Dr. Scolnick knowledge about the alleged risks or safety of Vioxx is relevant to Merck's motivation and actions. Dr. Scolnick's highly personal use is relevant to his views on the safety of Vioxx. Excluded by M.I.L. 401 403 801]

---

48 920:10-920:24 Scolnick, Edward 2005-06-01 00:00:56 00:49:32 00:04:37 es0601053.mpg IRMATIVES.48

920: 10 Q: Did you ever share your thoughts
920: 11 after you had seen all the data relating to naproxen
920: 12 and Vioxx and placebo, did you ever share your
920: 13 feeling that you believed there was no safety
920: 14 problem with Vioxx?
920: 15 A: Yes I told people that all the
920: 16 evidence we had was completely consistent with the
920: 17 fact that naproxen was cardioprotective, that one
920: 18 could not exclude any effect of Vioxx, because that
920: 19 was trying to prove a negative. and that was very
920: 20 difficult to do in science. and those were the kinds

920: 21 of statements I would make to people
920: 22 Q: Dr. Scolnick, I want to show you a
920: 23 document we'll mark as Exhibit 105. It has the
920: 24 numbers MRK-ACT0009918

---

49 921:6-922:4 Scolnick, Edward 2005-06-01 00:01:15 00:50:28 00:03:41 es0601053 mpg IRMATIVES.49

921: 6 Q: Can you identify for us the e-mail
921: 7 that appears in the middle of the page on Exhibit
921: 8 105?
921: 9 A: Yes It is an e-mail from myself to
921: 10 Alan Nies, Alise Reicin and Harry Guess The
921: 11 subject is: 'A word of Praise '
921: 12 Q: What is the date of this e-mail?
921: 13 A: February 4, 2001.
921: 14 Q: What was the context for sending this
921: 15 e-mail to that group on February 4 of 2001?
921: 16 A: I believe they were getting close to
921: 17 the FDA Advisory Committee on the VIGOR results, and
921: 18 I wanted to tell them that they had done a terrific
921: 19 job, and I was no longer worried about the safety of
921: 20 the drug and all the issues that we've covered and,
921: 21 again, thank them for the enormous amount of work
921: 22 they had done so well. They were extremely
921: 23 thorough.
921: 24 Q: Your e-mail says towards the middle
921: 25 'We all worried to death about the CV events last
922: 1 Spring.' Then it says: 'But I was sick at the
922: 2 thought we might be doing harm to patients ' Do you
922: 3 see that?
922: 4 A: Yes, I do

---

50 922:8-923:9 Scolnick, Edward 2005-06-01 00:01:24 00:51:43 00:02:26 es0601053 mpg IRMATIVES.50

922: 8 Q: What is that referring to?
922: 9 A: It is referring to my major concern
922: 10 which was, as I told you earlier, I always regarded
922: 11 myself as a physician first and as president of MRL
922: 12 second. And the thought that I had initially that
922: 13 Vioxx might be harming patients was really quite
922: 14 upsetting to me, and we worried about it. we looked
922: 15 for whether it was the case or not, and as I've
922: 16 stated here, I told them that, I knew that they all
922: 17 thought the same way, and told them that I was no
922: 18 longer worried, that we had done so much analysis
922: 19 and had so much other data that I had been reassured
922: 20 that the drug was safe
922: 21 Q: Your e-mail goes on to say: 'I KNOW
922: 22 each of you well enough to know you felt the same

922: 23 way. With all the data now available I am no longer
922: 24 worried ' Do you see that?
922: 25 A: Yes, I do.
923: 1 Q: Did that reflect your state of mind
923: 2 about the safety of Vioxx as of February 4, 2001?
923: 3 A: Yes That's what I said in the
923: 4 e-mail
923: 5 Q: Did Merck continue to study and
923: 6 analyze data relating to Vioxx?
923: 7 A: Yes. Again, other ongoing trials
923: 8 were done. They were all analyzed in the same way
923: 9 with the same standard operating procedure

---

51 951:13-951:22 Scolnick, Edward 2005-06-01 00:00:30 00:53:07 00:01:02 es0601053 mpg IRMATIVES.51

951: 13 Q: Dr Scolnick, can you please identify
951: 14 Exhibit 111?
Link > 244 1 1
951: 15 A: Yes. It is an e-mail from myself to
951: 16 Dr. Alise Reicin It is November 7, 2001 The
951: 17 subject is 'Comfort '
951: 18 Q: Dr Scolnick, in looking at this
951: 19 e-mail. does this refresh your memory as to whether
951: 20 you told any of your colleagues at Merck near the
951: 21 end of 2001 that you were comfortable with the data
951: 22 and felt you didn't have any problems with Vioxx?

---

52 951:24-952:12 Scolnick, Edward 2005-06-01 00:00:33 00:53:36 00:00:33 es0601053 mpg IRMATIVES.52

951: 24 THE WITNESS: I don't recall this
951: 25 memo, but it's clear I wrote it
952: 1 BY MR. RABER:
952: 2 Q: Can you read to us what it says,
952: 3 please?
952: 4 A: 'Alise Thanks for the update today
952: 5 The rates in the Alzheimer's study and the large
952: 6 numbers of patients included make me very
952: 7 comfortable with the data and that we do not have
952: 8 any problems. Many thanks again/ Ed '
952: 9 Q: Does this e-mail that you wrote on
952: 10 November 7, 2001 accurately reflect your state of
952: 11 mind about the safety of Vioxx at that time?
952: 12 A: Yes, it does.

---

Play Time for this Script: 00:54:09

Total time for all Scripts in this report: 00:54:09

Dr Scolnick is author of the email + email constitutes a business record. He is testifying about his own state of mind 401 701 801 + Π have put Dr. Scolnick's state of mind re: safety of Vioxx directly at issue in the case. Highly relevant to decision of Dr. Scolnick as President of Merck Research Labs + is responsive to Π's questions about other emails concerning Dr Scolnick's interpretation of data.

again to this same team of people working on the negotiations over the Vioxx label; true?
A: Yes.
Q: You wrote, 'To ALL: If you can get this label it will be an Al Michaels quote: 'Do you believe in miracles?" What are you referring to there?
A: I'm referring to Al Michael's quote when the U.S. Olympic team beat the Russians in whatever year it was in ice hockey.
Q: It was like an impossible task; right?
A: It certainly appeared to be.

---

253 **415:12 -415:15** Scolnick, Edward M., M.D. 2005-05- 00:00:21

Q. Sir, passing over what we just marked as Exhibit 18 to your deposition. For the record, it's a January 28, 2001 e-mail from yourself to Eve Slater.

---

254 **415:24 -416:1** Scolnick, Edward M., M.D. 2005-05- 00:00:04

Q. Okay. Do you see your e-mail at the top?
A. Yes, I do.

---

255 **416:6 -416:12** Scolnick, Edward M., M.D. 2005-05- 00:00:09

Q. Then you continue, "This Fries incident is a disaster for Merck." Do you see that?
A. Yes, I do.
Q. You wrote that?
A. I did.
Q. You believed it at the time?
A. I did.

---

256 **416:21 -417:5** Scolnick, Edward M., M.D. 2005-05- 00:00:15

Q. Then you continued. "Worse than Vigor results themselves." Do you see that?
A. Yes.
Q. The VIGOR results were also a disappointment for Merck; true?
A. Some of them were surprising, as you know, and some of them were excellent.
Q. Okay.
And the ones that were surprising were the cardiovascular effects of Vioxx; true?

---

257 **417:8 -418:6** Scolnick, Edward M., M.D. 2005-05- 00:00:55

THE WITNESS: The difference between naproxen and Vioxx was surprising in the VIGOR

Overruled Play as is. It is his E mail. He wrote it. I excluded the article because it is confusing & has 403 problems.

To: Slater, Eve
From: Scolnick, Edward M.
Cc
Bcc:
Date: 2001-01-28 12:55:20
Subject: RE: OPDRA report vs FOI

---

sounds good.You can try to perform your first miracle in the new job with USA Today. ~~This [illegible] incident is a disaster for merck~~. Worse than Vigor results themselves.I hope and pray it does not change forever the image of the company.But it may, Once the hounds smell blood, I am afraid the scent will attract other hounds and sharks. If it were me I would fire relevant parties summarily/Ed

- π's only redact Fries
- Δ's want whole sentence out

----------
From: Slater, Eve
Sent: Saturday, January 27, 2001 11:25 AM
To: Scolnick, Edward M.
Subject: RE: OPDRA report vs FOI

Ed, yes, thanks, but the inference will be that Celebres has fewer AEs in every major category, because of some accounting error at OPDRA. I feel we at least should ask OPDRA how they got their numbers, but I haven't heard back from Bonnie or Doug yet , so I'll recommend that this should be done. Regards, eve

-----Original Message-----
From: Scolnick, Edward M.
Sent: Saturday, January 27, 2001 8:54 AM
To: Slater, Eve
Subject: RE: OPDRA report vs FOI

Eve Interesting. We both know how soft postmarketing numbers are. I would simply have this data available for the avd meeting if needed and present it on a simple slide if it seems to be needed/Ed

----------
From: Slater, Eve
Sent: Friday, January 26, 2001 4:56 PM
To: Goldmann, Bonnie J; Blois, David W.; Silverman, Robert E. (MRL); Reicin, Alise S.; Gertz, Barry J.; Gertz, Barry J.; Nies, Alan S.; Greene, Douglas Dr.; Hirsch, Laurence J.; Wainwright, Joan; Weiner, Jan D.; Hostelley, Linda S; Gruer, Peter JK; Bold, Thomas M.; Vilardo, Laura; Braunstein, Ned S.
Cc: Scolnick, Edward M.; Frazier, Kenneth C.
Subject: OPDRA report vs FOI
Importance: High

Friends,
In attempting to answer a question by Larry Hirsch at a Public Affairs Key Messages teleconference, I have realized that there is a major disconnect between the OPDRA numbers for serious events such as GI, MI, etc. and what Laura Vilardo in WPS&E has obtained for these numbers comparing Celebrex vs us in FOI. Larry's observation was : How come FDAs numbers for certain AEs, e.g., GI deaths(36C vs 37V), MIs(37C vs 27V), strokes(31C vs 43V), renal failure(112C vs 142V), etc. look so similar when C's been on the market 6mos longer? Well, when I looked at our review by Laura Vilardo of WPS&E of the FOI data base, and WHO numbers recently obtained from Gunilla Eneroth, and those data bases have many more AEs for C than captured in the OPDRA report. Here are some examples from FOI: total reports 9293C vs 2163V, serious reports 4405C vs 1685V, MIs: 72C vs 30V, strokes: 93C vs 39V etc.. From the WHO which is total WW cumulative: total AEs 18106C vs 8874V, MIs 44C vs 33V, acute renal failure 113C vs 77V, etc.. I have put this report on shuttles to you as we speak. Linda Hostelley and I have tried to speculate on reasons for the discrepancies, but it would appear as if the OPDRA report (which is quite comprehensive for our numbers) is seriously lacking in their numbers. Has the reviewer missed an SUR?, have Pharmacia been systematically misclassifying their reports? We cannot come up with an explanation.
We are concerned that the OPDRA report is going on the web in 6 days and is incomplete/misleading. Please your thoughts on how to proceed.

P1.1370

Eve

---

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER MRK-ABD0002347