UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX                                    :       MDL NO. 1657

PRODUCTS LIABILITY LITIGATION  :       SECTION: L

                                                         :

                                                         :       JUDGE FALLON

                                                         :       MAG. JUDGE KNOWLES

............................................... :

**THIS DOCUMENT RELATES TO**
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial deposition exhibits relating to the deposition of Jo Jerman. The Defendant, however, made objections to the exhibits. The Court ruled on these objections. The Court's rulings are noted on the attached sheet, which has been entered into the record.

New Orleans, Louisiana, this __7th__ day of __February__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No ____

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED