

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|   | : | MDL NO. 1657 |
| IN RE: VIOXX | : |   |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial portions of a depositions taken of Wendy Dixon. In response, the Defendant objected to certain portions of the deposition and sought to offer counter-designations and affirmative designations of the same deposition testimony. The Plaintiff, however, made several objections to the Defendant's proffered deposition testimony. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __7th__ day of ___February___, 2006.

UNITED STATES DISTRICT JUDGE

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED