IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| DONALD CRULL | § | |
| Plaintiff, | § § § § | |
| vs. | § | CASE NO. 05-4541 |
| MERCK & CO., INC. | § § § | MDL No. 1657 Sect. L, Mag. 3 |
| Defendant. | § | |

In re: Vioxx Products Liability Litigation

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter the appearances of Todd M. Weir and R. Fletcher Koch, Otjen, Van Ert, Lieb & Weir, S.C., 700 N. Water Street, Suite 800, Milwaukee, WI 53202, as additional counsel in this case for:

**MERCK & CO., INC.**

Dated: February 9, 2006

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504 / 581 3200
Fax: 504 / 581 3361

Defendants' Liaison Counsel

798933v.1

> Todd M. Weir, WI SBN 101442
> R. Fletcher Koch, WI SBN 1054736
> Otjen, Van Ert, Lieb & Weir, S.C.
> 700 N. Water Street, Suite 800
> Milwaukee, WI 53202
> Phone: 414 / 271 7271
> Fax: 414 / 271 7272
>
> Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No.8, on this 9th day of February, 2006.

_____
Dorothy A. Wimberly

798933v.1