# Spohrer Wilner

## MAXWELL & MATTHEWS, P.A.
ATTORNEYS AND COUNSELORS AT LAW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -9 AM 11: 34
LORETTA G. WHYTE
CLERK

Galen D. Bauer
Edward M. Booth
Steven R. Browning
Sean B. Cronin
Robert B. Guild
Stephanie J. Hartley
Floyd L. Matthews
Gregory A. Maxwell
Barry E. Newman
Chad S. Roberts
Robert F. Spohrer
Gretchen Van Liere
Norwood S. Wilner

January 23, 2006

Clerk of Court, Eastern District of Louisiana
102 Versailles Street, Suite 501
Lafayette, LA 70501

    RE:    *Leslie Hantz and James J. Hantz, her husband vs Merck & Co, Inc., et al.*

Dear Sir or Madam:

    Please find enclosed a Summons for issuance in the above case which was transferred to the MDL in December of last year.

    Also enclosed is a self-addressed, stamped envelope for returning the Summons to us.

    If you have any questions, please feel free to contact me at 1-800-413-7948.

Very truly yours,

Nancy O'Grady
Legal Assistant
Floyd L. Matthews, Jr.

nlo'g
Enclosures

___ Fee ___
✓ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___