UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -9  AM 10: 48

LORETTA G. WHYTE
CLERK



|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**
   *Louisiana Health Service Indemnity Co. v. Merck & Co., Inc.*, 05-713

### ORDER

Considering that the Defendant is unopposed to the Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint with Incorporated Memorandum In Support Thereof (Rec. Doc. 3052), IT IS ORDERED that the Plaintiff's motion is GRANTED.

New Orleans, Louisiana, this   8th   day of   February   , 2006.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____