FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -9  PM 1:10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| ALL FOREIGN CLASS ACTION COMPLAINTS | JURY TRIAL DEMANDED |

MDL Nos. 05-518, 05-519, 05-520, 05-521,
05-522, 05-1093, 05-1094, 05-1095, 05-1096,
05-1097, 05-1098, 05-1280, 05-1557, 05-1558,
05-1559, 05-1560, 05-1561, 05-1783, 05-1784,
05-1785, 05-1786, 05-1787, 05-1788, 05-1789,
05-1790, 05-1791, 05-2039, 05-2040, 05-2041,
05-2042, 05-2043, 05-2044, 05-2045, 05-2046,
05-2047, 05-2048, 05-2049, 05-2050, 05-2051,
05-2299, 05-2300, 05-2301, 05-2302, 05-2303,
05-2304, 05-2305, 05-2306, 05-2307, 05-2308,
05-2309, 05-2310, 05-2311, 05-2312, 05-2313,
05-2314, 05-2315, 05-2316, 05-2317, 05-2318,
05-2319, 05-2320, 05-2321, 05-2322, 05-2323,
05-2324, 05-2325, 05-2326, 05-2327, 05-2328,
05-2329, 05-2330, 05-2331, 05-2332, 05-2333,
05-2334, 05-2335, 05-2336, 05-2337, 05-2338,
05-2339, 05-2340, 05-2341, 05-2342, 05-2343,
05-2344, 05-2345, 05-2346, 05-2347, 05-2348,
05-2349, 05-2350, 05-2351, 05-2938, 05-2939,
05-2940, 05-2941, 05-2942, 05-2943, 05-2944,

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

798916v.1

| | |
|---|---|
| 05-2945, 05-2946, 05-2947, 05-3169, 05-3170, | ) |
| 05-3171, 05-3172, 05-3173, 05-3174, 05-3175, | ) |
| 05-3176, 05-3177, 05-3178, 05-3179, 05-3180, | ) |
| 05-3181, 05-3182, 05-3183, 05-3184, 05-3185, | ) |
| 05-3186, 05-3187, 05-3188, 05-3189, 05-3190, | ) |
| 05-3191, 05-3192, 05-3193, 05-3194, 05-3195, | ) |
| 05-3196, 05-3197, 05-3198, 05-3199, 05-3200, | ) |
| 05-3201, 05-3202, 05-3203, 05-3204, 05-3205, | ) |
| 05-3206, 05-3207, 05-3208, 05-3209, 05-3210, | ) |
| 05-3211, 05-3212, 05-3213, 05-3214, 05-3215, | ) |
| 05-3443, 05-3444, 05-3445, 05-3446, 05-3447, | ) |
| 05-3448, 05-3449, 05-3450, 05-3451, 05-3452, | ) |
| 05-3453, 05-3454, 05-3455, 05-3456, 05-3457, | ) |
| 05-3458, 05-3460, 05-3461, 05-3462, 05-3463, | ) |
| 05-3464, 05-3465, 05-3466, 05-3467, 05-3468, | ) |
| 05-3469, 05-3470, 05-3471, 05-3472, 05-3473, | ) |
| 05-3474, 05-3475, 05-3476, 05-3477, 05-3478, | ) |
| 05-3479, 05-3480, 05-3482, 05-3483, 05-3484, | ) |
| 05-3485, 05-3486, 05-3487, 05-3489, 05-3490, | ) |
| 05-3492, 05-3493, 05-3494, 05-3495, 05-3496, | ) |
| 05-3497, 05-3498, 05-3499, 05-3501, 05-3502, | ) |
| 05-3503, 05-3504, 05-3505, 05-3506, 05-3507, | ) |
| 05-3508, 05-3509, 05-3510, 05-3511, 05-3512, | ) |
| 05-3513, 05-3514, 05-3515, 05-3516, 05-3517, | ) |
| 05-3518, 05-3519, 05-3520, 05-3521, 05-3522, | ) |
| 05-3523, 05-3524, 05-3525, 05-3526, 05-3527, | ) |
| 05-3528, 05-3529, 05-3530, 05-3531, 05-3532, | ) |
| 05-3533, 05-3534, 05-3535, 05-3536, 05-3537, | ) |
| 05-3538, 05-3539, 05-3540, 05-3541, 05-3543, | ) |
| 05-3544, 05-3545, 05-3546, 05-3547, 05-3548, | ) |
| 05-3549, 05-3550, 05-3551, 05-3552, 05-3553, | ) |
| 05-3554, 05-3555, 05-3556, 05-3558, 05-3559, | ) |
| 05-3560, 05-3561, 05-3562, 05-3563, 05-3564, | ) |
| 05-3565, 05-3566, 05-3567, 05-3568, 05-3569, | ) |
| 05-3570, 05-3571, 05-3572, 05-3573, 05-3574, | ) |
| 05-3575, 05-3576, 05-3577, 05-3578, 05-3580, | ) |
| 05-3581, 05-3582, 05-3583, 05-3584, 05-3585, | ) |
| 05-3586, 05-3587, 05-3588, 05-3589, 05-3590, | ) |
| 05-3591, 05-3592, 05-3593, 05-3594, 05-3595, | ) |
| 05-3596, 05-3597, 05-3598, 05-3599, 05-3600, | ) |
| 05-3601, 05-3602, 05-3603, 05-3818, 05-3887, | ) |
| 05-3888, 05-3889, 05-4624, 05-4625, 05-4705, | ) |
| 05-4706, 05-4707, 05-4708, 05-4709, 05-4710, | ) |
| 05-4856, 05-4857, 05-4925, 05-5171, 05-5172, | ) |

05-5374, 05-5656, 05-5859, 05-5860, 05-5861,    )
05-6224, 05-6544, 05-6545, 05-6546, 05-6547,    )
05-6762, 05-6763                                )
_____)

## AMENDED NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT MERCK & CO., INC.

Please take notice that the law firm of Squire, Sanders & Dempsey, L.L.P. is being substituted as counsel of record for Defendant Merck & Co., Inc., in place of Bunda Stutz & DeWitt, PLL in the cases listed above. The attorneys who will now be representing Merck & Co. from Squire Sanders & Dempsey, L.L.P. and their contact information are as follows:

Robin G. Weaver
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH  44114-1304
(216) 479-8500
(216) 479-8777 facsimile
rweaver@ssd.com

C. Craig Woods
Philomena Dane
Greg R. Wehrer
Aneca E. Lasley
Jessica D. Goldman
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1300 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-2700
(614) 365-2499 facsimile
cwoods@ssd.com
pdane@ssd.com
gwehrer@ssd.com
alasley@ssd.com
jgoldman@ssd.com

798916v.1

The above-listed attorneys are substituting for Robert A. Bunda and Rebecca C. Sechrist at the law firm of Bunda Stutz & DeWitt, PLL.

Respectfully submitted:

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

798916v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Amended Notice of Substitution of Counsel has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of February, 2006.

*/s/ Dorothy H. Wimberly*

798916v.1