MINUTE ENTRY
FALLON, J.
FEBRUARY 9, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION                    MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.          REF NO. 05-4046

VERSUS

MERCK & CO., INC.                            SECTION: L

BEFORE JUDGE ELDON E. FALLON          Thursday, February 9, 2006, 8:30am
Courtroom Deputy: Gaylyn Lambert        (Continued from 2-8-06)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
             For plaintiffs
             Phillip Beck, Esq. and Tarek Ismail, Esq.   For defendant

## JURY TRIAL

Plaintiffs' Witnesses:
Dr. Edward M. Scolnick - video deposition resumes. Transcript filed into the record.
Dr. Michael Graham - sworn - accepted as expert.
Dr. Christopher R. Schirmer - sworn
Dr. Thomas F. Baldwin - sworn - accepted as expert
Dr. Eric Topol - by video deposition

Court adourned at 5:20 pm until Friday, February 10, 2006, at 8:30 am.

JS-10:   6:40