Scolnick Final Complete

```
325:10   completely."  True?
325:11            A.      That's what I said.
325:12            Q.      You wrote that?
325:13            A.      Yes.
325:14            Q.      You note at the end of this that your
325:15   team should, "enjoy and bask in the warmth of having
325:16   done an impossible job superbly."  Is that right?
325:17            A.      That's what I wrote.
```

Scolnick 32607      326:7-326:10

```
326: 7                    You agree it is not very flattering
326: 8   to refer to the agency responsible for protecting
326: 9   the public health as it relates to drugs as "grade d
326:10   high school students."
```

Scolnick 32612a      326:12-326:16

```
326:12                    THE WITNESS:  No, it is not
326:13   flattering.  As I said, it came from an allusion to
326:14   an earlier event related to the crux of an Advisory
326:15   Committee meeting, and it was inappropriate in this
326:16   context.
```

Scolnick 32814      328:14-328:24

```
328:14            Q.      Did you ever express any regret about
328:15   this e-mail to anybody who you sent this e-mail to?
328:16            A.      I didn't even remember sending the
328:17   e-mail until it came up during one of the
328:18   preparations for the deposition.
328:19            Q.      So, you regretted sending this e-mail
328:20   for the first time when you were shown it in a
328:21   litigation setting?
328:22            A.      I regret the -- had I been shown it
328:23   in any setting, I would have regretted my language.
328:24   I would not have regretted congratulating my group.
```

Scolnick 32910a      329:10-329:24

```
329:10            Q.      So, after this Advisory Committee in
329:11   February of 2001, you got a letter from the FDA
329:12   saying that they were conditionally approving
329:13   Merck's supplemental new drug application; right?
329:14            A.      At some point we got a letter back
329:15   from them, yes.
329:16            Q.      You didn't like the tone of the
329:17   letter, though, did you?
329:18            A.      We didn't like the tone, and we
329:19   didn't like the content.  As I said earlier, they
329:20   ignored all the GI data.  They completely left it
329:21   out.  They left out the Alzheimer's data, and they
329:22   had a warning, despite what had happened at the
329:23   Advisory Committee, where no warning was suggested
329:24   based on all the data, or voted for.
```

Scolnick 33109      331:9-332:25

```
331: 9                    MR. PERSCHETZ:  Is this 13?
331:10                    MR. BUCHANAN:  Yes.
331:11   BY MR. BUCHANAN:
331:12            Q.      For the record, Dr. Scolnick, I've
331:13   just passed you what we've marked as Exhibit 13 to
331:14   your deposition.  It's a two-page series of e-mails
331:15   Bates stamped MRK-ACR0009151 to 9152.  Doctor, you
331:16   are, in fact, an author and recipient on several of
331:17   these e-mails; true?
331:18            A.      Yes.
331:19            Q.      You're having an e-mail exchange back
331:20   and forth with Doug Greene, among others?
```

Page 44

Scolnick Final Complete

```
331:21        A.      Yes.
331:22        Q.      If you look at the oldest in time
331:23  e-mails on the second page, it's dated Friday, April
331:24  6th, 2001?
331:25        A.      Yes.
331:ESQUIRE DEPOSITION SERVICES
332: Confidential - Subject to Protective Order 332
332: 1        Q.      It says, subject:  "Vigor approvable
332: 2  letter."  Correct?
332: 3        A.      Yes.
332: 4        Q.      What's an approvable letter?
332: 5        A.      An approvable letter states that your
332: 6  drug is approvable, your supplement is approvable,
332: 7  contingent upon additional information or contingent
332: 8  upon some additional action by the sponsor.
332: 9        Q.      You didn't like the tone of the
332:10  approvable letter you got from Merck's supplemental
332:11  NDA; true?
332:12        A.      That's correct.  I don't remember
332:13  what was in it at this point, so, it's very hard to
332:14  respond to your question.
332:15        Q.      I'll just read the first sentence.
332:16  "TO ALL:  I am sure you imagine my reaction to the
332:17  tone of the letter.  The open ended request for
332:18  safety updates is a filibuster."  Do you see that?
332:19        A.      Yes.
332:20        Q.      What's a filibuster?
332:21        A.      It's a delaying tactic.
332:22        Q.      So, you thought the FDA was trying to
332:23  delay approval of your supplemental NDA request to
332:24  get safety information?
332:25        A.      That's what I wrote.
```

Scolnick 33311      333:11-334:12

```
333:11        Q.      You viewed this is as a delay tactic
333:12  by the FDA?  Is that your testimony?
333:13        A.      That's what I was worried about.
333:14        Q.      Then you state, "when will you find
333:15  out what they have done for our competitor?  If by
333:16  any chance they get a better label now and we are
333:17  asked for this much more data, I will be in Janet's
333:18  office the next day."  Do you see that?
333:19        A.      Yes.
333:20        Q.      Your competitor would be Celebrex?
333:21        A.      Yes.
333:22        Q.      The manufacturer of Celebrex?
333:23        A.      Yes.
333:24        Q.      Okay.
333:25                You were concerned that the
333:ESQUIRE DEPOSITION SERVICES
334: Confidential - Subject to Protective Order 334
334: 1  manufacturers of Celebrex were going to get an
334: 2  approved label before Vioxx was going to get an
334: 3  approved label?
334: 4        A.      For GI outcomes, yes, that's what I
334: 5  think I was concerned about.
334: 6        Q.      And if that happened, you were going
334: 7  to go down there to the FDA and see Janet the next
334: 8  day; is that right?
334: 9        A.      That is what I said in the memo.
334:10        Q.      Who is Janet?
334:11        A.      Janet was Janet Woodcock, who was, I
334:12  believe, the head of the drug part of the FDA.
```

Scolnick 33420      334:20-334:24

```
334:20        Q.      So, you felt you could go down there
334:21  to Janet's office, and you could tell her to
334:22  straighten things out and make sure that Merck's
```
Page 45

Scolnick Final Complete

334:23    label got approved on the terms you wanted it
334:24    approved on?

Scolnick 33501      335:1-335:4

335: 1              THE WITNESS:  I don't know exactly
335: 2    what I was thinking.  I certainly wanted to advocate
335: 3    on Merck's behalf if this were to happen.  That's
335: 4    what this memo says.

Scolnick 33512      335:12-335:15

335:12         Q.    Sir, is that the way it's supposed to
335:13    work, when you want to address a labeling request
335:14    with the FDA, you go down, and you go into Janet
335:15    Woodcock's office to address it?

Scolnick 33518      335:18-335:25

335:18              THE WITNESS:  The head of the drug
335:19    office can be involved in labeling negotiations.
335:20    BY MR. BUCHANAN:
335:21         Q.    Is that who Janet Woodcock was?
335:22         A.    I believe at the time she was head of
335:23    the drug approval part of the FDA as opposed to
335:24    vaccines and other parts of the FDA, I believe, but
335:25    I'm not certain.

Scolnick 33601      336:1-336:15

336: 1              Q.    So, in other words, if the FDA
336: 2    perchance decided to give the Celebrex manufacturers
336: 3    the label they had sought before you got it, you
336: 4    were going to go down to the, what's this, the head
336: 5    of drug approval and complain?  Is that your
336: 6    testimony?
336: 7         A.    That was -- that's what this note
336: 8    implies.
336: 9         Q.    Then you continue, you say, "I am
336:10    going in 2 weeks to an FDA Science Board I am on and
336:11    I have been asked to give a talk on how they can
336:12    keep their scientists up to date."  Do you see that?
336:13         A.    Yes.
336:14         Q.    Those would be the grade D scientists
336:15    you were referring to the month before?

Scolnick 33617      336:17-336:22

336:17              THE WITNESS:  It just says
336:18    scientists.  It has no allusions to anything else.
336:19    BY MR. BUCHANAN:
336:20         Q.    It's your view, though, that the FDA
336:21    scientists aren't really kept up to date on medical
336:22    developments, sir?

Scolnick 33624a      336:24-338:19

336:24              THE WITNESS:  The purpose for this
336:25    science advisory board, which I was a member of, was
336:ESQUIRE DEPOSITION SERVICES
337: Confidential - Subject to Protective Order 337
337: 1    something actually that the FDA started in order to
337: 2    ask outside scientists how their scientists could
337: 3    keep up to date better than they were currently
337: 4    doing.
337: 5    BY MR. BUCHANAN:
337: 6         Q.    So, at this point in time, 2001, the
337: 7    FDA convened a science advisory board to address a
337: 8    problem within the FDA; true?
337: 9         A.    That's my recollection.  That's the
                         Page 46

Scolnick Final Complete

337:10    best of my recollection.
337:11          Q.       And the problem was that the FDA
337:12    scientists weren't keeping up to date with
337:13    scientific developments in the medical community?
337:14          A.       As well as the FDA felt that they
337:15    might.  I know that was the purpose for the board.
337:16    I don't recall all the details about how it got set
337:17    up.
337:18          Q.       You then continue.  "I have already
337:19    told them I think their review system is an" --
337:20    that's a big word.  What's that say?
337:21          A.       "Anachronism."
337:22          Q.       What's that mean?
337:23          A.       It's out of date.
337:24          Q.       So, you say, "I have already told
337:25    them I think their review system is" out of date
337:ESQUIRE DEPOSITION SERVICES
338: Confidential - Subject to Protective Order 338
338: 1    "because they cannot possibly keep up with science
338: 2    given their hiring constraints."  Do you see that?
338: 3          A.       I do.
338: 4          Q.       what are the hiring constraints
338: 5    you're referring to?
338: 6          A.       They always have limits on the number
338: 7    of persons they can hire because of government
338: 8    ceilings and the salary constraints they have in
338: 9    hiring scientists compared to universities and
338:10    industry.
338:11          Q.       So, the FDA doesn't have as many
338:12    people working on the review of a drug than, say,
338:13    Merck does in preparing the data for the FDA to look
338:14    at; right?
338:15          A.       I don't know that.  I don't know how
338:16    many people are assigned to review a given drug.
338:17    I'm making a general statement about the problems
338:18    that the FDA have in keeping up with the volume of
338:19    applications and the staff they need to do that.

Scolnick 33917      339:17-340:19

339:17          Q.       I see.
339:18          And the FDA allowed you to speak to
339:19    them about this particular issue; right?
339:20          A.       Yes.  They encouraged me at this --
339:21    in fact, now I'm recalling that Dr. Woodcock was a
339:22    member of this committee, and that's why I was on a
339:23    first-name basis with her.
339:24          Q.       So, you were on a first-name basis
339:25    with her?
339:ESQUIRE DEPOSITION SERVICES
340: Confidential - Subject to Protective Order 340
340: 1          A.       Yes.  I remember that.  I had
340: 2    forgotten about this committee.
340: 3          Q.       Okay.
340: 4          You wrote here, "If I need to I will
340: 5    see Janet that day."  You're referring to seeing
340: 6    Janet about this particular approvable letter that
340: 7    you objected to; true?
340: 8          A.       If the situation alluded to above had
340: 9    transpired.
340:10          Q.       You say, "If I need to."  What do you
340:11    mean "need"?
340:12          A.       If the situation requires it.
340:13          Q.       Okay.
340:14          So, in other words, if you thought a
340:15    competitor might get an advantage in terms of
340:16    getting a more favorable label, you were going to
340:17    raise the issue with Janet when you were down there
340:18    to talk to the FDA science board in a couple of
340:19    weeks?  Is that what you are saying?

Page 47

Scolnick Final Complete

Scolnick 34021      340:21-341:20

```
340:21                    THE WITNESS:  That's what this -- I
340:22   think that's what this says.
340:23   BY MR. BUCHANAN:
340:24         Q.        You said that you weren't just going
340:25   to stop with Janet; right?
340:ESQUIRE DEPOSITION SERVICES
341: Confidential - Subject to Protective Order 341
341: 1         A.        That's what this says.
341: 2         Q.        You said you'd go beyond if you
341: 3   needed to with other contacts you'd made in HHS;
341: 4   right?
341: 5         A.        That's what this says.
341: 6         Q.        You had other friends at HHS?
341: 7         A.        I don't remember who I was referring
341: 8   to here.
341: 9         Q.        What's HHS?
341:10         A.        Health and human services.
341:11         Q.        That's a division of the FDA?
341:12         A.        That's a department of the
341:13   government, or a --
341:14         Q.        FDA is a department within --
341:15         A.        Within HHS.
341:16         Q.        HHS, I see.
341:17                   So, you'd go over Janet's head if you
341:18   needed to?
341:19         A.        In order to make scientific points
341:20   which I felt strongly about.
```

Scolnick 34209      342:9-342:10

```
342: 9         Q.        If you didn't get the result that you
342:10   needed from Janet, you could go to her boss; right?
```

Scolnick 34212      342:12-344:1

```
342:12                    THE WITNESS:  The statement is here
342:13   that I made, that I would go to other people to
342:14   argue our case.
342:15   BY MR. BUCHANAN:
342:16         Q.        That's not entirely clear to me.
342:17   That's why I'm asking questions, sir.
342:18                   When you say you'd go to HHS, those
342:19   people are Janet's boss; right?
342:20         A.        Somewhere in HHS is Janet's boss.
342:21         Q.        So, you would go to the boss of the
342:22   director of medical review within the FDA if you
342:23   didn't get what you wanted; is that right?
342:24         A.        That's what this implies.
342:25         Q.        Okay.
342:ESQUIRE DEPOSITION SERVICES
343: Confidential - Subject to Protective Order 343
343: 1                   I see the last sentence here you say,
343: 2   "I have never seen being nice to the FDA-except on
343: 3   rare occasions-pay off."  You wrote that?
343: 4         A.        Yes.
343: 5         Q.        You meant it?
343: 6         A.        Yes.
343: 7         Q.        It's a true statement?
343: 8         A.        It was my feeling.
343: 9         Q.        True statement when you wrote it,
343:10   sir?
343:11         A.        It is my feeling when I wrote it.
343:12         Q.        Okay.
343:13                   And you wrote this e-mail to a bunch
343:14   of folks who were going to be dealing with the FDA;
343:15   right?
343:16         A.        Yes.
```

Scolnick Final Complete

```
343:17        Q.        Doug Greene, he's one of them?
343:18        A.        Uh-huh, yes.
343:19        Q.        David Blois?
343:20        A.        Yes.
343:21        Q.        And Bonnie Goldmann; right?
343:22        A.        Yes.
343:23        Q.        All three of them were going to be
343:24   dealing with the FDA in connection with the
343:25   supplemental new drug application?
343:ESQUIRE DEPOSITION SERVICES
344: Confidential - Subject to Protective Order 344
344: 1        A.        Yes.
```

Scolnick 35312      353:12-354:4

```
353:12        Q.        Then you say, "One cannot deal with
353:13   them in a rational way."  Right?
353:14        A.        That's what I said.
353:15        Q.        And rational way was your way; right?
353:16        A.        No.  Rational way was the way we had
353:17   been trying to deal with them when we submitted the
353:18   supplemental NDA, with all of the data that was
353:19   supported at the Advisory Committee meeting.
353:20        Q.        Right.
353:21                  To be clear, what the FDA was asking
353:22   for was additional safety information in their
353:23   approvable letter; true?
353:24        A.        That's what the memo implies.  I do
353:25   not know nor recall what was in that request.
353:ESQUIRE DEPOSITION SERVICES
354: Confidential - Subject to Protective Order 354
354: 1        Q.        And you are saying it was irrational
354: 2   for the FDA to want additional safety data; right?
354: 3        A.        I do not recall what they were asking
354: 4   for, so, I can't answer your question.
```

Scolnick 35415      354:14-354:19

```
354:14   BY MR. BUCHANAN:
354:15        Q.        The bottom line is that the FDA,
354:16   looking for additional data on Vioxx in connection
354:17   with your supplemental NDA request, jeopardized your
354:18   ability to get the label you wanted in the
354:19   marketplace; true?
```

Scolnick 35421      354:21-355:5

```
354:21                  THE WITNESS:  They were retarding the
354:22   process in my opinion.
354:23   BY MR. BUCHANAN:
354:24        Q.        And you needed that process to move
354:25   quickly; right?
354:ESQUIRE DEPOSITION SERVICES
355: Confidential - Subject to Protective Order 355
355: 1        A.        That was our goal.  We wanted it to
355: 2   move quickly.  We had submitted our application very
355: 3   quickly, and it still had been almost a year after
355: 4   the application was submitted, and we didn't yet
355: 5   have a label back.
```

Scolnick 35516      355:16-355:19

```
355:16                  You were concerned that in the COX-2
355:17   market, the company that had the better label for
355:18   its drug would sell more of that drug; true?
355:19        A.        True, if the data supported that.
```

Scolnick 35523      355:23-357:17

```
355:23        Q.        You did get a label at some point in
```

Page 49

Scolnick Final Complete
```
355:24      time in connection with your supplemental new drug
355:25      application for Vioxx; true?
355:ESQUIRE DEPOSITION SERVICES
356: Confidential - Subject to Protective Order 356
356: 1              A.     Yes.
356: 2              Q.     You got that in the fall of 2001?
356: 3              A.     I don't recall the exact date.  It
356: 4      was certainly after this in 2001.
356: 5              Q.     Had a CV warning?
356: 6              A.     Yes.
356: 7              Q.     CV means cardiovascular; right?
356: 8              A.     Yes.
356: 9              Q.     In the warnings section of the label?
356:10              A.     Yes.
356:11              Q.     That's different than the adverse
356:12      event section of the label; right?
356:13              A.     Yes.
356:14              Q.     It's different than the precautions
356:15      section of the label; right?
356:16              A.     Yes.
356:17              Q.     Because there's multiple sections of
356:18      the label; right?
356:19              A.     Correct.
356:20              Q.     And there also can be a black box on
356:21      a label; right?
356:22              A.     Yes.
356:23              Q.     Sometimes that black box is right up
356:24      front; right?
356:25              A.     Correct.
356:ESQUIRE DEPOSITION SERVICES
357: Confidential - Subject to Protective Order 357
357: 1              Q.     And that's the most serious warning
357: 2      you can have on any drug; right?
357: 3              A.     That is correct.
357: 4              Q.     The label you got from the FDA had a
357: 5      cardiovascular warning in the warnings section;
357: 6      true?
357: 7              A.     I believe so.
357: 8              Q.     You thought it was ugly?
357: 9              A.     I did.
357:10              Q.     You thought it was ugly cubed?
357:11              A.     I did.
357:12              Q.     That's ugly times ugly times ugly;
357:13      right?
357:14              A.     Ugly cubed is exactly what you've
357:15      stated.
357:16              Q.     Ugly three times over; right?
357:17              A.     Right.

Scolnick 35718      357:18-357:20

357:18              Q.     What's so ugly about telling doctors
357:19      about the cardiovascular data that was received by
357:20      Merck in the VIGOR trial?

Scolnick 35723      357:23-358:8

357:23                     THE WITNESS:  It is not ugly to tell
357:24      doctors about that.  We had wanted to do that and
357:25      had been doing that.  What was ugly was the way it
357:ESQUIRE DEPOSITION SERVICES
358: Confidential - Subject to Protective Order 358
358: 1      was presented, given that it wasn't clear that Vioxx
358: 2      caused it, in fact, it was much clearer that
358: 3      naproxen had protected the heart, and all of the
358: 4      other data in our Alzheimer's trial had been left
358: 5      out of the label that they had sent us.  And the GI
358: 6      section of the label had not been changed to reflect
358: 7      our GI data.  And that was my response to that
358: 8      preliminary label we got from them.
```
Page 50

Scolnick Final Complete

Scolnick 35810      358:10-359:8

358:10      Q.      So, you got this draft label from the
358:11   FDA in, what, October 2001? Does that sound right?
358:12      A.      I don't recall the exact date. As I
358:13   told you, it was somewhere later than this, May --
358:14   it was later than May. I don't remember exactly
358:15   when we got it.
358:16      Q.      You sent it off to David Anstice?
358:17      A.      I don't think I -- I don't know
358:18   whether I sent the label to David Anstice or he
358:19   received it from somebody else and communicated with
358:20   me. I don't -- I don't remember.
358:21      Q.      You told David, "David Be assured"
358:22   there's no way we will "accept this label." Right?
358:23      A.      Yes, I did.
358:24      Q.      You had the ability to do that;
358:25   right?
358:ESQUIRE DEPOSITION SERVICES
359: Confidential - Subject to Protective Order 359
359: 1      A.      We had the ability to sit down with
359: 2   the FDA and argue our position vigorously based on
359: 3   our data.
359: 4      Q.      You had --
359: 5      A.      The label did not reflect that.
359: 6      Q.      You had the ability to not accept the
359: 7   warning that the FDA told you you should put on
359: 8   Vioxx; true?

Scolnick 35911      359:11-360:8

359:11              THE WITNESS: If the FDA had
359:12   absolutely wanted that warning, they had the ability
359:13   to impose that on Merck. What I was saying was that
359:14   unless that happened, I would not accept the label
359:15   that they had sent us because it didn't accurately
359:16   reflect our data.
359:17   BY MR. BUCHANAN:
359:18      Q.      Well, in fact, what you said was you
359:19   wouldn't accept that label, and if the FDA didn't
359:20   relent and give you the label you wanted, you'd
359:21   insist on an Advisory Committee; true?
359:22      A.      I did say that. I would have been
359:23   happy to take it back to an Advisory Committee
359:24   because they had already said the data didn't
359:25   justify that.
359:ESQUIRE DEPOSITION SERVICES
360: Confidential - Subject to Protective Order 360
360: 1      Q.      So, if the FDA insisted on a
360: 2   particular label, you still had a recourse; right?
360: 3      A.      I didn't know whether we did, but we
360: 4   could ask for one. That was what I was saying in
360: 5   the letter.
360: 6      Q.      So, Merck could filibuster until the
360: 7   FDA finally relented and required an Advisory
360: 8   Committee to get the label; true?

Scolnick 36010a      360:10-361:4

360:10              THE WITNESS: Merck wouldn't
360:11   filibuster. Merck would ask for an additional
360:12   scientific review and ask the FDA -- ask an external
360:13   committee with no ties to Merck whether they agreed
360:14   or disagreed with the FDA label as it had been
360:15   presented to us.
360:16              - - - -
360:17              (Whereupon, Deposition Exhibit
360:18   Scolnick-14, E-mails, MRK-ABW0004799,
360:19   was marked for identification.)
                              Page 51

Scolnick Final Complete

```
360:20
360:21    BY MR. BUCHANAN:
360:22           Q.     Sir, I'm going to pass over what
360:23    we've just marked as Exhibit 14 to your deposition.
360:24    It is a series of e-mails, three of them in
360:25    particular, from October 2001.  For the record, it
360:ESQUIRE DEPOSITION SERVICES
361: Confidential - Subject to Protective Order 361
361: 1    is Bates stamped MRK-ABW0004799.
361: 2           Q.     Sir, you've seen this document
361: 3    before; right?
361: 4           A.     Yes, I have.
```

Scolnick 36114     361:14-362:12

```
361:14           Q.     It is from October 15th, 2001?
361:15           A.     Yes.
361:16           Q.     You said --
361:17           A.     October 16th.
361:18           Q.     You said, "David."  That's David
361:19    Anstice; right?
361:20           A.     Yes.
361:21           Q.     He's the president of U.S. human
361:22    health?
361:23           A.     Yes.
361:24           Q.     That was the group within Merck
361:25    responsible for all the marketing of Vioxx?
361:ESQUIRE DEPOSITION SERVICES
362: Confidential - Subject to Protective Order 362
362: 1           A.     The domestic marketing of Vioxx.
362: 2           Q.     You told him, "Be assured we will not
362: 3    accept this label."  Right?
362: 4           A.     That's what my memo says.
362: 5           Q.     David was concerned about this label;
362: 6    right?
362: 7           A.     Yes.
362: 8           Q.     Okay.
362: 9           Thought it put you at a competitive
362:10    disadvantage; right?
362:11           A.     Yes.  And it didn't accurately
362:12    reflect our data.
```

Scolnick 36213     362:13-363:2

```
362:13           Q.     You were telling David that I'm going
362:14    to do what I can to make sure we don't get that
362:15    label; right?
362:16           A.     Yes.
362:17           Q.     I'm going to do what I can to make
362:18    sure there's no CV warning in the Vioxx label;
362:19    right?
362:20           A.     That isn't what this says.  It says,
362:21    "We will not accept this label" and "if we need to
362:22    we will go to an Advisory Committee meeting" to get
362:23    them to review what our label should look like, a
362:24    scientific process to resolve the potential -- a
362:25    potential disagreement between the FDA and Merck.
362:ESQUIRE DEPOSITION SERVICES
363: Confidential - Subject to Protective Order 363
363: 1           Q.     So, you rejected the label you got
363: 2    from the FDA that had the CV warning; true?
```

Scolnick 36304a     363:4-363:18

```
363: 4           THE WITNESS:  We rejected this label
363: 5    in its totality.  It had a CV warning, and it
363: 6    ignored the GI data that we had garnered in VIGOR.
363: 7    BY MR. BUCHANAN:
363: 8           Q.     David responded to you, "We knew it
363: 9    would be UGLY and it is."  Right, he said that to
```

Page 52

Scolnick Final Complete

```
363:10    you?
363:11         A.    Yes.
363:12         Q.    He also said, "We'll fight back and
363:13    see where we get." Right?
363:14         A.    Yes. That's what he said.
363:15         Q.    And he again said, we'll "ask for an
363:16    advisory committee" if we can't make headway with
363:17    the FDA; right?
363:18         A.    That's what he said.
```

Scolnick 36412    364:12-365:12

```
364:12         Q.    You then say here in the final one,
364:13    your final e-mail from October 16, 2001, "It is ugly
364:14    cubed." Right?
364:15         A.    Yes.
364:16         Q.    You say, "thye," that should be they;
364:17    right?
364:18         A.    Yes.
364:19         Q.    "Thye are bastards." True?
364:20         A.    That's what the e-mail says.
364:21         Q.    That's what you wrote?
364:22         A.    That's what I wrote.
364:23         Q.    You meant it when you wrote it?
364:24         A.    I was very upset when I wrote the
364:25    e-mail.
364:ESQUIRE DEPOSITION SERVICES
365: Confidential - Subject to Protective Order 365
365: 1         Q.    So, this particular group within the
365: 2    FDA was devious and antagonistic; true?
365: 3         A.    That's what I wrote.
365: 4         Q.    They were bastards?
365: 5         A.    That reflected my emotional
365: 6    unhappiness with their label.
365: 7         Q.    They had the ability of grade D high
365: 8    school students; true?
365: 9         A.    That's what I wrote.
365:10         Q.    And if you wanted to get anything
365:11    done with them, you couldn't treat them with
365:12    respect; true?
```

Scolnick 36514    365:14-365:22

```
365:14               THE WITNESS:  I wrote all of these
365:15    things, and I felt that we were not getting a fair
365:16    process from this division.
365:17    BY MR. BUCHANAN:
365:18         Q.    The FDA was pretty insistent this
365:19    drug needed a cardiac warning, weren't they?
365:20         A.    They presented this label to us, so,
365:21    they must have felt that way. This division felt
365:22    that way.
```

Scolnick 36603    366:3-366:9

```
366: 3         Q.    You took from that that the FDA at
366: 4    least was concerned about the potential
366: 5    cardiovascular implications of your drug; true?
366: 6         A.    Yes.
366: 7         Q.    And they wanted to warn the American
366: 8    public about the potential cardiovascular
366: 9    implications of Vioxx; true?
```

Scolnick 36611a    366:11-366:19

```
366:11               THE WITNESS:  Yes, despite the
366:12    Advisory Committee meeting, which had not felt that
366:13    way.
366:14    BY MR. BUCHANAN:
366:15         Q.    Did you interview the Advisory
```

Scolnick Final Complete

```
366:16    Committee members?
366:17             A.      The Advisory Committee members voted
366:18    and saw the cardiovascular safety.  They did not
366:19    suggest a warning for this drug.
```

Scolnick 36620     366:20-367:4

```
366:20             Q.      Well, let me ask you this.
366:21                     Did you show them the mortality data
366:22    from the Alzheimer's trials?
366:23             A.      I cannot recall all the data that we
366:24    presented.  All of the data on Vioxx is submitted to
366:25    the Advisory Committee and the FDA in a background
366:ESQUIRE DEPOSITION SERVICES
367: Confidential - Subject to Protective Order 367
367: 1    package long before the meeting.  So, the FDA has
367: 2    the ability to take any of that data in their
367: 3    presentation to the Advisory Committee, show it to
367: 4    them.
```

Scolnick 36811     368:11-368:14

```
368:11             Q.      You'd agree, though, that a study
368:12    finding that Vioxx doubled the rate of death in
368:13    elderly patients taking it should be shared with the
368:14    FDA as soon as you have those results; right?
```

Scolnick 36816     368:16-368:19

```
368:16                     THE WITNESS:  It should be part of
368:17    the data package that's shared with the FDA.
368:18    BY MR. BUCHANAN:
368:19             Q.      You shouldn't sit on it; right?
```

Scolnick 36821     368:21-369:6

```
368:21                     THE WITNESS:  It should be submitted
368:22    to the agency, I agree with you.
368:23    BY MR. BUCHANAN:
368:24             Q.      Promptly?
368:25             A.      Promptly.
368:ESQUIRE DEPOSITION SERVICES
369: Confidential - Subject to Protective Order 369
369: 1             Q.      It should be shared with the medical
369: 2    community; true?
369: 3             A.      The FDA needs to review it, and it
369: 4    should be in publications that are shared with the
369: 5    medical community as part of the study report -- as
369: 6    part of the publication on that study.
```

Scolnick 369.16-369.19     369:16-369:19

```
369:16    if your drug was doubling the risk of death in a
369:17    placebo-controlled trial, that's information that's
369:18    very important for physicians prescribing the drug
369:19    to have; true?
```

Scolnick 36922     369:22-369:24

```
369:22                     THE WITNESS:  If that were the case,
369:23    then that information would need to be shared with
369:24    physicians.
```

Scolnick 37005     370:5-370:20

```
370: 5                     THE WITNESS:  That would be part of
370: 6    any submission to the FDA or safety update on the
370: 7    drug.
370: 8    BY MR. BUCHANAN:
370: 9             Q.      Well, you can send information to the
```

Page 54

Scolnick Final Complete

```
370:10    FDA earlier than a scheduled safety update, can't
370:11    you?
370:12         A.     Yes, we can.
370:13         Q.     Okay.
370:14                Data demonstrating in a statistically
370:15    significant way that your drug is increasing the
370:16    rate of death is the type of data that should be
370:17    shared with the drug -- excuse me -- with the FDA
370:18    immediately; true?
370:19         A.     If that data existed, it should be
370:20    shared with the FDA promptly.
```

Scolnick 37115      371:15-373:2

```
371:15                Dr. Scolnick, I just passed you what
371:16    we marked as Exhibit 15 to your deposition.  It's a
371:17    three e-mail sequence from November 8, 2001.  The
371:18    subject here says "History lesson."  Do you see
371:19    that?
371:20         A.     Uh-huh, yes, I do.
371:21         Q.     It's an exchange between initially
371:22    from you to Doug Greene and Bonnie Goldmann; true?
371:23         A.     Yes.
371:24         Q.     You copied Peter Kim on it?
371:25         A.     Yes.
371:ESQUIRE DEPOSITION SERVICES
372: Confidential - Subject to Protective Order 372
372: 1         Q.     Peter Kim had joined Merck obviously
372: 2    by this point in time; true?
372: 3         A.     Yes.  He must have.
372: 4         Q.     He came at some point in 2001?
372: 5         A.     Yes.  I think it was the fall of
372: 6    2001.
372: 7         Q.     And you wanted to give Peter Kim a
372: 8    history lesson on how to deal with the FDA?
372: 9         A.     Wanted to include Peter in all the
372:10    discussions because he would be following me in my
372:11    job, and he would have to be in charge of all the
372:12    things that were going on when he took over.
372:13         Q.     Okay.
372:14                Well, you wrote to Doug and Bonnie
372:15    here; right?  Those are the people you address in
372:16    the body of the e-mail; correct?
372:17         A.     Yes.
372:18         Q.     You said, "Doug and Bonnie twice in
372:19    my life I've had to say to FDA 'That label is
372:20    unacceptable, we will not under any circumstances
372:21    accept it.'"  Do you see that?
372:22         A.     Yes, I do.
372:23         Q.     You continue there and you say, "You
372:24    WILL," in all caps, will, "have to do that on the
372:25    cardiac warning for Vioxx.  I assure you that you
372:ESQUIRE DEPOSITION SERVICES
373: Confidential - Subject to Protective Order 373
373: 1    will."  That's what you wrote; right?
373: 2         A.     I did.  You skipped an intervening
```

Scolnick 37312a      373:12-374:2

```
373:12         Q.     Paragraph continues where I was
373:13    before, "You WILL," in all caps will, "have to do
373:14    that on the cardiac warning for Vioxx.  I assure you
373:15    that you will."  Did I read that right?
373:16         A.     Yes, you did.
373:17         Q.     You put "will" in emphasis to these
373:18    people; right?
373:19         A.     Yes, I did.
373:20         Q.     And these were the people who were
373:21    dealing with the FDA in connection with the label
373:22    negotiations; right?
```

Page 55

                              Scolnick Final Complete
373:23          A.      Yes.
373:24          Q.      You told them, "And I assure you I
373:25    will NOT," and again in all caps, "NOT sign off on
373:ESQUIRE DEPOSITION SERVICES
374: Confidential - Subject to Protective Order 374
374: 1    any label that had a cardiac warning."  True?
374: 2          A.      That's what the e-mail says.

Scolnick 37601      376:1-376:4

376: 1          Q.      When did you finally get the new
376: 2    label for Vioxx approved?
376: 3          A.      I don't remember whether it was late
376: 4    in '01 or early in '02.

Scolnick 37605      376:5-376:15

376: 5          Q.      Would it surprise you, sir, if I said
376: 6    you got the new label approved in April of 2002?
376: 7          A.      I don't recall the date.
376: 8          Q.      Can you accept that?
376: 9          A.      Yes, I accept that.
376:10          Q.      So, you negotiated with the FDA over
376:11    this label concerning cardiac and GI warnings from
376:12    October of 2001 until April of 2002; true?
376:13          A.      That's correct.  Because we believed
376:14    that the drug did not justify having a cardiac
376:15    warning based on our data.

Scolnick 381.11-382.02     381:11-382:2

381:11          Q.      Doctor, I passed you over what we
381:12    marked as Exhibit 16 to your deposition.  It is a
381:13    relatively brief e-mail, Bates stamped
381:14    MRK-ACR0009297 dated February 25th, 2002 from you
381:15    again to this same team of people working on the
381:16    negotiations over the Vioxx label; true?
381:17          A.      Yes.
381:18          Q.      You wrote, "To ALL:  If you can get
381:19    this label it will be an Al Michaels quote:  'Do you
381:20    believe in miracles?'"  What are you referring to
381:21    there?
381:22          A.      I'm referring to Al Michael's quote
381:23    when the U.S. Olympic team beat the Russians in
381:24    whatever year it was in ice hockey.
381:25          Q.      It was like an impossible task;
381:ESQUIRE DEPOSITION SERVICES
382: Confidential - Subject to Protective Order 382
382: 1    right?
382: 2          A.      It certainly appeared to be.


Scolnick Part 3 (5-17-05) (Multi-clip)
Scolnick 41512      415:12-415:15

415:12          Q.      Sir, passing over what we just marked
415:13    as Exhibit 18 to your deposition.  For the record,
415:14    it's a January 28, 2001 e-mail from yourself to Eve
415:15    Slater.

Scolnick 41524      415:24-416:1

415:24          Q.      Okay.  Do you see your e-mail at the
415:25    top?
416: page 416
416: 1          A.      Yes, I do.

Scolnick 416.06-416.12      416:6-416:12

416: 6          Q.      Then you continue, "This Fries
                              Page 56

Scolnick Final Complete

```
416: 7        incident is a disaster for Merck."  Do you see that?
416: 8              A.      Yes, I do.
416: 9              Q.      You wrote that?
416:10              A.      I did.
416:11              Q.      You believed it at the time?
416:12              A.      I did.
```

Scolnick 41621      416:21-417:5

```
416:21              Q.      Then you continued.  "Worse than
416:22        Vigor results themselves."  Do you see that?
416:23              A.      Yes.
416:24              Q.      The VIGOR results were also a
416:25        disappointment for Merck; true?
417: page 417
417: 1              A.      Some of them were surprising, as you
417: 2        know, and some of them were excellent.
417: 3              Q.      Okay.
417: 4                      And the ones that were surprising
417: 5        were the cardiovascular effects of Vioxx; true?
```

Scolnick 41708      417:8-418:6

```
417: 8                      THE WITNESS:  The difference between
417: 9        naproxen and Vioxx was surprising in the VIGOR
417:10        results.
417:11        BY MR. BUCHANAN:
417:12              Q.      Well, you said, "Worse than Vigor
417:13        results themselves."  That's what you wrote; right,
417:14        sir?
417:15              A.      I did.
417:16              Q.      You were implying that the VIGOR
417:17        results were disappointing in some way; true?
417:18              A.      I was implying that the difference
417:19        between the Vioxx and naproxen arms were surprising
417:20        and created an issue which we had dealt with and
417:21        come up with what we thought was the best
417:22        explanation based on all the other data.
417:23              Q.      Well, sir, you didn't write "more
417:24        surprising" than the VIGOR results themselves when
417:25        you wrote this e-mail, did you?
418: page 418
418: 1              A.      No, I did not.
418: 2              Q.      You wrote, "Worse than VIGOR
418: 3        results"?
418: 4              A.      That's what I wrote.  It's a very
418: 5        short e-mail.  That's what I wrote.
418: 6              Q.      I understand.
```

Scolnick 43121      431:21-431:23

```
431:21              Q.      Apart from Mr. Gilmartin, you were
431:22        the only employee of Merck that was on the board of
431:23        directors; right?
```

Scolnick 43201      432:1-432:4

```
432: 1                      THE WITNESS:  Yes.  Other members of
432: 2        the management committee attended the meetings with
432: 3        some regularity, but I was the only other board
432: 4        member.
```

Scolnick 46118      461:18-461:21

```
461:18              Q.      When you first got the VIGOR data on
461:19        March 9, 2000, did you do any analysis to figure out
461:20        what the public health consequences were or could be
461:21        if it was true that Vioxx was cardiotoxic?
```

Scolnick 46124      461:24-462:9

Scolnick Final Complete

```
461:24                    THE WITNESS:  I was focused on
461:25        understanding the data before thinking about
462: page 462
462: 1        implications.  As we came to understand the data, we
462: 2        believed naproxen had lowered the rate of the events
462: 3        in the trial, and all of our data supported that and
462: 4        has supported that since.
462: 5        BY MR. BUCHANAN:
462: 6              Q.        By March of 2000, the drug had been
462: 7        on the market for, what, about 11 months, 10 months?
462: 8              A.        It was approved in May of -- late May
462: 9        or early June of 1999.
```

Scolnick 46512      465:12-465:22

```
465:12              Q.        You'd agree with me, sir, wouldn't
465:13        you, that if you were wrong in your final conclusion
465:14        about Vioxx, and the problem was mechanism based,
465:15        that there could have been horrible public health
465:16        consequences to the folks who were taking Vioxx in
465:17        the general population; true?
465:18              A.        If we had been wrong, there would
465:19        have been serious consequences, yes.
465:20              Q.        Tens of thousands of people in the
465:21        general population taking Vioxx could have suffered
465:22        heart attacks as a result of your drug; true?
```

Scolnick 46601      466:1-466:3

```
466: 1                    THE WITNESS:  If we had been wrong,
466: 2        there would have been negative consequences for
466: 3        public health.  We did not believe we were wrong.
```

Scolnick 46607      466:7-466:9

```
466: 7                    You understand now there's been
466: 8        estimates of the potential heart attacks, strokes
466: 9        and deaths caused by Vioxx; true?
```

Scolnick 46612      466:12-466:22

```
466:12                    THE WITNESS:  I've read newspaper
466:13        reports of those.  I do not have any independent way
466:14        of assessing that evidence or the validity of those
466:15        reports.
466:16        BY MR. BUCHANAN:
466:17              Q.        Well, you've seen the FDA reports as
466:18        well; right?
466:19              A.        I've seen newspaper reports of the
466:20        FDA reports of incidences in trials.  I don't
466:21        understand the calculations made from those based on
466:22        the data I've seen.
```

Scolnick 46715      467:15-467:25

```
467:15              Q.        Merck has epidemiologists on staff;
467:16        right?
467:17              A.        Yes, they do.  Yes.
467:18              Q.        Merck has statisticians on staff?
467:19              A.        Yes.
467:20              Q.        Merck has biostatisticians on staff?
467:21              A.        Yes.
467:22              Q.        Merck has the skilled employees
467:23        necessary to estimate what the public health
467:24        consequences could be of a drug that it made that
467:25        caused cardiovascular side effects; true?
```

Scolnick 46802      468:2-468:9

Page 58

Scolnick Final Complete

```
468: 2                THE WITNESS:  Merck can estimate what
468: 3     the consequences would be if the drug were thought
468: 4     by Merck to cause cardiovascular consequences.
468: 5     BY MR. BUCHANAN:
468: 6          Q.       And in March of 2000, no such
468: 7     analysis was done?
468: 8          A.       Correct.  Because we didn't believe
468: 9     the drug caused those events.
```

Scolnick 46915      469:15-469:18

```
469:15                You agree with the decision by Merck
469:16     not to analyze the potential public health
469:17     consequences to continuing to sell Vioxx in March of
469:18     2000?
```

Scolnick 46921      469:21-469:22

```
469:21                THE WITNESS:  Yes, I do, because we
469:22     believed the drug was safe.
```

Scolnick 47101      471:1-472:20

```
471: 1          Q.       Sir, I just passed you a document we
471: 2     marked as Exhibit 19 to your deposition.
471: 3                - - -
471: 4                (Whereupon, Deposition Exhibit
471: 5     Scolnick-19, "Vioxx Preliminary
471: 6     Cardiovascular Meta-Analysis," Slide
471: 7     Set, 10-18-00 (Shapiro), MRK-NJ0070364 -
471: 8     MRK-NJ0070397, was marked for
471: 9     identification.)
471:10                - - -
471:11     BY MR. BUCHANAN:
471:12          Q.       For the record, it's a document by
471:13     Deborah Shapiro.  Who is Deborah Shapiro?
471:14          A.       Deborah Shapiro was a statistician in
471:15     the Merck Research Laboratories.
471:16          Q.       She was the unblinded statistician in
471:17     the VIGOR trial; right?
471:18          A.       Yes, she was.
471:19          Q.       She's the statistician you contacted
471:20     to get an early look at the VIGOR data; right?
471:21          A.       To look at the data first when the
471:22     trial is completed.  That is correct.
471:23          Q.       For the record, the document is
471:24     entitled "Vioxx Preliminary Cardiovascular
471:25     Meta-Analysis," and it is Bates stamped
472: page 472
472: 1     MRK-NJ0070364 through 397.
472: 2          So, your testimony is that the
472: 3     company conducted a meta-analysis preapproval?  That
472: 4     was the first time; right?
472: 5          A.       Yes.
472: 6          Q.       In March of 2000; right?
472: 7          A.       Yes.
472: 8          Q.       And then again in October of 2000;
472: 9     correct?
472:10          A.       As I said, I don't remember the dates
472:11     of all the other meta-analyses.
472:12          Q.       We can agree that this one is dated
472:13     October 2000?
472:14          A.       Yes, October 18th, 2000.
472:15          Q.       And this is the type of thing you'd
472:16     become aware of; right?
472:17          A.       I think so.  I don't recall having
472:18     seen this document, but I think so.
472:19          Q.       Well, you were the senior-most
472:20     scientist at Merck Research Labs; right?
```

Scolnick Final Complete

Scolnick 47223      472:23-474:16

```
472:23                THE WITNESS:  Yes, I was, but I still
472:24    don't recall having seen this document.
472:25    BY MR. BUCHANAN:
473: page 473
473: 1                Q.     Okay.
473: 2                       And if you'd turn to the third page
473: 3    of the document, it says, "Endpoints."
473: 4                A.     Yes.
473: 5                Q.     Looking at primary endpoints, "APTC."
473: 6    Right?
473: 7                A.     Yes.
473: 8                Q.     Do you know what that stands for?
473: 9                A.     I can't recall.  I've blocked out on
473:10    the initials.  It is a series of thrombotic events
473:11    and ischemic -- other ischemic signs and symptoms
473:12    like angina and transient ischemic attacks.  It is
473:13    broader than thrombotic events, but I don't recall
473:14    the exact -- what the exact initials stand for.
473:15               Q.     Then you are also looking at MIs.  Do
473:16    you see that?
473:17               A.     Yes.
473:18               Q.     Okay.
473:19                      And then a few other categories, I
473:20    guess, and subsets of those categories; right?
473:21               A.     That's what the document says.
473:22               Q.     Okay.  I would like to direct your
473:23    attention to Page NJ0070394.
473:24               A.     (Witness reviewing document.)
473:25               A.     Yes.
474: page 474
474: 1               Q.     This is a "meta-analysis" that
474: 2    describes the "Relative Risk of MIs," that's heart
474: 3    attacks?
474: 4               A.     Yes.
474: 5               Q.     The "MI Endpoint with 95% CI."
474: 6    What's "CI" mean?
474: 7               A.     Confidence interval.
474: 8               Q.     What does confidence interval
474: 9    represent, sir?
474:10               A.     It's a term that describes the bounds
474:11    in which to analyze statistical significance.
474:12               Q.     And if the confidence interval is
474:13    greater than 1 or if the confidence -- if the
474:14    confidence interval doesn't encompass 1, it
474:15    indicates that the finding is statistically
474:16    significant; true?
```

Scolnick 47419      474:19-476:12

```
474:19                THE WITNESS:  I believe that's true.
474:20    BY MR. BUCHANAN:
474:21               Q.     That's your understanding of
474:22    confidence intervals?
474:23               A.     I believe that's true.  I believe
474:24    that's true.
474:25               Q.     Okay.
475: page 475
475: 1                      In this particular table, there's a
475: 2    chart that reflects the relative risk of Vioxx
475: 3    versus all NSAIDs; true?
475: 4               A.     I -- it says "to NSAIDs."  I don't
475: 5    know whether this includes all NSAIDs, naproxen and
475: 6    non-naproxen aggregated together.
475: 7               Q.     Well, in the osteoarthritis trials,
475: 8    did you test Vioxx versus naproxen?
475: 9               A.     I don't believe so.  I don't recall
475:10    the details.
475:11               Q.     Okay.
```

Scolnick Final Complete

```
475:12                At the bottom of the page it says
475:13    "Total Cohort."  Do you see that?
475:14         A.     Yes, I do.
475:15         Q.     What's a cohort?
475:16         A.     A cohort is a group of patients
475:17    that's been studied in this meta-analysis.
475:18         Q.     And then to the right it says "2.02."
475:19    Do you see that?
475:20         A.     Uh-huh.
475:21         Q.     That's the relative risk --
475:22         A.     Yes, I do, I'm sorry.
475:23         Q.     That's the relative risk of heart
475:24    attacks among all studies for NSAIDs versus Vioxx;
475:25    true?
476: page 476
476: 1         A.     That is, I think, what this plots,
476: 2    non-naproxen and naproxen NSAIDs.
476: 3         Q.     That's right.
476: 4                And the confidence interval, again,
476: 5    is what, sir?
476: 6         A.     The confidence interval for 2.0?
476: 7         Q.     For the 2.02.
476: 8         A.     Is 1.14 to 3.55.
476: 9         Q.     And the fact that the confidence
476:10    interval does not go below 1 indicates that the 2.02
476:11    relative risk is statistically significant; true?
476:12         A.     Yes.  This, I believe, aggregates
```

Scolnick 47618      476:18-477:5

```
476:18         Q.     What does statistical significance
476:19    refer to, sir?
476:20         A.     That 95 times out of 100, the result
476:21    is an accurate one and not by chance. There's only
476:22    a 5 percent chance that the result is a fluke.
476:23         Q.     Okay.
476:24                And a relative risk of 2.02 in this
476:25    total cohort indicates a doubling of the risk of
477: page 477
477: 1    heart attacks among all of Merck's studies --
477: 2         A.     What you --
477: 3         Q.     -- comparing NSAIDs to Vioxx; true?
477: 4         A.     Comparing all NSAIDs including
477: 5    naproxen to Vioxx.  That's what this plots, yes.
```

Scolnick 47707      477:7-477:18

```
477: 7                If you'd turn the page, sir, you see
477: 8    an additional chart.  Again, "MI Endpoint," that's
477: 9    heart attack endpoint; right?
477:10         A.     Yes.
477:11         Q.     It says "Rofecoxib versus NSAIDs."
477:12    Vioxx is rofecoxib; right?
477:13         A.     Yes.
477:14         Q.     And again reflects 2.02 being the
477:15    relative risk for all patients compared rofecoxib to
477:16    NSAIDs; true?
477:17         A.     To all NSAIDs.  As I've said,
477:18    naproxen and non-naproxen.
```

Scolnick 47821      478:21-480:25

```
478:21         Q.     Well, sir, would you endorse a
478:22    decision not to give an MI-only meta-analysis to the
478:23    FDA?
478:24         A.     That should be part of any
478:25    submission.
479: page 479
479: 1         Q.     Okay.
479: 2                Who makes the decision within Merck
```

Page 61

Scolnick Final Complete

```
479: 3    as to what goes to the FDA and what doesn't?
479: 4              A.      All of our data is reported to the
479: 5    FDA by regulatory affairs.  You don't selectively
479: 6    report data to the best of my knowledge.
479: 7              Q.      Okay.
479: 8              So, if you did an MI only
479: 9    meta-analysis as well as your APTC analysis, you
479:10    would give that to the FDA?
479:11              A.      I assume it would have been submitted
479:12    to the FDA.
479:13              Q.      Can you give us a name of who would
479:14    be responsible for deciding what goes in the filings
479:15    with the FDA as it related to Vioxx?
479:16              A.      Whomever the head of regulatory
479:17    affairs was at this point in time, and by this time,
479:18    I don't recall actually who was head of regulatory
479:19    affairs.
479:20              Q.      So, the head of regulatory affairs is
479:21    ultimately responsible for what goes in the filings
479:22    to the FDA?
479:23              A.      Yes, that's true.
479:24              Q.      It's their job to make sure that all
479:25    the information concerning Merck products, both the
480: page 480
480: 1    good and the bad, gets to the FDA?
480: 2              A.      It is their ultimate responsibility,
480: 3    yes.
480: 4              Q.      Not your ultimate responsibility?
480: 5              A.      Well, it is ultimately, but I don't
480: 6    read every document that goes into the FDA.  So,
480: 7    it's the head of regulatory affairs that's really
480: 8    responsible for it.
480: 9              Q.      And you wouldn't endorse a decision
480:10    not to give unfavorable safety data to the FDA,
480:11    would you?
480:12              A.      I would endorse that all of the data
480:13    be submitted to the FDA.
480:14              Q.      Did you become aware of the results
480:15    of Merck's meta-analysis?
480:16              A.      I was shown summaries of
480:17    meta-analyses, yes, but I don't recall the details
480:18    of what was in those summaries at this point.
480:19              Q.      You would expect that if scientists
480:20    like Deborah Shapiro conducted a meta-analysis, they
480:21    would have shared it with you; right?
480:22              A.      They would have presented it to the
480:23    responsible committee for development at Merck, and
480:24    then some of that would have been presented to me at
480:25    some point presumably.

Scolnick 48115      481:15-482:8

481:15              Q.      Okay.  Sir, let me pass over to you
481:16    what we just marked as Exhibit 20 to your
481:17    deposition.
481:18                            -  -  -
481:19                      (Whereupon, Deposition Exhibit
481:20                      Scolnick-20, Letter 1-8-01, with
481:21                      attachment, "IND 46,894: VIOXX
481:22                      (rofecoxib)" "Interim Cardiovascular
481:23                      Meta-Analysis," MRK-NJ0267715 -
481:24                      MRK-NJ0267777, was marked for
481:25                      identification.)
482: page 482
482: 1                            -  -  -
482: 2    BY MR. BUCHANAN:
482: 3              Q.      For the record, sir, I just passed
482: 4    you what we've marked as Exhibit 20 to your
482: 5    deposition.  It's a January 8, 2001 letter from a
482: 6    Robert Silverman, Senior Director of Regulatory
```

Scolnick Final Complete

```
482: 7        Affairs to somebody at the FDA; is that right, sir?
482: 8              A.    Yes, correct.

Scolnick 48301    483:1-483:9

483: 1              Q.    It's a transmittal of information to
483: 2        the FDA?
483: 3              A.    Yes, it is.
483: 4              Q.    Transmittal of information to the FDA
483: 5        concerning Vioxx?
483: 6              A.    Yes.
483: 7              Q.    Transmittal of the "Interim
483: 8        Cardiovascular Meta-Analysis" for Vioxx; true?
483: 9              A.    Yes.  Yes, that's correct.

Scolnick 48403    484:3-484:14

484: 3              Q.    All right, sir.  Just going back to
484: 4        my question, do you see any of the MI meta-analysis
484: 5        charts and tables that we talked about in Exhibit 19
484: 6        and Exhibit 20?
484: 7              A.    I don't see those specific figures.
484: 8        I do see on Page 23, 28, 33 and 37 the data
484: 9        presented to the FDA on MIs in the various studies.
484:10              Q.    Just to be clear, sir, what you're
484:11        referring to are tables of APTC endpoint components;
484:12        true?
484:13              A.    Yes, which includes myocardial
484:14        infarctions.

Scolnick 48422    484:22-487:4

484:22              Q.    APTC is the endpoint that was studied
484:23        in the APTC meta-analysis; correct?
484:24              A.    The tables are titled APTC in this
484:25        document.
485: page 485
485: 1              Q.    Well, when we looked at Exhibit 19,
485: 2        there were two meta-analyses presented in Exhibit
485: 3        19; correct?
485: 4              A.    I don't recall.  There were
485: 5        meta-analyses presented here.  We only looked at a
485: 6        couple of the pages.
485: 7              Q.    Well, feel free to look at it, sir.
485: 8        There's an APTC analysis -- an APTC meta-analysis in
485: 9        Exhibit 19; correct?
485:10              A.    There are APTC meta-analyses in this
485:11        document, yes.
485:12              Q.    And there's a separate MI, meaning
485:13        heart attack, meta-analysis in that document;
485:14        correct?
485:15              A.    That is correct, comparing rofecoxib
485:16        to all other NSAIDs.
485:17              Q.    Is there an MI meta-analysis in the
485:18        submission to the FDA?
485:19              A.    The meta-analysis done in this
485:20        document I do not see in this document.  I do see,
485:21        and it is important to point out, all of the data on
485:22        the four pages I cited to you.
485:23              Q.    And what you're trying to highlight,
485:24        sir, is that certain MI information was encompassed
485:25        within the APTC endpoint; right?
486: page 486
486: 1              A.    That is what I'm trying to point out,
486: 2        yes.
486: 3              Q.    But Merck did a specific analysis
486: 4        looking at the incidence of heart attacks across all
486: 5        of its trials; true?
486: 6              A.    That is indicated in this document,
486: 7        in the first document that you showed me in this
```

Page 63

Scolnick Final Complete

```
486: 8    discussion.
486: 9              Q.      That document is Exhibit 19; right?
486:10              A.      Yes, it is.
486:11              Q.      Merck did an MI meta-analysis in
486:12    October 2000; true?
486:13              A.      Yes, that's true.
486:14              Q.      And didn't give it to the FDA in
486:15    January 2001; true?
486:16              A.      The specific figures are not included
486:17    in the submission to the FDA.  The data is included.
486:18              Q.      Well, not only the figures, sir, the
486:19    MI meta-analysis is not in that submission to the
486:20    FDA; correct?
486:21              A.      That is correct.
486:22              Q.      There might be some heart attack data
486:23    in that submission to the FDA; right?
486:24              A.      There is heart attack data in this
486:25    submission.
487: page 487
487: 1              Q.      But there's not an MI meta-analysis
487: 2    in Exhibit 20; right?
487: 3              A.      Not that I could find, no.  It does
487: 4    not -- it's not there.
```

Scolnick 48712     487:11-487:20

```
487:11    BY MR. BUCHANAN:
487:12              Q.      Is it your testimony that you were
487:13    never consulted by regulatory within Merck Research
487:14    Labs as to whether to give the MI meta-analysis or
487:15    not to give it to the FDA?
487:16              A.      That is my testimony.  I was never
487:17    consulted on that point.
487:18              Q.      Do you endorse the decision not to
487:19    give that MI meta-analysis to the FDA in January
487:20    2001?
```

Scolnick 48723     487:23-488:7

```
487:23              THE WITNESS:  I would have had no
487:24    objection to their submitting all of the
487:25    meta-analyses.
488: page 488
488: 1    BY MR. BUCHANAN:
488: 2              Q.      Sir, should the MI meta-analysis have
488: 3    been given to the FDA in January 2001?
488: 4              A.      I would have given it to them.  It is
488: 5    perfectly reasonable to give it them.  There is an
488: 6    abundance of data in this document which we haven't
488: 7    covered.
```

Scolnick 48810     488:10-488:14

```
488:10              THE WITNESS:  Yes, it should have
488:11    been given, including all the data in this document.
488:12    BY MR. BUCHANAN:
488:13              Q.      You were the boss?
488:14              A.      I was not consulted in this matter.
```

Scolnick 48824     488:24-489:22

```
488:24              THE WITNESS:  My group knew that I
488:25    wanted all data submitted to the FDA.  They didn't
489: page 489
489: 1    need to consult me on matters like that.
489: 2    BY MR. BUCHANAN:
489: 3              Q.      So, if your group didn't consult --
489: 4    if your group didn't submit this information to the
489: 5    FDA, they disregarded your standard operating
489: 6    procedure?
```

Page 64

Scolnick Final Complete

```
489: 7              A.     The standard operating procedure in
489: 8      the labs is to submit all data to the FDA.  All the
489: 9      data is in here.  The specific meta-analysis is not
489:10      included in this document.
489:11              Q.      You say all the data is in there,
489:12      sir, but there's not an MI meta-analysis in that
489:13      document; right?
489:14              A.      That is correct.
489:15              Q.      And there's not an analysis with
489:16      confidence intervals surrounding the incidence of MI
489:17      alone as an endpoint across all trials in that
489:18      document; true?
489:19              A.      There's not an analysis of -- there's
489:20      not the MI analysis -- there is not the MI
489:21      meta-analysis comparing Vioxx to all other NSAIDs in
489:22      the second document.
```

Scolnick 49006      490:6-490:9

```
490: 6              Q.      Yeah, but the one thing we can agree
490: 7      is, there's not an MI meta-analysis reflected in
490: 8      that particular document, the January 2001
490: 9      submission to the FDA; right?
```

Scolnick 49012      490:12-490:17

```
490:12                      THE WITNESS:  There's no -- there's
490:13      no MI meta-analysis that I can find in the January
490:14      8th document.
490:15      BY MR. BUCHANAN:
490:16              Q.      And you didn't give it to the
490:17      Advisory Committee in February 2001 either, did you?
```

Scolnick 49021      490:21-491:2

```
490:21                      THE WITNESS:  I don't recall what was
490:22      in the presentation.  I don't recall ever having
490:23      seen this first document, Exhibit 19, and I don't
490:24      recall ever having seen the second document which
490:25      was submitted.  I had an excellent group, and they
491: page 491
491: 1      handled the submissions to the FDA and the
491: 2      preparation for the Advisory Committees.
```

Scolnick 49201      492:1-492:11

```
492: 1                      You've seen press releases where
492: 2      Merck has discussed the meta-analysis it did
492: 3      concerning all of its clinical trials as it related
492: 4      to cardiovascular events; true?
492: 5              A.     I believe -- yes.  Yes.  That's true.
492: 6              Q.      You're aware of the Merck
492: 7      meta-analysis being discussed, the APTC Merck
492: 8      meta-analysis being discussed in press releases;
492: 9      true?
492:10              A.      I don't recall the exact content of
492:11      the press releases at this point.
```

Scolnick 49918      499:18-502:2

```
499:18                      The company ultimately published a
499:19      meta-analysis concerning cardiovascular events in
499:20      the peer-reviewed literature, didn't it?
499:21              A.     Yes.  I believe it did in Circulation
499:22      or another cardiovascular journal.
499:23              Q.      Fall of 2001.  Does that sound right?
499:24              A.      Sounds approximately right.  I don't
499:25      remember the date.
500: page 500
500: 1                                    -  -  -
```

Scolnick Final Complete

```
500: 2          (Whereupon, Deposition Exhibit
500: 3          Scolnick-21, "Cardiovascular Thrombotic
500: 4          Events in Controlled, Clinical Trials of
500: 5          Rofecoxib," (Konstam et al.),
500: 6          Circulation 2001;104:2280-2288,
500: 7          MRK-NJ0074693 - MRK-NJ0074701, was
500: 8          marked for identification.)
500: 9                - - -
500:10     BY MR. BUCHANAN:
500:11          Q.      Dr. Scolnick, I just passed you over
500:12     what we marked as Exhibit 21 to your deposition.  Is
500:13     this the publication of the meta-analysis you were
500:14     just referring to?
500:15          A.      I think it was the one you were just
500:16     referring to.  It is one of the ones I recall.  It
500:17     is one I recall.  I don't recall whether others were
500:18     published.
500:19          Q.      And to be clear, this is an October
500:20     2001 article published in the journal Circulation;
500:21     correct?
500:22          A.      Yes.  Correct.
500:23          Q.      Title of it is "Cardiovascular
500:24     Thrombotic Events in Controlled, Clinical Trials of
500:25     Rofecoxib."  Correct?
501: page 501
501: 1          A.      That's correct.
501: 2          Q.      You see a number of Merck employees
501: 3     as co-authors on this particular article with Dr.
501: 4     Konstam; correct?
501: 5          A.      Yes, I do.
501: 6          Q.      Can you identify for me the Merck
501: 7     co-authors?
501: 8          A.      The ones I know for certain are Merck
501: 9     co-authors are Alise Reicin, Deborah Shapiro, Eliav
501:10     Barr and Barry Gertz.  I do not know for whom
501:11     Matthew Weir and Rhoda Sperling worked, and I know
501:12     Dr. Konstam did not work for Merck.
501:13          Q.      Deborah Shapiro, that's the same
501:14     person who did the October 2000 meta-analysis that
501:15     we looked at earlier; correct?
501:16          A.      Yes.  That's correct.
501:17          Q.      And that October 2000 meta-analysis
501:18     included a meta-analysis for APTC endpoints;
501:19     correct?
501:20          A.      The October 2000, yes, it did.
501:21          Q.      And it also included a heart attack
501:22     meta-analysis; correct?
501:23          A.      Yes, it did.
501:24          Q.      Okay.
501:25          Do you see that heart attack
502: page 502
502: 1     meta-analysis in this particular publication, sir?
502: 2          A.      Just give me a minute.
```

Scolnick 50204     502:4-502:4

```
502: 4                      I do not.
```

Scolnick 50518     505:18-505:21

```
505:18          The meta-analysis was one of the
505:19     lines of evidence that Merck looked to in March of
505:20     2000 to reassure itself on the cardiovascular safety
505:21     of Vioxx; true?
```

Scolnick 50524     505:24-505:25

```
505:24          THE WITNESS:  To analyze the data and
505:25     try to make a decision, yes.
```

Page 66

Scolnick Final Complete

Scolnick 50603      506:3-506:4

506: 3                      Merck also looked at certain
506: 4      Alzheimer's data --

Scolnick 50607      506:7-506:7

506: 7              Q.      -- in March of 2000; correct?

Scolnick 50610      506:10-506:25

506:10                      THE WITNESS:  Yes.
506:11      BY MR. BUCHANAN:
506:12              Q.      And continued to look at Alzheimer's
506:13      data over time to evaluate the cardiovascular safety
506:14      of Vioxx; right?
506:15              A.      Yes.
506:16              Q.      And Merck took comfort in the safety
506:17      of Vioxx based on the Alzheimer's data; true?
506:18              A.      Yes.
506:19              Q.      That was a placebo-controlled trial?
506:20              A.      Yes.
506:21              Q.      Actually, there were three trials in
506:22      Alzheimer's patients that Merck was conducting;
506:23      true?
506:24              A.      I don't recall.  I recall two.  I
506:25      don't recall if there were three.

Scolnick 50708      507:8-507:24

507: 8                      You do recall that Merck was testing
507: 9      Vioxx in Alzheimer's patients, though; right?
507:10              A.      Yes.
507:11              Q.      And one of the things Merck was
507:12      testing, one of the hypotheses was that Vioxx could
507:13      slow the progression of Alzheimer's disease;
507:14      correct?
507:15              A.      Yes.
507:16              Q.      So, you were testing the drug in
507:17      Alzheimer's patients; right?
507:18              A.      Yes.
507:19              Q.      Another type of Alzheimer's trial
507:20      that Merck was running was to see whether or not
507:21      Vioxx prevented Alzheimer's disease; correct?
507:22              A.      That's correct.
507:23              Q.      That was trial 078; correct?
507:24              A.      I think so.  I don't -- I remember

Scolnick 50810      508:10-508:21

508:10                      Merck was testing Vioxx in
508:11      Alzheimer's patients in two trials to see whether
508:12      Vioxx delayed the progression of the disease.  Those
508:13      would have been the 091 protocol and the 126
508:14      protocol.  Does that refresh your memory?
508:15              A.      I don't remember 126.  I'll have to
508:16      assume you're correct on that at this point.
508:17              Q.      Okay.
508:18                      We'll look at some documents in a
508:19      moment.
508:20                      All three were placebo-controlled?
508:21              A.      Yes.

Scolnick 50824      508:24-508:25

508:24                      THE WITNESS:  Yes.  The trials were
508:25      placebo-controlled as I recall.

Scolnick 50903      509:3-510:8

Page 67

Scolnick Final Complete

```
509: 3          Q.      When your team was before the
509: 4     Advisory Committee that was convened to evaluate the
509: 5     safety of Vioxx in February 2001, that team cited
509: 6     the Alzheimer's data as data that was reassuring on
509: 7     the safety of the drug; true?
509: 8          A.      Yes.  The Advisory Committee was
509: 9     convened to go over the gastrointestinal data, and
509:10     as part of that, all of the data on Vioxx.
509:11          Q.      But, in fact, there was a significant
509:12     excess of deaths in patients taking Vioxx versus
509:13     patients taking placebo in the Alzheimer's trials;
509:14     isn't that true?
509:15          A.      I don't recall.  What I seem to
509:16     recall is -- I recall that vaguely.  I believe that
509:17     there wasn't -- those deaths were not related to
509:18     cardiovascular events, but I don't recall the
509:19     details.
509:20          Q.      I just want to understand some things
509:21     about these trials, though, sir.
509:22                  They are placebo-controlled; true?
509:23          A.      True.
509:24          Q.      They were randomized; true?
509:25          A.      Yes.
510: page 510
510: 1          Q.      What's "randomized" mean?
510: 2          A.      Patients are allocated by a random
510: 3     number process to drug versus placebo.
510: 4          Q.      And isn't the concept, sir, that in
510: 5     the randomization phase, the company attempts to
510: 6     disperse patients with different characteristics
510: 7     evenly between the two arms?
510: 8          A.      Yes.
```

Scolnick 51220     512:20-513:6

```
512:20          Q.      The company was scheduled to look at
512:21     the data from the Alzheimer's trials in the fall of
512:22     2000; isn't that right?
512:23          A.      I don't recall.
512:24          Q.      Were you involved in the decision not
512:25     to look at Alzheimer's data as it related to death
513: page 513
513: 1     in the fall of 2000?
513: 2          A.      Not to the best of my knowledge, no,
513: 3     or recollection.
513: 4          Q.      You don't recall any conversation
513: 5     like that?
513: 6          A.      I don't recall.
```

Scolnick 51510     515:10-515:24

```
515:10          Q.      Well, shortly after the Advisory
515:11     Committee in February 2001, the company did look at
515:12     the death data from one of the Alzheimer's trials;
515:13     isn't that true?
515:14          A.      Again, I've told you I can't recall
515:15     the dates in which various looks at the Alzheimer's
515:16     trials were done, so, I can't verify or not verify
515:17     your question.
515:18          Q.      Do you remember that temporally,
515:19     though, that it was after --
515:20          A.      No.
515:21          Q.      -- the Advisory Committee?
515:22          A.      I do not recall the dates or timing
515:23     of when those were done.
515:24          Q.      Okay.
```

Scolnick 51607     516:7-517:10

```
516: 7          Q.      Sir, I'm passing you over what we
```
Page 68

Scolnick Final Complete

```
516: 8        just marked as Exhibit 22 to your deposition.  For
516: 9        the record, it's Bates stamped MRK-ABP016650.  It
516:10        runs through Page 677.  It is a document entitled
516:11        "Vioxx AD Program."  Do you see that heading, sir?
516:12             A.      Yes, I do.  Yes.
516:13             Q.      There's no date on the document.  Do
516:14        you agree with me, sir?
516:15             A.      I certainly don't see a date on the
516:16        first page that we're talking about.
516:17             Q.      Okay.
516:18                     I'll represent to you, sir, that in
516:19        the production of documents we received from Merck,
516:20        the date in the system for this particular file is
516:21        March 21, 2001.  Okay?  2001?
516:22                     Sir, do you remember protocol 091
516:23        being a clinical trial that was run to test whether
516:24        Vioxx could prevent the progression or slow the
516:25        progression of Alzheimer's disease?
517: page 517
517: 1             A.      As I've said, I recall we're doing
517: 2        the studies, and what the purpose was, I have to
517: 3        assume that 091 was for progression, because I don't
517: 4        recall the numbers in relationship to the stated
517: 5        purpose of the trial.
517: 6             Q.      Well, you'll agree that this document
517: 7        reflects that protocol 091 was, in fact, an
517: 8        Alzheimer's disease trial; correct?
517: 9             A.      Yes.  That's what's implied on the
517:10        first page, yes.
```

Scolnick 51903      519:3-519:9

```
519: 3             Q.      Sir, if you'd turn back to the prior
519: 4        page, number 651, it says, "Vioxx AD Program,
519: 5        Program Overview."  Do you see that?
519: 6             A.      Yes.
519: 7             Q.      "AD" is Alzheimer's disease?
519: 8             A.      Yes.
519: 9             Q.      Okay.
```

Scolnick 52302      523:2-523:11

```
523: 2             Q.      Now, if the company had a drug that
523: 3        would prevent the onset of Alzheimer's disease, that
523: 4        would be a significant medical discovery.  You would
523: 5        agree with that?
523: 6             A.      Yes, it would.
523: 7             Q.      And a significant revenue opportunity
523: 8        for the company; correct?
523: 9             A.      They would go together.  It would be
523:10        a magnificent discovery for medical and for
523:11        patients.
```

Scolnick 52914      529:14-529:21

```
529:14             Q.      Okay.  That's the APPROVe trial
529:15        that's being referenced there, isn't it?
529:16             A.      Yes, I believe so.
529:17             Q.      You'd agree with me, sir, that those
529:18        three paragraphs don't say anything about that trial
529:19        being conducted to test the cardiovascular safety of
529:20        Vioxx?
529:21             A.      Yes, I'd agree with that.
```

Scolnick 53020      530:20-531:2

```
530:20             Q.      Sir, the page continues and it
530:21        discusses the Alzheimer's disease trials; true?
530:22             A.      Yes.
530:23             Q.      Okay.
```

Page 69

Scolnick Final Complete

```
530:24                  Merck is telling its shareholders
530:25        here that it is in the process of testing Vioxx in
531: page 531
531: 1    Alzheimer's patients; true?
531: 2                  A.      Yes.
```

Scolnick 53113      531:13-531:23

```
531:13              Q.      Okay.
531:14                  And just getting back now to where we
531:15    were, a treatment for Alzheimer's disease presented
531:16    a significant revenue opportunity for Merck if Vioxx
531:17    was able to demonstrate a reduction in the incidence
531:18    of Alzheimer's disease; true?
531:19              A.      Yes.  And as we said, an important
531:20    medical finding.
531:21              Q.      Turning back to Exhibit, I think it's
531:22    23 -- excuse me, 22, which is the Vioxx AD program
531:23    slide set.  Do you see that?
```

Scolnick 53202      532:2-532:3

```
532: 2                      THE WITNESS:  Yes, yes, I do.  I see
532: 3    that.
```

Scolnick 532.10-532.16      532:10-532:16

```
532:10              Q.      Do you recall learning that there was
532:11    a significant excess number of deaths in the Vioxx
532:12    arm as compared to the placebo arm in the 091 trial?
532:13              A.      I recall being told there was an
532:14    excess of deaths and that they were randomly
532:15    distributed in many categories and apparently not
532:16    related to drug.
```

Scolnick 53719      537:19-537:23

```
537:19              Q.      Sir, it would be improper for
537:20    somebody who knew that there was an imbalance in
537:21    deaths to then go through the deaths and group them
537:22    into categories?  You would agree with that,
537:23    wouldn't you?
```

Scolnick 53725      537:25-538:6

```
537:25                      THE WITNESS:  I would not agree with
538: page 538
538: 1    that.  It is a perfectly reasonable analysis to do.
538: 2    BY MR. BUCHANAN:
538: 3              Q.      That would be an unblinded review;
538: 4    right?
538: 5              A.      Yes, it would be an unblinded review.
538: 6    It would not be an improper review.
```

Scolnick 53808      538:8-538:9

```
538: 8                      But if you were going to do that, you
538: 9    would tell people that you were doing that; right?
```

Scolnick 53811      538:11-538:13

```
538:11                      THE WITNESS:  It is clearly an
538:12    unblinded review, so, it would be presented as an
538:13    unblinded review.
```

Scolnick 53815      538:15-538:16

```
538:15              Q.      Okay.  Let's take a step forward and
538:16    understand the death data in the Alzheimer's trials.
```

Page 70

Scolnick Final Complete

Scolnick 53901     539:1-539:12

```
539: 1              Q.      Sir, I'm passing over what we just
539: 2      marked as Exhibit 24 to your deposition.  It is a
539: 3      multi-page memo to you from a Dr. Gilbert Block.
539: 4              For the record, it is Bates stamped
539: 5      MRK-NJ0333225 to 35.  I don't know if I indicated
539: 6      this, but it is dated March 21st, 2001?
539: 7              Doctor, have you seen this before?
539: 8              A.      I don't recall seeing it.  It is
539: 9      addressed to me.
539:10              Q.      Who is Dr. Block?
539:11              A.      He was a physician in the clinical
539:12      neuroscience group.
```

Scolnick 540.16-541.13     540:16-541:13

```
540:16              Q.      9 people had died while on Vioxx or
540:17      within 14 days after ceasing to take Vioxx in this
540:18      particular trial; true?
540:19              A.      That's what it says.
540:20              Q.      2 people in the placebo arm died
540:21      during this trial; right?
540:22              A.      That's what it says.
540:23              Q.      The next line does an intent-to-treat
540:24      analysis.  Do you see that?
540:25              A.      Yes.
541: page 541
541: 1              Q.      Okay.  That's what the prior exhibit
541: 2      said were the type of trials these were; right?
541: 3              A.      Yes.
541: 4              Q.      Okay.  It says, "Intent to Treat
541: 5      (Regardless of Study Drug Dosing Status)."  Do you
541: 6      see that row?
541: 7              A.      Yes, I do.
541: 8              Q.      It says 14 people died on Vioxx;
541: 9      right?
541:10              A.      Yes.
541:11              Q.      And 3 people died on placebo?
541:12              A.      I see that, and it gives the
541:13      percentages in addition.
```

Scolnick 54308     543:8-543:18

```
543: 8              Q.      I think what we're looking at here,
543: 9      sir, right, is that 14 people died on Vioxx, 3 died
543:10      in placebo in this trial; true?
543:11              A.      Yes, that's true.
543:12              Q.      And 95 times out of 100, when you ran
543:13      this trial, you'd get the same result; right?
543:14              A.      That's what statistical significance
543:15      implies, yes.
543:16              Q.      So, 95 out of 100 times, if you reran
543:17      this trial, 14 would die on Vioxx, 3 would die on
543:18      placebo?
```

Scolnick 54324     543:24-544:6

```
543:24              Q.      So, in this particular trial, 11
543:25      people died on Vioxx more than died on placebo;
544: page 544
544: 1      true?
544: 2              A.      Yes, that's correct.
544: 3              Q.      Did you tell old people around the
544: 4      country who were taking this drug, we have this
544: 5      trial, 11 excess deaths were found in this trial,
544: 6      sir?
```

Scolnick 54408     544:8-544:21

Scolnick Final Complete

```
544: 8              THE WITNESS:  I don't recall what
544: 9    information was disseminated on the trial.
544:10    BY MR. BUCHANAN:
544:11         Q.   Well, you had another trial that was
544:12    still ongoing; right?
544:13         A.   Yes.
544:14         Q.   You had protocol 078, that was the
544:15    treatment -- excuse me, the prevention of
544:16    Alzheimer's disease trial; correct?
544:17         A.   Yes, I think so.
544:18         Q.   Okay.  Because there was actually two
544:19    trials ongoing at the time when you first got this
544:20    data, isn't that true?
544:21         A.   I believe we established that.
```

Scolnick 54503      545:3-545:8

```
545: 3              But there was another trial just like
545: 4    protocol 091, that was protocol 126; true?
545: 5         A.   As I said, again, I don't relate the
545: 6    numbers to the design of the trials, so, I can't
545: 7    answer your question about the number and the design
545: 8    of the trial.  There were two other trials ongoing.
```

Scolnick 54514      545:14-546:7

```
545:14         Q.   Well, sir, you do recall that after
545:15    you learned about the death data from the 091 trial,
545:16    you terminated the other trial that was just like
545:17    the 091 trial; right?
545:18         A.   I don't recall.  Your question has
545:19    refreshed my memory that the reason the other trial
545:20    was stopped was there was no efficacy in this trial,
545:21    and, therefore, no reason to do the other trial.
545:22         Q.   I see.
545:23              So, what you're saying is the reason
545:24    why you cancelled the other trial was because the
545:25    091 trial wasn't effective at delaying the
546: page 546
546: 1    progression of Alzheimer's disease; right?
546: 2         A.   That's what I recall, but I don't
546: 3    remember why -- any more than that.
546: 4         Q.   So, the 11 patients who died
546: 5    unnecessarily in protocol 091 as compared to the
546: 6    placebo arm, died and they got no benefit from Vioxx
546: 7    in this trial; true?
```

Scolnick 54610      546:10-546:13

```
546:10              THE WITNESS:  There were 11 patients
546:11    who died in the trial more than in placebo.  The
546:12    aggregate group did not benefit from Vioxx based on
546:13    the statistical efficacy of the trial.
```

Scolnick 54818      548:18-548:22

```
548:18         Q.   Well, we could agree, sir, that on
548:19    the same day it was established that Vioxx was not
548:20    effective in preventing the progression of
548:21    Alzheimer's disease, you personally were also told
548:22    about an imbalance in deaths; true?
```

Scolnick 54824      548:24-549:1

```
548:24              THE WITNESS:  I was presented this
548:25    data on -- as an aggregate of data, yes.  Both the
549: page 549
549: 1    efficacy and safety data were presented to me, yes.
```

Scolnick 54915      549:15-549:19

Page 72

Scolnick Final Complete

```
549:15          Q.        We can at least agree, sir, that on
549:16     the same day that a recommendation was made
549:17     concerning terminating the second progression trial,
549:18     you received data concerning the imbalance in deaths
549:19     in the 091 trial?
```

Scolnick 54923     549:23-550:1

```
549:23                    THE WITNESS:  The data was presented
549:24     to me in aggregate as we stated, and the group
549:25     clearly had decided to stop the second progression
550: page 550
550: 1     trial as part of their presentation.
```

Scolnick 55102     551:2-551:8

```
551: 2          Q.        Well, you'd agree, sir, that one
551: 3     reason to terminate a trial would be because there
551: 4     was a statistically significant imbalance in death
551: 5     in a similar trial in a similar patient population;
551: 6     true?
551: 7          A.        That could be a reason.  I don't
551: 8     believe that's why the group stopped the trial.
```

Scolnick 55115     551:15-552:15

```
551:15                    Apart from the 091 trial, we also
551:16     know there was a second progression trial, that's
551:17     the 126 trial.  We established that this morning;
551:18     right?
551:19          A.    Yes.
551:20          Q.    Okay.
551:21                There was also an Alzheimer's disease
551:22     prevention trial; true?
551:23          A.    Yes.
551:24          Q.    Okay.
551:25                The folks in Merck Research Labs
552: page 552
552: 1     looked at the incidence of death in that trial, too,
552: 2     didn't they?
552: 3          A.        I don't recall the categories they
552: 4     looked at.  Death would be collected in any trial.
552: 5          Q.        Well, you see in the memo we were
552: 6     just looking at from Dr. Block, it says, "All deaths
552: 7     in the ongoing prevention trial...and the terminated
552: 8     second progression trial...will be unblinded and
552: 9     evaluated."  Do you see that?
552:10          A.    Yes, I do.
552:11          Q.    Okay.
552:12                So, it's your understanding that the
552:13     deaths in the other trials were also looked at;
552:14     true?
552:15          A.        That's what this implies.
```

Scolnick 553.4-558.2     553:4-558:2

```
553: 4          Q.        Sir, I've just passed you over what
553: 5     we have marked as Exhibit 25 to your deposition.
553: 6                          -    -    -
553: 7                    (Whereupon, Deposition Exhibit
553: 8          Scolnick-25, Memo 4-8-01, "MK-0966
553: 9          Combined Mortality Analysis Protocol 091
553:10          + Protocol 078," MRK-AAX0000752 -
553:11          MRK-AAX0000776, was marked for
553:12          identification.)
553:13                          -    -    -
553:14     BY MR. BUCHANAN:
553:15          Q.        For the record, it is Bates stamped
553:16     MRK-AAX0000752 through 776.
```

Page 73

Scolnick Final Complete

553:17          Have you seen this before, sir?
553:18     A.     I don't recall whether I've seen it
553:19  or not.
553:20     Q.     Okay.
553:21          Do you agree with me, sir, that this
553:22  document is a combined intention to treat and
553:23  on-drug analysis of the death data in both protocol
553:24  091 and protocol 078?
553:25     A.     Yes, that's what the summary document
554: page 554
554: 1  -- the summary page on the front page states, yes.
554: 2     Q.     Okay.
554: 3          If you'd turn to the next page, sir,
554: 4  it identifies the mortality analysis or the death
554: 5  analysis for the 091 and 078 trials on an
554: 6  intent-to-treat basis.  Do you see that at the
554: 7  bottom of the first page?
554: 8     A.     It does it for both protocols, yes.
554: 9     Q.     Number of deaths on Vioxx, 13.  Do
554:10  you see that?
554:11     A.     Yes.
554:12     Q.     Number of deaths on placebo, 3?
554:13     A.     Yes.  That's the trial we were
554:14  looking at.
554:15     Q.     Okay.
554:16          It is about what, four times as high,
554:17  a little more than four?
554:18     A.     Yes.
554:19     Q.     Okay.  Go down to the ITT analysis
554:20  for protocol 078.  Do you see that below it?
554:21     A.     Yes.
554:22     Q.     Okay.
554:23          Number of deaths on Vioxx, 21; right?
554:24     A.     Yes.
554:25     Q.     Number of deaths on placebo, 9;
555: page 555
555: 1  right?
555: 2     A.     Yes.
555: 3     Q.     And there's a rate next to each of
555: 4  those numbers; right?
555: 5     A.     There is.
555: 6     Q.     And the rate for Vioxx is what, a
555: 7  little under two-and-a-half times greater than the
555: 8  rate for placebo?
555: 9     A.     Yes.
555:10     Q.     And what that means is that
555:11  two-and-a-half times as many people died taking
555:12  Vioxx in the 078 trial as of this point in time as
555:13  compared to placebo; true?
555:14     A.     Yes.
555:15     Q.     Okay.
555:16          If you'd turn to Page 755, internal
555:17  numbering, 4, Bates number, 755.
555:18     A.     Just a moment, please.
555:19     Q.     Feel free.
555:20     A.     (Witness reviewing document.)
555:21          Okay.  Thank you.
555:22          Where do you want me to turn, 755?
555:23     Q.     I'm sorry.  756.
555:24     A.     Excuse me, I want to look at one
555:25  other thing.
556: page 556
556: 1     Q.     There's calculations of something
556: 2  called a "hazard ratio."  Do you see that?
556: 3     A.     Just a moment.
556: 4          (Witness reviewing document.)
556: 5          On 756.  756?
556: 6     Q.     Yeah.  There's a paragraph in between
556: 7  the charts.  It says, "From the mortality frequency
556: 8  and incident rate charts for protocol 091."  Do you

Page 74

Scolnick Final Complete

```
556: 9        see that?
556:10                A.        Yes, yes.
556:11                Q.        And there's a hazard ratio
556:12        calculation in the last sentence for the 091 trial.
556:13        Do you see that?
556:14                A.        Yes, I do.
556:15                Q.        It says, "After adjusting for Age,
556:16        the hazard ratio between" Vioxx "and placebo was
556:17        4.43." Do you see that?
556:18                A.        Yes.
556:19                Q.        It provides a confidence interval.
556:20        Do you see that?
556:21                A.        Yes.
556:22                Q.        Confidence interval is greater than
556:23        1; true?
556:24                A.        Yes.
556:25                Q.        It doesn't encompass the number 1;
557: page 557
557: 1        right?
557: 2                A.        That's correct.
557: 3                Q.        And that's an indication that it's a
557: 4        statistically significant finding; true?
557: 5                A.        Yes.
557: 6                Q.        Okay.
557: 7                          4.43 would be the relative increased
557: 8        risk of death on Vioxx compared to placebo; true?
557: 9                A.        The relative increase in risk, yes.
557:10                Q.        Okay.
557:11                          So, folks on Vioxx in the 091 trial
557:12        were 4.4 times more likely to die compared to those
557:13        on placebo; true?
557:14                A.        It's a hazard ratio. I think that's
557:15        true.
557:16                Q.        Okay.
557:17                          If you'd turn the page, sir, you look
557:18        at the results for the 078 trial, paragraph
557:19        beginning, "From the mortality frequency and
557:20        incident rate charts for protocol 078." Do you see
557:21        that?
557:22                A.        Yes.
557:23                Q.        Then it says at the end, "After
557:24        adjusting for Age and Gender, the hazard ratio
557:25        between" Vioxx "and placebo was 2.55." Do you see
558: page 558
558: 1        that sentence?
558: 2                A.        Yes.
```

Scolnick 558.9-558.22        558:9-558:22

```
558: 9                Q.        That indicates that folks on Vioxx
558:10        were 2.55 times more likely to die than patients on
558:11        placebo; true?
558:12                A.        Yes.
558:13                Q.        Okay. So, let me understand, sir.
558:14        As of this point in time, April 8, 2001, the company
558:15        has two independent placebo-controlled trials
558:16        demonstrating a statistically significant increase
558:17        in the risk of death; true?
558:18                A.        Yes.
558:19                Q.        Okay. In the one trial, 091, there
558:20        was a four times greater risk of death on Vioxx
558:21        compared to placebo; true?
558:22                A.        Yes.
```

Scolnick 56025        560:25-561:13

```
560:25                          Well, you'd agree that mortality data
561: page 561
561: 1        is important; right?
561: 2                A.        Yes, it is.
```

Page 75

```
                              Scolnick Final Complete
561: 3              Q.       That's the kind of data that a
561: 4     physician should know; right?
561: 5              A.       Yes, they should.
561: 6              Q.       Any doubt in your mind that
561: 7     physicians would like to know whether your drug,
561: 8     Merck's drug, increased the risk of death?
561: 9              A.       It's data that should have -- a
561:10     physician should know.
561:11              Q.       Any doubt that the FDA would have
561:12     wanted to know right after you knew this that Vioxx
561:13     increased the risk of death?
```

Scolnick 56118      561:18-561:20

```
561:18              THE WITNESS:  I don't know when -- I
561:19     don't know that this data was not submitted to the
561:20     FDA.  I don't know what was done with this data.
```

Scolnick 56122      561:22-562:4

```
561:22              Q.       Well, you'd agree, sir, that this
561:23     data should have been promptly shared with the FDA;
561:24     true?
561:25              A.       I don't know that this data wasn't
562: page 562
562: 1     promptly shared with the FDA.
562: 2              Q.       Sir, my question is, you'd agree with
562: 3     me that this data should have been promptly shared
562: 4     with FDA; right?
```

Scolnick 56206      562:6-562:10

```
562: 6              THE WITNESS:  The data should have
562: 7     been reported to the FDA, yes.
562: 8     BY MR. BUCHANAN:
562: 9              Q.       And it should have been shared
562:10     promptly; right?
```

Scolnick 56212      562:12-562:17

```
562:12              THE WITNESS:  Data should have been
562:13     submitted to the FDA within the usual adverse
562:14     experience reports, which are usually within 15 days
562:15     of the data.
562:16     BY MR. BUCHANAN:
562:17              Q.       Okay.
```

Scolnick 56221      562:21-562:25

```
562:21              The conclusions that were reached
562:22     within Merck concerning the statistically
562:23     significant increased risk of death should have been
562:24     shared with FDA no later than 15 days after this
562:25     analysis; right?
```

Scolnick 56302      563:2-563:13

```
563: 2              THE WITNESS:  That's the usual
563: 3     reporting time for data like this.
563: 4     BY MR. BUCHANAN:
563: 5              Q.       Did Merck send out a "Dear Doctor"
563: 6     letter telling physicians around the country that
563: 7     we've got these two trials, and we've got a
563: 8     statistically significant increased risk of death?
563: 9              A.       I don't recall them sending out a
563:10     "Dear Doctor" letter, no.
563:11              Q.       Did Merck issue a press release
563:12     telling doctors the same information?
563:13              A.       I don't recall a press release.
```

Page 76

Scolnick Final Complete

Scolnick 56316        563:16-564:2

```
563:16                    Did Merck publish a letter in the New
563:17    England Journal of Medicine telling physicians about
563:18    the findings from these two trials?
563:19              A.      I don't recall such a letter.
563:20              Q.      Publish a letter anywhere in the
563:21    medical literature to get word out promptly that old
563:22    people are at a substantially increased risk of
563:23    death on the drug?
563:24              A.      I don't recall a letter being written
563:25    about these trials in the way you're asking the
564: page 564
564: 1    question.
564: 2              Q.      This was all on your watch; right?
```

Scolnick 56404        564:4-565:4

```
564: 4                    THE WITNESS:  This occurred while I
564: 5    was president of research, yes.
564: 6    BY MR. BUCHANAN:
564: 7              Q.      Right.  And the responsibility for
564: 8    communicating the scientific messages learned from
564: 9    clinical trials in Merck Research Labs was
564:10    ultimately yours; true?
564:11              A.      Yes.  I was not shown this data.
564:12              Q.      Is that your position now, you were
564:13    not shown this data?
564:14              A.      I don't recall having seen this data.
564:15              Q.      Are you disavowing you had any
564:16    knowledge of the statistically significant increased
564:17    risk in death in the 078 and 091 trials in April of
564:18    2001?
564:19              A.      I don't recall anything about 078.
564:20    What I've told you I recall about 091 is what I've
564:21    said, that there was an imbalance of events and that
564:22    they weren't due to cardiovascular -- an excess of
564:23    cardiovascular events.  That is all I recall about
564:24    the Alzheimer's data.
564:25              Q.      Well, the one thing we do know and
565: page 565
565: 1    you know now looking at this memo is that there were
565: 2    statistically significant increased numbers of
565: 3    deaths on Vioxx compared to placebo as of April
565: 4    2001; true?
```

Scolnick 56506        565:6-565:10

```
565: 6                    THE WITNESS:  The analyses that are
565: 7    here indicate that, yes.
565: 8    BY MR. BUCHANAN:
565: 9              Q.      And you don't think that was due to
565:10    chance?
```

Scolnick 56515        565:15-565:17

```
565:15              A.      It was statistically significant.
565:16              Q.      And you don't think that was due to
565:17    chance?
```

Scolnick 56519        565:19-566:4

```
565:19                    THE WITNESS:  Therefore, it was not
565:20    likely due to chance.
565:21    BY MR. BUCHANAN:
565:22              Q.      The 078 trial wasn't over at this
565:23    point in time; was it?
565:24              A.      I don't recall.
565:25              Q.      Merck elected to continue that trial,
566: page 566
```

Scolnick Final Complete

```
566: 1    didn't it?
566: 2            A.       Again, I don't recall because I don't
566: 3    recall ever having seen the data on 078, so, I don't
566: 4    remember what was done at this point.
```

Scolnick 56612      566:12-566:21

```
566:12            Q.       Sir, I'm passing you over what we
566:13    just marked as Exhibit 26 to your deposition.  It's
566:14    an e-mail, a series of e-mails beginning with an
566:15    e-mail to you from Dr. Gilbert Block.  Do you see
566:16    that?
566:17            A.       Where are we?  We are starting at the
566:18    bottom?
566:19            Q.       Starting at the bottom.  That would
566:20    be the earliest in time e-mail; correct?
566:21            A.       Yes.
```

Scolnick 56717      567:17-567:21

```
567:17            Q.       And you got this memo from Dr. Block,
567:18    and the first thing you did was you tried to call
567:19    Dr. Greene; right?
567:20            A.       I have to read the memo.  I don't
567:21    remember.
```

Scolnick 56806      568:6-568:9

```
568: 6            Q.       And you wrote, "Doug, When I read
568: 7    this note about 30 minutes ago I tried to call you
568: 8    at home."  Do you see that?
568: 9            A.       I do.
```

Scolnick 56818      568:18-568:22

```
568:18            Q.       You were upset that Dr. Block shared
568:19    this information before a committee meeting before
568:20    he shared it with you; isn't that right?
568:21            A.       I don't remember what I was upset
568:22    about.
```

Scolnick 56912      569:12-570:7

```
569:12            Q.       You then get a response from Dr.
569:13    Greene; right?
569:14            A.       Yes.
569:15            Q.       He notes in the middle of his
569:16    response that you're going to be before the FDA on
569:17    April 11th to discuss labeling issues; right?
569:18            A.       Yes.
569:19            Q.       He then notes, "I expect that we will
569:20    need to inform them of this in some way since we
569:21    have included the CV events from the AD trials."  Do
569:22    you see that?
569:23            A.       Yes.
569:24            Q.       CV events are cardiovascular events?
569:25            A.       Yes.
570: page 570
570: 1            Q.       And the AD trials, that's Alzheimer's
570: 2    disease again; right?
570: 3            A.       Yes.
570: 4            Q.       And what he's saying is, you're going
570: 5    to have to talk to the FDA about the mortality data;
570: 6    right?
570: 7            A.       He says cardiovascular events, yes.
```

Scolnick 57123      571:23-572:3

```
571:23            Q.       Well, sir, is it your testimony that
571:24    the folks in regulatory who went down to talk to the
```

Scolnick Final Complete

```
571:25            FDA on April 11th about labeling issues would not
572: page 572
572: 1            have checked with you before going to determine what
572: 2            message should be communicated about Alzheimer's
572: 3            data?
```

Scolnick 57206        572:6-572:19

```
572: 6                        THE WITNESS:  Yes.  They wouldn't
572: 7            necessarily have discussed with me the details of
572: 8            what they talked to with FDA.
572: 9            BY MR. BUCHANAN:
572:10                Q.        So, if the folks from Merck who went
572:11            down and talked to FDA on labeling issues on April
572:12            11th didn't disclose any of the mortality data, that
572:13            was their decision and not yours?  That's what
572:14            you're saying?
572:15                A.        I don't know what they disclosed, but
572:16            I did not give them any instructions, to the best of
572:17            my recollection, on what to disclose or not to
572:18            disclose to the FDA.  And I think most of the
572:19            content of this e-mail indicates that.
```

Scolnick 57304        573:4-574:7

```
573: 4                Q.        Sir, I'm going to pass you over what
573: 5            we're marking as Exhibit 27 to your deposition.  For
573: 6            the record, it's a document titled, "FDA - MRL
573: 7            Meeting."  "MRL," that's Merck Research Labs?
573: 8                A.        Yes.
573: 9                Q.        Okay.
573:10                          Then it's got an NDA number.  That's
573:11            the NDA number for VIGOR?
573:12                A.        That's what it seems to indicate.
573:13                Q.        Okay.
573:14                          April 11, 2001.  Do you see that?
573:15                A.        Yes, I do.
573:16                Q.        That's the date Doug Greene was
573:17            stating that you were going to be -- excuse me,
573:18            Merck was going to be before the FDA to discuss
573:19            labeling issues; right?
573:20                A.        Yes.
573:21                Q.        Take a quick look at the document,
573:22            sir.  Do you see any reference to two trials
573:23            demonstrating statistically significant increased
573:24            rates of death in the report of this particular
573:25            meeting?
574: page 574
574: 1                A.        (Witness reviewing document.)
574: 2                          I don't see a comment about that in
574: 3            this summary.
574: 4                Q.        So, folks from Merck Research Labs
574: 5            and the regulatory group within Merck went down to
574: 6            the FDA on April 11, 2001 to talk about labeling for
574: 7            Vioxx; true?
```

Scolnick 57410        574:10-574:15

```
574:10                        THE WITNESS:  There was a meeting on
574:11            labeling of Vioxx on April 11th, yes.
574:12            BY MR. BUCHANAN:
574:13                Q.        That was the meeting where Doug
574:14            Greene suggested we should report this Alzheimer's
574:15            death data from the 091 trial; right?
```

Scolnick 57418        574:18-575:2

```
574:18                        THE WITNESS:  I haven't had a chance
574:19            to read his e-mail to me, so, he says in the e-mail,
574:20            "I expect that we will need to inform them of this
```

Page 79

Scolnick Final Complete
```
574:21      in some way since we have included the CV events
574:22      from the AD trials."  Yes, I think he is suggesting
574:23      that.
574:24      BY MR. BUCHANAN:
574:25          Q.      Well, did you tell him not to do
575: page 575
575: 1      that?
575: 2          A.      Absolutely not.
```

Scolnick 57512      575:11-575:15

```
575:11      BY MR. BUCHANAN:
575:12          Q.      Do you endorse the decision not to
575:13      disclose two trials that have statistically
575:14      significant doubling in the rates of death to the
575:15      FDA?
```

Scolnick 57520      575:20-575:21

```
575:20                  THE WITNESS:  I do not endorse that
575:21      decision, if that's what was done.
```

Scolnick 59501      595:1-595:14

```
595: 1          Q.      Dr. Scolnick, we're going to shift
595: 2      gears a little bit.  I want to talk about your role
595: 3      in the marketing of Vioxx.  Okay?
595: 4          A.      Uh-huh.
595: 5          Q.      You did have a role in the marketing
595: 6      of Vioxx; correct, sir?
595: 7          A.      Not a direct role, no.
595: 8          Q.      You assisted the marketing function
595: 9      within Merck in connection with the marketing of
595:10      Vioxx; true?
595:11          A.      Only in the initial data discussions
595:12      with marketing about what the data was in the file.
595:13      I did not prepare marketing information or approve
595:14      it or see it before it was used.
```

Scolnick 59614      596:14-597:12

```
596:14                  Well, the document I just passed you
596:15      and we marked as Exhibit 30 to your deposition is a
596:16      memo from Wendy Dixon to you dated May 8th, 2000;
596:17      right?
596:18          A.      Yes.
596:19          Q.      Bates stamped MRK-ABI0002126 to 2128.
596:20      I take it you've seen this before, sir?
596:21          A.      I don't remember.  Perhaps.  I don't
596:22      specifically recall it.
596:23          Q.      Well, sir, do you have any reason to
596:24      doubt that you received the memo from Wendy Dixon
596:25      from May of 2000 that was sent to your attention and
597: page 597
597: 1      your attention alone?
597: 2          A.      No, I don't have any reason to doubt
597: 3      it, but I don't recall at the moment, except I'm
597: 4      reading it now.
597: 5          Q.      The subject line of this particular
597: 6      memo is, "Renal and Cardiovascular Issues for
597: 7      VIOXX." True?
597: 8          A.      Yes.
597: 9          Q.      Okay.
597:10                  In fact, Wendy Dixon was in charge of
597:11      the marketing effort for Vioxx; true?
597:12          A.      Yes, I believe that's true.
```

Scolnick 59802      598:2-598:10

```
598: 2          Q.      Well, if you'd turn to the last page
```
                              Page 80

                               Scolnick Final Complete
598: 3      of the document, sir, it's Bates stamped ABI
598: 4      0002128.  Do you see the paragraph beginning, "David
598: 5      mentioned"?
598: 6            A.        Last page?  Oh, yes, I do.
598: 7            Q.        In fact, you offered to Mr. Anstice
598: 8      to assist in developing responses to the competitive
598: 9      messages that were out on the market concerning
598:10      Vioxx and Celebrex; true?

Scolnick 59812      598:12-598:13

598:12                      THE WITNESS:  That's what the memo
598:13      says, yes.

Scolnick 59910      599:10-599:24

599:10                      In particular, you were going to
599:11      assist in responding to the cardiovascular issues
599:12      being addressed by Pfizer as it related to Vioxx;
599:13      true?
599:14            A.        That's what she requests at the
599:15      beginning of the first page of the memo.
599:16            Q.        If you'd look at the third numbered
599:17      paragraph on Page 2 -- well, let me take a step
599:18      back.
599:19                      This document is describing in
599:20      particular the steps that are being taken by Wendy
599:21      Dixon on behalf of the marketing department of Merck
599:22      to respond to the competitive challenges that are
599:23      being raised by Pfizer against Vioxx; true?
599:24            A.        That's what it appears to be.

Scolnick 60010      600:10-601:18

600:10            Q.        Okay.  What are "representatives"?
600:11      What's being referred to there?
600:12            A.        Usually represents persons who were
600:13      selling or discussing the drug with physicians.
600:14            Q.        Okay.
600:15                      Salespeople?
600:16            A.        Usually.
600:17            Q.        Okay.
600:18                      So, she's telling you what materials
600:19      the sales force has to respond to the cardiovascular
600:20      issues concerning Vioxx; right?
600:21            A.        Yes.
600:22            Q.        The third item there is "A
600:23      cardiovascular card to handle the thromboembolic
600:24      events issue."  Do you see that?
600:25            A.        Yes, I do.
601: page 601
601: 1            Q.        It says, "It compares cardiovascular
601: 2      thromboembolic AEs for VIOXX comparator NSAIDs...and
601: 3      placebo."  Do you see that?
601: 4            A.        Yes.
601: 5            Q.        And then a bunch of the NSAIDs that
601: 6      are compared across the nine osteoarthritis trials
601: 7      are referenced there; right?
601: 8            A.        Correct.
601: 9            Q.        You've seen that cardiovascular card,
601:10      haven't you?
601:11            A.        I don't recall it.
601:12            Q.        Okay.  Well, the next paragraph says,
601:13      "Copies of the renal card, cardiovascular card, and
601:14      the Rossat paper are attached."  Do you see that?
601:15            A.        I do.  I still don't recall.
601:16            Q.        Any reason to doubt that Ms. Dixon
601:17      was telling the truth when she said she was giving
601:18      you these things for your review?

                               Page 81

Scolnick Final Complete

Scolnick 60120        601:20-601:25

```
601:20                THE WITNESS:  She was giving them to
601:21    me.  I don't think I was given them for review.  I
601:22    think she says in the paragraph that the
601:23    representatives already have this information.  I
601:24    don't recall these cards, and I don't recall
601:25    discussing the cards with her at all.
```

Scolnick 60220        602:20-603:17

```
602:20                Q.        Sir, I'm passing you what we've just
602:21    marked as Exhibit 31 to your deposition.  It is a
602:22    copy of a document entitled "Cardiovascular System,
602:23    Clinical Profile In Osteoarthritis Studies."  It's
602:24    Bates stamped MRK-AAR0033237 through 243.
602:25                Do you recall this document, sir?
603: page 603
603: 1        A.        I don't.
603: 2        Q.        Have you ever seen the cardiovascular
603: 3    card before?
603: 4        A.        I don't recall ever having seen the
603: 5    cardiovascular card, as I just finished telling you.
603: 6        Q.        Okay.
603: 7                I would like to direct your
603: 8    attention, please, to Page 241, those little numbers
603: 9    in the corner.  Do you see the title there, it says,
603:10    "Overall Mortality Rates"?
603:11        A.        Yes.
603:12        Q.        It says, "Overall mortality and
603:13    cardiovascular mortality."  Do you see that?
603:14        A.        Yes, I do.
603:15        Q.        Okay.  It says, "Events per 100
603:16    Patient-Years."  Do you see that?
603:17        A.        Yes.
```

Scolnick 60404        604:4-604:11

```
604: 4        Q.        There's a total mortality number for
604: 5    Vioxx, isn't there?
604: 6        A.        Yes.
604: 7        Q.        It says .1; right?
604: 8        A.        Yes.
604: 9        Q.        And there's a total mortality for
604:10    NSAIDs.  It says 1.1; right?
604:11        A.        Yes.
```

Scolnick 60501        605:1-605:7

```
605: 1        Q.        So, the rate of total mortality is 11
605: 2    times higher on traditional NSAIDs as compared to
605: 3    Vioxx according to this cardiovascular card; true?
605: 4        A.        This -- in our osteoarthritis
605: 5    clinical trials, this is the data that's in this
605: 6    table.  I don't recall the table.  I don't know how
605: 7    the calculations were made.
```

Scolnick 605.17-606.13        605:17-606:13

```
605:17                Q.        I take it, sir, that you'd agree that
605:18    the most important data to the physician in terms of
605:19    safety is total mortality.
605:20        A.        I'm not sure whether that's the most
605:21    important data.  It is important data, and
605:22    physicians should have the overall safety profile of
605:23    the drug and some explanation for it.
605:24        Q.        Well, it's certainly important that
605:25    physicians and patients be given accurate data on
606: page 606
606: 1    the total mortality rates for Vioxx as compared to
```

Scolnick Final Complete

```
606: 2        other comparators in the clinical trials; true?
606: 3              A.      I would think that's true.
606: 4                        -   -   -
606: 5                    (Whereupon, Deposition Exhibit
606: 6        Scolnick-32, "Bulletin for Vioxx: New
606: 7        Resource: Cardiovascular Card,"
606: 8        MRK-AAR0038843 - MRK-AAR0038848, was
606: 9        marked for identification.)
606:10                        -   -   -
606:11        BY MR. BUCHANAN:
606:12              Q.      Sir, let me pass over to you what
606:13        we're marking as Exhibit 32 to your deposition.
```

Scolnick 606.21-607.1      606:21-607:1

```
606:21              Q.      Doctor, what I've just passed over
606:22        and what we marked as Exhibit 32 to your deposition
606:23        is a document entitled "Bulletin for VIOXX, NEW
606:24        RESOURCE:  Cardiovascular Card."  Do you see that
606:25        heading?
607: page 607
607: 1              A.      Yes, I do.
```

Scolnick 60714      607:14-607:18

```
607:14              Q.      Okay.
607:15                    I just want to turn your attention,
607:16        please, to Page 847.  Do you see the narrative there
607:17        that's describing Page 4, the CV card?
607:18              A.      I do.
```

Scolnick 60808      608:8-608:15

```
608: 8                    Well, how about in the guide to the
608: 9        sales force which we've just marked as Exhibit 32.
608:10        It states, "Use this page to show physicians that in
608:11        terms of mortality, which is most important to the
608:12        physician and their patients, the rate for total
608:13        mortality and cardiovascular mortality was low."  Do
608:14        you see that?
608:15              A.      Yes, I can read that.
```

Scolnick 60919      609:19-611:6

```
609:19              Q.      That's fine, sir.  And let's look at
609:20        the prior document, which is the actual
609:21        cardiovascular card.
609:22                    Do you see anything in the portion of
609:23        Page 4 that reflects "Overall Mortality and
609:24        Cardiovascular Mortality" that talks about whether
609:25        these results are statistically significant or not?
610: page 610
610: 1              A.      I do not.
610: 2              Q.      And sir --
610: 3              A.      I do not see any reference to that.
610: 4              Q.      Would you agree, sir, that it would
610: 5        be misleading to suggest that Vioxx had a reduced
610: 6        frequency of death as compared to other NSAIDs if
610: 7        the results were not statistically significant?
610: 8              A.      I would agree with that.
610: 9              Q.      And we can also agree that there's no
610:10        statement about statistical significance on this
610:11        chart as it relates to overall mortality; true?
610:12              A.      On this very chart, there's no
610:13        statement about statistical significance that I can
610:14        quickly see.
610:15              Q.      By this point in time, sir, the VIGOR
610:16        results were already in; right?
610:17              A.      What was the date again of this, I'm
610:18        sorry, this cardiovascular card?
```

Page 83

Scolnick Final Complete

```
610:19          Q.      Well, the cardiovascular card was
610:20      sent to the field representatives on April 28, 2000.
610:21      Do you see this document, sir, I previously gave
610:22      you?
610:23          A.      Yes.  Just -- yes.  April 28, 2000,
610:24      yes.
610:25          Q.      The VIGOR results were in already;
611: page 611
611: 1      right?
611: 2          A.      Yes.
611: 3          Q.      In fact, there were more deaths on
611: 4      Vioxx than on naproxen in the VIGOR trial, isn't
611: 5      that true?
611: 6          A.      I can't remember.
```

Scolnick 61110        611:10-611:25

```
611:10                  Sir, I'm going to pass you back
611:11      Exhibit 22, which is the exhibit I was trying to
611:12      refer to.
611:13                  Do you see a table in Exhibit 2 --
611:14      excuse me -- in Exhibit 22 listing the death data
611:15      from the VIGOR trial?
611:16          A.      Yes.  Yes, I do.
611:17          Q.      How many people died on Vioxx in the
611:18      VIGOR trial, sir?
611:19          A.      22, for an 0.5 percent rate.
611:20          Q.      22 people died on Vioxx in the VIGOR
611:21      trial?
611:22          A.      In -- for an 0.5 percent, yes.
611:23          Q.      How many people died in the naproxen
611:24      arm?
611:25          A.      15 for 0.4 percent.
```

Scolnick 61208        612:8-612:23

```
612: 8                  Seven more people died on Vioxx in
612: 9      the VIGOR trial than died on naproxen; correct?
612:10          A.      That's what this page says, yes.
612:11          Q.      Okay.
612:12                  That's, what, about 45 percent, 50
612:13      percent more, in terms of number of people who died
612:14      on Vioxx compared to naproxen?
612:15          A.      Given the percents, which is 0.5 and
612:16      0.4, it looks to me like it is about 20 percent
612:17      difference and, again, there's no indication of
612:18      statistical significance here, the same point you
612:19      made to me earlier.
612:20          Q.      Okay.
612:21                  Well, did you see that data on the
612:22      VIGOR deaths in the cardiovascular card?
612:23          A.      No, I did not.
```

Scolnick 61407        614:7-614:11

```
614: 7          Q.      We can agree that the cardiovascular
614: 8      card you're looking at from April 28, 2000 doesn't
614: 9      have any mortality data from the VIGOR trial; true?
614:10          A.      It certainly doesn't in the table
614:11      you've shown me.
```

Scolnick 620.24-621.18        620:24-621:18

```
620:24          Q.      Sir, I'm going to pass you over what
620:25      we've just marked as Exhibit 33 to your deposition.
621: page 621
621: 1      For the record, it is a document dated May 23, 2001
621: 2      entitled "Bulletin for VIOXX:  Action Required:
621: 3      Response to New York Times Article."  For the
621: 4      record, it is Bates stamped MRK-AAR 7240 to 48.
```

Page 84

```
                              Scolnick Final Complete
621: 5                  Sir, have you ever seen this before?
621: 6          A.      I don't recall ever seeing this.
621: 7          Q.      Sir, do you remember an article being
621: 8    published in the New York Times critical --
621: 9    withdrawn.
621:10                  Sir, do you remember an article in
621:11    the New York Times, May 2001, raising concerns about
621:12    the cardiovascular safety of Vioxx.
621:13          A.      I don't recall a specific article.
621:14    It could have occurred.  I don't recall it.
621:15          Q.      This particular bulletin for Vioxx
621:16    went out to Merck sales representatives; true?
621:17          A.      It says, "To:  All Field
621:18    Representatives with Responsibility for VIOXX."
```

Scolnick 62120       621:20-622:17

```
621:20                  Your understanding, sir, is that
621:21    these are sent out to sales representatives to
621:22    assist them in responding to issues in the field
621:23    with regard to Merck products?
621:24          A.      The purpose, it says, "To provide you
621:25    with important background information," for this --
622: page 622
622: 1    for the "cardiovascular effects of VIOXX," yes.
622: 2          Q.      Now, I noticed when you were reading
622: 3    the purpose paragraph, sir, you stopped before
622: 4    "obstacle responses."  Do you see that, "obstacle
622: 5    responses"?
622: 6          A.      Yes.  "To provide important
622: 7    background...obstacle responses and faxable PIR," I
622: 8    don't know what that means, "instructions in the
622: 9    event you were questioned by customers about the CV
622:10    effects of Vioxx."
622:11          Q.      What's an obstacle response, sir?
622:12          A.      I don't know.
622:13          Q.      What's an obstacle?
622:14          A.      An obstacle is something that needs
622:15    to -- gets in somebody's way.
622:16          Q.      Cardiovascular concerns with Vioxx,
622:17    that's an obstacle?
```

Scolnick 62319       623:19-624:1

```
623:19          Q.      Well, sir, as Merck's top scientist,
623:20    do you take seriously the importance of Merck sales
623:21    representatives communicating accurate and complete
623:22    information to physicians?
623:23          A.      I believe that Merck's sales force
623:24    should communicate all information to the sales
623:25    force.  I had no direct responsibility for what the
624: page 624
624: 1    sales force did or didn't do.
```

Scolnick 62716       627:16-627:24

```
627:16          Q.      Right.  You don't see any effort here
627:17    to subgroup total mortality into each of the causes
627:18    of death from all of the osteoarthritis trials and
627:19    provide that to doctors in the CV card, do you?
627:20          A.      That information is not here.
627:21          Q.      So, when you were out there talking
627:22    to doctors about the mortality incidence seen in
627:23    Vioxx trials, you weren't breaking down mortality
627:24    into a bunch of subcategories, were you?
```

Scolnick 62803       628:3-628:10

```
628: 3          Q.      Merck.  Merck wasn't doing that when
628: 4    they were breaking down cardiovascular mortality,
```

Scolnick Final Complete

628: 5     sir?
628: 6          A.     There's no information about breaking
628: 7     down cardiovascular mortality on this chart.
628: 8          Q.     It's only when you were trying --
628: 9     when Merck was trying to explain away the
628:10     Alzheimer's deaths, isn't that right?

Scolnick 62814     628:14-628:21

628:14                THE WITNESS:  I wasn't responsible
628:15     for putting this table together, so, I can't comment
628:16     on what was done and why this data is or isn't
628:17     presented.  That's all I can say.
628:18     BY MR. BUCHANAN:
628:19          Q.     And even though Ms. Dixon's memo
628:20     purports to have sent it to you, you don't think you
628:21     got it?

Scolnick 62902     629:2-629:5

629: 2          A.     I don't recall the documents
629: 3     associated with her memo.  I don't recall whether I
629: 4     did see them.  I don't recall whether I didn't see
629: 5     them.  I certainly don't recall them.

Scolnick 62913     629:13-630:8

629:13          Q.     We're up to 34, sir.  I'm going to
629:14     pass you over what we just marked as 34 to your
629:15     deposition.  For the record, we're looking at a
629:16     one-page document, MRK-AFI0136524.  It is a couple
629:17     of e-mails dated August 22nd, 2001 and August 22,
629:18     2001.
629:19                Sir, I note you're not copied on
629:20     these e-mails.  Do you see your name anywhere on
629:21     them?
629:22          A.     I don't see my name anywhere on them.
629:23          Q.     Okay.
629:24                 Who is Susan Baumgartner?
629:25          A.     I don't know.
630: page 630
630: 1          Q.     You note on the subject line, it
630: 2     says, "FYI:  CV Card (1 year) Revalidation for use
630: 3     in Promotion."  Do you see that?
630: 4          A.     Yes.  That's the subject matter of
630: 5     the memo.
630: 6          Q.     Well, sir, would you expect by the
630: 7     summer of 2001 for that CV card to have been updated
630: 8     to take account of the Alzheimer's data?

Scolnick 63010     630:10-630:17

630:10                THE WITNESS:  I would think the CV
630:11     card would have updates of all available data.  I
630:12     don't know what's on it.  I can't tell what this is
630:13     about.
630:14     BY MR. BUCHANAN:
630:15          Q.     Okay.
630:16                 Well, you would expect it to include
630:17     the data from VIGOR; right?

Scolnick 63019     630:19-631:12

630:19                THE WITNESS:  Yes.
630:20     BY MR. BUCHANAN:
630:21          Q.     You'd expect it to include the death
630:22     data from the Alzheimer's trials you took a look at
630:23     in the spring of 2001; right?
630:24          A.     Certainly the CV data, if this is a
630:25     CV card, yes.

Scolnick Final Complete

631: page 631
631: 1          Q.      Well, that particular CV card
631: 2     actually included total mortality data as well;
631: 3     right?
631: 4          A.      I don't know what this particular
631: 5     revalidated CV card included.  I've never seen it.
631: 6          Q.      Do you doubt that that card is in the
631: 7     same form as the other CV card we looked at?
631: 8          A.      I don't doubt it.  I don't know it.
631: 9     I've never seen it.
631:10          Q.      Okay.  We can at least agree that
631:11     mortality data is the most important data to the
631:12     physicians and the patients; right?

Scolnick 63115     631:15-631:22

631:15               THE WITNESS:  It is an important
631:16     piece of information.  It should be included in the
631:17     totality of information.
631:18     BY MR. BUCHANAN:
631:19          Q.      And that's important information that
631:20     should have been included in a CV card used by sales
631:21     representatives to respond to physician inquiries
631:22     concerning the safety of the drug?

Scolnick 63216     632:16-632:20

632:16          Q.      Mortality information, total
632:17     mortality information is important information that
632:18     should have been included in the CV card that was
632:19     used by sales representatives to respond to
632:20     physician inquiries concerning the drug; true?

Scolnick 63222     632:22-633:11

632:22               THE WITNESS:  I think a CV card
632:23     should have contained all cardiovascular-related
632:24     information from the variety of data sources Merck
632:25     has, and --
633: page 633
633: 1     BY MR. BUCHANAN:
633: 2          Q.      Would --
633: 3          A.      -- if there was mortality data
633: 4     associated with those trials, each of the trials and
633: 5     what the data was in each of the trials.
633: 6          Q.      Okay.
633: 7          Just so I'm clear in that last
633: 8     answer, sir, are you stating that when the company
633: 9     issued its CV cards, it should have included all of
633:10     the mortality data the company had at the point in
633:11     time it was releasing those CV cards.

Scolnick 63315     633:15-633:18

633:15               THE WITNESS:  I think that would have
633:16     been something that could have been done.  I don't
633:17     know the content of this card or what was or wasn't
633:18     on this card.

Scolnick 63417     634:17-634:20

634:17          Q.      My question, sir, was whether the CV
634:18     card should have included all the mortality data the
634:19     company had in its possession and had analyzed at
634:20     the point in time when it released the CV card?

Scolnick 63506     635:6-635:8

635: 6          A.      I think an ideal card would have had
635: 7     CV data, CV mortality, total mortality, for all the
                              Page 87

Scolnick Final Complete

```
635: 8        studies available.

Scolnick 63515      635:15-635:15

  635:15                    THE WITNESS: -- ideal card.

Scolnick 63518      635:18-636:3

  635:18                    THE WITNESS:  That's how I would have
  635:19        done it.  You asked my personal opinion.  That's
  635:20        what I personally think.
  635:21        BY MR. BUCHANAN:
  635:22              Q.      All right.  All right, sir.
  635:23                      Real quick.  Wendy Dixon consulted
  635:24        with you concerning certain of the marketing
  635:25        messages and marketing responses concerning Vioxx;
  636: page 636
  636: 1        true?
  636: 2              A.      She sent me this memo.  Yes, that's
  636: 3        true.

Scolnick 64112      641:12-642:3

  641:12              Q.      You're familiar with the fact that
  641:13        Vioxx was marketed by a direct-to-consumer campaign;
  641:14        true?
  641:15              A.      Yes.
  641:16              Q.      One of the most expensive
  641:17        direct-to-consumer campaigns for a pharmaceutical
  641:18        product in history; true?
  641:19              A.      I don't know that for a fact.
  641:20              Q.      Well, when you were sitting on the
  641:21        board of directors, did you ever discuss how much
  641:22        money Merck was spending on the direct-to-consumer
  641:23        campaign for Vioxx?
  641:24              A.      I don't recall that discussion.
  641:25              Q.      You got financial information when
  642: page 642
  642: 1        you were a board member; right?
  642: 2              A.      Some.  I don't remember the details
  642: 3        of a marketing campaign for DTC for Vioxx.

Scolnick 64212      642:12-642:17

  642:12              Q.      I take it you didn't have any role in
  642:13        connection with the decision to direct-to-consumer
  642:14        market Vioxx to end users?
  642:15              A.      I did not.  I did not play a role in
  642:16        media or approaches that were used to market Vioxx.
  642:17              Q.      Do you endorse that decision?

Scolnick 64221      642:21-644:10

  642:21              Q.      To direct-to-consumer market Vioxx.
  642:22              A.      I think that direct-to-consumer
  642:23        marketing of Vioxx or other products is a medium.
  642:24        I've never been generally enthusiastic about
  642:25        direct-to-consumer marketing, so, that's about the
  643: page 643
  643: 1        only comment I can make.
  643: 2              Q.      In those direct-to-consumer ads, did
  643: 3        you ever tell folks about the mortality data you
  643: 4        saw --
  643: 5                    MR. PERSCHETZ:  "You."
  643: 6                    MR. BUCHANAN:  Thank you.  Appreciate
  643: 7        it, Counsel.
  643: 8        BY MR. BUCHANAN:
  643: 9              Q.      In those direct-to-consumer ads, did
  643:10        you ever see any disclosure of the mortality data
  643:11        from the Alzheimer's trials?
```

Scolnick Final Complete

643:12          A.          I don't recall seeing that in the few
643:13     ads that I saw on television.
643:14          Q.          You never saw Dorothy Hamill say,
643:15     caution, Vioxx has been found to increase the risk
643:16     of death in two placebo-controlled trials in a
643:17     statistically significant way?
643:18          A.          No, I never saw her say that.
643:19          Q.          That's not a very attractive
643:20     statement from a marketing perspective; right?
643:21          A.          It's not an attractive statement.  I
643:22     never saw her say that.
643:23          Q.          Sir, you'd agree with me that if you
643:24     put a statement like that in an ad, that wouldn't
643:25     help sales, would it?
644: page 644
644: 1          A.          It probably would not.  There are
644: 2     disclaimers in the DTC ads about safety of the drug.
644: 3     I don't recall that one being in there.
644: 4          Q.          In fact, you'd express -- you'd
644: 5     expect that you would sell less of a drug like Vioxx
644: 6     as compared to Celebrex if you disclosed that you
644: 7     had two placebo-controlled trials that demonstrated
644: 8     a statistically significant increased risk of death?
644: 9          MR. PERSCHETZ:  In DTC ads?
644:10          MR. BUCHANAN:  Yes.

Scolnick 64412     644:12-644:12

644:12                    THE WITNESS:  I would expect that.

Scolnick 66314     663:14-663:16

663:14          Q.          Did you learn for the first time
663:15     today the death data from the Alzheimer's study when
663:16     you saw Mr. Buchanan show it to you, sir?

Scolnick 66325     663:25-664:12

663:25          Q.          Please answer, sir.
664: page 664
664: 1          A.          I learned about the 078 data for the
664: 2     first time, I think, and the 091 data I told Mr.
664: 3     Buchanan what I knew and didn't know or recalled and
664: 4     didn't recall, that is, that there was an excess of
664: 5     deaths, but they weren't related to cardiovascular
664: 6     events, and they were in a variety of other causes
664: 7     in the Alzheimer's -- in the Vioxx arm of the study.
664: 8     That's what I knew about them.
664: 9          Q.          Did you, sir, learn for the first
664:10     time when Mr. Buchanan questioned you today that
664:11     there was a statistically significant increase in
664:12     the deaths of the Alzheimer's patients?  Yes or no?

Scolnick 66415     664:15-665:3

664:15                    THE WITNESS:  In 078, yes, that was
664:16     the first time that I learned that, and the first
664:17     time I learned more of the data as opposed to what I
664:18     had been told about 091.
664:19     BY MR. KLINE:
664:20          Q.          So, you have in your knowledge bank
664:21     as you sit here today the VIGOR data, which has the
664:22     four times or five times greater heart attack risk;
664:23     the APPROVe data, which has twice the number of
664:24     thrombotic events; you have the Alzheimer's data,
664:25     which shows you have three times the deaths
665: page 665
665: 1     increased risk, all statistically significant.  You
665: 2     have that in your armamentarium as you sit here
665: 3     today; correct, sir?
Page 89

Scolnick Final Complete

Scolnick 66506      665:6-665:14

```
665: 6                   THE WITNESS:  I recognize the facts
665: 7     you are telling me.  I acknowledge your statement.
665: 8     I wouldn't have aggregated them that way, in my own
665: 9     thinking.
665:10     BY MR. KLINE:
665:11          Q.      Whether you would have aggregated
665:12     them that way or not, the fact of the matter is that
665:13     those are some of the cold hard facts about Vioxx;
665:14     correct, sir?
```

Scolnick 66516      665:16-665:17

```
665:16                   THE WITNESS:  They are facts about
665:17     Vioxx.
```

Scolnick 69925      699:25-700:9

```
699:25          Q.      Okay.  I want to start with you a
700: page 700
700: 1     section on the labeling of the drug and the
700: 2     progression of the labels of the drug.  You were
700: 3     intimately involved in that process; correct, sir?
700: 4          A.      I certainly knew what was going on,
700: 5     yes.
700: 6          Q.      When the drug was first brought on
700: 7     the market, it had a standard NSAID GI warning;
700: 8     correct?
700: 9          A.      I believe that's correct.
```

Scolnick 70221      702:21-703:9

```
702:21                   Now, here we have a label which
702:22     appears to me anyway to be Merck's proposal to the
702:23     FDA post-VIGOR.  Am I correct that that's what this
702:24     document represents, Exhibit 39, sir?
702:25          A.      What's the date of this?
703: page 703
703: 1          Q.      It says, "Original Label Submission."
703: 2     I'm working with documents that were produced by
703: 3     Merck, so, I can tell you Bates Numbers and I can
703: 4     tell you what it says, and it says "Original Label
703: 5     Submission for VIGOR."
703: 6          A.      Well, if that's what it says, I
703: 7     assume it is the original submission for VIGOR.  The
703: 8     VIGOR study is referenced in this label, so, that's
703: 9     probably what it is.
```

Scolnick 70317      703:17-704:1

```
703:17                   If you'll look at Page 12 of the
703:18     document.
703:19          A.      Yes.
703:20          Q.      You say here, this appears to me in
703:21     my reading of the document -- let me step back.
703:22                   There's no cardiovascular warning
703:23     that's given on the drug relative to risks of
703:24     cardiovascular events or increase of risk of
703:25     cardiovascular events as was proven in the VIGOR
704: page 704
704: 1     study; correct, sir?
```

Scolnick 70406      704:6-704:9

```
704: 6                   THE WITNESS:  The VIGOR study, as I
704: 7     told you, we did not believe indicated Vioxx
704: 8     increased CV events and, therefore, there was no
704: 9     warning in this label.  That is correct.
```

Scolnick Final Complete

Scolnick 70417      704:17-704:18

704:17                   Q.      When the FDA got this proposal, was
704:18        that their view of the data?

Scolnick 70425      704:25-705:13

704:25                   THE WITNESS:  The data was presented
705: page 705
705: 1        in an Advisory Committee.  That was their view of
705: 2        the data.  It was Merck's view of the data.  And the
705: 3        FDA chose, I think in their first resubmission to
705: 4        us, to take a different interpretation, yes.
705: 5        BY MR. KLINE:
705: 6                   Q.      They did.
705: 7                   Did they suggest that there be a
705: 8        warning on the drug, sir, based on the VIGOR data?
705: 9                   A.      Yes, they did.
705:10                   Q.      And did Merck say, certainly we're
705:11        interested in public safety, and a warning would be
705:12        a good idea on a drug where there might be a
705:13        problem?  Is that what Merck said, sir?

Scolnick 70516      705:16-705:19

705:16                   THE WITNESS:  Merck did not believe
705:17        there was a cardiovascular risk associated with
705:18        Vioxx, and as this warning indicates, there is
705:19        cardiovascular risk, we objected to that label.


Scolnick Part 4 (6-1 to 8-16-05) (Multi-clip)
Scolnick 76713      767:13-767:24

767:13                   Q.      Well, do you know, I can only ask you
767:14        what you know today, do you know of any label change
767:15        that was made between March of 2000 and April of
767:16        2002 reporting the VIGOR results in a label to the
767:17        prescribing physicians of this country and around
767:18        the world?
767:19                   A.      No, I do not.
767:20                   Q.      So, prescribing physicians who were
767:21        going by the label of your drug between March of
767:22        2000 and April of 2002, they're just looking at the
767:23        label, they wouldn't know anything about the VIGOR
767:24        results; correct?

Scolnick 76802      768:2-768:5

768: 2                   THE WITNESS:  If they were looking
768: 3        only at the label?
768: 4        BY MR. KLINE:
768: 5                   Q.      Yes.

Scolnick 76807      768:7-768:14

768: 7                   THE WITNESS:  I don't know what they
768: 8        would be thinking.  The label was not changed on
768: 9        VIGOR until, as you pointed out, April 2002.
768:10        BY MR. KLINE:
768:11                   Q.      There is an obligation by a
768:12        responsible pharmaceutical company to keep the label
768:13        both clear and accurate and to timely update it;
768:14        correct?

Scolnick 76816      768:16-768:16

768:16                   THE WITNESS:  Yes.

Page 91

Scolnick_8-16_1138.3-1138.8
```
                     Scolnick Final Complete
                       1138:3-1138:8
```

1138: 3          Q.      You said in writing, sir, in an
1138: 4 e-mail that for Vioxx, the CV outcomes study is the
1138: 5 only essential study, and you were saying that as of
1138: 6 September 17, 2001, long after the VIGOR results
1138: 7 were known; correct?
1138: 8          A.      That is correct.  And a study to get

Scolnick_8-16_1155.01-1155.15        1155:1-1155:15

1155: 1          Q.      What was the reason for -- you could
1155: 2 have gotten the GI outcomes study underway in 1997
1155: 3 if you had so chosen; correct?
1155: 4          A.      It could have been done.
1155: 5          Q.      You didn't start it until a year and
1155: 6 a half later; correct?
1155: 7          A.      I think the time frames are
1155: 8 approximately correct.
1155: 9          Q.      The GI outcomes study could have been
1155:10 completed had you so chosen before you marketed the
1155:11 drug; correct?
1155:12          A.      Conceivably.
1155:13          Q.      You could have fully tested the drug
1155:14 with a cardiovascular predetermined endpoint had you
1155:15 so chosen; correct?

Scolnick_8-16_1155.17-1155.18        1155:17-1155:18

1155:17                  THE WITNESS:  We felt there was no
1155:18 reason to do such a study before that.

Scolnick_8-16_1213.01-1213.08        1213:1-1213:8

1213: 1          Q.      The basic concept, though -- you
1213: 2 correct me if I'm wrong.  The basic concept of the
1213: 3 naproxen theory was you have some other NSAID, you
1213: 4 didn't have any data on naproxen itself, there's no
1213: 5 clinical trial on naproxen that you looked at;
1213: 6 correct?  None?
1213: 7          A.      There's no clinical trial on
1213: 8 naproxen, that's correct.

Scolnick_8-16_1231.09-1231.12        1231:9-1231:12

1231: 9          Q.      We spent some time today in your
1231:10 direct testimony hearing about the hypothesis that
1231:11 you were concerned about in March of 2000.  Do you
1231:12 recall that testimony?

Scolnick_8-16_1231.14-1232.07        1231:14-1232:7

1231:14                  THE WITNESS:  The naproxen
1231:15 hypothesis?
1231:16 BY MR. BUCHANAN:
1231:17          Q.      No.  Excuse me, the FitzGerald
1231:18 hypothesis.  Do you recall talking about that today?
1231:19          A.      Yes.
1231:20          Q.      In fact, you had more than just a
1231:21 hypothesis preapproval for Vioxx, that Vioxx had
1231:22 caused cardiovascular events, didn't you?
1231:23          A.      Not to my recollection.
1231:24          Q.      In fact, it was known all the way
1231:25 back in 1996 that Vioxx could cause serious
1232: Page 1232
1232: 1 cardiovascular adverse events, isn't that true?
1232: 2          A.      I don't know to what you're referring
1232: 3 to, so, I can't answer the question.
1232: 4          Q.      Nobody ever discussed that with you
1232: 5 in any of your preapproval trials, that Vioxx was
```
                       Page 92
```

Scolnick Final Complete

```
1232: 6 capable of causing serious cardiovascular adverse
1232: 7 events because it selectively inhibited COX-2?
```

Scolnick 1232.09-1232.20     1232:9-1232:20

```
1232: 9                  THE WITNESS:  I don't recall what
1232:10 you're talking about.
1232:11 BY MR. BUCHANAN:
1232:12         Q.      You, sir, were on the Vioxx project
1232:13 team, weren't you?
1232:14         A.      I probably was copied on the project
1232:15 team minutes.  I don't think I was actually on the
1232:16 project team.
1232:17         Q.      You got copies of the minutes of the
1232:18 project team?
1232:19         A.      Most likely.  I don't know whether I
1232:20 got a copy of all the minutes for all the meetings.
```

Scolnick 1234.10-1234.20     1234:10-1234:20

```
1234:10         Q.      Let me pass you over the draft
1234:11 minutes to the September 4, 1996 Vioxx project team
1234:12 meeting.
1234:13                  (Handing over document.)
1234:14                  Sir, I'm going to direct your
1234:15 attention to Page 6 of 8.  It's Bates numbered
1234:16 MRK-NJ0000867.  For the record, we're looking at
1234:17 Vioxx Project Team Minutes, September 4, 1996.  It's
1234:18 directed to "MK-966(COX-2) Project Team Members"
1234:19 from Terri Randall.  Who is Terri Randall, sir?
1234:20         A.      I don't know.
```

Scolnick_8-16_1235.03-1236.20     1235:3-1236:20

```
1235: 3         Q.      Do you see Page 6 of 8?
1235: 4         A.      Yes, I do.
1235: 5         Q.      Do you see the heading "Rheumatoid
1235: 6 Arthritis Studies"?
1235: 7         A.      Yes.
1235: 8         Q.      Subsection E.  "Phase IIa Pilot RA
1235: 9 Enrollment Extension."  Do you see that?  Do you see
1235:10 that heading?
1235:11         A.      Yes.  Yes, I do.
1235:12         Q.      What's Phase IIa mean?
1235:13         A.      Phase IIa is early tests in a series
1235:14 of stages for clinical trials.
1235:15         Q.      I'll read the next sentence.
1235:16 "Another SAE of unstable angina was reported in
1235:17 extension to RA study."  Do you see that?
1235:18         A.      I do.
1235:19         Q.      What's an SAE?
1235:20         A.      Serious adverse experience.
1235:21         Q.      What's unstable angina, sir?
1235:22         A.      It's chest pain related to
1235:23 insufficiency of blood for the heart.
1235:24         Q.      Some people call it an MI light;
1235:25 right?
1236: Page 1236
1236: 1         A.      It is unstable angina.  That's the
1236: 2 term for it.
1236: 3         Q.      A near heart attack?
1236: 4         A.      Premonitory to a potential heart
1236: 5 attack.
1236: 6         Q.      Excuse me, sir, what word was that?
1236: 7         A.      Premonitory to a potential heart
1236: 8 attack.
1236: 9         Q.      Precursor to a heart attack?
1236:10         A.      Could be.
1236:11         Q.      Same general mechanism, ischemia, is
1236:12 the cause of unstable angina?
```

Page 93

Scolnick Final Complete

```
1236:13        A.      I don't know whether it is exactly
1236:14 the same mechanism.  I can't answer that.  I don't
1236:15 remember the physiology.
1236:16        Q.      Let's read the next sentence.
1236:17 "Vascular AEs are expected since COX-1 is not
1236:18 uninhibited."  And I think it says "As with NSAIDs."
1236:19 Do you see that?
1236:20        A.      I do.
```

Scolnick 1237.04-1238.02     1237:4-1238:2

```
1237: 4        Q.      Sir, do you see the section that says
1237: 5 "Vascular AEs are expected since COX-1 is not
1237: 6 inhibited"?
1237: 7        A.      Yes, I do.
1237: 8        Q.      This is 1996; right?
1237: 9        A.      This memo is 1996.
1237:10        Q.      When did FitzGerald come up with his
1237:11 so-called prostacyclin hypothesis, sir?
1237:12        A.      I don't remember the exact year.
1237:13 '96/'97.  I don't remember, '98.  I don't remember
1237:14 when he first told Merck about his findings with
1237:15 Celebrex.
1237:16        Q.      Well, you first brought it to your
1237:17 Board of Scientific Advisors in 1998; right?
1237:18        A.      I don't recall the date we first
1237:19 brought it to our board of scientific counselors.
1237:20        Q.      Well, sir, this is before Garret
1237:21 FitzGerald had discovered the prostacyclin
1237:22 metabolite issue, isn't that true?
1237:23        A.      I don't know.
1237:24        Q.      Well, this is a different issue,
1237:25 isn't it?
1238: Page 1238
1238: 1        A.      Yes, it is.  It's at a very high dose
1238: 2 of Vioxx before we knew the dose.
```

Scolnick 1238.20-1238.23     1238:20-1238:23

```
1238:20        Q.      To be clear, nobody told you back in
1238:21 1996 at the commencement of the Phase III studies
1238:22 for Vioxx that vascular AEs were expected because
1238:23 COX-1 was not inhibited?  No one told you that?
```

Scolnick_8-16_1238.25-1239.04     1238:25-1239:4

```
1238:25        THE WITNESS:  To the best of my
1239: Page 1239
1239: 1 knowledge, nobody told me that.
1239: 2 BY MR. BUCHANAN:
1239: 3        Q.      And nobody gave you a copy of these
1239: 4 minutes?
```

Scolnick_8-16_1239.06-1239.10     1239:6-1239:10

```
1239: 6        THE WITNESS:  I don't recall ever
1239: 7 having seen these minutes.
1239: 8 BY MR. BUCHANAN:
1239: 9        Q.      Nobody told you about what happened
1239:10 in September of 1996 with the Vioxx project team?
```

Scolnick_8-16_1239.12-1239.16     1239:12-1239:16

```
1239:12        THE WITNESS:  I never heard about
1239:13 this to the very best of my knowledge.
1239:14 BY MR. BUCHANAN:
1239:15        Q.      This was what you were concerned
1239:16 about in March of 2000, sir, isn't it?
```

Scolnick_8-16_1239.18-1240.07     1239:18-1240:7

Page 94

Scolnick Final Complete

1239:18          THE WITNESS:  This is a very high
1239:19 dose of Vioxx.  I don't know what relationship this
1239:20 has to the actual results of the VIGOR trial.
1239:21 This --
1239:22 BY MR. BUCHANAN:
1239:23          Q.      You'll agree --
1239:24          A.      This is an enormous dose of Vioxx
1239:25 before we knew what the doses were.
1240: Page 1240
1240: 1          Q.      How big?
1240: 2          A.      125 milligrams.
1240: 3          Q.      125 milligrams.  Well, people
1240: 4 metabolize Vioxx differently, don't they?
1240: 5          A.      I'm sure they do, but
1240: 6 pharmacokinetics I doubt would show there's a
1240: 7 five-fold increase in blood levels in --

Scolnick_8-16_1240.12      1240:12-1240:12

1240:12          Q.      How about a 70-year-old person?

Scolnick_8-16_1240.16-1240.22      1240:16-1240:22

1240:16          THE WITNESS:  I can't answer your
1240:17 question.  I don't know.  I'd have to see data.
1240:18 BY MR. BUCHANAN:
1240:19          Q.      Are you telling me, sir, then, that
1240:20 this toxicity that's highlighted here, serious SAEs
1240:21 of unstable angina, is a dose effect of Vioxx?  Is
1240:22 that your answer?

Scolnick_8-16_1241.04-1241.12      1241:4-1241:12

1241: 4          Q.      Is that your answer, sir?
1241: 5          A.      I'm saying that it is very possible
1241: 6 that at this high dose of Vioxx, the effects are
1241: 7 mediated by the effects on blood pressure and fluid
1241: 8 retention.  That's what I'm saying.
1241: 9          Q.      So, what you're saying here is that
1241:10 it's blood pressure and edema that's associated with
1241:11 the unstable angina reported in this Phase II RA
1241:12 trial?  Is that what you are saying?

Scolnick_8-16_1241.16-1242.12      1241:16-1242:12

1241:16          THE WITNESS:  What I'm saying, which
1241:17 is what I told you, is that it is eminently possible
1241:18 that that's the cause of this SAE or, in fact, that
1241:19 it's happenstance because you can't tell unless
1241:20 there is a lot of controls done in the trial.
1241:21 BY MR. BUCHANAN:
1241:22          Q.      Is that the mechanism through which
1241:23 Vioxx -- withdrawn.
1241:24          Is it the selective nature of Vioxx
1241:25 that causes the increase in blood pressure and
1242: Page 1242
1242: 1 edema, sir?
1242: 2          A.      To my knowledge, all nonsteroidals,
1242: 3 whether they are selective or not, at high enough
1242: 4 doses will increase blood pressure and edema and
1242: 5 cause fluid retention in some percentage of
1242: 6 patients.
1242: 7          Q.      Well, then, I'm confused, sir.  Can
1242: 8 you explain to me then in this paragraph when it
1242: 9 says serious "vascular AEs are expected" because
1242:10 "COX-1 is not inhibited," how does that focus on the
1242:11 unique blood pressure or edema effects associated
1242:12 with Vioxx?

Scolnick_8-16_1242.16-1242.21
Scolnick Final Complete
1242:16-1242:21

1242:16          THE WITNESS:  I don't know what the
1242:17 person who authored this note was thinking about,
1242:18 knew about scientifically, thought about before they
1242:19 wrote the note, so, I can't answer your question.
1242:20 BY MR. BUCHANAN:
1242:21          Q.      But we know nobody told you about it?

Scolnick_8-16_1242.23-1243.07      1242:23-1243:7

1242:23          THE WITNESS:  I don't recall ever
1242:24 having seen this or have been told about it.
1242:25 BY MR. BUCHANAN:
1243: Page 1243
1243: 1          Q.      So, are you telling people who are
1243: 2 watching this tape at some point in the future that
1243: 3 serious adverse events in the cardiovascular system,
1243: 4 unstable angina, were discovered in Phase IIa
1243: 5 trials, they were expected because COX-1 was not
1243: 6 inhibited, and that never came to the president of
1243: 7 Merck Research Labs' attention?

Scolnick_8-16_1243.14-1243.24      1243:14-1243:24

1243:14          Q.      Is that what you are stating?
1243:15          A.      I'm saying that this note never came
1243:16 to my attention nor the facts in the note, and I've
1243:17 told you that.
1243:18          Q.      So, this wasn't one of the things you
1243:19 were concerned about then on March 9 of 2000?
1243:20          A.      No.  To the very, extraordinary best
1243:21 of my knowledge, I've never seen this note before.
1243:22          MR. BUCHANAN:  Let's mark this as the
1243:23 next exhibit, sir, 63.  I only have one copy.  It's
1243:24 the MK-966 COX-2 distribution list.

Scolnick_8-16_1244.08-1245.23      1244:8-1245:23

1244: 8          (Whereupon, Deposition Exhibit
1244: 9      Scolnick-63, "MK-966 (COX2) Distribution
1244:10      List," MRK-NJ0000717 - MRK-NJ0000718,
1244:11      was marked for identification.)
1244:12                              - - -
1244:13 BY MR. BUCHANAN:
1244:14          Q.      MK-966, that's Vioxx?
1244:15          A.      Uh-huh.
1244:16          Q.      And the prior exhibit, those were
1244:17 MK-966 project team minutes?
1244:18          A.      Yes.
1244:19          Q.      Do you see your name on those?
1244:20          A.      I'm copied on the minutes, yes.
1244:21          Q.      Was it your practice to look at
1244:22 minutes of project team meetings for projects you
1244:23 were focused on?
1244:24          A.      Sometimes.
1244:25          Q.      And this was a project you were
1245: Page 1245
1245: 1 focused on; right?
1245: 2          A.      I was interested in this project.  I
1245: 3 do not recall seeing this note.
1245: 4          Q.      Let's go to 64.
1245: 5                              - - -
1245: 6          (Whereupon, Deposition Exhibit
1245: 7      Scolnick-64, "Research Management
1245: 8      Committee No. 96-10 - Blue Bell,"
1245: 9      10-10-96, MRK-ABC0048699 -
1245:10      MRK-ABC0048706, was marked for
1245:11      identification.)
1245:12                              - - -
                    Page 96

Scolnick Final Complete

1245:13 BY MR. KLINE:
1245:14      Q.      I'm passing you what we have marked
1245:15 as Exhibit 64 to your deposition.  It is a document
1245:16 entitled "Research Management Committee Number 96-10
1245:17 - Blue Bell."  That's Blue Bell, Pennsylvania?
1245:18      A.      Yes.
1245:19      Q.      October 10, 1996.  For the record, it
1245:20 is Bates stamped MRK-ABC0048699 through 48706.
1245:21              Sir, do you see the last page of the
1245:22 document?
1245:23      A.      Yes, I do.

Scolnick_8-16_1246.09-1247.17      1246:9-1247:17

1246: 9      Q.      Under "MK-966 Update," again, that's
1246:10 the Vioxx update?
1246:11      A.      Yes.
1246:12      Q.      Okay.
1246:13              See the second paragraph there?
1246:14      A.      Yes.
1246:15      Q.      It says, "Adverse events of most
1246:16 concern were in the cardiovascular system (e.g., MI,
1246:17 unstable angina, rapid fall in hemoglobin and
1246:18 hematocrit in some subjects, and a small increase in
1246:19 blood pressure)."  Do you see that?
1246:20      A.      Yes, I do.
1246:21      Q.      MI, those are heart attacks; right?
1246:22      A.      Yes.
1246:23      Q.      This is, again, before Garret
1246:24 FitzGerald's prostacyclin theory ever came to your
1246:25 attention; right?
1247: Page 1247
1247: 1      A.      I believe that's true.
1247: 2      Q.      As a general matter, sir, were you
1247: 3 copied on the research management committee
1247: 4 meetings -- excuse me, meeting minutes?
1247: 5      A.      Yes.
1247: 6      Q.      Do you remember reviewing this?
1247: 7      A.      I don't recall.  It's almost a decade
1247: 8 ago.  I don't recall.
1247: 9      Q.      We can agree, though, coming out of
1247:10 this study, I understand it is an RA study, not an
1247:11 osteoarthritis study; right?
1247:12      A.      I would have to read it.  It is a
1247:13 Phase II RA trial.
1247:14      Q.              "Adverse events of most concern."
1247:15 You said back in, what, March of 2000, in your prior
1247:16 testimony, you said you were concerned about CV
1247:17 events prior to March 9 of 2000; right?

Scolnick_8-16_1247.19-1247.20      1247:19-1247:20

1247:19              THE WITNESS:  The e-mail I wrote says
1247:20 that.  That is correct.

Scolnick_8-16_1248.20-1250.09      1248:20-1250:9

1248:20      Q.      Well, do you see that last sentence,
1248:21 "We plan to evaluate MK-966 in a study where
1248:22 subjects are also given low-dose aspirin," do you
1248:23 see that?
1248:24      A.      Ah --
1248:25      Q.      Last sentence under the paragraph
1249: Page 1249
1249: 1 beginning "Adverse events of most concern."
1249: 2      A.      Yes, I see that.
1249: 3      Q.      When did you do that?
1249: 4      A.      I don't know when that was first
1249: 5 done.
1249: 6      Q.      Did you ever do that prior to when

Page 97

Scolnick Final Complete

```
1249: 7 the drug was approved?
1249: 8              MR. PERSCHETZ:  "You" is who in that
1249: 9 question?
1249:10              MR. BUCHANAN:  "You" is Merck.
1249:11 BY MR. BUCHANAN:
1249:12       Q.      Did Merck Research Labs or Merck ever
1249:13 do a study to evaluate adverse events of most
1249:14 concern, heart attacks and unstable angina, prior to
1249:15 approval, where they gave people aspirin?
1249:16       A.      I'm not aware that that study was
1249:17 done.
1249:18       Q.      Why didn't you do it?
1249:19       A.      I'm unaware of this data, I don't
1249:20 know why, and so the suggestion never came up, and
1249:21 so I can't answer your question.
1249:22       Q.      Did you ever do it?
1249:23       A.      Did we evaluate Vioxx in the presence
1249:24 of aspirin?
1249:25       Q.      Yes.
1250: Page 1250
1250: 1       A.      Yes, we did endoscopy studies with
1250: 2 that.
1250: 3       Q.      When?
1250: 4       A.      After the VIGOR trial.
1250: 5       Q.      You did it after approval; right?
1250: 6       A.      Yes.
1250: 7       Q.      Prior to approval, you didn't let
1250: 8 people take aspirin in your endoscopy studies, did
1250: 9 you?
```

Scolnick_8-16_1250.11-1250.17     1250:11-1250:17

```
1250:11              THE WITNESS:  No.  Because we thought
1250:12 aspirin would cloud the results of the endoscopy
1250:13 studies --
1250:14 BY MR. BUCHANAN:
1250:15       Q.      It was worse --
1250:16       A.      -- because aspirin is gastric
1250:17 irritative.
```

Scolnick_8-16_1250.25-1251.02     1250:24-1251:2

```
1250:24 BY MR. BUCHANAN:
1250:25       Q.      You didn't want to give people
1251: Page 1251
1251: 1 aspirin because you knew it would eliminate the GI
1251: 2 benefit to the drug?
```

Scolnick 1251.04-1251.17     1251:4-1251:17

```
1251: 4              THE WITNESS:  We did not think --
1251: 5 certainly I didn't think that it would eliminate the
1251: 6 complete GI benefit of the drug.  It would simply
1251: 7 make the studies very complicated to interpret.
1251: 8 BY MR. BUCHANAN:
1251: 9       Q.      In a randomized clinical trial --
1251:10       A.      In --
1251:11       Q.      -- you're saying it would have
1251:12 complicated it?
1251:13       A.      It would have made the results
1251:14 complicated because aspirin is known to be
1251:15 ulcerogenic to the stomach.  We were trying to do an
1251:16 endoscopy study to ask whether Vioxx was ulcerogenic
1251:17 to the study.
```

Scolnick_8-16_1253.23-1254.02     1253:23-1254:2

```
1253:23              Let's talk about the endoscopy
1253:24 studies.  You testified on your direct that the
1253:25 endoscopy studies were really large, two very large
```
Page 98

                          Scolnick Final Complete
1254: Page 1254
1254: 1 studies that were "dramatically exciting" when you
1254: 2 saw them.  Do you recall that testimony?

Scolnick_8-16_1254.04-1254.08      1254:4-1254:8

1254: 4              THE WITNESS:  If you will show me
1254: 5 where I said those words.
1254: 6 BY MR. BUCHANAN:
1254: 7        Q.       It was Page 845 of your testimony,
1254: 8 sir.  You can verify it if you'd like.

Scolnick_8-16_1254.10-1254.23      1254:10-1254:23

1254:10              Yes, I see the paragraph that you are
1254:11 quoting from.
1254:12        Q.       We talked about very large studies.
1254:13 We're talking about 1,500 people in the two Phase
1254:14 III trials combined, right?
1254:15        A.       These are in the endoscopy studies.
1254:16        Q.       The endoscopy studies, yes, sir.
1254:17        A.       Not the whole Phase III trial.
1254:18        Q.       The Phase III endoscopy studies.
1254:19        A.       Yes.
1254:20        Q.       These were "dramatically exciting"?
1254:21        A.       Yes.
1254:22        Q.       You didn't let Merck scientists who
1254:23 were running that trial give people aspirin; right?

Scolnick_8-16_1254.25-1255.08      1254:25-1255:8

1254:25              THE WITNESS:  This trial was done
1255: Page 1255
1255: 1 without aspirin to be able to directly compare Vioxx
1255: 2 to a prior nonsteroidal that was not COX-2
1255: 3 selective.
1255: 4 BY MR. BUCHANAN:
1255: 5        Q.       In fact, you didn't let anyone --
1255: 6 you, Merck, didn't let anybody in any preapproval
1255: 7 trial that was examining GI safety of Vioxx take
1255: 8 aspirin, did you?

Scolnick_8-16_1255.10-1255.17      1255:10-1255:17

1255:10              THE WITNESS:  I believe that's
1255:11 correct.
1255:12 BY MR. BUCHANAN:
1255:13        Q.       That was because aspirin increases
1255:14 the relative risk of serious GI events two to four
1255:15 times; isn't that right?
1255:16        A.       I think it depends on the dose of
1255:17 aspirin.

Scolnick_8-16_1256.13-1257.03      1256:12-1257:3

1256:12 BY MR. BUCHANAN:
1256:13        Q.       Real world, in the real world, people
1256:14 take low-dose aspirin.  Do you agree with that?
1256:15        A.       Some people take low-dose aspirin.
1256:16        Q.       There's a significant percentage of
1256:17 the osteoarthritis population that takes low-dose
1256:18 aspirin?
1256:19        A.       For what purpose?
1256:20        Q.       Cardioprotection.
1256:21        A.       Okay.
1256:22        Q.       Do you agree with that?
1256:23        A.       I don't know what the percentage is.
1256:24 I agree with you that there are people out there who
1256:25 take low-dose aspirin for cardioprotection.
1257: Page 1257
                                                Page 99

Scolnick Final Complete

1257: 1        Q.        Did you ever look at that issue
1257: 2 before you went and sold Vioxx to the general
1257: 3 public?

Scolnick_8-16_1257.06-1257.23        1257:6-1257:23

1257: 6                THE WITNESS:  We did not study it.
1257: 7 We knew that and everyone knows that aspirin causes
1257: 8 gastric ulcers in certain doses.  Vioxx on its own
1257: 9 does not.  And there's no reason to believe that
1257:10 Vioxx would protect the stomach from someone who --
1257:11 from ulcers that might be caused by aspirin when I
1257:12 don't think we ever claimed that.
1257:13 BY MR. BUCHANAN:
1257:14        Q.        In the real world, sir, your drug had
1257:15 no GI benefit, isn't that true?
1257:16        A.        Not true at all based on all the data
1257:17 we had.  If you were forced to take low-dose aspirin
1257:18 for cardioprotection and you had to be on some other
1257:19 nonsteroidal, you were certainly going to have a
1257:20 higher incidence of ulcers than if you took Vioxx
1257:21 and low-dose aspirin.  In patients who didn't take
1257:22 low-dose aspirin, it would have a tremendous GI
1257:23 benefit.

Scolnick 1264.21-1264.25        1264:21-1264:25

1264:21        Q.        That means if you give people --
1264:22 allow people in the trial to have low-dose aspirin,
1264:23 there's a two to four-fold increased risk of serious
1264:24 GI events.  That's what you were trying to avoid by
1264:25 keeping aspirin out of that trial, isn't that true?

Scolnick_8-16_1265.02-1265.14        1265:2-1265:14

1265: 2                THE WITNESS:  The people who were
1265: 3 designing the trial, as stated, were concerned that
1265: 4 adding low-dose aspirin would mask the benefit of --
1265: 5 some of the benefit of the lack of gastric ulcers
1265: 6 with Vioxx, and they were debating this, I was aware
1265: 7 of that.  They finally decided not to include it and
1265: 8 to exclude people who needed low-dose aspirin from
1265: 9 the trial.
1265:10 BY MR. BUCHANAN:
1265:11        Q.        Okay.
1265:12                Can we agree that the people on this
1265:13 e-mail exchange are the people who are planning the
1265:14 outcomes trial?

Scolnick_8-16_1265.16-1266.09        1265:16-1266:9

1265:16                THE WITNESS:  They were part of the
1265:17 group that was planning the outcomes trial, yes.
1265:18 BY MR. BUCHANAN:
1265:19        Q.        Alise Reicin became the clinical
1265:20 monitor for the trial; right?
1265:21        A.        Yes, she did.
1265:22        Q.        Do you see anywhere in that Paragraph
1265:23 5 her concern about masking the GI benefit or
1265:24 confusing the results?  Do you see that anywhere?
1265:25        A.        I don't see those specific words.  I
1266: Page 1266
1266: 1 do see her comment that it would increase whatever
1266: 2 she's talking about by two to four-fold relative
1266: 3 risk.  So, she's talking about something gastric,
1266: 4 but I don't know exactly what she's talking about
1266: 5 there because she doesn't say.
1266: 6        Q.        Well, when you talk about masking the
1266: 7 risk, let's probe into that a little bit, what you
1266: 8 are saying is that people on aspirin wouldn't get a

Page 100

Scolnick Final Complete

1266: 9 GI benefit for Vioxx; right?

Scolnick_8-16_1266.13-1267.09      1266:13-1267:9

1266:13            THE WITNESS:  No.  I think I've
1266:14 explained to you that if someone needs to take
1266:15 low-dose aspirin as a cardioprotective agent, and
1266:16 they also need to be on anti-inflammatory drugs
1266:17 because they have pain or arthridity that requires
1266:18 that, Vioxx would, on top of aspirin, produce less
1266:19 gastric problems than some other NSAID, which also
1266:20 on its own would produce gastric problems.  So, I
1266:21 don't agree with your premise, Mr. Buchanan.
1266:22 BY MR. BUCHANAN:
1266:23      Q.      Well, let's go through this then,
1266:24 sir.
1266:25            It continues, "Yet, the possibility
1267: Page 1267
1267: 1 of increased CV events is of great concern."  Do you
1267: 2 see that?
1267: 3      A.      Yes, I see her comments, yes.
1267: 4      Q.      Then it states, "(I just can't wait
1267: 5 to be the one to present those results to senior
1267: 6 management!)"  She gave us another exclamation
1267: 7 point, didn't she?
1267: 8      A.      Yes, she did.
1267: 9      Q.      That's you?

Scolnick_8-16_1267.12-1267.17      1267:12-1267:17

1267:12            THE WITNESS:  I am a member of senior
1267:13 management, yes.  I'm one of senior management.
1267:14 BY MR. BUCHANAN:
1267:15      Q.      It wouldn't have made you happy to
1267:16 have an outcomes trial that showed that Vioxx
1267:17 increased the rate of CV events, would it?

Scolnick_8-16_1267.19-1268.01      1267:19-1268:1

1267:19            THE WITNESS:  Obviously not.  If I
1267:20 had known -- obviously, not.  No one wanted to see a
1267:21 result where -- a question whether Vioxx elevated or
1267:22 naproxen lowered the rate of events.
1267:23 BY MR. BUCHANAN:
1267:24      Q.      So, we have a solution, right, in the
1267:25 next sentence?  She says how we solve this dilemma,
1268: Page 1268
1268: 1 doesn't she?

Scolnick_8-16_1268.04-1268.15      1268:4-1268:15

1268: 4      Q.      Do you see the next sentence, sir?
1268: 5      A.      I see the next sentence.
1268: 6      Q.      What's she say?
1268: 7      A.      "What about the idea of excluding
1268: 8 high risk CV patients - ie those that have already
1268: 9 had MI, CABG or PTCA?  This may decrease the CV
1268:10 event rate so that a difference between the two
1268:11 groups would not be evident.  The only problem would
1268:12 be - Would we be able to recruit any patients?"
1268:13 That's the rest of the paragraph.
1268:14      Q.      Her solution is to exclude high risk
1268:15 CV patients, isn't it?

Scolnick_8-16_1268.17-1269.12      1268:17-1269:12

1268:17            THE WITNESS:  That's correct, so they
1268:18 wouldn't require low-dose aspirin.
1268:19 BY MR. BUCHANAN:
1268:20      Q.      So you wouldn't see a CV effect?

```
                              Scolnick Final Complete
1268:21      A.       So there wouldn't be a
1268:22 cardioprotective effect of the NSAID that was going
1268:23 to be compared to because it blocked COX-1 and Vioxx
1268:24 did not because aspirin blocks COX-1.  That's what
1268:25 she's talking about.
1269: Page 1269
1269: 1      Q.       Why don't we look at the document,
1269: 2 sir?
1269: 3      A.       That's what she's talking about.
1269: 4      Q.        "This may decrease the CV event rate
1269: 5 so that a difference between the two groups would
1269: 6 not be evident."  Do you see that?
1269: 7      A.       Yes, I do, and I understand what she
1269: 8 meant by that.
1269: 9      Q.        So, what you're doing here is you're
1269:10 excluding aspirin so that you can see a GI benefit
1269:11 from your outcomes trial; true?
1269:12      A.       That is correct.
```

Scolnick_8-16_1269.15-1269.22     1269:15-1269:22

```
1269:15      Q.       Then --
1269:16      A.       To make sure the difference is clear
1269:17 compared to something that would cloud the GI
1269:18 outcomes part of the study.
1269:19      Q.       Because you needed to show a GI
1269:20 benefit to get rid of the label that all NSAIDs had,
1269:21 the warning in the label that NSAIDs cause serious
1269:22 GI toxicity; right?
```

Scolnick_8-16_1269.24-1270.10     1269:24-1270:10

```
1269:24          THE WITNESS:  The FDA would not
1269:25 change the label based on only the endoscopy data.
1270: Page 1270
1270: 1 BY MR. BUCHANAN:
1270: 2      Q.       And you needed to show a GI benefit;
1270: 3 right?
1270: 4      A.       We needed to do a GI outcomes study
1270: 5 to show that the serious adverse experiences on the
1270: 6 GI tract were related to the endoscopic ulcers which
1270: 7 we had already shown were greatly decreased by Vioxx
1270: 8 in the presence of Vioxx.
1270: 9      Q.       And to show that GI benefit, you had
1270:10 to do a nonreal world outcomes trial, didn't you?
```

Scolnick 1270.13-1270.17     1270:13-1270:17

```
1270:13          THE WITNESS:  I don't agree with your
1270:14 premise, Mr. Buchanan.  The vast majority of people
1270:15 who would use Vioxx would not be in the secondary
1270:16 prevention aspirin mode that would need low-dose
1270:17 aspirin.
```

Scolnick_8-16_1271.04-1271.07     1271:4-1271:7

```
1271: 4      Q.       I'm asking you, sir, that in
1271: 5 aspirin-using patients, the results from the VIGOR
1271: 6 trial don't present a GI benefit that extends to
1271: 7 them; isn't that right?
```

Scolnick_8-16_1271.09-1273.14     1271:9-1273:14

```
1271: 9          THE WITNESS:  You cannot extrapolate
1271:10 the magnitude of the benefit from the nonlow-dose
1271:11 aspirin-using population to a low-dose aspirin
1271:12 population.  That is correct.
1271:13 BY MR. BUCHANAN:
1271:14      Q.       In fact, you actually did do a test,
1271:15 Vioxx plus aspirin, compared to traditional NSAIDs
```

```
                              Scolnick Final Complete
1271:16 after the VIGOR trial, didn't you?
1271:17        A.     We did.  We did an endoscopy study.
1271:18        Q.     It didn't show any benefit, did it?
1271:19        A.     The study showed that using aspirin
1271:20 in the presence of Vioxx elevated the rate over
1271:21 aspirin alone, that subsequent studies showed that
1271:22 that rate was still lower than standard NSAID used
1271:23 with low-dose aspirin.
1271:24        Q.     Sir --
1271:25        A.     It still showed a benefit, although
1272: Page 1272
1272: 1 not as great a benefit as in the absence of aspirin.
1272: 2                   -  -  -
1272: 3                   (Whereupon, Deposition Exhibit
1272: 4              Scolnick-66, E-mails, MRK-ACR0009295 -
1272: 5              MRK-ACR0009296, was marked for
1272: 6              identification.)
1272: 7                   -  -  -
1272: 8 BY MR. BUCHANAN:
1272: 9        Q.     Sir, I'm passing you over what we
1272:10 just marked as Exhibit 66.  I would like you to look
1272:11 at the earliest in time e-mail.  This is November
1272:12 19, 2001, the bottom of the first page.
1272:13        A.     Yes.
1272:14        Q.     It's from you to, who is that to?
1272:15        A.     Raymond Gilmartin and David Anstice.
1272:16        Q.     Okay.
1272:17               Mr. Gilmartin is your boss; right?
1272:18        A.     Yes, he was.
1272:19        Q.     You sent it with high importance?
1272:20 You will see it on the next page.
1272:21        A.     Okay.  Yes.
1272:22        Q.     It says, "Ray" and it says "dn" you
1272:23 meant "and"?
1272:24        A.     Yes.  I don't type well.
1272:25        Q.     "Ray and David.  Not a good result.
1273: Page 1273
1273: 1 Low dose aspirin and Vioxx equal almost ibuprofen."
1273: 2 That's Advil; right?
1273: 3        A.     Yes.
1273: 4        Q.     "Higher than ASA alone"?
1273: 5        A.     Yes.
1273: 6        Q.      "It is clear why their class study
1273: 7 failed now."  That's with the Celebrex study; right?
1273: 8        A.     Yes.
1273: 9        Q.     What you're saying here is in the
1273:10 Celebrex study, the manufacturers of Celebrex
1273:11 allowed aspirin users in their study; right?
1273:12        A.     Yes, I believe that's true.
1273:13        Q.     And they showed no GI benefit in
1273:14 terms of PUBs in that outcomes study; right?

Scolnick_8-16_1273.16-1274.25     1273:16-1274:25

1273:16               THE WITNESS:  I think they showed a
1273:17 quantitative benefit, but they did not get
1273:18 statistical significance.
1273:19 BY MR. BUCHANAN:
1273:20        Q.     And if they don't have statistical
1273:21 significance, that's not good enough for the FDA, is
1273:22 it?
1273:23        A.     It will not allow them to make a
1273:24 conclusion that the PUBs are reduced.  That is
1273:25 correct.
1274: Page 1274
1274: 1        Q.     So, what you're saying here is the
1274: 2 reason why they didn't show a statistically
1274: 3 significant benefit on PUBs is because they allowed
1274: 4 aspirin users in; right?
1274: 5        A.     That was how I interpreted their
                              Page 103
```

Scolnick Final Complete

```
1274: 6 results seeing our result in this endoscopy study.
1274: 7          Q.       Then you continue and say:  "I do not
1274: 8 think we should announce the CV outcomes study now
1274: 9 since now I am not at all sure what the design
1274:10 should be."  Do you see that?
1274:11          A.       I do.
1274:12          Q.       How do they tie together, sir?
1274:13          A.       I'm not sure what I was thinking
1274:14 because -- I don't know what the design was at this
1274:15 time.  I really can't remember what I was thinking
1274:16 at this point because we went through many, many
1274:17 discussions about different trial designs.
1274:18          Q.       What you were concerned about, sir,
1274:19 is if you did what you wanted to do in your CV
1274:20 outcome trial and allowed aspirin in that trial,
1274:21 there would be a Merck-sponsored clinical trial that
1274:22 would show that Vioxx, in fact, does not prevent
1274:23 PUBs in a population of high risk CV users using
1274:24 aspirin?  That's what you were concerned about,
1274:25 isn't it?
```

Scolnick_8-16_1275.02-1275.10      1275:2-1275:10

```
1275: 2                THE WITNESS:  I am not sure what I
1275: 3 was thinking because I don't know what trial designs
1275: 4 were being considered.
1275: 5 BY MR. BUCHANAN:
1275: 6          Q.       Well, you'd agree, sir, that if you
1275: 7 were considering a CV outcome trial that was going
1275: 8 to allow aspirin users, that would also have a
1275: 9 potential negative effect of revealing that Vioxx
1275:10 did not prevent the incidence of PUBs?
```

Scolnick_8-16_1275.12-1275.20      1275:12-1275:20

```
1275:12                THE WITNESS:  No.  I think that the
1275:13 data without aspirin would show what the maximal
1275:14 potential benefits of Vioxx would be, and that in
1275:15 the presence of aspirin, what the diminution of
1275:16 those benefits would be, and in the subsequent
1275:17 endoscopy studies we did, the magnitude of the ulcer
1275:18 incidence was still less than it was if you used
1275:19 aspirin with another drug, another nonsteroidal that
1275:20 was not selected.
```

Scolnick_8-16_1286.08-1286.18      1286:8-1286:18

```
1286: 8                Sir, am I to understand your
1286: 9 testimony correctly that you were not actively
1286:10 involved in the labeling discussions with the FDA
1286:11 for Vioxx?
1286:12          A.       I was not directly involved with
1286:13 that.  I certainly knew what the team was doing, but
1286:14 I was not directly involved at all in the
1286:15 negotiations with the FDA.
1286:16          Q.       So, you were doing everything humanly
1286:17 possible to get this drug through the FDA with the
1286:18 best label possible, but you didn't call the FDA?
```

Scolnick_8-16_1286.20-1287.21      1286:20-1287:21

```
1286:20                THE WITNESS:  I never had any direct
1286:21 contact with the FDA on the labeling negotiations.
1286:22 Dr. Goldmann handled all of those negotiations to
1286:23 the best of my recollection.  She kept me informed
1286:24 on the issue.  She kept me informed.  I never
1286:25 directly negotiated with the FDA on the label for
1287: Page 1287
1287: 1 Vioxx.
1287: 2 BY MR. BUCHANAN:
```

Scolnick Final Complete

1287: 3         Q.        Well, did you go above the FDA?  Did
1287: 4 you go to HHS and talk to them?
1287: 5         A.        NO.  I don't believe there was any
1287: 6 issue that came up in the initial labeling of Vioxx,
1287: 7 nor did anyone even consider doing that.  I think
1287: 8 Dr. Goldmann negotiated the label with the FDA
1287: 9 directly, and we were quite happy with the label as
1287:10 it came through.
1287:11         Q.        So, what did you do, sir, when you
1287:12 did everything humanly possible to get Vioxx through
1287:13 the FDA with the best label possible?
1287:14         A.        Keep in close touch with the project
1287:15 team --
1287:16                 MR. MAYER:  Objection.
1287:17                 THE WITNESS:  -- as to what things
1287:18 were going on, and if they had questions, helped
1287:19 them answer them or give my approval to whatever
1287:20 they were negotiating.  I never had direct contact
1287:21 with the FDA on this.


Total Length - 03:36:36