U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Filed

2-10-06

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Edward  **SCOLNICK DEFENSE AFFIRMATIVE**
          **DEPOSITION DESIGNATIONS**

## Scolnick_Defense_Affirmatives

| Scene | Designation | Source | | Tx Duration |
|-------|-------------|--------|---|-------------|
| 1 | 819:21 - 820:1 | Scolnick, Edward 2005-06-01 | | 00:00:10 |

819: 21   Q:  Good morning, Dr. Scolnick. Would
819: 22   you please tell us your full name?
819: 23   A:  Edward M. Scolnick.
819: 24   Q:  Dr. Scolnick, are you currently
819: 25   employed by Merck?
820: 1    A:  No, I am not.

| 2 | 820:5 - 822:9 | Scolnick, Edward 2005-06-01 | | 00:02:18 |

820: 5    Q:  Why are you no longer employed by
820: 6    Merck?
820: 7    A:  I retired from Merck September 1st,
820: 8    2004.
820: 9    Q:  Can you tell us the reasons that you
820: 10   retired from Merck in September of 2004?
820: 11   A:  Yes. I retired to pursue other
820: 12   interests that I've developed in the field of severe
820: 13   mental illness, specifically schizophrenia and
820: 14   bipolar disorder.
820: 15   Q:  Where are you pursuing those
820: 16   interests right now?
820: 17   A:  I'm pursuing interests at a
820: 18   newly-formed genome institute called the Broad
820: 19   Institute at MIT and Harvard, in the Harvard medical
820: 20   hospitals.
820: 21   Q:  What prompted your interest in this
820: 22   field?
820: 23   A:  My interests have been prompted by
820: 24   unfortunate illnesses in some family members, and
820: 25   because of that, interactions that I've had in
821: 1    service organizations that help families with family
821: 2    members beset by either of these two illnesses.
821: 3    Q:  Dr. Scolnick, can you just describe
821: 4    for us generally the type of work you're currently
821: 5    doing in this project?
821: 6    A:  Yes. We have organized a new
821: 7    initiative in this field to try to find the genetic
821: 8    basis for these illnesses. It is well known for
821: 9    many years that there's a heavy genetic basis for
821: 10   both schizophrenia and bipolar disorder. The genes
821: 11   have not been found in this institute, which is
821: 12   world class in genetics, is interested in the
821: 13   problem, and I thought it was a wonderful

**Scolnick_Defense_Affirmatives**

821: 14    opportunity to try to really make a difference in
821: 15    this field.
821: 16    Q: Dr. Scolnick, are you married?
821: 17    A: Yes, I am.
821: 18    Q: How long have you been married?
821: 19    A: Since 1965. 41 years.
821: 20    Q: Do you have children?
821: 21    A: Yes, three.
821: 22    Q: Any grandchildren?
821: 23    A: One.
821: 24    Q: Granddaughter or grandson?
821: 25    A: Granddaughter, recent vintage, about
822: 1     six months old.
822: 2     Q: Where do you currently live?
822: 3     A: We live in Wayland, Massachusetts.
822: 4     Q: Dr. Scolnick, would you please tell
822: 5     us over what time period you were employed by Merck?
822: 6     A: Yes. I started working at Merck in
822: 7     July 1982, and retired in September 1st, 2004.
822: 8     Q: What was your role in the development
822: 9     of the drug Vioxx?

| 3 | 822:12 -822:20 | Scolnick, Edward 2005-06-01      00:00:24 |

822: 12    THE WITNESS: During the development
822: 13    of Vioxx, I was president of the research
822: 14    laboratories and had the basic research group and
822: 15    clinical groups, therefore, reporting to me, who
822: 16    initiated and carried out the project.
822: 17    BY MR. RABER:
822: 18    Q: What were your general duties and
822: 19    responsibilities as the president of the Merck
822: 20    Research Lab?

| 4 | 822:23 -823:4 | Scolnick, Edward 2005-06-01      00:00:14 |

822: 23    THE WITNESS: My general
822: 24    responsibilities were to oversee the quality of the
822: 25    science and clinical science and basic science that
823: 1     was conducted by members of the laboratories.
823: 2     BY MR. RABER:
823: 3     Q: During what period of time were you
823: 4     the president of the Merck Research Lab?

| 5 | 823:7 -823:10 | Scolnick, Edward 2005-06-01      00:00:12 |

823: 7     THE WITNESS: I was president of the
823: 8     laboratories from, it's either from late April or
823: 9     early May 1985 through January 1st, 2003.
823: 10    BY MR. RABER:

**Scolnick_Defense_Affirmatives**

| 6 | **823:15-823:17** | Scolnick, Edward 2005-06-01 | 00:00:12 |

823: 15   Q:  Can you tell us generally the
823: 16   backgrounds of the people who worked at MRL, Merck
823: 17   Research Labs, while you were president?

| 7 | **823:19-824:9** | Scolnick, Edward 2005-06-01 | 00:00:44 |

823: 19   THE WITNESS:  We had people of
823: 20   varying scientific backgrounds, many people with
823: 21   medical degrees, training in various aspects of
823: 22   cellular and biochemical science, physiology,
823: 23   toxicology, drug metabolism, clinical research,
823: 24   statistics, a whole variety of disciplines.
823: 25   BY MR. RABER:
824: 1   Q:  About how many doctors and scientists
824: 2   worked within the Merck Research Labs division?
824: 3   A:  At the time I retired, the total
824: 4   number of persons in the laboratory and science were
824: 5   close to 10,000. I think it was around 3,000 when I
824: 6   started.
824: 7   Q:  What type of research is done at
824: 8   Merck Research Labs and was done while you were
824: 9   president of the division?

| 8 | **824:11-825:4** | Scolnick, Edward 2005-06-01 | 00:00:57 |

824: 11   THE WITNESS:  Most of the research
824: 12   was focused on finding new treatments or new
824: 13   preventions for serious medical illnesses that
824: 14   really had poor treatments or no treatments. That
824: 15   was the clear mantra of the laboratory.
824: 16   BY MR. RABER:
824: 17   Q:  Are there different types of research
824: 18   that are done in a research lab like MRL?
824: 19   A:  Yes. There's very basic research,
824: 20   which is sometimes described as discovery research.
824: 21   There's chemistry that goes on associated with that.
824: 22   There's also so-called development research, which
824: 23   is the testing for safety and then clinical safety
824: 24   and efficacy of the compounds or vaccines that are
824: 25   brought into development as potential new treatments
825: 1   or preventions.
825: 2   Q:  When you mentioned clinical efficacy,
825: 3   is that another way to say that a drug works the way
825: 4   it's supposed to work or intended to work?

| 9 | **825:6-825:12** | Scolnick, Edward 2005-06-01 | 00:00:21 |

825: 6   THE WITNESS:  Clinical efficacy is --
825: 7   it means the testing in people to see whether the

| | | |
|---|---|---|
| | | 825: 8   drug works or does not work as you think it's going |
| | | 825: 9   to, or sometimes it works even better than you think |
| | | 825: 10   it is going to or not quite as well as you think it |
| | | 825: 11   is going to. It is trying to gather the clinical |
| | | 825: 12   data to see what a drug does in patients. |

| 10 | 826:3 -826:6 | Scolnick, Edward 2005-06-01     00:00:18 |
|---|---|---|
| | | 826: 3   Q:  During your time as the president of |
| | | 826: 4   Merck Research Labs, was there ever a time where you |
| | | 826: 5   did not have enough money or resources to do |
| | | 826: 6   development research for safety and efficacy? |

| 11 | 826:9 -826:12 | Scolnick, Edward 2005-06-01     00:00:09 |
|---|---|---|
| | | 826: 9   THE WITNESS:  No. We always had |
| | | 826: 10   sufficient resources to do anything clinical in |
| | | 826: 11   development with a drug to prove its efficacy and |
| | | 826: 12   safety. |

| 12 | 829:1 -829:6 | Scolnick, Edward 2005-06-01     00:00:17 |
|---|---|---|
| | | 829: 1   Q:  About how many new drugs were |
| | | 829: 2   developed during the time that you were the |
| | | 829: 3   president of Merck Research Labs? |
| | | 829: 4   A:  The numbers range from somewhere in |
| | | 829: 5   the range of 25 to 29, adding vaccines, drugs and |
| | | 829: 6   new combination treatments. |

| 13 | 830:21 -831:16 | Scolnick, Edward 2005-06-01     00:00:53 |
|---|---|---|
| | | 830: 21   Q:  I want to change the subject very |
| | | 830: 22   briefly here. |
| | | 830: 23   Dr. Scolnick, is there a division at |
| | | 830: 24   Merck that is responsible for the sales and |
| | | 830: 25   marketing of Merck's drugs? |
| | | 831: 1   A:  Yes, there are marketing divisions at |
| | | 831: 2   Merck responsible for the sales of Merck's drugs. |
| | | 831: 3   Q:  As president of the Merck Research |
| | | 831: 4   Labs, were you a part of that division? |
| | | 831: 5   A:  No, I was not a part of that |
| | | 831: 6   division. |
| | | 831: 7   Q:  In what area is your field of medical |
| | | 831: 8   expertise? |
| | | 831: 9   A:  My original training was in internal |
| | | 831: 10   medicine. I subsequently was trained in |
| | | 831: 11   biochemistry and genetics, and then extensive |
| | | 831: 12   training in cancer research and virus research. |
| | | 831: 13   After coming to Merck, learned many |
| | | 831: 14   new fields, pharmacology, some aspects of clinical |
| | | 831: 15   research and the variety of disciplines that it |
| | | 831: 16   takes to develop -- discover and develop a drug. |

**Scolnick_Defense_Affirmatives**

14   **831:20 -831:23**   Scolnick, Edward 2005-06-01      00:00:10
831: 20   Q:  Where did you go to college and where
831: 21   did you go to medical school?
831: 22   A:  Went to Harvard College and Harvard
831: 23   Medical School between 1957 and 1965.

15   **832:20 -833:13**   Scolnick, Edward 2005-06-01      00:00:59
832: 20   Q:  Let's talk a little bit about what
832: 21   you did after you graduated from medical school at
832: 22   Harvard. What did you do next?
832: 23   A:  After I graduated from medical school
832: 24   at Harvard, I was two years of internal medicine
832: 25   training at the Mass General internship and a first
833: 1   year residency at the Mass General Hospital.
833: 2   Q:  Tell us what you did in general
833: 3   during the time you were an intern and a resident.
833: 4   A:  Responsibilities were to take care of
833: 5   any sick patient who came in the doors through the
833: 6   Mass General Hospital. The hospital was open to any
833: 7   patient, indigent or ability to pay. The hospital
833: 8   staff and the trainees, as I was, were proud of the
833: 9   fact that we could take care of absolutely anybody
833: 10   who walked in the door without asking any questions,
833: 11   and it was just a wonderful place to train and learn
833: 12   medicine and how to take care of really sick
833: 13   patients.

16   **833:17 -834:11**   Scolnick, Edward 2005-06-01      00:00:56
833: 17   Q:  When you finished your internship and
833: 18   residency at Massachusetts General, what did you do
833: 19   next?
833: 20   A:  We moved to Maryland, I joined the
833: 21   National Institutes of Health, in specific, the
833: 22   National Heart, Lung and Blood Institute, where I
833: 23   did basic genetics research for about two or three
833: 24   years.
833: 25   Q:  What is the National Institute of
834: 1   Health?
834: 2   A:  The National Institute of Health is a
834: 3   government organization. It is part, I think, of
834: 4   the Department of Health & Human Services, and it
834: 5   both conducts internal research in medical areas to
834: 6   try to improve the benefit of medicine for people,
834: 7   and it also sponsors with grants and contracts a
834: 8   great deal of extramural, so-called, outside of the
834: 9   NIH, in university-based research, to try to find
834: 10   the causes and insights into diseases that affect

**Scolnick_Defense_Affirmatives**

| | | |
|---|---|---|
| | 834: 11 | people. |

| 17 | 834:15-834:18 | Scolnick, Edward 2005-06-01      00:00:06 |
|---|---|---|
| | | 834: 15  Q: You mentioned NIH. Do people |
| | | 834: 16  sometimes refer to the National Institutes of Health |
| | | 834: 17  as NIH? |
| | | 834: 18  A: Yes. |

| 18 | 835:7-835:17 | Scolnick, Edward 2005-06-01      00:00:30 |
|---|---|---|
| | | 835: 7   Q: How long did you spend working in |
| | | 835: 8   that lab at NIH? |
| | | 835: 9   A: I worked for Dr. Niremberg for not |
| | | 835: 10  quite three years and finished my work there and |
| | | 835: 11  went on to the National Cancer Institute in either |
| | | 835: 12  late '69 or '70, I don't recall. |
| | | 835: 13  Q: Is the National Cancer Institute |
| | | 835: 14  affiliated in any way with NIH? |
| | | 835: 15  A: Yes. It's one of the institutes |
| | | 835: 16  within the National Institutes of Health, within |
| | | 835: 17  NIH. |

| 19 | 836:8-836:13 | Scolnick, Edward 2005-06-01      00:00:17 |
|---|---|---|
| | | 836: 8   Q: How long did you spend working at the |
| | | 836: 9   National Cancer Institute for NIH? |
| | | 836: 10  A: I worked at the National Cancer |
| | | 836: 11  Institute for about a dozen years, studying genes |
| | | 836: 12  and viruses that cause cancer during that dozen |
| | | 836: 13  years. |

| 20 | 837:11-838:10 | Scolnick, Edward 2005-06-01      00:01:21 |
|---|---|---|
| | | 837: 11  Q: When did you end your time working at |
| | | 837: 12  the National Cancer Institute? |
| | | 837: 13  A: It was in late June of 1982. |
| | | 837: 14  Q: What did you do then? |
| | | 837: 15  A: Moved to Merck. I had been recruited |
| | | 837: 16  there by Dr. Vagelos and Dr. Hillerman, who has just |
| | | 837: 17  passed away, to build a molecular group in the |
| | | 837: 18  vaccine department that Dr. Hillerman was so |
| | | 837: 19  competently overseeing at that point. |
| | | 837: 20  Q: What position did you take when you |
| | | 837: 21  joined Merck in 1982? |
| | | 837: 22  A: I was recruited as an executive |
| | | 837: 23  director in the vaccine department. |
| | | 837: 24  Q: Why did you decide to join Merck in |
| | | 837: 25  1982? |
| | | 838: 1   A: I knew the reputation of the company |
| | | 838: 2   and what it had done in the past in discovering |
| | | 838: 3   medicines. I saw the opportunity that had been |

**Scolnick_Defense_Affirmatives**

838: 4     discussed with me by Dr. Vagelos and Dr. Hillerman,
838: 5     that I could apply my basic science background and
838: 6     interest in applying that to medicine by going there
838: 7     in ways that I could never have done staying at NIH,
838: 8     and so I took that opportunity.
838: 9     Q:  What was new or different to the
838: 10    approach you had about dealing with viruses?

21    **838:12-839:11**    Scolnick, Edward 2005-06-01    00:01:17
838: 12    THE WITNESS:  Well, we were used to
838: 13    studying viruses from a very molecular perspective,
838: 14    as how they grew, how they reproduced themselves,
838: 15    how they cause disease, and up until that point in
838: 16    the vaccine department, the major approach, which,
838: 17    in fact, had been very successful, was to make
838: 18    so-called live virus vaccines, that is, examples of
838: 19    that are the mumps vaccine, the measles vaccine, the
838: 20    rubella vaccine called MMR that so many children
838: 21    get. And their approach was consistent over a
838: 22    number of years in that they would grow these
838: 23    viruses outside humans in cultured cells, so that
838: 24    they no longer caused disease, but they could still
838: 25    replicate when put back into people and cause enough
839: 1     of an antibody response to protect the people from
839: 2     the real disease. That was a technology they
839: 3     developed and perfected.
839: 4     It was now clear in the world of
839: 5     science that you could make vaccines in more
839: 6     molecular ways without using live attenuated
839: 7     viruses, and that was the difference in approaches
839: 8     we took when I came to Merck.
839: 9     BY MR. RABER:
839: 10    Q:  You then were promoted to the
839: 11    president of MRL in 1985; is that correct?

22    **839:14-839:19**    Scolnick, Edward 2005-06-01    00:00:17
839: 14    THE WITNESS:  Yes. I was promoted in
839: 15    order to head of the department of vaccine research
839: 16    a year after I came to Merck, six months after that
839: 17    to be head of basic discovery research, and then a
839: 18    year-and-a-half or so roughly after that I became
839: 19    president of MRL.

23    **852:15-852:18**    Scolnick, Edward 2005-06-01    00:00:07
852: 15    Q:  Dr. Scolnick, would it be fair to say
852: 16    that Vioxx was an important new drug for Merck at
852: 17    that time?

**Scolnick_Defense_Affirmatives**

|  |  |  |  |  |
|---|---|---|---|---|

852: 18    A: Yes.

| 24 | **852:20 -854:1** | Scolnick, Edward 2005-06-01     00:01:15 |

852: 20    THE WITNESS: Yes, it definitely was

852: 21    an important new drug for Merck.

852: 22    BY MR. RABER:

852: 23    Q: Would you call it a potential

852: 24    blockbuster for Merck?

852: 25    A: Yes, I would. We knew it would be

853: 1    medically very important, and drugs that are

853: 2    medically important usually turn out to be

853: 3    blockbusters.

853: 4    Q: Was it important for Merck to have a

853: 5    blockbuster drug at that time?

853: 6    A: Yes, it was.

853: 7    Q: Why is that?

853: 8    A: Merck faced the expiration of patents

853: 9    like Mevacor and Zocor around the turn of the cent

853: 10    -- I'm sorry, Mevacor and Vasotec -- not Zocor, but

853: 11    Mevacor and Vasotec around the turn of the century,

853: 12    and Vioxx was an important drug because of that.

853: 13    Q: Dr. Scolnick, did there come a point

853: 14    where you learned that there was a competing product

853: 15    out there, in other words, another COX-2 inhibitor

853: 16    that was being developed?

853: 17    A: Yes. Somewhere in the mid-'90s, I

853: 18    don't recall the exact time, we learned that

853: 19    competing -- another company had a competing

853: 20    product.

853: 21    Q: What was the name of that company?

853: 22    A: I think it was Searle. I'm not sure

853: 23    if it was Monsanto or Searle at that point, and the

853: 24    competing product turned out to be Celebrex.

853: 25    Q: Did Merck want to be the first one to

854: 1    come to market?

| 25 | **854:4 -854:10** | Scolnick, Edward 2005-06-01     00:00:13 |

854: 4    THE WITNESS: Yes, we did. We

854: 5    clearly wanted to be the first to come to market.

854: 6    BY MR. RABER:

854: 7    Q: Why is that?

854: 8    A: Because the first to come to market

854: 9    usually has the greatest chance of having their drug

854: 10    be the most successful and the most widely used.

| 26 | **855:9 -855:23** | Scolnick, Edward 2005-06-01     00:00:59 |

855: 9    Q: Dr. Scolnick, what role did your

Scolnick_Defense_Affirmatives

855: 10   desire to have Vioxx be the first drug to market
855: 11   play in your decisions about safety?
855: 12   A:  Despite the fact we wanted to be
855: 13   first, we wanted to be sure what the dosing was
855: 14   because of the issues of hypertension and edema, and
855: 15   we wanted to prove unambiguously the improved safety
855: 16   profile by endoscopy before we went to market.
855: 17   Although it was widely known and in a sense accepted
855: 18   ahead of time that COX-2 inhibitors would be safer
855: 19   for the stomach, we wanted the proof that we could
855: 20   get by the endoscopy studies. So, we took the time
855: 21   to very, very carefully do that so that we could
855: 22   document that as part of the initial submission for
855: 23   the drug.

27   **856:2 -856:11**   Scolnick, Edward 2005-06-01      00:00:29

856: 2   Q:  Which drug came to market first,
856: 3   Celebrex or Vioxx?
856: 4   A:  Celebrex came to market first.
856: 5   Q:  Why is that?
856: 6   A:  I don't know the details of why it
856: 7   came to market first. I always felt that it was
856: 8   because we had spent the time on these extensive GI
856: 9   safety studies and other studies that I described to
856: 10   you in order to have really meticulous clinical
856: 11   data.

28   **856:23 -858:16**   Scolnick, Edward 2005-06-01      00:02:29

856: 23   Q:  Can you please tell us what was your
856: 24   view about patient safety as president of Merck
856: 25   Research Labs?
857: 1   A:  My view on patient safety was well
857: 2   known to every scientist in the laboratory,
857: 3   repeatedly told people that patient safety came
857: 4   first, that if we had a drug that was ready to go
857: 5   into the clinic and undergoing animal safety testing
857: 6   or was in the clinic already and had gone through
857: 7   stages of animal safety testing, that if any serious
857: 8   event occurred in animals or in people in such a
857: 9   program, that I wanted to be the first or among the
857: 10   very first who would know about that so that I could
857: 11   participate in the decision of potentially stopping
857: 12   such a program.
857: 13   Q:  How did your view about patient
857: 14   safety influence your management style?
857: 15   A:  I was very demanding on that point to
857: 16   people. I was a perfectionist in that regard. I

**Scolnick_Defense_Affirmatives**

857: 17   often reiterated that. I wanted people to present
857: 18   all of the data that they had whenever a safety
857: 19   issue came up, analyze it in every which way, and I
857: 20   constantly would go back over it even after first
857: 21   presentations to make sure that whatever had been
857: 22   said and whatever had been presented was accurate
857: 23   and was there more that we could do to reassure
857: 24   ourselves.
857: 25   Q: As the president of Merck Research
858: 1   Labs how did you attempt to ensure the integrity of
858: 2   the data from Merck studies?
858: 3   A: I tried to ensure the integrity by,
858: 4   A, emphasizing that we would not tolerate anything
858: 5   but authentic data; and, secondly, by the
858: 6   appointments I made to critical positions in
858: 7   clinical development. The people that headed
858: 8   clinical research, regulatory affairs and
858: 9   biostatistics who were present during most of my
858: 10   time as president were honest, hard working,
858: 11   meticulous people who I felt that I could trust
858: 12   completely to tell me if there was a safety problem
858: 13   about something in the areas that they were dealing
858: 14   with, and the same true of the head of safety
858: 15   assessment at Merck, who reported to me for a number
858: 16   of years while I was president of MRL.

| 29 | 860:7 -860:14 | Scolnick, Edward 2005-06-01   00:00:23 |

860: 7   Q: Did you encourage scientific debate
860: 8   within Merck?
860: 9   A: I demanded it. I had no tolerance
860: 10   for people who didn't understand their data, hadn't
860: 11   analyzed their data, and couldn't discuss the pros
860: 12   and cons of projects that they were in charge of,
860: 13   the good things, the bad things, what the issues
860: 14   were. I actually demanded that from everybody.

| 30 | 860:17 -860:22 | Scolnick, Edward 2005-06-01   00:00:18 |

860: 17   Q: Dr. Scolnick, did you ever make any
860: 18   decisions as president of Merck Research Labs to
860: 19   stop the development of a drug?
860: 20   A: Yes, of course.
860: 21   Q: What kinds of considerations were in
860: 22   play in those decisions?

| 31 | 860:24 -863:6 | Scolnick, Edward 2005-06-01   00:02:57 |

860: 24   THE WITNESS: Sometimes programs were
860: 25   stopped due to lack of efficacy of the compound at

**Scolnick_Defense_Affirmatives**

861: 1   the clinic that didn't work, and often they were

861: 2   stopped because of safety problems that arose either

861: 3   in animals on a promising drug or occasionally in

861: 4   trials in humans.

861: 5   BY MR. RABER:

861: 6   Q:  Can you give us any examples of a

861: 7   situation where you terminated the development of a

861: 8   drug over safety concerns?

861: 9   A:  Yes. I can give you several examples

861: 10   of that.

861: 11   One of the most painful ones was a

861: 12   precursor to Singulair, a compound for the treatment

861: 13   for asthma, that almost got as far as a Phase III

861: 14   study in humans. The drug was working well, and a

861: 15   very small number or percentage of patients

861: 16   developed abnormalities of liver function, and we

861: 17   terminated the program because we recognized there

861: 18   was a signal in people and that we didn't want that

861: 19   risk.

861: 20   We stopped the development of a

861: 21   special dosage form of Zocor, which was our

861: 22   cholesterol-lowering drug in competition with

861: 23   atorvastatin, and we were trying to develop a

861: 24   special formulation for a higher dose of Zocor and

861: 25   found in humans, despite the excitement about this

862: 1   dosage form, that it caused side effects in people,

862: 2   and we immediately stopped the program. People, in

862: 3   fact, who were in charge of the program, knowing

862: 4   that I would want to know, actually called me in

862: 5   England to tell me about this and to tell me they

862: 6   were stopping the program, they thought it was so

862: 7   important, and they knew I would want to know about

862: 8   it.

862: 9   We stopped development in the late

862: 10   '90s of a very, very promising compound in the

862: 11   psychiatric area that would have been a dramatic

862: 12   improvement over a class of drugs called

862: 13   benzodiazepines, which are used to treat anxiety

862: 14   problems and psychosis in humans. This drug was

862: 15   much more selective for the receptors in that

862: 16   pharmacology field. It produced all the benefits

862: 17   and lacked most of the significant deficits and

862: 18   problems associated with those drugs, and it was

862: 19   very painful in that it was just a whisper of

862: 20   potential for this drug to alter the structure of

862: 21   DNA, to be a mutagen, and I decided it was not worth

862: 22   that risk because the data was real, although the
862: 23   evidence was slight, and we stopped the development
862: 24   of that drug. And there are two or three examples.
862: 25   Q:  Why did you stop the development of
863: 1    those drugs when the safety was called into
863: 2    question?
863: 3    A:  Because I looked at myself first as a
863: 4    physician in my position, and I always wanted to
863: 5    look out for the patient safety as well as the way
863: 6    our drugs worked and benefited patients.

---

32    **876:16-878:3**   Scolnick, Edward 2005-06-01        00:01:49
876: 16   Q:  Dr. Scolnick, are you familiar with
876: 17   something called an FDA Advisory Committee?
876: 18   A:  Yes.
876: 19   Q:  What is an FDA Advisory Committee?
876: 20   A:  An FDA Advisory Committee is a group
876: 21   of outside scientists with various disciplines
876: 22   convened solely by the FDA, composition determined
876: 23   solely by the FDA, that they call upon to review
876: 24   many new drug applications that come to them,
876: 25   especially on any new drug that would have a new
877: 1    mechanism of action, and it's a province of the FDA.
877: 2    It's been there for a very, very long period of
877: 3    time.
877: 4    Q:  Was there an FDA Advisory Committee
877: 5    meeting that occurred relating to the approval of
877: 6    Vioxx?
877: 7    A:  Yes, definitely.
877: 8    Q:  Was that meeting open to the public?
877: 9    A:  Oh, yes.
877: 10   Q:  Can you tell us generally what
877: 11   occurred at that meeting?
877: 12   A:  Yes. What occurs at that meeting is
877: 13   the same that occurs at all meetings of the Advisory
877: 14   Committee. The sponsor submits a background package
877: 15   to the FDA that they give to the Advisory Committee.
877: 16   The FDA prepares its own review of the application
877: 17   which it gives to the committee ahead of time. The
877: 18   sponsor then comes and makes a presentation on the
877: 19   data, quizzed for as long and as extensively as the
877: 20   Advisory Committee wants on any question about the
877: 21   data. Has to answer it. The FDA presents their
877: 22   interpretation of the data, their analysis of the
877: 23   data. Again, the committee gets a chance to answer
877: 24   questions, ask questions, get them answered. This

|  |  | 877: 25 | goes on for several hours, and then eventually the |
|---|---|---|---|
|  |  | 878: 1 | committee is asked to vote on questions that the FDA |
|  |  | 878: 2 | gives them that relate to the safety, efficacy and |
|  |  | 878: 3 | approvability of the drug. |

| 33 | 878:7 -878:12 | Scolnick, Edward 2005-06-01 | 00:00:17 |
|---|---|---|---|
|  |  | 878: 7 | Q: The process that you've just |
|  |  | 878: 8 | described, did that occur with respect to Vioxx |
|  |  | 878: 9 | before Vioxx was approved? |
|  |  | 878: 10 | A: Oh, yes. |
|  |  | 878: 11 | Q: I would like to show you a document |
|  |  | 878: 12 | that we'll mark as Exhibit 102. |

| 34 | 878:21 -879:24 | Scolnick, Edward 2005-06-01 | 00:01:36 |
|---|---|---|---|
|  |  | 878: 21 | Q: Dr. Scolnick, can you identify |
|  |  | 878: 22 | Exhibit 102, please? |
| Link > P1-28.1.1 |  | 878: 23 | A: Yes. It's a letter to Dr. Robert |
|  |  | 878: 24 | Silverman, who was a senior director in the Merck |
|  |  | 878: 25 | Research Lab, regulatory affairs department. It is |
|  |  | 879: 1 | a letter that comes to him from Dr. Robert DeLap, |
|  |  | 879: 2 | M.D., Ph.D., who is director of drug evaluation at |
|  |  | 879: 3 | the FDA, and it relates to the new drug application |
|  |  | 879: 4 | of Vioxx. |
|  |  | 879: 5 | Q: Dr. Scolnick, what is the date of |
|  |  | 879: 6 | this letter from the FDA? |
|  |  | 879: 7 | A: I believe it's May 20, 1999. |
|  |  | 879: 8 | Q: Sir, I would like you to take a look, |
|  |  | 879: 9 | if you would, at the first page of Exhibit 102, and |
|  |  | 879: 10 | I'm going to ask you, if you would, please, to read |
|  |  | 879: 11 | out loud the fourth paragraph of this letter. |
| Link > P1-28.1.2 |  | 879: 12 | A: The one that begins 'We have'? |
|  |  | 879: 13 | Q: Yes. |
|  |  | 879: 14 | A: The paragraph says, 'We have |
|  |  | 879: 15 | completed the review of this application, as |
|  |  | 879: 16 | amended, and have concluded that adequate |
|  |  | 879: 17 | information has been presented to demonstrate that |
|  |  | 879: 18 | the drug product is safe and effective for use as |
|  |  | 879: 19 | recommended in the enclosed labeling text. |
|  |  | 879: 20 | Accordingly, the application is approved effective |
|  |  | 879: 21 | on the date of this letter.' |
|  |  | 879: 22 | Q: Is this letter what is known as the |
|  |  | 879: 23 | approval letter for Vioxx? |
| Link > Hide |  | 879: 24 | A: Yes, I believe so. |

| 35 | 885:25 -886:6 | Scolnick, Edward 2005-06-01 | 00:00:14 |
|---|---|---|---|
|  |  | 885: 25 | Did there come a point in time when |
|  |  | 886: 1 | you saw the results from the VIGOR study? |

**Scolnick_Defense_Affirmatives**

|  |  |  |  |
|---|---|---|---|
| | 886: 2 | A: Yes. | |
| | 886: 3 | Q: When did that occur? | |
| | 886: 4 | A: March 9, 2000. | |
| | 886: 5 | Q: Were you among the first people at | |
| | 886: 6 | Merck to see those results? | |

| 36 | 886:9-886:16 | Scolnick, Edward 2005-06-01      00:00:17 |
|---|---|---|
| | 886: 9 | THE WITNESS: I think I was shown the |
| | 886: 10 | data or sent the data after the project team |
| | 886: 11 | initially saw it and analyzed it, so, in that sense, |
| | 886: 12 | I was among the first, but I was not in the very |
| | 886: 13 | first group. |
| | 886: 14 | BY MR. RABER: |
| | 886: 15 | Q: What was your initial reaction to the |
| | 886: 16 | VIGOR results? |

| 37 | 886:19-887:4 | Scolnick, Edward 2005-06-01      00:00:29 |
|---|---|---|
| | 886: 19 | THE WITNESS: I was extremely pleased |
| | 886: 20 | at the GI outcomes which were much better for Vioxx |
| | 886: 21 | than naproxen, even the 50 milligrams of Vioxx, and |
| | 886: 22 | I was stunned and surprised at the cardiovascular |
| | 886: 23 | differences seen in the trial between naproxen and |
| | 886: 24 | Vioxx. I did not expect to see such a result. |
| | 886: 25 | BY MR. RABER: |
| | 887: 1 | Q: Did you ever put down that initial |
| | 887: 2 | reaction in writing? |
| | 887: 3 | A: Yes, I did. I sent an e-mail to some |
| | 887: 4 | members of the project team stating that. |

| 38 | 887:19-889:9 | Scolnick, Edward 2005-06-01      00:01:58 |
|---|---|---|
| | 887: 19 | Q: Dr. Scolnick, is Exhibit 14 in front |
| Link > ES1.1.10 | 887: 20 | of you, the e-mail that you just referred to? |
| | 887: 21 | A: Yes, it is. |
| | 887: 22 | Q: In your e-mail you write: 'To all: |
| Link > ES1.1.6 | 887: 23 | I just received and went through the data. Thank |
| | 887: 24 | you for sending it to me. There is no doubt about |
| | 887: 25 | the pub data. Very very strong. As expected.' Do |
| | 888: 1 | you see that? |
| | 888: 2 | A: Yes, I do. |
| | 888: 3 | Q: What is the 'pub data'? |
| | 888: 4 | A: PUB is shorthand for perforations, |
| | 888: 5 | ulcers and bleeds. Those were the serious side |
| | 888: 6 | effects of prior nonsteroidals that everyone wanted |
| | 888: 7 | to know about. |
| | 888: 8 | Q: When you say 'Very very strong. As |
| | 888: 9 | expected,' what were you referring to? |
| | 888: 10 | A: I was referring to the fact that the |

|  |  |  |
|---|---|---|
|  | 888: 11 | first look at the data, there seemed to be a |
|  | 888: 12 | dramatic increase in the number of those compared to |
|  | 888: 13 | naproxen in the study. |
| Link > ES1.1.7 | 888: 14 | Q:  You go on to say: 'General safety is |
|  | 888: 15 | better than could hope for in this patient |
|  | 888: 16 | population. Incidences of hypertension, renal |
|  | 888: 17 | anything, edema, liver, all great - very safe. |
|  | 888: 18 | Very, very safe.' Do you see that? |
|  | 888: 19 | A:  Yes, I do. |
|  | 888: 20 | Q:  When you are talking about 'better |
|  | 888: 21 | than could hope for in this patient population,' |
|  | 888: 22 | what does that refer to? |
|  | 888: 23 | A:  These patients were patients who had |
|  | 888: 24 | rheumatoid arthritis, a very serious illness. Many |
|  | 888: 25 | of them would be on steroids in addition to whatever |
|  | 889: 1 | nonsteroidal anti-inflammatories, some other |
|  | 889: 2 | medications also, and a somewhat fragile patient |
|  | 889: 3 | population in that regard. Therefore, whenever one |
|  | 889: 4 | tests any kind of drug in a patient population |
|  | 889: 5 | that's sick to begin with, as these patients were, |
|  | 889: 6 | one worries that one might see side effects that |
|  | 889: 7 | would show up in an unexpected way, and those were |
|  | 889: 8 | not seen and not detected in the trial, and I was |
|  | 889: 9 | very pleased about that. |

| 39 | **889:18 -890:11** | Scolnick, Edward 2005-06-01       00:00:41 |
|---|---|---|
| Link > ES1.1.8 | 889: 18 | Q:  Dr. Scolnick, you then go to say, |
|  | 889: 19 | 'The CV events are clearly there.' Do you see that? |
|  | 889: 20 | A:  Yes, I do. |
|  | 889: 21 | Q:  What does that refer to? |
|  | 889: 22 | A:  What I was referring to was the |
|  | 889: 23 | reports of the cardiovascular events in the two arms |
|  | 889: 24 | of the trial and that the two curves were different, |
|  | 889: 25 | the incidence of curves were clearly |
|  | 890: 1 | distinguishable. |
|  | 890: 2 | Q:  There was a difference in the number |
|  | 890: 3 | of CV events between the Vioxx group and the |
|  | 890: 4 | naproxen group. Is that what you're saying? |
|  | 890: 5 | A:  Yes, that's exactly what I'm saying. |
|  | 890: 6 | Q:  Further down you say, 'it is |
| Link > ES1.1.9 | 890: 7 | mechanism based as we worried it was.' Do you see |
|  | 890: 8 | that? |
|  | 890: 9 | A:  Yes, I do. |
|  | 890: 10 | Q:  What does it mean when you say 'it is |
|  | 890: 11 | mechanism based'? What were you referring to? |

| 40 | **890:14 -894:13** | Scolnick, Edward 2005-06-01       00:05:04 |
|---|---|---|

| | | |
|---|---|---|
| Link > Hide | 890: 14 | THE WITNESS:  Well, as part of my |
| | 890: 15 | initial reaction, as I've described many times, I |
| | 890: 16 | hadn't expected these results, and my very first |
| | 890: 17 | reaction was that Vioxx had elevated the rate as |
| | 890: 18 | opposed to naproxen lowering the rate, and my |
| | 890: 19 | connection was to the prostacyclin hypothesis, which |
| | 890: 20 | was my set of first thoughts when I saw the data. |
| | 890: 21 | That's what I was talking about, since COX-2 |
| | 890: 22 | inhibitors had been shown to lower prostacyclin in |
| | 890: 23 | the urine. |
| | 890: 24 | BY MR. RABER: |
| | 890: 25 | Q:  You go on to say at the end of this |
| | 891: 1 | e-mail 'We have a great drug' and you say 'The class |
| Link > ES1.1.10 | 891: 2 | will do well.' Do you see those references? |
| | 891: 3 | A:  Yes, I do. |
| | 891: 4 | Q:  What did you mean by that? |
| Link > Hide | 891: 5 | A:  Well, that even if these results were |
| | 891: 6 | caused by Vioxx as opposed to not being caused by |
| | 891: 7 | Vioxx, the incidence was low, we could change the |
| | 891: 8 | label to reflect the results, the drug still had a |
| | 891: 9 | significant benefit to patients, and people and we |
| | 891: 10 | would learn how to use it safely in people and still |
| | 891: 11 | produce the benefit with an articulation of what |
| | 891: 12 | could have been a known risk at that point -- what I |
| | 891: 13 | thought was a known risk at that point. |
| | 891: 14 | Q:  Dr. Scolnick, did there come a time |
| | 891: 15 | when members of the Vioxx team informed you that |
| | 891: 16 | there might be another explanation for the |
| | 891: 17 | difference in the CV events between Vioxx and |
| | 891: 18 | naproxen? |
| | 891: 19 | A:  Yes. Subsequently to this, and I |
| | 891: 20 | don't recall whether it was this evening or the next |
| | 891: 21 | day, members of the team told me they, in fact, |
| | 891: 22 | thought there was a very plausible and more likely |
| | 891: 23 | explanation for the differences in the event rates |
| | 891: 24 | in the two arms of the trial. |
| | 891: 25 | Q:  What did you instruct the Vioxx team |
| | 892: 1 | members to do at that point? |
| | 892: 2 | A:  Well, they told me that because |
| | 892: 3 | naproxen was at this dose twice a day, 500 |
| | 892: 4 | milligrams twice a day, had potent anti-platelet |
| | 892: 5 | activity, that the more plausible explanation was |
| | 892: 6 | that naproxen had actually lowered the CV event rate |
| | 892: 7 | in the trial. So, I said to them, well, that sounds |
| | 892: 8 | good, but what other evidence is there to support |
| | 892: 9 | that? So, let's look back at all of our clinical |

892: 10   trial data and see if there's any other evidence for
892: 11   that, and what other evidence can you find that
892: 12   naproxen or drugs like naproxen couldn't be
892: 13   cardioprotective.
892: 14   Q:  Did the Vioxx team present you with
892: 15   any evidence of naproxen's ability to inhibit
892: 16   platelets the way that they had described?
892: 17   A:  Yes. They told me about it and I
892: 18   believe showed me a graph which showed that naproxen
892: 19   500 milligrams twice a day was potent, had a potent
892: 20   anti-platelet effect throughout the day and compared
892: 21   that to ibuprofen and diclofenac, two other members
892: 22   of the class which did not in their usual dosage
892: 23   regimens have that kind of effect, and, therefore,
892: 24   naproxen was unique as a prototypical
892: 25   anti-inflammatory drug.
893: 1    Q:  That data about naproxen that you
893: 2    were shown, was that data that had been obtained in
893: 3    a Merck-related study?
893: 4    A:  The biochemistry data I'm talking
893: 5    about in people, I think, was in a Merck study, yes,
893: 6    clinical pharmacology study.
893: 7    Q:  That data, were you aware of that
893: 8    data when you wrote your e-mail on March 9, 2000?
893: 9    A:  No. I had not been aware of it. I
893: 10   was very surprised at this data and had not heard
893: 11   about the naproxen effect before they told me about
893: 12   it.
893: 13   Q:  In your words, what did that data
893: 14   about naproxen suggest to you at that point?
893: 15   A:  Well, at that point, my thinking, I
893: 16   thought, well, they have a plausible hypothesis
893: 17   here. This is certainly -- based on the
893: 18   anti-platelet activity, they could be seeing a
893: 19   naproxen-protective effect. I wanted them to look
893: 20   at all our other clinical trial data again and was
893: 21   really struggling with trying to find a way to get
893: 22   more placebo-controlled data. Because in this
893: 23   trial, what we had from our database at that point
893: 24   was, on the one hand we had Vioxx versus all the
893: 25   nonsteroidals which had been tested in our trials,
894: 1    Phase IIb/III trials and extensions where we had
894: 2    seen no difference in cardiovascular event rates.
894: 3    Then now we had a trial where at 50 milligrams of
894: 4    Vioxx versus naproxen we had a difference, and those
894: 5    were two different databases, neither of which had a

|       |               | 894: 6 | placebo against it. So, their interpretation based |
|-------|---------------|--------|----------------------------------------------------|
|       |               | 894: 7 | on the anti-platelet activity was naproxen had |
|       |               | 894: 8 | lowered the heart attack rate consistent with the |
|       |               | 894: 9 | fact that it was different biochemically from other |
|       |               | 894: 10 | nonsteroidals and Vioxx was not different from them |
|       |               | 894: 11 | in CV events. I said the tie breaker here has to be |
|       |               | 894: 12 | placebo data, and how much placebo data do we have |
|       |               | 894: 13 | to see if Vioxx is different from placebo. |

| 41 | **894:16-895:25** | Scolnick, Edward 2005-06-01 | 00:01:52 |
|----|-------------------|-----------------------------|----------|
|    |                   | 894: 16 | Q:  Before we get to placebo data, did |
|    |                   | 894: 17 | the Vioxx project team provide you with any other |
|    |                   | 894: 18 | biochemical or pharmacological information that |
|    |                   | 894: 19 | suggested a drug like naproxen could inhibit |
|    |                   | 894: 20 | platelets like aspirin? |
|    |                   | 894: 21 | A:  Yes. They actually told me about and |
|    |                   | 894: 22 | then subsequently sent me a paper on a drug called |
|    |                   | 894: 23 | flurbiprofen, which is a very potent nonsteroidal. |
|    |                   | 894: 24 | In the doses given in the trials they cited to me, |
|    |                   | 894: 25 | it blocks platelets like naproxen. It had been |
|    |                   | 895: 1 | tested in a very high risk patient population in |
|    |                   | 895: 2 | which patients had their arteries open, something |
|    |                   | 895: 3 | called angioplasty today, and then followed for six |
|    |                   | 895: 4 | months with and without flurbiprofen treatment to |
|    |                   | 895: 5 | see if flurbiprofen lowered the restenosis, |
|    |                   | 895: 6 | reclotting rate of these opened arteries. And lo |
|    |                   | 895: 7 | and behold, flurbiprofen had a dramatic benefit to |
|    |                   | 895: 8 | those patients that dropped the restenosis rate, the |
|    |                   | 895: 9 | rethrombosis rate dramatically in those patients. |
|    |                   | 895: 10 | Subsequently they told me about a |
|    |                   | 895: 11 | drug called indobufen which had even more data |
|    |                   | 895: 12 | associated with it. It had two other clinical |
|    |                   | 895: 13 | situations. It had an actual heart bypass graft |
|    |                   | 895: 14 | where it blocked the stenosis, subsequent clotting |
|    |                   | 895: 15 | of that, and yet another situation, patients who |
|    |                   | 895: 16 | have a rhythm disturbance in their atrium which sets |
|    |                   | 895: 17 | them up to have clots, called atrial fibrillation, |
|    |                   | 895: 18 | and giving those patients indobufen reduced the |
|    |                   | 895: 19 | incidence of their thrombotic events. |
|    |                   | 895: 20 | So, they had three pieces of |
|    |                   | 895: 21 | information with drugs like naproxen, which was very |
|    |                   | 895: 22 | strong clinical evidence to support the biochemical |
|    |                   | 895: 23 | evidence that we had with naproxen at that point. |
|    |                   | 895: 24 | Q:  I would like to show you a document |
|    |                   | 895: 25 | that we'll mark as Exhibit 103. |

| 42 | **896:13-899:11** | Scolnick, Edward 2005-06-01 | 00:04:01 |

896: 13   Q:  Dr. Scolnick, can you identify
896: 14   Exhibit 103, please?
896: 15   A:  Yes. Exhibit 103 is a paper from the
896: 16   European Heart Journal published in 1993. The title
896: 17   of the paper is 'Evaluation of flurbiprofen for
896: 18   prevention of reinfarction and reocclusion after
896: 19   successful thrombolysis or angioplasty in acute
896: 20   myocardial infarction.'
896: 21   Q:  Is this Exhibit 103, the flurbiprofen
896: 22   data or paper that you referred to earlier in your
896: 23   testimony?
896: 24   A:  Yes, it is.
896: 25   Q:  Were you aware of the data contained
897: 1    in this paper on flurbiprofen when you wrote your
897: 2    e-mail on March 9, 2000?
897: 3    A:  No, I was not.
897: 4    Q:  Similarly, were you aware of the data
897: 5    regarding the drug indobufen when you wrote your
897: 6    e-mail on March 9, 2000?
897: 7    A:  No, I was not.
897: 8    Q:  You mentioned a few minutes ago
897: 9    something about placebo data. Can you tell us what
897: 10   else you and your team looked at to answer the
897: 11   question of whether the difference in the CV rates
897: 12   between naproxen and Vioxx was due to naproxen?
897: 13   A:  During the discussion of trying to
897: 14   figure out a way to look at placebo data, someone, I
897: 15   don't recall who, reminded us that we had an ongoing
897: 16   trial in patients with Alzheimer's disease. This
897: 17   trial compared placebo to 25 milligrams of Vioxx,
897: 18   and I don't recall whether it was a treatment trial
897: 19   or a prevention trial, but it was attempting to
897: 20   improve the lot, the clinical benefit to patients
897: 21   with Alzheimer's. The reason this trial was ongoing
897: 22   was there was a theory, again a hypothesis, that
897: 23   such an anti-inflammatory would improve the clinical
897: 24   condition or prevent the progression of Alzheimer's
897: 25   disease based on literature post hoc epidemiology
898: 1    data, but it was only a hypothesis.
898: 2    And it was now regarded that Vioxx
898: 3    was safe enough on the stomach to test this theory
898: 4    in patients with Alzheimer's compared to placebo.
898: 5    No drug had ever been shown to retard the
898: 6    progression of Alzheimer's, so, it was perfectly
898: 7    ethical to do the study versus placebo, it was a
898: 8    fairly large study. And the group thought very

898: 9    sharply, they figured out that -- there were only
898: 10   two arms in the trial, treatment arm A and treatment
898: 11   arm B. They were blinded, but during any trial,
898: 12   including this one, we always record immediately in
898: 13   our database adverse experience reports that come in
898: 14   during the course of the trial, and, therefore, this
898: 15   database had potentially in it cardiovascular
898: 16   adverse experience reports from the Alzheimer's
898: 17   trial, an old population presumably with some
898: 18   underlying heart disease.
898: 19       So, we said, terrific, is there a way
898: 20   without unblinding the whole trial that we can look
898: 21   at this safety data, column A and column B. And it
898: 22   was clear, made clear by the statistics group to me
898: 23   that we could do that without compromising the trial
898: 24   by just aggregating the data under treatment A and
898: 25   treatment B, and they would enumerate the
899: 1    cardiovascular side effects.
899: 2        And I said that's just terrific, go
899: 3    do it right away. I want to know the minute you
899: 4    know the answer to this. So, they did all the
899: 5    things necessary to do this legally, and they
899: 6    enumerated all the data, they called me 48 hours
899: 7    later in the evening on a Sunday night and told me
899: 8    that there was no difference in the event rates in
899: 9    treatment A and treatment B arm. That was greatly
899: 10   reassuring.
899: 11   Q:  Why was that significant to you?

---

43   **899:14-900:10**   Scolnick, Edward 2005-06-01        00:01:01

899: 14   THE WITNESS:  That was significant to
899: 15   me because it was in my mind the critical piece of
899: 16   information to accept the naproxen hypothesis that
899: 17   the group had put forward. We knew naproxen could
899: 18   be potentially cardioprotective based on all the
899: 19   data I've talked to you about, but I wanted to see
899: 20   data versus Vioxx, because if they were right, Vioxx
899: 21   versus placebo should not have been different. And
899: 22   when I was told this data, I was reassured, but I
899: 23   then asked the statistician who called me, I want to
899: 24   know not just the grouped data that that you've
899: 25   given me, I want to know all the categories of
900: 1    cardiovascular events in both treatment arms, A and
900: 2    B. And he read me those on the phone and, again,
900: 3    they were no different. And so I was really
900: 4    relieved and reassured, and thought, well, they are

900: 5    right, I was wrong, and the naproxen hypothesis is
900: 6    the explanation for this.
900: 7    BY MR. RABER:
900: 8    Q:  Did Merck do anything to look at the
900: 9    osteoarthritis data that it was continuing to
900: 10   collect at that point?

---

44   **900:12 -901:1**   Scolnick, Edward 2005-06-01        00:00:48
900: 12   THE WITNESS: Yes. We continually
900: 13   looked at that data, as more and more patients
900: 14   accrued from different trials, updated it, did large
900: 15   meta-analyses of the trials comparing Vioxx to the
900: 16   other comparators, continually looking to see if
900: 17   there was a signal, and there was no signal.
900: 18   Q:  All right.
900: 19   Dr. Scolnick, then after you
900: 20   considered the data about naproxen, after you
900: 21   considered the data about flurbiprofen and the data
900: 22   about indobufen and the data from the Alzheimer's
900: 23   trials comparing Vioxx with placebo, what did you
900: 24   conclude was the best explanation for the
900: 25   differences in CV events that occurred in the VIGOR
901: 1    study?

---

45   **901:3 -901:6**   Scolnick, Edward 2005-06-01        00:00:10
901: 3    THE WITNESS:  I concluded the team
901: 4    had been right and I had been wrong, that the
901: 5    naproxen arm was lower than the Vioxx arm because
901: 6    naproxen had been cardioprotective.

---

46   **905:1 -907:16**   Scolnick, Edward 2005-06-01        00:03:31
905: 1    Can you identify the e-mail that
905: 2    appears towards the bottom of this exhibit?

Link > P1-1.1.1       905: 3    A: Yes, I can. It's an e-mail from
905: 4    myself on February 8th to Douglas Greene, Alise
905: 5    Reicin, Alan Nies, Harry Guess, Deborah Shapiro and
905: 6    Thomas Simon, and the subject is 'Today.'

Link > Hide           905: 7    Q:  Doctor, your e-mail reads 'To ALL.'
905: 8    Well, let me back up. What was the context of your
905: 9    sending this e-mail to those individuals on this
905: 10   day?
905: 11   A:  The context was to congratulate them
905: 12   for the wonderful job they had done in presenting
905: 13   the data to the committee, answering all the
905: 14   questions in great detail, being prepared for the
905: 15   details that the Advisory Committee wanted on
905: 16   additional questions, and I thought they had just

905: 17   done a fantastic job, and I wanted to encourage them
905: 18   and tell them what a great job it was.
Link >  P1-1.1.1   905: 19   Q:  Your E-mail reads: 'To ALL. I bit
905: 20   my nails all day. You all were FANTASTIC. You made
905: 21   them look like grade d high school students and you
905: 22   won big huge and completely. You should be proud
905: 23   happy and exhausted. Enjoy and bask in the warmth
905: 24   of having done an impossible job superbly/Ed.' Do
905: 25   you see that?
Link >  Hide   906: 1   A:  Yes, I do.
906: 2   Q:  Can you explain to us your reference
906: 3   there to making someone look like grade D high
906: 4   school students?
906: 5   A:  Yes. I was trying to praise the team
906: 6   in a way that was simply an analogy to something
906: 7   that had that happened several years ago during our
906: 8   Crixivan NDA review.
906: 9   Q:  What had happened there?
906: 10   A:  When we presented Crixivan at a
906: 11   comparable FDA Advisory Committee meeting, and I
906: 12   don't recall the exact year this was, it was in the
906: 13   earlier '90s, we had come -- it was a two-day
906: 14   meeting on protease inhibitors. Another sponsor had
906: 15   presented theirs on the first day, and we were
906: 16   presenting on the second day. Our presentation was
906: 17   finished by the physician who made it, and when he
906: 18   finished, the first hand up from the Advisory
906: 19   Committee was from someone on the committee who said
906: 20   to our presenter, that was fantastic. You made them
906: 21   look like grade D high school students. And that
906: 22   was all I was referring to here. It was a laudatory
906: 23   comment by a member of this past Advisory Committee,
906: 24   and I was sort of reminding them of that comment in
906: 25   a kind of jovial way when I was so proud of them for
907: 1   what they had done.
907: 2   Q:  You refer later on in this e-mail to
907: 3   your team 'having done an impossible job superbly.'
907: 4   Do you see that?
907: 5   A:  Yes, I do.
907: 6   Q:  What's the 'impossible job' that
907: 7   you're referring to?
907: 8   A:  Well, I thought that having a public
907: 9   discussion about cardiovascular events was a very
907: 10   difficult subject to handle and that they did it in
907: 11   an unemotional way where it was carried out in a
907: 12   completely rational discussion with full disclosure

|  |  |  |
|---|---|---|
|  | 907: 13 | of all the data without anyone becoming emotional |
|  | 907: 14 | about it either on our side or the committee side, |
|  | 907: 15 | so that all the data could be considered rationally, |
|  | 907: 16 | and a most rational decision could be made. |

**47**  **919:2 -919:4**  Scolnick, Edward 2005-06-01    00:00:07
- 919: 2   Q:  Before the VIGOR results came out,
- 919: 3   had you used Vioxx personally?
- 919: 4   A:  Yes.

**48**  **919:7 -919:18**  Scolnick, Edward 2005-06-01    00:00:26
- 919: 7   Q:  For what condition?
- 919: 8   A:  I have a chronic sciatic nerve
- 919: 9   problem due to a disc and a back fusion that was
- 919: 10   done in the late '70s.
- 919: 11   Q:  How often did you take Vioxx before
- 919: 12   the VIGOR results came out?
- 919: 13   A:  On the average, once or twice a week.
- 919: 14   Sometimes several days in a row when I traveled, but
- 919: 15   on the average, once or twice a week.
- 919: 16   Q:  After the VIGOR results came out and
- 919: 17   showed a difference between Vioxx and naproxen, did
- 919: 18   you stop taking Vioxx?

**49**  **919:20 -919:21**  Scolnick, Edward 2005-06-01    00:00:03
- 919: 20   THE WITNESS:  No. I used it in the
- 919: 21   same way.

**50**  **920:10 -920:24**  Scolnick, Edward 2005-06-01    00:00:56
- 920: 10   Q:  Did you ever share your thoughts
- 920: 11   after you had seen all the data relating to naproxen
- 920: 12   and Vioxx and placebo, did you ever share your
- 920: 13   feeling that you believed there was no safety
- 920: 14   problem with Vioxx?
- 920: 15   A:  Yes. I told people that all the
- 920: 16   evidence we had was completely consistent with the
- 920: 17   fact that naproxen was cardioprotective, that one
- 920: 18   could not exclude any effect of Vioxx, because that
- 920: 19   was trying to prove a negative, and that was very
- 920: 20   difficult to do in science, and those were the kinds
- 920: 21   of statements I would make to people.
- 920: 22   Q:  Dr. Scolnick, I want to show you a
- 920: 23   document we'll mark as Exhibit 105. It has the
- 920: 24   numbers MRK-ACT0009918.

**51**  **921:6 -922:4**  Scolnick, Edward 2005-06-01    00:01:15
- 921: 6   Q:  Can you identify for us the e-mail
- 921: 7   that appears in the middle of the page on Exhibit
- 921: 8   105?

921: 9   A:  Yes. It is an e-mail from myself to
921: 10   Alan Nies, Alise Reicin and Harry Guess. The
921: 11   subject is: 'A word of Praise.'
921: 12   Q:  What is the date of this e-mail?
921: 13   A:  February 4, 2001.
921: 14   Q:  What was the context for sending this
921: 15   e-mail to that group on February 4 of 2001?
921: 16   A:  I believe they were getting close to
921: 17   the FDA Advisory Committee on the VIGOR results, and
921: 18   I wanted to tell them that they had done a terrific
921: 19   job, and I was no longer worried about the safety of
921: 20   the drug and all the issues that we've covered and,
921: 21   again, thank them for the enormous amount of work
921: 22   they had done so well. They were extremely
921: 23   thorough.
921: 24   Q:  Your e-mail says towards the middle
921: 25   'We all worried to death about the CV events last
922: 1   Spring.' Then it says: 'But I was sick at the
922: 2   thought we might be doing harm to patients.' Do you
922: 3   see that?
922: 4   A:  Yes, I do.

52   **922:8 -923:9**   Scolnick, Edward 2005-06-01        00:01:24
922: 8   Q:  What is that referring to?
922: 9   A:  It is referring to my major concern
922: 10   which was, as I told you earlier, I always regarded
922: 11   myself as a physician first and as president of MRL
922: 12   second. And the thought that I had initially that
922: 13   Vioxx might be harming patients was really quite
922: 14   upsetting to me, and we worried about it, we looked
922: 15   for whether it was the case or not, and as I've
922: 16   stated here, I told them that, I knew that they all
922: 17   thought the same way, and told them that I was no
922: 18   longer worried, that we had done so much analysis
922: 19   and had so much other data that I had been reassured
922: 20   that the drug was safe.
922: 21   Q:  Your e-mail goes on to say: 'I KNOW
922: 22   each of you well enough to know you felt the same
922: 23   way. With all the data now available I am no longer
922: 24   worried.' Do you see that?
922: 25   A:  Yes, I do.
923: 1   Q:  Did that reflect your state of mind
923: 2   about the safety of Vioxx as of February 4, 2001?
923: 3   A:  Yes. That's what I said in the
923: 4   e-mail.
923: 5   Q:  Did Merck continue to study and

**Scolnick_Defense_Affirmatives**

|        |                    |                                              |
|--------|--------------------|----------------------------------------------|
|        | 923: 6             | analyze data relating to Vioxx?              |
|        | 923: 7             | A:  Yes. Again, other ongoing trials         |
|        | 923: 8             | were done. They were all analyzed in the same way |
|        | 923: 9             | with the same standard operating procedure.  |

| 53 | **951:13 -951:22** | Scolnick, Edward 2005-06-01      00:00:30 |
|----|--------------------|-------------------------------------------|
|    | 951: 13            | Q:  Dr. Scolnick, can you please identify |
|    | 951: 14            | Exhibit 111?                              |
| Link > 244.1.1 | 951: 15 | A:  Yes. It is an e-mail from myself to   |
|    | 951: 16            | Dr. Alise Reicin. It is November 7, 2001. The |
|    | 951: 17            | subject is 'Comfort.'                     |
|    | 951: 18            | Q:  Dr. Scolnick, in looking at this      |
|    | 951: 19            | e-mail, does this refresh your memory as to whether |
|    | 951: 20            | you told any of your colleagues at Merck near the |
|    | 951: 21            | end of 2001 that you were comfortable with the data |
|    | 951: 22            | and felt you didn't have any problems with Vioxx? |

| 54 | **951:24 -952:12** | Scolnick, Edward 2005-06-01      00:00:33 |
|----|--------------------|-------------------------------------------|
|    | 951: 24            | THE WITNESS:  I don't recall this         |
|    | 951: 25            | memo, but it's clear I wrote it.          |
|    | 952: 1             | BY MR. RABER:                             |
|    | 952: 2             | Q:  Can you read to us what it says,      |
|    | 952: 3             | please?                                   |
|    | 952: 4             | A:  'Alise Thanks for the update today.   |
|    | 952: 5             | The rates in the Alzheimer's study and the large |
|    | 952: 6             | numbers of patients included make me very |
|    | 952: 7             | comfortable with the data and that we do not have |
|    | 952: 8             | any problems. Many thanks again/ Ed.'     |
|    | 952: 9             | Q:  Does this e-mail that you wrote on    |
|    | 952: 10            | November 7, 2001 accurately reflect your state of |
|    | 952: 11            | mind about the safety of Vioxx at that time? |
| Link > Hide | 952: 12   | A:  Yes, it does.                         |

|  | Play Time for this Script:  **00:51:13** |
|--|------------------------------------------|

|  | Total time for all Scripts in this report:  **00:51:13** |
|--|----------------------------------------------------------|