FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 10   AM 11: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DENISE WHITTAKER, et al,          :

        Plaintiffs,          :

                   :

v.          :          CIVIL ACTION NO.

                   :          2:05-CV-01257-EEF-DEK

                   :

MERCK & CO., INCORPORATED,          :

                   :          February 2, 2006

        Defendants.          :

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zoraida

Lopez and Defendant Merck & Co., Inc., parties to the above-captioned action, through their

undersigned counsel, hereby stipulate and agree that Plaintiff Zoraida Lopez is hereby

voluntarily dismissed without prejudice, with each party bearing its own costs and counsel fees.

Plaintiff Lopez and Defendant Merck & Co., Inc. further stipulate and agree that should

Plaintiff choose to re-file her Vioxx injury claim against Defendant Merck & Co., Inc. at a future

date, said claim will be filed in federal court.

Respectfully submitted,

DEFENDANT MERCK & CO., INC.

By: _____
Alan G. Schwartz (CT 05891)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832
Tel.: (203) 498-4400
Fax: (203) 782-2889
aschwartz@wiggin.com
*Attorney for Defendant Merck & Co. Inc.*

____ Fee_____
__X_ Process_____
__X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____

PLAINTIFF ZORAIDA LOPEZ

By: _____
Michael Stratton (CT 08166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com
*Attorney for Plaintiff Zoraida Lopez*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation of Voluntary Dismissal** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 10 th day of ~~January~~, February 2006.