```
                FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2006 FEB 10  AM 11: 43

            LORETTA G. WHYTE
                  CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIANNE CHAMBERS, et al, : | |
|  : | |
| Plaintiffs, : | |
|  : | |
| v. : | CIVIL ACTION NO. |
|  : | 2:05-CV-01997-EEF-DEK |
|  : | |
| MERCK & CO., INCORPORATED, : | |
|  : | February 2, 2006 |
| Defendants. : | |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Rosa Garay and Defendant Merck & Co., Inc., parties to the above-captioned action, through their undersigned counsel, hereby stipulate and agree that Plaintiff Rosa Garay is hereby voluntarily dismissed without prejudice, with each party bearing its own costs and counsel fees.

Plaintiff Garay and Defendant Merck & Co., Inc. further stipulate and agree that should Plaintiff choose to re-file her Vioxx injury claim against Defendant Merck & Co., Inc. at a future date, said claim will be filed in federal court.

Respectfully submitted,

DEFENDANT MERCK & CO., INC.

By: _____
Alan G. Schwartz (CT 05891)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: (203) 498-4400
Fax: (203) 782-2889
aschwartz@wiggin.com
*Attorney for Defendant Merck & Co. Inc.*

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No___
```

PLAINTIFF ROSA GARAY

By: _____
Michael Stratton (CT 01166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com
*Attorney for Plaintiff Rosa Garay*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation of Voluntary Dismissal** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 10th day of ~~January~~ February, 2006.

*/s/ Dorothy H. Wimberly*