A CERTIFIED TRUE COPY

FEB 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 14 PM 3: 21

LORETTA G. WHYTE
DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2006

FILED
CLERK'S OFFICE

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-38)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,855 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-38 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN  2  05-2555 | Cynthia L. Bright v. Merck & Co., Inc., et al. | 06-659 |
| ALN  2  05-2556 | Windford J. Wheeles v. Merck & Co., Inc., et al. | 06-660 |
| **ARKANSAS EASTERN** | | |
| ARE  4  05-1906 | Gary Whitt, et al. v. Merck & Co., Inc. | 06-661 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  05-2567 | Tommie Calhoun v. Merck & Co., Inc., et al. | 06-662 |
| CAE  2  05-2568 | John Palmer, etc. v. Merck & Co., Inc., et al. | 06-663 |
| CAE  2  05-2584 | Esther Ned v. Merck & Co., Inc., et al. | 06-664 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN  3  05-5158~~ | ~~Trey Ditlevsen v. Merck & Co., Inc., et al.~~ Opposed 2/9/06 | |
| CAN  3  05-5233 | Shirley H. Simmons v. Merck & Co., Inc., et al. | 06-665 |
| **CONNECTICUT** | | |
| CT  3  05-1881 | Colleen Cooper, et al. v. Merck & Co., Inc. | 06-666 |
| **FLORIDA MIDDLE** | | |
| FLM  2  05-594 | Richard C. Otis v. Merck & Co., Inc. | 06-667 |
| FLM  8  05-2275 | Gerald Shelmandine v. Merck & Co., Inc. | 06-668 |
| FLM  8  05-2310 | Roslyn Vasquez, et al. v. Merck & Co., Inc. | 06-669 |
| FLM  8  05-2311 | Barbara Germana, et al. v. Merck & Co., Inc. | 06-670 |
| FLM  8  05-2323 | George Vissichelli, et al. v. Merck & Co., Inc. | 06-671 |
| FLM  8  05-2330 | John Brennan v. Merck & Co., Inc. | 06-672 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-61746 | Darlene Rose, et al. v. Merck & Col., Inc. | 06-673 |
| FLS  0  05-61754 | Shari Cayle v. Merck & Co., Inc. | 06-674 |
| **GEORGIA MIDDLE** | | |
| GAM  5  05-458 | Charles E. Lindsey, et al. v. Merck & Co., Inc. | 06-675 |
| **GEORGIA NORTHERN** | | |
| GAN  1  05-3143 | Eula Bolton, et al. v. Merck & Co., Inc. | 06-676 |
| **IOWA NORTHERN** | | |
| IAN  3  05-3078 | Cindy Anderson, et al. v. Merck & Co., Inc. | 06-677 |
| IAN  5  05-4149 | Geri Martin v. Merck & Co., Inc. | 06-678 |
| **IDAHO** | | |
| ID  1  05-499 | Janene Watson, etc. v. Merck & Co., Inc. | 06-679 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-7010 | Anthony J. Pontrelli v. Merck & Co., Inc. | 06-680 |

SCHEDULE CTO-38 TAG-ALONG ACTIONS  (MDL-1657)                                   PAGE 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ILLINOIS SOUTHERN** | | |
| ~~ILS  3  05-823~~ | ~~Peggie Craig, et al. v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~ILS  3  05-884~~ | ~~Irene Anzona v. Merck & Co., Inc., et al.~~ Opposed 2/7/06 | |
| **KANSAS** | | |
| KS  2  05-2538 | Helen L. Stirens, et al. v. Merck & Co., Inc. | 06-681 |
| KS  5  05-4147 | Robert Hulteen v. Merck & Co., Inc. | 06-682 |
| **LOUISIANA WESTERN** | | |
| LAW  5  05-1729 | Kathleen Keenan v. Merck & Co., Inc. | 06-683 |
| **MINNESOTA** | | |
| MN  0  05-2878 | Malcolm Haggart v. Merck & Co., Inc. | 06-684 |
| MN  0  05-2894 | Elinor M. Lemon, etc. v. Merck & Co., Inc. | 06-685 |
| MN  0  05-2941 | Orville Bratland v. Merck & Co., Inc. | 06-686 |
| MN  0  05-2942 | Arvid Houglum, M.D., etc. v. Merck & Co., Inc. | 06-687 |
| **MISSOURI EASTERN** | | |
| MOE  4  05-2310 | Eddie Broomfield v. Merck & Co., Inc., et al. | 06-688 |
| **MISSOURI WESTERN** | | |
| MOW  4  05-1252 | Charles M. Reskin, et al. v. Merck & Co., Inc., et al. | 06-689 |
| MOW  4  05-1263 | Lora Bradford, et al. v. Merck & Co., Inc. | 06-690 |
| MOW  4  05-1264 | Donald Bain, et al. v. Merck & Co., Inc. | 06-691 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  2  05-2180 | Harrol Eugene Davis v. Merck & Co., Inc. | 06-692 |
| MSS  2  05-2181 | Woodrow Spinks, et al. v. Merck & Co., Inc. | 06-693 |
| **NORTH CAROLINA EASTERN** | | |
| NCE  5  05-819 | John Bereskie, et al. v. Merck & Co., Inc. | 06-694 |
| **NEBRASKA** | | |
| NE  8  05-560 | Roy E. Wilkerson v. Merck & Co., Inc. | 06-695 |
| **NEW YORK WESTERN** | | |
| ~~NYW  6  05-6710~~ | ~~Ruth Sugarman v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~NYW  6  05-6711~~ | ~~Mary S. Sicari, etc. v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~NYW  6  05-6712~~ | ~~Evelyn Depascale v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~NYW  6  05-6713~~ | ~~Michele Frain, et al. v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~NYW  6  05-6714~~ | ~~Joseph Kauschinger, et al. v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~NYW  6  05-6715~~ | ~~Gary R. Laux, etc. v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~NYW  6  05-6716~~ | ~~Kathryn Lee, etc. v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| ~~NYW  6  05-6717~~ | ~~Maynard Neal, etc. v. Merck & Co., Inc., et al.~~ Opposed 2/10/06 | |
| NYW  6  05-6730 | Albert Bruno v. Merck & Co., Inc. | 06-696 |
| **OHIO NORTHERN** | | |
| OHN  3  05-7475 | Michael D. Lynn v. Merck & Co., Inc. | 06-697 |
| OHN  5  05-2810 | Edward H. Boylan, et al. v. Merck & Co., Inc. | 06-698 |
| OHN  5  05-2853 | James M. Lewis, M.D., et al. v. Merck & Co., Inc. | 06-699 |
| **OHIO SOUTHERN** | | |
| OHS  1  05-728 | Roger Radcliff, et al. v. Merck & Co., Inc. | 06-700 |

SCHEDULE CTO-38 TAG-ALONG ACTIONS (MDL-1657)    PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OREGON** | | |
| OR   3   05-1915 | Thomas L. Pettyjohn, et al. v. Merck & Co., Inc. | 06-701 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2   05-6230 | Francis S. Binder, et al. v. Merck & Co., Inc., et al. | 06-702 |
| PAE  2   05-6316 | Bobbie Saylors, et al. v. Merck & Co., Inc., et al. | 06-703 |
| PAE  2   05-6380 | Cynthia Puhl v. Merck & Co., Inc. | 06-704 |
| PAE  2   05-6618 | Terry Burnett, et al. v. Merck & Co., Inc., et al. | 06-705 |
| PAE  2   05-6671 | Eddie Mack Morgan, et al. v. Merck & Co., Inc., et al. | 06-706 |
| **SOUTH DAKOTA** | | |
| SD   4   05-4190 | Hinde Butts, etc. v. Merck & Co., Inc. | 06-707 |
| **TENNESSEE MIDDLE** | | |
| TNM  3   05-913 | Thena M. Johnson v. Merck & Co., Inc. | 06-708 |
| **TEXAS EASTERN** | | |
| TXE  1   05-844 | Clara Beth Urban, etc. v. Merck & Co., Inc. | 06-709 |
| TXE  1   05-852 | Norma L. Howard v. Merck & Co., Inc. | 06-710 |
| TXE  4   05-476 | Herbert E. Reichle, et al. v. Merck & Co., Inc. | 06-711 |
| **TEXAS NORTHERN** | | |
| TXN  2   05-321 | Eldeared Granville v. Merck & Co., Inc. | 06-712 |
| **TEXAS SOUTHERN** | | |
| TXS  4   05-3703 | Emil O'Rosky, et al. v. Merck & Co., Inc. | 06-713 |
| ~~TXS  4   05-4265~~ | ~~Robert L. Williams, etc. v. Merck & Co., Inc.~~ Opposed 2/13/06 | |
| **TEXAS WESTERN** | | |
| TXW  6   05-427 | James Allen Wright, et al. v. Merck & Co., Inc. | 06-714 |
| **WASHINGTON WESTERN** | | |
| WAW  2   05-2079 | Douglas Schmidt v. Merck & Co., Inc. | 06-715 |

# INVOLVED COUNSEL LIST (CTO-38)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery Street
Suite 1303
San Francisco, CA 94104

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Scott G. Ball
Chaiken & Chaiken
13355 Noel Road
One Galleria Tower, Suite 1320
Dallas, TX 75240

Kevin F. Berry
Cozen O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Robert J. Burford
Burford & Lewis, PLLC
411 W. Chapel Hill Street, Suite 1106
Durham, NC 27702

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd., Suite 1300
St. Louis, MO 63117

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Edward C. Casey, Jr.
Law Officed of Edward C. Casey, Jr.
300 Frank H. Ogawa Plaza, Suite 370
Oakland, CA 94111

Robert L. Chaiken
Chaiken & Chaiken
13355 Noel Road
One Galleria Tower, Suite 1320
Dallas, TX 75240

Damon J. Chargois
Chargois & Heron, LLP
2201 Timberloch Place
Suite 110
The Woodlands, TX 77380

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Robert R. Cortinez, Sr.
Cortinez Law Firm
625 South State Street
Little Rock, AR 71601

William R. Couch
Deakle-Couch Law Firm
802 Main Street
P.O. Box 2072
Hattiesburg, MS 39401

Joseph P. Danis
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Neal A. Deyoung
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
P.O. Box 1661
Bridgeport, CT 06604

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

William Greg Dobson
Dobson & Shim
830 Mulberry Street
Suite 201 Robert E. Lee Bldg.
Macon, GA 31201

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Brenda S. Fulmer
Alley, Clark, Grelwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Steven D. Hamilton
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

William Michael Hamilton
Provost Umphrey
2002 Richard Jones Road
Suite 103-C
Nashville, TN 37215

Amy N. Hanson
Keller, Rohrback, LLP
1201 3rd Avenue, Suite 3200
Seattle, WA 98101-3052

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Robert J. Healy, Jr.
Joyce & Reyes Law Firm, PA
307 South Hyde Park Avenue
Tampa, FL 33606-2233

Timothy John Helfrich
Yturri Rose, LLP
89 S.W. Third Avenue
P.O. Box S
Ontario, OR 97914

Paul Dunford Henderson
712 W. Division Aveune
Orange, TX 77630-6320

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Barry M. Hill
Hill, Toriseva & Williams
89-12th Street
Wheeling, WV 26003

C. Clark Hodgson, Jr.
Stradley, Ronon, Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103-7098

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101

Robert A. Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101

William Zachary Hughes
Baker Botts LLP
One Shell Plaza
910 Louisiana, Suite 3000
Houston, TX 77002-4995

David M. Hundley
Curcio Law Firm
161 North Clark Street
#2550
Chicago, IL 60601

Jonathan Wesley Johnson
Johnson & Benjamin
730 Peachtree Street, NE
Suite 750
Atlanta, GA 30308

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Thomas J. Knight
Hubbard & Knight
1125 Noble Street
P.O. Box 1850
Anniston, AL 36201

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

D. Andrew List
Clark, Perdue, Arnold & Scott
471 East Broad Street, Suite 1400
Columbus, OH 43215

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Michael L. Luce
Davenport, Evans, Hurwitz
& Smith, L.L.P.
P.O. Box 1030
206 West 14th Street
Sioux Falls, SD 57101-1030

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Parkway, East
Suite 375
Houston, TX 77060-2487

John P. MacNaughton
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Stephen D. Martin
Nelson, Mullins, Riley & Scarborough
GlenLake One, Suite 200
4140 Parklake Avenue
Raleigh, NC 27612

Robert A. Meynardie
Nelson, Mullins, Riley & Scarborough
P.O. Box 30519
Raleigh, NC 27622-0519

Christopher R. Miller
Humphrey, Farrington
& McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Charles R. Mindlin
Law Offices of Robert J. Fenstersheib
& Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Harold Q. Noack
733 North 7th Street
P.O. Box 875
Boise, ID 83701

Donald W. O'Brien, Jr.
Woods, Oviatt & Gilman, LLP
700 Crossroads Building
Two State Street
Rochester, NY 14614

George R. O'Connor
O'Connor Law Firm
6002 N.W. Nine HIghway
Parkville, MO 64152

Lawrence S. Paikoff
Lawrence S. Paikoff Law Offices
2300 Bell Executive Lane
Sacramento, CA 95825

James S. Peterson
500 Tracy Way
Charleston, WV 25311

Eugene B. Ralston
Ralston, Buck & Associates
2913 S.W. Maupin Lane
Topeka, KS 66614

Lawrence J. Scanlon
Scanlon & Co.
400 Key Building
159 South Main Street
Akron, OH 44308

T. Evan Schaeffer
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

David J. Schwemer
Wetherill, Schwemer, Markley
& Schwemer
109 East Franklin Street
Kenton, OH 43326

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Scott C. Sinclair
Hargrove, Guyton, et al.
P.O. Box 1026
Shreveport, LA 71163-1026

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Eileen B. Smith
Waller Lansden Dortch & Davis
Nashville City Center
511 Union Street, Suite 2100
Nashville, TN 37219

Jason M. Steffens
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401

Samuel L. Stein
Garner, Stein & Dean
Amarillo National Plaza II
305 S. Grand
P.O. Box 223
Cherokee, TX 73728

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Seth B. Thompson
Thompson & Thompson
111 Fourth Street, S.E.
P.O. Drawer 1850
Anniston, AL 36201

Walter Umphrey
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

H. Douglas Wabner
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75021

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, TX 78478-0801

Mark A. Weber
Walentine, O'Toole, McQuillan
& Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Harold L. Whitfield
Donald L. Schlapprizzi, P.C.
701 Market Street
Suite 1550
St. Louis, MO 63101

L. P. McKee Whittenburg
Whittenburg, Whittenburg, Schachter & Harris
1010 S. Harrison Street
P.O. Box 31718
Amarillo, TX 79120-1718

John E. Williams, Jr.
Williams Bailey Law Firm LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Kim A. Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
263 Third Street
5th Floor
Baton Rouge, LA 70801

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-38)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Donald C. Ashmanskas
U.S. Magistrate Judge
1127 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Mark W. Bennett
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 838
Sioux City, IA 51101

Hon. Paul N. Brown
Senior U.S. District Judge
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
U.S. Courthouse, Room A-820
801 Broadway
Nashville, TN 37203-3816

Hon. James G. Carr
Chief Judge, U.S. District Court
203 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
3-160 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James C. Dever, III
U.S. District Judge
U.S. District Court
624 Terry Sanford Federal Bldg.
310 New Bern Avenue
Raleigh, NC 27601-1418

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Mark R. Filip
U.S. District Judge
1764 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Duross Fitzpatrick
Senior U.S. District Judge
P.O. Box 1014
Macon, GA 31202-1014

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Janet C. Hall
U.S. District Judge
Brien McMahon Federal Building &
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

Hon. James H. Hancock
Senior U.S. District Judge
681 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street
Suite 5226
Shreveport, LA 71101

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

~~Hon. Sim Lake~~
~~U.S. District Judge~~
~~9535 Bob Casey U.S. Courthouse~~
~~515 Rusk Avenue~~
~~Houston, TX 77002~~

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. John T. Maughmer
U.S. Magistrate Judge
7662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Lawrence L. Piersol
Chief Judge, U.S. District Court
202 U.S. Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57104-6851

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Julie A. Robinson
U.S. District Judge
405 United States Courthouse
444 Southeast Quincy Street
Topeka, KS 66683

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Federal Building
205 East Fifth Avenue
Amarillo, TX 79101

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg
701 N. Main Street
Hattiesburg, MS 39401

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

## INVOLVED CLERKS LIST (CTO-38)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse, MSC 039
550 West Fort Street
Boise, ID 83724

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202-0128

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James D. Hodges, Jr., Clerk
301 U.S. Courthouse
320 Sixth Street
Sioux City, IA 51101

James D. Hodges, Jr., Clerk
301 Federal Building
320 Sixth Street
Sioux City, IA 51101

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ralph L. DeLoach, Clerk
490 Frank Carlson Federal Building
& U.S. Courthouse
444 S.E. Quincy Street
Topeka, KS 66683

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William G. Putnicki, Clerk
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

February 13, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-38)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 26, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Raymel Lee
   Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A