MINUTE ENTRY
FALLON, J.
FEBRUARY 10, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
     LIABILITY LITIGATION            MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.            REF NO. 05-4046

VERSUS

MERCK & CO., INC.                     SECTION: L

BEFORE JUDGE ELDON E. FALLON      Friday, February 10, 2006, 8:30am
Courtroom Deputy: Gaylyn Lambert        (Continued from 2-9-06)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
            For plaintiffs
            Phillip Beck, Esq.and Tarek Ismail, Esq. For defendant

## JURY TRIAL

Plaintiffs' Witnesses:
Dr. Eric Topol - by video deposition   Transcript filed into the record.
Dr. Richard M. Kapit - sworn - accepted as expert
Frederick Anthony Raffa - sworn. (Economist)
Dr. Carolyn Cannuscio - by video deposition. Transcript filed into the record.
Dr. Gregory Curfman - by video deposition.

Court adjourned at 5:07pm until Monday, February 13, 2006, at 8:30 am.

JS-10:     6:07