U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Filed  2-10-06

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc.* | | CASE NO. 02:05CV4046 |

---

### Notice of Filing Deposition Testimony
### of Eric Topol, M.D.

---

Plaintiff Evelyn Irvin Plunkett, as Personal Representative of the Estate of Mr. Richard Irvin, Jr., by and through her attorneys, hereby gives notice of filing the transcript of the testimony designated by the parties in the direct and the re-direct of the deposition testimony of Eric Topol, M.D. This testimony was played during the trial of this cause on February 9 and 10, 2006. Defendant will file the testimony designated by the parties in the cross examination of the deposition testimony of Eric Topol, M.D. A transcripts are attached as Exhibits "A" and "B."

Respectfully submitted,

By: _____

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
**Co-Lead Counsel**


Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502

2

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

**PLAINTIFFS' LIAISONCOUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the **10th** day of February, 2006.

```
                              topol direct
```

Topol Direct (Multi-clip)
Topol_PD_025.11-025.13        25:11-25:13

```
    25:11        Q.   Dr. Topol, good morning.
    25:12 Nice to meet you, sir.
    25:13        A.   Good morning.
```

Topol_PD_026.06-029.02        26:6-29:02

```
    26: 6              I want to review very
    26: 7 briefly the highlights of your
    26: 8 background.
    26: 9              You have a curriculum vitae.
    26:10 I'm marking it as Exhibit 1 for this
    26:11 deposition.
    26:12                  -   -   -
    26:13              (Whereupon, Deposition
    26:14       Exhibit Topol-1, Curriculum Vitae
    26:15       Eric Jeffrey Topol, M.D., TOPOLE
    26:16       0000001 - TOPOLE 0000127, was
    26:17       marked for
    26:18       identification.)
    26:19                  -   -   -
    26:20 BY MR. KLINE:
    26:21        Q.    The version that I have is
    26:22 what I understand to be an abridged
    26:23 version of 127 pages.  Suffice it to say,
    26:24 you have a very substantial curriculum
    26:Confidential - Subject to Protective Order
    26:27
    27: Page 27
    27: 1 vitae outlining your background and
    27: 2 experience; correct?
    27: 3        A.    Yes.
    27: 4        Q.    You are -- what is your
    27: 5 current position, sir?
    27: 6        A.    I'm Provost of the Cleveland
    27: 7 Clinic Lerner College of Medicine, Chief
    27: 8 Academic Officer of the Cleveland Clinic,
    27: 9 and also the chairman of the Department
    27:10 of Cardiovascular Medicine of the
    27:11 Cleveland Clinic.
    27:12        Q.    Take them one at a time.
    27:13 Identify each one of those positions, and
    27:14 tell me very briefly what they entail.
    27:15        A.    The Provost of the medical
    27:16 college is providing the oversight of
    27:17 this college of medicine, which had its
    27:18 beginning just three years ago, and it's
    27:19 part of Case Western Reserve University.
    27:20              The chief academic officer
    27:21 responsibility is responsible for all
    27:22 research and education here at this
    27:23 academic medical center, and I've been
    27:24 chairman of the department of
    28: Page 28
    28: 1 cardiovascular medicine since 1991, and
    28: 2 this is a large department, one of the
    28: 3 largest departments in cardiovascular
    28: 4 medicine in the country.
    28: 5        Q.    My understanding, sir, that
    28: 6 this -- and you are a cardiologist; is
```

Exhibit A

topol direct

```
28: 7 that correct?
28: 8        A.     That's right.
28: 9        Q.     Trained as a cardiologist;
28:10 correct?
28:11        A.     That's exactly right.
28:12        Q.     You did your undergraduate
28:13 degree at the University of Virginia,
28:14 your medical school at the University of
28:15 Rochester, a residency at the University
28:16 of California, San Francisco, a
28:17 fellowship at Johns Hopkins in
28:18 cardiology, and then you became Board
28:19 Certified in internal medicine and in
28:20 cardiology.  All correct?
28:21        A.     That's all correct.
28:22        Q.     And then you practiced
28:23 medicine and eventually worked yourself
28:24 up to become the top person in the
29: Page 29
29: 1 department of cardiovascular medicine at
29: 2 the Cleveland Clinic; correct?
```

Topol_PD_029.05-031.20       29:5-31:20

```
29: 5                THE WITNESS:  That's
29: 6        correct, yes.  As of 1991, I came
29: 7        to Cleveland Clinic.
29: 8 BY MR. KLINE:
29: 9        Q.     And when did you become
29:10 chairman of the department of
29:11 cardiovascular medicine?
29:12        A.     On my arrival.
29:13        Q.     Oh, right on your arrival?
29:14        A.     Yes.  That was why I was
29:15 recruited here.
29:16        Q.     Where were you previously?
29:17        A.     University of Michigan,
29:18 where I directed the cardiocatherization
29:19 laboratory, and I was a professor of
29:20 medicine there.
29:21        Q.     And you've spent your entire
29:22 career as a practicing cardiologist, sir?
29:23        A.     Yes.  I continue to practice
29:24 cardiology with patients.
30: Page 30
30: 1        Q.     And how many years have you
30: 2 been a cardiologist?
30: 3        A.     20 years.
30: 4        Q.     You also -- it mentioned
30: 5 that you're the Provost of the Cleveland
30: 6 Clinic, and that involves overseeing the
30: 7 entire medical college?
30: 8        A.     The medical college, which I
30: 9 founded with Case Western Reserve
30:10 University back in 2001.
30:11        Q.     In addition -- oh, and I
30:12 might add, the Cleveland Clinic, sir,
30:13 give us a sentence or two on what is the
30:14 Cleveland Clinic, especially in heart
30:15 medicine.
30:16        A.     Well, in the field of heart
30:17 medicine, it's been ranked by the U.S.
30:18 News & World Report as the number one
```

```
                                    topol direct
30:19 center for the last 11 years
30:20 consecutively.
30:21        Q.    You have been a clinical
30:22 investigator on many clinical studies; is
30:23 that correct?
30:24        A.    That's right.
31: Page 31
31: 1        Q.    Tell us about it briefly, a
31: 2 few sentences.
31: 3        A.    Well, I've chaired a number
31: 4 of clinical trials over the past 20
31: 5 years.  The most widely known are the
31: 6 so-called GUSTO trials of heart attack.
31: 7 All these trials had something to do with
31: 8 heart attack prevention or better
31: 9 treatment.
31:10             The cumulative 200,000
31:11 patients were enrolled, the largest heart
31:12 attack trials ever performed in the
31:13 United States, coordinated.  I've been
31:14 the chair of all of those trials.
31:15 They've been multinational trials,
31:16 involving 40 different countries around
31:17 the world, and these trials have had, I
31:18 think, a substantial impact on clinical
31:19 practice in the field of cardiology and
31:20 for patients.


Topol_PD_031.23-033.05      31:23-33:5


31:23 BY MR. KLINE:
31:24        Q.    You hold two patents; is
32: Page 32
32: 1 that correct, sir?
32: 2        A.    I think the patents have
32: 3 been applied for.  I'm not -- yes, yes.
32: 4        Q.    Now, in addition, you are on
32: 5 the editorial board of a number of
32: 6 peer-review journals; is that correct?
32: 7        A.    Yes.
32: 8        Q.    Would you explain them?
32: 9 Well, let me tick them off.  I think it
32:10 could be done more quickly.
32:11             Circulation, JACC, American
32:12 College -- American Journal of
32:13 Cardiology, American Journal of Medicine,
32:14 among others; is that correct?
32:15        A.    That's right.
32:16        Q.    And what does that involve,
32:17 sir, very briefly?
32:18        A.    Well, that means being a
32:19 peer reviewer for manuscripts, work,
32:20 research that's being conducted
32:21 elsewhere, and to provide reviews and
32:22 input and at times editorials, to help
32:23 advance the field insofar as biomedical
32:24 research and literature.
33: Page 33
33: 1        Q.    You have been an
33: 2 investigator, according to your vitae, on
33: 3 many NIH projects, National Institutes of
33: 4 Health.  Briefly, a few sentences, tell
33: 5 us about that.
```

                                    Page 3

topol direct

Topol_PD_033.08-034.24      33:8-34:24

```
33: 8              THE WITNESS:  Well, the main
33: 9         one is at a specialized center of
33:10         clinically-oriented research,
33:11         which is the flagship grant of the
33:12         NIH, which I was awarded a year
33:13         ago.  It's a five-year grant for
33:14         nearly $18 million to support our
33:15         work in genetics and genomics of
33:16         coronary artery disease and heart
33:17         attack, and that's been the main
33:18         research interest that I've had
33:19         over the past five years, has been
33:20         in the genetics and genomics of
33:21         heart attack.
33:22 BY MR. KLINE:
33:23              Q.    You've been a manuscript
33:24 reviewer for a number of journals, peer
34: Page 34
34: 1 review, including Nature, Science, the
34: 2 New England Journal of Medicine, JAMA,
34: 3 Lancet and many other prestigious
34: 4 journals; correct?
34: 5              MR. GOLDMAN:  Object to
34: 6         form.
34: 7              THE WITNESS:  Yes.
34: 8 BY MR. KLINE:
34: 9              Q.    I have by count, and I'm
34:10 doing all of this, I might say, just to
34:11 save time, to get through all of this,
34:12 you have by my count, 909 original
34:13 publications in the scientific
34:14 literature.  Does that sound about right?
34:15              A.    That's about right.
34:16              Q.    You have 36 collaborative
34:17 group-authored papers, meaning papers
34:18 where a group is mentioned, not you, but
34:19 you really were a major contributor.  Is
34:20 that also correct?
34:21              MR. GOLDMAN:  Object to
34:22         form.
34:23              THE WITNESS:  That's
34:24         correct.
```

Topol_PD_035.02-035.10      35:2-35:7

```
35: 2              Q.    You are -- you have 39
35: 3 articles submitted for publication at the
35: 4 time that the curriculum vitae you handed
35: 5 us was.  In other words, these are not
35: 6 even yet published, they're in the mill;
35: 7 is that correct?
```

Topol_PD_035.12-036.15      35:12-36:15

```
35:12              Q.    Again, by my count, an
35:13 author or co-author on 30 books?
35:14              MR. GOLDMAN:  Objection to
35:15         the form.
35:16              THE WITNESS:  That's
35:17         correct.
```

```
                              topol direct
35:18 BY MR. KLINE:
35:19          Q.     164 book chapters?
35:20              MR. GOLDMAN:   Same
35:21 objection.
35:22              THE WITNESS:   That's
35:23 correct.
35:24 BY MR. KLINE:
36: Page 36
36: 1          Q.     And these all deal in the
36: 2 field of cardiology, sir?
36: 3          A.     Virtually all are cardiology
36: 4 pieces of work, yes.
36: 5          Q.     And there was a recent
36: 6 article, and I'd like you to tell me if
36: 7 this is correct, it sort of pulls some
36: 8 things together, on November 11th in the
36: 9 Associated Press which says, "One medical
36:10 journal index service ranked Topol as the
36:11 eighth most cited medical researcher
36:12 among its index publications in the past
36:13 ten years with his 498 papers cited by
36:14 colleagues, 21,050 times."
36:15              Is that about correct?

Topol_PD_036.18-037.22     36:18-37:22

36:18              THE WITNESS:   That's
36:19 correct.  The ISI ranks medical
36:20 researchers, and in the last ten
36:21 years, I'm ranked number eight of
36:22 the most widely cited medical
36:23 researchers in the world.  So,
36:24 that's correct.
37: Page 37
37: 1 BY MR. KLINE:
37: 2          Q.     Let me ask it in a different
37: 3 way just to be sure.
37: 4              How does the -- what is the
37: 5 ISI, and how does it rank you as someone
37: 6 who is cited by others in the medical
37: 7 field?
37: 8          A.     That means that if you
37: 9 publish a paper and that paper is cited
37:10 by others, that's the cumulative tally of
37:11 citations of your impact in the medical
37:12 literature, in the medical community, and
37:13 so that is the most highly regarded
37:14 authority for collating that data.  And
37:15 in the ten-year cumulative tally, as you
37:16 mentioned, somewhere around 500
37:17 manuscripts were published, and that was
37:18 the eighth leading, I believe, citation
37:19 tally in the rankings.
37:20          Q.     Are you, sir, with this
37:21 background, an expert in the field of
37:22 cardiovascular medicine?

Topol_PD_038.01-039.17     38:1-39:17

38: 1              THE WITNESS:   I believe I
38: 2 am, yes.
38: 3 BY MR. KLINE:
38: 4          Q.     I see here your either
                              Page 5
```

```
                              topol direct
38: 5 notepad or a prescription pad says "The
38: 6 Cleveland Clinic Foundation, A National
38: 7 Referral Center and International Health
38: 8 Resource."
38: 9                Is that a correct
38:10 description?
38:11        A.    Yes, it's correct.
38:12        Q.    And it says, "Eric Topol,
38:13 M.D., Provost and Chief Academic Officer,
38:14 Chairman, Department of Cardiovascular
38:15 Medicine," listing your address.  Is that
38:16 a correct description of your title at
38:17 this institution?
38:18        A.    Yes.
38:19        Q.    Sir, at some point in time
38:20 you became interested in the drug Vioxx;
38:21 is that correct?
38:22        A.    Yes.
38:23        Q.    And that would have been
38:24 sometime around what year?
39: Page 39
39: 1        A.    Well, it was February 2001.
39: 2        Q.    Okay.
39: 3              Now, I want to fast forward
39: 4 before going to February 2001, which I'll
39: 5 go back.
39: 6              Between February 2001 and
39: 7 today, sitting here today, which is
39: 8 November --
39: 9              MS. VANCE:  22.
39:10 BY MR. KLINE:
39:11        Q.    -- 22nd of 2005, have you
39:12 expressed certain opinions publicly and
39:13 in the academic literature, as well as
39:14 privately in e-mails and writings,
39:15 relating to your beliefs and opinions
39:16 regarding the drug Vioxx?
39:17        A.    Yes, certainly.
```

Topol_PD_040.17-040.24      40:17-40:24

```
40:17        Q.    The opinions and conclusions
40:18 which you reached, were they formed
40:19 within the scope and context of your
40:20 practice of cardiology, as well as your
40:21 interest as a researcher and in your
40:22 responsibilities to patients and to this
40:23 institution?
40:24        A.    Yes.
```

Topol_PD_043.20-044.13      43:20-44:13

```
43:20        Q.    Okay.
43:21              I believe you answered the
43:22 last question, which was, you have formed
43:23 opinions in the scope and context of your
43:24 duties and responsibilities to your
44: Page 44
44: 1 patients, your research in this
44: 2 institution; is that correct?
44: 3              MR. GOLDMAN:   Objection,
44: 4        opinion testimony.
44: 5              THE WITNESS:  That's
                                        Page 6
```

```
                              topol direct
44: 6          correct.
44: 7 BY MR. KLINE:
44: 8          Q.    Now, you also formed
44: 9 opinions relating to the conduct of the
44:10 pharmaceutical company, Merck, and its
44:11 conduct of research and its marketing and
44:12 its making available to the public the
44:13 drug Vioxx; is that correct?
```

Topol_PD_044.16-044.17      44:16-44:17

```
44:16              THE WITNESS:  That's
44:17          correct.
```

Topol_PD_045.05-045.20      45:5-45:20

```
45: 5          Q.    Now, what I'd like to do is
45: 6 to show you a document which is from
45: 7 November 24, '04, marked as Exhibit
45: 8 Number 2.
45: 9                   -   -   -
45:10              (Whereupon, Deposition
45:11          Exhibit Topol-2, E-mails, TOPOLE
45:12          0000450, was marked for
45:13          identification.)
45:14                   -   -   -
45:15 BY MR. KLINE:
45:16          Q.    It's an e-mail from you to
45:17 David Graham.  Who is David Graham?
45:18          A.    David Graham is a safety
45:19 officer at the Food & Drug
45:20 Administration.
```

Topol_PD_046.23-047.06      46:23-47:6

```
46:23          Q.    Does this e-mail reflect
46:24 some of the opinions and conclusions that
47: Page 47
47: 1 you reached relating to Merck's conduct
47: 2 of its scientific studies and its
47: 3 marketing of the drug Vioxx over the past
47: 4 four years since you have become involved
47: 5 in the matter?
47: 6          A.    Yes.
```

Topol_PD_049.24-050.07      47:12-50:7

```
47:12          Off the record at 9:57.
47:13              MR. GOLDMAN:  Can I have a
47:14          standing objection to Exhibit 2
47:15          and any discussion about Exhibit 2
47:16          on the ground that it also is
47:17          irrelevant, and it calls for
47:18          opinion testimony?
47:19              MR. KLINE:  Yes.
47:20                   -   -   -
47:21              (Whereupon, an
47:22          off-the-record discussion was
47:23          held.)
47:24                   -   -   -
48: Page 48
48: 1              MR. KLINE:  Before we go
48: 2          back on the record, let's ask, is
                                        Page 7
```

```
                                  topol direct
48: 3        there a reason for relevancy
48: 4        objections on the record?  I mean,
48: 5        it's a discovery dep.
48: 6              MR. HAMELINE:  Can I just
48: 7        note on the record here that Dr.
48: 8        Topol is, as you've seen from his
48: 9        resume, a very busy man, he's
48:10        treating patients, he has academic
48:11        and professional obligations at
48:12        the clinic.  He's here pursuant to
48:13        the deposition notice and also
48:14        pursuant to The Court order which
48:15        regulates these depositions.
48:16              MR. KLINE:  Yes.
48:17              MR. HAMELINE:  He's here for
48:18        the seven-hour period.  I
48:19        understand your concern about
48:20        working these issues out off the
48:21        record or at least off the
48:22        videotape.  However, if this goes
48:23        on, we're going to count the seven
48:24        hours as seven hours, and we're
49: Page 49
49: 1        going to give you some leeway, we
49: 2        want to get this done in a fair
49: 3        and appropriate fashion, but we've
49: 4        been going now for about 25
49: 5        minutes, 15 of which seem to have
49: 6        been off the record.
49: 7              MR. KLINE:  I agree.
49: 8              MR. HAMELINE:  Just so I
49: 9        note my concern up front.
49:10              MR. KLINE:  They are off the
49:11        video record.  I agree fully.  I
49:12        would like to ask him questions.
49:13        I've asked Merck's counsel if they
49:14        will simply agree with me to say
49:15        the word "objection," and they can
49:16        say all the objections they want
49:17        to any court, any time in the
49:18        country.
49:19              MR. HAMELINE:  Fine.  Let's
49:20        just go ahead.
49:21              THE VIDEOTAPE TECHNICIAN:
49:22        Back on the record at 9:59.
49:23 BY MR. KLINE:
49:24        Q.   Okay.
50: Page 50
50: 1              Sir, I'm looking at the part
50: 2 where you say, "I am bothered."  Do you
50: 3 see where you say to David Graham -- is
50: 4 Graham a physician?
50: 5        A.   Yes.
50: 6        Q.   So, you're saying to Dr.
50: 7 Graham, "I am bothered."  Would you read
```

Topol_PD_050.17-051.02        50:17-51:2

```
50:17        A.   "I am also upset that the
50:18 story of their scientific misconduct for
50:19 the VIGOR paper in" the New England
50:20 Journal of Medicine, that's "NEJM, with
50:21 errors of omission (deaths), erroneous
```

50:22 data (MIs)," or heart attacks, "and
50:23 incomplete data (more than 1/2 of the
50:24 thrombotic events) has not received any
51: Page 51
51: 1 attention whatsoever."
51: 2        Q.    Okay.  Did you believe --

Topol_PD_051.08-051.24      51:8-51:24

51: 8        Q.    Did you believe what you
51: 9 wrote in that e-mail to Dr. Graham?
51:10        A.    Yes, I did believe this.
51:11              MR. GOLDMAN:  Same
51:12        objection.
51:13              THE WITNESS:  I was
51:14        privately expressing it to Dr.
51:15        Graham, but I certainly stand by
51:16        that and believe it, yes.
51:17 BY MR. KLINE:
51:18        Q.    Okay.
51:19              You believed it then, and do
51:20 you believe it now?
51:21              MR. GOLDMAN:  Same
51:22        objection.
51:23              THE WITNESS:  Yes, I
51:24        certainly do.

Topol_PD_053.23-054.14      53:23-54:14

53:23        Q.    Let me show you an article
53:24 which was in the Cleveland Clinic Journal
54: Page 54
54: 1 in December of 2004.  December of 2004,
54: 2 there's an article which was written,
54: 3 you'll have it in your hands in a moment,
54: 4 called "The sad story of Vioxx, and what
54: 5 we should learn from it."  Did you
54: 6 co-author that article?
54: 7        A.    Yes, I did.
54: 8        Q.    What is the Cleveland Clinic
54: 9 Journal of Medicine?
54:10        A.    That's the medical journal
54:11 of this institution, which is widely
54:12 circulated, has a circulation of nearly
54:13 100,000 physicians and paraprofessional
54:14 staff.

Topol_PD_054.20-054.23      54:20-54:23

54:20              Is this a road map to the
54:21 saga or the story of Vioxx, as you see it
54:22 as a researcher and prominent physician
54:23 in cardiology?

Topol_PD_055.06-055.10      55:6-55:10

55: 6        Q.    Please, sir.
55: 7        A.    I believe it's certainly
55: 8 part of trying to get the facts straight
55: 9 about this very sad story, yes.
55:10        Q.    Okay.

Topol_PD_056.03-056.15      56:3-56:15

topol direct

56: 3        Q.    Sir, I'd like to walk this
56: 4 through, if you would, please.  I want to
56: 5 look at your thing.
56: 6            You said the story starts in
56: 7 1999.  I don't want you to read the
56: 8 article, but I want you to use this as a
56: 9 basis to tell us the story.
56:10        A.    Yes.
56:11        Q.    Tell us the story as you
56:12 understand it as it happened in 1999
56:13 based on what you know, and tell us how
56:14 you knew it and what you know and how the
56:15 story began.

Topol_PD_056.22-057.15        56:22-57:15

56:22            THE WITNESS:  -- in May, the
56:23        FDA approved Vioxx for commercial
56:24        use, so, that is an important
57: Page 57
57: 1        time, timeline.  That was also at
57: 2        the time when the FDA had a formal
57: 3        review of the medicine, where the
57: 4        primary reviewer already had
57: 5        expressed in her document, Dr.
57: 6        Villalba, that there was a concern
57: 7        regarding clotting events with
57: 8        Vioxx even at the time of approval
57: 9        in May 1999.
57:10 BY MR. KLINE:
57:11        Q.    You write here that, "The
57:12 approval was based on data from trials
57:13 lasting 3 to 6 months and involving
57:14 patients at low risk for cardiovascular
57:15 illness."  Do you see that?

Topol_PD_057.18-058.12        57:18-58:12

57:18            THE WITNESS:  That's right.
57:19 BY MR. KLINE:
57:20        Q.    What is the significance of
57:21 that fact?
57:22            MR. GOLDMAN:  Object to the
57:23        form.
57:24            THE WITNESS:  Well, this is
58: Page 58
58: 1        one of the most significant parts
58: 2        of the whole clinical development
58: 3        of the Vioxx medicine, and that is
58: 4        that patients with heart disease
58: 5        were not tested in any meaningful
58: 6        way, and we know from multiple
58: 7        databases and surveys that at
58: 8        least 40 to 50 percent of the
58: 9        patients who actually took this
58:10        medicine when it was in clinical
58:11        use actually did have known heart
58:12        disease.

Topol_PD_058.20-058.21        58:20-58:21

58:20        Q.    Why, as you view it, is that

topol direct
58:21 an important fact?

Topol_PD_059.16-059.23     59:16-59:23

    59:16           THE WITNESS:  There isn't
    59:17       any question about the medicine's
    59:18       risk in this regard.
    59:19 BY MR. KLINE:
    59:20           Q.    When you say there's no
    59:21 question, sir, can you give us broadly,
    59:22 and then I'll get into details with you
    59:23 later, broadly why you say that?

Topol_PD_058.24-059.13     58:24-59:13

    58:24           THE WITNESS:  Well, it's
    59: Page 59
    59: 1       important because if the medicine
    59: 2       has a clotting risk in arteries
    59: 3       such that it could induce heart
    59: 4       attacks, strokes or death, the
    59: 5       patients who are most liable to
    59: 6       suffer as a consequence of that
    59: 7       would be patients with preexisting
    59: 8       or known atherosclerotic artery
    59: 9       disease.
    59:10 BY MR. KLINE:
    59:11           Q.    And did this medicine or
    59:12 does this medicine, in your opinion, have
    59:13 such a risk?

Topol_PD_060.02-060.11     60:2-60:11

    60: 2           THE WITNESS:  Well, the
    60: 3       medicine's risk, Vioxx's risk, has
    60: 4       been evident since trials
    60: 5       conducted in 1999 and all the way
    60: 6       through the time of withdrawal in
    60: 7       September 30, 2004.
    60: 8 BY MR. KLINE:
    60: 9           Q.    Have there been multiple
    60:10 tests and multiple studies that have, in
    60:11 your opinion, proven that fact?

Topol_PD_060.14-061.03     60:14-61:03

    60:14           THE WITNESS:  There's been
    60:15       replication of untoward
    60:16       significant excess of events of
    60:17       heart attack, death and stroke in
    60:18       multiple trials.  That's right.
    60:19 BY MR. KLINE:
    60:20           Q.    Okay.
    60:21           Do you have any doubt about
    60:22 this in your mind, sir?
    60:23           MR. GOLDMAN:  Object to the
    60:24       form, calls for opinion testimony.
    61: Page 61
    61: 1           THE WITNESS:  There isn't
    61: 2       any question in my mind about
    61: 3       that.

Topol_PD_061.05-061.13     61:5-61:13

Page 11

topol direct

61: 5        Q.    I didn't say in the
61: 6 beginning of this deposition.  You were
61: 7 subpoenaed for this deposition; is that
61: 8 correct, sir?
61: 9        A.    That's correct.
61:10        Q.    And you have not been -- you
61:11 are not serving here as an expert witness
61:12 for any party; is that correct?
61:13        A.    No, I'm not.

Topol_PD_062.03-063.07      62:3-63:7

62: 3        Q.    Now, there was a study
62: 4 called VIGOR; is that correct?
62: 5        A.    Yes.
62: 6        Q.    And you eventually became
62: 7 familiar with this study called VIGOR;
62: 8 correct?
62: 9        A.    Yes.
62:10        Q.    Did you participate in it?
62:11        A.    No, not at all.
62:12        Q.    Who did that study?
62:13        A.    This study was done by
62:14 rheumatologists, the doctors looking
62:15 after patients with rheumatoid arthritis.
62:16 It was a large trial by a network of
62:17 rheumatologists and patients, about 8,000
62:18 patients with rheumatoid arthritis.
62:19        Q.    Who funded the study?
62:20        A.    Merck.
62:21        Q.    Who conducted the study?
62:22        A.    Merck.
62:23        Q.    By the way, back to 1999 for
62:24 a moment.  Before the drug was even
63: Page 63
63: 1 studied clinically in patients, were
63: 2 there, to your knowledge, signals and
63: 3 issues relating to the drug from a
63: 4 pharmacological perspective that would
63: 5 indicate that the drug had any
63: 6 significant cardiovascular risks of any
63: 7 kind?  Yes or no?

Topol_PD_063.10-065.12      63:10-65:12

63:10            THE WITNESS:  There have
63:11        been published papers, for
63:12        example, by Dr. Garret FitzGerald,
63:13        antedating the trials, which
63:14        raised a concern regarding
63:15        suppression of prostacyclin,
63:16        which, of course, could be linked
63:17        to the risk of heart attack, but
63:18        it had not been demonstrated in a
63:19        definitive way in clinical trials
63:20        at the time of the approval in May
63:21        1999.
63:22            But what was interesting is
63:23        that in May 1999, there already
63:24        was the VIGOR trial, the very
64: Page 64
64: 1        largest -- the largest trial of
                        Page 12

```
                                    topol direct
64: 2         Vioxx that was ongoing and heading
64: 3         towards completion, but
64: 4         nonetheless, the drug had been
64: 5         approved in May 1999, knowing that
64: 6         this trial would be forthcoming in
64: 7         a matter of months.
64: 8  BY MR. KLINE:
64: 9         Q.     Let me jump ahead for a
64:10  moment.
64:11                There came a point in time
64:12  -- did there come a point in time where
64:13  you published a study in the Journal of
64:14  the American Medical Association?
64:15         A.     Yes.
64:16         Q.     Okay.
64:17                And what did that study
64:18  involve briefly?  I'm going to explore it
64:19  a lot later, but I want to put it in
64:20  context right now.
64:21         A.     Well, the JAMA paper was the
64:22  first published work to call out that
64:23  there was indeed a significant risk of
64:24  heart attack in the VIGOR trial and that
65: Page 65
65: 1  this needed a whole reset of our thinking
65: 2  of the safety of not just Vioxx, but also
65: 3  this whole class of COX-2 medicines.  We
65: 4  also had the data for Celebrex to analyze
65: 5  from their so-called CLASS trial and all
65: 6  the studies that had been recently
65: 7  completed.
65: 8                And so the main conclusion
65: 9  was that we were concerned about risk and
65:10  that patients with heart disease needed
65:11  to be appropriately studied.
65:12         Q.     In order to --
```

Topol_PD_065.16-066.02      65:16-66:2

```
65:16         Q.     In order to look at -- in
65:17  order to write that article -- and you
65:18  were a co-author; correct?
65:19         A.     Yes.
65:20         Q.     -- did you need at that
65:21  point in time in 2001, which would
65:22  obviously be true today, to learn and
65:23  understand the mechanism of action of the
65:24  drug as well as the clinical trials, as
66: Page 66
66: 1  well as the animal and in vivo studies
66: 2  that were done?
```

Topol_PD_066.05-067.15      66:5-67:15

```
66: 5                THE WITNESS:  Well, in order
66: 6  to write the article, and I was a
66: 7  senior author, so, I was the
66: 8  person held responsible for the
66: 9  article, I had to be familiar with
66:10  all those points, that is, the
66:11  experimental animal data, the
66:12  pharmacokinetics, the pharmacology
66:13  of the drug, the background of the
```
                                    Page 13

```
                                    topol direct
66:14          drug and, of course, what clinical
66:15          data were available.  It mostly,
66:16          of course, centered around the
66:17          VIGOR trial.
66:18 BY MR. KLINE:
66:19          Q.     And how did you educate
66:20 yourself on that, sir?
66:21          A.     Well, Dr. Mukherjee, who was
66:22 our fellow at the time, was pulling all
66:23 the studies together.  I was also
66:24 reviewing the literature, as well as Dr.
67: Page 67
67: 1 Nissen.  So, the three of us worked
67: 2 together to put this analysis and then
67: 3 subsequently the paper together.
67: 4          Q.     Okay.
67: 5                 Following our broad outline
67: 6 in the article that you wrote in the
67: 7 Cleveland Clinic Journal of Medicine in
67: 8 December of 2004, you indicate that
67: 9 "VIGOR's strong evidence that rofecoxib"
67:10 -- that's the name for Vioxx?
67:11          A.     Yes.
67:12          Q.     -- "increases the risk of
67:13 MIs," and it came out of that study;
67:14 correct?
67:15          A.     That's right.
```

Topol_PD_067.19-068.04     67:19-68:04

```
67:19          Q.     You also say that "The
67:20 incidence of MIs was higher in the
67:21 rofecoxib group than in the naproxen
67:22 group."  Is that correct?
67:23                 MR. GOLDMAN:  Object to the
67:24          form.
68: Page 68
68: 1                 THE WITNESS:  That's
68: 2          correct.
68: 3 BY MR. KLINE:
68: 4          Q.     All right.
```

Topol_PD_068.13-070.08     68:13-70:8

```
68:13                 VIGOR, the study, when did
68:14 you become familiar with it?
68:15          A.     Well, I only became aware of
68:16 it, not when it was published in November
68:17 of 2000, although going back, I reviewed
68:18 that publication.  But I only became
68:19 aware of it in February 2001 at the time
68:20 of the FDA special Advisory Committee to
68:21 review the data from the VIGOR trial with
68:22 respect to concerns on cardiovascular
68:23 risk.
68:24          Q.     What did the VIGOR trial
69: Page 69
69: 1 say?  What did Merck say that the VIGOR
69: 2 trial showed relating to cardiovascular
69: 3 risks?
69: 4                 MR. GOLDMAN:  Object to the
69: 5          form.
69: 6                 THE WITNESS:  Right.  Well,
                                      Page 14
```

```
                                        topol direct
69: 7              I remember it very well, because
69: 8       the day that that panel had
69: 9       reviewed all the data, and one of
69:10       the panelists was my colleague,
69:11       Dr. Steven Nissen, I read -- I was
69:12       actually at the medical college of
69:13       Georgia, I was a visiting
69:14       professor, I was reading the USA
69:15       Today that morning, and it said
69:16       that this was due to naproxen,
69:17       that the VIGOR problems of heart
69:18       attack was an issue of naproxen
69:19       being beneficial rather than Vioxx
69:20       being detrimental.
69:21              So, I was a little puzzled
69:22       by that, but I didn't think too
69:23       much of it until I got back to
69:24       Cleveland, and the next day met
70: Page 70
70: 1       with Dr. Nissen and Dr. Mukherjee
70: 2       about the FDA proceedings.  And
70: 3       Dr. Nissen explained he didn't
70: 4       think it was just so simple as the
70: 5       naproxen hypothesis, as we later
70: 6       termed it, and we started to drill
70: 7       down on the data and concluded
70: 8       that it was quite concerning.
```

Topol_PD_070.12-072.08      70:12-72:8

```
70:12       Q.    Okay.
70:13              What did you find was
70:14 concerning about the VIGOR data?
70:15       A.    Yes.  Well, there were
70:16 several things that were particularly
70:17 bothersome.  Number one, that if naproxen
70:18 was protective, it had not ever been
70:19 proven, that is, it didn't -- we didn't
70:20 know for sure it had an aspirin-like
70:21 effect.  And so even if we could give --
70:22 assign naproxen the same magnitude of
70:23 protection as aspirin, that would be at
70:24 maximum a 25 percent reduction in heart
71: Page 71
71: 1 attacks, which has been very carefully
71: 2 studied for aspirin.
71: 3              So, if naproxen was as good
71: 4 as aspirin, that could be 25 percent
71: 5 reduction.  But on the other hand, in
71: 6 VIGOR, we saw a 500 percent, that is, a
71: 7 20-fold increase in heart attacks.  So,
71: 8 the order of magnitude was greatly in
71: 9 excess of anything that aspirin could do.
71:10              Furthermore, the second
71:11 point, in that if you have a randomized
71:12 trial and you have an experimental arm,
71:13 which is a new drug which hasn't been
71:14 studied extensively, still a lot of
71:15 things that need to be discovered about
71:16 it, and you have an anchor drug,
71:17 naproxen, that had been available for 20
71:18 years, and if you then do a comparison
71:19 and you say, there's more than five-fold
```

```
                                        topol direct
71:20 heart attacks and two-fold excess of
71:21 cardiovascular serious events, how could
71:22 you possibly conclude that it was the
71:23 naproxen being beneficial?  The only
71:24 appropriate conclusion from that would be
72: Page 72
72: 1 that there's a problem with the
72: 2 experimental drug Vioxx.
72: 3            And beyond those concerns
72: 4 was that this trial was done in patients
72: 5 with rheumatoid arthritis without heart
72: 6 disease, and so whatever was being seen
72: 7 in the VIGOR trial could be far worse in
72: 8 patients with heart disease.
```

Topol_PD_072.13-074.22      72:13-74:22

```
72:13        Q.    Now, what you've described
72:14 to us in the previous answer, is that
72:15 something that -- is that a capsule of
72:16 what you were thinking, you and your
72:17 colleagues were thinking, but you in
72:18 particular, when you saw the VIGOR trial
72:19 published in the New England Journal?
72:20            MR. GOLDMAN:  Object to the
72:21        form.
72:22            THE WITNESS:  Well, I didn't
72:23        even take notice of the VIGOR
72:24        trial when it was in the New
73: Page 73
73: 1        England Journal.  It wasn't on my
73: 2        radar screen, and it didn't really
73: 3        catch, I believe, the cardiology
73: 4        community, because the heart
73: 5        attack part of that publication
73: 6        was not -- it was not featured, it
73: 7        was the protection from the
73: 8        gastrointestinal side effects that
73: 9        was the main conclusion, but only
73:10        looked back at that paper after
73:11        the FDA review of the VIGOR data
73:12        and also of the celecoxib data.
73:13        There were two days of FDA
73:14        reviews.  One day was devoted to
73:15        Celebrex, and one day was
73:16        dedicated to Vioxx.
73:17 BY MR. KLINE:
73:18        Q.    To put it in context, the
73:19 VIGOR trial was published sometime in the
73:20 year 2000; correct?
73:21            MR. GOLDMAN:  Objection,
73:22        opinion testimony.
73:23            THE WITNESS:  VIGOR was
73:24        published November, I believe,
74: Page 74
74: 1        November 22nd, 2000.
74: 2 BY MR. KLINE:
74: 3        Q.    And then the FDA hearings
74: 4 were early next year in February of '01?
74: 5            MR. GOLDMAN:  Objection,
74: 6        opinion testimony.
74: 7            THE WITNESS:  February 8,
74: 8        2001.
```

```
                              topol direct
74: 9 BY MR. KLINE:
74:10          Q.    And it was after the
74:11 hearings in '01 where this, would it be
74:12 fair to say -- I hope there's not an
74:13 objection -- got on your radar screen?
74:14          A.    Yes.  It was only after the
74:15 FDA hearing and Dr. Nissen coming back
74:16 and Dr. Mukherjee going through the data,
74:17 getting it all collated and three of us
74:18 meeting, did this become something of an
74:19 area of interest.  It certainly was
74:20 nothing in medicine that I had any
74:21 interest in.  It wasn't in my field of
74:22 research up until that point in time.
```

Topol_PD_075.03-076.24      75:3-76:24

```
75: 3          Q.    Was it something that
75: 4 concerned you?
75: 5                MR. GOLDMAN:  Objection to
75: 6          form.
75: 7                THE WITNESS:  As soon as we
75: 8          looked at -- well, as soon as I
75: 9          read about the FDA panel, as I
75:10          said, that morning, in the
75:11          newspaper, I was concerned.  But
75:12          that concern was magnified after
75:13          starting to review the data with
75:14          my colleagues at the Cleveland
75:15          Clinic.
75:16 BY MR. KLINE:
75:17          Q.    Okay.
75:18                Were you alarmed?
75:19                MR. GOLDMAN:  Object to
75:20          form.
75:21                THE WITNESS:  I don't
75:22          know --
75:23                MR. GOLDMAN:  Opinion
75:24          testimony.
76: Page 76
76: 1                THE WITNESS:  -- if I would
76: 2          use the word "alarmed," but I was
76: 3          significantly concerned that there
76: 4          was a medicine that was gaining
76: 5          increased wide scale use.  There
76: 6          already was, of course, extensive
76: 7          advertisements and popularity of
76: 8          the medicine, and could something
76: 9          be wrong.  That was a concern.  I
76:10          would say it was a significant
76:11          concern.
76:12 BY MR. KLINE:
76:13          Q.    Okay.
76:14                What did you decide to do?
76:15          A.    So, we decided we would put
76:16 together a manuscript to pull all the
76:17 data that we could together, because
76:18 there had not yet been one, there had not
76:19 yet been a registration in the medical
76:20 literature to the medical community that
76:21 this was potentially a big deal.
76:22          Q.    Is that the kind of thing
76:23 that you do as an independent academic
                              Page 17
```

topol direct
76:24 physician and scientist?

Topol_PD_077.03-077.15      77:3-77:15

    77: 3              THE WITNESS:  That's an
    77: 4        obligation that we have, is to
    77: 5        process data that's out there, try
    77: 6        to make it available to our
    77: 7        colleagues in the medical
    77: 8        community, and in the interest of
    77: 9        patients and caring for patients
    77:10        in the optimal way.  This is the
    77:11        sort of thing that is critical.
    77:12 BY MR. KLINE:
    77:13        Q.    Did you undertake what you
    77:14 did with any axe to grind towards Merck
    77:15 or towards the drug Vioxx?

Topol_PD_077.18-078.07      77:18-78:7

    77:18              THE WITNESS:  I had
    77:19        absolutely no axe to grind.  I had
    77:20        an excellent relationship with
    77:21        Merck.  I had done clinical trials
    77:22        with Merck.  In fact, I had just
    77:23        completed a very large trial
    77:24        called TARGET of over 6,000
    78: Page 78
    78: 1        patients published in the New
    78: 2        England Journal of Medicine.  And
    78: 3        so I actually, for many years,
    78: 4        enjoyed a very good relationship
    78: 5        with Merck.  So, I do not believe
    78: 6        there was any axe to grind
    78: 7        whatsoever.

Topol_PD_078.21-080.09      78:20-80:10

    78:20 was a very large trial.
    78:21        Q.    So, you and your colleagues
    78:22 went about the project that you've just
    78:23 described to me, which is collecting
    78:24 essentially everything you could find
    79: Page 79
    79: 1 about the drug Vioxx that was in clinical
    79: 2 trials?
    79: 3              MR. GOLDMAN:  Object to
    79: 4        form.
    79: 5              THE WITNESS:  Yes.  All that
    79: 6        we could find, which was in the
    79: 7        FDA database, as well as whatever
    79: 8        publications were available.
    79: 9 BY MR. KLINE:
    79:10        Q.    All right.
    79:11              Tell me what you did then.
    79:12 I mean, what process did you follow,
    79:13 briefly?
    79:14        A.    Well, we culled all the data
    79:15 together, which did appear in the JAMA.
    79:16 It didn't have much in the way of changes
    79:17 from our initial submission to the actual
    79:18 publication in August.  But the one
    79:19 concern that came up along the way was

```
                                    topol direct
79:20 that the data were different in the New
79:21 England Journal of Medicine paper
79:22 published in November 2000 and the FDA
79:23 database that was available in February
79:24 2001.
80: Page 80
80: 1              So, at that point, while we
80: 2 were ready to submit and did submit the
80: 3 paper to JAMA for consideration, I sent
80: 4 the paper to Merck, my colleague, Dr.
80: 5 Laura Demopoulos, who I had worked on
80: 6 this so-called TARGET trial, to see why
80: 7 there were discrepancies in the data
80: 8 between the published paper and the FDA
80: 9 database.
80:10              Q.    Now, it appears --

Topol_PD_080.14-081.02       80:14-81:2

80:14              Q.    You actually went through
80:15 the process of getting the information
80:16 together and then drafting the paper; is
80:17 that correct?
80:18              A.    That's correct.
80:19              Q.    And did the papers represent
80:20 largely your findings and your
80:21 conclusions?
80:22              A.    Yes.
80:23              Q.    And were those findings and
80:24 conclusions critical of the VIGOR trial,
81: Page 81
81: 1 as well as raising some concerns relating
81: 2 to the drug Vioxx?

Topol_PD_081.05-082.06       81:5-82:6

81: 5              THE WITNESS:  There is no
81: 6 question they were critical of the
81: 7 concern about the safety.  But I
81: 8 think the most important statement
81: 9 that we made, which appears in the
81:10 article, was about how there's a
81:11 mandate to do the appropriate
81:12 clinical trials which had not been
81:13 done and wrote, "definitive
81:14 evidence of such an adverse effect
81:15 will require a prospective
81:16 randomized clinical trial."  "It
81:17 is mandatory to conduct a trial
81:18 specifically assessing
81:19 cardiovascular risk and benefit of
81:20 these agents.  Until then, we urge
81:21 caution in prescribing these
81:22 agents to patients at risk for
81:23 cardiovascular morbidity."
81:24 BY MR. KLINE:
82: Page 82
82: 1              Q.    Okay.
82: 2              And I'm going to mark a copy
82: 3 of your JAMA article as the next exhibit
82: 4 number.  While it's being marked, let me
82: 5 save time so we can keep the ball
82: 6 rolling.  I'll mark it.
                                    Page 19
```

topol direct

Topol_PD_082.18-085.06        82:18-85:06

```
82:18        Q.    Before it -- you've read to
82:19 me from your published article; correct?
82:20        A.    Yes.
82:21        Q.    It was published in the
82:22 Journal of the American Medical
82:23 Association; correct?
82:24        A.    Yes.
83: Page 83
83: 1        Q.    It underwent peer review?
83: 2        A.    Absolutely.
83: 3        Q.    And it was published and
83: 4 then out there for the world to see; is
83: 5 that correct?
83: 6        A.    Yes, yes.
83: 7        Q.    Now, along the way, I want
83: 8 to go through with you a couple of steps
83: 9 along the way.  I don't want to spend a
83:10 lot of time on it, but I do want to get
83:11 the process.  Before you published it,
83:12 you said to me, and I'm just recapping,
83:13 that you talked to Dr. Demopoulos?
83:14            MR. GOLDMAN:  Object to
83:15        form.
83:16            THE WITNESS:  Yes.
83:17 BY MR. KLINE:
83:18        Q.    You actually -- and I have a
83:19 copy of this.  You actually sent to her
83:20 the manuscript; correct?
83:21        A.    Yes.
83:22        Q.    In advance?
83:23        A.    Yes.
83:24        Q.    And what was the purpose of
84: Page 84
84: 1 sending her the manuscript, as you viewed
84: 2 it?
84: 3        A.    The main purpose was to
84: 4 reconcile the differences in data that
84: 5 had been published in the New England
84: 6 Journal of Medicine and what was
84: 7 appearing in the FDA database.  There
84: 8 were some significant discrepancies.
84: 9        Q.    The FDA database was made
84:10 available after the February 2001 hearing
84:11 to the public; is that correct?
84:12        A.    That's right.
84:13        Q.    Posted on the website?
84:14        A.    Posted on their website.
84:15        Q.    Available to anyone to see?
84:16        A.    Absolutely.
84:17        Q.    And Merck, did you have
84:18 access to their internal data?
84:19        A.    No, we did not.
84:20        Q.    Did you want to get it?
84:21        A.    Well, that's one of the
84:22 reasons that I tried to reach out to Dr.
84:23 Demopoulos.  Since I had worked with her,
84:24 we had a very good relationship in our
85: Page 85
85: 1 other trial that we had done, I know she
85: 2 did not do research in this area of COX-2
```

Page 20

```
                               topol direct
85: 3 inhibitors, but I thought she could be
85: 4 helpful to get these concerns about data
85: 5 inconsistencies straightened out.
85: 6        Q.    Was the data forthcoming?
```

Topol_PD_085.11-086.15       85:11-86:15

```
85:11              THE WITNESS:  We never
85:12              received any revisions from anyone
85:13              from Merck.  That was never sent
85:14              to us, any suggestions, changes of
85:15              data.  There was never anything
85:16              sent back to me or to my
85:17              colleagues.
85:18 BY MR. KLINE:
85:19        Q.    Was there any suggestions of
85:20 the changes in the -- to be made in the
85:21 manuscript?
85:22        A.    No, there were no changes.
85:23 The only thing was that there was a visit
85:24 of the Merck researchers to Cleveland
86: Page 86
86: 1 Clinic, but there was nothing sent.
86: 2        Q.    I want to talk to you about
86: 3 that.  You say they came and saw you at
86: 4 the Cleveland Clinic?
86: 5        A.    Yes.  On April 14, 2001.
86: 6        Q.    Let me hold that.  April 14,
86: 7 2001?
86: 8        A.    That's right.
86: 9        Q.    The JAMA article was
86:10 published when?
86:11        A.    August 22nd, 2001.
86:12        Q.    And did they come to see you
86:13 after you sent them the draft transcript?
86:14        A.    Yes.  It was a manuscript.
86:15 We don't call it a transcript, but yes.
```

Topol_PD_086.23-088.04       86:23-88:4

```
86:23              What I'd like to ask you is,
86:24 at some point in time did someone from
87: Page 87
87: 1 Merck ask you for an electronic copy of
87: 2 the -- of your document?
87: 3        A.    I don't recall if I sent an
87: 4 electronic copy.  It's possible, but I
87: 5 just don't recall.
87: 6        Q.    I'm going to show you an
87: 7 e-mail.  I will mark it as the next
87: 8 exhibit number.  I'm going to put it in
87: 9 the record, it's brief, to save some --
87:10 you know what, I can put it right in
87:11 front of you.  Exhibit Number 5.
87:12                  -  -  -
87:13              (Whereupon, Deposition
87:14         Exhibit Topol-5, E-mails,
87:15         MRK-ABA0009274, was marked for
87:16         identification.)
87:17                  -  -  -
87:18 BY MR. KLINE:
87:19        Q.    You'll see here it says, "It
87:20 was great to have the opportunity to meet
```

```
                              topol direct
87:21 you in person."  This was after you met
87:22 with them.  "We appreciate the time you
87:23 took," and it is a request from a woman
87:24 by the name of Alise Reicin.  Do you know
88: Page 88
88: 1 who Alise Reicin was?
88: 2          A.    She was one of the people
88: 3 who visited me.  I had not met her
88: 4 previous to this.
```

Topol_PD_088.19-089.12      88:19-89:12

```
88:19             The story is, or what
88:20 happens here is she says -- she wants you
88:21 to send an electronic copy of the paper.
88:22 It appears from documents that I have
88:23 that that was done.  Do you recall doing
88:24 it?
89: Page 89
89: 1          A.    After reading this e-mail, I
89: 2 now think, yes, I must have sent a paper
89: 3 copy to Dr. Demopoulos, which prompted
89: 4 their visit, but then subsequently I
89: 5 probably complied and sent an electronic
89: 6 version.
89: 7          Q.    I just have a few questions
89: 8 about the electronic version.  I'm going
89: 9 to mark an exhibit.  It's an internal
89:10 Merck document.  I don't think you're
89:11 familiar, would be familiar with it, but
89:12 I want to ask you just a couple of
```

Topol_PD_090.05-090.11      90:5-90:11

```
90: 5          Q.    Now, it's a copy of -- I
90: 6 would like you to identify it, the front
90: 7 page of it.  There's an e-mail that says
90: 8 it's from Alise Reicin to Laura
90: 9 Demopoulos.  It says, "Did this in the
90:10 middle of the night -- not sure it makes
90:11 sense."
```

Topol 90.21-90.24      90:21-90:24

```
90:21             And it says here, it
90:22 basically transmits back Alise Reicin's
90:23 markup, electronic markup of your
90:24 document.  Are you familiar with it?
```

Topol 91.03-91.14      91:3-91:14

```
91: 3             THE WITNESS:  I've never
91: 4       seen this.
91: 5 BY MR. KLINE:
91: 6       Q.    Okay.
91: 7             I want you to turn to Page
91: 8 8, sir.  I want to find out if this is
91: 9 something that was ever suggested to you.
91:10             If you'd look at the front
91:11 page, please, first.  Front page.
91:12       A.    Oh, yes.
91:13       Q.    Sorry.
91:14       A.    Yes.
```

                                        Page 22

topol direct

Topol 91.21-91.23      91:21-91:23

    91:21                "Selective COX-2 Inhibitors
    91:22  Are Associated With an Increased Risk of
    91:23  Cardiovascular Events."

Topol 92.10-92.12      92:10-92:12

    92:10      Q.   Do you see it?
    92:11      A.   Yes.
    92:12      Q.   Okay.

Topol 92.18-92.24      92:18-92:24

    92:18      Q.   This is your paper; correct?
    92:19      A.   Yes.  Well, I mean, this was
    92:20  the one that apparently was worked over.
    92:21      Q.   Correct.
    92:22      A.   This is not our paper.
    92:23      Q.   Were you aware of the fact
    92:24  that Merck was working over your paper?

Topol 93.03-93.23      93:3-93:23

    93: 3                THE WITNESS:  I had no idea
    93: 4          until this very moment.
    93: 5  BY MR. KLINE:
    93: 6      Q.   Look under "Results" on Page
    93: 7  8.  Do you see -- I'd like you to look at
    93: 8  the -- don't look at the underlined
    93: 9  sentence yet.  Look at the last -- the
    93:10  sentence that begins, "The results of the
    93:11  event-free survival analysis on the 66
    93:12  cases showed that the relative risk of
    93:13  developing a cardiovascular event in
    93:14  rofecoxib treatment arm was 2.37"
    93:15  percent.
    93:16                That's something you
    93:17  eventually told people in your JAMA
    93:18  paper; correct?
    93:19      A.   Yes.
    93:20      Q.   Did you know or did they
    93:21  suggest it directly to you that according
    93:22  to Dr. Reicin, "we prefer to flip the
    93:23  data and say it was reduced on naproxen"?

Topol_PD_094.02-094.05      94:2-94:5

    94: 2                THE WITNESS:  It's amazing.
    94: 3          Yes, I see it here, but it's
    94: 4          amazing.  It certainly didn't
    94: 5          appear in our manuscript.

Topol_PD_095.14-097.17      95:14-97:17

    95:14  BY MR. KLINE:
    95:15      Q.   Sir, your JAMA article, I
    95:16  think you read to me that your conclusion
    95:17  was to call for a full large-scale study;
    95:18  correct?
    95:19      A.   That's right.
    95:20      Q.   Did you want a primary
                                        Page 23

```
                              topol direct
95:21 cardiovascular endpoint study performed?
95:22          A.    Not only did it need to have
95:23 cardiovascular endpoints, but it had to
95:24 have cardiovascular patients.  Patients
96: Page 96
96: 1 had been excluded essentially from all of
96: 2 these studies, and so that was a patient
96: 3 group that we were most worried about,
96: 4 because they would have the highest
96: 5 predisposition to life-threatening
96: 6 events.
96: 7          Q.    Why was it important to
96: 8 study patients who were at high risk for
96: 9 cardiovascular events when taking the
96:10 drug Vioxx and COX-2s generally?
96:11          A.    Well, we already knew that a
96:12 large proportion of patients who have
96:13 heart disease have concomitant arthritis.
96:14 And, in fact, in my practice, the vast
96:15 majority of patients who have come to see
96:16 me with heart disease, they also have
96:17 arthritis.  But there was the Ray paper
96:18 in Lancet, the Tennessee Medicaid
96:19 database, there was the other papers that
96:20 I have referred to where 45, 50 percent
96:21 or higher percent of patients taking
96:22 Vioxx or other medicines in this class
96:23 had established known coronary heart
96:24 disease.  So, these patients were
97: Page 97
97: 1 essentially the highest risk for having a
97: 2 life-threatening event.
97: 3          MR. GOLDMAN:  Move to strike
97: 4          as nonresponsive, opinion
97: 5          testimony.
97: 6 BY MR. KLINE:
97: 7          Q.    So, did your study, what you
97: 8 were proposing, was it to study the drug
97: 9 in those people who were the logical
97:10 people who were going to take the drug?
97:11          A.    Yes.  The only way we could
97:12 get to the answer here, was it safe for
97:13 people with heart disease who have
97:14 arthritis to take the medicine, was to do
97:15 a trial in these particular patients who
97:16 had been completely neglected in the
97:17 development of Vioxx.

Topol_PD_099.15-100.21      99:15-100:21

99:15 BY MR. KLINE:
99:16          Q.    Look at Page 18.
99:17          A.    Yes.
99:18          Q.    "Until then," and this ended
99:19 up in your paper, "we urge caution in
99:20 prescribing these agents to patients at
99:21 risk for cardiovascular morbidity."  Your
99:22 words?
99:23          A.    That's the words that's here
99:24 in the paper that are published, yes.
100: Page 100
100: 1          Q.    The underlined words are Dr.
100: 2 Reicin's, according to her e-mail which
```

```
                              topol direct
100: 3 she wrote.  Did you see what she said?
100: 4           A.    Yes.
100: 5           Q.    "Conclusion needs to be
100: 6 toned down."
100: 7                 MR. GOLDMAN:   Objection,
100: 8           lacks foundation.
100: 9 BY MR. KLINE:
100:10           Q.    By the way, you met with Dr.
100:11 Reicin; correct?
100:12           A.    Yes.
100:13           Q.    She came out to see you?
100:14           A.    Yes.  With Dr. Demopoulos.
100:15           Q.    I see.
100:16                 You knew Dr. Demopoulos
100:17 before; correct?
100:18           A.    Yes.
100:19           Q.    Did you know Dr. Reicin?
100:20           A.    No, I'd never met her
100:21 before.
```

Topol_PD_102.04-105.02      102:4-105:2

```
102: 4           said that -- I remember the
102: 5           conversation.  It actually was
102: 6           supposed to be three people coming
102: 7           to visit, which was unusual, to
102: 8           discuss a manuscript, but because
102: 9           of our prior relationship with
102:10           Merck and Dr. Demopoulos and Dr.
102:11           DiBattiste, I had reluctantly
102:12           agreed to this meeting.  But Dr.
102:13           DiBattiste didn't show up, it was
102:14           supposed to be the three of them,
102:15           and the meeting started out with
102:16           that we got it wrong, that we
102:17           would be embarrassed.
102:18 BY MR. KLINE:
102:19           Q.    "We" meaning?
102:20           A.    Dr. Nissen, Dr. Mukherjee
102:21 and I.
102:22           Q.    Three physicians at the
102:23 Cleveland Clinic?
102:24           A.    Right.
103: Page 103
103: 1           Q.    Got it wrong?
103: 2           A.    Got it wrong, that we would
103: 3 be embarrassed if we published this
103: 4 paper.
103: 5           Q.    Her word?
103: 6           A.    That's the word.  The word
103: 7 is "embarrassed."  And I thought that was
103: 8 harsh.  And she came across as kind of
103: 9 arrogant, I thought.  But we talked it
103:10 through, and I explained to her that, you
103:11 know, we don't feel that way at all, and
103:12 we will stand by our data.  We only
103:13 wanted the input on inconsistencies of
103:14 data.  We did not ask to them -- for Dr.
103:15 Reicin or colleagues to opine about our
103:16 perspective.
103:17                 But the discussion ended up
103:18 okay.  You know, she came about the
103:19 naproxen hypothesis, which I dismissed as
```
                              Page 25

                                      topol direct
103:20 the explanation.  She came with the
103:21 rheumatoid arthritis -- that patients
103:22 with rheumatoid arthritis, you know, Dr.
103:23 Topol, have much higher rates of heart
103:24 attack.  And I said, well, that doesn't
104: Page 104
104: 1 explain it, because all the patients had
104: 2 rheumatoid arthritis.  So, if there's a
104: 3 gradient of heart attack, it can't just
104: 4 be from that explanation.
104: 5              She also came with the
104: 6 notion that there were lots of data that
104: 7 we didn't know about, Dr. Nissen, Dr.
104: 8 Mukherjee and I, that was in the Merck
104: 9 files that the FDA had, but we didn't
104:10 have access.  And I said, well, we can't
104:11 comment on data we don't have access to,
104:12 and I'm sorry.
104:13              So, the meeting probably
104:14 went on about an hour-and-a-half.  It
104:15 ended cordially.  And at times she said
104:16 that Merck was considering doing a trial
104:17 in heart patients, and if we had any
104:18 ideas, she welcomed us to forward a
104:19 proposal, protocol, and that seemed to
104:20 be -- I got the sense it was a gesture.
104:21 I didn't really think that Dr. Reicin was
104:22 serious about it, but nonetheless, I
104:23 thought that we probably should at least
104:24 send some type of protocol sketch if they
105: Page 105
105: 1 would like to see what our ideas were for
105: 2 pursuing this question.


Topol_PD_106.14-108.18      106:14-108:18


106:14        Q.    Let me just briefly show you
106:15 another document.  It's a Merck document,
106:16 Exhibit Number 7.
106:17              -   -   -
106:18              (Whereupon, Deposition
106:19        Exhibit Topol-7, E-mails, with
106:20        attachment, "Selective COX-2
106:21        Inhibitors are Associated with An
106:22        Increased Risk of Cardiovascular
106:23        Events," (Mukherjee, et al) draft
106:24        manuscript, MRK-ABA0009661 -
107: Page 107
107: 1        MRK-ABA0009693, was marked for
107: 2        identification.)
107: 3              -   -   -
107: 4 BY MR. KLINE:
107: 5        Q.    Very briefly.  And, again, I
107: 6 don't have the time to have you sit and
107: 7 read the whole thing, but I want you to
107: 8 look at the front page.
107: 9              Apparently the manuscript
107:10 was further worked on internally at
107:11 Merck.  Are you aware of that fact?
107:12        A.    No.
107:13              MR. GOLDMAN:  Objection to
107:14        the characterization.
107:15              THE WITNESS:  I had no
                                 Page 26

```
                              topol direct
107:16        knowledge of that.
107:17 BY MR. KLINE:
107:18        Q.    And there's an e-mail from
107:19 Dr. Demopoulos to a number of people,
107:20 including Alise Reicin.  And they took a
107:21 crack at revising it, and if you look at
107:22 the last sentence of the e-mail, "We
107:23 recognize that the revised" transcript
107:24 "does not completely neutralize the
108: Page 108
108: 1 potential negative impact of the
108: 2 publication, but...it is substantially
108: 3 removed from the original.  We" feel
108: 4 "that revising it further to more
108: 5 completely present a Merck perspective
108: 6 might alienate the authors and" thus
108: 7 "jeopardize our opportunity to contribute
108: 8 at all."
108: 9           Did you know that's what was
108:10 going on?
108:11           MR. GOLDMAN:   Objection, and
108:12        object --
108:13           THE WITNESS:   This is
108:14        remarkable.  I didn't know --
108:15           MR. GOLDMAN:   -- to the use
108:16        of the document.
108:17           THE WITNESS:   -- this was
108:18        going on at all.

Topol 109.21-110.06      109:21-110:6

109:21        Q.    Is part of the academic
109:22 process -- you've worked --
109:23           You've done studies for
109:24 large pharmaceutical companies, Merck?
110: Page 110
110: 1        A.    Yes.
110: 2        Q.    Is part of the process to
110: 3 get the scientific facts in the medical
110: 4 literature, or is the real objective, or
110: 5 is part of the objective to get the,
110: 6 quote, drug company perspective?

Topol 110.08-110.20      110:8-110:20

110: 8           THE WITNESS:   Well, you
110: 9        know, I had been trying to have an
110:10        intellectually fulfilling and
110:11        collaborative relationship with
110:12        people at Merck, and that was
110:13        something that I think we enjoyed
110:14        up until this sort of thing, which
110:15        is obviously a departure from
110:16        that, but --
110:17 BY MR. KLINE:
110:18        Q.    Is it --
110:19        A.    -- it's unfortunate.
110:20        Q.    Is it a departure --

Topol 110.24-111.04      110:24-111:4

110:24        Q.    -- from sound academic and
111: Page 111
```

Page 27

```
                              topol direct
111: 1 scientific practice to attempt to
111: 2 neutralize papers and try to inject a
111: 3 particular perspective, rather than what
111: 4 is the down the middle truth?
```

Topol 111.08-111.14      111:8-111:14

```
111: 8          THE WITNESS: Yes.  I mean,
111: 9          I think that the role of academic
111:10          medicine is to publish a highly
111:11          objective independent processing
111:12          of data and perspective, and
111:13          anything to try to warp that or
111:14          twist it is unacceptable.
```

Topol_PD_112.24-113.06      112:24-113:6

```
112:24              I want to stop at this point
113: Page 113
113: 1 and say I've now covered that pre-JAMA
113: 2 period.  Is there anything in your mind
113: 3 significant that's been missed in the
113: 4 story leading up to the publication of
113: 5 the JAMA article?  If so, I'd like to
113: 6 know.
```

Topol_PD_113.14-114.01      113:14-114:1

```
113:14              THE WITNESS:
113:15          Chronologically, if we were to
113:16          look at the VIGOR trial, there are
113:17          some concerning things that were
113:18          not incorporated in JAMA that I
113:19          only tuned in to later.  I don't
113:20          know if you would like to get into
113:21          that now from the Targum FDA
113:22          report or whether you'd like to
113:23          get into that subsequently.  But
113:24          it's about the VIGOR trial in
114: Page 114
114: 1          December and November of 1999.
```

Topol_PD_114.08-121.22      114:8-121:22

```
114: 8          THE WITNESS:  If I could get
114: 9          the Targum report.  It was in the
114:10          document submitted, but I have a
114:11          copy that I brought.
114:12 BY MR. KLINE:
114:13          Q.    You actually -- I think I've
114:14 seen in your file, you have the Targum
114:15 memo in your file produced us, and you
114:16 marked it up?
114:17          A.    Yes.  I marked it up, but I
114:18 have a clean copy here that I wanted to
114:19 refer to.  Here it is.  Because this was
114:20 while the VIGOR trial was being
114:21 conducted.  And this is an independent
114:22 FDA review of the data from VIGOR.  It
114:23 also, in this report, includes the data
114:24 from two other trials, VIGOR -- trial 090
115: Page 115
115: 1 and trial 085.
```

Page 28

```
                              topol direct
115: 2                        -  -  -
115: 3                       (Whereupon, Deposition
115: 4              Exhibit Topol-8, Memo 2-1-01,
115: 5              "Consultation NDA 21-042, S-007
115: 6              Review of cardiovascular safety
115: 7              database (Targum) (37 pages), was
115: 8              marked for identification.)
115: 9                        -  -  -
115:10 BY MR. KLINE:
115:11        Q.    I'm marking, and those who
115:12 see this will be familiar with this, the
115:13 February 1, 2001 memo of Shari L. Targum
115:14 of the Division of Cardiorenal Drug
115:15 Products at the FDA --
115:16        A.    Yes --
115:17        Q.    -- correct?
115:18        A.    Yes.
115:19              MR. GOLDMAN:  Exhibit number
115:20        8?
115:21              MR. KLINE:  Exhibit number
115:22        8.
115:23 BY MR. KLINE:
115:24        Q.    You've interacted with Dr.
116: Page 116
116: 1 Targum?
116: 2        A.    Yes.  I know Dr. Targum.
116: 3        Q.    Okay.
116: 4              Please tell us the
116: 5 significance to you.
116: 6        A.    Well, this --
116: 7        Q.    You did not have this at the
116: 8 time that you published the JAMA article
116: 9 or you did?
116:10        A.    No.  Well, Dr. Mukherjee
116:11 had, I think, reviewed this online, but I
116:12 had not.  I only had reviewed the data
116:13 that he presented to Dr. Nissen and I,
116:14 but I went back to this report and found
116:15 many things that still had not even yet
116:16 surfaced that are quite concerning.
116:17        Q.    Which are?
116:18              MR. GOLDMAN:  Objection,
116:19        move to strike the opinion
116:20        testimony.
116:21 BY MR. KLINE:
116:22        Q.    What are the concerning
116:23 parts that were known and flagged
116:24 in the Targum report dated February 1,
117: Page 117
117: 1 2001?
117: 2              MR. GOLDMAN:  Object to
117: 3        form, opinion testimony.
117: 4              THE WITNESS:  On Page 5 it
117: 5        talks about the DSMB, which is the
117: 6        data and safety monitoring board.
117: 7              MR. GOLDMAN:  I'm sorry,
117: 8        what page?
117: 9              THE WITNESS:  Page 5.
117:10 BY MR. KLINE:
117:11        Q.    Yes.
117:12        A.    And the first thing it says
117:13 is during -- this is at the bottom of the
117:14 page, the last paragraph, "During the
                              Page 29
```

                              topol direct
117:15 November 18, 1999 meeting, discussion and
117:16 focus on the 'excess deaths and
117:17 cardiovascular adverse experiences in
117:18 group A compared to group B'...In this
117:19 report, there were 40 and 17 patients
117:20 that discontinued the study because of
117:21 cardiovascular adverse events," and then
117:22 there's a blood pressure.  And it's
117:23 pretty easy to tell which is group A and
117:24 group B.
118: Page 118
118: 1             This is November 18, 1999.
118: 2 This is highly concerning, that there's
118: 3 excess deaths in a trial and the DSMB is
118: 4 noting in the course of the VIGOR trial.
118: 5        Q.    You said November 18, 1999?
118: 6             MR. GOLDMAN:  Object to the
118: 7        form opinion testimony.
118: 8             THE WITNESS:  Yes.  This
118: 9        would be a time when any concerns
118:10        about the drug, and, of course,
118:11        now already the 090 trial, which I
118:12        presume we'll get into, that
118:13        already was known in May of 1999.
118:14             So, now we have the largest
118:15        trial ever of the drug, and it's
118:16        causing, in the midst of the
118:17        trial, excess deaths and serious
118:18        cardiovascular events.  So, this
118:19        did not apparently lead to the
118:20        alert that I would have thought in
118:21        the course of a large scale trial
118:22        of 8,000 patients.
118:23             MR. GOLDMAN:  Move to strike
118:24        opinion testimony, nonresponsive.
119: Page 119
119: 1 BY MR. KLINE:
119: 2        Q.    What are you saying to us?
119: 3 Are you saying that in the period by the
119: 4 year 2001 that there were a series of
119: 5 things that were known to Merck?
119: 6             MR. GOLDMAN:  Object to the
119: 7        form, opinion testimony, lacks
119: 8        foundation.
119: 9             THE WITNESS:  Well, what's
119:10        evident here is it calls out the
119:11        53 versus 29 serious excess deaths
119:12        in cardiovascular events as early
119:13        as November of 1999.  In the wake
119:14        of another trial, they had a 760
119:15        percent excess of heart attacks.
119:16 BY MR. KLINE:
119:17        Q.    What study was the 53
119:18 deaths, for instance?
119:19        A.    That's the VIGOR trial.
119:20        Q.    The VIGOR trial?
119:21        A.    At this juncture, at this
119:22 interim analysis by the safety and
119:23 monitoring board.
119:24        Q.    That's what I wanted to
120: Page 120
120: 1 establish.
120: 2        A.    And it actually then goes on
                              Page 30

                              topol direct
120: 3 in this document by Dr. Targum, and it's
120: 4 highly concerning because it says on Page
120: 5 6, it says that, "The DSMB recommended
120: 6 development of a separate analysis plan
120: 7 for adjudicated events," this is in the
120: 8 first full paragraph.  "One concludes" --
120: 9 this is the last sentence of that
120:10 paragraph.  "One concludes from this
120:11 statement that the DSMB," the Data Safety
120:12 Monitoring Board, "received unadjudicated
120:13 adverse event data," and that there had
120:14 been -- further along, the last sentence
120:15 of this, "At the time," this is now the
120:16 next interim analysis, December of 1999,
120:17 "no cardiovascular analysis plan was in
120:18 place" for this trial, which is quite
120:19 concerning, to say the least.
120:20          MR. GOLDMAN:  Move to strike
120:21          nonresponsive opinion testimony.
120:22 BY MR. KLINE:
120:23          Q.    Is what you're saying that
120:24 the Targum memo, to put it in
121: Page 121
121: 1 perspective --
121: 2          Is what you're saying is
121: 3 that the VIGOR -- you learned from seeing
121: 4 this document that the VIGOR data had
121: 5 been analyzed, as you would expect, going
121: 6 along at various stages?
121: 7          A.    Yes.
121: 8          Q.    And that at various stages,
121: 9 were there red flags that you can see in
121:10 this data?
121:11          A.    Exactly.
121:12          MR. GOLDMAN:  Object to the
121:13          form, opinion testimony.
121:14          THE WITNESS:  Exactly.  And
121:15          the point is, is that later we're
121:16          told that the first time they ever
121:17          knew about any problem was well
121:18          into 2000, which couldn't possibly
121:19          be true.  Someone of the sponsor
121:20          had to be alerted by this DSMB
121:21          concern of excess deaths and
121:22          serious cardiovascular events.

Topol_PD_122.03-126.06       122:3-126:6

122: 3          Q.    Now, let's talk about VIGOR,
122: 4 because that was some focus of what you
122: 5 were doing when you retrospectively
122: 6 looked at VIGOR and also a number of
122: 7 other studies including 090.
122: 8          A.    Yes.
122: 9          Q.    Okay.
122:10          You looked at, I think, a
122:11 study called 085, 090, VIGOR.  Any other?
122:12          A.    Those are the principal
122:13 ones.  I think all the studies, but those
122:14 are the ones that we focused on the most.
122:15          MR. GOLDMAN:  Can you set a
122:16          time frame for this, please?
122:17          MR. KLINE:  Yes.  For the
                              Page 31

                                        topol direct
122:18          JAMA article of 2001.  That's what
122:19          I'm back to and referring to.
122:20                  THE WITNESS:  Right.
122:21          That --
122:22 BY MR. KLINE:
122:23          Q.    I think while we've jumped
122:24 around a little bit, we've done a pretty
123: Page 123
123: 1 good job of keeping things straight so
123: 2 far.
123: 3          A.    Well, we tried --
123: 4          Q.    But the beauty will be in
123: 5 the eyes of beholder of somebody who sees
123: 6 this.
123: 7          A.    Right.  I was just trying
123: 8 to, while commenting on VIGOR, trying to
123: 9 incorporate that there were problems in
123:10 the conduct during the trial, which have
123:11 not really surfaced, as far as I know.
123:12                  But regarding the JAMA
123:13 paper, the August 2001 --
123:14          Q.    You mean not surfaced to
123:15 this date?
123:16          A.    To this date.
123:17                  MR. GOLDMAN:  Objection,
123:18          most to strike, nonresponsive,
123:19          opinion testimony, lacks
123:20          foundation.
123:21                  THE WITNESS:  I'm not aware
123:22          that this concern regarding the
123:23          data and safety monitoring board
123:24          has been registered.  I've been
124: Page 124
124: 1          concerned about it, but I have not
124: 2          -- and I've discussed it with the
124: 3          FDA, but I've not gotten an
124: 4          adequate response.
124: 5                  MR. GOLDMAN:  Same
124: 6          objections.
124: 7 BY MR. KLINE:
124: 8          Q.    I see.  Okay.
124: 9                  Go ahead.
124:10          A.    Back to the JAMA paper,
124:11 though --
124:12          Q.    Yes.
124:13          A.    -- we really zoomed in on
124:14 three trials of Vioxx, study 085, study
124:15 090 and VIGOR.
124:16          Q.    Okay.
124:17                  You looked at the VIGOR
124:18 trial, and you made some determinations
124:19 there; correct?
124:20          A.    That's right.
124:21          Q.    Okay.
124:22                  What did you -- I would like
124:23 you to list out sequentially.  If you've
124:24 covered it already, list it so we have it
125: Page 125
125: 1 in a list.
125: 2                  What were your major
125: 3 findings as you looked independently back
125: 4 at the VIGOR trial?
125: 5                  MR. GOLDMAN:  Objection,
                                        Page 32

```
                                    topol direct
125:  6          lack of foundation.
125:  7               THE WITNESS:  I think the
125:  8          most important finding is
125:  9          summarized in Figure 1 of that
125:10          paper, which comes right from the
125:11          FDA Targum report.  And basically
125:12          what that figure, first time now
125:13          published to the medical
125:14          community, it shows that there's a
125:15          divergence of the heart attack and
125:16          serious event curves.  The event
125:17          curves is Figure 1, whereby
125:18          starting at four to six weeks
125:19          after the start of the medicine,
125:20          Vioxx compared to naproxen, there
125:21          is an over two-fold risk of
125:22          serious events.
125:23 BY MR. KLINE:
125:24          Q.    That Kaplan-Meier curve,
126: Page 126
126: 1 which will be marked -- we don't have to
126: 2 display it right now, but I want to mark
126: 3 it so that it's part of an exhibit to be
126: 4 displayed as part of this transcript.  We
126: 5 will put a number 9 on table -- on Figure
126: 6 1 of the Topol JAMA article.
```

Topol_PD_126.23-128.17        126:23-128:17

```
126:23          Q.    That Figure 1, which is the
126:24 Kaplan-Meier curve showing the time to
127: Page 127
127: 1 cardiovascular adverse events, the line
127: 2 separated how many days?
127: 3          A.    Between four and six weeks
127: 4 these curves diverge.
127: 5               MR. GOLDMAN:  Move to strike
127: 6          the opinion testimony.
127: 7 BY MR. KLINE:
127: 8          Q.    Is this, by the way,
127: 9 something that has been replicated in
127:10 other studies?
127:11               MR. GOLDMAN:  Objection,
127:12          move to strike.
127:13               THE WITNESS:  It's been
127:14          replicated in four randomized
127:15          trials.
127:16 BY MR. KLINE:
127:17          Q.    That it separates at an
127:18 early time?
127:19               MR. GOLDMAN:  Objection.
127:20               THE WITNESS:  That's right.
127:21 BY MR. KLINE:
127:22          Q.    Okay.
127:23               And what are those studies?
127:24          A.    Study 090, which was a
128: Page 128
128: 1 six-week trial, which had a 760 percent
128: 2 excess within the six weeks.
128: 3          Q.    Yes.
128: 4          A.    The VIGOR trial I just
128: 5 mentioned.
128: 6          Q.    Yes.
```

                                    topol direct
128: 7          A.    The ADVANTAGE trial, which
128: 8 was a 12-week trial that showed a
128: 9 significant excess in the 12-week time
128:10 frame.
128:11               And the VICTOR trial, which
128:12 has not yet been published, which is a
128:13 colon cancer trial of 2,300 patients
128:14 coordinated out of Oxford, which has been
128:15 at least commented on by the
128:16 investigators having immediate excess in
128:17 heart attack risk.

Topol_PD_128.24-133.16       128:24-133:16

128:24          Q.    What, then, sir, opinion and
129: Page 129
129: 1 conclusion have you reached -- let me
129: 2 strike it and start again.
129: 3               What conclusion have you
129: 4 reached, Dr. Topol, relating to the
129: 5 increased risk of cardiovascular events,
129: 6 heart attacks and strokes relating to
129: 7 short-term usage of the drug?
129: 8               MR. GOLDMAN:  Objection,
129: 9          opinion testimony.
129:10               THE WITNESS:  Well, there is
129:11          -- I should also add the four
129:12          randomized trials, there's the
129:13          cumulative analysis by Dr. Juni
129:14          published in the Lancet which
129:15          shows no relationship between
129:16          duration of therapy and heart
129:17          attack excess.
129:18               But interestingly, all four
129:19          of these trials, and the
129:20          cumulative Juni analysis, was on
129:21          patients without heart disease.
129:22          So, the risk of it being immediate
129:23          and early could actually be much
129:24          more exaggerated in patients with
130: Page 130
130: 1          heart disease.
130: 2 BY MR. KLINE:
130: 3          Q.    Any doubt --
130: 4               MR. GOLDMAN:  Objection,
130: 5          move to strike the nonresponsive
130: 6          testimony.
130: 7 BY MR. KLINE:
130: 8          Q.    -- about it in your mind?
130: 9          A.    There isn't any question
130:10 about this.  To see it replicated across
130:11 four trials in patients who don't even
130:12 have heart disease is quite an important
130:13 finding.
130:14               MR. GOLDMAN:  Objection to
130:15          opinion testimony in the last
130:16          question.
130:17 BY MR. KLINE:
130:18          Q.    In this particular
130:19 Kaplan-Meier curve for the VIGOR trial,
130:20 that was not published in the New England
130:21 Journal of Medicine; is that correct?
130:22          A.    No.  As I mentioned earlier,
                              Page 34

                                        topol direct
130:23 the New England Journal of Medicine paper
130:24 featured the gastrointestinal side
131: Page 131
131: 1 effects and benefit, but it did not show
131: 2 in any graphic form, and there are other
131: 3 irregularities of this paper, but it
131: 4 certainly did not highlight the heart
131: 5 attack problems.
131: 6        Q.    Okay.
131: 7              Now, I want to do findings.
131: 8 Then I want to go to what you've
131: 9 described as irregularities --
131:10              MR. GOLDMAN:  Move to strike
131:11        as nonresponsive.
131:12 BY MR. KLINE:
131:13        Q.    -- because you have a
131:14 perspective on both of those issues;
131:15 correct?
131:16        A.    Yes.
131:17        Q.    Okay.
131:18              Let's talk about the
131:19 findings.
131:20              You mentioned already that
131:21 there was an increased risk of
131:22 cardiovascular events starting at the
131:23 six-week period in this study; correct?
131:24        A.    Yes.
132: Page 132
132: 1        Q.    Replicated by other studies
132: 2 we now know later?
132: 3              MR. GOLDMAN:  Objection to
132: 4        the opinion testimony.
132: 5              THE WITNESS:  Three other
132: 6        randomized trials.
132: 7 BY MR. KLINE:
132: 8        Q.    Yes.
132: 9        A.    Yes.
132:10        Q.    And by the way, I'm going to
132:11 get to naproxen.  On this naproxen
132:12 theory, has there ever been a randomized
132:13 clinical trial demonstrating that
132:14 naproxen is cardioprotective?
132:15        A.    There is no -- there are no
132:16 data that I am aware of to show that
132:17 naproxen in any randomized trial is
132:18 cardioprotective.
132:19        Q.    Do you think that if there
132:20 were such a study, you would know about
132:21 it?
132:22        A.    I would think so.
132:23              MR. GOLDMAN:  Objection.
132:24 BY MR. KLINE:
133: Page 133
133: 1        Q.    So, what do you think of
133: 2 this naproxen hypothesis that was put
133: 3 forward by Merck to justify the results
133: 4 in VIGOR?
133: 5              MR. GOLDMAN:  Objection,
133: 6        opinion testimony.
133: 7              THE WITNESS:  It doesn't
133: 8        justify -- I mean, as I mentioned
133: 9        earlier, the problem is you have
133:10        an experimental drug which is not
                                        Page 35

```
                              topol direct
133:11          fully defined, and you compare it
133:12          to a drug that's been known for 20
133:13          years.  To all of a sudden to
133:14          ascribe some type of magical
133:15          protective effect without any
133:16          basis is not acceptable.

Topol_PD_135.11-138.10     135:10-138:10

135:10 BY MR. KLINE:
135:11          Q.   Okay.
135:12               So, your opinion formed in
135:13 the context of reviewing this Merck data
135:14 and Merck study in VIGOR, was that the
135:15 naproxen hypothesis was tenable or
135:16 untenable?
135:17               MR. GOLDMAN:  Objection,
135:18          opinion testimony.
135:19               THE WITNESS:  Well, in the
135:20          manuscript, back in 2001, we tried
135:21          to present that that's a possible
135:22          explanation.  We actually pointed
135:23          that out in a couple of points in
135:24          the paper.  But at the end, our
136: Page 136
136: 1          cautionary statement was because
136: 2          we didn't believe that this was an
136: 3          acceptable explanation.
136: 4 BY MR. KLINE:
136: 5          Q.   Tell me, Dr. Topol, as you
136: 6 wrote it in JAMA and as you believed it
136: 7 then and today, the significance of 090,
136: 8 the study 090.  What was that study?
136: 9 When was it performed?  Just tell me what
136:10 it was and what its significance was to
136:11 you.
136:12               MR. GOLDMAN:  Objection,
136:13          opinion testimony.
136:14               THE WITNESS:  To me, that
136:15          study has been overlooked.  It
136:16          has, in many ways, extraordinary
136:17          significance in the clinical
136:18          development of Vioxx.  And the
136:19          reason is is that this study had
136:20          978 patients.  And within the 978
136:21          patients, they were randomly
136:22          assigned, they had the typical
136:23          arthritis, osteoarthritis
136:24          so-called, they were randomly
137: Page 137
137: 1          assigned to Vioxx, a medicine
137: 2          called nabumetone or known as
137: 3          Relafen, which isn't used very
137: 4          much, or placebo.
137: 5               And so what they had were
137: 6          these three arms tested with only
137: 7          12-and-a-half milligrams of Vioxx.
137: 8          So, it's a very low dose of Vioxx
137: 9          relative to these other trials
137:10          that we've been discussing.
137:11 BY MR. KLINE:
137:12          Q.   090 being a 12.5 milligram,
137:13 as opposed to VIGOR, which was 50?
                              Page 36
```

topol direct

```
137:14        A.    That's right.
137:15        Q.    Okay.
137:16        A.    And what is so striking
137:17 about this trial is that it has, at the
137:18 end of six weeks of therapy, a
137:19 statistically significant 760 percent
137:20 excess of heart attacks.  Now, it's not
137:21 quite 1,000 patient trial, but certainly
137:22 that can't be minimized.  And the point
137:23 being is that if you see that trial in
137:24 replication with the problems with VIGOR,
138: Page 138
138: 1 you have a very serious problem.
138: 2              But moreover, what is the
138: 3 misleading statements that have been
138: 4 made, is that there have been no trials
138: 5 ever done with Vioxx, before APPROVe,
138: 6 comparing the drug except for naproxen,
138: 7 in which there was a risk.  In fact,
138: 8 there was study 090, which compared to
138: 9 placebo or nabumetone, which showed a
138:10 highly significant excess risk.
```

Topol_PD_138.21-145.21      138:21-145:21

```
138:21        Q.    Was there, as you view this
138:22 and as you viewed it back then in 2001, a
138:23 real public health threat out there in
138:24 the form of the drug Vioxx?
139: Page 139
139: 1              MR. GOLDMAN:  Objection,
139: 2         opinion testimony.
139: 3              THE WITNESS:  Yes.  When we
139: 4         published our article in August
139: 5         2001, there was an accompanying
139: 6         article in the Wall Street
139: 7         Journal, an A1 article, in which I
139: 8         stated just precisely that, that
139: 9         we're staring a public health -- I
139:10         don't know if I used the word
139:11         "disaster," but it was a
139:12         significant word, that this is a
139:13         major public health issue, yes.
139:14 BY MR. KLINE:
139:15        Q.    Why did you state it in
139:16 those blunt terms, sir?
139:17        A.    Because it obviously was a
139:18 public --
139:19              MR. GOLDMAN:  Objection,
139:20         opinion testimony.
139:21              THE WITNESS:  Here you have
139:22         a possible five-fold increase in
139:23         heart attacks in patients without
139:24         heart disease; you have a drug
140: Page 140
140: 1         that's being given to -- tens of
140: 2         millions of prescriptions,
140: 3         millions of people are taking it,
140: 4         and it could be much worse in
140: 5         patients with heart disease; we've
140: 6         got direct-to-consumer advertising
140: 7         unleashed with the most successful
140: 8         launch of prescription medicines
```

Page 37

                                    topol direct
140: 9         in the history of pharmaceutical
140:10         development; we have a major
140:11         significant jeopardy, yes.
140:12 BY MR. KLINE:
140:13         Q.    And at that point in time --
140:14               MR. GOLDMAN:  Move to strike
140:15         as nonresponsive.
140:16 BY MR. KLINE:
140:17         Q.    At that point in time, all
140:18 you're asking Merck to do was what?
140:19         A.    All --
140:20               MR. GOLDMAN:  At what point
140:21         in time?
140:22               MR. KLINE:  2001.
140:23               THE WITNESS:  All we
140:24         wanted --
141: Page 141
141: 1 BY MR. KLINE:
141: 2         Q.    I'll rephrase the question.
141: 3 As of -- give me the date of your article
141: 4 again.  It would be August 22, 2001.
141: 5               As of August 22, 2001, all
141: 6 you were asking Merck to do was what?
141: 7         A.    To do an appropriate trial,
141: 8 to acknowledge that there may be risks,
141: 9 and that didn't occur, but to also do an
141:10 appropriate trial in patients with heart
141:11 disease.
141:12         Q.    You made a big point in your
141:13 paper about the fact that the trials that
141:14 were done, I think you already told us,
141:15 weren't done in patients who were at risk
141:16 for cardiovascular disease.  Correct so
141:17 far?
141:18         A.    Yes.
141:19         Q.    Those would be the real
141:20 patients you'd have to really worry
141:21 about; correct?
141:22               MR. GOLDMAN:  Object to the
141:23         form.
141:24               THE WITNESS:  Exactly.  The
142: Page 142
142: 1         patients with heart disease had
142: 2         been completely excluded from
142: 3         these trials.
142: 4               MR. GOLDMAN:  Opinion
142: 5         testimony.
142: 6 BY MR. KLINE:
142: 7         Q.    You needed to study them;
142: 8 correct?
142: 9               MR. GOLDMAN:  Object to the
142:10         form.
142:11               THE WITNESS:  That's
142:12         correct.
142:13 BY MR. KLINE:
142:14         Q.    And you also say in your
142:15 paper that you needed to do an evaluation
142:16 of endpoints which were specific.  We
142:17 have two minutes left on this video
142:18 before we go to the second video.
142:19               Tell me why that was so
142:20 important, to do specific cardiovascular
142:21 endpoints.  First of all, had that study

                                    Page 38

                              topol direct
142:22 ever been done by Merck?
142:23          MR. GOLDMAN:  Objection,
142:24      opinion testimony, lacks
143: Page 143
143: 1      foundation.
143: 2 BY MR. KLINE:
143: 3          Q.    Had that study ever been
143: 4 done by Merck up until this point?
143: 5          MR. GOLDMAN:  Same
143: 6      objection.
143: 7          THE WITNESS:  As far as I
143: 8      know, there had not been a
143: 9      trial -- as I reviewed from the
143:10      Targum report, there had not been
143:11      a trial with a cardiovascular
143:12      analysis plan with an external
143:13      review, adjudication of the
143:14      events.  No, it had not been done.
143:15 BY MR. KLINE:
143:16          Q.    Had anything that is called
143:17 a prespecified cardiovascular endpoint
143:18 study, has it ever been done by Merck?
143:19          A.    It has never been done in my
143:20 mind to this day.
143:21          Q.    Did it need to be done?
143:22          MR. GOLDMAN:  Objection,
143:23      opinion testimony.
143:24          THE WITNESS:  Absolutely.
144: Page 144
144: 1      And we called for it innumerable
144: 2      times.
144: 3 BY MR. KLINE:
144: 4          Q.    And here's the question.
144: 5 Why?  And why is that different than what
144: 6 we've heard -- we hear from Merck that,
144: 7 well, we studied, and we went back and we
144: 8 looked at the end points.  Why, sir --
144: 9 you can tell us, why?
144:10          MR. GOLDMAN:  Objection to
144:11      form.
144:12          THE WITNESS:  Well, as I put
144:13      you to the letter in the New
144:14      England Journal, which responded
144:15      to that point.
144:16 BY MR. KLINE:
144:17          Q.    Or just tell us, if you can.
144:18          A.    Yeah.  The main thing is
144:19 that Merck was saying that they were
144:20 doing trials to look at cardiovascular
144:21 endpoints like APPROVe, like VICTOR and a
144:22 prostate cancer trial.  These were not
144:23 being done for a cardiovascular endpoint.
144:24 They were done in patients without heart
145: Page 145
145: 1 disease.
145: 2          These were trials being done
145: 3 to extend the indications for the drug to
145: 4 new areas, such as prevention of colon
145: 5 polyps or prevention of prostate cancer.
145: 6 They had nothing to do with assuring
145: 7 safety from a cardiovascular standpoint.
145: 8 That could only be done in trials of
145: 9 patients with heart disease.
                              Page 39

```
                              topol direct
145:10      Q.    Any doubt about that, sir?
145:11           MR. GOLDMAN:  Move to strike
145:12      as nonresponsive.
145:13           THE WITNESS:  There is no
145:14      doubt whatsoever about that
145:15      statement.
145:16           MR. GOLDMAN:  Objection,
145:17      opinion testimony.
145:18 BY MR. KLINE:
145:19      Q.    Did they do what they should
145:20 have done here?
145:21           MR. GOLDMAN:  Objection,
```

Topol_PD_145.23-146.03      145:23-146:3

```
145:23           THE WITNESS:  They did not
145:24      do what was needed to be done,
146: Page 146
146: 1      which we called for in our JAMA
146: 2      paper.
146: 3           MR. KLINE:  Okay.
```

Topol_PD_149.07-152.10      149:7-152:10

```
149: 7      Q.    Apparently at some point,
149: 8 Merck, according to the published report
149: 9 here says, that they asked Dr. DeAngelis
149:10 at JAMA -- who is he?
149:11      A.    It's a woman.
149:12      Q.    I'm sorry, I apologize.
149:13      A.    Cathy DeAngelis, and she's
149:14 the editor-in-chief of JAMA.
149:15      Q.    And that they wanted to have
149:16 a rebuttal right to your article when it
149:17 was published?
149:18           MR. GOLDMAN:  Object to the
149:19      form.
149:20           THE WITNESS:  Yeah, this was
149:21      quite extraordinary.  I had not
149:22      heard of something like this
149:23      before.  This was because we had
149:24      been, I think, decent and
150: Page 150
150: 1      collegial to let Merck know about
150: 2      the paper, now they wanted to
150: 3      publish their own paper at the
150: 4      same time and an editorial as a
150: 5      simultaneous publication in JAMA.
150: 6 BY MR. KLINE:
150: 7      Q.    Why was --
150: 8           MR. GOLDMAN:  Move to
150: 9      strike, nonresponsive.
150:10 BY MR. KLINE:
150:11      Q.    -- as you saw it, the
150:12 incremental risk of increased risk of
150:13 heart attacks and strokes so important,
150:14 and how did it relate to the numbers of
150:15 people who were taking it?
150:16           MR. GOLDMAN:  Object to the
150:17      form, opinion testimony.
150:18           THE WITNESS:  Well, if one
150:19      thinks about the risk here, if
150:20      it's -- if we use the APPROVe data
```

Page 40

```
                                          topol direct
150:21          in colon cancer patients without
150:22          heart disease, it's 16 per
150:23          thousand patients, and you can
150:24          just do the math about -- if you
151: Page 151
151: 1          have millions of people, 16 per
151: 2          thousand having a heart attack,
151: 3          that's an extraordinary risk for
151: 4          the population.
151: 5               MR. GOLDMAN:  Move to strike
151: 6          as nonresponsive.
151: 7 BY MR. KLINE:
151: 8          Q.   Okay.
151: 9               Merck took after you, sir?
151:10               MR. GOLDMAN:  Object to the
151:11          form, leading.
151:12               THE WITNESS:  The problems
151:13          that occurred after August 22nd,
151:14          2001 were quite profound in many
151:15          respects.  So, not only did they
151:16          have consultants that they
151:17          communicated to the media, like
151:18          Dr. Konstam and Dr. FitzGerald,
151:19          accusing us of having tortured the
151:20          data and manipulated the data, but
151:21          they also sent out an overnight
151:22          mail to every healthcare provider
151:23          in the country that was commented
151:24          on -- Dr. Sherwood, he was the
152: Page 152
152: 1          doctor who sent it, and it was in
152: 2          the JAMA letter correspondence
152: 3          about our article, that one of the
152: 4          doctors was complaining, having
152: 5          received this overnight with the
152: 6          five-page taking on the
152: 7          Mukherjee/JAMA paper, and so it
152: 8          certainly unleashed a very robust
152: 9          response from Merck and its
152:10          consultants.


Topol_PD_165.24-171.19        165:24-171:19

165:24          Q.    We have the warning labels,
166: Page 166
166: 1 and I ask you about them and there were
166: 2 objections and I'm not sure what came
166: 3 through or not, so, I'm going to do it
166: 4 again to be sure.
166: 5               The warnings on this drug,
166: 6 were there adequate warnings on this
166: 7 drug, sir, in the '99 and 2002 labels?
166: 8               MR. GOLDMAN:  Objection.
166: 9 BY MR. KLINE:
166:10          Q.    As to cardiovascular risks?
166:11               THE WITNESS:  In my opinion,
166:12          both the original label and then
166:13          the revision in April 2002 did not
166:14          show adequate safety concerns
166:15          about heart attacks, strokes and
166:16          death that could occur from the
166:17          medicine.  So, it wasn't present
166:18          at all in the first iteration in
                                     Page 41
```

topol direct

166:19          1999, and it certainly was not
166:20          adequately flagged in the 2002
166:21          revision.
166:22               MR. GOLDMAN:  Move to
166:23          strike, nonresponsive.
166:24 BY MR. KLINE:
167: Page 167
167: 1          Q.    You, sir, online at the
167: 2 Cleveland Clinic Heart Center, you
167: 3 apparently have online for your patients;
167: 4 correct?  There's an online service
167: 5 called Cleveland Clinic Heart Center, and
167: 6 there was something in the winter '01 was
167: 7 actually posted on the website, what I
167: 8 see, "Raising a Cautionary Flag About
167: 9 COX-2 Use in High-Risk Heart Patients."
167:10          A.    Yes.
167:11          Q.    Do you see that, sir?
167:12          A.    Yes, I do.
167:13          Q.    I've marked it as an
167:14 exhibit.  I'll get you a copy, counsel
167:15 for Merck.  We'll mark it as the next
167:16 exhibit number.
167:17                    -  -  -
167:18               (Whereupon, Deposition
167:19          Exhibit Topol-10, "Raising a
167:20          Cautionary Flag about COX-2 Use
167:21          in High-Risk Heart Patients,"
167:22          Cleveland Clinic Heart Center (2
167:23          pages), was marked for
167:24          identification.)
168: Page 168
168: 1                    -  -  -
168: 2 BY MR. KLINE:
168: 3          Q.    And I'm going to ask you to
168: 4 identify it.
168: 5          A.    Yes.  This is from the
168: 6 Cleveland Clinic Heart Center website.
168: 7          Q.    Right.
168: 8               Having said what you've just
168: 9 told us, that there weren't adequate
168:10 warnings on the drug, were you at least
168:11 going to tell your patients certain
168:12 things about the drug?
168:13               MR. GOLDMAN:  Objection.
168:14               THE WITNESS:  Yes.
168:15 BY MR. KLINE:
168:16          Q.    As you understood it?
168:17               MR. GOLDMAN:  Objection.
168:18               THE WITNESS:  Well, this
168:19          could be for patients or it could
168:20          be for physicians, anyone who
168:21          comes to the website.  It's a
168:22          public access website.  So, it was
168:23          anyone who wanted to go to the
168:24          Cleveland Clinic Heart Center
169: Page 169
169: 1          website would see our take and our
169: 2          further recommendations from the
169: 3          recent JAMA paper.
169: 4 BY MR. KLINE:
169: 5          Q.    Is the information that's
169: 6 contained here, including, "Both

Page 42

                                   topol direct
169: 7 researchers call for prudent use of COX-2
169: 8 inhibitors among coronary patients until
169: 9 the potential risk can be fully addressed
169:10 in prospective randomized multicenter
169:11 trials," was that your advice to anyone
169:12 who came to the website to read it?
169:13          MR. GOLDMAN:  Objection.
169:14          THE WITNESS:  Yes.
169:15 BY MR. KLINE:
169:16          Q.   Was that being told to
169:17 people by Merck in their label?
169:18          A.   No.
169:19          MR. GOLDMAN:  Objection.
169:20 BY MR. KLINE:
169:21          Q.   "We'd like to see a study of
169:22 patients at the highest cardiovascular
169:23 risks in which they get either a
169:24 combination of one of the coxibs and
170: Page 170
170: 1 aspirin or aspirin alone, says Dr.
170: 2 Topol."
170: 3          Is that a statement that's
170: 4 yours and fairly attributed to you?
170: 5          MR. GOLDMAN:  Objection.
170: 6          THE WITNESS:  Yes, it is.
170: 7 BY MR. KLINE:
170: 8          Q.   "We think the aspirin and
170: 9 coxib combination would provide
170:10 anti-platelet protection, and it may be
170:11 even more protective than aspirin alone.
170:12 But it could be worse, and that's what we
170:13 need to find out." That's what you were
170:14 telling people posted on the website of
170:15 the Cleveland Clinic?
170:16          MR. GOLDMAN:  Objection.
170:17          THE WITNESS:  That's
170:18          correct.
170:19 BY MR. KLINE:
170:20          Q.   Dr. Nissen, your colleague,
170:21 added, "It wouldn't be a hard trial to
170:22 do." We can get "a study of 6,000
170:23 patients, and reach enrollment goals in
170:24 as little as six months."
171: Page 171
171: 1          Did Merck do that study?
171: 2          A.   No.  That trial was not
171: 3 done.
171: 4          Q.   Should it have been done?
171: 5          MR. GOLDMAN:  Objection.
171: 6          THE WITNESS:  Any trial
171: 7          would have been helpful, but no
171: 8          trial was done.
171: 9 BY MR. KLINE:
171:10          Q.   Did you have to take it upon
171:11 yourself to warn patients yourself
171:12 without the adequate warnings that were
171:13 being given by Merck, sir?
171:14          MR. GOLDMAN:  Objection.
171:15          THE WITNESS:  The website
171:16          was one way in which we put our
171:17          concerns out there beyond what was
171:18          published in the medical
171:19          literature.
                              Page 43

topol direct

Topol_PD_175.16-176.21          175:16-176:21

```
175:16              We were talking about
175:17 naproxen and this whole thing, its
175:18 cardioprotective effect. In VIGOR, Merck
175:19 had made the point, as you well know,
175:20 that they had no long-term randomized
175:21 clinical trial to show that naproxen was
175:22 cardioprotective. We've covered that
175:23 point; correct?
175:24              MR. GOLDMAN: Objection.
176: Page 176
176: 1              THE WITNESS: Yes, yes.
176: 2 BY MR. KLINE:
176: 3     Q.    I'm just putting it in
176: 4 context.
176: 5     A.    No. There are no data to
176: 6 support in any definitive fashion or
176: 7 meaningful way that naproxen has a
176: 8 cardioprotective effect.
176: 9     Q.    And what they did in the
176:10 VIGOR paper was they went to comparing it
176:11 to a flurbiprofen article which was done
176:12 in some post-CABG patients, I believe, if
176:13 you recall. How did you view that?
176:14     A.    Well, there were several
176:15 things that were done to try to make a
176:16 case for a cardioprotective effect.
176:17              MR. GOLDMAN: Objection.
176:18 BY MR. KLINE:
176:19     Q.    Tell me what things Merck
176:20 tried to do to make a case for
176:21 cardioprotective effect of naproxen.
```

Topol_PD_176.23-178.04          176:23-178:4

```
176:23              THE WITNESS: Quoting the
176:24              platelet biology effects of
177: Page 177
177: 1              naproxen compared with other
177: 2              nonsteroidal anti-inflammatory
177: 3              drugs, other comparisons, but
177: 4              these were not randomized trials
177: 5              with clinical cardiovascular
177: 6              endpoints. So, there's no way to
177: 7              ascertain whether there's any
177: 8              cardioprotective effect with
177: 9              naproxen.
177:10 BY MR. KLINE:
177:11     Q.    And, therefore, when you
177:12 were writing here that "lack of
177:13 cardioprotective effect of naproxen,"
177:14 were you saying that there was definitely
177:15 no at all cardioprotective effect, or
177:16 were you saying that a cardioprotective
177:17 effect of naproxen could not explain the
177:18 results in VIGOR?
177:19              MR. GOLDMAN: Objection.
177:20 BY MR. KLINE:
177:21     Q.    Or something else?
177:22              MR. GOLDMAN: Objection.
177:23              THE WITNESS: No. It was
                                    Page 44
```

```
                                    topol direct
177:24          the latter.  That if there was a
178: Page 178
178: 1          cardioprotective effect, it was
178: 2          modest at best, and it could not
178: 3          explain the five-fold increase in
178: 4          heart attacks in the VIGOR trial.
```

Topol_PD_197.04-197.20      197:4-197:20

```
197: 4          Q.   And you did believe at that
197: 5 time that the drug needed a black box
197: 6 warning; correct?
197: 7               MR. GOLDMAN:  Objection.
197: 8               THE WITNESS:  Yes.  We're
197: 9 now in August of 2004 publishing
197:10 this.
197:11 BY MR. KLINE:
197:12          Q.   Yes, sir.
197:13          A.   And the extraordinary amount
197:14 of evidence, not just from VIGOR, but
197:15 from various other trials and studies,
197:16 was really quite excessive in my opinion,
197:17 and that's why the black box warning was
197:18 long overdue in August 2004.
197:19          Q.   Do you have a sense of when
197:20 it was due by?
```

Topol_PD_197.22-198.18      197:22-198:18

```
197:22               THE WITNESS:  It could have
197:23 easily been imposed as of February
197:24 2001, or if we go back to the Juni
198: Page 198
198: 1 analysis in the Lancet, also
198: 2 published in the Lancet, it could
198: 3 have been back in year 2000.  So,
198: 4 somewhere between 2000 and 2001
198: 5 there was more than adequate
198: 6 confirmation.
198: 7          Essentially all you need is
198: 8 VIGOR and study 090 together, and
198: 9 I could take you through the Juni
198:10 analysis in the Lancet, but that
198:11 basically crosses the line for
198:12 proven hazard of heart attacks.
198:13 BY MR. KLINE:
198:14          Q.   Did you observe any pattern
198:15 of conduct by Merck every time or any
198:16 time an investigator like yourself or
198:17 Juni did a critical analysis and
198:18 questioned the safety of the drug Vioxx?
```

Topol_PD_198.20-200.02      198:20-200:2

```
198:20               THE WITNESS:  Each time we
198:21 published a paper or a study was
198:22 also published by other
198:23 investigators questioning the
198:24 safety of Vioxx, there would be
199: Page 199
199: 1 immediately a PR attack on the
199: 2 report.  Merck would refute the
199: 3 findings and/or they would have
```

```
                                  topol direct
199: 4          consultants of theirs refute the
199: 5          findings.  So, there was a
199: 6          published and then anti force that
199: 7          would occur without any question.
199: 8 BY MR. KLINE:
199: 9          Q.    Juni article, when it was
199:10 published, first of all, where was it
199:11 published?
199:12          A.    The Juni article was
199:13 published in November of 2004 in the
199:14 Lancet.
199:15          Q.    And who was Juni?
199:16          A.    Juni, I don't know him, I've
199:17 never met him, but he's a very highly
199:18 regarded investigator in Europe out of
199:19 Switzerland, Peter Juni and colleagues,
199:20 and they published, I think, quite an
199:21 important cumulative meta-analysis, where
199:22 they just looked at the data as it was
199:23 coming out.  And I think that's a very
199:24 important figure to go at, to look at.   I
200: Page 200
200: 1 believe it's Figure 2 or Figure 3 in that
200: 2 paper, if we can.
```

Topol_PD_200.19-202.02      200:19-202:2

```
200:19          Q.    I wanted to find out what
200:20 you believed was significant about the
200:21 Juni article.  You pointed us to --
200:22          MR. GOLDMAN:  I'm sorry, are
200:23  we on the record?  Start over.
200:24          MR. KLINE:  Are we back on
201: Page 201
201: 1  the record?
201: 2          THE VIDEOTAPE TECHNICIAN:
201: 3  Yes.
201: 4                -  -  -
201: 5          (Whereupon, Deposition
201: 6  Exhibit Topol-15, "Risk of
201: 7  cardiovascular events and
201: 8  rofecoxib: Cumulative
201: 9  meta-analysis," (Juni, et al) The
201:10  Lancet, Vol. 364, December 4,
201:11  2004, 2021-2029, was marked for
201:12  identification.)
201:13                -  -  -
201:14 BY MR. KLINE:
201:15          Q.    I referred you to the Juni
201:16 article as part of our continuing
201:17 discussion.  You mentioned that the Juni
201:18 article contained a figure which is
201:19 worthy of discussion, given the fact that
201:20 that's what you believe is significant or
201:21 part of the significant findings.
201:22          I assume you are referring
201:23 to the figure which shows the relative
201:24 risks of myocardial infarction based upon
202: Page 202
202: 1 many studies that had been done of the
202: 2 drug, clinical trials; is that correct?
```

Topol_PD_202.04-203.24      202:4-203:24

topol direct

202: 4          THE WITNESS:  I'm referring
202: 5    to Figure 3, which is the
202: 6    so-called cumulative
202: 7    meta-analysis, and what this does
202: 8    is each study as it's done, and
202: 9    these are all studies in patients
202:10    with arthritis, each study as it's
202:11    done is put in, and then as the
202:12    next one comes in, it adds to
202:13    that, adds to that.  So, you have
202:14    basically the readout of all the
202:15    data cumulatively as it's being
202:16    accrued in the various randomized
202:17    trials of Vioxx.  And what's
202:18    interesting here is that up until
202:19    2000 in the first entry, there's
202:20    5,193 patients, which is about
202:21    what was in at the time of the May
202:22    '99 approval.
202:23          Then comes the VIGOR trial,
202:24    which jumps from 5,193 patients to
203: Page 203
203: 1    13,269 patients.  And you can see
203: 2    what happens here is that we're
203: 3    almost at a statistically
203: 4    significant two-fold excess of
203: 5    heart attacks and events.
203: 6          But what is interesting is,
203: 7    the next addition is the 978
203: 8    patients.  That's study 090.  And
203: 9    what happens with study 090 is
203:10    that now we have truly
203:11    statistically crossed the line,
203:12    and now no longer are the
203:13    confidence limits spanning or
203:14    crossing the line of identity.
203:15          So, now, if one were to ask
203:16    when should the drug have not been
203:17    either on the market or should
203:18    have been a black box warning
203:19    because of definitive risks, the
203:20    Juni meta-analysis answers that,
203:21    because once you have VIGOR and
203:22    090, statistically it's proven, from this
203:23    without any question, from this
203:24    analysis.

Topol_PD_204.05-204.14        204:4-204:14

204: 4 BY MR. KLINE:
204: 5          Q.    Now, this was published in
204: 6 the Lancet?
204: 7          A.    Yes, in November of 2004.
204: 8          Q.    So, not only could
204: 9 physicians see it, but Merck could see it
204:10 as well; correct?
204:11          A.    Yes.
204:12          Q.    Okay.
204:13                Did they go about trashing
204:14 Juni?

Topol_PD_204.16-205.10        204:16-205:10

Page 47

topol direct

```
204:16              THE WITNESS:  As I mentioned
204:17          earlier, every time a study was
204:18          published, there was a vehement
204:19          response to that to try to provide
204:20          an antidote or a negation of the
204:21          results, whether it was our study
204:22          or whether it was other reports.
204:23              This would have been -- in
204:24          this case, they said that Dr. Juni
205: Page 205
205: 1          and his colleagues didn't include
205: 2          the right trials, and they had all
205: 3          sorts of criticism that I believe
205: 4          was largely unfounded, and there
205: 5          was quite a bit of correspondence
205: 6          in the Lancet that followed this
205: 7          up subsequently.
205: 8 BY MR. KLINE:
205: 9          Q.   I guess one thing that comes
205:10 to mind, was Juni --
```

Topol_PD_205.14-205.17      205:14-205:17

```
205:14          Q.    Was Juni independent of
205:15 Merck, from what you knew?
205:16          A.    Juni was, as best I know,
205:17 fully independent of Merck.
```

Topol_PD_214.07-219.08      214:7-219:8

```
214: 7              One thing that Merck said
214: 8 from the APPROVe study was that there was
214: 9 an increased risk after 18 months.  Do
214:10 you recall that claim?
214:11          A.    Yes.
214:12          Q.   How did you see that in the
214:13 context of the full picture of the
214:14 articles?
214:15          MR. GOLDMAN:   Objection.
214:16          THE WITNESS:   This was
214:17          another extremely concerning part
214:18          of that dissemination on the day
214:19          of withdrawal, that it took 18
214:20          months for there to be any risk,
214:21          because that's not true.
214:22              In fact, as I reviewed
214:23          earlier in this deposition, there
214:24          were four trials that showed that
215: Page 215
215: 1          the timeline for that was
215: 2          considerably quicker.  In VIGOR,
215: 3          with four to six weeks, there was
215: 4          separation.   In ADVANTAGE, within
215: 5          12 weeks.   In VICTOR, this was
215: 6          immediate.   And in study 090,
215: 7          within six weeks.
215: 8              And in all of these trials,
215: 9          there were no heart disease
215:10          patients.  So, it could have been
215:11          much worse than -- in the days or
215:12          weeks.  And beyond all that,
215:13          there's the issue of a problem of
```

topol direct

```
215:14        statistical power, that is, you
215:15        have to do a very large trial if
215:16        you're not expecting adequate
215:17        number of events, and so none of
215:18        the trials were adequately powered
215:19        from a time perspective.
215:20            But, given all those things,
215:21        that is, statistical power, lack
215:22        of cardiovascular patients, and
215:23        four randomized trials, in
215:24        addition to the Juni analysis,
216: Page 216
216: 1        there's a pretty strong case that
216: 2        the risk of Vioxx for heart
216: 3        attacks can occur at any time
216: 4        after the initiation of the
216: 5        medicine.
216: 6            MR. GOLDMAN:  Objection,
216: 7        move to strike, nonresponsive,
216: 8        opinion.
216: 9 BY MR. KLINE:
216:10        Q.    What you've stated to us is
216:11 your conclusion, based on your review of
216:12 all of the information which you cited;
216:13 is that correct?
216:14            MR. GOLDMAN:  Objection.
216:15            THE WITNESS:  Yes.
216:16 BY MR. KLINE:
216:17        Q.    By that time or by the
216:18 time -- by today, by today there were
216:19 studies done by -- let's see, there was a
216:20 study done by Ray, correct, in Lancet, in
216:21 '02, the Ray study?
216:22        A.    Yes.
216:23        Q.    I'm talking epidemiology
216:24 studies.
217: Page 217
217: 1        A.      There were two Ray studies
217: 2 in the Lancet.
217: 3        Q.      Did that show an increased
217: 4 risk of heart attacks?
217: 5            MR. GOLDMAN:  Objection.
217: 6            THE WITNESS:  Yes.
217: 7 BY MR. KLINE:
217: 8        Q.      There was a study by Solomon
217: 9 in Circulation in 2004.  I'm talking just
217:10 the epidemiological studies.  Did that
217:11 show an increased risk of heart attacks?
217:12            MR. GOLDMAN:  Objection.
217:13            THE WITNESS:  Yes.
217:14 BY MR. KLINE:
217:15        Q.      There was a study by Graham
217:16 in Lancet in 2005, which we'll get to.
217:17 Did that show an increased risk of heart
217:18 attacks?
217:19            MR. GOLDMAN:  Objection.
217:20            THE WITNESS:  Yes.
217:21 BY MR. KLINE:
217:22        Q.      There was a study by Kimmel
217:23 in the Annals of Internal Medicine
217:24 published, I'm not sure when.  Did that
218: Page 218
218: 1 show an increased risk of heart attacks?
```

```
                                    topol direct
218: 2                  MR. GOLDMAN:  Objection.
218: 3                  THE WITNESS:  Yes.
218: 4 BY MR. KLINE:
218: 5          Q.      There was a study by
218: 6 Levesque, L-E-V-E-S-Q-U-E.  Did that show
218: 7 an increased risk of heart attacks?
218: 8                  MR. GOLDMAN:  Objection.
218: 9                  THE WITNESS:  Yes.
218:10 BY MR. KLINE:
218:11          Q.      Now, I'd like to go back to
218:12 VIGOR because I didn't cover this, and I
218:13 think it's essential.
218:14                  In VIGOR, you have a series
218:15 of criticisms of VIGOR about the data and
218:16 about -- and I had that in the memo that
218:17 you wrote to Graham originally.  You
218:18 cited scientific misconduct in the VIGOR
218:19 trial, and I think I glossed over this,
218:20 and I don't want to miss it.
218:21                  You said there were errors
218:22 of omissions --
218:23                  MR. GOLDMAN:  Do you have a
218:24          document?
219: Page 219
219: 1                  MR. KLINE:  I'm back to the
219: 2          Graham thing, which is Exhibit 2.
219: 3 BY MR. KLINE:
219: 4          Q.      You said there were "errors
219: 5 of omission (deaths)."  Please explain.
219: 6 You're talking about what Merck did that
219: 7 constituted scientific misconduct.
219: 8 That's the point I'm at.
```

Topol 219.15-219.18      219:15-219:18

```
219:15          Q.      Scientific misconduct in
219:16 VIGOR by Merck.  First of all, you said
219:17 there were "errors of omission."  Please
219:18 explain concisely.
```

Topol 219.20-220.05      219:20-220:5

```
219:20                  THE WITNESS:  I summarized
219:21          this in the letter in the New
219:22          England Journal, which goes
219:23          through the VIGOR correct data, as
219:24          compared to the data that was in
220: Page 220
220: 1          the manuscript from November of
220: 2          2000.
220: 3 BY MR. KLINE:
220: 4          Q.      Is that a good place to go
220: 5 to find it?
```

Topol 220.07-221.12      220:7-221:12

```
220: 7                  THE WITNESS:  I really
220: 8          believe you should get this
220: 9          document to look at --
220:10 BY MR. KLINE:
220:11          Q.      Let's.
220:12          A.      -- because together we can
220:13 take you through this quickly.
                                        Page 50
```

```
                                topol direct
220:14        Q.     Fine.
220:15               Let's look at the New
220:16 England Journal of Medicine editorial.
220:17        A.     No, letter.
220:18        Q.     I'm sorry, letter.
220:19        A.     December 30, 2004.
220:20        Q.     December 30, 2004.
220:21        A.     Right.  It's a
220:22 correspondence based on the editorial.
220:23        Q.     Okay.
220:24               Let me get that in my hand.
221: Page 221
221: 1 We have it.
221: 2        A.     Good.
221: 3        Q.     How many articles and
221: 4 editorials have you published in the
221: 5 medical literature, Dr. Topol, relating
221: 6 to the vioxx and the COX-2s?
221: 7        A.     There have been 16 articles
221: 8 and editorials published.
221: 9        Q.     And what you've done in
221:10 those is to put your views out in front
221:11 of the medical world at large to let them
221:12 know what you're thinking?

Topol 221.14-222.03        221:14-222:3

221:14               THE WITNESS:  Yes.  And a
221:15               few of those were actually
221:16               directed to the lay public.
221:17 BY MR. KLINE:
221:18        Q.     Okay.
221:19               Do you have the reply in
221:20 front of you?
221:21        A.     Yes.
221:22        Q.     All right.
221:23               Now, my purpose is to go
221:24 through your criticisms of the VIGOR
222: Page 222
222: 1 trial and what you think Merck did that
222: 2 constitutes scientific misconduct.  Can
222: 3 you do so, sir?

Topol 222.09-224.02        222:9-224:2

222: 9               THE WITNESS:  Okay.
222:10               So, what I cited here in
222:11               this correspondence is how the
222:12               article in the New England
222:13               Journal -- this goes back to what
222:14               we discussed earlier today, which
222:15               is when the paper was published in
222:16               November 2000 as compared to the
222:17               FDA documents that we have a
222:18               chance to review in February of
222:19               2001, there was -- there were
222:20               gross discrepancies, which is why
222:21               we had contacted Merck in the
222:22               first place about this manuscript.
222:23               Then, finally, we had the
222:24               ability to work with the New
223: Page 223
223: 1               England Journal of Medicine
                                Page 51
```

```
                                      topol direct
223: 2        editors, Dr. Curfman, Dr. Drazen,
223: 3        and to figure out what was going
223: 4        on.
223: 5              Now, as it turns out, in the
223: 6        VIGOR manuscript, in the New
223: 7        England Journal in 2000, in three
223: 8        times in the paper, this is first
223: 9        authored by Bombardier, and three
223:10        times it says that the mortality
223:11        was the same between naproxen and
223:12        Vioxx.  And that was untrue.
223:13              In fact, there was a 46
223:14        percent difference.  There were 22
223:15        deaths in the Vioxx arm versus 15
223:16        deaths in the naproxen arm.  And
223:17        so instead of presenting the
223:18        deaths as they should, the authors
223:19        only used percentages, rounded
223:20        them off, but moreover, they
223:21        asserted strongly in three
223:22        different places that the
223:23        mortality was the same.  So,
223:24        that's issue number one.
224: Page 224
224: 1              Issue number two with that
224: 2        manuscript --
```

Topol 224.22-227.13        224:22-227:13

```
224:22        A.    The second issue was the
224:23 false data regarding heart attacks.  So,
224:24 instead of a five-fold increase, which we
225: Page 225
225: 1 know is true at the bare minimum, because
225: 2 there wasn't the right adjudication in
225: 3 this trial as we learned and I reviewed
225: 4 earlier from the Targum report, but now
225: 5 we're talking about that the authors knew
225: 6 the correct number of heart attacks.
225: 7              They could have fixed the
225: 8 galley proofs, and this is told to me by
225: 9 the editors of the New England Journal,
225:10 but they decided to give the correct
225:11 numbers in the published New England
225:12 Journal paper.  So, they had a four-fold
225:13 increase in heart attacks rather than a
225:14 five-fold increase in heart attacks.
225:15              And that is erroneous, and
225:16 that appears to be, best I can
225:17 reconstruct with the New England Journal
225:18 editors, an error of commission.
225:19              MR. GOLDMAN:  Objection,
225:20        move to strike as nonresponsive.
225:21 BY MR. KLINE:
225:22        Q.    And the third?
225:23        A.    The third is, rather than
225:24 report any of the other clotting events,
226: Page 226
226: 1 like strokes, like transient ischemic
226: 2 attacks, like unstable angina, like
226: 3 peripheral arterial thrombosis, like
226: 4 venous thrombosis, like pulmonary
226: 5 embolism, none of these were reported in
```

```
                                    topol direct
226: 6 the New England Journal of Medicine
226: 7 paper.
226: 8          Q.     You also state on the top of
226: 9 a column on Page 2878 of your
226:10 correspondence, which is now marked as
226:11 exhibit --
226:12          MR. HAMELINE:  16.
226:13                  -  -  -
226:14          (Whereupon, Deposition
226:15     Exhibit Topol-16, "Rofecoxib,
226:16     Merck, and the FDA," (Kim et al),
226:17     N Engl J Med 351;27 December 30,
226:18     2004, 2875 - 2878, was marked for
226:19     identification.)
226:20                  -  -  -
226:21 BY MR. KLINE:
226:22          Q.     -- 16, thank you.
226:23          You state here, something we
226:24 talked about earlier, which is, "We
227: Page 227
227: 1 indeed" -- top of the second column,
227: 2 2878.
227: 3          "We indeed acknowledged that
227: 4 naproxen may have a cardioprotective
227: 5 effect, but the magnitude of the effect
227: 6 would be unlikely to exceed that of
227: 7 aspirin, at a 25 percent reduction of
227: 8 heart attacks.  Instead, in the VIGOR
227: 9 trial, there was a 500 percent increase
227:10 in heart attacks.  This makes any
227:11 'naproxen hypothesis' of cardioprotection
227:12 mathematically indefensible."  Correct?
227:13 Your words?


Topol_PD_227.19-228.19      227:19-228:19


227:19          THE WITNESS:  I wrote this.
227:20     These are my words, absolutely.
227:21 BY MR. KLINE:
227:22          Q.     And you said in this article
227:23 or this correspondence, putting out there
227:24 for the public, for the medical
228: Page 228
228: 1 community, a little further down, "There
228: 2 were no differences in the rate of
228: 3 perforation (0.1 percent in...rofecoxib
228: 4 and naproxen groups)."
228: 5          Your words, "It is hard to
228: 6 imagine that the small protection from
228: 7 gastric or duodenal ulcers in the VIGOR
228: 8 trial is an acceptable trade-off as
228: 9 compared with twice the incidence of
228:10 death, heart attacks, and strokes."
228:11          Did you write those words?
228:12          MR. GOLDMAN:  Objection.
228:13          THE WITNESS:  Yes, I
228:14     certainly did.
228:15 BY MR. KLINE:
228:16          Q.     And were you doing a
228:17 risk/benefit analysis there in your mind?
228:18          MR. GOLDMAN:  Objection.
228:19          THE WITNESS:  Yes.
```

```
                              topol direct
Topol_PD_229.01-229.09      229:1-229:9

  229: 1              Were you weighing the risk
  229: 2 of pain relief versus death?
  229: 3              MR. GOLDMAN:  Objection.
  229: 4              THE WITNESS:  We were
  229: 5 weighing -- I was weighing, when I
  229: 6 wrote that statement, the risk of
  229: 7 heart attacks principally versus
  229: 8 the small protection from
  229: 9 significant stomach complications.

Topol_PD_270.11-270.22      270:11-270:22

  270:11              A.   Yes.  The only thing I
  270:12 hadn't mentioned was the symposia that
  270:13 would be done at each of the national
  270:14 meetings, where they would have these
  270:15 Merck consultants giving lectures, taking
  270:16 apart our data, like the JAMA paper, and
  270:17 assuring the medical community like
  270:18 cardiologists or internists, doctors,
  270:19 that there was nothing wrong with the
  270:20 safety of Vioxx, that it was an illusion
  270:21 of the Cleveland Clinic authors of the
  270:22 JAMA paper.

Topol_PD_271.02-272.03      271:2-272:3

  271: 2              Q.   Did you believe, sir,
  271: 3 looking at your list, that no publication
  271: 4 of 090, which we've discussed, the
  271: 5 Bombardier paper, which is the VIGOR
  271: 6 paper, where there were deaths and
  271: 7 incomplete information, the multiple
  271: 8 publications by Reicin and Konstam --
  271: 9 what does that refer to?
  271:10              A.   The Merck people, whether
  271:11 they were Dr. Reicin or Dr. Konstam, who
  271:12 was a consultant, published multiple
  271:13 articles, and Dr. Konstam published an
  271:14 article in Circulation just a few months
  271:15 after our JAMA paper to challenge it with
  271:16 a so-called meta-analysis of their data
  271:17 which had considerable issues, did not
  271:18 provide the results per trial.  It did,
  271:19 in fact, show a statistically significant
  271:20 excess of heart attacks compared to
  271:21 naproxen.
  271:22              So, the Konstam paper was
  271:23 out there.  There were multiple papers
  271:24 that Merck authored in different journals
  272: Page 272
  272: 1 to take the data that we published on as
  272: 2 well as other case-control studies that I
  272: 3 had touched on earlier.

Topol 292.01-292.20      292:1-292:20

  292: 1              You mentioned that you had
  292: 2 done a study for Merck; correct?
  292: 3              A.   With Merck, yes, the TARGET
  292: 4 trial, yes.
                                    Page 54
```

                              topol direct
292: 5        Q.    Yes.
292: 6              And what drug was that, by
292: 7 the way?
292: 8        A.    That was a drug, the
292: 9 commercial name is known as Aggrastat,
292:10 tirofiban.
292:11        Q.    Were you actually paid by
292:12 Merck?
292:13        A.    No.  I was not paid.  I did
292:14 do the trial.
292:15        Q.    Was there funding provided
292:16 to the institution here, the Cleveland
292:17 Clinic, by Merck?
292:18        A.    There was funding to the
292:19 Cleveland Clinic and to the 60 sites that
292:20 participated in the trial, yes.


Total Length - 01:32:23

topol redirect

Topol Redirect (Multi-clip)
Topol_RD_555.15-555.17      555:15-555:17

```
555:15       Q.    Dr. Topol, nice to see you
555:16 again.
555:17       A.    Yes.
```

Topol_RD_555.18-556.04      555:18-556:4

```
555:18       Q.    And I want to ask you a
555:19 couple of questions that the Merck lawyer
555:20 may not have -- in fact, I know didn't
555:21 ask you.
555:22             First of all, I didn't know
555:23 that he was making a chart of the CV
555:24 event analysis.  Apparently he was
556: Page 556
556: 1 writing numbers.  Do you recall when he
556: 2 was writing numbers and you were
556: 3 disagreeing that those numbers were
556: 4 comparing apples and apples?
```

Topol_PD_556.06-558.07      556:6-558:7

```
556: 6             THE WITNESS:  Yes.
556: 7 BY MR. KLINE:
556: 8       Q.    Well, no, he was
556: 9 disagreeing, that it was comparing apples
556:10 and apples.  You are saying it was like
556:11 comparing two different fruits?
556:12             MR. GOLDMAN:  Objection.
556:13             THE WITNESS:  Yes.
556:14 BY MR. KLINE:
556:15       Q.    All right.
556:16             I see here that he prepared
556:17 and marked something called Exhibit 48,
556:18 and what he says here, I'll put it in
556:19 front of us, that in August of '01, JAMA,
556:20 he says Vioxx -- help me with that.
556:21       A.    Nabumetone.
556:22       Q.    -- nabumetone, placebo.
556:23       A.    Right.
556:24       Q.    And he has August, '91,
557: Page 557
557: 1 JAMA, 6, 2, 1?
557: 2       A.    Right.
557: 3       Q.    Vioxx, nabumetone, placebo
557: 4 for October 25th, 7, 1, 1?
557: 5       A.    Those are Dr. Targum's
557: 6 numbers, but the basis of them was
557: 7 uncertain.  So, that's what we were going
557: 8 on, until we could zoom in on each and
557: 9 every patient and figure out whether they
557:10 had a heart attack, a death or a stroke.
557:11       Q.    Understood.
557:12             And then in November 12,
557:13 it's 5, 1, 0?
557:14       A.    That was after the final
557:15 review of each patient's detailed
557:16 clinical history.
557:17       Q.    This is 090; correct?
557:18       A.    That's 090.
```

Exhibit B

```
                                    topol redirect
557:19        Q.    That study for Merck was
557:20 bad; correct?
557:21               MR. GOLDMAN:  Objection.
557:22               THE WITNESS:  Well, let's
557:23        put it this way.  I only learned,
557:24        you know, back in November of '04
558: Page 558
558: 1        that it was finished in 1999.  So,
558: 2        now it's 2005, it's six years
558: 3        later, it hasn't been published,
558: 4        and as far as I know, it's the
558: 5        only significant large trial in
558: 6        nearly 1,000 patients that has not
558: 7        been published in the Vioxx trial.


Topol_RD_562.04-564.11     562:4-564:11


562: 4               Do you consider in looking
562: 5 at the Vioxx safety, do you consider
562: 6 yourself to be independent, sir?
562: 7               MR. GOLDMAN:  Objection.
562: 8               THE WITNESS:  I don't know
562: 9        how I could be more independent.
562:10        I certainly wasn't involved in the
562:11        trials, but on the other hand, I'm
562:12        looking at it as a seasoned
562:13        clinical trialist, so, yes, I
562:14        believe I'm an independent viewer.
562:15 BY MR. KLINE:
562:16        Q.    Which of the two studies, if
562:17 they had to pick one, should have been
562:18 published, and why?
562:19               MR. GOLDMAN:  Objection.
562:20               THE WITNESS:  Well, study
562:21        090 should have been published as
562:22        soon as possible, and that was the
562:23        concern that I registered.  And,
562:24        of course, that was that Mr.
563: Page 563
563: 1        Goldman's e-mail that I first saw,
563: 2        internal FDA, they talked about,
563: 3        should they have done something
563: 4        with that data much earlier.  But
563: 5        that one was the one of concern.
563: 6        And just because there's another
563: 7        trial of similar size and design
563: 8        that doesn't show the problem,
563: 9        doesn't negate, it doesn't make
563:10        you in any way not seriously
563:11        concerned about 090.
563:12 BY MR. KLINE:
563:13        Q.    These data, even looking at
563:14 them the way he compares them, 6 Vioxx to
563:15 3 when you combined nabumetone and
563:16 placebo, or 7 versus 2 or 5 versus 1, are
563:17 any of those numbers, sir, reassuring
563:18 that Vioxx is safe?
563:19               MR. GOLDMAN:  Objection.
563:20               THE WITNESS:  They're not at
563:21        all reassuring.  We're running on
563:22        a relatively low event, but they
563:23        are an imbalance of events no
563:24        matter how you look at study 090.
```

```
                            topol redirect
564: Page 564
564: 1        And then in the wake of VIGOR, or,
564: 2        actually, it preceded VIGOR by
564: 3        many months, but when you put the
564: 4        two together, you have a large
564: 5        trial of 8,000 patients, you have
564: 6        a trial of 1,000 patients, which
564: 7        is a respectable number, it's not
564: 8        so small, you see the same problem
564: 9        in both trials, that's when you
564:10        have to make a conclusion that
564:11        there's a significant problem.

Topol_RD_567.02-568.19      567:2-568:19

567: 2             This is the Targum memo by
567: 3 an FDA reviewer, and the memorandum is
567: 4 dated February 1, 2001; correct?
567: 5        A.   Yes.
567: 6        Q.   But the information is about
567: 7 a study that was done two years earlier;
567: 8 correct?
567: 9        A.   That's correct.
567:10        Q.   And you now, two years
567:11 later, are looking at that data as an
567:12 independent eye and saying, what was
567:13 really in that study; correct?
567:14             MR. GOLDMAN:  Objection.
567:15             THE WITNESS:  Right.  Three
567:16        years later.
567:17 BY MR. KLINE:
567:18        Q.   Three years later.
567:19             And that study hadn't been
567:20 published yet?
567:21             MR. GOLDMAN:  Objection.
567:22             THE WITNESS:  That's right.
567:23 BY MR. KLINE:
567:24        Q.   And you're saying to
568: Page 568
568: 1 yourself, what does this show me against
568: 2 this problem that was in VIGOR, which now
568: 3 has a lot of attention in the medical
568: 4 community; correct?
568: 5             MR. GOLDMAN:  Objection.
568: 6             THE WITNESS:  That's
568: 7        correct.  And moreover, there's
568: 8        APPROVe in colon polyp patients,
568: 9        not heart patients.  There's also
568:10        ADVANTAGE in osteoarthritis for 12
568:11        weeks.  There's other trials now
568:12        that we have access to and you
568:13        say, well, wait a minute, where
568:14        was the signal really there?
568:15        That's what this is about.  Where
568:16        was the first signal really there?
568:17        why didn't we get the right data,
568:18        the drilled down data on the study
568:19        090?

Topol_RD_569.19-570.14      569:19-570:14

569:19        Q.   Would you tell the members
569:20 of the jury with this displayed in front
                            Page 3
```

```
                             topol redirect
569:21 of them what it is that you wanted to
569:22 communicate to them when you were
569:23 answering questions by Merck's counsel
569:24 when he was challenging you, like Merck
570: Page 570
570: 1 challenges everyone, please?
570: 2             MR. GOLDMAN:  Objection.
570: 3             THE WITNESS:  The point
570: 4       being, I gave this example, but
570: 5       the coronary artery occlusion,
570: 6       without having any details, the
570: 7       table just says placebo, coronary
570: 8       artery occlusion.  Dr. Targum
570: 9       concluded that was a heart attack
570:10       when, in fact, it wasn't a heart
570:11       attack when we reviewed the
570:12       details of this 48-year-old
570:13       gentleman.  He didn't have any
570:14       heart attack.
```

Topol_RD_580.13-585.22        580:13-585:22

```
580:13             Now, let's move right along.
580:14             Let's talk about statistical
580:15 analysis.
580:16             As far as your statistical
580:17 analysis is concerned, did you at all
580:18 times, sir, conduct a statistical
580:19 analysis consistent with good and sound
580:20 scientific practice?
580:21       A.    That's the only way I would
580:22 know how to do, is to do the best we can
580:23 with the data and the statistics and the
580:24 analysis, yes.
581: Page 581
581: 1       Q.    Okay.
581: 2             Was that also Merck's
581: 3 obligation, to do the same thing?
581: 4             MR. GOLDMAN:  Objection.
581: 5             THE WITNESS:  Any medical
581: 6       research should be done in that
581: 7       way, yes.
581: 8 BY MR. KLINE:
581: 9       Q.    Okay.
581:10             Now, have you had a chance
581:11 now to explain adequately what you wanted
581:12 explained to the jury about the Targum
581:13 memo and what you did in terms of
581:14 drilling down the data and what you were
581:15 after?
581:16       A.    I believe so.
581:17       Q.    Anything else that you think
581:18 has to be covered to get the full import
581:19 of it out?
581:20             MR. GOLDMAN:  Objection.
581:21             THE WITNESS:  Well, I mean,
581:22       I think the other points that Dr.
581:23       Targum made in her conclusion of
581:24       her report about the fact that
582: Page 582
582: 1       the --
582: 2 BY MR. KLINE:
582: 3       Q.    Page?
```

topol redirect

582: 4        A.     Page 34, "The sponsor claims
582: 5 that the difference in heart attacks
582: 6 between the groups is primarily due to
582: 7 the anti-platelet effects of naproxen."
582: 8        Q.     Yes.
582: 9        A.     I've already discussed that,
582:10 that that was an untenable conclusion.
582:11        Q.     Well, wait.  But what does
582:12 she say?
582:13             MR. GOLDMAN:  Objection,
582:14        nonresponsive.
582:15 BY MR. KLINE:
582:16        Q.     Does she say something that
582:17 disagrees with you?
582:18        A.     Yes.  She says, "The
582:19 hypothesis is not supported by any
582:20 prospective placebo-controlled trials
582:21 with naproxen."
582:22        Q.     It's the same thing you told
582:23 us earlier?
582:24        A.     That's right.
583: Page 583
583: 1        Q.     And she says here, and you
583: 2 highlighted this next point or put an
583: 3 asterisk next to it, "The sponsor claims
583: 4 that the majority of cardiovascular
583: 5 events in the VIGOR study occurred in
583: 6 those patients who should have been on
583: 7 aspirin for cardioprotection."
583: 8             And what does she say?
583: 9             MR. GOLDMAN:  Objection.
583:10             THE WITNESS:  Well, this
583:11        claim has not convinced this
583:12        medical reviewer, it certainly did
583:13        not convince me, and so this is
583:14        not a reasonable conclusion from
583:15        the data.
583:16 BY MR. KLINE:
583:17        Q.     She notes that "The sponsor
583:18 claims that the patients with rheumatoid
583:19 arthritis are at increased risk for
583:20 cardiovascular events."
583:21             What does she say?
583:22             MR. GOLDMAN:  Objection.
583:23             THE WITNESS:  Well, there's
583:24        some literature.  She agrees with
584: Page 584
584: 1        it, I agree with it, there's some
584: 2        literature, but it is actually a
584: 3        very modest amount of literature.
584: 4        And actually, the most recent data
584: 5        from 2005, which we didn't have
584: 6        back then, would suggest that
584: 7        there is an increased incidence of
584: 8        heart attacks, but it's not
584: 9        particularly striking.
584:10             MR. GOLDMAN:  Objection,
584:11        move to strike the nonresponsive
584:12        portion.
584:13 BY MR. KLINE:
584:14        Q.     And does it explain, does
584:15 that point explain the results of VIGOR?
584:16        A.     Not in any way.

Page 5

```
                              topol redirect
584:17          Q.    VIGOR, when combined with
584:18 090, combined now with all the
584:19 epidemiologic studies, where does VIGOR
584:20 fit into the scheme of things?
584:21              MR. GOLDMAN:  Objection.
584:22              THE WITNESS:  The VIGOR was
584:23      in many ways the front runner.
584:24      That one is the one that really
585: Page 585
585: 1      predicted what was going to
585: 2      happen, not only in the
585: 3      epidemiologic studies, but, of
585: 4      course, in the subsequent
585: 5      randomized trials.
585: 6              There was one last point in
585: 7      this report that I think deserves
585: 8      to be underscored, and it says,
585: 9      "The sponsor recommends use of
585:10      low-dose aspirin in conjunction
585:11      with rofecoxib in those at risk
585:12      for cardiovascular events."
585:13              There are no data whatsoever
585:14      to substantiate that.  Dr. Targum
585:15      agrees with that and, again, we're
585:16      talking about millions of patients
585:17      in the United States and beyond,
585:18      and to recommend taking aspirin
585:19      without having any proof of that,
585:20      without any data, without any
585:21      meaningful trial, is really, I
585:22      believe, unacceptable.
```

Topol_RD_597.03-598.03      597:3-598:3

```
597: 3          Q.    They asked you questions
597: 4 about whether you, sir, took Vioxx?
597: 5          A.    Yes.
597: 6          Q.    First of all, did you take
597: 7 Vioxx regularly or did you just take it
597: 8 intermittently?
597: 9          A.    I took it once a week or
597:10 every couple, few weeks.  It was very
597:11 sporadic.  A single dose as needed for
597:12 knee pain.
597:13          Q.    Did you have any special
597:14 circumstances that you thought that you
597:15 could tolerate the risk?
597:16          A.    Well, I mean, I started
597:17 taking it when I was -- in '99, so, that
597:18 was -- I was 45.  I had had an exercise
597:19 stress test.  I had no risk factors for
597:20 coronary disease or heart disease.  I'm
597:21 fit, so, I didn't think that,
597:22 particularly as we learned more about the
597:23 risk profile of the drug, that I was one
597:24 of the people who would, I think, be
598: Page 598
598: 1 worried about the risk of the drug
598: 2 relative to an older person with any risk
598: 3 factors for heart disease.
```

Topol_RD_602.02-602.04      602:2-602:4

Page 6

```
                              topol redirect
602: 2        Q.    You were asked about this
602: 3 Alastair Wood memo?
602: 4        A.    Yes, yes.
```

Topol_RD_602.10-604.01        602:10-604:1

```
602:10        Q.    There is this Alastair Wood
602:11 thing, and let me just put my hand on
602:12 what I want to point out to you.  You may
602:13 know other stuff.
602:14              What was the discussion you
602:15 were having with defense counsel about,
602:16 as you understood it?
602:17              MR. GOLDMAN:  Objection.
602:18              THE WITNESS:  Yeah, I wanted
602:19        to bring out the point that one of
602:20        the highest regarded trialists,
602:21        and in this field in particular,
602:22        Dr. Wood, probably the most
602:23        revered pharmacologist and
602:24        trialists in the country, he
603: Page 603
603: 1        completely agreed and said that --
603: 2        about the fact that we needed a
603: 3        trial and the fact that his
603: 4        statement he had was really quite
603: 5        perfect.
603: 6              Basically he's saying it was
603: 7        unethical not to do a trial, and
603: 8        the statement here, he says, "Such
603: 9        a study would have been undoable
603:10        because of the size and time
603:11        requirements."  This is what Merck
603:12        has been saying.  And "I am
603:13        surprised that gets repeated so
603:14        frequently without challenge from
603:15        the data."  And he basically in
603:16        this back and forth e-mail agrees
603:17        that there's so many patients that
603:18        are getting the therapy today,
603:19        Vioxx, with heart disease, that we
603:20        have to resolve this problem.
603:21              MR. GOLDMAN:  Objection.
603:22              THE WITNESS:  And it was
603:23        only -- the irony is that it's
603:24        only ethical to do the trial, not
604: Page 604
604: 1        to back off from not doing it.
```

Topol_RD_611.13-615.01        611:13-615:1

```
611:13        Q.    Next, the Konstam paper.
611:14              You told the Merck lawyer
611:15 that you could review the Konstam paper,
611:16 you didn't get to talk about it.  I have
611:17 it here.  Is there a minute or two way
611:18 through it?
611:19        A.    Yeah.  Well, this --
611:20              MR. GOLDMAN:  Objection.
611:21              THE WITNESS:  This paper,
611:22        the actual reprint I have, this
611:23        has very significant problems in
611:24        trying to interpret it.  So, for
```

```
                              topol redirect
612: Page 612
612:  1          example, here, study 090, the data
612:  2          are included in this amalgamation
612:  3          --
612:  4              MR. KLINE:  I've marked it
612:  5          as the next exhibit.  Number?
612:  6          What is it?
612:  7              MR. HAMELINE:  52, 52.
612:  8              MR. KLINE:  52.
612:  9                     -  -  -
612:10              (Whereupon, Deposition
612:11          Exhibit Topol-52, "Cardiovascular
612:12          Thrombotic Events in Controlled,
612:13          Clinical Trials of Rofecoxib,"
612:14          (Konstam, et al), Circulation
612:15          2001;104:r1S-r23, was marked for
612:16          identification.)
612:17                     -  -  -
612:18              THE WITNESS:  Yes.  This was
612:19          published shortly after our --
612:20          there's a lot of interesting
612:21          things about this paper.  It was
612:22          received on October 2nd and
612:23          accepted the next day and
612:24          published very rapidly.  But the
613: Page 613
613:  1          paper includes the trials of Vioxx
613:  2          that were available, and what it
613:  3          does is it never reports the
613:  4          actual individualized data of the
613:  5          trial.
613:  6              So, for example, here's a
613:  7          chance that since Merck hadn't
613:  8          published the data for study 090,
613:  9          why not present it here.
613:10              MR. GOLDMAN:  Objection,
613:11          move to strike.
613:12 BY MR. KLINE:
613:13          Q.    They're his consultant, he's
613:14 their consultant; right?
613:15              MR. GOLDMAN:  I'm sorry.
613:16          Objection, move to strike,
613:17          nonresponsive.
613:18              THE WITNESS:  All the other
613:19          doctors are Merck employees on the
613:20          paper except for Dr. Konstam, who
613:21          is a consultant.  But the
613:22          important thing is, they don't
613:23          present the individual trial data.
613:24          And this is the thing that's
614: Page 614
614:  1          grossly overlooked.
614:  2              They present, just as Mr.
614:  3          Goldman reviewed earlier, that
614:  4          1.69 risk, that's 169 percent,
614:  5          comparing Vioxx with naproxen.
614:  6          So, what's striking here is that
614:  7          they show statistical
614:  8          significance, they basically
614:  9          confirm the VIGOR paper, they
614:10          confirm study 090, and they
614:11          basically are then trying to
614:12          conclude that there isn't a
                              Page 8
```

```
                              topol redirect
614:13          problem, when it's statistically
614:14          significant, 169 percent excess of
614:15          risk.
614:16 BY MR. KLINE:
614:17          Q.    How do you do that?  How do
614:18 you do tat?
614:19               MR. GOLDMAN:  Objection.
614:20 BY MR. KLINE:
614:21          Q.    How do you get to that
614:22 result?
614:23               MR. GOLDMAN:  Objection.
614:24               THE WITNESS:  I just can't
615: Page 615
615: 1          imagine.
```

Total Length - 00:13:04