U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Filed 2-13-06
LORETTA G. WHITE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *ERiC* TOPOL DEFENSE AFFIRMATIVE
## DEPOSITION DESIGNATIONS

## Topol_E_Defense_Counters_Cross

| Scene | Designation | Source | Tx Duration |
|---|---|---|---|
| 1 | 316:5 - 316:6 | Topol, Eric 2005-11-22 | 00:00:04 |
| | | 316: 5    Q:  Good afternoon, Dr. Topol. | |
| | | 316: 6    A:  Good afternoon. | |
| 2 | 316:17 - 317:3 | Topol, Eric 2005-11-22 | 00:00:27 |
| | | 316: 17    Q:  Is cardiovascular disease | |
| | | 316: 18    the number one killer in the United | |
| | | 316: 19    States and has it been since 1900? | |
| | | 316: 20    A:  Yes. | |
| | | 316: 21    Q:  Do you know that | |
| | | 316: 22    approximately every 34 seconds somebody | |
| | | 316: 23    dies of heart disease in this country? | |
| | | 316: 24    A:  That's, I think, from the | |
| | | 317: 1    American Heart Association, and I can't | |
| | | 317: 2    vouch for the calculation, but that's out | |
| | | 317: 3    there, yes. | |
| 3 | 317:23 - 319:9 | Topol, Eric 2005-11-22 | 00:01:19 |
| | | 317: 23    Q:  Is it true, Dr. Topol, that | |
| | | 317: 24    every year 400,000 -- 460,000 people die | |
| | | 318: 1    of heart disease in the emergency room or | |
| | | 318: 2    before even getting to the hospital? | |
| | | 318: 3    A:  That number may be about | |
| | | 318: 4    right. There's a lot of out of hospital | |
| | | 318: 5    sudden death, yes. | |
| | | 318: 6    Q:  Did you take Vioxx, Dr. | |
| | | 318: 7    Topol? | |
| | | 318: 8    A:  Yes, I took Vioxx. | |
| | | 318: 9    Q:  You took Vioxx for years, | |
| | | 318: 10    didn't you? | |
| | | 318: 11    A:  I took it occasionally. I | |
| | | 318: 12    have knee arthritis. I've had multiple | |
| | | 318: 13    knee surgeries, so, I would take it on | |
| | | 318: 14    demand, you know, whether it be every -- | |
| | | 318: 15    once, a couple, every few weeks, that | |
| | | 318: 16    sort of thing. | |
| | | 318: 17    Q:  The reason you took Vioxx is | |
| | | 318: 18    because you had serious knee pain, and | |
| | | 318: 19    traditional NSAIDs were bothering your | |
| | | 318: 20    stomach. Is that true? | |
| | | 318: 21    A:  I think the medicines that I | |
| | | 318: 22    had taken actually didn't bother my | |
| | | 318: 23    stomach. I haven't had any things that | |
| | | 318: 24    really bothered my stomach very much, but | |

|       |               |                                                    |          |
|-------|---------------|----------------------------------------------------|----------|
|       |               | 319: 1   I can't recall that so much as I thought  |          |
|       |               | 319: 2   I had better relief of my arthritis than  |          |
|       |               | 319: 3   by taking a Motrin or some other          |          |
|       |               | 319: 4   over-the-counter preparation.             |          |
|       |               | 319: 5   Q:  Vioxx helped relieve your             |          |
|       |               | 319: 6   knee pain better than the traditional     |          |
|       |               | 319: 7   NSAIDs. Is that fair?                      |          |
|       |               | 319: 8   A:  The ones that I had tried,            |          |
|       |               | 319: 9   yes.                                       |          |

| 4 | 322:19 - 323:3 | Topol, Eric 2005-11-22 | 00:00:16 |
|---|----------------|------------------------|----------|

322: 19   Q:  Was the VIGOR trial
322: 20   published in the New England Journal of
322: 21   Medicine?
322: 22   A:  Yes. As I mentioned, the
322: 23   November 22nd, 2000.
322: 24   Q:  Is the New England Journal
323: 1   of Medicine a top medical journal?
323: 2   A:  It's the leading impact
323: 3   journal in biomedicine today.

| 5 | 323:12 - 325:17 | Topol, Eric 2005-11-22 | 00:02:03 |
|---|-----------------|------------------------|----------|

323: 12   Q:  Is the New England Journal
323: 13   of Medicine a peer-reviewed journal?
323: 14   A:  Yes.
323: 15   Q:  That means that before the
323: 16   New England Journal of Medicine will
323: 17   publish an article, doctors who are
323: 18   knowledgeable in the field that's being
323: 19   described in the article review the
323: 20   article for accuracy.
323: 21   A:  'Peer review' means that the
323: 22   data are reviewed, and certainly the
323: 23   conclusions are -- yes, that's what peer
323: 24   review is all about.
324: 1   Q:  Peer reviewed is a standard
324: 2   process that medical journals use to
324: 3   ensure the quality of the articles that
324: 4   they publish; correct?
324: 5   A:  Correct.
324: 6   Q:  I want to talk briefly about
324: 7   how the VIGOR trial was conducted, and
324: 8   then we'll discuss the results. Okay?
324: 9   A:  Yes.
324: 10   Q:  Do you know that VIGOR
324: 11   tested whether Vioxx was safe at treating
324: 12   pain suffered by patients who had

324: 13   rheumatoid arthritis?

324: 14   A:  Yes. I mentioned that

324: 15   earlier today.

324: 16   Q:  And one of the things that

324: 17   the VIGOR trial sought to test was

324: 18   whether the patients who had rheumatoid

324: 19   arthritis could have relief from their

324: 20   pain without causing them as many stomach

324: 21   problems as naproxen; correct?

324: 22   A:  The primary, I think,

324: 23   endpoint of the study was the relief of

324: 24   gastrointestinal complications. That

325: 1   was, I think, why the sample size and the

325: 2   power of the trial was set up, to detect

325: 3   whether or not rofecoxib/Vioxx would have

325: 4   an advantage over naproxen in that

325: 5   regard.

325: 6   Q:  Are patients with rheumatoid

325: 7   arthritis at higher risk of heart

325: 8   attacks?

325: 9   A:  As I mentioned this morning,

325: 10   yes, patients with RA, rheumatoid

325: 11   arthritis, do have higher event rates for

325: 12   heart attacks.

325: 13   Q:  In the VIGOR trial, patients

325: 14   who participated either used Vioxx 50

325: 15   milligrams once a day or naproxen, 500

325: 16   milligrams twice per day. Is that right?

325: 17   A:  That's correct.

| 6 | **327:17-328:10** | Topol, Eric 2005-11-22 | 00:00:38 |
|---|---|---|---|

327: 17   Q:  You're not critical, Dr.

327: 18   Topol, of Merck's decision to use

327: 19   naproxen as the drug to compare Vioxx to,

327: 20   are you, sir?

327: 21   A:  No. I think naproxen, being

327: 22   a widely used nonsteroidal agent for

327: 23   arthritis, all types of arthritis, was a

327: 24   very suitable comparator.

328: 1   Q:  None of the patients in the

328: 2   VIGOR trial used placebo, did they?

328: 3   A:  The VIGOR trial did not test

328: 4   placebo. It was a so-called active

328: 5   comparison, that is, comparing one active

328: 6   anti-inflammatory versus another.

328: 7   Q:  A placebo is another word

|  |  | 328: 8 | for a sugar pill. Is that right? |
|  |  | 328: 9 | A: That would be an inactive |
|  |  | 328: 10 | drug, yes. |

| 7 | 329:1 - 329:9 | Topol, Eric 2005-11-22 | 00:00:17 |
|  |  | 329: 1 | Q: Would it be ethical, Dr. |
|  |  | 329: 2 | Topol, if half of the patients in the |
|  |  | 329: 3 | VIGOR study who had rheumatoid arthritis |
|  |  | 329: 4 | only took a placebo? |
|  |  | 329: 5 | A: If they had no other relief |
|  |  | 329: 6 | for their rheumatoid arthritis symptoms? |
|  |  | 329: 7 | Q: Yes. |
|  |  | 329: 8 | A: No, that would not be |
|  |  | 329: 9 | proper. |

| 8 | 329:10 - 330:6 | Topol, Eric 2005-11-22 | 00:00:42 |
|  |  | 329: 10 | Q: The VIGOR trial showed that |
|  |  | 329: 11 | Vioxx was an effective treatment for |
|  |  | 329: 12 | pain; correct? |
|  |  | 329: 13 | A: The VIGOR trial showed there |
|  |  | 329: 14 | was no difference in pain relief between |
|  |  | 329: 15 | naproxen and Vioxx. |
|  |  | 329: 16 | Q: That wasn't my question, Dr. |
|  |  | 329: 17 | Topol. |
|  |  | 329: 18 | I asked you whether Vioxx |
|  |  | 329: 19 | was shown in the VIGOR trial to be an |
|  |  | 329: 20 | effective treatment for pain. |
|  |  | 329: 21 | A: Effective compared with |
|  |  | 329: 22 | what, Mr. Goldman? |
|  |  | 329: 23 | Q: Effective, period, sir. |
|  |  | 329: 24 | A: No. You can't make -- |
|  |  | 330: 1 | effective, you have to have a reference. |
|  |  | 330: 2 | Here the reference was naproxen. It was |
|  |  | 330: 3 | shown to be no more effective than |
|  |  | 330: 4 | naproxen. So then you could say it's |
|  |  | 330: 5 | equally effective to naproxen, then I |
|  |  | 330: 6 | would say yes, for pain relief. |

| 9 | 330:7 - 330:15 | Topol, Eric 2005-11-22 | 00:00:19 |
|  |  | 330: 7 | Q: Do you agree then, sir, that |
|  |  | 330: 8 | Vioxx worked to reduce pain that |
|  |  | 330: 9 | rheumatoid arthritis patients were |
|  |  | 330: 10 | experiencing in the VIGOR trial? |
|  |  | 330: 11 | A: It reduced pain, as far as I |
|  |  | 330: 12 | understand from the data, equally, as |
|  |  | 330: 13 | well as naproxen at the doses that were |
|  |  | 330: 14 | administered with the 50 milligrams of |

|  |  | 330: 15 | Vioxx, yes. |  |
|---|---|---|---|---|
| 10 | 334:14 -334:23 | Topol, Eric 2005-11-22 |  | 00:00:19 |

334: 14   Q:  Let's talk about the
334: 15   cardiovascular results of VIGOR. Okay,
334: 16   Doctor?
334: 17   We saw in the VIGOR trial
334: 18   that there were more cardiovascular
334: 19   events in the Vioxx group than in
334: 20   naproxen; correct?
334: 21   A:  That's correct. And I did
334: 22   review that this morning. I'll be happy
334: 23   to review it again if you'd like.

| 11 | 335:13 -336:19 | Topol, Eric 2005-11-22 |  | 00:01:11 |
|---|---|---|---|---|

335: 13   Q:  Was the difference in
335: 14   cardiovascular events in the Vioxx group
335: 15   mostly due to a five times difference in
335: 16   heart attacks compared to the naproxen
335: 17   group?
335: 18   A:  Well, let me just be very
335: 19   clear about that. Okay? There were 22
335: 20   deaths in the Vioxx group and 15 deaths,
335: 21   as I reviewed, in the naproxen group.
335: 22   There were 20 heart attacks versus -- in
335: 23   the Vioxx group versus 4. So, there was
335: 24   an excess of deaths. That was a 46
336: 1   percent excess of deaths, which is
336: 2   similar, if your number is right, with
336: 3   respect to the bleeding complications.
336: 4   If we're talking about percentages, 46
336: 5   percent increase in death and 46 percent
336: 6   increase in bleeding complication, if
336: 7   that's correct. We have a five fold, 500
336: 8   percent increase in heart attack. And
336: 9   then we have also an increase in stroke,
336: 10   11 versus 9.
336: 11   So, according to the correct
336: 12   data, which was not published in the New
336: 13   England Journal paper by Bombardier in
336: 14   November 22, 2000, there was 53 of these
336: 15   events, death, heart attack or stroke
336: 16   versus 28. The largest portion of those
336: 17   in terms of numerical were heart attack,
336: 18   but there was a consistent excess across
336: 19   each, death, heart attack and stroke.

| 12 | 338:22 - 339:24 | Topol, Eric 2005-11-22 | 00:00:48 |
|---|---|---|---|

338: 22   Q: Let me back up, Dr. Topol.
338: 23   I think you said in one of your previous
338: 24   answers that there were 20 heart attacks
339: 1   seen in the Vioxx group and 4 heart
339: 2   attacks seen in the naproxen group.
339: 3   Right?
339: 4   A: That's correct.
339: 5   Q: That's a five times
339: 6   difference; right?
339: 7   A: That's correct.
339: 8   Q: What percentage of the
339: 9   patients in the Vioxx group had heart
339: 10   attacks?
339: 11   A: That would be 20 of 4,047.
339: 12   So, that would be approximately -- I
339: 13   don't have a calculator, but it would be
339: 14   approximately .5 percent.
339: 15   Q: One half of one percent?
339: 16   A: One half of one percent.
339: 17   Q: Do you know what the
339: 18   percentage of heart attacks in the
339: 19   naproxen group was?
339: 20   A: Well, that was 4 out of
339: 21   4,029, which is less than .1 percent.
339: 22   Q: Or less than one-tenth of
339: 23   one percent?
339: 24   A: That's correct.

| 13 | 340:1 - 342:12 | Topol, Eric 2005-11-22 | 00:02:06 |
|---|---|---|---|

340: 1   Q: Because there was no placebo
340: 2   group in the VIGOR study. If you only
340: 3   looked at the VIGOR study without looking
340: 4   at any other data, you wouldn't be able
340: 5   to tell the reason for the difference in
340: 6   heart attacks in the Vioxx group versus
340: 7   naproxen; is that right?
340: 8   A: I'm not sure that I
340: 9   understand that question.
340: 10   Q: If you just look at the
340: 11   VIGOR study --
340: 12   A: Yes.
340: 13   Q: -- at the time that it was
340: 14   done and you don't consider any data
340: 15   outside of the VIGOR study --
340: 16   A: Yes.

340: 17   Q: -- you don't know whether
340: 18   the difference in heart attacks between
340: 19   Vioxx and naproxen was due to Vioxx --
340: 20   A: Oh, I see.
340: 21   Q: -- naproxen or chance.
340: 22   A: Now I understand your
340: 23   question. Okay. So, first --
340: 24   Q: Is that right?
341: 1    A: Yes, you do know. That is,
341: 2    I reviewed this this morning, but just to
341: 3    recap. When you're doing clinical trials
341: 4    with an experimental drug, in this case,
341: 5    it's Vioxx, versus a drug that's been
341: 6    around for 20 years, in this case,
341: 7    naproxen, which is considered the control
341: 8    arm, not a placebo, but a control arm,
341: 9    and if you have an untoward event crop up
341: 10   like occurred in the VIGOR trial, one has
341: 11   to assume that it's the experimental drug
341: 12   excess that's the problem rather than
341: 13   what was introduced by Merck, which is
341: 14   substantiated in the Targum report and
341: 15   other places, which is that it was a
341: 16   protective effect of naproxen which was
341: 17   not documented. The only appropriate
341: 18   conclusion would have been that there was
341: 19   a problem with the experimental drug,
341: 20   which in this case was Vioxx.
341: 21   Q: Is it your testimony, Dr.
341: 22   Topol, that when you reviewed the VIGOR
341: 23   study, it was your conclusion that Vioxx
341: 24   caused the difference in heart attacks
342: 1    and not naproxen and not chance?
342: 2    A: Yes. That was our
342: 3    conclusion, but we did not at that time
342: 4    have the replication that was needed to
342: 5    say that this drug should be taken off
342: 6    the market or something drastic. What we
342: 7    did say, as we wrote in the JAMA paper,
342: 8    as you well know and I reviewed earlier,
342: 9    is that more data were needed, and
342: 10   specific significant caution must be
342: 11   exercised in using this medicine because
342: 12   of the heart attack risk.

342: 13   Q:  Did the Food & Drug
342: 14   Administration hold a special Advisory
342: 15   Committee meeting in February of 2001 to
342: 16   discuss the question of whether COX-2
342: 17   inhibitors cause heart problems?
342: 18   A:  Yes. They had, as I
342: 19   mentioned this morning, a two-day
342: 20   conference, one for each of the drugs,
342: 21   Celebrex and Vioxx.
342: 22   Q:  What is an FDA Advisory
342: 23   Committee briefly, sir?
342: 24   A:  Well, a panel of experts are
343: 1   brought in, and the data are reviewed,
343: 2   and there's recommendations by the panel
343: 3   to give to the FDA staff, and the FDA
343: 4   staff can either accept or reject those
343: 5   recommendations. But this is a panel of
343: 6   experts. In this particular case, it was
343: 7   predominantly rheumatologists. There
343: 8   were only two cardiologists who were
343: 9   invited to the panel to review Vioxx and
343: 10   Celebrex.
343: 11   Q:  One of the cardiologists who
343: 12   was on the Advisory Committee was your
343: 13   colleague, Dr. Steven Nissen; is that
343: 14   right?
343: 15   A:  Yes.
343: 16   Q:  He is a well-respected
343: 17   cardiologist, correct, sir?
343: 18   A:  Yes.
343: 19   Q:  The FDA Advisory Committee
343: 20   meetings that are held, those are open to
343: 21   the public, aren't they, Dr. Topol?
343: 22   A:  Yes.

---

15   **344:11-345:5**   Topol, Eric 2005-11-22       00:00:33

344: 11   Q:  During the Advisory
344: 12   Committee meeting that your colleague,
344: 13   Dr. Nissen, attended, Merck gave a
344: 14   presentation; right?
344: 15   A:  Merck gave a substantial
344: 16   presentation, that's right.
344: 17   Q:  Pfizer gave a presentation
344: 18   about Celebrex; correct?
344: 19   A:  That was on a different day,
344: 20   yes.

|  |  |  |  |
|---|---|---|---|
|  | 344: 21 | Q: The FDA made a presentation |  |
|  | 344: 22 | as well; correct? |  |
|  | 344: 23 | A: Yes. |  |
|  | 344: 24 | Q: The FDA also prepared |  |
|  | 345: 1 | background materials for the Advisory |  |
|  | 345: 2 | Committee, analyzing the clinical trials |  |
|  | 345: 3 | that had been done on Vioxx and Celebrex; |  |
|  | 345: 4 | correct, sir? |  |
|  | 345: 5 | A: That's correct. |  |

| 16 | **350:22 – 350:24** | Topol, Eric 2005-11-22 | 00:00:07 |
|---|---|---|---|
|  | 350: 22 | Q: Let me show you, sir, an |  |
| Link > ET30.1 | 350: 23 | excerpt from the FDA Advisory Committee |  |
|  | 350: 24 | meeting. |  |

| 17 | **352:6 – 352:7** | Topol, Eric 2005-11-22 | 00:00:02 |
|---|---|---|---|
|  | 352: 6 | Q: Dr. Topol, does Dr. |  |
|  | 352: 7 | Nissen -- |  |

| 18 | **352:10 – 352:20** | Topol, Eric 2005-11-22 | 00:00:24 |
|---|---|---|---|
| Link > ET30.4.1 | 352: 10 | Q: -- make the following |  |
|  | 352: 11 | statement to the Advisory Committee? |  |
|  | 352: 12 | 'Briefly, I think what I would say in the |  |
|  | 352: 13 | label is that there was an excess of |  |
|  | 352: 14 | cardiovascular events in comparison to |  |
|  | 352: 15 | naproxen, that it remains uncertain |  |
|  | 352: 16 | whether this was due to beneficial |  |
|  | 352: 17 | cardioprotective effects of naproxen or |  |
|  | 352: 18 | prothrombotic effects of the agent, and |  |
|  | 352: 19 | leave it at that, that basically we don't |  |
|  | 352: 20 | know the reason'? |  |

| 19 | **353:4 – 353:12** | Topol, Eric 2005-11-22 | 00:00:20 |
|---|---|---|---|
|  | 353: 4 | Q: Do you see that? |  |
|  | 353: 5 | A: Yeah, I see it, and I |  |
|  | 353: 6 | understand that completely. As of |  |
|  | 353: 7 | February 8, 2001, which I believe was the |  |
|  | 353: 8 | date of this -- and I also understand |  |
|  | 353: 9 | that the consensus of the panel was like |  |
| Link > Hide | 353: 10 | this, that there needed to be a change in |  |
|  | 353: 11 | the label about the cardiovascular risk. |  |
|  | 353: 12 | So, this is consistent with that. |  |

| 20 | **356:21 – 357:8** | Topol, Eric 2005-11-22 | 00:00:26 |
|---|---|---|---|
|  | 356: 21 | Q: You said on direct |  |
|  | 356: 22 | examination, Dr. Topol, that a black box |  |
|  | 356: 23 | warning could easily have been imposed by |  |
|  | 356: 24 | February of 2001. Do you remember |  |
|  | 357: 1 | testifying to that? |  |

357: 2    A:  Yes.

357: 3    Q:  Did anybody at the Advisory

357: 4    Committee meeting suggest that a black

357: 5    box warning be put on the Vioxx label?

357: 6    A:  No. And that's because the

357: 7    correct data for study 090 were not

357: 8    presented.

| 21 | 358:16 - 359:7 | Topol, Eric 2005-11-22 | 00:00:24 |

358: 16    Q:  You talked a lot about your

358: 17    proposed cardiovascular outcome study,

358: 18    correct?

358: 19    A:  I discussed that we were

358: 20    invited by Dr. Reicin --

358: 21    Q:  No.

358: 22    A:  That's what you're talking

358: 23    about.

358: 24    Q:  That's not what I was

359: 1    talking about.

359: 2    On direct examination, Dr.

359: 3    Topol, you were asked a bunch of

359: 4    questions about your cardiovascular

359: 5    outcomes study; correct?

359: 6    A:  I addressed that earlier

359: 7    today, yes.

| 22 | 360:1 - 360:12 | Topol, Eric 2005-11-22 | 00:00:28 |

360: 1    Q:  Do you agree, Dr. Topol,

360: 2    that your suggested approach, the

360: 3    cardiovascular outcomes study, was not

360: 4    the only way to address the question of

360: 5    whether there was a potential

360: 6    cardiovascular risk associated with COX-2

360: 7    inhibitors?

360: 8    A:  I had stated earlier today

360: 9    that the only way to get the answer

360: 10    definitively in patients who have heart

360: 11    disease is to do a trial in patients with

360: 12    heart disease.

| 23 | 363:13 - 363:19 | Topol, Eric 2005-11-22 | 00:00:16 |

363: 13    Q:  Do you agree, Dr. Topol,

363: 14    that all clinical trials must offer

363: 15    potential benefits to patients?

363: 16    A:  One can never do a trial

363: 17    with just testing the side effects

363: 18    without at least a putative equal or

|  |  | 363: 19 | better benefit. |
|---|---|---|---|

| 24 | 364:14–364:19 | Topol, Eric 2005-11-22 | 00:00:14 |
|---|---|---|---|
|  |  | 364: 14 | Do all clinical trials have |
|  |  | 364: 15 | to have some potential benefit offered to |
|  |  | 364: 16 | patients? |
|  |  | 364: 17 | A:  All clinical trials should |
|  |  | 364: 18 | have a therapeutic potential, yes, a |
|  |  | 364: 19 | benefit, yes. |

| 25 | 366:1–366:12 | Topol, Eric 2005-11-22 | 00:00:24 |
|---|---|---|---|
|  |  | 366: 1 | Q:  Dr. Topol -- |
|  |  | 366: 2 | A:  Yes. |
|  |  | 366: 3 | Q:  -- you can't give patients |
|  |  | 366: 4 | medicine just to see if they have a heart |
|  |  | 366: 5 | attack or die, correct, sir? |
|  |  | 366: 6 | A:  I would never be involved in |
|  |  | 366: 7 | a clinical trial or advocate doing a |
|  |  | 366: 8 | trial where there was just testing for |
|  |  | 366: 9 | harm. You have to have -- you don't put |
|  |  | 366: 10 | patients -- experiment on patients unless |
|  |  | 366: 11 | you're looking at benefit and also, of |
|  |  | 366: 12 | course, always assaying the risk as well. |

| 26 | 367:23–368:18 | Topol, Eric 2005-11-22 | 00:00:49 |
|---|---|---|---|
| Link > ET31.1.1 |  | 367: 23 | Do you see, Dr. Topol, on |
|  |  | 367: 24 | the first exhibit, Exhibit 31 on May 2nd, |
|  |  | 368: 1 | 2001 -- is it Dr. Bhatt? |
|  |  | 368: 2 | A:  Dr. Bhatt, Deepak Bhatt. |
|  |  | 368: 3 | Q:  Dr. Bhatt is sending an |
|  |  | 368: 4 | e-mail to Dr. Reicin and says, 'Hello. |
|  |  | 368: 5 | As Dr. Topol promised, here is our |
|  |  | 368: 6 | protocol regarding the use of Vioxx in |
|  |  | 368: 7 | acute coronary syndromes.' Do you see |
|  |  | 368: 8 | that? |
|  |  | 368: 9 | A:  I see that, and I already |
|  |  | 368: 10 | discussed that this morning. And what I |
|  |  | 368: 11 | said, if I can go back -- |
|  |  | 368: 12 | Q:  My question was just, do you |
|  |  | 368: 13 | see that? |
|  |  | 368: 14 | A:  I see that, yes. |
|  |  | 368: 15 | Q:  The protocol that Dr. Bhatt |
| Link > ET32.1.1 |  | 368: 16 | sent to Merck is Exhibit 32, isn't it? |
|  |  | 368: 17 | A:  That's what you just gave |
|  |  | 368: 18 | me, yes. |

| 27 | 370:2–371:5 | Topol, Eric 2005-11-22 | 00:01:06 |
|---|---|---|---|
|  |  | 370: 2 | The protocol for your trial, |

370: 3    by 'your,' I mean the Cleveland Clinic --
370: 4    A:  Right.
370: 5    Q:  -- includes Dr. Bhatt's
370: 6    name and your name; correct?
370: 7    A:  He put my name on it, but
370: 8    that doesn't mean that I was involved in
370: 9    this. This is a protocol sketch, and I
370: 10   guess he was looking for feedback from
370: 11   Merck. But I did not go over this in
370: 12   terms of, did I think this was the
370: 13   appropriate design. This was a brief
370: 14   conversation I had with Dr. Bhatt, and I
370: 15   don't recall all the details. It's back
370: 16   four years ago in May 2001, but I did not
370: 17   author this protocol, and my name was

Link > Hide

370: 18   loosely attached to it. I was not
370: 19   interested in running a trial personally
370: 20   on this because I didn't feel that was
370: 21   appropriate. I thought it should be
370: 22   done, but I should not necessarily be
370: 23   involved with it.
370: 24   Q:  Dr. Topol, did the Cleveland
371: 1    Clinic send a protocol to Merck outlining
371: 2    what the Cleveland Clinic believed would
371: 3    be an appropriate cardiovascular outcomes
371: 4    study for Vioxx?
371: 5    A:  Dr. Bhatt did, yes.

28       376:7 -377:6    Topol, Eric 2005-11-22          00:00:59

376: 7    Q:  Dr. Topol, the concept that
376: 8    has your name and Dr. Bhatt's name on it
376: 9    describes these criteria for inclusion,
376: 10   and as you described acute coronary
376: 11   syndrome, the concept was that patients
376: 12   who either were threatened with a heart
376: 13   attack or who had a heart attack would
376: 14   participate in the study. Is that right?
376: 15   A:  That's correct. But you're
376: 16   leaving out one important element. And
376: 17   as in the title of this concept sheet,
376: 18   'Elevated Markers of Inflammation,' and
376: 19   in the inclusion criteria on Page 6 that
376: 20   we are now reviewing, you see Item Number
376: 21   3, it says, 'AND Item Number 3, elevated
376: 22   high-sensitivity C-reactive protein'
376: 23   known as CRP 'greater than .2.' So, they

|  |  |
|---|---|
| 376: 24 | had to have arterial inflammation, and |
| 377: 1 | that was the whole point of the concept, |
| 377: 2 | was that rofecoxib, as well as celecoxib, |
| 377: 3 | have been shown to reduce inflammation. |
| 377: 4 | So, in fact, it could be a benefit to |
| 377: 5 | these patients to suppress subsequent |
| 377: 6 | heart attacks. |

| 29 | 377:9 - 378:12 | Topol, Eric 2005-11-22 | 00:01:02 |
|---|---|---|---|
|  | 377: 9 | Do you see, sir, that the |  |
|  | 377: 10 | concept that you were proposing to Merck |  |
|  | 377: 11 | calls for the study to last a minimum of |  |
|  | 377: 12 | one year? |  |
|  | 377: 13 | A: Where is that? |  |
| Link > ET32.5.1 | 377: 14 | Q: If you look on Page 5 under |  |
|  | 377: 15 | study design, it says, 'This study is a |  |
|  | 377: 16 | multicenter double blind randomized' and |  |
|  | 377: 17 | it continues 'comparing the effects of' |  |
|  | 377: 18 | Vioxx 'versus placebo administered in |  |
|  | 377: 19 | conjunction with standard therapy |  |
|  | 377: 20 | (including aspirin...) for a minimum of |  |
|  | 377: 21 | one year to patients who have suffered an |  |
|  | 377: 22 | episode of an acute coronary syndrome,' |  |
|  | 377: 23 | and it goes on. |  |
|  | 377: 24 | A: Again, this is a concept |  |
|  | 378: 1 | sheet. This is not a protocol. This |  |
|  | 378: 2 | does not have anything about events rates |  |
|  | 378: 3 | that are anticipated. It doesn't have |  |
|  | 378: 4 | anything about sample size. It doesn't |  |
|  | 378: 5 | have the number of triggered events to |  |
|  | 378: 6 | stop a trial. One year is just a very |  |
|  | 378: 7 | loose term, that it has to have some |  |
|  | 378: 8 | long-term followup. So, I see it, but, |  |
|  | 378: 9 | again, it reinforces how sketchy -- this |  |
| Link > Hide | 378: 10 | could not be called a protocol. This is |  |
|  | 378: 11 | a very early rudimentary design concept |  |
|  | 378: 12 | sheet. |  |

| 30 | 378:19 - 380:10 | Topol, Eric 2005-11-22 | 00:01:31 |
|---|---|---|---|
|  | 378: 19 | Q: Dr. Topol, the concept sheet |  |
|  | 378: 20 | that has your name on it and Dr. Bhatt's |  |
|  | 378: 21 | name on it calls for a study that would |  |
|  | 378: 22 | last a minimum of one year; correct? |  |
|  | 378: 23 | A: Very loosely defined, yes. |  |
|  | 378: 24 | Q: The concept sheet that has |  |
|  | 379: 1 | your name on it and Dr. Bhatt's name on |  |
|  | 379: 2 | it also calls for patients to be followed |  |

| | | |
|---|---|---|
| | 379: 3 | up for a minimum of one year. Do you see |
| | 379: 4 | that, sir? |
| | 379: 5 | A:  That's what it says. |
| Link >  ET32.7.1 | 379: 6 | Q:  The concept sheet also |
| | 379: 7 | refers on Page 7, sir, to certain |
| | 379: 8 | criteria for exclusion. Do you see that? |
| | 379: 9 | A:  Yes. |
| | 379: 10 | Q:  This is another way of |
| | 379: 11 | saying these are the type of patients who |
| | 379: 12 | will not be allowed to participate in the |
| | 379: 13 | study according to this concept sheet; |
| | 379: 14 | correct? |
| | 379: 15 | A:  That's correct. |
| | 379: 16 | Q:  If you look at Number 4, do |
| | 379: 17 | you see that the concept that Dr. Bhatt |
| | 379: 18 | was proposing to Merck says that, under |
| | 379: 19 | 4, 'Any need for COX-2 inhibitors.' So, |
| | 379: 20 | if a patient wanted to participate in |
| | 379: 21 | this study, they couldn't do so if they |
| | 379: 22 | actually needed COX-2 inhibitors; is that |
| | 379: 23 | right? |
| | 379: 24 | A:  You'll have to ask Dr. Bhatt |
| | 380: 1 | about this since he wrote it, but my |
| | 380: 2 | interpretation is if they didn't have any |
| | 380: 3 | other relief of their problem without a |
| | 380: 4 | COX-2 inhibitor, that they couldn't be -- |
| | 380: 5 | that is, they would have to be willing to |
| | 380: 6 | be randomized. So, yes, if they had to |
| | 380: 7 | take a COX-2 inhibitor for some reason, |
| | 380: 8 | they obviously wouldn't be a suitable |
| | 380: 9 | candidate for the trial, the way he's |
| | 380: 10 | written this up. |

| | | | |
|---|---|---|---|
| 31 | **382:17 -383:16** | Topol, Eric 2005-11-22 | 00:00:50 |
| | | 382: 17 | Q:  On Page 2 of this |
| Link >  ET32.2.1 | | 382: 18 | rudimentary concept, do you see the first |
| | | 382: 19 | sentence under the introduction |
| | | 382: 20 | 'Inflammatory cells play a significant |
| | | 382: 21 | role in atherosclerosis'? |
| | | 382: 22 | A:  I agree with that. I see |
| | | 382: 23 | it, and I agree with it. |
| Link >  ET32.2.2 | | 382: 24 | Q:  In the next paragraph, the |
| | | 383: 1 | concept sheet says, 'Aspirin, by virtue |
| | | 383: 2 | of its preferential COX-1 inhibitory |
| | | 383: 3 | effect, provides minimal |
| | | 383: 4 | anti-inflammatory action.' Do you see |

| | | |
|---|---|---|
| | 383: 5 | that? |
| | 383: 6 | A: I see that. |
| Link > ET32.2.4 | 383: 7 | Q: And then further down in |
| | 383: 8 | that second paragraph -- in that second |
| | 383: 9 | paragraph, the concept sheet says, 'The |
| | 383: 10 | administration of Vioxx 'may provide a |
| | 383: 11 | direct approach to reduce coronary |
| | 383: 12 | inflammation resulting in fewer |
| | 383: 13 | cardiovascular recurrent ischemic events |
| | 383: 14 | in patients presenting with acute |
| | 383: 15 | coronary syndromes.' Do you see that? |
| Link > Hide | 383: 16 | A: Yes. |

| 32 | 383:22 -384:14 | Topol, Eric 2005-11-22 | 00:00:48 |
|---|---|---|---|
| | 383: 22 | Q: Can you explain how it is | |
| | 383: 23 | that Vioxx could actually prevent | |
| | 383: 24 | recurrent ischemic events? | |
| | 384: 1 | A: Right. So, there have been | |
| | 384: 2 | several studies now with the different | |
| | 384: 3 | COX-2 inhibitors in patients to look at | |
| | 384: 4 | whether C-reactive protein is reduced, | |
| | 384: 5 | whether endothelial function, which is | |
| | 384: 6 | the lining of the artery cells, that | |
| | 384: 7 | whether or not that critical layer of the | |
| | 384: 8 | artery wall functions better and whether | |
| | 384: 9 | the inflammation is reduced. And indeed | |
| | 384: 10 | these mechanistic studies have supported | |
| | 384: 11 | the concept that there could be an | |
| | 384: 12 | improvement in this process by | |
| | 384: 13 | suppressing inflammation with COX-2 | |
| | 384: 14 | inhibitors. | |

| 33 | 385:3 -385:11 | Topol, Eric 2005-11-22 | 00:00:19 |
|---|---|---|---|
| | 385: 3 | Q: In May of 2001 you believed | |
| | 385: 4 | that Vioxx could actually help prevent | |
| | 385: 5 | heart attacks; correct? | |
| | 385: 6 | A: I felt that that was an | |
| | 385: 7 | important mechanism, inflammation of the | |
| | 385: 8 | artery wall, and this is a potent class | |
| | 385: 9 | of anti-inflammatories, and certainly | |
| | 385: 10 | there was that possibility. And other | |
| | 385: 11 | studies suggested that potential. | |

| 34 | 386:4 -386:21 | Topol, Eric 2005-11-22 | 00:00:51 |
|---|---|---|---|
| | 386: 4 | Am I right, Dr. Topol, that | |
| | 386: 5 | in the concept sheet that Dr. Bhatt sent | |
| | 386: 6 | to Merck in May of 2001, anticipated that | |

| | | |
|---|---|---|
| 386: 7 | Vioxx would actually prevent heart |
| 386: 8 | attacks and not cause them? |
| 386: 9 | A:  In patients who had active |
| 386: 10 | inflammatory coronary disease. |
| 386: 11 | Q:  Did you agree with Dr. Bhatt |
| 386: 12 | that in May of 2001, patients who had |
| 386: 13 | active inflammatory coronary disease |
| 386: 14 | might be benefited by taking Vioxx |
| 386: 15 | because it could help their heart? |
| 386: 16 | A:  I already answered that |
| 386: 17 | question affirmatively. |
| 386: 18 | Q:  Other scientists shared that |
| 386: 19 | view, Dr. Topol, that COX-2 inhibitors |
| 386: 20 | could be beneficial to patients who have |
| 386: 21 | cardiovascular disease; is that right? |

---

**35**     **386:24 -387:11**     Topol, Eric 2005-11-22          00:00:19

| | |
|---|---|
| 386: 24 | THE WITNESS:  I already |
| 387: 1 | mentioned that there were several |
| 387: 2 | studies published, and I've cited |
| 387: 3 | them in my work, that that indeed |
| 387: 4 | was a potential benefit of COX-2 |
| 387: 5 | inhibitors in patients with |
| 387: 6 | arterial disease. |
| 387: 7 | BY MR. GOLDMAN: |
| 387: 8 | Q:  And those were the patients |
| 387: 9 | you were suggesting be studied; correct? |
| 387: 10 | A:  Patients with inflammatory |
| 387: 11 | proven artery disease, yes. |

---

**36**     **394:15-394:22**     Topol, Eric 2005-11-22          00:00:19

| | |
|---|---|
| 394: 15 | From May of 2001 through the |
| 394: 16 | time that Vioxx was withdrawn in |
| 394: 17 | September of 2004, you believed that if a |
| 394: 18 | cardiovascular outcomes study were done, |
| 394: 19 | it could show that Vioxx and Celebrex |
| 394: 20 | actually helped protect the heart; |
| 394: 21 | correct? |
| 394: 22 | A:  That's one possibility, yes. |

---

**37**     **401:19-402:11**     Topol, Eric 2005-11-22          00:00:45

| | |
|---|---|
| 401: 19 | Q:  I want to talk to you, Dr. |
| 401: 20 | Topol, about your JAMA article that you |
| 401: 21 | published in August of 2001. Okay. |
| 401: 22 | A:  Sure. |
| 401: 23 | Q:  You said on direct |
| 401: 24 | examination that you sent the manuscript |

402: 1    or the draft of the JAMA article to Merck
402: 2    to see where there were discrepancies in
402: 3    the data between the published paper that
402: 4    you were publishing and the FDA database.
402: 5    Do you remember that?
402: 6    A:  That's correct. I sent the
402: 7    paper to Dr. Demopoulos, and we already
402: 8    went through about, whether it was a
402: 9    paper version, and then Dr. Reicin
402: 10    requested an electronic version. We went
402: 11    through that this morning.

---

38    **402:23 -404:19**    Topol, Eric 2005-11-22        00:01:49

402: 23    Q:  Dr. Topol, you met with
402: 24    Merck employees in April of 2001;
403: 1    correct?
403: 2    A:  That was a meeting I
403: 3    referred to when they came to Cleveland.
403: 4    Q:  Is that the meeting where
403: 5    you said Dr. Reicin came on quite strong,
403: 6    and that you would consider her comments
403: 7    to be brazen?
403: 8    A:  I considered her remarks
403: 9    about how we would be embarrassed if we
403: 10    published it to be inappropriate, yes.
403: 11    Q:  Did Dr. Reicin or Dr.
403: 12    Demopoulos ever exert any pressure or
403: 13    influence on you during that meeting?
403: 14    A:  Well, it's Dr. Demopoulos,
403: 15    and as I conveyed -- I mean, we
403: 16    summarized this morning, but there were
403: 17    some definite difficult issues that were
403: 18    confronted, and there was no quid pro quo
403: 19    in terms of intimidation. They didn't
403: 20    say, if you don't pull this paper out and
403: 21    not take it out of its submission phase,
403: 22    such and such would happen. But it was
403: 23    not what I would consider a pleasant
403: 24    discussion.
404: 1    Q:  Actually, isn't it true, Dr.
404: 2    Topol, that you enjoyed meeting with Dr.
404: 3    Reicin and Dr. Demopoulos?
404: 4    A:  Dr. Demopoulos and I are
404: 5    colleagues, and we worked on a trial
404: 6    together, and I had no problem with Dr.
404: 7    Demopoulos.

| | | | |
|---|---|---|---|
| | | 404: 8 | I did have a problem with |
| | | 404: 9 | Dr. Reicin, who I had not met before, who |
| | | 404: 10 | used Dr. Demopoulos as an access point, |
| | | 404: 11 | who came to visit, and as I said, told me |
| | | 404: 12 | that we would regret publishing the paper |
| | | 404: 13 | because we did not have the data that |
| | | 404: 14 | Merck had, that we didn't understand that |
| | | 404: 15 | rheumatoid arthritis patients had more |
| | | 404: 16 | heart attacks, and that we would -- we |
| | | 404: 17 | were making a mistake. Those were |
| | | 404: 18 | comments that I did not find enjoyable |
| | | 404: 19 | whatsoever. |

| 39 | **404:24 -405:19** | Topol, Eric 2005-11-22 | 00:00:44 |
|---|---|---|---|
| | | 404: 24 | Q: Do you see Exhibit 5, sir? |
| | | 405: 1 | A: Yes. |
| | | 405: 2 | Q: This is an exhibit that the |
| | Link > ET5.1.1 | 405: 3 | plaintiffs used and didn't ask you about |
| | | 405: 4 | the e-mail dated April 20 of 2001 from |
| | | 405: 5 | you to Dr. Reicin. Do you see that in |
| | | 405: 6 | the middle of the page? |
| | | 405: 7 | A: Yes, I do. |
| | | 405: 8 | Q: Do you tell Dr. Reicin on |
| | | 405: 9 | April 20: 'i enjoyed the meeting with you |
| | | 405: 10 | and Laura and will have my assistant, |
| | | 405: 11 | Donna Bressan, forward you an electronic |
| | | 405: 12 | copy of the JAMA paper.' |
| | | 405: 13 | A: Yes. I certainly said that, |
| | | 405: 14 | and I was trying to be politically |
| | | 405: 15 | correct and smooth over the difficulties |
| | | 405: 16 | we had during the meeting. |
| | Link > Hide | 405: 17 | Q: Was it true what you wrote, |
| | | 405: 18 | Dr. Topol, that you enjoyed the meeting |
| | | 405: 19 | with Laura and Dr. Demopoulos? |

| 40 | **405:22 -406:7** | Topol, Eric 2005-11-22 | 00:00:21 |
|---|---|---|---|
| | | 405: 22 | THE WITNESS: To be exact, I |
| | | 405: 23 | did not enjoy some of the |
| | | 405: 24 | interactions, but I tried to be |
| | | 406: 1 | correct about keeping things on an |
| | | 406: 2 | upbeat -- when I wrote that, it |
| | | 406: 3 | was definitely to convey a sense |
| | | 406: 4 | of, let's not have any bad |
| | | 406: 5 | feelings, and I tried to convey an |
| | | 406: 6 | upbeat sense. That's what that |
| | | 406: 7 | is. |

| 41 | 413:3-413:14 | Topol, Eric 2005-11-22 | 00:00:28 |
|----|--------------|------------------------|----------|

413: 3    Q:  Dr. Topol, you actually
413: 4    thought that it would be great to get
413: 5    Merck's input on the JAMA article;
413: 6    correct?
413: 7    A:  I didn't think it would be
413: 8    great. I thought it would be -- because
413: 9    of being colleagues with Merck, because
413: 10   of having a relationship with Drs.
413: 11   DiBattiste and Demopoulos in another
413: 12   trial, I thought it was appropriate that
413: 13   we give them an opportunity to review the
413: 14   manuscript and the data.

| 42 | 414:5-415:12 | Topol, Eric 2005-11-22 | 00:01:21 |
|----|--------------|------------------------|----------|

Link > ET35.1.1    414: 5    Q:  Dr. Topol, I've handed you
414: 6    Exhibit 35, which is a series of e-mails
414: 7    starting at the bottom. It's Laura
414: 8    Demopoulos is writing to you, Dr. Topol,
414: 9    on April 28, 2001. Do you see that, sir?
414: 10   A:  Yes.
414: 11   Q:  She writes to you 'Hi, just
414: 12   wanted to let you know that Pete and I'
414: 13   -- that's Pete DiBattiste -- 'will be
414: 14   working with Alise to try to incorporate
414: 15   some of the data we discussed during our
414: 16   visit into the JAMA manuscript.' Do you
414: 17   see that, sir?
414: 18   A:  Yes. I see it. I can read
414: 19   it very well, yes.
Link > ET35.1.3    414: 20   Q:  You wrote back to Laura on
414: 21   April 28 and you said, 'Hi, Laura. That
414: 22   will be great to get your input.' Do you
414: 23   see that, sir?
414: 24   A:  Yes. But don't cut off the
415: 1    sentence, 'we haven't heard from JAMA
415: 2    yet.' That is, the paper was already
415: 3    under review at JAMA. Okay? So, the
415: 4    input was, and I told this to Laura on
415: 5    the phone, and it's not conveyed in the
415: 6    e-mail, the input was about data on the
415: 7    manuscript and the discrepancies that
415: 8    we're concerned about. And I want to be,
Link > Hide    415: 9    again, perfectly clear. We never
415: 10   received any manuscript recommendations,
415: 11   data changes from Merck, from Dr.

|       |               | 415: 12 | Demopoulos, Dr. DiBattiste or Dr. Reicin. |
|-------|---------------|---------|-------------------------------------------|

| 43 | 415:16–416:4 | Topol, Eric 2005-11-22 | | 00:00:27 |
|----|--------------|------------------------|--|----------|

| | | 415: 16 | Q: Dr. Topol, was it true what |
| | | 415: 17 | you wrote to Laura Demopoulos, that you |
| | | 415: 18 | thought it would be great to get her |
| | | 415: 19 | input on your manuscript? |
| | | 415: 20 | A: I was the one who offered |
| | | 415: 21 | the manuscript to get the input, of |
| | | 415: 22 | course. |
| | | 415: 23 | Q: You actually found some of |
| | | 415: 24 | Merck's comments to be insightful, and |
| | | 416: 1 | you wanted to incorporate them. Isn't |
| | | 416: 2 | that right, sir? |
| | | 416: 3 | A: No. I didn't get any |
| | | 416: 4 | comments. We never got any comments. |

| 44 | 416:21–417:2 | Topol, Eric 2005-11-22 | | 00:00:12 |
|----|--------------|------------------------|--|----------|

| | | 416: 21 | Q: Dr. Topol, did Merck ever |
| | | 416: 22 | provide comments to you on your JAMA |
| | | 416: 23 | paper that you subsequently published in |
| | | 416: 24 | August of 2001? |
| | | 417: 1 | A: I'm not aware of any |
| | | 417: 2 | comments. |

| 45 | 418:6–419:3 | Topol, Eric 2005-11-22 | | 00:00:58 |
|----|-------------|------------------------|--|----------|

| | Link > ET36.1.1 | 418: 6 | Q: Let me hand you what I've |
| | | 418: 7 | marked as Exhibit 35. This is an e-mail |
| | | 418: 8 | dated June 20 of 2001 from Pete |
| | | 418: 9 | DiBattiste to you, and it attaches your |
| | | 418: 10 | manuscript for the JAMA paper, doesn't |
| | | 418: 11 | it, sir? |
| | | 418: 12 | A: Yes. |
| | Link > ET36.1.2 | 418: 13 | Q: Do you see that Dr. |
| | | 418: 14 | DiBattiste is saying this to you in this |
| | | 418: 15 | e-mail, 'Laura and I have had a chance to |
| | | 418: 16 | review the most recent version of the |
| | | 418: 17 | COX-2 manuscript. Thanks for sharing it |
| | | 418: 18 | with us. We've made a few comments, |
| | | 418: 19 | embedded in the text.' |
| | | 418: 20 | Do you see that, sir? |
| | | 418: 21 | A: Yes. |
| | | 418: 22 | Q: Then if you flip the pages, |
| | | 418: 23 | you can see that on occasion, Merck made |
| | | 418: 24 | some suggestions to your paper. Do you |
| | | 419: 1 | see that, sir? |
| | | 419: 2 | A: Yes. There's just |

| | | |
|---|---|---|
| | 419: 3 | limited -- okay, I see them now, yes. |

| | | | |
|---|---|---|---|
| 46 | **419:11 -420:2** | Topol, Eric 2005-11-22 | 00:00:24 |
| | | 419: 11 | Q:  The e-mail was written to |
| | | 419: 12 | you, wasn't it, Dr. Topol? |
| | | 419: 13 | A:  The e-mail's written to me, |
| | | 419: 14 | but I don't recall ever having seen this |
| | | 419: 15 | document or the e-mail. |
| | | 419: 16 | Q:  Do you have any reason to |
| | | 419: 17 | dispute that you actually received an |
| | | 419: 18 | e-mail from Dr. DiBattiste on June 20 of |
| | | 419: 19 | 2001? |
| | | 419: 20 | A:  Well, this looks unfamiliar |
| | | 419: 21 | to me. I don't remember seeing it |
| | | 419: 22 | before. So, it's certainly something |
| | | 419: 23 | that I'm not familiar with. |
| | | 419: 24 | Q:  My question was, do you have |
| | | 420: 1 | any reason to dispute that you actually |
| | | 420: 2 | received it. |

| | | | |
|---|---|---|---|
| 47 | **420:5 -421:6** | Topol, Eric 2005-11-22 | 00:00:48 |
| | | 420: 5 | THE WITNESS:  Maybe it was |
| | | 420: 6 | sent, and I never got it. Maybe |
| | | 420: 7 | there was a problem. I don't |
| | | 420: 8 | know. But I don't remember seeing |
| | | 420: 9 | it previously. |
| | | 420: 10 | BY MR. GOLDMAN: |
| | | 420: 11 | Q:  Dr. Topol, if you'd turn to |
| Link > ET36.10.1 | | 420: 12 | the page that ends with a Bates Number at |
| | | 420: 13 | the bottom TOP1PR and then several zeros, |
| | | 420: 14 | 294? |
| | | 420: 15 | A:  294. Yes. |
| | | 420: 16 | Q:  Do you see that? |
| | | 420: 17 | A:  Sure. |
| | | 420: 18 | Q:  And here Merck is providing |
| | | 420: 19 | some input, and you see what's underlined |
| | | 420: 20 | there are their suggested comments. Do |
| | | 420: 21 | you see that? |
| | | 420: 22 | A:  Where it says 'These |
| | | 420: 23 | results'? |
| | | 420: 24 | Q:  Yes. |
| | | 421: 1 | A:  Okay. |
| | | 421: 2 | Q:  And in the section about |
| | | 421: 3 | study 085 and 090, Merck says 'These |
| | | 421: 4 | results' that you describe, 'while |
| | | 421: 5 | important, are incomplete. Would you |
| | | 421: 6 | consider' -- |

**Topol_E_Defense_Counters_Cross**

| | | | |
|---|---|---|---|
| 48 | 421:11-421:19 | Topol, Eric 2005-11-22 | 00:00:14 |

421: 11   Q:  'Would you consider
421: 12   substituting the following section to
421: 13   provide more robust data?' Do you see
421: 14   that, sir?
421: 15   A:  Yes.
421: 16   Q:  That's a question that Merck
421: 17   is asking you about whether you think it
421: 18   would be a good idea to include the
421: 19   language that follows; correct?

| | | | |
|---|---|---|---|
| 49 | 422:8-422:15 | Topol, Eric 2005-11-22 | 00:00:14 |

422: 8   THE WITNESS:  Well, I also
422: 9   want to point out, we sent this
422: 10   paper -- I sent it to Laura in
Link > Hide   422: 11   March, I believe, and submitted it
422: 12   to the JAMA, and this is the 20th
422: 13   of June. So, this is months after
422: 14   I had sent it to them, but anyway,
422: 15   please.

| | | | |
|---|---|---|---|
| 50 | 426:20-426:23 | Topol, Eric 2005-11-22 | 00:00:04 |

426: 20   All that Merck is doing
426: 21   here, by the way, is saying to you, would
426: 22   you consider including this language;
426: 23   correct?

| | | | |
|---|---|---|---|
| 51 | 427:2-427:6 | Topol, Eric 2005-11-22 | 00:00:07 |

427: 2   THE WITNESS:  Well, yes. I
427: 3   guess that's what they're saying
427: 4   in this, but we certainly didn't
427: 5   include, and I don't remember ever
427: 6   seeing this.

| | | | |
|---|---|---|---|
| 52 | 428:18-428:23 | Topol, Eric 2005-11-22 | 00:00:16 |

428: 18   Q:  If you remember, Dr. Topol,
428: 19   you actually felt that Merck's comments
428: 20   to you were insightful about the JAMA
428: 21   paper?
428: 22   A:  No. I didn't say that.
428: 23   Okay?

| | | | |
|---|---|---|---|
| 53 | 429:11-430:12 | Topol, Eric 2005-11-22 | 00:01:04 |

Link > ET37.1.1   429: 11   Q:  This is an e-mail from you
429: 12   back to Dr. DiBattiste, June 22nd of
429: 13   2001. Do you see that, sir? At the top?
429: 14   A:  Okay. Yes, I see that.
429: 15   Q:  Do you see that you wrote to

429: 16   Dr. DiBattiste, 'Thanks - your comments
429: 17   on the paper came back after it was
429: 18   resubmitted and now we have final
429: 19   acceptance and will try to weave some of
429: 20   the insightful points into the galleys.'
429: 21   Do you see that, sir?
429: 22   A:  Yes. It's nice to have this
429: 23   e-mail to help remember the interaction.
429: 24   Yes, I do remember this.
430: 1    Q:  So, you now remember getting
430: 2    comments and reviewing them, correct,
430: 3    sir?
430: 4    A:  No. I'll tell you what I
430: 5    remember exactly. The galleys -- the
430: 6    paper had been accepted, the galleys had
430: 7    already been sent back, and then after
430: 8    the fact we got this -- you know, three
430: 9    months after submitting it to Merck, we
430: 10   got these comments. I had basically
430: 11   disregarded them because the paper was
430: 12   complete, so I really never went into it.

---

54   434:9 -434:19                Topol, Eric 2005-11-22            00:00:26

434: 9    Q:  Dr. Topol, did you write to
434: 10   Dr. DiBattiste on June 22nd of 2001 that
434: 11   you would try to weave some of the
434: 12   insightful points into the galleys?
434: 13   A:  In a polite way after it was
434: 14   already finished, that was a
434: 15   communication I apparently made to Dr.
434: 16   DiBattiste, who I regarded as a long-term
434: 17   colleague, yes.
Link >  ET38.1          434: 18   Q:  Let me hand you what I'll
434: 19   mark as Exhibit 38.

---

55   435:7 -438:4                 Topol, Eric 2005-11-22            00:02:35

435: 7    Q:  This is your JAMA paper.
435: 8    A:  Uh-huh.
Link >  ET38.1.1        435: 9    Q:  That was published in August
435: 10   of 2001, isn't it, sir?
435: 11   A:  Yes.
435: 12   Q:  JAMA is a peer-reviewed
435: 13   publication, isn't it?
435: 14   A:  That's correct.
435: 15   Q:  It is a top journal?
435: 16   A:  One of the top journals.
Link >  Hide           435: 17   Q:  It's widely reviewed by

435: 18   doctors?

435: 19   A:  That's correct.

435: 20   Q:  When you wrote this article

435: 21   in JAMA, it reflected your and Dr.

435: 22   Nissen's best medical judgment about the

435: 23   potential cardiovascular risks associated

435: 24   with COX-2 inhibitors, correct, sir?

436: 1   A:  And Dr. Mukherjee and the

436: 2   input of the reviewers and the editors.

436: 3   Q:  You both had reviewed, Dr.

436: 4   Nissen and you, lots of data concerning

436: 5   COX-2 inhibitors before writing this

436: 6   paper, correct, sir?

436: 7   A:  Yes.

436: 8   Q:  Among the materials that you

436: 9   reviewed and Dr. Nissen reviewed are the

436: 10   VIGOR study, the CLASS study, study 090,

436: 11   study 085, aspirin trials; correct?

436: 12   A:  Yes.

436: 13   Q:  And very scientific

436: 14   literature, right, sir?

436: 15   A:  That's correct.

436: 16   Q:  Isn't it true, sir, that

436: 17   when you wrote this paper, you found that

436: 18   the difference in cardiovascular events

436: 19   seen in VIGOR was unexpected?

436: 20   A:  Well, I don't know if I

436: 21   would qualify it like that. I would say

436: 22   that it was significantly different, and

436: 23   that we -- there was a biologic

436: 24   mechanism. So, I don't know that you

437: 1   would want to say it was unexpected. We

437: 2   already knew that prostacyclin was

437: 3   suppressed, a critical constituent for

437: 4   blood clots and normal artery function,

437: 5   and so I don't know that you can say it

437: 6   was unexpected. It wasn't expected by

437: 7   the trialist per se, but it wouldn't be

437: 8   at all biologically implausible.

437: 9   Q:  If you'd turn to the page in

437: 10   your paper, 958.

437: 11   A:  Yes.

437: 12   Q:  Second column, last

437: 13   paragraph. Do you write in your paper

437: 14   'Our analysis has several significant

437: 15   limitations. The increase in

Link > ET38.5.6

Topol_E_Defense_Counters_Cross

437: 16   cardiovascular events in these trials was
437: 17   unexpected.' Is that what you wrote?
437: 18   A:  That's the statement I'm
437: 19   trying to put in context.
437: 20   Q:  You say --
437: 21   A:  It says, 'and evaluation of
437: 22   these end points was not prespecified,'
437: 23   so that's part of -- it's interdependent.
437: 24   If you don't anticipate the endpoints and
438: 1    some of the issues are unexpected, it's
438: 2    not a matter of biologic expectation,
438: 3    it's a matter of whether the trial is
Link > Hide          438: 4    designed to look at this question.

56    438:5 -438:19   Topoi, Eric 2005-11-22          00:00:33
438: 5    Q:  You said on direct
438: 6    examination that you felt there was no
438: 7    basis for the naproxen hypothesis. Was
438: 8    that your testimony?
438: 9    A:  That on the course of how
438: 10   this played out from 2001 when that
438: 11   naproxen hypothesis was first touted by
438: 12   Merck and put in the Targum report to the
438: 13   present, over time it was very clear that
438: 14   that could not be tenable.
438: 15   Q:  You said on direct
438: 16   examination 'The only appropriate
438: 17   conclusion...would be that there's a
438: 18   problem with the experimental drug
438: 19   Vioxx.' Right, sir?

57    439:2 -441:5   Topoi, Eric 2005-11-22          00:01:51
439: 2    Q:  Do you remember testifying
439: 3    to that?
439: 4    A:  I remember testifying, and I
439: 5    remember the statement is very clear,
439: 6    comparing a well-accepted historical
439: 7    anchor, naproxen, versus an experimental
439: 8    new drug and making the conclusion that
439: 9    the only reasonable conclusion as a
439: 10   clinical trialist is to say the
439: 11   experimental arm has a problem.
439: 12   Q:  Well, let's see what
439: 13   conclusion you reached when you wrote
439: 14   this paper in August of 2001. If you'd
Link > ET38.4.1      439: 15   turn to Page 957, the first column, last
439: 16   paragraph, 'The results of the VIGOR

Page 25 of 47

439: 17   study can be explained by either a

439: 18   significant prothrombotic effect from'

439: 19   Vioxx 'or an antithrombotic effect from

439: 20   naproxen (or conceivably both).' Do you

439: 21   see that, sir?

439: 22   A:  Not only do I see it, but I

439: 23   acknowledged this several times earlier

439: 24   today, that that's a possibility. We

440: 1    wouldn't just dismiss what Merck put

440: 2    forth. It's certainly a possibility.

440: 3    And we acknowledge it. I mentioned at

440: 4    least twice if not three times in the

440: 5    paper. I put that in the deposition --

440: 6    in the testimony earlier today.

440: 7    Q:  The reason that you felt

440: 8    that naproxen and its cardioprotective

440: 9    effects could explain the results in

440: 10   VIGOR is that naproxen had significant

440: 11   anticlotting effects, doesn't it, sir?

440: 12   A:  That's what Merck was

440: 13   advancing, that notion, but whether or

440: 14   not that was clinically meaningful was

440: 15   not ever determined.

Link > ET38.4.2   440: 16   Q:  If you look two sentences

440: 17   down, 'Naproxen has significant

440: 18   anti-platelet effects' which mean

440: 19   platelet -- 'with mean platelet

440: 20   aggregation inhibition of 93 percent

440: 21   compared with platelet aggregation

440: 22   inhibition of 92 percent for those taking

440: 23   aspirin.' Do you see that, sir?

440: 24   A:  Yes. We referenced where

441: 1    that data came from.

441: 2    Q:  You referenced where that

441: 3    data came from. That was an FDA

441: 4    document, correct, sir?

441: 5    A:  Right.

---

58     **442:3 -443:12**   Topol, Eric 2005-11-22          00:01:05

Link > ET38.4.3   442: 3    Q:  Do you see in the second

442: 4    column of your article on Page 957 you

442: 5    also say that 'naproxen, but not

442: 6    ibuprofen or diclofenac resulted in a

442: 7    high level of platelet aggregation

442: 8    inhibition similar to that achieved with

442: 9    aspirin.' Do you see that, sir?

|  | 442: 10 | A:  Yes. |
|  | 442: 11 | Q:  Then you write about |
|  | 442: 12 | flurbiprofen, which is something that the |
|  | 442: 13 | plaintiffs lawyer asked you about; right? |
|  | 442: 14 | A:  Yes. |
| Link > ET38.4.4 | 442: 15 | Q:  You wrote in JAMA, 'There is |
|  | 442: 16 | clinical evidence that flurbiprofen, 50 |
|  | 442: 17 | milligrams twice daily for 6 months, |
|  | 442: 18 | reduced the incidence of MI by 70 percent |
|  | 442: 19 | compared with placebo.' Isn't that what |
|  | 442: 20 | you wrote, sir? |
|  | 442: 21 | A:  Yes. |
| Link > ET38.4.5 | 442: 22 | Q:  Then you say 'Indobufen, |
|  | 442: 23 | another NSAID, was as effective as |
|  | 442: 24 | aspirin in preventing' and then you |
|  | 443: 1 | continue, correct, sir? |
|  | 443: 2 | A:  Yes. |
| Link > ET38.4.6 | 443: 3 | Q:  Then you say, 'Because of |
|  | 443: 4 | the evidence for an anti-platelet effect |
|  | 443: 5 | of naproxen, it is difficult to assess |
|  | 443: 6 | whether the difference in cardiovascular |
|  | 443: 7 | event rates in VIGOR was due to a benefit |
|  | 443: 8 | from naproxen or to a prothrombotic |
|  | 443: 9 | effect from' Vioxx. Do you see that? |
|  | 443: 10 | A:  As I said, this was |
|  | 443: 11 | acknowledged at least two to three times |
|  | 443: 12 | in the manuscript, yes. |

| 59 | 448:7 -449:15 | Topol, Eric 2005-11-22 | 00:01:31 |
| Link > ET38.4.7 | 448: 7 | Q:  I want to talk about Figure |
|  | 448: 8 | 3 for just a minute, Page 957, Figure 3. |
|  | 448: 9 | A:  JAMA article? |
|  | 448: 10 | Q:  Yes. |
|  | 448: 11 | A:  Figure 3? |
|  | 448: 12 | Q:  Do you see that? |
|  | 448: 13 | A:  Yes. I'm with you, yes. |
|  | 448: 14 | Q:  Let me see if I understand |
|  | 448: 15 | this and your analysis here. |
|  | 448: 16 | What you did in your paper |
|  | 448: 17 | was to take a placebo group and the rate, |
|  | 448: 18 | annualized rate of MIs or heart attacks |
|  | 448: 19 | in a placebo group, and you obtain those |
|  | 448: 20 | numbers from four different aspirin |
|  | 448: 21 | trials. Is that right? |
|  | 448: 22 | A:  No. Actually, the trials |
|  | 448: 23 | were pulled together by a British heart |

448: 24    journal paper, and we took that, which is

449: 1    the largest data set we could find, to

449: 2    have as an anchor or reference to the

449: 3    COX-2 inhibitor trials, yes.

449: 4    Q: Then you compared the

449: 5    annualized rate of myocardial infarctions

449: 6    in those four trials to the MI rate in

449: 7    VIGOR and in CLASS, the Celebrex trial,

449: 8    correct, sir?

449: 9    A: Yes.

449: 10    Q: And according to Figure 3,

449: 11    this shows that Celebrex has a higher

449: 12    annualized myocardial infarction rate

449: 13    than VIGOR. Is that right, sir?

449: 14    A: That's right, but they're

Link > Hide     449: 15    very close. They're both .80, .74, yes.

---

60    **457:12 -457:24**    Topol, Eric 2005-11-22      00:00:32

457: 12    Q: The JAMA article that you

457: 13    published prompted debate in the

457: 14    scientific community. Is that fair?

457: 15    A: I don't know about

457: 16    scientific debate. There was debate in

457: 17    the media with Merck consultants. There

457: 18    wasn't much scientific debate that I'm

457: 19    aware of. I guess there was some, but

457: 20    most of the studies, as we reviewed this

457: 21    morning, came out, the case control

457: 22    studies, six out of seven, came out with

457: 23    a significant adverse profile of Vioxx in

457: 24    these large epidemiologic studies.

---

61    **459:6 -460:9**    Topol, Eric 2005-11-22      00:01:03

459: 6    Q: You said on direct

459: 7    examination, sir, that 'Vioxx's risk has

459: 8    been evident since trials in 1999 and all

459: 9    the way through the time of withdrawal'

459: 10    in September of 2004. Do you remember

459: 11    saying that?

459: 12    A: Yes.

459: 13    Q: Then you said -- you said

459: 14    that 'There's been replication of

459: 15    untoward significant excess of events of

459: 16    heart attack, death and stroke.' Do you

459: 17    remember testifying to that, sir?

459: 18    A: Yes, I do.

459: 19    Q: And you said that based on

459: 20    that -- let me ask you this.
459: 21    The studies that you're
459: 22    referring to are VIGOR and 090. Is that
459: 23    right, sir?
459: 24    A: No. I'm referring to the
460: 1     Juni cumulative meta analysis in which on
460: 2     all of those randomized trials, I believe
460: 3     there were something like 18 of them, it
460: 4     was after VIGOR and 090 that had crossed
460: 5     the line statistically where the drug was
460: 6     proven to be hazardous for heart attack
460: 7     excess, and that's when Juni and his
460: 8     colleagues concluded that the drug should
460: 9     have been withdrawn.

---

62    461:3 -461:7    Topoi, Eric 2005-11-22    00:00:07
461: 3    Q: You never recommended that
461: 4    Merck withdraw Vioxx at any point while
461: 5    it was on the market, correct, sir?
461: 6    A: I did not recommend its
461: 7    withdrawal.

---

63    464:17 -465:15    Topol, Eric 2005-11-22    00:00:42
464: 17    Q: Look at your JAMA article
464: 18    for me, sir.
464: 19    A: Yes. And I know exactly
464: 20    what's going to be your line of
464: 21    questioning here.
464: 22    Q: If you'd turn to Page 956 --
464: 23    A: Yes.
464: 24    Q: -- do you see in the middle
Link > ET38.3.1    465: 1    column you devote a whole section to
465: 2    study 085 and study 090? Do you see
465: 3    that, sir?
Link > Hide    465: 4    A: That's right.
465: 5    Q: Yes?
465: 6    A: Yes.
465: 7    Q: And you talk about study 090
465: 8    and 085 in this article, don't you, in
465: 9    August of 2001?
465: 10    A: Yes.
465: 11    Q: You obtained information
465: 12    about study 090 from the FDA's website,
465: 13    correct, sir?
465: 14    A: Yes, but not thoroughly
465: 15    enough at this time.

64        468:19-473:3        Topol, Eric 2005-11-22            00:03:35

468: 19    Q:  Do you see in your JAMA
468: 20    article when you were writing to doctors,
468: 21    you wrote about study 085 and study 090
468: 22    together; right?
468: 23    A:  Yes.
468: 24    Q:  You did that, sir, in JAMA
469: 1     because study 085 was a twin study, an
469: 2     identical study to study 090; correct?
469: 3     A:  It is not a twin study when
469: 4     one turns out to come out differently
469: 5     than the other.
469: 6     Q:  I'm talking about the
469: 7     design, not the result. It was a twin
469: 8     study, wasn't it, sir?
469: 9     A:  No. There were significant
469: 10    differences in the design as well. They
469: 11    were both in osteoarthritis, but study
469: 12    085 and 090 had differences, for example,
469: 13    in the dose, and there was aspirin used.
469: 14    There were different -- I don't remember
469: 15    all the details, but 085 and 090 were not
469: 16    identical.
Link > ET38.3.1    469: 17    Q:  Let's look at what you wrote
469: 18    back at the time in JAMA. Do you see
469: 19    that study 085, you say, was 'a
469: 20    randomized, double-blind
469: 21    placebo-controlled trial' versus -- and
469: 22    that's the 12.5 milligram dose. Do you
469: 23    see that?
469: 24    A:  Yes.
470: 1     Q:  'Versus nabumetone,' the
470: 2     thousand milligram dose. Do you see
470: 3     that, sir?
470: 4     A:  Yes.
470: 5     Q:  That's the identical dose of
470: 6     Vioxx and nabumetone that was used in
470: 7     study 090; correct?
470: 8     A:  Yes. But as it turns out,
470: 9     there are differences, and I have to go
470: 10    to the Targum report.
470: 11    Q:  Is this what you wrote in
470: 12    your article, sir?
470: 13    A:  That is what's in the
470: 14    article. But you're asking about whether
470: 15    they are twin studies and the same, and

470: 16   they're not all the same, no.

470: 17   Q:  Do you see that study 085

470: 18   involved an evaluation of the treatment

470: 19   of Vioxx in osteoarthritis patients who

470: 20   had knee problems? Do you see that?

470: 21   A:  Yes.

470: 22   Q:  That's the same with 090,

470: 23   correct?

470: 24   A:  Yes. The patient complaint

471: 1   of knee arthritis is the same.

471: 2   Q:  The duration of the trials

471: 3   085 and 090 were also the same, six

471: 4   weeks; correct?

471: 5   A:  That's what it says here.

471: 6   I'd like to go back to the Targum report

471: 7   to verify that.

471: 8   Q:  Do you see that in your

Link > ET38.3.11   471: 9   article that you wrote, patients in 085

471: 10   were allowed to take low dose aspirin for

471: 11   cardioprotection, and for 090, aspirin

471: 12   for cardioprotection was also allowed.

471: 13   Do you see that, sir?

471: 14   A:  That's what it says in the

471: 15   article. Again, we had limited access to

471: 16   090.

471: 17   Q:  Well, the access you had to

471: 18   090, sir, is referenced on the last page

Link > ET38.6.1   471: 19   of your article in footnote 22; correct?

471: 20   A:  Which is the FDA website.

471: 21   Q:  You went to the FDA website

471: 22   to find information from the FDA about

471: 23   study 085 and 090, correct?

471: 24   A:  That's right, but that's not

472: 1   complete information. That's the

472: 2   problem.

472: 3   Q:  Let me point out, sir, that

472: 4   when you wrote your article at the time,

472: 5   do you see that you wrote for study 085

472: 6   that there were three total

472: 7   cardiovascular events in the trial, one

472: 8   for Vioxx, two for nabumetone, and none

472: 9   for the placebo group? Is that what you

472: 10   wrote in your JAMA article?

472: 11   A:  For study 085.

Link > ET38.3.9   472: 12   Q:  Did you write for study 090

472: 13   that there were 9 cardiovascular events,

**Topol_E_Defense_Counters_Cross**

|   |   |
|---|---|
| | 472: 14   6 for Vioxx, 2 for nabumetone and 1 for |
| | 472: 15   placebo? |
| | 472: 16   A:  That's what it says in the |
| | 472: 17   article. |
| Link > Hide | 472: 18   Q:  It was important to provide |
| | 472: 19   information about 085 and 090 because you |
| | 472: 20   wanted to give the people who read this |
| | 472: 21   article information about both studies; |
| | 472: 22   correct? |
| | 472: 23   A:  Well, we concentrated mainly |
| | 472: 24   on VIGOR, so we gave the other two |
| | 473: 1    studies, 085 and 090, which at that time |
| | 473: 2    we weren't as concerned, we didn't make |
| | 473: 3    much of these two studies. That's true. |

| 65 | **474:1 -474:5** | Topol, Eric 2005-11-22 | 00:00:07 |
|---|---|---|---|
| | | 474: 1   Q:  You never mentioned the | |
| | | 474: 2   results of study 085 when the plaintiffs' | |
| | | 474: 3   lawyers were asking you questions, did | |
| | | 474: 4   you, sir? | |
| | | 474: 5   A:  I wasn't asked about 085. | |

| 66 | **475:22 -476:9** | Topol, Eric 2005-11-22 | 00:00:39 |
|---|---|---|---|
| | | 475: 22   Q:  Dr. Topol, I'm going to show | |
| | | 475: 23   you at Page 958 in the first column, | |
| | | 475: 24   second full paragraph, you say, second | |
| Link > ET38.5.1 | | 476: 1    sentence, 'Two smaller studies (Study 085 | |
| | | 476: 2    and Study 090) of Vioxx 'that both | |
| | | 476: 3    allowed the use of low-dose aspirin did | |
| | | 476: 4    not demonstrate the significant increase | |
| | | 476: 5    in cardiovascular event rate noted in | |
| | | 476: 6    VIGOR.' Did you write that, sir? | |
| | | 476: 7    A:  That was in our paper, | |
| | | 476: 8    again, from the wrong data that we did | |
| Link > Hide | | 476: 9    not have access to. | |

| 67 | **476:10 -477:13** | Topol, Eric 2005-11-22 | 00:00:44 |
|---|---|---|---|
| | | 476: 10   Q:  I want to know what data you | |
| | | 476: 11   had access to after this point that you | |
| | | 476: 12   didn't have access to in -- | |
| | | 476: 13   A:  I'll be happy to go over | |
| | | 476: 14   that if you give me an opportunity. | |
| | | 476: 15   Q:      -- JAMA? | |
| | | 476: 16   A:  Page 32 of the Targum | |
| | | 476: 17   report. | |
| | | 476: 18   Q:  The Targum report you saw | |
| | | 476: 19   back in February 2001, sir? | |

476: 20   A: Right, but then we had the
476: 21   details of these patients, for example,
476: 22   placebo, coronary occlusion, and we could
476: 23   say had nothing to do with a heart
476: 24   attack.
477: 1   Q: Dr. Topol, the Targum report
477: 2   that you are relying on now for your
477: 3   review that study 090 was a signal --
477: 4   A: Yes.
477: 5   Q: -- for cardiovascular risk
477: 6   is the same report that you cite in your
477: 7   JAMA article and that you relied on in
477: 8   your JAMA article. Is that true?
477: 9   A: And we had the details of
477: 10   each of the patients.
477: 11   Q: You had that also in
477: 12   February 2001?
477: 13   A: I did not have access to it.

---

| 68 | **478:9 -478:23** | Topol, Eric 2005-11-22 | 00:00:31 |
|----|----|----|----|

Link > ET38.5.4
478: 9   Q: Dr. Topol, did you write in
478: 10   August of 2001 that 'Two smaller studies
478: 11   (Study 085 and Study 090)...did not
478: 12   demonstrate the significant increase in
478: 13   cardiovascular event rate noted in
478: 14   VIGOR'? Did you write that?
478: 15   A: That's correct.

Link > ET38.5.5
478: 16   Q: Did you also say in the next
478: 17   sentence, 'However, these studies had
478: 18   smaller sample sizes, used only 25% of
478: 19   the dose of Vioxx 'used in VIGOR, and
478: 20   had few events for meaningful
478: 21   comparison.' Did you write that then,
478: 22   sir?
478: 23   A: That's right.

---

| 69 | **481:18 -482:3** | Topol, Eric 2005-11-22 | 00:00:34 |
|----|----|----|----|

Link > Hide
481: 18   Q: I want to try to keep track
481: 19   of the numbers that you've used over time
481: 20   for study 090, and so I'm going to give
481: 21   you a chart and ask you to confirm that
481: 22   this is correct.

Link > ET38.3.9
481: 23   In your August 2001 JAMA
481: 24   article for study 090, you said that
482: 1   there were 6 cardiovascular events in the
482: 2   Vioxx group, correct?

Link > Hide
482: 3   A: Right.

**Topol_E_Defense_Counters_Cross**

| 70 | **484:19 -486:6** | Topol, Eric 2005-11-22 | 00:01:14 |
|---|---|---|---|

Link > ET41.1.2

484: 19   Q: This is an e-mail at the
484: 20   bottom that you wrote to Marlene
484: 21   Goormastic on October 25, 2004; correct?
484: 22   A: Yes.
484: 23   Q: Is that your statistician?
484: 24   A: That's the statistician,
485: 1   that's right.
485: 2   Q: And you're writing to Ms.
485: 3   Goormastic on October 25, this is a month
485: 4   after withdrawal, to do some statistical
485: 5   analysis; correct?
485: 6   A: Yes. There was subsequent
485: 7   to this as well, but this is one of the
485: 8   interactions we had.
485: 9   Q: You ask Marlene at the
485: 10   bottom, 'I need to do a test comparing
485: 11   three treatment arms - Vioxx versus
485: 12   nabumetone and then Vioxx versus the
485: 13   other two combined,' meaning nabumetone
485: 14   and placebo. 'Here are the data. Vioxx,
485: 15   7 out of 390 events.'
485: 16   A: Right.
485: 17   Q: 'Nabumetone 1 out of 392
485: 18   events. Placebo, 1 out of 196 events.'
485: 19   Is that what you wrote to her?
485: 20   A: These are events that are
485: 21   not death, heart attack or stroke. These
485: 22   are events requiring cessation of the
485: 23   drug. This is a different part of the
485: 24   Targum report. But, yes, this is one of
486: 1   the ancillary analyses that was
486: 2   performed.
486: 3   Q: This is an analysis on study
486: 4   090; correct?
486: 5   A: Study 090, but not on death,
486: 6   heart attack and stroke.

Link > Hide

| 71 | **486:7 -486:17** | Topol, Eric 2005-11-22 | 00:00:17 |
|---|---|---|---|

486: 7   Q: I'm going to write down the
486: 8   numbers for October 25 of 2004.
486: 9   A: These numbers do not
486: 10   correspond to death, heart attack and
486: 11   stroke.
486: 12   Q: I understand that.
486: 13   A: Okay. Well, I don't know

Topol_E_Defense_Counters_Cross

486: 14   what you're writing down because you're
486: 15   comparing apples and oranges now.
486: 16   Q:  7 events on Vioxx.
486: 17   A:  They're different events.

---

72   487:2-487:13   Topol, Eric 2005-11-22   00:00:16

487: 2     THE WITNESS:  You're making
487: 3     a table of events, of different
487: 4     types of events. These are events
487: 5     that are requiring cessation of
487: 6     drug with serious
487: 7     cardiovascular — I'm more focused
487: 8     on my letter in the New England
487: 9     Journal and what I'm talking about
487: 10    with 60 Minutes and those things
487: 11    you're interested in on death,
487: 12    heart attack and stroke, and
487: 13    they're different numbers.

---

73   487:15-489:9   Topol, Eric 2005-11-22   00:01:27

487: 15    Q:  The numbers that you're
487: 16    using here on October 25 have to do with
487: 17    the numbers of Vioxx patients who had to
487: 18    be discontinued in the 090 study; right?
487: 19    A:  With serious cardiovascular
487: 20    adverse events, different than death,
487: 21    heart attack and stroke. That's a
487: 22    different table.
487: 23    Q:  So, the numbers that you
487: 24    have are 7, 1 and 1.
488: 1     A:  Okay.

Link > ET41.1.2
488: 2     Q:  And you ask Ms. Goormastic
488: 3     at the bottom, 'Can you or someone run
488: 4     this and get back to me, the p values,
488: 5     RR, 95% CI?' Do you see that?
488: 6     A:  Yes.
488: 7     Q:  What you are asking her to
488: 8     do -- a p-value is a test for statistical
488: 9     significance; correct?
488: 10    A:  Yes. Yes.
488: 11    Q:  Relative risk is RR?
488: 12    A:  Yes.
488: 13    Q:  And CI is confidence
488: 14    interval, and that's another test for
488: 15    statistical significance; correct?
488: 16    A:  Yes.
488: 17    Q:  Ms. Goormastic writes back

Topol_E_Defense_Counters_Cross

488: 18   to you that same day above and says 'The
488: 19   chisquare,' that's a type of statistical
488: 20   test, correct, 'including all 3 groups is
488: 21   p equals .06,' and then here's the answer
488: 22   to your question: 'For Vioxx versus
488: 23   nabumetone chisquare' p-value is '.03.'
488: 24   Do you see that, sir?
489: 1   A:  Yes. I see that, but again,
489: 2   it's not related to my principal
489: 3   interest.
489: 4   Q:  The .03, just so the jury
489: 5   can understand and I can understand, if a
489: 6   p-value is less than .05, that means that
Link > Hide      489: 7   it's statistically significant, the
489: 8   result; correct?
489: 9   A:  That's right.

---

74   **489:10 -489:17**   Topol, Eric 2005-11-22          00:00:15
489: 10   Q:  Here, this is showing a
489: 11   statistically significant result for
489: 12   .03; is that right?
489: 13   A:  That's correct, but you're
489: 14   comparing -- you don't even know what
489: 15   these events are. So, you're just
489: 16   looking at some numbers. You don't know
489: 17   what this analysis is about.

---

75   **489:21 -489:21**   Topol, Eric 2005-11-22          00:00:01
489: 21   Q:  The next line says --

---

76   **490:3 -492:1**   Topol, Eric 2005-11-22          00:01:33
Link > ET41.1.2      490: 3   Q:  -- relative risk. Do you
490: 4   see you wrote 'Relative risk for Vioxx is
490: 5   7' -- I'm sorry, this is what Ms.
490: 6   Goormastic wrote -- 'is 7.' And then you
490: 7   have a confidence interval here that she
490: 8   writes '.9 - 56.9.' Do you see that in
490: 9   the parenthesis?
490: 10   A:  Yes.
490: 11   Q:  And if the confidence
490: 12   interval that is described there includes
490: 13   the number 1, that is, if one falls
490: 14   within .9 to 56, that means that the
490: 15   result is not statistically significant;
490: 16   correct, sir?
490: 17   A:  That's correct.
490: 18   Q:  So, Ms. Goormastic writes:

490: 19    'I was puzzled why this confidence
490: 20    interval covers 1 when the p-value is
490: 21    less than .05. I think it's due to the
490: 22    small number of events' used. Do you see
490: 23    that?
490: 24    A:  Yes, I do.
491: 1     Q:  You had talked about the
491: 2     small number of events in your JAMA
491: 3     article; right?
491: 4     A:  That's correct.
491: 5     Q:  Then she says, 'When I ran a
491: 6     logistic regression model' that's another
491: 7     way of calculating statistical
491: 8     significance, right, 'I got very similar
491: 9     results, a relative risk of 7.1,' and
491: 10    then the confidence interval there covers
491: 11    1. Correct, sir?
491: 12    A:  That's correct.
491: 13    Q:  Ms. Goormastic is telling
491: 14    you that she's puzzled because she is
491: 15    seeing with one test there's a
491: 16    statistically significant difference and
491: 17    with another one there's not?
491: 18    A:  Yes, but this is really an
491: 19    immaterial look at the data. It's not on
491: 20    death, heart attack and stroke. And it's
491: 21    not with the final review of the events,
491: 22    as you've not allowed me to go through
491: 23    patient by patient of study 090 from
Link > Hide        491: 24    Table 32 in the Targum report. You've
492: 1     not allowed me to do that.

---

77    492:5 -493:15                           00:01:01
492: 5     Q:  The reason that Ms.
492: 6     Goormastic is puzzled, Dr. Topol, is
492: 7     because one test shows that there's no
492: 8     statistically significant difference, and
492: 9     another test shows that there is;
492: 10    correct?
492: 11    A:  But it's not on the events
492: 12    of interest, Mr. Goldman.
492: 13    Q:  I'm not asking about the
492: 14    events of interest.
492: 15    You wrote the e-mail here.
492: 16    Sir, you wrote an e-mail to your
492: 17    statistician in October of 2004 because

492: 18    you thought that this answer was
492: 19    important. Is that true?
492: 20    A:  No. This is not the e-mail
492: 21    of importance. You've picked this
492: 22    e-mail. There are other e-mails that are
492: 23    considerably more important with my
492: 24    statistician, and you just picked this
493: 1    one.
493: 2    Q:  We'll get to that one, sir.
493: 3    A:  Okay.
493: 4    Q:  When you received this
493: 5    e-mail from Ms. Goormastic, it wasn't
493: 6    clear to you, sir, whether there was a
493: 7    statistically significant difference or
493: 8    not as reflected in Ms. Goormastic's
493: 9    e-mail; correct?
493: 10    A:  That really was not my
493: 11    focus. I see what you're saying here,
493: 12    but that was not my concern. The events
493: 13    here for death, heart attack and stroke
493: 14    were unclear. This is not what this
493: 15    refers to.

---

78    **504:20-505:18**    Topol, Eric 2005-11-22    00:00:54

Link > ET43.1.1    504: 20    Q:  Now, you wrote '5 out of
504: 21    390' and then you wrote '1 out of 588.'
504: 22    Do you see that in your e-mail?
504: 23    A:  Yes. And that's exactly the
504: 24    same as the New England Journal
505: 1    subsequent correspondence.
505: 2    Q:  The 588, which is the
505: 3    denominator here, that is calculated by
505: 4    taking the number of patients in the
505: 5    nabumetone group and adding them to the
505: 6    number of patients in the placebo group;
505: 7    correct?

Link > Hide    505: 8    A:  Those are control groups for
505: 9    the trial, that's right. They're not
505: 10    experimental groups.
505: 11    Q:  So, what you did was you
505: 12    took 5 events on Vioxx, and you compared
505: 13    them to 1 event in placebo and nabumetone
505: 14    combined; correct?
505: 15    A:  That is how this analysis
505: 16    was performed with the appropriate
505: 17    categorization of the endpoints and the

| | | | |
|---|---|---|---|
| | | 505: 18 | statistics. |

---

| 79 | 506:14-507:7 | Topol, Eric 2005-11-22 | 00:00:34 |
|---|---|---|---|
| | | 506: 14 | Q:  When you wrote your JAMA |
| | | 506: 15 | article and the events were 6, 2 and 1, |
| | | 506: 16 | you wrote that those numbers were too |
| | | 506: 17 | small for meaningful comparison; correct? |
| | | 506: 18 | A:  With the erroneous data, |
| | | 506: 19 | they were not appropriate to make a final |
| | | 506: 20 | judgment. |
| | | 506: 21 | Q:  The numbers, 6, 2 and 1 were |
| | | 506: 22 | so small that they couldn't be used for |
| | | 506: 23 | meaningful comparison. Correct? |
| | | 506: 24 | A:  I wouldn't use the term |
| | | 507: 1 | exactly, no. That's not the term that we |
| | | 507: 2 | use. |
| | | 507: 3 | Q:  Well, if we look back at |
| | | 507: 4 | your JAMA article, page -- |
| | | 507: 5 | A:  It says, 'had few events for |
| | | 507: 6 | meaningful comparison.' 'Few events.' |
| | | 507: 7 | That's right. |

---

| 80 | 507:10-508:21 | Topol, Eric 2005-11-22 | 00:01:20 |
|---|---|---|---|
| | Link > ET38.3.9 | 507: 10 | When the events were 6, 2 |
| | | 507: 11 | and 1 as you analyzed them in your JAMA |
| | | 507: 12 | article for Vioxx, nabumetone and |
| | | 507: 13 | placebo, you considered that to be few |
| | | 507: 14 | events for meaningful comparison; |
| | | 507: 15 | correct? |
| | | 507: 16 | A:  Well, there was no |
| | | 507: 17 | significant difference. So, that means |
| | | 507: 18 | there's no meaningful difference, yes. |
| | | 507: 19 | Q:  So now in November of 2004, |
| | | 507: 20 | when you say the numbers now are 5 for |
| | | 507: 21 | Vioxx, 1 for nabumetone and 0 for |
| | | 507: 22 | placebo, there's actually fewer events in |
| | | 507: 23 | your analysis from November of 2004 than |
| | | 507: 24 | there were in your analysis in JAMA; |
| | | 508: 1 | correct? |
| | | 508: 2 | A:  Correct. But the events are |
| | Link > Hide | 508: 3 | correct now, and they are the appropriate |
| | | 508: 4 | irrevocable endpoints of death, heart |
| | | 508: 5 | attack and stroke and not admixed with |
| | | 508: 6 | things like atrial fibrillation or a |
| | | 508: 7 | chronic occlusion that had nothing to do |
| | | 508: 8 | with a heart attack. Now we had a |
| | | 508: 9 | difference of 1.3 versus 0.2 percent. |

508: 10    And what I showed in the letter in the
508: 11    correspondence in the New England Journal
508: 12    with those numbers is that with the exact
508: 13    same Vioxx incident, 1.3 percent with
508: 14    those five events that you just cited was
508: 15    exactly the same as in the VIGOR trial,
508: 16    1.2 percent for death, heart attack and
508: 17    stroke. And there was a 7.6, that's 760
508: 18    percent excess compared with the
508: 19    controls, whether it be naproxen in VIGOR
508: 20    or nabumetone and placebo in the current
508: 21    study 090 that we're discussing.

| 81 | 509:6 -511:2 | Topol, Eric 2005-11-22 | 00:01:29 |
|----|--------------|------------------------|----------|

509: 6     Q:  Dr. Topol, the reason you
509: 7     asked your statistician to compare the
509: 8     number of events on Vioxx to the number
509: 9     of events on nabumetone and placebo
509: 10    combined is because you know that if you
509: 11    compare the number of events on Vioxx to
509: 12    just the number of events on nabumetone,
509: 13    there is no statistically significant
509: 14    difference?
509: 15    A:  That's not the appropriate
509: 16    comparison. We already went through
509: 17    this, that is, when you have drugs that
509: 18    are a control arm that are widely
509: 19    accepted and have been around for 10 or
509: 20    20 years, and you have an experimental
509: 21    drug, it is appropriate, just as Juni did
509: 22    in his analysis in the Lancet, and just
509: 23    as we did here, to compare the control
509: 24    arms with the experimental arm, which in
510: 1     this case was Vioxx.
510: 2     Q:  You didn't do that in your
510: 3     JAMA article, did you, sir?
510: 4     A:  We didn't do it in the JAMA
510: 5     article, but we didn't have the right
510: 6     data. So, of course, we couldn't do it
510: 7     in the JAMA paper. We had erroneous
510: 8     categorization of endpoints.
510: 9     Q:  The reason that you combined
510: 10    nabumetone and placebo and compared that
510: 11    to Vioxx is because you know that if you
510: 12    compare the number of events on Vioxx to
510: 13    placebo for study 090, there is no

510: 14   statistically significant difference;

510: 15   correct?

510: 16   A: That is not the reason why

510: 17   that analysis was performed that way.

510: 18   Q: Am I correct, sir, that if

510: 19   you compare 5 events on Vioxx to 0 events

510: 20   on placebo, there's no statistically

510: 21   significant difference?

510: 22   A: I don't know. We'd have to

510: 23   run the statistics on that.

510: 24   Q: You never ran that, did you?

511: 1   A: I don't remember that we ran

511: 2   it. I don't have it at hand.

---

82   **519:4 -520:3**   Topol, Eric 2005-11-22   00:00:55

519: 4   Q: Dr. Topol, you have said on

519: 5   several occasions that study 090 was not

519: 6   published; correct?

519: 7   A: That's correct.

519: 8   Q: You knew that study 090 was

519: 9   not published when you wrote your JAMA

519: 10   article, didn't you, sir?

519: 11   A: Well, I already pointed out

519: 12   earlier in our discourse, in our

519: 13   discussion. it was 2001 -- well, it was

519: 14   March of 2001 when we wrote that paper,

519: 15   and the study, we didn't even know when

519: 16   it was done, study 090. So, we give some

519: 17   allowance for when it might be published.

519: 18   But now in 2004, something is very

519: 19   concerning because it's now multiple

519: 20   years later, it's nearly 1,000 patient

519: 21   trial, it's not a trivial cohort, and it

519: 22   still hasn't shown up in the literature.

519: 23   So, there's a big difference between

519: 24   March of 2001 a year or so, two years

520: 1   after the study was completed versus six

520: 2   years after the study was completed.

520: 3   That's a big gap.

---

83   **520:18 -523:10**   Topol, Eric 2005-11-22   00:02:13

520: 18   Q: You also know that Merck

520: 19   didn't publish study 085 either; right?

520: 20   A: They did publish 085. In

520: 21   fact, there is a publication, and I can

520: 22   get that for you if you'd like. It was

520: 23   published indeed. It was 1,000 patient

520: 24   similar, but I guess Merck was happy with

521: 1   the results, but it was published.

521: 2   Q:  Well, if you can show me

521: 3   today where Merck published study 085 but

521: 4   not 090, I'd like to see that.

521: 5   A:  It's published in the Juni

521: 6   paper.

521: 7   Q:  That's not a publication,

521: 8   sir.

521: 9   A:  No. What I'm saying is it's

521: 10   cited in the Juni paper.

521: 11   Q:  Let's look at the Juni

521: 12   paper.

521: 13   A:  I believe it's cited in

521: 14   there. It's an osteoarthritis trial, so,

521: 15   I don't remember the first author, but it

521: 16   was in his analysis, and so it was 1,000

521: 17   patients. I'm trying to remember the

521: 18   exact number, 085. It was -- we have to

521: 19   back it out. 085 had 1,042 patients, and

521: 20   somewhere in this table of Figure 3, that

521: 21   is, there's 1,042 patient trial that's

521: 22   included in here and it's cited. I just

521: 23   don't --

521: 24   Q:  Dr. Topol, that 1,042 that

522: 1   you're referring to in Table 1 of Juni's

522: 2   paper which is on Page 2023 is the same

522: 3   1,042 number that you have in your JAMA

522: 4   article --

522: 5   A:  Right.

522: 6   Q:  -- when you described a

522: 7   number of patients in 085. Correct, sir?

522: 8   A:  No. But I'm trying to find

522: 9   the reference for that now, sir, that is,

522: 10   the publication. There's a publication

522: 11   based on these -- on this trial, 085.

522: 12   Let me see if I can find it in here.

522: 13   085, it's by Kivitz, et al, 2004. What's

522: 14   that number, Joe?

522: 15   MR. HAMELINE:  22.

522: 16   THE WITNESS:  Reference 22.

522: 17   Okay. Here it is. It was

522: 18   published in the Journal of

522: 19   American Geriatric Society in 2000

522: 20   and -- Reference Number 22, 2004.

522: 21   Volume 52. It's by Kivitz, et al.

522: 22   'Efficacy and safety of rofecoxib
522: 23   12-and-a-half milligrams versus
522: 24   nabumetone 1,000 milligrams in
523: 1    patients with osteoarthritis of
523: 2    the knee: A randomized control
523: 3    trial.' So it was indeed was
523: 4    published --
523: 5    BY MR. GOLDMAN:
523: 6    Q:  Dr. Topol --
523: 7    A:  -- unlike study 090.
523: 8    Q:  Dr. Topol, what you are
523: 9    looking at is a publication after
523: 10   withdrawal; correct?

| 84 | 523:13 -523:20 | Topol, Eric 2005-11-22 | 00:00:12 |

523: 13   THE WITNESS:  No. It was
523: 14   published before the withdrawal.
523: 15   That was published in early 2004
523: 16   in the Journal of the American
523: 17   Geriatric Society. It's an
523: 18   eight-page manuscript published by
523: 19   Kivitz and Colley before the
523: 20   withdrawal.

| 85 | 524:9 -526:21 | Topol, Eric 2005-11-22 | 00:01:58 |

524: 9    When you wrote your article
524: 10   in JAMA in August of 2001, you knew 090
524: 11   was not published, and you didn't say in
524: 12   your article that it should be, did you,
524: 13   sir?
524: 14   A:  We assumed every trial,
524: 15   particularly when it gets to 1,000
524: 16   patients, it's going to be published.
524: 17   That's -- this is -- we're talking about
524: 18   human experimentation. And you don't
524: 19   experiment on 1,000 patients and not
524: 20   publish the results for the rest of the
524: 21   medical community to see. That's not
524: 22   acceptable medical research.
524: 23   Q:  Did you ever write the FDA
524: 24   in August of 2001 when you knew that 090
525: 1    was not published and say that this study
525: 2    should be published because it's
525: 3    important?
525: 4    A:  We give trials or sponsors
525: 5    an allowance of time.
525: 6    Q:  Did you do that, sir?

525: 7    A:  How would we know that they

525: 8    weren't intending to ever publish the

525: 9    trial?

525: 10   Q:  You knew that study 090 was

525: 11   not published in August 2001. Did you

525: 12   ever write the FDA, did you ever write

525: 13   Merck, did you ever write anybody and say

525: 14   study 090 should be published?

525: 15   A:  We assumed that it was going

525: 16   to be published. It was soon after --

525: 17   Q:  That wasn't my question.

525: 18   Did you ever write the FDA,

525: 19   Merck or anybody else before this

525: 20   medicine was withdrawn and say that study

525: 21   090 should be published?

525: 22   A:  I have a simple answer for

525: 23   that question. Why would we do that?

525: 24   Q:  Is your answer to my

526: 1    question no, you didn't?

526: 2    A:  Yes. Why would we even

526: 3    think of doing it?

526: 4    Q:  Dr. Topol, if you thought

526: 5    that study 090 was that important and the

526: 6    events were so important that they should

526: 7    be publicized, did you ever write the

526: 8    FDA, Merck, or anybody else and say you

526: 9    should publish Study 090?

526: 10   A:  Now, Mr. Goldman --

526: 11   Q:  Can you answer that yes or

526: 12   no?

526: 13   A:  You're confusing everything

526: 14   now. It was only in '04,

526: 15   October/November '04 that we got the

526: 16   straight data. We couldn't get to the

526: 17   data. So how could we have known that it

526: 18   was statistically significant with a 760

526: 19   percent excess of heart attack in '02, in

526: 20   '01. We didn't have the data. There was

526: 21   no way of knowing that.

| 86 | **538:24 -539:20** | Topol, Eric 2005-11-22 | 00:00:45 |
|---|---|---|---|
| Link > ET46.1.1 | | 538: 24   Q:  Dr. Topol, I've handed you | |
| | | 539: 1    Exhibit 46, which is an e-mail exchange | |
| | | 539: 2    within the FDA. And I want to point your | |
| | | 539: 3    attention to November 1st, 2004. Do you | |
| | | 539: 4    know who the author is? | |

539: 5    A:  Dr. Villalba, yes, primary
539: 6    reviewer of this application.
539: 7    Q:  Dr. Villalba of the FDA
539: 8    writes 'Study 090 was conducted between
539: 9    September 1998 and May 1999. This one
539: 10    showed more CV thrombotic events on Vioxx
539: 11    than nabumetone or placebo. Topol was
539: 12    not interested in study 085 which had
539: 13    identical design and duration (6 weeks)
539: 14    and approximately same size, but showed,'
539: 15    and he underlines this, 'no differences
539: 16    in CV thrombotic events.' Do you see
539: 17    that, sir?
539: 18    A:  I see it, and I want to
539: 19    point out that a clinical trial is for 20
539: 20    years.

| 87 | **539:22-539:24** | Topol, Eric 2005-11-22 | 00:00:05 |
|----|----|----|----|

539: 22    A:  You look for signals and you
539: 23    don't disregard certain trials and look
539: 24    at certain trials

| 88 | **541:8-541:21** | Topol, Eric 2005-11-22 | 00:00:33 |
|----|----|----|----|
| | Link > ET46.1.3 | | |

541: 8    Q:  Dr. Topol, you see that Dr.
541: 9    Villalba of the FDA writes on November 8
541: 10    of 2004, 'Merck might have submitted
541: 11    study 090 results to the Agency sometime
541: 12    earlier than June 2000, but I do not
541: 13    think we would have done anything with
541: 14    it, since the number of events was small
541: 15    and there was a twin study (085) with
541: 16    identical size and duration, conducted at
541: 17    approximately the same time, that showed
541: 18    no difference in CV thrombotic events as
541: 19    compared to placebo and nabumetone.' Do

Link > Hide    541: 20    you see that, sir?
541: 21    A:  I see that.

| 89 | **541:22-542:1** | Topol, Eric 2005-11-22 | 00:00:06 |
|----|----|----|----|

541: 22    Q:  This was written after the
541: 23    drug was withdrawn; correct?
541: 24    A:  Yes. And still I was not
542: 1    informed of these dates.

| 90 | **547:16-547:22** | Topol, Eric 2005-11-22 | 00:00:12 |
|----|----|----|----|

547: 16    Q:  The Juni article shows that
547: 17    there's no increased risk associated with
547: 18    Vioxx at the 25 milligram dose, correct,

547: 19    sir?

547: 20    A:  No. No. That's not at all

547: 21    an appropriate interpretation of that

547: 22    study.

---

91    552:5 -553:22    Topol, Eric 2005-11-22                    00:01:29

552: 5    Q:  Do you also see, Dr. Topol,

552: 6    that in trial duration, do you see that

552: 7    in less than six months there's no

552: 8    statistically significant difference in

552: 9    increased cardiovascular risk in the Juni

552: 10    study?

552: 11    A:  I'm afraid the problem is

552: 12    that you're not interpreting these data

552: 13    properly because the concept -- and I can

552: 14    explain it if you'd like, about

552: 15    heterogeneity and interaction. What this

552: 16    table shows, and the most important

552: 17    aspect of the table is this column for P

552: 18    for interaction. And what this shows is

552: 19    that the duration, there's no difference.

552: 20    217 percent excess for less than six

552: 21    months. 233 percent excess for heart

552: 22    attack for greater than six months. The

552: 23    same thing for dose. Only if there's a

552: 24    p-value for interaction. And the only

553: 1    one there was, interestingly, was on the

553: 2    external endpoint committee, which is a

553: 3    topic I would have loved to address with

553: 4    you. But that is the only one that was

553: 5    significant. And that's the only thing

553: 6    you can say about this table.

553: 7    Q:  Let me ask one more time.

553: 8    A:  Yes.

553: 9    Q:  Without looking at the

553: 10    p-value that you just looked at, do you

553: 11    agree that Table 2 of the Juni study

553: 12    shows that there's no statistically

553: 13    significant difference in cardiovascular

553: 14    risk associated with the Vioxx 25

553: 15    milligram dose?

553: 16    A:  It does not show that there

553: 17    is no statistically significant

553: 18    difference, that there's no statistically

553: 19    significant -- there's nothing you can

553: 20    say about any of the doses higher or

Topol_E_Defense_Counters_Cross

553: 21  lower based on this analysis and the

553: 22  data.

Play Time for this Script:  **01:09:43**

**Total time for all Scripts in this report:**  **01:09:43**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Filed    2-13-06

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

---

### Notice of Filing Deposition Testimony
### of Carolyn Cannuscio Ph.D.

---

Plaintiff Evelyn Irvin Plunkett, as Personal Representative of the Estate of Mr. Richard

Irvin, Jr., by and through her attorneys, hereby gives notice of filing the final transcript of the

deposition testimony of Carolyn Cannuscio, Ph.D.  This testimony was played during the trial

of this cause on February 10, 2006.  A transcript is attached as Exhibit "A."

Respectfully submitted,

By: _P. Leigh O'Dell_

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
**Co-Lead Counsel**

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502

1

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

## PLAINTIFFS' LIAISON COUNSEL

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## PLAINTIFF'S STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the **13th** day of February, 2006.

_P. Leigh odell_
_____

Cannuscio_duration_list
Cannuscio, Carolyn (Vol. 01) - 10/08/2004   ***With Defense Cuts

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          9:9-9:11

9: 9     Q.   Dr. Cannuscio, will you
9:10 state your name, please?
9:11     A.   Carolyn Christa Cannuscio.


Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          13:14-13:23

13:14    Q.   You're currently employed by
13:15 Merck?
13:16    A.   I am.
13:17    Q.   And what's the position you
13:18 hold today?
13:19    A.   I'm a senior epidemiologist.
13:20 And I'm currently working only one day a
13:21 week as I'm -- I've actually begun a new
13:22 job outside of Merck, and I'm -- I'm
13:23 completing some of my tasks at Merck.


Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          14:7-14:16

14: 7    Q.   When did your status as a
14: 8 full-time employee of Merck change?
14: 9    A.   Well, while I was pregnant
14:10 last summer, so a year ago, not just this
14:11 past summer, I went down to part time
14:12 status. And then I went on maternity
14:13 leave at the end of January. My baby was
14:14 born on January 31st. So I was then on
14:15 maternity leave for about seven months
14:16 and then returned just after Labor Day.


Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          14:22-15:11

14:22    Q.   How many senior
14:23 epidemiologists were working on
14:24 Vioxx-related projects at that time?
15: Page 15
15: 1    A.   How many senior
15: 2 epidemiologists?
15: 3    Q.   Yes.
15: 4    A.   I was the -- I was the
15: 5 primary one. And I may have been --
15: 6 there may have been others. But I
15: 7 didn't -- I didn't interact with any
15: 8 other senior epidemiologists on a regular

Page 1

**PLAINTIFF'S EXHIBIT**
_A_

Cannuscio_duration_list

15: 9 basis regarding Vioxx.  There may be
15:10 other people who handle specific tasks.
15:11 I'm not sure.


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        31:19-32:20

31:19      Q.   Who were the outside
31:20 consultants that you generally referred
31:21 Vioxx issues to while you were senior
31:22 epidemiologist at Merck?
31:23      A.   So who did I ask for help as
31:24 an epidemiologist or who did Merck ask
32: Page 32
32: 1 for help?
32: 2      Q.   We'll take them one at a
32: 3 time.
32: 4           Who did you ask for help?
32: 5      A.   So in these collaborations
32: 6 I've talked to you about, for instance,
32: 7 the Ingenix United HealthCare study,
32: 8 Dr. Alex Walker works for Ingenix and
32: 9 is -- is an epidemiologist who I would
32:10 ask for help in methodological issues,
32:11 for instance.  And I mentioned to you Dr.
32:12 Mary Chester Wasko and Dr. Mark Genovese
32:13 who are rheumatologists.
32:14           So most of the people I --
32:15 in my role who I would recommend would --
32:16 would have been, you know, like Dr. Alex
32:17 Walker, an epidemiologist, to bring
32:18 methods or expertise or a clinician,
32:19 because I'm not a clinician, to provide
32:20 that kind of perspective.


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        48:21-50:9

48:21      Q.   Following the Solomon study,
48:22 did you recommend that Merck withdraw
48:23 Vioxx from the market?
48:24      A.   Following the publication of
49: Page 49
49: 1 the -- of the Solomon study in
49: 2 Circulation, no, I did not recommend that
49: 3 Merck withdraw Vioxx from the market.
49: 4      Q.   Following the completion of
49: 5 the study, but I guess that's about five
49: 6 months before its publication or six
49: 7 months, did you recommend that Merck
49: 8 withdraw Vioxx from the market?
49: 9      A.   As I've said, no, I did not
49:10 recommend to the corporation that -- that
                                    Page 2

Cannuscio_duration_list

49:11 Vioxx be withdrawn from the market.
49:12    Q.   Did Dr. Solomon?
49:13    A.   To me?
49:14    Q.   To Merck.
49:15    A.   I -- well, in my
49:16 conversations, Dr. Solomon did not
49:17 recommend to me that -- that Merck remove
49:18 Vioxx from the market, no.
49:19    Q.   Did any other authors of the
49:20 paper in Circulation recommend to Merck
49:21 that it withdraw Vioxx from the market at
49:22 that time?
49:23    A.   I don't know about any
49:24 communications the co-authors may have
50: Page 50
50: 1 had with other people at Merck.  If there
50: 2 were any, I am not aware of them.  But --
50: 3 but Dr. Solomon, Dr. Avorn, they did not
50: 4 recommend to me as an individual that --
50: 5 that Vioxx be removed from the market,
50: 6 nor did they ask me to tell Merck that
50: 7 Vioxx should be removed from the market.
50: 8    Q.   They concluded it was
50: 9 dangerous?


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          50:14-51:22

50:14    Q.   Correct?
50:15    A.   I -- I think that -- well,
50:16 you -- you're asking me for their
50:17 interpretation of the data.  They came to
50:18 relative risks that we could speak about
50:19 in detail if you -- if you wanted me to
50:20 look at the paper with you.
50:21         But to make a -- I as an
50:22 epidemiologist was trained that one
50:23 epidemiological study does not prove
50:24 anything, that it can add to a
51: Page 51
51: 1 discussion, that we can make
51: 2 observations, but that there's not proof
51: 3 as a result of an observational study.
51: 4 So that's -- I don't know what their
51: 5 conclusion was overall about -- about
51: 6 Vioxx, but they did -- they definitely
51: 7 did not say to me Merck should remove
51: 8 Vioxx from the market.  They definitely
51: 9 did not.
51:10    Q.   And in none of your
51:11 discussions with them working on the --
51:12 working with them on the project and
51:13 analyzing the data did they say this
51:14 drug's dangerous, it's a safety problem?

                                        Page 3

Cannuscio_duration_list

51:15    A.   They may have said we have
51:16 an elevated relative risk.  And -- and
51:17 they did not say to me, though, you know,
51:18 definitively this solves it, this means
51:19 that the drug is dangerous and should be
51:20 removed from the market.  No, they did
51:21 not.  They -- Dr. Solomon and Dr. Avorn
51:22 did not say that to me.


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        60:22-61:2

60:22    Q.   As a result of the excess
60:23 MIs in the VIGOR study, there was a very
60:24 real question at Merck as to whether or
61: Page 61
61: 1 not it was their drug that caused the
61: 2 deaths.  Right?


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        61:6-62:21

61: 6        THE WITNESS:  First of all,
61: 7    I cannot remember -- I cannot
61: 8    remember if in the VIGOR study the
61: 9    outcome was deaths from MI or if
61:10    it was nonfatal MIs.  So that --
61:11    that part I cannot recall about
61:12    the VIGOR study.  And I can't
61:13    remember what other elements were
61:14    in the end point, too.
61:15        But the question was raised
61:16    and discussed among scientists,
61:17    not just at Merck, but in the
61:18    broader scientific community, too.
61:19    The broader scientific community
61:20    was also asking the question, is
61:21    naproxen cardioprotective; is
61:22    Vioxx associated with increased
61:23    risk; is there some combination of
61:24    those two things.  And let's
62: Page 62
62: 1    invest in trying to get to the
62: 2    bottom of this.  And that was my
62: 3    job.  I was -- I was hired and
62: 4    asked to devote myself to pursuing
62: 5    that question.
62: 6 BY MS. LEWIS:
62: 7    Q.   And at the same time you
62: 8 were pursuing that question, Vioxx was
62: 9 being promoted and sold.  Correct?
62:10    A.   Correct.
62:11    Q.   And do you know how many

                                Page 4

Cannuscio_duration_list

62:12 Vioxx prescriptions, for example, had
62:13 been filled by the end of the VIGOR
62:14 study?
62:15     A.   No, I have no idea. I have
62:16 no idea.
62:17     Q.   You don't know how many
62:18 additional prescriptions were filled
62:19 after those results but before it was
62:20 taken off the market, do you?
62:21     A.   No. I have no idea.

          Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          64:7-64:11

64: 7     Q.   What we can agree on here
64: 8 perhaps is that it surely wasn't known at
64: 9 Merck at that time that Vioxx wasn't what
64:10 caused the heart attacks in the VIGOR
64:11 study?

          Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          64:16-65:2

64:16        THE WITNESS: I think it was
64:17     an open question whether it --
64:18     whether Vioxx was a cause of heart
64:19     attacks in patients taking it. I
64:20     think it was.
64:21 BY MS. LEWIS:
64:22     Q.   And with that open question,
64:23 do you believe it ethical as an
64:24 epidemiologist, based on your training,
65: Page 65
65: 1 for a company to continue to sell the
65: 2 product?

          Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          65:10-66:18

65:10        THE WITNESS: I personally
65:11     listening to the scientific
65:12     discussions that went on and --
65:13     and talking to people who were
65:14     experts in the field, for
65:15     instance, in pharmacoepidemiology,
65:16     for instance, talking to Dr. Alex
65:17     Walker who used to be the chair of
65:18     epidemiology at Harvard and who's
65:19     widely respected in the field, he
65:20     engaged in a study with us to try
65:21     to understand whether or not Vioxx
65:22     was associated with increased

Page 5

Cannuscio_duration_list

65:23    cardiovascular risk.
65:24        And I -- and I trust him so
66: Page 66
66: 1    completely, I trusted Dr. Guess
66: 2    and still trust Dr. Guess and
66: 3    Dr. Santanello so completely to do
66: 4    the right thing and -- and had
66: 5    full confidence that these people
66: 6    who -- with whom I was working
66: 7    also believed it truly to be an
66: 8    open question.  And -- and also,
66: 9    you know, institutional review
66:10    boards, reviewing clinical trials
66:11    and the FDA, I -- I had to trust
66:12    that -- that all of these systems
66:13    and all of these people who were
66:14    looking at all the available
66:15    evidence also shared my view that
66:16    it was an open question and that
66:17    it was, in fact, appropriate to
66:18    continue studies of the matter.


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          66:20-66:21

66:20    Q.    And in your view, it was
66:21 most definitely an open question?


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          67:1-67:2

67: 1        THE WITNESS:  I saw it as an
67: 2    open question.


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          76:23-77:2

76:23    Q.    Are you familiar with the
76:24 Kaiser Permanente August 25, 2004 study?
77: Page 77
77: 1    A.    I saw press reports of the
77: 2 Graham study I think you're referring to.


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          77:3-77:15

77: 3    Q.    Yes.
77: 4    A.    But I don't -- I don't know
77: 5 about it in detail.  Again, I was still
77: 6 on maternity leave when that study was --
77: 7 was presented.  And I didn't attend the

Cannuscio_duration_list

77: 8 scientific meeting where it was
77: 9 presented.
77:10     Q.   Generally speaking, you know
77:11 it to be a large nested, case control
77:12 study?
77:13     A.   I don't know any of the
77:14 details about the study. I just know
77:15 that it received press attention.


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        77:16-77:19

77:16     Q.   Do you know that it showed a
77:17 three times increase in the -- the rate
77:18 of an acute cardiac event for people on
77:19 50 milligrams of Vioxx?


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        77:24-80:5

77:24          THE WITNESS: I -- I don't
78: Page 78
78: 1     know about the exact results of
78: 2     the Graham study, and I'm not
78: 3     familiar with the design of the
78: 4     study or the population in which
78: 5     it was done.
78: 6 BY MS. LEWIS:
78: 7     Q.   Given your involvement with
78: 8 Vioxx and your continued role as a senior
78: 9 epidemiologist, you didn't review even
78:10 the newspaper information about the
78:11 Kaiser Permanente study?
78:12     A.   I -- I briefly read reports
78:13 of it. But remember, I was on maternity
78:14 leave when it came out, and I was also
78:15 preparing to begin a new job, which I
78:16 have begun. And I am taking care of my
78:17 child, so I was not the person
78:18 responsible for following that. In my
78:19 absence, Dr. Watson was taking care of my
78:20 responsibilities in the epidemiology
78:21 department. And my responsibilities at
78:22 home in August were -- weren't about
78:23 epidemiology. They were about being a
78:24 mother.
79: Page 79
79: 1     Q.   I understand. Do you
79: 2 understand that the authors in that study
79: 3 concluded that Vioxx increased the risk
79: 4 of acute myocardial infarction and sudden
79: 5 cardiac death at doses greater than
79: 6 25 milligrams?

Page 7

Cannuscio_duration_list

79: 7     A.    I -- I didn't know about the
79: 8 dose-specific findings from that study.
79: 9 I -- I am not familiar with the specific
79:10 data or results from that study. I am
79:11 just aware of the press reports that
79:12 there was an observation of increase in
79:13 relative risk.
79:14     Q.   Are you familiar with the
79:15 press reports that said that even at
79:16 lower doses, Vioxx appeared to have a
79:17 stronger association with heart problems
79:18 than Celebrex?
79:19     A.    From the -- from the Graham
79:20 study?
79:21     Q.   Yes.
79:22     A.    No, I'm not familiar with
79:23 that comparison with celecoxib.
79:24     Q.   Have you reviewed the recent
80: Page 80
80: 1 projection based on the Graham study of
80: 2 some 27,785 heart attacks and sudden
80: 3 cardiac deaths that would have been
80: 4 avoided if Celebrex had been used instead
80: 5 of Vioxx?


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:            80:9-80:24

80: 9        THE WITNESS: I haven't read
80:10     about that projection.
80:11 BY MS. LEWIS:
80:12     Q.   You have not seen those
80:13 numbers?
80:14     A.    You just named a
80:15 27,000-something. No, I have not heard
80:16 that number before.
80:17     Q.   At any juncture, when you
80:18 first arrived at Merck or after any study
80:19 by Merck or anyone else that reported a
80:20 health risk with Vioxx, did you take any
80:21 steps on behalf of Merck to determine how
80:22 many heart attacks or sudden deaths would
80:23 have been avoided if patients hadn't been
80:24 taking Vioxx?


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:            81:4-82:3

81: 4        THE WITNESS: In other
81: 5     words, did I extrapolate from any
81: 6     available studies and make that
81: 7     kind of calculation?
81: 8 BY MS. LEWIS:

Cannuscio_duration_list

81: 9    Q.   Yes.
81:10    A.   I personally did not do
81:11 that. I don't know if other people did
81:12 that.
81:13    Q.   You didn't see any such
81:14 calculation at Merck?
81:15    A.   No.
81:16    Q.   You weren't a part of any
81:17 such discussion?
81:18    A.   No.
81:19    Q.   At any juncture while you
81:20 were there, from when you first got there
81:21 right after VIGOR, you know, to date,
81:22 were you a part of any discussion
81:23 following a Merck study or someone else's
81:24 that showed a safety issue with Vioxx of
82: Page 82
82: 1 projected deaths or serious injuries that
82: 2 could be avoided if people no longer took
82: 3 Vioxx?


                Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:              82:6-82:12

82: 6         THE WITNESS: I think you're
82: 7     asking me if I ever calculated
82: 8     numbers like that or if I ever saw
82: 9     numbers like that calculated?
82:10 BY MS. LEWIS:
82:11    Q.   Yes.
82:12    A.   And the answer is no.


                Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:              82:13-82:15

82:13    Q.   You were never a part of any
82:14 discussion about deaths that could be
82:15 avoided if Vioxx were not prescribed?


                Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:              82:20-83:18

82:20         THE WITNESS: The -- the
82:21     supposition you're making is that
82:22     at some other point it was
82:23     determined that Vioxx was causally
82:24     related to heart attacks, and then
83: Page 83
83: 1     a step was taken then to project,
83: 2     then, based on that causal
83: 3     interpretation. And as I've said
83: 4     before, until this recent removal

                                            Page 9

Cannuscio_duration_list

| | |
|---|---|
| 83: 5 | of Vioxx from the market, it was |
| 83: 6 | my understanding that nobody in |
| 83: 7 | the scientific community at Merck |
| 83: 8 | had come to that conclusion, while |
| 83: 9 | taking into account the advice |
| 83:10 | from -- from experts as well and |
| 83:11 | from the FDA as well. |
| 83:12 | So -- and I've said -- no, I |
| 83:13 | was not part of any conversation |
| 83:14 | about projections based on |
| 83:15 | available data, projections in -- |
| 83:16 | in excess cardiovascular events, |
| 83:17 | no. Not that I can remember, |
| 83:18 | anyway. |

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        83:20-84:3

| | |
|---|---|
| 83:20 | Q.   You knew at every juncture |
| 83:21 | that if Vioxx was causing heart attacks, |
| 83:22 | the more people that took it, the more |
| 83:23 | heart attacks you'd see.  Right? |
| 83:24 | A.   If -- if it were known to be |
| 84: Page 84 | |
| 84: 1 | causal, it would follow that -- that |
| 84: 2 | there would be elevated risk in -- in |
| 84: 3 | people who were taking it. |

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        84:23-85:3

| | |
|---|---|
| 84:23 | Q.   Maybe we can get at it this |
| 84:24 | way. |
| 85: Page 85 | |
| 85: 1 | The risks that Vioxx will |
| 85: 2 | cause a heart attack didn't just begin on |
| 85: 3 | September 30, 2004.  Correct? |

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        85:7-85:24

| | |
|---|---|
| 85: 7 | THE WITNESS:  I'm trying -- |
| 85: 8 | I'm trying to -- your question is, |
| 85: 9 | did the risk with exposure begin |
| 85:10 | on -- on September whatever, the |
| 85:11 | end of September.  And now |
| 85:12 | retrospect -- retroactively going |
| 85:13 | back and looking at all the |
| 85:14 | available data today, we can make |
| 85:15 | that interpretation, that -- that |
| 85:16 | yes, there -- there was an |
| 85:17 | elevation in risk to people who |

Cannuscio_duration_list

| | |
|---|---|
| 85:18 | had taken it before.  But we |
| 85:19 | didn't have that kind of data |
| 85:20 | available prior to now.  And the |
| 85:21 | available data prior to that was |
| 85:22 | understood to leave the question |
| 85:23 | as an open one about whether or |
| 85:24 | not there was increased risk. |

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          87:9-87:13

| | |
|---|---|
| 87: 9 | Q.   Given the studies you've |
| 87:10 | seen over your four years at Merck, |
| 87:11 | you'll agree that some of the estimated |
| 87:12 | 20 million persons who took Vioxx have |
| 87:13 | suffered heart attacks as a result? |

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          87:17-87:21

| | |
|---|---|
| 87:17 | THE WITNESS:  Today, using |
| 87:18 | the data available to us now. |
| 87:19 | BY MS. LEWIS: |
| 87:20 | Q.   Yes. |
| 87:21 | A.   That's probably true. |

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          99:23-1002:10

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          102:13-102:20

| | |
|---|---|
| 102:13 | Q.   You know that in May of |
| 102:14 | 2004, Circulation published a study by |
| 102:15 | Dr. Daniel Solomon, Dr. Jerry Avorn and |
| 102:16 | others. |
| 102:17 | A.   I do. |
| 102:18 | Q.   And that was about four |
| 102:19 | months prior to the recall of Vioxx. |
| 102:20 | Correct? |

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          102:24-103:15

| | |
|---|---|
| 102:24 | THE WITNESS:  Right, about |
| 103: | Page 103 |
| 103: 1 | four months prior to the recall. |
| 103: 2 | BY MS. LEWIS: |
| 103: 3 | Q.   Do you have any idea of the |

Page 11

Cannuscio_duration_list

103: 4 number of people that took Vioxx between
103: 5 May 2004 and September 30th?
103: 6      A.   I -- again, I'm not familiar
103: 7 with prescription data, so no, I don't
103: 8 know the numbers.
103: 9      Q.   At least initially you were
103:10 identified as an author on that study.
103:11 Right?
103:12      A.   Correct.
103:13      Q.   And Merck's senior
103:14 management made a decision to remove you
103:15 as an author of that study.  Right?


          Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          103:19-104:5

103:19          THE WITNESS:  I -- I
103:20      understand that my supervisor,
103:21      Dr. Santanello, made a decision
103:22      that it would be appropriate for
103:23      me to be removed as an author.
103:24 BY MS. LEWIS:
104: Page 104
104: 1      Q.   Is she Merck senior
104: 2 management?
104: 3      A.   I don't know what -- who's
104: 4 included in the formal definition of the
104: 5 term.  She's senior to me, certainly.


          Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          108:3-109:24

108: 3      Q.   As of the time you went on
108: 4 maternity leave, you were to be named as
108: 5 an author on the paper?
108: 6      A.   The discussion had come up
108: 7 before that at various points of whether
108: 8 or not I should be included as a
108: 9 co-author.  But I believe that when I
108:10 went out on maternity leave -- when I
108:11 went out on maternity leave, I don't
108:12 think I was thinking about whether or not
108:13 I was going to be an author on the paper.
108:14 But I -- but if someone had asked me, I
108:15 would have probably thought that I would
108:16 have been an author on the paper at that
108:17 time.
108:18      Q.   You had done a lot of work?
108:19      A.   I had done a lot of work.  I
108:20 had really done a lot of work, yes.
108:21      Q.   Was your name on the
108:22 abstract that went to the FDA?
108:23      A.   I don't know if the author's

Page 12

Cannuscio_duration_list

108:24 names were included on the abstract that
109: Page 109
109: 1 went to the FDA, but it was included in
109: 2 the abstract that was presented at the
109: 3 American College of Rheumatology meeting.
109: 4       Q.   And was there a poster
109: 5 involved in that as well?
109: 6       A.   I'm sure there -- well, it
109: 7 might have been a presentation, actually,
109: 8 rather than a poster.
109: 9       Q.   And your name was included
109:10 in that?
109:11       A.   I -- I would assume so. I
109:12 would hope so. But I don't --
109:13           MR. PATRYK: I caution you
109:14      not to speculate, Doctor.
109:15           THE WITNESS: Yeah. I
109:16      haven't seen the front page of
109:17      that. But my name was definitely
109:18      on the abstract. But -- and
109:19      that's usually what people use as
109:20      the reference for these meetings.
109:21 BY MS. LEWIS:
109:22       Q.   Is it fair to say the
109:23 decision to remove you as an author was
109:24 over your objection?


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        110:4-110:16

110: 4           THE WITNESS: I -- I was
110: 5      disappointed in the decision and
110: 6      had hoped to be included as an
110: 7      author on the paper.
110: 8 BY MS. LEWIS:
110: 9       Q.   What were the reasons given
110:10 to you for removing your name as an
110:11 author on the paper?
110:12       A.   It was my understanding that
110:13 the paper didn't adequately discuss the
110:14 limitations of the data, for instance.
110:15       Q.   That was the position of
110:16 Drs. Watson, Guess and Ms. Lahner?


            Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        110:18-111:10

110:18           MR. PATRYK: Objection to
110:19      the form.
110:20           THE WITNESS: I can't speak
110:21      for all of them, but -- but
110:22      Dr. Santanello held the view and I
110:23      think still holds the view that
                                    Page 13

Cannuscio_duration_list

110:24      the paper didn't adequate --
111: Page 111
111: 1      adequately discuss or address the
111: 2      limitations of this study.
111: 3 BY MS. LEWIS:
111: 4      Q.   The final version of that
111: 5 article that doesn't have your name
111: 6 anywhere, it implies that there's no
111: 7 contribution from any Merck employee in
111: 8 study design, statistical analysis or
111: 9 preparation of the manuscript, doesn't
111:10 it?


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        111:14-112:12

    111:14        THE WITNESS: Well,
    111:15      ironically, my name is actually in
    111:16      the manuscript in -- in a
    111:17      footnote. So it actually is on
    111:18      the manuscript. So there is --
    111:19      there is a mention in there that a
    111:20      Merck epidemiologist was involved.
    111:21      I don't know if it says that I'm
    111:22      an epidemiologist, but it does say
    111:23      in a footnote Dr. Cannuscio, an
    111:24      employee of Merck.
    112: Page 112
    112: 1 BY MS. LEWIS:
    112: 2      Q.   Did that footnote remain in
    112: 3 the published article?
    112: 4      A.   It did.
    112: 5      Q.   Have you seen the published
    112: 6 article?
    112: 7      A.   I've seen photocopies of the
    112: 8 published article.
    112: 9      Q.   Who told you that the
    112:10 footnote with your name in it remained on
    112:11 the final published article in
    112:12 Circulation?


        Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        112:18-112:24

    112:18        THE WITNESS: So I haven't
    112:19      picked up the edition of
    112:20      Circulation, but I've -- I've had
    112:21      either printed PDF files or
    112:22      photocopies. And in the versions
    112:23      I've seen, at least, my name is in
    112:24      a footnote.


                    Page 14

Cannuscio_duration_list

Cannuscio, Carolyn (Vol. 01) - 10/08/2004

Page Range:          113:15-114:18

113:15     Q.    Will you confirm with me in
113:16 Exhibit 8 that your name is not in the
113:17 footnote?
113:18     A.    This sentence that says,
113:19 "Other than Dr. Cannuscio, an employee of
113:20 Merck, no authors have direct personal
113:21 financial relationship with any
113:22 pharmaceutical company." And that's on
113:23 the version in Exhibit 7 where I'm not
113:24 listed as an author. So it refers to me
114: Page 114
114: 1 as an author although I'm not listed as
114: 2 an author. And then in this copy that
114: 3 you've given me, which you said you
114: 4 downloaded --
114: 5     Q.    I downloaded Exhibit 7.
114: 6     A.    And then this one you --
114: 7     Q.    Is the published copy.
114: 8     A.    From the journal itself?
114: 9     Q.    Yes.
114:10     A.    Okay. So in that version,
114:11 the sentence that I just read is no
114:12 longer there. But I wasn't aware that
114:13 that's the way it looks in the magazine,
114:14 the journal itself. I've only seen this
114:15 version prior to right now.
114:16     Q.    Do you know who from Merck
114:17 called Circulation to get that footnote
114:18 out of the article?


Cannuscio, Carolyn (Vol. 01) - 10/08/2004

Page Range:          114:22-115:12

114:22        THE WITNESS: I -- I didn't
114:23     know that it was removed. So no,
114:24     I didn't know if a Merck person
115: Page 115
115: 1     called Circulation to have it
115: 2     removed or that a Merck person
115: 3     called to have it removed. I -- I
115: 4     didn't know it was removed.
115: 5 BY MS. LEWIS:
115: 6     Q.    The statement in the final
115: 7 published article that says, "No authors
115: 8 have direct personal financial
115: 9 relationships with any pharmaceutical
115:10 company" is somewhat misleading, given
115:11 your role in this work and drafting this
115:12 article, isn't it?

Cannuscio_duration_list

Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        116:3-116:11

116: 3      Q.   It's certainly true that at
116: 4 the time you did your work on the Solomon
116: 5 study and worked on authoring the Solomon
116: 6 paper, you had a financial relationship
116: 7 with Merck?
116: 8      A.   Right.  I was an employee of
116: 9 Merck while I was working with Dr.
116:10 Solomon -- while I was working with him
116:11 in -- in doing the study.


Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        124:21-124:24

124:21      Q.   And did you participate
124:22 actively in the study design of the
124:23 Solomon studies?
124:24      A.   I did.  I did.  Absolutely.


Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        125:13-126:8

125:13      Q.   And you did statistical
125:14 analysis and you interpreted data, didn't
125:15 you?
125:16      A.   I assisted with -- I
125:17 assisted with the study design, the data
125:18 analysis, interpretation and reviews of
125:19 the manuscript.  I -- I participated in
125:20 all of those things.  There's no question
125:21 whatsoever about whether or not I
125:22 participated in those things.
125:23      Q.   There's an acknowledgment on
125:24 the last page of Exhibit 8 that says, "We
126: Page 126
126: 1 want to thank an epidemiologist who
126: 2 participated actively in the study
126: 3 design, statistical analysis and
126: 4 interpretation of the data, and
126: 5 preparation of the manuscript."
126: 6          Are you that epidemiologist?
126: 7      A.   I would say you're welcome.
126: 8 That's -- I think that's probably me.


Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:        127:1-128:7

127: 1      Q.   While you were on maternity
127: 2 leave, did you notice the quote of the
127: 3 JAMA editor, Dr. DeAngelis, about the

Page 16

Cannuscio_duration_list

127: 4 exclusion of your name from the list of
127: 5 authors?
127: 6      A.    I remember her being quoted,
127: 7 but could you read the quote to me?
127: 8      Q.    If the people up there in
127: 9 the list of authors aren't responsible
127:10 for everything in the article,
127:11 something's wrong. It's completely
127:12 unethical.
127:13          Do you recall that?
127:14      A.    I remember that.
127:15      Q.    Do you recall reading that
127:16 she wondered whether or not Merck was
127:17 looking for the truth?
127:18      A.    Can you read me that quote?
127:19 I -- I remember her being quoted, but I
127:20 don't remember the words that she used.
127:21      Q.    Aren't they seeking truth?
127:22          Do you recall that?
127:23      A.    Oh, now -- yeah, I recall
127:24 it. And I was. I was hired to look for
128: Page 128
128: 1 answers. And that was my job. And I was
128: 2 participating in this study and others to
128: 3 try to get to the bottom of the question
128: 4 that existed about the safety of the
128: 5 COX-2 inhibitors and NSAIDs. So I, as a
128: 6 scientist, and my colleagues I think were
128: 7 actually wanting to know.


          Cannuscio, Carolyn (Vol. 01) - 10/08/2004
Page Range:          130:18-132:5

130:18          You were going to be listed
130:19 as an author, and I assumed you were in
130:20 agreement with the conclusions expressed
130:21 there.
130:22      A.    Well, I -- I agree that the
130:23 data accurately represent the protocol
130:24 that we had put together and the analysis
131: Page 131
131: 1 that we had done together. And I agree
131: 2 that those accurately reflect -- that the
131: 3 data accurately reflects the analysis
131: 4 that had been done.
131: 5      Q.    You don't share Dr.
131: 6 Solomon's feelings that Merck should have
131: 7 withdrawn the product two years before?
131: 8      A.    Did Dr. Solomon say that?
131: 9      Q.    Do you know that Dr. Solomon
131:10 stopped giving Vioxx to his patients two
131:11 years earlier?
131:12      A.    Now that you say that, I
131:13 think I remember this week reading

                                        Page 17

Cannuscio_duration_list

131:14 something like that in the newspaper.
131:15      Q.    Were you the sole Merck
131:16 epidemiologist involved in the Solomon
131:17 study?
131:18      A.    No; but I was the main
131:19 epidemiologist involved in the study.
131:20      Q.    I take it Drs. Santanello,
131:21 Guess and Watson would have in some way
131:22 helped you design the study?
131:23      A.    I consulted them.
131:24      Q.    And that study showed an
132: Page 132
132: 1 increase of heart attack among Vioxx
132: 2 users. Correct?
132: 3      A.    The relative risks for some
132: 4 of the comparisons were greater than
132: 5 1.00.


Total Length ~ 00:28:34