FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -7 PM 2:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>    STATE OF LOUISIANA, ex rel.<br>    CHARLES C. FOTI, JR.,<br>    ATTORNEY GENERAL, et al.<br>               Plaintiffs<br><br>versus<br><br>MERCK & CO., INC.,<br>            Defendant<br><br>Case No. 05-3700 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## REQUEST FOR EXPEDITED CONSIDERATION

**NOW COME** Plaintiffs, the Louisiana Attorney General, et al. (hereinafter the "State Plaintiffs") and respectfully seek expedited consideration of their motion to remand, which was filed on or about October 11, 2005, but which has not yet been set for hearing.

1.

The State Plaintiffs originally filed their suit in Orleans Parish Civil District Court on July 6, 2005. Merck removed the case on August 5, 2005. The State Plaintiffs filed a Motion to

___ Fee_____
___ Proc_____
_X_ Dkd_____
_✓_ CtRmDep_____
___ Doc. No._____

Remand on October 11, 2005.[1]  Defendant filed an Opposition to Petitioners' Motion to Remand on November 1, 2005.

2.

On December 5, 2005, Plaintiffs filed a Motion for Expedited Consideration of Motion to Remand, Or, in the Alternative, Motion to Consolidate their action with a private third-party payor case on behalf of Blue Cross of Louisiana.  The Defendant has since opposed that motion, and Plaintiffs have filed a reply.

3.

This court has set a hearing on Blue Cross of Louisiana's Motion for Leave of Court to Amend its Complaint for February 15, 2006.  Plaintiffs' motion to remand has some bearing on the Blue Cross amendment.  As such, the State Plaintiffs respectfully move that their motion to remand be set for hearing on that same date.

Respectfully submitted, this 7th day of February, 2006,

DUGAN & BROWNE, a P.L.C.

JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181

Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners

---

[1] Although the motion to remand was submitted more than 30 days from the date on which Defendant removed the action, the motion to remand was timely.  The remand deadline was extended by Order of the Eastern District of Louisiana's Chief Judge Berrigan due to the Hurricane Katrina disaster–which disaster directly prevented undersigned counsel from filing the motion to remand sooner.

**CHARLES C. FOTI, JR.**
Attorney General

TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

F:\Case Files\Vioxx\Attorney General\pleadings\pleading.003d.expeditedconsideration.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Expedited Consideration has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 7th day of February, 2006.