FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 14  PM 4: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation | ) ) ) | MDL NO. 1657<br><br>SECTION: L |
| This Document Relates to: | ) ) | HON. ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel.<br>CHARLES C. FOTI, JR.,<br>ATTORNEY GENERAL, et al.<br>　　　　Plaintiffs | ) ) ) ) | MAG. JUDGE KNOWLES |
| versus | ) ) | |
| MERCK & CO., INC.,<br>　　　Defendant | ) ) ) | |
| Case No. 05-3700 | ) ) | |

## ORDER

CONSIDERING the foregoing Request for Expedited Consideration;

IT IS HEREBY ORDERED that Petitioners', CHARLES C. FOTI, JR., et al., Motion to Remand, previously filed on or about October 11, be heard on the 15th day of February, 2006 at 9:00 a.m. before the Honorable Eldon E. Fallon, Judge, United States District Court of the Eastern District of Louisiana, 500 Poydras Street, Room C-468, New Orleans, Louisiana 70130.

___ Fee____
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

New Orleans, Louisiana, signed this 13th day of February, 2006.

JUDGE ELDON E. FALLON