UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -7 PM 1:01
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Bergman v. Merck & Co., Inc., et al.*, (E.D. La. Index No. 05-4622) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Defendant, N.O.B. PHARMACY, INC. d/b/a PEN-MILL PHARMACY ("N.O.B."), and Defendant, MERCK & CO., INC. ("Merck"), that the time for Merck to answer, move or otherwise respond in this action to N.O.B.'s Verified Answer with cross-claims is hereby extended from February 6, 2006 to and including March 6, 2006.

Dated: February 2, 2006
New York, New York

O'CONNOR, O'CONNOR, HINTZ & DEVENEY, LLP

By: _____
James E. Baker
One Huntington Quadrangle, Suite 3C01
Melville, NY 11747
(631) 777-2330

*Attorneys for Defendant N.O.B. Pharmacy, Inc.*

HUGHES HUBBARD & REED LLP

By: _____
Vilia B. Hayes
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

SO ORDERED: _____
The Honorable Eldon E. Fallon
United States District Judge

NY 1021774_1.DOC

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 7th day of February, 2006

*Dorothy H. Wimberly*

784030v.1