UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEAN ET. AL | * | CASE NO. 05-6197 |
| Plaintiff | * | |
| | * | JUDGE E. FALLON |
| VERSUS | * | |
| | * | MAGISTRATE KNOWLES |
| MERCK & CO., INC. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND TO ENROLL AS CO-COUNSEL

NOW INTO COURT, through undersigned counsel, comes counsel for plaintiff, Carolyn Bean et al, to ask this Honorable Court for an Order Enrolling, Daniel E. Becnel, Jr. as co-counsel of record. I have entered into a co-counsel agreement with Mr. Becnel to pursue this case jointly on behalf of Carolyn Bean and all other plaintiffs named in Bean et al.

As such, I request that Daniel E. Becnel, Jr. be enrolled as co-counsel of record.

DANIEL E. BECNEL, JR.
106 W. SEVENTH ST.
PO DRAWER H
RESERVE, LA 70084
(985) 536-1186
LA. BAR ROLL #2926

Respectfully submitted,

BREEZE, ROBERTS,
PONDER-BATES & ZIMMER, L.LC.
P. O. Box 888
Hillsboro, MO 63050
(636) 797-2693
FAX (636) 789-4205

Kevin C. Roberts - MoBar #31578
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the __31__ day of January, 2006 I forwarded a true and correct copy of the foregoing via facsimile to the following:

Mr. Phillip A. Wittmann
STONE PIGMAN WALTHER WITTMANN, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

Kevin C. Roberts - MoBar #31578
Attorney for Plaintiffs