

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEAN ET. AL | * | CASE NO. 05-6197 |
|     Plaintiff | * | |
| | * | JUDGE E. FALLON |
| VERSUS | * | |
| | * | MAGISTRATE KNOWLES |
| MERCK & CO., INC. | * | |
|     Defendant | * | |

**************************************

### ORDER

Having reviewed the Motion to Enroll as Counsel,

**IT IS ORDERED** that Motion to Enroll as Counsel is **GRANTED** and Daniel E. Becnel, Jr. be enrolled as counsel of record in BEAN ET. AL.

This _13_ day of _Feb_, 2006.

_____
DISTRICT JUDGE

\_ Fee
X Process
\_ Dktd
✓ CtRmDep
\_ Doc. No.