UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13 PM 4:09

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 05-4150<br><br>PAUL KURT ASHBAUGH, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | **MDL DOCKET NO. 1657**<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ENTRY OF APPEARANCE

John C. Aisenbrey and George F. Verschelden of Stinson Morrison Hecker LLP hereby enter their appearance as counsel for defendant Merck & Co., Inc.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

DB03/801960

1

John C. Aisenbrey, ED MO Bar # 45250<br>
George F. Verschelden, MO Bar # 55128<br>
STINSON MORRISON HECKER LLP<br>
1201 Walnut, Suite 2900<br>
Kansas City, Missouri 64106<br>
Phone: 816-842-8600<br>
Fax:    816-691-3495

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trail Order No. 8, on this 13th day of February, 2006.

*[Signature]*

DB03/801960

2