UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13  PM 4:08

LORETTA G. WHYTE
CLERK

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to
Case No. 05-4130

ALLEN ATKINSON, et al.,

        Plaintiffs,

v.

MERCK & CO., INC.,

        Defendant.

MDL DOCKET NO. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ENTRY OF APPEARANCE

John C. Aisenbrey and George F. Verschelden of Stinson Morrison Hecker LLP hereby enter their appearance as counsel for defendant Merck & Co., Inc.

Respectfully submitted,

_(signature)_
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

        John C. Aisenbrey, ED MO Bar # 45250
        George F. Verschelden, MO Bar # 55128
        STINSON MORRISON HECKER LLP
        1201 Walnut, Suite 2900
        Kansas City, Missouri 64106
        Phone: 816-842-8600
        Fax:   816-691-3495

        Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trail Order No. 8, on this 13th day of February, 2006.

*/s/ Timothy J. Wunder*