MINUTE ENTRY
FALLON, J.
FEBRUARY 13, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION              MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.          REF NO. 05-4046

VERSUS

MERCK & CO., INC.                         SECTION: L

BEFORE JUDGE ELDON E. FALLON        Monday, February 13, 2006, 8:30am
Courtroom Deputy: Gaylyn Lambert          (Continued from 2-10-06)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
        For plaintiffs
        Phillip Beck, Esq. and Tarek Ismail, Esq.  For defendant

## JURY TRIAL

Plaintiffs' Witnesses:

Dr. Gregory Curfman - video deposition resumes. Transcript filed into the record.
Richard Eugene Irvin III - sworn
Evelyn Russo Irvin-Plunkett - sworn
Ashley Lauren Irvin - sworn
Richard Aycock - by video deposition. Transcript filed into the record.

Plaintiffs rest subject to offering proffers and exhibits.

Court adjourned at 5:25 pm until Tuesday, February 14, 2006, at 8:00 am.

JS-10:   6:45

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.