

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 FEB 13 PM 3:49

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .............................................. | : | |

**THIS DOCUMENT RELATES TO**
***Plunkett v. Merck & Co., Inc.***, 05-4046

**ORDER**

The Plaintiff sought to introduce at trial portions of a depositions taken of Carolyn Cannuscio. In response, the Defendant objected to certain portions of the deposition and sought to offer counter-designations and affirmative designations of the same deposition testimony. The Plaintiff, however, made several objections to the Defendant's proffered deposition testimony. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __10th__ day of __February__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No ___

Overruled EF

— = Δ objections

cannuscio.txt
Annotations Report [Vioxx]

OBJECT TO DEP. TESTIMONY IN ITS ENTIRETY ON 401, 402, 403 GROUNDS

[9:9] - [9:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 9
Q. Dr. Cannuscio, will you state your name, please?
A. Carolyn Christa Cannuscio.

[13:14] - [13:23] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

Plaintiff's response

page 13
Q. You're currently employed by Merck?
A. I am.
Q. And what's the position you hold today?
A. I'm a senior epidemiologist. And I'm currently working only one day a week as I'm -- I've actually begun a new job outside of Merck, and I'm -- I'm completing some of my tasks at Merck.

Response: Dr. Cannuscio is the senior Merck epidemiologist for Vioxx. What she and Merck knew about risks, or the science, expressed in is directly relevant in this case.

[14:7] - [14:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 14
Q. When did your status as a full-time employee of Merck change?
A. Well, while I was pregnant last summer, so a year ago, not just this past summer, I went down to part time status. And then I went on maternity leave at the end of January. My baby was born on January 31st. So I was then on maternity leave for about seven months and then returned just after Labor Day.

[14:22] - [15:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 14
Q. How many senior epidemiologists were working on Vioxx-related projects at that time?
page 15
A. How many senior epidemiologists?
Q. Yes.

A. I was the -- I was the primary one. And I may have been -- there may have been others. But I didn't -- I didn't interact with any other senior epidemiologists on a regular basis regarding Vioxx. There may be other people who handle specific tasks. I'm not sure.

[60:22] - [61:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 60

Q. As a result of the excess MIs in the VIGOR study, there was a very real question at Merck as to whether or

page 61

not it was their drug that caused the deaths. Right?

[61:6] - [62:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 61

THE WITNESS: First of all, I cannot remember -- I cannot remember if in the VIGOR study the outcome was deaths from MI or if it was nonfatal MIs. So that -- that part I cannot recall about the VIGOR study. And I can't remember what other elements were in the end point, too.

But the question was raised and discussed among scientists, not just at Merck, but in the broader scientific community, too. The broader scientific community was also asking the question, is naproxen cardioprotective; is Vioxx associated with increased risk; is there some combination of those two things. And let's

page 62

invest in trying to get to the bottom of this. And that was my job. I was -- I was hired and asked to devote myself to pursuing that question.

611, 602, 403;
[redacted]
Overruled
401 & 602
EF

Response: The fact the Merck was concerned about possible risks following VIGOR is relevant. Witness testifies to direct, personal knowledge of this fact.

[62:7] - [62:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 62

Q. And at the same time you were pursuing that question, Vioxx was being promoted and sold. Correct?
A. Correct.

No context

Sustained 602

[62:11] - [62:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 62
Q. And do you know how many Vioxx prescriptions, for example, had been filled by the end of the VIGOR study?
A. No, I have no idea. I have no idea.

401-403, [redacted] 602 Response: Relevant and permissible on cross examination.

[62:17] - [62:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 62
Q. You don't know how many additional prescriptions were filled after those results but before it was taken off the market, do you?
A. No. I have no idea.

Sustained

Asked + answered/611 401-403; [redacted] 602 → Same. Different time frame

[76:23] - [77:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 76
Q. Are you familiar with the Kaiser Permanente August 25, 2004 study?
page 77
A. I saw press reports of the Graham study I think you're referring to.

[redacted], 602 overruled 801/802

Response: It's her job to know this. If she doesn't, that fact itself is relevant. 803(18)

[77:16] - [77:19] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 77
Q. Do you know that it showed a three times increase in the -- the rate of an acute cardiac event for people on 50 milligrams of Vioxx?

[77:24] - [78:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

Overruled EF

[redacted]; 602

page 77

THE WITNESS: I -- I don't

page 78

know about the exact results of the Graham study, and I'm not familiar with the design of the study or the population in which it was done.

801/802; 401-403

Same response as above

[78:7] - [78:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

403, 611

page 78

Q. Given your involvement with Vioxx and your continued role as a senior epidemiologist, you didn't review even the newspaper information about the Kaiser Permanente study?

Permissible cross examination.

[78:12] - [78:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

Overruled EF

page 78

A. I -- I briefly read reports of it. But remember, I was on maternity leave when it came out, and I was also preparing to begin a new job, which I have begun. And I am taking care of my child, so I was not the person responsible for following that. In my absence, Dr. Watson was taking care of my responsibilities in the epidemiology department. And my responsibilities at home in August were -- weren't about epidemiology. They were about being a mother.

[79:1] - [79:13] 7/27/2005 Cannuscio - 10.8.2004

Sustained EF

Author: Pete Kaufman

page 79

Q. I understand. Do you understand that the authors in that study concluded that Vioxx increased the risk of acute myocardial infarction and sudden cardiac death at doses greater than 25 milligrams?

A. I -- I didn't know about the dose-specific findings from that study. I -- I am not familiar with the specific data or results from that study. I am just aware of the press reports that there was an observation of increase in relative risk.

611; asked + answered; 602; 403

801/802

Same response as above.

803 (18)

Sustained

cannuscio.txt

[79:14] - [79:23] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 79

Q. Are you familiar with the press reports that said that even at lower doses, Vioxx appeared to have a stronger association with heart problems than Celebrex?

A. From the -- from the Graham study?

Q. Yes.

A. No, I'm not familiar with that comparison with celecoxib.

801/802; 602; 611 401-403; [redacted]

New study. Same response as above.

[79:24] - [80:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 79

Q. Have you reviewed the recent

page 80

projection based on the Graham study of some 27,785 heart attacks and sudden cardiac deaths that would have been avoided if Celebrex had been used instead of Vioxx?

801/802; 401-403; 602; 611; [redacted]

Same response as above.

[80:9] - [80:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 80

THE WITNESS: I haven't read about that projection.

Sustained

[80:12] - [80:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 80

Q. You have not seen those numbers?

A. You just named a 27,000-something. No, I have not heard that number before.

also asked + answered

Plaintiff will withdraw

[80:17] - [80:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

cannuscio.txt

611, [redacted], 401-403

page 80

Q. At any juncture, when you first arrived at Merck or after any study by Merck or anyone else that reported a health risk with Vioxx, did you take any steps on behalf of Merck to determine how many heart attacks or sudden deaths would have been avoided if patients hadn't been taking Vioxx?

[81:4] - [81:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 81

THE WITNESS: In other words, did I extrapolate from any available studies and make that kind of calculation?

Plaintiff will withdraw

[81:9] - [81:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 81

Q. Yes.

A. I personally did not do that. I don't know if other people did that.

Q. You didn't see any such calculation at Merck?

A. No.

Q. You weren't a part of any such discussion?

A. No.

[81:19] - [82:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 81

Q. At any juncture while you were there, from when you first got there right after VIGOR, you know, to date, were you a part of any discussion following a Merck study or someone else's that showed a safety issue with Vioxx of

page 82

projected deaths or serious injuries that could be avoided if people no longer took Vioxx?

Asked & answered, 611, [redacted], 401-403

Plaintiff will withdraw

[82:6] - [82:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 82
THE WITNESS: I think you're asking me if I ever calculated numbers like that or if I ever saw numbers like that calculated?
BY MS. LEWIS:
Q. Yes.
A. And the answer is no.

Plaintiff will withdraw

[83:20] - [84:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 83
Q. You knew at every juncture that if Vioxx was causing heart attacks, the more people that took it, the more heart attacks you'd see. Right?
A. If -- if it were known to be
page 84
causal, it would follow that -- that there would be elevated risk in -- in people who were taking it.

401/402
403
611, 602
Sustained
Her knowledge of risks is directly relevant in the case. Assessing risk is her job.

[87:9] - [87:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 87
Q. Given the studies you've seen over your four years at Merck, you'll agree that some of the estimated 20 million persons who took Vioxx have suffered heart attacks as a result?

[87:17] - [87:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 87
THE WITNESS: Today, using the data available to us now.

[87:20] - [87:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 87
Q. Yes.
A. That's probably true.

401/402
403
611
602
Overruled
Question directly addresses witness's job at Merck. She's making a judgment based on epidemiology.

[99:23] - [100:8] 7/27/2005 Cannuscio - 10.8.2004

Plaintiff will withdraw

cannuscio.txt

Author: Pete Kaufman

• Asked + answered (611)

page 99
Q. As the senior epidemiologist at Merck, you're familiar with the May
page 100
29, 2004 Mamdani study in the Lancet?
A. First of all, I'm not the senior epidemiologist at Merck. I'm not. I'm --
Q. As a --
A. I'm a junior scientist, and I'm -- the title happens to be senior epidemiologist.

[100:9] - [100:20] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 100
So -- and I know that Mamdani did publish a study about -- about coxibs, yes. So I'm not the senior epidemiologist.
Q. I meant to say a senior epidemiologist. I know you report to Dr. Santanello.
A. And the title -- I report to Dr. Santanello, right.
Q. Okay. And in that article, he reported a higher risk of congestive heart failure among Vioxx users.

801/802, 611, 403,

[100:21] - [101:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 100
Correct?
A. Oh, I -- I did not remember that result from the Mamdani study.
Q. You'll agree with me that
page 101
congestive heart failure is a serious safety issue?
A. I -- I would agree that cardio -- that -- that congestive heart failure is a serious medical condition.

403, 701-703;

[101:6] - [102:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 101
Q. Upon reviewing the study, did you or anyone at Merck undertake to

611 - asked + answered
602
401-403

cannuscio.txt

determine how many episodes of congestive heart failure among Vioxx users would have been prevented had Vioxx not been used?

A. So I think you're asking two questions there. Was there any effort to investigate congestive heart failure among Vioxx users? It sounds like that's the first part of your question. And -- and the second part, did anyone extrapolate from those data? Is that what you're asking?

Q. I think it will get us to the same place, yes.

A. So my understanding is that during any clinical trials, for instance, if someone has a -- what's called a

page 102

serious adverse event, that it would be tracked, investigated and reported to the FDA.

So I would assume that that would hold true for congestive heart failure, although I personally did not do research on congestive heart failure. And with regard to the second part, I'm not familiar with any projections about congestive heart failure.

cont.

Plaintiff will withdraw

[102:13] - [102:16] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 102

Q. You know that in May of 2004, Circulation published a study by Dr. Daniel Solomon, Dr. Jerry Avorn and others.

[102:17] - [102:20] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 102

A. I do.

Q. And that was about four months prior to the recall of Vioxx. Correct?

[102:24] - [103:1] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 102

THE WITNESS: Right, about

page 103

four months prior to the recall.

Overruled

[103:3] - [103:15] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 103
Q. Do you have any idea of the number of people that took Vioxx between May 2004 and September 30th?
A. I -- again, I'm not familiar with prescription data, so no, I don't know the numbers.
Q. At least initially you were identified as an author on that study. Right?
A. Correct.
Q. And Merck's senior management made a decision to remove you as an author of that study. Right?

401-403; [redacted]
602

Proper subject for cross examination

801|802; 403; 602
~~803(2)~~ 801(d)(2)

[103:19] - [104:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 103
THE WITNESS: I -- I understand that my supervisor, Dr. Santanello, made a decision that it would be appropriate for me to be removed as an author.
BY MS. LEWIS:
page 104
Q. Is she Merck senior management?
A. I don't know what -- who's included in the formal definition of the term. She's senior to me, certainly.

Question does not involve hearsay.
602? Witness knows she was removed as an author by Merck.
Relevant to rebut claims that Merck honestly wanted to investigate risk.

[108:3] - [109:20] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 108
Q. As of the time you went on maternity leave, you were to be named as an author on the paper?
A. The discussion had come up before that at various points of whether or not I should be included as a co-author. But I believe that when I went out on maternity leave -- when I went out on maternity leave, I don't think I was thinking about whether or not I was going to be an author on the paper. But I -- but if someone had asked me, I would have probably thought that I would have been an author on the paper at that

401-403

Same response.

time.
Q. You had done a lot of work?
A. I had done a lot of work. I had really done a lot of work, yes.
Q. Was your name on the abstract that went to the FDA?
A. I don't know if the author's names were included on the abstract that

page 109

went to the FDA, but it was included in the abstract that was presented at the American College of Rheumatology meeting.
Q. And was there a poster involved in that as well?
A. I'm sure there -- well, it might have been a presentation, actually, rather than a poster.
Q. And your name was included in that?
A. I -- I would assume so. I would hope so. But I don't --
MR. PATRYK: I caution you not to speculate, Doctor.
THE WITNESS: Yeah. I haven't seen the front page of that. But my name was definitely on the abstract. But -- and that's usually what people use as the reference for these meetings.

cont.

Overruled

[109:22] - [109:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 109

Q. Is it fair to say the decision to remove you as an author was over your objection?

[110:4] - [111:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 110

THE WITNESS: I -- I was disappointed in the decision and had hoped to be included as an author on the paper.
BY MS. LEWIS:
Q. What were the reasons given to you for removing your name as an author on the paper?
A. It was my understanding that the paper didn't adequately discuss the limitations of the data, for instance.
Q. That was the position of Drs. Watson, Guess and Ms. Lahner?
A. I can't --
MR. PATRYK: Objection to

401-403 → Same response as above
802-802 801(d)(2)

Line of questioning does not involve hearsay.

the form.
THE WITNESS: I can't speak for all of them, but -- but Dr. Santanello held the view and I think still holds the view that the paper didn't adequate --

page 111

adequately discuss or address the limitations of this study.

Cont.

Overruled

[111:4] - [111:10] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 111

Q. The final version of that article that doesn't have your name anywhere, it implies that there's no contribution from any Merck employee in study design, statistical analysis or preparation of the manuscript, doesn't it?

611 Permissible question for cross examination

401-403 → Same response as above

[111:14] - [112:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 111

THE WITNESS: Well, ironically, my name is actually in the manuscript in -- in a footnote. So it actually is on the manuscript. So there is -- there is a mention in there that a Merck epidemiologist was involved. I don't know if it says that I'm an epidemiologist, but it does say in a footnote Dr. Cannuscio, an employee of Merck.

page 112

BY MS. LEWIS:
Q. Did that footnote remain in the published article?
A. It did.
Q. Have you seen the published article?
A. I've seen photocopies of the published article.

[112:9] - [112:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 112

Q. Who told you that the footnote with your name in it remained on the final published article in

Overruled EF

circulation?

[112:18] - [112:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 112

THE WITNESS: So I haven't picked up the edition of Circulation, but I've -- I've had either printed PDF files or photocopies. And in the versions I've seen, at least, my name is in a footnote.

401-403 → Same response as above

[113:15] - [114:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 113

Q. Will you confirm with me in Exhibit 8 that your name is not in the footnote?
A. This sentence that says, "Other than Dr. Cannuscio, an employee of Merck, no authors have direct personal financial relationship with any pharmaceutical company." And that's on the version in Exhibit 7 where I'm not listed as an author. So it refers to me

page 114

as an author although I'm not listed as an author. And then in this copy that you've given me, which you said you downloaded --
Q. I downloaded Exhibit 7.
A. And then this one you --
Q. Is the published copy.
A. From the journal itself?
Q. Yes.
A. Okay. So in that version, the sentence that I just read is no longer there. But I wasn't aware that that's the way it looks in the magazine, the journal itself. I've only seen this version prior to right now.
Q. Do you know who from Merck called Circulation to get that footnote out of the article?

611, 401-403; assumes facts not in evidence

The fact that her name was removed from the article by Merck management is relevant to rebut Merck claims that it warned adequately.

[114:22] - [115:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 114

THE WITNESS: I -- I didn't know that it was removed. So no,

I didn't know if a Merck person

page 115

called Circulation to have it removed or that a Merck person called to have it removed. I -- I didn't know it was removed.

BY MS. LEWIS:

Q. The statement in the final published article that says, "No authors have direct personal financial relationships with any pharmaceutical company" is somewhat misleading, given your role in this work and drafting this article, isn't it?

Cont. Overruled EF

611, 401-403

Same response as above

[116:3] - [116:11] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 116

Q. It's certainly true that at the time you did your work on the Solomon study and worked on authoring the Solomon paper, you had a financial relationship with Merck?

A. Right. I was an employee of Merck while I was working with Dr. Solomon -- while I was working with him in -- in doing the study.

Overruled EF

401-403

Same response as above

[124:21] - [124:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 124

Q. And did you participate actively in the study design of the Solomon studies?

A. I did. I did. Absolutely.

[125:13] - [125:22] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 125

Q. And you did statistical analysis and you interpreted data, didn't you?

A. I assisted with -- I assisted with the study design, the data analysis, interpretation and reviews of the manuscript. I -- I participated in all of those things. There's no question whatsoever about whether or not I participated in those things.

[125:23] - [126:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 125
Q. There's an acknowledgment on the last page of Exhibit 8 that says, "We
page 126
want to thank an epidemiologist who participated actively in the study design, statistical analysis and interpretation of the data, and preparation of the manuscript."
Are you that epidemiologist?
A. I would say you're welcome. That's -- I think that's probably me.

401-403

Same response as above.

overruled

[127:1] - [128:7] 7/27/2005 Cannuscio - 10.8.2004

Author: Pete Kaufman

page 127
Q. While you were on maternity leave, did you notice the quote of the JAMA editor, Dr. DeAngelis, about the exclusion of your name from the list of authors?
A. I remember her being quoted, but could you read the quote to me?
Q. If the people up there in the list of authors aren't responsible for everything in the article, something's wrong. It's completely unethical.
Do you recall that?
A. I remember that.
Q. Do you recall reading that she wondered whether or not Merck was looking for the truth?
A. Can you read me that quote? I -- I remember her being quoted, but I don't remember the words that she used.
Q. Aren't they seeking truth?
Do you recall that?
A. Oh, now -- yeah, I recall it. And I was. I was hired to look for
page 128
answers. And that was my job. And I was participating in this study and others to try to get to the bottom of the question that existed about the safety of the COX-2 inhibitors and NSAIDs. So I, as a scientist, and my colleagues I think were actually wanting to know.

[130:18] - [131:14] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

Overruled

page 130

You were going to be listed as an author, and I assumed you were in agreement with the conclusions expressed there.

A. Well, I -- I agree that the data accurately represent the protocol that we had put together and the analysis

page 131

that we had done together. And I agree that those accurately reflect -- that the data accurately reflects the analysis that had been done.

Q. You don't share Dr. Solomon's feelings that Merck should have withdrawn the product two years before?

A. Did Dr. Solomon say that?

Q. Do you know that Dr. Solomon stopped giving Vioxx to his patients two years earlier?

A. Now that you say that, I think I remember this week reading something like that in the newspaper.

801-802
602
401-403

[131:15] - [132:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 131

Q. Were you the sole Merck epidemiologist involved in the Solomon study?

A. No; but I was the main epidemiologist involved in the study.

Q. I take it Drs. Santanello, Guess and Watson would have in some way helped you design the study?

A. I consulted them.

Q. And that study showed an

page 132

increase of heart attack among Vioxx users. Correct?

A. The relative risks for some of the comparisons were greater than 1.00.

The results of a study showing an increased risk, and in which a Merck scientist participated, are relevant.

403
701-703
401-402

Witness is obviously qualified to interpret epidemiological studies. Moreover, this is simply a fact question.

[135:5] - [135:20] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 135

Q. Are you aware or were you aware during your time at Merck, or you're still there, but while you were actively at Merck, of any studies showing reports of excess incidences of hypertension in Vioxx users?

A. I remember discussions of

401-403

Plaintiff will withdraw balance of the designation.

coxibs and NSAIDs and attending hypertension in coxib and NSAID users, but I don't remember specific studies -- except I know that -- or I think that at some scientific meeting, Dr. Solomon had presented administrative data about hypertension. But other than that, I don't -- am not familiar with specific studies.

cont.

[136:17] - [137:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 136
Q. Do you recall the article titled Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: An observational cohort study from the Lancet?
A. May I please take a look?
Q. Sure.
A. Thanks.
page 137
Yes, I've seen this study before.

401-402

701-702

[138:21] - [139:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 138
Q. Doctor, if I may, he's saying what he said there.
But you knew at the time that those authors were concluding that
page 139
there is no evidence of cardioprotective benefits of naproxen?
A. How I would interpret this as an epidemiologist is that this study did not show -- and I have not gone through the data in detail, but according to his conclusion, this study did not show a cardioprotective effect of naproxen. And to me it sounds like he's saying the issue is still -- this is still an open question, because we would need evidence from a randomized control trial before we would advocate for using naproxen as a cardioprotective agent or before making a conclusion about naproxen being cardioprotective.
Q. So your view of the world there is that as of October 2002, there was no evidence that naproxen was cardioprotective, because you didn't have those randomized studies you were just --

Sustained

[140:7] - [140:21] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 140

THE WITNESS: And -- and -- okay. So this is also January 2002. And I don't know which naproxen articles came before or after. But I think what -- what this is saying is that this is one epidemiological study in the literature about naproxen. And that definitive decision about clinical practice, that the most important thing to consider is data from randomized control trials.

So that's how I read and understand this.

401-402

701-702

Sustained

[140:23] - [141:9] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 140

Q. You'll -- you'll concede that he at least concluded, based on what

page 141

he had done there, that there was a -- was not a cardioprotective effect of naproxen, based on that?

A. I would agree that in this study Dr. Ray did not observe reduced relative risk of MI for users of naproxen. I would agree that that's consistent with at least my quick review of what this article says.

701-702

401-402

[141:13] - [141:18] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

SIDEBAR

page 141

Q. That's all right. -- that Dr. Ray has concluded that there are serious doubts about the safety of Vioxx at 50 milligrams due to risk of heart -- heart attack and sudden cardiac death. Correct?

701/702

602

Sustained

[142:17] - [144:2] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 142

A. Okay. So it's not a quote, but you're asking me what I know globally about what Dr. Ray thinks.
Q. Yes. As a senior epidemiologist at Merck who kept, I assume, close tabs on what was happening in the scientific community with regard to rofecoxib, Vioxx, and all sorts of

page 143

other things for four years.
A. Rofecoxib and Vioxx and all sorts of other things. Okay. I -- that -- that you're asking me about Dr. Ray.
Q. Right.
A. And what are you asking me about Dr. Ray?
Q. And are you aware that during that time that he raised serious concerns about the safety of Vioxx at 50 milligrams because of the risk of heart attack and sudden cardiac death?
A. Well, I know from looking at Exhibit 37 and having read Dr. Ray's article in the Lancet, Dr. Ray's research letter from October 5, 2002, that he was interested in the question of COX-2 inhibitors and risk of serious coronary heart disease and that he was interested in the topic and that he conducted research on the matter. I don't know what his conclusion was and the weight he put on this or any other data. So I

page 144

really -- I wish not to speak for Dr. Ray's opinion on the matter.

701/702

602

401-402

Sustained

[144:3] - [145:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 144

Q. Do you agree that he's highly respected in the field of pharmacoepidemiology?
A. I know that Dr. Guess, who is one of the people I respect very, very much in the field, holds Dr. Ray in high esteem.
Q. Okay. You know that he indicated that the methods Dr. Ray used in his paper were similar to those Merck used in the GPRD study?
MR. PATRYK: "He" being Dr. Guess?
BY MS. LEWIS:
Q. Yes. Looking at the Ray study of the Tennessee Medicaid.
A. So specifically you're asking me if the first paper -- I -- I

602

401-403

401-403

602

701-702

don't know which one you're referring to.

Q. I'm not even focussing on a paper right now.

A. You asked me about a study,

page 145

though. Which study were you asking me about, I'm sorry?

Q. The study of the Tennessee Medicaid.

A. The study of the Tennessee Medicaid. This -- this study is done in Tennessee Medicaid and this study is done in Tennessee Medicaid.

Q. Okay. January 2002.

A. Okay.

Q. Do you agree that the overall quality of that study is excellent?

A. Like I said, I just sat here and very quickly looked at this again. So I don't want to form an opinion now. I -- I did tell you, and it's absolutely true that Dr. Guess, whose opinion I really respect, has always spoken highly of Dr. Ray. But I have not sat down and thought through the specific limitations or strengths of this study. And there -- there are strengths and limitations to every epidemiological study.

Cont.

It is not her analysis. It is someone else's. She has not made an analysis herself

Sustained

[146:7] - [146:17] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 146

Q. Let me show you Exhibit 16.

A. Okay.

Q. It appears to be a January 2002 e-mail --

A. January 2002. Okay.

Q. -- from Dr. Watson.

A. Okay.

Q. And it in the highlighted portions notes that Dr. Ray is highly respected in the field of pharmacoepidemiology.

401-403
602
802-803

Sustained

[148:13] - [149:5] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 148

You didn't do the analysis of the Lancet article. Dr. Watson did?

A. Dr. Watson, exactly, went through and stipulated point by point the strengths and limitations of the study.

Q. Okay. So where he says, "The overall quality of Dr. Ray's study

see below

Sustained EF

sidebar/ 611 – Improper Commentary; asked + answered
. 801-802
. 602

is excellent," or "The design is an 'inception cohort' which is a preferred way," you don't have a comment one way or the other. That was Dr. Watson's job, not yours, at that time. Correct?

page 149

A. With regard to this specific study, Dr. Watson is the person who went through and made the point-by-point analysis of the strengths and limitations of Dr. Ray's study.

[149:22] - [151:12] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

–611 – No Context
–401-402
–602
; overruled

page 149

Q. Would each of the studies on Vioxx be a part of -- cross your desk and be a part of the daily discuss --

page 150

discussion of the epidemiology group?

A. Every study?

Q. Yes.

A. I -- I think it's fair to say that not every single study in the universe of studies on Vioxx would necessarily cross my desk.

602
401-402

Q. Someone within Merck would evaluate every single study in the universe of studies about Vioxx, I trust?

A. I think no one individual would evaluate every single study, so I think it's fair to say no one individual would have the role of evaluating every single study from clinical pharmacology studies, animal studies, clinical trials, epidemiologic studies. A team -- you know, a huge group of people would be following the literature.

611
602
401-402
Sustained EF

Q. And there are only three epidemiologists on Vioxx; is that right?

A. I don't think that I said that there are only three people with epidemiology training who have -- have

page 151

any responsibility for Vioxx. I -- I think there may be people in plenty of other parts of the company who have epidemiology training who work on Vioxx. I'm sure, as a matter of fact, there are other people with epidemiology training who have at some point worked on Vioxx. So I wouldn't say that there are only three people who have epidemiology training who have worked on Vioxx. I don't think that's fair -- a fair way to characterize what I said.

[152:17] - [153:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 152
Q. Any -- any -- any study of Vioxx that concludes there's an association between use of Vioxx and any heart disease would be something you would expect to reach the Merck epidemiology department. Correct?
A. You just said "any study." And I think what I said to you, and I
page 153
truly mean it, is that there's no possible way that I would see every single study that's ever done on Vioxx. There are studies in the realm of, you know, animal studies, clinical pharmacology, clinical trials, epidemiology studies. I would never claim to have read every study related to Vioxx. I -- I just wouldn't. And -- and that's why large groups of people, you know, have worked on the -- on the product. It certainly wasn't a one-person effort.

401-403
611
Overruled

[155:9] - [157:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

Overruled

page 155
Q. Do you recall the study that concluded there was a 2.38 relative risk of myocardial infarction, struck -- stroke and sudden death among users of version?
A. That doesn't help me know which study you are referring to. It really doesn't. I just -- I'm trying to be helpful to you and understand that we're on the same page of what study we're talking about. And there have been a lot of numbers that have come out in the literature. So I haven't memorized specific numbers.

611 - Vague, assumes conclusion
401-402

Q. Do you recall the study that had that number, 2.38?
page 156
A. Like I said about this, I think that this is a study I've read, but it's not the form in which I've read it. So I don't know, without reviewing the entire thing, if we're talking about the same paper.

611 - asked + answered; same as above
401-402

Q. But really what -- I'm sure it is the one you've read, and I also don't know how many Cleveland Clinic studies there were published in JAMA in that year that --

611 - Improper question, sidebar commentary

A. There may be many. There could be many. It's a huge, productive research institution.
So I -- like I said, I think that this is the same study I've seen, and I'm familiar with Dr. Topol and Nissen having done a meta-analysis where they compared data from VIGOR and CLASS to aspirin trial data, but I'm trying to see if this is the same paper.
Q. And while you may have criticisms of their analysis or studies, you know that they concluded that there
page 157
was a 2.38 relative risk of myocardial infarction, stroke and sudden death among users of Vioxx. Correct?

Cont. Overruled
611 Question w/o an answer
401-402
701-702

[157:19] - [158:13] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 157
Q. Let me object to the responsiveness.
The method there is not the focus of my question.
You know they found an excess risk in users of Vioxx of
page 158
myocardial infarction, stroke and sudden death?
A. Again, you're talking about end points, and I don't remember the specific end points. They conducted this analysis. I'm familiar in general with the analysis. I'm telling you what I'm familiar with about their analysis. And so -- and -- and if you'd like, I can sit here and read the whole thing and talk to you about it in, you know, some level of detail, but I'm telling you what I remember about this study.

Overruled
611
Debate Commentary
401-402
701-702
611

[158:15] - [159:8] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 158
While you were at Merck, did you consider that to be any evidence at all that Vioxx use might cause MIs, strokes or sudden death?
A. Among the types of evidence that are available, I did not consider this to be among the strongest types of evidence available. I would have -- I would have put this in the context of information from clinical trials and

Overruled
401-402

page 159
epidemiological studies. And -- and I would not have weighed this study as heavily as a clinical trial, for instance.
Q. But you did consider it some evidence?
A. I considered it in the pool of available data.

Cont. overruled

[159:19] - [160:24] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 159
Q. Dr. Cannuscio, are you familiar with the October 2001 Konstam/Shapiro article?
A. I may have read it at some point, but I don't remember it or the details in it.
page 160
Q. Okay. You know that Dr. Shapiro is a Merck statistician?
A. Deborah Shapiro, Dr. Deborah Shapiro?
Q. Yes?
A. Yes.
Q. And Dr. Reicin is a Merck clinical researcher. Correct?
A. Right.
Q. And they're included among the authors of that article. Correct?
A. Like said, I don't remember the specific article, but they've been authors on several publications.
Q. Exhibit 24 is the Konstam article. I don't have a lot of questions about this article.
Let me just ask this: Do you know what APTC events are?
A. Antiplatelet trialists' collaborations. I don't know the details of all the things that -- that satisfy an APTC end points but I've certainly seen lists of APTC end points.

401-402
701-702
602
Sustained

[162:4] - [163:1] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 162
Q. Were epidemiologists at Merck made aware of the fact that there was a doubling of APTC events in people taking 50 milligrams of Vioxx?
A. Overall in the world are you saying or --
Q. In this study.

602
401-402
701-702

Sf

Sustained

A. Like I said, I don't remember the details of this study. And I don't want to form an opinion on -- on this paper that I'm not --
Q. That's fine.
A. That I don't recall.
Q. We'll just have Exhibit 24 as the paper that includes several Merck authors. And let me ask you this: If the data in a Merck-authored paper shows a doubling of certain features of cardiovascular risk, would you -- would you consider that as some evidence of the increased risk of cardiovascular disease

page 163

from Vioxx?

Cont.

.611
.701-702
.602
.401-402

[163:9] - [164:3] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 163

Q. In gathering your evidence as an epidemiologist at Merck, you would consider results of data analysis, particularly those results by Merck statisticians and clinical researchers. Correct?
A. When you say in particular those results from Merck statisticians and clinical researchers, I would not use the same emphasis that you just used and say in particular. I would -- I would say that I would evaluate each study as I sat and read each study and then based my judgment on what I knew at that point about what other data were available.
Q. Okay. And for any increased

page 164

risk of cardiovascular disease in a study, that would be one more piece of evidence?

Sustained

611 - Question w/o an answer

[164:20] - [165:4] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

Sf

Overruled

page 164

Q. Each of the studies that we discussed provide data analysis. And to the extent any of the data and the analysis of the data show an increased risk of cardiovascular events in users of

page 165

Vioxx, you consider that as some evidence, as you continue gathering evidence, that Vioxx can be dangerous with regard to cardiovascular disease?

- 401-402, 403
- 611
- 602
- 701-702

[165:9] - [166:6] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 165
THE WITNESS: I would -- I would evaluate evidence that came in anywhere on the issue and evaluate each study on its own merit, if that's what your question is.
BY MS. LEWIS:
Q. That is part of the question. And then each piece of evidence you keep. And it begins to add up; is that correct?
A. I -- I would say that it's true, that there's -- there's a growing body of evidence over time for this or any other scientific question that remains unanswered, you know, that
page 166
evidence accrues over time. I think it's true that evidence accrues over time, one way or another.
Q. And the evidence here that accrued over time is that Vioxx causes MIs and strokes?

Cont. Overruled

Sustained

611- Question w/o an answer
701-702

[166:19] - [167:15] 7/27/2005 Cannuscio - 10.8.2004

Author: Rachael Raymon

page 166
Q. I take it, it wouldn't be an opinion question that Vioxx -- that you read that Vioxx was recalled by Merck because of an excess of myocardial infarctions and strokes caused by Vioxx use. Correct?
page 167
A. It -- it is correct that Merck withdrew Vioxx upon a decision after reviewing data from the latest released clinical trial, the APPROVe study. And that in that study it was observed that after 18 months of use, there was an increased risk observed in people using Vioxx compared to placebo. So I agree that Merck withdrew the drug and made a determine -- Merck, as a company, made a determination that at that point there was enough information to pull Vioxx from the market because of cardio -- concerns about cardiovascular risk.

Sidebar commentary

- Assumes facts not in evidence (reference to strokes)

Overruled

[168:18] - [169:6] 7/27/2005 Cannuscio - 10.8.2004