UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13 PM 3: 50

LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
   *Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The Plaintiff sought to introduce at trial portions of a depositions taken of Dr. Gregory Curfman. In response, the Defendant objected to certain portions of the deposition and sought to offer counter-designations and affirmative designations of the same deposition testimony. The Plaintiff, however, made several objections to the Defendant's proffered deposition testimony. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __10th__ day of __February__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED