FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 FEB 13  PM 3: 43

LORETTA G. WHYTE
CLERK

:       MDL NO. 1657

IN RE: VIOXX                            :

    PRODUCTS LIABILITY LITIGATION       :       SECTION:  L

                                        :

                                        :       JUDGE FALLON

                                        :       MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO
    *Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

The parties sought to introduce at trial portions of depositions taken of Daniel Pacetti,

Barry Kass, and John Weeks.  Each party, however, made several objections to the other's

proffered deposition testimony.  The Court ruled on these objections.  The Court's rulings are

noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this ___13th___ day of ___February___, 2006.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No _____

-1-

## PACETTI_COMBINED_DESIGNATIONS

*Both parties' designations with objections noted*

| Scene | Designation | Source | Tx Duration |
|-------|-------------|--------|-------------|
| 1 | **5:10 -5:12** | Pacetti, Daniel 2005-09-28 | 00:00:04 |

5: 10   Q: Can you state your full name for the
5: 11   record, please?
5: 12   A: Daniel Vincent Pacetti.

| 2 | **10:23 -11:8** | Pacetti, Daniel 2005-09-28 | 00:00:20 |

10: 23   Q: And where do you work?
10: 24   A: Kyle's Seafood, St. Augustine, Florida.
10: 25   Q: How long have you been working at Kyle's
11: 1    Seafood?
11: 2    A: A year and a half.
11: 3    Q: Where did you work prior to Kyle's
11: 4    Seafood?
11: 5    A: Seafood Shoppe.
11: 6    Q: How long did you work at the Seafood
11: 7    Shoppe?
11: 8    A: 14 years.

| 3 | **11:18 -12:20** | Pacetti, Daniel 2005-09-28 | 00:01:15 |

11: 18   Q: What's your current position at Kyle's
11: 19   Seafood?
11: 20   A: Manager.
11: 21   Q: And what do you do in that role?
11: 22   A: Just run the store really.
11: 23   Q: Is Kyle's Seafood a retail seafood
11: 24   store?
11: 25   A: Yes.
12: 1    Q: So you run the operations of the retail
12: 2    store?
12: 3    A: Right.
12: 4    Q: Did you know Dicky Irvin?
12: 5    A: Yep.
12: 6    Q: Do you remember when you first met him?
12: 7    A: Yes.
12: 8    Q: When was that?
12: 9    A: Date? I really couldn't give you a
12: 10   date. Let's see, probably '98.
12: 11   Q: Were you already working at the Seafood
12: 12   Shoppe when Mr. Irvin started working there?
12: 13   A: Let's see, yes.
12: 14   Q: Do you remember what your position was
12: 15   at the Seafood Shoppe when Mr. Irvin started working
12: 16   there?
12: 17   A: I was a cutter.

|  |  | |
|---|---|---|
| | | 12: 18   Q:  And what does a cutter do? |
| | | 12: 19   A:  He cuts all the seafood orders for the |
| | | 12: 20   restaurants, like a butcher kind of thing. |

| 4 | 13:3 -13:6 | Pacetti, Daniel 2005-09-28         00:00:17 |
|---|---|---|
| | | 13: 3    Q:  Did you work with Mr. Irvin from the |
| | | 13: 4    time that he started working at the Seafood Shoppe |
| | | 13: 5    until the time that he passed away? |
| | | 13: 6    A:  Yes |

| 5 | 14:5 -14:9 | Pacetti, Daniel 2005-09-28         00:00:13 |
|---|---|---|
| | | 14: 5    Q:  Do you know Richie Irvin? |
| | | 14: 6    A:  Yes |
| | | 14: 7    Q:  And were you working at the Seafood |
| | | 14: 8    Shoppe when Richie started working there? |
| | | 14: 9    A:  Yes. |

| 6 | 17:17 -17:19 | Pacetti, Daniel 2005-09-28         00:00:20 |
|---|---|---|
| | | 17: 17   Q:  How many hours a week would you estimate |
| | | 17: 18   that you worked with Mr. Irvin? |
| | | 17: 19   A:  60, 55 to 60. |

| 7 | 31:9 -31:10 | Pacetti, Daniel 2005-09-28         00:00:04 |
|---|---|---|
| | | 31: 9    Q:  Did you ever see Mr. Irvin smoke? |
| | | 31: 10   A:  No. |

| 8 | 31:11 -34:21 | Pacetti, Daniel 2005-09-28         00:04:09 |
|---|---|---|
| | | 31: 11   Q:  Did you ever see Mr. Irvin chew tobacco? |
| | | 31: 12   A:  Yes. |
| | | 31: 13   Q:  When you first met Mr. Irvin was he |
| | | 31: 14   chewing tobacco at that time? |
| | | 31: 15   A:  Yes. |
| | | 31: 16   Q:  And was he chewing tobacco throughout |
| | | 31: 17   the time that you knew him? |
| | | 31: 18   A:  Yes. |
| | | 31: 19   Q:  How often did he chew tobacco? |
| | | 31: 20   A:  All day really. |
| | | 31: 21   Q:  All day long at work? |
| | | 31: 22   A:  Yes. We all did. |
| | | 31: 23   Q:  Do you know how much he would chew? |
| | | 31: 24   A:  Two, a pack and a half a day he might |
| | | 31: 25   chew. |
| | | 32: 1    Q:  So for the entire time you knew |
| | | 32: 2    Mr. Irvin he chewed tobacco essentially all day at |
| | | 32: 3    work, right? |
| | | 32: 4    A:  Yes. |
| | | 32: 5    Q:  Do you know if Mr. Irvin ever drank |
| | | 32: 6    alcohol? |
| | | 32: 7    A:  Yes. |

32: 8   Q: And when did you have occasion to see

32: 9   him drink alcohol?

32: 10   A: After work when we were cleaning up

32: 11   usually.

32: 12   Q: And how much would he drink?

32: 13   A: A couple mixed drinks at the time when I

32: 14   was there. I really couldn't give you a number.

32: 15   Q: Do you remember what type of drinks they

32: 16   were?

32: 17   A: Wild Turkey and 7Up, I think, or Wild

32: 18   Turkey and ice.

32: 19   Q: How often would he have a couple of

32: 20   drinks at the end of the workday?

32: 21   A: At times -- every day sometimes,

32: 22   sometimes he wouldn't.

32: 23   Q: So if you had to say on average

32: 24   Mr. Irvin had a couple of drinks, how many days a

32: 25   week would you say?

33: 1   A: At least five.

33: 2   Q: And when you say a couple of drinks do

33: 3   you mean two drinks or more than two drinks?

33: 4   A: Well, it would be during cleanup time

33: 5   and while I was with him drinking it would be two

33: 6   drinks.

33: 7   Q: Do you remember any occasion that he

33: 8   drank more than two drinks?

33: 9   A: Sure.

33: 10   Q: And how many drinks did he have?

33: 11   A: Probably three. That's about it.

33: 12   Q: Did you ever see Mr. Irvin take any

33: 13   medication?

33: 14   A: Yes.

33: 15   Q: What did you see him take?

33: 16   A: Aspirin, the Vioxx, just pain medication

33: 17   really or cold stuff, you know, if he had a cold.

33: 18   Q: Do you remember ever seeing Mr. Irvin

33: 19   take any medications other than aspirin or Vioxx or

33: 20   cold medicine?

33: 21   A: No.

33: 22   Q: How many times do you remember Mr. Irvin

33: 23   taking aspirin?

33: 24   A: I probably seen him take it a couple

33: 25   times. I really couldn't give you a number. Just

34: 1   the average person, headache or whatever,

34: 2   occasionally.

34: 3   Q: But you didn't see Mr. Irvin take

PACETTI_COMBINED_DESIGNATIONS

```
34: 4    aspirin every day?
34: 5    A: No.
34: 6    Q: Did you ever see him take Tylenol?
34: 7    A: No. I mean, to me aspirin and Tylenol's
34: 8    the same thing. It could have been Tylenol. I
34: 9    couldn't tell you for sure.
34: 10   Q: So you're not sure if you saw him taking
34: 11   aspirin or Tylenol?
34: 12   A: Right.
34: 13   Q: How many times did you see him take
34: 14   Vioxx?
34: 15   A: Throughout the day, probably three or
34: 16   four times a day.
34: 17   Q: You saw Mr. Irvin take Vioxx three or
34: 18   four times a day?
34: 19   A: Yes. I mean, I wasn't sitting there
34: 20   with him all day but he probably took it three or
34: 21   four times a day.
```

*Overruled*

π obj.: 403, 602, 611

Δ resp: all form objections were waived

```
9   36:10 -37:14   Pacetti, Daniel 2005-09-28      00:01:25
36: 10   Q: When you saw Mr. Irvin take Vioxx was he
36: 11   taking it out of a bottle?
36: 12   A: No.
36: 13   Q: What was he taking it out of?
36: 14   A: It was samples.
36: 15   Q: Do you know how many samples he had?
36: 16   A: He had a box of it.
36: 17   Q: How big was the box?
36: 18   A: I'd say probably a shoe-box size.
36: 19   Q: And the box was full of samples?
36: 20   A: Right.
36: 21   Q: And were -- was each sample individually
36: 22   packaged?
36: 23   A: I think so. I can't remember. One or
36: 24   two.
36: 25   Q: Now, when you saw Mr. Irvin taking
37: 1    Vioxx, would he take one or two pills?
37: 2    A: Sometimes two. If his back was
37: 3    bothering him really bad he'd take two.
37: 4    Q: Do you remember Mr. Irvin hurting his
37: 5    back at work?
37: 6    A: No. It just always bothered him.
37: 7    Q: Did he talk to you about his back pain?
37: 8    A: Sure.
37: 9    Q: Do you remember the first time he
37: 10   mentioned that his back was bothering him?
```

π obj.: 403, 602, 611

*Overruled*

37: 11   A: Probably the first day I met him.

37: 12   Q: So you remember his back hurting him the

37: 13   entire time he was working at the Seafood Shoppe?

37: 14   A: Right. Yes, ma'am.

| 10 | 37:15 -37:22 | Pacetti, Daniel 2005-09-28 | 00:00:29 |
|----|--------------|----------------------------|----------|

37: 15   Q: Do you remember what he said about his

37: 16   back pain?

37: 17   A: Just it bothered him if he slept on it

37: 18   wrong the night before, worked a lot it would bother

37: 19   him.

37: 20   Q: So he would -- he would talk more about

37: 21   his back pain if he had been lifting heavy things --

37: 22   A: Right.

| 11 | 37:23 -38:1 | Pacetti, Daniel 2005-09-28 | 00:00:14 |
|----|-------------|----------------------------|----------|

37: 23   Q: How often would he mention his back

37: 24   hurting?

37: 25   A: A couple times a week maybe. I mean we

38: 1   all knew he had a bad back.

II Obj : 602, 611

overruled

| 12 | 38:2 -38:20 | Pacetti, Daniel 2005-09-28 | 00:01:03 |
|----|-------------|----------------------------|----------|

38: 2   Q: Were there certain tasks Mr. Irvin

38: 3   couldn't do at work because of his back problems?

38: 4   A: No, he pretty much did a little of

38: 5   everything really.

38: 6   Q: So he would never say, I can't help

38: 7   unload the boat, my back's hurting today or --

38: 8   A: No.

38: 9   Q: Did Mr. Irvin ever complain about any

38: 10   other kind of pain other than back pain?

38: 11   A: No, none that I know of.

38: 12   Q: Did you ever see him take a medication

38: 13   called Vicoprofen?

38: 14   A: No.

38: 15   Q: Did you ever see Mr. Irvin get sick from

38: 16   taking a medication?

38: 17   A: No.

38: 18   Q: Did he tell you that a medication made

38: 19   him sick?

38: 20   A: No.

| 13 | 38:21 -40:2 | Pacetti, Daniel 2005-09-28 | 00:01:26 |
|----|-------------|----------------------------|----------|

38: 21   Q: Have you ever taken Vioxx?

38: 22   A: Yes.

38: 23   Q: And when did you --

38: 24   A: Just once for hurt ankle, I think it

38: 25   was.

| | |
|---|---|
| 39: 1 | Q: Do you remember when that was? |
| 39: 2 | A: Probably a month before he died. I |
| 39: 3 | don't remember it helping any. |
| 39: 4 | Q: How many pills did you take? |
| 39: 5 | A: Just one. |
| 39: 6 | Q: Where did you get it? |
| 39: 7 | A: Mr. Irvin. |
| 39: 8 | Q: Did Mr. Irvin give you one of his |
| 39: 9 | samples for your ankle pain? |
| 39: 10 | A: Yes. |
| 39: 11 | Q: Did you ask him for a sample? |
| 39: 12 | A: No. |
| 39: 13 | Q: Did he offer to give you one? |
| 39: 14 | A: He didn't have any aspirin or anything |
| 39: 15 | and he offered me that. He said it was a pain |
| 39: 16 | reliever so I thought I'd try it. |
| 39: 17 | Q: Do you know where Mr. Irvin got his |
| 39: 18 | samples? |
| 39: 19 | A: From his son-in-law. |
| 39: 20 | Q: So it was your understanding that he got |
| 39: 21 | that shoe box full of samples from his son-in-law? |
| 39: 22 | A: Right. It wasn't a shoe box, it was |
| 39: 23 | like a shoe-box size. It was a Vioxx sample box, I |
| 39: 24 | guess like you would get at a doctor's office or |
| 39: 25 | something. |
| 40: 1 | Q: So the box said Vioxx on it? |
| 40: 2 | A: Right. |

*Handwritten annotation: "Tr obj : 403, 602, 611  Overruled"*

| | | | |
|---|---|---|---|
| 14 | 41:5 -41:10 | Pacetti, Daniel 2005-09-28 | 00:00:17 |

| | |
|---|---|
| 41: 5 | Q: Did Mr. Irvin ever tell you that he had |
| 41: 6 | gotten a prescription for Vioxx? |
| 41: 7 | A: No. |
| 41: 8 | Q: Did you ever see him take Vioxx from a |
| 41: 9 | prescription bottle? |
| 41: 10 | A: No, just the samples. |

| | | | |
|---|---|---|---|
| 15 | 41:25 -42:8 | Pacetti, Daniel 2005-09-28 | 00:00:32 |

| | |
|---|---|
| 41: 25 | Q: Do you remember any other -- any |
| 42: 1 | specific conversations about Vioxx that you had with |
| 42: 2 | Mr. Irvin? |
| 42: 3 | A: No, other than where he got them but |
| 42: 4 | that wasn't -- that's about it really. |
| 42: 5 | Q: And during the conversation where he |
| 42: 6 | said where he got Vioxx, he told you that he got it |
| 42: 7 | from his son-in-law? |
| 42: 8 | A: Right. |

| 16 | 42:18 -43:8 | Pacetti, Daniel 2005-09-28 | 00:00:39 |

42. 18    Q.  Were you at work at the Seafood Supply
42. 19    on May 15th, 2001, the day that Mr. Irvin passed
42. 20    away?
42. 21    A.  Yes.
42. 22    Q.  What time did you get to work?
42. 23    A.  Quarter of seven -- ten o'clock -- ten
42. 24    after seven, I was late that day.
42. 25    Q.  Was Mr. Irvin already there?
43: 1    A.  Yes
43: 2    Q.  Do you have any idea what time he got to
43. 3    the office?
43. 4    A.  I think the boss had talked to him at
43: 5    6:30 so I think right around 6:30 he was there
43: 6    Q.  How do you -- and when you say the boss,
43. 7    you're speaking of Mr. Weeks?
43. 8    A.  John Weeks, yes, ma'am.

| 17 | 44:15 -44:23 | Pacetti, Daniel 2005-09-28 | 00:00:15 |

44: 15    Q.  Did Mr. Irvin say anything to you that
44: 16    morning about how he was feeling?
44. 17    A.  No, he was already dead when I found
44: 18    him.
44. 19    Q.  So when you got there at 7:10 did you
44: 20    see Mr. Irvin?
44: 21    A.  Yes.
44: 22    Q.  Did you talk to him?
44: 23    A.  No.

| 18 | 45:21 -46:3 | Pacetti, Daniel 2005-09-28 | 00:00:22 |

45. 21    Q.  Do you know what Mr. Irvin had been
45. 22    doing at work that morning?
45. 23    A.  No, just paperwork really. There was no
45. 24    one there yet. None of the lights were turned on
45. 25    yet, just the lights in the office.
46: 1    Q.  So Mr. Irvin was the first person at
46. 2    work?
46. 3    A.  Right.

| 19 | 47:9 -47:15 | Pacetti, Daniel 2005-09-28 | 00:00:14 |

47: 9    Q.  Do you remember Mr. Irvin ever saying
47: 10    anything to you about having chest pain or anything
47: 11    like that?
47: 12    A.  No.
47: 13    Q.  So the only pain you remember Mr. Irvin
47: 14    talking about was his back pain?
47: 15    A.  Right.

PACETTI_COMBINED_DESIGNATIONS

| 20 | 52:13-53:21 | Pacetti, Daniel 2005-09-28 | 00:01:03 |

52:13  Q: You told us about the physical work that
52:14  was required at the place where you worked with
52:15  Dicky, the Seafood Shoppe, is that correct?
52:16  A: Yes, sir.
52:17  Q: And was there any other type of physical
52:18  work other than the loading and unloading that you
52:19  told us about that might come up on occasion during
52:20  the time that Dicky was working there?
52:21  A: No, sir.
52:22  Q: Dicky - you told us he was able to do
52:23  the work, is that correct?
52:24  A: Yes, sir.
52:25  Q: He never complained about having to do
53:1   that type of physical, manual labor, did he?
53:2   MS. COOK: Object to form.
53:3   A: No, sir.
53:4   Q: Now, you had an opportunity during that
53:5   time to observe Dicky at work you said you never saw
53:6   him after work, is that correct?
53:7   A: Yes.
53:8   MS. COOK: Object to form.
53:9   Q: And during the time that you saw him did
53:10  you have an opportunity to observe his general
53:11  health, his condition other than the fact that he
53:12  had back pain?
53:13  A: Yes, sir.
53:14  Q: Am I correct that he was in good health
53:15  otherwise as far as you could tell?
53:16  A: Yes, sir.
53:17  MS. COOK: Object to form.
53:18  Q: How would you describe his general
53:19  health?
53:20  A: He was a little overweight but that was
53:21  about it, he was a pretty strong guy.

| 21 | 54:1-55:2 | Pacetti, Daniel 2005-09-28 | 00:00:58 |

54:1   Q: He never told you or did you ever hear
54:2   him talk about any symptoms such as shortness of
54:3   breath or abnormal-type sweating or chest pains or
54:4   being overly exhausted when really not exerting himself
54:5   or appearing red faced or flushed or anything like
54:6   that, did you?
54:7   MS. COOK: Object to form.
54:8   A: No, sir.
54:9   Q: Did you ever observe any of those type

A: 611
- leading
- compound
overruled

54: 10   symptoms during that entire time you saw him?
54: 11   A:  No, sir.
54: 12   Q:  And other than the back pain that we --
54: 13   you told us already that Dicky never complained --
54: 14   about any other health problems; is that a correct
54: 15   statement?
54: 16   A:  Yes, sir.
54: 17   Q:  Never complained about any high blood
54: 18   pressure or low blood -- blood pressures; am I
54: 19   correct?
54: 20   MS. COOK:  Object to the form
54: 21   A:  Correct
54: 22   Q:  Did he ever mention having any -- any
54: 23   cholesterol problems?
54: 24   A:  No, sir.
54: 25   Q:  Did he ever mention any -- any episodes
55: 1   of irregular heartbeats to you?
55: 2   A:  No, sir.

---

22 | **55:22 -56:4** | Pacetti, Daniel 2005-09-28 | 00:00:16

55: 22   Q:  You told us generally when you first
55: 23   realized he was taking Vioxx; am I correct?
55: 24   A:  Yes, sir.
55: 25   Q:  Now, are you aware that his son-in-law,
56: 1   the doctor, has told us that he never gave Dicky any
56: 2   samples, but he only made one prescription for him?
56: 3   MS. COOK:  Object to the form
56: 4   A:  I wasn't aware of that.

---

23 | **56:5 -57:17** | Pacetti, Daniel 2005-09-28 | 00:01:30

56: 5   Q:  The container you told us about that
56: 6   contained the samples, the sample boxes that I've
56: 7   seen have been much smaller than that, could you
56: 8   tell us what it was?
56: 9   A:  Yeah, I mean, not like shoe-box size but
56: 10   that shape, like, you know, kind of oblong.
56: 11   Q:  And when you'd take one out of there
56: 12   would it be one single pill?
56: 13   A:  I'm not for sure.
56: 14   Q:  How -- what do you recall about that?
56: 15   A:  I think it's a single. The one I got
56: 16   from him, he opened it. I never opened one of the
56: 17   packages myself.
56: 18   Q:  Did you see the package?
56: 19   A:  Yes, sir.
56: 20   Q:  How many -- how many separate pills
56: 21   would have been in a package?

56: 22  A: I couldn't tell you that.

56: 23  Q: Did you ever see the package?

56: 24  A: I've seen the package, yes, sir, but I

56: 25  couldn't tell you how many pills.

57: 1  Q: What color was the package, do you

57: 2  recall, what --

57: 3  A: I would say purple or pink or -- I

57: 4  really couldn't -- maybe red. It's been so long

57: 5  ago.

57: 6  Q: What about the pill itself, what color

57: 7  was the pill?

57: 8  A: I can't remember.

57: 9  Q: Could it have been white?

57: 10  A: I would think but I couldn't tell you

57: 11  that for sure.

57: 12  Q: The pills you saw were generally white,

57: 13  weren't they?

57: 14  A. Yes, sir.

57: 15  Q: And you took that to be Vioxx, I'm

57: 16  assuming that to be correct?

57: 17  A: Right.

| 24 | 57:19 - 58:8 | Pacetti, Daniel 2005-09-28 | 00:00:34 |

57: 19  Q: Where did Dicky keep the Vioxx that he

57: 20  was taking?

57: 21  A: His top left-hand drawer.

57: 22  Q: Did he keep it closed?

57: 23  A: Yes, sir.

57: 24  Q: Did you ever see him physically open the

57: 25  drawer and take any pills of any kind out of the

58: 1  drawer?

58: 2  A: Yes, sir.

58: 3  Q: Do you know where he might have gotten

58: 4  any other Vioxx samples?

58: 5  A: No, sir.

58: 6  Q: I believe you told us that he didn't

58: 7  tell you that he actually requested and received a

58: 8  prescription for Vioxx?

| 25 | 58:10 - 58:23 | Pacetti, Daniel 2005-09-28 | 00:00:30 |

58: 10  A: He had mentioned that his son-in-law

58: 11  gave him them. He didn't say anything about a

58: 12  prescription.

58: 13  Q: Could it have been a prescription rather

58: 14  than samples or do you know?

58: 15  A: I've never seen a prescription someone

58: 16  give you samples, you know, other than he might not

PACETTI_COMBINED_DESIGNATIONS

58: 17    could have afforded them and his son-in-law gave him
58: 18    them until he filled a prescription.
58: 19    Q: Did Dicky ever tell you that he had
58: 20    actually filled a prescription?
58: 21    A: No, sir.
58: 22    Q: For Vioxx I'm talking about.
58: 23    A: No.

| 26 | 61:4 -61:9 | Pacetti, Daniel 2005-09-28    00:00:25 |

61: 4    Q: If you were going to describe Dicky
61: 5    during the entire time that you saw him other than
61: 6    the back pain and being overweight to some extent,
61: 7    you would consider him a healthy person, is that
61: 8    correct?
61: 9    A: Yes, sir.

*Handwritten note:* △ : bill —
reading
(objection is
at line 61:10)

| 27 | 61:17 -61:20 | Pacetti, Daniel 2005-09-28    00:00:12 |

61: 17    Q: You know that his son-in-law, the
61: 18    doctor, had actually prescribed other medication for
61: 19    Dicky prior to putting him on Vioxx?
61: 20    A: No, sir, I did not know.

| 28 | 61:22 -61:25 | Pacetti, Daniel 2005-09-28    00:00:07 |

61: 22    Q: So the white pill that he was taking
61: 23    could have been something else other than Tylenol;
61: 24    am I correct?
61: 25    A: Yes, sir.

| 29 | 62:2 -62:4 | Pacetti, Daniel 2005-09-28    00:00:11 |

62: 2    Q: Are you aware that nobody in his family
62: 3    knew that he was taking Vioxx before he got the
62: 4    samples from the friend?

| 30 | 62:6 -62:15 | Pacetti, Daniel 2005-09-28    00:00:27 |

62: 6    A: I didn't, no, sir.
62: 7    Q: It'd certainly be possible that the
62: 8    pills you saw, which you believe were white, in the
62: 9    box that you call a sample box, could have been
62: 10    something other than Vioxx, some of them could have
62: 11    been --
62: 12    A: Could have been.
62: 13    Q: -- Tylenol, could have been other
62: 14    medication that he was prescribed?
62: 15    A: Could have been.

| 31 | 62:18 -62:21 | Pacetti, Daniel 2005-09-28    00:00:13 |

62: 18    Q: You probably assumed, Danny, because he
62: 19    gave you the Vioxx and talked about it that he was
62: 20    taking -- when you saw him taking a white pill that

|  |  |  |  |
|---|---|---|---|
| | | 62: 21 | it was Vioxx; am I correct? |
| 32 | 62:23 -63:12 | Pacetti, Daniel 2005-09-28 | 00:00:48 |
| | | 62: 23 | A: Yes. |
| | | 62: 24 | Q: Did you ever see him take any yellow |
| | | 62: 25 | pills or pink pills ever? |
| | | 63: 1 | A: I couldn't tell you the colors. When |
| | | 63: 2 | they cleaned out his desk there were a bunch of |
| | | 63: 3 | things. |
| | | 63: 4 | Q: Different kinds? |
| | | 63: 5 | A:   (Nods head.) |
| | | 63: 6 | Q: Some be Tylenol? |
| | | 63: 7 | A: Sure. |
| | | 63: 8 | Q: If the Vioxx pills didn't come in purple |
| | | 63: 9 | or pink or red packages would that raise a question |
| | | 63: 10 | in your mind about what actually was in the box, the |
| | | 63: 11 | white pills that you saw there? |
| | | 63: 12 | A: Sure. |
| 33 | 63:19 -63:21 | Pacetti, Daniel 2005-09-28 | 00:00:06 |
| | | 63: 19 | Q: Mr. Pacetti, you mentioned that |
| | | 63: 20 | Mr. Irvin was overweight? |
| | | 63: 21 | A: Yes. |
| 34 | 64:11 -64:24 | Pacetti, Daniel 2005-09-28 | 00:00:31 |
| | | 64: 11 | Q: What was the restaurant called? |
| | | 64: 12 | A: Lincolnville Grill. |
| | | 64: 13 | Q: And do you remember what Mr. Irvin would |
| | | 64: 14 | eat for lunch generally? |
| | | 64: 15 | A: They have hamburgers and cheese steaks, |
| | | 64: 16 | things like that. |
| | | 64: 17 | Q: Would he have french fries? |
| | | 64: 18 | A: Sure. |
| | | 64: 19 | Q: And what would he have to drink with it? |
| | | 64: 20 | A: Coke. |
| | | 64: 21 | Q: And would Mr. Irvin eat a hamburger or a |
| | | 64: 22 | cheese steak and fries with a Coke pretty much every |
| | | 64: 23 | day for lunch? |
| | | 64: 24 | A: Yes. |
| 35 | 65:10 -65:12 | Pacetti, Daniel 2005-09-28 | 00:00:04 |
| | | 65: 10 | Q: Did you ever know Mr. Irvin to do any |
| | | 65: 11 | exercise? |
| | | 65: 12 | A: No. |
| | | Play Time for this Script: | **00:21:33** |

Total time for all Scripts in this report:     **00:21:33**

*Barry Kass — both parties' designations with objections noted*

KASS_MERGED

KASS_MERGED

| Scene | Designation | Source | TxDuration |
|-------|-------------|--------|------------|
| 1 | 4:13 -4:24 | Kass, Barry 2005-09-28 | 00:00:18 |

4: 13   Q: Okay. Would you state your name,
4: 14   please, sir?
4: 15   A: Barry S. Kass.
4: 16   Q: And where do you live, Mr. Kass?
4: 17   A: 3832 Hickory Lane, St. Augustine,
4: 18   Florida
4: 19   Q: Are you a native of St. Augustine?
4: 20   A: Born and raised.
4: 21   Q: Lived here for how long?
4: 22   A: So far it's 60 -- it's 59 years.
4: 23   Q: You're 59 at present?
4: 24   A: Uh-huh.

| 2 | 5:15 -6:8 | Kass, Barry 2005-09-28 | 00:00:30 |

5: 15   Did you know Dicky Irvin?
5: 16   A: Yes, I did.
5: 17   Q: And when did the two of you first meet?
5: 18   A: Years and years and years ago. Probably
5: 19   back when he was in high school playing football in
5: 20   Hastings. I've known the Irvins -- Irvins forever
5: 21   Q: Did you go to the same high school?
5: 22   A: No, he went to Hastings and I went to
5: 23   St. Augustine High.
5: 24   Q: Were you competitors --
5: 25   A: No.
6: 1   Q: -- on any sports?
6: 2   A: No, he was a good football player and I
6: 3   was a watcher.
6: 4   Q: I see. And I understand that he later
6: 5   played college football?
6: 6   A. College and pro.
6: 7   Q: And pro?
6: 8   A: Yeah, Canadian league

| 3 | 6:14 -7:15 | Kass, Barry 2005-09-28 | 00:01:02 |

6: 14   Q: Let me rephrase that. After he went off
6: 15   to college and played pro football did he come back
6: 16   to this area?
6: 17   A: Yes, he came back to this area. Our --
6: 18   his second child and my oldest were the same age and
6: 19   went to high school together all the way through --
6: 20   grade school all the way up through high school.
6: 21   kindergarten on up, and his youngest son and my

6: 22   middle child were the same age basically.
6: 23   We coached Little League football
6: 24   together, we coached Little League baseball
6: 25   together. We went on family vacations, we did a lot
7: 1    together.
7: 2    Q:  How long have you known -- did you know
7: 3    Dicky Irvin prior to his death?
7: 4    A:  Probably -- I think it's 33 -- probably
7: 5    35 years at least.
7: 6    Q:  How would you describe your relationship
7: 7    with Dicky Irvin?
7: 8    A:  Very good. Very good.
7: 9    Q:  Friends?
7: 10   A:  Yes.
7: 11   Q:  Very close friends?
7: 12   A:  Yeah, I think so. We were at each
7: 13   other's houses. We partied together, as I say, went
7: 14   on vacation together. And his wife was local so I
7: 15   knew Evelyn for even longer than I knew Dicky.

---

4       8:3 -9:8        Kass, Barry 2005-09-28          00:01:22

8: 3    A:  We coached Little League -- Little
9: 4    League baseball and Little League football together
8: 5    so we basically saw each other almost on a daily
8: 6    basis during most of the year because we coached for
8: 7    probably six or seven years in Little League
8: 8    baseball and Little League football, and these are
8: 9    approximate numbers. I mean, they're not exact but
8: 10   I believe that's about how long they played, six or
8: 11   seven, maybe even eight years.
8: 12   Q:  Did you have social contacts with Dicky
8: 13   and his family?
8: 14   A:  Yeah, we'd go out to eat after -- after
8: 15   a game or whatever or they'd come -- my wife and --
8: 16   and daughter would come to the game and his wife and
8: 17   daughters would come to the games and so we were --
8: 18   we were always -- we were there together.
8: 19   Q:  Other than coaching sports, what other
8: 20   activities did Dicky have that you are aware of?
8: 21   A:  Well, we used to run in to each other --
8: 22   after he -- when he wound up in the seafood business
8: 23   I'd be at different restaurants or places and he'd
8: 24   come in and we'd sit and talk or I'd go down there
8: 25   and see him and we'd sit and talk for -- just talk
9: 1    Q:  Would you actually visit with him at
9: 2    work --

KASS_MERGED

|   |   |   |   |   |
|---|---|---|---|---|
| | | 9: 3 | A: Yeah. | |
| | | 9: 4 | Q: -- at the Seafood Shoppe? | |
| | | 9: 5 | A: Right, down at the -- at the warehouse | |
| | | 9: 6 | Q: The warehouse? | |
| | | 9: 7 | A: Yeah, whatever they want to call it, the | |
| | | 9: 8 | wholesale end of it on King Street by Barry Street. | |

| 5 | 10:8 -10:11 | Kass, Barry 2005-09-28 | 00:00:07 |
|---|---|---|---|
| | | 10: 8 | Q: Just from a lay perspective, not |
| | | 10: 9 | medically but just lay in terms, how would you |
| | | 10: 10 | describe his health? |
| | | 10: 11 | A: He was healthy. |

| 6 | 11:19 -12:5 | Kass, Barry 2005-09-28 | 00:00:36 |
|---|---|---|---|
| | | 11: 19 | Q: There's been a little bit of confusion |
| | | 11: 20 | over his weight, do you have any idea how much he |
| | | 11: 21 | weighed? |
| | | 11: 22 | MS. COOK: Object to the form. |
| | | 11: 23 | A: He was -- he was solid so his weight was |
| | | 11: 24 | deceptive. I know he weighed more than I did but he |
| | | 11: 25 | was solid. I mean, his legs, his arms, his torso |
| | | 12: 1 | he was just a solid guy, probably as a dumb guess, |
| | | 12: 2 | 230. |
| | | 12: 3 | Q: Yeah. |
| | | 12: 4 | A: I mean, he -- like I say, he was just |
| | | 12: 5 | solidly built. |

*(handwritten: "overruled")*

| 7 | 12:6 -12:21 | Kass, Barry 2005-09-28 | 00:00:42 |
|---|---|---|---|
| | | 12: 6 | Q: How would you describe Dicky Irvin's |
| | | 12: 7 | relationship with his family during the time that |
| | | 12: 8 | you've known him? |
| | | 12: 9 | A: On and off. They had problems like |
| | | 12: 10 | everybody else did but they were a great family and |
| | | 12: 11 | then they had some -- they split at one time, he |
| | | 12: 12 | went and lived with his father and she went and |
| | | 12: 13 | lived with one of the daughters and then they got |
| | | 12: 14 | back together and everything was going wonderfully |
| | | 12: 15 | but, you know, we all have our problems but they -- |
| | | 12: 16 | and I don't know what caused it, I didn't want to |
| | | 12: 17 | get involved because I was -- we were friends with |
| | | 12: 18 | both -- both sides so there was really no way to get |
| | | 12: 19 | involved to know what -- who caused what, who said |
| | | 12: 20 | what, so -- but they did have their problems from |
| | | 12: 21 | time to time. |

*(handwritten: "Π obj: 401, 403, 601, 602    Δ resp: relevant to damages. Witness is good friend of plaintiff and has knowledge.")*

| 8 | 13:23 -14:3 | Kass, Barry 2005-09-28 | 00:00:09 |
|---|---|---|---|
| | | 13: 23 | Q: Did you ever see him drink alcoholic |
| | | 13: 24 | beverages? |

|   |   |   |   |
|---|---|---|---|

13: 25  A: Oh, yeah.
14: 1   Q: And what would he normally drink?
14: 2   A: He was a -- drank beer or whiskey
14: 3   drinker.

| 9 | 14:4 -14:9 | Kass, Barry 2005-09-28 | 00:00:13 |
|---|---|---|---|

14: 4   Q: Was he moderate or a heavy drinker?
14: 5   A: Oh, moderate. I mean, we all -- social
14: 6   drinking, to the best of my knowledge is all -- when
14: 7   he was with me, let's put it that way, obviously the
14: 8   only thing I can testify to but, yeah, he was a
14: 9   moderate drinker.

| 10 | 18:3 -18:24 | Kass, Barry 2005-09-28 | 00:00:51 |
|---|---|---|---|

18: 3   Q: How would you describe his relationship
18: 4   with his wife and his children?
18: 5   A: Well, after -- after they got back
18: 6   together it was a wonderful relationship. I mean,
18: 7   he and his -- as far as I know he and his son --
18: 8   well, his son worked down there but they talked all
18: 9   the time even when they weren't there and he was
18: 10  very close to both his -- to both of the older
18: 11  daughters and the younger one also but the two older
18: 12  daughters -- you know, he was a grandfather so he
18: 13  was very, very close to them and really, really
18: 14  liked to help.
18: 15  He was doing -- he was the announcer out
18: 16  at the -- at the high school at -- where was it? --
18: 17  Pedro.
18: 18  Q: Is that the high school?
18: 19  A: Yeah, for football games.
18: 20  Q: Would that be where his daughter --
18: 21  A: Where his daughter went to school.
18: 22  Q: Cheerleader, I believe?
18: 23  A: Yeah, the youngest one, Ashley. So he
18: 24  was very involved with all of his children.

| 11 | 25:10 -25:22 | Kass, Barry 2005-09-28 | 00:00:41 |
|---|---|---|---|

25: 10  Q: In the last few years of Mr. Irvin's
25: 11  life how often would you spend time with him other
25: 12  than by accidentally running in to him?
25: 13  A: That's about it. It was an occasional
25: 14  thing. I mean, our -- I can't say our friendship
25: 15  dwaned {sic} but our -- our seeing of each other is
25: 16  going -- going in different directions. Still -- my
25: 17  baby's 25 now so she was still young and in school
25: 18  and he had a young one in school so -- in a

KASS_MERGED

*Overruled* [handwritten]

| 25: 19 | different school than my daughter so we were |
| 25: 20 | involved in different sporting activities and |
| 25: 21 | different events but we -- we'd keep in touch with |
| 25: 22 | each other. |

**12   27:20 -29:5   Kass, Barry 2005-09-28          00:01:51**

*Π obj.: 401, 403,* [handwritten]
*601, 602* [handwritten]

| 27: 20 | Q: When you said Mr. Irvin had some |
| 27: 21 | problems with his wife -- |
| 27: 22 | A: Uh-huh. |
| 27: 23 | Q: -- do you remember when that was? |
| 27: 24 | A: Several years ago. I think -- let's |
| 27: 25 | see, Richie was -- I think Richie was a junior or |
| 28: 1 | senior in high school and Richie's -- I'm showing my |
| 28: 2 | age. Richie's -- probably eight years ago, seven or |
| 28: 3 | eight years ago. It's been a while. |
| 28: 4 | Q: So 1997 or 1998 was when Mr. Irvin was |
| 28: 5 | having problems with his wife? |
| 28: 6 | A: If I've got my time line right. |
| 28: 7 | Q: Do you remember how long -- |
| 28: 8 | A: Oh, wait. When you say having problems |
| 28: 9 | with his wife, I don't know that, they were having |
| 28: 10 | problems, you know, I don't -- I can't blame one or |
| 28: 11 | the other because I don't know. |
| 28: 12 | Q: Okay. What -- did you talk to Mr. Irvin |
| 28: 13 | about what was going on with his wife at that time? |
| 28: 14 | A: Vaguely but not in depth. |
| 28: 15 | Q: Do you remember what Mr. Irvin said |
| 28: 16 | about what was happening with his wife? |
| 28: 17 | A: That they weren't getting along, they |
| 28: 18 | were just having some problems and they just were |
| 28: 19 | trying to hopefully work things out. |
| 28: 20 | Q: Did they live in separate places at that |
| 28: 21 | time? |
| 28: 22 | A: For a while they did. |
| 28: 23 | Q: And during the time they lived in |
| 28: 24 | separate places was that when they were trying to |
| 28: 25 | work things out? |
| 29: 1 | A: Well, probably to start with they were |
| 29: 2 | in separate places because I think they wanted to be |
| 29: 3 | or needed to be and then they reconsoled and got |
| 29: 4 | back together. I think I made up a word, |
| 29: 5 | reconsoled. |

**13   31:10 -31:18   Kass, Barry 2005-09-28          00:00:28**

| 31: 10 | Q: You mentioned earlier that Mr. Irvin |
| 31: 11 | chewed tobacco? |
| 31: 12 | A: Uh-huh. |

KASS_MERGED

31: 13   Q: When you were coaching with Mr. Irvin
31: 14   did he chew tobacco every time you saw him?
31: 15   A: No.
31: 16   Q: When --
31: 17   A: Never chewed when we were coaching, not
31: 18   around the kids.

| 14 | 32:7 -32:24 | Kass, Barry 2005-09-28          00:00:44 |
| --- | --- | --- |

32: 7    Q: When did Mr. Irvin drink alcohol?
32: 8    A: When?
32: 9    Q: Was it when you were at dinner?
32: 10   A: Well, we'd go out sometimes after --
32: 11   after practice or after a game and have -- have a
32: 12   drink or he'd drink when he got home in the evening
32: 13   or, you know, if they came over to our house we'd
32: 14   have a drink.
32: 15   Q: How many drinks would Mr. Irvin have on
32: 16   those occasions?
32: 17   A: Couple, couple or three but no more than
32: 18   anybody else, no less than anybody else.
32: 19   Q: So Mr. Irvin would have two or three
32: 20   drinks?
32: 21   A: Uh-huh.
32: 22   Q: And you said he drank beer or whiskey
32: 23   usually?
32: 24   A:   (Nods head.)

| 15 | 35:9 -35:22 | Kass, Barry 2005-09-28          00:00:33 |
| --- | --- | --- |

35: 9    Q: Based on everything you knew about Dicky
35: 10   Irvin, was he a responsible person, somebody that
35: 11   you would have confidence in?
35: 12   A: Yes.
35: 13   MS. COOK: Object to form.
35: 14   Q: Is he the kind of person who would take
35: 15   an excessive amount of medication in your opinion
35: 16   based on your observations and knowledge of him?
35: 17   A: No.
35: 18   Q: Is he the kind of person who would take
35: 19   medication in an irresponsible matter, just
35: 20   willy-nilly?
35: 21   MS. COOK: Object to form.
35: 22   A: No.

Play Time for this Script:   **00:10:08**

**Total time for all Scripts in this report:**   00:10:08

## WEEKS_J_COMBINED_DESIGNATIONS

| Scene | Designation | Source | Tx |
|-------|-------------|--------|-----|
| 1 | 4:3-4:5 | Weeks, John 2005-09-29 | |
| | | 4:3 | Q: Would you state your name for the |
| | | 4:4 | record, please? |
| | | 4:5 | A: John David Weeks |
| 2 | 4:9-5:13 | Weeks, John 2005-09-29 | |
| | | 4:9 | Q: How long have you lived in |
| | | 4:10 | St. Augustine? |
| | | 4:11 | A: In St. Augustine, since about 1992 |
| | | 4:12 | Q: And prior to that time where did you |
| | | 4:13 | live? |
| | | 4:14 | A: In the Ponte Vedra area. |
| | | 4:15 | Q: Are you married? |
| | | 4:16 | A: Yes, sir. |
| | | 4:17 | Q: And what is your wife's name? |
| | | 4:18 | A: Yes. Mary Lee Weeks |
| | | 4:19 | Q: And do you have children? |
| | | 4:20 | A: Yes, one child. |
| | | 4:21 | Q: Would you state the name of that child? |
| | | 4:22 | A: Her name is McKenzie Lee Weeks |
| | | 4:23 | Q: And how old is she? |
| | | 4:24 | A: She's 17 |
| | | 4:25 | Q: Are you in business, Mr. Weeks? |
| | | 5:1 | A: Yes |
| | | 5:2 | Q: And what is the name of that business? |
| | | 5:3 | A: Seafood Shoppe. |
| | | 5:4 | Q: How long -- let me ask you this: Is it |
| | | 5:5 | a corporate entity or is it individually owned? |
| | | 5:6 | A: It's a corporate entity |
| | | 5:7 | Q: And what is the name of the corporation? |
| | | 5:8 | A: Seafood Shoppe Incorporated. |
| | | 5:9 | Q: And are you an officer of that |
| | | 5:10 | corporation? |
| | | 5:11 | A: Yes, sir. |
| | | 5:12 | Q: And who are the other officers? |
| | | 5:13 | A: My wife and my mother. |
| 3 | 6:2-8:12 | Weeks, John 2005-09-29 | |
| | | 6:2 | Q: Have the number of employees either |
| | | 6:3 | increased or decreased significantly over the years |
| | | 6:4 | since you've started? |
| | | 6:5 | A: Yeah. And in -- in the early '80s we |
| | | 6:6 | didn't do as much wholesale and we just ran a retail |
| | | 6:7 | store and that was like with three employees. Our |

6: 8    since probably 1999 we've had around eight to ten

6: 9    eight to ten employees

6: 10   Q   All right. Starting in '96 will you

6: 11   just bring us up to date, kind of give us the nature

6: 12   of the business, exactly what the business does and

6: 13   how it operates?

6: 14   A   Okay. Well, we're a seafood wholesaler

6: 15   and retailer and in '96 we expanded our operation

6: 16   and went into another location that's on the back

6: 17   and that's really when our wholesale business

6: 18   started picking up.

6: 19   We did wholesale before then but not in

6: 20   that big of a quantity. So that took place in '96.

6: 21   Q   And do you buy wholesale -- you do buy

6: 22   the fish -- shrimp, fish that you sell from other

6: 23   persons, third parties?

6: 24   A   Yes, sir, we buy them from fishermen.

6: 25   We import product. We buy from other wholesalers.

7: 1    We buy from anybody who is legal to buy from.

7: 2    Q   All right. Is your wife actively

7: 3    involved in the business?

7: 4    A   Yes, sir.

7: 5    Q   What would her normal duties be?

7: 6    A   Well, she -- she -- she does all the

7: 7    payroll, she does all the tax deposits. She does

7: 8    all the workmen's comp. She does all the health

7: 9    insurance, so mostly bookkeeping. And she isn't

7: 10   much is there on a daily basis.

7: 11   Q   And what are your duties now?

7: 12   A   Well, I'm -- I'm the president. I buy

7: 13   most of the fish. I oversee the daily operations of

7: 14   the wholesale. I make sure that -- because we have

7: 15   two locations that everything is taken to the retail

7: 16   and that the retail runs smoothly so I just kind of

7: 17   oversee everything.

7: 18   Q   And has that been pretty much the same,

7: 19   your duties have been since you went into the

7: 20   wholesale and retail business?

7: 21   A   Somewhat. I'm a little more hands on

7: 22   than most people, you know. I help them pack fish

7: 23   when help's needed and I also cut fish when help's

7: 24   needed, when it's busy, but I pretty much am able to

7: 25   do all of it. So I do -- you know, it's -- I'm

8: 1    pretty much hands on, I guess.

8: 2    Q   Would it be a fair assessment to say

8: 3    that you are knowledgeable in all areas of the

8:4    business and are able to participate whenever
8:5    needed?
8:6    A.  Yes, sir.  Yeah.
8:7    Q.  Was Dicky Irvin an employee of -- of
8:8    your company?
8:9    A.  Yes, sir.
8:10   Q.  Did you know Mr. Irvin before he came to
8:11   work for you?
8:12   A.  No, sir.

---

4    10:8 -12:3    Weeks, John 2005-09-29

10:8   Q.  How old you describe Dicky Irvin as an
10:9   employee during the entire time he worked for you up
10:10  until the time of his death?
10:11  A.  Dicky was a great employee.  He -- he
10:12  was one of the first people in my business that was
10:13  able to free me up a little bit because he was
10:14  older, more mature than the rest of my employees.
10:15  He looked out after the business and was able to -- I
10:16  know I was able to go from working seven days a
10:17  week to having a vacation and being able to get out
10:18  of there a little bit.
10:19  But he was capable of doing anything
10:20  there and because he was older and more mature -- we
10:21  have predominantly a younger crew that works for us
10:22  and they kind of looked up to him, you know, most of
10:23  them.  And I guess the answer to your question is he
10:24  just freed me up to not spend 80 hours a week there.
10:25  Q.  Did he work for the Seafood Shoppe
11:1   continuously from the time he first started up until
11:2   his death?
11:3   A.  Yes, sir.
11:4   Q.  How would you describe him insofar as
11:5   his being either responsible or able to do all of
11:6   the duties that would be required of him?  How would
11:7   you describe him there?
11:8   A.  He was great.  I -- we -- like I said
11:9   he -- you know, it was finally somebody mature
11:10  enough that would -- that could get the job done to
11:11  free me up a little bit.
11:12  We never had any problems, you know,
11:13  other than, you know, he and I may disagree on
11:14  selling somebody something because they owed us
11:15  money or something like that but, you know, that was
11:16  just typical work stuff in the workplace.  But he --
11:17  he was -- he was good for us, you know.

11: 18   Q: How would you describe him as a person
11: 19   just as far as his character ...
11: 20   A: Everybody I knew liked him. My friends
11: 21   that would come around the fish house liked him very
11: 22   much. He was -- you know, there was a lot of
11: 23   football talk and, I don't want to say joking around
11: 24   in the afternoons, but, you know, we would -- you
11: 25   know, my friends could talk to him about fishing and
12: 1    he -- I mean, my friends became his friends more or
12: 2    less is what I should say but I didn't know that ...
12: 3    who had anything against him.

---

| 5 | 13:23 -15:23 | Weeks, John 2005-09-29 |
|---|---|---|

13: 23   Q: What would be his normal hours at work?
13: 24   A: We worked from 7:00 o'clock in the
13: 25   morning until usually 5:00 or 6:00 o'clock at night.
14: 1    six days a week
14: 2    Q: And who would normally open up the --
14: 3    the business?
14: 4    A: He -- either he or I. He -- he would
14: 5    normally get there -- I would say Dicky would get
14: 6    there at quarter of seven, 6:30 every morning. He
14: 7    was -- he was early to rise and late to stay
14: 8    Certain times of the year when our
14: 9    production -- when our boat production goes up we
14: 10   may be there till midnight working, you know
14: 11   freezing shrimp or stuff like that and he was always
14: 12   good -- you know, he always could stay and work
14: 13   Q: Would he work any Saturdays?
14: 14   A: He worked every Saturday.
14: 15   Q: Every Saturday?
14: 16   A: Yes, sir.
14: 17   Q: Did you see Dicky Irvin every day --
14: 18   most every day that he worked for you?
14: 19   A: Yes, sir.
14: 20   Q: Was he a person who would -- was he a
14: 21   regular attender or did he miss work --
14: 22   A: He wouldn't miss work no matter what
14: 23   He would -- he never -- he never missed a day of
14: 24   work that I recall.
14: 25   Q: So you saw him daily then; am I correct?
15: 1    A: Yes, sir.
15: 2    Q: Since you had the opportunity to observe
15: 3    him at work on a daily basis how would you describe
15: 4    the condition of his health from a lay standpoint?
15: 5    A: Well, he was probably ...

15: 6    overweight, which I consider myself to be

15: 7    overweight. We -- but -- at any given time we might

15: 8    have to take 3,000 pounds of shrimp off a boat. we

15: 9    have to move around a hundred pound -- well

15: 10   hundred-pound boxes of shrimp with ice probably

15: 11   weighs 130 pounds. We would unload boats as quickly

15: 12   we could go. He was very capable, I -- I -- he was

15: 13   a bull more or less is what we considered him.

15: 14   He was short and stocky and -- and there

15: 15   was -- there wasn't anything that he did --

15: 16   mean, he literally -- you know, when we unloaded

15: 17   behind, he would help unload the trucks, and for the

15: 18   most part he was working with 20-year-old kids and

15: 19   he could hang right with them no proble...

15: 20   Q.  Was any part of his -- any part of the

15: 21   duties required of him including the loading and

15: 22   unloading that he was unable to do?

15: 23   A.  No.

---

6    **16:14 - 17:10**    Weeks, John 2005-09-29

16: 14   Q:  Did Mr. Irvin ever complain of any

16: 15   health problems to you when he worked for you?

16: 16   A:  None other than, you know, we may have a

16: 17   day where we unloaded six or seven boats. Well, my

16: 18   back's sore today, or, you know, My elbow hurts.

16: 19   Nothing any more than myself or anybody else.

16: 20   Q.  Okay. To your knowledge did Mr. Irvin

16: 21   ever see a medical doctor while he worked for you?

16: 22   A:  Not to my knowledge.

16: 23   Q:  Did he ever file a workers' compensation

16: 24   claim for injury or any type claim?

16: 25   A:  No, sir.

17: 1    Q:  Did he ever file any health insurance

17: 2    claims to your knowledge?

17: 3    A:  Not on my knowledge.

17: 4    Q:  Did your company provide health

17: 5    insurance for Mr. Irvin?

17: 6    A.  Yes, sir.

17: 7    Q:  And to your knowledge he never made a

17: 8    claim of any sort?

17: 9    A:  No. Not to my knowledge he never did,

17: 10   no, sir.

---

7    **18:15 - 18:19**    Weeks, John 2005-09-29

18: 15   Q:  During the entire time that Mr. Irvin

18: 16   worked for you did he ever exhibit any symptoms or

18: 17   any signs of heart disease, for example did he ever

|  |  |  |
|---|---|---|

18:18   complain of shortness of breast?
18:19   A. No, sir.

---

| 8 | 18:21 -19:8 | Weeks, John 2005-09-29 |
|---|---|---|

18:21   A. No.
18:22   Q. Did he ever complain of chest pains?
18:23   A. No, sir.
18:24   Q. Nothing out of the ordinary then; am I
18:25   correct?
19:1   A. No. My elbow hurts from picking shrimp
19:2   up all day yesterday.
19:3   Q. Which I can understand that. Did he
19:4   ever tell you he had any problems such as, say,
19:5   elevated or low blood pressure?
19:6   A. No, sir.
19:7   Q. Or any cholesterol problems?
19:8   A. No, sir.

---

| 9 | 22:18 -25:18 | Weeks, John 2005-09-29 |
|---|---|---|

22:18   Q. How did you find out about Mr. Irvin's
22:19   death?
22:20   A. I was actually in Orlando at the time
22:21   and we work with Nextel, the two-way radios, and I
22:22   had talked to Dicky that morning on the two-way
22:23   radio and had talked to him and I don't know if the
22:24   phone rang or for some reason he said, I'll call you
22:25   back. Okay. And I was actually playing golf in
23:1   Orlando with my brother and was walking to the
23:2   clubhouse and I don't know if I either one knew
23:3   if one of my employees called me, and -- but in a
23:4   way I got my employee on the radio, I didn't get
23:5   Dicky when I called. And he just -- I could tell
23:6   something was really wrong because he really
23:7   couldn't even talk. He just said something's wrong
23:8   with Dicky, something's wrong and so I just kind of
23:9   stopped what I was doing and my brother and I were
23:10   standing there mainly just waiting to hear what was
23:11   next.
23:12   And, you know, I kept calling this kid
23:13   back on the radio saying, Well, you know, what's
23:14   going on? What's going on? And then probably over
23:15   the next 10 or 15 minutes, probably the next 10
23:16   minutes, it became apparent that something was
23:17   really bad wrong and that was mostly -- I think
23:18   because I was trying to pry it out of this kid what
23:19   was wrong, what was wrong, and he was -- ob -- must,
23:20   at the time he was just in bad shape

23: 21   Q: Yeah. You said you had talked to

23: 22   Mr. Irvin earlier that morning?

23: 23   A: Yes, sir.

23: 24   Q: About -- do you remember about what time

23: 25   that was?

24: 1   A: I would say that it was right around

24: 2   7:00 o'clock

24: 3   Q: And what was the gist of that

24: 4   conversation?

24: 5   A: Oh, just called to see what kind of

24: 6   orders were on the answering machine, were there any

24: 7   boats in to unload, how are you this morning, you

24: 8   know, just typical -- I had -- my brother and I had

24: 9   taken -- gone down the day before because we --

24: 10   somebody bought us a gift to play at Bay Hill and we

24: 11   had spent the night there and Dicky, you know, he --

24: 12   we were always in pretty close contact with the

24: 13   radios. If he had questions or something he could

24: 14   just call me. But just -- just, you know, what --

24: 15   what's going on today, do you have any big orders

24: 16   stuff like that

24: 17   Q: Did anything concern you during that

24: 18   conversation?

24: 19   A: You know, Dicky said something to me

24: 20   that he didn't feel good and I don't know if he told

24: 21   me that he was going to use the bathroom and he'd

24: 22   call me back or something like that but I can't

24: 23   remember exactly what was said and, you know, I

24: 24   jokingly said, Okay, I'll talk to you in a few

24: 25   minutes. And then it was like 15 minutes went by or

25: 1   something and we were getting ready to go on the

25: 2   golf course and when I called him back, I think is

25: 3   when the kid answered the phone or answered the

25: 4   radio, heard me calling and picked it up and

25: 5   answered.

25: 6   Q: When did you last see Mr. Irvin prior to

25: 7   his death?

25: 8   A: You know, I don't remember but it would

25: 9   have been the day before

25: 10   Q: How did he appear that day?

25: 11   A: Fine. Business as usual. You know, in

25: 12   fact, I think, if I remember correctly, I worked

25: 13   until about 3:00 o'clock the day before and my

25: 14   brother and I drove to Orlando but I remember being

25: 15   at the fish house pretty late 3:00 or 4:00 o'clock

25: 16   in the afternoon

|  |  |  |
|---|---|---|
|  | 25: 17 | Q: And he appeared fine at that time? |
|  | 25: 18 | A: Yes, sir. |

| 10 | 29:11 -31:5 | Weeks, John 2005-09-29 |
|---|---|---|
|  | 29: 11 | Q: You mentioned Mr. both's son -- and |
|  | 29: 12 | that be Richie? |
|  | 29: 13 | A: Yes, sir. |
|  | 29: 14 | Q: When did Richie first come to work for |
|  | 29: 15 | your company, approximately? |
|  | 29: 16 | A: I'm sure it would have been after Dicky. |
|  | 29: 17 | Probably not long after. I think -- I think when |
|  | 29: 18 | Richie first started out he worked in the summertime |
|  | 29: 19 | when he wasn't in school and he -- he would have |
|  | 29: 20 | been a driver, making deliveries. |
|  | 29: 21 | So I would probably say for -- in '99 or |
|  | 29: 22 | 2000 but I don't -- I don't know right off the top |
|  | 29: 23 | of my head. |
|  | 29: 24 | Q: Is he presently employed? |
|  | 29: 25 | A: Yes, sir. |
|  | 30: 1 | Q: What is his present job title? |
|  | 30: 2 | A: He actually does exactly what his father |
|  | 30: 3 | did. He sells fish and he's moved into the manager |
|  | 30: 4 | position. |
|  | 30: 5 | Q: Have there been any changes in Richie |
|  | 30: 6 | insofar as his work performance or just his general |
|  | 30: 7 | demeanor since his father died? |
|  | 30: 8 | A: Oh, very much so. Very much so. |
|  | 30: 9 | Q: Would you tell the jury about that? |
|  | 30: 10 | A: Well, Richie was constantly late for |
|  | 30: 11 | work when he first came to work for us, typical but |
|  | 30: 12 | that just -- was hard to get him to do anything -- |
|  | 30: 13 | well, I mean, I shouldn't say it was hard to get him |
|  | 30: 14 | to do anything. Once he was at work he was a good |
|  | 30: 15 | enough employee but getting him to work on a daily |
|  | 30: 16 | basis was difficult. And I was constantly telling |
|  | 30: 17 | Dicky, You better call Richie, he needs to be here |
|  | 30: 18 | today, you know, and he just wasn't the best |
|  | 30: 19 | employee as a kid. |
|  | 30: 20 | After his father died it was -- it was a |
|  | 30: 21 | real turnaround. I think it was an eye-opening |
|  | 30: 22 | experience for him. He told me that he would like |
|  | 30: 23 | to try to do the job, which I thought -- which at |
|  | 30: 24 | the time I did not think would work from his past |
|  | 30: 25 | experience. But he -- he actually does a good job. |
|  | 31: 1 | He -- he deals with people on a |
|  | 31: 2 | day-to-day basis that -- in this little town that he |

| | | |
|---|---|---|
| | | 31: 3   went to school with, that he knows  and it worked |
| | | 31: 4   out good for me because I have a salesperson who is |
| | | 31: 5   their age and he does a good job |
| 11 | 32:14 -33:3 | Weeks, John 2005-09-29 |
| | | 32: 14   Q  Tell us who Danny Pacetti is |
| | | 32: 15   A  Danny Pacetti is a former employee of |
| | | 32: 16   mine. Went to work for me when he was about 15 |
| | | 32: 17   years old, maybe 16, and Danny -- the way Danny came |
| | | 32: 18   to work for me was his older brother worked for me |
| | | 32: 19   before we had made the move to the second store in |
| | | 32: 20   1996. Their family was from New Jersey. They grew |
| | | 32: 21   up working in fish markets and they were very |
| | | 32: 22   knowledgeable of cleaning fish and doing that |
| | | 32: 23   work. That's Danny Pacetti |
| | | 32: 24   Q  He told us that he had seen Dicky drink |
| | | 32: 25   alcoholic beverages on the job and after work every |
| | | 33: 1   afternoon or frequently. Did you ever -- at any |
| | | 33: 2   time ever see Mr. Irvin drink any type alcoholic |
| | | 33: 3   beverages either on the job or after work? |
| 12 | 33:5 -34:11 | Weeks, John 2005-09-29 |
| | | 33: 5   A  Yeah. If we had to stay late and work |
| | | 33: 6   we would have some beer, not only Danny -- me, and |
| | | 33: 7   and other employees. I can understand why Danny |
| | | 33: 8   Pacetti would say something like that because that's |
| | | 33: 9   exactly why he doesn't work for us anymore |
| | | 33: 10   Q  And explain that for us if you would |
| | | 33: 11   A  Danny Pacetti was an excellent fish |
| | | 33: 12   cutter. He got involved with some people who did |
| | | 33: 13   drugs, did all kinds of drugs and his work |
| | | 33: 14   performance went downhill very fast |
| | | 33: 15   And we actually kept him on longer than |
| | | 33: 16   we probably should have. But we finally just fired |
| | | 33: 17   him because of tardiness to work, bad attitude at |
| | | 33: 18   work, numerous things, just went on and on  but it |
| | | 33: 19   was mostly just a bad attitude and poor workmanship |
| | | 33: 20   and not coming to work when he was supposed to |
| | | 33: 21   Q  Would he leave work early -- |
| | | 33: 22   A  Yes, sir. |
| | | 33: 23   Q  -- on occasion? |
| | | 33: 24   A  Yes, sir |
| | | 33: 25   Q  Was that a frequent occurrence? |
| | | 34: 1   A  Yes, sir, it got to be a frequent |
| | | 34: 2   occurrence. He wouldn't pitch in and help. You |
| | | 34: 3   know, the cutting of the day may have been over  with |
| | | 34: 4   and done and we didn't have any more orders but we |

WEEKS_J_COMBINED_DESIGNATIONS

34: 5    had boats to unload and he -- he -- as my wife would
34: 6    say, he acted like a prima donna, like his position
34: 7    couldn't be filled and once we'd had enough of it we
34: 8    just let him go.
34: 9    Q:  Did he still have a drug problem at the
34: 10   time you fired him?
34: 11   A:  Yes, sir.

---

| 13 | 37:8-37:13 | Weeks, John 2005-09-29 |

37: 8    Q:  Mr. Pacetti also testified that Dicky
37: 9    had been taking pills three to four times a day
37: 10   during the day and as many as two pills at the time
37: 11   During the times that you observed Mr. Irvin would
37: 12   that be an accurate statement?
37: 13   A:  No, sir.

---

| 14 | 37:15-37:23 | Weeks, John 2005-09-29 |

37: 15   Q:  Did you ever see Mr. Irvin taking pills
37: 16   during -- during the daytime?
37: 17   A:  No, sir.
37: 18   Q.  While he was working for you?
37: 19   A:  No, sir.
37: 20   Q.  Would you believe that Mr. Pacetti's
37: 21   statement that he was taking that volume of pills
37: 22   would be an accurate statement?
37: 23   A:  No, sir.

overruled
403, 602

---

| 15 | 37:25-38:4 | Weeks, John 2005-09-29 |

37: 25   Q:  Due to your frequent contacts with
38: 1    Mr. Irvin during the workday and during long
38: 2    workdays, would you have had the opportunity to know
38: 3    whether or not he was taking a large quantity of any
38: 4    type medication on the job?

---

| 16 | 38:6-38:15 | Weeks, John 2005-09-29 |

38: 6    A.  I would think so. I mean, we literally
38: 7    worked arm and arm and I would think that I would
38: 8    know if he was taking something, you know. I mean,
38: 9    I'm not -- you know, I didn't know he was taking
38: 10   Vioxx but at the same time I would think that if any
38: 11   of my employees were taking a lot of pills that I
38: 12   would know about it.
38: 13   Q.  You found out about Mr. Pacetti's drug
38: 14   problem.
38: 15   A.  That's right.

overruled
602, 403,
leading

---

| 17 | 38:17-38:20 | Weeks, John 2005-09-29 |

38: 17   A:  That's exactly right.
38: 18   Q.  Does Mr. Pacetti have a problem with the

---

WEEKS_J_COMBINED_DESIGNATIONS

|  |  |  |
|---|---|---|
| | 38: 19 | truth? |
| | 38: 20 | A: Absolutely |

| 18 | 38:22 -38:24 | Weeks, John 2005-09-29 |
|---|---|---|
| | 38: 22 | Q: Would you believe Mr. Pacetti on his |
| | 38: 23 | oath? |
| | 38: 24 | A: No, sir. |

*Cont.*
*Overruled*

| 19 | 47:20 -51:3 | Weeks, John 2005-09-29 |
|---|---|---|
| | 47: 20 | Q: Can you describe Mr. Irvin's daily |
| | 47: 21 | routine at the Seafood Shoppe? |
| | 47: 22 | A: Sure. In the morning he and I would get |
| | 47: 23 | together, we would set the price. We would |
| | 47: 24 | inventory our stock, our fresh stock. We would set |
| | 47: 25 | the price for what we were going to sell fish for |
| | 48: 1 | that day and he would immediately get on the phone |
| | 48: 2 | and start calling restaurants. |
| | 48: 3 | And I would do deposits, I would -- I |
| | 48: 4 | would immediately -- I would actually start right |
| | 48: 5 | then looking for fish to buy for that day or for the |
| | 48: 6 | following day. |
| | 48: 7 | If there were boats to unload, we would |
| | 48: 8 | try to get majority of the calls made in the morning |
| | 48: 9 | before unloading a boat. And then a lot of times he |
| | 48: 10 | would -- he would stay and call on restaurants while |
| | 48: 11 | myself and somebody else would start unloading the |
| | 48: 12 | boats. And that's -- that's pretty much -- you |
| | 48: 13 | know, we would -- we would make calls up until |
| | 48: 14 | usually 1:00 or 2:00 o'clock in the afternoon trying |
| | 48: 15 | to sell fish and then we would unload boats if there |
| | 48: 16 | was any boats to unload and do a little bit of |
| | 48: 17 | preparation for the next day whether it be buying |
| | 48: 18 | fish or -- and then that was pretty much it. |
| | 48: 19 | You know, most of the time we waited on |
| | 48: 20 | drivers to get back. In fact, I shouldn't say most |
| | 48: 21 | of the time, almost all the time we waited on |
| | 48: 22 | drivers to get back before we would leave, mainly to |
| | 48: 23 | get our collections and get the trucks situated. |
| | 48: 24 | Q: Did Mr. Irvin generally help unload the |
| | 48: 25 | fish boats? |
| | 49: 1 | A: Probably 50 or 60 percent of the time. |
| | 49: 2 | It depended on what crews were there or who was |
| | 49: 3 | working. And depending on how busy it was with the |
| | 49: 4 | restaurants and it -- it didn't make any sense for |
| | 49: 5 | him to run back and forth answering the phone if |
| | 49: 6 | there was two or three people there to unload boats |
| | 49: 7 | but most of the time he helped. Most of the time he |

49: 8    would be out there seeing what was coming in, you know,

49: 9    that could make calls and try to sell it

49: 10   Q:  If you had to estimate what percentage

49: 11   of his workday Mr. Irvin spent unloading fish boats

49: 12   could you say what percentage it would be?

49: 13   A.  25, 30 percent. But it's -- and it's

49: 14   kind of hard to do that because you may go two days

49: 15   and not unload a boat and then you may unload them

49: 16   all day long the next day so it's kind of hard to

49: 17   put it on a percentage basis

49: 18   Q:  Did Mr. Irvin help load and unload

49: 19   delivery trucks?

49: 20   A.  Yes.

49: 21   Q:  And what percentage of Mr. Irvin's

49: 22   workday would he spend loading and unloading

49: 23   delivery trucks?

49: 24   A:  You know, an hour out of the day

49: 25   Q:  How heavy were the boxes that Mr. Irvin

50: 1    would load and unload into the delivery trucks?

50: 2    A:  Well, with -- for the most part those

50: 3    boxes are not that heavy, 50 to 80 pounds. Now

50: 4    unloading freight trucks you may have -- you may

50: 5    have -- you know, those are pallets that come off

50: 6    and you have to move cases around, sometimes you'll

50: 7    have a 250-pound tuna in a case and you got to get

50: 8    two or three people to manhandle it, you know

50: 9    another pallet  but -- so -- and most -- for the

50: 10   most part in the seafood business our stuff is

50: 11   packed in increments of 50s and 100s.

50: 12   Q:  So the heaviest box that Mr. Irvin,

50: 13   himself, would be carrying would be 50 pounds?

50: 14   A:  I would -- excuse me, I would say 50

50: 15   pounds by himself. You know, a hundred -- a hundred

50: 16   box of shrimp with 30 or 40 pounds of ice in it

50: 17   takes two people to pick it up, it doesn't have no

50: 18   handles and so -- I mean, you have to have help, it

50: 19   it's -- it may be a matter of putting 25 of them on

50: 20   a pallet and stacking them up and wrapping them and

50: 21   getting them in the cooler

50: 22   Q:  How high do you have to stack the boxes

50: 23   up on the pallet?

50: 24   A:  As high as you can reach.

50: 25   Q:  Till you reach over your head?

51: 1    A:  You can't hardly pick them up over your

51: 2    head so we'll put them four high, which is probably

51: 3    six feet.

| 20 | 51:25 - 53:2 | Weeks, John 2005-09-29 |
|----|--------------|------------------------|

51: 25   Q: Did you ever eat lunch with Mr. Irvin?

52: 1   A: Every day just about.

52: 2   Q: Where did you eat lunch?

52: 3   A: We ate lunch at work.

52: 4   Q: And what did you eat?

52: 5   A: Anything from salads to hamburgers to

52: 6   fried chicken to pizza to whatever we could get.

52: 7   Q: Where did you get the food?

52: 8   A: Well, all over. You know, most -- most

52: 9   of the time I would say that we ate fast food. But

52: 10   then, again, we didn't eat lunch every day either.

52: 11   You know, a friend of ours had a little restaurant

52: 12   around the corner and we always kind of sought out

52: 13   people who would deliver it to us and, you know, he

52: 14   had hamburgers and crab cakes and fried shrimp and

52: 15   for the most part fast food is what we ate for

52: 16   lunch.

52: 17   Q: When you say fast food was there a

52: 18   particular fast-food restaurant that you ate food

52: 19   from?

52: 20   A: Not -- not one any more than another

52: 21   other than our friend had that little -- it was

52: 22   called Lincolnville Grill and it was just around the

52: 23   corner and he would deliver to us. We ate there

52: 24   pretty -- you know, probably three days out of the

52: 25   week and then -- you know, I would say in a six-day

53: 1   workweek there was probably two days we didn't eat

53: 2   lunch.

| 21 | 53:7 - 55:2 | Weeks, John 2005-09-29 |
|----|-------------|------------------------|

53: 7   Q: Was the Lincolnville Grill generally

53: 8   fried food?

53: 9   A: I would say for the most part, yes. I

53: 10   know he had a grill and he did grill hamburgers and

53: 11   we were -- you know, we always joked about, you

53: 12   know, we all need to be on diets, we shouldn't eat

53: 13   this kind of stuff but everybody still ate it.

53: 14   Q: Did Mr. Irvin joke about needing to be

53: 15   on a diet?

53: 16   A: Sure he did. Sure he did.

53: 17   Q: Did he acknowledge that he was

53: 18   overweight?

53: 19   A: Yeah, in fact, we both did. I can

53: 20   remember one time we had a foot race that was just

53: 21   -- it ended up in literally catastrophe for both of

53: 22   us.
53: 23   Q:  And when you say it ended up in
53: 24   catastrophe what do you mean?
53: 25   A:  Well, about three-quarters through the
54: 1    race I pulled a hamstring and fell and I think he
54: 2    fell over the top of me and it was pretty -- you
54: 3    know, he -- I mean, we -- not that I'm in good shape
54: 4    but if I had to compare him to me, we were about in
54: 5    the same kind of shape.
54: 6    Q:  How far was that foot race?
54: 7    A:  It was about 50 yards.
54: 8    Q:  Do you remember Mr. Irvin actually going
54: 9    on a diet ever?
54: 10   A:  Not one that lasted over two or three
54: 11   days.
54: 12   Q:  But do you remember him attempting to
54: 13   diet for a few days at a time?
54: 14   A:  No, no. Well, I think we went on a
54: 15   salad kick that lasted two or three days and we
54: 16   usually did that together but it didn't last, you
54: 17   know. I mean, I'm not saying that he didn't do some
54: 18   dieting but none that I really -- I never saw any
54: 19   big changes in his weight, I can tell you that.
54: 20   Q:  Would you say that Mr. Irvin's diet was
54: 21   unhealthy?
54: 22   A:  It -- sure, yeah, as is the same one
54: 23   we're on today because we still do the same thing.
54: 24   Q:  And you mentioned that you ordered in
54: 25   food from the Lincolnville Grill about three days a
55: 1    week?
55: 2    A:  I would say three days a week, yeah.

| 22 | 55:3 -55:4 | Weeks, John 2005-09-29 |
| --- | --- | --- |

55: 3    Q:  Did you ever see Mr. Irvin smoke?
55: 4    A:  No.

| 23 | 55:5 -55:6 | Weeks, John 2005-09-29 |
| --- | --- | --- |

55: 5    Q:  Did you ever see Mr. Irvin chew tobacco?
55: 6    A:  Uh-huh.

| 24 | 55:7 -55:21 | Weeks, John 2005-09-29 |
| --- | --- | --- |

55: 7    Q:  How often did you see Mr. Irvin chew
55: 8    tobacco?
55: 9    A:  Not as often as myself and I'm probably
55: 10   not a good person to do that because I chew tobacco
55: 11   all day on a regular basis and I don't really know
55: 12   how much he did. I know he did a little bit. I

55: 13   don't -- I don't remember because w- -- you h---- --
55: 14   worked inside an office which is -- and I do n't
55: 15   remember seeing a lot of spitting or anything --
55: 16   that. I don't want to be grotesque but it's -- but
55: 17   I know that he did chew tobacco. I think he chewed
55: 18   Levi Garrett tobacco.
55: 19   Q:  So you don't remember how often he
55: 20   chewed tobacco?
55: 21   A.  No  No.

| 25 | 55:22 -56:9 | Weeks, John 2005-09-29 |
|---|---|---|

55: 22   Q:  Do you remember Mr. Irvin ever getting
55: 23   heartburn from chewing tobacco?
55: 24   A:  Yeah. And myself.
55: 25   Q:  How frequently would Mr. Irvin get
56: 1   heartburn from chewing tobacco?
56: 2   A:  If I had to guess I'd say once a week
56: 3   and I can't tell you that that's what caused it
56: 4   either. We -- we joked about that being what caused
56: 5   it.
56: 6   Q:  You joked that the tobacco caused the
56: 7   heartburn?
56: 8   A:  Yeah, we joked back and forth between us
56: 9   because the same thing happened to myself.

| 26 | 56:18 -57:13 | Weeks, John 2005-09-29 |
|---|---|---|

56: 18   Q:  Did you ever see Mr. Irvin drink
56: 19   alcohol?
56: 20   A:  Uh-huh.
56: 21   Q:  How often did you see Mr. Irvin drink
56: 22   alcohol?
56: 23   A:  I would say once a week, one afternoon a
56: 24   week.
56: 25   Q:  Was that at work?
57: 1   A:  Uh-huh. It was after work but it was
57: 2   still there, yes.
57: 3   Q:  And what did Mr. Irvin drink?
57: 4   A:  We drank beer.
57: 5   Q:  Do you remember how many beers Mr. Irvin
57: 6   would have?
57: 7   A:  No, ma'am. I mean, there would -- there
57: 8   would be four or five people there and they would
57: 9   buy a 12 pack of beer and everybody would have two
57: 10   or three beers and then we went home  I'm sure when
57: 11   we out to dinner he probably had a drink or beer as
57: 12   did I but not in excess. We had to get up and go to
57: 13   work too early in the morning for that

27    59:4 -59:8    Weeks, John 2005-09-29

    59: 4    Q:  Do you remember Mr. Irvin ever hurting
    59: 5    his back at work?
    59: 6    A:  Not hurting it. I remember him having a
    59: 7    sore back or a sore elbow from lifting boxes but
    59: 8    nothing other than that.

---

28    60:18 -60:25    Weeks, John 2005-09-29

    60: 18    Q:  Did Mr. Irvin ever mention to you that
    60: 19    he was taking medication for his back pain?
    60: 20    A:  No.
    60: 21    Q:  Did you ever see him take any medication
    60: 22    --
    60: 23    A:  No, ma'am.
    60: 24    Q:  -- for his back pain?
    60: 25    A:  No, ma'am.

---

29    61:3 -61:14    Weeks, John 2005-09-29

    61: 3    Q:  And you mentioned earlier you never
    61: 4    heard of Vioxx until after Mr. Irvin died?
    61: 5    A:  Well, not -- not after he died but --
    61: 6    well, I guess it was after he died. I don't think I
    61: 7    ever did hear about Vioxx until after he died.
    61: 8    Q:  Did Mr. Irvin ever mention Vioxx to you?
    61: 9    A:  No, ma'am.
    61: 10    Q:  Did you ever see any Vioxx pills?
    61: 11    A:  Huh-uh. No, ma'am.
    61: 12    Q:  Did you ever hear Mr. Irvin talk to
    61: 13    anyone else about Vioxx?
    61: 14    A:  No, ma'am.

---

Play Time for this Script:    00:33:22

**Total time for all Scripts in this report:**    00:33:22