U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 2-14-06
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| **Evelyn Irvin Plunkett v. Merck & Co, Inc.** | * | **CASE NO. 02:05CV4046** |

---

**Notice of Filing Deposition Testimony**
**of Richard Aycock**

---

Plaintiff Evelyn Irvin Plunkett, as Personal Representative of the Estate of Mr. Richard Irvin, Jr., by and through her attorneys, hereby gives notice of filing the final transcript of the deposition testimony of Richard Aycock. This testimony was played during the trial of this cause on February 13, 2006. A transcript is attached as Exhibit "A."

___ Fee
___ Process
X Dktd
✓ CtRmDep
___ Doc. No.

Respectfully submitted,

By: [signature]

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
**Co-Lead Counsel**

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**PLAINTIFFS' LIAISONCOUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the **14th** day of February, 2006.

P. Leigh O'Dell

Aycock (Multi-clip)
Aycock_05.05 5:5-5:9

Can you state your full name for the record, please?
A. Richard Frank Aycock.
Q. And do you go by Ricky Aycock?
A. Rick Aycock, Ricky, yeah.

Aycock_06.21 6:21-7:1

Q. Mr. Aycock, are you represented by counsel here today?
A. No, I'm not.
Q. Is there any reason you cannot give accurate testimony during your deposition?
A. No.

Aycock_12.11 12:11-26:22

Q. Mr. Aycock, how old are you?
A. I am 51.
Q. And when were you born?
A. 10/19/53.
Q. Where do you currently live?
A. 6865 Sico Avenue West here in St. Augustine.
Q. How long have you lived there?
A. Right at nine years.
Q. How long have you lived in St. Augustine?
A. Since March of 1987.
Q. Where do you currently work?
A. I'm self-employed. I'm a marine consultant. I commercial fished for 30 years, sword fishing, commercial diving, shark fishing, a little bit of everything and some of the net fisheries, Roe Mullet Fishery, and since '98 or '99, after I was injured in an accident, I sold my last boat and the only fishing I did was in the Roe Mullet Fishery, which is about eight to ten weeks every fall and then I started selling commercial fishing boats and also limited entry, you know, federal permits, because all of the fisheries are limited entry now.
Q. So after you stopped commercial fishing in 1998 or 1999 is that when you started your marine consulting business?
A. Pretty much, yes.
Q. And what do you do in your consulting business?
A. I get a lot of calls -- I fished up and down the eastern seaboard and the gulf, you know, from the early '70s and just to the people I've met in the fishing business and the contacts I still have when people are buying and selling boats and were looking for another boat, I fished in a lot of different fisheries with a lot of different types of fishing equipment so I pretty much fell into it just because that's what I did and then I pretty much -- I wouldn't call myself a broker because I'm not a

Page 14

licensed broker, people call me and say, This is the type boat I need, and I go out and find it. And I also sell these limited entry fishing permits and they're all -- there's a finite number of permits now and they -- the department of commerce started handling this ten years ago, it made them -- well, a value on them and I have access to a lot of them and a lot of people in the fishing business so that's what I do. I find these permits and I buy them and resell them.
Q. So you're sort of a middleman?
A. Exactly.
Q. Were you engaged in the same business that you just discussed in 2000 and 2001?
A. Yes, pretty much. In the early stages of it. I went through a long rehab period with -- after shoulder surgery and it was something that -- that matured over a period of a couple years and eventually turned into a pretty much full-time business for me.
Q. And what company did you work for prior to quitting the commercial fishing business?
A. I've been self-employed for -- well, since probably 1975 or '76, since I had my first boat built in, I guess, late 1976. And then I -- in

Page 15

between owning and running boats for other people I pretty much -- and when you're running for somebody else, you're pretty much self-employed, like a private contractor because I hire my own crews and whatever type fishing I'm involved in.
Q. Did you know Dicky Irvin?
A. Yes.
Q. When did you first meet Dicky Irvin?
A. I first met Dicky when he came to work for Seafood Shoppe.
Q. Do you remember when that was?
A. No, not exactly. When I was -- got hurt in '98 I think he had been working there for a short period of time. I don't think it was very long. I don't know exactly when he started with John but it was somewhere in that time frame.
Q. And what was your relationship with the Seafood Shoppe?
A. Pretty much that's where I unloaded my fish and every time, you know, you come in and unload wholesale fish that's who I would sell to. In fact, I was selling fish to John before he opened the Seafood Shoppe, when he had his retail market on the island down there on State Road 3 and then when he opened up there -- I was fishing small boats

Page 16

then, just pretty -- what you call day boats and unload -- you know, going out and diving for the day and then unloading the fish and then when I bought another big boat and started to sword fish some again where you need large amounts of ice and fuel and John opened that and then I started fishing with him there.
Q. So how often would you unload your -- your boat at the Seafood Shoppe?
A. It all depends on the type fishing we

were doing. If I was making a long trip to the Carolinas, I might be gone anywhere from four to seven days and in between fishing trips vary, you know, because of the weather. You know, we try to make two or three trips, you know, in a month's time, you know, five-, six-day trips and, you know, unloading is you get through -- that's 200 and 300 miles up the coast and then back and through the course, usually around a week.
Q. During 2000 and 2001 were you unloading fish boats at the Seafood Shoppe?
A. No.
Q. During the time you knew Mr. Irvin did you unload your boat at the Seafood Shoppe?
A. No, I had -- my boat was gone -- let's

Page 17

see, I was injured in February of '98 and I was operated on in the fall of that year and then went through a rehab into the spring of next year. I still owned my boat but nobody was fishing it. I had a partner in it and we were keeping it just to see if I was going to be able to go back in the capacity I was and we eventually sold the boat and that's when I started to explore these other avenues, you know, finding boats for people, marine consulting, I worked to rebuild some boats, refurbishing, and rigging them out with different types of fishing equipment.
Q. How often would you see Mr. Irvin?
A. When I was home and not on the road pretty much every morning. I go in there for a cup of coffee, see what was going on, you know, with the fish prices, it's just something I did, you know, pretty much my whole life and even though I wasn't actively doing it, I did fish every year in the Roe Mullet Fishery, but, like I say, that's just eight to ten weeks in the fall. But it would be a matter of me stopping by seeing John and Dicky, have a cup of coffee, see who was in there to unload because I still had friends fishing and then I would leave and go on with my business.

Page 18

Q. In the period between 1998 and 2001 other than the eight to ten weeks you would spend in the fall fishing, would you estimate you went into the Seafood Shoppe almost every morning?
A. Every morning I was in town, I would say three to four days a week.
Q. And how long would you stay there?
A. Sometimes an hour, sometimes, you know, 15 minutes.
Q. Who would you talk to while you were there?
A. Well, Dicky was usually the first one there in the mornings unless John was there and usually John and I -- since I knew John longer than Dicky, you know, we talked about mainly just fishing business, who was catching what. I've got a couple of other friends that are in the fish house business, one in Fernandina and a couple in Mayport so just talking dock talk, as you'd say.
Q. About what time would you go in to the Seafood Shoppe?

A. Usually about the time they open. I'm up early every day anyways, so they open at 7:00 or 7:30, I'd stop by somewhere between 7:00 and 8:30 in the morning.

Page 19

Q. What was the longest amount of time that you would stay on those visits?
A. There would be times where I may stay two, maybe -- maybe three hours. If I had a friend in with a boat that was unloading and watching them unload and then, also, was doing some boat work for people there and with marine supply and all being next door, you know, I buy a lot of stuff from them to put on these boats and not ever longer than, you know, a couple of hours usually.
Q. Did you ever see Mr. Irvin help unload one of the boats?
A. Yes.
Q. How heavy are the boxes that Mr. Irvin would have to lift?
A. Most everything there is anywhere from 25 pound, what they call the cardboard boxes, to 50-pound boxes and then the hundred-pound fish boxes.
Q. Would Mr. Irvin carry a 100-pound box by himself?
A. Usually one person grabs each side because you're stacking them on pallets, you know, they'll stack them three and four high and there have been times when I helped Dicky pick up one end

Page 20

of the fish box and put them on there and stack them up.
Q. Did you ever socialize with Dicky Irvin outside of the Seafood Shoppe?
A. No, never did.
Q. Did you ever meet his wife?
A. On one occasion. I think I first met her at the -- my daughter went to the high school where she worked and that was the first time, I think, I ever saw her. I may have seen her once at the Seafood Shoppe or twice and that was probably -- it's been probably four or five years.
Q. Do you remember the substance of any of those conversations?
A. Oh, nothing other than being introduced to her, you know, had you met my mom, hello, and that was it.
Q. Do you -- or have you ever socialized with Richie Irvin?
A. No.
Q. When's the last time you spoke with Richie Irvin?
A. Richie? I saw Richie this morning when I went in the Seafood Shoppe.
Q. During the time you knew Mr. Irvin did

Page 21

you ever understand him to be legally separated from his wife?
A. No.
Q. Did you ever see Mr. Irvin smoke?
A. No.
Q. Did you ever see Mr. Irvin chew tobacco?

A. Yes.
Q. How often did you see him chew tobacco?
A. Just -- I can't say how many times. I just can remember occasionally seeing him chew tobacco.
Q. Did you ever see Mr. Irvin drinking alcohol?
A. No.
Q. Do you know where Mr. Irvin worked before he worked at the Seafood Shoppe?
A. No, I don't.
Q. Did you ever eat any meals with Mr. Irvin?
A. No. Maybe lunch one time when they were ordering lunch for everybody, you know, his cutting crew and everything, and I happened to be there and they were ordering sandwiches or something similar but that would be the only occasion.
Q. How many times do you think you ate

Page 22

lunch with him?
A. Maybe two or three times.
Q. Did you ever hear of Mr. Irvin going to see a doctor?
A. No.
Q. Prior to April 2001 did you ever know of Irvin to be taking any prescription medications?
A. No.
Q. Prior to April 2001 did you ever know of Mr. Irvin to be taking any over-the-counter medications?
A. No.
Q. Did you ever see him take any over-the-counter medications?
A. No.
Q. Did Mr. Irvin ever talk to you about any health problems?
A. Nothing other than the usual aches and pains, you know, that you get in your 50s, you know.
Q. Did he say anything specific about the aches and pains?
A. No, pretty much casual conversation, you know, like, you know, maybe lifting something, you know, having a sore shoulder. I mean, I had a lot of pain, I went through the, you know, surgery and

Page 23

had mine rebuilt so -- and I know whether he had football injuries, I know that he played football.
Q. Did he ever talk to you about having back pain?
A. Yes.
Q. What do you remember about that conversation?
A. Just the fact that he had a bad backache, thought he strained himself, you know, lifting something.
Q. Do you remember when that conversation was?
A. No. I know that it was probably -- probably somewhere in the last -- I guess, probably between '98 and 2000, somewhere in there.
Q. Do you remember the date when Mr. Irvin died?

A. No, I don't.
Q. If Mr. Irvin died on May 15th, 2001, does that help you remember when he first told you about his back pain?
A. No, it was just something in casual passing.
Q. You don't remember how long before he passed away that he mentioned to you he was in back pain?
A. No.
Q. Have you ever heard of Vioxx?
A. Yes.
Q. When is the first time you heard of Vioxx?
A. Probably right after my surgery or somewhere during that time frame, some point after my surgery. I went fishing with a friend of mine on a charter boat who had a -- his chapter happened to be, I don't know if they were doctors, they were pharmaceutical people that sell drugs and they were talking about Vioxx and other antiinflammatories. That was the first time I heard about it.
Q. Do you know what year that was?
A. No, I don't.
Q. Do you know who the people on the charter boat were?
A. No. It's a friend of mine that had a charter boat in Comanche Cove and it was a charter that was sent to him through, I believe, a hotel chain in Jacksonville and they had -- they chartered several boats and at the time I had gone through -- I was going through some rehab and wasn't -- wasn't working, doing anything physical, and I more or less just rode with him. He was -- I'd been a friend for 25 years.
Q. Did you know what company?
A. No.
Q. Did you know if the people worked for Merck?
A. No, I don't.
Q. Do you remember what they said about Vioxx?
A. No, they -- the way the conversation arose we were on the fly bridge on the way in and they were talking about, I think, Celebrex or something because a buddy of mine Bob had some problems, he had, I think, a knee replacement and that's how the conversation got started, what he was taking for -- for his pain.
Q. And do you remember what they said about Celebrex?
A. No.
Q. Do you remember what they said about Vioxx?
A. No.
Q. Have you ever used Vioxx?
A. Yes.
Q. When did you use Vioxx?
A. I used Vioxx -- it may have been two or three years after my surgery so it was probably

somewhere in early 2000, I don't know when. I was back and forth to the doctor quite a bit because I had a lot of trouble after -- after my rehab and they were wanting to do other surgeries on me but I never went through with it. And I was told that it was an antiinflammatory and it might help me. I had taken Celebrex and several different others.
Q. Do you remember what other antiinflammatories you had taken?
A. I took Relafen, Celebrex, I took Vioxx one time and none of them -- I've had adverse reactions to medications. I just -- I tried several just to get through and then I was going for some routine, I guess, cortisone shot or whatever they, you know, put in the joints and eventually settled on aspirin and that's where I've been for several years now.
Q. So you -- how many Vioxx pills did you take?
A. I only took it one time.

Aycock_27.02-38.01 27:2-38:1

Q. How many samples did your doctor give you?
A. I think either -- either two or three blis- -- small blister packs and I can't remember if there was one on it or two and I believe it was 25 milligrams.
Q. So what would be your best guess of what time frame you took Vioxx in?
A. I really can't remember a specific day because I took -- I just took it the one time. And I don't even know exactly when I got it. I went and got it on an office visit and I think it was a PA that gave it to me.
Q. Do you think it was in 2000?
A. I would say it was probably later than that. I can't say how much later but it probably -- after that, because I went through my surgery and I probably -- I started going back after my -- I went through two stints of rehab so it was well after that I'm sure.
Q. Do you think it was in the year 2001?
A. I can't really say. I do not remember.
Q. Did -- did a doctor ever prescribe Vioxx to you?

Page 28

A. No.
Q. When -- did you say a PA gave you a sample?
A. It was either a PA or one of the other doctors in that particular group. I don't think it was Robert Pohl that operated on me because I don't think he was in that day when I went in to -- I had had, not another MRI, but another x-ray.
Q. Had you been examined by one of those doctors in that orthopedic group?
A. Yes, I'd been examined. I was operated on by Dr. Robert Pohl and another doctor in the group and then I was examined by several -- I had extensive rebuilding of the shoulder and I went back on numerous occasions, in fact, I saw a couple other

orthopedists also.
Q. Were you examined by a doctor on the day you received the Vioxx sample?
A. I want to say, yes, I saw a doctor but it wasn't Robert Pohl, it was one of the other doctors in there and then the PA came, they took several sets of x-rays and they put me through some, you know, range of motion stuff.
Q. Do you remember if your blood pressure was taken on the day you received the Vioxx sample?

Page 29

A. I'm sure it was. They took it every time I went in there.
Q. Do you remember what dose the samples were that you received?
A. I think they were 25 milligram. I can't be sure but that's what comes to mind.
Q. Did the doctor tell you what dose to take every day?
A. He told -- I think they only -- the reason I only got three samples was because it was all they had. He said, Try this, it works for some people that have had injuries similar to mine. And he said, If it works for you, come back in, we'll reassess you, and write a prescription for it. But I went through this with several, the Relafen and a couple of others that I -- that I don't remember.
Q. Did you tell the doctor that it didn't work for you?
A. Yes.
Q. Did you take all the samples you received from the doctor?
A. No, I didn't.
Q. What did you do with the remaining Vioxx samples?

Page 30

A. I had gave one Vioxx sample to Dicky Irvin and the other I don't know what happened to.
Q. Do you remember when you gave Dicky Irvin a Vioxx sample?
A. No, I don't remember the date. I do remember giving it to him and it was after we had -- we were discussing -- he had had a bad backache for a couple of days and he knew that I had gone through the surgery and was taking a lot of antiinflamm- -- or trying a lot of antiinflammatories and he said -- he said, I've got a bad backache and it's bothering me for a couple of days and it came to mind that -- I said, This didn't work for me, this might work for you and I gave him the -- the one blister pack and, like I say, I don't know if it was one or two pills.
Q. Do you remember how long before he passed away you gave Mr. Irvin the Vioxx sample?
A. No, I don't.
Q. Was that one Vioxx sample that you gave Mr. Irvin the only sample you ever gave him?
A. Yes.
Q. When Mr. Irvin told you that he had had a backache, did you offer to give him a sample of the Vioxx?
A. I think that's how it came up in the

Page 31

conversation. He asked me if I had -- if I had anything, you know, for my shoulder that had helped me and I said, I've got something that they gave me and -- that didn't work, if you wanted to try it. And that's how it came up. In fact, I think I had it in my truck box at the time.

Q. Did you give it to him during that conversation?

A. I went back to the truck and brought it back in and gave it to him. I don't know when he took it.

Q. Do you remember anything else about that first conversation when you gave Mr. Irvin that Vioxx sample?

A. That was pretty much just in passing. It was -- you know he had a backache which -- it may have been something to do with unloading a truck, I don't know, you know, there was a lot of lifting involved in that job.

Q. Did Mr. Irvin ask you if you could give him a sample of Vioxx?

A. No.

Q. Did he ask you if you could give him any pain medication?

A. No.

Page 32

Q. Had Mr. Irvin ever spoken to you about his back pain prior to that conversation?

A. No.

Q. Did Mr. Irvin tell you whether he had tried any other medications for his back pain?

A. No.

Q. Did he mention that he had tried the drug Vicoprofen?

A. No.

Q. Did he say that he had tried any drug that made him sick?

A. No.

Q. Did you discuss whether Mr. Irvin should go see a doctor to see what medication might help him?

A. No, because it -- when I thought back on it it was just a -- it was just -- it was no different than me coming in there saying, you know, My shoulder's been killing me. I had to help somebody do something, it was pretty much a, you know, situation like that.

Q. Was that the first time you had discussed Vioxx with Mr. Irvin?

A. Yes.

Q. Had you ever given a prescription

Page 33

medication to Mr. Irvin before the time --

A. No.

Q. -- you gave him the Vioxx sample?

A. (Shakes head.)

Q. After the conversation where you gave Mr. Irvin the Vioxx sample did you ever talk to him about Vioxx again?

A. No.

Q. Did Mr. Irvin ever tell you whether he had tried the sample that you gave him?

A. I think the next day he told me that it

helped him and he knew that it was all I had so that was the extent of the conversation. He said his back was better.
Q. Did he say anything about wanting to get a prescription for Vioxx?
A. Not to me.
Q. Did Mr. Irvin mention that he was planning to go to the doctor to get a prescription --
A. No.
Q. -- for Vioxx?
When you gave Mr. Irvin the Vioxx sample did you give him any material about Vioxx to read?
A. No.

Page 34

Q. Did you talk to him about any of the warnings for Vioxx?
A. No.
Q. Did you talk to him about what the dosage was, the recommended dosage for Vioxx?
A. That may have came up. I said that this is what they gave me. I do remember telling me that Dr. Pohl, you know, I got this for my shoulder and that it was a small dosage and it was something just to try and see if it helped and that was the extent of that.
Q. Did Mr. Irvin ask you about any potential side effects of Vioxx?
A. No.
Q. Have you ever seen any Vioxx commercials?
A. Yes.
Q. Did you talk to Mr. Irvin about any Vioxx commercials?
A. No.
Q. Did you talk to your doctor about whether it would be a good idea to give anyone a sample of Vioxx?
A. No.
Q. Did you talk to a pharmacist about that?

Page 35

A. No.
Q. Other than the conversation when Mr. Irvin told you that he had taken the Vioxx sample you gave him and that it had worked, did you ever talk to him about Vioxx again?
A. No.
Q. Did Mr. Irvin pay you for those samples?
A. No.
Q. When you had the conversation with Mr. Irvin about his back pain and then you gave him the Vioxx sample, was anyone else present during that conversation?
A. Not to my recollection.
Q. Do you remember if anyone else was present in the conversation when Mr. Irvin said he had taken the Vioxx sample and that it had helped?
A. No.
Q. Did you see Mr. Irvin between the time when he took the Vioxx sample and the time that he passed away?
A. Yes.
Q. Did you notice any change in his

physical condition?
A. No.
Q. When's the last time you saw Mr. Irvin
Page 36
before he passed away?
A. Probably 3:00 or 4:00 o'clock in the afternoon prior to his death.
Q. The day before?
A. Yes.
Q. Did you see him on the morning that he passed away?
A. No.
Q. On the afternoon before Mr. Irvin passed away did he seem any different than any other day?
A. No.
Q. Did he tell you how he was feeling that day?
A. No. When I saw him that day it was just in passing, I was on my way home from -- I had been to Fernandina to pick up some equipment and I stopped in there at probably 3:00 or 4:00 in the afternoon to say something to John Weeks and there -- I guess the whole crew was there and I saw him in passing. I don't even recall that I even spoke to him that afternoon other than hello.
Q. When was the last time before Mr. Irvin passed away that you actually spoke with him and had a conversation?
A. Probably a couple of days prior to it.
Page 37
Like I say, I was in there for my morning cup of coffee and -- and just the usual morning visit, you know.
Q. Do you remember anything about that conversation?
A. No, it was pretty much like every conversation we always had in the morning, How you doing? What's going on? The weather and who was coming in to unload and football and ball scores, you know, just the usual.
Q. Did Mr. Irvin say anything about how he was feeling that day?
A. No.
Q. After Mr. Irvin told you that he had taken the Vioxx sample and it had worked did he ever talk to you again about his back pain?
A. No.
Q. Did he seem like he was in pain?
A. No, that was -- after I gave that to him and in passing he said, That stuff worked -- worked good, that was pretty much the only conversation I had with him because I -- I just assumed it was a -- you know, a backache, like I say, from lifting or whatever. There was nothing ever, you know, about aches or pains that -- that I recall even talking
Page 38
about after that.

Aycock_38.10-39.08 38:10-39:8

Q. Mr. Aycock, other than the conversation you had with Mr. Irvin when you gave him a Vioxx sample and then the conversation that he told you

that he had taken the Vioxx and that it had worked, did you have any other conversations with Mr. Irvin about Vioxx?
A. No.
Q. Can you remember with any certainty when those conversations took place?
A. No, I can't. As far as a date?
Q. (Nods head.)
A. No.
Q. Did you ever hear Mr. Irvin talking to anyone else about Vioxx?
A. No.
Q. Did you ever hear Mr. Irvin talking to

Page 39

anyone else about any medications?
A. No.
Q. Did you ever talk to Mr. Irvin about going to a doctor?
A. No.
Q. Did you ever hear Mr. Irvin talk to anyone else about going to the doctor?
A. No.

Aycock_39.15-39.18 39:15-39:18

Q. Other than the back pain did Dicky Irvin ever tell you about any other health problems he had?
A. No.

Aycock_39.24-40.02 39:24-40:2

Q. The time that you saw him did he have any difficulty picking up heavy objects or

Page 40

unloading --
A. No, not at all.

Aycock_40.11-40.21 40:11-40:21

Q. You had the opportunity to observe him over a considerable number of years?
A. Right. From the time he first started working there until he passed away.
Q. And during that time did he ever complain to you of chest pains --
A. No.
Q. -- or shortness of breath?
A. (Shakes head.)
Q. Or blood pressure problems?
A. No, sir.

Aycock_40.23-40.24 40:23-40:24

Q. Cholesterol problems?
A. No, sir.

Aycock_42.16-43.13 42:16-43:13

Q. Do you recall the color of the actual pill, the Vioxx pill?
A. I want to say it -- to my recollection it was a small orange pill on, like, a foil, square

foil blister pack.
Q. It definitely wasn't a white pill, was it?
A. No, I don't think so.
Q. What about the actual container, the blister pack, describe that for me.

43: Page 43

A. Just like a square -- square pack with, like, silver foil and then the -- you know, the cellophane or whatever it is, the plastic over the top.
Q. You just punch it out sort of --
A. Well, I'd either punch it out or peel it. I can't remember. I only took the one myself.
Q. Did the blister packs come in any type of container?
A. No.
Q. Did you see a container when you were in the doctor's office?
A. No, I didn't.

Aycock_43.22-44.24 43:22-44:24

Q. Do you know if Dicky got samples from any other source, anybody else?
A. No, I don't.
Q. Did you know that Dicky was taking

44: Page 44

Tylenol for his pain also?
A. No, I didn't.
Q. Or any other prescription medicine, I believe you told us you did not know that?
A. Right, I don't know.
Q. Do you know of anybody else who has taken Vioxx other than yourself and Dicky Irvin?
A. That was prescribed it, no.
Q. Either samples or prescriptions?
A. I think my mother-in-law was taking it for a period of time for arthritis, she's 8- -- I think, 84 now.
Q. Did she have any problems with it?
A. Not -- not to my knowledge.
Q. Was that before or after Dicky was taking it?
A. Probably in recent times, within the last couple of years.
Q. In your conversations with Dicky Irvin prior to the time or at the time that you gave him the samples that you gave him, did he indicate to you whether he had ever heard of Vioxx prior to that time?
A. No.

Aycock_45.03-45.19 45:3-45:19

Did he indicate that he'd ever heard of Vioxx before that time?
A. No, not to me, he didn't.
Q. And you saw Dicky, I believe you told us, just shortly before his death; am I correct? You actually saw him the day before?
A. That's correct, the day before.
Q. Did he appear to be in good health or

did he appear to be sick?
A. No, he appeared to be fine. They -- they may have been -- there was a lot of people in the fish house that afternoon and they may have been unloading boats that day, but I know they were busy and I just stopped in there briefly and John was busy and I think I spoke to Dicky in passing because he was out in the fish house and not in the office and then I went home.

Aycock_46.07-46.14 46:7-46:14

Q. How -- how did you learn that he had died?
A. I went in the cutting room and I asked -- I think there was a boy by the name of Allan Horn, that worked there, I think he was in cutting and I said, Where's Dicky? And he goes, You didn't hear? And I said, What? He goes, He died this morning. And that's how I found out.

Aycock_47.1-47.11 47:1-47:11

Q. Would you consider Dicky a good friend while he was living?
A. Yes. We didn't have any social activity but he was somebody that I -- that I considered a friend. He was somebody that, just through our short-term relationship, of me coming in there every day that if I had needed anything at any time I could have called him.
Q. And -- excuse me?
A. And our relationship carried over to his son, Richie. And. . .

Total Length - 00:34:38