MINUTE ENTRY
FALLON, J.
FEBRUARY 14, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
       LIABILITY LITIGATION        MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.        REF NO. 05-4046

VERSUS

MERCK & CO., INC.        SECTION: L

BEFORE JUDGE ELDON E. FALLON        Tuesday, February 14, 2006, 8:00am
Courtroom Deputy: Gaylyn Lambert        (Continued from 2-13-06)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
       For plaintiffs
       Phillip Beck, Esq. and Tarek Ismail, Esq. For defendant

---

JURY TRIAL
outside jury's presence:
Plaintiff Proffer Exhibits 1 & 2 are admitted.
Motions are reserved to the parties.     Jury in:
Plaintiffs request that the Court take judicial notice of the mortality tables - So noted.
Plaintiffs rest.

Defendant's Witnesses:
Dr. Briggs William Morrison - sworn
John Weeks - by video deposition. Transcript filed into the record.
Daniel Pacetti - by video deposition. Transcript filed into the record.
Dr. Barry Rayburn - sworn - accepted as expert.

Court adjourned at 5:30pm until Wednesday, February 15, 2006, at 8:30 am.

JS-10:    7:10

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____