```
                                    UNITED STATES DISTRICT COURT
                                              FILED
                                         February 14, 2006
                                    EASTERN DISTRICT OF LOUISIANA
                                           Loretta G. Whyte
                                               Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

February 14, 2006

Evelyn Irvin Plunkett, etc.                CIVIL ACTION

VERSUS                                     NO: 05-4046
                                           c/w MDL 1657

Merck & Co., Inc.                          SECTION:  L

### NOTICE FOR REMOVAL OF EXHIBITS

Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

Distributed this   day of February, 2006.

GAYLYN M. LAMBERT
COURTROOM DEPUTY-SECTION L

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBIT

```
___Fee_____
___Process_____
X  Docket_____
X  CtRm Dep_____
___Document No._
```