*Copy in Chambers*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 2-14-06
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Evelyn Irvin Plunkett v. Merck & Co, Inc. | * | CASE NO. 02:05CV4046 |

**Plaintiff's Proposed Verdict Form**

Plaintiff Evelyn Irvin Plunkett, as Personal Representative of the Estate of Richard Irvin, Jr., by and through her attorneys, hereby submits the following proposed verdict form, attached as Exhibit "A."

Respectfully submitted,

By: *P. Leigh O'Dell*
**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
**Co-Lead Counsel**

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760

___ Fee_____
___ Process____
X   Dktd_____
___ CtRmDep___
___ Doc. No.___

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

**PLAINTIFFS' LIAISONCOUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the **14th** day of February, 2006.

_____
P. Leigh O'Dell

Exhibit "A"

# VERDICT

We, the Jury, return the following verdict:

**Question No. 1**: Did Merck & Co. fail to warn Mr. Richard Irvin, Jr. or Dr. Christopher Schirmer of the unreasonably dangerous nature of Vioxx and was this failure to warn a substantial contributing cause of Mr. Irvin's death?

    **Answer:**    \_\_\_\_YES    \_\_\_\_NO

**Question No. 2**: Did Merck & Co. place Vioxx on the market with a defect that was a substantial contributing cause of Mr. Irvin's death?

    **Answer:**    \_\_\_\_YES    \_\_\_\_NO

**Question No. 3**: Was there negligence on the part of Merck & Co. that was a substantial contributing cause of Mr. Irvin's death?

    **Answer:**    \_\_\_\_YES    \_\_\_\_NO

If your answers to questions 1, 2, and 3 are NO, your verdict is for Defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to any of the proceeding questions is YES, please answer question 4.

**Question No. 4**: Was there negligence on the part of Mr. Richard Irvin, Jr. which was the legal cause of his death?

    **Answer:**    \_\_\_\_YES    \_\_\_\_NO

Please answer question 5.

**Question No. 5**: State the percentage of any responsibility for Mr. Irvin's death that you charge to:

    Merck & Co.    \_\_\_\_\_%

    Mr. Richard Irvin, Jr.    \_\_\_\_\_%

    TOTAL RESPONSIBILITY OF BOTH PARTIES MUST BE 100%

If you find for Merck & Co., you need not proceed further except to sign and return your verdict. By answering the following questions you will determine the damages if any that Plaintiff Evelyn Irvin Plunkett, Richard Irvin, III, and Ashley Irvin should be awarded. In determining the total amount of damages, do not make any reduction because of the negligence, if any, of Mr. Richard Irvin, Jr. If you find that Mr. Irvin was to any extent negligent, the Court in entering judgment will make an appropriate reduction in the damage awarded.

1. What is the amount of any earnings lost by the estate from the date of injury to date of death? (Do not include amount of any support lost by a survivor in that period.)

   $_____

2. What is the amount of any net accumulations lost by the estate?

   $_____

3. What is the amount of any loss by Mrs. Evelyn Irvin Plunkett of Mr. Irvin's support and services,

   a.  from the date of injury to the present?   $_____

   b.  in the future?   $_____

   What is the number of years over which those future damages are intended to provide compensation?

   _____

   What is the present value of those future damages?

   $_____

4. What is the amount of any loss by Ashley Irvin of Mr. Irvin's support and services,

   a.  from the date of injury to the present?   $_____

   b.  in the future?   $_____

   What is the number of years over which those future damages are intended to provide compensation?

   _____

   What is the present value of those future damages?

   $_____

5. What is the amount of any damages sustained by Mrs. Evelyn Irvin Plunkett in the loss of her husband's companionship and protection and in pain and suffering as result of Mr. Irvin's death,

   a.  in the past?   $_____

   b.  in the future?   $_____

6. What is the amount of any damages sustained by Richard Irvin, III in the loss of parental companionship, instruction and guidance, and in the child's pain and suffering as a result of Mr. Irvin's death,

    a.     in the past?                                                                             $_____

    b.     in the future?                                                       $_____

7. What is the amount of any damages sustained by Ashley Irvin in the loss of parental companionship, instruction and guidance, and in the child's pain and suffering as a result of Mr. Irvin's death,

    a.     in the past?                                                                    $_____

    b.     in the future?                                                    $_____

Your duties are complete. Have the Foreperson sign the Verdict Form.

SO SAY WE ALL.

This the \_\_\_\_\_ day of February, 2006.

_____             _____
**FOREPERSON**                                                 **DATE**

_____
**Print Name of Foreperson**