

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL Docket No. 1657<br>*<br>* Section L<br>* |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | * Judge Fallon<br>* Mag. Judge Knowles<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Coordination Proceeding<br>SPECIAL TITLE (Rul3 1550(b))<br><br>This Document Applies to all<br><br>VIOXX® CASES | * **SUPERIOR COURT OF CALIFORNIA**<br>* **COUNTY OF LOS ANGELES**<br>*<br>* Case No. **JCCP 4247**<br>* Assigned to the Honorable<br>* Victoria Chaney, Department<br>* 324<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>PLAINTIFF STEERING COMMITTEE'S
CROSS NOTICE OF TAKING DEPOSITION OF MARILYN KRAHE,
SESSION TWO</u>

TO:  Merck & Co., Inc.
     Through
     Phillip A. Wittman, Esq.
     Stone, Pigman
     546 Carondelet Street
     New Orleans, LA 70130-3588


**PLEASE TAKE NOTICE** that, pursuant to Rule 26 of the

*Federal Rules of Civil Procedure,* plaintiffs, by and through



their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, serves on Defendant the following Cross-Notice of the second session of the deposition of **Marilyn Krahe**.

Statement of Deposition Procedures: The deposition shall be taken pursuant to the deposition protocols outlined in Pretrial Order No. 9 (Deposition Guidelines).

**PLEASE TAKE NOTICE**, that testimony will be taken by deposition upon oral examination before a Certified Shorthand Reporter of the State of California, or other person authorized by the laws of the State of California to administer oath on:

| | |
|---|---|
| Date: | **Friday, February 24, 2006** |
| Time: | **9:00 a.m.** |
| Location: | Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660 |

**PLEASE TAKE FURTHER NOTICE**, that the deposition will be video-taped for use at trial. The taking of this deposition will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed.

February 14, 2006   Respectfully submitted,

By _____
Russ M. Herman
Leonard A. Davis
Steven J. Herman
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70013
PH:  (504) 581-4892
FAX: (504) 561-6024

Temporary address:

201 St. Charles Ave.
Suite 4310
New Orleans, LA  70170
**(Plaintiffs' Liaison Counsel)**

Richard J. Arsenault, Esq.
PO BOX 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
PH:  (318) 487-9874
FAX: (318) 561-2591

Andy D. Birchfield, Esq.
PO BOX 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH:  (800) 898-2034
FAX: (334) 954-7555
**(Co-Lead Counsel)**

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Ste 2800
New Orleans, LA 70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen St., Ste 400
Pensacola, FL 32502
PH:  (850) 435-7000
FAX: (850) 497-7059

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH:   (415) 956-1000
FAX:  (415) 956-1008

Thomas Kline, Esq.
1525 Locust St.
19th Floor
Philadelphia, PA 19102
PH:   (215) 772-1000
FAX:  (215) 772-1371

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3875
PH:   (215) 592-1500
FAX:  (215) 592-4663

Carlen Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
PH:   (713) 650-0022
FAX:  (713) 650-1669

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH:   (337) 494-7171
FAX:  (337) 494-7218

Christopher Seeger, Esq.
One William Street
New York, NY 10004
PH:   (212) 584-0700
FAX:  (212) 584-0799
(**Co-Lead Counsel**)

Christopher Vincent Tisi Esq.
2000 L Street, NW
Suite 400
Washington, DC 20036-4914
PH:   (202) 783-6400
FAX:  (307) 733-0028

MARK P. ROBINSON, JR.
Robinson, Calcagnie &
Robinson
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
PH:   (949) 720-1288
FAX:  (949) 720-1292

**PLAINTIFFS' STEERING COMMITTEE**

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 14th day of February 2006.

5