IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL No. 1657 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| GARY OSWALT, ) | |
|    Plaintiff, ) | MAG. JUDGE |
| vs. ) | KNOWLES |
| MERCK & COMPANY, INC., ) | |
|    Defendant. ) | |
| 2:05cv4903 ) | |

## NOTICE OF APPEARANCE

Comes now Steven P. Gregory of the Gregory Law Firm, P.C., and hereby notices his appearance for the Plaintiff in the above-referenced action.

DATED:   January 31, 2006

Respectfully submitted,

_____
Steven P. Gregory

OF COUNSEL FOR PLAINTIFF:

GREGORY LAW FIRM, P.C.
2001 Dover Bay Ct.
Northport, AL 35473
205-339-5244 telephone
205-278-8572 telecopier

John Allen Fulmer II
THE FULMER LAW FIRM, LLC
601 Greensboro Avenue, Suite 401
The Alston Building
Tuscaloosa, Alabama 35401
(205)752-7990 telephone
(205)752-1008 telecopier

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Notice of Appearance has been served on Defendant's Liaison Counsel by United States mail and email and on all parties via electronic upload to LexisNexis File & Serve in accordance with pre-trial Order No. 8, this January 31, 2006.