# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL No. 1657 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| DOUGLAS MCARTHUR FOSTER, ) | |
| Plaintiff, ) | MAG. JUDGE |
| vs. ) | KNOWLES |
| MERCK & COMPANY, INC., ) | |
| Defendant. ) | |
| 2:05cv2883 ) | |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 FEB 14 AM 8:38 LORETTA G. WHYTE CLERK*

## NOTICE OF APPEARANCE

Comes now Steven P. Gregory of the Gregory Law Firm, P.C., and hereby notices his appearance for the Plaintiff in the above-referenced action.

DATED:   January 31, 2006

Respectfully submitted,

_____
Steven P. Gregory

OF COUNSEL FOR PLAINTIFF:

GREGORY LAW FIRM, P.C.
2001 Dover Bay Ct.
Northport, AL 35473
205-339-5244 telephone
205-278-8572 telecopier

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

JUNKIN, HARRISON, PEARSON & JUNKIN, P.C.
Samuel W. Junkin, Esq.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, AL 35401
(205) 366-0111
(205) 366-0919 (fax)

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Notice of Appearance has been served on Defendant's Liaison Counsel by United States mail and email and on all parties via electronic upload to LexisNexis File & Serve in accordance with pre-trial Order No. 8, this January 31, 2006.