UNITED STATES DISDRICT COURT

EASTERN DISTRICT OF LOIUSIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-06118 | * | MAGISTRATE JUDGE KNOWLES |
| **JOSEPH APARO**, as Personal Representative of the Estate of **MARY APARO**, | * | |
| Plaintiff, | * | |
| v. | * | |
| **MERCK & CO., INC.**, and **ANGIE P. HENDERSON**, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVING HARD COPY OF PLAINTIFF PROFILE FORM TO DEFENDANTS

Plaintiff, JOSEPH APARO, as Personal Representative of the Estate of MARY APARO, by and through undersigned counsel, hereby gives notice of service of the hard copy of Plaintiff Profile Form to Defendants, MERCK & CO., INC. and ANGIE P. HENDERSON on February 8, 2006.

Respectfully submitted,

By: Sean F. Monahan, Esq.
Florida Bar No. 0144657
**SEAN F. MONAHAN, P.A.**
Attorney for Plaintiff
703 West Boynton Beach Boulevard
Boynton Beach, Florida 33426-3638
Telephone: (561) 742-9575
Facsimile: (561) 742-9576

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing, hard copy of Plaintiff Profile Form to Wilfred P. Coronato, Esq. of Hughes Hubbard & Reed, LLP, 101 Hudson Street, Suite 3601, Jersey City, NJ 07302-3918, in accordance with Pre-Trail Order No. 18B, on this 8th day of February 2006 by U.P.S.. All other parties where served on February 7, 2006 via electronic copy via LexisNexis File & Serve in accordance with Pre-Trail Order No. 18B.

By: Sean F. Monahan, Esq.