UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S AFFIRMATIVE
DEPOSITION DESIGNATIONS FOR JOHN WEEKS**

## WEEKS_J_COMBINED_DESIGNATIONS

| Scene | Designation | Source | Tx Duration |
|---|---|---|---|
| 1 | **4:3 -4:5** | Weeks, John 2005-09-29 | 00:00:04 |
|  |  | 4: 3  Q: Would you state your name for the |  |
|  |  | 4: 4  record, please? |  |
|  |  | 4: 5  A: John David Weeks. |  |
| 2 | **4:9 -4:18** | Weeks, John 2005-09-29 | 00:00:15 |
|  |  | 4: 9   Q: How long have you lived in |  |
|  |  | 4: 10  St. Augustine? |  |
|  |  | 4: 11  A: In St. Augustine, since about 1992. |  |
|  |  | 4: 12  Q: And prior to that time where did you |  |
|  |  | 4: 13  live? |  |
|  |  | 4: 14  A: In the Ponte Vedra area. |  |
|  |  | 4: 15  Q: Are you married? |  |
|  |  | 4: 16  A: Yes, sir. |  |
|  |  | 4: 17  Q: And what is your wife's name? |  |
|  |  | 4: 18  A: Yes, Mary Lee Weeks. |  |
| 3 | **4:25 -5:3** | Weeks, John 2005-09-29 | 00:00:05 |
|  |  | 4: 25  Q: Are you in business, Mr. Weeks? |  |
|  |  | 5: 1   A: Yes. |  |
|  |  | 5: 2   Q: And what is the name of that business? |  |
|  |  | 5: 3   A: Seafood Shoppe. |  |
| 4 | **7:2 -7:4** | Weeks, John 2005-09-29 | 00:00:04 |
|  |  | 7: 2   Q: All right. Is your wife actively |  |
|  |  | 7: 3   involved in the business? |  |
|  |  | 7: 4   A: Yes, sir. |  |
| 5 | **7:11 -7:17** | Weeks, John 2005-09-29 | 00:00:26 |
|  |  | 7: 11  Q: And what are your duties now? |  |
|  |  | 7: 12  A: Well, I'm -- I'm the president. I buy |  |
|  |  | 7: 13  most of the fish. I oversee the daily operations of |  |
|  |  | 7: 14  the wholesale. I make sure that -- because we have |  |
|  |  | 7: 15  two locations that everything is taken to the retail |  |
|  |  | 7: 16  and that the retail runs smoothly so I just kind of |  |
|  |  | 7: 17  oversee everything. |  |
| 6 | **8:7 -8:9** | Weeks, John 2005-09-29 | 00:00:05 |
|  |  | 8: 7   Q: Was Dicky Irvin an employee of -- of |  |
|  |  | 8: 8   your company? |  |
|  |  | 8: 9   A: Yes, sir. |  |
| 8 | **15:2 -15:23** | Weeks, John 2005-09-29 | 00:01:17 |
|  |  | 15: 2  Q: Since you had the opportunity to observe |  |
|  |  | 15: 3  him at work on a daily basis how would you describe |  |
|  |  | 15: 4  the condition of his health from a lay standpoint? |  |

|   |   |   |
|---|---|---|
| | 15: 5 | A: Well, he was probably 15 pounds |
| | 15: 6 | overweight, which I consider myself to be |
| | 15: 7 | overweight. We -- but -- at any given time we might |
| | 15: 8 | have to take 3,000 pounds of shrimp off a boat, we |
| | 15: 9 | have to move around a hundred pound -- well, |
| | 15: 10 | hundred-pound boxes of shrimp with ice probably |
| | 15: 11 | weighs 130 pounds. We would unload boats as hard as |
| | 15: 12 | we could go. He was very capable. I -- I -- he was |
| | 15: 13 | a bull more or less is what we considered him. |
| | 15: 14 | He was short and stocky and -- and there |
| | 15: 15 | was -- there wasn't anything that he didn't -- I |
| | 15: 16 | mean, he literally -- you know, when we would get |
| | 15: 17 | behind, he would help unload the trucks, and for the |
| | 15: 18 | most part he was working with 20-year-old kids and |
| | 15: 19 | he could hang right with them no problem. |
| | 15: 20 | Q: Was any part of his -- any part of the |
| | 15: 21 | duties required of him including the loading and |
| | 15: 22 | unloading that he was unable to do? |
| | 15: 23 | A: No. |
| 10 | **18:15 -18:19** | Weeks, John 2005-09-29        00:00:13 |
| | 18: 15 | Q: During the entire time that Mr. Irvin |
| | 18: 16 | worked for you did he ever exhibit any symptoms or |
| | 18: 17 | any signs of heart disease, for example, did he ever |
| | 18: 18 | complain of shortness of breast? |
| | 18: 19 | A: No, sir. |
| 18 | **49:10 -50:21** | Weeks, John 2005-09-29        00:01:52 |
| | 49: 10 | Q: If you had to estimate what percentage |
| | 49: 11 | of his workday Mr. Irvin spent unloading fish boats |
| | 49: 12 | could you say what percentage it would be? |
| | 49: 13 | A: 25, 30 percent. But it's -- and it's |
| | 49: 14 | kind of hard to do that because you may go two days |
| | 49: 15 | and not unload a boat and then you may unload boats |
| | 49: 16 | all day long the next day so it's kind of hard to |
| | 49: 17 | put it on a percentage basis. |
| | 49: 18 | Q: Did Mr. Irvin help load and unload |
| | 49: 19 | delivery trucks? |
| | 49: 20 | A: Yes. |
| | 49: 21 | Q: And what percentage of Mr. Irvin's |
| | 49: 22 | workday would he spend loading and unloading |
| | 49: 23 | delivery trucks? |
| | 49: 24 | A: You know, an hour out of the day. |
| | 49: 25 | Q: How heavy were the boxes that Mr. Irvin |
| | 50: 1 | would load and unload into the delivery trucks? |
| | 50: 2 | A: Well, with -- for the most part those |
| | 50: 3 | boxes are not that heavy, 50 to 60 pounds. Now, |

| | | |
|---|---|---|
| | 50: 4 | unloading freight trucks you may have -- you may |
| | 50: 5 | have -- you know, those are pallets that come off |
| | 50: 6 | and you have to move cases around, sometimes you'll |
| | 50: 7 | have a 250-pound tuna in a case and you got to get |
| | 50: 8 | two or three people to manhandle it, you know, |
| | 50: 9 | another pallet, but -- so -- and most -- for the |
| | 50: 10 | most part in the seafood business our stuff is |
| | 50: 11 | packed in increments of 50s and 100s. |
| | 50: 12 | Q: So the heaviest box that Mr. Irvin, |
| | 50: 13 | himself, would be carrying would be 50 pounds? |
| | 50: 14 | A: I would -- excuse me, I would say 50 |
| | 50: 15 | pounds by himself. You know, a hundred -- a hundred |
| | 50: 16 | box of shrimp with 30 or 40 pounds of ice in it |
| | 50: 17 | takes two people to pick it up, it doesn't have good |
| | 50: 18 | handles and so -- I mean, you have to have help but |
| | 50: 19 | it's -- it may be a matter of putting 25 of them on |
| | 50: 20 | a pallet and stacking them up and wrapping them and |
| | 50: 21 | getting them in the cooler. |

| 19 | 51:25-53:2 | Weeks, John 2005-09-29         00:01:28 |
|---|---|---|
| | 51: 25 | Q: Did you ever eat lunch with Mr. Irvin? |
| | 52: 1 | A: Every day just about. |
| | 52: 2 | Q: Where did you eat lunch? |
| | 52: 3 | A: We ate lunch at work. |
| | 52: 4 | Q: And what did you eat? |
| | 52: 5 | A: Anything from salads to hamburgers to |
| | 52: 6 | fried chicken to pizza to whatever we could get. |
| | 52: 7 | Q: Where did you get the food? |
| | 52: 8 | A: Well, all over. You know, most -- most |
| | 52: 9 | of the time I would say that we ate fast food. But |
| | 52: 10 | then, again, we didn't eat lunch every day either. |
| | 52: 11 | You know, a friend of ours had a little restaurant |
| | 52: 12 | around the corner and we always kind of sought out |
| | 52: 13 | people who would deliver it to us and, you know, he |
| | 52: 14 | had hamburgers and crab cakes and fried shrimp and |
| | 52: 15 | for the most part fast food is what we ate for |
| | 52: 16 | lunch. |
| | 52: 17 | Q: When you say fast food was there a |
| | 52: 18 | particular fast-food restaurant that you ate food |
| | 52: 19 | from? |
| | 52: 20 | A: Not -- not one any more than another |
| | 52: 21 | other than our friend had that little -- it was |
| | 52: 22 | called Lincolnville Grill and it was just around the |
| | 52: 23 | corner and he would deliver to us. We ate there |
| | 52: 24 | pretty -- you know, probably three days out of the |
| | 52: 25 | week and then -- you know, I would say in a six-day |

|    |              |           |                                                      |
|----|--------------|-----------|------------------------------------------------------|
|    |              | 53: 1     | workweek there was probably two days we didn't eat   |
|    |              | 53: 2     | lunch.                                               |
| 20 | 53:7 -54:23  | Weeks, John 2005-09-29          00:01:59             |
|    |              | 53: 7     | Q:  Was the Lincolnville Grill generally             |
|    |              | 53: 8     | fried food?                                          |
|    |              | 53: 9     | A:  I would say for the most part, yes. I            |
|    |              | 53: 10    | know he had a grill and he did grill hamburgers and  |
|    |              | 53: 11    | we were -- you know, we always joked about, you      |
|    |              | 53: 12    | know, we all need to be on diets, we shouldn't eat   |
|    |              | 53: 13    | this kind of stuff but everybody still ate it.       |
|    |              | 53: 14    | Q:  Did Mr. Irvin joke about needing to be           |
|    |              | 53: 15    | on a diet?                                           |
|    |              | 53: 16    | A:  Sure he did. Sure he did.                        |
|    |              | 53: 17    | Q:  Did he acknowledge that he was                   |
|    |              | 53: 18    | overweight?                                          |
|    |              | 53: 19    | A:  Yeah, in fact, we both did. I can                |
|    |              | 53: 20    | remember one time we had a foot race that was just   |
|    |              | 53: 21    | -- it ended up in literally catastrophe for both of  |
|    |              | 53: 22    | us.                                                  |
|    |              | 53: 23    | Q:  And when you say it ended up in                  |
|    |              | 53: 24    | catastrophe what do you mean?                        |
|    |              | 53: 25    | A:  Well, about three-quarters through the           |
|    |              | 54: 1     | race I pulled a hamstring and fell and I think he    |
|    |              | 54: 2     | fell over the top of me and it was pretty -- you     |
|    |              | 54: 3     | know, he -- I mean, we -- not that I'm in good shape |
|    |              | 54: 4     | but if I had to compare him to me, we were about in  |
|    |              | 54: 5     | the same kind of shape.                              |
|    |              | 54: 6     | Q:  How far was that foot race?                      |
|    |              | 54: 7     | A:  It was about 50 yards.                           |
|    |              | 54: 8     | Q:  Do you remember Mr. Irvin actually going         |
|    |              | 54: 9     | on a diet ever?                                      |
|    |              | 54: 10    | A:  Not one that lasted over two or three            |
|    |              | 54: 11    | days.                                                |
|    |              | 54: 12    | Q:  But do you remember him attempting to            |
|    |              | 54: 13    | diet for a few days at a time?                       |
|    |              | 54: 14    | A:  No, no. Well, I think we went on a               |
|    |              | 54: 15    | salad kick that lasted two or three days and we      |
|    |              | 54: 16    | usually did that together but it didn't last, you    |
|    |              | 54: 17    | know. I mean, I'm not saying that he didn't do some  |
|    |              | 54: 18    | dieting but none that I really -- I never saw any    |
|    |              | 54: 19    | big changes in his weight, I can tell you that.      |
|    |              | 54: 20    | Q:  Would you say that Mr. Irvin's diet was          |
|    |              | 54: 21    | unhealthy?                                           |
|    |              | 54: 22    | A:  It -- sure, yeah, as is the same one             |
|    |              | 54: 23    | we're on today because we still do the same thing.   |

**WEEKS_J_COMBINED_DESIGNATIONS**

| 21 | **54:24 -55:2** | Weeks, John 2005-09-29 | 00:00:09 |
|---|---|---|---|
| | | 54: 24  Q: And you mentioned that you ordered in | |
| | | 54: 25  food from the Lincolnville Grill about three days a | |
| | | 55: 1   week? | |
| | | 55: 2   A: I would say three days a week, yeah. | |

| Play Time for this Script: | **00:07:57** |
|---|---|
| **Total time for all Scripts in this report:** | **00:07:57** |