U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 2-15-06
LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S AFFIRMATIVE
### DEPOSITION DESIGNATIONS FOR DANIEL PACETTI

___ Fee___
___ Process___
_X_ Dktd
___ CtRmDep
___ Doc. No.___

## PACETTI_COMBINED_DESIGNATIONS

| Scene | Designation | Source | Tx Duration |
|---|---|---|---|
| 1 | **5:10-5:12** | Pacetti, Daniel 2005-09-28 | 00:00:04 |
| | | 5: 10  Q: Can you state your full name for the | |
| | | 5: 11  record, please? | |
| | | 5: 12  A: Daniel Vincent Pacetti. | |
| 2 | **10:23-11:8** | Pacetti, Daniel 2005-09-28 | 00:00:20 |
| | | 10: 23  Q: And where do you work? | |
| | | 10: 24  A: Kyle's Seafood, St. Augustine, Florida. | |
| | | 10: 25  Q: How long have you been working at Kyle's | |
| | | 11: 1   Seafood? | |
| | | 11: 2   A: A year and a half. | |
| | | 11: 3   Q: Where did you work prior to Kyle's | |
| | | 11: 4   Seafood? | |
| | | 11: 5   A: Seafood Shoppe. | |
| | | 11: 6   Q: How long did you work at the Seafood | |
| | | 11: 7   Shoppe? | |
| | | 11: 8   A: 14 years. | |
| 3 | **11:18-11:20** | Pacetti, Daniel 2005-09-28 | 00:00:04 |
| | | 11: 18  Q: What's your current position at Kyle's | |
| | | 11: 19  Seafood? | |
| | | 11: 20  A: Manager. | |
| 4 | **11:21-11:22** | Pacetti, Daniel 2005-09-28 | 00:00:04 |
| | | 11: 21  Q: And what do you do in that role? | |
| | | 11: 22  A: Just run the store really. | |
| 5 | **12:4-12:10** | Pacetti, Daniel 2005-09-28 | 00:00:21 |
| | | 12: 4   Q: Did you know Dicky Irvin? | |
| | | 12: 5   A: Yep. | |
| | | 12: 6   Q: Do you remember when you first met him? | |
| | | 12: 7   A: Yes. | |
| | | 12: 8   Q: When was that? | |
| | | 12: 9   A: Date? I really couldn't give you a | |
| | | 12: 10  date. Let's see, probably '98. | |
| 6 | **12:11-12:13** | Pacetti, Daniel 2005-09-28 | 00:00:07 |
| | | 12: 11  Q: Were you already working at the Seafood | |
| | | 12: 12  Shoppe when Mr. Irvin started working there? | |
| | | 12: 13  A: Let's see, yes. | |
| 7 | **17:17-17:19** | Pacetti, Daniel 2005-09-28 | 00:00:11 |
| | | 17: 17  Q: How many hours a week would you estimate | |
| | | 17: 18  that you worked with Mr. Irvin? | |
| | | 17: 19  A: 60, 55 to 60. | |
| 8 | **47:9-47:15** | Pacetti, Daniel 2005-09-28 | 00:00:12 |

|   |   |   |   |
|---|---|---|---|
|   |   | 47: 9   Q: Do you remember Mr. Irvin ever saying |   |
|   |   | 47: 10  anything to you about having chest pain or anything |   |
|   |   | 47: 11  like that? |   |
|   |   | 47: 12  A: No. |   |
|   |   | 47: 13  Q: So the only pain you remember Mr. Irvin |   |
|   |   | 47: 14  talking about was his back pain? |   |
|   |   | 47: 15  A: Right. |   |
| 9 | **52:13-53:3** | Pacetti, Daniel 2005-09-28          00:00:28 |   |
|   |   | 52: 13  Q: You told us about the physical work that |   |
|   |   | 52: 14  was required at the place where you worked with |   |
|   |   | 52: 15  Dicky, the Seafood Shoppe; is that correct? |   |
|   |   | 52: 16  A: Yes, sir. |   |
|   |   | 52: 17  Q: And was there any other type of physical |   |
|   |   | 52: 18  work other than the loading and unloading that you |   |
|   |   | 52: 19  told us about that might come up on occasion during |   |
|   |   | 52: 20  the time that Dicky was working there? |   |
|   |   | 52: 21  A: No, sir. |   |
|   |   | 52: 22  Q: Dicky -- you told us he was able to do |   |
|   |   | 52: 23  the work; is that correct? |   |
|   |   | 52: 24  A: Yes, sir. |   |
|   |   | 52: 25  Q: He never complained about having to do |   |
|   |   | 53: 1   that type of physical, manual labor, did he? |   |
|   |   | 53: 2   . | (Edited) |
|   |   | 53: 3   A: No, sir. |   |
| 10 | **54:1-54:8** | Pacetti, Daniel 2005-09-28          00:00:22 |   |
|   |   | 54: 1   Q: He never told you or did you ever hear |   |
|   |   | 54: 2   him talk about any symptoms such as shortness of |   |
|   |   | 54: 3   breath or abnormal-type sweating or chest pains or |   |
|   |   | 54: 4   being overly exhausted when really not working hard |   |
|   |   | 54: 5   or appearing red faced or flushed or anything like |   |
|   |   | 54: 6   that, did you? |   |
|   |   | 54: 7   . | (Edited) |
|   |   | 54: 8   A: No, sir. |   |
| 11 | **54:9-54:11** | Pacetti, Daniel 2005-09-28          00:00:05 |   |
|   |   | 54: 9   Q: Did you ever observe any of those type |   |
|   |   | 54: 10  symptoms during that entire time you saw him? |   |
|   |   | 54: 11  A: No, sir. |   |
| 14 | **63:19-63:21** | Pacetti, Daniel 2005-09-28          00:00:06 |   |
|   |   | 63: 19  Q: Mr. Pacetti, you mentioned that |   |
|   |   | 63: 20  Mr. Irvin was overweight? |   |
|   |   | 63: 21  A: Yes. |   |
| 15 | **64:11-64:24** | Pacetti, Daniel 2005-09-28          00:00:31 |   |
|   |   | 64: 11  Q: What was the restaurant called? |   |
|   |   | 64: 12  A: Lincolnville Grill. |   |

| | | | |
|---|---|---|---|
| | 64: 13 | Q: And do you remember what Mr. Irvin would | |
| | 64: 14 | eat for lunch generally? | |
| | 64: 15 | A: They have hamburgers and cheese steaks, | |
| | 64: 16 | things like that. | |
| | 64: 17 | Q: Would he have french fries? | |
| | 64: 18 | A: Sure. | |
| | 64: 19 | Q: And what would he have to drink with it? | |
| | 64: 20 | A: Coke. | |
| | 64: 21 | Q: And would Mr. Irvin eat a hamburger or a | |
| | 64: 22 | cheese steak and fries with a Coke pretty much every | |
| | 64: 23 | day for lunch? | |
| | 64: 24 | A: Yes. | |
| 16 | **65:10 -65:12** | Pacetti, Daniel 2005-09-28 | 00:00:04 |
| | 65: 10 | Q: Did you ever know Mr. Irvin to do any | |
| | 65: 11 | exercise? | |
| | 65: 12 | A: No. | |
| | | Play Time for this Script: | **00:03:00** |
| | | **Total time for all Scripts in this report:** | **00:03:00** |