FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 15 PM 3: 13

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 14 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 30, 2006 HEARING SESSION

A conditional transfer order was filed in the six actions listed on the attached Schedule A on January 10, 2006.  Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these six actions filed notices of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motions and briefs to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-37" filed on January 10, 2006, is LIFTED insofar as it relates to the six actions listed on the attached Schedule A, and thus these actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 14, 2006, are VACATED insofar as they relate to these six actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY

FEB 14 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Fee_____
Process_____
_X_ Dkt_____
_ ___ Ct. ____
_ Doc. No _____

## SCHEDULE A

<u>MDL-1657 — In re Vioxx Marketing, Sales Practices and Products Liability Litigation</u>

|  | EDLA SEC. L/3 |
|---|---|
| <u>Eastern District of California</u> | |
| *Edith Crook v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2436 | 06-803 |
| *Alma Zehrung v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2437 | 06-804 |
| *Pamela Parker, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2446 | 06-805 |
| *John Hoien, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2464 | 06-806 |
| *James Lame Bull, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2465 | 06-807 |
| <u>Western District of Missouri</u> | |
| *James Warner v. Merck & Co., Inc.*, C.A. No. 4:05-1232 | 06-808 |

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

February 14, 2005

Loretta G. Whyte, Clerk
C-151 United States Courthouse
500 Poydras Street
New Orleans, LA  70130-3367

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Order)

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on January 10, 2006. Prior to the expiration of that order's fifteen-day stay, oppositions to the proposed transfer were filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel.  The oppositions have now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the actions to your district pursuant to 28 U.S.C. § 1407.  The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Regina Hale
Calendar Clerk

Enclosures

cc:    Transferee Judge:  Judge Eldon E. Fallon
       Transferor Judges:  (See Attached List of Judges)
       Transferor Clerks:  Jack L. Wagner and Patricia L. Brune

JPML Form 68A

INVOLVED COUNSEL
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO   64196

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West 7th Street, 24th Floor
Los Angeles, CA  90017-2503

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO  64196

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA  70113

Alissa Sofia Holt
Hackard & Holt
11335 Gold Express Drive, Suite 155
Gold River, CA  95670

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY  10004-1482

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO  64106-6251

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588

INVOLVED JUDGES LIST
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION


Hon. Garland E. Burrell, Jr.
U.S. District Judge
United States District Court
501 I Street
Suite 13-200
Sacramento, CA  95814

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA  95814-2322

Hon. Morrison C. England, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA  95814

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO  64106

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA  95814

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA  95814-2322