UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *Estella M. Remington v. Merck & Co., Inc.* | ) | MAG. JUDGE KNOWLES |
| (E.D. La. Case No. 05-5056) | ) | |
| | ) | |
| | ) | |

## STIPULATION AND VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendant Merck & Co., Inc. jointly stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to the dismissal with prejudice of this action and all claims asserted in Plaintiff's Complaint against Defendant Merck & Co., Inc., each party to bear their own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court enter the attached Order consistent with the foregoing Stipulation.

Dated: 1/27/06

_____
Robert M. FitzGerald
FitzGerald Law Offices
3333 S. Wadsworth Blvd., #D-333
Lakewood, CO 80227
(303) 534-0566
and
John C. Steele
Lohf Shaiman Jacobs Hyman & Feiger PC
950 South Cherry St., # 900
Denver, CO 80246
(303) 753-9000
***Attorneys for Plaintiff***

Dated: 1/30/06

_____
James E. Hooper
Andrew H. Myers
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
(303) 244-1800
***Attorneys for Defendants***

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing STIPULATION AND VOLUNTARY DISMISSAL WITH PREJUDICE has been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 7th day of February 2006.

_Dorothy H. Wimberly_

403741v1