UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| In re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *Estella M. Remington v. Merck & Co., Inc.* | ) | MAG. JUDGE KNOWLES |
| (E.D. La. Case No. 05-5056) | ) | |
| | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal with Prejudice filed by the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Court, being fully advised, hereby ORDERS that this action and all claims asserted by Plaintiff Estella M. Remington against Merck & Co., Inc. are dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

ORDERED this 13 day of February, 2006.

HONORABLE ELDON E. FALLON

_ Fee_____
_ Process_____
X_ Dktd_____
_/_ CtRmDep_____
_ Doc. No._____