MINUTE ENTRY
FALLON, J.
FEBRUARY 15, 2006

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION          MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.         REF NO. 05-4046

VERSUS

MERCK & CO., INC.         SECTION: L

BEFORE JUDGE ELDON E. FALLON      Wednesday, February 15, 2006, 8:30am
Courtroom Deputy: Gaylyn Lambert        (Continued from 2-14-06)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
        For plaintiffs
        Phillip Beck, Esq.and Tarek Ismail, Esq.  For defendant

---

## JURY TRIAL

outside jury's presence:
Defendant's Rule 50 Motion for Judgment as a Matter of Law was filed on 2-14-06 and is taken
under submission.  Plaintiffs may respond in writing.    Jury in:

Defendant's Witnesses:
Dr. Barry Rayburn - resumes testimony.
Dr. Alise Reicin - sworn


Court adjourned at 6:10 pm until Thursday, February 16, 2006, 8:30 am.


| JS-10: | 6:20 |
|--------|------|

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____