MINUTE ENTRY
FALLON, J.
FEBRUARY 16, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
       LIABILITY LITIGATION                    MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.                REF NO. 05-4046

VERSUS

MERCK & CO., INC.                             SECTION: L

BEFORE JUDGE ELDON E. FALLON         Thursday, February 16, 2006, 8:30am
Courtroom Deputy: Rick Windhorst, Steve Hill &        (Continued from 2-15-06)
                    Gaylyn Lambert
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
                For plaintiffs
                Phillip Beck, Esq. and Tarek Ismail, Esq.  For defendant

<u>JURY TRIAL:</u>
<u>Defendant's Witnesses:</u>
Dr. Alise Reicin - on cross examination
Dr. Janet Arrowsmith-Lowe - sworn - accepted as expert.
Allesha Schirmer - by video deposition. Transcript filed into the record.
Stipulation read to jury.
Dr. Thomas Michael Wheeler - sworn - accepted as expert.
Defendant rests. No rebuttal testimony by the plaintiff.

Jury excused for the day @ 5:10 pm.
Motion of plaintiffs for Rule 50 Judgment as a Matter of Law (on C. Schirmer's negligence) - argument - Taken Under Advisement.
Defendant will file a written Rule 50 Motion for Judgment as a Matter of Law (at close of all evidence) - will be Taken Under Advisement.
Court adjourned at 5:35 pm until Friday, February 17, 2006, at 8:00 am.

JS-10:   6:43

\_\_ Fee\_\_
\_\_ Process\_\_
X  Dktd\_\_
\_\_ CtRmDep\_\_
\_\_ Doc. No.\_\_