U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   2-16-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-4046 | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN, as Personal Representative of the Estate of RICHARD IRVIN, JR., | |
| Plaintiff, | |
| vs. | |
| MERCK & CO., INC., | |
| Defendant. | |

# DEFENDANT'S AFFIRMATIVE DEPOSITION DESIGNATIONS FOR ALLESHA SCHIRMER

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

SCHIRMER_A_MERGED

**SCHIRMER_A_MERGED**

| Scene | Designation | Source | | Tx |
|---|---|---|---|---|
| 1 | 5:20-5:22 | Schirmer, Allesha 2005-10-04 | | |
| | | 5: 20 | | Can you state your full name for the |
| | | 5: 21 | | record, please. |
| | | 5: 22 | | A: Allesha Marchelle Irvin Schirmer. |
| 2 | 6:1-6:6 | Schirmer, Allesha 2005-10-04 | | |
| | | 6: 1 | | Q: Mrs. Schirmer, are you married? |
| | | 6: 2 | | A: Yes. |
| | | 6: 3 | | Q: And what is your husband's name? |
| | | 6: 4 | | A: Christopher Robert Schirmer. |
| | | 6: 5 | | Q: What is your maiden name? |
| | | 6: 6 | | A: Allesha Marchelle Irvin. |
| 4 | 26:12-27:9 | Schirmer, Allesha 2005-10-04 | | |
| | | 26: 12 | | Q: Do you remember Mr. Irvin seeing a doctor |
| | | 26: 13 | | for any reason after you left home other than for the |
| | | 26: 14 | | cyst on his hand? |
| | | 26: 15 | | A: He came once and had a stress - stress test |
| | | 26: 16 | | at the diagnostic center at St. Vincent's. |
| | | 26: 17 | | Q: Do you remember when Mr. Irvin had a stress |
| | | 26: 18 | | test? |
| | | 26: 19 | | A: I'm guessing '92 and I'm guessing it was |
| | | 26: 20 | | before his hand surgery, and I say I'm guessing |
| | | 26: 21 | | because this is -- You know, it's hard to remember. |
| | | 26: 22 | | Q: I understand, but in any event, Mr. Irvin's |
| | | 26: 23 | | stress test was between July, 1991 and June, 1994 |
| | | 26: 24 | | when you were working at St. Vincent's? |
| | | 26: 25 | | A: Absolutely. |
| | | 27: 1 | | Q: Do you remember why Mr. Irvin had a stress |
| | | 27: 2 | | test done? |
| | | 27: 3 | | A: He was making his daughter happy. I wanted |
| | | 27: 4 | | him to come in and have a stress test, it was |
| | | 27: 5 | | available and I think I just wanted him to come and |
| | | 27: 6 | | get cleared, just a stress test. |
| | | 27: 7 | | Q: Was it your idea that your father have a |
| | | 27: 8 | | stress test? |
| | | 27: 9 | | A: Yes. |
| 5 | 28:5-28:8 | Schirmer, Allesha 2005-10-04 | | |
| | | 28: 5 | | Q: At the point you recommended a stress test |
| | | 28: 6 | | to your father, he was having no symptoms of any |
| | | 28: 7 | | cardiovascular problems? |
| | | 28: 8 | | A: Absolutely not. |
| 17 | 71:18-72:21 | Schirmer, Allesha 2005-10-04 | | |

SCHIRMER_A_MERGED

|  |  |  |
|---|---|---|
|  | 71: 18 | Q: Did you help clean out your father's |
|  | 71: 19 | belongings from his office? |
|  | 71: 20 | A: Yes. |
|  | 71: 21 | Q: Do you remember when that was? |
|  | 71: 22 | A: It would have been the 16th or the 17th, a |
|  | 71: 23 | couple days after - after he died. |
|  | 71: 24 | Q: So on May 16th or 17th you helped clean out |
|  | 71: 25 | Mr. Irvin's office? |
|  | 72: 1 | A: Yes. |
|  | 72: 2 | Q: And who did you - who was with you when you |
|  | 72: 3 | cleaned out Mr. Irvin's office? |
|  | 72: 4 | A: I'm pretty sure it was my brother Richard |
|  | 72: 5 | Irvin and my sister Leslie Goldstein. I don't think |
|  | 72: 6 | my other sister was with us. |
|  | 72: 7 | Q: Do you know if your mother was with you |
|  | 72: 8 | when you were cleaning -- |
|  | 72: 9 | A: She was not. |
|  | 72: 10 | Q: Did you find any medications in Mr. Irvin's |
|  | 72: 11 | office when you cleaned it out? |
|  | 72: 12 | A: Yeah. |
|  | 72: 13 | Q: Do you remember what you found? |
|  | 72: 14 | A: There were several - there were several |
|  | 72: 15 | packages of Vioxx samples in his desk drawer. |
|  | 72: 16 | Q: Did you find the packages of Vioxx in your |
|  | 72: 17 | father's desk drawer? |
|  | 72: 18 | A: Yes, I did. |
|  | 72: 19 | Q: Do you remember how many packages? |
|  | 72: 20 | . |
|  | 72: 21 | A: There were at least two. |
| 18 | 72:22 -74:7 | Schirmer, Allesha 2005-10-04 |
|  | 72: 22 | Q: Were there more than five samples in his |
|  | 72: 23 | drawer? |
|  | 72: 24 | A: More than five packages or more than five |
|  | 72: 25 | pills? |
|  | 73: 1 | Q: More than five packages. |
|  | 73: 2 | A: I do not think so, no. |
|  | 73: 3 | Q: How many pills were in each package? |
|  | 73: 4 | A: I don't remember. |
|  | 73: 5 | What I do remember is that there were some |
|  | 73: 6 | left but there were some taken. |
|  | 73: 7 | Q: What did the packages look like? |
|  | 73: 8 | A: I don't remember. |
|  | 73: 9 | Q: When you say that there were some taken, |
|  | 73: 10 | how could you tell that there were some taken? |
|  | 73: 11 | A: There's - there's a foil rectangular shape, |

|  |  |  |  |
|---|---|---|---|
|  |  | 73: 12 | I assume it's rectangular, I don't remember the shape |
|  |  | 73: 13 | of it, and you basically push the pill through the |
|  |  | 73: 14 | back of the foil, take the pill out and you - and |
|  |  | 73: 15 | there's an empty spot missing and a foil is torn, so |
|  |  | 73: 16 | if there's five across - if there was five across the |
|  |  | 73: 17 | piece of material or plastic, two could have been |
|  |  | 73: 18 | taken out, three could have been taken out. I don't |
|  |  | 73: 19 | remember specifically. What I do remember is that |
|  |  | 73: 20 | there were some taken and there were some there. |
|  |  | 73: 21 | Q: So the packages of samples had more than |
|  |  | 73: 22 | one sample in each one? |
|  |  | 73: 23 | A: Yes. |
|  |  | 73: 24 | Q: So -- |
|  |  | 73: 25 | A: That I remember. |
|  |  | 74: 1 | Q: But you definitely remember seeing in the |
|  |  | 74: 2 | package evidence that some pills were missing? |
|  |  | 74: 3 | A: That is correct. I - it was very clear |
|  |  | 74: 4 | that my dad had, yes, had the samples and, yes, he |
|  |  | 74: 5 | had taken some but there were still some left. |
|  |  | 74: 6 | Q: Do you remember how many had been taken? |
|  |  | 74: 7 | A: No, I don't. |
| 19 | 74:8 -74:13 | Schirmer, Allesha 2005-10-04 | |
|  |  | 74: 8 | Q: Did you find any other medications in |
|  |  | 74: 9 | Mr. Irvin's desk other than Vioxx? |
|  |  | 74: 10 | A: Not that I remember. |
|  |  | 74: 11 | Q: How did you know that the samples were |
|  |  | 74: 12 | Vioxx? |
|  |  | 74: 13 | A: Because they said Vioxx on them. |
| 20 | 74:16 -74:23 | Schirmer, Allesha 2005-10-04 | |
|  |  | 74: 16 | Q: The pill said Vioxx or the package said |
|  |  | 74: 17 | Vioxx? |
|  |  | 74: 18 | A: The package said Vioxx. |
|  |  | 74: 19 | Q: Do you remember what color the package was? |
|  |  | 74: 20 | A: I don't. |
|  |  | 74: 21 | Q: Do you remember finding any over the |
|  |  | 74: 22 | counter medications in Mr. Irvin's desk? |
|  |  | 74: 23 | A: No, I don't. |
| 21 | 75:1 -75:10 | Schirmer, Allesha 2005-10-04 | |
|  |  | 75: 1 | Were the samples in Mr. Irvin's desk drawer |
|  |  | 75: 2 | in a container? |
|  |  | 75: 3 | A: They were not. They were just in the |
|  |  | 75: 4 | drawer sitting freely in the main drawer where his |
|  |  | 75: 5 | pencils and paper and -- But, no, they were not in a |
|  |  | 75: 6 | specific container, they were - they were just free |

**SCHIRMER_A_MERGED**

|    |              |       |                                                      |
|----|--------------|-------|------------------------------------------------------|
|    |              | 75: 7 | floating in his drawer.                              |
|    |              | 75: 8 | Q: What would your best estimate be of how           |
|    |              | 75: 9 | many pills there were in the sample packages?        |
|    |              | 75: 10| A: I don't know.                                     |
| 22 | **75:11-75:14** | Schirmer, Allesha 2005-10-04                                 |
|    |              | 75: 11| Q: You don't remember how many Vioxx pills           |
|    |              | 75: 12| there were?                                          |
|    |              | 75: 13| A: No.                                               |
|    |              | 75: 14| Sorry.                                               |
| 23 | **75:15-76:3** | Schirmer, Allesha 2005-10-04                                  |
|    |              | 75: 15| Q: What did you do with the Vioxx samples that       |
|    |              | 75: 16| you found in Mr. Irvin's desk?                       |
|    |              | 75: 17| A: I don't remember. I don't remember if we          |
|    |              | 75: 18| took some of his stuff and put it in a bag and       |
|    |              | 75: 19| brought it home with us or if we left it for later.  |
|    |              | 75: 20| I don't remember. It was a tough time, so we weren't |
|    |              | 75: 21| remembering everything at that point.                |
|    |              | 75: 22| Q: Do you remember whether you threw the             |
|    |              | 75: 23| samples away?                                        |
|    |              | 75: 24| A: I do not remember.                                |
|    |              | 75: 25| We - we would not have thrown the samples            |
|    |              | 76: 1 | away. I would - I would not have thrown the samples  |
|    |              | 76: 2 | away. They would have gone in a bag or they would    |
|    |              | 76: 3 | have stayed in his desk.                             |

Play Time for this Script:   **00:06:42**

**Total time for all Scripts in this report:   00:06:42**