BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -9 PM 1:59

LORETTA G. WHYTE
       CLERK

**In re: VIOXX PRODUCTS LIABILITY LITIGATION,**

This motion applies to the following cases:

Tuma et al v. Merck & Co Inc et al,
2:05-cv-02566-EEF-DEK
Dale et al v. Merck & Co Inc et al,
2:05-cv-02567-EEF-DEK
Raymo et al v. Merck & Co Inc et al,
2:05-cv-02568-EEF-DEK
Andrews et al v. Merck & Co Inc et al,
2:05-cv-02569-EEF-DEK
Thomas et al v. Merck & Co Inc et al,
2:05-cv-02570-EEF-DEK
Underwood et al v. Merck & Co Inc et al,
2:05-cv-02571-EEF-DEK
Anderson et al v. Merck & Co Inc et al,
2:05-cv-02572-EEF-DEK
Menderski et al v. Merck & Co Inc et al,
2:05-cv-02574-EEF-DEK
Stewart et al v. Merck & Co Inc et al,
2:05-cv-02575-EEF-DEK
Singleton et al v. Merck & Co Inc et al,
2:05-cv-02576-EEF-DEK
Britton et al v. Merck & Co Inc et al,
2:05-cv-02577-EEF-DEK
Cerutti et al v. Merck & Co Inc et al,
2:05-cv-02578-EEF-DEK
Hale et al v. Merck & Co Inc et al,
2:05-cv-02579-EEF-DEK
Harris et al v. Merck & Co., Inc. et al,
2:05-cv-02580-EEF-DEK
Jones et al v. Merck & Co Inc et al,
2:05-cv-02581-EEF-DEK
Wolz et al v. Merck & Co Inc et al,
2:05-cv-02582-EEF-DEK
Neal et al v. Merck & Co Inc et al,
2:05-cv-02928-EEF-DEK

MDL No.  1657

___ Fee_____
___ Process_____
X/ Dktd_____
✓ CtRmDep_____
___ Doc. No._____

Molder et al v. Merck & Co Inc et al,
2:05-cv-02929-EEF-DEK
Dochsteiner et al v. Merck & Co Inc et al,
2:05-cv-02930-EEF-DEK
Squillace et al v. Merck & Co Inc et al,
2:05-cv-02931-EEF-DEK
Walker et al v. Merck & Co Inc et al,
2:05-cv-03137-EEF-DEK
Wagner et al v. Merck & Co Inc et al,
2:05-cv-03138-EEF-DEK
Middleton et al v. Merck & Co Inc et al,
2:05-cv-03416-EEF-DEK
McBride et al v. Merck & Co Inc et al,
2:05-cv-03420-EEF-DEK
Wood v. Merck & Co Inc et al,
2:05-cv-03799-EEF-DEK
Black et al v. Merck & Co Inc et al,
2:05-cv-03802-EEF-DEK
Hodges et al v. Merck & Co Inc et al,
2:05-cv-03803-EEF-DEK
Lockett et al v. Merck & Co Inc et al,
2:05-cv-03804-EEF-DEK
Young et al v. Merck & Co Inc et al,
2:05-cv-03805-EEF-DEK
Pueser et al v. Merck & Co Inc et al,
2:05-cv-03806-EEF-DEK
Piechoinski et al v. Merck & Co Inc et al,
2:05-cv-03807-EEF-DEK
Phillip et al v. Merck & Co Inc et al,
2:05-cv-03808-EEF-DEK
O'Bannon et al v. Merck & Co Inc et al,
2:05-cv-03809-EEF-DEK
Miles et al v. Merck & Co Inc et al,
2:05-cv-03810-EEF-DEK
McDaniel et al v. Merck & Co Inc et al,
2:05-cv-03811-EEF-DEK
McCarter et al v. Merck & Co Inc et al,
2:05-cv-03812-EEF-DEK
Hubbard et al v. Merck & Co Inc et al,
2:05-cv-03813-EEF-DEK
Holmes et al v. Merck & Co Inc et al,
2:05-cv-03814-EEF-DEK
Frame et al v. Merck & Co Inc et al,

2:05-cv-03815-EEF-DEK
<u>Cavins et al v. Merck & Co Inc et al</u>,
2:05-cv-03816-EEF-DEK
<u>Butler et al v. Merck & Co Inc et al</u>,
2:05-cv-03817-EEF-DEK
<u>Braun et al v. Merck & Co Inc et al</u>,
2:05-cv-03851-EEF-DEK
<u>Price et al v. Merck & Co Inc et al</u>,
2:05-cv-03852-EEF-DEK
<u>Liotto et al v. Merck & Co Inc</u>,
2:05-cv-04323-EEF-DEK
<u>Atkins et al v. Merck & Co Inc</u>,
2:05-cv-04324-EEF-DEK
<u>Hill et al v. Merck & Co Inc</u>,
2:05-cv-04325-EEF-DEK
<u>Adams et al v. Merck & Co Inc</u>,
2:05-cv-04326-EEF-DEK
<u>Moore et al v. Merck & Co Inc et al</u>
2:05-cv-04611-EEF-DEK
<u>Bohannon v. Merck & Co. Inc</u>,
2:05-cv-05004-EEF-DEK
<u>Spann v. Merck & Co Inc et al</u>,
2:05-cv-05290-EEF-DEK
<u>Steele et al v. Merck & Co Inc et al</u>,
2:05-cv-05291-EEF-DEK
<u>Miller et al v. Merck & Co Inc et al</u>,
2:05-cv-05292-EEF-DEK
<u>Gaston et al v. Merck & Co Inc et al</u>,
2:05-cv-05293-EEF-DEK
<u>Allen et al v. Merck & Co Inc et al</u>,
2:05-cv-05294-EEF-DEK
<u>Ganser et al v. Merck & Co Inc et al</u>,
2:05-cv-05300-EEF-DEK
<u>Bess et al v. Merck & Co Inc et al</u>,
2:05-cv-05301-EEF-DEK
<u>Mullins et al v. Merck & Co Inc et al</u>,
2:05-cv-05302-EEF-DEK
<u>Kassing et al v. Merck & Co Inc et al</u>,
2:05-cv-05303-EEF-DEK
<u>Zook et al v. Merck & Co Inc et al</u>,
2:05-cv-05304-EEF-DEK
<u>Kisty et al v. Merck & Co Inc et al</u>,
2:05-cv-05305-EEF-DEK

<u>Douglas et al v. Merck & Co Inc et al</u>,
2:05-cv-05308-EEF-DEK
<u>Lara et al v. Merck & Co Inc et al</u>,
2:05-cv-05309-EEF-DEK
<u>Moultrie et al v. Merck & Co Inc et al</u>,
2:05-cv-05311-EEF-DEK
<u>Rogers et al v. Merck & Co Inc et al</u>,
2:05-cv-05312-EEF-DEK
<u>Bohlke et al v. Merck & Co Inc et al</u>,
2:05-cv-05313-EEF-DEK
<u>Harris et al v. Merck & Co Inc et al</u>,
2:05-cv-05824-EEF-DEK
<u>Aldridge et al v. Merck & Co Inc et al</u>,
2:05-cv-06346-EEF-DEK
<u>Swint et al v. Merck & Co Inc, et al</u>,
2:05-cv-06347-EEF-DEK
<u>Fife et al v. Merck & Co Inc et al</u>,
2:05-cv-06348-EEF-DEK
<u>Copeland et al v. Merck & Co Inc et al</u>,
2:05-cv-06349-EEF-DEK
Angel et al v. Merck & Co Inc et al,
2:05-cv-06386-EEF-DEK
<u>Vowell et al v. Merck & Co Inc et al</u>,
2:05-cv-06387-EEF-DEK
<u>Hallman et al v. Merck & Co Inc et al</u>,
2:05-cv-06388-EEF-DEK
<u>Rice et al v. Merck & Co Inc et al</u>,
2:05-cv-06393-EEF-DEK
<u>Curtis et al v. Merck & Co Inc et al</u>,
2:05-cv-06735-EEF-DEK

**PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER 18B SO THAT PLAINTIFFS DO NOT HAVE TO FILE AND SERVE ON DEFENDANTS MEDICAL RECORDS VIA LEXIS-NEXIS FILE AND SERVE**

COME NOW Plaintiffs and move to modify Pretrial Order 18B so that plaintiffs do not

have to serve medical records via LEXIS-NEXIS file and serve on defendants based on practical

considerations as there is a far simpler way to provide a PDF copy of medical records to

defendants that will avoid unnecessary cost and staff work. In support thereof, plaintiffs state:

1. Pretrial order 18(B), paragraph 5 provides: "plaintiff shall serve the DLC with PPF responses, signed and dated authorizations, **and responsive documents** ... and by serving electronic copy via LEXIS-NEXIS file and serve on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Philip A. Wittman at Stone Pigman Walter Whitman L.L.C., Aretha Delight Davis at Dechert LLP, and firms representing any other defendants in that case within the time periods set forth herein."

2. The undersigned counsel represents over 2000 plaintiffs, some of whom have well over a 1000 medical records, because of the hospitalizations and medical care that their cardiovascular injuries have necessitated.

3. Because of the limitations of LEXIS-NEXIS file and serve, a plaintiff can only upload medical records that have been pdf-ed in 4 MB parts. Depending on the copy machine used and the contents of the copies, this can range from anywhere from 20-to-75 pages. Accordingly, the undersigned counsel has to retain a copy service that will break down the medical records to 4 MB parts. This is an onerous process involving increased staff and cost to break down the medical records so that they can be filed and served on LEXIS-NEXIS.

4. Additionally, LEXIS-NEXIS provides a service where they will upload the medical records in 9 MB parts, but they will charge 100-dollars-an-hour for this service.

5. After the copy company has completed breaking down the medical records to 4 MB parts, the support staff of plaintiffs' counsel will then have to individually upload each individual part. This is a time-consuming process because each 4 MB part is a large document that takes time to upload.

5. Plaintiffs state that to file and serve medical records via LEXIS-NEXIS is an onerous process that involves unnecessary cost and staff work.

6. Plaintiffs believe that it would be far simpler to PDF and burn to a CD a copy of plaintiffs' medical records and serve a copy of the burned CD on the required defendants.

WHEREFORE, plaintiffs pray for an Order to modify Pretrial Order 18B so that plaintiffs do not have to file and serve medical records via LEXIS-NEXIS file and serve on defendants; rather plaintiffs would serve a CD with a PDF copy of a plaintiff's medical records on the defendants identified in Pretrial Order 18B and for such other and further relief which may in the premises be just and proper.

Respectfully submitted,

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe
Francis J. ("Casey") Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on February 8, 2006 electronically on all defendants to be electronically noticed on LEXIS-NEXIS file and serve and as well via first-class mail on the individuals identified below:

Philip A. Whitman
Stone, Pigman, Walther, Whitman LLC
546 Carondelet St.
New Orleans, LA 70130-3588

John N. Poulos
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
212-837-6000

    Attorneys for Merck & Co., Inc.

Russ M. Herman
Herman, Herman, Katz, Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**In re: VIOXX PRODUCTS LIABILITY LITIGATION,**

This motion applies to the following cases:

MDL No. 1657

Tuma et al v. Merck & Co Inc et al,
2:05-cv-02566-EEF-DEK
Dale et al v. Merck & Co Inc et al,
2:05-cv-02567-EEF-DEK
Raymo et al v. Merck & Co Inc et al,
2:05-cv-02568-EEF-DEK
Andrews et al v. Merck & Co Inc et al,
2:05-cv-02569-EEF-DEK
Thomas et al v. Merck & Co Inc et al,
2:05-cv-02570-EEF-DEK
Underwood et al v. Merck & Co Inc et al,
2:05-cv-02571-EEF-DEK
Anderson et al v. Merck & Co Inc et al,
2:05-cv-02572-EEF-DEK
Menderski et al v. Merck & Co Inc et al,
2:05-cv-02574-EEF-DEK
Stewart et al v. Merck & Co Inc et al,
2:05-cv-02575-EEF-DEK
Singleton et al v. Merck & Co Inc et al,
2:05-cv-02576-EEF-DEK
Britton et al v. Merck & Co Inc et al,
2:05-cv-02577-EEF-DEK
Cerutti et al v. Merck & Co Inc et al,
2:05-cv-02578-EEF-DEK
Hale et al v. Merck & Co Inc et al,
2:05-cv-02579-EEF-DEK
Harris et al v. Merck & Co., Inc. et al,
2:05-cv-02580-EEF-DEK
Jones et al v. Merck & Co Inc et al,
2:05-cv-02581-EEF-DEK
Wolz et al v. Merck & Co Inc et al,
2:05-cv-02582-EEF-DEK
Neal et al v. Merck & Co Inc et al,
2:05-cv-02928-EEF-DEK
Molder et al v. Merck & Co Inc et al,
2:05-cv-02929-EEF-DEK
Dochsteiner et al v. Merck & Co Inc et al,

2:05-cv-02930-EEF-DEK
Squillace et al v. Merck & Co Inc et al,
2:05-cv-02931-EEF-DEK
Walker et al v. Merck & Co Inc et al,
2:05-cv-03137-EEF-DEK
Wagner et al v. Merck & Co Inc et al,
2:05-cv-03138-EEF-DEK
Middleton et al v. Merck & Co Inc et al,
2:05-cv-03416-EEF-DEK
McBride et al v. Merck & Co Inc et al,
2:05-cv-03420-EEF-DEK
Wood v. Merck & Co Inc et al,
2:05-cv-03799-EEF-DEK
Black et al v. Merck & Co Inc et al,
2:05-cv-03802-EEF-DEK
Hodges et al v. Merck & Co Inc et al,
2:05-cv-03803-EEF-DEK
Lockett et al v. Merck & Co Inc et al,
2:05-cv-03804-EEF-DEK
Young et al v. Merck & Co Inc et al,
2:05-cv-03805-EEF-DEK
Pueser et al v. Merck & Co Inc et al,
2:05-cv-03806-EEF-DEK
Piechoinski et al v. Merck & Co Inc et al,
2:05-cv-03807-EEF-DEK
Phillip et al v. Merck & Co Inc et al,
2:05-cv-03808-EEF-DEK
O'Bannon et al v. Merck & Co Inc et al,
2:05-cv-03809-EEF-DEK
Miles et al v. Merck & Co Inc et al,
2:05-cv-03810-EEF-DEK
McDaniel et al v. Merck & Co Inc et al,
2:05-cv-03811-EEF-DEK
McCarter et al v. Merck & Co Inc et al,
2:05-cv-03812-EEF-DEK
Hubbard et al v. Merck & Co Inc et al,
2:05-cv-03813-EEF-DEK
Holmes et al v. Merck & Co Inc et al,
2:05-cv-03814-EEF-DEK
Frame et al v. Merck & Co Inc et al,
2:05-cv-03815-EEF-DEK
Cavins et al v. Merck & Co Inc et al,
2:05-cv-03816-EEF-DEK
Butler et al v. Merck & Co Inc et al,
2:05-cv-03817-EEF-DEK

Braun et al v. Merck & Co Inc et al,
2:05-cv-03851-EEF-DEK
Price et al v. Merck & Co Inc et al,
2:05-cv-03852-EEF-DEK
Liotto et al v. Merck & Co Inc,
2:05-cv-04323-EEF-DEK
Atkins et al v. Merck & Co Inc,
2:05-cv-04324-EEF-DEK
Hill et al v. Merck & Co Inc,
2:05-cv-04325-EEF-DEK
Adams et al v. Merck & Co Inc,
2:05-cv-04326-EEF-DEK
Moore et al v. Merck & Co Inc et al
2:05-cv-04611-EEF-DEK
Bohannon v. Merck & Co. Inc,
2:05-cv-05004-EEF-DEK
Spann v. Merck & Co Inc et al,
2:05-cv-05290-EEF-DEK
Steele et al v. Merck & Co Inc et al,
2:05-cv-05291-EEF-DEK
Miller et al v. Merck & Co Inc et al,
2:05-cv-05292-EEF-DEK
Gaston et al v. Merck & Co Inc et al,
2:05-cv-05293-EEF-DEK
Allen et al v. Merck & Co Inc et al,
2:05-cv-05294-EEF-DEK
Ganser et al v. Merck & Co Inc et al,
2:05-cv-05300-EEF-DEK
Bess et al v. Merck & Co Inc et al,
2:05-cv-05301-EEF-DEK
Mullins et al v. Merck & Co Inc et al,
2:05-cv-05302-EEF-DEK
Kassing et al v. Merck & Co Inc et al,
2:05-cv-05303-EEF-DEK
Zook et al v. Merck & Co Inc et al,
2:05-cv-05304-EEF-DEK
Kisty et al v. Merck & Co Inc et al,
2:05-cv-05305-EEF-DEK
Douglas et al v. Merck & Co Inc et al,
2:05-cv-05308-EEF-DEK
Lara et al v. Merck & Co Inc et al,
2:05-cv-05309-EEF-DEK
Moultrie et al v. Merck & Co Inc et al,
2:05-cv-05311-EEF-DEK
Rogers et al v. Merck & Co Inc et al,

2:05-cv-05312-EEF-DEK
<u>Bohlke et al v. Merck & Co Inc et al</u>,
2:05-cv-05313-EEF-DEK
<u>Harris et al v. Merck & Co Inc et al</u>,
2:05-cv-05824-EEF-DEK
<u>Aldridge et al v. Merck & Co Inc et al</u>,
2:05-cv-06346-EEF-DEK
<u>Swint et al v. Merck & Co Inc, et al</u>,
2:05-cv-06347-EEF-DEK
<u>Fife et al v. Merck & Co Inc et al</u>,
2:05-cv-06348-EEF-DEK
<u>Copeland et al v. Merck & Co Inc et al</u>,
2:05-cv-06349-EEF-DEK
Angel et al v. Merck & Co Inc et al,
2:05-cv-06386-EEF-DEK
<u>Vowell et al v. Merck & Co Inc et al</u>,
2:05-cv-06387-EEF-DEK
<u>Hallman et al v. Merck & Co Inc et al</u>,
2:05-cv-06388-EEF-DEK
<u>Rice et al v. Merck & Co Inc et al</u>,
2:05-cv-06393-EEF-DEK
<u>Curtis et al v. Merck & Co Inc et al</u>,
2:05-cv-06735-EEF-DEK

## **PROPOSED ORDER**

Pretrial Order 18(B) is modified so that plaintiffs do not have to file and serve medical records via LEXIS-NEXIS file and serve on defendants; rather plaintiffs shall serve a CD with a PDF copy of a plaintiff's medical records on the defendants.

SO ORDERED THIS _____ DAY OF _____, 2006.

_____
Eldon E. Fallon
United States District Judge

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe
Francis J. ("Casey") Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

481972 / 004128

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on February 8, 2006 electronically on all defendants to be electronically noticed on LEXIS-NEXIS file and serve and as well via first-class mail on the individuals identified below:

Philip A. Whitman
Stone, Pigman, Walther, Whitman LLC
546 Carondelet St.
New Orleans, LA 70130-3588

John N. Poulos
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
212-837-6000

      Attorneys for Merck & Co., Inc.

Russ M. Herman
Herman, Herman, Katz, Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**In re: VIOXX PRODUCTS LIABILITY LITIGATION,**

This motion applies to the following cases:

Tuma et al v. Merck & Co Inc et al,
2:05-cv-02566-EEF-DEK
Dale et al v. Merck & Co Inc et al,
2:05-cv-02567-EEF-DEK
Raymo et al v. Merck & Co Inc et al,
2:05-cv-02568-EEF-DEK
Andrews et al v. Merck & Co Inc et al,
2:05-cv-02569-EEF-DEK
Thomas et al v. Merck & Co Inc et al,
2:05-cv-02570-EEF-DEK
Underwood et al v. Merck & Co Inc et al,
2:05-cv-02571-EEF-DEK
Anderson et al v. Merck & Co Inc et al,
2:05-cv-02572-EEF-DEK
Menderski et al v. Merck & Co Inc et al,
2:05-cv-02574-EEF-DEK
Stewart et al v. Merck & Co Inc et al,
2:05-cv-02575-EEF-DEK
Singleton et al v. Merck & Co Inc et al,
2:05-cv-02576-EEF-DEK
Britton et al v. Merck & Co Inc et al,
2:05-cv-02577-EEF-DEK
Cerutti et al v. Merck & Co Inc et al,
2:05-cv-02578-EEF-DEK
Hale et al v. Merck & Co Inc et al,
2:05-cv-02579-EEF-DEK
Harris et al v. Merck & Co., Inc. et al,
2:05-cv-02580-EEF-DEK
Jones et al v. Merck & Co Inc et al,
2:05-cv-02581-EEF-DEK
Wolz et al v. Merck & Co Inc et al,
2:05-cv-02582-EEF-DEK
Neal et al v. Merck & Co Inc et al,
2:05-cv-02928-EEF-DEK
Molder et al v. Merck & Co Inc et al,
2:05-cv-02929-EEF-DEK
Dochsteiner et al v. Merck & Co Inc et al,

MDL No. 1657

2:05-cv-02930-EEF-DEK
Squillace et al v. Merck & Co Inc et al,
2:05-cv-02931-EEF-DEK
Walker et al v. Merck & Co Inc et al,
2:05-cv-03137-EEF-DEK
Wagner et al v. Merck & Co Inc et al,
2:05-cv-03138-EEF-DEK
Middleton et al v. Merck & Co Inc et al,
2:05-cv-03416-EEF-DEK
McBride et al v. Merck & Co Inc et al,
2:05-cv-03420-EEF-DEK
Wood v. Merck & Co Inc et al,
2:05-cv-03799-EEF-DEK
Black et al v. Merck & Co Inc et al,
2:05-cv-03802-EEF-DEK
Hodges et al v. Merck & Co Inc et al,
2:05-cv-03803-EEF-DEK
Lockett et al v. Merck & Co Inc et al,
2:05-cv-03804-EEF-DEK
Young et al v. Merck & Co Inc et al,
2:05-cv-03805-EEF-DEK
Pueser et al v. Merck & Co Inc et al,
2:05-cv-03806-EEF-DEK
Piechoinski et al v. Merck & Co Inc et al,
2:05-cv-03807-EEF-DEK
Phillip et al v. Merck & Co Inc et al,
2:05-cv-03808-EEF-DEK
O'Bannon et al v. Merck & Co Inc et al,
2:05-cv-03809-EEF-DEK
Miles et al v. Merck & Co Inc et al,
2:05-cv-03810-EEF-DEK
McDaniel et al v. Merck & Co Inc et al,
2:05-cv-03811-EEF-DEK
McCarter et al v. Merck & Co Inc et al,
2:05-cv-03812-EEF-DEK
Hubbard et al v. Merck & Co Inc et al,
2:05-cv-03813-EEF-DEK
Holmes et al v. Merck & Co Inc et al,
2:05-cv-03814-EEF-DEK
Frame et al v. Merck & Co Inc et al,
2:05-cv-03815-EEF-DEK
Cavins et al v. Merck & Co Inc et al,
2:05-cv-03816-EEF-DEK
Butler et al v. Merck & Co Inc et al,
2:05-cv-03817-EEF-DEK

Braun et al v. Merck & Co Inc et al,
2:05-cv-03851-EEF-DEK
Price et al v. Merck & Co Inc et al,
2:05-cv-03852-EEF-DEK
Liotto et al v. Merck & Co Inc,
2:05-cv-04323-EEF-DEK
Atkins et al v. Merck & Co Inc,
2:05-cv-04324-EEF-DEK
Hill et al v. Merck & Co Inc,
2:05-cv-04325-EEF-DEK
Adams et al v. Merck & Co Inc,
2:05-cv-04326-EEF-DEK
Moore et al v. Merck & Co Inc et al
2:05-cv-04611-EEF-DEK
Bohannon v. Merck & Co. Inc,
2:05-cv-05004-EEF-DEK
Spann v. Merck & Co Inc et al,
2:05-cv-05290-EEF-DEK
Steele et al v. Merck & Co Inc et al,
2:05-cv-05291-EEF-DEK
Miller et al v. Merck & Co Inc et al,
2:05-cv-05292-EEF-DEK
Gaston et al v. Merck & Co Inc et al,
2:05-cv-05293-EEF-DEK
Allen et al v. Merck & Co Inc et al,
2:05-cv-05294-EEF-DEK
Ganser et al v. Merck & Co Inc et al,
2:05-cv-05300-EEF-DEK
Bess et al v. Merck & Co Inc et al,
2:05-cv-05301-EEF-DEK
Mullins et al v. Merck & Co Inc et al,
2:05-cv-05302-EEF-DEK
Kassing et al v. Merck & Co Inc et al,
2:05-cv-05303-EEF-DEK
Zook et al v. Merck & Co Inc et al,
2:05-cv-05304-EEF-DEK
Kisty et al v. Merck & Co Inc et al,
2:05-cv-05305-EEF-DEK
Douglas et al v. Merck & Co Inc et al,
2:05-cv-05308-EEF-DEK
Lara et al v. Merck & Co Inc et al,
2:05-cv-05309-EEF-DEK
Moultrie et al v. Merck & Co Inc et al,
2:05-cv-05311-EEF-DEK
Rogers et al v. Merck & Co Inc et al,

Case 2:05-md-01657-EEF-DEK   Document 3369   Filed 02/09/06   Page 17 of 19

2:05-cv-05312-EEF-DEK
<u>Bohlke et al v. Merck & Co Inc et al</u>,
2:05-cv-05313-EEF-DEK
<u>Harris et al v. Merck & Co Inc et al</u>,
2:05-cv-05824-EEF-DEK
<u>Aldridge et al v. Merck & Co Inc et al</u>,
2:05-cv-06346-EEF-DEK
<u>Swint et al v. Merck & Co Inc, et al</u>,
2:05-cv-06347-EEF-DEK
<u>Fife et al v. Merck & Co Inc et al</u>,
2:05-cv-06348-EEF-DEK
<u>Copeland et al v. Merck & Co Inc et al</u>,
2:05-cv-06349-EEF-DEK
Angel et al v. Merck & Co Inc et al,
2:05-cv-06386-EEF-DEK
<u>Vowell et al v. Merck & Co Inc et al</u>,
2:05-cv-06387-EEF-DEK
<u>Hallman et al v. Merck & Co Inc et al</u>,
2:05-cv-06388-EEF-DEK
<u>Rice et al v. Merck & Co Inc et al</u>,
2:05-cv-06393-EEF-DEK
<u>Curtis et al v. Merck & Co Inc et al</u>,
2:05-cv-06735-EEF-DEK

## **NOTICE OF HEARING**

Please take notice that plaintiffs will call up for hearing Plaintiffs' Motion to Modify Pretrial Order 18B so that Plaintiffs do not have to File and Serve on Defendant's Medical Records via Lexis-Nexis File and Serve on March 1, 2006 at 9:00 a.m. or as soon thereafter as counsel may be heard.

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe
Francis J. ("Casey") Flynn
Attorney for Plaintiffs

481972 / 004128

8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on February 8, 2006 electronically on all defendants to be electronically noticed on LEXIS-NEXIS file and serve and as well via first-class mail on the individuals identified below:

Philip A. Whitman
Stone, Pigman, Walther, Whitman LLC
546 Carondelet St.
New Orleans, LA 70130-3588

John N. Poulos
Hughes Hubbard & Reed, LLP

481972 / 004128

One Battery Park Plaza
New York, NY 10004
212-837-6000

      Attorneys for Merck & Co., Inc.

Russ M. Herman
Herman, Herman, Katz, Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

481972 / 004128