UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 20  P 1:09

LORETTA G. WHYTE
        CLERK

IN RE: VIOXX                           : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION      : SECTION:   L
                                       :
                                       : JUDGE FALLON
                                       : MAG. JUDGE KNOWLES
                                       :
THIS DOCUMENT RELATES TO:              :
                                       :

Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner as Personal Representative of the estate of his mother, Phyllis Briner, Ruben Portillo individually and as Heir of Elvira Pena. Filed in S.D.IN. as 1:04-cv-1651 RLY-WTL, MDL No. 05-0458.

---

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTIES

---

Come now the Plaintiffs, Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner as Personal Representative of the estate of his mother, Phyllis Briner, Ruben Portillo individually and as Heir of Elvira Pena (collectively "Plaintiffs") by counsel, and file a Motion for Leave to File Second Amended Complaint to Add and Remove Parties. In support of said motion, Plaintiffs state as follows:

1.      Plaintiffs respectfully request leave to file an Amended Complaint to add one individual and remove another. The Plaintiff seeking to be added is Michael Heavrin. The Plaintiff seeking to be removed is Kimberly Van Jelgerhuis. See Second Amended Complaint attached hereto. Exhibit A.

3.      The addition of Michael Heavrin as Plaintiff and removal of Kimberly Van Jelgerhuis will not prejudice the Defendant because the Second Amended Complaint does not

contain any new legal theory or claims not already present in this case. It merely adds a new Plaintiff and removes an existing one.

4.  Undersigned counsel has contacted Brett E. Nelson, Esq. of the office of Plews Shadley Racher & Braun, counsel of record for the Defendant, regarding this motion. As of the time of this filing, counsel for the Plaintiffs has not had a response from counsel for the Defendant.

WHEREFORE, the Plaintiffs, by counsel, respectfully request the Court to grant them leave to file a Second Amended Complaint to add Michael Heavrin and remove Kimberly Van Jelgerhuis.

Respectfully submitted,

PRICE WAICUKAUSKI RILEY & DEBROTA, LLC

By _____
Henry J. Price, Bar No. 8522-49
William N. Riley, Bar No. 14941-49
Amy Ficklin DeBrota, Bar No. 17294-49
Jana K. Strain, Bar No. 20677-49
Jamie R. Sweeney, Bar No. 25124-49
Christopher A. Moeller, Bar No. 25710-49

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone: (317) 633-8787
Fax: (317) 633-8797

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, a copy of the foregoing Plaintiffs' Motion for Leave to File Amended Complaint to Add Parties was sent via Federal Express to the Clerk of the Eastern District of Louisiana for filing. Notice of this filing will be sent to the following parties by uploading the same to Lexis Nexis File & Serve on January 17, 2006.

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70013

Phillip Whittmann
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

Susan J. Giamportone, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

Christopher A. Moeller

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
:
PRODUCTS LIABILITY LITIGATION : SECTION:  L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
:
**THIS DOCUMENT RELATES TO:** :

Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner as Personal Representative of the estate of his mother, Phyllis Briner, Ruben Portillo individually and as Heir of Elvira Pena. Filed in S.D.IN. as 1:04-cv-1651 RLY-WTL, MDL No. 05-0458.

## NOTICE OF APPEARANCE

Jamie R. Sweeney of the law firm Price, Waicukauski, Riley & DeBrota, LLC, hereby enters his appearance on behalf of the Plaintiffs, Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner as Personal Representative of the estate of his mother, Phyllis Briner, Ruben Portillo individually and as Heir of Elvira Pena., in the above-captioned cause of action.

Respectfully submitted,

Jamie R. Sweeney (#25124-49)
**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Fax: (317) 633-8797
E-Mail: jsweeney@price-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, a copy of the foregoing *Notice of Appearance* was sent via Federal Express to the Clerk of the Eastern District of Louisiana for filing. Notice of this filing will be sent to the following parties by uploading the same to Lexis Nexis File & Serve on January 17, 2006.

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70013

Phillip Whittmann
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

Susan J. Giamportone, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

Jamie R. Sweeney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:   L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |

Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner as Personal Representative of the estate of his mother, Phyllis Briner, Ruben Portillo individually and as Heir of Elvira Pena. Filed in S.D.IN. as 1:04-cv-1651 RLY-WTL, MDL No. 05-0458.

## NOTICE OF APPEARANCE

Christopher A. Moeller of the law firm Price, Waicukauski, Riley & DeBrota, LLC, hereby enters his appearance on behalf of the Plaintiffs, Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner as Personal Representative of the estate of his mother, Phyllis Briner, Ruben Portillo individually and as Heir of Elvira Pena., in the above-captioned cause of action.

Respectfully submitted,

_/s/ Chris Moeller_
Christopher A. Moeller (#25710-49)
**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Fax: (317) 633-8797
E-Mail: cmoeller@price-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 17, 2006, a copy of the foregoing *Notice of Appearance* was sent via Federal Express to the Clerk of the Eastern District of Louisiana for filing. Notice of this filing will be sent to the following parties by uploading the same to Lexis Nexis File & Serve on January 17, 2006.

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70013

Phillip Whittmann
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

Susan J. Giamportone, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

                   */s/ Christopher A. Moeller*
                   Christopher A. Moeller