UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 21  AM 7: 37
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
       PRODUCTS LIABILITY LITIGATION

      :   MDL NO. 1657
      :
      :   SECTION:   L
      :
      :   JUDGE FALLON
      :   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner as Personal Representative of the estate of his mother, Phyllis Briner, Ruben Portillo individually and as Heir of Elvira Pena. Filed in S.D.IN. as 1:04-cv-1651 RLY-WTL, MDL No. 05-0458.

## ORDER GRANTING LEAVE TO AMEND

This case is before the Court on the Plaintiffs' Motion for Leave to Amend Complaint. The Court has carefully considered Plaintiffs' motion and finds it is made for good cause. Accordingly, the Court **GRANTS** Plaintiffs' motion, and **ORDERS** that Plaintiffs' Amended Complaint, having been tendered along with Plaintiffs' Motion, is ordered FILED this date.

DATED: Feb 17, 2006.

Judge Eldon E. Fallon, United States District Court
Eastern District of Louisiana

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

**Distribution to:**

Henry J. Price
William N. Riley
Price Waicukauski Riley & DeBrota, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

Susan J. Giamportone, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70013

Phillip Whittmann
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130