FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 10  PM 2:36

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>PATRICIA A. TAYLOR<br><br>vs.<br><br>MERCK & CO. ET AL. | MDL Docket No.: 1657<br>SECTION: L<br><br>FILE VIA FAX<br><br>Transferred from USDC<br>Northern District of California<br>Case #: IC 04-4510<br><br>CA 05-440 |

## STIPULATION OF DISMISSAL

AND NOW, this ~~9th~~ 17th Day of February, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co. with each party to bear its own costs and counsel fees. Plaintiff further agrees that if she re-files her suit against Merck & Co. based on her claims related to Vioxx, she may only commence such action in federal court and in no other forum.

This Stipulation is filed on behalf of Plaintiff **PATRICIA A. TAYLOR** and Defendant Merck & Co., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_[signature]_

UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

STIPULATION OF DISMISSAL
___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted by: |
| 3 | COTCHETT, PITRE, SIMON & McCARTHY |
| 4 | |
| 5 | |
| 6 | *[signature]* |
| | FRANK M. PITRE |
| | NIKI B. OKCU |
| 7 | COTCHETT, PITRE, SIMON & McCARTHY |
| | San Francisco Airport Office Center |
| 8 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA 94010 |
| 9 | Telephone: (650) 697-6000 |
| | Facsimile: (650) 692-3606 |
| 10 | |
| 11 | ATTORNEYS FOR PLAINTIFF, |
| | PATRICIA TAYLOR |

REED SMITH LLP

*[signature]*

Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

ATTORNEYS FOR DEFENDANT,
MERCK & Co.