IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 10 AM 11:45
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL DOCKET NO. 1657<br>SECTION L |
| THIS DOCUMENT RELATES TO: JOHN MUNRO, ET AL. V. MERCK & CO., INC., CASE NO. 2:05-CV-2887, Transferred from the United States District Court, Western District of Arkansas, Hot Springs Division, Case No. 05CV-6036 ) ) ) ) ) ) | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### STIPULATION OF DISMISSAL

Now this 17th day of February, 2006, it is hereby STIPULATED, ORDERED, and ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41, that Plaintiff John Munro in the above-captioned action be and hereby is dismissed without prejudice as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees. As an express condition of this Stipulation of Dismissal, the parties agree that if John Munro or any representative on his behalf seeks to refile this case against Defendant Merck & Co., Inc., such refilling must occur in this MDL No. 1657.

This stipulation is filed on behalf of Plaintiff John Munro and Defendant Merck & Co., Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
The Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted by:

Gary Eubanks & Associates

By: _____
Robert L. Rountree
Arkansas Bar No. 99211
William Gary Holt
Arkansas Bar No. 81090
P.O. Box 3887
Little Rock, Arkansas  72203-3887
Telephone: 501-372-0266
Facsimile: 501-688-7757
Attorneys for Plaintiff John Munro, et al.


FRIDAY, ELDREDGE & CLARK, LLP

By: _____
James M. Simpson
Arkansas Bar No. 77125
Martin A. Kasten
Arkansas Bar No. 99100
400 West Capitol, Suite 2000
Little Rock, Arkansas  72201-3493
Telephone: 501-376-2011
Facsimile: 501-376-2147
Attorneys for Defendant Merck & Co., Inc.


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on liaison counsel, Russ Herman and Phillip Wittmann, by first-class U.S. Mail, postage prepaid, and e-mail or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve Advanced in accordance with Pretrial Order No. 8, on this 10th day of February, 2006.

_____
JAMES M. SIMPSON