MINUTE ENTRY
FALLON, J.
FEBRUARY 13, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|       PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
    ALL CASES

    A status conference in this matter was held on the above referenced date in the Chambers of Judge Eldon E. Fallon. Russ Herman, Lenny Davis, and Chris Seeger (by telephone) participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Rick Stanley, and Phil Beck participated on behalf of the Defendant's Steering Committee ("DSC"). At the conference, the parties discussed several issues relating to the selection of cases for early federal court trial. After considering the issues,

    IT IS ORDERED that the parties shall exchange medical records in the cases selected by them for early trial by February 16, 2006.

    IT IS FURTHER ORDERED that the parties shall each submit to the Court their lists of five cases and their list of two strikes on February 24, 2006.

    IT IS FURTHER ORDERED that Mr. Seeger shall inform the Court and opposing counsel of his client's consent in the *Borowicz* case by February 20, 2006.



\_\_\_ Fee_____
\_\_\_ Process_____
\_X\_ Dktd_____
\_\_\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No \_\_\_\_\_

JS10(00:35)