

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| This Document Relates To: *Margaret Molder et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-02929-EEF-DEK, previously filed as 4:05-cv-00667, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Stephen D. Hoyne of the law firm of Amelung, Wulff & Willenbrock, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Hoyne's motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for Joe's Pharmacy, Inc. in *Margaret Molder et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-02929-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1.      Joe's Pharmacy, Inc. has informed Stephen D. Hoyne that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.      David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3.      Joe's Pharmacy, Inc. has been notified of all deadlines and pending court appearances.

3278861

WHEREFORE, Stephen D. Hoyne of the law firm of Amelung, Wulff & Willenbrock, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Hoyne to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Joe's Pharmacy, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

AMELUNG, WULFF & WILLENBROCK, P.C.

By: _____
Stephen D. Hoyne, MBE #22104 USDC #3437
705 Olive Street, 11th Floor
St. Louis, Missouri 63101
(314) 436-6757 Telephone
(314) 231-7305 Facsimile

Attorney for Defendant Joe's Pharmacy, Inc.

and

3278861

- 2 -

THOMPSON COBURN LLP

By: /s/ Kelly E. Simon
David A. Dick, E.D. Mo. #65275
Kelly E. Simon, E.D. Mo. #508033
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000  Telephone
(314) 552-7000  Facsimile

Attorneys for Defendant Joe's Pharmacy, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 13th day of February, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

/s/ Kelly E. Simon