UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 21  AM 7:44
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No.<br><br>SECTION: L |
| This Document Relates To: *Margaret Molder et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-02929-EEF-DEK, previously filed as 4:05-cv-00667, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

**************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Joe's Pharmacy, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Stephen D. Hoyne of the law firm of Amelung, Wulff & Willenbrock, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Joe's Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Joe's Pharmacy, Inc. in this matter.

Dated:

[signature: Eldon E. Fallon]

3278862

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____