UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO *Wilma Gaston et al.* | * | |
| *v. Merck & Co., Inc.*, No. 2:05-cv-05293-EEF-DEK, | * | |
| previously filed as 3:05-cv-00362, S.D. Ill. | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Carrie A. Von Hoff and the law firm of O'Hagan, Smith & Amundsen, LLC and David A. Dick of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Ms. Von Hoff's motion to withdraw and substituting Mr. Dick as counsel for K-Mart Corporation and K-Mart Stores of Illinois, LLC, misnamed as Kmart Corporation of Illinois, Inc. ("K-Mart") in *Wilma Gaston et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-05293-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. K-Mart has informed Carrie A. Von Hoff that it has obtained other counsel, specifically, David A. Dick of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick is an attorney in good standing and licensed to practice in the United States District Court for the Southern District of Illinois, the jurisdiction where this matter was originally filed.

3. K-Mart has been notified of all deadlines and pending court appearances.

3265211

WHEREFORE, Carrie A. Von Hoff of the law firm of O'Hagan, Smith & Amundsen, LLC and David A. Dick of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Ms. Von Hoff to withdraw from this matter and allowing Mr. Dick to enter an appearance on behalf of Defendant K-Mart Corporation and K-Mart Stores of Illinois, LLC, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

O'HAGAN, SMITH & AMUNDSEN LLC

By: *[signature]*
Carrie A. Von Hoff, #6279982
150 N. Michigan Avenue, Ste. 3300
Chicago, IL  60601
Telephone:  (312)894-3200
Facsimile:  (312)894-3210

*Attorney for Defendant K-Mart Corporation and K-Mart Stores of Illinois, LLC*

and

3265211

- 2 -

THOMPSON COBURN LLP

By: _____
David A. Dick, #06224792
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

*Attorney for Defendant K-Mart Corporation and K-Mart Stores of Illinois, LLC*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 13th day of February, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*