UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 21  AM 7:44
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO *Wilma Gaston et al v. Merck & Co., Inc.*, No. 2:05-cv-05293-EEF-DEK, previously filed as 3:05-cv-00362, S.D. Ill. | Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant K-Mart Corporation and K-Mart Stores of Illinois, LLC, misnamed as Kmart Corporation of Illinois, Inc. ("K-Mart"), in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Carrie A. Von Hoff and the law firm of O'Hagan, Smith & Amundsen, LLC be permitted to withdraw, and hereby is withdrawn, as counsel for K-Mart in this matter.

It is further ORDERED that David A. Dick of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for K-Mart in this matter.

Dated:

[signature]

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____

3265214