UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 21  AM 7:44
LORETTA G. WHYTE
CLERK

In Re: VIOXX®                                MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                Section L

This Document Relates To: Annie              Judge Fallon
Bradford, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02328)           Mag. Judge Knowles

_____/

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, MILDRED MORAGNE'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Mildred Moragne, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

2/17/06
Date

Judge Eldon E. Fallon
United States District Court Judge

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____