UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Christine Rodriguez v. Merck & Co., Inc. (E.D. La. Index No. 2:06-CV-0464) | Judge Fallon |
| | Mag. Judge Knowles |

## PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF APPEARANCE

Plaintiff, CHRISTINE RODRIGUEZ files this Motion to Substitute Counsel of Record and Notice of Appearance, and in support thereof shows:

### FACTUAL AND PROCEDURAL HISTORY

1. Plaintiff's Original Petition was filed on October 28, 2005, in Bexar County, Texas by Alex Wyatt Wright of WAYNE WRIGHT, L.L.P.

2. Defendant Merck & Co. removed the case to the Western District of Texas – San Antonio Division, on December 8, 2005.

3. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on February 6, 2006.

### RELIEF REQUESTED

4. Plaintiff wants to be represented as counsel of record in this matter by following counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER

1

FIRM, LLP. Present counsel, Alex Wyatt Wright, of WAYNE WRIGHT, L.L.P., consents to the substitution of counsel.

    5.    Plaintiff respectfully asks this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOTT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as counsel of record for Plaintiff in this matter.

    6.    Drew Ranier of RANIER, GAYLE & ELLIOTT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on behalf of Plaintiff CHRISTINE RODRIGUEZ.

    7.    This request is not intended to cause delay or prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiff CHRISTINE RODRIGUEZ, respectfully requests that her Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated: February 14, 2006.

                                    Respectfully submitted,

| | |
|---|---|
| WALTER UMPHREY<br>Texas State Bar No. 20380000<br>PROVOST UMPHREY LAW FIRM, L.L.P.<br>490 Park<br>Beaumont, Texas 77701<br>Phone: 409-835-6000<br>Fax: 409-838-8888 | JOHN EDDIE WILLIAMS, JR.<br>Texas State Bar No. 21600300<br>WILLIAMS BAILEY LAW FIRM, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>Phone: 713-230-2200<br>Fax: 713-643-6226 |
| MIKAL WATTS<br>Texas State Bar No. 20981820<br>THE WATTS LAW FIRM, L.L.P.<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>Phone: 361-887-0500<br>Fax: 361-887-0055 | DREW RANIER<br>Louisiana State Bar No. 8320<br>RANIER, GAYLE & ELLIOTT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>Phone: 337-494-7171<br>Fax: 337-494-7218 |
| _/s/ Alex Wyatt Wright_<br>ALEX WYATT WRIGHT<br>WAYNE WRIGHT, L.L.P<br>Interstate 10 West<br>San Antonio, Texas 78201<br>Phone: 210-734-7077<br>Fax: 210-735-3286<br>TX Bar No. 24037741 | _/s/ Grant Kaiser_<br>GRANT KAISER<br>Texas State Bar No. 11078900<br>THE KAISER FIRM, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017-5001<br>Phone: 713-223-0000<br>Fax: 713-223-0440<br>TRIAL ATTORNEY |

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing motion has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on the 14th of February, 2006.

                  /s/ Grant Kaiser
                  Grant Kaiser