UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                              MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                              Section L

This Document Relates To: Christine                        Judge Fallon
Rodriguez v. Merck & Co., Inc.
(E.D. La. Index No. 2:06-CV-0464)                          Mag. Judge Knowles

_____/

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be substituted as counsel for Plaintiff in this matter, and that attorney Alex Wyatt Wright of WAYNE WRIGHT, L.L.P. be removed as counsel of record.

IT IS SO ORDERED.

February 17, 2006
Date

Judge Eldon E. Fallon

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____