Mar 25, 2002) at 6.

In this highly-regulated environment, Merck could not have changed the Vioxx label without prior FDA approval, especially given the nature of the VIGOR data. This is true notwithstanding the testimony of plaintiff's expert Dr. Kapit, who provided no explanation of what constitutes a "major," "moderate," or "minor" change for purposes of the CBE procedure he claims Merck could have employed to add the VIGOR data to the Vioxx label without FDA approval. Although Dr. Kapit testified that drug companies can sometimes add warnings without such approval (Feb. 10, 2005 Tr. at 1115:10-15), he did not testify that Merck could have presented the VIGOR CV data in the label without also explaining that VIGOR involved 50 mg doses for chronic use in a rheumatoid arthritis population. But Vioxx was not then approved for rheumatoid arthritis treatment, and was never approved for 50 mg chronic use. Dr. Kapit offered no testimony on how the FDA would have viewed the addition of such information. Only Janet Arrowsmith-Lowe addressed that issue, explaining that the FDA would not permit such labeling changes without its approval:

> Q: You understand if Merck had chosen to simply add or strengthen the cardiovascular warning after the VIGOR study it could have done so under those regulations couldn't it?
>
> A: If you're referring to the VIGOR data now I don't believe that's accurate at all.
>
> Q: Tell me the basis for that?
>
> A: Well if you flip back over to major changes it says changes based on post marketing study results including but not limited to labeling changes associated with new indications in usage. The VIGOR study was an unapproved population. It was an unapproved dose. It was a post marketing study. If you look at the extent of the changes that eventually [w]ent into the label from the VIGOR study, I think saying that you could have made those by CBE is just preposterous in my experience.
>
> Q: But under this particular statute would you agree with me that if they chose to just put a cardiovascular warning in the warnings section or precautions section they could have filed it as a CBE under the definitions laid out by the FDA?

25

A:    No I disagree. I think if you look at major changes this was a post market
study and it was a new indication and it was an unapproved dose. It was a
dose that was never sought for chronic use. So no I don't agree at all. It
was a major change.

(Feb. 16, 2006 *Rough* Tr. at 175:16-176:13.)

Had Merck attempted to make such a major change without FDA approval, Vioxx would

have qualified as "misbranded." 21 U.S.C. § 352(f); *see also* 21 U.S.C. § 331 (a). The FDCA

and its implementing regulations – not Florida law – govern when changes can be made to a

prescription drug's labeling. Accordingly, a "state law cause of action based on a claim of

inadequate warnings, where those warnings are dictated by the FDA, is 'inconsistent' with

federal regulation, and is therefore preempted." *R.F. v. Abbott Labs.*, 162 N.J. 596, 626 (2000).

This conclusion is supported by a recent Final Rule issued by the FDA, in which the

agency sets forth numerous reasons why preemption is particularly appropriate in cases such as

this one. Final Rule, Requirements on Content and Format of Labeling for Human Prescription

Drug and Biological Products, FDA Docket No. 2000N-1269, at 38-46, 169-76 (Jan. 24, 2006).

Following a detailed explanation of all the dangers attendant to individual states' making

determinations about the adequacy of prescription drug warnings – and in particular to states'

requiring manufacturers to include warnings beyond those approved by the FDA – the rule

concludes that "[i]f State authorities, including judges and juries applying State law, were

permitted to reach conclusions about the safety and effectiveness information disseminated with

respect to drugs for which FDA has already made a series of regulatory determinations based on

its considerable institutional expertise and comprehensive statutory authority, the federal system

for regulation of drugs would be disrupted." *Id.* at 175.

There can be no doubt that a major unilateral label change of the type contemplated by

plaintiff would have been contrary to federal law. Plaintiff's failure to warn claim is thus

26

preempted and should be adjudicated in Merck's favor as a matter of law.

## V.    PLAINTIFF'S CLAIM FOR "FAILURE TO TEST" FAILS AS A MATTER OF LAW.

Finally, Merck is entitled to judgment as a matter of law on plaintiff's "failure to test" claim.  In connection with her negligence cause of action, plaintiff alleges that Merck breached its duty to exercise due care by: (i) "failing to properly test Vioxx"; (ii) "failing to properly and thoroughly analyze the data" regarding Vioxx; (iii) "failing to conduct sufficient post-market testing and surveillance of Vioxx"; (iv) "designing, manufacturing, marketing, advertising, distributing, and selling Vioxx to consumers . . . without an adequate warning"; (v) "failing to exercise due care when advertising and promoting Vioxx"; and (vi) "negligently continuing to . . . distribute Vioxx" after Merck knew or should have known of its alleged risks.  (Compl. at 108.)  Under Florida law, the "duty to test . . . is a subpart of a manufacturer's duty to design a product with reasonable care, and thus is subsumed in the plaintiff's claims for defective design and failure to warn." *Adams*, 576 So. 2d at 730-31.  Any claim based on a negligent failure to test – whether grounded in an alleged failure to conduct tests, conduct a sufficient number of tests, or properly analyze data – is thus invalid as a matter of law.

## VI.    CONCLUSION.

For the reasons stated above, Merck respectfully request that the Court enter judgment in Merck's favor as a matter of law.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130

P   hone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

And

Richard B. Goetz
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Memorandum In Support of Motion of Merck & Co., Inc. for Judgment as a Matter of Law has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 17th day of February, 2006.

**Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts**

[341:15] - [343:6]   2/7/2006         Day 2 - Baumgartner, Carroll, Weiner, Ray

page 341

15   Q.   WITH REGARDS TO THE SECOND OPINION HERE, YOU SAY "GI
16   BENEFITS OUTWEIGHED BY CARDIOVASCULAR RISKS"; IS THAT CORRECT?
17   A.   YES.
18   Q.   IS THAT ANOTHER WAY OF SAYING THAT THE RISKS OUTWEIGH THE
19   BENEFITS, DOCTOR?
20   A.   THAT'S IT EXACTLY.
21   Q.   AND, IF YOU WOULD, DESCRIBE FOR US HOW YOU COME TO THAT
22   OPINION.
23   A.   AND MAY I GRAPH THAT OUT ON THE BOARD?
24   Q.   YES.
25   A.   THANK YOU.  SO ONE OF THE STRENGTHS OF THE VIGOR TRIAL IS

page 342

1   THAT WE COULD DIRECTLY COMPARE THE SAFETY OF VIOXX WITH REGARD
2   TO, YOU KNOW, STOMACH PROBLEMS AND HEART ATTACKS, AND SO WHAT
3   I'VE DONE IS CALCULATED THE RATE OF SERIOUS STOMACH PROBLEMS OF
4   THE TYPE CAUSED BY DRUGS LIKE ALEVE AND THE RATE OF
5   CARDIOVASCULAR DISEASE, AND SO WE CAN JUST COMPARE THE TWO AND
6   SEE IF THE RISKS ARE OUTWEIGHED -- THE RISKS ARE GREATER THAN
7   THE BENEFITS.
8        SO IF WE DO AT THAT -- AND I'M GOING TO USE THE
9   STANDARD MEASURES.  SO IF YOU TAKE A THOUSAND PATIENTS AND YOU
10   GIVE THEM THE DRUG FOR A WEEK, HOW MANY SERIOUS STOMACH
11   PROBLEMS WILL YOU OBSERVE AND HOW MANY SERIOUS CASES OF
12   CARDIOVASCULAR DISEASE WILL YOU OBSERVE?  AND THE VIGOR TRIAL
13   DATA SHOW THAT THERE ARE 7.8 SERIOUS ULCERS PREVENTED.  SO THIS
14   IS THE BENEFIT OF GIVING SOMEBODY VIOXX, IS THAT THOSE THOUSAND
15   PEOPLE TAKING VIOXX HAVE 7.8 FEWER SERIOUS STOMACH PROBLEMS
16   THAN THE PEOPLE WHO TOOK NAPROXEN.  SO THAT'S GOOD.  THAT'S A
17   BENEFIT, NO DOUBT ABOUT IT.
18        BUT THEN WE LOOK -- LET'S LOOK AT THE RISKS, WHICH
19   ARE THE HEART ATTACKS AND STROKES, THE CARDIOVASCULAR DISEASE.
20   UNFORTUNATELY, FOR THOSE SAME THOUSAND PEOPLE, THERE WOULD BE
21   9.4 CASES OF SERIOUS CARDIOVASCULAR DISEASE CAUSED.  SO THE
22   RISKS, THE 9.4 IS GREATER THAN THE BENEFIT, THE 7.8.
23        AND EVEN THE FDA REVIEWER WHO LOOKED AT THESE DATA
24   SAID, FROM THE PATIENT'S PERSPECTIVE, THAT NAPROXEN LOOKS LIKE
25   THE BETTER DRUG BECAUSE THE RISKS OF VIOXX ARE GREATER THAN THE

page 343

1   BENEFITS.  AND THAT'S IT IN A NUTSHELL.
2   Q.   AND, DOCTOR, YOUR OPINION THAT THE RISKS OF CARDIOVASCULAR
3   EVENTS OUTWEIGHS THE BENEFIT OF ULCERS PREVENTED, IS THAT AN
4   OPINION THAT YOU HOLD TO A REASONABLE DEGREE OF SCIENTIFIC
5   CERTAINTY?
6   A.   YES, IT IS.

[357:14] - [358:1]   2/7/2006         Day 2 - Baumgartner, Carroll, Weiner, Ray

page 357

14        AND THE THIRD BASIS OF MY OPINION IS THAT THERE IS A
15   SISTER DRUG OF VIOXX, A DRUG CALLED BEXTRA, THAT'S VERY SIMILAR
16   TO IT, THAT WORKS BY THE SAME PHARMACOLOGIC MECHANISMS.  THIS
17   DRUG WAS USED IN A 10- STUDY, AND IT INCREASES RISK OF HEART
18   ATTACKS IN TEN DAYS.  SO ALL THREE OF THOSE TAKEN TOGETHER
19   INDICATE THAT VIOXX INCREASES RISK IN 1 TO 30 DAYS.
20   Q.   AND YOU SAID -- YOU MENTIONED BEXTRA.  WHAT IS BEXTRA?
21   A.   BEXTRA IS A DRUG CALLED VALDECOXIB, AND IT'S -- JUST AS
22   VIOXX IS ROFECOXIB.  I CAN TELL YOU IT'S LIKE A SISTER DRUG TO
23   VIOXX.  IT WORKS THROUGH THE SAME PHARMACOLOGIC MECHANISMS.
24   IT'S USED FOR RELEASING PAIN OF MUSCLES AND JOINTS.  IT'S
25   THOUGHT NOT TO CAUSE AS MANY ULCERS AS THE TRADITIONAL DRUGS

page 358

1   LIKE ALEVE AND ADVIL.

[365:15] - [365:20]   2/7/2006         Day 2 - Baumgartner, Carroll, Weiner, Ray

page 365

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
15      Q.    DOCTOR, YOU MENTIONED BEXTRA EARLIER.  CAN WE LOOK AT --
16      IS IT APPROPRIATE TO LOOK AT OTHER DRUGS IN THE CLASS AND GLEAN
17      INFORMATION FROM STUDIES PERTAINING TO THOSE DRUGS?
18      A.    ABSOLUTELY.  WE DO IT ALL THE TIME.
19      Q.    AND HAVE YOU DONE THAT IN THIS CASE?
20      A.    YES, I HAVE.
```

[376:3] - [378:6]      2/7/2006      Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 376
3       Q.    DR. RAY, WOULD YOU DESCRIBE FOR US HOW YOU CALCULATE THE
4       PROPORTIONAL RISK.
5       A.    YES.
6       Q.    DO YOU NEED TO USE THE BOARD?
7       A.    MAY I USE THE BOARD?
8       Q.    YES.
9       A.    SO THE QUESTION THAT WE HAVE IS PHARMACOEPIDEMIOLOGISTS,
10      IF YOU HAVE A THOUSAND PATIENTS WHO WERE TAKING VIOXX AND HAD A
11      HEART ATTACK, WHAT -- HOW MANY OF THOSE THOUSAND PATIENTS WOULD
12      HAVE HAD THEIR HEART ATTACK CAUSED BY THE VIOXX?  AND THERE IS
13      A WAY CALLED "THE ATTRIBUTABLE RISK," OR "THE ATTRIBUTABLE RISK
14      PROPORTION," THAT WE CALCULATE THAT.  AND IT'S ACTUALLY NOT
15      THAT COMPLICATED.
16            SO WE CAN DO THE RATE OF HEART ATTACKS PER 1,000 PER
17      YEAR.  AND THAT'S WHAT I'VE BEEN SHOWING ON ALL OF THE REST OF
18      THE GRAPHS IS HOW MANY HEART ATTACKS A THOUSAND PEOPLE WOULD
19      HAVE IF YOU FOLLOWEDa THEM UP FOR A YEAR.  AND WE CAN TAKE A
20      POPULATION OF PATIENTS WHERE, IN THE ABSENCE OF VIOXX, THAT
21      RATE IS 4.  SO THAT'S WHAT THE PATIENTS' RISKS WOULD HAVE BEEN
22      IF THEY HADN'T TAKEN VIOXX.  OKAY?
23            AND THEN WE SAY, WELL, WHAT HAPPENS IF YOU ADD THE
24      VIOXX?  WELL, THAT'S ACTUALLY PRETTY EASY TO CALCULATE.  WE CAN
25      SAY WE KNOW THE RELATIVE RISK IS 2.16 FROM THE ANALYSIS THAT I
page 377
1       DID.  SO VIOXX INCREASES YOUR RISK OF HEART ATTACK 2.16-FOLD.
2       BASELINE RISK IS 4.
3       Q.    DR. RAY, LET ME JUST MAKE SURE THAT WE'RE CLEAR.  THE
4       2.16, THAT'S THE RELATIVE RISK THAT YOU CALCULATED BASED ON THE
5       TOTALITY OF THE DATA?
6       A.    YES, ON THE TOTALITY OF THE DATA.
7       Q.    OKAY.
8       A.    ON ALL OF THE ANALYSES THAT I SHOWED YOU.
9       Q.    RIGHT.  OKAY.
10      A.    AND SO WE'LL MULTIPLY THAT 2.16 RISK THAT THE VIOXX GIVES
11      YOU TIMES YOUR 4-PER-1,000 BASELINE RISK, AND THAT GETS US
12      8.64.
13            WE CAN DRAW IT.  WELL, WE CAN BREAK THAT 8.64 DOWN IN
14      A PATIENT TAKING VIOXX TO THE RISK OF 4 THAT THEY HAD AS THEIR
15      BASELINE AND THEN THE EXTRA RISK FROM VIOXX.  SO THEN WE CAN
16      CALCULATE THE PROPORTION OF PATIENTS THAT WOULD HAVE HAD THEIR
17      HEART ATTACKS CAUSED BY VIOXX, OR WHAT PEOPLE CALL THE
18      ATTRIBUTABLE PROPORTION OR THE ATTRIBUTABLE RISK, AND THAT'S
19      EQUAL TO 4.64 DIVIDED BY 8.64.  SO 8.64 IS YOUR TOTAL RISK,
20      4.64 IS THE RISK THAT YOU GET ADDED ON TO YOUR BASELINE BECAUSE
21      YOU TAKE VIOXX.  SO THEN WE DIVIDE 4.64 BY 8.64, AND WE GET
22      54 PERCENT.
23            SO THEREFORE, OF OUR GROUP OF A THOUSAND PATIENTS,
24      540 WOULD HAVE THEIR HEART ATTACKS CAUSED BY VIOXX AND 460
25      WOULD HAVE IT DUE TO THE BACKGROUND FACTORS.
page 378
1       Q.    ALL RIGHT.  DR. RAY, HOW DO YOU EXTRAPOLATE THAT
2       54 PERCENT AND APPLY THAT TO AN INDIVIDUAL IN THIS POPULATION
3       OF VIOXX USERS?
4       A.    I THINK YOU SAY THAT, FOR ANY INDIVIDUAL PATIENT THAT HAS
5       A HEART ATTACK, WHO WAS TAKING VIOXX, THE LIKELIHOOD IS
6       54 PERCENT THAT THE HEART ATTACK WAS DUE TO THE VIOXX.
```

[380:6] - [380:22]      2/7/2006      Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 380
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
6    Q.    PROFESSOR, I WOULD LIKE TO ASK YOU A SOMEWHAT MORE PRECISE
7    QUESTION THAN THE ONE THAT MR. BIRCHFIELD ENDED WITH, AND SO IF
8    YOU WOULD LISTEN CAREFULLY TO THIS, LOOKING AT EVERY SINGLE
9    ARTICLE AND STUDY THAT YOU DISCLOSED IN YOUR REPORT, IS THERE A
10   SINGLE ONE THAT SHOWS A STATISTICALLY SIGNIFICANT DIFFERENCE IN
11   HEART ATTACK RISKS BETWEEN 25-MILLIGRAM VIOXX AND A PLACEBO
12   WHEN USED FOR LESS THAN ONE MONTH?
13   A.    COULD YOU REPEAT THAT AGAIN, PLEASE.
14   Q.    YES.  LOOKING AT EVERY ARTICLE THAT YOU DISCLOSED IN YOUR
15   REPORT, IS THERE A SINGLE ONE THAT SHOWS A STATISTICALLY
16   SIGNIFICANT DIFFERENCE IN HEART ATTACK RISKS BETWEEN 25
17   MILLIGRAM VIOXX AND PLACEBO WHEN USED FOR LESS THAN ONE MONTH?
18   A.    THERE IS A POSSIBILITY THAT THE ALZHEIMER STUDIES DO, I
19   HAVEN'T CONDUCTED THAT ANALYSIS.
20   Q.    SO AS FAR AS YOU KNOW, THE ANSWER IS NO?
21   A.    WITH THAT EXCEPTION, THERE ARE NO STUDIES THAT HAVE TESTED
22   THE 1- TO 30-DAY, 25-MILLIGRAM ONLY, VERSUS PLACEBO.
```

[396:5] - [396:15]    2/7/2006        Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 396
5    Q.    NOW, AS A STATISTICIAN -- EXCUSE ME.  I DID NOT MEAN TO
6    SAY THAT.  AS A PHARMACOEPIDEMIOLOGIST, YOU DEAL WITH THESE
7    GROUPS OF PEOPLE.  YOU CAN SAY MORE LIKELY THAN NOT, LESS
8    LIKELY THAN NOT, BUT YOU CAN'T SAY, "WELL, THE THIRD YELLOW DOT
9    OVER FROM THE RIGHT, THERE WAS SOMETHING ABOUT HIM THAT MADE
10   HIM MORE LIKELY WHERE IT WAS BECAUSE OF THE MEDICINE RATHER
11   THAN NOT BECAUSE OF THE MEDICINE," RIGHT?
12   A.    THAT'S CORRECT.
13   Q.    IF ANYBODY IN THE WORLD CAN DO IT, IT'S NOT YOU, RIGHT?
14   A.    YEAH.  WELL, WHAT WE CAN TALK ABOUT IS THE PROPORTION OF A
15   GROUP, BUT NOT THE INDIVIDUAL.
```

[410:15] - [411:11]    2/7/2006        Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 410
15   Q.    UNDER THE EPIDEMIOLOGICAL STUDY THAT YOU PERFORMED AFTER
16   VIGOR CAME OUT, WHAT YOU FOUND WAS -- WHETHER YOU'RE LOOKING AT
17   CURRENT USERS OF 25 MILLIGRAMS OR LESS OF VIOXX OR NEW USERS OF
18   25 MILLIGRAMS OR LESS OF VIOXX -- BOTH GROUPS WERE BASICALLY
19   INDISTINGUISHABLE FROM PEOPLE WHO WEREN'T USING ANY MEDICINE AT
20   ALL; ISN'T THAT TRUE?
21   A.    THE RELATIVE RISKS WERE 1.03 AND 1.02 AND THEY WEREN'T
22   STATISTICALLY SIGNIFICANT, ABSOLUTELY CORRECT.
23   Q.    SO FOR YOUR OWN STUDY, FOR THE PEOPLE WHO USED 25
24   MILLIGRAMS OR LESS OF VIOXX, IF SOMEBODY USING 25 MILLIGRAMS OR
25   LESS OF VIOXX HAD A HEART ATTACK, THE CHANCE THAT THAT HEART
page 411
1    ATTACK WAS DUE TO VIOXX WAS BASICALLY ZERO, RIGHT?
2    A.    CLOSE TO IT, YES.
3    Q.    BECAUSE ACCORDING TO THE ANALYSIS THAT YOU DID, PEOPLE
4    USING 25 MILLIGRAMS OF VIOXX OR LESS HAD NO INCREASED RISK OF
5    HEART ATTACK; ISN'T THAT RIGHT?
6    A.    THE RELATIVE RISK WAS 1.03 OR 1.02, SO A VERY SMALL
7    INCREASED RISK.
8    Q.    FROM A STATISTICAL POINT OF VIEW, THERE IS NO DIFFERENCE
9    AT ALL, RIGHT?
10   A.    THERE IS CERTAINLY NO SIGNIFICANT DIFFERENCE, THAT'S
11   CORRECT.
```

[411:17] - [412:19]    2/7/2006        Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 411
17   Q.    LET ME JUST GET YOUR EXPLANATION OF THE STUDY HERE.  HERE
18   WE GO.  THIS IS ONE OF THE PARAGRAPHS IN YOUR STUDY WHERE YOU
19   DESCRIBE THE SIGNIFICANCE OF THE STATISTICAL ANALYSIS, CORRECT?
20   A.    THAT'S A SUMMARY OF THE FINDINGS, YES.
21   Q.    SO A SUMMARY OF YOUR FINDINGS.  IN THE SUMMARY OF YOUR
22   FINDINGS, WHAT YOU SAY IS, "OUR RESULTS INDICATE THAT HIGH-DOSE
23   ROFECOXIB" -- AND THAT MEANS 50 MILLIGRAMS, RIGHT?
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
24      A.   GREATER THAN 25 MILLIGRAMS.
25      Q.   GREATER THAN 25 MILLIGRAMS.  "COULD BE ASSOCIATED WITH A
page 412
1       RAISED RISK OF SERIOUS CHD."  THAT'S CORONARY --
2       A.   -- HEART DISEASE.
3       Q.   CORONARY HEART DISEASE.  "WHEREAS ROFECOXIB 25 MILLIGRAMS
4       OR LESS, AS WELL AS THESE OTHER THINGS, ARE NOT," RIGHT?
5       A.   THAT'S CORRECT.
6       Q.   AND WHEN YOU SAY THAT ROFECOXIB AT 25 MILLIGRAMS OR LESS
7       ARE NOT, WHAT THAT MEANS IS THAT THEY ARE NOT ASSOCIATED WITH A
8       RAISED RISK OF SERIOUS CORONARY HEART DISEASE, RIGHT?
9       A.   THAT'S CORRECT.
10      Q.   IN THIS ARTICLE, DID YOU RECOMMEND THAT THE USE OF 50
11      MILLIGRAMS OF VIOXX SHOULD BE AVOIDED, A HIGH DOSE?
12      A.   YES, WE DID.
13      Q.   BUT YOU DID NOT RECOMMEND THAT USE OF 25 MILLIGRAMS OF
14      VIOXX SHOULD BE AVOIDED, DID YOU, SIR?
15      A.   NO, WE DIDN'T.
16      Q.   THERE WAS NO REASON FOR YOU TO RECOMMEND THAT BECAUSE YOUR
17      STUDY SHOWED THAT THERE WAS NO INCREASE IN RISK, CORRECT?
18      A.    FOR THE LESS THAN OR EQUAL TO 25 MILLIGRAMS, THAT'S
19      CORRECT.
```

[412:20] - [415:5]      2/7/2006           Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 412
20      Q.   NOW, AFTER YOU WROTE THIS ARTICLE -- WELL, MAYBE IT WAS
21      EVEN BEFOREHAND.  IN 2000, DID YOU ALSO GIVE SOME SPEECHES TO
22      SCIENTIFIC AND MEDICAL GROUPS ABOUT THE QUESTION OF WHETHER
23      VIOXX INCREASED THE RISKS OF CARDIOVASCULAR DISEASE?
24      A.   YES.
25      Q.   DID YOU GIVE THOSE SPEECHES BEFORE YOU PUBLISHED THE
page 413
1       ARTICLES OR AFTER?
2       A.   THERE'S A COUPLE OF FORUMS.  ONE WOULD HAVE BEEN A SMALL
3       FORUM AND THE OTHER A FAIRLY LARGE ONE.  IN BOTH CASES, I
4       BELIEVE IT WAS BEFORE THE FINDINGS WERE PUBLISHED.
5       Q.   WAS ONE OF THOSE SPEECHES AT THE INTERNATIONAL CONFERENCE
6       ON PHARMACOEPIDEMIOLOGY?
7       A.   YES, IT WAS.
8       Q.   IN THAT TALK THAT YOU GAVE TO YOUR FELLOW
9       PHARMACOEPIDEMIOLOGISTS, DID YOU TALK ABOUT THE 50-MILLIGRAM OR
10      HIGH DOSE OF VIOXX?
11      A.   WELL, THE TALK ESSENTIALLY PRESENTED THE FINDINGS OF THE
12      PAPER THAT YOU PUT UP THERE, SO I SPOKE ABOUT EVERYTHING THAT
13      YOU'VE SHOWN IN THAT TABLE, IN FACT.
14      Q.   JUST FOCUSING ON VIOXX NOW, ONE OF THE THINGS YOU SAID TO
15      YOUR FELLOW PHARMACOEPIDEMIOLOGISTS WAS THAT THE LONG-TERM USE,
16      AT LEAST, OF 50 MILLIGRAMS OF VIOXX SHOULD BE AVOIDED, RIGHT?
17      A.   YES.
18      Q.   AT THE SAME TIME YOU TOLD THE AUDIENCE, YOUR FELLOW
19      PHARMACOEPIDEMIOLOGISTS, THAT BASED ON YOUR ANALYSIS THERE WAS
20      NO INCREASED RISK WITH THE 25-MILLIGRAM DOSE; ISN'T THAT RIGHT,
21      SIR?
22      A.   WITH THE LESS THAN OR EQUAL TO THE 25-MILLIGRAM DOSE, AND
23      THAT'S WHAT OUR DATA SHOWED.
24      Q.   THE DATA SHOWED AND YOU SAID THAT THERE WAS NO INCREASED
25      RISK WITH THE LESS THAN OR EQUAL TO 25-MILLIGRAM DOSE, RIGHT?
page 414
1       A.   THAT'S CORRECT.
2       Q.   DID YOU ALSO SPEAK AT SOMETHING CALLED THE CENTER ON
3       EDUCATION AND RESEARCH ON THERAPEUTICS?
4       A.   YES, I DID.
5       Q.   IS THAT THING CALLED CERT FOR SHORT?
6       A.   YES, IT IS.
7       Q.   WHAT SORT OF PEOPLE COME TO THE CERT MEETING?
8       A.   WELL, THERE'S THREE GROUPS.  THERE ARE THE INVESTIGATORS,
9       WHO ARE PERSONS LIKE MYSELF.  I'M THE PRINCIPAL INVESTIGATOR OF
10      THE RESEARCH PROJECT AT VANDERBILT.  THERE ARE MEMBERS OF THE
11      FEDERAL GOVERNMENT INCLUDING THE FDA, AGENCY FOR HEALTHCARE
12      RESEARCH AND QUALITY (AHRQ) OR NIH, AND THEN THERE IS A PUBLIC
```

### Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
13      STEERING COMMITTEE THAT INCLUDES PHARMACEUTICAL INDUSTRY PUBLIC
14      REPRESENTATIVES.
15      Q.   WAS THIS CONFERENCE THAT YOU SPOKE AT ALSO DURING THE YEAR
16      2000?
17      A.   YES.   IT WAS A STEERING COMMITTEE MEETING, SO CONFERENCE
18      FOR A MEETING THAT HAS 20 TO 30 PEOPLE MIGHT BE A BIT MUCH.
19      Q.   WELL, THERE WERE 20 OR 30 PEOPLE WHO WERE EITHER
20      INVESTIGATORS OR WORKING FOR THE FEDERAL GOVERNMENT OR WERE ON
21      THE PUBLIC STEERING COMMITTEE, CORRECT?
22      A.   YES, THAT'S CORRECT.
23      Q.   AT THIS GROUP DID YOU ONCE AGAIN EXPLAIN YOUR VIEW THAT 50
24      MILLIGRAMS SHOULD BE USED CAUTIOUSLY BECAUSE OF THE RISK THAT
25      YOU SAW WITH INCREASED CARDIOVASCULAR PROBLEMS?
page 415
1       A.   YES, I DID.
2       Q.   DID YOU ALSO TELL THIS GROUP THAT THERE WAS NO INCREASED
3       RISK WITH 25 MILLIGRAMS OR LESS?
4       A.   I TOLD THEM THAT'S WHAT THE FINDINGS WERE OF OUR STUDY.
5       I'M ALWAYS CAREFUL NOT TO GO BEYOND THE RESULTS OF OUR STUDY.
```

[423:3] - [423:20]      2/7/2006          Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 423
3       Q.   SO, THEN, GETTING BACK TO MY QUESTION:  IF MR. BIRCHFIELD
4       HAD ASKED YOU NOT ABOUT RISK-BENEFIT OF VIOXX GENERALLY, WHICH
5       ENDS UP BEING ALL DATA ON 50 MILLIGRAMS, BUT INSTEAD ASKED YOU
6       ABOUT RISK-BENEFIT OF 25 MILLIGRAMS, YOU WOULD HAVE TO SAY,
7       "WELL, MR. BIRCHFIELD, THE PROBLEM IS I DON'T HAVE THE BENEFIT
8       SIDE OF THAT'S EQUATION AND I CAN'T DO THE COMPARISON," RIGHT?
9       A.   YOU KNOW, IF YOU WOULD ASK ME WHAT I WOULD REALLY TELL
10      HIM, WHAT I WOULD SAY IS THIS.  I WOULD SAY, "THE VIGOR TRIAL
11      HAS SHOWED AT 50 MILLIGRAMS THAT THE CARDIOVASCULAR RISKS
12      OUTWEIGH THE GI BENEFITS.  WE DON'T REALLY HAVE DATA COMPARING
13      HEAD TO HEAD CARDIOVASCULAR AND GI FOR 25 MILLIGRAMS, BUT WE
14      NEED TO BE CAUTIOUS."  IT'S PROBABLY GOING TO BE TRUE THAT THE
15      GI BENEFITS WILL BE THERE.  I HAVE NO REASON TO THINK THEY'RE
16      NOT.  BUT IT'S QUITE POSSIBLE THAT THE CARDIOVASCULAR RISKS
17      WILL ALSO BE THERE.  SO IN A SENSE THE QUESTION IS SETTLED FOR
18      50 MILLIGRAMS, DON'T TAKE IT, AND IT'S STILL PENDING FOR 25
19      MILLIGRAMS.  YOU MIGHT GET MORE GI BENEFIT, YOU MIGHT NOT, BUT
20      THERE IS REAL REASON TO WORRY.
```

[435:13] - [436:14]      2/7/2006          Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 435
13      Q.   SO IN JANUARY, NOW, WHEN YOU COME UP WITH 2.16, WHERE YOU
14      SAY THAT TURNS INTO A 54 PERCENT CHANCE THAT IT'S DUE TO VIOXX,
15      THAT'S MELDING ALL THE 25 AND 50-MILLIGRAM DATA TOGETHER,
16      RIGHT?
17      A.   YES.   IT'S ALSO PUTTING TOGETHER THE ALZHEIMER'S DATA, THE
18      APPROVE DATA, THE VIGOR DATA, THE TOTALITY OF THE DATA TO THE
19      BEST OF MY ABILITY.
20      Q.   ALL DOSES, RIGHT?
21      A.   YES.
22      Q.   YOU DON'T BREAK IT OUT THE WAY YOU USED TO, 25 VERSUS 50,
23      RIGHT?
24      A.   THE PREVIOUS REPORT SHOWED ONLY TWO STUDIES, SO IT DID NOT
25      ASSESS THE REST OF THE OSTEOARTHRITIS STUDIES, FOR EXAMPLE.  IT
page 436
1       ONLY LOOKED AT TWO STUDIES, VIGOR AND APPROVE.  THERE ARE SOME
2       WHO WILL ARGUE THAT THAT APPROACH MIGHT BE REASONABLE, BUT IN
3       MY MIND IT DID NOT INCLUDE THE TOTALITY OF THE DATA AND,
4       THEREFORE, MY PRESENT APPROACH IS MORE ACCURATE.
5               MR. BECK:  YOUR HONOR, I GOT A LONG EXPLANATION, BUT
6       I DON'T THINK I GOT --
7               THE COURT:  WELL, ASK THE QUESTION AGAIN, AND DO THE
8       BEST YOU CAN TO ANSWER IT.
9       BY MR. BECK:
10      Q.   THE QUESTION THAT I ASKED YOU, SIR, WAS:  TODAY THE 2.16
11      THAT YOU'RE USING, THAT'S AN AMALGAMATION OF ALL THE DATA ON
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
12      25-MILLIGRAM AS WELL AS 50-MILLIGRAM AND YOU DON'T BREAK IT OUT
13      SEPARATELY THE WAY YOU USED TO, RIGHT?
14      A.   I DON'T BREAK IT OUT SEPARATELY, THAT'S CORRECT.
```

[438:1] - [444:2]    2/7/2006         Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 438
 1      Q.   YOU SAID THAT YOU WANTED TO LOOK AT THE TOTALITY OF THE
 2      DATA FOR VIOXX IN THIS ANALYSIS WITHOUT EXCLUDING ANYTHING,
 3      RIGHT?
 4      A.   YES, THE TOTALITY OF THE CLINICAL TRIAL DATA.
 5      Q.   HAVE YOU EVER HEARD OF PROTOCOL 126?
 6      A.   YES, I HAVE.
 7      Q.   YOU DID NOT INCLUDE PROTOCOL 126 IN THIS CHART, DID YOU?
 8      A.   NO, AND THE REASON FOR THAT IS DESCRIBED IN THE REPORT.
 9      MERCK DIDN'T INCLUDE IT IN THEIR SUBMISSION TO THE FDA, FOR
10      EXAMPLE.
11      Q.   WELL, MERCK WASN'T DOING A POOLED ANALYSIS THAT INCLUDED
12      ALL THE STUFF THAT YOU HAVE ON HERE, WERE THEY?
13      A.   NO.  BUT THE GIST OF THE COMMUNICATION WAS THAT THE DATA
14      WERE TOO UNRELIABLE TO ANALYZE, AND THAT'S ACTUALLY FOOTNOTED
15      IN MY REPORT; THAT I CONSIDERED THE DATA, BUT FOLLOWED THE
16      OPINION OF BOTH MERCK AND THE FDA.  THIS WAS A VERY SMALL STUDY
17      THAT WAS TERMINATED ALMOST AS SOON AS IT STARTED.  BOTH MERCK
18      AND THE FDA SEEMED TO AGREE THAT THE DATA WERE UNRELIABLE AND
19      SO, AS FOOTNOTED IN MY REPORT, I DID NOT INCLUDE IT.
20      Q.   WELL, WHAT DID THE DATA SHOW THAT WAS AVAILABLE?
21      A.   I'VE NEVER BEEN ABLE TO FIND IT, SO I DON'T KNOW.
22      Q.   DID YOU EVER ASK THE PLAINTIFF'S LAWYERS TO GIVE YOU THE
23      DATA?
24      A.   YES, I DID.
25      Q.   THEY WERE NEVER ABLE TO DO THAT?
page 439
 1      A.   NO.
 2      Q.   I THINK YOUR FOOTNOTE IN YOUR REPORT SAYS THAT THE REASON
 3      THAT YOU DID NOT INCLUDE IT WAS BECAUSE IT WAS STOPPED EARLY
 4      BECAUSE EARLIER TRIALS INDICATED NO EFFICACY FOR VIOXX -- IN
 5      TERMS OF WHAT THEY ARE LOOKING AT HERE -- AND, THUS, THERE'S
 6      CONCERN THAT THE DATA ON THE CARDIAC OUTCOMES ARE UNRELIABLE.
 7      IS THAT WHAT YOU SAID IN YOUR REPORT?
 8      A.   I BELIEVE SO, YES.
 9      Q.   YOU DID INCLUDE OTHER STUDIES THAT WERE STOPPED EARLY,
10      DIDN'T YOU?
11      A.   ABSOLUTELY.
12      Q.   THE VICTOR STUDY, FOR EXAMPLE, IT WAS ALSO STOPPED EARLY,
13      BUT YOU INCLUDED THAT ANYWAY, DIDN'T YOU?
14      A.   YES, AND THE DATA WERE CONSIDERED RELIABLE.  IT HAD GONE
15      ON FOR SOME TIME BEFORE IT WAS STOPPED.  APPROVE WAS STOPPED
16      EARLY, PUBLISHED IN THE NEW ENGLAND JOURNAL.  THE POINT IS NOT
17      THAT IT WAS STOPPED EARLY.  IT WAS STOPPED VERY EARLY, WHEN
18      THERE WAS A SMALL AMOUNT OF DATA AVAILABLE.  THE OPINION OF
19      BOTH FDA AND MERCK SEEMED TO BE THAT THOSE DATA WERE
20      UNRELIABLE.
21      Q.   HAVE YOU LOOKED AT THE BOGATY (PH.) ARTICLE?
22      A.   I'M NOT FAMILIAR WITH THE NAME AS YOU MENTIONED IT.
23      PERHAPS IF I SAW IT, I WOULD BE.
24      Q.   I MAY BE MISPRONOUNCING IT.  I'M HANDING YOU WHAT I'VE
25      MARKED FOR DEMONSTRATIVE PURPOSES AS DEFENSE EXHIBIT 664.  THIS
page 440
 1      CERTAINLY IS NOT SECRET, CONFIDENTIAL INFORMATION, IS IT?
 2      A.   NO.
 3      Q.   THIS IS PUBLISHED INFORMATION IN A PEER-REVIEW JOURNAL,
 4      CORRECT?
 5      A.   YES.
 6      Q.   DID YOU TAKE INTO ACCOUNT THIS PUBLICATION WHEN YOU SAID
 7      YOU WANTED TO LOOK AT ALL OF THE DATA?
 8      A.   ONLY IF IT WAS INCLUDED IN JÜNI, AND I BELIEVE IT WAS NOT.
 9      THIS WAS A VERY SMALL STUDY AND I DID NOTE THAT, WITH THE
10      EXCEPTION OF VERY SMALL STUDIES, MY ANALYSIS INCLUDED ALL THE
11      DATA.
12      Q.   SO I'M JUST GOING TO WRITE "JÜNI."  WHEN YOU REFER TO
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
13      THAT, THAT'S WHAT YOU USED FOR THE MUSCULOSKELETAL, RIGHT?
14      A.   YES.
15      Q.   SO THIS IS A STUDY AND ARE YOU AWARE, SIR, THAT THIS STUDY
16      SHOWED NO DIFFERENCE AT ALL IN CARDIAC EVENTS BETWEEN VIOXX AND
17      A PLACEBO?
18      A.   I WOULD BE SURPRISED IF THERE WERE ANY IN 35 STABLE
19      SUBJECTS.  THIS IS A STUDY WITH 35 PEOPLE.
20      Q.   IT LASTED FOR SIX MONTHS, RIGHT?
21      A.   THIS ISN'T A TINY STUDY.
22      Q.   IT LASTED FOR SIX MONTHS?
23      A.   YES.
24      Q.   DID YOU KNOW ABOUT THIS STUDY?
25      A.   NO, I DID NOT.
page 441
1       Q.   HAVE YOU HEARD OF A STUDY BY A DOCTOR NAMED DR. TITLE
2       (PH.) ?
3       A.   NOT BY THAT NAME.  PERHAPS IF YOU SHOW IT TO ME I'LL
4       RECOGNIZE IT.
5       Q.   I'M HANDING YOU WHAT WE'VE MARKED AS DEFENDANT'S EXHIBIT
6       660.  THIS, TOO, IS A PUBLISHED STUDY, NOT SECRET DATA,
7       CORRECT?
8       A.   YES.
9       Q.   IT'S AN EIGHT-WEEK STUDY OF PEOPLE WHO TOOK 25 MILLIGRAMS
10      OF VIOXX VERSUS A PLACEBO, RIGHT?
11      A.   AGAIN, THIS IS A TINY STUDY, 30 PATIENTS IN EACH ARM.
12      Q.   IN THIS STUDY COMPARING EIGHT WEEKS, SHORT-TERM USE, 25
13      MILLIGRAMS OF VIOXX VERSUS A PLACEBO, THERE WAS NO DIFFERENCE
14      AT ALL IN THE CARDIOVASCULAR EVENTS, CORRECT?
15      A.   WELL, WE'LL LOOK AND SEE.
16      Q.   LOOK OVER ON THE FOURTH PAGE.  THERE WERE NO
17      CARDIOVASCULAR EVENTS IN EITHER GROUP?
18      A.   YEAH, WITH THE CAVEAT THAT WE WOULD HAVE TO VERIFY THESE
19      DATA.  IF THERE WAS MERCK FUNDING INVOLVED, WE WOULD HAVE TO
20      VERIFY THESE DATA WITH THE FDA.  BUT IT'S A TINY STUDY, SO I
21      WOULD BELIEVE THERE WERE FEW EVENTS IN EITHER ARM.
22      Q.   HOW ABOUT IF THERE WAS A PLAINTIFF'S LAWYERS FUNDING OF
23      THE AUTHORS OF STUDIES, WHAT WOULD YOU DO THEN?
24      A.   WELL, WHEN YOU CAN SHOW ME AN EXAMPLE WHERE STUDIES FUNDED
25      BY PLAINTIFF'S LAWYERS HAVE WITHHELD DATA FROM THE NEW ENGLAND
page 442
1       JOURNAL, THEN MY CONCERN WOULD BE RAISED, BUT MERCK HAS A
2       HISTORY OF WITHHOLDING DATA.
3            MR. BECK:  YOUR HONOR, I MOVE TO STRIKE THAT LAST
4       COMMENT.
5            THE COURT:  LET IT BE STRICKEN.  THE JURY IS TO
6       DISREGARD IT AT THIS POINT.
7       BY MR. BECK:
8       Q.   EXHIBIT 662, IS THIS PUBLIC INFORMATION THAT YOU CHOSE NOT
9       TO INCLUDE IN YOUR ANALYSIS OF ALL OF THE DATA?
10      A.   AGAIN, THESE ARE STUDIES THAT ARE PURE PHARMACOLOGIC
11      STUDIES USED TO INVESTIGATE MECHANISMS, AND THEY ARE CONSIDERED
12      DIFFERENT THAN CLINICAL STUDIES USED TO TEST WHETHER OR NOT A
13      DRUG HAS BENEFITS OR RISKS.  SO THERE'S PROBABLY DOZENS OF
14      THESE VERY SMALL STUDIES THAT LOOK LIKE AT 10, 15, 20 PATIENTS
15      AND LOOK AT MECHANISMS.
16      Q.   DID THIS ONE LOOK AT 34 PATIENTS, THREE MONTHS, VIOXX
17      25 MILLIGRAMS VERSUS PLACEBO?
18      A.   YES.  IF I COULD FINISH, I WAS GOING TO SAY THAT THE JÜNI
19      META-ANALYSIS DID NOT, NOR DID I, LOOK AT ANY OF THESE SMALL
20      MECHANISM STUDIES.
21      Q.   WAS THE RESULT HERE THAT THERE WERE ACTUALLY TWO HEART
22      ATTACKS ON THE PLACEBO AND ONE ON VIOXX?
23      A.   AGAIN, WITH THE PROVISO THAT THE DATA MAY NEED TO BE
24      CHECKED AND I HAVEN'T READ THE ARTICLE, I'M WILLING TO BELIEVE
25      THAT.
page 443
1       Q.   LET ME HAND YOU EXHIBIT 694.
2       A.   IT SAYS HERE THAT THREE PATIENTS HAD EVENTS,
3       REVASCULARIZATION IN THE ROFECOXIB GROUP AND ONE HAD AN MI.  SO
4       WE COULD INCLUDE ALL OF THESE STUDIES, BUT THEY'RE --
5       Q.   BUT YOU DIDN'T, RIGHT?
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
6    A.    THEY ARE SMALL.
7    Q.    EXHIBIT 694, AGAIN, THIS IS A PUBLISHED STUDY THAT ANYBODY
8    WHO DID A LITERATURE SEARCH WOULD FIND, RIGHT, NOT SOME SECRET
9    STUDY.
10   A.    I BELIEVE THIS ONE IS ACTUALLY INCLUDED IN JÜNI'S
11   META-ANALYSIS.
12   Q.    YOU THINK THIS ONE IS?
13   A.    I THINK IT IS, YES.
14   Q.    HOW WOULD YOU FIND THAT OUT?
15   A.    WELL, I COULD REFER TO THE JÜNI ARTICLE.
16   Q.    OKAY.  WHEN WE GET TO JÜNI, WE'LL DO THAT.  JUST STICKING
17   WITH THIS ARTICLE ITSELF, THIS IS A SIX-WEEK STUDY OF VIOXX AT
18   12.5 AND 25 MILLIGRAMS, AS WELL AS CELEBREX AND SOMETHING
19   CALLED ACETAMINOPHEN?
20   A.    THAT'S TYLENOL.
21   Q.    TYLENOL.  THERE WERE OVER 380 PATIENTS, RIGHT?
22   A.    YES.
23   Q.    THERE WERE NO HEART ATTACKS FOUND IN ANY OF THE GROUPS,
24   RIGHT?
25   A.    YES.  IN THE META-ANALYSIS, THOSE STUDIES WOULD ACTUALLY
page 444
1    DROP OUT, SO INCLUDING THEM OR EXCLUDING THEM MAKES NO
2    DIFFERENCE.
```

[448:25] - [449:5]    2/7/2006       Day 2 - Baumgartner, Carroll, Weiner, Ray

```
page 448
25   Q.    HAVE YOU DONE A CALCULATION OF THE RELATIVE RISKS WHERE
page 449
1    YOU SAY, "OKAY.  I'M GOING TO TAKE VIGOR OUT BECAUSE IT'S 50
2    MILLIGRAMS, TWICE THE NORMAL DOSE, AND IT'S COMPARING TO
3    NAPROXEN INSTEAD OF A PLACEBO, TO SEE WHETHER THIS RELATIVE
4    RISK STAYS ABOVE 2.0 OR DROPS BELOW 2.0"?  HAVE YOU DONE THAT?
5    A.    I DID NOT CONSIDER IT APPROPRIATE AND SO I DIDN'T DO IT.
```

[485:5] - [486:7]     2/8/2006       Day 3 - Ray, Scolnick

```
page 485
5    Q.    YESTERDAY YOU ASKED ME IF WE COULD GO OVER THE JOHNSEN
6    STUDY, WHICH WE HAVE DONE, AND REMEMBER I ASKED YOU IF YOU
7    COULD TAKE VIGOR, WHICH HAD 50 MILLIGRAMS -- IF YOU COULD KIND
8    OF BACK VIGOR OUT OF YOUR TABLE 9 AND FIGURE OUT WHAT THE
9    RELATIVE RISK WOULD BE IF YOU TOOK VIGOR OUT, IF SOMEBODY
10   DECIDED THAT VIGOR IS JUST APPLES AND ORANGES.  OVER THE
11   EVENING, DID YOU HAVE A CHANCE TO DO THAT?
12   A.    WELL, I THINK THAT -- OVER THE EVENING, I REALIZED EVEN
13   MORE STRONGLY THAT THAT'S INAPPROPRIATE.  WE DO NOT BACK VIGOR
14   OUT OF THE EFFICACY CALCULATIONS.  SO WHEN MERCK MARKETS THE
15   DRUG TO PATIENTS FOR 25 MILLIGRAMS -- IF YOU COULD KIND VIGOR TO SHOW
16   THAT IT CAUSES FEWER GI PROBLEMS.  THAT'S FINE.  I ACCEPT THAT.
17   THAT'S THE WAY WE PRACTICE MEDICINE.  SIMILARLY, WE DON'T BACK
18   VIGOR OUT OF SAFETY CALCULATIONS.  THAT'S JUST THE WAY IT'S
19   DONE.  THAT'S THE GENERALLY ACCEPTED PRACTICE.
20   Q.    SO IS THE ANSWER THAT, NO, YOU DID NOT DO THAT OVER THE
21   EVENING?
22   A.    I THINK I ANSWERED THE QUESTION.
23   Q.    DID YOU DO IT OR NOT?
24   A.    NO, I DID NOT.
25   Q.    YOU TOLD ME WHAT YOU THOUGHT ABOUT WHETHER IT WOULD BE A
page 486
1    GOOD IDEA OR A BAD IDEA, BUT MY QUESTION IS NOT WHETHER YOU
2    THINK IT'S A GOOD IDEA.  MY QUESTION IS:  IF OTHER PEOPLE THINK
3    IT'S A GOOD IDEA AND WANT TO KNOW THE ANSWER, HAVE YOU DONE THE
4    MATH?
5    A.    THANK YOU FOR CLARIFYING THAT.  MY RESPONSE IS THAT,
6    ACCORDING TO GENERALLY ACCEPTED PRACTICE, IT'S INAPPROPRIATE,
7    SO I DID NOT DO IT.
```

[487:3] - [489:5]     2/8/2006       Day 3 - Ray, Scolnick

**Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts**

page 487
3     Q.   OKAY.  GOOD.  DO YOU STILL HAVE YOUR REPORT UP THERE OR DO
4     YOU NEED ANOTHER COPY?
5     A.   I HAVE IT.  THANK YOU.
6     Q.   WOULD YOU TURN OVER TO PAGE 31.  I'M TALKING ABOUT THE
7     REPORT YOU FILED IN JANUARY.  DO YOU HAVE THAT ONE UP THERE?
8     A.   YES, I DO.
9     Q.   AT THE BOTTOM HERE YOU'RE TALKING ABOUT -- THIS IS THE
10    SECTION ABOUT SHORT-TERM RISKS AND YOU SAY, "IT IS NOW EVIDENT
11    THAT THE SUPPRESSION OF PGI2 SYNTHESIS" -- WHAT'S THAT?
12    A.   "PGI2" IS A SHORTHAND WAY FOR AN ENZYME WE CALL
13    PROSTACYCLIN.  IT'S INVOLVED IN MAINTAINING THE INTEGRITY OF
14    THE BLOOD VESSELS, AMONG OTHER THINGS.
15    Q.   SO IT IS NOW EVIDENT THAT THE SUPPRESSION OF PROSTACYCLIN
16    SYNTHESIS IS A CLASS EFFECT IN THE COXIBS.  DOES THAT MEAN THAT
17    THE COX-2 INHIBITORS ALL HAVE THIS EFFECT?
18    A.   THAT'S THE DATA WE HAVE, YES.
19    Q.   RECENT DATA FROM CLINICAL TRIALS OF CELECOXIB -- IS THAT
20    CELEBREX?
21    A.   YES, IT IS.
22    Q.   HOW DO YOU PRONOUNCE IT?
23    A.   LUMIRACOXIB.
24    Q.   WHO IS THAT?
25    A.   IT'S A DRUG ONLY AVAILABLE IN EUROPE, AND I DON'T KNOW THE
page 488
1     BRAND NAME OF IT.
2     Q.   VALDECOXIB/PARECOXIB, I THINK THAT'S THE ONE YOU TALKED
3     ABOUT YESTERDAY?
4     A.   YES, IT IS.
5     Q.   THAT'S BEXTRA AND SOMETHING LIKE A BREAKDOWN PRODUCT OF
6     BEXTRA?
7     A.   WELL, IT'S THE REVERSE.  PARECOXIB IS WHAT WE CALL A
8     PRO-DRUG, SO YOUR BODY TURNS PARECOXIB INTO BEXTRA.
9     Q.   SO BEXTRA, THEY SAY THEY DEMONSTRATE THAT THERE'S A CLASS
10    EFFECT WITH INCREASED RISK OF CARDIOVASCULAR DISEASE, AND THEN
11    IT'S ON THE NEXT PAGE.  DID YOU PUT THIS LITTLE CHART UP?
12    A.   YES, I DID.
13    Q.   SO I THINK YOUR POINT HERE WAS THAT THIS CHART, FIRST OF
14    ALL, DEALS WITH BEXTRA, RIGHT?
15    A.   YES, IT DOES.
16    Q.   THAT'S VALDECOXIB?
17    A.   YES, VALDECOXIB IN COMBINATION WITH PARECOXIB.
18    Q.   YOUR POINT IS THAT WITH BEXTRA THERE IS SOME STUDY THAT
19    SHOWS THAT IN THE SHORT TERM CARDIOVASCULAR RISK IS INCREASED,
20    RIGHT?
21    A.   YES.  THERE ARE ACTUALLY TWO STUDIES THAT SHOW THAT, THAT
22    CARDIOVASCULAR RISK IS INCREASED OVER A PERIOD OF 10 DAYS.
23    Q.   WITH BEXTRA --
24    A.   YES.
25    Q.   -- A DIFFERENT DRUG FROM VIOXX?
page 489
1     A.   YES.
2     Q.   ELSEWHERE IN YOUR REPORT YOU RECOGNIZE, DON'T YOU, THAT
3     THERE CAN BE DIFFERENT MECHANISMS FOR DIFFERENT COX-2
4     INHIBITORS AT WORK?
5     A.   YES, THERE CAN.

[501:20] - [502:14]     2/8/2006          Day 3 - Ray, Scolnick
page 501
20    Q.   NOW, DID YOU EVER JUST SAY, "OKAY.  SINCE I TESTIFIED
21    UNDER OATH THAT THE MORE ACCURATE NUMBER FOR VIGOR FOR RELATIVE
22    RISK WOULD BE 2.8 RATHER THAN 5.0," DID YOU EVER TAKE TABLE 9
23    AND SAY, "I'M GOING TO TAKE VIGOR OUT OF THE JÜNI ONE, JUST
24    FIGURE OUT THE RELATIVE RISK FROM THE OTHER STUDIES THAT JÜNI
25    HAS, AND I'M GOING TO TREAT VIGOR THE WAY I THINK IS RIGHT AND
page 502
1     GIVE IT 2.8," AND THEN FIND OUT THAT, LO AND BEHOLD, THIS
2     NUMBER WOULD DROP SIGNIFICANTLY BELOW 2.0?  DID YOU EVER DO
3     THAT CALCULATION?
4     A.   IT'S AN EXCELLENT POINT THAT THE JÜNI ANALYSIS FOCUSES ON

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
      5      HEART ATTACKS, AND I DID CONSIDER TRYING TO TAKE ALL OF THE
      6      20-SOMETHING STUDIES THAT JÜNI ANALYZED AND LOOKING AT SERIOUS
      7      CORONARY HEART DISEASE FOR ALL OF THOSE STUDIES.  IN ADVANTAGE,
      8      FOR EXAMPLE -- WHICH IS ANOTHER ONE OF THE STUDIES I PRESENT IN
      9      MY REPORT -- THE NUMBER THAT JÜNI USES IS LOWER BECAUSE OF THE
     10      INCLUSION OF -- THE FOCUS ON HEART ATTACKS ONLY.  I DECIDED
     11      THAT TO REVIEW THOSE 20 STUDIES WOULD BE A WORK OF A COUPLE OF
     12      YEARS AND THAT THE JÜNI ANALYSIS, WHICH FOCUSES ON HEART
     13      ATTACKS, IS PERFECTLY APPROPRIATE FOR MY POOLED ANALYSIS.  I
     14      TELL YOU WHAT I DO, AS WELL, SO IT'S ALL TRANSPARENT.
```

[749:15] - [751:25]     2/8/2006        Day 3 - Ray, Scolnick

```
page 749
     15             I LOOK AT IT IN ITS TOTALITY, AND I AM CONCERNED
     16      THAT HE HAS ENOUGH EXPERIENCE, ENOUGH EDUCATION, OR ENOUGH
     17      HANDS-ON OR KNOWLEDGE OR EVEN WHETHER HE'S BEEN EXPOSED TO
     18      ENOUGH OR EVEN UNDERSTANDS WHAT HE HAS BEEN GIVEN.  I ALSO AM
     19      CONCERNED A BIT ABOUT HIS METHODOLOGY.  ON PAGE 51, HE'S ASKED:
     20             "Q.  RIGHT.  BUT THAT -- SO IF WE TAKE YOUR SENTENCE
     21      SERIOUSLY, YOU WOULD BE OPINING THAT, INDIVIDUALLY, ANYONE
     22      WHO IS TAKING VIOXX, WHO HAD A HEART ATTACK, MORE LIKELY
     23      THAN NOT VIOXX CONTRIBUTED TO THE HEART ATTACK?"
     24             "A.  IF YOU TAKE THEM ONE AT A TIME, THAT WOULD BE
     25      CORRECT."
page 750
      1             AGAIN, ON PAGE 61, LINE 4, HE'S ASKED:
      2             "Q.  SO JUST SO WE UNDERSTAND YOUR METHODOLOGY FOR
      3      GIVING A SPECIFIC CAUSE OPINION, THE METHODOLOGY YOU
      4      APPLIED HERE SUGGESTS THAT, ON AN INDIVIDUAL BASIS, YOU
      5      WOULD SAY ANYONE WHO TEMPORALLY HAD A HEART ATTACK WHILE
      6      ON VIOXX, MORE LIKELY THAN NOT, VIOXX WAS A CONTRIBUTING
      7      CAUSE.  CORRECT?"
      8             "A.  ASSUMING THAT WE'RE TALKING ABOUT INDIVIDUALS
      9      HAVING HEART ATTACKS BASED ON CORONARY ARTERY DISEASE,
     10      YEAH.  IF YOU PULLED AN INDIVIDUAL PATIENT AND PRESENTED
     11      IT TO ME, I THINK THAT WOULD BE THE PROBABILITY, YES."
     12             "Q.  AND THAT'S THE METHOD YOU APPLIED?"
     13             "A.  YES."
     14             THAT METHODOLOGY, IF YOU'RE TAKING THE DRUG AND
     15      YOU HAVE A HEART DISEASE -- HEART PROBLEM, THE DRUG CAUSED IT.
     16      THAT'S A METHODOLOGY THAT I DON'T THINK PASSES THROUGH THE
     17      GATES OF 702.  HE WAS QUESTIONED ON THE METHODOLOGY ON PAGE
     18      109:
     19             "Q.  NOW, EARLIER YOU AGREED THAT IT WOULD BE YOUR
     20      EXPECTATION THAT NOT EVERYONE WHO TEMPORALLY HAD A HEART
     21      ATTACK WHILE ON VIOXX NECESSARILY HAD THEIR HEART ATTACK
     22      CAUSED BY VIOXX.  DO YOU RECALL SAYING THAT?"
     23             "A.  YES."
     24             "Q.  HOW DO YOU DISTINGUISH BETWEEN THOSE PEOPLE WHO
     25      HAD A CARDIAC EVENT THAT YOU BELIEVE WAS CAUSED BY VIOXX
page 751
      1      AND THOSE WHOM DO NOT?"
      2             "A.  AGAIN, IT'S PROBABILITY.  IT'S -- YOU'RE LOOKING
      3      AT STATISTICALLY.  IF THERE IS A MORE OR -- MORE THAN TWO
      4      TIMES INCIDENCE THAT ANY INDIVIDUAL PATIENT WOULD MOST
      5      LIKELY BE IN THE GROUP, THAT IT WAS RELATED TO VIOXX.
      6      IT'S REALLY A STATISTICAL PROBABILITY.  THERE IS NOTHING
      7      IN THE PATHOLOGY THAT YOU CAN POINT TO AND SAY THIS IS A
      8      VIOXX THROMBUS."
      9             "Q.  ALL RIGHT.  LET'S TALK ABOUT THAT LAST ANSWER.
     10      WHEN YOU SAY THERE IS NOTHING IN THE PATHOLOGY THAT YOU
     11      CAN POINT TO AND SAY THIS IS A VIOXX THROMBUS, DOES THAT
     12      MEAN THAT THERE IS NOTHING THAT IDENTIFIES A BLOOD CLOT IN
     13      A CORONARY ARTERY AS BEING CAUSED BY VIOXX SPECIFICALLY ON
     14      A PATHOLOGICAL REVIEW?"
     15             "A.  THAT WOULD BE CORRECT."
     16             THEN QUESTION ON 110:
     17             "Q.  DOES THAT MEAN, SIR, THAT YOU CANNOT DISTINGUISH
     18      IN THE GROUP OF FOLKS WHO HAD HEART ATTACKS WHILE TAKING
     19      VIOXX THOSE WHO HAD HEART ATTACKS FROM VIOXX AND THOSE WHO
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
20        DID NOT?"
21           "A.  YOU CAN DO THEM IN BIG POPULATIONS
22        STATISTICALLY.  BUT IF YOU'RE ASKING ABOUT THIS INDIVIDUAL
23        PATIENT, AGAIN, YOU'RE DEALING WITH PROBABILITIES.  YOU
24        CAN'T POINT TO THE THROMBUS AND SAY THIS IS A VIOXX
25        THROMBUS VERSUS A NON-VIOXX THROMBUS."
```

[839:2] - [839:8]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 839
2     Q.   AND, DOCTOR, CAN YOU TELL US WHETHER OR NOT DICKY IRVIN'S
3     ATHEROSCLEROSIS, HIS ATHEROSCLEROTIC CONDITION ALONE WOULD HAVE
4     LED TO HIS DEATH ON MAY 15, 2001?
5     A.   IF --
6     Q.   WITHOUT ANY CATALYST, WITH JUST HIS ATHEROSCLEROTIC
7     CONDITION, HAVE LED TO HIS DEATH ON MAY 15, 2001?
8     A.   PROBABLY NOT.
```

[840:15] - [840:22]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 840
15    Q.   AND AM I RIGHT THAT HEART DISEASE IN GENERAL, AS A CAUSE
16    OF DEATH, WAS EXTRAORDINARILY COMMON IN THOSE 7,000 AUTOPSIES
17    THAT YOU'VE PERFORMED OR SUPERVISED?
18    A.    AMONG THE NATURAL DEATHS, YES.
19    Q.   SO EXCLUDING THE PEOPLE WHO WERE SHOT TO DEATH OR STABBED,
20    THE PEOPLE WHO DIED NATURAL DEATHS, HEART DISEASE IS AN
21    EXTRAORDINARILY COMMON CAUSE OF DEATH; IS THAT RIGHT?
22    A.   YES, IT IS.
```

[843:22] - [843:25]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 843
22    Q.   IN THE 7,000 AUTOPSIES THAT YOU YOURSELF HAVE DONE OR
23    SUPERVISED, HAVE YOU EVER MADE A CONCLUSION THAT VIOXX OR ANY
24    OTHER COX-2 INHIBITOR CONTRIBUTED TO A PATIENT'S DEATH?
  25      A.   NO.
```

[845:5] - [845:19]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 845
5     Q.   OKAY.  SO "CAUSE OF DEATH:  VENTRICULAR FIBRILLATION DUE
6     TO ARTERIOSCLEROTIC CORONARY HEART DISEASE," AND YOU DESCRIBED
7     WHAT VENTRICULAR FIBRILLATION IS.  JUST BRIEFLY, WHAT IS
8     ARTERIOSCLEROTIC CORONARY HEART DISEASE?
9     A.   IT'S HARDENING OF THE ARTERIES, AFFECTING THE ARTERIES
10    THAT SUPPLY BLOOD TO THE HEART.
11    Q.   AND IS THIS CAUSE OF DEATH THAT'S DESCRIBED HERE THE
12    LEADING CAUSE OF DEATH FOR AMERICAN MEN IN THEIR 50S?
13    A.   YES.
14    Q.   WAS THAT TRUE BEFORE, SAY, 1998?
15    A.   YES.
16    Q.   IS IT TRUE TODAY IN THE YEAR, WHAT ARE WE IN NOW, 2006?
17    A.   I THINK SO, YES.
18    Q.   AND LAST YEAR TOO, RIGHT?
19    A.   AND LAST YEAR TOO.
```

[851:8] - [852:1]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 851
8     Q.   THANKS.  THE KIND OF PLAQUE THAT YOU WERE DESCRIBING WITH
9     MR. BIRCHFIELD THAT YOU SAW ON THE SLIDES FROM MR. IRVIN, HOW
10    LONG DOES IT TAKE FOR THAT KIND OF PLAQUE TO BUILD UP?
11    A.   THE PLAQUE ITSELF?  YEARS.
12    Q.   IN FACT, I THINK YOU'VE INDICATED BEFORE THAT THAT PLAQUE
13    BUILDUP COULD HAVE BEEN GOING ON FOR 30 YEARS OR SO?
14    A.   SURE.
15    Q.   AND IN TERMS OF WHY PLAQUE BUILDS UP LIKE IT DID ON THE
16    SLIDES WE SAW, CAN THAT BE DUE TO AGE?
17    A.   YES.
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
18      Q.   AND WHETHER YOU'RE A MAN OR A WOMAN?  IT'S MORE LIKELY IN
19      MEN, RIGHT?
20      A.   YES.
21      Q.   FAMILY HISTORY COULD PLAY A ROLE IN THAT?
22      A.   IT COULD PLAY SOME ROLE, SURE.
23      Q.   HOW ABOUT DIET?
24      A.   DIET IS IMPORTANT.
25      Q.   WEIGHT?
page 852
1       A.   A LITTLE BIT.  NOT VERY MUCH.
```

[853:23] - [854:7]      2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 853
23      Q.   SO FOR MEN IN THEIR 50S, THE MOST COMMON CAUSE OF A HEART
24      ATTACK IS WHEN SUBCRITICAL, LESS THAN 75 PERCENT, PLAQUE
25      RUPTURES AND THROMBUS FORMS.  RIGHT?
page 854
1       A.   YES.
2       Q.   AND WAS THAT TRUE BEFORE 1998?
3       A.   YES.
4       Q.   IS IT TRUE IN WHATEVER THIS YEAR IS, 2006?
5       A.   IT'S STILL TRUE.
6       Q.   AND WAS IT TRUE IN 2005?
7       A.   YES.
```

[854:21] - [855:1]      2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 854
21      Q.   AND THIS PROCESS THAT WE HAVE BEEN TALKING ABOUT OF A
22      PLAQUE RUPTURE, LIPID CORE IN CONTACT WITH THE BLOOD FORMING A
23      THROMBUS, YOU SAID BEFORE IT'S THE MOST COMMON CAUSE OF HEART
24      ATTACKS OF MEN IN THEIR 50'S.  AND IN FACT, THIS IS THE SORT OF
25      THING THAT HAPPENS TENS OF THOUSANDS OF TIMES EVERY YEAR?
page 855
1       A.   YES.
```

[856:10] - [856:17]      2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 856
10      Q.   AND IS IT TRUE, SIR, THAT THERE IS NO WAY FOR A DOCTOR
11      LIKE YOU TO PREDICT IN AN INDIVIDUAL PATIENT WHETHER HIS PLAQUE
12      RUPTURE IS GOING TO RESULT IN A THROMBUS THAT WILL CAUSE SUDDEN
13      CARDIAC DEATH?
14      A.   YEAH.  YOU CAN'T TAKE AN INDIVIDUAL PATIENT, SAY THIS IS
15      WHAT'S GOING TO HAPPEN.  YOU CAN OBVIOUSLY LOOK AT THE
16      PROBABILITIES, BUT YOU CAN'T BE DEFINITIVE AND SAY THIS IS
17      EXACTLY WHAT'S GOING TO HAPPEN.
```

[857:19] - [858:2]      2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 857
19      Q.   AND MR. IRVIN HAD VULNERABLE PLAQUE, DIDN'T HE?
20      A.   THAT'S THE WAY I WOULD CHARACTERIZE IT.
21      Q.   AND FROM YOUR KNOWLEDGE OF HOW THIS DEVELOPS, HE HAD
22      VULNERABLE PLAQUE BEFORE THE YEAR 19 -- BEFORE THE YEAR 2000,
23      WOULDN'T YOU SAY?
24      A.   PROBABLY.
25      Q.   AND BEFORE THE YEAR 2000, HE WAS AT RISK FOR A RUPTURE OF
page 858
1       THE VULNERABLE PLAQUE AND THROMBUS FORMING, WOULDN'T YOU SAY?
2       A.   PROBABLY WAS, YEAH.
```

[859:3] - [859:8]      2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 859
3       Q.   IS THERE A TIME OF DAY WHEN HEART ATTACKS ARE MORE LIKELY
4       TO OCCUR?
5       A.   MOST STUDIES WILL SHOW THEY ARE MORE COMMON IN THE
6       MORNING.
```

**Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts**

```
7      Q.   WHEN DID MR. IRVIN'S OCCUR?
8      A.   MORNING.
```

[868:1] - [868:14]    2/9/2006        Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 868
1      Q.   HOW WOULD YOU DESCRIBE DICKY IRVIN'S PHYSICAL HEALTH IN
2      THE TIME THAT YOU KNEW HIM?
3      A.   I THOUGHT HE WAS A FAIRLY HEALTHY FELLOW.
4      Q.   IN THE TIMES YOU KNEW HIM FROM 1989 FORWARD, WAS THERE
5      EVER AN INDICATION TO YOU THAT HE HAD ANY KIND OF SERIOUS
6      HEALTH CONDITION?
7      A.   I'VE NEVER HAD ANY INDICATION THAT -- OR RED FLAG, AS I
8      WOULD CALL IT, OF SERIOUS HEALTH ISSUE, NO.
9      Q.   WOULD YOU DESCRIBE MR. IRVIN AS AN ACTIVE PERSON,
10     PHYSICALLY ACTIVE?
11     A.   YES.
12     Q.   WAS THERE EVER ANYTHING IN YOUR EXPERIENCE WITH MR. IRVIN
13     THAT LED YOU TO BELIEVE THAT HE WAS AT RISK FOR A HEART ATTACK?
14     A.   NO, SIR.
```

[878:13] - [878:19]    2/9/2006        Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 878
13     Q.   YOU DESCRIBED HIM AS A FAIRLY HEALTHY FELLOW.  DID YOU
14     EVER CONDUCT A MEDICAL EXAMINATION OF MR. IRVIN?
15     A.   NO, SIR.
16     Q.   DID YOU EVER TAKE A MEDICAL HISTORY OF MR. IRVIN?
17     A.   NOT A FORMAL ONE, NO.
18     Q.   DID YOU EVER ORDER ANY LAB TESTS FOR MR. IRVIN?
19     A.   NO, SIR.
```

[880:9] - [880:23]    2/9/2006        Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 880
9      Q.   IN 2000, DID YOU KNOW WHAT HIS CHOLESTEROL LEVEL WAS?
10     A.   NO, SIR.
11     Q.   DO YOU KNOW IF HE EVER HAD HIS CHOLESTEROL LEVEL CHECKED?
12     A.   NO, I DO NOT KNOW.
13     Q.   DO YOU KNOW IF MR. IRVIN HAD EVER HAD A PHYSICAL
14     EXAMINATION IN THE LAST 20 YEARS BEFORE HE PASSED AWAY?
15     A.   OTHER THAN THAT STRESS TEST IN '94, I AM NOT PRIVY TO ANY
16     SPECIFIC PHYSICAL EXAM HE HAD.
17     Q.   DO YOU KNOW WHETHER HE HAD TAKEN ANY OTHER PRESCRIPTION
18     MEDICATIONS BEFORE THOSE TWO PRESCRIPTIONS THAT YOU WROTE FOR
19     HIM IN APRIL OF 2001?
20     A.   NOT TO MY KNOWLEDGE.
21     Q.   HAVE YOU EVER IN YOUR LIFE SEEN A MEDICAL RECORD
22     CONCERNING MR. IRVIN?
23     A.   NO, SIR.
```

[880:24] - [882:6]    2/9/2006        Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 880
24     Q.   YOU INDICATED ON DIRECT THAT I WROTE DOWN THAT THERE WAS
25     NOTHING THAT LED YOU TO BELIEVE HE WAS AT RISK FOR A HEART
page 881
1      ATTACK.  IN FACT, SIR, ISN'T IT TRUE THAT YOU NEVER GAVE TOO
2      MUCH THOUGHT TO WHETHER MR. IRVIN WAS AT A HEIGHTENED
3      CARDIOVASCULAR RISK?
4      A.   I DIDN'T NEED TO, BECAUSE THERE WAS NEVER ANY SIGNS OR
5      SYMPTOMS THAT WOULD BRING ME TO THAT HEIGHTENED AWARENESS OF
6      SOMEBODY WITH A CARDIAC RISK FACTORS OR CARDIAC CONCERNS.
7      Q.   IS IT TRUE, SIR, THAT YOU NEVER GAVE TOO MUCH THOUGHT TO
8      WHETHER MR. IRVIN WAS AT A HEIGHTENED CARDIOVASCULAR RISK?
9      A.   NO, THAT'S NOT TRUE.
10     Q.   YOUR SEPTEMBER 6, 2005, TESTIMONY ON PAGE 59, LINES 10
11     THROUGH 13 --
12          MR. RAFFERTY:  YOUR HONOR, IF I COULD OBJECT AND ASK
13     HIM TO SHOW THE WITNESS THE TESTIMONY.
```

**Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts**

```
14          THE COURT:  HE CAN RECITE IT.  IF YOU NEED TO SEE IT,
15     LET'S SEE IT.
16     BY MR. BECK:
17     Q.   MY QUESTION:
18          "Q.  IN APRIL, 2001, SIR, DID YOU CONSIDER MR. IRVIN
19     TO BE AT ANY HEIGHTENED CARDIOVASCULAR RISK?"
20          "A.  I NEVER REALLY GAVE IT TOO MUCH THOUGHT AT THAT
21     TIME."
22          WAS THAT YOUR SWORN TESTIMONY?
23     A.   THE QUESTION YOU ASKED ME, IN THE CONTEXT YOU ASKED ME, IS
24     THAT I NEVER THOUGHT ABOUT HIM HAVING A PROBLEM, AND MY ANSWER
25     WAS REFLECTING THAT.  IT WAS ASSUMED THAT BECAUSE I HAD NEVER
page 882
1      SEEN ANY SIGNS OR SYMPTOMS OR CONCERNS AS A PHYSICIAN, THAT I
2      WOULD HAVE A THOUGHT TO BE CONCERNED ABOUT HIS HAVING A CARDIAC
3      RISK FACTOR.
4      Q.   WAS YOUR SWORN TESTIMONY, "I NEVER REALLY GAVE IT TOO MUCH
5      THOUGHT AT THAT TIME"?
6      A.   YES.
```

[885:19] - [886:7]     2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 885
19     Q.   AND DID HE EXPLAIN THAT THE MEDICATIONS THAT YOU HAD
20     PRESCRIBED FOR HIM BEFORE WERE NOT WORKING?
21     A.   THAT WAS MY RECOLLECTION, YES, SIR.
22     Q.   AND THAT IT DIDN'T WORK FOR HIS PAIN RELIEF AND, ALSO,
23     THAT IT GAVE HIM STOMACH PROBLEMS, RIGHT?
24     A.   TO BE HONEST, ALL I REMEMBER, IT WASN'T WORKING, SO AND IT
25     WASN'T WORKING AND I HAVE A MEDICINE THAT WAS WORKING, COULD I,
page 886
1      YOU KNOW, HELP HIM OUT.
2      Q.   AND DID HE EXPLAIN TO YOU THAT SOME FRIEND OF HIS HAD GAVE
3      HIM A COUPLE OF VIOXX SAMPLES?
4      A.   YES, SIR.
5      Q.   AND DID HE EXPLAIN TO YOU THAT THE VIOXX SAMPLES SEEMED TO
6      WORK WELL AND ALLEVIATE HIS PAIN WITH NO ADVERSE REACTIONS?
7      A.   YES.
```

[888:2] - [891:16]     2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 888
2      Q.   YOU WERE ASKED ABOUT MERCK SALES REPRESENTATIVES.  DO
3      YOU -- AND WHETHER THEY WARNED YOU ABOUT CARDIOVASCULAR RISKS,
4      DO YOU REMEMBER THAT?
5      A.   I'M SORRY.  YOU LOST ME ON THE QUESTION, SIR.
6      Q.   SURE.  MR. RAFFERTY ASKED YOU WHETHER ANY MERCK SALES
7      REPRESENTATIVES HAD ALERTED YOU TO CARDIOVASCULAR RISKS OF
8      VIOXX.  DO YOU REMEMBER THOSE QUESTIONS?
9      A.   YES, SIR.
10     Q.   IN FACT, YOU'RE NOT SURE THAT YOU EVER MET WITH A MERCK
11     SALESMAN AT ALL, RIGHT?
12     A.   YES, SIR.
13     Q.   YES, SIR?
14     A.   THAT IS CORRECT.
15     Q.   SO YOU MAY NEVER HAVE MET A MERCK SALESMAN, RIGHT?
16     A.   THAT IS POSSIBLE, YES, SIR.
17     Q.   SO WHATEVER IT IS THAT MERCK SALESMEN MAY OR MAY NOT HAVE
18     BEEN SAYING OUT THERE IN THE MARKETPLACE ABOUT VIOXX, THAT HAD
19     NO IMPACT ON YOU WHATSOEVER IN TERMS OF YOUR DECISION TO
20     PRESCRIBE VIOXX, RIGHT?
21     A.   YES.
22     Q.   AND SIMILARLY, YOU WERE NEVER GIVEN ANY PROMOTIONAL
23     MATERIALS BY ANYBODY FROM MERCK OR ANYBODY ELSE CONCERNING
24     VIOXX, CORRECT?
25     A.   CORRECT.
page 889
1      Q.   AND SO WHATEVER THE PROMOTIONAL MATERIALS MAY HAVE SAID
2      OUT THERE, THAT HAD NO IMPACT ON YOUR DECISION TO PRESCRIBE
3      VIOXX, RIGHT?
```

**Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts**

```
 4    A.   CORRECT.
 5    Q.   SOMETIMES PHARMACEUTICAL COMPANIES GIVE SAMPLES TO
 6  DOCTORS, CORRECT?
 7    A.   CORRECT.
 8    Q.   BUT NOBODY EVER GAVE YOU ANY VIOXX SAMPLES, RIGHT?
 9    A.   I'VE NEVER RECEIVED ANY DIRECTLY TO ME THAT I KNOW OF.
10    Q.   SO WHATEVER THE CASE MAY HAVE BEEN AS TO HOW MANY SAMPLES
11  MERCK WAS GIVING OTHER DOCTORS, SAMPLES DIDN'T PLAY ANY ROLE IN
12  YOUR DECISION TO PRESCRIBE VIOXX FOR MR. IRVIN, CORRECT?
13    A.   CORRECT.
14    Q.   HAVE YOU EVER ATTENDED SEMINARS THAT ARE HOSTED,
15  SPONSORED, BY PHARMACEUTICAL COMPANIES?
16    A.   ON OCCASION, YES.
17    Q.   HAVE YOU EVER ATTENDED A SEMINAR HOSTED OR SPONSORED BY
18  MERCK?
19    A.   NOT TO MY KNOWLEDGE.
20    Q.   SO WHATEVER SOMEBODY MIGHT BE SAYING AT A SEMINAR OR
21  CONFERENCE ABOUT VIOXX, THAT PLAYED NO ROLE IN YOUR DECISION ON
22  WHETHER TO PRESCRIBE VIOXX, CORRECT?
23    A.   YES.
24    Q.   WE'VE HEARD -- WELL, YOU HAVEN'T BEEN HERE, BUT WE'VE
25  HEARD ABOUT SOMETHING CALLED A CV CARD.  DO YOU KNOW WHAT A CV
page 890
 1  CARD IS?
 2    A.   NO, SIR.
 3    Q.   SO WHATEVER WAS OR WAS NOT ON A CV CARD, DID THAT PLAY ANY
 4  ROLE IN YOUR DECISION TO PRESCRIBE VIOXX?
 5    A.   NO.
 6    Q.   YOU TALK ABOUT VIGOR AND YOU SAID YOU KNEW A LITTLE BIT
 7  ABOUT IT.  AGAIN, WE'VE HEARD ABOUT A PRESS RELEASE CONCERNING
 8  THE VIGOR STUDY.  DID YOU READ THE PRESS RELEASE CONCERNING THE
 9  VIGOR STUDY?
10    A.   NOT THAT I CAN REMEMBER.
11    Q.   WHATEVER THE PRESS RELEASE DID OR DID NOT SAY HAD NO ROLE
12  IN YOUR DECISION TO PRESCRIBE VIOXX; IS THAT RIGHT?
13    A.   ARE WE TALKING ABOUT PRESCRIBING VIOXX IN 2001?
14    Q.   YES.  TO MR. IRVIN.
15    A.   CORRECT.
16    Q.   AND WE EVEN HEARD ABOUT A VIDEO PRESS CONFERENCE
17  CONCERNING THE RESULTS OF THE VIGOR TRIAL.  DID YOU EVER WATCH
18  A VIDEO PRESS CONFERENCE?
19    A.   NO.
20    Q.   SO THAT PLAYED NO ROLE THROUGHOUT?
21    A.   CORRECT.
22    Q.   AND, YOU KNOW, I TAKE IT THAT PHARMACEUTICAL COMPANIES
23  THESE DAYS HAVE WHAT ARE CALLED DIRECT-TO-CONSUMER
24  ADVERTISEMENTS, RIGHT?
25    A.   I'VE HEARD OF IT, YES.
page 891
 1    Q.   LIKE WE SEE FOR VIAGRA OR SOMETHING, THESE ADS ON TV
 2  DURING THE SUPER BOWL, RIGHT?
 3    A.   YES.
 4    Q.   AND DID YOU EVER SEE ANY DIRECT-TO-CONSUMER ADVERTISEMENTS
 5  FOR VIOXX?
 6    A.   I THINK I'VE SEEN A DOROTHY HAMIL TYPE COMMERCIAL AND SOME
 7  SIMILAR-TYPE COMMERCIAL OR COMMERCIALS LIKE THAT, BUT I DON'T
 8  REMEMBER THE SPECIFIC THINGS AT THIS TIME.
 9    Q.   DO YOU REMEMBER THAT THE DOROTHY HAMIL COMMERCIAL DIDN'T
10  EVEN START RUNNING UNTIL SEVERAL MONTHS AFTER MR. IRVIN PASSED
11  AWAY?
12    A.   THAT'S POSSIBLE, YES.
13    Q.   SO, IN ANY EVENT, THE "DOROTHY HAMIL SKATING AROUND"
14  COMMERCIAL PLAYED NO ROLE IN YOUR DECISION TO PRESCRIBE VIOXX
15  FOR MR. IRVIN, CORRECT?
16    A.   CORRECT.
```

[892:12] - [892:25]      2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 892
12    Q.   IN 2000 AND 2001, WAS IT YOUR PRACTICE TO READ THE
13  NEW ENGLAND JOURNAL OF MEDICINE?
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
14    A.    NO.
15    Q.    DID YOU SUBSCRIBE TO THE NEW ENGLAND JOURNAL OF MEDICINE?
16    A.    NO.
17    Q.    YOU KNOW, I TAKE IT -- WELL, DID YOU KNOW THAT THERE WAS
18    AN ARTICLE -- DO YOU NOW KNOW, IN HINDSIGHT, THAT THERE WAS AN
19    ARTICLE THAT WAS PUBLISHED IN THE NEW ENGLAND JOURNAL OF
20    MEDICINE IN LATE 2000 CONCERNING VIOXX?
21    A.    I'VE HEARD SOMETHING ABOUT IT, YES.
22    Q.    BACK IN 2000-2001, DID YOU READ THAT ARTICLE?
23    A.    NO.
24    Q.    HAVE YOU EVER READ THAT ARTICLE?
25    A.    NO.
```

[909:9] - [909:20]    2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 909
9     Q.    AGAIN, REFERRING TO THIS DATABASE, IT INDICATES THAT YOU
10    PRESCRIBED VIOXX THROUGH FEBRUARY OF 2004, DOES THAT SQUARE
11    WITH YOUR RECOLLECTION OF WHEN YOU STOPPED PRESCRIBING VIOXX?
12    A.    IT'S POSSIBLE.  I DON'T REMEMBER EXACTLY WHEN I STOPPED
13    PRESCRIBING IT SIR.
14    Q.    AND THAT WOULD BE SEVEN MONTHS OR SO BEFORE THE WITHDRAWAL
15    IN SEPTEMBER OF 2004, RIGHT?
16    A.    THEREABOUTS, YES.
17    Q.    BUT IT ALSO WOULD HAVE BEEN TWO YEARS AFTER THE LABEL CAME
18    OUT THAT HAD THE CARDIOVASCULAR INFORMATION FROM VIGOR,
19    CORRECT?
20    A.    I GUESS SO, YES, SIR.
```

[910:4] - [910:7]     2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 910
4     Q.    IN FACT, YOU EVEN KEPT PRESCRIBING VIOXX AFTER YOUR
5     MOTHER-IN-LAW FILED SUIT AGAINST MERCK IN MAY OF 2003, DIDN'T
6     YOU, SIR?
7     A.    IT IS POSSIBLE, YES.
```

[924:14] - [924:16]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 924
14    Q.    DO SOME PEOPLE DIE OF HEART ATTACKS WITHOUT ANY WARNING
15    SIGNALS?
16    A.    YES, SOME CAN.
```

[936:6] - [936:16]    2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 936
6     Q.    YOU MENTIONED EARLIER CATALYSTS.  ARE THERE CATALYSTS THAT
7     CAN AFFECT THAT BALANCE IN THE BODY OR THAT PROTHROMBOTIC
8     STATE?
9     A.    I BELIEVE SO.  I THINK YOU CAN PROBABLY GO BACK AND SAY
10    THAT RISK FACTORS THEMSELVES COULD BE INTERPRETED AS CATALYSTS
11    BECAUSE NOT ONLY DO THEY INCREASE THE RISK OF ATHEROSCLEROSIS
12    DEVELOPING IN THE FIRST PLACE, BUT THERE'S GENERAL OPINION THAT
13    ALSO THOSE DISEASE PROCESSES FOR RISK FACTORS AFFECT HOW THE
14    ARTERY WALL AND PLATELETS INTERACT.  SO THE RISK FACTOR ITSELF
15    COULD BE CONSIDERED A CATALYST, OTHER MEDICATIONS COULD BE
16    CONSIDERED AS CATALYSTS.
```

[942:10] - [942:12]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 942
10    Q.    ON AUTOPSY IT WAS DESCRIBED AS 60 PERCENT OCCLUSION?
11    A.    RIGHT.  AT THE TIME OF THE HEART CATHETERIZATION TEST, I
12    THINK THAT LIKELY WOULD HAVE BEEN MUCH LESS.
```

[948:16] - [948:24]   2/9/2006          Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 948
16    Q.    RIGHT.  SO MR. IRVIN HAD A HEART ATTACK FROM A BLOOD CLOT,
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
17        CORRECT, IN HIS CORONARY ARTERY?
18        A.    CORRECT.
19        Q.    THE GREAT MAJORITY OF HEART ATTACKS IN THIS COUNTRY ARE
20        CAUSED BY BLOOD CLOTS, CORRECT?
21        A.    THEY ARE USUALLY IN THE FACE OF MORE CRITICAL NARROWINGS.
22        Q.    THE ANSWER IS, "YES, THE GREAT MAJORITY OF HEART ATTACKS
23        ARE CAUSED BY BLOOD CLOTS"?
24        A.    YES, USUALLY IN THE FACE OF MORE CRITICAL NARROWINGS.
```

[952:12] - [952:25]    2/9/2006         Day 4 - Scolnick, Graham, Schirmer, Baldwin, Topol

```
page 952
12        Q.    NOW, WITH RESPECT TO THE OTHER RISK FACTORS THAT YOU
13        DESCRIBED -- DIABETES, SMOKING -- MR. IRVIN DIDN'T HAVE VERY
14        MANY MEDICAL RECORDS FOR YOU TO REVIEW, DID HE?
15        A.    THAT'S CORRECT.
16        Q.    WHEN YOU SAID THAT HE DID NOT HAVE HIGH CHOLESTEROL, YOU
17        DIDN'T REALLY KNOW WHAT HIS CHOLESTEROL WAS AT ANY POINT IN HIS
18        LIFE, DO YOU, DOCTOR?
19        A.    I DON'T RECALL THAT I'VE EVER SEEN A CHOLESTEROL LEVEL IN
20        THIS PATIENT'S MEDICAL RECORD.
21        Q.    WHEN YOU SAID THAT MR. IRVIN DID NOT HAVE HIGH BLOOD
22        PRESSURE, YOU CERTAINLY DIDN'T SEE ANY BLOOD PRESSURE READINGS
23        FOR HIM IN THE PRECEDING THREE OR FOUR YEARS BEFORE HIS DEATH,
24        CORRECT?
25        A.    THAT'S CORRECT.
```

[1115:10] - [1115:15]  2/10/2006        Day 5 - Topol, Kapit, Raffa, Cannuscio, Curfman

```
page 1115
10        Q.    SO IF A COMPANY WANTS TO STRENGTHEN A WARNING OR ADD TO A
11        WARNING, THEY CAN DO IT; CORRECT?
12        A.    THAT'S WHAT THIS -- I MEAN, THE REGULATION THAT YOU READ,
13        THAT THIS PARTICULAR RULE IS SPECIFICALLY FOR THE PURPOSE OF
14        ADDING OR STRENGTHENING A CONTRAINDICATION, WARNING,
15        PRECAUTION, OR ADVERSE REACTION.
```

[1529:12] - [1531:21]  2/14/2006        Day 7 - Morrison, J. Weeks, Pacetti, Rayburn

```
page 1529
12        Q.    AND WHEN WAS IT DISCOVERED, SIR, BY SCIENTISTS THAT THERE
13        WERE IN FACT TWO TYPES OF COX ENZYMES RATHER THAN ONE?
14        A.    IT WAS IN THE EARLY 1990S.
15        Q.    1991 SOUND ABOUT RIGHT?
16        A.    SOUNDS ABOUT RIGHT.
17        Q.    ONCE IT WAS DISCOVERED THAT THERE WERE, IN FACT, TWO
18        DIFFERENT TYPES OF COX ENZYMES, DOES THAT OFFER ANY -- LET ME
19        ASK YOU A QUESTION BEFORE THAT.  WHEN YOU DESCRIBED THAT THE
20        OLDER NSAIDS, WHEN THEY WERE PREMISED ON ONLY ONE TYPE OF COX
21        ENZYMES, CAN YOU EXPLAIN THEN WHY IT IS THAT WE HAVE THESE
22        STOMACH SIDE EFFECTS SO PREVALENT WITH THE OLDER NSAIDS?
23        A.    SURE.  THE OLDER NSAIDS, IF YOU THINK ABOUT THERE IS THE
24        GOOD COX AND THE BAD COX.  SO FOR TREATING THE -- WHAT THESE
25        MEDICINES WERE INTENDED TO DO, THE REASON YOU'RE GIVING THEM TO
page 1530
1         YOUR PATIENTS, IS TO TURN OFF INFLAMMATION, PAIN, AND FEVER.
2         THAT'S THE PURPOSE OF THE MEDICINE.  IF YOU TURN OFF THAT SORT
3         OF BAD COX ENZYME, THE PATIENTS DO BETTER.
4               THE PROBLEM WAS, AT THE SAME TIME THAT YOU'RE DOING
5         THAT, YOU'RE ALSO TURNING OFF THE GOOD FORM OF CYCLOOXYGENASE
6         BY DAMAGING THE STOMACH AND CAUSING PEOPLE TO BLEED.  SO WHEN
7         YOU TURN IT OFF IN THE STOMACH, THIS PROTECTIVE LINING THAT
8         COX-1 IS HELPING TO MAKE NOW GOES AWAY, AND THIS ACID NOW
9         STARTS CHEWING AWAY AT YOUR STOMACH.  IT COULD CAUSE AN ULCER.
10        IF IT CHEWS ENOUGH, IT COULD HIT A BLOOD VESSEL; IT COULD CAUSE
11        BLEEDING.  IF IT CHEWS ALL THE WAY THROUGH THE WALL, IT COULD
12        ACTUALLY PERFORATE YOUR STOMACH.
13        Q.    WHEN YOU WERE A TREATING PHYSICIAN, DID YOU EVER SEE ONE
14        OF THESE PERFORATIONS, OR ULCERS, THAT WERE CAUSED BY THESE
15        OLDER PAIN RELIEVERS THAT YOU'VE BEEN DESCRIBING?
```

## Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts

```
16    A.    YES.  I USED TO WORK -- BOTH IN MY TRAINING AND AFTER MY
17    TRAINING, I WORKED IN EMERGENCY ROOMS.  SO THE TYPICAL
18    PRESENTATION FOR SOMEBODY WHO HAS ONE OF THESE IS FOR THE
19    BLEEDING PART.  ESSENTIALLY, THEY JUST FEEL NAUSEOUS AND THEY
20    VOMIT BLOOD.  SO THEY KNOW THEY HAVE TO THROW UP, THEY GO INTO
21    THE BATHROOM, AND OUT COMES BLOOD.  MOST PEOPLE ARE SMART
22    ENOUGH, WHEN THAT HAPPENS, THEY GO TO THE EMERGENCY ROOM.
23         SO WORKING IN THE EMERGENCY ROOM, IT WAS THOUGHT
24    UNCOMMON THAT WE'LL HAVE SOMEBODY COME INTO THE EMERGENCY ROOM
25    WHO HAD VOMITED UP BLOOD.  IN THE EMERGENCY ROOM, OUR JOB IS
page 1531
1     BASICALLY JUST TO, WHAT WE SAY, "STABILIZE" THE PATIENT.  MAKE
2     SURE THAT WHEN YOU TRY TO STOP THE BLEEDING, IF THEY NEED A
3     BLOOD TRANSFUSION, GIVE THEM A BLOOD TRANSFUSION, AND THEN THEY
4     GET ADMITTED TO THE HOSPITAL.
5          WHEN I WORKED IN THE EMERGENCY ROOM, AFTER PEOPLE GOT
6     ADMITTED, I WOULD TYPICALLY GO FIND OUT WHAT HAPPENED TO THEM.
7     THEN I FOUND OUT ON A NUMBER OF OCCASIONS THAT THEY WERE PEOPLE
8     WHO HAD COME TO THE EMERGENCY ROOM BLEEDING.  IT TURNED OUT IT
9     WAS DUE TO ONE OF THESE TRADITIONAL NONSTEROIDALS.
10    Q.    IS IT FAIR TO SAY THAT THE GASTROINTESTINAL SIDE EFFECTS
11    FROM THE NONSTEROIDAL PAIN RELIEVERS, WE'RE NOT TALKING STOMACH
12    ACHES HERE, WE'RE TALKING SERIOUS POTENTIAL LIFE-THREATENING
13    PROBLEMS?
14    A.    ABSOLUTELY.  IT WAS ESTIMATED THAT SOMEWHERE BETWEEN
15    10,000 AND 15,000 PEOPLE A YEAR DIED FROM THIS SIDE EFFECT OF
16    THE MEDICATION.  SO THAT'S -- YOU KNOW, YOU'RE GIVING A PATIENT
17    A MEDICINE TO TREAT THEIR PAIN AND INFLAMMATION, AND AS A
18    RESULT OF THAT MEDICATION, ABOUT 10- OR 15,000 PEOPLE A YEAR
19    WERE DYING, AND IT WAS ESTIMATED THAT PROBABLY 100,000 PEOPLE A
20    YEAR WERE ENDING UP IN THE HOSPITAL WITH ONE OF THESE SIDE
21    EFFECTS.
```

[1765:13] - [1765:21]   2/14/2006        Day 7 -  Morrison, J. Weeks, Pacetti, Rayburn

```
page 1765
13    Q.    REVIEWING THIS WHOLE QUESTION, NOW, REGARDING THE TYPICAL
14    CHARACTERISTICS OF MR. IRVIN'S HEART ATTACK AND SUDDEN CARDIAC
15    DEATH, WHAT IS YOUR OPINION, SIR, AS TO WHETHER VIOXX DID PLAY
16    A ROLE?
17    A.    MY OPINION IS VIOXX DID NOT PLAY A ROLE IN MR. IRVIN'S
18    DEATH; THAT MR. IRVIN HAD ATHEROSCLEROSIS, HAD THE MOST COMMON
19    DISEASE THAT CAUSES DEATH IN THE UNITED STATES; THAT HIS LESION
20    WAS IN A PLACE OF A SEVERITY THAT QUITE COMMONLY PRESENTS, THE
21    WAY MR. IRVIN DID, AS SUDDEN CARDIAC DEATH.
```

[124:25] - [235:8]      2/16/2006        Day 8 - *Rough* Transcript

```
page 234
5  Q.    FROM YOUR REVIEW IN IN CASE, IS THERE ANYTHING TO
page 235
1     DISTINGUISH MR. IRVIN'S DEATH FROM THE HUNDREDS OF THOUSANDS OF
2     SIMILAR DEATHS THAT TOOK PLACE IN PEOPLE BEFORE 13998?
3  A.    THERE'S NOTHING UNUSUAL AT ALL.  HE WOULD BE WHAT WE WOULD
4     DESCRIBE AS A TEXTBOOK CASE.
5  Q.    IS THERE ANYTHING AT ALL TO DISTINGUISH MR. IRVIN'S DEATH
6     FROM THE HUNDREDS OF THOUSANDS A YEAR THAT ARE TAKING PLACE
7     AFTER SEPTEMBER 2004?
8  A.    NO.
```

[175:16] - [176:13]     2/16/2006        Day 8 - *Rough* Transcript

```
16    Q.    YOU UNDERSTAND IF MERCK HAD CHOSEN TO SIMPLY ADD OR
17    STRENGTHEN THE CARDIOVASCULAR WARNING AFTER THE VIGOR STUDY IT
18    COULD HAVE DONE SO UNDER THOSE REGULATIONS COULDN'T IT?
19    A.    IF YOU'RE REFERRING TO THE VIGOR DATA NOW I DON'T BELIEVE
20    THAT'S ACCURATE AT ALL.
21    Q.    TELL ME THE BASIS FOR THAT?
```

**Exhibit 1 - Excerpts of *Plunkett v. Merck* Trial Transcripts**

```
22   A.    WELL IF YOU FLIP BACK OVER TO MAJOR CHANGES IT SAYS
23   CHANGES BASED ON POST MARKETING STUDY RESULTS INCLUDING BUT NOT
24   LIMITED TO LABELING CHANGES ASSOCIATED WITH NEW INDICATIONS IN
25   USAGE.  THE VIGOR STUDY WAS AN UNAPPROVED POPULATION.  IT WAS
page 176

 1   AN UNAPPROVED DOSE.  IT WAS A POST MARKETING STUDY.  IF YOU
 2   LOOK AT THE EXTENT OF THE CHANGES THAT EVENTUALLY BENT INTO THE
 3   LABEL FROM THE VIGOR STUDY, I THINK SAYING THAT YOU COULD HAVE
 4   MADE THOSE BY CBE IS JUST PREPOSTEROUS IN MY EXPERIENCE.
 5   Q.    BUT UNDER THIS PARTICULAR STATUTE WOULD YOU AGREE WITH ME
 6   THAT IF THEY CHOSE TO JUST PUT A CARDIOVASCULAR WARNING IN THE
 7   WARNINGS SECTION OR PRECAUTIONS SECTION THEY COULD HAVE FILED
 8   IT AS A CBE UNDER THE DEFINITIONS LAID OUT BY THE FDA?
 9   A.    NO I DISAGREE.  I THINK IF YOU LOOK AT MAJOR CHANGES THIS
10   WAS A POST MARKET STUDY AND IT WAS A NEW INDICATION AND IT WAS
11   AN UNAPPROVED DOSE.  IT WAS A DOSE THAT WAS NEVER SOUGHT FOR
12   CHRONIC USE.  SO NO I DON'T AGREE AT ALL.  IT WAS A MAJOR
13   CHANGE.
```