UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 17 PM 2:37
LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                  MDL-1657

E. IRVIN PLUNKETT                             REF: 05-4046

VERSUS

MERCK & CO., INC.                             SECTION: L

# ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to  MOTHER'S RESTAURANT  the sum of $ 135.54 , for meals for the jury in this matter on FEBRUARY 17, 2006 .

New Orleans, Louisiana, this 17th  day of  FEBRUARY, 2006 .

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
_X_ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

## MOTHER'S RESTAURANT
## FOOD ORDER

DATE: _____    TIME: 12:30

NAME: Judge Fallon  4th Floor

ADDRESS: Court House

Per Judge - $10.00 tip
given by Jaylyn Lambert

PHONE:

PICK UP    (DELIVERY)    HOUSE CHG

**CREDIT CARD**

✓ 1 Seafood platter w/ Turnip green & pot Salad
✓ 1 Oyster Platter w/ cabbage & pot Salad
✓ 1 Shrimp Plater w/ fries & pot Salad
✓ 1 Shrimp Plate w/ fries & cabbage
✓ 1 Oyster plate w/ fries & Turnip green
✓ 1 Oyster plate w/ green & pot Salad
  3 Bread Pudding
✓   Brownies

$135.54

CLERK'S OFFICE
A TRUE COPY
FEB 17
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

RECEIVED
FEB 17 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

```
COPY COPY COPY COPY COPY COPY COPY COPY
       MOTHER'S
       RESTAURANT

0135  Table 996  #Party 1
JOE B        SvrCk:  3 11:39 02/17/06

1 NAME,JUDGE FALLON                  0.00
1 ADDRESS,4TH FL COURTHOUSE          0.00
1 PICK-UP TIME,1230                  0.00
1 SEAFOOD PLATTER, w/greens,
    w/potato salad, no sauce        18.50
3 FRIED OYSTERS, 1 w/cabbage,
    w/potato salad, no sauce,
    1 w/potato salad, w/fr fries,
    no sauce, 1 w/greens,
    w/potato salad, no sauce        39.00
4 FRIED SHRIMP, 2 w/potato salad,
    w/fr fries, no sauce,
    2 w/cabbage, w/fr fries,
    no sauce                        50.00
3 BREAD PUDDING                     12.00
1 BROWNIES                           4.00

                    Sub Total:     123.50
                         Tax:       12.04
02/17 12:21 TOTAL:  135.54

*** THANK YOU ***
      FOR DINING WITH US.


            AMT-TEND  CHANGE  TALLY
CASH         135.54    0.00  135.54
                             ------
                             135.54
02/17/06 12:21
```



CLERK'S OFFICE
A TRUE COPY
FEB 17
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

```
*************************
*                        *
** DELIVERY **
*                        *
*************************
Time: 11:43
 CK# 0135
 JOE B    MAIN lINE LEFT RMT
LEFT TERMINAL
  ** DELIVERY
-------------------------

SEAFOOD PLATTER
  W/GREENS
  W/POTATO SALAD
  NO SAUCE
FRIED OYSTERS
  W/CABBAGE
  W/POTATO SALAD
  NO SAUCE
FRIED OYSTERS
  W/POTATO SALAD
  W/FR FRIES
  NO SAUCE
FRIED OYSTERS
  W/GREENS
  W/POTATO SALAD
  NO SAUCE
2 FRIED SHRIMP
  W/POTATO SALAD
  2w/W/FR FRIES
     NO SAUCE
2 FRIED SHRIMP
  W/CABBAGE
  2w/W/FR FRIES
     NO SAUCE
3 BREAD PUDDING
BROWNIES
-------------------------

NAME
  !JUDGE FALLON
ADDRESS
  !4TH FL COURTHOUSE
PICK-UP TIME
  !1230
```