UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: James Warmouth v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04370) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, JAMES WARMOUTH's Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, James Warmouth.

IT IS SO ORDERED.

2/17/06
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.