MINUTE ENTRY
FALLON, J.
FEBRUARY 17, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br><br> SECTION: L(3) <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
    ALL CASES

A status conference was held on the above referenced date in the Chambers of Judge Eldon E. Fallon. Russ Herman (by telephone), Lenny Davis, Chris Tisi (by telephone), Lee Balefsky (by telephone), and Lisa Gagostino (by telephone) participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Rick Stanley, and Eben Flaster (by telephone) participated on behalf of the Defendant's Steering Committee ("DSC"). At the conference, the parties discussed several discovery issues relating to the cases nominated for early federal court trial. The Court instructed the PSC to discuss its needs with the DSC. If the parties could not resolve the issues themselves, the Court indicated that it would do so. In this regard,

IT IS ORDERED that a status conference shall be held on February 24, 2006, at 10:00 a.m.

JS10(00:30)