MINUTE ENTRY
FALLON, J.
FEBRUARY 17, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION        MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.        REF NO. 05-4046

VERSUS

MERCK & CO., INC.        SECTION: L

BEFORE JUDGE ELDON E. FALLON        Friday, February 17, 2006, 8:20am
Courtroom Deputy: Gaylyn Lambert        (Continued from 2-16-06)
Court Reporters: Cathy Pepper & Toni Tusa

Appearances: Andrew Birchfield, Esq., Troy Rafferty, Esq. & Gerald Meunier, Esq.
            For plaintiffs
            Phillip Beck, Esq. and Tarek Ismail, Esq. For defendant

JURY TRIAL:
outside jury's presence:
Objections to jury charges dictated on the record by both parties.    Jury in:
Notice of Removal of Exhibits was given to counsel on 2-14-06.
Closing Arguments.
Jury charged and instructed by Court.
Jury retires for deliberation @ 12:40 pm.
Jury returns from deliberation @ 4:31 pm.
VERDICT: In favor of defendant. See verdict form attached.
Jury polled; all answer in the affirmative.
All Rule 50 motions for judgment as a matter of law are Denied.
Court orders verdict be entered onto the record.
Jury thanked and excused.

Court adjourned at 4:38 pm.

JS-10:    3:52

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

................................... :

THIS DOCUMENT RELATES TO
    *Plunkett v. Merck & Co., Inc.*, 05-4046

## JURY INTERROGATORIES

Please answer the following questions according to a preponderance of the evidence:

1. Do you find that Merck & Co., Inc. was negligent in designing Vioxx, marketing Vioxx, or failing to warn Dr. Christopher Schirmer of a known or knowable risk associated with Vioxx, and that such negligence was a legal cause of Mr. Richard Irvin, Jr.'s death?

    YES _____        NO ___✓_____

(Please proceed to Question #2.)

2. Do you find that Merck & Co, Inc. failed to warn or inadequately warned Dr. Christopher Schirmer, the treating physician, of a known or knowable risk associated with Vioxx, and that such failure to warn or inadequate warning was a legal cause of Mr. Richard Irvin, Jr.'s death?

    YES _____        NO ___✓_____

-1-

(Please proceed to Question #3.)

3. Do you find that Vioxx, was a defective product, that is, unreasonably dangerous due to defective design, and that defective design was a legal cause of Mr. Richard Irvin, Jr.'s death?

   YES _____    NO \_\_\_✓_____

(If you answered "no" to Questions #1, #2, and #3, please skip all remaining questions, date and sign this verdict form, and inform the Marshall that a verdict has been reached. If you answered "yes" to any of these questions, please proceed to Question #4.)

4. Do you find that there was negligence on the part of Mr. Richard Irvin, Jr. that was a legal cause of his death?

   YES _____    NO _____

(Please proceed to Question #5.)

5. Do you find that there was negligence on the part of Dr. Christopher Schirmer that was a legal cause of his death?

   YES _____    NO _____

(Please proceed to Question #6.)

6. What percentage of fault, if any, do you attribute to Merck & Co., Inc., Mr. Richard Irvin, Jr., and/or Dr. Christopher Schirmer?

   Merck & Co., Inc.                              _____%

   Dickie Irvin, Jr.                              _____%

-2-

Dr. Christopher Schirmer                                    _____%

(If and only if you have found Merck & Co., Inc. liable, please proceed to Question #7. If you have not found Merck & Co., Inc. liable, please skip all remaining questions, date and sign the form, and inform the Marshal that a verdict has been reached.)

7. What amount, if any, do you find will fairly and adequately compensate for the loss of net accumulations to Mr. Richard Irvin, Jr.'s estate?

   $ _____

(Please proceed to Question #8).

8. What amount, if any, do you find will fairly and adequately compensate Evelyn Irvin Plunkett and Ashley Irvin for their loss of support and services?

   Evelyn Irvin Plunkett                $ _____

   Ashley Irvin                         $ _____

(Please proceed to Question #9).

9. What amount, if any, do you find will fairly and adequately compensate Evelyn Irvin Plunkett for her loss of companionship and protection and her mental pain and suffering?

   $ _____

(Please proceed to Question #10.)

10. What amount, if any, do you find will fairly and adequately compensate Richard Irvin, III and Ashley Irvin for their loss of parental companionship, instruction, and guidance, and their

mental pain and suffering?

Richard Irvin, III                                    $ _____

Ashley Irvin                                          $ _____

(Please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)

New Orleans, Louisiana, this 17th day of February, 2006.

_____
JURY FOREPERSON

# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED