UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION                    MDL - 1657

EVELYN IRVIN-PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.              REF NO. 05-4046

VERSUS

MERCK & CO., INC.                                SECTION: L

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this ___ day of February, 2006.

_____          _____
Counsel for Plaintiffs              Counsel for Defendant

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____