UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 21  AM 7:43

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Linhart v. Merck & Co., Inc.*, 05-6704
*Monberg v. Merck & Co., Inc.*, 05-6705
*Cesarski v. Merck & Co., Inc.*, 05-6706
*Hassan v. Merck & Co., Inc.*, 05-6707
*Timapanaro v. Merck & Co., Inc.*, 05-6708

### ORDER

IT IS ORDERED that the following motions to remand (Rec. Docs. 3252, 3253, 3254, 3255, & 3256) are CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  15th  day of  February , 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____