FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 21  AM 10: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX,    :  MDL No. 1657
    PRODUCTS LIABILITY LITIGATION   :  Section:  L
    :
    :  JUDGE FALLON
    :  MAG. JUDGE KNOWLES
    :

**THIS DOCUMENT RELATES TO:**   *Elizabeth Cardin, an Individual v. Merck & Co., Inc., a foreign corporation*, MDL No. 05-2803.

## NOTICE OF APPEARANCE.

~~David L. Pippen~~ of the law firm Plews Shadley Racher & Braun enters his appearance in the above-captioned cause of action on behalf of the Defendant Merck & Company, Inc.

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN

_____
Attorneys for Defendant, Merck & Co., Inc.

George M. Plews, #6274-49
Brett E. Nelson, #22096-53
David L. Pippen, #18430-49
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202-3415
Tel:   (317) 637-0700
Fax:   (317) 637-0711
E-mail: gplews@psrb.com
E-mail: bnelson@psrb.com
E-mail: dpippen@psrb.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 on this February 21, 2006.

_____
David L. Pippen

PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202-3415
Tel: (317) 637-0700
Fax: (317) 637-0711
E-mail: dpippen@psrb.com