UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        VIOXX                    :   MDL NO. 1567
PRODUCTS LIABILITY LITIGATION          :
                                       :   SECTION: L
                                       :
                                       :   JUDGE FALLON
                                       :   MAG. JUDGE KNOWLES
                                       :
************************************
THIS DOCUMENT RELATES TO
CASE NO. 05-CV-4709

## NOTICE OF APPEARANCE

Mary Beth Lukco, Esq. of Ritter & Randolph, LLC, hereby gives notice of her appearance as additional counsel for Plaintiffs Lawrence F. Smith and Kathleen D. Smith in the above-captioned case, in addition to Robert G. Hyland, Esq., present counsel for Plaintiffs.

_____          _____
Robert G. Hyland [0023150]         Mary Beth Lukco [0079779]
Ritter & Randolph, LLC             Ritter & Randolph, LLC
105 E. 4th Street, Suite 1200      105 E. 4th Street, Suite 1200
Cincinnati, Ohio 45202             Cincinnati, Ohio 45202
(513) 381-5700                     (513) 381-5700
(513) 381-0014 fax                 (513) 381-0014 fax
rhyland@ritter-randolph.com        mblukco@ritter-randolph.com

RITTER & RANDOLPH LLC
LAW OFFICES
105 EAST FOURTH STREET
SUITE 1200
CINCINNATI, OHIO 45202-4015

PHONE (513) 381-5700
FAX (513) 381-0014

EMAIL
LAWYERS@RITTER-RANDOLPH.COM
WEB
WWW.RITTERANDRANDOLPH.COM

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order Nos. 8 and 14, on this 9th day of February, 2006.

_____
Mary Beth Lukco

RITTER & RANDOLPH LLC
LAW OFFICES
105 EAST FOURTH STREET
SUITE 1200
CINCINNATI, OHIO 45202-4015

PHONE (513) 381-5700
FAX (513) 381-0014

EMAIL
LAWYERS@RITTER-RANDOLPH.COM
WEB
WWW.RITTERANDRANDOLPH.COM