STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Leah Winward

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 21  AM 7: 37

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Leah Winward, on behalf of the heirs of her husband Kenneth C. Winward<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

On this, the 5th day of February, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Leah Winward will refile in the federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff Leah Winward, on behalf of the heirs of her husband, Kenneth C. Winward, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____

APPROVED AND SO ORDERED:

_____
Eldon E. Fallon
United States District Judge


DATED this _9_ day of February, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen F. Edwards
Attorneys for Plaintiff

DATED this _8_ day of February, 2006.

RAY, QUINNEY & NEBEKER

_____
Rick Rose
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of February, 2006.

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Leah Winward

**RECEIVED**
JAN 13 2006
**MORGAN, MINNOCK & RICE**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Leah Winward, on behalf of the heirs of her husband Kenneth C. Winward<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br>**AFFIDAVIT OF LEAH WINWARD** |

Leah Winward, being first duly sworn, states as follows:

1. I am the widow of Kenneth C. Winward who was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. I have been substituted for my husband, who passed away on August 21, 2002, as the Plaintiff in the above-captioned matter on behalf of the heirs of Kenneth C. Winward.

3. It is my desire and request that my claim, on behalf of the heirs of my husband, Kenneth C. Winward, against Merck & Company, Inc., be dismissed without prejudice.

FURTHER AFFIANT SAYETH NOT.

_Leah Winward_
Leah Winward

STATE OF __Utah__ )
                                 :ss
COUNTY OF __Salt Lake__ )

NOTARY PUBLIC
SUADA NEIMARLIJA
1285 South 2100 East
Salt Lake City, UT 84108
My Commission Expires: 10-14-2007
State of Utah

Sworn to and subscribed before me this __12th__ day of __January__, 2006.

_Suada Neimarlija_
Notary Public

My Commission Expires:
__10-14-2007__

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **AFFIDAVIT OF LEAH WINWARD** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of February, 2006.

*[signature]*