```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA    2006 FEB 22  AM 11:28

LORETTA G. WHYTE
CLERK

MOSES B. FRYER                              *      CIVIL ACTION

VERSUS                                      *      NUMBER 05-995

MERCK/SCHERING, ET AL.                      *      SECTION "L" (3)

## ORDER

IT IS ORDERED that Plaintiffs' Liaison Counsel is directed to respond to the attached letter in a timely fashion.

New Orleans, Louisiana, this __21st__ day of February, 2006.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Moses B. Fryer
1200 Glenwood Ave., S.E.
Atlanta, Georgia 30316

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF
LOUISIANA, LAFAYETTE LOUISIANA.

RECEIVED
FEB - 9 2006

Moses B. Fryer (PRO SE.)
(PLAINTIFF/PETITIONER):

— vs —

MERCK/SCHERING, ET aL.
(DEFENDANTS):

CASE NO.# 05-995
1:04-CV-3679-CAP
05 MDL 1657 L

"Motion For Case Status".

I, Moses B. Fryer known hereof, And therein of thus styled petitioned case As cited supra herein.

I, Petitioner has not heard from Thus honorable court since the U.S.D.C. Atlanta Divisional, Northern District. Explaining the Transfer Measures of Thus case #1:04-CV-3679-CAP., I Hereby Request Respectfully to know About the Status of said case due to (two) Transfers of Thus case, from Atlanta, to New Orleans, Than to Lafayette, LA. I being PRO SE. Defending As Well As draw up my own Petition (1983) Action Against the supra Named Defendants. I Hereby Motion—

*(PAGE TWO)*

Thus court to let me know the status of my case, as required the "U.S.C.R." procedures to such rules of notificative procedures thereof, and there to such rules on U.S. Judicial rules of status for petitioner to be told and inform of the status of his case.

/s/ Moses B. Fryer
* MOSES B. FRYER (PRO Se.)
1200 Glenwood Ave. S.E
ATLANTA, GA # 30316
PH. 404-635-0952

Respectfully
Mailed through the U.S. Postal Service for the U.S.D.C. "Clerk" for and to the Hon. U.S.D.C. E. Div. Lafayette, La.

This 23rd day of January 2006

"Copie 1 of 3"

MOSES B. FRYER #707
1200 Glenwood Ave, S.E.,
ATLANTA, GA. # 30316

ATLANTA GA 303
23 JAN 2006 PM 6 T

U.S. District Court

Attn: United States Court Clerk office;
United States Dist. Co. of Louisiana
Eastern District of Louisiana
102 Versaill
Lafayette, LA

USDI

USD1102   752 N1 1 B05 C 23 02/05/06
NOTIFY SENDER OF NEW ADDRESS
:US DISTRICT COURT
500 POYDRAS ST RM C15
NEW ORLEANS LA 70130-3319

BC: 701303311999   *2024-06878-23-38

70130%3319
70501+6700 C04