A CERTIFIED TRUE COPY

FEB 21 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 22 PM 1:46

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2006

FILED
CLERK'S OFFICE

*DOCKET NOS. 1657 AND 1699*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-39) WITH SEPARATION, REMAND AND MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-16)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 2,856 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. Since that time, 393 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex that involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 21 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dkd _____
_✓_ CtrmDep _____
___ Doc. No _____

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, 391 F.Supp.2d.1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-39 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-16 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN 2 05-2515 | Gerald E. Robinson, Sr., et al. v. Merck & Co., Inc., et al. | | 06-915 |
| **CALIFORNIA EASTERN** | | | |
| ~~CAE 2 06-82~~ | ~~Deborah Sisemore v. Merck & Co., Inc., et al.~~ | Opposed 2/17/06 | |
| **IOWA NORTHERN** | | | |
| IAN 5 05-4147 | Dorothy E. Magnusson v. Merck & Co., Inc., et al. | | 06-916 |
| **MISSOURI EASTERN** | | | |
| MOE 4 05-1593 | Elaine Smith, et al. v. Merck & Co., Inc., et al. | | 06-917 |
| **TEXAS EASTERN** | | | |
| TXE 1 05-782 | Thelma McCray, etc. v. Merck & Co., Inc., et al. | | 06-918 |
| **TEXAS WESTERN** | | | |
| TXW 5 05-1159 | Brigida Gonzales, etc. v. Merck & Co., Inc., et al. | | 06-919 |
| **UTAH** | | | |
| UT 2 05-967 | Sherri Fisher, etc. v. Merck & Co., et al. | | 06-920 |

## INVOLVED COUNSEL LIST (CTO-39)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## INVOLVED COUNSEL LIST (CTO-16)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Jaime Aldape
2108 Main Avenue
San Antonio, TX 78212

F. Wendell Allen
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

John A. Anderson
Stoel Rives LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111-4904

Jane Elizabeth Bockus
Clark Thomas & Winters
McCombs Plaza, Suite 165
755 East Mulberry
San Antonio, TX 78212

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Timothy M. Davis
Adams & Reese, LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203-3367

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Ste. 2200
San Antonio, TX 78205

Louis C. Dugas
Clay Dugas & Associates, P.C.
805 Park Street
Beaumont, TX 77701

Thomas E. Dutton
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
Park Place Tower
Suite 1100
2001 Park Place North
Birmingham, AL 35203

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Robert W. Green
4240 Hickory Lane
Suite 400
P.O. Box 2510
Sioux City, IA 51106-0519

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Robert D. Houghton
Shuttleworth & Ingersoll, P.C.
115 Third Street, SE
Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406

William Zachary Hughes
Baker Botts
910 Louisiana
One Shell Plaza
Suite 3000
Houston, TX 77002-7851

Harvey L. Kaplan
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

Kelly R. Kimbrough
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Kristine Larsen
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
Salt Lake City, UT 84145-0385

Gregory M. Lederer
Simmons, Perrine, Albright
& Ellwood
115 Third Street, S.E.
Suite 1200
Cedar Rapids, IA 52401-1266

Gregory A. Markel
Cadwalader, Wickersham
& Taft, LLP
One World Financial Center
New York, NY 10281

Peter Edward Schnaitman
Tucker, Ellis & West
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

Amy W. Schulman
DLA Piper Rudnick Gray Cary US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

George T. Waddoups
Robert J. Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

INVOLVED JUDGES LIST (CTO-39)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED JUDGES LIST (CTO-16)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Orlando L. Garcia
U.S. District Judge
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Donald E. O'Brien
Senior U.S. District Judge
P.O. Box 267
Sioux City, IA 51102

~~Hon. William B. Shubb~~
~~Senior U.S. District Judge~~
~~14-200 United States Courthouse~~
~~501 I. Street~~
~~Sacramento, CA 95814-2322~~

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

INVOLVED CLERKS LIST (CTO-39)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED CLERKS LIST (CTO-16)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

~~Jack L. Wagner, Clerk~~
~~4-200 U.S. Courthouse~~
~~501 I. Street~~
~~Sacramento, CA 95814-2322~~

James D. Hodges. Jr., Clerk
301 Federal Building
320 Sixth Street
Sioux City, IA 51101

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198