IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:05-CV-01284

JO RICHARDSON

    Plaintiff,

vs.

MERCK AND CO. INC. and
WINN-DIXIE STORES, INC.,

    Defendants.



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 2 2 2006
LORETTA G. WHYTE
CLERK

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JO RICHARDSON, by and through her undersigned attorneys, and pursuant to FRCP 1.420(a), hereby voluntarily dismisses Defendant, WINN-DIXIE STORES, INC., from this action, with prejudice, each side to bear its own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and U.S. Mail on this 14th day of February, 2006, to: Jennifer Marino, Esquire, Fowler White Boggs & Banker, 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, *Attorney for Winn-Dixie Stores, Inc.*

           **LIMBEROPOULOS & STEINGOLD**

           Chris M. Limberopoulos, Esquire
           Florida Bar Number: 341126
           400 North Ashley Drive, Suite 2150
           Tampa, FL 33602
           (813) 875-1818 Telephone
           (813) 879-2368 Facsimile
           Attorneys for Plaintiff

1

A CERTIFIED TRUE COPY
JAN 26 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 2:05-cv-02184-JM-TGW   Document 9   Filed 02/0/2006   Page 1 of 6

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 27 PM 1:20

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-37)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,836 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 26 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
FEB 3 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No___

Case 2:05-md-01657-EEF-DEK   Document 3445   Filed 02/22/06   Page 3 of 9
Case 8:05-cv-02184-⬤M-TGW   Document 9   Filed 02/⬤2006   Page 2 of 6

PAGE 1 of 5

## SCHEDULE CTO-37 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS   1   05-680 | Henry, et al. Coxwell v. Merck & Co., Inc. | 06-0375 |
| **CALIFORNIA CENTRAL** | | |
| CAC   2   05-8273 | Michael Corson v. Merck & Co., Inc., et al. | 06-0376 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE   2   05-2436~~ | ~~Edith Crook v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2437~~ | ~~Alma Zehrung v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2446~~ | ~~Pamela Parker, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2464~~ | ~~John Hoien, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| ~~CAE   2   05-2465~~ | ~~James Lame Bull, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/26/06 | |
| **FLORIDA MIDDLE** | | |
| FLM   2   05-566 | Beverly Roos v. Merck & Co., Inc., et al. | 06-0377 |
| FLM   2   05-570 | Reinhard Metzger v. Merck & Co., Inc. | 06-0378 |
| ~~FLM   3   05-1146~~ | ~~Patricia A. Ricketts, et al. v. Merck & Co., Inc.~~ | ~~06-0379~~ |
| FLM   3   05-1148 | Cornice Brewton v. Merck & Co., Inc. | 06-0380 |
| FLM   3   05-1149 | Judy A. Kilpatrick, et al. v. Merck & Co., Inc. | 06-0381 |
| FLM   3   05-1150 | Toni Marie Raices, etc. v. Merck & Co., Inc., et al. | 06-0382 |
| FLM   3   05-1151 | Frances Schoenberger v. Merck & Co., Inc. | 06-0383 |
| FLM   3   05-1212 | Walter Nowicki v. Merck & Co., Inc., et al. | 06-0384 |
| FLM   3   05-1213 | Eugene Eastmoore, et al. v. Merck & Co., Inc., et al. | 06-0385 |
| FLM   5   05-482 | Gladys Flores v. Merck & Co., Inc., et al. | 06-0386 |
| FLM   8   05-1957 | Sarah Caldwell, etc. v. Merck & Co., Inc. | 06-0387 |
| FLM   8   05-2167 | Hazel L. McDade v. Merck & Co., Inc., et al. | 06-0388 |
| FLM   8   05-2168 | Jacqueline M. Thibodeau v. Merck & Co., Inc. | 06-0389 |
| FLM   8   05-2182 | Barbara Swetekos v. Merck & Co., Inc., et al. | 06-0390 |
| FLM   8   05-2183 | Carole Cochrane, et al. v. Merck & Co., Inc. | 06-0391 |
| FLM   8   05-2184 | Jo Richardson v. Merck & Co., Inc. | 06-0392 |
| FLM   8   05-2185 | Glenda Basham, etc. v. Merck & Co., Inc. | 06-0393 |
| FLM   8   05-2186 | Allen Townsend, et al. v. Merck & Co., Inc. | 06-0394 |
| FLM   8   05-2187 | Myriam Gorra, etc. v. Merck & Co., Inc. | 06-0395 |
| FLM   8   05-2189 | Shirley Threadgill, etc. v. Merck & Co., Inc. | 06-0396 |
| FLM   8   05-2211 | Faye Martell, et al. v. Merck & Co., Inc. | 06-0397 |
| FLM   8   05-2212 | Penelope Anderson, et al. v. Merck & Co., Inc. | 06-0398 |
| FLM   8   05-2228 | Carol B. Graves, etc. v. Merck & Co., Inc. | 06-0399 |
| FLM   8   05-2233 | Ronald Ledford v. Merck & Co., Inc., et al. | 06-0400 |
| FLM   8   05-2249 | James Olig v. Merck & Co., Inc., et al. | 06-0401 |
| **FLORIDA NORTHERN** | | |
| FLN   4   05-457 | Edward L. Weirick v. Merck & Co., Inc., et al. | 06-0402 |
| **FLORIDA SOUTHERN** | | |
| FLS   0   05-61755 | Martha Lyons, et al. v. Merck & Co., Inc. | 06-0403 |
| FLS   0   05-61834 | Madeline Riehl v. Merck & Co., Inc. | 06-0404 |
| FLS   0   05-61835 | Louis Berardi v. Merck & Co., Inc. | 06-0405 |
| FLS   0   05-61836 | Etta Bucknor v. Merck & Co., Inc. | 06-0406 |
| FLS   1   05-23107 | Ella Cline v. Merck & Co., Inc. | 06-0407 |

SCHEDULE CTO-37 TAG-ALONG ACTIONS (MDL-1657) PAGE 2 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN 1 05-3009 | Imogene Burse, et al. v. Merck & Co., Inc. | 06-0408 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-6772 | Larry K. Broyles v. Merck & Co., Inc. | 06-0409 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 05-790 | Ingeborg Sass, et al. v. Merck & Co., Inc., et al. | 06-0410 |
| ~~ILS 3 05-822~~ | ~~Gloria Jackson, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS 3 05-841~~ | ~~Barbara Allen, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS 3 05-842~~ | ~~Dottie Ricker, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS 3 05-865~~ | ~~Barbara Beyer v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~ILS 3 05-866~~ | ~~Dolores Coulter v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| **KANSAS** | | |
| KS 2 05-2501 | Becky S. Hamilton, et al. v. Merck & Co., Inc. | 06-0411 |
| KS 2 05-2502 | Donna Andrews, et al. v. Merck & Co., Inc. | 06-0412 |
| **KENTUCKY EASTERN** | | |
| KYE 3 05-67 | Marian L. Gordon v. Merck & Co., Inc. | 06-0413 |
| **KENTUCKY WESTERN** | | |
| ~~KYW 1 05-200~~ | ~~Thelma Jean Phillips, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~KYW 3 05-633~~ | ~~Carey L. Mynhier, et al. v. Merck & Co., Inc.~~ Opposed 1/25/06 | |
| ~~KYW 3 05-651~~ | ~~James A. Daniels et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| ~~KYW 3 05-664~~ | ~~Sue R. Gardner, etc. v. Merck & Co., Inc.~~ Opposed 1/25/06 | |
| ~~KYW 3 05-731~~ | ~~Ellen Rittenhouse, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-1344 | Christopher Paul Veatch, et al. v. Merck & Co., Inc. | 06-0414 |
| LAM 3 05-1387 | Randall Miller v. Merck & Co., Inc. | 06-0415 |
| **MARYLAND** | | |
| MD 1 05-3228 | Shirley Foehrkolb, et al. v. Merck & Co., Inc. | 06-0416 |
| MD 1 05-3229 | Janet Beyers v. Merck & Co., Inc. | 06-0417 |
| MD 1 05-3323 | Lucille Schiling v. Merck & Co., Inc. | 06-0418 |
| MD 8 05-3154 | Debra Boyer, etc. v. Merck & Co., Inc. | 06-0419 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-1212 | James Scarlett, et al. v. Merck & Co., Inc., et al. | 06-0420 |
| MOW 4 05-1213 | Ronald E. Lumb, et al. v. Merck & Co., Inc., et al. | 06-0421 |
| MOW 4 05-1214 | Gary Lee Pittman, et al. v. Merck & Co., Inc. | 06-0422 |
| MOW 4 05-1231 | Dennis R. Barnes v. Merck & Co., Inc. | 06-0423 |
| ~~MOW 4 05-1232~~ | ~~James Warner v. Merck & Co., Inc.~~ Opposed 1/25/06 | |
| MOW 4 05-1233 | Roger Cooper v. Merck & Co., Inc. | 06-0424 |
| **NEW YORK EASTERN** | | |
| NYE 1 05-5608 | Howard Simmons, et al. v. Merck & Co., Inc. | 06-0425 |
| NYE 1 05-5617 | Ninel Gurevich v. Merck & Co., Inc. | 06-0426 |
| NYE 1 05-5727 | Doreen Anderson v. Merck & Co., Inc. | 06-0427 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-10105 | Ruby Young, etc. v. Merck & Co., Inc. | 06-0428 |
| NYS 1 05-10215 | Maria De Luca v. Merck & Co., Inc. | 06-0429 |

SCHEDULE CTO-37 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 3 of 5

**DIST. DIV. C.A. #**                **CASE CAPTION**

NEW YORK WESTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NYW 6 05-6621 | James W. Reid, etc. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6623 | Peter Boiano, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6624 | Mattie Hunt, et al., v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6625 | Walter Brewer, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6626 | John Monte, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6627 | Armeda Bamford, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6628 | Shirley Hyche, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6629 | Delanese Anderson, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6630 | Joseph Avolio, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6631 | Pastoria Bailey, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6632 | Michael Astrella, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6633 | Charles Bagley, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6634 | Lester E. Arnold, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6636 | Eusebio Aponte, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6637 | Marilyn J. Chase, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6638 | Sophie Bissel, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6640 | Catherine Flint, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6641 | Leon Greek, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6642 | Gerard L. Cook, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6643 | George Longley, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6644 | James J. Quadd, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6647 | Joseph Benedict, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6648 | Luise Bernard, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6649 | Betty Brown, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6650 | Marie Brown, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6651 | Mary Cannon, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6652 | Marilyn Chase, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6653 | Jeanette Connors, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6654 | Wanda Bickel, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6656 | Marcella Kordasiewicz, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6657 | Paul Anderson, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6658 | Angelo Disalvo, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6659 | Lucille Harris, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6660 | Marian Corey, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6661 | Anna Daluiso, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6662 | Jerome Anthon, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6663 | Kenneth S. Critten, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6664 | Sweetie Davis, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6665 | Mary Ellen Weitzsacker, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6666 | Raymond Barbato, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6667 | Isabelle C. Bryant, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6668 | William Robinson, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6669 | Gary T. Bielak, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6670 | James J. Donohue, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6671 | Cindy Czekalski, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6672 | Jennie D'Amore, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6673 | Catherine Davis, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6676 | Syrrita Blackmon, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6677 | Elton Wilson, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6678 | William Clark, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6679 | Concetta Arena, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6680 | George Cipressi, et al. v. Merck & Co., Inc., et al. Opposed 1/25/06 |
| NYW 6 05-6681 | Ronald Gallipeau, etc. v. Merck & Co., Inc., et al. Opposed 1/25/06 |

SCHEDULE CTO-37 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 4 of 5

|  |  | EDLA |
|---|---|---|
| DIST. DIV. C.A. # | CASE CAPTION | SEC L/3 |
| **OHIO NORTHERN** | | |
| OHN 1 05-2585 | Nadia Farraj, etc. v. Merck & Co., Inc. | 06-0430 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 05-482 | Ivey Garner, etc. v. Merck & Co,. Inc. | 06-0431 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1377 | George Davis Riggs, Sr. v. Merck & Co., Inc., et al. | 06-0432 |
| OKW 5 05-1378 | MaryThompson, et al. v. Merck & Co., Inc. | 06-0433 |
| OKW 5 05-1406 | Wilma F. Mathews, etc. v. Merck & Co., Inc. | 06-0434 |
| OKW 5 05-1430 | Angie Oden, etc. v. Merck & Co., Inc. | 06-0435 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-6072 | John R. Bower, M.D., et al. v. Merck & Co., Inc. | 06-0436 |
| PAE 2 05-6202 | Kevin Kelaher, etc. v. Merck & Co., Inc., et al. | 06-0437 |
| PAE 2 05-6206 | Linda Tiller v. Merck & Co., Inc. | 06-0438 |
| PAE 2 05-6225 | David J. Simakaski, et al. v. Merck & Co., Inc., et al. | 06-0439 |
| PAE 2 05-6314 | Jimmie Munn, et al. v. Merck & Co., Inc., et al. | 06-0440 |
| PAE 2 05-6335 | David E. Beeman, et al. v. Merck & Co., Inc., et al. | 06-0441 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 05-1682 | Andrew J. Fabian, et al., v. Merck & Co., Inc. | 06-0442 |
| **PUERTO RICO** | | |
| ~~PR 3 05-2055~~ | ~~Iraida Badillo-Morales, et al. v. Merck & Co., Inc.~~ Vacated 1/25/06 | |
| **TENNESSEE MIDDLE** | | |
| TNM 1 05-89 | Mike H. Cole v. Merck & Co., Inc., et al. | 06-0443 |
| TNM 3 05-936 | Oronde Davis v. Merck & Co., Inc. | 06-0444 |
| ~~TNM 3 05-1006~~ | ~~Ruth Faulkner, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/25/06 | |
| TNM 3 05-1019 | Cleveland Moreland v. Merck & Co., Inc., et al. | 06-0445 |
| TNM 3 05-1020 | Naomi Eads v. Merck & Co., Inc., et al. | 06-0446 |
| TNM 3 05-1022 | Hazel Henderson v. Merck & Co., Inc., et al. | 06-0447 |
| TNM 3 05-1023 | Lonetta Malone v. Merck & Co., Inc., et al. | 06-0448 |
| TNM 3 05-1024 | George R. Jones v. Merck & Co., Inc., et al. | 06-0449 |
| TNM 3 05-1025 | Annette Ransom v. Merck & Co., Inc., et al. | 06-0450 |
| TNM 3 05-1026 | Desinda Malone v. Merck & Co., Inc., et al. | 06-0451 |
| TNM 3 05-1028 | Bobby Dennis v. Merck & Co., Inc., et al. | 06-0452 |
| **TENNESSEE WESTERN** | | |
| TNW 2 05-2794 | Estella Howard, etc. v. Merck & Co., Inc., et al. | 06-0453 |
| **TEXAS EASTERN** | | |
| TXE 1 05-800 | Lanny Myers v. Merck & Co., Inc. | 06-0454 |
| TXE 1 05-801 | Charles L. Branch v. Merck & Co., Inc. | 06-0455 |
| TXE 2 05-537 | Frank Wynn, et al. v. Merck & Co., Inc. | 06-0456 |
| TXE 5 05-214 | Carol Lee Foster v. Merck & Co., Inc. | 06-0457 |
| **TEXAS SOUTHERN** | | |
| TXS 4 05-4085 | Emma Fleenor v. Merck & Co., Inc. | 06-0458 |
| TXS 4 05-4087 | Mary Ann Sanders v. Merck & Co., Inc. | 06-0459 |
| TXS 4 05-4125 | Joan Nowak Janosky, et al. v. Merck & Co., Inc. | 06-0460 |

SCHEDULE CTO-37 TAG-ALONG ACTIONS (MDL-1657)                                   PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **TEXAS WESTERN** | | |
| TXW 1 05-505 | Ronald Vigil v. Merck & Co., Inc. | 06-0461 |
| TXW 1 05-506 | Phyllis Wilson v. Merck & Co., Inc. | 06-0462 |
| TXW 1 05-980 | Julio Villarreal, Jr. v. Merck & Co., Inc. | 06-0463 |
| TXW 5 05-1187 | Christine Rodriguez v. Merck & Co., Inc. | 06-0464 |
| **UTAH** | | |
| UT 2 05-972 | Yvonne Petty, etc. v. Merck & Co., Inc. | 06-0465 |
| **VIRGINIA EASTERN** | | |
| VAE 3 05-830 | Lindsey C. Lockett, Jr. v. Merck & Co., Inc., et al. | 06-0466 |
| VAE 3 05-831 | Sherill J. Jackson v. Merck & Co., Inc., et al. | 06-0467 |
| **WASHINGTON EASTERN** | | |
| WAE 2 05-373 | Michael Hensz, et al. v. Merck & Co., Inc. | 06-0468 |
| WAE 2 05-374 | Richard McKiernan v. Merck & Co., Inc. | 06-0469 |
| **WASHINGTON WESTERN** | | |
| WAW 3 05-5763 | Charlotte Bateman, et al. v. Merck & Co., Inc. | 06-0470 |

## Thompson, Karly

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Wednesday, February 08, 2006 11:47 AM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 8:05-cv-02184-JSM-TGW Richardson v. Merck & Co., Inc. "Multidistrict litigation out" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Middle District of Florida

Notice of Electronic Filing

The following transaction was received from jlh, entered on 2/8/2006 at 11:47 AM EST and filed on 2/8/2006

**Case Name:** Richardson v. Merck & Co., Inc.
**Case Number:** 8:05-cv-2184
**Filer:**
**WARNING: CASE CLOSED on 02/08/2006**
**Document Number:** 9

**Docket Text:**
MULTIDISTRICT LITIGATION panel order transferring case to: Eastern District of Louisiana Transferree court case number: 06-0392 MDL case number: 1657 (jlh, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/8/2006] [FileNumber=2765118-0]
[3fb73a8cf9ceecb40840d1ccdfe5c579a5be487d382ce1f1a9ec73397976734dd3dd
92ddfead856b8bf87a3da402edea982353a3d1ff66439ddcc8e44cde73c0]]

**8:05-cv-2184 Notice will be electronically mailed to:**

Edward A. Albrecht    pascolaw@aol.com

David J. D'Agata    ddagata@steelhector.com, daviddagata@bellsouth.net

Chris M. Limberopoulos    chrislimber@prodigy.net, bevhughes63@hotmail.com

Patricia E. Lowry    plowry@ssd.com, speck@ssd.com; jfirogenis@ssd.com; jheyward@ssd.com

2/8/2006

Jennifer Lynn Marino     jlmarino@fowlerwhite.com, kthompson@fowlerwhite.com

John B.T. Murray , Jr     jbmurray@ssd.com, speck@steelhector.com

Dori K. Stibolt     dstibolt@ssd.com, mcraig@ssd.com; jheyward@ssd.com

**8:05-cv-2184 Notice will be delivered by other means to:**