FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 22 PM 1:58
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

WALTER NOWICKI,
         Plaintiff,
vs.

MERCK & CO., INC,
         Defendant.    /

Civil Action No. 2:06-cv-384

JUDGE FALLON
MAG. JUDGE KNOWLES

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, WALTER NOWICKI, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, ALLISON HUBKA SCHROEDER, on November 15, 2005.

Dated this 20th day of February, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 20th day of January, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

# AFFIDAVIT OF SERVICE

State of FLORIDA          County of COLUMBIA          Circuit Court

Case Number: 05-418-CA

Plaintiff:
**WALTER NOWICKI**

vs.

Defendant:
**MERCK & CO., INC., PAMELA FOGARTY, KELLY HENNESSEY, MELISSA E. KAHN, ELIZABETH KLOEPPEL BOOTH, DANIEL G. MYERS, MARK B. SLUDER, JAN C. YOUNG, KELLY R. CARBONA, GINA GROOM KINARD, ARCHENA DABNEY, JOHN P. HOLLIS, ALLISON HUBKA SCHROEDER, DOUGLAS A. MCELROY, THOMAS M. ADAMS, KIM ALV**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 7th day of November, 2005 at 9:39 am to be served on **ALLISON HUBKA SCHROEDER, 200 HAZARD STREET, ORLANDO, FLORIDA 32084**.

I, CHOICE PROCESS-ORLANDO, being duly sworn, depose and say that on the **15th day of November, 2005** at **7:57 pm, I**:

SUBSTITUTE SERVED this SUMMONS AND COMPLAINT AND FIRST REQUEST FOR CASE-SPECIFIC DISCOVERY DIRECTED TO DEFENDANT on JIMMY SCHROEDER as SPOUSE of the within named defendant, and informing said person of the contents thereof pursuant to F.S. 48.031 (2) (a).

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

ORIGINAL FILED WITH COURT

**CHOICE PROCESS-ORLANDO**
Process Server

Subscribed and Sworn to before me on the 28th day of November, 2005 by the affiant who is personally known to me.

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

_____
NOTARY PUBLIC

Our Job Serial Number: 2005005694

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j