U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 FEB 22 PM 1:58
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-384

WALTER NOWICKI,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
        Defendant.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, WALTER NOWICKI, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, MARK B. SLUDER, on December 2, 2005.

Dated this ____ day of February, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 20st day of January, 2006. Feb

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: Aretha.davis@dechert.com

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: SGiamportone@wcsr.com

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: blitten@ssd.com
Email: plowry@ssd.com
Email: jbmurray@ssd.com
Email: dstibolt@ssd.com
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
Email: VIOXX@hhkc.com
Plaintiff's Liaison Counsel

3

RETURN OF SERVICE

PERSON TO BE SERVED:                          RECEIPT NUMBER: 0003702-05

MARK B SLUDER
133 SUMMER TREE CT
PONTE VEDRA BEACH FL

PLAINTIFF: WALTER NOWICKI
 -VS-
DEFENDANT: MERCK & CO, ET AL

TYPE WRIT: SUMMONS/COMPLAINT/INTERROGATORIES/REQUEST FOR DISCOVERY

   COURT: CIRCUIT/COLUMBIA
   CASE #: 05-418-CA

   Received the above-named writ on November 21, 2005, at 4:06 PM,
   and served the same on December 2, 2005, at 1:12 PM,
   in ST JOHNS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: MARK B SLUDER

SERVICE COST: $20.00                          DAVID B. SHOAR, SHERIFF
SS, CIVIL CLERK                               ST JOHNS COUNTY, FLORIDA

                                        BY: _____
                                              SHERRI TOTH, D.S.
MAIL TO:

   813-222-0977
   ALLEY & INGRAM
   701 E WASHINGTON ST
   TAMPA, FL    33602-5016

RETURN OF SERVICE

RECEIPT NUMBER: 0003702-05

PERSON TO BE SERVED:

MARK B SLUDER
133 SUMMER TREE CT
PONTE VEDRA BEACH FL

PLAINTIFF: WALTER NOWICKI
-VS-
DEFENDANT: MERCK & CO, ET AL

TYPE WRIT: SUMMONS/COMPLAINT/INTERROGATORIES/REQUEST FOR DISCOVERY

COURT: CIRCUIT/COLUMBIA
CASE #: 05-418-CA

Received the above-named writ on November 21, 2005, at 4:06 PM, and served the same on December 2, 2005, at 1:12 PM, in ST JOHNS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: MARK B SLUDER

SERVICE COST: $20.00
SS, CIVIL CLERK

DAVID B. SHOAR, SHERIFF
ST JOHNS COUNTY, FLORIDA

BY: _____
SHERRI TOTH, D.S.

MAIL TO:

813-222-0977
ALLEY & INGRAM
701 E WASHINGTON ST
TAMPA, FL   33602-5016