UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

WALTER NOWICKI,
          Plaintiff,
vs.

MERCK & CO., INC,
          Defendant.    /

Civil Action No. 2:06-cv-384

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, WALTER NOWICKI, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, DANIEL G. MYERS, on November 28, 2005.

Dated this 20th day of February, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 20 day of January, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

RECEIPT NUMBER: 0003702-05

PERSON TO BE SERVED:

DANIEL G MYERS
233 STRAWBERRY LN
JACKSONVILLE FL

PLAINTIFF: WALTER NOWICKI
 -VS-
DEFENDANT: MERCK & CO, ET AL

TYPE WRIT: SUMMONS/COMPLAINT/INTERROGATORIES/REQUEST FOR DISCOVERY

   COURT: CIRCUIT/COLUMBIA
   CASE #: 05-418-CA

   Received the above-named writ on November 21, 2005, at 4:06 PM,
   and served the same on November 28, 2005, at 10:00 AM,
   in ST JOHNS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: DANIEL G MYERS

SERVICE COST: $20.00                       DAVID B. SHOAR, SHERIFF
JP, CIVIL CLERK                            ST JOHNS COUNTY, FLORIDA

MAIL TO:                                BY: _Beth Patterson_  2846
                                            BETH PATTERSON, D.S.
   813-222-0977
   ALLEY & INGRAM
   701 E WASHINGTON ST
   TAMPA, FL    33602-5016

RETURN OF SERVICE

RECEIPT NUMBER: 0003702-05

PERSON TO BE SERVED:

DANIEL G MYERS
233 STRAWBERRY LN
JACKSONVILLE FL

PLAINTIFF: WALTER NOWICKI
 -VS-
DEFENDANT: MERCK & CO, ET AL

TYPE WRIT: SUMMONS/COMPLAINT/INTERROGATORIES/REQUEST FOR DISCOVERY

  COURT: CIRCUIT/COLUMBIA
  CASE #: 05-418-CA

    Received the above-named writ on November 21, 2005, at 4:06 PM,
    and served the same on November 28, 2005, at 10:00 AM,
    in ST JOHNS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: DANIEL G MYERS

SERVICE COST: $20.00                      DAVID B. SHOAR, SHERIFF
JP, CIVIL CLERK                           ST JOHNS COUNTY, FLORIDA

                                    BY: _____
                                          BETH PATTERSON, D.S.

MAIL TO:

  813-222-0977
  ALLEY & INGRAM
  701 E WASHINGTON ST
  TAMPA,  FL      33602-5016