IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| ANITA ROBERTS | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. C.A. 05-4712 L (3) |
| | ) | |
| MERCK & CO., INC. | ) | Mailed for filing on January 6, 2006 |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE AND BRIEF IN SUPPORT

Plaintiff Anita Roberts hereby moves to dismiss her case without prejudice pursuant to Fed. Rule Civ. Proc. 41(a)(2) and offers the following brief in support:

### BRIEF IN SUPPORT

Plaintiff initially filed this suit in Oklahoma County District Court to toll the statute of limitations. Defendant removed the case to the United States District Court for the Western District of Oklahoma prior to being served with a copy of the state court Petition and Summons. Plaintiff desires to dismiss this case without prejudice in order to further investigate and evaluate the case. Defendant will not stipulate to a dismissal without prejudice absent an agreement not to refile the case in state court. Given the procedural history of this case, it may well be either refiled in federal court or removed to federal court. However, Defendant has not shown sufficient reason to restrict Plaintiff's future ability to refile the case in state court should that be the appropriate course of action. Plaintiff, therefore, must ask the Court for relief due to the Defendant's refusal to stipulate to a dismissal without prejudice.

## CONCLUSION

Plaintiff respectfully requests an order of this Court dismissing her claims without prejudice to refiling.

                                              NORMAN & EDEM, P.L.L.C.

                                      By: _____
                                            L. Mark Bonner, Esq., OBA #14541
                                            127 N.W. 10th St.
                                            Oklahoma City, OK 73103
                                            405-272-0200
                                            405-272-1055 (fax)
                                            Attorneys for Plaintiff

                                            ORIGINAL SIGNED DOCUMENT ON FILE WITH
                                            THE COURT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss Without Prejudice and Brief in Support has been served on Liaison Counsel, Russ Herman and Phillip Wittman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8 on this 6th day of January, 2006.

                                            _____
                                            L. Mark Bonner