FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 23  AM 11: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Anita Roberts v. Merck & Co., Inc.*, 05-4712

**ORDER**

IT IS ORDERED that the Plaintiff's Motion to Voluntarily Dismiss Without Prejudice and Brief in Support is DENIED.

New Orleans, Louisiana, this 22nd day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____