FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 21  PM 4: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br>　　LOUISIANA HEALTH SERVICE<br>　　INDEMNITY COMPANY d/b/a<br>　　BLUE CROSS/BLUESHIELD OF<br>　　LOUISIANA on behalf of itself<br>　　and others similarly situated<br>　　　　Representative Plaintiff<br><br>versus<br><br>MERCK & CO., INC.<br>　　Defendant<br><br>Case No. 05-0713 | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIRST MOTION FOR EXTENSION OF TIME

Merck & Co., Inc. ("Merck"), through its undersigned counsel and without waiving any objections or defenses, respectfully submits its first motion for extension of time to respond to the First Supplemental and Amended Complaint of Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana ("Louisiana Health Service"). With its supplemental and amended complaint, Louisiana Health Service has removed all class allegations. Accordingly, pursuant to Pretrial Order No. 15, Merck must respond to the individual allegations of the first supplemental and amended complaint.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

Merck respectfully moves for an order granting an extension of twenty (20) days, or up to and including March 13, 2006, within which to respond to the first supplemental and amended complaint. In support of this motion, Merck represents that: (1) no previous extension of time has been filed; (2) the delay for responding to the first supplemental and amended complaint has not yet expired; and (3) Merck has not been served with an objection to an extension of time.

**WHEREFORE,** Merck & Co., Inc., respectfully requests that this Court grant a twenty (20) day extension of time, up to and including March 13, 2006, within which to respond to the first supplemental and amended complaint of Louisiana Health Service Indemnity Company d/b/a Bluecross/Blueshield of Louisiana.

Respectfully submitted,

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
    Of
STANLEY FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504)-523-1580
Facsimile: (504)-524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504)-581-3200
Facsimile: (504)-581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First Motion for Extension of Time has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 21st day of February, 2006.