FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 23   AM 11: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
|     LOUISIANA HEALTH SERVICE | * | JUDGE ELDON E. FALLON |
|     INDEMNITY COMPANY d/b/a | * | |
|     BLUE CROSS/BLUESHIELD OF | * | MAGISTRATE JUDGE |
|     LOUISIANA on behalf of itself | * | DANIEL E. KNOWLES, III |
|     and others similarly situated | * | |
|         Representative Plaintiff | * | |
| | * | |
| versus | * | |
| | * | |
| MERCK & CO., INC. | * | |
|     Defendant | * | |
| | * | |
| Case No. 05-0713 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing First Motion for Extension of Time;

**IT IS ORDERED** that Merck & Co., Inc. hereby is granted a twenty (20) day extension or up to and including March 13, 2006, in which to respond to the first supplemental and amended complaint of Louisiana Health Service Indemnity Company d/b/a Bluecross/Blueshield of Louisiana.

New Orleans, Louisiana, this 22nd day of February, 2006.

_____

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
__ Doc. No _____