FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 23  AM 11: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION  MDL - 1657

EVELYN IRVIN PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.  REF NO. 05-4046

VERSUS

MERCK & CO., INC.  SECTION: L

## JUDGMENT

This matter came on before the Court for trial by jury on previous days. Now therefore, considering the answers of the jury to the interrogatories propounded to them, as well as the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiffs, Evelyn Irvin Plunkett, Individually, and as personal representative of the Estate of Richard Irvin, Jr., dismissing said plaintiffs' complaint with prejudice. Each party shall bear its own costs.

New Orleans, Louisiana, this 13 day of February, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____