UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>    STATE OF LOUISIANA, ex rel.<br>    CHARLES C. FOTI, JR.,<br>    ATTORNEY GENERAL<br>        Representative Plaintiff<br><br>    versus<br><br>    MERCK & CO., INC.,<br>        Defendant<br><br>    Case No. 05-3700<br>and<br><br>    LOUISIANA HEALTH SERVICE<br>    INDEMNITY COMPANY d/b/a<br>    BLUECROSS/BLUESHIELD OF<br>    LOUISIANA on behalf of<br>    itself and others similarly situated<br>        Representative Plaintiff<br><br>    versus<br><br>    MERCK & CO., INC.<br>        Defendant<br><br>    Case No. 05-0713 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## MOTION TO RE-URGE MOTION TO CONSOLIDATE
## THE TWO ABOVE-REFERENCED CASES FOR TRIAL



1

NOW INTO COURT, through undersigned counsel,[1] come Plaintiffs in the two above-referenced cases, the Louisiana Attorney General, et al. (hereinafter the "State Plaintiffs") and Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana"), and respectfully re-urge their Motion to Consolidate The Two Above-Referenced Cases for Trial, originally filed on January 30, 2006. The motion has been fully briefed by all sides and is ready for determination by the Court.

Respectfully submitted, this 23rd day of February, 2006,

DUGAN & BROWNE, a P.L.C.

*(signature)*

JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

*Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners, the Louisiana Attorney General, et al. and Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

**CHARLES C. FOTI, JR.**
**Attorney General**
TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

CHARLES A. O'BRIAN (Bar No. 10143)
BlueCross BlueShield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone:     (225) 295-2454
Facsimile:     (225) 297-2760

TAYLOR TOWNSEND (Bar No. 20021)
Kelly Townsend & Thomas
137 St. Denis Street
P.O. Box 756
Natchitoches, Louisiana. 71457
Telephone:  (318) 352-2353
Facsimile:   (318) 352-8918

*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

---

[1] Undersigned counsel respectfully represents that he is designated as Lead Counsel for all Plaintiffs in both of the two above-referenced cases.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Re-Urge Motion to Consolidated the Two Above-Referenced Cases for Trial has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 23rd day of February, 2006.

[signature]

F:\Case Files\Vioxx\Attorney General\pleadings\pleading 006 consolidation reurge.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br>         Products Liability Litigation<br><br>This Document Relates to:<br><br>       STATE OF LOUISIANA, ex rel.<br>       CHARLES C. FOTI, JR.,<br>       ATTORNEY GENERAL<br>              Representative Plaintiff<br><br>       versus<br><br>       MERCK & CO., INC.,<br>              Defendant<br><br>       Case No. 05-3700<br>and<br><br>       LOUISIANA HEALTH SERVICE<br>       INDEMNITY COMPANY d/b/a<br>       BLUECROSS/BLUESHIELD OF<br>       LOUISIANA on behalf of<br>       itself and others similarly situated<br>              Representative Plaintiff<br><br>       versus<br><br>       MERCK & CO., INC.<br>              Defendant<br><br>       Case No. 05-0713 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs in the two above-referenced cases, the Louisiana Attorney General, et al. and Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana, will bring the attached Motion to Re-Urge Motion to

1

Consolidated the Two Above-Referenced Cases for Trial for hearing on the ___23rd___ day of March, 2006 at 10:00 a.m. before the Honorable Eldon E. Fallon, Judge, United States District Court of the Eastern District of Louisiana, 500 Poydras Street, Courtroom C468, New Orleans, Louisiana 70130.

Respectfully submitted, this 23rd day of February, 2006,

**DUGAN & BROWNE, a P.L.C.**

_____
JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

*Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners, the Louisiana Attorney General, et al. and Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

**CHARLES C. FOTI, JR.**
**Attorney General**
TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

CHARLES A. O'BRIAN (Bar No. 10143)
BlueCross BlueShield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone:   (225) 295-2454
Facsimile:    (225) 297-2760

TAYLOR TOWNSEND (Bar No. 20021)
Kelly Townsend & Thomas
137 St. Denis Street
P.O. Box 756
Natchitoches, Louisiana. 71457
Telephone: (318) 352-2353
Facsimile:  (318) 352-8918

*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Hearing has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 23rd day of February, 2006.

_____

F:\Case Files\Vioxx\Attorney General\pleadings\pleading 006 consolidation reurge.wpd