UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITGATION | MDL Docket No. 1657 |
| | SECTION L |
| THIS RELATES TO: Meysami, et al. v. Merck & Co., Inc. | JUDGE FALLON |
| Civil Action No: 05-5353 | MAG. JUDGE KNOWLES |

### NOTICE OF APPEARANCE

COME now Roger C. Denton and Regina L. L. Wells of Schlichter, Bogard & Denton and do hereby enter their appearances on behalf of Plaintiffs in the above captioned action.

DATED: February 16, 2006

Respectfully submitted,

Roger C. Denton (MO 30292)
Regina L. L. Wells (MO 52473)
Schlichter, Bogard & Denton
100 S. 4th ST, Suite 900
St. Louis, MO 63102
314/621-6115 telephone
314/621-7151 facsimile
rdenton@uselaws.com
rwells@uselaws.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of February 2006.