FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 24  PM 2: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

JUDGE FALLON
MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF PROOF OF SERVICE

Plaintiffs' Liaison Counsel ("PLC") attaches and files the attached Proof of Service of Thomas E. Rea of Rea Investigations, Inc., certifying that service of a Subpoena, with Exhibit "A", was made on Invacare on January 23, 2006.

RESPECTFULLY SUBMITTED on this the 23rd day of February, 2006.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

Temporary Address:

201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana 70170

**PLAINTIFFS' LIAISON COUNSEL**

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Richard J. Arsenault, Esq.
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
PH: (318) 487-9874
FAX: 318) 561-2591

Andy D. Birchfield, Esp. (Co-Lead Counsel)
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH: (800) 898-2034
FAX:(334) 954-7555

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH: (415) 956-1000
FAX: (415) 956-1008

Thomas Kline, Esq.
1525 Locust St., 19th Floor
Philadelphia, PA 19102
PH: (215) 772-1000
FAX: (215) 772-1371

Arnold Levin, Esq.
510 Walnut Street, Ste. 500
Philadelphia, PA 19106-3875
PH: (215) 592-1500
FAX: (215) 592-4663

Carlene Rhodes Lewis
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
PH: (713) 650-0022
FAX: (713) 650-1699

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen Street, Ste. 400
Pensacola, FL 32502
PH: (850) 435-7000
FAX: (850) 497-7059

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, Louisiana 70601
PH: (337) 494-7171
FAX: (337) 494-7218

Mark Robinson, Esq.
620 Newport Center Drive
Seventh Floor
Newport Beach, CA 92660
PH: (949) 720-1288
FAX: (949) 720-1292

Christopher Seeger, Esq. (Co-Lead Counsel)
One William Street
New York, NY 10004
PH: (212) 584-0700
FAX: (212 584-0799

Christopher Vincent Tisi
2000 L Street Northwest
Ste. 400
Washington, D.C. 20036-4914
PH: (202) 783-6400
FAX: (307) 733-0028

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve Advanced, in accordance with Pre-Trial Order No. 8, on this the 23rd day of February, 2006.

STATE OF: Ohio
COUNTY OF: Lorain

# PROOF OF SERVICE

**CASE:** Vioxx MDL 1657 _et. al._ plaintiff(s)   File No. MDL 1657
vs.
Invacare _et. al._ defendant(s)

**SERVICE OF PROCESS ON:** _____
(NAME OF ENTITY TO BE SERVED)

**NAME OF SERVER:** Thomas E. Rea, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, was not a party to this action;

**DATE OF SERVICE:** that on the 23rd day of January 2006, at 9:15 o'clock A M

**PLACE OF SERVICE:** at One Invacare Way
in the city of Elyria, state of Ohio

**DOCUMENTS SERVED:** the undersigned served the annexed papers,
(LIST OF ALL DOCUMENTS SERVED)
Subpoena
Exhibit A

**PERSON SERVED AND METHOD OF SERVICE:**
A true and correct copy of the aforesaid papers were served on the above-named party or witness in the following manner:
☐ By personally delivering them into the hands of the person to be served.
☒ (Substitute) By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: Gretchen Schuler, Dir. Litigation Management
☐ By delivering them to an officer or managing agent whose name and title is: _____

Other _____
Director, Litigation Management

*California law requires 3 attempts before substitute service can be made

**DESCRIPTION OF PERSON RECEIVING DOCUMENTS:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair ___
Age (prox.) 30 ; Height (prox.) 5'9" ; Weight (prox.) 130
☐ To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

**PROOF OF DUE & DILIGENT ATTEMPT:**
☐ AFTER DUE AND DILIGENT EFFORTS, UNDERSIGNED WAS UNABLE TO EFFECT SERVICE
☐ FACTS INDICATING DEFENDANT IS AVOIDING SERVICE ARE _____

| *DATES OF SERVICE ATTEMPTED | TIMES ATTEMPTED | ADDRESS ATTEMPTED | REASON FOR NON SERVICE |
|---|---|---|---|
| | :___ o'clock __ M | | |
| | :___ o'clock __ M | | |
| | :___ o'clock __ M | | |

**SIGNATURE OF SERVER:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
_Thomas E. Rea_
Name of server   (date)

Subscribed & sworn to before me this 23 day of January, 2006
_Jenni Canda_
Notary Public   Comm. Exp.
(SEAL)

JENNI CANDA
Notary Public, State of Ohio
My Commission Expires Feb. 24, 2009

Notarization
☐ Required
☐ Not Required