A CERTIFIED TRUE COPY

FEB 23 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 24 PM 4:37

LORETTA G. WHYTE
DOCKET NO. 1657 CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-40)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,008 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Case 2:05-md-01657-EEF-DEK   Document 3498   Filed 02/24/06   Page 2 of 15

PAGE 1 of 4

## SCHEDULE CTO-40 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALASKA** | | |
| ~~AK 3 06-18~~ | ~~State of Alaska v. Merck & Co., Inc.~~ Opposed 2/22/06 | |
| **ARKANSAS EASTERN** | | |
| ARE 4 05-1932 | Ola Rollans v. Merck & Co., Inc. | 06-0956 |
| ARE 4 05-1937 | Patricia A. Bailey v. Merck & Co., Inc. | 06-0957 |
| **ARKANSAS WESTERN** | | |
| ARW 5 06-5008 | Suann Richardson v. Merck & Co., Inc. | 06-0958 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE 2 05-2609~~ | ~~Boyd Cole, et al. v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| ~~CAE 2 06-62~~ | ~~Jill Desart v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-5279 | Michael Finch v. Merck & Co., Inc., et al. | 06-0959 |
| CAN 3 05-5300 | Dorothy Gaffney v. Merck & Co., Inc., et al. | 06-0960 |
| **FLORIDA MIDDLE** | | |
| FLM 3 06-1 | Barbara Auman v. Merck & Co., Inc., et al. | 06-0961 |
| FLM 5 06-19 | Jacqueline Anderson v. Merck & Co., Inc., et al. | 06-0962 |
| FLM 6 05-1930 | Maureen Perricone v. Merck & Co., Inc. | 06-0963 |
| FLM 8 05-2032 | Tami Disanto, etc. v. Merck & Co., Inc., et al. | 06-0964 |
| FLM 8 05-2338 | Robert Graham v. Merck & Co., Inc., et al. | 06-0965 |
| FLM 8 05-2352 | Ronald D. Robinson, et al. v Merck & Co., Inc. | 06-0966 |
| FLM 8 06-1 | Louis Leo v. Merck & Co., Inc., et al. | 06-0967 |
| FLM 8 06-2 | Ruth Zier v. Merck & Co., Inc., et al. | 06-0968 |
| FLM 8 06-3 | Arnold Ferrante v. Merck & Co., Inc., et al. | 06-0969 |
| FLM 8 06-24 | Kathleen Risoldi, etc. v. Merck & Co., Inc. | 06-0970 |
| FLM 8 06-45 | George Malmberg v. Merck & Co., Inc., et al. | 06-0971 |
| FLM 8 06-113 | Francis Gordon Harper, Sr. v. Merck & Co., Inc. | 06-0972 |
| **FLORIDA SOUTHERN** | | |
| FLS 1 05-23366 | Eleanor R. Stone v. Merck & Co., Inc. | 06-0973 |
| FLS 1 06-20035 | Tania Sardinas v. Merck & Co., Inc. | 06-0974 |
| FLS 2 06-14010 | Cloyd Pierce v. Merck & Co., Inc., et al. | 06-0975 |
| **GEORGIA MIDDLE** | | |
| GAM 5 05-473 | Marvin McCool, et al. v. Merck & Co., Inc. | 06-0976 |
| **GEORGIA NORTHERN** | | |
| GAN 1 05-3264 | Gloria D. Cole v. Merck & Co., Inc. | 06-0977 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-7028 | Nils Cederberg, etc. v. Merck & Co., Inc. | 06-0978 |
| ILN 1 05-7152 | Wendy Rubin, etc. v. Merck & Co., Inc. | 06-0979 |

SCHEDULE CTO-40 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ILLINOIS SOUTHERN** | | |
| ILS  3  05-657 | Renee Wamsley v. Merck & Co., Inc. | 06-0980 |
| ILS  3  06-12 | Janet Rothwell v. Merck & Co., Inc. | 06-0981 |
| ~~ILS  3  06-18~~ | ~~Sally Vollintine v. Merck & Co., Inc., et al.~~ Opposed 2/21/06 | |
| ILS  3  06-42 | Rosemary Conway v. Merck & Co., Inc. | 06-0982 |
| **INDIANA NORTHERN** | | |
| INN  2  06-6 | Robert Krestevski, et al. v. Merck & Co., Inc. | 06-0983 |
| **INDIANA SOUTHERN** | | |
| INS  1  06-86 | Jacqualine Bork, et al. v. Merck & Co., Inc. | 06-0984 |
| **KANSAS** | | |
| KS  2  06-2014 | Phyllis Joan Ludwick v. Merck & Co., Inc. | 06-0985 |
| KS  6  06-1003 | Dennis Cozad v. Merck & Co., Inc. | 06-0986 |
| KS  6  06-1014 | Darlene Fae Barrett, etc. v. Merck & Co., Inc. | 06-0987 |
| **LOUISIANA WESTERN** | | |
| LAW  2  05-1908 | Herbert Fuselier, et al. v. Merck & Co., Inc. | 06-0988 |
| LAW  2  05-1909 | Nolan Gallo, et al. v. Merck & Co., Inc. | 06-0989 |
| LAW  2  05-2101 | Dottie Link v. Merck & Co., Inc. | 06-0990 |
| LAW  2  05-2102 | Abraham Janice, Jr. v. Merck & Co., Inc. | 06-0991 |
| **MASSACHUSETTS** | | |
| MA  1  06-10068 | June Cranston v. Merck & Co., Inc. | 06-0992 |
| **MARYLAND** | | |
| MD  1  06-16 | Josephine Riiter v. Merck & Co., Inc. | 06-0993 |
| MD  1  06-111 | James M. Grant, et al. v. Merck & Co., Inc. | 06-0994 |
| MD  1  06-112 | Katherine H. David v. Merck & Co., Inc. | 06-0995 |
| **MINNESOTA** | | |
| MN  0  05-2980 | Todd Clochie v. Merck & Co., Inc. | 06-0996 |
| MN  0  05-2981 | Marco Magana, et al. v. Merck & Co., Inc. | 06-0997 |
| MN  0  05-2984 | Jenny Minton v. Merck & Co., Inc. | 06-0998 |
| MN  0  06-152 | Lumen Tolentino v. Merck & Co., Inc. | 06-0999 |
| MN  0  06-153 | Glenn Wentworth, et al. v Merck & Co., Inc. | 06-1000 |
| MN  0  06-189 | Earlie M. Walker v. Merck & Co., Inc. | 06-1001 |
| MN  0  06-192 | Daniel W. Rucker v. Merck & Co., Inc. | 06-1002 |
| MN  0  06-219 | Charles Vaughn v. Merck & Co., Inc. | 06-1003 |
| MN  0  06-270 | Rosalia V. Rappa v. Merck & Co., Inc. | 06-1004 |
| **MISSOURI EASTERN** | | |
| ~~MOE  4  05-1740~~ | ~~Diana Larrabee v. Merck & Co., Inc., et al.~~ Opposed 2/21/06 | |
| **MISSOURI WESTERN** | | |
| MOW  4  05-1291 | Phyllis Oates v. Merck & Co., Inc. | 06-1005 |
| MOW  4  05-1292 | Hiram Bardwell, et al. v. Merck & Co., Inc. | 06-1006 |
| ~~MOW  4  06-40~~ | ~~Helen G. Sarle, et al. v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| **NORTH DAKOTA** | | |
| ND  3  06-13 | Douglas M. Person v. Merck & Co., Inc. | 06-1007 |

SCHEDULE CTO-40 TAG-ALONG ACTIONS (MDL-1657)                                      PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **NEBRASKA** | | |
| NE   8   05-571 | James L. Thibault v. Merck & Co., Inc. | 06-1008 |
| **NEW YORK EASTERN** | | |
| NYE  1   05-6058 | Leonard Saccheri, et al. v. Merck & Co., Inc. | 06-1009 |
| NYE  1   05-6060 | Eileen Larson v. Merck & Co., Inc. | 06-1010 |
| NYE  1   05-6062 | Amanda Cespedes v. Merck & Co., Inc. | 06-1011 |
| NYE  1   06-125 | Vivian Ventrano, et al. v. Merck & Co., Inc. | 06-1012 |
| **NEW YORK SOUTHERN** | | |
| NYS  1   05-10795 | Karen McCracken v. Merck & Co., Inc. | 06-1013 |
| NYS  1   06-72 | Panagiotis Kousoulas v. Merck & Co., Inc. | 06-1014 |
| NYS  1   06-73 | Robert Santos v. Merck & Co., Inc. | 06-1015 |
| NYS  1   06-255 | Rebecca Tripp, etc. v. Merck & Co., Inc. | 06-1016 |
| NYS  7   05-9806 | Wanda Lee Johnson v. Merck & Co., Inc. | 06-1017 |
| **NEW YORK WESTERN** | | |
| ~~NYW  6   05-6740~~ | ~~Kathleen Campbell v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| NYW  6   05-6741 | Betty Alvardo, etc. v. Merck & Co., Inc., et al. | 06-1018 |
| ~~NYW  6   06-6030~~ | ~~Giuseppe Scarlata, et al. v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| ~~NYW  6   06-6031~~ | ~~Lynn C. Schiedel, etc. v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| ~~NYW  6   06-6032~~ | ~~Melanie E. Hofmann, etc. v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| ~~NYW  6   06-6033~~ | ~~Patricia Johnson, et al. v. Merck & Co., Inc., et al.~~ Opposed 2/22/06 | |
| **OHIO NORTHERN** | | |
| OHN  1   05-2994 | Linda Hyde, et al. v. Merck & Co., Inc. | 06-1019 |
| **OHIO SOUTHERN** | | |
| OHS  1   06-25 | Thomas Idinopulos, et al. v. Merck & Co., Inc. | 06-1020 |
| **OKLAHOMA NORTHERN** | | |
| OKN  4   05-588 | Wesley T. Vreeland, et al. v. Merck & Co., Inc. | 06-1021 |
| **OKLAHOMA WESTERN** | | |
| OKW  5   06-24 | Brittany Buckner, et al. v. Merck & Co., Inc., et al. | 06-1022 |
| **OREGON** | | |
| OR   6   05-6388 | Nicholas Judson Rinne v. Merck & Co., Inc. | 06-1023 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2   05-6670 | Frank W. Bridges, etc. v. Merck & Co., Inc., et al. | 06-1024 |
| PAE  2   06-127 | Charlotte Madison, et al. v. Merck & Co., Inc. | 06-1025 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2   05-1750 | Arlene G. Elias, et al. v. Merck & Co., Inc. | 06-1026 |
| **SOUTH DAKOTA** | | |
| SD   1   06-1002 | Larry Person v. Merck & Co., Inc. | 06-1027 |
| **TENNESSEE EASTERN** | | |
| TNE  3   05-537 | Alan Clardy v. Merck & Co., Inc. | 06-1028 |
| TNE  3   05-582 | Jack R. Josey v. Merck & Co., Inc., et al. | 06-1029 |

SCHEDULE CTO-40 TAG-ALONG ACTIONS (MDL-1657)                                  PAGE 4 of 4

<u>DIST. DIV. C.A. #</u>                <u>CASE CAPTION</u>

**TENNESSEE MIDDLE**
TNM  1  05-94        Elizabeth Daniel v. Merck & Co., Inc., et al.              06-1030
TNM  3  05-1062      Buster Jarmen v. Merck & Co., Inc., et al.                 06-1031

**TENNESSEE WESTERN**
TNW  1  06-1004      Joann Jackson, etc. v. Merck & Co., Inc., et al.           06-1032
TNW  1  06-1005      L.D. Ellis, etc. v. Merck & Co., Inc., et al.              06-1033
TNW  1  06-1015      B.C. Smith v. Merck & Co., Inc., et al.                    06-1034
TNW  1  06-1016      Julia Murphy v. Merck & Co., Inc., et al.                  06-1035
TNW  1  06-1017      Martha Smith v. Merck & Co., Inc., et al.                  06-1036
TNW  1  06-1018      Judge Walker v. Merck & Co., Inc., et al.                  06-1037
TNW  1  06-1019      Patricia Newell v. Merck & Co., Inc., et al.               06-1038
TNW  1  06-1020      John Wilson v. Merck & Co., Inc., et al.                   06-1039
TNW  1  06-1021      John Staggs v. Merck & Co., Inc., et al.                   06-1040

**TEXAS EASTERN**
TXE  1  05-862       Vern R. Mueller v. Merck & Co., Inc.                       06-1041
TXE  1  05-869       Daisy Knight v. Merck & Co., Inc.                          06-1042
TXE  1  06-4         Norma Broussard, et al. v. Merck & Co., Inc., et al.       06-1043
TXE  1  06-5         Esther Hamlin v. Merck & Co., Inc.                         06-1044
TXE  2  05-556       Bonnie Donnell, et al. v. Merck & Co., Inc.                06-1045
TXE  2  05-559       J.C. Parks, et al. v. Merck & Co., Inc.                    06-1046
TXE  6  05-483       Vity Harris, et al. v. Merck & Co., Inc.                   06-1047

**TEXAS NORTHERN**
~~TXN  4  05-743~~       ~~Dixie Tucker, et al. v. Merck & Co., Inc.~~ Opposed 2/23/06
~~TXN  4  05-744~~       ~~Laura Garrett, et al. v. Merck & Co., Inc.~~ Opposed 2/23/06

**TEXAS SOUTHERN**
TXS  4  05-4367      John Ochoa v. Merck & Co., Inc., et al.                    06-1048

**UTAH**
UT   1  06-5         Georgia Kay Clasen v. Merck & Co., Inc.                    06-1049

**WASHINGTON EASTERN**
WAE  2  06-17        Cleta Amsden, etc. v. Merck & Co., Inc.                    06-1050

**WASHINGTON WESTERN**
WAW  2  05-2107      Ronald Paynter, et al. v. Merck & Co., Inc.                06-1051

**WISCONSIN EASTERN**
WIE  2  06-64        Robert Schmitt, et al. v. Merck & Co., Inc., et al.        06-1052

# INVOLVED COUNSEL LIST (CTO-40)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery Street
Suite 1303
San Francisco, CA 94104

Clayeo C. Arnold
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Jorge Celestino Borron
Alvarez, Armas & Borron
901 Ponce De Leon Blvd.
Suite 304
Coral Gables, FL 33134

Frank L. Branson
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue
18th Floor
Dallas, TX 75205

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Randal Girard Cashiola
Chambers, Templeton, Cashiola
& Thomas
2090 Broadway
Beaumont, TX 77701-4950

Robert L. Chaiken
Chaiken & Chaiken
13355 Noel Road
One Galleria Tower, Suite 1320
Dallas, TX 75240

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017

Robert R. Cortinez, Sr.
Cortinez Law Firm
625 South State Street
Little Rock, AR 71601

David William Crowe
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David J. D'Agata
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Amy Ficklin DeBrota
Price, Waicukauski, Riley & Debrota
301 Massachusetts Avenue
Indianapolis, IN 46204

William C. Dedes
19 West Main Street, Suite 750
Rochester, NY 14614

Aaron K. Dickey
Goldenberg, Miller, Heller &
Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

James J. Dillon
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

William Greg Dobson
Dobson & Shim
830 Mulberry Street
Suite 201 Robert E. Lee Bldg.
Macon, GA 31201

Thomas M. Donnell, Jr.
Stewart, Estes & Donnell
Third National Financial Center
424 Church Street, 14th Floor
Nashville, TN 37219-2392

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
Nashville, TN 37219

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Frances C. Fenelon
Waller Lansden Dortch & Davis
511 Union Street
Suite 2700
Nashville, TN 37219-8966

James E. Fosler
Fosler Law Group, Inc.
737 West Fifth Avenue
Suite 205
Anchorage, AK 99501

Bruce D. Fox
Fox & Farley
One Centre Plaza
1107 Charles Seivers Boulevard
Clinton, TN 37716

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Michael J. Ganzer
Hodan, Doster & Ganzer
7161 North Port Washington Road
Milwaukee, WI 53217-3877

Bruce F. Gilpatrick
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016

Luvell L. Glanton
915 Jefferson Street
Nashville, TN 37208

Robert Edward Godosky
Godosky & Gentile
61 Broad Street
20th Floor
New York, NY 10006

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Henry Phillip Gruss
Pavalon, Gifford, Laatsch & Marino
Two North LaSalle Street
Suite 1600
Chicago, IL 60602

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98101

Stephen S. Hornbuckle
909 Fannin Street
Suite 3010
Houston, TX 77010

Harold Dean Jones
Anderson & Jones, PLLC
13355 Noel Road
Suite 1645
Dallas, TX 75240

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Elizabeth A. Kaveny
Propes & Kaveny, LLC
833 West Jackson
Suite 200
Chicago, IL 60607

Susan Keating
Baumgartner & O'Toole
5455 Detroit Road
Sheffied Village, OH 44054

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Thomas L. Kirsch
Thomas L. Kirsch & Associates
131 Ridge Road
Munster, IN 46321

Rodney A. Klein
Rodney A. Klein Law Offices
2300 Bell Executive Lane
Sacramento, CA 95825

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen,
Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119-1010

A.J. Kotich
3601 S.W. Blue Inn Court
Topeka, KS 66614

David Mark Landay
310 Grant Street
Grant Building
Suite 1420
Pittsburgh, PA 15219-2201

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Aneca E. Lasley
Squire, Sanders & Dempsey, LLP
1300 Huntington Center
41 South High Street
Columbus, OH 43215

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Andrew Edward Lemanski
Matt Freeman & Associates
230 Westcott
Suite 202
Houston, TX 77007

Chris M. Limberopoulos
Limberopoulos & Steingold
400 N. Ashley Drive
Suite 2150
Tampa, FL 33602

Jahna M. Lindemuth
Dorsey & Whitney LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501

Michael A. London
Douglas & London, P.C.
111 John Street
14th Floor
New York, NY 10038

Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203-3204

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Michael L. Luce
Davenport, Evans, Hurwitz
& Smith, L.L.P.
P.O. Box 1030
206 West 14th Street
Sioux Falls, SD 57101-1030

John P. MacNaughton
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

L. Ray Maples, II
701 N. Broadway Ave., Suite 510
Oklahoma City, OK 73102

Stephen E. Marshall
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

Lisa M. Martin
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
P.O. Box 171443
Memphis, TN 38187-1443

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Stephen C. Maxwell
Maxwell & Knowles
100 E. 15th LB 101
Suite 120
Fort Worth, TX 76102

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

Mike J. Miller
Solberg, Stewart, Miller, Johnson, Tjon
& Kennelly
1129 5th Avenue South
P.O. Box 1897
Fargo, ND 58107-1897

Trent B. Miracle
SimmonsCooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Richard W. Mithoff Jr.
Mithoff Law Firm
One Allen Center Penthouse
500 Dallas Street
Suite 3450
Houston, TX 77002

Philip F. Mulvey, Jr.
536 Main Street
Falmouth, MA 02540

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Louis B. Paddock
Nix, Patterson & Roach, LLP
2900 St. Michael Drive
5th Floor
Texarkana, TX 75503

Carl A. Parker
Parker & Parks, L.L.P.
One Plaza Square
Port Arthur, TX 77642

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Jorge Luis Pereira
Mesa & Pereira
9000 Sw 152nd Street
Suite 106
Miami, FL 33157

Robert F. Peters, Jr.
Thomas L. Kirsch & Assoc.
131 Ridge Road
Munster, IN 46321-1581

Randall G. Phillips
Phillips Law Office
2510 Washington Blvd.
Suite 200
Ogden, UT 84401

Ira C. Podlofsky
Podlofsky, Orange, Kitt
& Kolenovsky
98 Cutter Mill Road, Suite 299 North
Great Neck, NY 11021

Blake A. Post
115 S.E. 7th Street
Topeka, KS 66603

Randall K. Rathbun
Depew Gillen Rathbun
& Mcinteer LC
8301 East 21st. Street North
Suite 450
Wichita, KS 67206-2936

Michael D. Riegert
Previant, Goldberg, Uelman,
Gratz, et al.
1555 North River Center Drive
Suite 202
Milwaukee, WI 53212

Brian S. Riepen
Law Offices of Brian S. Riepen
4403 North Central Expressway
Suite 270
Dallas, TX 75205

Robert D. Rowland
Goldenberg & Miller
Gateway One Building, Suite 1375
701 Market Street
St. Louis, MO 63101

Joseph H. Saunders
Saunders & Walker, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637

Gregory P. Sautter
Zimmerman Reed, PLLP
651 Nichollet Avenue
Suite 501
Minneapolis, MN 55402-4123

Philip A. Sellers
Karotkin Chase & Erwin
3555 Timmons Lane
Suite 850
Houston, TX 77027

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

D. Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Eileen B. Smith
Waller Lansden Dortch & Davis
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Harlan Stone
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Robert Ernest Swift, Jr.
Swift & Herrington
P.O. Box 2008
Palestine, TX 75802-2008

Daniel A. Thomas
Humphrey, Farrington & McClain,
P.C.
221 West Lexington
Suite 400
P.O. Box 900
Independence, MO 64051

Monty VanderMay
Vandermay Law Firm
Capitol Center Bldg.
388 State Street
Suite 340
Salem, OR 97301

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

Mark A. Weber
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Richard E. Wilson
Cox & Cox, et al.
723 Broad Street
Lake Charles, LA 70601

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave.
Austin, TX 78701

Matthew J. Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-0466

INVOLVED JUDGES LIST (CTO-40)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Ann Aiken
U.S. District Judge
286 Federal Building
& U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Hon. John Antoon, II
U.S. District Judge
George C. Young U.S. Courthouse
6th Floor
80 North Hughey Avenue
Orlando, FL 32801

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Monti L. Belot
U.S. District Judge
111 U.S. Courthouse
401 North Market Street
Wichita, KS 67202

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Charles L. Brieant
U.S. District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

~~Hon. Timothy M. Burgess~~
~~U.S. District Judge~~
~~Federal Bldg. & U.S. Courthouse~~
~~222 West Seventh Avenue~~
~~Box 33~~
~~Anchorage, AK 99513~~

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

~~Hon. Frank C. Damrell, Jr.~~
~~U.S. District Judge~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Raymond J. Dearie
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Samuel Der-Yeghiayan
U.S. District Judge
United States District Court
Chambers 1988
219 South Dearborn Street
Chicago, IL 60604

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

~~Hon. Morrison C. England, Jr.~~
~~U.S. District Judge~~
~~United States District Court~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814~~

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Ralph R. Erickson
U.S. District Judge
410 Quentin N. Burdick
U.S. Courthouse
655 First Avenue North
Fargo, ND 58102

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. John F. Grady
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Fed Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33132

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
559 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Fed. Bldg. &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
United States District Court
360 Richard Sheppard Arnold United
States Courthou
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Bruce S. Jenkins
Senior U.S. District Judge
421 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. R. Leon Jordan
Senior U.S. District Judge
141 Howard H. Baker, Jr.
U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

~~Hon. John H. McBryde~~
~~U.S. District Judge~~
~~401 U.S. Courthouse~~
~~501 West 10th Street~~
Fort Worth, TX 76102

Hon. Terrence F. McVerry
U.S. District Judge
1008 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

~~Hon. Terry R. Means~~
~~U.S. District Judge~~
~~201 U.S. Courthouse~~
~~501 West 10th St.~~
~~Fort Worth, TX 76102~~

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr.
U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. James M. Moody
U.S. District Judge
553 U.S. Courthouse
600 West Capital
Little Rock, AR 72201

Hon. James S. Moody, Jr.
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~255 Melvin Price Federal Building~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Marsha J. Pechman
U.S. District Judge
14229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. C. Ashley Royal
U.S. District Judge
U.S. District Court
P.O. Box 128
Macon, GA 31202

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. J.P. Stadtmueller
U.S. District Judge
471 U.S. Courthouse & Federal Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Richard W. Story
U.S. District Judge
2321 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street
Atlanta, GA 30303-3361

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr.
U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. Fred Van Sickle
U.S. District Judge
P.O. Box 2209
Spokane, WA 99210

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Lesley Brooks Wells
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1836

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

# INVOLVED CLERKS LIST (CTO-40)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
100 Fed. Bldg. & U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Edward J. Klecker, Clerk
130 Quentin N. Burdick U.S.
Courthouse
655 First Avenue North
Fargo, ND 58107

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202-0128

~~Ida Romack, Clerk~~
~~Federal Bldg. & U.S.~~
~~Courthouse, Box 4~~
~~222 West 7th Avenue~~
~~Anchorage, AK 99513~~

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Jack L. Wagner, Clerk~~
~~4-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

~~James Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

~~Karen S. Mitchell, Clerk~~
~~310 U.S. Courthouse~~
~~501 West 10th Street~~
~~Fort Worth, TX 76102-3643~~

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ralph L. DeLoach, Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Stephen R. Ludwig, Clerk
101 Federal Building
507 State Street
Hammond, IN 46320

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301