U. S. DISTRICT COURT
Eastern District of Louisiana

FILED FEB - 1 2006

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOBBY A. WILLIAMS,
    Plaintiff,

IN RE: VIOXX
    Product Liability Litigation
--------------------------------------/

MDL No.1657

Section:L

HON:Eldon E.Fallon Judge

This Document Relates TO:

Bobby A. Williams V Merck & Co.,INC, No.05-1010 L

PLAINTIFF'S PRO SE MOTION FOR CONTINUOUS RECEIPT OF
SERVICE OF PRE-TRIAL ORDERS AND INFORMATION

Now Comes Plaintiff Bobby A. Williams, acting in Pro Se,relevant to this cause moves the court for an order for the continuous receipt of service of pre-trial orders and updated information relevant to: Vioxx Products Liability Litigation and says the following in support thereof:

    (1).That on or about August 17,2005,Plaintiff received notice from Plaintiff's liaison counsel that no other physical mailings will be provided(see attached Exhibit"A").

____Fee_____
____Process_____
_X_Dktd_____
_X_CtRmDep_____
Doc. No._____

(2). That Plaintiff is an inst iyutionalized person who is unable to access e-mails or the court's Websites.

(3). That Judge Fallon's pre-trial order 5A, requires liaison counsel to serve all papers upon all interested parties.

(4). That plaintiff has not been provided any updated information since August 2005, and at this point and time has no ideal of the status of his interest in this cause of action.

(5). That because plaintiff has a continuous interest in this litigation, physical receipt of orders and updated information should be afforded him an institutionalized person whom does not have access to e-mails or websites.

WHEREFORE, For all of the above said reasons plaintiff prays that this Honorable Court GRANT his Motion For Continuous receipt of physical orders of the court and case status information.

Dated: January 19th, 2006,

Bobby A. Williams
Southern Mich.Cor.
Facility
4010 Cooper ST
Jackson, MI 49201

# EXHIBIT A

MDL-1657 Vioxx Litigation
STATE LIAISON COMMITTEE
E-MAIL NEWSLETTER

USDC E.D. Louisiana
Hon. Judge Eldon E. Fallon

# ATTENTION!

THIS WILL BE THE LAST PHYSICAL MAILING OF THE STATE LIAISON COMMITTEE E-MAIL NEWSLETTER. PLEASE PROVIDE US WITH YOUR E-MAIL ADDRESS SO THAT YOU CAN RECEIVE FUTURE NEWSLETTERS. ALL FUTURE NEWSLETTERS WILL ONLY BE SENT ELECTRONICALLY.

THE E-MAIL NEWSLETTERS CONTAIN IMPORTANT INFORMATION NECESSARY FOR ANY ATTORNEY WITH VIOXX CASES.

PLEASE CONTACT LISA VINSON AT LISA@BKC-LAW.COM WITH YOUR EMAIL ADDRESS OR FAX THIS SHEET BACK WITH YOUR EMAIL ADDRESS TO 504-524-3313.

_____
PRINT ATTORNEY NAME

_____
PRINT FIRM NAME

_____
E-MAIL ADDRESS

8/11/05

Name: MM Britton Williams #475572
Southern Michigan Correctional Facility
4010 Cooper Street
Jackson, MI 49201-7552

Clerk of The Court
U.S. District Court
500 Poydras Street
Room # C-151
New Orleans,