

U.S. DISTRICT FILED
EASTERN DISTRICT COURT
DISTRICT OF LA

2006 FEB 23  PM 2: 40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. 2:05-CV-1154 <br><br> MDL NO. 1657 |
| JOJUANA DANIEL, MARIAH SURVILLION, MARY GUSSMAN, ADA TAYLOR, MARIE CEPEDA, ROY WAYCHOFF and GLORIA WAYCHOFF, MERCEDES KIRK, RUBY FERGUSON, Individually and as Representative of the Estate of ELLA MAY MCDONALD, WALLACE LUDWICK, ALPHA VANCKHOVEN, MARGIE MCDUFFIE, JAMES MCKINNEY, MARY HILL and PAUL HILL, WILLIAM PAUL, JOSE ANTONIO GARZA, RUSSELL LEVY, LEEATTRICE SMITH, LILIAN MARIE JACKSON and WANDA KIRKWOOD | SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES <br><br> TRANSFEROR COURT: <br><br> U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS <br> CAUSE NO. H-05-0255 |
| *Plaintiffs,* | |
| VS. | |
| MERCK & CO., INC. | |
| *Defendant.* | |

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff MARIE A. CEPEDA, <u>ONLY</u>, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendant, MERCK & CO., INC., without prejudice. The remaining Plaintiffs under this cause of action continue to prosecute their claims against Defendant MERCK & CO., INC.

                        Respectfully Submitted,

                        MITHOFF LAW FIRM

                        _____
                        RICHARD WARREN MITHOFF
                        State Bar No. 14228500
                        S.D. Tex. Bar No. 2101
                        JOSEPH R. ALEXANDER, JR.
                        Attorney-In-Charge
                        State Bar No. 00995150
                        S.D. Tex. Bar No. 1368
                        Penthouse, One Allen Center
                        500 Dallas, Suite 3450
                        Houston, Texas 77002
                        (713) 654-1122
                        (713) 739-8085 (Fax)

                        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Ms. Gerry Lowry, Fulbright & Jaworski, L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, attorney for Merck & Co., Inc., on this 21st day of February 2006. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

---
JOSEPH R. ALEXANDER, JR.


## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having met with Marie A. Cepeda to discuss and review her file for her claim against Merck & Co., Inc., on February 17, 2006, Marie A. Cepeda has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Eastern District of Louisiana, cause number 05-1154.

Dated this 21st day of February 2006.

---
JOSEPH R. ALEXANDER, JR.