UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -1  PM 1:30

LORETTA G. WHYTE
CLERK

IN RE:   VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Kenneth R. Touchet v. Merck & Co., Inc. No. 05-CV-1712*

## ORDER

CONSIDERING THE FOREGOING Motion to Withdraw:

IT IS HEREBY ORDERED by the Court that the mover be permitted to withdraw as counsel of record for plaintiff, Kenneth R. Touchet, in the above captioned matter and that his name be stricken from the records hereof.

THUS DONE AND SIGNED on this 1st day of March, 2006 in New Orleans Louisiana.

_____
JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____