**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 24, 2006**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                         :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L (3)
                                     :
                                     :   JUDGE FALLON
                                     :   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference in this matter was held on the above-referenced date in the Chambers of Judge Eldon E. Fallon. Present in person were: Lenny Davis representing the Plaintiffs Steering Committee ("PSC"), Defense Liaison Counsel Phil Wittmann and Richard Stanley of the Defense Steering Committee ("DSC"). Participating by telephone were: Chris Seeger, Chris Tisi, and Lee Balefsky of the PSC and Doug Marvin and Phil Beck of the DSC. The parties discussed the current trial selection process and the status of various discovery requests made by the PSC. Merck has advised the Court that the agreement between IMS and Merck requires Merck to keep the information confidential and to provide notice to IMS of any requests of Merck to produce such information in litigation. Merck has further advised the Court that IMS has sought additional confidentiality protections above and beyond those provided by the Court pursuant to Pre-Trial Order No. 13 (the "Confidentiality Order"). After considering the issues relating to the requested production of this information:

IT IS ORDERED that Merck shall promptly notify IMS that the Court has ordered the

JS10(01:05)                          -1-

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

production of the IMS data requested by plaintiffs, subject to the terms of the Confidentiality Order in this case;

IT IS FURTHER ORDERED that if IMS or any other party contends that the protections of the Confidentiality Order are insufficient to protect the information, such party or IMS shall submit a motion for protective order on or before March 10, 2006;

IT IS FURTHER ORDERED that the PLC and the DLC shall meet with the Court on Monday, March 6, 2006 at 8:00 a.m.