U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 27 2006

LORETTA G. WHYTE
CLERK

Joseph R. Alexander, Jr., SBN 00995150
Richard Warren Mithoff, SBN 14228500
MITHOFF LAW FIRM
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122; Fax (713) 739-8085
email: jalexander@mithofflaw.com; jorihuela@mithofflaw.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

EDLA No. 2:05-CV-1154; Cause No. H-04-4559; *Daniel, et. al., v. Merck & Co., Inc.*; The United States District Court, Southern District of Texas, Houston Division.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

## MOTION TO WITHDRAW AS ATTORNEYS
## FOR PLAINTIFF LILLIAN MARIE JACKSON ONLY

COME NOW RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm and Smith and Hassler LLP, attorneys of record for Plaintiff LILLIAN MARIE JACKSON in the above-entitled and numbered cause, and respectfully request the Court to permit them to withdraw as attorneys of record for Plaintiff LILLIAN MARIE JACKSON, ONLY, and would show this Honorable Court the following:

### I.

RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm and Smith and Hassler, LLP, seek to withdraw from the above case only with respect to Plaintiff LILLIAN MARIE JACKSON for good cause. A conflict has developed which would prevent further representation of Plaintiff LILLIAN MARIE JACKSON by these attorneys. Plaintiff's counsel is seeking to withdraw representation of Plaintiff LILLIAN MARIE JACKSON pursuant to the Professional Rules of Disciplinary Conduct, Rules 1.15 (b)(1), (b)(4), and (b)(7). These attorneys are unable to continue their representation of Plaintiff LILLIAN MARIE JACKSON at this time for reasons that have been fully explained to this Plaintiff.

### II.

Plaintiff LILLIAN MARIE JACKSON has received a copy of this Motion and is unopposed to this motion. Plaintiff LILLIAN MARIE JACKSON has been advised, in writing and/or by telephone, of her right to object to the Motion, and in the event of an

objection, Plaintiff is to attend a hearing on this Motion, which will be set by this Court.

### III.

This case is not currently set for trial, and a Docket Control Order has not yet been entered into at this time. All deadlines have been satisfied, including that of the Plaintiff Profile Form and there are no upcoming current deadlines or settings.

### IV.

Plaintiff's counsel has been unable to assist Plaintiff LILLIAN MARIE JACKSON in finding alternate counsel and requests that Plaintiff LILLIAN MARIE JACKSON be added to the list of pro se claimants. Plaintiff LILLIAN MARIE JACKSON has been advised of and is unopposed to this course of action.

### V.

This motion is not for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of Mithoff Law Firm and Smith and Hassler, LLP, pray that their motion be granted and for such other relief to which they may show themselves justly entitled.

Respectfully submitted,

MITHOFF LAW FIRM

*Joseph R. Alexander, Jr. /HLS*
RICHARD WARREN MITHOFF
State Bar No. 14228500
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I, Joseph R. Alexander, Jr., Plaintiff's counsel herein, certify that I have conferred with opposing counsel. They have advised me that they are unopposed.

*Joseph R. Alexander, Jr. /HLS*
Joseph R. Alexander, Jr.

## CERTIFICATE OF LAST KNOWN ADDRESS

I, Joseph R. Alexander, Jr., Plaintiff's counsel herein, certify that the following is the current last known address and telephone number for Plaintiff Lillian Marie Jackson:

Ms. Lillian M. Jackson
P.O. Box 931
Cuero, TX 77954
(361) 277-9440
sugajack77@aol.com

_____
Joseph R. Alexander, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record for Merck & Co., Inc., Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel and Plaintiff Lillian Marie Jackson by certified mail, return receipt requested, and/or hand delivery, and/or by fax transmission, this 14th day of December 2005.

_____
Joseph R. Alexander, Jr.

## ACKNOWLEDGMENT

I have been provided with a copy of the Motion to Withdraw as Attorneys for Plaintiff Lillian Marie Jackson, Only, which I understand is not scheduled for hearing since I am <u>unopposed</u> to the Motion.

Date: 12/13/05

_____
LILLIAN MARIE JACKSON

# MITHOFF LAW FIRM



RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL
    WILLIAM J. STRADLEY

ONE ALLEN CENTER
PENTHOUSE
SUITE 3450
500 DALLAS STREET
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085
www.mithofflaw.com

December 14, 2005

**_Via Federal Express_**
Ms. Loretta Whyte
U.S. District Clerk
Eastern District of Louisiana
500 Poydras, Room C-151
New Orleans, LA 70130

    Re:    VIOXX/MDL 1657, Section L - 3; Cause No. 05-1154; *Jojuana Daniel, et. al., v. Merck & Co., Inc.*; The United States District Court, Eastern District of Louisiana.

Dear Ms. Whyte:

    Enclosed please find for filing in the above-referenced matter an original and a copy of:

1). Motion to Withdraw as Attorneys For Plaintiff Mercedes Kirk, Only; and

2. Motion to Withdraw as Attorneys For Plaintiff Lillian Marie Jackson, Only.

    Please acknowledge receipt and filing in your usual and customary manner. Please "Filed" stamp the additional copy of each of the documents and return to our office in the self-addressed, postage paid envelope provided.

    Thank you for your courtesy in this matter.

                              Sincerely,

                              MITHOFF LAW FIRM

                              Joseph R. Alexander, Jr.

JRA/jo
Enclosures

Ms. Loretta Whyte, U.S. District Clerk
Eastern District of Louisiana
December 14, 2005
Page 2

cc:    Russ M. Hermann
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Facsimile: 850-837-8178

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
Fax: 504-581-3361

Ms. Gerry Lowry
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010
Fax: 713-651-5426

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918