

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCT LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**

EDLA No. 2:05-CV-115; 05-1154 Cause No. H-05-0255; *Daniel, et. al., v. Merck & Co., Inc.*; The United States District Court, Southern District of Texas, Houston Division.

### ORDER

On this day came on to be heard the Motion to Withdraw as Attorneys for Plaintiff LILLIAN MARIE JACKSON, <u>ONLY</u>, and the Court, after consideration of the motion and all other matters of record, is of the opinion that such motion should be granted and that good cause exists to grant such motion.

It is, therefore ORDERED, ADJUDGED and DECREED that RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and the law firm of MITHOFF LAW FIRM and SMITH & HASSLER, LLP, should be and are hereby given leave to withdraw and are withdrawn as attorneys of record for Plaintiff LILLIAN MARIE JACKSON, <u>ONLY</u>, in the above-entitled and numbered cause, and the foregoing motion is, accordingly, GRANTED.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

The Clerk is hereby directed to send all further notices regarding this cause of action regarding Plaintiff LILLIAN MARIE JACKSON, <u>ONLY</u>, to the Plaintiff at her last known address:

>Ms. Lillian M. Jackson
>P.O. Box 931
>Cuero, TX  77954
>(361) 277-9440
>sugajack77@aol.com

SIGNED this 19 day of Dec, 2005.

_____
JUDGE PRESIDING