MINUTE ENTRY
FALLON, J.
FEBRUARY 27, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L (3) |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Daniel v. Merck & Co., Inc.*, 05-1154

On December 14, 2005, counsel for Mercedes Kirk and Lillian Marie Jackson mailed two separate motions to withdraw as attorneys for Mercedes Kirk and Lillian Marie Jackson. The motion for Mercedes Kirk was docketed on December 16, 2005, and signed on December 19, 2005. The motion for Lillian Marie Jackson, however, was never docketed or signed because this motion was attached to the motion for Mercedes Kirk and was inadvertently overlooked by the Clerk's Office.

To rectify this situation, counsel for Lillian Marie Jackson mailed a new motion to withdraw as attorneys for Lillian Marie Jackson. This motion was docketed and actually signed on February 27, 2006, but the Court dated its Order as December 19, 2005, so that it would be considered as signed on the same date as the Order pertaining to Mercedes Kirk. In addition, the motion for Lillian Marie Jackson shall be considered as docketed on December 16, 2005.

JS10(00:05)

-1-

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc. No.____