

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Regino D. Diamse

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Regino D. Diamse<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

On this, the 15 day of February, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its own costs and attorneys' fees. Should he seek to refile, Plaintiff Regino D. Diamse will refile in the federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff Regino D. Diamse and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

DATED this _16_ day of February, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen F. Edwards
Attorneys for Plaintiff

DATED this _15_ day of February, 2006.

RAY, QUINNEY & NEBEKER

_____
Rick Rose
Attorneys for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of February, 2006.

_[signature]_

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

RECEIVED
FEB 13 2006
MORGAN, MINNOCK & RICE

Attorneys for Plaintiff Regino D. Diamse

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Regino D. Diamse<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br>**AFFIDAVIT OF REGINO D. DIAMSE** |
|---|---|

Regino D. Diamse, being first duly sworn, states as follows:

1. I am one of several plaintiffs listed in the lawsuit *Arthur D. Blain, et. al. v. Merck & Company, Inc.*, that was before Judge J. Thomas Greene in the United States District Court for the State of Utah, Central Division, case number 2:04CV01102, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. At this time, I desire and request that my claim against Merck & Company, Inc., be dismissed without prejudice.

3. Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

Regino D. Diamse

STATE OF UTAH         )
                      :ss
COUNTY OF SALT LAKE   )

Sworn to and subscribed before me this 9 day of FEB, 2006.

Notary Public

My Commission Expires:
APRIL 1, 2009

PAUL HOLLINGSWORTH
Notary Public
State of Utah
My Comm. Expires Apr 1, 2009
7181 S. Campus View Dr West Jordan UT 84084

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF REGINO D. DIAMSE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of February, 2005.

3