STEPHEN G. MORGAN, Bar No. 2313
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 2008
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Richard Baca

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -1  PM 1:34

LORETTA G. WHYTE
CLERK

RECEIVED
FEB 16 2006
MORGAN, MINNOCK & RICE



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Richard Baca<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

On this, the 15 day of February, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its own costs and attorneys' fees. Should he seek to refile, Plaintiff Richard Baca will refile in the federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff Richard Baca and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

Fee_____
Process_____
X  Dktd_____
   CtRmDep___
   Doc. No ___

APPROVED AND SO ORDERED:

_____
Eldon E. Fallon
United States District Judge


DATED this _16_ day of February, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen F. Edwards
Attorneys for Plaintiff

DATED this _15_ day of February, 2006.

RAY, QUINNEY & NEBEKER

_____
Rick Rose
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of February, 2006.

_____

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Richard Baca

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Richard Baca<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br>**AFFIDAVIT OF RICHARD BACA** |
|---|---|

Richard Baca, being first duly sworn, states as follows:

1. I am one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. At this time, I desire and request that my claim against Merck & Company, Inc., be dismissed without prejudice.

3. Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

_____
Richard Baca

STATE OF __Nevada__ )
                    ) :ss
COUNTY OF __Clark__ )

Sworn to and subscribed before me this __10__ day of __February__, ~~2005.~~ 2004

_____
Notary Public

JENNIFER WASHINGTON
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 03-79929-1
MY APPT. EXPIRES NOV. 15, 2006

My Commission Expires:
__11/15/06__

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF RICHARD BACA** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of February, 2006.

_____