UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -1  PM 1: 34

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION     MDL - 1657

EVELYN IRVIN-PLUNKETT,
Individually, and as Personal Representative
of the Estate of Richard Irvin, Jr.     REF NO. 05-4046

VERSUS

MERCK & CO., INC.     SECTION: L

## ORDER

Counsel were recently provided with questionnaires completed by prospective jurors in this case. These questionnaires were provided in various formats: compact disks (cd), electronic files (scanned material sent via e-mail), and hard copies. As these questionnaires contain confidential and personal information,

IT IS ORDERED that within three days, counsel for each side shall file with the Court an affidavit which states that all cd's, electronic files, and paper or hard copies provided to them, or in their possession, have been destroyed or deleted. This Order applies to any and all questionnaires completed by prospective jurors NOT chosen to sit in this case.

IT IS FURTHER ORDERED that as to any and all hard copies of questionnaires completed by the eight (8) jurors chosen to sit in this case, counsel shall file a similar affidavit with the Court not later than three days after the appeal process has run. The Jury Administrator of this Court shall retain the original cd's and hard copies of all of the questionnaires.

New Orleans, Louisiana, this 24 day of February, 2006.

                 **ELDON E. FALLON**
                 **UNITED STATES DISTRICT JUDGE**

cc: Jury Administrator

Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
Doc. No. ____