FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2 AM 10: 10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

JAMES OLIG,
                    Plaintiff,
vs.

MERCK & CO., INC,
                    Defendant.     /

MDL No.: 1657

SECTION: L

Civil Action No. 2:06-cv-401

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN
## WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANT

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of

Time, which was unopposed by Defendants, and the Court being advised in the premises, it is

hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Motion for Extension of Time is hereby GRANTED to allow

Plaintiff more time within which to serve Defendant AMY MOORE.

2.    Plaintiff has an additional 30 days within which to serve Defendant AMY

MOORE with process in this case.

New Orleans, Louisiana, this 1st day of March, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee
Process
Dktd
CtRmDep
Doc. No