UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2 AM 10: 09

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-389

JACQUELINE M. THIBODEAU,
Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
Defendant.

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendants CYNTHIA REYNOLDS, STEPHEN WILSON, and GINA DAMICO.

2. Plaintiff has an additional 30 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this 1st day of March, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No_____