Copy IN Chambers

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 22  PM 2: 50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-388

HAZEL L. MCDADE,
    Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
    Defendant.          /

## MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECTUATE SERVICE OF PROCESS ON DEFENDANTS

Pursuant to Rule 4(m), Federal Rules of Civil Procedure, Plaintiff hereby moves this Court to enter an order granting Plaintiff additional time within which to serve Defendants, and in support would show:

1.  Plaintiff, HAZEL McDADE, filed her Complaint in this matter on October 18, 2005, in state court. Since that date, Plaintiff has attempted to serve summonses on Defendants CYNTHIA REYNOLDS, STEPHEN WILSON, and GINA DAMICO, all of whom are Vioxx sales representatives who are or were employed by Defendant MERCK & CO., INC.

2.  Defendant MERCK has refused to provide current addresses for these Vioxx sales representatives, and failed to respond to discovery propounded by Plaintiff which sought the information required to perfect service of process upon the sales representatives.

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep____
___ Doc. No_____

3. Further, Defendant MERCK has refused to accept service of process on behalf of these employees.

4. Despite her best efforts, Plaintiff has been unable to effectuate service upon these Defendants.

5. Defendants will suffer no prejudice with the granting of this Motion.

6. Pursuant to Local Rule 7.4.1W, Plaintiff has made a good faith effort to resolve the issues surrounding this Motion with Defendants, and has been unable to do so.

WHEREFORE, the undersigned respectfully requests an additional 60 days within which to serve Defendants with process in this case after Defendant provides Plaintiff with a current address for the sales representatives.

Dated this 21st day of February, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 21st day of February, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel