RECEIVED FEB 0 3 2006

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 FEB 22 PM 3: 02 LORETTA G. WHYTE CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Bernadine Cude v. Merck & Co., Inc. | MAG. JUDGE KNOWLES |
| Case No. 05-2064 | |

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Plaintiff in the above-styled and numbered cause, BERNADINE CUDE, moves this Honorable Court to permit the substitution of W. Mark Lanier and Kenneth S. Soh of the Lanier Law Firm, 6810 FM 1960 West (77069), P.O. Box 691448, Houston, Texas 77269-1448, Telephone No. 713/659-5200, replacing Tom Joseph, 909 N.E. Loop 410, Suite 600, San Antonio, TX 78209, Telephone No. 210/828-9092 as lead attorney of record for the Plaintiff.

WHEREFORE, Plaintiff BERNADINE CUDE prays this Honorable Court to enter an ordering allowing Tom Joseph to withdraw as lead attorney of record in this cause, and to further substitute W. Mark Lanier and Kenneth S. Soh, along with Tom Joseph, as counsel of record for Plaintiff, and for such other and further relief to which she may be entitled.

Respectfully submitted,

TOM JOSEPH, P.C.
909 N.E. Loop 410, Suite 600
San Antonio, TX 78209
(210) 828-9092
(210) 828-2363 (fax)

By: _____
Tom Joseph
State Bar No. 11030000

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

THE LANIER LAW FIRM, P.C.

By: _____
W. MARK LANIER
State Bar No.: 11934600
Kenneth S. Soh
State Bar No. 00794670
P.O. Box 691448
6810 FM 1960 West (77069)
Houston, Texas 77269-1448
Telephone: (713) 659-5200
Telecopier: (713) 659-2204

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel in accordance with the Federal Rules of Civil Procedure on this the __8th__ day of February, 2006.

_____
KENNETH S. SOH