# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2 AM 10: 10

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Bernadine Cude v. Merck & Co., Inc. | MAG. JUDGE KNOWLES |
| Case No. 05-2064 | |

## ORDER

On this day came on to be heard, Plaintiff's Unopposed Motion to Substitute Counsel, and the Court, having considered same, is of the opinion that it should be granted. It is therefore,

ORDERED that Plaintiff's Unopposed Motion to Substitute Counsel is hereby GRANTED and that W. Mark Lanier and Kenneth S. Soh are hereby designated as lead counsel of record for Plaintiff, Bernadine Cude, along with Tom Joseph.

Signed this 1st day of March, 2006.

_____
JUDGE PRESIDING

APPROVED AND AGREED TO:

_____
Tom Joseph
SBN: 11030000

_____
W. Mark Lanier
SBN: 11934600
Kenneth S. Soh
SBN: 00794670

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____