

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL 1657 |
| **Products Liability Litigation** | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO: Ellen B. Gerber & Melvin Gerber, *et al.* v. Merck & Co., Inc., No. 05-0444, previously filed as 04-61429-CIV-DIMITROULEAS, S.D. Fla.**

---

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

---

**NOW INTO COURT,** through undersigned counsel, come Melvin Gerber and Ellen Gerber, *et al.*, plaintiffs in the above captioned and numbered proceeding, on their own behalf and representing the interests of others similarly situated, and upon suggesting to the Court that Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards, of the law firm of Fayard & Honeycutt, APC, 519 Florida Avenue, SW, Denham Springs, LA 70726, are members in good standing of the bar of the Eastern District of Louisiana, respectfully petition this Court pursuant to Local Rule 83.2.11 to permit Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards, of Fayard & Honeycutt, APC to appear, enroll, and participate as counsel for Melvin Gerber and Ellen Gerber, *et al.* in this action, while at the same time allowing John P. Coale, David K. Lietz of Coale, Cooley & Lietz, P.C., 818 Connecticut Avenue, NW, Suite 857, Washington, DC 20006 and Gary R. Fine



of Rodham & Fine, P.A., 633 Southeast Third Avenue, Suite 4R, Fort Lauderdale, FL 33301 to

withdraw as counsel of record as the Coale, Cooley & Lietz firm has dissolved.  The clients have been

notified of all deadlines and pending court appearances.

Respectfully submitted,

FAYARD & HONEYCUTT, APC


By: _Wanda J. Edwards_

Calvin C. Fayard, Jr. (La. Bar Roll #5486)
D. Blayne Honeycutt (La. Bar Roll #18264)
Wanda J. Edwards (La. Bar Roll #27448)
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Substitute Counsel

of Record has been served to all known counsel of record via File and Serve, this 10th day of

February, 2006.

_Wanda J. Edwards_

Wanda J. Edwards