IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2 AM 10: 14

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL 1657 |
| Products Liability Litigation | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** Ellen B. Gerber & Melvin Gerber, *et al.* v. Merck & Co., Inc., No. 05-0444, previously filed as 04-61429-CIV-DIMITROULEAS, S.D. Fla.

## ORDER

CONSIDERING the motion of Ellen B. Gerber and Melvin Gerber, *et al.*,

**IT IS ORDERED** that the Joint Motion to Substitute Counsel is hereby granted and Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards of the law firm of Fayard & Honeycutt, APC, are enrolled and added as counsel for Ellen B. Gerber and Melvin Gerber, *et al.*

**IT IS FURTHER ORDERED** that John Coale, David K. Lietz and Gary R. Fine are allowed to withdraw as counsel of record in the above captioned and numbered proceeding.

Signed in New Orleans, Louisiana, this 1st day of March, 2006.

UNITED STATES DISTRICT JUDGE