STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Sally Cole



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Sally Cole<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

On this, the 1st day of March, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Sally Cole will refile in the federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff Sally Cole and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

APPROVED AND SO ORDERED:

_____
Eldon E. Fallon
United States District Judge


DATED this _15_ day of February, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen F. Edwards
Attorneys for Plaintiff

DATED this _13_ day of February, 2006.

RAY, QUINNEY & NEBEKER

_____
Rick Rose
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of February, 2006.

*/s/ [signature]*

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732



Attorneys for Plaintiff Sally Cole

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation | |
|---|---|
| Sally Cole | MDL Docket No. 1657 |
| Plaintiff | Case No. 2:05cv564 |
| v. | |
| MERCK & COMPANY, INC., a corporation, | **AFFIDAVIT OF SALLY COLE** |
| Defendant. | |

Sally Cole, being first duly sworn, states as follows:

1.  I am one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.  At this time, I desire and request that my claim against Merck & Company, Inc., be dismissed without prejudice.

3.  Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

_Sally Cole_
Sally Cole

STATE OF __Utah__ )
                        :ss
COUNTY OF __Utah__ )

Sworn to and subscribed before me this __6__ day of __Feb__, 2006.

_Cristy D. Reeves_
Notary Public

My Commission Expires:
__11-19-09__

CRISTY D. REEVES
NOTARY PUBLIC • STATE of UTAH
1501 SOUTH 40 EAST
PROVO, UTAH 84606
COMM. EXPIRES 11-19-2009

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF SALLY COLE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 15th day of February, 2005.

_____