UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -2 AM 10: 13
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Opal Kaufman, et. al. v. Merck & Co., Inc.*, No. 2:05cv5835 (previously 4:05-cv-01595-ERW EDMO USDC)

### ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff Sean Cononie, and will continue to represent all other named Plaintiffs in the above cited case. Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for Sean Cononie. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to Sean Cononie's action against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect.

It is So Ordered:

_____
JUDGE

DATE: March 1, 2006

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____