UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 27  AM 10: 34

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This document relates to: OPAL WALLACE, Individually and on behalf of the estate of MATILDA HAYTER, JEWEL JORDAN, WOODROW HAYTER, JR. And J.D. HAYTER v. MERCK & CO., INC. (Civil Action No. 2:05-cv-01138) | Section: L  Judge: The Honorable Eldon E. Fallon |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND

1. Plaintiffs, Opal Wallace, Individually and on behalf of the estate of Matilda Hayter, Jewel Jordan, Woodrow Hayter, Jr., and J.D. Hayter, moves this Court for leave to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a). The proposed amendment will not cause any undue delay and will not prejudice any party. Ms. Wallace has died as a result of her Vioxx-induced condition and this amendment is sought to add additional wrongful death plaintiffs as permitted under the Texas wrongful death statute. A copy of Plaintiffs' First Amended Complaint is attached as Exhibit A.

## CONCLUSION AND PRAYER

2. Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs pray that the Court permit them leave to amend and file Plaintiffs' First Amended Complaint as part of the Court's record in this matter. A proposed Order is attached as Exhibit B.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

_____
D. Allen Hossley
State Bar No. 00792591
Jeffery T. Embry
State Bar No. 24002052
Hossley ✯ Embry, L.L.P.
313 East Charnwood St.
Tyler, TX 75701
Telephone No. 903-526-1772
Fax No. 903-526-1773
www.hossleyembry.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiffs' Unopposed Motion for Leave to Amend* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 23rd day of February, 2006.

_____
Jeffrey T. Embry

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Defense counsel was contacted regarding the subject of this Motion pursuant to the Federal Rules and the Rules of this Court. Defense counsel was unopposed to this Motion.

_____
Jeffrey T. Embry

# EXHIBIT A

# EXHIBIT B