UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2 AM 10: 12

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § MDL No. 1657 |
| This document relates to: OPAL WALLACE, Individually and on behalf of the estate of MATILDA HAYTER, JEWEL JORDAN, WOODROW HAYTER, JR. And J.D. HAYTER v. MERCK & CO., INC. (Civil Action No. 2:05-cv-01138) | § Section: L  §  § Judge: The Honorable Eldon E. Fallon |

## ORDER

The Court GRANTS Plaintiffs' Unopposed Motion for Leave to Amend. The Clerk is directed to file Plaintiffs' First Amended Complaint, which is attached as Exhibit A to Plaintiffs' Unopposed Motion for Leave to Amend, among the papers in this case.

ORDERED this 1st day of March, 2006.

_____
PRESIDING JUDGE

ORDER

Fee _____
Process _____
X Dktd _____ Page 1
CtRmDep _____
Doc No. _____