STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732



Attorneys for Plaintiff Cynthia S. Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | |
| Cynthia S. Barlow, on behalf of the heirs of her mother, Doris Marie Hoyle Young | MDL Docket No. 1657<br>Case No. 2:05cv1167 |
| Plaintiff | |
| v. | |
| MERCK & COMPANY, INC., a corporation, | **STIPULATION OF DISMISSAL** |
| Defendant. | |

On this, the 22 day of Feb. , 2006, it is hereby STIPULATED, ORDERED,

ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the

above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its

own costs and attorneys' fees. Should she seek to refile, Plaintiff Cynthia S. Barlow will refile in the

federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff Cynthia S. Barlow, on behalf of the heirs of her

mother, Doris Marie Hoyle Young, and Defendant Merck & Company, Inc., who have appeared in

the above-captioned matter.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
_____ Doc. No _____

APPROVED AND SO ORDERED:

Eldon E. Fallon
United States District Judge

DATED this _23_ day of February, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

Stephen F. Edwards
Attorneys for Plaintiff

DATED this _22_ day of February, 2006.

RAY, QUINNEY & NEBEKER

Rick Rose
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 23rd day of February, 2006.

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

**RECEIVED**

FEB 1 4 2006

**MORGAN, MINNOCK & RICE**

Attorneys for Plaintiff Cynthia S. Barlow

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | |
| Cynthia S. Barlow, on behalf of the heirs of her mother, Doris Marie Hoyle Young | MDL Docket No. 1657<br>Case No. 2:05cv1167 |
| Plaintiff | |
| v. | **AFFIDAVIT OF CYNTHIA S. BARLOW** |
| MERCK & COMPANY, INC., a corporation, | |
| Defendant. | |

Cynthia S. Barlow, being first duly sworn, states as follows:

1.      I am one of several plaintiffs listed in the lawsuit *Arthur D. Blain, et. al. v. Merck & Company, Inc.*, that was before Judge J. Thomas Greene in the United States District Court for the State of Utah, Central Division, case number 2:04CV01102, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.      At this time, I desire and request that my claim, on behalf of the heirs of my mother Doris Marie Hoyle Young, against Merck & Company, Inc., be dismissed without prejudice.

3.    Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

_Cynthia S. Barlow_
Cynthia S. Barlow

STATE OF ___Utah___  )
                                          :ss
COUNTY OF ___Salt Lake___  )

Sworn to and subscribed before me this __13__ day of ___February___, 2006.

_Cassondra Abbatiello_
Notary Public

My Commission Expires:
___11/16/08___

> NOTARY PUBLIC
> **CASSONDRA ABBATIELLO**
> 980 E Ft Union Blvd
> Midvale, UT  84047
> My Commission Expires
> November 16, 2008
> STATE OF UTAH

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF CYNTHIA S. BARLOW** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 23rd day of February, 2006.

3