UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2 AM 10: 18

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
   *Olig v. Merck & Co., Inc.*, 06-401
   *Nowicki v. Merck & Co., Inc.*, 06-384
   *Dutko. Merck & Co., Inc.*, 06-290
   *Weirick v. Merck & Co., Inc.*, 06-402
   *Roos v. Merck & Co., Inc.*, 06-377
   *Swetokos v. Merck & Co., Inc.*, 06-390
   *McCade v. Merck & Co., Inc.*, 06-388
   *Thibodeau v. Merck & Co., Inc.*, 06-389

### ORDER

IT IS ORDERED that the Plaintiffs' Motions for Remand are CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this ___1st___ day of ___March___, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___