FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -2  PM 4: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

JUDGE FALLON
MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VIDEOTAPED DEPOSITION WITH
### SUBPOENA DUCES TECUM OF DR. EMILY ISAACS

TO: ALL KNOWN COUNSEL OF RECORD

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiffs in the above-styled and numbered causes will depose the following individual:

> Dr. Emily Isaacs
> 909 9th Avenue
> Fort Worth, Texas 76104
> PHONE: (817) 336-7191

On March 29, 2006, at 1:00 p.m.

This deposition will be taken at the offices of Rickey J. Brantley, JOSE, HENRY, BRANTLEY & KELTNER, 675 North Henderson Street, Fort Worth, Texas 76107, Telephone: (817) 877-3303.

The deposition will be reported by a certified court reporter, and shall be recorded stenographically and on both audiotape and videotape.

The deposition will continue from day to day until completed. Plaintiffs' counsel intends to use documents produced by Merck including, but not limited to, documents or information produced in electronic format.

Fee___
Process___
X Dktd___
CtRmDep___
Doc. No___

You, the deponent, are further required to bring with you any and all documents listed on the attached Exhibit "A."

RESPECTFULLY SUBMITTED on this the 2nd day of March, 2006.

Respectfully submitted,

_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

Temporary Address:

Place St. Charles, 201 St. Charles Avenue
Suite 4310, New Orleans, LA 70170

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esq.
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
PH: (318) 487-9874
FAX: 318) 561-2591

Andy D. Birchfield, Esp. (Co-Lead Counsel)
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH: (800) 898-2034
FAX:(334) 954-7555

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH: (415) 956-1000
FAX: (415) 956-1008

Thomas Kline, Esq.
1525 Locust St., 19th Floor
Philadelphia, PA 19102
PH: (215) 772-1000
FAX: (215) 772-1371

Arnold Levin, Esq.
510 Walnut Street, Ste. 500
Philadelphia, PA 19106-3875
PH: (215) 592-1500
FAX: (215) 592-4663

Carlene Rhodes Lewis
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
PH: (713) 650-0022
FAX: (713) 650-1699

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen Street, Ste. 400
Pensacola, FL 32502
PH: (850) 435-7000
FAX: (850) 497-7059

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, Louisiana 70601
PH: (337) 494-7171
FAX: (337) 494-7218

Mark Robinson, Esq.
620 Newport Center Drive
Seventh Floor
Newport Beach, CA 92660
PH: (949) 720-1288
FAX: (949) 720-1292

Christopher Seeger, Esq. (Co-Lead Counsel)
One William Street
New York, NY 10004
PH: (212) 584-0700
FAX: (212 584-0799

Christopher Vincent Tisi
2000 L Street Northwest
Ste. 400
Washington, D.C. 20036-4914
PH: (202) 783-6400
FAX: (307) 733-0028

## PLAINTIFFS' STEERING COMMITTEE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve Advanced, in accordance with Pre-Trial Order No. 8, on this the 2nd day of March, 2006.

# EXHIBIT "A"
## DOCUMENTS TO BE PRODUCED SUBJECT TO SUBPOENA

1. Any and all correspondence between you and Merck, and/or any employees and representatives of Merck, received or sent by you, which relates in any way to Vioxx.

2. Any information and/or documentation pertaining to your past Vioxx prescribing habits.

3. Any information and/or documentation you received from Merck regarding cardiovascular risk and/or cardiovascular disease, heart attacks and/or strokes, and Vioxx.

4. Any information and/or documentation you prepared for presentation, or that you prepared for presentation by other(s), to any group, committee, treatment facility or individual, regarding cardiovascular risk and/or cardiovascular disease, heart attacks, strokes and Vioxx.

5. Any information and/or documentation, including but not limited to Power Point presentations, hand-outs, or other materials circulated at presentations, dinner meetings, conferences, trips, CME/CDE, continuing education, "Colloquies", Round Table or other programs and/or engagements that you attended and/or presented regarding Vioxx and/or pain treatment utilizing Vioxx, including but not limited to any presentation made at "Del Frisco's" Restaurant in Fort Worth, Texas.

6. Any medical literature used and/or considered by you while prescribing Vioxx.

7. Any medical literature regarding Vioxx which was provided to you by Merck, its employees and/or representatives.

8. Any press releases regarding statements you have made concerning Vioxx and cardiovascular risk and/or cardiovascular disease, heart attacks and/or strokes.

9. Copies of any and all correspondence, emails and/or advisories from Merck, its agents, and/or employees, including other physicians, received by you regarding Vioxx, whether directed to you as original recipient, or as a copy.

10. Any adverse event information you reported to any source, regarding Vioxx.

11. Any information you received from Merck concerning side effects, warnings or precautions for Vioxx, including adverse events, interactions or side effects of the drug.

12. Any previous depositions given by you on Vioxx or other Merck products.

13. Your personal or custodial file on Vioxx.

14. Any and all promotional items and pieces given to you by detailers of Vioxx.

15. Information regarding any and all promotional items, including but not limited to trips,

vacations, retreats, dinners, cash, payments and/or gratuities of any kind, given to you by Merck and/or its agents, representatives and/or employees.

16. Copies of any and all materials received by you from Merck, its employees and/or representatives at any time, regarding any drugs including but not limited to Vioxx, as well as any and all material related to cardiovascular disease, cardiovascular risks, heart attacks, strokes, pain management, arthritis, epidemiology, pharmacology, efficacy, safety, and appropriate administration of Vioxx.

16. Copies of all orders, requests, invoices and other documents related to your ordering and stocking of Vioxx samples.

17. Electronic copies of all documents requested above, if available now or in the past, in any way, in electronic form. Electronic versions should be provided in the same electronic form in which they were originally sent, received, and/or used by you.