IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS J. BRADLEY, JR., Individually, And as Authorized Representative of the Estate of BARBARA A. BRADLEY, Deceased; DAVID BRADLEY; DANA MULLINS; and RHONDA MATNEY Plaintiffs<br><br>v.<br><br>MERCK & COMPANY, INC., Defendant | § § § § § § § § § § § § § § § §<br><br>CIVIL CAUSE NO. CA 05-1145L (3) |

## AGREED MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE DISTRICT COURT:

THOMAS J. BRADLEY, JR., Individually, and as Authorized Representative of the Estate of BARBARA A. BRADLEY, Deceased; DAVID BRADLEY; DANA MULLINS; and THONDA MATNEY Plaintiffs, by and through their attorneys of record and pursuant to Tex.R.Civ.P. 162, hereby voluntarily dismiss their claims against Defendant MERCK & COMPANY, INC.

WHEREAS, PREMISES CONSIDERED, Plaintiffs request that the Court order that this case be dismissed without prejudice to refiling same and be removed from the Court's docket.

_ Fee _____
_ Process _____
X Dktd _____
_ CtRmDep _____
_ Doc. No. _____

Respectfully submitted,

J. Jeffrey Springer
State Bar No. 18966750
Frank Lyle
State Bar No. 12717600
**SPRINGER & LYLE, LLP**
1807 Westminster
Denton, Texas 76205
940-387-0404
940-383-7656 (fax)

By: _____
J. Jeffrey Springer

ATTORNEYS FOR PLAINTIFFS
THOMAS J. BRADLEY, JR.; DAVID
BRADLEY; DANA MULLINS; and
RHONDA MATNEY

## CERTIFICATE OF CONFERENCE

I certify I have conferred with counsel for Defendant and Defendant has no objection to the dismissal of this case.

_____
J. Jeffrey Springer

Case 2:05-md-01657-EEF-DEK   Document 3576   Filed 01/23/06   Page 3 of 3

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the forgoing document was served in accordance with TRCP 21 by placing the same in the U.S. Mail on the 19th day of December, 2005, sufficient postage prepaid and addressed to all counsel of record as follows:

**Via CMRRR#7004 2890 0003 5877 3285**

Mr. Richard Josephson
910 Louisiana
Houston, Texas 77002
   ATTORNEY-IN-CHARGE FOR
   MERCK & CO., INC.

OF COUNSEL:

**Via First Class Mail**

Mr. Travis J. Sales
Ms. Maryanne Lyons
BAKER BOTTS, L.L.P.
910 Louisiana
Houston, Texas 77002

**Via First Class Mail**

Ms. Jennifer Haltom Doan
HALTOM & DOAN, L.L.P.
6500 N. Summerhill Rd., Ste. 1A
Texarkana, Texas 75503

**Via First Class Mail**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004

_____
J. Jeffrey Springer