IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS J. BRADLEY, JR., Individually, And as Authorized Representative of the Estate of BARBARA A. BRADLEY, Deceased; DAVID BRADLEY; DANA MULLINS; and RHONDA MATNEY<br>Plaintiffs<br><br>v.<br><br>MERCK & COMPANY, INC.,<br>Defendant | §§§§§§§§§§§§§§§<br><br>CIVIL CAUSE NO. CA 05-1145L (3) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -3 PM 3:24
LORETTA G. WHYTE
CLERK

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIM AGAINST DEFENDANT MERCK & COMPANY, INC.

---

ON THIS DAY the Court considered Plaintiffs' Nonsuit of Defendant MERCK & COMPANY, INC. The Court, having given due consideration to the Nonsuit, is of the opinion that Plaintiffs' claims against said Defendants should be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's claim against Defendant MERCK & COMPANY, INC. is dismissed without prejudice to the refiling of the same in the future, PROVIDED THAT SHOULD THE PLAINTIFFS SEEK TO RE-FILE THEIR CLAIMS, THEY MUST FILE IN FEDERAL COURT.

SIGNED this 3rd day of ~~January~~ March, 2006.

_____
JUDGE PRESIDING

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.____