**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 27 PM 12: 36

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DENISE WHITTAKER, et al, | : | CIVIL ACTION NO. |
| Plaintiff | : | 2:05-CV-01257-EEF-DEK |
| VS. | : | |
| MERCK & CO., INC., | : | |
| Defendant | : | January 24, 2006 |

### PLAINTIFFS' MOTION TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), the Plaintiffs move to amend the Complaint as set forth in the attached Amended Complaint based on the death of Plaintiff, Eleanor Marr.

THE PLAINTIFF,

By_____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to all counsel and pro se parties of record as follows:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

Michael A. Stratton