UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -3  PM 3: 59

LORETTA G. WHYTE
CLERK

DENISE WHITTAKER, et al                    :

V.                                         :        CIVIL ACTION NO.
                                                    2:05-cv-01257-EEK-DEK

MERCK & CO., INCORPORATED                  :        FEBRUARY 27, 2006

## ORDER

It is ordered that the Plaintiff's Motion to Amend Complaint for Denise

Whittaker, et al v, Merck & Co., Inc. be granted based on the death of Plaintiff,

Eleanor Marr.

GRANTED / DENIED

New Orleans, La.
March 3, 2006

_____
JUDGE/CLERK

_____ Fee_____
_____ Process_____
_____ Dkid_____
_____ CtRmDep_____
_____ Doc. No _____