IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX | § |
| | Products Liability Litigation | § |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAR – 1 2006

FILED

LORETTA G. WHYTE
CLERK

MDL NO. 1657

SECTION: L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E., KNOWLES, III

THIS DOCUMENT RELATES TO *Jolley, et al v. Merck & Co., Inc.*, previously filed as 1:04-CV-00685; E.D. Tx.

## STIPULATION OF DISMISSAL

AND NOW, this_____ day of _____, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the claims filed by Plaintiffs Barbara Irvin, David Young, Shirley Smith, John Harrington, James Williams, Ethel Morrison and Jerlene Bailey against Defendant Merck & Co., Inc. in the above-captioned action be and hereby are DISMISSED WITHOUT PREJUDICE as to Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees, *provided that if the plaintiffs seek to re-file this action it must be filed in federal court.*

This Stipulation is filed on behalf of Plaintiffs Barbara Irvin, David Young, Shirley Smith, John Harrington, James Williams, Ethel Morrison and Jerlene Bailey and Defendant Merck & Co., Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____    *March 3, 2006*
UNITED STATES DISTRICT JUDGE

_____ Fee_____
_____ Process_____
_____ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

Respectfully submitted by:

Blake Bailey
Texas Bar No. 01514500
Bailey Law Firm
112 S. Broadway
Tyler, Texas 75702
(903) 593-7660
(903) 593-0090 Fax

ATTORNEY FOR PLAINTIFFS

Jonathan B. Skidmore
Texas Bar No. 18462500
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
(214) 855-8000
(214) 855-8200 Fax

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all Liaison Counsel and all counsel of record via Certified Mail/RRR, fax and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this ___24th___ day of January, 2006.

Blake Bailey

STIPULATION OF DISMISSAL -             Page 2

Respectfully submitted by:

Blake Bailey
Texas Bar No. 01514500
Bailey Law Firm
112 S. Broadway
Tyler, Texas 75702
(903) 593-7660
(903) 593-0090 Fax

ATTORNEY FOR PLAINTIFFS

Jonathan B. Skidmore
Texas Bar No. 18462500
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
(214) 855-8000
(214) 855-8200 Fax

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all Liaison Counsel and all counsel of record via Certified Mail/RRR, fax and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this _____ day of January, 2006.

Blake Bailey

STIPULATION OF DISMISSAL -                                       Page 2