UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -1  P 1: 51
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Jackie Lynn Jones v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-01586) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF APPEARANCE

Plaintiff, JACKIE LYNN JONES files this Motion to Substitute Counsel of Record and Notice of Appearance, and in support thereof shows:

### FACTUAL AND PROCEDURAL HISTORY

1. Plaintiff's Original Petition was filed on February 28, 2005, in the Northern District of Texas, Fort Worth Division by Juan Enrique Mejia of WATTS LAW FIRM, L.L.P.

2. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on May 16, 2005.

### RELIEF REQUESTED

3. Plaintiff wants to be represented as counsel of record in this matter by following counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts and Russ Abney of WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM, LLP. Present counsel, Juan Enrique Mejia of WATTS LAW FIRM, L.L.P., consents to the substitution of counsel.

1

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

4. Plaintiff respectfully asks this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOTT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts and Russ Abney of WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as counsel of record for Plaintiff in this matter.

5. Drew Ranier of RANIER, GAYLE & ELLIOTT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts and Russ Abney of WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on behalf of Plaintiff JACKIE LYNN JONES.

6. This request is not intended to cause delay or prejudice.

8. Pursuant to Judge Fallon's Order, LexisNexis File & Serve has been notified of this change in party/counsel status.

WHEREFORE PREMISES CONSIDERED, Plaintiff JACKIE LYNN JONES, respectfully requests that her Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which she may be entitled.

Dated: 2/27/2006

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Phone: 409-835-6000
Fax: 409-838-8888

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Phone: 713-230-2200
Fax: 713-643-6226

MIKAL WATTS
Texas State Bar No. 20981820
WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Phone: 361-887-0500
Fax: 361-887-0055

DREW RANIER
Louisiana State Bar No. 8320
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Phone: 337-494-7171
Fax: 337-494-7218

JUAN ENRIQUE MEJIA /w permission
WATTS LAW FIRM, L.L.P
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Phone: 361-887-0500
Fax: 361-887-0055

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Phone: 713-223-0000
Fax: 713-223-0440
TRIAL ATTORNEY

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing motion has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on the 27th of February, 2006.

_____
Grant Kaiser