IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    VIOXX<br>Products Liability Litigation | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E., KNOWLES, III |

THIS DOCUMENT RELATES TO *Jolley, et al v. Merck & Co., Inc.*, Cause No. 2:CV-0535; previously filed as 1:04-CV-00685; E.D. Tx.

## PLAINTIFFS' COUNSEL'S MOTION TO
## WITHDRAW AND SUBSTITUTION OF COUNSEL

Counsel for Plaintiffs, Blake Bailey and his firm, files this Motion and would show the Court as follows:

1.00   Plaintiffs are Bill Jolley, James Hollandsworth and James Ford.

2.00   Defendant is Merck & Co., Inc.

3.00   Plaintiffs filed suit against Defendant on October 18, 2004.

4.00   There is good cause for the Court to grant this Motion because the Plaintiffs named above desire to be represented by the substitute attorney.

5.00   Frank L. Branson and his firm, The Law Office of Frank L. Branson, P.C. will be substituted as the Attorney-In-Charge for the Plaintiffs named above. Mr. Branson's Texas Bar No. is 02899000, and his firm is The Law Offices of Frank L. Branson, P.C., 4514 Cole Avenue, Suite 1800, Dallas, Texas 75202, telephone: (214) 522-0200, fax: (214) 521-5485.

6.00   All Plaintiffs named above approve the substitution.

7.00   This withdrawal and substitution of counsel will not delay these proceedings.

FOR THESE REASONS, Blake Bailey and his firm respectfully request the Court grant this Motion to Withdraw and substitute Frank L. Branson and his firm as the Attorney-In-Charge for Plaintiffs Bill Jolley, James Hollandsworth and James Ford.

Respectfully submitted,

*[signature]*

Blake Bailey
Texas State Bar No. 01514500
Bailey Law Firm
112 S. Broadway
Tyler, Texas 75702
(903) 593-7660
(903) 593-0090 Fax

**Withdrawing Attorney-in-Charge for Plaintiffs
Bill Jolley, James Hollandsworth and James Ford**

*[signature]*

Frank L. Branson
Attorney-In-Charge
Texas State Bar No. 02899000
Michael G. Guajardo
Texas State Bar No. 00784183
J. Gregory Marks
Texas State Bar No. 12994900
Thomas J. Farmer
Texas State Bar No. 06826400
The Law Offices of Frank L. Branson, P.C.
4514 Cole Avenue, Suite 1800
Dallas, Texas 75205
(214) 520-0200
(214) 521-5485 Fax

**Substituting Attorney-in-Charge for Plaintiffs
Bill Jolley, James Hollandsworth and James Ford**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all Liaison Counsel and all counsel of record via Certified Mail/RRR, fax and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 10th day of January, 2006.

_____
Michael G. Guajardo