IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| Products Liability Litigation | § | |
| | § | SECTION: L |
| | § | |
| | § | JUDGE ELDON E. FALLON |
| | § | |
| | § | MAGISTRATE JUDGE |
| | § | DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Jolley, et al v. Merck & Co., Inc.*, previously filed as 1:04-CV-00685; E.D. Tx.

## ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Came on to be heard this day Plaintiffs' Counsel's Motion to Withdraw and Substitution of Counsel. After considering such Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that:

1. Blake Bailey and the Bailey Law Firm be allowed to withdraw as counsel for Plaintiffs Bill Jolley, James Hollandsworth and James Ford; and

2. Frank L. Branson and The Law Offices of Frank L. Branson, P.C., 4514 Cole Avenue, Suite 1800, Dallas, Texas 75205, telephone: (214) 522-0200, fax: (214) 521-5485, be substituted as Attorney-In-Charge for Plaintiffs Bill Jolley, James Hollandsworth and James Ford.

SIGNED this 3d day of March, 2006.

UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

*[signature]*

Blake Bailey
Texas Bar No. 01514500
Bailey Law Firm
112 S. Broadway
Tyler, Texas 75702
(903) 593-7660
(903) 593-0090 Fax

**Withdrawing Attorney-in-Charge for Plaintiffs**
**Bill Jolley, James Hollandsworth and James Ford**

*[signature]*

Frank L. Branson
Attorney-In-Charge
Texas State Bar No. 02899000
Michael G. Guajardo
Texas State Bar No. 00784183
J. Gregory Marks
Texas State Bar No. 12994900
Thomas J. Farmer
Texas State Bar No. 06826400
The Law Offices of Frank L. Branson, P.C.
4514 Cole Avenue, Suite 1800
Dallas, Texas 75205
(214) 520-0200
(214) 521-5485 Fax

**Substituting Attorney-in-Charge for Plaintiffs**
**Bill Jolley, James Hollandsworth and James Ford**