STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Josephine DeLuca



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 2 2006
LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Barbara A. DeLuca<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**MOTION TO SUBSTITUTE PARTY** |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Josephine DeLuca, the surviving mother of Barbara A. DeLuca and her heir under Utah's Survival Statue, respectfully move the Court to order the substitution of parties, substituting Josephine DeLuca for the late Barbara A. DeLuca. The grounds for the present Motion are set forth more fully in the accompanying memorandum of points and authorities.

DATED this _22_ day of February, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen F. Edwards
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO SUBSTITUTE PARTY** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 22nd day of February, 2006.

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Josephine DeLuca

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Barbara A. DeLuca<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** |

Counsel for Josephine DeLuca respectfully submit the following Memorandum in Support of Motion to Substitute Party as follows:

### STATEMENT OF FACTS

1.     Barbara A. DeLuca was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.  Barbara A. DeLuca passed away on October 12, 2005. (Affidavit of Josephine DeLuca, ¶ 2, attached as Exhibit "A").

3.  Josephine DeLuca is Barbara A. DeLuca's surviving mother. (Affidavit of Josephine DeLuca, ¶ 1, attached as Exhibit "A").

4.  No personal representative has been appointed for the estate of Barbara A. DeLuca. (Affidavit of Josephine DeLuca, ¶ 3, attached as Exhibit "A").

5.  As Barbara A. DeLuca's surviving mother and heir, Josephine DeLuca seeks to be substituted for her deceased daughter on behalf of the heirs of her daughter, Barbara A. DeLuca. (Affidavit of Josephine DeLuca, ¶ 4, attached as Exhibit "A").

## ARGUMENT

Rule 25 of the Federal Rules of Civil Procedure provides that if a party dies and the claim is not extinguished, the Court may order substitution of proper parties. The rule states in part: "[t]he motion for substitution may be made by any party or by the successors or representatives of the deceased party." Fed. R. Civ. P. 25(a)(1). Under Utah's Survival Statute, a cause of action arising out of personal injury to an individual caused by the wrongful act of another does not abate upon the death of the injured person. Instead, the personal representatives or heirs of the deceased continue to have a cause of action against the alleged wrongdoer. The statute states in part:

> Causes of action arising out of personal injury to the person or death caused by the wrongful act or negligence of another do not abate upon the death of the

wrongdoer or the injured person. The injured person or the personal representatives or heirs of the person who died have a cause of action against the wrongdoer or the personal representatives of the wrongdoer for special and general damages . . .

Utah Code Ann. § 78-11-12. The term "heirs" as used in Utah's Survival Statute includes, among other individuals, the decedent's natural parents. Utah Code Ann. § 78-11-6.5(1)(c).

Barbara A. DeLuca has passed away since commencing the above-captioned action. No individual has been appointed the personal representative of Barbara A. DeLuca's estate. As her surviving mother and an heir under Utah's Survival Statute, Josephine DeLuca should be substituted for her daughter Barbara A. DeLuca on behalf of her heirs.

DATED this __22__ day of February, 2006.

        MORGAN, MINNOCK & RICE, L.C.

        _____
        Stephen F. Edwards
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 22nd day of February, 2006.

_____

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Josephine DeLuca

RECEIVED
FEB 2 2 2006
MORGAN, MINNOCK & RICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Barbara A. DeLuca<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br>**AFFIDAVIT OF JOSEPHINE DELUCA** |

Josephine DeLuca, being first duly sworn, states as follows:

1. I am the mother of Barbara A. DeLuca who was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. My daughter, Barbara A. DeLuca, passed away on October 12, 2005.

3. No personal representative has been appointed for the estate of Barbara A. DeLuca.

4. At this time, I seek to be substituted for my deceased daughter, as the Plaintiff in the above-captioned matter on behalf of the heirs of Barbara A. DeLuca.

FURTHER AFFIANT SAYETH NOT.

*Josephine DeLuca*
Josephine DeLuca

STATE OF Utah        )
                     :ss
COUNTY OF Salt Lake  )

Sworn to and subscribed before me this 21 day of February, 2006.

*Melissa A. Carter*
Notary Public

My Commission Expires:
6-1-2009

NOTARY PUBLIC
MELISSA A. CARTER
515 East 100 South
Salt Lake City, Utah 84102
My Commission Expires
June 1, 2009
STATE OF UTAH

2

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Josephine DeLuca



RECEIVED MAR - 2 2006 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Barbara A. DeLuca<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br>**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** |

Josephine DeLuca, as the surviving mother of Barbara A. DeLuca and as her heir under Utah's Survival Statute, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Barbara A. DeLuca during the pendency of this action.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 22nd day of February, 2006.

_____