UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -3 P 1: 48
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: ) | MDL Docket No. 1657 |
| ) | |
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| ) | Civil Action No. 2:05cv3441 |
| ) | |
| **Relates to:** ) | |
| ) | |
| *Johnny Dingle v. Merck & Co., Inc., et al* ) | |
| **Transferred From:** Civil Action No. 05-CV-2744 ) | |
| *Johnny Dingle* v. *Merck & Co., Inc., et al* ) | |
| U. S. District Court; Eastern District Of New York ) | |

---

## NOTICE OF FILING OF NOTICE OF DISCONTINUANCE [AGREED DISMISSAL] AS TO DEFENDANT LINCOLN PLACE PHARMACY, INC. **ONLY**

---

Lincoln Place Pharmacy, Inc., files herein this notice of discontianuance [agreed dismissal] of plaintiff's claims against Lincoln Place Pharmacy, Inc., **only**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Plaintiff is <u>not</u> dismissing any claims against the remaining defendants.

1.     Plaintiff has filed a notice of discontinuance [dismissal] in the United States District Court for the Eastern District of New York, and by copy of this pleading, such notice of discontinuance/dismissal is now being filed in this court [the Vioxx MDL].

2.     Plaintiff is Johnny Dingle. The defendant which has been dismissed by plaintiff is Lincoln Place Pharmacy, Inc.

3.      Plaintiff originally sued this defendant in New York State Court. The matter was removed and ultimately transferred to the In Re Vioxx Products Liability MDL.

4.     On October 17, 2005, in the United States District Court for the Eastern District of New York, Plaintiff's filed a Stipulation of Discontinuance [only as to Lincoln Place

**JOINT STIPULATION OF DISMISSAL REGARDING
DEFENDANT LINCOLN PLACE PHARMACY, INC.**
(70635.1) 230165.1

| | |
|---|---|
| ___ Fee _____ | |
| ___ Process _____ | |
| _X_ Dktd | **Page1** |
| ___ CtRmDep_____ | |
| ___ Doc. No. _____ | |

Pharmacy], which dismisses with prejudice, the claims plaintiff asserted against Lincoln Place Pharmacy.  On November 16, 2005, the United States District Court for the Eastern District of New York approved such dismissal.  See Ex. "A," attached.

5.      By this notice, such prior dismissal is being filed herein with this Court [the Vioxx MDL] to provide notice to all parties and this Court.

RESPECTFULLY SUBMITTED:


By: _____
        Hubert A. Crouch, III
        SBN: 05148500
        Kim M. Meaders
        SBN: 05352500
        CROUCH & RAMEY, L.L.P.
        1445 Ross Avenue, Suite 3600
        Dallas, Texas  75202
        Telephone:    (214) 922-7100
        Telecopier:    (214) 922-7101


By: _____
        Andrew Sapon
        SBN: AS1536
        BIVONA & COHEN, P.C.
        Wall Street Plaza
        88 Pine Street, 25TH Floor
        New York, NY  10005
        Telephone:    (212) 363-3100
        Telecopier:    (212) 363-9824


**ATTORNEYS FOR DEFENDANT,**
**LINCOLN PLACE PHARMACY, INC.**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via LexisNexis on this _28 TH_ day of December 2005 and to plaintiff's counsel via CMRRR.

Kim M. Meaders

NO: 05-155-28272



OMRIAS
①

Bivona & Cohen, P.C.
Attorneys for Lincoln Place Pharmacy, Inc.
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 363-3100
Attention: Andrew Sapon, Esq. (AS 1536)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————— X

JOHNNY DINGLE ,

                          Plaintiffs,              No.: 05 - CV - 2744

    - against -                                    **STIPULATION OF**
                                                   **DISCONTINUANCE**
MERCK & CO., INC. and LINCOLN PLACE PHARMACY,       *SOLELY AS TO*
INC.,                                               *LINCOLN PLACE*
                                                    *PHARMACY, INC.*
                          Defendants.
————————————————————— X

    IT IS HEREBY STIPULATED, by and between the undersigned, the attorneys

for their respective parties, that plaintiff's action as against Lincoln Place Pharmacy,

Inc. only is hereby discontinued with prejudice and without costs to either party.

    IT IS FURTHER AGREED, that this Stipulation may be filed with the Court

without further notice.

Dated:  New York, New York
        October 17, 2005

_Zuckee Ballen PC_                          _Bivona & Cohen /as_

ZUCKER & BALLEN, P.C.                       BIVONA & COHEN, P.C.
Attorneys for Plaintiff                     Attorneys for Defendant
Johnny Dingle                               Lincoln Place Pharmacy, Inc.
16 Court Street                             Wall Street Plaza
Suite 3100                                  88 Pine Street, 25th Floor
Brooklyn, New York 11241                    New York, New York 10005
(718) 624-1211                              (212) 363-3100

RECEIVED TIME  NOV. 28.  12:32PM

SO ORDERED:

SENIOR  U.S. D.J.
NOVEMBER 16, 2005