UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -3 PM 3:42

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Linhart v. Merck & Co., Inc.*, 05-6704

**ORDER**

IT IS ORDERED that the Plaintiff's Motions for Remand (Rec. Doc. 3252) is

CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this ___1st___ day of __March__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____