A CERTIFIED TRUE COPY
MAR 2 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -3 PM 2:01

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Martha Lyons, et al. v. Merck & Co., Inc.*, S.D. Florida, C.A. No. 0:05-61755   06-403

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Lyons*) on January 10, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Lyons* on January 26, 2006. The Panel has now been advised, however, that *Lyons* was dismissed in the Southern District of Florida by the Honorable William J. Zloch in an order filed on November 17, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-37" filed on January 10, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 2, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

   *Martha Lyons, et al. v. Merck & Co., Inc.,* S.D. Florida, C.A. No. 0:05-61755

Dear Ms. Whyte:

   I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                         Very truly,

                         Michael J. Beck
                         Clerk of the Panel

                         By _____
                              Deputy Clerk

Enclosure

cc:   Transferee Judge:  Judge Eldon E. Fallon
      Transferor Judge:  Judge William J. Zloch
      Transferee Clerk:  Clarence Maddox

JPML Form 87