Marc W. Judice*
Michael W. Adley
James J. Hautot
Michelle R. Judice
H. L. Tuten, III
Jason E. Wilson
K. Nicole Reynolds
Eric E. Helm
Cynthia A. Acosta
Medha U. Kulkarni
Victoria R. McDaniel-Sonnier

# JUDICE & ADLEY

A Professional Law Corporation
926 Coolidge Boulevard
Lafayette, LA 70503-2434
72-0912591

P. O. Drawer 51769
Lafayette, LA 70505-1769
337-235-2405
Fax 1-337-235-0965
E-mail: mwj@judice-adley.com
Web Site Address: judice-adley.com

27 January 2006

*Via U.S. Mail*
Ms. Loretta G. Whyte, Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE: Wiley, et al. vs. Merck & Co., Inc. et al.
MDL Docket 1657 Eastern District of Louisiana
J&A: 3507-4101

Ref: 05-6719

Dear Clerk,

Please find the enclosed the Ruling and Judgment dismissing Dr. Arun Kishor Karsan from the suit, entitled: *L.C. Wiley, et al. Vs. Merck & Co., Inc., et al.; 05-1669-A, US District Court, Western District of Louisiana, Judge Drell*. The Ruling and Judgment dismissing Dr. Arun Kishor Karson from the suit were signed by Judge Drell prior to the case being transferred to the MDL on January 25, 2006.

Therefore, Dr. Karsan is no longer a party to the litigation and is not a party to the MDL litigation. If Dr. Arun Kishor Karsan is listed as a party, or if this law firm is listed as an involved law firm, please remove both from your list. Again, Dr. Karsan was no longer a party to the case that was transferred to your docket. Please remove Dr. Karsan from the list, along with his counsel of record: Marc W. Judice, Judice & Adley, P.O. Box 51769, Lafayette, LA 70505.

If there are any questions, please feel free to contact me at 337-235-2405, extension 32, or

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

*Board Certified-Civil Trial Advocacy/National Board of Trial Advocacy

my associate, Victoria McDaniel-Sonnier, at extension 23.

    Respectfully, I remain,

Very Truly Yours,

Marc W. Judice
VMS

Enclosures



U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
DEC 27 2005
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| L. C. WILEY and DIANNE WILEY, Individually and on behalf of JASON WILEY and CRYSTAL WILEY | CIVIL ACTION NO. 05-1669-A |
| -vs- | JUDGE DRELL |
| MERCK & CO., INC., et al. | MAGISTRATE JUDGE KIRK |

## RULING

A telephone conference involving counsel for all parties was held on November 22, 2005 at which pending motions were discussed. For the reasons set forth herein, the Motion [to Dismiss] for Failure to State a Claim for Which Relief Can Be Granted and/or Motion for Summary Judgment filed by defendant, Arun Kishor Karsan, M.D. (Document No. 13) is GRANTED and all claims against Dr. Karsan are DISMISSED WITHOUT PREJUDICE. Additionally, the Motion to Remand filed by Plaintiffs (Document No. 15) is DENIED AS MOOT. Further, Merck & Co., Inc.'s Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Document No. 17) is GRANTED, and this matter is STAYED pending such decision.

Under the Louisiana Medical Malpractice Act, no action against a qualified health care provider "may be commenced in any court before the claimant's

proposed complaint has been presented to a medical review panel...." La. R.S. 40:1299.47(B)(1)(a)(i). The Certificate of Enrollment provided by Dr. Karsan (Document No. 13, Exhibit "A") shows he was a qualified health care provider within the meaning of the Louisiana Medical Malpractice Act at the time the alleged malpractice occurred, and he remains covered under the Act. *See* La. R.S. 40:1299.41(A)(1) and 40:1299.42. Plaintiffs do not contend they have presented their claim against Dr. Karsan to a medical review panel, and Dr. Karsan has properly raised this issue before both the State court (Document No. 3) and this Court. The claims against Dr. Karsan are premature and will be dismissed. This decision renders the Motion to Remand (Document No. 15) moot.

Finally, the Court finds the interests of judicial economy support issuing a stay of these proceedings pending a decision from the Judicial Panel on Multidistrict Litigation ("MDL") regarding whether this case will be included with the multitude of other Vioxx cases currently coordinated for pretrial management before Judge Fallon in the Eastern District of Louisiana.

Accordingly, the Motion [to Dismiss] for Failure to State a Claim for Which Relief Can Be Granted and/or Motion for Summary Judgment filed by defendant, Arun Kishor Karsan, M.D. (Document No. 13) is GRANTED and all claims against Dr. Karsan are DISMISSED WITHOUT PREJUDICE.

Additionally, the Motion to Remand filed by Plaintiffs (Document No. 15) is DENIED AS MOOT.

2

Further, Merck & Co., Inc.'s Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Document No. 17) is GRANTED, and this matter is STAYED pending such decision.

SIGNED on this 27th day of December, 2005, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| L. C. WILEY and DIANNE WILEY, Individually and on behalf of JASON WILEY and CRYSTAL WILEY | CIVIL ACTION NO. 05-1669-A |
| -vs- | JUDGE DRELL |
| MERCK & CO., INC., et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For written reasons given this date, the Motion [to Dismiss] for Failure to State a Claim for Which Relief Can Be Granted and/or Motion for Summary Judgment filed by defendant, Arun Kishor Karsan, M.D. (Document No. 13) is GRANTED and all claims against Dr. Karsan are DISMISSED WITHOUT PREJUDICE.

Additionally, the Motion to Remand filed by Plaintiffs (Document No. 15) is DENIED AS MOOT.

Further, Merck & Co., Inc.'s Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Document No. 17) is GRANTED, and this matter is STAYED pending such decision.

SIGNED on this 27th day of December, 2005, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE