UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6 AM 7: 30

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
***WILLIAMS V. MERCK & CO., INC.*, 05-1010**

## ORDER

IT IS ORDERED the Plaintiff's Pro Se Motion for Continuous Receipt of Service of Pre-Trial Orders and Information, which is attached to this Order, is DENIED. IT IS FURTHER ORDERED that Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel.

New Orleans, Louisiana, this ___3rd___ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Bobby A. Williams
Inmate Number 147572
Southern Michigan Correctional Facility
4010 Cooper Street
Jackson, MI 49201-7552

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

201 St. Charles Ave., Suite 4310
New Orleans, LA 70170



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RECEIVED
FEB - 1 2006
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

BOBBY A. WILLIAMS,
    Plaintiff,

MDL No.1657

Section:L

HON:Eldon E.Fallon
Judge

IN RE: VIOXX
    Product Liability Litigation
---------------------------------/

This Document Relates TO:

Bobby A. Williams V Merck & Co.,INC, No.05-1010 L


PLAINTIFF'S PRO SE MOTION FOR CONTINUOUS RECEIPT OF
SERVICE OF PRE-TRIAL ORDERS AND INFORMATION

Now Comes Plaintiff Bobby A. Williams, acting in Pro Se,relevant to this cause moves the court for an order for the continuous receipt of service of pre-trial orders and updated information relevant to: Vioxx Products Liability Litigation and says the following in support thereof:

    (1).That on or about August 17,2005,Plaintiff received notice from Plaintiff's liaison counsel that no other physical mailings will be provided(see attached Exhibit"A").

(2). That Plaintiff is an inst iyutionalized person who is unable to access e-mails or the court's Websites.

(3). That Judge Fallon's pre-trial order 5A, requires liaison counsel to serve all papers upon all interested parties.

(4). That plaintiff has not been provided any updated information since August 2005, and at this point and time has no ideal of the status of his interect in this cause of action.

(5). That because plaintiff has a continuous interest in this litigation, physical receipt of orders and updated information should be afforded him an institutionalized person whom does not have access to e-mails or websites.

WHEREFORE, For all of the above said reasons plaintiff prays that this Honorable Court GRANT his Motion For Continuous receipt of physical orders of the court and case status information.

Dated: January 19th, 2006,

Bobby A. Williams
Southern Mich.Cor.
Facility
4010 Cooper ST
Jackson, MI 49201

# EXHIBIT A

MDL-1657 Vioxx Litigation
STATE LIAISON COMMITTEE
E-MAIL NEWSLETTER

USDC E.D. Louisiana
Hon. Judge Eldon E. Fallon

# ATTENTION!

THIS WILL BE THE LAST PHYSICAL MAILING OF THE STATE LIAISON COMMITTEE E-MAIL NEWSLETTER. PLEASE PROVIDE US WITH YOUR E-MAIL ADDRESS SO THAT YOU CAN RECEIVE FUTURE NEWSLETTERS. ALL FUTURE NEWSLETTERS WILL ONLY BE SENT ELECTRONICALLY.

THE E-MAIL NEWSLETTERS CONTAIN IMPORTANT INFORMATION NECESSARY FOR ANY ATTORNEY WITH VIOXX CASES.

PLEASE CONTACT LISA VINSON AT LISA@BKC-LAW.COM WITH YOUR EMAIL ADDRESS OR FAX THIS SHEET BACK WITH YOUR EMAIL ADDRESS TO 504-524-3313.

_____
PRINT ATTORNEY NAME

_____
PRINT FIRM NAME

_____
E-MAIL ADDRESS

8/11/05



Name Mr. Brian Williams #147572
Southern Michigan Correctional Facility
4010 Cooper Street
Jackson, MI 49201-7552

Clerk of The Court
U.S. District Court
500 Poydras Street
Room #C-151
New Or.