UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -8  AM 11: 04

LORETTA G. WHYTE
CLERK

MARIANNE CHAMBERS, et al                  :      MDL 1657

V.                                                             :      CIVIL ACTION NO.
                                                                      2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED        :      JANUARY 27, 2006

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) & Local Rule 7, the plaintiff, Jerry

Molnar, only, moves the Court for a voluntary dismissal of her action against the

defendant, without prejudice.  The plaintiff does not wish to proceed further in this

action at this time.   Accordingly, the motion for voluntary dismissal of plaintiff

Jerry Molnar, without prejudice, should be granted.

THE PLAINTIFFS,

BY:_____
        MICHAEL STRATTON CT 08166
        STRATTON FAXON
        59 ELM STREET
        NEW HAVEN, CT  06510
        203-624-9500 t
        203-624-9100 f
        mstratton@strattonfaxon.com

_____ Fee_____
  X  _ Process_____
_____ Dktd_____
  ✓  _ CtRmDep_____
_____ Doc. No _____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

Michael A. Stratton

2