UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -7  AM 11: 33
LORETTA G. WHYTE
CLERK

MARIANNE CHAMBERS, et al      :   MDL 1657

V.                            :   CIVIL ACTION NO.
                                  2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED     :   FEBRUARY 7, 2006

## ORDER

It is ordered that the plaintiff, Jerry Molnar, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Marianne Chambers, et al v. Merck & Co., Inc. If the plaintiff seeks to refile his claim, he must do so in federal court.

GRANTED / DENIED

March 6, 2006   _____
                JUDGE/CLERK

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____