UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIANNE CHAMBERS, et al       :   MDL 1657

V.                             :   CIVIL ACTION NO.
                                   2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED      :   JANUARY 16, 2006

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) & Local Rule 7, the plaintiff, Terry Yarkosky, only, moves the Court for a voluntary dismissal of her action against the defendant, without prejudice. The plaintiff does not wish to proceed further in this action at this time. Accordingly, the motion for voluntary dismissal of plaintiff Terry Yarkosky, without prejudice, should be granted.

THE PLAINTIFFS,

BY: _____
MICHAEL STRATTON CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
203-624-9500 t
203-624-9100 f
mstratton@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

_____
Michael A. Stratton