UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIANNE CHAMBERS, et al : MDL 1657

V. : CIVIL ACTION NO.
2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED : FEBRUARY 7, 2006

## ORDER

It is ordered that the plaintiff, Terry Yarkosky, be granted motion for voluntary dismissal of her action, without prejudice, individually, from case captioned Marianne Chambers, et al v. Merck & Co., Inc. *If the plaintiff seeks to refile his claim, he must do so in federal court.*

GRANTED / ~~DENIED~~

March 6, 2006

JUDGE/CLERK

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___