UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -8  AM II: 03

LORETTA G. WHYTE
CLERK

MARIANNE CHAMBERS, et al            :     MDL 1657

V.                                  :     CIVIL ACTION NO.
                                          2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED           :     JANUARY 27, 2006

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) & Local Rule 7, the plaintiff, Madeline

Torres, only, moves the Court for a voluntary dismissal of her action against the

defendant, without prejudice.  The plaintiff does not wish to proceed further in this

action at this time.   Accordingly, the motion for voluntary dismissal of plaintiff

Madeline Torres, without prejudice, should be granted.

                                    THE PLAINTIFFS,

                              BY:_____
                                    MICHAEL STRATTON CT 08166
                                    STRATTON FAXON
                                    59 ELM STREET
                                    NEW HAVEN, CT  06510
                                    203-624-9500 t
                                    203-624-9100 f
                                    mstratton@strattonfaxon.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

Michael A. Stratton

2