UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIANNE CHAMBERS, et al : MDL 1657

V. :

CIVIL ACTION NO.
2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED : FEBRUARY 7, 2006

### ORDER

It is ordered that the plaintiff, Madeline Torres, be granted motion for voluntary dismissal of her action, without prejudice, individually, from case captioned Marianne Chambers, et al v. Merck & Co., Inc. If the plaintiff seeks to refile her claim, she must do so in federal court.

(GRANTED) / ~~DENIED~~

March 6, 2006

_____
JUDGE/CLERK

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No