FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7 AM 11: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENISE WHITTAKER, et al         :    MDL 1657

V.                              :    CIVIL ACTION NO.
                                     2:05-CV-01257-EEF-DEK

MERCK & CO., INCORPORATED       :    FEBRUARY 7, 2006

## ORDER

It is ordered that the plaintiff, William Yacone, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Denise Whittaker, et al v. Merck & Co., Inc. _If the plaintiff seeks to refile his claim, he must do so in federal court._

(GRANTED) / DENIED

March 6, 2006

_____
JUDGE/CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____