UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIANNE CHAMBERS, et al : MDL 1657

V. : CIVIL ACTION NO.
2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED : FEBRUARY 13, 2006

## ORDER

It is ordered that the plaintiff, Deborah Prescott, be granted motion for voluntary dismissal of her action, without prejudice, individually, from case captioned Marianne Chambers, et al v. Merck & Co., Inc. *If the plaintiff seeks to refile her claim, she must do so in federal court*

GRANTED / DENIED

March 6, 2006

_____
JUDGE/CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____