UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIANNE CHAMBERS, et al       :   MDL 1657

V.                             :   CIVIL ACTION NO.
                                   2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED      :   FEBRUARY 13, 2006

## ORDER

It is ordered that the plaintiff, Zaida Morales, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Marianne Chambers, et al v. Merck & Co., Inc. *If the plaintiff seeks to re-file her claim, she must do so in federal court.*

GRANTED / DENIED

March 6, 2006

JUDGE/CLERK