UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIANNE CHAMBERS, et al : MDL 1657

V. : CIVIL ACTION NO.
2:05-CV-01997-EEF-DEK

MERCK & CO., INCORPORATED : FEBRUARY 13, 2006

## ORDER

It is ordered that the plaintiff, Rosa Garay, be granted motion for voluntary dismissal of her action, without prejudice, individually, from case captioned Marianne Chambers, et al v. Merck & Co., Inc. *If the plaintiff seeks to refile her claim, she must do so in federal court.*

GRANTED / DENIED

March 6, 2006

_____
JUDGE/CLERK

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 MAR -7 AM 11:34 LORETTA G. WHYTE CLERK*

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No ___