UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENISE WHITTAKER, et al

V.                                          :          CIVIL ACTION NO.
                                                       2:05-CV-01257-EEF-DEK

MERCK & CO., INCORPORATED                   :          JANUARY 16, 2006

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) & Local Rule 7, the plaintiff, Zoraida

Lopez, only, moves the Court for a voluntary dismissal of her action against the

defendant, without prejudice.  The plaintiff does not wish to proceed further in this

action at this time.   Accordingly, the motion for voluntary dismissal of plaintiff

Zoraida Lopez, without prejudice, should be granted.


                              THE PLAINTIFFS,

                    BY: _____
                              MICHAEL STRATTON CT 08166
                              STRATTON FAXON
                              59 ELM STREET
                              NEW HAVEN, CT  06510
                              203-624-9500 t
                              203-624-9100 f
                              mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Daniel L. Crosby, Esq.
Kenneth F. Baum, Esq.
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

Michael A. Stratton