UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENISE WHITTAKER, et al : MDL 1657

V. : CIVIL ACTION NO.
2:05-CV-01257-EEF-DEK

MERCK & CO., INCORPORATED : FEBRUARY 7, 2006

## ORDER

It is ordered that the plaintiff, Zoraida Lopez, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Denise Whittaker, et al v. Merck & Co., Inc. *If the plaintiff seeks to refile her claim, she must do so in federal court.*

GRANTED / DENIED

March 6, 2006

JUDGE/CLERK

Fee_____
Process_____
X Ckld_____
CRmDep_____
Doc. No_____