UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -7  AM 11: 35
LORETTA G. WHYTE
CLERK

MDL 1657

DENISE WHITTAKER, et al

V.

MERCK & CO., INCORPORATED

: CIVIL ACTION NO.
2:05-CV-01257-EEF-DEK

: FEBRUARY 7, 2006

### ORDER

It is ordered that the plaintiff, Louis Piccolo, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Denise Whittaker, et al v. Merck & Co., Inc. *If the parties seek to re-file their claims, they must do so in federal court.*

GRANTED / DENIED

March 6, 2006

_____
JUDGE/CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep____
___ Doc. No ____