UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7  AM II: 35

LORETTA G. WHYTE
CLERK

DENISE WHITTAKER, et al                    :        MDL 1657

V.                                         :        CIVIL ACTION NO.
                                                    2:05-CV-01257-EEF-DEK

MERCK & CO., INCORPORATED                  :        FEBRUARY 7, 2006

## ORDER

It is ordered that the plaintiff, Zoraida Lopez, be granted motion for

voluntary dismissal of his action, without prejudice, individually, from case

captioned Denise Whittaker, et al v. Merck & Co., Inc.  *If the plaintiff seeks*

*to refile her claim, she must do so in federal court.*

GRANTED / DENIED

March 6, 2006 _____

JUDGE/CLERK

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No _____