

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -3  PM 4:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Kathy Edmonds et al. v. Merck & Co., Inc. et al.*, No. 05-cv-03359 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation, and Plaintiff Kathy Edmonds, individually and as representative of the estate of Johnny Lee Edmunds and as guardian *ad litem* for plaintiffs Jonathan Edmonds, Joshua Edmonds, and Jennifer Edmonds, through their respective undersigned counsel, as follows:

1. This action including all claims brought against all defendants is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiff further agrees not to re-file any suit based on any similar claims related to Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum.

3. Each party is to bear its own costs and attorneys' fees.

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No ____

DOCSSFO-12429641.1-SBORANIAN 2/8/06 12:04 PM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7 AM 7: 34

LORETTA G. WHYTE
CLERK

Dated: 2-16-06

DANIEL CROWLEY & ASSOCIATES

_____
Daniel Crowley
37 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404
Telephone: 707.525.8999

Attorneys for Plaintiffs

Dated:

REED SMITH LLP

_____
Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated:

MORRIS POLICH & PURDY LLP

_____
Anthony G. Brazil
Kanika D. Corley
1055 W. 7th St., Suite 2400
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for McKesson Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

- 2 -

Dated:

                      DANIEL CROWLEY & ASSOCIATES

Daniel Crowley
37 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404
Telephone: 707.525.8999

Attorneys for Plaintiffs

Dated:

                      REED SMITH LLP

Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated:

                      MORRIS POLICH & PURDY LLP

Anthony G. Brazil
Kanika D. Corley
1055 W. 7th St., Suite 2400
Los Angeles, CA 90017
Telephone:  213.891.9100
Facsimile:   213.488.1178

Attorneys for McKesson Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

Dated:

                                      DANIEL CROWLEY & ASSOCIATES

Daniel Crowley
37 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404
Telephone: 707.525.8999

Attorneys for Plaintiffs

Dated: 3/16/06

REED SMITH LLP

Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated:

MORRIS POLICH & PURDY LLP

Anthony G. Brazil
Kanika D. Corley
1055 W. 7th St., Suite 2400
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for McKesson Corporation

IT IS SO ORDERED:

Eldon E. Fallon
United States District Judge

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of March, 2006

*[signature: Dorothy H. Wimberly]*

784030v.1