MINUTE ENTRY
FALLON, J.
MARCH 6, 2006

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6  PM 3: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | * MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION: L(3) |
| | * |
| | * JUDGE FALLON |
| | * MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
  ALL CASES

A status conference was held on the above referenced date in the Chambers of Judge Eldon E. Fallon. Lenny Davis, Drew Ranier, Mark Robinson (by telephone), and Lee Balefsky (by telephone) participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Rick Stanley, and Doug Marvin (by telephone) participated on behalf of the Defendant's Steering Committee ("DSC"). At the conference, the parties further discussed the cases selected for early federal court trial.

JS10(00:55)