FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6  PM 4: 27

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION | * <br> * <br> * <br> * | MDL Docket No. 1657 <br><br> Section L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | * <br> * <br> * | Judge Fallon<br>Mag. Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Coordination Proceeding<br>SPECIAL TITLE (Rul3 1550(b))<br><br>This Document Applies to all<br><br>VIOXX® CASES | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES**<br><br>Case No. **JCCP 4247**<br>Assigned to the Honorable<br>Victoria Chaney, Department<br>324 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>PLAINTIFF STEERING COMMITTEE'S</u>
<u>CROSS NOTICE OF TAKING DEPOSITION OF MIKE ABERNATHY</u>

TO:  Merck & Co., Inc.
     Through
     Phillip A. Wittman, Esq.
     Stone, Pigman
     546 Carondelet Street
     New Orleans, LA 70130-3588

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 of the *Federal Rules of Civil Procedure*, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee

\_\_ Fee_____
\_\_ Process_____
X Dktd\_\_\_\_\_
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_

1

in the MDL, serves on Defendant the following Cross-Notice of Deposition of **Mike Abernathy**.

Statement of Deposition Procedures: The deposition shall be taken pursuant to the deposition protocols outlined in Pretrial Order No. 9 (Deposition Guidelines) entered April 15, 2005.

**PLEASE TAKE NOTICE** that testimony will be taken by deposition upon oral examination before a Certified Shorthand Reporter of the State of California, or other person authorized by the laws of the State of California to administer oath on:

| | |
|---|---|
| Date: | **Friday, March 17, 2006** |
| Time: | **10:00 a.m.** |
| Location: | Williams, Kastner & Gibbs<br>601 Union Street, Suite 4100<br>Seattle, WA 98101 |

**PLEASE TAKE FURTHER NOTICE**, that the deposition will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed.

March 6, 2006             Respectfully submitted,

                          By _____
                          **Russ M. Herman (Bar No. 6819)**
                          Leonard A. Davis (Bar No. 14190)
                          Stephen J. Herman (Bar No. 23129)
                          Herman Herman Katz & Cotlar LLP
                          820 O'Keefe Avenue
                          New Orleans, LA 70013
                          PH:  (504) 581-4892
                          FAX: (504) 561-6024

                          Temporary Office:

                          Place St. Charles
                          201 St. Charles Avenue
                          Suite 4310
                          New Orleans, LA  70170
                          **(Plaintiffs' Liaison Counsel)**

Richard J. Arsenault, Esq.           Gerald E. Meunier, Esq.
PO BOX 1190                          Energy Centre
2220 Bonaventure Court               1100 Poydras Street, Ste 2800
Alexandria, LA 71309-1190            New Orleans, LA 70163-2800
PH:  (318) 487-9874                  PH:  (504) 522-2304
FAX: (318) 561-2591                  FAX: (504) 528-9973

Andy D. Birchfield, Esq.             Troy Rafferty, Esq.
PO BOX 4160                          316 S. Baylen St., Ste 400
234 Commerce Street                  Pensacola, FL 32502
Montgomery, AL 36103-4160            PH:  (850) 435-7000
PH:  (800) 898-2034                  FAX: (850) 497-7059

FAX:   (334) 954-7555
**(Co-Lead Counsel)**

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH:   (415) 956-1000
FAX:   (415) 956-1008

Thomas Kline, Esq.
1525 Locust St.
19th Floor
Philadelphia, PA 19102
PH:   (215) 772-1000
FAX:   (215) 772-1371

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH:   (337) 494-7171
FAX:   (337) 494-7218

Christopher Seeger, Esq.
One William Street
New York, NY 10004
PH:   (212) 584-0700
FAX:   (212) 584-0799
**(Co-Lead Counsel)**

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3875
PH:   (215) 592-1500
FAX:   (215) 592-4663

Carlen Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
PH:   (713) 650-0022
FAX:   (713) 650-1669

Christopher Vincent Tisi Esq.
2000 L Street, NW
Suite 400
Washington, DC 20036-4914
PH:   (202) 783-6400
FAX:   (307) 733-0028

MARK P. ROBINSON, JR.
Robinson, Calcagnie &
Robinson
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
PH:   (949) 720-1288
FAX:  (949) 720-1292

**PLAINTIFFS'   STEERING   COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittmann, by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 6th day of March, 2006.