```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2006 MAR -6  PM 4:27
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA  LORETTA G. WHYTE
                                     CLERK

| | |
|---|---|
| In Re: VIOXX | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * |
| LITIGATION | * Section L |
| | * |
| THIS DOCUMENT RELATES TO: | * Judge Fallon |
| ALL CASES | * Mag. Judge Knowles |
| | * |

*******************************

**PLAINTIFF STEERING COMMITTEE'S**
**NOTICE OF TAKING DEPOSITION OF**
**MOLLY BUCHOLZ, COR FOR DDB NEEDHAM WORLDWIDE INC.**

TO: Merck & Co., Inc.
Through
Phillip A. Wittman, Esq.
Stone, Pigman
546 Carondelet Street
New Orleans, LA 70130-3588

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 of the *Federal Rules of Civil Procedure,* plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, serve on Defendant the following Notice of Deposition of **MOLLY BUCHOLZ, COR FOR DDB NEEDHAM WORLDWIDE, INC.**

Statement of Deposition Procedures: The deposition shall be taken pursuant to the deposition protocols outlined in

1

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____
```

Pretrial Order No. 9 (Deposition Guidelines) entered April 15, 2005.

**PLEASE TAKE NOTICE** that testimony will be taken by deposition upon oral examination before a Certified Shorthand Reporter of the State of California, or other person authorized by the laws of the State of California to administer oath on:

    Date:          **Tuesday, March 14, 2006**

    Time:          **10:00 a.m.**

    Location:      Davis & Gilbert
                       1740 Broadway, 20th Floor
                       New York, NY 10019

**PLEASE TAKE FURTHER NOTICE**, that the taking of this deposition will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed.

March 6, 2006            Respectfully submitted,

By _____
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70013
PH:  (504) 581-4892
FAX: (504) 561-6024

Temporary Office:

Place St. Charles
201 St. Charles Avenue
Suite 4310
New Orleans, LA  70170
**(Plaintiffs' Liaison Counsel)**

Richard J. Arsenault, Esq.
PO BOX 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
PH:  (318) 487-9874
FAX: (318) 561-2591

Andy D. Birchfield, Esq.
PO BOX 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH:  (800) 898-2034

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Ste 2800
New Orleans, LA 70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen St., Ste 400
Pensacola, FL 32502
PH:  (850) 435-7000
FAX: (850) 497-7059

FAX:   (334) 954-7555
**(Co-Lead Counsel)**

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH:   (415) 956-1000
FAX:   (415) 956-1008

Thomas Kline, Esq.
1525 Locust St.
19th Floor
Philadelphia, PA 19102
PH:   (215) 772-1000
FAX:   (215) 772-1371

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3875
PH:   (215) 592-1500
FAX:   (215) 592-4663

Carlene Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
PH:   (713) 650-0022
FAX:   (713) 650-1669

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH:   (337) 494-7171
FAX:   (337) 494-7218

Christopher Seeger, Esq.
One William Street
New York, NY 10004
PH:   (212) 584-0700
FAX:   (212) 584-0799
**(Co-Lead Counsel)**

Christopher Vincent Tisi Esq.
2000 L Street, NW
Suite 400
Washington, DC 20036-4914
PH:   (202) 783-6400
FAX:   (307) 733-0028

MARK P. ROBINSON, JR.
Robinson, Calcagnie &
Robinson
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
PH:   (949) 720-1288
FAX:   (949) 720-1292

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittmann, by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 6th day of March, 2006.