FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6  AM 11: 05

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT as Personal Representative of the Estate of RICHARD IRVIN, JR., | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF PHILLIP A. WITTMANN
### REGARDING DESTRUCTION OF JUROR QUESTIONNAIRES

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the Parish of JEFFERSON, State of Louisiana, personally came and appeared:

### PHILLIP A WITTMANN

who, after being duly sworn, did depose and state the following.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No ___ 800980v.1
```

1.  I am an attorney in the law firm of Stone Pigman Walther Wittmann L.L.C., attorneys for the defendant Merck & Co., Inc. ("Merck") in the above-captioned matter.

2.  I have personal knowledge of the averments made herein.

3.  In compliance with this Court's Order of March 1, 2006, I confirm that all computer disks containing questionnaires completed by prospective jurors in this case have been destroyed.

3.  I further confirm that all hard copies of the questionnaires produced from these disks which pertain to any prospective juror not chosen to sit in this case have been destroyed.

*Phil Wittmann*
Phillip A. Wittmann
Attorney for Merck & Co., Inc.

Sworn to and subscribed before me this 6th day of March 2006.

*Dorothy H. Wimberly*
NOTARY PUBLIC
Dorothy H. Wimberly, 18509
My Commission is for Life


**Dorothy H. Wimberly**
**State of Louisiana - Bar No. 18509**
**My commission is issued for life**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Affidavit of Phillip A. Wittmann Regarding Destruction of Juror Questionnaires has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 6th of March 2006.

_Phil Wittmann_

800980v.1