From: STANLEY BETHEA
P.O. Box 704
HBG, PA. 17108

FEB 9 2006
U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAR 6 2006
LORETTA G. WHYTE
Clerk

05-6775 L(3)

TO: Deputy Clerk
U.S. District Court
Eastern District of Louisiana
New Orleans, LA

RE: STANLEY BETHEA VS. MERCK + CO. INC, Middle District Court HBG, PA. 17108

PA. Middle PAM 1 05-2311       05-6775

## Notice of Opposition

I STANLEY BETHEA FILE THIS NOTICE OF Opposition to THE Judicial Panel on Multidistrict Litigation BECAUSE ATTORNEY JOSHUA G. SCHILLER OF DECHERT COMPANY 2929 ARCH STREET PHILADELPHIA, PA 19104-2808 moved my complaint from STATE COURT to FEDERAL COURT put me as A TAG-ALONG ACTION to THE MDL-1657 VIOXX Products LIABILITY Litigation in THE UNITED STATES DISTRICT COURT

Fee_____
_Process___
X Dktd____
X CtRmDep__
Doc. No.___

EASTERN DISTRICT OF LOUISIANA THEN HE ABANDONED ME UNDER ATTORNEY-CLIENT RELATIONSHIP WITH OUT A CONTRACT BETWEEN HIM AND ME. I WANT MY COMPLAINT REMOVED FROM THIS PROGRAM.

THANK YOU

FEB 9, 2006

Stanley BETHEA
STANLEY BETHEA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE Notice OF Opposition HAS BEEN SERVED FIRST CLASS - POSTAGE PREPAID upon THE FOLLOWING:

ELIZABETH BALAKHANI

And

JOSHUA G. SCHILLER
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*
STANLEY BETHEA

STANLEY BETHEA
P.O. Box 704
HBG, PA. 17108-0704

HARRISBURG PA 171
10 FEB 2006 PM 3 L

7013 0453 1037 2854 0024

Deputy Clerk
500 Poydras Street Room - C
U.S. District Court
Eastern District of Louisiana
New Orleans, LA

FWD