UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED MAR - 6 2006 LORETTA G. WHYTE CLERK*

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

Section: L

Judge Fallon
Mag. Judge Knowles

This Document Relates to:   Lynda Lowe, etc. v. PJC Realty MA, Inc., et al.
                            EDLA No. 05-6173

## NOTICE OF APPEARANCE

Attorneys Marjorie S. Cooke and Barbara Gruenthal of the law firm Cooke Clancy & Gruenthal LLP, 265 Franklin Street, Boston, Massachusetts 02110, hereby enter their appearance in this matter on behalf of defendants PJC Realty MA, Inc. and Brooks Pharmacy, Inc.

Respectfully submitted,

Marjorie Sommer Cooke
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800
(617) 428-6868

Dated: February 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 21st day of February, 2006.

Jason Niederkorn

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____