UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUDITH LYNCH, et al

V.

MERCK & CO., INCORPORATED

: MDL 1657

: CIVIL ACTION NO.
  2:05-cv-05072-EEF-DEK

: FEBRUARY 27, 2006

## ORDER

It is ordered that the plaintiff, Victor Zabara, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Judith Lynch, et al v. Merck & Co., Inc. If the plaintiff seeks to refile his claim, he must do so in federal court.

GRANTED / DENIED

March 7, 2006

JUDGE/CLERK

Fee
Process
X  Dktd
   CtRmDep
   Doc. No.