UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6  A 10: 28

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |

**THIS DOCUMENT RELATES TO:**
*David Prince and Lori Prince vs. Merck & Co., Inc., No. 2:05cv3490 (previously 1:05CV1270 OHND USDC)*

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best interests of the clients that he remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiffs, David A. Prince and Lori Prince, 914 Norwegian Wood Drive, Medina, OH 44256, Phone No. (330) 722-0318.

Respectfully submitted,

_____
STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio  44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing *Motion To Withdraw As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of March, 2006.

Philomena Dane, Esq.
Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH 43215-6197
***Counsel for Defendant***
***Merck & Co., Inc.***

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
504-581-4892
FAX: 504-561-6024
Current Contact Information:
910 Airport Road, Suite 3A
Destin, FL 32541
850-650-8109
FAX: 850-837-8178
rherman@hhkc.com
***Plaintiff's Liaison Counsel***

Phillip Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
Current phone: 225-490-8900
FAX: 504-581-3361
pwittmann@stonepigman.com
***Defendant's Liaison Counsel***

David A. Prince
Lori Prince
914 Norwegian Wood Drive
Medina, OH 44256
(330) 722-0318
***Plaintiffs***

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs