UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -7 PM 2:45
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON |

**THIS DOCUMENT RELATES TO:**
*David Prince and Lori Prince vs. Merck & Co., Inc.*, No. 2:05cv3490 (previously 1:05CV1270 OHND USDC)

### ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_March 6, 2006_        _[signature]_
Date                    United Stated District Judge

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____