UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -7 PM 2: 45
LORETTA G. WHYTE
CLERK

IN RE:  VIOXX ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
)

**THIS DOCUMENT RELATES TO:**
*Michael Dorney and Susan Dorney vs. Merck & Co., Inc., No. 2:05cv3511 (previously 1:05CV1298 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_March 6, 2006_
Date

_[signature]_
United Stated District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____