UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -7 PM 5: 21
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| JESSIE GIBSON, individually and as Trustee for the Estate of Carolyn B. Gibson,<br><br>      Plaintiff,<br>v.<br><br>Merck & Co., Inc.,<br><br>      Defendant. | Court File No. 05-5815 |

## STIPULATION AND VOLUNTARY DISMISSAL OF PLAINTIFF JESSIE GIBSON

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Jessie Gibson, the Plaintiff above listed, and Defendant Merck & Co., Inc. **STIPULATE** and **AGREE** that Jessie Gibson, individually and as Trustee for the Estate of Carolyn B. Gibson, is hereby **VOLUNTARY DISMISSED WITHOUT PREJUDICE** with each party bearing its own costs and counsel fees.

Plaintiff and Defendant Merck & Co., Inc. further **STIPULATE** and **AGREE** that should Plaintiff choose to re-file her Vioxx injury claim against Defendant Merck & Co., Inc. at a future date, said claim will be filed in federal court.

352039-1

Dated: March 6, 2006                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:    612-339-0981
*Attorneys for Plaintiffs*


Dated: March 3, 2006                    HALLELAND LEWIS NILAN & JOHNSON P.A.

By: _____
Scott A. Smith, #174026
Amanda M. Cialkowski, #306514
Jan R. McLean Bernier, #0307853
U.S. Bank Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone:   612-338-1838
Facsimile:    612-338-7858
*Attorneys for Defendant Merck & Co., Inc.*

352039-1                                 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| Jessie Gibson, individually and as Trustee for the Estate of Carolyn B. Gibson, | Court File No. 05-5815 |
| Plaintiffs,<br>v. | |
| Merck & Co., Inc., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation and Voluntary Dismissal of Plaintiff** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 on March 6, 2006.

Dated: March 3, 2006               LOCKRIDGE GRINDAL NAUEN P.L.L.P.


By:   s/   Yvonne M. Flaherty
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:   612-339-6900
Facsimile:   612-339-0981

*Attorneys for Plaintiffs*

352039-1