FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -7 PM 4:05
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No.: 2:06-cv-377

BEVERLY ROOS,
Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
Defendant. /

**NOTICE OF FILING COPY OF AFFIDAVIT OF SERVICE**

Plaintiff, BEVERLY ROOS, by and through her undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, YVONNE MORROW, on December 12, 2005.

Dated this 2nd day of ~~February~~ March, 2006.

By: [signature]

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
***JAMES D. CLARK, Esq. (FBN: 191311)***
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 2nd day of ~~February~~ March, 2006.

By: ____________________

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

**SERVICE LIST**

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email:* *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA** **County of CHARLOTTE** **Circuit Court**

Case Number: 05-2520-CA

Plaintiff:
**BEVERLY ROOS**

vs.

Defendant:
**MERCK & CO., INC., JULIA A. COOKE, J.C. CORRADA, ROBIN ESTESS CHRISTESEN, KEVIN HETHERINGTON, KIMBERLY JAMES, PAUL G. KOPCHINSKI, SHAYNE MCKINSEY, YVONNE MORROW, GENE REIDER, AND ELLEN WREDE JACKSON**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 7th day of November, 2005 at 10:22 am to be served on **YVONNE MORROW, 9121 SPRING VALLEY ROAD, #R, ENGLEWOOD, FLORIDA 34224.**

I, PRO-SERVE OF SOUTHWEST FLORIDA INC, being duly sworn, depose and say that on the **12th day of December, 2006** at **11:15 am, I:**

INDIVIDUALLY SERVED: The within named person with a true copy of this SUMMONS AND COMPLAINT FIRST REQUEST FOR CASE-SPECIFIC DISCOVERY DIRECTED TO DEFENDANT with the date and hour endorsed thereon by me, pursuant to Florida Statute 48.031(1) and informing said person of the contents thereof.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

**PRO-SERVE OF SOUTHWEST FLORIDA INC**
Process Server

**CHOICE PROCESS - TAMPA**
**P.O. Box 1215**
**Tampa, FL 33601**
**(813) 229-1444**

Our Job Serial Number: 2005005713

Subscribed and Sworn to before me on the 16th day of January, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j