FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7 PM 4:05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-390

BARBARA SWETOKOS,
    Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
    Defendant.  /

## NOTICE OF FILING COPY OF AFFIDAVIT OF SERVICE

Plaintiff, BARBARA SWETOKOS, by and through her undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, DANIEL MYERS, on November 21, 2005.

Dated this 2nd day of ~~February~~ March, 2006.

By: /s/ Brenda S. Fulmer
**BRENDA S. FULMER**, Esq. (FBN: 999891)
**C. TODD ALLEY**, Esq. (FBN: 321788)
**JAMES D. CLARK**, Esq. (FBN: 191311)
**DON GREIWE**, Esq. (FBN: 218911)
**AMY D. PREVATT**, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 2nd day of ~~February~~ March, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

RECEIPT NUMBER: 0003703-05

PERSON TO BE SERVED:

DANIEL G MYERS
233 STRAWBERRY LN
JACKSONVILLE FL

PLAINTIFF: BARBARA SWETOKOS
-VS-
DEFENDANT: MERCK & CO, ET AL

TYPE WRIT: SUMMONS/COMPLAINT/INTERROGATORIES/REQUEST FOR DISCOVERY

   COURT: CIRCUIT/HERNANDO
   CASE #: H27-CA-2005-1076-DM

   Received the above-named writ on November 21, 2005, at 4:09 PM,
   and served the same on November 28, 2005, at 10:00 AM,
   in ST JOHNS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: DANIEL G MYERS

SERVICE COST: $20.00
JP, CIVIL CLERK

DAVID B. SHOAR, SHERIFF
ST JOHNS COUNTY, FLORIDA

MAIL TO:

813-222-0977
ALLEY & INGRAM
701 E WASHINGTON ST
TAMPA, FL   33602-5016

BY: _____ 2846
     BETH PATTERSON, D.S.

RETURN OF SERVICE

RECEIPT NUMBER: 0003703-05

PERSON TO BE SERVED:

DANIEL G MYERS
233 STRAWBERRY LN
JACKSONVILLE FL

PLAINTIFF: BARBARA SWETOKOS
 -VS-
DEFENDANT: MERCK & CO, ET AL

TYPE WRIT: SUMMONS/COMPLAINT/INTERROGATORIES/REQUEST FOR DISCOVERY

  COURT: CIRCUIT/HERNANDO
  CASE #: H27-CA-2005-1076-DM

    Received the above-named writ on November 21, 2005, at 4:09 PM,
    and served the same on November 28, 2005, at 10:00 AM,
    in ST JOHNS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: DANIEL G MYERS

SERVICE COST: $20.00                           DAVID B. SHOAR, SHERIFF
JP, CIVIL CLERK                                ST JOHNS COUNTY, FLORIDA

                                        BY: _____
                                                BETH PATTERSON, D.S.

MAIL TO:

  813-222-0977
  ALLEY & INGRAM
  701 E WASHINGTON ST
  TAMPA, FL   33602-5016