FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7 PM 4: 05

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-390

BARBARA SWETOKOS,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
        Defendant.         /

## NOTICE OF FILING COPY OF AFFIDAVIT OF SERVICE

Plaintiff, BARBARA SWETOKOS, by and through her undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, ELIZABETH KLOEPPEL BOOTH, on December 19, 2005.

Dated this 2nd day of March, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 2nd day of ~~February,~~ March, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

# AFFIDAVIT OF SERVICE

State of FLORIDA          County of HERNANDO          Circuit Court

Case Number: H27-CA-2005-1076-DM

Plaintiff:
BARBARA SWETOKOS

vs.

Defendant:
MERCK & CO., INC., HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ, RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY HAMMONS, ROXANNE POST, ELIZABETH KLOEPPEL, DANIEL G. MYERS, JEROME PITTMAN, AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN AND CHRIS METROPOLUS

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 7th day of November, 2005 at 9:26 am to be served on ELIZABETH KLOEPPEL N/K/A ELIZABETH BOOTH, 13502 SOUTHWEST 69TH TERRACE, ARCHER, FLORIDA 32618.

I, Steve Lehr, Lehr's Process Service, being duly sworn, depose and say that on the 19th day of December, 2005 at 6:20 pm, I:

INDIVIDUALLY SERVED: The within named person with a true copy of this SUMMONS AND COMPLAINT AND FIRST REQUEST TO CASE-SPECIFIC DISCOVERY DIRECTED TO DEFENDANT with the date and hour endorsed thereon by me, pursuant to Florida Statute 48.031(1) and informing said person of the contents thereof.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

COPY
ORIGINAL FILED WITH COURT

Steve Lehr, Lehr's Process Service

Subscribed and Sworn to before me on the 27th day of December, 2005 by the affiant who is personally known to me.

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

NOTARY PUBLIC

Our Job Serial Number: 2005005690

Copyright © 1992-2005 Database Services, Inc. -
Process Server's Toolbox V5.5j