U.S. DISTRICT COURT
Eastern District of Louisiana

FILED MAR - 2 2006

LORETTA G. WHYTE
Clerk

REGINALD K FEARS
PLAINTIFF

V.

MERCK CO, INC

*
* CASE NO#
* 2:05-CV-00549-EEF-DEK
*
* 05-1657 L
*

TO THE HONORABLE JUDGE ELDON FALLEN

I AM THE PLAINTIFF REGINALD K FEARS I UNDERSTAND THAT ALL REQUESTED INFORMATION IS VERY MUCH NEEDED AND IN A TIMELY MANNER. BUT I ASK THAT THE JUDGE PLEASE ALLOW ME MORE TIME, AS THE DEFENDANTS ALREADY KNOW, I'M INCARCERATED, AND MY ABILITIES TO DO THINGS IN A TIMELY MANNER IS LIMITED. MY TURN AROUND IS APPROXIMATELY TWO WEEKS I SEND THE REQUEST TO MY WIFE, AND SHE FORWARDS THE INFORMATION TO THE ATTORNEY AND COURTS WHEN NEEDED AND UPON AVAILABILITY.

I HAVE REQUESTED MY MEDICAL RECORDS FROM ~~IATRA~~ DOCTORS HOSPITAL 510 W. TIDWELL HOUSTON, TEXAS 77091 MY PHYSICIAN AT THAT TIME IS DR. H.J. DRAINGER AS OF THIS DATE RECORDS HAVE NOT YET BEEN RECEIVED I HAVE INSTRUCTED THE HOSPITAL TO GIVE TO THE DEFENDANT MEDICAL AUTHORIZATION, HOWEVER SOME OF INFORMATION PLAINTIFF IS ABLE TO RELEASE TO THE DEFENDANT, MY WIFE IN TURN WILL FORWARD THE COURTS AND DEFENDANT ANY ADDITIONAL INFORMATION AS NEEDED.

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

Reginald K Fears
V                                    *   Case # 205-CV-00549-EEF-DEK
Merck Co Inc                         *
                                     *
                                     *
                                     *

### Affidavit Concerning Appropriate Medical Authorization

Before me the undersigned authority, personally appeared Reginald Keith Fears w/o being by me duly sworn deposed as follows

My name is Reginald K. Fears I am over eighteen (18) years of age of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

Therefore Plaintiff is requesting his Primary Physician Dr. Henry Jack Dranger at 510 W. Tidwell Houston TX 77091 PH. 713-694-9704 has my permission to release

### Medical Authorization To Be Release Too:

Merck. Co. Inc. and their attorney any information defendant would ask in reference of the medication Vioxx M.R.I file and references Physician Examination E.T.C

                                        Reginald K Fears

Sworn to and subscribed before me on the 13 day of February

                                        _____ Notary Public
CARLINE YORK
Notary Public, State...
My Commission...
04 20 20...
tary without Bond

                                        My Commission Expires
                                        4-20-2008

## Certificate of Service

I, Reginald K. Fears, hereby certify under penalty of perjury that a true and correct copy has been provided to Merck. Co Inc attorneys and parties by placing said motion and or affidavits in a postage-paid envelope and mailing said envelope via United States Mail, this 13th day of February 2006 to: (Above the signature and date lines you will list all of the parties who must receive copies of the document.)

Reginald K. Fears
NAME

2-13-06
DATE

Reginald K. Fears  \*
  Plaintiff          \*  Case #2:05-CV-00549-EEF-DEK
V.                   \*
Merck Co. Inc.       \*
  Defendant          \*

## Motion Requesting Counsel

To the Honorable Judge Fallen

Plaintiff Reginald K. Fears has made several attempts asking the court for Representation (Counsel) the court has order, the motion by plaintiff to the Liaison Counsel to make appropriate action this was done back on May 3, 2005 Plaintiff is still waiting on appropriate action to be taken.

If the Court does not desire or wish to give Plaintiff Counsel, then Plaintiff is asking for a 180 day delay or extension on which Plaintiff would be out of Incarceration and will be able to hired Counsel for Representation as of now due to Plaintiff in Carceration is Restrain and Limited.

Sincerely
Reginald K Fears