A CERTIFIED TRUE COPY

MAR -6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7 PM 3:47

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 6 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

#### (SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the eight Western District of New York actions listed on the attached Schedule A on January 26, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these eight actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now advised the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-38" filed on January 26, 2006, is LIFTED insofar as it relates to the eight actions listed on the attached Schedule A, and thus these actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## SCHEDULE A

### MDL-1657 — In re Vioxx Marketing, Sales Practices and Products Liability Litigation

|  | EDLA SEC. L/3 |
|---|---|
| **Western District of New York** |  |
| *Ruth Sugarman v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6710 | 06-1150 |
| *Mary S. Sicari, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6711 | 06-1151 |
| *Evelyn Depascale v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6712 | 06-1152 |
| *Michele Frain, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6713 | 06-1153 |
| *Joseph Kauschinger, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6714 | 06-1154 |
| *Gary R. Laux, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6715 | 06-1155 |
| *Kathryn Lee, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6716 | 06-1156 |
| *Maynard Neal, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6717 | 06-1157 |

# INVOLVED COUNSEL LIST
## DOCKET NO.1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588