A CERTIFIED TRUE COPY

MAR 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7 PM 3:47

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 6 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA SEC. L/3

| | |
|---|---|
| *David G. Marc T. Malkiewicz, etc. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6622 | 06-1158 |
| *Brian Miskho, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6635 | 06-1159 |
| *Carolyn Reed, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6645 | 06-1160 |
| *Donald Becker, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6646 | 06-1161 |
| *Maryanne Lopiccolo, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6655 | 06-1162 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 30, 2006 HEARING SESSION

A conditional transfer order was filed in these five Western District of New York actions on January 6, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these five actions submitted a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now advised the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-36" filed on January 6, 2006, is LIFTED insofar as it relates to these five actions, and thus the actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 14, 2006, are VACATED insofar as they relate to these five actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

INVOLVED COUNSEL LIST
DOCKET NO.1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

William H. Gussman, Jr.
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 6, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

> *Marc T. Malkiewicz, etc. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6622
> *Brian Miskho, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6635
> *Carolyn Reed, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6645
> *Donald Becker, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6646
> *Maryanne Lopiccolo, et al. v. Merck & Co., Inc., et al.*, W.D. New York, C.A. No. 6:05-6655

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on January 6, 2006. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge Eldon E. Fallon
    Transferor Judge: Judge David G. Larimer
    Transferor Clerk: Rodney C. Early

JPML Form 68a