UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Bergman v. Merck & Co., Inc., et al.,* (E.D. La. Index No. 05-4622) | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

## ANSWER TO VERIFIED ANSWER OF DEFENDANT MERCK & CO., INC.

Defendant Merck & Co., Inc. ("Merck") by its undersigned attorneys, answers Defendant N.O.B. Pharmacy, Inc. d/b/a Pen-Mill Pharmacy's Cross-Claims herein as follows:

### RESPONSE TO "FIRST CROSS-CLAIM AS AGAINST CO-DEFENDANT, MERCK & CO., INC."

1. Merck denies that there is any legal or factual basis for finding Defendant N.O.B. Pharmacy, Inc. liable to Plaintiff. Should liability be found, Merck denies each and every allegation contained in paragraphs 37 and 38 of the First Cross-Claim.

### RESPONSE TO "SECOND CROSS-CLAIM AGAINST AS CO-DEFENDANT, MERCK & CO., INC."

2. Merck denies that there is any legal or factual basis for finding Defendant N.O.B. Pharmacy, Inc. liable to Plaintiff. Should liability be found, Merck denies each and every allegation contained in paragraph 39 of the Second Cross-Claim.



NY 1029108_1.DOC

DATED:    New York, New York
               March 3, 2006

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: *Vilia B. Hayes*
Theodore V. H. Mayer (TM 9748)
Vilia B. Hayes (VH 4601)
Robb W. Patryk (RP 0161)

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 8th day of March, 2006

*Dorothy H. Wimberly*

784030v.1