# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
　　　PRODUCTS LIABILITY LITIGATION :　　MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Opal Kaufman, et. al. v. Merck & Co., Inc.*, No. 2:05cv5835 (previously 4:05-cv-01595-ERW EDMO USDC)

## STIPULATION OF DISMISSAL

AND NOW, this __8th__ day of __March__, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the claim of LATOYA EDWARDS, a plaintiff in the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees, all other Plaintiffs' claims made in the above-captioned action shall remain in full force and effect.

This Stipulation is filed on behalf of plaintiff LATOYA EDWARDS and defendant Merck & Co., Inc., who have appeared in the above-captioned matter. *If the plaintiff seeks to refile her claims, she must do so in federal court.*

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.

Respectfully submitted by:

BROWN & CROUPPEN, P.C.

_____
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF
LATOYA EDWARDS

ATTORNEY FOR DEFENDANT
MERCK

BRYAN CAVE LLP

By: Stephen G. Strauss E.D. Mo. #84402
Dan H. Ball E.D. Mo. #2555
Robert T. Ebert, Jr. E.D. Mo. #3035
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 fax
sgstrauss@bryancave.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Stipulation for Dismissal on behalf of LATOYA EDWARDS, has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 2nd day of March, 2006.

Grant L. Davis
Thomas C. Jones
Scott S. Bethune
Timothy L. Brake
Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250 Kansas City,
MO 64196

Thomas P. Cartmell
Brian J. Madden
Thomas J. Preuss
Wagstaff & Cartmell LLP 4740
Grand Avenue, Suite 300
Kansas City, MO 64112

J. Scott Bertram
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Wm. Dirk Vandever
The Popham Law Firm, P.C.
323 W. 8th Street, Suite 200
Kansas City, MO 64105

Mark B. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638

Gene E. Schroer
115 S.E. 7th Street
P.O. Box 2667
Topeka, KS 66601-2667

Neil A. Dean
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St., Ste 305
Topeka, KS 66603

Scott W. Sayler
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Kenneth B. McClain
Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, Missouri 64050

James Bandy
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108

Lon Walters
The Walters Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

Ann Schiavone
The Schiavone Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

William R. Robb
901 St. Louis Street, Suite 1600
Springfield, MO 65806

M. Scott Montgomery
The Montgomery Law Firm, LLC
3432 Culpepper Court, Suite A
Springfield, MO 65804

James P. Frickleton
Bartimus, Frickleton et al.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Kirk Goza
Brad Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P. O. Box 482355
Kansas City, MO 64148-2355

Wayne S. Spivey
Sager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103

_____
Brandi L. Lape, Paralegal

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on the 20th day of February, 2006 a true and correct copy of Latoya Edwards's Stipulation for Dismissal was served on counsel named below via Federal Express for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

_____
Brandi L. Lape, Paralegal