UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 10  AM 11: 38
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| Products Liability Litigation | * | SECTION: L |
| This Document Relates To | * | Judge Fallon |
| Berna Mason, et. al. | * | Magistrate Judge Knowles |
| Plaintiff, | * | |
| vs. | * | |
| Merck & Co., Inc., | * | |
| Defendant. | * | |
| Civil Action No. 05-3127 | * | |

* * * * * * * * * * * * *

## ORDER DISMISSING PLAINTIFF
## BERNA MASON'S CLAIM WITHOUT PREJUDICE

Having reviewed the Plaintiff Berna Mason's Motion to Dismiss Claim Without Prejudice the Court **Orders And Decrees**:

1. The Plaintiff **Berna Mason** claim is hereby dismissed without prejudice.

2. This pertains to only **Berna Mason**, not to any of the other Plaintiffs in Case # 05-3127. *If the plaintiff seeks to refile her claims, she must do so in federal court.*

HONORABLE ELDON E. FALLON

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.