FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -8 PM 5: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Leroy Omerza, et al. v. Merck & Co., Inc.*, No. *2:05cv3449*
*(previously 1:05CV1211 OHND USDC)*

## NOTICE OF STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)

Plaintiffs and Defendant stipulate that this action shall be dismissed pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, without prejudice and at Plaintiff's costs. The parties further stipulate that if this action is refiled by Plaintiff, it must be filed in the United States District Court for the Northern District of Ohio, Eastern Division.

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
SPANGENBERG, SHIBLEY & LIBER LLP
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com
*Attorneys for Plaintiffs,*
*Leroy Omerza and Betty Omerza*

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

and

**s/Philomena Dane (E-mail Consent 3-7-06)**
Philomena Dane, Esq.
Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH  43215-6197
(614) 365-2700
FAX:  (614) 365-2499
pdane@ssd.com
**Counsel for Defendant
Merck & Co., Inc.**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Stipulation for Dismissal has been served on Liaison Counsel, Russ Hermann and Phillip Whittmann, and Plaintiff by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 7th day of March, 2006.

Philomena Dane, Esq.  
Squire, Sanders & Dempsey L.L.P.  
1300 Huntington Center  
41 South High Street  
Columbus, OH 43215-6197  
(614) 365-2700  
FAX: (614) 365-2499  
pdane@ssd.com  
**Counsel for Defendant**  
**Merck & Co., Inc.**

Russ M. Herman  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave., Suite 100  
New Orleans, LA 70113  
504-581-4892  
FAX: 504-561-6024  
Current Contact Information:  
910 Airport Road, Suite 3A  
Destin, FL 32541  
850-650-8109  
FAX: 850-837-8178  
rherman@hhkc.com  
**Plaintiff's Liaison Counsel**

Phillip Wittmann  
Stone Pigman Walther Wittmann, LLC  
546 Carondelet St.  
New Orleans, LA 70130  
504-581-3200  
Current phone: 225-490-8900  
FAX: 504-581-3361  
pwittmann@stonepigman.com  
**Defendant's Liaison Counsel**

Betty Omerza  
Leroy Omerza, Dec'd.  
35305 Dixon Road  
Willoughby Hills, OH 44094  
**Plaintiffs**

 

_____  
STUART E. SCOTT (0064834)  
NICHOLAS A. DICELLO (0075745)  
Attorneys for Plaintiffs, Leroy Omerza and Betty Omerza

3