FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -8 PM 4:19
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | **MAGISTRATE JUDGE KNOWLES** |
| Eva Lucille Adams v. Merck & Co., Inc., No. 05-4326, And Only Regarding Billie Fedie; Fred Allen; Larry Frankhouser | * | |
| Marchelle S. Adams et al v. Merck & Co., Inc., 05-2351, And Only Regarding Daniel E. Blevins | * | |
| Harriet Aldridge et all v. Merck & Co., Inc., And only Regarding Paul Huff | * | |
| Debra Anderson et al v. Merck & Co., Inc., No. 05-01045, And Only Regarding Alice Blair | * | |
| Esther S. Archuleta v. Merck & Co., Inc., No. 05-01548 | * | |
| Lularene Benson v. Merck & Co., Inc., No. 05-3570 | * | |
| Frederick Bianchino et al v. Merck & Co., Inc., No. 05-02954, And Only Regarding Frederick Bianchino, Jr. | * | |
| Viola Brown v. Merck & Co., Inc., No. 05-02319 | * | |
| Anne I. Chavannes v. Merck & Co., Inc., No. 05-01743 | * | |
| Vanita Copeland et al v. Merck & Co., Inc., No. 05-6349, And Only Regarding Toni Elpers | * | |

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No.___

Celestine Dale et al v. Merck & Co., Inc., No. 05-02567, And Only Regarding Alberta Borland

Sam Fife et al v. Merck & Co., Inc., No. 05-6348, And Only Regarding Sam Fife and Michael Francone as next of kin of Fannie Lillibridge

Daryl Hill et al v. Merck & Co., Inc., No. 05-4325, And Only Regarding Mary Ann Cantrell, Ina Creel and Pamela McGuire as Administrator for the Estate of Alice Wishoun

Barbara Liotto et al v. Merck & Co., Inc., No. 05-4323, And Only Regarding Maggie Chism

Earlene McBride et al v. Merck & Co., Inc., No. 05-3420, And Only Regarding Patricia Deters and Obe Everett

Edna McGhee et al v. Merck & Co., Inc., No. 05-02573, And Only Regarding David Charles

David Morrison Akers et al v. Merck & Co., Inc., No. 05-02384, And Only Regarding Vicki Clevinger, Administrator for the Estate of Mabel H. Gayhart

* * * * * * * * * * * * * * * * *

**DEFENDANT MERCK & CO., INC.'S NOTICE OF WITHDRAWAL**

NOW INTO COURT, Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, hereby notifies all parties that it withdraws its motion for an entry of an Order requiring plaintiffs in the cases captioned above to show cause why their individual claims should not be dismissed for failure to provide a responsive and complete Plaintiff Profile Form ("PPF") in compliance with Pre-Trial Order No. 18B ("PTO 18B").

801293v.1

Pursuant to conversations with Plaintiffs' counsel, Merck no longer considers the following plaintiffs in violation of PTO 18B:

| Plaintiff | Civil Action Number |
|---|---|
| Esther S. Archuleta | 05-1548 |
| Anne I. Chavannes | 05-1743 |
| Daniel E. Blevins | 05-2351 |
| Mabel H. Gayhart | 05-2384 |
| David Charles | 05-2573 |
| Obe Everett | 05-3420 |
| Patricia Deters | 05-3420 |
| Lularene Benson | 05-3570 |
| Maggie Chism | 05-4323 |
| Alice Wishoun | 05-4325 |
| Ina Creel | 05-4325 |
| Mary Ann Cantrell | 05-4325 |
| Billie Fedie | 05-4326 |
| Fred Allen | 05-4326 |
| Larry Frankhouser | 05-4326 |
| Paul Huff | 05-6346 |
| Fannie Lillibridge | 05-6348 |
| Sam Fife | 05-6348 |
| Toni Elpers | 05-6349 |

801293v.1

Plaintiffs' counsel have also informed Merck that Plaintiffs plan to voluntarily dismiss or have already dismissed the following cases without prejudice, making a Motion to Dismiss unnecessary at this time:

| Plaintiff | Civil Action Number |
|---|---|
| Alberta Borland | 05-2567 |
| Viola K. Brown | 05-2319 |
| Alice Blair | 05-1045 |
| Frederick Bianchino, Jr. | 05-2954 |

DATED: March 8, 2006

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 8th day of March, 2006.