IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Products Liability Litigation | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| This Document Relates to:<br><br>Margaret Hadley, et al.,<br>　　　Plaintiffs,<br>　　　v.<br>Merck & Co., Inc., et al.,<br>　　　Defendants.<br>CASE NO.: 05-4775 | |

## MOTION TO SET REMAND ISSUE FOR ORAL ARGUMENT

COME NOW the Plaintiffs and hereby move the Court to set Plaintiffs' Renewed Motion to Remand for hearing. Currently, this Court has Defendants' Renewed Motion to Dismiss set for oral argument on March 15, 2006, at 9:00 a.m. Also pending before this Court is Plaintiffs' Renewed Motion to Remand. The issues in both motions are intertwined. The Court's ruling on the Renewed Motion to Dismiss will affect the potential remand of this case. Therefore, Plaintiffs request that the Court hear both matters at oral argument.

Respectfully submitted,

Tom Dutton, Esq. (ASB-2059-U50T)
PITTMAN, HOOKS, DUTTON, KIRBY &
HELLUMS, P.C.
Suite 1100, Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711 (fax)
Email: phdkh-efiling@pittmanhooks.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing original Motion to Set Remand Issue for Oral Argument has been served upon the Clerk of Court, via U.S. Mail, postage prepaid, and a copy has been served on Liasion Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all counsel by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the 9th day of March, 2006.

                                              Tom Dutton, Esq.
                                              Attorney for Plaintiffs