

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Stanton Tollinger and Bonnie Tollinger v. Merck & Co., Inc., No. 05-5598. | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

Plaintiffs and Defendant Merck & Co., Inc. ("Merck"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to dismiss the above-captioned action, having been transferred to the Judicial Panel on Multi District Litigation and docketed as Cause No. 05-5598, from the United States District Court, District of Idaho, Case No. CIV-05-00403-EJL. The parties further stipulate that such dismissal is made without prejudice and that each party shall bear its own fees and costs. The parties also stipulate that any future action by Plaintiffs against the Defendant arising out of the same injuries, transactions or circumstances as the above-captioned action shall not be brought in state court but only in the United States District Court for the District of Idaho, and Plaintiffs hereby consent to transfer of any such suit to the Multi District Litigation 1657.

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE - 1    BOI_MT2:606180.1

DATED this _3rd_ day of _February_, 2006.

                          GREENER BANDUCCI SHOEMAKER, P.A.

                          By _____
                              Wade L. Woodard – Of the Firm
                              Attorneys for Plaintiffs

DATED this _2d_ day of _March_, 2006.

                          MOFFATT, THOMAS, BARRETT, ROCK &
                          FIELDS, CHARTERED

                          By _____
                              Stephen R. Thomas – Of the Firm
                              Attorneys for Defendant
                              Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Dismiss Action Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 8th day of March, 2006

*Dorothy H. Wimberly*

784030v.1