U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 MAR 10  AM 11: 38
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: Stanton Tollinger and Bonnie Tollinger v. Merck & Co., Inc., No. 05-5598. | MDL Docket No. 1657 <br><br> Section L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On stipulation to dismiss the above-captioned action between Plaintiffs, Stanton Tollinger and Bonnie Tollinger, by and through their counsel of record GREENER BANDUCCI SHOEMAKER, P.A., and Defendant, Merck & Co., Inc., by and through its counsel of record, MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED, pursuant to F.R.C.P. 41(a)(2), it appearing to the Court that Plaintiffs desire to have the matter dismissed without prejudice according to terms as set forth herein below, it is:

ORDERED that Plaintiffs' suit herein against defendant, Merck & Co., Inc., be and it hereby is DISMISSED without prejudice, with each party bearing its own fees and costs, and,

IT IS FURTHER ORDERED that any future suit by Plaintiffs against the Defendant arising out of the same injuries, transactions or circumstances shall not be brought in

**ORDER OF DISMISSAL WITHOUT PREJUDICE - 1**

BOI_MT2:606181.1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

state court but only in the United States District Court for the District of Idaho, and Plaintiffs shall consent to transfer of any such suit to the Multi District Litigation 1657.

IT IS SO ORDERED.

ENTERED this 9th day of March, 2006.

_____
DISTRICT COURT JUDGE

We request this Order:

_____
Counsel for Plaintiffs

_____
Counsel for Merck & Co., Inc.