FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 10  PM 4: 29

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) MDL No. 1657 |
| VIOXX PRODUCTS LIABILITY LITIGATION | ) |
| | ) SECTION: L |
| | ) |
| | ) Judge Fallon |
| | ) Magistrate Judge Knowles |
| This Document Relates To: 2:05-cv-01045-EEF-DEK | ) |

### ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This matter having been opened to the Court on the Motion of Plaintiff, through counsel, Simon • Passanante, P.C., seeking voluntary dismissal of her action against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court having considered the Motion, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety. *If the plaintiffs seek to re-file their claims, they must do so in federal court.*

March 10, 2006
Date

The Honorable Eldon E. Fallon
United States District Judge

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____