**MINUTE ENTRY**
**FALLON, J.**
**August 26, 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the above captioned matter in the Chambers of Judge Eldon E. Fallon. A court reporter was in attendance. Participating in the conference, via telephone, were Russ Herman, Lenny Davis, Troy Rafferty, and Anthony Irpino for the Plaintiffs' Steering Committee ("PSC") and Phil Wittman for the Defendants' Steering Committee ("DSC"). At the conference, the parties discussed the following issues: the PSC's objection to the DSC's Privilege Log and the DSC's objection to the PSC's requested depositions of James Dunn and Susan Baumgartner. After considering the issues,

IT IS ORDERED that the PSC may depose James Dunn and Susan Baumgartner. IT IS FURTHER ORDERED that the PSC and DSC shall confer and select the dates of these depositions by August 31, 2005. Furthermore,

IT IS ORDERED that a representative of both the PSC and DSC shall meet and review the DSC's Privilege Log. If the representatives cannot resolve all the issues between themselves,

JS10(00:45)

-1-

they shall group all the documents by the nature of the objection.  They shall then present these objections to the Court by September 6, 2005.  Furthermore,

IT IS ORDERED that the DSC is granted an extension until September 1, 2005, to file its responsive pleadings and motions to the Master Class Action Complaint. Furthermore,

IT IS ORDERED that the PSC shall be allowed up to seventy-five (75) pages in its response to the DSC's responsive pleadings and motions to the Master Class Action Complaint.

