FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 10 AM 11: 15

LORETTA G. WHYTE
CLERK

MDL 1657

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| CHRISTINE A. PATTERSON, § | |
| § | Case No. 2:05-cv-2390-EEF-DEK |
| Plaintiff, § | |
| § | MDL No. 1657 |
| v. § | Sect. L, Mag. 3 |
| § | |
| MERCK & CO., INC., a foreign corporation, § | |
| § | |
| Defendant. § | |

In re: Vioxx Products Liability Litigation

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| SHIRLEY PEKARSKE, § | |
| § | Case No. 2:05-cv-02391-EEF-DEK |
| Plaintiff, § | |
| § | MDL No. 1657 |
| v. § | Sect. L, Mag. 3 |
| § | |
| MERCK & CO., INC., a foreign corporation, § | |
| § | |
| Defendant. § | |

In re: Vioxx Products Liability Litigation

---

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| RUTH N. WILSON and LEWIS WILSON, § § Plaintiffs, § § and § § STATE FARM MUTUAL AUTOMOBILE § INSURANCE COMPANY, a foreign insurance § corp., and MICHAEL O. LEAVITT, § SECRETARY OF HEALTH & HUMAN § SERVICES, (HIC #3962243510A) § insurance corp., § § Involuntary Plaintiffs, § § vs. § § MERCK & CO., INC., § § Defendant. § | Case No. 2:05-cv-02075-EEF-DEK<br><br>MDL No. 1657<br>Sect. L, Mag. 3 |

In re: Vioxx Products Liability Litigation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| MARGARET A. PAYNE, § § Plaintiff, § § v. § § MERCK & CO., INC., a foreign corporation, § § Defendant. § | Case No. 2:05-cv-02392-EEF-DEK<br><br>MDL No. 1657<br>Sect. L, Mag. 3 |

In re: Vioxx Products Liability Litigation

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JAMES PETRASEK on behalf of himself and All others similarly situated, | § § § | |
| Plaintiffs, | § § | Case No. 2:05-cv-05438-EEF-DEK |
| v. | § § | MDL No.: 1657<br>Sect. L, Mag. 3 |
| MERCK & CO., INC., a foreign corporation, | § § § | |
| Defendant. | § | |

In re: Vioxx Products Liability Litigation

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| THOMAS S. WERBIE, | § § | |
| Plaintiff, | § § | Case No. 2:05-cv-02077-EEF-DEK |
| and | § § | MDL No. 1657<br>Sect. L, Mag. 3 |
| GOLDEN RULE INSURANCE COMPANY, a Foreign insurance corp., and THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPNAY, a Wisconsin insurance corp., | § § § § § § | |
| Involuntary Plaintiffs, | § § | |
| vs. | § § | |
| MERCK & CO., INC., | § § | |
| Defendant. | § | |

In re: Vioxx Products Liability Litigation

3

## NOTICE OF APPEARANCE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jennifer A. Slater Carlson as additional counsel of record for defendant Merck & Co., Inc in the above-captioned cases.

                        Respectfully submitted,

                        *Dorothy H. Wimberly*

                        Phillip A. Wittmann, 13625
                        Dorothy H. Wimberly, 18509
                        Carmelite M. Bertaut, 3054
                        Stone Pigman Walther Wittman L.L.C.
                        564 Carondelet Street
                        New Orleans, Louisiana 70130
                        Phone: 504-581-3200
                        Fax:   504-581-3361

                        Defendant's Liaison Counsel

                        Todd M. Weir, WI SBN 101442
                        Jennifer A. Slater Carlson SBN 1026790
                        Otjen, Van Ert & Weir, S.C.
                        700 N. Water Street, Suite 800
                        Milwaukee, WI  53202
                        Phone: 414-271-7271
                        Fax: 414-271-7272

                        Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 10th day of March, 2006

*Dorothy H. Wimberly*