FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13 PM 3: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® PRODUCTS  MDL NO. 1657
LIABILITY LITIGATION

THIS RELATES TO:                                Plaintiff: Mary R. Zimmer

Civil Action No.:    EDLA 05-3400

## STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE

Plaintiff Mary R. Zimmer, by and through her counsel, pursuant to Fed. R. Civ. P. 41, hereby request the Court enter a Dismissal without Prejudice. Therefore,

**IT IS HEREBY REQUESTED** pursuant to Fed. R. Civ. P. 41, that Plaintiff's claims against the above-named Defendant be dismissed without prejudice, without costs, expenses, attorney's fees, or disbursements awarded to any of the parties.

**IT IS FURTHER REQUESTED** that, without further notice, a Judgment of Dismissal without prejudice of Plaintiff's claims against Defendant, without cost, expenses, attorney's fees or disbursements awarded to any of the parties, may be entered herein.

Dated: January 19, 2006          MILAVETZ, GALLOP & MILAVETZ, P.A.

By: _____
Chad Wm. Schulze (#323494)
6500 France Avenue South
Edina, Minnesota 55435
Telephone: (952) 920-7777

ATTORNEYS FOR PLAINTIFF

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

The foregoing Stipulation, having been presented to the Court on behalf of the above parties:

**IT IS HEREBY ORDERED** that,

Plaintiff's claims against Defendant in the above-named action are hereby dismissed without prejudice and without costs, expenses, attorney's fees, or disbursements to any party, PROVIDED THAT IF THE PLAINTIFF SEEKS TO RE-FILE HER CLAIM IT MUST BE FILED IN FEDERAL COURT.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: March 3, 2006

_____
Judge of District Court