FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 MAR -9 PM 4: 56

LORETTA G. WHYTE
CLERK

In Re:  VIOXX                                          *     MDL No. 1657
                                                       *
      **Products Liability Litigation**                *
                                                       *     SECTION: L
                                                       *
      **This Document Relates To**                     *     Judge Fallon
                                                       *
      Berna Mason, et. al.                             *     Magistrate Judge Knowles
                                                       *
                          Plaintiff,                   *
      vs.                                              *
                                                       *
      Merck & Co., Inc.,                               *
                                                       *
                          Defendant.                   *
                                                       *
      Civil Action No. 05-3127                         *
*   *   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION TO DISMISS PLAINTIFF BERNA MASON'S CLAIM WITHOUT PREJUDICE

**COME NOW** the undersigned named plaintiff, **Berna Mason** and asks this Court to allow

the dismissal of my claim in the above-styled case. In support of this Motion, I state the following:

1.     The Plaintiff **Berna Mason** wishes to dismiss her claim, without prejudice.

2.     This pertains to **only Berna Mason**, not to any of the other Plaintiffs in Case # 05-

3127.

WHEREFORE, **Berna Mason** requests this Honorable Court to enter an Order dismissing the

claims of **Plaintiff, Berna Mason,** without prejudice. This will not affect any of the other plaintiffs

claims that are filed in CV-05-3127.

Fee_____
Process_____
Dkid_____
CtRmDep_____
Doc. No _____

Respectfully submitted,

Greg L. Dobson
Craig L. Lowell

**COUNSEL FOR PLAINTIFF**
Greg E. Dobson
**MORRISS, LOBER & DOBSON, LLC**
830 Mulberry Street
Suite 201
Macon, Georgia 31201


Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion To Dismiss Plaintiffs Claim Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pretrial Order No. 18b on this the 24th day of February, 2006.

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street
Suite 3601
New Jersey City, NJ 07302-3908

Aretha Delight Davis
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Phillip Whittman
Stone, Pigman, Walther, Whittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Susan Giamportone
Womble Carlyle Sandridge & Rice, LLC
Research Triangle Park
150 Fayetteville Street Mall
Suite 2100
Raleigh, North Carolina 27601

Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens & Cannada - Jackson
P. O. Box 22567
17th Floor, AmSouth Plaza
Jackson, MS 39225-2567

OF COUNSEL