FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 13 AM 12:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| This Document Relates To | * | Judge Fallon |
| Berna Mason, et. al. | * | Magistrate Judge Knowles |
| Plaintiff, vs. | * | |
| Merck & Co., Inc., | * | |
| Defendant. | * | |
| Civil Action No. 05-3127 | * | |

## ORDER DISMISSING PLAINTIFF
## BERNA MASON'S CLAIM WITHOUT PREJUDICE

Having reviewed the Plaintiff Berna Mason's Motion to Dismiss Claim Without Prejudice the Court Orders And Decrees:

1. The Plaintiff **Berna Mason** claim is hereby dismissed without prejudice.

2. This pertains to **only Berna Mason**, not to any of the other Plaintiffs in Case # 05-3127. If the plaintiff seeks to refile her claim, she must do so in federal court.

3/10/06  HONORABLE ELDON E. FALLON

Fee _____
Process _____
Dkid _____
CtRmDep _____
Doc. No _____