UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 13 PM 4:58
LORETTA G. WHYTE
CLERK

THIS DOCUMENT RELATES TO:
*David Green v. Merck & Co., Inc., et al.*, No. 3:05cv4792 (previously 3:05-cv-0558-MJR SDIL USDC)

### STIPULATION OF DISMISSAL

AND NOW, this 4th day of March, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., with each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff DAVID GREEN and defendant Merck & Co., Inc., who have appeared in the above-captioned matter. If the plaintiff seeks to refile his claim, he must do so in federal court.

APPROVED AND SO ORDERED:
Mar. 14, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

Respectfully submitted by:

BROWN & CROUPPEN, P.C.

John J. Driscoll, IL Bar #6276464
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF
DAVID GREEN

ATTORNEY FOR DEFENDANT
MERCK

BRYAN CAVE LLP

*[signature]*

By: Stephen G. Strauss E.D. Mo. #84402
Dan H. Ball E.D. Mo. #2555
Robert T. Ebert, Jr. E.D. Mo. #3035
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 fax
sgstrauss@bryancave.com

**CERTIFICATE OF SERVICE**

The undersigned non-attorney hereby certifies that on the ___20th___ day of February, 2006 a true and correct copy of David Green's Stipulation for Dismissal was served on counsel named below via Federal Express for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO  63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.


                                                            /s/ BRANDI L. LAPE
                                                            Brandi L. Lape, Paralegal

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing Stipulation for Dismissal on behalf of DAVID GREEN, has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of March, 2006.

Grant L. Davis
Thomas C. Jones
Scott S. Bethune
Timothy L. Brake
Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250 Kansas City,
MO 64196

Thomas P. Cartmell
Brian J. Madden
Thomas J. Preuss
Wagstaff & Cartmell LLP 4740
Grand Avenue, Suite 300
Kansas City, MO 64112

J. Scott Bertram
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Wm. Dirk Vandever
The Popham Law Firm, P.C.
323 W. 8th Street, Suite 200
Kansas City, MO 64105

Mark B. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638

Gene E. Schroer
115 S.E. 7th Street
P.O. Box 2667
Topeka, KS 66601-2667

Neil A. Dean
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St., Ste 305
Topeka, KS 66603

Scott W. Sayler
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Kenneth B. McClain
Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, Missouri 64050

James Bandy
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108

Lon Walters
The Walters Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

Ann Schiavone
The Schiavone Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

William R. Robb
901 St. Louis Street, Suite 1600
Springfield, MO 65806

M. Scott Montgomery
The Montgomery Law Firm, LLC
3432 Culpepper Court, Suite A
Springfield, MO 65804

James P. Frickleton
Bartimus, Frickleton et al.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Kirk Goza
Brad Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P. O. Box 482355
Kansas City, MO 64148-2355

Wayne S. Spivey
Sager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103


/s/ JOHN J. DRISCOLL
John J. Driscoll