FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 14  AM 5: 18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 0657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

SHIRLEY SMITH et al. v. MERCK & CO., INC., EDLA No. 05-970
HERSHEL C. MARTIN v. MERCK & CO., INC., EDLA No. 05-2884
CATHY L. CONSTANTINO, et al. v. MERCK & CO., INC., EDLA No. 05-1986

## NOTICE OF APPEARANCE

Earl P. Underwood, Jr. requests this Honorable Court enter his name as additional counsel for Plaintiffs in the above related causes.

**DATED** this the 6th day of March, 2006.

_____
EARL P. UNDERWOOD, JR.
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, Alabama 36533-0969
251-990-5558
251-990-0626 fax
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of March, 2006, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

**Russ Herman**
**Plaintiff Liaison Counsel**
**Herman, Herman, Katz & Cotlar LLP**
**820 O'Keefe Ave., Suite 100**
**New Orleans LA 70113**

**Phillip A. Wittmann**
**Defendant Liaison Counsel**
**Stone Pigman Walther Wittmann, LLC**
**546 Carondelet St.**
**New Orleans LA 70130**

**Benjamin C. Wilson**
**Robert C. Brock**
**F. Chadwick Morriss**
**Rushton Stakely Johnston & Garrett, PA**
**P.O. Box 270**
**Montgomery AL 36101**

**Andrew T. Citrin**
**Elizabeth Citrin**
**Citrin Law Firm**
**PO Drawer 2187**
**Daphne AL 36526**

**Charles Avrith**
**Norman Kleinberg**
**Theodore V.H. Mayer**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York NY 10004**

**Annie Marie Seibel**
**Bradley, Arant, Rose & White**
**1819 Fifth Ave N.**

**Birmingham, AL 35203**

_____
Earl P. Underwood, Jr.