UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 14 A 7 11

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

:
:
:
:
:
:
:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

**THIS DOCUMENT RELATES TO:**
*Hadley v. Merck & Co., Inc.*, 05-4775

## ORDER

IT IS ORDERED that Paul Fellers, M.D.; Charles Sherman, M.D.; and William Hicks,

III, M.D.'s Renewed Motion to Dismiss, Pursuant to Rule 54(b), and Incorporated Memorandum

in Support of Same (Rec. Doc. 3177) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this ___13th___ day of __March__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_/Dktd_____
___ CtRmDep_____
___ Doc. No._____