UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Hendershot v. Merck & Co., Inc.*, 05-6134

### ORDER

IT IS ORDERED that the Defendant's Motion to Vacate Remand Order (Rec. Doc. 3686) is GRANTED.

New Orleans, Louisiana, this ___13th___ day of ___March___, 2006.

_____
UNITED STATES DISTRICT JUDGE