U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAR 1 3 2006
LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOBBY A. WILLIAMS,
    Plaintiff,

MDL No.1657

Section:L

HON:Eldon E.Fallon
Judge

IN RE: VIOXX
    Product Liability Litigation
------------------------------------/

This Document Relates TO:

Bobby A. Williams V Merck & Co.,INC, No.05-1010 L

PLAINTIFF'S PRO SE MOTION FOR CONTINUOUS RECEIPT OF
SERVICE OF PRE-TRIAL ORDERS AND INFORMATION

Now Comes Plaintiff Bobby A. Williams, acting in Pro Se, relevant to this cause moves the court for an order for the continuous receipt of service of pre-trial orders and updated information relevant to: Vioxx Products Liability Litigation and says the following in support thereof:

    (1).That on or about August 17,2005,Plaintiff received notice from Plaintiff's liaison counsel that no other physical mailings will be provided(see attached Exhibit"A").

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
___Doc. No._____

(2). That Plaintiff is an institutionalized person who is unable to access e-mails or the court's Websites.

(3). That Judge Fallon's pre-trial order 5A, requires liaison counsel to serve all papers upon all interested parties.

(4). That plaintiff has not been provided any updated information since August 2005, and at this point and time has no ideal of the status of his interest in this cause of action.

(5). That because plaintiff has a continuous interest in this litigation, physical receipt of orders and updated information should be afforded him an institutionalized person whom does not have access to e-mails or websites.

WHEREFORE, For all of the above said reasons plaintiff prays that this Honorable Court GRANT his Motion For Continuous receipt of physical orders of the court and case status information.

Dated: February 13th, 2006,

Bobby A. Williams
Bobby A. Williams # 147672
Southern Mich. Cor. Facility
4010 Cooper street
Jackson, Michigan 49201

**MDL-1657 Vioxx Litigation**
STATE LIAISON COMMITTEE
E-MAIL NEWSLETTER

USDC E.D. Louisiana
Hon. Judge Eldon E. Fallon

# ATTENTION!

THIS WILL BE THE LAST PHYSICAL MAILING OF THE STATE LIAISON COMMITTEE E-MAIL NEWSLETTER. PLEASE PROVIDE US WITH YOUR E-MAIL ADDRESS SO THAT YOU CAN RECEIVE FUTURE NEWSLETTERS. ALL FUTURE NEWSLETTERS WILL ONLY BE SENT ELECTRONICALLY.

THE E-MAIL NEWSLETTERS CONTAIN IMPORTANT INFORMATION NECESSARY FOR ANY ATTORNEY WITH VIOXX CASES.

PLEASE CONTACT LISA VINSON AT LISA@BKC-LAW.COM WITH YOUR EMAIL ADDRESS OR FAX THIS SHEET BACK WITH YOUR EMAIL ADDRESS TO 504-524-3313.

_____

PRINT ATTORNEY NAME


_____

PRINT FIRM NAME


_____

E-MAIL ADDRESS


8/11/05

Name M. Bobby A. Williams #147572
Southern Michigan Correctional Facility
4010 Cooper Street
Jackson, MI 49201-7552

US POSTAGE $00.39 FEB 14 2006 MAILED FROM ZIPCODE 49201

Clerk of The Court
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130