**MINUTE ENTRY**
**FALLON, J.**
**MARCH 14, 2006**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Fears v. Merck & Co., Inc.*, 05-549

The Court received the attached letter from the Plaintiff. The Court will take no action. The Plaintiff has written previous letters to the Court, and Plaintiffs' Liaison Counsel has been directed to contact the Plaintiff. If the Plaintiff desires information regarding the present status of his lawsuit or aid in retaining counsel, he is directed to contact either Russ Herman or Lenny Davis, both of whom's address is listed below.

Clerk is directed to serve the following by mail:

Reginald K. Fears, #679336
Richard P. LeBlanc
3695 F.M. 3514
Beaumont, Texas 77705

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170



JS10(00:05)



Judge

Reginald K Fears
Plaintiff

v.

Merck Co. Inc

\* Case No.
\* 2:05-CV-00549-EEF-DEK
\*
\* 1657 L
\*

RECEIVED
MAR -2 2006
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

To the Honorable Judge Eldon Fallon

I am the Plaintiff Reginald K Fears I understand that all requested information is very much needed and in a timely manner. But I ask that the judge please allow me more time, as the defendants already know, I'm incarcerated, and my abilities to do things in a timely manner is limited. My turn around is approximately two weeks I send the request to my wife, and she forwards the information to the attorney and courts when needed and upon availability.

I have requested my medical records from ~~In the~~ Doctors Hospital 510 W. Tidwell Houston, Texas 77091 my physician at that time is Dr. H.J. Drainger as of this date records have not yet been received I have instructed the hospital to give to the defendant medical authorization, however ~~by~~ some of information Plaintiff is able to release to the defendant, my wife in turn will forward the courts and defendant any additional information as needed.

Reginald K Fears
V
Merck Co. Inc.

* Case # 205-CV-00549-EEF-DEK
*
*
*
*
*

## Affidavit Concerning Appropriate Medical Authorization

Before me the Undersigned Authority, Personally Appeared Reginald Keith Fears w/o Being By me duly Sworn deposed As Follows.

My Name Is Reginald K Fears I am Over Eighteen (18) years of Age of Sound Mind, Capable of Making This Affidavit And Personally Aquainted with The Facts Here In Stated.

Therefore Plantiff is Requesting His Primary Physician Dr. Henry Jack Dranger At 510 W. Tidwell Houston TX 77091 PH. 713-694-9704 Has my Permission To Release

Medical Authorization To Be Release Too: Merck. Co. Inc. And Their Attorney Any Information defendant Would Ask In Reference of The Medication Vioxx MRI file And Reference Physician Examination E.T.C.

Reginald K Fears

Sworn To and Subscribed Before me on The 13 day of February

_____ Notary Public

CARLINE YORK
Notary Public
My Commission 04-20-
Notary without Bond

My Commission Expires
4-20-2008

## Certificate of Service

I, Reginald K. Fears, hereby certify under penalty of perjury that a true and correct copy has been provided to Merck. Co Inc. Attorneys and Parties by placing said Motion and or Affidavits in a Postage-Paid Envelope and mailing said envelope via United States Mails, this 13th day of February 2006 to: (Above the signature and dates lines, you will list all of the parties who must receive copies of the documents.)

Reginald K Fears
NAME

2-13-06
DATE

Reginald K. Fears            *
Plaintiff                    *   Case 2:05-cv-00549-EEF-DEK
V.                           *
Merck Co. Inc.               *
Defendant                    *

## Motion Requesting Counsel

To the Honorable Judge Fallen

Plaintiff Reginald K. Fears has made several attempts asking the Court for Representation (Counsel) The Court has Order, the Motion By Plaintiff To The Liaison Counsel to make appropriate Action. This was done back on May 3, 2005, Plaintiff is still waiting on appropriate Action to be Taken.

If the Court does not desire or wish to give Plaintiff Counsel, Then Plaintiff is asking for a 180 day delay or extension on which Plaintiff would be out of Incarceration and will be able to hire Counsel for Representation as of now Due to Plaintiff In Carceration is Restrain and Limited.

Sincerely,
Reginald K. Fears

TO: Clerk Office
United States-District Court
Eastern District of Louisiana
New Orleans, LA. 70130

Reginald K. Fras #679336
Richard P. LeBlanc
3695 F.M. 3514
Beaumont, Texas 77705