MINUTE ENTRY
FALLON, J.
MARCH 14, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Bethea v. Merck & Co., Inc.*, 05-6775

The Court received the attached letter from the Plaintiff. The Court will take no action. If the Plaintiff desires information regarding the present status of his lawsuit, he is directed to contact either Russ Herman or Lenny Davis, both of whom's address is listed below.

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
HBG, PA 17108-0704

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

JS10(00:05)

Judy

From: STANLEY BETHEA
P.O. Box 704
HBG, PA. 17108

FEB 9, 2006
RECEIVED

MAR 6 2006
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

05-6775 L(3)

TO: Deputy CLERK
U.S. District Court
Eastern District of Louisiana
New Orleans, LA

RE: STANLEY BETHEA VS. MERCK &
CO. INC, Middle District
Court HBG, PA. 17108
PA. Middle PAM 1 05-2311                    05-6775
NOTICE OF OPPOSITION

I STANLEY BETHEA FILE THIS NOTICE OF OPPOSITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION BECAUSE ATTORNEY JOSHUA G. SCHILLER OF DECHERT COMPANY 2929 ARCH STREET PHILADELPHIA, PA 19104-2808 MOVED MY COMPLAINT FROM STATE COURT TO FEDERAL COURT PUT ME AS A TAG-ALONG ACTION TO THE MDL-1657 VIOXX PRODUCTS LIABILITY LITIGATION IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA THEN HE ABANDONED ME UNDER ATTORNEY-CLIENT RELATIONSHIP WITHOUT A CONTRACT BETWEEN HIM AND ME. I WANT MY COMPLAINT REMOVED FROM THIS PROGRAM.

THANK YOU

FEB 9, 2006

Stanley BETHEA
STANLEY BETHEA

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF OPPOSITION HAS BEEN SERVED FIRST CLASS – POSTAGE PREPAID UPON THE FOLLOWING:

ELIZABETH BALAKHANI

And

JOSHUA G. SCHILLER
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*
STANLEY BETHEA

STANLEY BETHEA
P.O. Box 704, 17108-0704
HBG, PA. 17108

HARRISBURG PA 171
10 FEB 2006 PM 3 L

Deputy Clerk
500 Poydras Street Room-C
U.S. District Court
Eastern District of Louisiana
New Orleans, LA