UNITED STATES DISTRICT COURT
~~MIDDLE DISTRICT OF LOUISIANA~~
Eastern District of Louisiana

EDWARD SMITH        CIVIL ACTION: ~~05-904~~ 2:05-CV-03838
       Section L

VERSUS        JUDGE ~~RALPH E. TYSON~~ ELDON E. FALLON

MERCK COMPANY, INC.        MAG. JUDGE ~~DOCIA L. DALBY~~

*FILED MAR 16 2006 — LORETTA G. WHYTE, CLERK — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA*

ORDER

IT IS ORDERED THAT, plaintiff's request for appointment of counsel be GRANTED this ___ day of _____ 200_, for reason and good cause shown on behalf of plaintiff in this case.

DONE AND SIGNED this 15th day of March 2006.

_____
UNITED STATES MAGISTRATE JUDGE

7