FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 13  AM 3:48

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

In Re: VIOXX                                            *        MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION          *        SECTION L

                                                             *        JUDGE FALLON

This document relates to
Case No. 05-1614

                                                             *        MAGISTRATE JUDGE KNOWLES

ELLIS MAXIMO DIAZ and                           *
NORKA DEJONGH DIAZ,
                 Plaintiffs,
vs.                                                            *

MERCK & CO., INC.,                                  *
                 Defendant,
*        *        *        *        *        *        *        *

## MOTION FOR EXPEDITED HEARING

Plaintiff, Ellis Diaz, through undersigned counsel, moves this Court for an Order granting

an expedited hearing on the attached Motion To Quash Deposition of Dr. Jan Cooper, Motion To

Continue Trial, and Motion to Stay Future Depositions on grounds that Dr. Cooper's deposition

is noticed for 9:00 a.m. on March 15, 2006, and, in the interest of economy, the other motions are

based on facts common to all of the motions.

Respectfully submitted,

Bonnie L. Zakotnik, Bar. 13775
Attorney At Law
4501 Canal Street
New Orleans, LA  70119
Telephone:  (504) 486-6011

___ Fee_____
___ Process_____
_X_/ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served by electronic mail or

by hand delivery this 13th day of March, 2006.

_____
Bonnie L. Zakotnik