FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 16  P 2:30

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1614 | | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ELLIS MAXIMO DIAZ and NORKA DEJONGH DIAZ, Plaintiffs, vs. | * | |
| | * | |
| MERCK & CO., INC., Defendant, | * | |

\* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that the expedited Motion For Expedited Hearing is hereby GRANTED and that the hearing on the Motion To Quash Deposition of Dr. Cooper, Motion To Continue The Trial and the Motion To Stay Further Depositions is hereby set to be heard on the 15th day of March, 2006, at 10:00 a.m. before the Hon. Eldon E. Fallon, 500 Poydras Street, New Orleans, Louisiana. It will be heard in Chambers

_____
U.S. District Judge

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____