UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Francis J. Davis,**<br><br>Plaintiff,<br><br>vs.<br><br>**MERCK & CO., INC.,**<br>a New Jersey Corporation,<br><br>Defendant. | Court File No. 05-3409<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

Pursuant to Minn. R. Civ. P. 41.01(a), the undersigned agree to voluntary dismissal of the above referenced action without prejudice, with each party bearing its own costs. The parties further stipulate that should Plaintiff chose to re-file a Vioxx injury claim against Defendants at a future date, said claim will be filed in Federal Court. The undersigned further stipulate the Court may enter its Order and Judgment for Dismissal Without Prejudice, without further notice to any party.

Dated:

By: _____
Ronald S. Goldser - MN# 35932
Stacy Hauer MN # 317093
Gregory P. Sautter, MN #0326446
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844

**ATTORNEYS FOR PLAINTIFF**

1

By _(signature)_
Scott W. Smith #174026
Amanda M. Cialkowski #306514
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

**ATTORNEYS FOR DEFENDANT**

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below.
To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 10759546 |
| **Submitted by:** | Ann Hansen, Zimmerman Reed PLLP-Minneapolis |
| **Authorized by:** | Ronald S Goldser, Zimmerman Reed PLLP-Minneapolis |
| **Authorize and file on:** | Mar 9 2006 3:45PM CST |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:05cv3409 |
| **Case Name:** | Davis, Francis J vs Merck & Co Inc |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**

Attached Document, 3 Pages   Document ID: 5362533   View Original   View PDF

| Document Type: | Access: | Transaction Fee: | Linked: |
|---|---|---|---|
| Other Court Filed Documents | Sealed, electronic | $0.00 | |

**Document title:**
Stipulation for Voluntary Dismissal and Order

Expand All

☐ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Davis, Francis J | Plaintiff | Goldser, Ronald S | Zimmerman Reed PLLP-Minneapolis | Attorney in Charge |

☐ **Recipients (8)**

  ☐ Service List (8)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | Attorney In Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Cialkowski, Amanda M | Halleland Lewis Nilan | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Pepper, James | Dechert LLP | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Birchfield, Andy D | Beasley Allen Crow Methvin Portis & Miles PC | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Seeger, Christopher | Seeger Weiss LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |

☐ Additional Recipients (0)