UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| Francis J. Davis, | Court File No. 05-3409 |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| MERCK & CO., INC., a New Jersey Corporation, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the above referenced action be dismissed without prejudice, with each party bearing its own costs. If the plaintiff seeks to refile his claims, he must do so in federal court.

Dated: March 16, 2006

Judge of District Court

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc. No ___

1