**MINUTE ENTRY**
**FALLON, J.**
**MARCH 15, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Russ Herman, Lenny Davis, Andy Birchfield, Bonnie Zakotnik, Mark Robinson (by telephone), Drew Ranier (by telephone), Lee Balefsky (by telephone), Chris Tisi (by telephone), and Kenneth Moll (by telephone) participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Wittmann, Doug Marvin, Rick Stanley, Ted Mayer (by telephone), John Beisner (by telephone), Phil Beck (by telephone), and Adam Hoeflich (by telephone) participated on behalf of the Defendant's Steering Committee ("DSC"). At the conference, the parties discussed case selection procedures for early federal court trial, certain discovery matters, and Merck's *forum non conveniens* motion as to the foreign class action allegations. In addition, the Court heard argument on Ellis Diaz's Motion to Quash the Deposition of Dr. Jan Cooper; Motion to Continue Trial; and Motion to Stay the Taking of Future Depositions. Furthermore, after the status conference concluded, Mr. Herman met with the Court *in camera* to discuss certain

JS10(02:00)

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

internal matters relating solely to the PSC. The DSC had no objection to this meeting. After considering the issues raised in the status conference,

IT IS ORDERED the PSC and DSC will submit a letter to each other and the Court listing the two cases that they are striking from the other party's four nominated cases for early federal court trial. This letter shall be submitted by March 22, 2006.

IT IS FURTHER ORDERED that Ellis Diaz's Motion to Quash the Deposition of Dr. Jan Cooper is DENIED AS MOOT. Mr. Diaz's Motion to Continue Trial and Motion to Stay the Taking of Future Depositions is TAKEN UNDER SUBMISSION.

IT IS FURTHER ORDERED that the DSC shall respond to Mr. Herman's letter dated March 14, 2006, by March 23, 2006.

IT IS FURTHER ORDERED that the DSC shall have until April 24, 2006, to respond to the Motion for New Trial in *Plunkett v. Merck & Co., Inc.*, 05-4046.

IT IS FURTHER ORDERED that the DSC shall respond to Mr. Moll's motion regarding Merck's *forum non conveniens* motion by March 21, 2006. In addition, the parties shall confer with each other and prepare a proposed briefing schedule regarding the *forum non conveniens* motion. This proposed briefing schedule shall be submitted to the Court by March 21, 2006.