UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Hadley v. Merck & Co., Inc.*, 05-6134

## ORDER

IT IS ORDERED that the Plaintiffs' Renewed Motion to Remand, Pursuant to 28 U.S.C. § 1447(c), and Incorporated Memorandum in Support of Same (Rec. Doc. 3688) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this 15th day of March, 2006.

UNITED STATES DISTRICT JUDGE