IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 16  AM 3: 51
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | |
| | * | |
| PRODUCTS LIBAILITY LITIGATION | * | MDL DOCKET NO. 1657 |
| | * | |
| This document relates to | * | SECTION L |
| Case No. 05-2627 | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| LENE ARNOLD, | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANT MERCK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, LENE ARNOLD, by and through her undersigned counsel and pursuant to the applicable Rules of Civil Procedure, hereby gives notice of service of her Responses to Defendant MERCK & CO., INC.'s First Set of Requests for Production of Documents to Plaintiff.

/s/ Paul
ANDY BIRCHFIELD, JR.
J. PAUL SIZEMORE
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama 36103
Phone: (334) 269-2343

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

OF COUNSEL:

Andy Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama 36103
Phone: (334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 9 day of March, 2006.

Arnold C. Young
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, Georgia 31412-0048

Russ Herman
Herman & Herman
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130-3588

_____
Of Counsel