UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1657<br>E.D. La. Case No. 05-1077<br>D.N.J. Civil Action No. 05-601 (SRC) |
| DONALD PEDERSON and LORELEI PEDERSON, his wife,<br>  Plaintiffs,<br>vs.<br>MERCK & CO., INC.,<br>  Defendant. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

It is STIPULATED and AGREED between Plaintiffs Donald Pederson and Lorelei Pederson and Defendant Merck & Co., Inc. ("Merck") that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph.

It is further STIPULATED and AGREED that should plaintiffs or a representative on their behalf re-file plaintiffs' claims against Merck, they will so do only in the United States District Court in which venue would be proper, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332 and shall not oppose transfer to MDL 1657.

DAVIS, SAPERSTEIN & SALOMON PC
Attorneys for Plaintiffs
Donald Pederson and Lorelei Pederson

By: _____
Terrence Smith
Dated: January 26, 2006

DECHERT LLP
Attorneys for Defendant
Merck & Co., Inc.

By: _____
Diane P. Sullivan
Dated: ~~January~~ March 14, 2006

1017135_1.DOC