IN THE UNITED STATES DISTRICT COURT,
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED MAR 15 2006

LORETTA G. WHYTE
Clerk

MOSES B. FRYER
(PLAINTIFF; PRO SE.)
   -VS-
MERCK/SCHERING, "ET AL."
(DEFENDANTS):

CASE # 05 MDL-1657-L.
05995   L (3)

"MOTION IN RESPOND TO PRETRIAL ORDERS — HEREOF AND THERETO, AND THEREIN."

I, BEING THE PLAINTIFF, PRO SE. HEREOF AS WELL AS HEREIN MUST EXPLAIN TO THUS HONORABLE COURT THE IN THE INCONSISTENCIES, AND UNCANNY CIRCUMSTANCES SURROUNDING THUS CASE STATED SUPRA.

(1)ST I HAVE NO LICENSED (A.B.A) ATTORNEY'S DUE TO MY FIANACIAL STATUS, AS MY ONLY INCOME IS $603.00 PER MONTH FROM (S.S.I) DISABILITIES, I'LL BE (SIXTY-SEVEN) YEARS OLD ON (DECEMBER 27TH 2006).

(2)ND I, AM A COMMON LAYMAN, AND NOT VERSED IN LAW, but, I DO KNOW WHEN MY CONSTITUTIONAL LAWS HAS BEEN VIOLATED SUCH AS PRESCRIBED WITHIN MY ORIGINAL FILLING OF MY CASE BEFORE THUS—

___ Fee_____
___ Process___
 X  Dktd_____
 X  CtRmDep__
____ Doc. No___

HONORABLE COURT. ALL I MUST REQUEST OF THUS COURT IS MY CASE IS THE PROPER JUDICIAL PROCEDURES IN ACCORDING TO THE EQUAL PROTECTION CLAUSE, IN ACCORDANCE TO THE UNITED STATES CONSTUTIONAL RIGHTS THEREOF, AND THEREIN.

I, DO NOT KNOW WILL REPRESENT ME, OR MAY CASE BEFORE THUS HONORABLE COURT AS OF NOW? I PHONED THE (4) ATTORNEYS LISTED IN THE PRE-TRIAL ORDER, BUT THEY REFUSED TO TAKE MY CASE, THEREFORE IN SUCH A CIRCUM-STANCIAL SITUATION, I HEREBY MOTION THUS COURT FOR LEGAL COUNSEL, BEING MY CASE IS OUT OF MY JURISDICTION OF OF IT'S ORIGINAL FILING IN ATLANTA'S U.S. NO. DIST. COURT. I AM MAILING A COPY TO — ATTORNEYS OFFICE — HERMAN, HERMAN & KATZ COTLAR, 820 O'KEEFE AVE., NEW ORLEANS, LA. # 70113-1116 ALSO TO THE (DEFENDANTS) LISTED SUPRA, HEREIN. THIS 10TH DAY OF MARCH 2006.

Respectfully Submitted by — /s/ Moses B. Fryer
1200 GLENWOOD AVE, SE #707
ATLANTA, GA. 30316-1951
PH. NO. # (404) 635-0952



ATLANTA GA 303

13 MAR 2006 PM 2 T

Moses B. Fryer #(707):
1200 Glenwood Ave, S.E.
Atlanta, GA # 30316-1951

c/o U.S. Clerks Office:
TO: The United States District Court
Eastern District of Louisiana.
500 Poydras Street. (Room # C-15):
New Orleans, Louisiana. # 70130-3319