UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
Case No.: 2:05cv5077

JANE MINEAR and WAYNE MINEAR,
Florida residents,

        Plaintiffs,

v.

MERCK & CO., INC., a foreign corporation,

        Defendant.
_____/

MDL NO: 1657

SECTION L

JUDGE FALLON

## PLAINTIFFS' MOTION TO AMEND COMPLAINT

Plaintiffs, Jane Minear and Wayne Minear, pursuant to Fed. R. Civ. P. 15(a) and L.R. 7.4.1M, hereby file their Motion to Amend the Complaint in this matter, and in support thereof, state as follows:

1. Plaintiffs seek leave under Fed. R. Civ. P. 15(a) to amend the Complaint in this matter.

2. Plaintiff Jane Minear's Complaint inadvertently omitted her husband Wayne Minear's derivative claim for loss of consortium and for punitive damages due to the Defendant's acts and omissions in causing Plaintiff Jane Minear's stroke.

3. Pursuant to Fed. R. Civ. P. 15(a) leave to amend shall be freely granted when justice so requires. Justice requires that Wayne Minear's claim for loss of consortium and for punitive damages be permitted to go forward.

Colson Hicks Eidson Colson Cooper Matthews Martínez Gonzalez Kalbac & Kane    1
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008  Telephone (305) 476-7400  Fax: (305) 476-7444

4. This case is in the early stages of litigation. Defendant will not suffer prejudice by the amendment of the Complaint as set forth herein.

5. Plaintiffs have attached their Amended Complaint hereto as "Exhibit 1."

WHEREFORE, Plaintiffs Jane Minear and Wayne Minear respectfully request that this Honorable Court enter an Order allowing them to amend the Complaint and deeming the Amended Complaint, attached hereto as Exhibit "1," filed as of the date of the Order granting this Motion.

### L.R. 7.4.1M CERTIFICATE OF CONFERRING WITH OPPOSING COUNSEL

Plaintiffs' counsel certifies that it conferred with Defendant's counsel and Defendant has no objection to this motion.

Respectfully submitted,

COLSON HICKS EIDSON
Attorneys for Plaintiffs
255 Aragon Avenue, Second Floor
Coral Gables, Florida 33134
Tel: (305) 476-7400
Fax: (305) 476-7444

By_____
Ervin A. Gonzalez
Florida Bar No. 500720
Email: Ervin@colson.com
Patrick S. Montoya
Florida Bar No. 524441
Email: Patrick@colson.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Amend Complaint and has been served on Liaison Counsel Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this ____ day of March, 2006.