UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 20  AM 7: 33
LORETTA G. WHYTE
CLERK

IN RE VIOXX PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
Case No.: 2:05cv5077

JANE MINEAR and WAYNE MINEAR,
Florida residents,

        Plaintiffs,

v.

MERCK & CO., INC., a foreign corporation,

        Defendant.
_____/

MDL NO: 1657

SECTION L

JUDGE FALLON

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

THIS MATTER came before the Court upon Plaintiffs' Motion to Amend Complaint. The Court after having read the relevant motion, pleadings, and being otherwise fully informed in all premises, hereby

ORDERS and ADJUDGES as follows:

1. Plaintiffs' Motion to Amend their Complaint is GRANTED.

2. Plaintiffs' Amended Complaint is deemed filed the date of this Order.

New Orleans, Louisiana this 6 day of March, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record