U.S. DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA

MARCH 2, 2006
CASE NO. 05-6775 L(3)

STANLEY BETHEA
         PLAINTIFF
VS.

MERCK & CO., INC.
         ~~DEFENDANT~~

## MOTION FOR REMAND

I THE PLAINTIFF FILE THIS MOTION FOR REMAND TO HAVE MY COMPLAINT REMOVED BACK TO STATE COURT (IN THE COURT OF COMMON PLEAS HBG, PA) BECAUSE I'M THE CAPTAIN OF MY COMPLAINT THAT I FILED IN STATE COURT, DEFENDANTS' ATTORNEY JOSHUA G. SCHILLER 2929 ARCH STREET PHILADELPHIA, PA 19104-2808 AND ELIZABETH BALAKHANI ESQ REMOVED MY COMPLAINT FROM STATE COURT TO FEDERAL COURT.

Stanley Bethea
STANLEY BETHEA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE MOTION TO REMAND HAS BEEN SERVED FIRST CLASS - POSTAGE PREPAID UPON THE FOLLOWING:

ELIZABETH BALAKHANI ESQ
AND
JOSHUA G. SCHILLER
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

United States District Court
Eastern District of Louisiana
New Orleans, LA, 70130

Stanley Bethea,                        March 13, 2006
                Plaintiff       Case No. 05-6775 L3
vs.
Merk + Co., Inc.
                Defendant

## Motion For Remand

Plaintiff is captain of his complaint and want the complaint removed back to state court in the Court of Common Pleas HBG, PA. Plaintiff is only suing for $65,000.00 not $75,000.00 and above, also request a hearing LR 7.2E. Plaintiff wants to settle the complaint.

Respectfully Submitted
Stanley Bethea
—————————
Stanley Bethea
P.O. Box 704
HBG, PA, 17108-0704

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE MOTION FOR REMAND WAS SERVED FIRST CLASS – POSTAGE PREPAID UPON THE FOLLOWING:

ELIZABETH BALAKHANI, ESQ.

AND

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108-0704

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

STANLEY BETHEA,
            PLAINTIFF

MARCH 13, 2006
CASE NO. 05-6775 L3

VS.

MERCK & CO., INC.
            DEFENDANT

MEMORANDUM In Support OF MOTION
FOR REMAND
_____

PLAINTIFF IS THE CAPTAIN OF HIS COMplaint THAT HE FILED IN STATE COURT IN THE COURT OF COMMON PLEAS HBG, PA. PLAINTIFF WANTS THE COMPLAINT REMAN BACK TO STATE COURT BECAUSE HE IS ONLY SUING THE DEFENDANT FOR $65,000.00 NOT $75,000.00 ALSO REQUEST A HEARING LR7.2E.
_____

SHOULD THE COMPLAINT BE REMAND BACK TO STATE COURT?
    ANS. YES

                        RESPECTFULLY SUBMITTED
                        Stanley BETHEA
                        _____
                        STANLEY BETHEA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE MEMORANDUM IN SUPPORT OF MOTION FOR REMAND WAS SERVED FIRST CLASS - POSTAGE PREPAID UPON THE FOLLOWING:

ELIZABETH BALARHAMI, ESQ.

AND

JOSHUA G. SCHILLER, ESQ,
2929 ARCH STREET
PHILADELPHIA, PA, 19104-2808

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108-0704

United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

Stanley Bethea,                 March 13, 2006
           Plaintiff    Case No. 05-6775 L3

vs.

Merck + Co., Inc.
           Defendant

## Motion For Hearing

Plaintiff request a hearing LR7.2E, also wants to settle this complaint.

Respectfully Submitted

Stanley Bethea
Stanley Bethea
P.O. Box 704
HBG, PA. 17108-0704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE REQUEST FOR A HEARING WAS SERVED FIRST-CLASS – POSTAGE PREPAID UPON THE FOLLOWING:

ELIZABETH BALAKHANI, ESQ.

AND

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*

STANLEY BETHEA
P.O. BOX 704
HBG, PA 17108-0704

STANLEY BETHEA
P.O. Box 704
HBG, PA 17110

HARRISBURG PA 171
02 MAR 2006 PM 5 L

Deputy Clerk
U.S. District Court
500 Poydras Street
New Orleans, LA

ATTN: CASE # 05-6275