FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 14  PM 12: 00

LORETTA G. WHYTE
        CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL Docket No. 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |
| | § | Section L |
| McFarland et al. v. Merck & Co., et al. | § | |
| | § | Judge Fallon |
| | § | Mag. Judge Knowles |
| (This document relates to all cases) | § | |

## MOTION TO DISMISS AND/OR WITHDRAW AS COUNSEL

COME NOW, Plaintiffs, and by and through undersigned counsel, respectfully submit this Motion to Dismiss and/or Withdraw as Counsel, as follows:

1. The moving Plaintiffs, as well as others, filed this lawsuit in the Circuit Court of Jones County against the Defendants, Merck & Company, Inc., G.D. Searle and Co., a subsidiary of Pharmacia, Inc., Monsanto Company, Pfizer, Inc., John Hassell, M.D., David Weiss, M.D., Susan Gunn, M.D., Victor Horn, M.D., Roger Weiner, M.D., Patricia Griffith, M.D., Fred's Express Pharmacy, Columbia Discount Drugs, Super D. #143, Logans Discount Drugs, Quitman Drug Company and Delta Discount Drugs. The Complaint made detailed numerous allegations against the Defendants related to the drugs Celebrex and/or Vioxx.

2. On or about November 1, 2005, counsel for the Plaintiffs sent letters to all of the Plaintiffs in this lawsuit, suggesting that they dismiss their claims. Counsel sent these letters by certified first class mail, return receipt requested. Counsel advised the Plaintiffs that if they would not agree to the dismissal, counsel would move to withdraw as their legal representative, and the parties should seek new counsel.

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDep____
___ Doc. No ____

3. Since the mailing of that letter, Plaintiffs Leona McFarland and Jessie Jones have granted counsel permission to dismiss their claims.

4. Plaintiffs Leona McFarland and Jessie Jones respectfully request that they be allowed to dismiss their claims, with prejudice, with all parties to bear their own costs.

5. The letter (which, if requested, will be made available for *in camera* inspection) requested a response no later than 7 days after receipt of said letter regarding the party's intent to pursue or dismiss their claim. If the party did not respond, the letter indicated that counsel would move to dismiss. Those plaintiffs who did not respond at all to the letters but signed for their receipt are Stephanie Morgan and Tommy Lee Eckols.

6. Counsel reiterates that, by the terms of the letter, it was clear that the Plaintiff had seven (7) days from receipt of said letter in which to respond and if not, then counsel would assume that he or she agreed to dismiss his or her claim(s). As such, these Plaintiffs join in this Motion.

7. Plaintiffs Antoinette Abram and Sharon Johnson's letters have been returned, as the addressee, refused, never accepted or never collected the certified letter. Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for these Plaintiffs.

8. As to Plaintiffs who have expressed a desire to continue this litigation, or have not granted permission to counsel to dismiss the action, Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, to withdraw as counsel for these Plaintiffs.

9. To this end, the Gibson Law Firm, PLLC, will forward an agreed order to the Court granting the Motion to Dismiss and/or Withdraw as Counsel.

WHEREFORE, PREMISES CONSIDERED,

1. Plaintiffs Leona McFarland and Jessie Jones respectfully move this Court to grant their Motion to Dismiss; and

2. Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for Plaintiffs Stephanie Morgan, Tommy Lee Eckols, Antoinette Abram and Sharon Johnson.

3. Counsel respectfully requests the Court allow Plaintiffs Stephanie Morgan, Tommy Lee Eckols, Antoinette Abram and Sharon Johnson sixty (60) days in which to find new counsel.

           **LEONA MCFARLAND, et al**

           BY: _____
                Charles E. Gibson III

OF COUNSEL:

CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005
Telephone: 1-601-957-6010
Facsimile: 1-601-957-6065

## CERTIFICATE OF SERVICE

I, Charles E. Gibson III, hereby certify that on this the 3 day of March, 2006, a copy of the foregoing forwarded to the following counsel of record:

S. Kirk Milam
Shelby Duke Goza
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P.O. Drawer 668
Oxford, MS 38655

3

D. Drew Malone
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

J. Michael Coleman
Stephanie Edgar
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

Thomas M. Louis
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
Post Office Box 131
Jackson, MS 39205-0131

Andrew G. McCullough
Christopher J. Walker
Markow Walker, P.A.
Post Office Box 13669
Jackson, MS 39236-3669

Mark Biggers
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
Post Office Box 8230
Greenwood, MS 38935-8230

C. York Craig
P.O. Box 12005
Jackson, MS 39236-12005

This the 3 day of ~~February~~ March, 2006.

BY: _____
Charles E. Gibson III