IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 20 PM 12: 36
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | § § § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | | Section L |
| McFarland, et al. v. Merck & Co., et al | § § § § | Judge Fallon<br>Mag. Judge Knowles |
| (This document relates to all cases) | | |

## AGREED ORDER

THIS DAY, THIS CAUSE came on Plaintiffs' Motion to Dismiss and/or Withdraw as Counsel of Record for Plaintiffs and the Court having reviewed said motion orders as follows:

IT IS HEREBY ORDERED AND ADJUDGED that Charles E. Gibson III and the Gibson Law Firm, PLLC, are hereby allowed to withdraw as counsel of record on the following terms and conditions:

1. Plaintiffs' Counsel shall forward to Counsel for the Defendants a copy of the Agreed Order Allowing Withdrawal; and

2. Plaintiffs Leona McFarland and Jessie Jones' claims are hereby dismissed with prejudice with each party to bear its own costs.

3. Plaintiffs Stephanie Morgan and Tommy Lee Eckols' claims are hereby dismissed with prejudice with each party to bear its own costs.

4. Plaintiffs specifically advising Counsel for the Plaintiffs that they wish to pursue their claims are given sixty (60) days to secure additional counsel, and for said counsel to enter an appearance in this cause; and

5. If an Entry of Appearance is not made by new counsel in this cause on behalf of Plaintiff Sharon Johnson or Plaintiff Antionette Abram or if Plaintiff Sharon Johnson or Plaintiff Antionette Abram have not notified the court that they intend to proceed pro se within sixty (60)

1

days, Plaintiffs' causes shall hereby be dismissed without prejudiced, and without further notice.

SO ORDERED this the 20 day of March, 2006.

_____
~~CIRCUIT COURT~~ JUDGE

AGREED:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005


_____
S. Kirk Milam
Shelby Duke Goza
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P.O. Drawer 668
Oxford, MS 38655


_____
D. Drew Malone
Armstrong Allen, PLLC
2525 Lakeward Drive, Suite 200
Jackson, MS 39216


_____
J. Michael Coleman
Joseph Leray McNamara
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

days, Plaintiffs' causes shall hereby be dismissed without prejudiced, and without further notice.

SO ORDERED this the _____ day of _____, 2006.

_____
CIRCUIT COURT JUDGE

AGREED:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005

_____
S. Kirk Milam
Shelby Duke Goza
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P.O. Drawer 668
Oxford, MS 38655

_____
D. Drew Malone
Armstrong Allen, PLLC
2525 Lakeward Drive, Suite 200
Jackson, MS 39216

_____
J. Michael Coleman
Joseph Leray McNamara
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

days, Plaintiffs' causes shall hereby be dismissed without prejudiced, and without further notice.

SO ORDERED this the _____ day of _____, 2006.

_____
CIRCUIT COURT JUDGE

AGREED:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005

_____
S. Kirk Milam
Shelby Duke Goza
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P.O. Drawer 668
Oxford, MS 38655

_____ (previously Dismissed by Order dated 10/14/04)
D. Drew Malone
Armstrong Allen, PLLC
2525 Lakeward Drive, Suite 200
Jackson, MS 39216

_____
J. Michael Coleman
Joseph Leray McNamara
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

2

days, Plaintiffs' causes shall hereby be dismissed without prejudiced, and without further notice.

SO ORDERED this the _____ day of _____, 2006.

_____
CIRCUIT COURT JUDGE

AGREED:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005


_____
S. Kirk Milam
Shelby Duke Goza
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P.O. Drawer 668
Oxford, MS 38655


_____
D. Drew Malone
Armstrong Allen, PLLC
2525 Lakeward Drive, Suite 200
Jackson, MS 39216

J. Michael Coleman
Joseph Leray McNamara
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

2

_[signature]_
Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

Joseph J. Stroble _dismissed_
Watkins & Eager, PLLC
400 East Capitol Street, Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Thomas M. Louis
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
Post Office Box 131
Jackson, MS 39205-0131

Andrew G. McCullough
Markow Walker, P.A.
Post Office Box 13669
Jackson, MS 39236-3669

Virginia F. Holliday
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
Post Office Box 8230
Greenwood, MS 38935-8230

C. York Craig
One Jackson Place, Suite 1200
Post Office Box 12005
Jackson, MS 39236-2005

Michael C. Moore _dismissed_
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, MS 39236-3429

3

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567


Joseph J. Stroble
Watkins & Eager, PLLC
400 East Capitol Street, Suite 300
P.O. Box 650
Jackson, MS 39205-0650

*(last previously dismissed)*

Thomas M. Louis
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
Post Office Box 131
Jackson, MS 39205-0131


Andrew G. McCullough
Markow Walker, P.A.
Post Office Box 13669
Jackson, MS 39236-3669


Virginia F. Holliday
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
Post Office Box 8230
Greenwood, MS 38935-8230


C. York Craig
One Jackson Place, Suite 1200
Post Office Box 12005
Jackson, MS 39236-2005


Michael C. Moore
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, MS 39236-3429

3

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

Joseph J. Stroble
Watkins & Eager, PLLC
400 East Capitol Street, Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Thomas M. Louis
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
Post Office Box 131
Jackson, MS 39205-0131

By (signature)
Andrew G. McCullough
Markow Walker, P.A.
Post Office Box 13669
Jackson, MS 39236-3669

Marc Biggers (Counsel's letter by order 9-8-04)
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
Post Office Box 8230
Greenwood, MS 38935-8230

C. York Craig
One Jackson Place, Suite 1200
Post Office Box 12005
Jackson, MS 39236-2005

J. Ryan Perkins                    previously
Wilkins, Stephens & Tipton, P.A.   dismissed
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, MS 39236-3429

3

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

Joseph J. Stroble
Watkins & Eager, PLLC
400 East Capitol Street, Suite 300
P.O. Box 650
Jackson, MS 39205-0650

*dismissed previously*

Thomas M. Louis
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
Post Office Box 131
Jackson, MS 39205-0131

Andrew G. McCullough
Markow Walker, P.A.
Post Office Box 13669
Jackson, MS 39236-3669

Virginia F. Holliday
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
Post Office Box 8230
Greenwood, MS 38935-8230

_____
C. York Craig
One Jackson Place, Suite 1200
Post Office Box 12005
Jackson, MS 39236-2005

Michael C. Moore
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, MS 39236-3429

*dismissed previously*

3