FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 16  AM 4:03

LORETTA G. WHYTE
         CLERK

IN RE: VIOXX® PRODUCTS  
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: Charlotte Leifester

Civil Action No.: 2:05-cv-04958

### CAMPBELL, CHERRY, HARRISON, DAVIS & DOVE, P.C.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CHARLOTTE LEIFESTER

COME NOW, Campbell, Cherry, Harrison, Davis & Dove, P.C. and file its Motion to Withdraw as Counsel of Record for Plaintiff Charlotte Leifester, and would respectfully show this Honorable Court as follows:

1. Plaintiff is Charlotte Leifester; Defendant is Merck & Co., Inc.

2. Billy H. Davis, Jr., of the law offices of Campbell, Cherry, Harrison, Davis & Dove, P.C., hereby moves that he and the law offices of Campbell, Cherry, Harrison, Davis & Dove, P.C. be permitted to withdraw as counsel of record in the above-entitled and numbered cause.

3. Representation of Plaintiff Charlotte Leifester would remain with the law firm of Snapka, Turman & Waterhouse, LLP.

4. Kathryn Snapka of Snapka, Turman & Waterhouse, LLP would be substituted as attorney-in-charge. Kathryn Snapka's Texas State Bar card number is 18781200 and her address, telephone number, and fax number are as follows:

> P.O. Drawer 23017  
> 606 N. Carancahua, Suite 1511  
> Corpus Christi, TX 78403  
> Telephone:  (361) 888-7676  
> Fax:             (361) 884-8545

__ Fee_____
__ Process_____
X_ Dktd_____
✓_ CtRmDep_____
__ Doc. No._____

5. Plaintiff Charlotte Leifester approves of this Motion.

6. This motion is not sought for, and should not result in delay.

WHEREFORE, Plaintiff, CHARLOTTE LEIFESTER, requests that this Honorable Court grant Campbell, Cherry, Harrison, Davis & Dove, P.C.'s Motion to Withdraw as Counsel of Record for Plaintiff Charlotte Leifester and substitute Kathryn Snapka as attorney-in-charge in the above-entitled and numbered cause.

Respectfully submitted,

By: *[signature]*
Billy H. Davis, Jr.
State Bar No. 05570500
**CAMPBELL, CHERRY, HARRISON, DAVIS & DOVE, P.C.**
P.O. Drawer 21387
Waco, TX 76702
Telephone: (254) 761-3300
Telecopier: (254) 761-3301

By: *[signature]*
Kathryn Snapka
State Bar No. 18781200
Federal I.D. No. 1617
Greg W. Turman
State Bar No. 00785123
Federal I.D. No. 16317
Richard B. Waterhouse, Jr.
State Bar No. 00788624
Federal I.D. No. 17795
Craig D. Henderson
State Bar No. 00784248
Federal I.D. No. 15532
Aditi Anita Shahani
State Bar No. 24041898
Federal I.D. No. 38289

**SNAPKA, TURMAN & WATERHOUSE, L.L.P.**
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78403
P.O. Drawer 23017
Phone:(361) 888-7676
Fax:    (361) 884-8545

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Campbell, Cherry, Harrison, David & Dove, P.C.'s Motion to Withdraw as Counsel of Record for Plaintiff Charlotte Leifester has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the _10th_ day of _March_, 2006.

                                    Kathryn Snapka