FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 21  PM 3: 23

LORETTA G. WHYTE
CLERK

IN RE: VIOXX® PRODUCTS  
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff:   Charlotte Leifester

Civil Action No.: 2:05-cv-04958

## ORDER GRANTING CAMPBELL, CHERRY, HARRISON, DAVIS & DOVE, P.C.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CHARLOTTE LEIFESTER

ON THIS day came on to be heard Campbell, Cherry, Harrison, Davis & Dove, P.C.'s Motion to Withdraw as Counsel of Record for Plaintiff Charlotte Leifester, and the Court, having considered the same, hereby GRANTS Plaintiff's Motion in its entirety.

IT IS ORDERED that Billy H. Davis, Jr., and the law offices of Campbell, Cherry, Harrison, Davis & Dove, P.C. are withdrawn as counsel of record for Plaintiff Charlotte Leifester, that representation of Plaintiff Charlotte Leifester remain with the law firm of Snapka, Turman & Waterhouse, LLP, and Kathryn Snapka of Snapka, Turman & Waterhouse, LLP is substituted as attorney-in-charge in this cause.

SIGNED AND ENTERED this the 20 day of March, 2006.

_____
JUDGE PRESIDING

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____