UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAR 17 2006
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO *Lonnie Hardy*<br>*v. Merck & Co., Inc.*, No. 2:05-cv-01033-EEF-DEK,<br>previously filed as 4:05-cv-00108, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's, Mr. Grebel's, and Mr. Williams' motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy in *Lonnie Hardy v. Merck & Co., Inc. et al.*, No. 2:05-cv-01033-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

    1.    Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy has informed Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

    2.    David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No____

3304730

3.  Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel, and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _____
Kevin J. Adrian, #92555
Lawrence B. Grebel, #3262
Brett A. Williams, #109048
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400  Telephone
(314) 421-3128  Facsimile

Attorneys for Defendant Medical West Ballas
Pharmacy, Ltd., d/b/a Goldsmith Pharmacy

and

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 16th day of March, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*