UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*U.S. FILED*
*EASTERN DISTRICT COURT*
*DISTRICT OF LA*

*2006 MAR 22  AM 7: 30*

*LORETTA G. WHYTE*
*CLERK*

IN RE: VIOXX                                              *         MDL No. 1657
      PRODUCTS LIABILITY LITIGATION             *
                                                *
                                                *         SECTION: L
                                                *
**THIS DOCUMENT RELATES TO** *Lonnie Hardy*              *
*v. Merck & Co., Inc.*, **No. 2:05-cv-01033-EEF-DEK,**   *
**previously filed as 4:05-cv-00108, E.D. Mo.**          *         Judge Fallon
                                                *         Magistrate Judge Knowles

**************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Medical West Ballas Pharmacy, Ltd., d/b/a Goldsmith Pharmacy in this matter.

Dated:

_____ Fee_____
__ Process_____
X_ Dktd_____
✓ CtRmDep_____
_____ Doc. No _____

3304724