UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 21  PM 3: 23
LORETTA G. WHYTE
CLERK

In re: VIOXX®

**PRODUCTS LIABILITY LITIGATION**

This document relates to: Deborah Cox, et al., v. Merck & Co., Inc., No. 05-3381

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

### PROPOSED ORDER TO SUBSTITUTE COUNSEL

Pursuant to the joint motion of Richard H. Greener of the firm of Greener Banducci Shoemaker P.A. and LaDawn Marsters, Esq., the court hereby orders that LaDawn Marsters is substituted as attorney of record for the Plaintiff Deborah Cox in the place and stead of Greener Banducci Shoemaker P.A.

Pursuant to this motion, all parties shall in the future to serve all pleadings and documentation on Plaintiff Deborah Cox by addressing same to:

LaDawn Marsters
Attorney at Law
2075 N. 13th
Boise, ID 83702
(208) 371-1549 (phone)
ladawn@marsterslaw.com

Dated this __ day of March, 2006

Judge Eldon Fallon
United States District Court for the
Eastern District of Louisiana

PROPOSED ORDER TO SUBSTITUTE COUNSEL – P. 1