UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION :       MDL NO. 1657

                                          SECTION: L

                                          JUDGE FALLON
                                          MAG. JUDGE KNOWLES

..................................................

THIS DOCUMENT RELATES TO:
*Opal Kaufman, et. al. v. Merck & Co., Inc.*, No. 2:05cv5835 (previously 4:05-cv-01595-ERW EDMO USDC)

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel for Junior Ray Lowe, and will continue to represent all other named Plaintiffs in the above cited matter. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of Junior Ray Lowe that he remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Junior Ray Lowe, 6905 Bowden Rd., Honoraville, AL 36042, (334) 537-9498.

                                          Respectfully submitted,

                                          BROWN & CROUPPEN, P.C.

                                          By: _____
                                          Seth Sharrock Webb, IL Bar #6285250
                                          720 Olive Street, Suite 1800
                                          St. Louis, MO 63101
                                          Ph: (314) 421-0216
                                          Fx: (314) 421-0359
                                          swebb@brownandcrouppen.com

                                          ATTORNEY FOR PLAINTIFF,
                                          JUNIOR RAY LOWE

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that Plaintiff, Junior Ray Lowe, has been notified of all deadlines and pending court appearances by certified mail.

      ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, on this 14th day of March, 2006.

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Junior Ray Lowe
6905 Bowden Rd.
Honoraville, AL 36042
334-537-9498
*Plaintiff*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
*Defense Liaison Counsel*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL 32541
*Plaintiff's Liaison Counsel*

By: /s/ signature
Seth Sharrock Webb, IL Bar #6285250