A CERTIFIED TRUE COPY

MAR 20 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 21 PM 1:26

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-43)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee
___ Process
_X_ Dktd
_✓_ ORmDep
___ Doc. No

## SCHEDULE CTO-43 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA
SEC. L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM 2 06-127~~ | ~~James O. Struthers, etc. v. Merck & Co., Inc., et al.~~ Vacated 3/20/06 | |
| ALM 3 06-128 | Rosemary Leverett, etc. v. Merck & Co., Inc., et al. | 06-1457 |
| **ALABAMA NORTHERN** | | |
| ALN 2 06-184 | Martha Faircloth, etc. v. Merck & Co., Inc. | 06-1458 |
| ALN 2 06-226 | Louise Partin v. Merck & Co., Inc., et al. | 06-1459 |
| ALN 2 06-269 | Freddie Walker Arnold, et al. v. Merck & Co., Inc. | 06-1460 |
| ALN 2 06-315 | Robert Glenn v. Merck & Co., Inc. | 06-1461 |
| ALN 6 06-143 | ReDonna Earle Wakefield Miller, etc. v. Merck & Co., Inc., et al. | 06-1462 |
| ALN 7 06-281 | Virginia A. Rogers v. Merck & Co., Inc. | 06-1463 |
| **ALABAMA SOUTHERN** | | |
| ~~ALS 1 06-44~~ | ~~Robert Shawn Roach, et al. v. Merck & Co., et al.~~ Opposed 3/13/06 | |
| **ARKANSAS WESTERN** | | |
| ARW 4 06-4011 | Dale A. Rogers v. Merck & Co., Inc. | 06-1464 |
| **ARIZONA** | | |
| AZ 4 06-42 | Gerald Tuggle, et al. v. Merck & Co., Inc. | 06-1465 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-241 | Carol Lewis v. Merck & Co., Inc., et al. | 06-1466 |
| CAE 2 06-281 | Andrew Garrick, et al. v. Merck & Co., Inc., et al. | 06-1467 |
| ~~CAE 2 06-324~~ | ~~Manuel Chavez, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/20/06 | |
| CAE 2 06-330 | William Morning, etc. v. Merck & Co., Inc., et al. | 06-1468 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-4949 | Mary Zumut v. Merck & Co., Inc. | 06-1469 |
| CAN 3 06-424 | Marvin Knox v. Merck & Co., Inc. | 06-1470 |
| CAN 3 06-716 | Marilyn Artieres, etc. v. Merck & Co., Inc. | 06-1471 |
| **FLORIDA MIDDLE** | | |
| FLM 2 06-61 | Natalie Jane Stewart v. Merck & Co., Inc., et al. | 06-1472 |
| FLM 2 06-62 | Susan Wright, etc. v. Merck & Co., Inc., et al. | 06-1473 |
| FLM 3 06-104 | Ruby A. Barbaree v. Merck & Co., Inc. | 06-1474 |
| FLM 3 06-105 | Laura D. Page, et al. v Merck & Co., Inc. | 06-1475 |
| **FLORIDA SOUTHERN** | | |
| FLS 1 06-20227 | Gloria Jean Thomas v. Merck & Co., Inc. | 06-1476 |
| FLS 9 06-80117 | Edward Hettiger, etc. v. Merck & Co., Inc., et al. | 06-1477 |
| **IOWA NORTHERN** | | |
| IAN 1 05-174 | Paul Nadermann, et al. v. Merck & Co., Inc. | 06-1478 |
| **IOWA SOUTHERN** | | |
| IAS 4 06-35 | Christopher Wright, et al. v. Merck & Co., Inc. | 06-1479 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-640 | Francisco Gonzalez, etc. v. Merck & Co., Inc. | 06-1480 |
| ILN 1 06-716 | Edward Freemon v. Merck & Co., Inc. | 06-1481 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-63~~ | ~~Willis Fuller, et al. v. Merck & Co., Inc.~~ Opposed 3/10/06 | |
| ~~ILS 3 06-64~~ | ~~Robert Paskero v. Merck & Co., Inc., et al.~~ Opposed 3/9/06 | |
| ~~ILS 3 06-65~~ | ~~Eugene Perry, et al. v. Merck & Co., Inc.~~ Opposed 3/10/06 | |
| ILS 3 06-92 | Billy Lathan v. Merck & Co., Inc. | 06-1482 |
| ILS 3 06-93 | Lena Done v. Merck & Co., Inc. | 06-1483 |
| **INDIANA NORTHERN** | | |
| INN 1 05-417 | Teresa Meyer, etc. v. Merck & Co., Inc. | 06-1484 |
| **INDIANA SOUTHERN** | | |
| INS 2 06-27 | Anita Jane Taylor, et al. v Merck & Co., Inc. | 06-1485 |
| INS 2 06-33 | Vernon Dickerson, et al. v. Merck & Co., Inc. | 06-1486 |
| **KENTUCKY WESTERN** | | |
| KYW 3 05-559 | Betty Sims v. Merck & Co., Inc. | 06-1487 |
| **LOUISIANA WESTERN** | | |
| LAW 2 06-133 | Huey Elija Pete, etc. v. Merck & Co., Inc., et al. | 06-1488 |
| LAW 5 05-2249 | Estate of Martha Riser v. Merck & Co., Inc. | 06-1489 |
| **MARYLAND** | | |
| MD 1 06-309 | Burnell Davis v. Merck & Co., Inc. | 06-1490 |
| MD 1 06-313 | Vick C. Smith, et al. v. Merck & Co., Inc. | 06-1491 |
| MD 1 06-324 | Carry L. Jackson, et al. v. Merck & Co., Inc. | 06-1492 |
| **MICHIGAN EASTERN** | | |
| MIE 1 06-10364 | Edward Thomas v. Merck & Co., Inc. | 06-1493 |
| **MINNESOTA** | | |
| MN 0 06-423 | Alan Bachman v. Merck & Co., Inc. | 06-1494 |
| MN 0 06-432 | Lynda Redmond v. Merck & Co., Inc. | 06-1495 |
| MN 0 06-466 | Ronald Strelow, et al. v. Merck & Co., Inc. | 06-1496 |
| MN 0 06-474 | Annette Johnson, etc. v. Merck & Co., Inc. | 06-1497 |
| MN 0 06-486 | Cathlean Tittle, etc. v. Merck & Co., Inc. | 06-1498 |
| MN 0 06-488 | Marlene Mannstedt, et al. v. Merck & Co., Inc. | 06-1499 |
| MN 0 06-489 | David Redmond, et al. v. Merck & Co., Inc. | 06-1500 |
| MN 0 06-499 | JoAnn Gullickson v. Merck & Co., Inc. | 06-1501 |
| MN 0 06-500 | Betty Aune, etc. v. Merck & Co., Inc. | 06-1502 |
| MN 0 06-527 | John Drobnick, et al. v. Merck & Co., Inc. | 06-1503 |
| MN 0 06-530 | Willie E. Sadberry, etc. v. Merck & Co., Inc. | 06-1504 |
| MN 0 06-623 | Robert Hunter, etc. v. Merck & Co., Inc. | 06-1505 |
| **MISSOURI EASTERN** | | |
| MOE 4 06-167 | Loretta Bennett v. Merck & Co., Inc. | 06-1506 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 4 06-25 | Louise McElroy v. Merck & Co., Inc., et al. | 06-1507 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **NEW YORK EASTERN** | | |
| NYE 1 06-406 | Basil Ebong, et al. v. Merck & Co., Inc. | 06-1508 |
| NYE 1 06-490 | Karen Padova v. Merck & Co., Inc. | 06-1509 |
| NYE 1 06-629 | Joan Reinhardt v. Merck & Co., Inc. | 06-1510 |
| **NEW YORK NORTHERN** | | |
| NYN 3 06-114 | Ralph Pratt, et al. v. Merck & Co., Inc. | 06-1511 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-545 | Camille Gomez, et al. v. Merck & Co., Inc. | 06-1512 |
| NYS 1 06-792 | Thomas Jackson v. Merck & Co., Inc. | 06-1513 |
| **NEW YORK WESTERN** | | |
| ~~NYW 6 06-6065~~ | ~~Gergory Paterniti v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| ~~NYW 6 06-6066~~ | ~~George Adams v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| NYW 6 06-6067 | David Grace v. Merck & Co., Inc., et al. | 06-1514 |
| ~~NYW 6 06-6068~~ | ~~Deborah Stroka v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| ~~NYW 6 06-6069~~ | ~~Bruce Stenzel v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| NYW 6 06-6070 | Beverley Porter v. Merck & Co., Inc., et al. | 06-1515 |
| NYW 6 06-6074 | Ronald Ciura, etc. v. Merck & Co., Inc., et al. | 06-1516 |
| ~~NYW 6 06-6075~~ | ~~Eugenia B. Lukasik, etc. v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| NYW 6 06-6090 | Michael Farciglia, et al. v. Merck & Co., Inc., et al. | 06-1517 |
| NYW 6 06-6091 | Kristie L. Maracle, etc. v. Merck & Co., Inc., et al. | 06-1518 |
| ~~NYW 6 06-6097~~ | ~~Pauline Dempsey v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| **OHIO NORTHERN** | | |
| OHN 1 06-274 | Emily Joseph-Klein, etc. v. Merck & Co., Inc. | 06-1519 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 06-63 | Darla Harris, etc. v. Merck & Co., Inc. | 06-1520 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 06-49 | Linda Rountree, et al. v. Merck & Co., Inc., et al. | 06-1521 |
| OKN 4 06-64 | Jimmie Neal Pope, et al. v. Merck & Co., Inc. | 06-1522 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 06-157 | William Pickle, Sr. v. Merck & Co., Inc. | 06-1523 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-263 | Alphonso Maxwell, Jr. v. Merck & Co., Inc. | 06-1524 |
| PAE 2 06-272 | Michael Getz, et al. v. Merck & Co., Inc. | 06-1525 |
| ~~PAE 2 06-388~~ | ~~Robbie Tallas, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/16/06 | |
| ~~PAE 2 06-389~~ | ~~Robbie Tallas, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/16/06 | |
| PAE 2 06-507 | Deborah Veysey, et al. v. Merck & Co., Inc., et al. | 06-1526 |
| PAE 2 06-575 | George V. Edwards, et al. v. Merck & Co., Inc., et al. | 06-1527 |
| PAE 2 06-639 | Carol Jones, etc. v. Merck & Co., Inc., et al. | 06-1528 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 06-144 | Drew Schuckman v. Merck & Co., Inc. | 06-1529 |
| PAW 2 06-145 | Theodore Graban, Jr., et al. v. Merck & Co., Inc. | 06-1530 |
| **RHODE ISLAND** | | |
| ~~RI 1 06-65~~ | ~~Frank Detorie, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/20/06 | |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **SOUTH CAROLINA** | | |
| SC   3   05-2548 | Robert Don Ashworth, et al. v. Merck & Co., Inc. | 06-1531 |
| SC   3   06-299 | Caroline Seigler, et al. v. Merck & Co., Inc. | 06-1532 |
| **TEXAS EASTERN** | | |
| TXE  1   06-31 | Donald R. Goodwin, et al. v. Merck & Co., Inc. | 06-1533 |
| TXE  1   06-40 | Michael Lavon Fletcher, et al. v. Merck & Co., Inc. | 06-1534 |
| TXE  2   06-49 | Thomas Rudd v. Merck & Co., Inc. | 06-1535 |
| TXE  5   06-28 | Walter Joe Skelton v. Merck & Co., Inc. | 06-1536 |
| TXE  6   06-54 | Brenda Jones v. Merck & Co., Inc. | 06-1537 |
| **TEXAS NORTHERN** | | |
| TXN  3   06-248 | Christopher Baker v. Merck & Co., Inc. | 06-1538 |
| **TEXAS SOUTHERN** | | |
| TXS  1   06-14 | Santos Fraga, et al. v. Merck & Co., Inc., et al. | 06-1539 |
| TXS  2   06-53 | Beatriz Garcia, et al. v Merck & Co., Inc., et al. | 06-1540 |
| ~~TXS  2   06-56~~ | ~~Amanda Salinas, et al. v. Merck & Co., Inc., et al.~~ Vacated 3/20/06 | |
| TXS  3   06-68 | Judith Ann Watson v. Merck & Co., Inc. | 06-1541 |
| TXS  3   06-85 | Eva Lamb v. Merck & Co., Inc. | 06-1542 |
| TXS  4   06-312 | Debra McCain v. Merck & Co., Inc. | 06-1543 |
| TXS  4   06-313 | Frank Taylor v. Merck & Co., Inc. | 06-1544 |
| TXS  4   06-315 | Corine Harmon v. Merck & Co., Inc. | 06-1545 |
| TXS  4   06-316 | Oralia Jacques v. Merck & Co., Inc. | 06-1546 |
| TXS  4   06-317 | Robenia Brooks v. Merck & Co., Inc. | 06-1547 |
| TXS  4   06-319 | James Coleman v. Merck & Co., Inc. | 06-1548 |
| TXS  4   06-334 | Ella Hutchinson v. Merck & Co., Inc. | 06-1549 |
| TXS  4   06-338 | Joyce Taylor v. Merck & Co., Inc. | 06-1550 |
| TXS  4   06-345 | Clydene Daskey v. Merck & Co., Inc. | 06-1551 |
| TXS  4   06-356 | Dolores Beyer v. Merck & Co., Inc. | 06-1552 |
| TXS  4   06-357 | Jerry Yeaney v. Merck & Co., Inc. | 06-1553 |
| TXS  4   06-358 | Gloria Brooks v. Merck & Co., Inc. | 06-1554 |
| TXS  4   06-365 | Cynthia David v. Merck & Co., Inc. | 06-1555 |
| TXS  4   06-368 | Gloria Baiamonte v. Merck & Co., Inc. | 06-1556 |
| TXS  4   06-369 | Virginia Jones v. Merck & Co., Inc. | 06-1557 |
| TXS  4   06-370 | John Gustafson v. Merck & Co., Inc. | 06-1558 |
| TXS  4   06-373 | Brenda Diana Primus v. Merck & Co., Inc. | 06-1559 |
| TXS  4   06-374 | Pedro J. Moreno, Jr. v. Merck & Co., Inc. | 06-1560 |
| TXS  4   06-375 | Arie Anderson, et al. v. Merck & Co., Inc. | 06-1561 |
| TXS  4   06-410 | Gloria Martinez Nicar v. Merck & Co., Inc. | 06-1562 |
| TXS  4   06-444 | Janet Douglas, et al. v. Merck & Co., Inc. | 06-1563 |
| TXS  5   06-16 | Esperanza Garcia, et al. v. Merck & Co., Inc., et al. | 06-1564 |
| TXS  6   06-8 | Raymond O'Brien, et al. v. Merck & Co., Inc. | 06-1565 |
| TXS  7   06-21 | Juanita Alvarado, et al. v. Merck & Co., Inc., et al. | 06-1566 |
| **UTAH** | | |
| UT   2   06-70 | Sharon Balfour v. Merck & Co., Inc. | 06-1567 |
| UT   2   06-110 | Myron Sorenson, et al. v Merck & Co., Inc. | 06-1568 |
| UT   2   06-111 | Don Iverson, et al. v. Merck & Co., Inc. | 06-1569 |

# INVOLVED COUNSEL LIST (CTO-43)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Joslyn R. Alex
Alex & Assoc.
P.O. Box 126
Breaux Bridge, LA 70517-0126

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery Street
Suite 1303
San Francisco, CA 94104

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Daniel E. Barenbaum
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Donald G. Beattie
Beattie Law Firm PC
4300 Grand Ave
Des Moines, IA 50312

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Donna J. Bowen
Slack & Davis
8911 Capital of Texas Highway
Suite 2110
Austin, TX 78759

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Christine K. Bush
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway
18th Floor
New York, NY 10271

Raymond S. Carroll
Weiner, Carroll & Strauss
119 Rockland Center
Suite 425
Nanuet, NY 10954

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Harry William Champ
Davis, Champ & Associates
601 S. Boulder
Suite 100
Tulsa, OK 74119

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Andrew T. Citrin
Citrin & Mcglothren
P.O. Drawer 2187
Daphne, AL 36526

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

John L. Collins
Gallian, Wilcox, Welker & Olson
59 South 100 East
St. George, UT 84770

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

INVOLVED COUNSEL LIST (CTO-43) MDL-1657                                                              PAGE 2 of 5

David A. Cutt
Eisenberg, Gilchrist & Morton
215 South State Street
900 Parkside Tower
Salt Lake City, UT 84111

Mark W. Damisch
Barclay & Damisch, Ltd.
161 North Clark Street
Suite 4950
Chicago, IL 60601

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Emile A. Davis
Winer, McKenna & Davis, LLP
One Kaiser Plaza
Suite 1450
Oakland, CA 94612

Timothy C. Davis
Heninger, Burge, Vargo & Davis
2146 Highland Avenue, South
Birmingham, AL 35205

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Ste 2200
San Antonio, TX 78205

Aaron K. Dickey
Goldenberg, Miller, Heller
& Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

Jennifer H. Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1A
P.O. Box 6227
Texarkana, TX 75505

Andrew S. Doctoroff
Honigman, Miller, Schwartz
& Cohen
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3583

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
26th Floor
Boston, MA 02110

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Thomas E. Dutton
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
Park Place Tower
Suite 1100
2001 Park Place North
Birmingham, AL 35203

Brady S. Edwards
Edwards Burns & Krider LLP
1000 Louisiana
Suite 1300
Houston, TX 77002

Tony W. Edwards
Stipe, Harper, Laizure, Uselton,
Edwards & Belote
P.O. Box 1369
McAlester, OK 74502

Jeffrey T. Embry
Hossley & Embry
313 E Charnwood
Tyler, TX 75701

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

G. Steven Fleschner
Fleschner, Stark, Tanoos & Newlin
201 Ohio Street
Terre Haute, IN 47807

David M. Freeman
Matt Freeman & Associates
230 Westcott
Suite 202
Houston, TX 77007

Paul David Friedman
O'Steen & Harrison
300 W. Clarendon
Suite 400
Phoeniz, AZ 85013-3692

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

W. Lewis Garrison, Jr.
Garrison Scott, PC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35203-1310

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

Richard M. Golomb
Golomb & Honik, P.C.
121 South Broad Street
9th Floor
Philadelphia, PA 19107

Crystal R. Griffin
Colom Law Firm
200-6th Street North
Columbus, MS 39701

William H. Gussman, Jr.
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Albert Rowell Hanna
Law Office of Hayden E. Hanna, PLLC
312 East Peach Street
P.O. Box 1853
El Dorado, AR 71730-1853

Kimberly K. Hardeman
Moyer & Bergman, P.L.C.
2720 1st Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Jane E. Joseph
Lopez, Hodes, Restaino, Milman
& Skikos
13938A Cedar Road
Suite 373
Cleveland, OH 44118

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Samuel W. Junkin
Samuel W. Junkin, PC
Alston Place
Suite 600
601 Greensboro Avenue
Tuscaloosa, AL 35401

Paul M. Kaufman
801 Terminal Tower
50 Public Square
Cleveland, OH 44113

Darla L. Keen
Lytal, Reiter, Clark, Fountain
& Williams, LLP
515 North Flagler Drive
Tenth Floor
P.O. Box 4056
West Palm Beach, FL 33402-4056

Michael E. Kennedy
Sciullo & Goodyear
564 Forbes Avenue
1302 Manor Bldg.
Pittsburgh, PA 15219

John A. Kenney
McAfee & Taft
Two Leadership Square,
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102-7101

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Sherman B. Kerner
Grey & Grey, LLP
360 Main Street
Farmingdale, NY 11735

Paul R. Kiesel
Kiesel, Boucher & Larson
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Aneca E. Lasley
Squire, Sanders & Dempsey, LLP
1300 Huntington Center
41 South High Street
Columbus, OH 43215

Gregory M. Lederer
Simmons, Perrine, Albright
& Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401-1266

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
1647 Scottsville Road
P.O. Box 3400
Bowling Green, KY 42102-3400

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Stacey Lynn Luedtke
Lewis & Roca, LLP
40 N. Central Ave
Phoenix, AZ 85004-4429

Leslie Lynch
Phillips, McFall, McCaffrey, McVay
& Murrah
One Leadership Square
211 North Robinson Avenue
12th Floor
Oklahoma City, OK 73102

Maryanne Lyons
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Kurt W. Maier
English, Lucas, Priest & Owsley, LLP
1101 College Street
P.O. Box 770
Bowling Green, KY 42102-0770

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Edward L. McRight, Jr.
Ed Mcright Jr. Law Office
3000 Riverchase Galleria
Suite 955
Birmingham, AL 35244

James F. Metcalf
Metcalf & Metcalf, P.C.
51 West 2nd Street
Yuma, AZ 85364

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

John H. Modesett, III
301 Congress, Suite 2100
Austin, TX 78701

F. Chadwick Morris
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

F. Chadwick Morriss
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Wayne Morse, Jr.
Clark Dolan Morse Oncale & Hair, PC
800 Shades Creek Pkwy
Birmingham, AL 35209

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

James J. O'Donnell
O'Donnell & Smith
309 Lennon Lane
Suite 101
Walnut Creek, CA 94598

Leonard R. Parks
Law Offices of Leonard R. Parks
& Assoc.
1301 S. Broad Street, Suite 200
Philadelphia, PA 19147

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street
Suite 2700
Lexington, KY 40507-1749

John Quattrocchi, III
Twin Rivers Bldg.
2 Douglas Pike
Smithfield, RI 02917

Bryan C. Reuter
Stanley, Flanagan & Reuter, LLC
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Adolfo Ruiz Rodriguez, Jr.
Rodriguez Law Firm
4311 Oak Lawn Ave.
Suite 600
Dallas, TX 75219

James E. Ross, Jr.
Ross Law Firm
P.O. Box 1295
Monroe, LA 71210-1295

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Chad Schulze
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

James F. Self, Jr.
James F. Self & Associates, Inc.
8720 S. Pennsylvania
Suite B
Oklahoma City, OK 73159

Michael D. Shalhoub
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Ave.
New York, NY 10016

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

Steve M. Sikich
309 E. Sallier Street
Suite B
Lake Charles, LA 70601

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Jo L. Slama
Tawwater & Slama
211 North Robinson Avenue
Suite 1950
Oklahoma City, OK 73102

Jason M. Steffens
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph P. Strom, Jr.
Strom Law Firm, LLP
2110 Beltine Blvd.
Suite A
Columbia, SC 29204

Edward Thomas
Pro Se
2300 South Jefferson
Apt # 7
Saginaw, MI 48061

Joseph L. Tucker
K. Stephen Jackson, PC
Black Diamond Building
2229 First Avenue North
Birmingham, AL 35203

Harold K. Tummel
Tummel & Casso
4861 N. McColl Road
McAllen, TX 78504

Kay L. Van Wey
Van Wey & Johnson
3100 Monticello Avenue
Suite 500
Dallas, TX 75205

William L. Veen
Law Offices of William L. Veen
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

Marcus W. Viles
Viles & Beckham, P.A.
2075 West First Street
Suite 100
P.O. Box 2486
Ft. Myers, FL 33902

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Alvin R. Washington
P.O. Box 2291
Baton Rouge, LA 70821

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

James L. Welsh, III
Payne, Welsh & Klingensmith
Penn Plaza
Suite 208
Turtle Creek, PA 15145

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Henry C. Wiley, Jr.
King, Harrison & Bryan
P.O. Box 1688
1824 Third Avenue South
Jasper, AL 35502

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-43)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Micaela Alvarez
U.S. District Judge
U.S. District Court
3245 U.S. Courthouse
1300 Victoria Street
Laredo, TX 7804

Hon. Carol Bagley Amon
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Hon Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
P.O. Box 447
Columbia, SC  29202-0447

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal Bldg
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Alan N. Bloch
Senior U.S. District Judge
8370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Robin J. Cauthron
Chief Judge, U.S. District Court
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
3-160 U.S. Courthouse & Federal
Building
2110 First Street
Fort Myers, FL 33901

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. John F. Grady
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Hon. Callie V.S. Granade~~
~~Chief Judge, U.S. District Court~~
~~123 John A. Campbell U.S. Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3621~~

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street
Suite 5226
Shreveport, LA 71101

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Cindy K. Jorgenson
U.S. District Judge
5180 Evo A. DeConcini
U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5052

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Virginia M. Kendall
U.S. District Judge
United States District Court
1778 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Ed Kinkeade
U.S. District Judge
1625 Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. David M. Lawson
U.S. District Judge
U.S. District Court
P.O. Box 913
Bay City, MI 48707-0913

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
3D Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Ronald E. Longstaff
Chief Judge, U.S. District Court
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

~~Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1775~~

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Thomas J. McAvoy
Senior U.S. District Judge
225 Federal Building
15 Henry Street
Binghamton, NY 13901

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. John D. Rainey
U.S. District Judge
406 Martin Luther King U.S. Post
Office & Courthouse
312 Main Street
Victoria, TX 77901

Hon. Linda R. Reade
U.S. District Judge
304 Fed. Bldg. & U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

~~Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201~~

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Michael H. Schneider
U.S. District Judge
U.S. District Court
100 Federal Building
211 West Ferguson Street
Tyler, TX 75701

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Theresa L. Springmann
U.S. District Judge
2113 E. Ross Adair Federal Building
& U.S. Courthouse
1300 S. Harrison Street
Ft. Wayne, IN 46802

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Brian T. Stewart
U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. William D. Stiehl
Senior U.S. District Judge
P.O. Box 249
E. St. Louis, IL 62202

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

~~Hon. Ernest C. Torres~~
~~Chief Judge, U.S. District Court~~
~~363 John O. Pastore Federal Bldg.~~
~~Two Exchange Terrace~~
~~Providence, RI 02903-1779~~

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

# INVOLVED CLERKS LIST (CTO-43)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

~~Charles R. Diard, Jr., Clerk~~
~~123 John A. Campbell U.S.~~
~~Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3621~~

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 2746
Texarkana, AR 75504-2746

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

~~David A. DiMarzio, Clerk~~
~~356 John O. Pastore Federal Building~~
~~Two Exchange Terrace~~
~~Providence, RI 02903~~

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

David J. Weaver, Clerk
P.O. Box 913
Bay City, MI 48707

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James D. Hodges, Jr., Clerk
101 First Street, SE
Cedar Rapids, IA 52401

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Laura A. Briggs, Clerk
207 Federal Building
30 North 7th Street
Terre Haute, IN 47808

Lawrence K. Baerman, Clerk
U.S. District Court
100 South Clinton Street
Syracuse, NY 13261

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
101 Federal Building & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 597
Laredo, TX 78040-0597

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael N. Milby, Clerk
P.O. Box 1638
Victoria, TX 77902-1638

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard H. Weare, Clerk
1500 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Stephen R. Ludwig, Clerk
1108 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 20, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-43)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 2, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
    Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A