IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 20  AM 11: 35

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : |
| THIS DOCUMENT RELATES TO: | : |
| KATHERINE H. DAVIS<br>2746 Fenwick Avenue<br>Baltimore, Maryland 2118 | : |
| Plaintiff | : |
| v. | : MDL DOCKET NUMBER 1657<br>SECTION L |
| MERCK & CO., INC.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | : |
| Defendant. | : |
| Civil Action No: O5-3387 | : |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Now Comes Plaintiff Katherine H. Davis, by and through her undersigned counsel, and respectfully requests this Honorable Court to grant leave to amend the original Complaint filed in this matter and states in support thereof that:

1. Plaintiff Katherine H. Davis has discovered a clerical error in the original Complaint filed in this matter. Wherefore, Plaintiff moves to amend the Complaint to correct the error;

2. Specifically, Plaintiff moves to strike from the first sentence of paragraph 78 of the original Complaint the words "lost wages and earnings capacity," as well as the entire second sentence in paragraph 78, which states, "In addition, the physical and mental injuries suffered by Katherine Davis as a result of ingesting Vioxx directly impacted the marital relationship of

Fee____
X Process____
  Dktd____
  CtRmDep____
  Doc. No____

Katherine Davis and Joseph Davis."

3. On February 13, 2006, Mr. Christopher J. Conoscenti, Esq. at the office of Venable, LLP, Counsel for Defendant Merck & Co., Inc., agreed via telephone that Defendant does not object to the filing of an Amended Complaint;

Wherefore, Plaintiff respectfully requests that her Motion for Leave to Amend Complaint be granted. The First Amended Complaint is attached to this motion for filing with the Clerk upon approval of this motion.

Dated On: March 16, 2006

Respectfully Submitted,

Patricia J. Kasputys (Fed I.D. #03775)

LAW OFFICES OF PETER G. ANGELOS, P.C.
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410.649.2000
Facsimile: 410.649.2101

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion for Leave to Amend has been served on Liaison Counsel, Phillip Wittman, Esq., on Plaintiff's Liaison Counsel, Russ Herman, Esq., and on Paul S. Strain and Stephen E. Marshall, Venable LLP, Counsel for Defendant Merck & Co., Inc., via Lexis Nexis File and Serve this fifteenth day of March 16, 2006.

*Patricia Kasputys*
Patricia J. Kasputys, Esquire