IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 22 PM 4: 34

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS LIABILITY :
LITIGATION :
  :
THIS DOCUMENT RELATES TO: :
  :
KATHERINE H. DAVIS :
2746 Fenwick Avenue :
Baltimore, Maryland 2118 :
  :
        Plaintiff :
  : MDL DOCKET NUMBER 1657
  : SECTION L
v. :
  :
  :
MERCK & CO., INC. :
One Merck Drive :
Whitehouse Station, New Jersey 08889 :
  :
        Defendant. :
  :
Civil Action No: O5-3387 :

## ORDER

Upon consideration of the Motion For Leave To Amend Complaint, it is this 22ND day of March, 2006, hereby ORDERED that said motion is GRANTED and the Amended Complaint is to be filed by the Clerk of the Court.

                           United States District Judge

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____