UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 22 PM 4:34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO
*Donna Allen, et al. v. Merck & Co.*, 05-4435

## ORDER

**CONSIDERING THE FOREGOING MOTION TO DISMISS;**

**IT IS ORDERED** that the claims of those plaintiffs listed in Exhibit A (attached), are dismissed, without prejudice, as to all defendants. *If the plaintiffs need to refile their claims, they must do so in federal court.*

New Orleans, Louisiana, this 22ND day of March, 2006.

_____
JUDGE

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No_____