FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 22  PM 4: 34

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    MDL NO. 1657

PRODUCTS LIABILITY LITIGATION        SECTION L

                                                        JUDGE FALLON

                                                        MAG. JUDGE KNOWLES

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

THIS DOCUMENT RELATES TO
*Clarence Abrams, et al. v. Merck & Co. et al.*, 05-4434


## ORDER

**CONSIDERING THE FOREGOING MOTION TO DISMISS;**

**IT IS ORDERED** that the claims of those plaintiffs listed in Exhibit A (attached), are

dismissed, without prejudice, as to all defendants. If the plaintiffs seek to refile their claims, they must do so in federal court.

New Orleans, Louisiana, this 22nd day of March, 2006.


_____
JUDGE


____ Fee_____
____ Process_____
X  ____ Dktd_____
✓ ____ CtRmDep_____
____ Doc. No _____