UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 23 PM 4: 13

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to All Personal Injury and Medical Monitoring Class Action Complaints Pending or Subject to Transfer to MDL 1657 | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

### THE PLAINTIFFS' STEERING COMMITTEE'S REPLY TO DEFENDANT MERCK & CO., INC.'S RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF SUPPLEMENTAL AUTHORITY

The Plaintiffs' Steering Committee ("PSC") provided this Court with supplemental authority *Rowe v. Hoffman-La Roche Inc.*, 2005 WL 3804689 (N.J.A.D. Feb. 28, 2006), as that case directly supports the PSC's position that New Jersey law may be uniformly applied for the class actions under a New Jersey conflict of law analysis. Merck's lengthy response goes to great effort to ameliorate the impact of the *Rowe* decision. In that regard, Merck disputes the finality of the ruling, the panel majority's reasoning, and the clear support the majority's opinion provides for the PSC's position that by employing a New Jersey conflict of law analysis--recognizing the focus of the litigation will be on Merck's conduct that occurred in New Jersey and not the fortuitous location of where Vioxx was ingested--New Jersey's laws may be applied to litigants from other jurisdictions.

Merck's arguments rely upon the opinion of the lone dissenting judge and an incorrect application of choice of law doctrine. While the New Jersey Supreme Court may indeed review the

1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No.____

Appellate Division's opinion, until that time the dissenting judge's opinion is not authoritative. Instead, the majority's opinion controls and it is entirely consistent with New Jersey law as it has been previously employed in Vioxx litigation. *See e.g. Int'l Union of Operating Eng'rs Local #68 Welfare Fund v. Merck & Co., Inc.,* ATL-L-3015-03-MT (N.J.Super., Law Div. June 30, 2005)(applying New Jersey law and its governmental-interest analysis in certifying a nationwide class of third-party non-government payors who have paid any person for the purchase of Vioxx); *In re: Vioxx Litig, No.* 619, slip op. at 7 (N.J.Super. Sept. 13, 2004) (Judge Higbee in the context of deciding a forum non conveniens motion addressing similar issues found that "while the several states in which these Plaintiffs ingested Vioxx have an interest in these cases, [New Jersey] has a *greater* interest . . in deterring wrongful conduct by its residents.")(emphasis added).

Merck's remaining policy argument that taking the *Rowe* analysis to an extreme, New Jersey's medical monitoring law would necessarily apply to every MDL litigant disregards the fact that *VanDusen v. Barrack*, 376 U.S. 612 (1964) and *Ferens v. John Deere Co.*, 494 U.S. 516 (1990) compel the application of New Jersey's choice of law analysis only when an action is filed in a separate originating forum and transferred to another district court. In this case, as masters of their complaint, the PSC purposefully chose the New Jersey class representative plaintiffs to represent the national class to take advantage of the New Jersey choice of law doctrine. Merck's suggestion that New Jersey's choice of law doctrine would apply in every case in this MDL is unfounded. Only those actions, like the New Jersey class representatives' cases that were filed in New Jersey and transferred to this MDL forum, require the application of the New Jersey choice of law doctrine. In other words, the sky is not falling. Merck's dire predictions are inapposite.

The PSC respectfully requests that *Rowe v. Hoffman-Law Roche Inc., supra,* be taken into consideration when determining the class motions.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date:   March 23, 2006   By: _____

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
Place St. Charles
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana 70170
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

3

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Matthew C. Gaughan, Esquire
Daniel C. Levin, Esquire
Michael Weinkowitz, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Dianne M. Nast, Esquire
Jennifer S. Snyder, Esquire
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 (telephone)
(717) 892-1200 (telecopier)
**Vice Chairperson of the Class Action, Law and Briefing Committee**

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Matthew C. Gaughan, Esquire
Daniel C. Levin, Esquire
Michael Weinkowitz, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Dianne M. Nast, Esquire
Jennifer S. Snyder, Esquire
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 (telephone)
(717) 892-1200 (telecopier)
**Vice Chairperson of the Class Action, Law and Briefing Committee**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve Advanced, in accordance with Pre-Trial Order No. 8, on this 23rd day of March, 2006.