IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA

2006 MAR 23  PM 3: 24

LORETTA G. WHYTE
CLERK

THIS RELATES TO:
Margaret May Baldwin and Rick
Baldwin v. Merck & Co., Inc.

Plaintiff: Margaret May Baldwin

Civil Action No: 5-05-CV-0061-C
2:05cv1801

## SUGGESTION OF DEATH UPON THE RECORD
## UNDER FEDERAL RULE OF CIVIL PROCEDURE

TO THIS HONORABLE PANEL:

Rick Baldwin successor of May Margaret Baldwin suggests upon the record,

pursuant to Federal Rule of Civil Procedure 25, the death of May Margaret Baldwin

during the pendency of this action.

Respectfully submitted,

LAW OFFICES OF PRICE AINSWORTH, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061
512-474-1605 fax

By: _____
Price Ainsworth
State Bar No. 00950300

**ATTORNEY FOR PLAINTIFF**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the following counsel of record on this the ___ day of March 2006:

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Richard L. Josephson
910 Louisiana
Houston, Texas 77002

Matt D. Matzner
Crenshaw, Dupree & Milam, L.L.P.
P.O. Box 1499
Lubbock, Texas 79408

Phillip Whitman
Stone Pigman Walther Wittmann LLC
546 Carondelet St.
New Orleans, LA 70130

Wilfred P. Coronato
Hughes Hubard & Reed, L.L.P.
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

Price Ainsworth

#3515V-13P.001

2