IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 24  PM 2:12

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX | | |
| Products Liability Litigation | * | MDL 1657 |
| | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | • | MAGISTRATE JUDGE |
| | • | DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ref: 05-444

## NOTICE OF WITHDRAWAL OF COUNSEL,
## GARY ROBERT FINE and RODHAM & FINE, P.A.

Pursuant to Order of Court, dated March 1, 2006, GARY ROBERT FINE, and RODHAM

& FINE, P.A., withdraws as counsel of record.

Respectfully submitted,

Gary Robert Fine, Esquire

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice was mailed this 15 day of
March 2006, to Sharon Kegerreis, Esquire, HUGHES HUBBARD & REED LLP, Attorneys for
Defendant, 201 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131; John P. Coale,
Esquire, David K. Lietz, Esquire, COALE COOLEY LIETZ, P.C., Co-Counsel for Plaintiffs, 818
Connecticut Avenue, N.W., Suite 857, Washington, D.C. 20006; and Calvin C. Fayard, Jr., Esquire,
D. Blayne Honeycutt, Esquire, Wanda J. Edwards, Esquire, FAYARD & HONEYCUTT, APC, 519
Florida Avenue, SW, Denham Springs, LA 70726.

RODHAM & FINE, P.A.
Attorneys for Plaintiffs
The Trial Lawyers Building
633 Southeast Third Avenue, Ste. 4R
Fort Lauderdale, Florida 33301
(954) 467-5440

GARY ROBERT FINE, ESQUIRE
Florida Bar Number: 654700

Fee_____
Process_____
X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____