**RECEIVED**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

MAR 0 9 2006

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

2006 MAR 24  PM 12: 10   **MORGAN, MINNOCK & RICE**

LORETTA G. WHYTE
CLERK

Attorneys for Plaintiff Josephine DeLuca

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Josephine DeLuca, on behalf of the heirs of her daughter Barbara A. DeLuca<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br>**STIPULATION OF DISMISSAL** |

On this, the 23rd day of _march_, 2006, it is hereby STIPULATED, ORDERED,

ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the

above-captioned action be and hereby is dismissed as to the Defendants, with each party to bear its

own costs and attorneys' fees. Should she seek to refile, Plaintiff Josephine DeLuca will refile in the

federal multi-district litigation and not in state court.

This Stipulation is filed on behalf of Plaintiff Josephine DeLuca, on behalf of the heirs of her

daughter, Barbara A. DeLuca, and Defendant Merck & Company, Inc., who have appeared in the

above-captioned matter.

Fee
Process
Dktd
CtRmDep
Doc. No

APPROVED AND SO ORDERED:

Eldon E. Fallon
United States District Judge

DATED this _9_ day of March, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

Stephen F. Edwards
Attorneys for Plaintiff

DATED this _8_ day of March, 2006.

RAY, QUINNEY & NEBEKER

Rick Rose
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 10th day of March, 2006.

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Josephine DeLuca



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | |
| Josephine DeLuca, on behalf of the heirs of her daughter Barbara A. DeLuca | MDL Docket No. 1657<br>Case No. 2:05cv564 |
| Plaintiff | |
| v. | **AFFIDAVIT OF JOSEPHINE DELUCA** |
| MERCK & COMPANY, INC., a corporation, | |
| Defendant. | |

Josephine DeLuca, being first duly sworn, states as follows:

1.     I am the mother of Barbara A. DeLuca who was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.     I have been substituted for my daughter, who passed away on October 12, 2005, as the Plaintiff in the above-captioned matter on behalf of the heirs of Barbara A. DeLuca.



3.     It is my desire and request that my claim, on behalf of the heirs of my daughter, Barbara A. DeLuca, against Merck & Company, Inc., be dismissed without prejudice.

FURTHER AFFIANT SAYETH NOT.

_Josephine DeLuca_
Josephine DeLuca

STATE OF _Utah_    )
                    :ss
COUNTY OF _Salt Lake_   )

Sworn to and subscribed before me this _21_ day of _February_, 2006.

_Melissa A Carter_
Notary Public

My Commission Expires:
_6-1-2009_

```
            NOTARY PUBLIC
           MELISSA A. CARTER
           515 East 100 South
        Salt Lake City, Utah 84102
         My Commission Expires
              June 1, 2009
            STATE OF UTAH
```

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF JOSEPHINE DELUCA** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 10th day of March, 2006.

3