UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ............................................... | : | |

**THIS DOCUMENT RELATES TO:**
  *WILLIAMS V. MERCK & CO., INC.*, **05-1010**

**ORDER**

IT IS ORDERED the Plaintiff's Pro Se Motion for Continuous Receipt of Service of Pre-Trial Orders and Information, which is attached to this Order, is DENIED AS MOOT. The Court ruled on the exact same motion on March 3, 2006, at which time the Court denied the motion and ordered Plaintiffs' Liaison Counsel to respond to the Plaintiff.

New Orleans, Louisiana, this   22nd   day of March, 2006.

　　　　　　　　　　　　　　　　　　　　　/s/ Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Bobby A. Williams
Inmate Number 147572
Southern Michigan Correctional Facility
4010 Cooper Street
Jackson, MI 49201-7552