UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Bethea v. Merck & Co., Inc.*, 05-6775

### ORDER

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 3754) is DENIED.

New Orleans, Louisiana, this   22nd   day of   March  , 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
HBG, PA 17110