UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**
   *Fryer v. Merck & Co., Inc.*, **05-995**

### ORDER

The Court received the Plaintiff's Motion in Respond to Pretrial Orders Hereof and Thereto, and Therein (Rec. Doc. 3747). The Court interprets this motion as a request for appointment of counsel. IT IS ORDERED that the Plaintiff's motion is DENIED.

Furthermore, the Plaintiff is advised that the current mailing address for Herman, Herman, Katz & Cotlar, L.L.P. is 201 St. Charles Avenue, Suite 4310, New Orleans, Louisiana 70170.

New Orleans, Louisiana, this   22nd   day of   March  , 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Moses B. Fryer
1200 Glenwood Ave., S.E. #707
Atlanta, Georgia 30316-1951