UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**
        *WILKES v. MERCK & CO., INC.*, 06-821

## ORDER

IT IS ORDERED that Gene L. Watterson, M.D., Joseph Singleton, M.D., Nellie

Cassandra Comer, M.D., and Wallace Purdy, M.D.'s Renewed Motion to Dismiss, Pursuant to

Rule 54(b), or, in the Alternative, Motion to Remand (Rec. Doc. 3723) is CONTINUED

WITHOUT DATE.

New Orleans, Louisiana, this ___22nd___ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE