UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

### ORDER

IT IS ORDERED that Merck & Co., Inc.'s Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 3139) is DENIED AS MOOT except for the following:

1. *Adams, et al. v. Merck & Co., Inc.*, 05-4326, regarding only Theresa Dodd and Charlotte Galbreath: IT IS ORDERED that the plaintiffs shall either stipulate that they have not suffered a cardiovascular event or myocardial infarction or submit a Plaintiff Profile Form in accordance with Pre-Trial Order No. 18B within 120 days.

2. *Neal, et al. v. Merck & Co., Inc.*, 05-2928, regarding only Barbara Gourley: IT IS ORDERED that the plaintiff shall either stipulate that she has not suffered a cardiovascular event or myocardial infarction or submit a Plaintiff Profile Form in accordance with Pre-Trial Order No. 18B within 120 days.

3. *Obannon, et al. v. Merck & Co., Inc.*, 05-3809, regarding only Rosanna Chavez: IT IS ORDERED that the plaintiff shall either stipulate that she has not suffered a cardiovascular event or myocardial infarction or submit a Plaintiff Profile Form in accordance with Pre-Trial Order No. 18B within 120 days.

IT IS FURTHER ORDERED that Merck & Co., Inc.'s Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 3162) is DENIED AS MOOT except for the following:

1. *Meng, et al. v. Merck & Co., Inc.*, 05-3800, regarding only Earlean Booker: DISMISSED WITH PREJUDICE.

2. *Ahern, et al. v. Merck & Co., Inc.*, 05-2271, regarding only Ava Bagwell: IT IS

ORDERED that Merck shall send a certified letter to the plaintiff demanding a response to Merck's proposed order within thirty (30) days. In the certified letter, Merck shall explain that the plaintiff's case will be dismissed with prejudice if she fails to respond. In the event the plaintiff fails to respond, the case will be dismissed. Merck is directed to submit a copy of the letter to the Court.

IT IS FURTHER ORDERED that Merck & Co., Inc.'s Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 3164) is DENIED AS MOOT except for the following:

1. *Adams, et al. v. Merck & Co., Inc.*, 05-4326, regarding only Mascale Eugene Bellis, Rebecca Fox, Gerald Fraley, and Jacqueline Lewis: IT IS ORDERED that the plaintiffs shall either stipulate that they have not suffered a cardiovascular event or myocardial infarction or submit a Plaintiff Profile Form in accordance with Pre-Trial Order No. 18B within 120 days.

2. *Hill, et al. v. Merck & Co., Inc.*, 05-4325, regarding only Gary Arrington: IT IS ORDERED that the plaintiff shall either stipulate that he has not suffered a cardiovascular event or myocardial infarction or submit a Plaintiff Profile Form in accordance with Pre-Trial Order No. 18B within 120 days.

3. *Aldridge, et al. v. Merck & Co., Inc.*, 05-6346, regarding only Raymond Bell: IT IS ORDERED that the plaintiff be given a sixty (60) day extension to file his Plaintiff Profile Form.

New Orleans, Louisiana, this  23rd  day of March, 2006.

UNITED STATES DISTRICT JUDGE