UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 23  PM 12: 46

LORETTA G. WHYTE
CLERK

In re:  VIOXX PRODUCTS
        LIABILITY LITIGATION

MDL DOCKET NO. 1657

SECTION L

JUDGE FALLON

This document relates to
Case No. 05-6134

MAGISTRATE JUDGE KNOWLES

Virginia Hendershot, et al. v. Merck
& Co., et al.

## ORDER

*Moot — See Minute Entry Dated March 23, 2006*

On motion of the Plaintiffs, IT IS HEREBY ORDERED that this Court's order of March 13, 2006, vacating Remand Order (Rec. Doc. 3686) is hereby set aside.

IT IS FURTHER ORDERED that the Remand Order (Rec. Doc. 3686) is hereby adopted and ratified as the opinion of this Court. Diversity jurisdiction is lacking and this action shall be closed on this Court's docket and shall proceed in state court.

New Orleans, Louisiana, this 24th day of March, 2006.

UNITED STATES DISTRICT JUDGE

Tendered by:

Ann B. Oldfather
OLDFATHER & MORRIS
1330 S. Third Street
Louisville, Kentucky  40208
Telephone: 502/637-7200
*Co-Counsel for Plaintiffs*

Tyler S. Thompson
DOLT, THOMPSON, SHEPHERD & KINNEY
310 Starks Building
Louisville, Kentucky  40202
Telephone: 502/587-6554
*Co-Counsel for Plaintiffs*

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No _____