

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION**, | |
| **Adams, Eva Lucille et al v. Merck & Co Inc.**, 2:05-4326 for John Lawson; | MDL No. 1657 |
| **Vernon Andrews et al v. Merck & Co Inc.**, 2:05-2569 for Leigh Behrens | |
| **Shirley Bailey, et al v. Merck & Co Inc.**, 2:05-3413 for Jack Elliot; | |
| **Hill et al v. Merck & Co., Inc. et al**, 2:05-cv-04325 for Alvino Davis; | |
| **Barbara Middleton et al**, 05-cv-3416 Terry Campbell for Helen Campbell; | |
| **Margret Molder et al**, 05-cv-3416 for Dorothy Green; | |
| **Swint, Mona et al v. Merck & Co Inc et al**, 2:05-6347 for Richard Eckard; | |
| and | |
| **Dale v. Merck & Co Inc et al**, 2:05-02567, Albert Borland, | |
| Plaintiffs, | |
| v. | |
| Merck & Co. Inc., et al., | |
| Defendants. | |

## MOTION TO DISMISS WITHOUT PREJUDICE

COME NOW, plaintiffs and move to dismiss the following plaintiffs' claims

without prejudice pursuant to Federal Rule of Civil Procedure 41(b) in the above identified causes of action and in support thereof state:

1. Each of the plaintiffs listed below filed claims against Merck for personal injuries alleged to have been caused by Vioxx.

2. Pursuant to Pretrial Order 18(B), plaintiffs were required to provide completed plaintiff profile forms with signed authorizations within a certain number of days, and failing that, within twenty days after receipt of a deficiency letter from Merck.

3. Merck has moved to dismiss each of the plaintiffs listed below with prejudice for failure to comply with Pretrial Order 18(B).

4. As a result of the issues listed below, plaintiff seeks to dismiss the plaintiffs listed below without prejudice.

5. Terry Campbell for Helen Campbell included in *Middleton*, 2:05cv3416 is elderly in his 80s, and has difficulty communicating with us, and has not completed a PPF.

6. Richard Eckard, Sr. for decedent Betty Briggs included in *Swint, et al v. Merck & Co Inc et al*, 2:05-6347 is disabled and as well we have lost contact with him. In addition, his plaintiff profile form was not due until on or about February 18, 2006, and Merck never sent a deficiency after this due date. The only deficiency letter Merck sent was prior to the due date.

7. Jack Elliot included in *Bailey*, 2:05-cv-03414 is elderly, with health problems and has never filled out the plaintiff profile form.

8. Alvino Davis included in *Hill et al v. Merck & Co Inc*, 2:05-cv-04325

died on January 9, 2006 and as a result could not complete the PPF.

9. Regarding Leigh Behrens, *Andrews*, 2:05-cv-02569, Dorothy Green, *Molder*, 2:05-cv-02929, Volean Gilmore, *Bailey*, 2:05-cv-03414, and John Lawson, *Adams, Eva Lucille et al v. Merck & Co Inc.*, 2:05-4326, plaintiffs have lost contact and have attempted to contact these plaintiffs through various means including private investigators and have been unable to have the PPFs completed prior to March 23, 2006, the day of the hearing.

10. Regarding Albert Borland *Dale v. Merck*, 2:05-02567 (though not part of a motion to dismiss), she is 92 years old and does not want to continue with her case.

WHEREFORE, plaintiffs pray for an order dismissing the following actions without prejudice: Richard Eckard, Sr. for decedent Betty Briggs *Swint, et al v. Merck & Co Inc et al*, 2:05-6347; Jack Elliot *Bailey*, 2:05-cv-03414; Alvino Davis; *Hill et al v. Merck & Co Inc*, 2:05-cv-04325; Leigh Behrens, *Andrews*, 2:05-cv-02569, Dorothy Green - *Molder*, 2:05-cv-02929; Volean Gilmore - *Bailey*, 2:05-cv-03414; John Lawson - *Adams, Eva Lucille et al v. Merck & Co Inc.*, 2:05-4326 and Albert Borland *Dale v. Merck*, 2:05-02567 and such other and further relief as the Court deems just and proper under the circumstances.

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105

(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905


T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties via first-class mail and hand delivery to the extent they appear at the hearing on March 23, 2006 as well as fax delivery only for John N. Poulos on March 22, 2006 to:

Dan H. Ball
Robert T. Ebert
Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
314-259-2020 (fax)

Norman C. Kleinberg
Theodore V.H. Mayer
Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
212-837-6000

John N. Poulos
101 Hudson Street
Suite 3601
Jersey City, N.J. 07302-3908
Fax: (201) 536-0799

Attorneys for Merck & Co., Inc.