UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 24  PM 3: 23

LORETTA G. WHYTE
CLERK

In re: **VIOXX PRODUCTS LIABILITY LITIGATION,**

**Adams, Eva Lucille et al v. Merck & Co Inc.**, 2:05-4326 for John Lawson;

**Vernon Andrews et al v. Merck & Co Inc.**, 2:05-2569 for Leigh Behrens;

**Shirley Bailey, et al v. Merck & Co Inc.**, 2:05-3413 for Jack Elliot;

**Hill et al v. Merck & Co., Inc. et al**, 2:05-cv-04325 for Alvino Davis;

**Barbara Middleton et al**, 05-cv-3416 Terry Campbell for Helen Campbell;

**Margret Molder et al**, 05-cv-3416 for Dorothy Green;

**Swint, Mona et al v. Merck & Co Inc et al**, 2:05-6347 for Richard Eckard;

and

**Dale v. Merck & Co Inc et al**, 2:05-02567, Albert Borland,

      Plaintiffs,

 v.

**Merck & Co. Inc., et al.,**

      Defendants.

MDL No. 1657

## PROPOSED ORDER

This Court dismisses the following claims without prejudice: Richard

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDep____
___ Doc. No____

Eckard, Sr. for decedent Betty Briggs on *Swint, et al v. Merck & Co Inc et al*, 2:05-6347; Jack Elliot on *Bailey*, 2:05-cv-03414; Alvino Davis on *Hill et al v. Merck & Co Inc*, 2:05-cv-04325; Leigh Behrens on *Andrews*, 2:05-cv-02569, Dorothy Green on *Molder*, 2:05-cv-02929; Volean Gilmore on *Bailey*, 2:05-cv-03414; John Lawson on *Adams, Eva Lucille et al v. Merck & Co Inc.*, 2:05-4326, Terry Campbell for Helen Campbell in *Middleton*, 2:05cv3416 and Albert Borland on *Dale v. Merck*, 2:05-02567.

If the plaintiffs wish to refile their claims, they must do so in federal court.

SO ORDERED THIS 24th DAY OF March, 2006.

Eldon E. Fallon
United States District Judge

JEFFREY J. LOWE, PC

By: _____/s/ Francis Flynn_____
     Jeffrey J. Lowe
     Francis J. "Casey" Flynn
     Attorney for Plaintiffs
     8235 Forsyth, Suite 1100
     St. Louis, Missouri 63105
     (314) 678-3400
     Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905


T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597