```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2006 MAR 24  PM 3:36

                                     LORETTA G. WHYTE
                                           CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBBIE JUNEAU and | * | CIVIL ACTION NO. 06-0245 |
| PAULA JUNEAU, individually | * | |
| and as husband and wife, | * | JUDGE FALLON |
| Plaintiffs | * | |
| | * | MAGISTRATE WILKINSON |
| VERSUS | * | |
| | * | |
| PFIZER INC., | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT PFIZER INC.'S
## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO LR5.6E&W, Defendant Pfizer Inc. submits this Corporate Disclosure Statement, and states:

1.   Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

1

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Counsel for Defendant, Pfizer Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties to this proceeding by sending a copy of same via Federal Express, properly addressed and postage prepaid on this 24th day of March, 2006.

_____