MINUTE ENTRY
FALLON, J.
MARCH 23, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
      PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

**BEFORE JUDGE ELDON E. FALLON**  
Courtroom Deputy: Gaylyn Lambert  
Court Reporter: Toni Tusa

Appearances:  
for the plaintiffs: Lenny Davis, Esq. & Jeffery Lowe, Esq.  
for the defendant: Phil Wittmann, Esq.

1) Order that the plaintiffs indicated in Record Document 3139 (attached) Show Cause Why They Should Not be Dismissed: (#3139)

2) Order that the plaintiffs indicated in Record Document 3162 (attached) Show Cause Why They Should Not be Dismissed: (#3162)

3) Order that the plaintiffs indicated in Record Document 3164 (attached) Show Cause Why They Should Not be Dismissed: (#3164)

SEE COURT'S ORDER DATED MARCH 23, 2006.

JS-10:　:35

# United States District Court

**Eastern** DISTRICT OF **Louisiana**

In Re: Vioxx MDL 1657 c/w
v.
Earlean Booker 05-3800-L
ava Bagwell 05-2271-L

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Eldon E. Fallon | Lenny Davis | Phil Wittmann |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3-23-06 | Toni Tusa | Gaylyn Lambert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Booker 1 | | 3-23-06 | ✓ | ✓ | Records of Notification by Plaintiffs |
| | Booker 1 | " | ✓ | ✓ | Records of Notification by Merck |
| | Bagwell 1 | " | ✓ | ✓ | Records of Notification by Merck |
| Bagwell 2 | | " | ✓ | ✓ | Records of Notification by Plaintiff |

Exhibits for parties on Show Cause Hearing (Rec. Doc. 3162)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages