UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27  P 4: 04

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Arzell Warner, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02309) | Judge Fallon |
| | Mag. Judge Knowles |

## STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF HELEN WATSON

It is stipulated by the parties that HELEN WATSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF NONA M. WATSON, ONLY (she being one of eight separate plaintiffs in this action) may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Helen Watson, is re-filed, it must be filed in federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

                                      Attorney for Defendant
                                      Merck & Co., Inc.

                                      */s/ Grant Kaiser*

                                      Grant Kaiser (11078900)
                                      THE KAISER FIRM, LLP
                                      8441 Gulf Freeway, Suite 600
                                      Houston, Texas 77017-5001
                                      Telephone: (713) 223-0000
                                      Telecopy: (713) 223-0440

                                      Attorneys for Plaintiffs

Dated: March 23, 2006.

IT IS SO ORDERED.

_____                3/29/06
Judge                                                    Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 27th day of March, 2006

*Dorothy H. Wimberly* (signature)

802998v.1