UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 27 P 4: 08
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Elizabeth A. Smith v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04371) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF ELIZABETH A. SMITH

It is stipulated by the parties that ELIZABETH A. SMITH may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Elizabeth A. Smith, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

*Phil Wittmann*
Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

1

                                                 /s/ Grant Kaiser

                                                 Grant Kaiser (11078900)
                                                 THE KAISER FIRM, LLP
                                                 8441 Gulf Freeway, Suite 600
                                                 Houston, Texas 77017-5001
                                                 Telephone: (713) 223-0000
                                                 Telecopy: (713) 223-0440

                                               Attorneys for Plaintiffs

Dated: MARCH 22, 2006

IT IS SO ORDERED.

/s/ Eldon E. Fallon                                        3/29/06
Judge                                                          Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 27th day of March, 2006

*Dorothy H. Wimberly*

802998v.1