UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27  P 4: 05

LORETTA G. WHYTE
CLERK

In Re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To: Loretta Y. Stewart v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04367)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF LORETTA Y. STEWART

It is stipulated by the parties that Loretta Y. Stewart, may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Loretta Y. Stewart, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

1

[signature]

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: March 22, 2006

IT IS SO ORDERED.

[signature]
Judge

3/29/06
Date

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 27th day of March, 2006

*[signature]*

802998v.1