UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 29 PM 2:55

LORETTA G. WHYTE
CLERK

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Judith Lynch, et al v. Merck & Co., Inc.
(2:05-cv-05072-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff, Fabio Garcia, as Administrator of the Estate of Pedro Garcia, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Judith Lynch, et al v. Merck & Co., Inc. If the plaintiff seeks to re-file his claim, he must do so in federal court.

GRANTED / DENIED

March 28, 2006

JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____