UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 MAR 28  AM 11: 05

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Rebecca M. Leonard v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04400) | Judge Fallon |
| | Mag. Judge Knowles |

## STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF REBECCA M. LEONARD

It is stipulated by the parties that REBECCA M. LEONARD may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Rebecca M. Leonard, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

1

_/s/ Grant Kaiser_
Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: MARCH 23, 2006.

IT IS SO ORDERED.

_/s/ Eldon E. Fallon_
Judge

3/28/06
Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of March, 2006

*[signature: Dorothy H-Wimberly]*

802998v.1