UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates To: Ernie Partin v.     Judge Fallon
Merck & Co., Inc., et al. (E.D. La. Index No.
2:05-CV-04352)     Mag. Judge Knowles

_____/

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF ERNIE PARTIN

It is stipulated by the parties that ERNIE PARTIN may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Ernie Partin, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

_____
Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

1

                                            /s/ Grant Kaiser

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: MARCH 22, 2006.

IT IS SO ORDERED.

_____      3/29/06
Judge                                         Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 28th day of March, 2006

*Dorothy H. Wimberly*