UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2006 MAR 28  AM II: 02

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:  Randal C. Childress v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-06780) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

**STIPULATION AND VOLUNTARY DISMISSAL
OF THE CASE OF
RANDAL C. CHILDRESS**

It is stipulated by the parties that RANDAL C. CHILDRESS may dismiss his action

without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to

bear its own costs.  The parties further stipulate that if this action on behalf of Randal C.

Childress, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has

been notified of this change in party/counsel status.

Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No_____

1

_____

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone:  (713) 223-0000
Telecopy:  (713) 223-0440

Attorneys for Plaintiffs

Dated: _____MArcH 22_____, 2006.

IT IS SO ORDERED.

_____
Judge

3/2⁹/06
Date _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal

has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery

and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced in accordance with PreTrial Order No. 8, on this 28th day of March, 2006

*Dorothy H. Wimberly*