FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30 PM 1:23

LORETTA G. WHYTE
CLERK

A CERTIFIED TRUE COPY

MAR 29 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-45)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,256 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 29 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

## SCHEDULE CTO-45 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ARKANSAS EASTERN** | | |
| ARE 4 06-259 | Bob Stephens, etc. v. Merck & Co., Inc. | 06-1678 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 06-1177 | Alberta Bruno, et al. v. Merck & Co., Inc., et al. | 06-1679 |
| **COLORADO** | | |
| CO 1 06-338 | Julia Bruce, M.D. v. Merck & Co., Inc. | 06-1680 |
| **FLORIDA MIDDLE** | | |
| FLM 5 06-67 | Judith Miele v. Merck & Co., Inc. | 06-1681 |
| FLM 6 06-205 | David Boyd v. Merck & Co., Inc., et al. | 06-1682 |
| FLM 8 06-268 | John Midkiff v. Merck & Co., Inc., et al. | 06-1683 |
| FLM 8 06-269 | Todd Bray v. Merck & Co., Inc., et al. | 06-1684 |
| FLM 8 06-270 | William Watts v. Merck & Co., Inc., et al. | 06-1685 |
| FLM 8 06-271 | Kenneth Devol v. Merck & Co., Inc., et al. | 06-1686 |
| FLM 8 06-275 | Charles Gustafson v. Merck & Co., Inc., et al. | 06-1687 |
| FLM 8 06-276 | Elana Bozzi v. Merck & Co., Inc., et al. | 06-1688 |
| **FLORIDA NORTHERN** | | |
| FLN 1 06-29 | Wylie Tindale v. Merck & Co., Inc., et al. | 06-1689 |
| FLN 1 06-30 | Elizabeth Cannard v. Merck & Co., Inc., et al. | 06-1690 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-60172 | Shari Cayle v. Merck & Co., Inc. | 06-1691 |
| FLS 0 06-60173 | Sidney Backoff, etc. v. Merck & Co., Inc. | 06-1692 |
| FLS 0 06-60176 | Nancy Cassell v. Merck & Co., Inc. | 06-1693 |
| FLS 0 06-60179 | Martha Lyons, et al. v. Merck & Co., Inc. | 06-1694 |
| FLS 0 06-60180 | Darlene Rose, et al. v. Merck & Co., Inc. | 06-1695 |
| FLS 0 06-60222 | Janet Gilson v. Merck & Co., Inc. | 06-1696 |
| FLS 1 06-20364 | Maryse Guekjian v. Merck & Co., Inc. | 06-1697 |
| FLS 1 06-20365 | Eunice Nelson v. Merck & Co., Inc. | 06-1698 |
| FLS 2 06-14041 | Joan M. Petty v. Merck & Co. Inc. | 06-1699 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-154~~ | ~~Maria Kopes, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-158~~ | ~~Kevin Keeney, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-159~~ | ~~Barbara Rutherford, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-162~~ | ~~Shirley Johnson, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-172~~ | ~~Kimberly Riddle, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| **INDIANA SOUTHERN** | | |
| INS 1 06-229 | Richard J. Martin, et al. v. Merck & Co., Inc. | 06-1700 |
| INS 1 06-230 | John Doggett, et al. v. Merck & Co., Inc. | 06-1701 |
| INS 1 06-231 | Ilena Howell, et al. v. Merck & Co., Inc. | 06-1702 |
| INS 1 06-232 | Bronzie Isaacs, et al. v. Merck & Co., Inc. | 06-1703 |
| INS 1 06-255 | Lois Norquest v. Merck & Co., Inc. | 06-1704 |

SCHEDULE CTO-45 TAG-ALONG ACTIONS (MDL-1657)                                          PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MAINE** | | |
| ME   2  06-43 | Stanley Leiberman v. Merck & Co., Inc. | 06-1705 |
| **MINNESOTA** | | |
| MN   0  06-665 | Ely Omega v. Merck & Co., Inc. | 06-1706 |
| MN   0  06-667 | Harry Brooks v. Merck & Co., Inc. | 06-1707 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  4  06-31 | Roderick Nettles, et al. v. Merck & Co., Inc. | 06-1708 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  4  06-18 | Austin Ezell Blackwell v. Merck & Co., Inc. | 06-1709 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-1215 | Bina P. Motiani, etc. v. Merck & Co., Inc. | 06-1710 |
| **NEW YORK WESTERN** | | |
| NYW  6  06-6096 | Ronald Yates v. Merck & Co., Inc., et al. | 06-1711 |
| **OKLAHOMA EASTERN** | | |
| OKE  6  06-71 | William Moore, etc. v. Merck & Co., Inc. | 06-1712 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  06-167 | Esther Chesser v. Merck & Co., Inc. | 06-1713 |
| OKW  5  06-168 | Annita C. Whetsell v. Merck & Co., Inc. | 06-1714 |
| OKW  5  06-173 | Linda Nix, etc. v. Merck & Co., Inc. | 06-1715 |
| **TEXAS EASTERN** | | |
| TXE  1  06-94 | Mary Nelson v. Merck & Co., Inc., et al. | 06-1716 |
| TXE  2  06-68 | Juanita Gibson v. Merck & Co., Inc. | 06-1717 |
| **TEXAS SOUTHERN** | | |
| TXS  4  06-592 | Robbie Gale Edwards, etc. v. Merck & Co., Inc. | 06-1718 |
| TXS  4  06-635 | Sharon McGrew v. Merck & Co., Inc. | 06-1719 |
| ~~TXS  5  06-35~~ | ~~H.G. Pool, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| **TEXAS WESTERN** | | |
| TXW  1  06-121 | William M. Turner, et al. v. Merck & Co., Inc. | 06-1720 |
| TXW  1  06-122 | Joan Arnold Anderson v. Merck & Co., Inc. | 06-1721 |

# INVOLVED COUNSEL LIST (CTO-45)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery Street
Suite 1303
San Francisco, CA 94104

Christopher Tod Alley
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Donna J. Bowen
Slack & Davis
2705 Bee Cave Road
Suite 220
Austin, TX 78746

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd.
Suite 1300
St. Louis, MO 63117

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

James D. Clark
Alley, Clark, Greiwe & Fulmer, PA
701 South Howard Ave
Suite 201
Tampa, FL 33606

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

John C. Evans
Specter Specter Evans & Manogue, P.C.
Koppers Bulding
26th Floor
Pittsburgh, PA 15219

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib & Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Kevin M. Fitzgerald
Lewis, Saul & Associates, P.C.
183 Middle Street
Suite 200
Portland, ME 04101

David M. Freeman
Matt Freeman & Associates
230 Westcott, Suite 202
Houston, TX 77007

William Wesley Fulgham
Miller & Fulgham, PA
P.O. Box 321386
Flowood, MS 39232-1386

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

John David Hensley
Hensley & Associates
426 East New York Street
Inndianapolis, IN 46202

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
708 West Second Street
Little Rock, AR 72203-3887

Kimberly M. Hult
Hutchinson, Black & Cook, LLC
921 Walnut Street, # 200
Boulder, CO 80302

W. Thomas Jacks
Mithoff & Jacks, L.L.P.
1010 One Congress Plaza
111 Congress Avenue
Austin, TX 78701

Alyson B. Jones
Butler Snow O'Mara Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Charles Lampin
Kell Lampin LLC
4700 Mexican Road
St. Peters, MO 63376

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Tim Dwight Maxcey
Stipe, Harper, Laizure, Uselton, Edwards & Belote
P.O. Box 1369
McAlester, OK 74502-1369

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Charles R. Mindlin
Law Offices of Robert J. Fenstersheib & Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Andrews Howell Myers
Wheeler, Trigg & Kennedy, LLP
U.S. District Court Box 19
1801 California Street, Suite 3600
Denver, CO 80202

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Brian S. Riepen
Law Offices of Brian S. Riepen
4403 North Central Expressway, Suite 270
Dallas, TX 75205

Jason A. Ryan
Ryan, Whaley & Coldiron
119 N. Robinson Street, Suite 900
Oklahoma City, OK 73102

Michael D. Shalhoub
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Ave.
New York, NY 10016

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Anne M. Valentine
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 46215

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Amy Kathleen Witherite
Eberstein & Witherite
3100 Monticello Avenue
Suite 500
Dallas, TX 75205

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-45)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young
U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Phillip S. Figa
U.S. District Judge
A635 Alfred A. Arraj
U.S. Courthouse
901 19th Street
Denver, CO 80294

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Alan S. Gold
U.S. District Judge
1017 Federal Courthouse Square
301 N. Miami Avenue
Miami, FL 33128

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal
Courthouse
156 Federal Street
Portland, ME 04101

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

~~Hon. George P. Kazen~~
~~U.S. District Judge~~
~~P.O. Box 1060~~
~~Laredo, TX 78042-1060~~

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal
Building
100 State Street
Rochester, NY 14614-1324

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Stephan P. Mickle
U.S. District Judge
316 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James S. Moody, Jr.
U.S. District Judge
13A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~255 Melvin Price Federal Building & U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Maurice M. Paul
Senior U.S. District Judge
U.S. District Courthouse
401 S.E. 1st Avenue, Suite 307
Gainesville, FL 32601

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg. & U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Patricia A. Seitz
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 5th Floor
Miami, FL 33128

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. John Daniel Tinder
U.S. District Judge
304 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

# INVOLVED CLERKS LIST (CTO-45)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S.
Courthouse
901 19th St.
Denver, CO 80294-3589

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
316 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

~~Michael N. Milby, Clerk~~
~~P.O. Box 597~~
~~Laredo, TX 78040-0597~~

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Rodney C. Early, Clerk
2120 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1368

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
300 George C. Young
U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101