FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30 PM 1:23

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2006

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAR 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Rosemary Leverett, etc. v. Merck & Co., Inc., et al.*, M.D. Alabama, C.A. No. 3:06-128

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Leverett*) on March 2, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Leverett* on March 20, 2006. The Panel has now been advised, however, that *Leverett* was remanded to the Circuit Court of Tallapoosa County, Alabama, by the Honorable Myron H. Thompson in an order filed on March 15, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-43" filed on March 2, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee ___
___ Process ___
X Dktd ___
✓ CtrmDep ___
___ Doc. No ___