UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 1 4 2006
LORETTA G. WHYTE
CLERK

------------------------------------------------------------x
:   MDL NO. 1657
:
IN RE: VIOXX                :   SECTION: L
      PRODUCTS LIABILITY LITIGATION
:   JUDGE FALLON
:   MAG. JUDGE KNOWLES
:
:   March 3, 2006
------------------------------------------------------------x

## MOTION TO SUBSTITUTE COUNSEL

Pursuant to Local Rule of Civil Procedure 83.2.11, defendant New London Pharmacy, Inc., hereby moves that the Law Offices of James R. Pieret & Associates, be permitted to withdraw as counsel for New London Pharmacy, Inc. in this matter. Further, insofar as New London Pharmacy, Inc. has retained other counsel, specifically Bruce F. Gilpatrick, Steven J. Loewenthal, and all of the law firm of Heidell Pittoni Murphy & Bach, LLP in New York, New York, who have appeared in this matter on its behalf, the law firm of Heidell Pittoni Murphy & Bach, LLP be substituted as counsel for New London Pharmacy, Inc. in this matter. In accordance with Local Rule 83.2.11, a copy of this motion has been provided to the client, New London Pharmacy, Inc., by delivery to John E. Fazio, an owner of New London Pharmacy, Inc., as well as to defendants' liaison

___ Fee_____
___ Process___
X /Dktd_____
___ CtRmDep___
___ Doc. No.___

counsel, Stone Pigman Walther Wittman, LLC. and plaintiffs' liaison counsel, Herman Herman, Katz & Cotlar, LLP.

        Respectfully submitted,

        DEFENDANT
        NEW LONDON PHARMACY, INC.

By: _____
        George V. Pappachen (ny0743)
        Law Offices of James R. Pieret & Associates
        400 Garden City Plaza
        Garden City, New York 11530
        (516) 512-6590
        gpappachen@legal-org.com

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing Motion to Withdraw as Counsel was sent on March 6, 2006, via U.S. Mail, first-class, postage pre-paid to all counsel of record and MDL liaison counsel, as follows:

Bruce F. Gilpatrick, Esq.
Steve J. Loewenthal, Esq.
Heidell Pittoni Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
Suite 100
New Orleans, LA 70113

Phillip Wittman, Esq.
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

John E. Fazio
New London Pharmacy, Inc.
246 8th Avenue
New York, NY 10001

                                                _____
                                                George V. Pappachen

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
                                              :    MDL NO. 1657
IN RE:  VIOXX                                 :    SECTION: L
     PRODUCTS LIABILITY LITIGATION
                                              :    JUDGE FALLON
                                                   MAG. JUDGE KNOWLES
------------------------------------------------------------------x

## MOTION TO SUBSTITUTE COUNSEL

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

LAW OFFICES OF JAMES R. PIERET & ASSOCIATES
Attorneys for Defendant
NEW LONDON PHARMACY, INC.
400 Garden City Plaza
Garden City, NY 11530
Tel: (516) 512-6590
Fax: (516) 742-4116

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
                                                               :   MDL NO. 1657
IN RE: VIOXX                                                   :   SECTION: L
       PRODUCTS LIABILITY LITIGATION
                                                               :   JUDGE FALLON
                                                                   MAG. JUDGE KNOWLES
---------------------------------------------------------------x

### ORDER

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

LAW OFFICES OF JAMES R. PIERET & ASSOCIATES
Attorneys for Defendant
NEW LONDON PHARMACY, INC.
400 Garden City Plaza
Garden City, NY 11530
Tel: (516) 512-6590
Fax: (516) 742-4116