UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 21 PM 3: 23
LORETTA G. WHYTE
CLERK

------------------------------------------------------------x
:   MDL NO. 1657
IN RE: VIOXX                                :   SECTION: L
       PRODUCTS LIABILITY LITIGATION
                                            :   JUDGE FALLON
                                                MAG. JUDGE KNOWLES
                                            :
                                                March 3, 2006
------------------------------------------------------------x

## ORDER

The motion of defendant New London Pharmacy, Inc., that the Law Offices of James R. Pieret & Associates be permitted to withdraw as counsel and that the law firm of Heidell Pittoni Murphy & Bach, LLP be substituted as new counsel in this matter having been heard, it is hereby

GRANTED   /   DENIED

It is so ordered. New Orleans, Louisiana, this 20 day of March 2006.

Hon. Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____