# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

*Filed
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 27  PM 2: 00
LORETTA G. WHYTE
CLERK*

March 24, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: Malmberg v. Merck (MDL: 1657, Case Number: 2:06-cv-371)
Swetokos v. Merck (MDL: 1657, Case Number: 2:06-cv-390)
Nowicki v. Merck (MDL: 1657, Case Number: 2:06-cv-384)
Linhart v. Merck (MDL: 1657, Case Number: 2:05-cv-6704)
Graham v. Merck (MDL: 1657, Case Number: 2:06-cv-965)
Dutko v. Merck (MDL: 1657, Case Number: 2:06-cv-290)
Cesarski v. Merck (MDL: 1657, Case Number: 2:05-cv-6706)
Anderson v. Merck (MDL: 1657, Case Number: 2:06-cv-962)
DiSanto v. Merck (MDL: 1657, Case Number: 2:06-cv-964)

Dear Clerk:

Enclosed are nine original Summonses for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

__ Fee____
X_ Process____
X_ Dktd____
__ CtRmDep____
__ Doc. No____

701 EAST WASHINGTON STREET • TAMPA, FLORIDA 33602 • TEL: (813) 222-0977 • FAX: (813) 224-0373