# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 28  PM 1:38

LORETTA G. WHYTE
CLERK*

March 23, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE: Zier v. Merck
Civil Action Number: 2:06-cv-968

DiSanto v. Merck
Civil Action Number: 2:06-cv-964

Dear Clerk:

Enclosed are two original Summonses for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon

Enclosures

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

701 EAST WASHINGTON STREET • TAMPA, FLORIDA 33602 • TEL: (813) 222-0977 • FAX: (813) 224-0373