FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 28  PM 4:41

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>*Lawrence H. Coleman v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-06215 | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE

This action was originally filed in the United States District Court for the District of New Jersey, (bearing Case No. 05-4951 (SRC)). The Complaint was signed by Christopher Seeger acting as Local Counsel for Mr. Coleman, with undersigned counsel identified as "of counsel" (as he is not licensed to practice in the State of New Jersey nor admitted before the New Jersey U.S. District Court).

Undersigned counsel respectfully advises the Court that Stephen J. Herman, Esq., of the law firm Herman Herman Katz & Cotlar, LLP, will be acting as Lead Trial Counsel for Mr. Coleman, and respectfully requests that any and all orders, pleadings or other documents relating to the above

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

captioned matter be given to and served on Stephen J. Herman, Herman Herman Katz & Cotlar, LLP, (*Temporary Address due to Katrina:* 201 St. Charles Ave Suite 4310, New Orleans, LA 70170), (*Permanent Address:* 820 O'Keefe Ave., New Orleans, LA 70113).

Respectfully submitted,

**Stephen J. Herman,** T.A., La. Bar No. 23129
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, LA  70113
*Temporary Address:*
201 St. Charles Ave., Suite 4310
New Orleans. LA 70170
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

**Christopher A. Seeger, Esq.**
**David R. Buchanan, Esq.**
**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100

**Benjamin A. Coleman, Esq.**
**LAW OFFICES OF BEN COLEMAN**
433 G Street
San Diego, CA 92101
Telephone: (619) 652-9960
E-Mail: loblc@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel,

Phillip Wittmann, *by* U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by

electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with PRE-

TRIAL ORDER NO. #8, on this 28th day of March, 2006.