FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 29 PM 4: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: Monte Levitt v. Merck & Co., Inc., No. 05-5597. | MDL Docket No. 1657 <br><br> Section L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |

### STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

Plaintiff and Defendant Merck & Co., Inc. ("Merck"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to dismiss the above-captioned action, having been transferred to the Judicial Panel on Multi District Litigation and docketed as Cause No. 05-5597, from the United States District Court, District of Idaho, Case No. CIV-05-00401-EJL. The parties further stipulate that such dismissal is made without prejudice and that each party shall bear its own fees and costs. The parties also stipulate that any future action by Plaintiff against the Defendant arising out of the same injuries, transactions or circumstances as the above-captioned action shall not be brought in state court but only in the United States District Court for the District of Idaho, and Plaintiff hereby consents to transfer of any such suit to the Multi District Litigation 1657.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE - 1**

BOI_MT2:606166.1

DATED this 23rd day of March, 2006.

GREENER BANDUCCI SHOEMAKER, P.A.

By _____
                                    – Of the Firm
Attorneys for Plaintiff

DATED this 27th day of March, 2006.

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _____
Stephen R. Thomas – Of the Firm
Attorneys for Defendant
Merck & Co., Inc.

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE - 2**                    BOI_MT2:606166.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Dismiss Action Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 29th day of March, 2006

*Dorothy H. Wimberly*

802998v.1