FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 31  PM 3: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Monte Levitt v. Merck & Co., Inc., No. 05-5597. | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On stipulation to dismiss the above-captioned action between Plaintiff, Monte Levitt, by and through his counsel of record GREENER BANDUCCI SHOEMAKER, P.A., and Defendant, Merck & Co., Inc., by and through its counsel of record, MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED, pursuant to F.R.C.P. 41(a)(2), it appearing to the Court that Plaintiff desires to have the matter dismissed without prejudice according to terms as set forth herein below, it is:

ORDERED that Plaintiff's suit herein against defendant, Merck & Co., Inc., be and it hereby is DISMISSED without prejudice, each party bearing its own fees and costs, and,

IT IS FURTHER ORDERED that any future suit by Plaintiff against the Defendant arising out of the same injuries, transactions or circumstances shall not be brought in

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

MT2:606146.1

state court but only in the United States District Court for the District of Idaho, and Plaintiff shall consent to transfer of any such suit to the Multi District Litigation 1657.

IT IS SO ORDERED.

ENTERED this 30th day of March, 2006.

_____
DISTRICT COURT JUDGE

We request this Order:

_____,
Counsel for Plaintiff

_____,
Counsel for Merck & Co., Inc.

**ORDER OF DISMISSAL WITHOUT PREJUDICE - 2**