FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 31  PM 3: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | ) |
| PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET 1657 |
| This document relates to: | ) JUDGE FALLON |
| VIRGINIA BLOOMBERG, et al., | ) MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | ) |
| vs. | ) **SUGGESTION OF DEATH** |
| MERCK & CO., INC., | ) |
| Defendant. | ) |
| Civil Action No. 2:2005CV03578 | ) |

Counsel, pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby gives notice to the Court and parties of the death of Plaintiff Don Dardio. The Estate will be substituted as a party.

Respectfully submitted,

John T. Murray (#0008793)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707

Fee _____
Process _____
X  Dktd _____
   CtRmDep _____
   Doc. No _____

1

Philip A. Ciano (#0066134)
Andrew S. Goldwasser (#0068397)
CIANO & GOLDWASSER, L.L.P.
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, Ohio 44113
Telephone: (216) 658-9900
Facsimile: (216) 658-9920

Robert J. Dicello (#0003353)
Mark A. Dicello (#0063924)
ROBERT J. DICELLO CO., L.P.A.
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: (440) 853-8888
Facsimile: (440) 953-9138

Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that on March 27, 2006 the foregoing *Suggestion of Death* was filed with the court via U.S. mail. Notice of this filing was sent to all parties by operation of the Lexis Nexis electronic filing system. Parties may access this filing through the LexisNexis system.

Respectfully Submitted:

*/s/ John T. Murray*
John T. Murray