UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -3 PM 2: 47

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-cv-969

ARNOLD FERRANTE
           Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC, , ARCHENA DABNEY,
JOHN HOLLIS, ALLISON HUBKA SCHROEDER,
RICH JANCHESON, DOUGLAS McELROY,
THOMAS ADAMS, CHRIS METROPOLUS, and
ROXANNE POST,
           Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ARNOLD FERRANTE, by and through his undersigned counsel, hereby

files the copy of an Affidavit of Service evidencing service upon Defendant, JOHN HOLLIS,

on December 21, 2005.

Dated this 30th day of March , 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 30th day of March 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA**                      **County of OSCEOLA**                      **Circuit Court**

Case Number: CI05-PL-2607

Plaintiff:
**ARNOLD FERRANTE**

vs.

Defendant:
**MERCK & CO., INC., ARCHENA DABNEY, JOHN HOLLIS, ALLISON HUBKA SCHROEDER, RICH JANCHESON, DOUGLAS MCELROY, THOMAS ADAMS, CHRIS METROPOLUS, ROXANNE POST**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 12th day of December, 2005 at 9:32 am to be served on **JOHN P. HOLLIS, 215 SOUTH LAWSONA BOULEVARD, ORLANDO, FLORIDA 32801**.

I, CHOICE PROCESS-ORLANDO, being duly sworn, depose and say that on the **21st day of December, 2005** at **8:26 pm, I:**

<u>INDIVIDUALLY SERVED</u>: The within named person with a true copy of this SUMMONS AND COMPLAINT with the date and hour endorsed thereon by me, pursuant to Florida Statute 48.031(1) and informing said person of the contents thereof.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
SERVICE WAS FIRST ATTEMPTED ON 12/17/05 AT 2:14 P.M.; NO CONTACT WAS MADE.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

 

Subscribed and Sworn to before me on the 27th day of December, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**CHOICE PROCESS-ORLANDO**
Process Server

**CHOICE PROCESS - TAMPA**
**P.O. Box 1215**
**Tampa, FL 33601**
**(813) 229-1444**

Our Job Serial Number: 2005006460

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j