## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -3 PM 2: 46

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

ARNOLD FERRANTE
                    Plaintiff,
vs.

MERCK & CO., INC, , ARCHENA DABNEY,
JOHN HOLLIS, ALLISON HUBKA SCHROEDER,
RICH JANCHESON, DOUGLAS McELROY,
THOMAS ADAMS, CHRIS METROPOLUS, and
ROXANNE POST,
                    Defendants.            /

MDL No.: 1657

SECTION: L

Civil Action No. 06-cv-969

JUDGE FALLON
MAG. JUDGE KNOWLES

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ARNOLD FERRANTE, by and through his undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, ARCHENA DABNEY,

on January 2, 2006.

Dated this 30th day of March 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 30th day of March, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA**      **County of OSCEOLA**      **Circuit Court**

Case Number: CI05-PL-2607

Plaintiff:
**ARNOLD FERRANTE**

vs.

Defendant:
**MERCK & CO., INC., ARCHENA DABNEY, JOHN HOLLIS, ALLISON
HUBKA SCHROEDER, RICH JANCHESON, DOUGLAS MCELROY,
THOMAS ADAMS, CHRIS METROPOLUS, ROXANNE POST**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 12th day of December, 2005 at 9:32 am to be served on
**ARCHENA DABNEY, 10106 FOXHURST COURT, ORLANDO, FLORIDA 32836**.

I, CHOICE PROCESS-ORLANDO, being duly sworn, depose and say that on the **2nd day of January, 2006** at
**5:30 pm, I:**

SUBSTITUTE SERVED this SUMMONS AND COMPLAINT on SCOTT DABNEY as SPOUSE of the within
named defendant, and informing said person of the contents thereof pursuant to F.S. 48.031 (2) (a).

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in
good standing, in the judicial circuit in which the process was served.

 

 

 

**CHOICE PROCESS-ORLANDO**
Process Server

Subscribed and Sworn to before me on the 6th day of
January, 2006 by the affiant who is personally known
to me.

**CHOICE PROCESS - TAMPA**
**P.O. Box 1215**
**Tampa, FL  33601**
**(813) 229-1444**

_____
NOTARY PUBLIC

Our Job Serial Number: 2005006459