FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -3  PM 1:45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBBIE JUNEAU AND PAULA JUNEAU, INDIVIDUALLY AND AS HUSBAND AND WIFE** | Hearing Date: <br> CAUSE NO. 05md1657 L <br> 06-0245 |
| Plaintiff/Petitioner | |
| vs. <br> **PFIZER, INC. AND MERCK & CO., INC.** | AFFIDAVIT OF SERVICE OF: <br> **SUMMONS** |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **6th day of March, 2006, at 2:40 PM**, at the address of **8550 UNITED PLAZA Boulevard SUITE 504, BATON ROUGE, East Baton Rouge County, LA** ; this affiant served the above described documents upon **PFIZER, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **PFIZER, INC., C/O PARRISH RITCHIE OF CT CORPORATION SYSTEM.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _Louisiana_ that the statement above is true and correct.

**DAVID A. PENDER, Reg. # 5380-020603-LA, LIVINGSTON PARISH/LA**

SUBSCRIBED AND SWORN to before me this 6th day of March, 2006

NOTARY PUBLIC in and for the State of **Louisiana**

ABC's Client Name
**PFI MISC H**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: **3849330**

CALVIN F. UNDERWOOD
NOTARY PUBLIC
LA. I.D. NO. 15631

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____