# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com



March 30, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE:    Pierce v. Merck
               Case Number: 2:06-cv-00975

Dear Clerk:

Enclosed is an original Summons for you to please issue and return in the envelope provided. A return envelope is enclosed for your convenience.

If you have any questions regarding this matter, please do not hesitate to call my office at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures