FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -3 P 3:39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| This document relates to: | * | JUDGE FALLON |
| *Crovo, et al. v. Merck & Co., Inc.*, | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-04169) | * | |

* * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

Please enter the appearance of Alan G. Schwartz and Iris Gafni-Kane as additional counsels of record for defendant Merck & Company, Inc in the above-captioned case.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann (13625)
Dorothy H. Wimberly (18509)
Carmelite M. Bertaut (3054)
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel.: (504) 581-3200
Fax: (504) 581-3361

*Defendant's Liaison Counsel*

___ Fee
___ Process
_X_ Dktd
_/_ CtRmDep
___ Doc. No

803617v.1

Alan G. Schwartz (ct05891)
Iris Gafni-Kane (IG3438)
WIGGIN and DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
Phone: (203) 498-4332
Fax: (203) 782-2889
E-Mail: Aschwartz@wiggin.com

*Counsel for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Appearance** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 3rd day of April, 2006.

*[signature: Dorothy H. Wimberly]*

803617v.1