UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -4  PM 2: 11

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Ellis Diaz, | * | |
| | * | |
| v. | * | |
| | * | |
| Merck & Co., Inc | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER

This Order establishes a schedule for the trial of *Ellis Diaz v. Merck, No. 2:05-cv-01614-EEF-DEK* to ensure that this case is prepared and tried in this Court in an expeditious manner.  Pursuant to Federal Rule of Civil Procedure 42(b), the personal injury claim of Plaintiff Ellis Diaz is hereby set for trial for **June 12, 2006**.  Any trial of the remaining claims in Case No. 2:05-cv-01614-EEF-DEK will be deferred.

I.   Schedule

    A.   Fact Discovery

        1.   Deadline for issuing written discovery & exchanging preliminary witness lists -- April 7, 2006

        2.   Deadline for responding to written discovery -- April 14, 2006

        3.   Deadline for fact discovery -- May 12, 2006

    B.   Expert Discovery

        1.   Plaintiffs' deadline for identifying experts and submitting reports -- April 21, 2006

        2.   Deadline for completion of depositions of plaintiffs' experts -- May 5, 2006

_____ Fee_____
_____ Process_____
_X__ Dktd_____
_✓_ CtRmDep_____
_____ Doc. No._____

          3.      Defendants' deadline for identifying experts and submitting reports – May 8, 2006

          4.      Deadline for completion of depositions of defendants' experts – May 19, 2006

C.      <u>Daubert Motions</u>

          1.      *Daubert* motions due – May 22, 2006

          2.      Opposition to *Daubert* motions due – May 29, 2006

          3.      *Daubert* Reply briefs due – June 1, 2006

          4.      *Daubert* hearing – June 5, 2006

D.      <u>Dispositive Motions</u>

          1.      Dispositive motions due – May 22, 2006

          2.      Opposition to dispositive motions due – May 29, 2006

          3.      Reply briefs due – June 1, 2006

          4.      Hearing on dispositive motions – June 6, 2006

E.      <u>Motions *in Limine*</u>

          1.      Motions *in Limine* due – May 22, 2006

          2.      Responses to Motions – May 30, 2006

          3.      Reply briefs due – June 5, 2006

F.      <u>Exhibits and Witness Lists</u>

          1.      Plaintiffs' Exhibit and Witness Lists – May 22, 2006

          2.      Defendants' Exhibit and Witness Lists – May 29, 2006

          3.      Deposition Testimony Designations – May 22, 2006

          4.      Counter-Designations of Depositions, Objections to Exhibits and Deposition Designations – May 26, 2006

          5.      Objections to Counter-Designations of Depositions – May 31, 2006

G.      <u>Pre-trial Order</u> – Wednesday, June 7, 2006 @ 5:00 p.m. CST

H.      <u>Pre-trial Conference</u> – Friday, June 9, 2006 *@ 8:30 Am*

I.      **<u>Trial Date</u>:  June 12, 2006** *, @ 8:30 Am*

802754v.1

New Orleans, Louisiana, this 3rd day of April , 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

802754v.1