IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx litigation

MDL No.: 1657

This document relates to:
TAMI DISANTO, as Personal Representative of
the Estate of GUIDAO DISANTO, JR.,
deceased.
      Plaintiff,

SECTION: L

Civil Action No.: 06-964

v.

MERCK & CO., INC., JOHN KILKELLY,
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY
GOGEL, LISA GONZALEZ, JEFFREY
HANNETT, PHILLIP HANSON, JOHN
HARRIS, JESSE HOLLINGSWORTH,
DEBORAH HUNT, JEFFREY KRAMER,
ANTON LAK, CHERI MCLOED, AMY
MOORE, RICARDO ORTEGA, DOUGLAS
PAUL, DANIEL RING, VICTOR SOPINA,
MARCUS D. STAFFORD. TEQUILLA TAYLOR,
and KELLY TOULSON.

JUDGE FALLON
MAG. JUDGE KNOWLES

      Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT TO PLAINTIFF'S MOTION FOR REMAND UNDER SEAL

Plaintiff, TAMI DISANTO for the Estate of GUIDO DISANTO, JR., by and through her undersigned counsel, moves for leave to file Exhibit "G" to Plaintiff's Motion for Remand under seal. Exhibit "G" consists of internal MERCK e-mails between Defendants HOLLINGSWORTH, FAVATA and ORTEGA, as examples of the improper conduct and overly aggressive marketing calculated to pressure physicians to write prescriptions for Vioxx. The content of the internal MERCK emails have been sealed pursuant to a protective order. These documents are attached to this motion under a seal cover sheet. Exhibit "G" contains relevant



information regarding the assertions of innocent behavior on the part of the named sales representative Defendant's in MERCKS's removal pleadings.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion to file Plaintiff's Exhibit "G" under seal in order to comply with the protective order under which the documents were produced by the Defendant MERCK.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 20th day of March, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

### SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A

Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel