U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR - 6 2006
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx litigation

MDL No.: 1657

This document relates to:
TAMI DISANTO, as Personal Representative of
the Estate of GUIDAO DISANTO, JR.,
deceased.

      Plaintiff,

v.

MERCK & CO., INC., JOHN KILKELLY,
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY
GOGEL, LISA GONZALEZ, JEFFREY
HANNETT, PHILLIP HANSON, JOHN
HARRIS, JESSE HOLLINGSWORTH,
DEBORAH HUNT, JEFFREY KRAMER,
ANTON LAK, CHERI MCLOED, AMY
MOORE, RICARDO ORTEGA, DOUGLAS
PAUL, DANIEL RING, VICTOR SOPINA,
MARCUS D. STAFFORD. TEQUILLA TAYLOR,
and KELLY TOULSON.

      Defendants.

SECTION: L

Civil Action No.: 06-964

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER RE: SEALED FILING

*Party Filing Matter Under Seal*  Name:    Amy D. Prevatt, Esq.

Address:    701 E WASHINGTON STREET,

TAMPA, FL 33602

Telephone: (813) 222-0977

On behalf of (select one)    X Plaintiff    ☐ Defendant

Date sealed document filed: _____

If sealed pursuant to statute, cite statute: _____

Fee _____
Process _____
X Dktd _____
_ CtRmDep _____
_ Doc. No _____

If sealed pursuant to previously entered protective order, date of order and docket entry number:

Confidentiality Order – MDL Docket 1657

The matter will remain sealed until:

☐ Conclusion of Trial                         ☐ Arrest of First Defendant

 Case Closing                                 ☐ Conclusion of Direct Appeal

☐ Other - Stipulation by Defendant, MERCK, Inc.

☐ Permanently. Specify the authorizing law, rule, court order:

_____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in          **X Destroyed**   ☐ Returned to the party or counsel

the public portion of the court file                 as identified above

It is ORDERED and ADJUDGED that the proposed sealed document is hereby:

☐ Sealed                  ☐ Not sealed            ☐ Other _____

The matter may be sealed after:

☐ Conclusion of Trial     ☐ Arrest of First Defendant    ☐ Remain Sealed

☐ Case Closing            ☐ Conclusion of Direct Appeal ☐ Other _____

    DONE and ORDERED at _____, this ____ day of _____, 2006.

United States District Judge

This document has been disposed of in the following manner _____

by _____ on _____.