UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 24 PM 1:02

LORETTA G. WHYTE
CLERK

In Re: VIOXX
     Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Judith Lynch, et al v. Merck & Co., Inc.
(2:05-cv-05072-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) & Local Rule 7, the plaintiff, Luz Lopez, only, moves the Court for a voluntary dismissal of her action against the defendant, without prejudice. The plaintiff does not wish to proceed further in this action at this time. Accordingly, the motion for voluntary dismissal of plaintiff, Luz Lopez, without prejudice, should be granted.

THE PLAINTIFFS,

BY: _____
MICHAEL STRATTON CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
203-624-9500 t
203-624-9100 f
mstratton@strattonfaxon.com

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

Michael A. Stratton