UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5  PM 4: 58

LORETTA G. WHYTE
CLERK

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Judith Lynch, et al v. Merck & Co., Inc.
(2:05-cv-05072-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

### ORDER

It is ordered that the plaintiff, Luz Lopez, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Judith Lynch, et al v. Merck & Co., Inc. If the plaintiff seeks to refile her claims, she must do so in federal court.

GRANTED / DENIED

JUDGE/CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____