FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 24  PM 12: 58

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Heather Kiefer v. Merck & Co., Inc. | * | CASE NO. 2:05-CV-6106 |

## MOTION TO WITHDRAW

Law Offices of Dianne L. Sawaya, LLC, counsel of record for the Plaintiff Heather Kiefer, Individually and as a heir at law of Vickie Kiefer, Deceased, submits the following Motion to Withdraw as Counsel of Record for the above named plaintiff and, as grounds therefore, states as follows:

1. Plaintiff's counsel has informed the plaintiff that she is unable to represent the plaintiff and specifically states that she would be filing this motion pursuant to Colorado Rules of Professional Conduct, which this Court has ratified.

2. Pursuant to Colorado Rules of Professional Conduct 1.16 (a) ...a lawyer shall not represent a client or, where representation has commenced, shall withdraw from representation of a client if... (1) the representation will result in violation of the Rules of Professional Conduct or other law; and 1.16(b)(1) the client (D) by other conduct renders it unreasonably difficult for the lawyer to carry out the lawyer's employment effectively; and 1.16(b)(4) the lawyer believes in good faith in a proceeding pending before a tribunal that the tribunal will find the existence of other good cause for withdrawal.

___ Fee___
___ Process___
X_ Dktd___
_/_ CtRmDep___
___ Doc. No ___

3. Plaintiff's counsel further states that this motion is filed with the requisite notice, same filed herewith, and under separate pleading, which notice states and affirms that counsel for plaintiff has informed the plaintiff of her duty to continue to inform the Court of notices as well as informing the Court of the Plaintiff's last known address.

4. Counsel for Plaintiff is unable to continue representation of the plaintiff in accordance with the Colorado Code of Professional conduct and it is therefore necessary to inform the Court of an obligation to withdraw.

5. Counsel for Plaintiff has made numerous attempts to contact Ms. Kiefer by telephone and written correspondence, none of which have been responded to. See Exhibit A.

6. There are no impending deadlines that would prejudice Plaintiff in this matter.

**WHEREFORE**, based on the foregoing, the undersigned moves the Court to enter an Order allowing her to withdraw as counsel of record in this matter.

DATED this 17th day of March 2006.

Respectfully submitted,

Dianne L. Sawaya  Reg. No. 11039

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2006, I placed in the U.S. Mail, both via Certified Mail Return Receipt Requested and regular 1st Class Mail, a true and correct copy of the foregoing Motion to Withdraw, Notice to Withdraw, Notification of Service and Proposed Order to Withdraw, addressed to the following:

Heather Kiefer
9700 Welby Road
Thornton, CO 80229

James E. Hooper
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202

2