IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Heather Kiefer v. Merck & Co., Inc. | * | CASE NO. 2:05-CV-6106 |

## NOTICE OF WITHDRAWAL

TO:   THE ABOVE-NAMED PLAINTIFF, Heather Kiefer, Individually and as a heir at law of Vickie Kiefer, Deceased

YOU ARE HEREBY NOTIFIED that Dianne L. Sawaya, of the Law Offices of Dianne L. Sawaya, LLC. has requested permission to withdraw from this case by presenting to the Court a motion for permission to withdraw. A copy of the motion is included with this notice to you.

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING:

1. That the Court in which this action is pending retains jurisdiction over you and over the subject matter of the action.

2. That you have the burden of keeping the Court informed where notices, pleadings and other papers may be served upon you.

3. That you have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set.

4. That if you fail or refuse to meet your obligations described above, you may suffer default.

5. Trial has not yet been set in this matter. Defendant Merck answered the Complaint on November 14, 2005. Federal Rules of Civil Procedure 16, and MDL Pretrial Order 18B sets forth the timing and the parties' responsibilities. A copy of the Pretrial Order is provided to you herewith. The dates of any proceedings, including trial, and that holding of such proceedings will not be affected by withdrawal of counsel.

6. That I have notified the Court that service of process may be had upon you at your last known address:

>9700 Welby Road
>Thornton, CO 80229

7. That you have the right to object within 15 days from the date of this notice if you wish to contest my right to withdraw.

Respectfully submitted this 17th day of March, 2006

_____
Dianne L. Sawaya Esq. Reg. No. 11039

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2006, I placed in the U.S. Mail, both via Certified Mail Return Receipt Requested and regular 1st Class Mail, a true and correct copy of the foregoing Notice of Withdrawal, Notification of Service and Proposed Order to Withdraw, addressed to the following:

Heather Kiefer
9700 Welby Road
Thornton, CO 80229

James E. Hooper
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202