FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 PM 4:57

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Heather Kiefer v. Merck & Co., Inc. | * | CASE NO. 2:05-CV-6106 |

## ORDER ON MOTION TO WITHDRAW

The Court, having reviewed the Motion of Dianne L. Sawaya, Esq. to Withdraw from further representation of the Plaintiff, all responses filed thereto and, being otherwise informed in the premises, does hereby:

**GRANT** the Motion and the Law Offices of Dianne L. Sawaya, LLC is hereby **WITHDRAWN** as counsel of record for the Plaintiff in the above captioned action.

DATED this 31 day of March, 2006.

BY THE COURT:

~~Magistrate~~ Judge

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____