IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5  P 4: 48

LORETTA G. WHYTE
CLERK

In re:

VIOXX PRODUCTS LIABILITY
LITIGATION

ANITA AHERN on behalf of the
Estate of AVA BAGWELL, DECEASED

Plaintiffs,

v.

MERCK & CO., INC.,

Defendant.

MDL Docket No. 1657

Case No. 05-cv-2271

### ORDER TO DISMISS COMPLAINT

Comes now the Plaintiff, by counsel, and having filed her Order to Dismiss the Complaint in compliance with Federal Civil Rule 41(a)(2);

And the Court being duly advised in the premises, now grants said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint filed on March 11, 2005 is hereby dismissed. *If the plaintiff seeks to refile her complaint, she must do so in federal court.*

SO ORDERED THIS 28th day of March, 2006.

Judge, U.S. District Court Eastern District of Louisiana

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____