UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 P 4: 47

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Kathleen Schulten v. Merck & Co., Inc.*, No. 2:05cv2917 (previously 3:05-cv-0254 SDIL USDC)

## ORDER

Before the Court is John J. Driscoll, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel. Attorney John J. Driscoll moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that John J. Driscoll, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED.

It is So Ordered: _____
JUDGE

DATE: April 5 2006

Fee_____
Process_____
X Dktd_____
CtrmDep_____
Doc. No _____