UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5  P 4: 46

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO *Virginia Kell et al v. Merck & Co., Inc.*, No. 2:05-cv-05306-EEF-DEK, previously filed as 4:05-cv-00666, E.D. Mo. | Judge Fallon <br> Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Joe's Pharmacy, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Stephen D. Hoyne of the law firm of Amelung, Wulff & Willenbrock, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Joe's Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Joe's Pharmacy, Inc. in this matter.

Dated: 4/4/06.

_____

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No _____

3278856