FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30  PM 2: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    *      MDL No. 1657
         PRODUCTS LIABILITY LITIGATION          *
                                                *
                                                *      SECTION: L
                                                *
**THIS DOCUMENT RELATES TO *Virginia Kell et al***  *
***v. Merck & Co., Inc.*, No. 2:05-cv-05306-EEF-DEK,** *
**previously filed as 4:05-cv-00666, E.D. Mo.**   *
                                                *      Judge Fallon
                                                *      Magistrate Judge Knowles
**************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's, Mr. Grebel's, and Mr. Williams' motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for Family Pharmacy, Inc. in *Virginia Kell et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-05306-EEF-DEK which is part of MDL 1657.  In support of their motion, counsel state:

1.      Family Pharmacy, Inc. has informed Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.      David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

_____ Fee_____
_____ Process_____
__X__ /Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

3265327

3.      Family Pharmacy, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel, and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Family Pharmacy, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By:_____
      Kevin J. Adrian, #92555
      Lawrence B. Grebel, #3262
      Brett A. Williams, #109048
      1010 Market Street, 20th Floor
      St. Louis, Missouri  63101
      (314) 421-3400  Telephone
      (314) 421-3128  Facsimile


Attorneys for Defendant Family Pharmacy, Inc.


and

THOMPSON COBURN LLP

By: _____

David A. Dick, E.D. Mo. #65275
Kelly E. Simon, E.D. Mo. #508033
One US Bank Plaza
St. Louis, MO  63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Family Pharmacy, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 29th day of March, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*