UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 PM 4: 56

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | * <br> * <br> * | MDL No. 1657 |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO *Mary Benson et al*** | * | |
| ***v. Merck & Co., Inc.,* No. 2:05-cv-05307-EEF-DEK,** | * | |
| **previously filed as 4:05-cv-00668, E.D. Mo.** | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed

by counsel for Defendant Overturf Drug Stores, Inc. in the above referenced case, hereby grants

said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A.

Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are

withdrawn, as counsel for Overturf Drug Stores, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of

Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Overturf Drug

Stores, Inc. in this matter.

Dated: 4/4/06

_____

Fee_____
Process_____
X  Dktd_____
     CtRmDep_____
     Doc. No _____

3265843