FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 31  PM 1:43

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                )
PRODUCTS LIABILITY LITIGATION )          **MDL Docket No. 1657**
                                            )          **SECTION: L 3**
                                            )
                                            )
CAROL GREEN, ADMINISTRATRIX )
of the ESTATE OF RICHARD      )                        *3897*
GREEN, DECEASED  and          )          **Civil Action No: 05-~~3617~~**
                                            )          **Transferred from USDC**
vs.                                         )          **Eastern District of Pennsylvania**
                                            )          **Case # 05-cv-2944**
MERCK & CO., INC.             )

## STIPULATION OF DISMISSAL

AND NOW, this ____3rd____ day of ~~August, 2005~~ *April, 2006,* it is hereby STIPULATED,

ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure

41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT

PREJUDICE as to the Defendant Merck & Co., Inc. with each party to bear its own costs and

counsel fees.

This Stipulation is filed on behalf of plaintiff Carol Green, Administratrix of the Estate of

Richard Green, Deceased and defendant Merck & Co, Inc. who have appeared in the above-

captioned matter. *If the plaintiff seeks to re-file her claims, she must do so in federal court.*

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
4-4-06

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By:

THOMAS R. KLINE, ESQUIRE
SHANIN SPECTER, ESQUIRE
LEE B. BALEFSKY, ESQUIRE
MICHELLE L. TIGER, ESQUIRE
Pennsylvania Bar Nos:
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
(215)772-1000 (Telephone)
(215)735-0960

ATTORNEYS FOR PLAINTIFF
**CAROL GREEN, ADMINISTRATRIX
OF THE ESTATE RICHARD GREEN**

ATTORNEY FOR DEFENDANT, MERCK

By:

Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215)994-4000 (Telephone)

## CERTIFICATE OF SERVICE

I, LEE B. BALEFSKY, ESQUIRE, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served on the following defendants and counsel by first class mail, postage prepaid, this 30th day of March, 2006:

Joshua G. Schiller, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Attorney for Def. Merck & Co., Inc.

KLINE & SPECTER

BY: _____
    MICHELLE L. TIGER, ESQUIRE
    Attorney for Plaintiff