FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 31   PM 3: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | |
| PRODUCTS LIABILITY LITIGATION | MDL DOCKET 1657 |
| This document relates to: | JUDGE FALLON |
| VIRGINIA BLOOMBERG, et al., | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | |
| vs. | **MOTION FOR SUBSTITUTION OF PARTIES** |
| MERCK & CO., INC., | |
| Defendant. | |
| Civil Action No. 2:2005CV03578 | |

The undersigned, pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby moves that Betty Dardio, as Executor of the Estate of Don Dardio, be substituted as a Plaintiff in this action. The ground for this motion is that Plaintiff Don Dardio is deceased, and Betty Dardio has been appointed executor of his estate. A copy of the Letters of Authority is attached hereto as Exhibit A.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

Respectfully submitted,

John T. Murray (#0008793)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707

Philip A. Ciano (#0066134)
Andrew S. Goldwasser (#0068397)
CIANO & GOLDWASSER, L.L.P.
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, Ohio 44113
Telephone: (216) 658-9900
Facsimile: (216) 658-9920

Robert J. Dicello (#0003353)
Mark A. Dicello (#0063924)
ROBERT J. DICELLO CO., L.P.A.
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: (440) 853-8888
Facsimile: (440) 953-9138

Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that on March 27, 2006 the foregoing *Motion for Substitution of Parties* was filed with the court via U.S. mail. Notice of this filing was sent to all parties by operation of the LexisNexis electronic filing system. Parties may access this filing through the LexisNexis system.

Respectfully Submitted:

John T. Murray

PROBATE COURT OF  HANCOCK  COUNTY, OHIO

ESTATE OF  DON DARDIO _____, DECEASED

CASE NO.  20051325

# ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
(For Executors and all Administrators)

Name and Title of Fiduciary  Betty C. Dardio, Executor

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the court finds that:

Decedent died [check one of the following]
    ☒ testate          ☐ intestate

on  6/20/05 , domiciled in  Hancock County, OH .

[Check one of the following]
☒ Bond is dispensed with by the will
☐ Bond is dispensed with by law
☐ Applicant has executed and filed an appropriate bond, which is approved by the court;
   and
Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

November 30, 2005             s/ Allan H. Davis
Date                                    Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

_Allan H. Davis_
Probate Judge

_Judith Houdeshell_

Nov. 30, 2005
Date

[Seal]

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
Puritas Springs Software        7/1/94