UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR -5 P 4: 49
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX ) | |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL DOCKET 1657 |
| ) | |
| This document relates to: ) | JUDGE FALLON |
| ) | |
| VIRGINIA BLOOMBERG, et al., ) | MAGISTRATE JUDGE KNOWLES |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Civil Action No. 2:2005CV03578 ) | |

This matter having come on for consideration upon Petitioner's Motion for Substitution of Party, and the court having found said Motion to be well-taken, it is hereby

ORDERED AND ADJUDGED that Betty Dardio, as Executor of the Estate of Don Dardio, is hereby substituted as Plaintiff in the within action in place of Don Dardio.

IT IS SO ORDERED.

_____
Judge Fallon

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

4