# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 P 4: 50

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | |
| PRODUCTS LIABILITY LITIGATION | MDL DOCKET 1657 |
| This document relates to: | JUDGE FALLON |
| Maria E. Quinn, Esq. as Administrator of of the Estate of Annette M. Zeman, Deceased<br>Plaintiff, | MAGISTRATE JUDGE KNOWLES |
| vs. | ORDER: RE PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT INTERLINEATION INSTANTER |
| MERCK & CO., INC., c/o CT Corporation System<br>Defendant. | |
| Civil Action No. 05-2308L | |

Upon due review and consideration of Plaintiffs' Motion For Leave to File Amended Complaint Interlineation Instanter, filed on or about _____, 2006, the Court finds the same well taken.

Therefore, it is hereby ORDERED, ADJUDGED & DECREED that Plaintiff's Motion for Leave to File Amended Complaint Instanter be granted herein.

**IT IS SO ORDERED.**

4/4/06

Date

_[signature]_

Judge

\_\_\_ Fee_____
\_\_\_ Process_____
X Dktd\_\_\_\_\_
✓ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No\_\_\_\_\_