

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| *This action relates to:* | * | CIVIL ACTION NO. 05-4436 |
| EVIE DOYLE, TRUMAN DOYLE, LEURLINE SMITH, JOHN DOE SMITH, JENNIFER MYERS, ARTHUR MYERS, AUBREY WARE, SONYA LEWIS, MATT JEANFREAU, ALBERT JEANFREAU, MICHAEL HAGER, SR., JANE HAGAR, Individually and on behalf of their minor children, DAN DORSEY, MARGARET DORSEY, MICHAEL LYONS, WENDY LYONS WELTON WALKER, SR., CORA WALKER | * | SECTION L<br>JUDGE ELDON FALLON<br>MAGISTRATE KNOWLES |
| Plaintiffs, | * | |
| Versus | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## MOTION AND ORDER FOR LEAVE TO FILE
## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

On motion of plaintiffs, through undersigned counsel and upon suggesting to the Court that plaintiffs desire to supplement and amend their original Complaint to clarify the names of the plaintiffs which were unknown at the time of the filing of the original Complaint. Undersigned counsel has contacted opposing counsel, who has no objection to the filing of this First Supplemental and Amending Complaint.

Considering the foregoing,

IT IS ORDERED that plaintiffs be and they are hereby allowed to file their First Supplemental and Amending Complaint.

New Orleans, Louisiana, this 4th day of ~~March~~ April, 2006.

                                                JUDGE

Respectfully submitted,
The Andry Law Firm, LLC

By:_____
    Jonathan B. Andry (#20081)
    610 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: 504-586-8899
    Facsimile:  504-585-1788
    Email: jandry@andrylawfirm.com
    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by placing same in the United States mail, postage prepaid, and by service through LexisNexis File & Serve, this 30 day of March, 2006.

                                        JONATHAN B. ANDRY