FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 PM 4: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | MDL No. 1657 |
| *This action relates to:* | CIVIL ACTION NO. 05-4436 |
| EVIE DOYLE, TRUMAN DOYLE, LEURLINE SMITH, JOHN DOE SMITH, JENNIFER MYERS, ARTHUR MYERS, AUBREY WARE, SONYA LEWIS, MATT JEANFREAU, ALBERT JEANFREAU, MICHAEL HAGER, SR., JANE HAGAR, Individually and on behalf of their minor children, DAN DORSEY, MARGARET DORSEY, MICHAEL LYONS, WENDY LYONS WELTON WALKER, SR., CORA WALKER | SECTION L<br>JUDGE ELDON FALLON<br>MAGISTRATE KNOWLES |
| Plaintiffs, | |
| Versus | |
| MERCK & CO., INC., | |
| Defendant. | |

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

The First Supplemental and Amending Complaint of plaintiffs, through undersigned counsel, respectfully represents that:

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

I.

Plaintiffs desire to supplement and amend Paragraph II of the original Complaint filed in this matter so that it reads as follows:

**PARTIES**

II-A.

Plaintiffs:

Evie Doyle, a person of the full age of majority domiciled and residing in the State of Louisiana, and her husband, Truman Doyle, a person of the full age of majority domiciled and residing in the State of Louisiana;

**Luerline** Smith, a person a person of the full age of majority domiciled and residing in the State of Louisiana, and her husband, **Leon** Smith, a person of the full age of majority domiciled and residing in the State of Louisiana;

Jennifer Myers, a person of the full age of majority domiciled and residing in the State of Louisiana;

Arthur Myers, a person of the full age of majority domiciled and residing in the State of Louisiana;

Aubrey Ware, a person of the full age of majority domiciled and residing in the State of Louisiana;

Sonya Lewis, a person of the full age of majority and upon information and belief, domiciled and residing in the State of Louisiana,

**Matthew P. Jeanfreau**, formerly referred to as Matt Jeanfreau, relating to the injuries and death of his mother **Deloris** Jeanfreau (deceased); **Bernadette J. Guillory**, relating to the

injuries and death of her mother, **Deloris** Jeanfreau (deceased);

Michael Hager, Sr., a person of the full age of majority and domiciled and residing in the State of Louisiana, his wife, **Bonnie S.** Hager, a person of the full age of majority and domiciled and residing in the State of Louisiana.; **Michael Hager, Jr.**, relating to the injuries of his father, Michael Hager, Sr., and **Michelle Chauppetta**, relating to the injuries of her father, Michael Hager, Sr.;

Dan Dorsey, a person of the full age of majority and domiciled and residing in the State of Louisiana, and his wife, Margaret Dorsey, a person of the full age of majority and domiciled and residing in the State of Louisiana;

Michael Lyons, a person of the full age of majority and domiciled and residing in the State of Louisiana, and his wife, Wendy Lyons, a person of the full age of majority and domiciled and residing in the State of Louisiana; and,

Welton Walker, Sr., a person of the full age of majority and domiciled and residing in the State of Louisiana, and his wife, Cora Walker, a person of the full age of majority and domiciled and residing in the State of Louisiana.

**WHEREFORE**, plaintiffs, Evie Doyle, Truman Doyle, Luerline Smith, Leon Smith, Jennifer Myers, Arthur Myers, Aubrey Ware, Sonya Lewis, Matthew P. Jeanfreau and Bernadette J. Guillory, on behalf of the Estate of Deloris Jeanfreau, Michael Hager, Sr., Bonnie S. Hager, Michael Hager, Jr., Michelle Chauppetta, Dan Dorsey, Margaret Dorsey, Michael Lyons, Wendy Lyons, Welton Walker, Sr. and Cora Walker, pray that defendant, Merck & Co., Inc., be served with a copy of this Supplemental and Amended Complaint and citation and that after all legal delays and due proceedings are had herein, there be a judgment rendered in favor

of the plaintiffs Evie Doyle, Truman Doyle, Luerline Smith, Leon Smith, Jennifer Myers, Arthur Myers, Aubrey Ware, Sonya Lewis, Matthew P. Jeanfreau and Bernadette J. Guillory, on behalf of the Estate of Deloris Jeanfreau, Michael Hager, Sr., Bonnie S. Hager, Michael Hager, Jr., Michelle Chauppetta, Dan Dorsey, Margaret Dorsey, Michael Lyons, Wendy Lyons, Welton Walker, Sr. and Cora Walker, and against the defendant, Merck & Co., Inc. in an amount that will adequately compensate the plaintiffs for the injuries and/or death suffered by plaintiffs and/or their family members, for all costs incurred in the prosecution of the matter, exemplary and punitive damages, statutory penalties, attorneys fees, and any other general or equitable relief as may be appropriate under the circumstances, and for all legal interest from the date of judicial demand until paid.

Respectfully submitted,
The Andry Law Firm, LLC

By: _____
Jonathan B. Andry (#20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-586-8899
Facsimile: 504-585-1788
Email: jandry@andrylawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by placing same in the United States mail, postage prepaid, and by service through LexisNexis File & Serve, this 30 day of March, 2006.

_____
JONATHAN B. ANDRY