IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL Docket No. 1657 |
| Products Liability Litigation | ) | |
| | ) | SECTION L |
| | ) | |
| This Document Relates to: | ) | JUDGE FALLON |
| | ) | |
| Juannell Y. McBrayer Wilkes, et al., | ) | MAGISTRATE JUDGE |
| Plaintiffs, | ) | ROBERT R. ARMSTRONG, JR. |
| v. | ) | |
| Merck & Co., Inc., et al., | ) | |
| Defendants. | ) | |
| | ) | |
| Case No.: 06-821 | ) | |

## MOTION TO APPEAR AS ADDITIONAL COUNSEL

COMES NOW, Elisabeth French of the law firm of Pittman, Hooks, Dutton, Kirby & Hellums, P.C., and hereby move this Court to allow the undersigned counsel to appear as additional counsel for the Plaintiffs, Juannell Y. McBrayer Wilkes, et al., in the above styled action.

Respectfully submitted,

Elisabeth French (ASB-3527-T81E)
One of the Attorneys for Plaintiffs

OF COUNSEL:

PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
Ste. 1100
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711 (fax)
Email: phdkh-efiling@pittmanhooks.com

Fee_____
Process_____
X Dktd_____
OffmDep_____
Doc. No _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing original Motion to Appear as Additional Counsel has been served upon the Clerk of Court, via U.S. Mail, postage prepaid, and a copy has been served on Liasion Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all counsel by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the 21st day of March, 2006.

Elisabeth French
Attorney for Plaintiffs