IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 PM 4: 57

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX </br> Products Liability Litigation </br> </br> This Document Relates to: </br> </br> Juannell Y. McBrayer Wilkes, et al., </br> Plaintiffs, </br> v. </br> Merck & Co., Inc., et al., </br> Defendants. </br> </br> Case No.: 06-821 | MDL Docket No. 1657 </br> </br> SECTION L </br> </br> JUDGE FALLON </br> </br> MAGISTRATE JUDGE </br> ROBERT R. ARMSTRONG, JR. |

## PROPOSED ORDER TO APPEAR AS ADDITIONAL COUNSEL

Pursuant to the Motion of Elisabeth French of the firm of Pittman, Hooks, Dutton, Kirby & Hellums, P.C., the court hereby orders that Elisabeth French be added as additional counsel for the Plaintiffs, Juannell Y. McBrayer Wilkes, et al., in the above styled action.

Dated this 4th day of April, 2006.

Judge Eldon Fallon
United States District Court for the
Eastern District of Louisiana

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____