FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2006 APR -3  PM 3: 47

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This documents related to: | MDL Docket No. 2:05-CV-01657-EEF-DEK |
| | Case no. 2:05-CV-04879-EEF-DEK |
| BRENDA DELOACH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EUGENE DELOACH, DECEASED<br>Plaintiff | |
| vs. | |
| MERCK & CO., INC.<br>Defendants | |

## PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff, **Brenda DeLoach, Individually and as Representative of the Estate of Eugene DeLoach, Deceased**, files this Motion for Withdrawal and Substitution of Counsel for this cause and would show the following:

I.

Plaintiff requests the Court enter an Order withdrawing Matthew R. Willis as attorney of record and substitute the following counsel of record:

James A. Morris, Jr.
Texas State Bar No. 14487050
Provost ✶ Umphrey Law Firm, LLP
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409)835-6000
(409)813-8612 – Fax

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____

II.

Counsel respectfully requests that all future correspondence, pleadings, and other documents or communications to Plaintiff be directed to James A. Morris, Jr. at Provost ✶ Umphrey Law Firm, LLP.

This withdrawal and substitution is done with the approval of the parties involved and is not sought for delay.

III.

WHEREFORE, Plaintiff requests this Motion be in all things granted, that Matthew R. Willis at Provost ✶ Umphrey Law Firm, LLP, be relieved as counsel of record for the above-named Plaintiff, and that James A. Morris, Jr. at Provost ✶ Umphrey Law Firm, LLP, be substituted as attorney of record for Plaintiff.

Respectfully submitted,

PROVOST ✶ UMPHREY
    LAW FIRM, L.L.P.
P. O. Box 4905
Beaumont, Texas 77704
(409)835-6000
(409)813-8612 (Telecopier)

By: _____
James A. Morris, Jr.
State Bar No. 14487050

ATTORNEYS FOR PLAINTIFFS

2

AGREED TO:

By: _____

Matthew R. Willis
State Bar No. 21648600
PROVOST ✻ UMPHREY
    LAW FIRM, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409)835-6000
(409)813-8662 (Telecopier)

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has on this the ~~31st~~ day of March, 2006, been forwarded to all counsel of record. 30th

_____
James A. Morris, Jr.

3