IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR -5 P 4: 50
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This documents related to: | MDL Docket No. 2:05-CV-01657-EEF-DEK |
| | Case no. 2:05-CV-04879-EEF-DEK |
| BRENDA DELOACH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EUGENE DELOACH, DECEASED<br>Plaintiff<br><br>vs.<br><br>MERCK & CO., INC.<br>Defendants | |

**PLAINTIFF'S MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

**ORDER**

BE IT REMEMBERED that on the 4th day of April, 2006, came on for consideration Plaintiff's Motion for Withdrawal and Substitution of Counsel filed by Plaintiff in the above-entitled and numbered cause and the Court, being of the opinion that said Motion is well-taken, it is, accordingly;

ORDERED, ADJUDGED and DECREED that James A. Morris, Jr. of the law firm Provost ★ Umphrey Law Firm, L.L.P. be Plaintiff's counsel of record for Plaintiff.

SIGNED this the 4th day of April, 2006.

_____
JUDGE PRESIDING

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No