IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>Products Liability Litigation | ) ) ) ) | MDL Docket No. 1657<br><br>SECTION L |
| This Document Relates to: | ) ) | JUDGE FALLON |
| Margaret Hadley, et al.,<br>Plaintiffs,<br>v.<br>Merck & Co., Inc., et al.,<br>Defendants.<br>CASE NO.: 05-4775 | ) ) ) ) ) ) ) | MAGISTRATE JUDGE KNOWLES |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -3 PM 1:11

LORETTA G. WHYTE
CLERK

## MOTION TO APPEAR AS ADDITIONAL COUNSEL

COMES NOW, Elisabeth French of the law firm of Pittman, Hooks, Dutton, Kirby & Hellums, P.C., and hereby moves this Court to allow the undersigned counsel to appear as additional counsel for the Plaintiffs, Margaret Hadley, et al., in the above styled action.

Respectfully submitted,

_Elisabeth French_
Elisabeth French (ASB-3527-T81E)
One of the Attorneys for Plaintiffs

OF COUNSEL:

PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
Ste. 1100
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711 (fax)
Email: phdkh-efiling@pittmanhooks.com

___ Fee_____
___ Process_____
X_ Dktd_____
✓_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing original Motion to Appear as Additional Counsel has been served upon the Clerk of Court, via U.S. Mail, postage prepaid, and a copy has been served on Liasion Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all counsel by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the 28th day of March, 2006.

*Elisabeth French*
Elisabeth French
Attorney for Plaintiffs