IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>Margaret Hadley, et al.,<br>Plaintiffs,<br>v.<br>Merck & Co., Inc., et al.,<br>Defendants.<br>CASE NO.: 05-4775 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR -5 P 4: 47
LORETTA G. WHYTE
CLERK

**PROPOSED ORDER TO APPEAR AS ADDITIONAL COUNSEL**

Pursuant to the Motion of Elisabeth French of the firm of Pittman, Hooks, Dutton, Kirby & Hellums, P.C., the court hereby orders that Elisabeth French be added as additional counsel for the Plaintiffs, Margaret Hadley, et al., in the above-styled action.

Dated this 4th day of April, 2006.

Judge Eldon Fallon
United States District Court for the
Eastern District of Louisiana

___ Fee____
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No.____