MINUTE ENTRY
FALLON, J.
APRIL 4, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

    A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. At the conference, representatives of plaintiff counsel, defense counsel, and Lexis/Nexis File & Serve discussed the issues raised by the numerous Plaintiffs' Motions to Modify Pretrial Order 18B, which requests that the Court institute a more efficient and economical alternative to filing medical records accompanying Plaintiff Profile Forms via Lexis/Nexis File & Serve. After considering the issues raised in the conference,

    IT IS ORDERED that Leonard Davis shall convene a meeting between the specified representatives of the Plaintiffs, Merck & Co., Inc., and Lexis/Nexis to resolve these issues. Mr. Davis shall inform the Court by April 11, 2006 of the resolution/progress that has been made.

JS10(00:45)

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____