FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -4  AM 10: 07

LORETTA G. WHYTE
CLERK

Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:     (334) 954-7555

Attorneys for Plaintiff Arminda Oxendine, OBO Lena Bell Oxendine

---

### IN UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** | * |
| **VIOXX PRODUCTS LIBABILITY LITIGATION** | * |
| **ARMINDA OXENDINE, OBO LENA BELL OXENDINE,** | * **MDL Docket No. 1657** |
| | * **Case No. 05-5540** |
| PLAINTIFF, | * |
| v. | * |
| **MERCK & COMPANY, INC., A CORPORATION,** | * **STIPULATION OF DISMISSAL** |
| DEFENDANT. | * |

---

On this, the 4th day of April, 2006, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED,** pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Arminda Oxendine, OBO Lena Bell Oxendine will refile in the federal Multi-District Litigation ("MDL") and not in state court.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

This Stipulation is filed on behalf of Plaintiff Arminda Oxendine, OBO Lena Bell Oxendine, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED**

Eldon E. Fallon
United States District Judge

**DATED** this 4th day of April, 2006.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 4th day of April, 2006.

**STONE PIGMAN WALTHER WITTMANN LLC**

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

**DATED** this 4th day of April, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 4th day of April, 2006.

_____
**OF COUNSEL**