FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 PM 4:56

LORETTA G. WHYTE
CLERK

# IN UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIABILITY LITIGATION** | * | **MDL Docket No. 1657** |
| | * | **SECTION: L** |
| **ARMANDA OXENDINE, OBO LENA BELL OXENDINE** | * | |
| PLAINTIFF, | * | |
| v. | * | **CASE NO.   05-5540** |
| **MERCK & COMPANY, INC.,** | * | |
| DEFENDANT. | * | |

## ORDER OF DISMISSAL OF THE CLAIMS OF
## PLAINTIFF, ARMANDA OXENDINE, OBO LENA BELL OXENDINE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Arminda Oxendine, OBO Lena Bell Oxendine. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Arminda Oxendine, OBO Lena Bell Oxendine, are dismissed, without prejudice. The claims of the remaining Plaintiff's remain intact.

Dated this 5th day of April, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____