

Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Violet Myers

---

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY LITIGATION** | * * * | **MDL Docket No. 1657**<br>**Case No. 05-4150** |
| **VIOLET MYERS,** | * * | |
| PLAINTIFF, | * * | |
| v. | * * | |
| **MERCK & COMPANY, INC., A CORPORATION,** | * * * | **STIPULATION OF DISMISSAL** |
| DEFENDANT. | * | |

**(Related Matter: Paul Kurt Ashbaugh, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 05-4150)**

---

On this, the 4th day of April, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she seek to

1

refile, Plaintiff Violet Myers will refile in the federal Multi-District Litigation ("MDL") and not in state court.

Violet Myers is a named Plaintiff in the action styled: Paul Kurt Ashbaugh, et al. v. Merck & Company, Inc. Dismissal of Violet Myers' claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Violet Myers, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED**

Eldon E. Fallon
United States District Judge

DATED this 4th day of April, 2006.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

DATED this 4th day of April, 2006.

**STONE PIGMAN WALTHER WITTMANN LLC**

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

DATED this 4th day of April, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 4th day of April, 2006.

_____
OF COUNSEL