FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5  P 4: 46

LORETTA G. WHYTE
CLERK

# IN UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIABILITY LITIGATION** | * | MDL Docket No. 1657 |
| | * | SECTION: L |
| **VIOLET MYERS,** | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO. 05-4150 |
| **MERCK & COMPANY, INC.,** | * | |
| DEFENDANT. | * | |

(Related Matter: Paul Kurt Ashbaugh, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 05-4150)

## ORDER OF DISMISSAL OF THE CLAIMS OF PLAINTIFF, VIOLET MYERS

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Violet Myers. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Violet Myers, are dismissed, without prejudice. The claims of the remaining Plaintiff's remain intact.

Violet Myers is a named Plaintiff in the action styled: Paul Kurt Ashbaugh, et al. v. Merck & Company, Inc. Dismissal of Violet Myers' claims shall not affect the other named Plaintiffs' claims.

Dated this 5th day of April, 2006.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____