Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Mary Blanding



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -4  AM 10: 07

LORETTA G. WHYTE
CLERK

---

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | **Case No. 05-4150** |
| **MARY BLANDING,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **MERCK & COMPANY, INC., A** | * | **STIPULATION OF DISMISSAL** |
| **CORPORATION,** | * | |
| | * | |
| **DEFENDANT.** | * | |

**(Related Matter:  Paul Kurt Ashbaugh, et al. v. Merck & Co., Inc.; U.S. District
Court, Eastern District of Louisiana, Case No. 05-4150)**

---

On this, the 4th day of April, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees.  Should she seek to refile, Plaintiff Mary Blanding will refile in the federal Multi-District Litigation ("MDL") and not in state court.

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No._____

Mary Blanding is a named Plaintiff in the action styled:  Paul Kurt Ashbaugh, et al. v. Merck & Company, Inc.  Dismissal of Mary Blanding's claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Mary Blanding, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED**

_____

Eldon E. Fallon
United States District Judge

**DATED** this 4th day of April, 2006.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

_____

Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 4th day of April, 2006.

STONE PIGMAN WALTHER
WITTMANN LLC

_____

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

**DATED** this 4th day of April, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this _4th_ day of April, 2006.

_Dorthy H. Wimberg_
**OF COUNSEL**