```
                                               FILED
                                          U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA
```

IN UNITED STATES DISTRICT COURT    2006 APR -5  PM 4: 56
EASTERN DISTRICT OF LOUISIANA
                                         LORETTA G. WHYTE
                                              CLERK

In Re:

| | | |
|---|---|---|
| VIOXX PRODUCTS LIBABILITY LITIGATION | * * * | MDL Docket No. 1657 |
| | * | SECTION: L |
| MARY BLANDING, | * * | |
| PLAINTIFF, | * * | |
| v. | * * | CASE NO. 05-4150 |
| MERCK & COMPANY, INC., | * * | |
| DEFENDANT. | * | |

(Related Matter: Paul Kurt Ashbaugh, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 05-4150)

### ORDER OF DISMISSAL OF THE CLAIMS OF PLAINTIFF, MARY BLANDING

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Mary Blanding. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Mary Blanding, are dismissed, without prejudice. The claims of the remaining Plaintiff's remain intact.

Mary Blanding is a named Plaintiff in the action styled: Paul Kurt Ashbaugh, et al. v. Merck & Company, Inc. Dismissal of Mary Blanding's claims shall not affect the other named Plaintiffs' claims.

Dated this 5 day of April, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____