FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5  PM 4: 56

LORETTA G. WHYTE
CLERK



## IN UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY LITIGATION** | * * * | MDL Docket No. 1657 |
| | * | SECTION: L |
| **DEBORAH MENDIVIL,** | * * | |
| PLAINTIFF, | * * | |
| v. | * * | CASE NO. 05-4509 |
| **MERCK & COMPANY, INC.,** | * * | |
| DEFENDANT. | * | |

### ORDER OF DISMISSAL OF THE
### CLAIMS OF PLAINTIFF, DEBORAH MENDIVIL

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Deborah Mendivil. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Deborah Mendivil, are dismissed, without prejudice. The claims of the remaining Plaintiff's remain intact.

Dated this 5th day of April, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____