

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                    :    MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION    :
                                 :    SECTION L
                                 :    JUDGE FALLON
                                 :    MAGISTRATE JUDGE KNOWLES

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5  P 4: 50

LORETTA G. WHYTE
CLERK

THIS RELATES TO:                 :    Plaintiff: Charles Baker
                                 :    Civil Action No: E.D. Pa. 05-649
                                 :    E.D. La. 05-1564


## O R D E R

AND NOW, this 5th day of April, 2006, upon consideration of Plaintiffs' Motion to Amend Complaint, and any response thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

                                                         J.

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____