UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 PM 3:47

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| **JUDY SUE BRYSON, individually and as Trustee for the Estate of Barbara Hooker,** | Court File No. 06-308 |
| Plaintiff,<br>v. | |
| Merck & Co., Inc., | |
| Defendant. | |

## STIPULATION AND VOLUNTARY DISMISSAL OF PLAINTIFF JUDY SUE BRYSON

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Judy Sue Bryson, the Plaintiff above listed, and Defendant Merck & Co., Inc. **STIPULATE** and **AGREE** that Judy Sue Bryson, individually and as Trustee for the Estate of Barbara Hooker, is hereby **VOLUNTARY DISMISSED WITHOUT PREJUDICE** with each party bearing its own costs and counsel fees.

Plaintiff and Defendant Merck & Co., Inc. further **STIPULATE** and **AGREE** that should Plaintiff choose to re-file her Vioxx injury claim against Defendant Merck & Co., Inc. at a future date, said claim will be filed in federal court.

354725-1

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc. No.____

Dated: March 16, 2006        LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:    612-339-0981
***Attorneys for Plaintiffs***

Dated: March 14, 2006        HALLELAND LEWIS NILAN & JOHNSON P.A.

By: _____
Scott A. Smith, #174026
Amanda M. Cialkowski, #306514
Jan R. McLean Bernier, #0307853
U.S. Bank Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone:   612-338-1838
Facsimile:    612-338-7858
***Attorneys for Defendant Merck & Co., Inc.***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:*<br><br>Judy Sue Bryson, individually and as Trustee for the Estate of Barbara Hooker,<br><br>    Plaintiffs,<br>v.<br><br>Merck & Co., Inc.,<br><br>    Defendant. | Court File No. 06-308 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation and Voluntary Dismissal of Plaintiff Judy Sue Bryson** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail in accordance with PreTrial Order No. 8 on April 3, 2006. Once this case has been uploaded to LexisNexis, I will serve all parties by electronically uploading the same to LexisNexis File & Serve.

Dated: April 3, 2006                              LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                                  By:   s/   Yvonne M. Flaherty
                                                  Yvonne M. Flaherty, #267600
                                                  100 Washington Avenue South, Suite 2200
                                                  Minneapolis, MN 55401
                                                  Telephone:   612-339-6900
                                                  Facsimile:    612-339-0981
                                                  *Attorneys for Plaintiffs*

352039-1