EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5  AM 9: 43

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-1614 | |
| | MAGISTRATE JUDGE KNOWLES |
| ELLIS MAXIMO DIAZ and NORKA DEJONGH DIAZ, Plaintiffs, vs. | |
| MERCK & CO., INC., Defendant, | |

\* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Plaintiff, Ellis Diaz, through undersigned counsel, moves this Court for an Order pursuant to Rule 41 of the Federal Rules of Civil Procedure dismissing his case against Merck & Co., Inc. with prejudice on grounds that the Plaintiff's Steering Committee has refused to lend support to try this matter on June 12, 2006; that the Court denied the plaintiff's Motion To Continue the June 12, 2006 trial date for the reasons set forth in that pleading; that the effects of Hurricane Katrina continue to be imposing in terms of trial preparation; and that the plaintiff desires to dismiss the case. Counsel for defendant, Phillip A. Wittmann, has no objection to this motion.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

*[signature: Bonnie L. Zakotnik]*

Bonnie L. Zakotnik, Bar. 13775
Attorney At Law
4501 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-6011

### ORDER

IT IS ORDERED that the above-captioned matter be, and the same is hereby, dismissed with prejudice, this 5th day of April, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served by electronic mail or by hand delivery this 4th day of April 2006, on Phillip A. Wittmann.

*[signature: Bonnie L. Zakotnik]*

Bonnie L. Zakotnik