UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    *Louisiana v. Merck & Co., Inc.*, **05-3700**
    *Louisiana Health Service Indemnity Company v. Merck & Co., Inc.*, **05-713**

## ORDER

At the unopposed request of the Defendant, IT IS ORDERED that oral argument on the Plaintiffs' Motion to Consolidate is CONTINUED from April 11, 2006 at 9:00 a.m. to April 19, 2006 at 9:00 a.m.

New Orleans, Louisiana, this   6th   day of April, 2006.

UNITED STATES DISTRICT JUDGE