FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -4  AM 10: 06

LORETTA G. WHYTE
CLERK

Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:   (334) 954-7555

Attorneys for Plaintiff Phillip Miller

---

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| **LITIGATION** | * | **Case No. 05-4150** |
| | * | |
| **PHILLIP MILLER,** | * | |
| | * | |
| **    PLAINTIFF,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **MERCK & COMPANY, INC., A** | * | **STIPULATION OF DISMISSAL** |
| **CORPORATION,** | * | |
| | * | |
| **    DEFENDANT.** | * | |

**(Related Matter:  Paul Kurt Ashbaugh, et al. v. Merck & Co., Inc.; U.S. District
Court, Eastern District of Louisiana, Case No. 05-4150)**

---

On this, the 4th day of  April, 2006, it is hereby STIPULATED, ORDERED,

ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii)

that the above-captioned action be and hereby is dismissed, without prejudice, as to the

Defendant, with each party to bear its own costs and attorneys' fees.  Should he seek to



____ Fee_____
____ Process____
X  Dktd_____
____ CtRmDep___
____ Doc. No.____

refile, Plaintiff Phillip Miller will refile in the federal Multi-District Litigation ("MDL") and not in state court.

Phillip Miller is a named Plaintiff in the action styled:  Paul Kurt Ashbaugh, et al. v. Merck & Company, Inc.  Dismissal of Phillip Miller's claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Phillip Miller, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED

_____

Eldon E. Fallon
United States District Judge

**DATED** this 4th day of April, 2006.

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

_____

Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 4th day of April, 2006.

STONE PIGMAN WALTHER WITTMANN LLC

_____

Phillip A. Wittmann
Dorothy H. Wimberly
Carmeltie M. Bertaut
Attorneys for the Defendant

**DATED** this 4th day of April, 2006.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this _4th_ day of April, 2006.

_Dorothy N. Wimberly_
**OF COUNSEL**

## IN UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| VIOXX PRODUCTS LIBABILITY | * | MDL Docket No. 1657 |
| LITIGATION | * | |
| | * | SECTION:  L |
| PHILLIP MILLER, | * | |
| | * | |
|     PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.  05-4150 |
| | * | |
| MERCK & COMPANY, INC., | * | |
| | * | |
|     DEFENDANT. | * | |

(Related Matter:  Paul Kurt Ashbaugh, et al. v. Merck & Co., Inc.; U.S. District
Court, Eastern District of Louisiana, Case No. 05-4150)

### ORDER OF DISMISSAL OF THE
### CLAIMS OF PLAINTIFF, PHILLIP MILLER

On the date shown below, the Court considered the Motion for Dismissal, without

prejudice, of the claims of the Plaintiff, Phillip Miller.  After considering the motion, the

Court concludes it should be **GRANTED**.  The Court, therefore, orders that the claims of

Phillip Miller, are dismissed, without prejudice.  The claims of the remaining Plaintiff's

remain intact.

Phillip Miller is a named Plaintiff in the action styled:  Paul Kurt Ashbaugh, et al.

v. Merck & Company, Inc.  Dismissal of Phillip Miller's claims shall not affect the other

named Plaintiffs' claims.

Dated this 6th day of February, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____