IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX® | MDL Docket No. 1657 |
| Products Liability Litigation | SECTION L |
| (This document relates to the following individual case:) | JUDGE FALLON |
| Robert Cornell, et al., vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck,    No:  2:05cv2067 | MAG. JUDGE KNOWLES |
| as to Plaintiffs: | Transferred from USDC District of Utah, Case #: 2:05cv00268 |
| Philip Gay Miller, Carolyn Binks Miller, Vaughn Edwin Owens, Jeanene Dortson Owens, Rachel Patrick, Corby Wayne Patrick, Richard Ross, only | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10  AM 10: 55

LORETTA G. WHYTE
CLERK

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Philip Gay Miller, Carolyn Binks Miller, Vaughn Edwin Owens, Jeanene Dortson Owens, Rachel Patrick, Corby Wayne Patrick, Richard Ross ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck"),[1] hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice, as to the claims of Plaintiffs Philip Gay Miller, Carolyn Binks Miller, Vaughn Edwin Owens, Jeanene Dortson Owens, Rachel Patrick, Corby Wayne Patrick, Richard Ross, only, who are nine of the named plaintiffs in the above-styled lawsuit, subject to the following conditions:

1.  Plaintiffs agree that, in the event they re-file a lawsuit against Merck that contains

1

claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

Plaintiffs agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

Further, this Stipulation is filed on behalf of Plaintiffs, Philip Gay Miller, Carolyn Binks Miller, Vaughn Edwin Owens, Jeanene Dortson Owens, Rachel Patrick, Corby Wayne Patrick, Richard Ross, only, and the claims of all other Plaintiffs filed in the above-captioned case remain intact.

WHEREFORE, the parties hereto stipulate to the dismissal without prejudice to re-filing of the claims of the Plaintiffs Philip Gay Miller, Carolyn Binks Miller, Vaughn Edwin Owens,

///

///

---

[1] "Merck Pharmaceuticals, a/k/a Merck" is not an entity and has not been served.

Jeanene Dortson Owens, Rachel Patrick, Corby Wayne Patrick, Richard Ross, only, who are nine of the named plaintiffs in the above-styled lawsuit, subject to the conditions stated above.

Dated: 4-4-06

Arthur Sherman, 24403
Richard Salkow, 204572
Sherman & Salkow
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079

Counsel for Plaintiffs
Philip Gay Miller, Carolyn Binks Miller,
Vaughn Edwin Owens, Jeanene Dortson Owens,
Rachel Patrick, Corby Wayne Patrick, Richard Ross

Dated: 4/10/06

Phillip A. Whittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone:   (504) 581-3200
Facsimile:    (504) 581-3361

Defendants' Liaison Counsel

Rick L. Rose (Bar No. 5140)
Kristine M. Larsen (Bar No. 9228)
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:   (801) 532-1500
Facsimile:    (801) 532-7543

Counsel for Defendant Merck & Co., Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 10th day of April, 2006

*Dorothy H. Wimberly* [signature]

802998v.1