FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10  AM 10: 54

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 05-1272<br><br>CHARLES H. WEBB, ET AL.,<br><br>        Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Charles H. Webb, heir-at-law, and Steven L. Foulston, as Special Administrator of the Estate of Freda Pearl Webb, and Defendant Merck & Co., Inc., pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal without prejudice of any and all claims asserted by Plaintiffs against Defendant. Specifically, the parties hereby stipulate and agree as follows:

1. Plaintiffs dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. If plaintiffs refile this case, they will refile it in a United States District Court and it will not include defendants whose presence would destroy diversity jurisdiction.

3. Each party will bear its own fees, expenses, and costs.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

DB02/801960 0015/7099214.1

Jointly submitted,

By _____
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638
Telephone: (316) 688-1166
Facsimile: (316) 686-1077
*Attorneys for Plaintiff Charles H. Webb*

By _____
Steven L. Foulston
Law Offices of Steven L. Foulston
8100 E. 22nd St. N., Bldg. 1200
Wichita, KS 67226
Telephone: (316) 686-4196
*Special Administrator of the Estate of Freda Pearl Webb*


By _____
Phillip A. Whittman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Defendants' Liaison Counsel*

John C. Aisenbrey
George F. Verschelden
1201 Walnut, Suite 2800
Kansas City, MO 64106-2150
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trail Order No. 8, on this 10th day of April, 2006.

_____