**MINUTE ENTRY**
**FALLON, J.**
**APRIL 6, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

     A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Leonard Davis attended on behalf of Plaintiffs, and Phil Wittmann attended on behalf of Defendants. Counsel discussed the Court's review of Defendants' privilege log. Defendants indicated that they desire to file a Motion for Reconsideration covering a portion of the documents already reviewed by the Court. Accordingly, IT IS ORDERED that the Defendants shall file any motion by Friday, April 7, 2006. Plaintiffs' reply is due on Monday, April 10.

JS10(00:10)