FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -7 P 4: 51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * *

## MOTION AND ORDER FOR LEAVE TO FILE MOTION & INCORPORATED MEMORANDUM UNDER SEAL AND SUBMIT EXHIBITS IN CAMERA AND UNDER SEAL

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Merck & Co., Inc.'s Motion for Reconsideration of Court's Decision to Overrule Merck's Asserted Attorney-Client Privilege as to Documents listed on Merck's Privilege Log under seal. Merck further moves the Court for leave to submit the exhibits to the foregoing motion in camera and under seal in order to protect the privileged nature of the documents.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted leave to file the above motion and incorporated memorandum under seal and to submit the accompanying exhibits in camera and under seal.

Respectfully submitted,

*Phil Wittmann*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

804441v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Order for Leave to File Motion and Incorporated Memorandum Under Seal and to Submit Exhibits In Camera and Under Seal has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 7th day of April, 2006.

*Phil Wittmann*

804441v.1