UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion and Order for Leave to File Motion and Incorporated Memorandum Under Seal and to Submit Exhibits In Camera and Under Seal,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the motion and incorporated memorandum under seal and to submit the accompanying exhibits in camera and under seal.

NEW ORLEANS, LOUISIANA, this 6th day of April, 2006.

_____
DISTRICT JUDGE

804441v.1