```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2006 APR -5  PM 4: 14

                                LORETTA G. WHYTE
                                      CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| *Joseph Kruger and Evalyn Kruger v. Merck & Co., Inc. et al.*, No. 2:05-MD-01657 EEF DEK | MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck") and Plaintiffs Joseph Kruger and Evalyn Kruger, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) in accordance with the following stipulations:

    A. Plaintiffs will not re-file any suit based on any claims arising out of alleged personal injuries related to their use of Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court.

    B. This stipulation is made without prejudice to plaintiffs' right, if any, to participate as class members if a medical monitoring class were ever certified in this Court or in

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080



```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

any another Vioxx proceeding. In so stipulating, Merck specifically denies that any putative medical monitoring class action of Vioxx users can be certified and specifically denies that plaintiffs are or can be members of any such class.

2. Each party is to bear its own costs and attorneys' fees.

Dated: 3/31/06

FURTADO, JASPOVICE & SIMONS

Richard J. Simons
22274 Main Street
Hayward, CA 94541
Telephone: 510.582.1080

Attorneys for Plaintiffs

Dated: 3/31/06

REED SMITH LLP

Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

IT IS SO ORDERED:

Eldon E. Fallon
United States District Judge

FURTADO, JASPOVICE & SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 5th day of April, 2006

*[signature]*

802998v.1