FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 PM 4:15

LORETTA G. WHYTE
CLERK

Copy Received

MAR 22 2006

WILLIAMS, KASTNER & GIBBS
SEATTLE
TIME RECEIVED: 4:10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Donald and Geri Ripley v. Merck & Co., Inc., (E.D. La. No. 05-3229) | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

Plaintiffs and Defendant Merck & Co., Inc. ("Merck"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to dismiss the above-captioned action, having been transferred to the Judicial Panel on Multi District Litigation and docketed as Cause No. 05-3229, from the United States District Court, Western District of Washington, Case No. C05-0336 FDB. The parties further stipulate that if this action is re-filed, it must be filed in federal court. The parties further stipulate that such dismissal is made without prejudice and that each party shall bear its own fees and costs.

STIPULATION TO DISMISS ACTION
WITHOUT PREJUDICE - 1



___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____

WILLIAMSON & WILLIAMS
LAWYERS
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com

RESPECTFULLY SUBMITTED this 23 day of March, 2006.

_____  
Kim Williams, WSBA #9077  
Rob Williamson, WSBA #11387  
WILLIAMSON & WILLIAMS  
811 First Avenue, Suite 620  
Seattle, WA 98104  
(206) 587-6834 Phone  
(206) 587-6835 Fax  

Attorneys for Plaintiffs  

Mark A. Griffin, WSBA #16296  
Amy N. L. Hanson WSBA #28589  
Attorneys for Plaintiffs  
KELLER ROHRBACK L.L.P.  
1201 Third Avenue, Suite 3200  
Seattle, WA 98101  
(206) 623-1900 Phone  
(206) 623-3384 Fax  

Attorneys for Plaintiffs  

_____  
Douglas A. Hofmann, WSBA #06393  
Jeffrey R. Johnson, WSBA #11082  
WILLIAMS, KASTNER & GIBBS PLLC  
601 Union Street, Suite 4100  
Seattle, WA 98101-2380  
(206) 628-6600 Phone  
(206) 628-6611 Fax  

Counsel for Merck & Co., Inc.

STIPULATION TO DISMISS ACTION  
WITHOUT PREJUDICE - 2



WILLIAMSON & WILLIAMS LAWYERS  
811 FIRST AVENUE  
SUITE 620  
SEATTLE, WA 98104  
(206) 587-6834  
(206) 587-6835 (FAX)  
www.williamslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Dismiss Action Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 5th day of April, 2006

*Dorothy H. Wimberly* (signature)

802998v.1