FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10  PM 12: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Donald and Geri Ripley v. Merck & Co., Inc., No. 05-3229 | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On stipulation to dismiss the above-captioned action between the Plaintiffs, Donald Ripley and Geri Ripley, by and through their counsel of record, WILLIAMSON & WILLIAMS and KELLER ROHRBACK L.L.P., and Defendant Merck & Co., Inc., by and through its counsel of record, WILLIAMS, KASTNER & GIBBS PLLC, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it appearing to the Court that Plaintiffs desire to have the matter dismissed without prejudice according to terms set forth herein below, it is:

ORDERED that Plaintiffs' suit herein against defendant, Merck & Co., Inc., be and it hereby is DISMISSED without prejudice, with each party bearing its own fees and costs.

IT IS FURTHER ORDERED that if this action is re-filed, it must be filed in federal court.

IT IS SO ORDERED.

___ Fee ___
___ Process ___
X  Dktd ___
✓  CtRmDep ___
___ Doc. No ___

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1



WILLIAMSON
& WILLIAMS
LAWYERS

811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com

ENTERED this 8th day of April, 2006.

_____
DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITHOUT PREJUDICE - 2



WILLIAMSON & WILLIAMS
LAWYERS
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com