FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -6  PM 1:13

LORETTA G. WHYTE
CLERK

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

VALERIA VINCENTA VERDUGO and
ANGEL RAMON VERDUGO

v.                                                     CIVIL ACTION NO. 05-6640

MERCK & CO., INC.;

---

In Re: VIOXX
    Products Liability Litigation

This Document Relates to:
    VALERIE and ANGEL VERDUGO

MDL No. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

---

### PLAINTIFFS' UNOPPOSED MOTION FOR
### LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs VALERIA VINCENTA VERDUGO and ANGEL RAMON VERDUGO file this unopposed motion for leave of Court to file an Amended Complaint for the purposes of: (1) correcting factual allegations and more particularly pleading allegations in accordance with recently obtained medical records; and (2) correcting typographical errors. Plaintiffs would respectfully show this Court the following:

### A.
#### FACTUAL BACKGROUND & PROCEDURAL HISTORY

1.    On December 16, 2005, Plaintiffs Valeria Vincenta Verdugo and Angel Ramon Verdugo filed an Original Complaint against Merck & Company, Inc. for personal injuries sustained by Mrs. Valeria Vincenta Verdugo as a result of her use of the prescription medication Vioxx®.

2.    Particularly, Mrs. Verdugo suffered a heart attack after taking 25 mg. and 50 mg. Vioxx® for approximately twelve (12) months (July 8, 2003 to July 2004).

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__/__ CtRmDep_____
_____ Doc. No._____

3.      Defendant Merck filed its answer On February 13, 2006.  Defendant Merck was contacted by Plaintiffs' counsel on March 27, 2006, and counsel for Merck consents to the filing of this motion for leave to file an amended complaint.

### B.
### LEAVE SHOULD BE GRANTED

4.      Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962).  Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n*, 168 F.3d 661, 665 (3d Cir. 1999).

5.      Here, leave to file an amended complaint is unopposed by counsel for Merck. Additionally, counsel for Merck consents to the filing of such motion. LR 7.3E.  Further, not withstanding Merck's consent, no prejudice, bad faith, or undue delay exists in allowing Plaintiffs to amend their complaint to correct factual allegations and typographical errors, because this suit is in its infancy and none of the proposed changes create any additional hurdles for Merck.

6.      Specifically, since the filing of Plaintiffs' Original Complaint, new and different facts have been discovered through Plaintiffs' acquisition of pertinent medical records and pharmacy records with regard to dates of Plaintiff's Vioxx® useage and the date of her heart attack.  Accordingly, Plaintiffs should be freely granted leave by this court, as justice so requires.

7.      Plaintiffs are filing their First Amended Complaint contemporaneously with this motion. The proposed amended pleading is attached as <u>Exhibit A</u>.

## C.
### CONCLUSION

8.      For these reasons, Plaintiffs ask the Court to grant their leave to file their First

Amended Complaint to change factual allegations and correct typographical errors.

Respectfully submitted,

**SMITH ☆ GIBSON**
A PROFESSIONAL CORPORATION

Jason A. Gibson
SBOT # 24000606
jgibson@smith-gibson.com
Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE FOR CONSENT MOTION**

Pursuant to Local Rule 7.4.1W and 7.6E, I certify that on March 28, 2006, I or someone in my office conferred with Thomas Owen and he is unopposed to Plaintiffs' Unopposed Motion For Leave To File An Amended Complaint.

Russell W. Endsley

## CERTIFICATE OF SERVICE

The undersigned attorney certifies this pleading was provided to counsel for Defendant Merck & Co., Inc. in accordance with Pre-Trial Order #15 of MDL-1657 via e-mail address to MDL@wcsr.com and certified mail  return receipt requested to Ellen M. Gregg, Esq., Womble Carlyle Sandridge & Rice, PLLC, 310 N. Main Street, Suite 300, Winston-Salem, NC 27101 on _____March 28_____, 2006.

Russell W. Endsley