IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10 PM 12: 21

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| VALERIA VINCENTA VERDUGO and ANGEL RAMON VERDUGO | |
| v. | CIVIL ACTION NO. 05-6640 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>VALERIE and ANGEL VERDUGO | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER GRANTING PLAINTIFFS'
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2006, the Court considered Plaintiffs' Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiffs' Motion for Leave to File Amended Complaint and ORDERS that Plaintiffs have leave to file Plaintiffs' First Amended Complaint.

SIGNED on april 8 2006.

_____
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____