UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10 PM 12:22

LORETTA G. WHYTE
CLERK

In re: VIOXX®

**PRODUCTS LIABILITY LITIGATION**

This document relates to: Charles Piquet, et al., v. Merck & Co., Inc., No. 05-3381

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

### PROPOSED ORDER TO SUBSTITUTE COUNSEL

Pursuant to the joint motion of Richard H. Greener of the firm of Greener Banducci Shoemaker P.A. and LaDawn Marsters, Esq., the court hereby orders that LaDawn Marsters is substituted as attorney of record for the Plaintiff Charles Piquet in the place and stead of Greener Banducci Shoemaker P.A.

Pursuant to this motion, all parties shall in the future to serve all pleadings and documentation on Plaintiff Charles Piquet by addressing same to:

> LaDawn Marsters
> Attorney at Law
> 2075 N. 13th
> Boise, ID 83702
> (208) 371-1549 (phone)
> ladawn@marsterslaw.com

Dated this ___ day of March, 2006

Judge Eldon Fallon
United States District Court for the
Eastern District of Louisiana

PROPOSED ORDER TO SUBSTITUTE COUNSEL – P. 1

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below.
To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 10732985 |
| **Submitted by:** | Kimberly Aulenbacher, Greener Banducci Shoemaker PA |
| **Authorized by:** | Richard H Greener, Greener Banducci Shoemaker PA |
| **Authorize and file on:** | Mar 7 2006 10:11AM CST |

| | |
|---|---|
| **Court:** | LA US District Court Eastern Division E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MC MDL-1657 |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 18361-018 |

**Documents List**
**1 Document(s)**

Attached Document, 1 Pages   Document ID: 5336817               View Original   View PDF

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Proposed Order | Secure Public | $0.00 | |

**Document title:**
PROPOSED ORDER TO SUBSTITUTE COUNSEL (Charles Piquet)

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Piquet, Charles | Interested Party | Greener, Richard H | Greener Banducci Shoemaker PA | Attorney in Charge |

⊞ **Recipients (25069)**

  ⊞ Service List (25069)

  ⊟ Additional Recipients (0)


⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]