FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -6  PM 2: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Schiavone v. Merck & Co., Inc., No. 05-5601-EEF-DEK | MAG. JUDGE KNOWLES |

**STIPULATION TO FILE AMENDED ANSWER**

Plaintiffs and Defendant Merck & Co., Inc. ("Merck"), pursuant to Federal Rule of Civil Procedure 15(a), hereby stipulate and consent to the amendment of the Defendant's answer to Plaintiffs' complaint filed in the above-captioned action, for the sole purpose of including an additional affirmative defense, relative to Plaintiffs' fraud allegations[1]. Further, Plaintiffs and Defendant specifically stipulate and consent to the filing of Defendant's proposed Amended Answer, attached hereto as Exhibit A and incorporated herein by reference.

---

[1] It is acknowledged by the parties that subsequent to the filing of the initial Answer to Complaint, the action was transferred to the MDL from the U.S.D.C. (Idaho). Therefore, the Amended Answer to Complaint was prepared using the MDL standard caption.

**STIPULATION TO FILE AMENDED ANSWER - 1**

___ Fee_____
___ Process_____
_X_ Dktd_____    BOT_MT2:608843.1
_√_ CtRmDep_____
___ Doc. No_____

DATED this _____ day of April, 2006.

                                   GREENER BANDUCCI SHOEMAKER, P.A.

                                   By_____ – Of the Firm
                                      Attorneys for Plaintiffs

DATED this 3rd day of April, 2006.

                                   MOFFATT, THOMAS, BARRETT, ROCK &
                                   FIELDS, CHARTERED

                                   By_____
                                     Stephen R. Thomas – Of the Firm
                                     Attorneys for Defendant
                                     Merck & Co., Inc.