FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10 PM 12:22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Schiavone v. Merck & Co., Inc., No. 05-5601-EEF-DEK | MAG. JUDGE KNOWLES |

### ORDER APPROVING STIPULATION TO AMEND ANSWER

Considering the parties' foregoing Stipulation to Amend Answer filed with the Court, and the Court having found good premises therein;

IT IS ORDERED BY THE COURT, that the Stipulation to Amend Answer is approved, such that Defendant may file its proposed Amended Answer to Complaint for Damages and Demand for Jury Trial in the form attached as Exhibit A to such Stipulation.

NEW ORLEANS, LOUISIANA, this 8th day of April, 2006.

United States District Judge Eldon Fallon

ORDER - 1

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No_____