UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 10 PM 1:04
LORETTA G. WHYTE
CLERK

IN RE: VIOXX                         : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION        : SECTION: L
                                     :
                                     : JUDGE FALLON
                                     : MAG. JUDGE KNOWLES
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :

Sheet Metal Workers Local No. 20 Welfare and Benefit Fund;
Indiana Electrical Workers Benefit Trust;
Bricklayers of Indiana Welfare Fund;
Michiana Area Electrical Workers Health and Welfare Fund;
Indiana State Council of Roofers Health and Welfare Fund;
Indiana State District Council of Laborers and Hod Carriers Welfare Fund;
Painters Local No. 469 Health and Welfare Fund;
Plumbers and Steamfitters Local No. 166 Health and Welfare Plan;
Southern Ohio Painters Health and Welfare Fund;
Pipe Trades Industry Health and Welfare Plan;
IBEW 673 Fringe Benefit Funds;
IBEW Local 129 Fringe Benefit Funds;
Plumbers and Steamfitters Local 42 Health and Welfare Plan;
Painting Industry Insurance and Annuity Funds;
Service Employee International Union Local No. 3 Health and Welfare Fund;
Ohio State IBEW Health & Welfare Fund;
IBEW Local 32 Health and Welfare Fund;
IBEW Local 683 Fringe Benefit Funds;
Indiana State Council of Carpenters Health and Welfare Fund;
Plumbers Local No. 210 Health and Welfare Fund;
Indiana Carpenters Health and Welfare Fund;
Plumbers and Steamfitters Local 440 Health and Welfare Plan;
Indiana Bricklayers Local No. 6 Welfare Trust Fund;
Motion Picture Laboratory Technicians and Film Editors Local 780 Welfare Fund;
Dealers-Unions Insurance Fund; and,
United Food and Commercial Workers Union-Employer Health and Welfare Fund, On Behalf of Themselves and All Others Similarly Situated, currently filed as 05-CV-0349-DFH-VSS; S.D. Ind. and MDL No. 05-2269

---

**APPEARANCE BY COUNSEL**

---

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Undersigned, Christopher A. Moeller, hereby enters his appearance as counsel on behalf of the Plaintiffs named herein.

Respectfully submitted:

*Chris Moeller*

Christopher A. Moeller (#25710-49)

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
FAX: (317) 633-8797
Email: cmoeller@price-law.com

Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8 on this 6th day of April, 2006. Copies have also been sent via U.S. Mail and e-mail to:

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

E-Mail:   gplews@psrb.com
          bnelson@psrb.com
          dpippen@psrb.com

Ellen M. Gregg, Esq.

Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

E-Mail:     MDL@wcsr.com

*Chris Moeller*
_____
Christopher A. Moeller