UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 10 PM 3:06
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

*****************************************

**THIS DOCUMENT RELATES TO:** *Lillian Grimm and Clinton Grimm v. Merck & Co., Inc., a Foreign Corporation, No. 06-219*

### PLAINTIFFS' AVOIDANCE OF AFFIRMATIVE DEFENSES

Plaintiffs, by and through their undersigned counsel, pursuant to the applicable Rule deny and avoid the Affirmative Defenses heretofore asserted by the Defendant, MERCK & CO., INC., in its Answer dated March 24th, 2005, and demand strict proof thereof.

I HEREBY CERTIFY that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8, on April 4, 2006.

FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL 33302
(954) 463-0585 Broward
(954) 767-9461 FAX

By: _____
JEFF S. ABERS
FB# 300853

1

_____ Fee _____
_____ Process _____
__X__ Dktd _____
__✓__ CtRmDep _____
_____ Doc. No _____