UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**
            ***Zier v. Merck & Co., Inc.*, 06-968**

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 3083) is

CONTINUED WITHOUT DATE.


New Orleans, Louisiana, this ___10th___ day of April, 2006.


_____
UNITED STATES DISTRICT JUDGE