UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
   *Ferrante v. Merck & Co., Inc.*, **06-969**

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 3801) is

CONTINUED WITHOUT DATE.


New Orleans, Louisiana, this   10ᵗʰ   day of April, 2006.

*/s/ Eldon E. Fallon*
_____
UNITED STATES DISTRICT JUDGE