UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ......................................... | : | |

**THIS DOCUMENT RELATES TO:**
   *Graham v. Merck & Co., Inc.*, **06-965**

### ORDER

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 3802) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this   10th   day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE