U.S. DISTRICT COURT
Eastern District of Louisiana
FILED MAR 2 0 2006
LORETTA G. WHYTE
Clerk

3-14-06

Larry Ray Southard 0382560
601 North 3rd St.
Bayboro, N.C. 28515

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

05md 1657
06-30

Re: Larry Ray Southard v. Merck, Case No. 4:05-CV-139-F(2)

Dear CLERK OF COURT,

I am writing asking for the Honorable Judge Eldon E. Fallon, to review my case file and appoint me an attorney to represent me. I believe the Court here in North Carolina errored in denying me, to proceed in forma pauperis under 28 U.S.C. § 1915. I did give notice of appeal in a timely fashion dated November 17th 2005.

I also need a copy of my complaint with the Clerk's seal on it. And I need Judge Fallon to issue a Court Order to The North Carolina Deptment of Correction for my Medical Record. Dated from 1995 to the present date.

Fee_____
Process_____
x Dktd_____
x CtRmDep_____
Doc. No._____

pg. 2.

In addition to that Court Order I also need one for my medical records from:

UNC Comprehensive Vein Center
Division of Vascular Surgery
University of North Carolina
101 Manning Drive, 2nd Floor APCF
Chapel Hill, N.C. 27514

Thanking you in advance.

Sincerely,
Larry Ray Southard

3-29-06    Larry Ray Southard 0382560
601 North 3rd St.
Bayboro, N.C. 28515

Ms. Loretta G. Whyte, Clerk
United States District Court
Eastern District of Louisiana
New Orleans, La. 70130

Re: Larry Ray Southard v. Merck Inc. NCE, 4-05-139 F(2)
Judical Panel on Multidistrict Litigation
Case 2:05-md-01657-EEF-DEF Document 2887, Filed 1-25-06
Docket No. 1657 Conditional Transfer Order (CTO-36)

Dear Ms. Whyte,
I recived your letter with the letter you returned to me on 3-28-06. You have (X) at statement that reads:
4. The records of this Court do not show that there is any pending case related to you at this time.
As you see by the above reference caption, my lawsuit against Merck was filed with your court on 1-25-06 at 11:31 a.m.
I am not sure why there is no case pending in your court, since the above mentioned information states otherwise.

pg. 2.

The Document #2887, Docket No. 1657 is made up of 11 pages. My name state and case number is listed on page 3. It reads as follows:

North Carolina Eastern
NCE 4 05-139        Larry Ray Southard v. Merck & Co. Inc.  06-320

I ask you to check the above, in case someone has made a mistake. And if you find the above information to be incorrect, that my case has not been transferred to your Court, please let me know, where my case is.

Thanking You in advance,

Sincerely,
Larry Ray Southard
Larry Ray Southard