FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -7  AM 11: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                          Section L

This Document Relates To: Annie                        Judge Fallon
Bradford, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02328)                     Mag. Judge Knowles

_____/

### STIPULATION AND VOLUNTARY DISMISSAL
### OF THE CASE OF
### ROBERT FLIPPO

It is stipulated by the parties that ROBERT FLIPPO, ONLY (he being one of forty-two separate plaintiffs in this action) may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Robert Flippo, is re-filed, it must be filed in federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

1

_____
Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: __April 4__, 2006.

IT IS SO ORDERED.

_____        __April 10, 2006__
Judge                                  Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 7th day of April, 2006

*Phil Wittmann*

804313v.1