IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2006 APR -7 PM 12: 08
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § | MDL DOCKET NO. 1657 SECTION L |
| THIS DOCUMENTS RELATES TO: | § § § | CIVIL ACTION |
| JERRY SUMBERA, *Plaintiff* v. MERCK & CO., INC. and DR. DONALD INGLE, *Defendants* | § § § § § § § § | NO. CA-05-1151L(3) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DONALD INGLE, M.D. ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JERRY SUMBERA, Plaintiff in the above-styled and numbered cause, and makes and files this Joint Stipulation of Dismissal as to Defendant DONALD INGLE, M.D. only, without prejudice, and respectfully show the court as follows:

Plaintiff no longer desires to prosecute this cause of action against Defendant DONALD INGLE, M.D. Plaintiff expressly reserves his right to continue to prosecute his claims against all other Defendants not expressly named in this motion.

Rule 41(a)(1) of the Federal Rules of Civil Procedure allows for dismissal of part or all of a suit upon the filing of a stipulation of dismissal signed by all parties who have appeared in the action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that his cause of action against Defendant DONALD INGLE, M.D. be dismissed herein without prejudice.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

Rickey J. Brantley
SBN: 02899730
JOSE, HENRY, BRANTLEY & KELTNER, L.L.P.
675 N. Henderson St.
Fort Worth, TX 76107
Telephone: (817) 877-3303
Telecopier: (817) 338-9109
**COUNSEL FOR PLAINTIFF**

**AGREED & APPROVED TO:**

Richard L. Josephson
SBN: 11031500
Federal ID: 04614
BAKER BOTTS, L.L.P.
One Shell Plaza
910 Louisiana St.
Houston, TX 77002
Telephone: (713) 229-1234
Telecopier: (713) 229-1522
**COUNSEL FOR DEFENDANT MERCK**

Joseph M. Dunn
EVANS & ROWE
SBN: 06245650
10101 Reunion Pl., Ste. 900
San Antonio, TX 78216
Telephone: (210) 340-6555
Telecopier: (210) 340-6664
**COUNSEL FOR DEFENDANT DONALD INGLE, M.D.**

Respectfully submitted,

Rickey J. Brantley
SBN: 02895730
JOSE, HENRY, BRANTLEY &
 KELTNER, L.L.P.
675 N. Henderson St.
Fort Worth, TX 76107
Telephone: (817) 877-3303
Telecopier: (817) 338-9109
**COUNSEL FOR PLAINTIFF**

AGREED & APPROVED TO:

Richard L. Josephson
SBN: 11031500
Federal ID: 04614
BAKER BOTTS, L.L.P.
One Shell Plaza
910 Louisiana St.
Houston, TX 77002
Telephone: (713) 229-1234
Telecopier: (713) 229-1522
**COUNSEL FOR DEFENDANT MERCK**

Joseph M. Dunn
EVANS & ROWE
SBN: 06245650
10101 Reunion Pl., Ste. 900
San Antonio, TX 78216
Telephone: (210) 340-6555
Telecopier: (210) 340-6664
**COUNSEL FOR DEFENDANT DONALD INGLE, M.D.**

## CERTIFICATE OF SERVICE

I certify that on the 27th day of March 2006 a true and correct copy of the foregoing pleading has been forwarded to all counsel of record herein, as follows:

Joseph M. Dunn
EVANS & ROWE
10101 Reunion Pl., Ste. 900
San Antonio, TX 78216

Richard L. Josephson
BAKER BOTTS, L.L.P.
One Shell Plaza
910 Louisiana St.
Houston, TX 77002

Earl Bowen Austin
BAKER BOTTS, L.L.P.
2001 Ross Ave. Suite 600
Dallas, TX 75201-2980

Ted Mayer
HUGHES HUBBARD & REED, L.L.P.
One Battery Park Plaza
New York, NY 10004

Robert Earl Haslam
THE HASLAM FIRM
555 S. Summit Ave.
Fort Worth, TX 76104

W. Kelly Puls
Amanda B. Patty
PULS, TAYLOR & WOODSON, L.L.P.
2600 Airport Freeway
Ft. Worth, TX 76111

### MDL COUNSEL

Russ Herman
Leonard ("Lenny") Davis
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip Wittmann
Anthony M. DiLeo
Dorothy Wimberly
STONE, PIGMAN, WALTHER,
    WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

                                                                              RICKEY J. BRANTLEY