FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 12  AM 7: 34

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § | MDL DOCKET NO. 1657<br>SECTION L |
| THIS DOCUMENTS RELATES TO: | § § § | |
| JERRY SUMBERA,<br>*Plaintiff* | § § § | CIVIL ACTION |
| v. | § § § | NO. CA-05-1151L(3) |
| MERCK & CO., INC. and<br>DR. DONALD INGLE,<br>*Defendants* | § § § § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

On this day the Court considered Plaintiff's Joint Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1) in the above-referenced cause. Having considered the Joint Stipulation of Dismissal, the Court is of the opinion that the dismissal should be GRANTED. It is therefore,

ORDERED that all claims and causes of action asserted against Defendant DONALD INGLE, M.D. in the above-referenced cause are dismissed without prejudice. If the Plaintiff seeks to re-file his claims against Donald Ingle, M.D., he must do so in federal court.

SIGNED and ENTERED this 10th day of April, 2006.

U.S. DISTRICT JUDGE ELDON E. FALLON

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____