FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 11 AM 9:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL 1657

| | |
|---|---|
| HELLEN SUTTON, | CASE NO. 2:05-CV-03577-EEF-DEK |
| Plaintiff, | JUDGE ELDON E. FALLON |
| -v- | |
| MERCK & COMPANY, INC., et al., | **MOTION TO REQUEST RULING ON JURISDICTIONAL MATTERS AND TO REMAND CASE TO STATE COURT** |
| Defendants. | |

Defendant, Ashok Patil, M.D. ("Dr. Patil"), respectfully moves this Court to remand this lawsuit to the State of Ohio. As set forth in the attached supporting memorandum, and in the Motion to Dismiss or, in the Alternative, Motion to Remind Matter to State Court of Defendant, Ashok Patil, M.D. (filed in the U.S. District Court, Northern District of Ohio, on June 14, 2005), Plaintiff and Defendant, Dr. Patil, are both citizens of the State of Ohio. Only Defendant Merck and Co. ("Merck") is a citizen of another state. Thus, currently there is not complete diversity of citizenship as required by 28 U.S.C. §1332, and this Court thus lacks subject matter jurisdiction.

To require Dr. Patil to participate in this complicated and costly federal multidistrict VIOXX® litigation is patently prejudicial to Dr. Patil and not supported by law.

Respectfully submitted,

*Brian D. Sullivan* (#0063536)
Brian D. Sullivan (#0063536)
Ronald A. Mingus (#0047217)
REMINGER & REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115-1093
Telephone: 216/687-1311
Facsimile: 216/687-1841
E-mail Address: rmingus@reminger.com

Counsel for Defendant
Ashok Patil, M.D.

decision from this or any other Court on whether there is complete diversity of citizenship for purposes of federal court jurisdiction.

On June 14, 2005, Dr. Patil filed a Motion to Dismiss or, in the Alternative, to Remand This Matter to State Court (a copy of this Motion is attached hereto and incorporated herein). Subsequently, this lawsuit was transferred to the Eastern District of Louisiana. However, none of the motions that were pending before the U.S. District Court, Northern District of Ohio, were ever ruled upon.

Defendant, Dr. Patil, respectfully moves this Court to decide the singular and fundamental issue of whether federal jurisdiction exists and whether Dr. Patil should remain a party to this case.

## II.　LAW AND ARGUMENT

Merck does not dispute that both Plaintiff and Dr. Patil are Ohio residents. Instead, Merck makes the assertion that Dr. Patil was fraudulently joined and his citizenship should be ignored for purposes of determining federal court jurisdiction. Regardless of the merits of this assertion, Dr. Patil still remains as a defendant and active participant in federal court litigation where he does not belong. Before this matter proceeds any further, the law requires that this fundamental jurisdictional issue be decided.

### This Court Must First Determine That Complete Diversity Exists

Civil actions not involving federal questions are removable to a federal district court only where there is complete diversity of citizenship between the parties. 28 U.S.C. §1332(a)(1). §1332 requires that there be complete diversity; that is, each plaintiff's citizenship must be diverse as to each defendant. *Id.* The burden of proof falls on the party seeking to invoke federal diversity jurisdiction to present "competent proof" that the requirements of §1332 have been met. *McNutt v. General Motors Acceptance Corp.*, 298

---

that a plaintiff could not have established a cause of action against non-diverse defendants under state law. See *Alexander*, 13 F.3d at 949.

4

## III. CONCLUSION

Should this Court find that Dr. Patil has been fraudulently joined, then Dr. Patil should be dismissed from this case. Alternatively, should this Court find that there has been no fraudulent joinder, then this case must be remanded to State Court.

Respectfully submitted,

*Brian D. Sullivan* (#0063536)
Brian D. Sullivan (#0063536)
Ronald A. Mingus (#0047217)
REMINGER & REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115-1093
Telephone: 216/687-1311
Facsimile: 216/687-1841
E-mail Address: rmingus@reminger.com

Counsel for Defendant
Ashok Patil, M.D.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Brian D. Sullivan*
Brian D. Sullivan (#0063536)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HELLEN SUTTON, ) | CASE NO. 2:05-CV-03577-EEF-DEK |
| Plaintiff, ) | JUDGE ELDON E. FALLON |
| -v- ) | |
| MERCK & COMPANY, INC., et al., ) | **NOTICE OF HEARING** |
| Defendants. ) | |

It is hereby noticed that the Motion to Request Ruling on Jurisdictional Matters and to Remand Case to State Court is set for hearing before Judge Eldon E. Fallon on April 26, 2006 at 9:00 a.m.

Respectfully submitted,

Brian D. Sullivan (#0063536)
Ronald A. Mingus (#0047217)
REMINGER & REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115-1093
Telephone: 216/687-1311
Facsimile: 216/687-1841
E-mail Address: rmingus@reminger.com

Counsel for Defendant
Ashok Patil, M.D.