UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
　　PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
　　*Hendershot v. Merck*, 05-6134

## ORDER

Pending before the Court is the Plaintiffs' Motion to Set Aside Order Vacating and Response of Plaintiffs to Defendant's Motion to Vacate (Rec. Doc. 4099). For the reasons discussed in *In re Prudential Insurance Co. of America Sales Practices Litig.*, 177 F.R.D. 216, 229-230 (D.N.J. 1997), the Plaintiffs' motion is DENIED.

New Orleans, Louisiana, this  12th  day of April, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE