**MINUTE ENTRY**
**FALLON, J.**
**APRIL 12, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | * | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

The Court reviewed the documents contained in boxes 73-76 of Merck & Co., Inc.'s privileged documents. The Court removed all the documents to which it sustained the asserted privilege. The remainder of the documents to which the Court overruled the asserted privilege were left in their respective boxes. Plaintiffs' Liaison Counsel ("PLC") shall confer with Defendant's Liaison Counsel on the method by which PLC shall review and/or copy the remainder of the documents.

JS10(02:30)