UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION  : SECTION: L
                                            : JUDGE FALLON
                                            : MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  ALL CASES

## ORDER

IT IS ORDERED that a status/scheduling conference shall be held in the *Barnett*, *Smith*, *Mason*, and *Diedrick* cases on April 27, 2006 at 2:00 p.m. in the Chambers of Judge Eldon E. Fallon.  All trial counsel in these cases should be in attendance.

New Orleans, Louisiana, this   13th   day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE