FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 14  A 10: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: **VIOXX**                                      :     MDL Docket No. 1657
                                                      :
**PRODUCTS LIABILITY LITIGATION**                     :     SECTION L
   <u>This applies to all cases</u>                   :
                                                      :     **JUDGE FALLON**
                                                      :     **MAGISTRATE JUDGE KNOWLES**

### MERCK & CO., INC.'S CROSS-NOTICE OF<br><u>PLAINTIFFS' DEPOSITION OF Hui Quan Ph.D.</u>

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of Hui Quan Ph.D. will be held on **May 16 and 17, 2006, beginning at 9:00 a.m. Eastern time,** and continuing from day to day until completed, at Hughes Hubbard & Reed LLP 1 Battery Park Plaza, New York 10004. The deposition will be video-taped by a certified court reporter and may be used at trial. This cross-notice is issued pursuant to Pre-Trial Order 9. You are invited to attend and participate.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____ 805891v.1

Respectfully submitted,

*[signature: Carmelite M. Bertaut]*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

Theodore V.H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

DATED: April 14, 2006

805891v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of Hui Quan has been served on Liaison Counsel, Russ Herman by United States Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of April, 2006.

*[signature]*

805891v.1