FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 14 P 1: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL DOCKET NO. 1657 SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * * | MAGISTRATE JUDGE KNOWLES |
| Benjamin R. Burt and Shirley Burt, his wife v. Merck & Co., Inc., a/k/a and sometimes d/b/a Merck Sharp & Dohme (I.A.) Corp., a New Jersey corporation | * * * * | CASE NO. 2:05-cv-00443 |

## NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM

TO:   M. Elaine Horn, Esquire
      Williams & Connolly, LLP
      725 12th Street, NW
      Washington, DC 20005

PLEASE TAKE NOTICE that on **Tuesday, May 2, 2006, beginning at 1:00 p.m. CT**, at Heart & Vascular Institute, 5151 North 9th Avenue, Suite 200, Pensacola, FL, Plaintiff will take the videotaped deposition of **BRENT VIDEAU, M.D.**, upon oral examination before Kimberly Gregory, Court Reporter, or a Notary Public in and for the State of Florida at Law, or some other officer duly authorized to take depositions. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

**Dr. Videau is required to bring his complete medical records on Plaintiff Benjamin R. Burt with him to the deposition.**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

In compliance with the Americans With Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the undersigned not later than seven days prior to the date of this proceeding to ensure that reasonable accommodations are available.

PLEASE GOVERN YOURSELF ACCORDINGLY.

\* \* \*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the above addressee and Liaison Counsel, Phillip Wittman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 12th day of April, 2006

PETER L. KAUFMAN, ESQ.
Florida Bar No.0548421
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 400 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7107
Attorney for Plaintiffs.

cc: Brent Videau, M.D.
Kimberly Gregory, Court Reporter