UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Sheet Metal Workers Local No. 20 Welfare and Benefit Fund;
Indiana Electrical Workers Benefit Trust;
Bricklayers of Indiana Welfare Fund;
Michiana Area Electrical Workers Health and Welfare Fund;
Indiana State Council of Roofers Health and Welfare Fund;
Indiana State District Council of Laborers and Hod Carriers Welfare Fund;
Painters Local No. 469 Health and Welfare Fund;
Plumbers and Steamfitters Local No. 166 Health and Welfare Plan;
Southern Ohio Painters Health and Welfare Fund;
Pipe Trades Industry Health and Welfare Plan;
IBEW 673 Fringe Benefit Funds;
IBEW Local 129 Fringe Benefit Funds;
Plumbers and Steamfitters Local 42 Health and Welfare Plan;
Painting Industry Insurance and Annuity Funds;
Service Employee International Union Local No. 3 Health and Welfare Fund;
Ohio State IBEW Health & Welfare Fund;
IBEW Local 32 Health and Welfare Fund;
IBEW Local 683 Fringe Benefit Funds;
Indiana State Council of Carpenters Health and Welfare Fund; and,
Plumbers Local No. 210 Health and Welfare Fund, On Behalf of Themselves and All Others
Similarly Situated, currently filed as 05-CV-0349-DFH-VSS; S.D. Ind. and MDL No. 05-2269

## PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED
## COMPLAINT TO ADD PARTIES

Come now the Plaintiffs, Plaintiffs, Sheet Metal Workers Local No. 20 Welfare and

Benefit Fund, Indiana Electrical Workers Benefit Trust, Bricklayers of Indiana Welfare Fund,

Michiana Area Electrical Workers Health and Welfare Fund, Indiana State Council of Roofers

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

Health and Welfare Fund, Indiana State District Council of Laborers and Hod Carriers Welfare Fund, Plumbers and Steamfitters Local No. 166 Health and Welfare Plan, Southern Ohio Painters Health and Welfare Fund, Pipe Trades Industry Health and Welfare Plan, IBEW 673 Fringe Benefit Funds, IBEW Local 129 Fringe Benefit Funds, Plumbers and Steamfitters Local 42 Health and Welfare Plan, Painting Industry Insurance and Annuity Funds, Service Employee International Union Local No. 3 Health and Welfare Fund, Ohio State IBEW Health & Welfare Fund, IBEW Local 32 Health and Welfare Fund, IBEW Local 683 Fringe Benefit Funds, Indiana State Council of Carpenters Health and Welfare Fund, Plumbers Local No. 210 Health and Welfare Fund and Indiana Carpenters Health and Welfare Fund (collectively, the "Funds" or the "Plaintiffs"), by counsel, and file a Motion for Leave to File Third Amended Complaint to Add Parties. In support of said motion, Plaintiffs state as follows:

1. Plaintiffs respectfully request leave to file a Third Amended Complaint to add five (5) third party payers. The Plaintiffs seeking to be added are the following: Plumbers and Steamfitters Local 440 Health and Welfare Plan; Indiana Bricklayers Local No. 6 Welfare Trust Fund; Motion Picture Laboratory Technicians and Film Editors Local 780 Welfare Fund; Dealers-Unions Insurance Fund, and, United Food and Commercial Workers Union-Employer Health and Welfare Fund, third party payer benefit funds, as Plaintiffs in this case. See Third Amended Complaint attached hereto.

3. Undersigned counsel has contacted Brett E. Nelson, of the office of Plews Shadley Racher & Braun, counsel of record for the Defendant, regarding this motion. Mr. Nelson has indicated that Merck does not oppose the motion but states that this position is made without prejudice to its pending motion to dismiss.

WHEREFORE, the Plaintiffs, by counsel, respectfully request the Court to grant them leave to file a Third Amended Complaint to add Plumbers and Steamfitters Local 440 Health and Welfare Plan, Indiana Bricklayers Local No. 6 Welfare Trust Fund, Motion Picture Laboratory Technicians and Film Editors Local 780 Welfare Fund, Dealers-Unions Insurance Fund, and United Food and Commercial Workers Union-Employer Health and Welfare Fund as parties, and for all other relief just and proper under the circumstances.

    Respectfully submitted,

    **PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**

    By _____
    Henry J. Price, Bar No. 8522-49
    William N. Riley, Bar No. 14941-49
    Amy Ficklin DeBrota, Bar No. 17294-49
    Jana K. Strain, Bar No. 20677-49
    Jamie R. Sweeney, Bar No. 25124-49
    Christopher A. Moeller, Bar No, 25710-49

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Fax: (317) 633-8797

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8 on this 6th day of April, 2006. Copies have also been sent via U.S. Mail and e-mail to:

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

E-Mail:    gplews@psrb.com
           bnelson@psrb.com
           dpippen@psrb.com

Ellen M. Gregg, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

E-Mail:    MDL@wcsr.com

Jamie R. Sweeney

4