UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Sheet Metal Workers Local No. 20 Welfare and Benefit Fund;
Indiana Electrical Workers Benefit Trust;
Bricklayers of Indiana Welfare Fund;
Michiana Area Electrical Workers Health and Welfare Fund;
Indiana State Council of Roofers Health and Welfare Fund;
Indiana State District Council of Laborers and Hod Carriers Welfare Fund;
Painters Local No. 469 Health and Welfare Fund;
Plumbers and Steamfitters Local No. 166 Health and Welfare Plan;
Southern Ohio Painters Health and Welfare Fund;
Pipe Trades Industry Health and Welfare Plan;
IBEW 673 Fringe Benefit Funds;
IBEW Local 129 Fringe Benefit Funds;
Plumbers and Steamfitters Local 42 Health and Welfare Plan;
Painting Industry Insurance and Annuity Funds;
Service Employee International Union Local No. 3 Health and Welfare Fund;
Ohio State IBEW Health & Welfare Fund;
IBEW Local 32 Health and Welfare Fund;
IBEW Local 683 Fringe Benefit Funds;
Indiana State Council of Carpenters Health and Welfare Fund; and,
Plumbers Local No. 210 Health and Welfare Fund, On Behalf of Themselves and All Others
Similarly Situated, currently filed as 05-CV-0349-DFH-VSS; S.D. Ind. and MDL No. 05-2269

## ORDER GRANTING LEAVE TO AMEND

This case is before the Court on the Plaintiffs' Motion for Leave to Amend Complaint.

The Court has carefully considered Plaintiffs' motion and finds it is made for good cause.

Accordingly the Court **GRANTS** Plaintiffs' motion, and **ORDERS** that Plaintiffs' Third

1

Amended Complaint, having been tendered along with Plaintiffs' Motion, is ordered FILED this date.

DATED: April 12, 2006.

Judge Eldon E. Fallon, United States District Court
Eastern District of Louisiana

**Distribution to:**

Henry J. Price
William N. Riley
Price Waicukauski Riley & DeBrota, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLWES SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

Ellen M. Gregg, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101