UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 11  PM 2:04

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re:   VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al.  v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-01998) | * | |
| *Boyer, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-04674) | * | |
| *Cooper, et al. v. Merck & Co., Inc.* | * | |
| *(E.D. La. 2:06-cv-00666)* | * | |
| *Davis, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-04907) | * | |
| *Gainey* v. *Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-03828) | * | |
| *Hanrahan, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-04783) | * | |
| *Lynch, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-05072) | * | |
| *Macher  v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-06699) | * | |
| *Malek v. Rosenberg, et al.* | * | |
| (E.D. La. 2:05-cv-03794) | * | |
| *Viswanathan* v. *Belin, et al.* | * | |
| (E.D. La. 2:05-cv-04673) | * | |
| *Whittaker, et al. v. Merck & Co., Inc.,* | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

Kiran K. Ghia hereby moves the Court for leave to withdraw as counsel for defendant

Merck & Co., Inc. in these matters.  The reason for this withdrawal is that the undersigned will

resign from the firm of Wiggin and Dana LLP on April 13, 2006.  Attorney Alan G. Schwartz

has previously filed an appearance in these matters on behalf of Merck & Co., Inc., and will

continue to act as counsel on their behalf.

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____

Respectfully submitted,

Kiran K. Ghia (ct26691)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508
Telephone:  (203) 498-4400
Fax:  (203) 782-2889
kghia@wiggin.com
Fax: 203-782-2889

Counsel for Merck & Co., Inc.

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel