UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 13 AM 7:45
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al. v. Merck & Co., Inc.*, | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-01998) | * | |
| *Boyer, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-04674) | * | |
| *Cooper, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-00666) | * | |
| *Davis, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-04907) | * | |
| *Gainey v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-03828) | * | |
| *Hanrahan, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-04783) | * | |
| *Lynch, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-05072) | * | |
| *Macher v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-06699) | * | |
| *Malek v. Rosenberg, et al.* | * | |
| (E.D. La. 2:05-cv-03794) | * | |
| *Viswanathan v. Belin, et al.* | * | |
| (E.D. La. 2:05-cv-04673) | * | |
| *Whittaker, et al. v. Merck & Co., Inc.*, | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel, it is ORDERED that Kiran K. Ghia be and she hereby is permitted to withdraw as counsel of record for defendant Merck & Co., Inc. in these matters. The Motion to Withdraw as Counsel is hereby GRANTED.

Signed and Entered this 12 of April, 2006.

JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Withdraw as Counsel** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this _11th_ day of April, 2006.

*[signature: Dorothy H. Wimberly]*

\17467\1\587210.2