UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

05 MDL 1657 L
MARCH 13, 2006

STANLEY BETHEA,
          PLAINTIFF

VS.

MERCK + CO., INC.
          DEFENDANT

CASE NO. 05-6775 L3

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAR 23 2006

LORETTA G. WHYTE
Clerk

MOTION OF LEAVE OF COURT TO AMEND THE COMPLAINT
_____

Plaintiff is asking the court for leave to amend the complaint, notice for hearing if needed LR7.2E for settlement.

Respectfully Submitted

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17110-0704

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
   Doc. No._____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE MOTION FOR LEAVE TO AMEND THE COMPLAINT WAS SERVED FIRST CLASS POSTAGE PREPAID UPON THE FOLLOWING:

ELIZABETH BALAKHANI, ESQ.

AND

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108-0704

United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Stanley Bethea,                    March 13, 2006
         Plaintiff    Case No. 05-6725 L3

vs.

Merck & Co., Inc.
         Defendant

Brief In Support of Plaintiff's Motion For Leave to Amend the Complaint

Plaintiff is asking the court for leave to amend the complaint.

Should plaintiff be allowed to amend the complaint?
Ans. Yes.

Respectfully Submitted

Stanley Bethea
_____
Stanley Bethea

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE BRIEF IN SUPPORT OF THE MOTION FOR LEAVE TO AMEND THE COMPLAINT WAS SERVED FIRST CLASS - POSTAGE PREPAID UPON THE FOLLOWING:

ELIZABETH BALAKHANI, ESQ.
AND
JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108-0704

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108-0704

HARRISBURG PA 171

CLERK U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

7018042313