```
                                                       FILED
                                                   U.S. DISTRICT COURT
                                                 EASTERN DISTRICT OF LA

                                                  2006 APR 13  AM 8:50
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL Docket No. 1657<br>*<br>* Section L<br>* |
| THIS DOCUMENT RELATES TO:<br>GERALD BARNETT v. MERCK | * Judge Fallon<br>* Mag. Judge Knowles<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF TAKING DEPOSITION OF MICHAEL McCAFFREY, M.D.

TO:   ALL KNOWN COUNSEL OF RECORDS

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiff GERALD BARNETT will take a deposition of Dr. Michael McCaffrey, as follows:

| | |
|---|---|
| Date: | **Wednesday, May 3, 2006** |
| Time: | **1:00 p.m.** |
| Location: | Strand Regional Specialty<br>8170 Rourk Street<br>Myrtle Beach, South Carolina    29572<br>(843) 449-2336 |

The deposition will be reported by a certified court reporter and will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed. This notice is prepared and filed as an

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

1

accommodation to plaintiff's counsel in the above referenced case involving Gerald Barnett.

April 12, 2006        Respectfully submitted,

By _____
Russ M. Herman
Leonard A. Davis
Steven J. Herman
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70013
PH:  (504) 581-4892
FAX: (504) 561-6024

Temporary Office:

Place St. Charles
201 St. Charles Ave.
Suite 4310
New Orleans, LA  70170
(Plaintiffs' Liaison Counsel)

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>PO BOX 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH:   (800) 898-2034<br>FAX:   (334) 954-7555 (**Co-Lead Counsel**) | Troy Rafferty, Esq.<br>316 S. Baylen St., Ste 400<br>Pensacola, FL 32502<br>PH:   (850) 435-7000<br>FAX:   (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH:   (415) 956-1000<br>FAX:   (415) 956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH:   (337) 494-7171<br>FAX:   (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH:   (215) 772-1000<br>FAX:   (215) 772-1371 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY 10004<br>PH:   (212) 584-0700<br>FAX:   (212) 584-0799<br>(**Co-Lead Counsel**) |
| Arnold Levin, Esq. 510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH:   (215) 592-1500<br>FAX:   (215) 592-4663 | Christopher Vincent Tisi Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH:   (202) 783-6400<br>FAX:   (307) 733-0028 |
| Carlen Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 BagbyHouston, TX 77002<br>PH:   (713) 650-0022<br>FAX:   (713) 650-1669 | Mark P. Robinson, Jr.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Dr., #700<br>Newport Beach, CA  92660<br>PH (949) 720-1288<br>FAX:   (949) 720-1292 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, and Andrew Goldman by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 12th day of April, 2006.

Phillip Wittman
Stone, Pigman Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA  70130-3588
Phone: (504) 581-3200; Fax:  (504) 581-3361

Andrew Goldman
Bartlit, Beck, Herman, Palechar & Scott
Courthouse Place
54 West Hubbard Street
Chicago, Illinois  60610
Phone:  312-494-4400; Fax:  312-494-4440

4