```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2006 APR 13  AM 8:49

            IN THE UNITED STATES DISTRICT COURT
                                            LORETTA G. WHYTE
                EASTERN DISTRICT OF LOUISIANA      CLERK
```

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | Section L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | Judge Fallon |
| GERALD BARNETT v. MERCK | * | Mag. Judge Knowles |
| | * | |

*********************************

### NOTICE OF TAKING DEPOSITION OF MICHAEL MIKOLACYZK, M.D.

TO:  ALL KNOWN COUNSEL OF RECORDS

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiff GERALD BARNETT will take a deposition of Dr. Michael Mikolacyzk, as follows:

Date:        **Tuesday, April 25, 2006**

Time:        **8:00 a.m.**

Location:    **Motley Rice LLC**
             **28 Bridgeside Road**
             **Mt. Pleasant, SC 29464**
             **(843) 296-9000**

The deposition will be reported by a certified court reporter and will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed. This notice is prepared and filed as an accommodation

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____

to plaintiff's counsel in the above referenced case involving Gerald Barnett.

April 12, 2006           Respectfully submitted,

                         By _____
                            Russ M. Herman
                            Leonard A. Davis
                            Steven J. Herman
                            Herman Herman Katz & Cotlar LLP
                            820 O'Keefe Avenue
                            New Orleans, LA 70013
                            PH: (504) 581-4892
                            FAX: (504) 561-6024

                            Temporary Address:

                            Place St. Charles
                            201 St. Charles Avenue
                            Suite 4310
                            New Orleans, LA 70170
                            (Plaintiffs' Liaison Counsel)

2

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>PO BOX 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555(**Co-Lead Counsel**) | Troy Rafferty, Esq.<br>316 S. Baylen St., Ste 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415) 956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br>(**Co-Lead Counsel**) |
| Arnold Levin, Esq.510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Vincent Tisi Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |
| Carlen Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 BagbyHouston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713) 650-1669 | Mark P. Robinson, Jr.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Dr., #700<br>Newport Beach, CA 92660<br>PH (949) 720-1288<br>FAX: (949) 720-1292 |

**PLAINTIFFS' STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, and Andrew Goldman by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 12th day of April, 2006.

Phillip Wittman
Stone, Pigman Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Phone: (504) 581-3200; Fax: (504) 581-3361

Andrew Goldman
Bartlit, Beck, Herman, Palechar & Scott
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Phone: 312-494-4400; Fax: 312-494-4440