**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL NO. 1657

*Larry Bauman, et al v. Merck & Co., Inc.,*
*Cause No. 05-0562*

JUDGE FALLON
MAG. JUDGE KNOWLES

## PLAINTIFFS' MOTION CHALLENGING REDESIGNATION OF DOCUMENTS AS "PRIVILEGED"

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Larry Bauman, Lisa Bauman Tolbertt, Kelly Bauman Mincher, Ernest Charles Bauman, III, and Leslie Lynn Bauman Clay, individually and as Representatives of The Estate of Elise Geneva Bauman, Deceased ("Plaintiffs"), file this Motion Challenging Redesignation of Documents as "Privileged," and would respectfully show the following:

1

On September 26, 2005, Plaintiffs' counsel received the letter attached as Exhibit 1 from Charles A. Deacon of FULBRIGHT & JAWORSKI LLP, counsel for Defendant Merck and Co., Inc. ("Merck"). The letter claims an "unintentional and inadvertent disclosure of twenty-five (25) privileged documents" bearing Bates numbers MRK-AAC 0106624-0106625, MRK-AAD 0252749-0252751, MRK-AAD 0287186-0287215, MRK-ABX 0037135-0037143, MRK-ABX 0045494-0045502, MRK-ACW 0004699-0004723, MRK-ADB 0084754, MRK-ADB 0098670-0098674, MRK-ADB 0105551-0105555, MRK-ADB 0105561-0105565, MRK-ADB 0105576-

0105580, MRK-ADI 0030869-0030872, MRK-ADK 0001640-0001641, MRK-ADM 0134841-0134841, MRK-ADM 0167344-0167365, MRK-ADN 0172373-0172377, MRK-ADN 0190312-0190316, MRK-ADN 0190322-0190326, MRK-ADN 0206095-0206099, MRK-ADO 0200053-0200057, MRK-ADW 0078095-0078096, MRK-AEG 0023104-0023128, UK 2070086999-2070087023, MRK-AFO 0132562-0132586, MRK-GAR 0033252-0033252, MRK-ABC 0037489-0037513.  Plaintiffs challenge these claim of privilege, particularly since the documents on their face do not indicate any basis for a claim of privilege and, in fact, no privilege is specified in the letter attached as Exhibit 1.

2

Among the documents Merck claims they inadvertently produced were a group of documents that we do not have a record of receiving from them.  These documents are MRK-ABX 0037135-0037143, MRK-ABX 0045494-0045502, MRK-ADB 0084754, MRK-ADB 0098670-0098674, MRK-ADB 0105551-0105555, MRK-ADB 0105561-0105565, MRK-ADB 0105576-0105580, MRK-ADI 0030869-0030872, MRK-ADK 0001640-0001641, MRK-ADM 0134841-0134841, MRK-ADM 0167344-0167365, MRK-ADN 0172373-0172377, MRK-ADN 0190312-0190316, MRK-ADN 0190322-0190326, MRK-ADN 0206095-0206099, MRK-ADO 0200053-0200057, UK 2070086999-2070087023.  Plaintiffs' also challenge these claims of privilege because no privilege is specified in the letter attached as Exhibit 1.

3

Plaintiffs received the documents in question pursuant to an Agreed Protective Order entered in *Larry Lee Bauman , et al. vs. Merck & Co., Inc.;* Cause # A04 CA 707 LY, in the United States District Court, Western District of Texas, Austin Division, which was signed by

the Honorable Lee Yeakel, United States District Judge on January 27, 2005.  A true copy of said

order is attached as Exhibit 2.  Under paragraph 15 of said order, Plaintiffs are entitled to retain a

copy of the materials in questions while this motion remains pending.

4

Pursuant to paragraph 16 of said order, the documents in question that are in the

possession of Plaintiffs are being filed herewith as a Sealed Document as Exhibit 3.

5

Plaintiffs may need to take discovery concerning any privilege Merck may assert

respecting these documents if, in fact, Merck makes any specific claim of privilege.  Plaintiffs are

willing to coordinate such discovery with other parties who may have received the same

documents.

WHEREFORE, PREMISES CONSIDERED, Plaintiff's respectfully pray that this

Motion Challenging Redesignation of Documents as "Privileged" be granted and pray for other

appropriate relief.

Respectfully submitted,

Tommy Jacks, TX Bar #10452000
James L. "Larry" Wright, TX Bar #22038500
Mark Guerrero, TX Bar #24032377
JACKS LAW FIRM
111 Congress Avenue, Suite 1010
Austin, Texas 78701
512-478-4422
512-478-5015 fax

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I Mark Guerrero, certify that I served copies of the foregoing Plaintiffs' Motion Challenging Redesignation of Documents as "Privileged" to counsel of record listed below by Certified Mail and Facsimile on this 14th of October, 2005.

Charles A. Deacon
FULBRIGHT & JAWORSKI
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Mark Guerrero