BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657 |
| *Larry Bauman, et al v. Merck & Co., Inc.,* Cause No. 05-0562 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER GRANTING PLAINTIFFS' MOTION CHALLENGING DEFENDANT MERCK & CO., INC.'S REDESIGNATION OF DOCUMENTS

Plaintiffs Larry Lee Bauman, et al., filed a Motion Challenging Defendant Merck & Co., Inc.'s Redesignation of Documents pursuant to the Protective Order signed by the Honorable Lee Yeakel, United States District Judge on January 27, 2005, calling into question Merck's claim that certain documents produced by Merck in discovery were inadvertantly and unintentionally produced when they were, in fact, Merck alleged, privileged. Merck's notice letter to the Plaintiffs dated September 26, 2005, did not specify any applicable privilege and from an examination of the documents, which were filed under seal by the Plaintiffs in accordance with the Protective Order, there is nothing about the documents that would indicate they fall within any privilege. The Court is of the opinion that Plaintiffs' motion is meritorious and, accordingly, it is hereby ORDERED:

Plaintiffs' Motion Challenging Defendant Merck & Co., Inc.'s Redesignation of Documents is hereby GRANTED in all respects. Plaintiffs need not return the documents in question to Merck and may use them in this litigation in accordance with the Protective Order and applicable law.

SIGNED this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE