UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 AUG 25 PM 2: 48

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| SARA T. DAVIS, Personal Representative of the Estate of ORAL L. DAVIS, Deceased, | * * * * | |
| Plaintiff, | * * | MDL Docket No. 1657 |
| v. | * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION |
| MERCK & COMPANY, INC., et al., | * * | CASE NO. 05-957 |
| Defendants. | * | JURY TRIAL DEMANDED |

(Related Matter: Oral L. Davis v. Merck & Company, Inc., et al; U.S. District Court, Middle District of Alabama, Southern Division, Case No. 1:04-cv-1247-F)

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW THE PLAINTIFF, Sara T. Davis, personal representative of the Estate of Oral L. Davis, deceased, and, pursuant to Rule 15(a), of the Federal Rule of Civil Procedure, respectfully requests leave to amend the Complaint previously filed in this cause. In further support of this motion, Sara T. Davis states as follows:

1. This cause was originally filed in the Circuit Court of Houston County, Alabama in October 2004 and was brought by Oral L. Davis, now deceased, seeking damages for injuries resulting from his ingestion of Vioxx® (Rofecoxib). Oral L. Davis died on December 31, 2004. Sara T. Davis was appointed personal representative of the Estate of Oral L. Davis in February 2005.

2. This Court granted the motion for substitution of Sara T. Davis, as personal representative of the Estate of Oral L. Davis, by order related to August 15, 2005.

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

3. Plaintiff Sara T. Davis now seeks to amend the Complaint previously filed in this cause, by asserting *inter alia* that Oral L. Davis's death was causally related to his ingestion of Vioxx® (Rofecoxib) and the resulting health issues caused by the drug.

4. Rule 15(a), of the Federal Rules of Civil Procedure, states that leave to amend shall be freely granted when justice so requires. Plaintiff Sara T. Davis has timely acted to amend the Complaint to assert new grounds as set forth in the Amended Complaint submitted herewith. (Exhibit A)

5. A trial date has not been set in this cause. The submitted Amended Complaint does not set forth any new theories of recovery and simply sets forth a new cause of action, i.e., wrongful death.

RESPECTFULLY SUBMITTED this the 23rd day of August, 2005.

_____
JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

**OF COUNSEL**:
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36104-4160

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 23d day of August, 2005.

| | |
|---|---|
| Robert C. Brock | Charles Avrith |
| Chadwick Morris | Norman C. Kleinberg |
| Benjamin Wilson | Theodore V.H. Mayer |
| RUSHTON, STAKELY, | HUGHES, HUBBARD & REED, L.L.P. |
| JOHNSONTON & GARRETT, P.A. | One Battery Park Plaza |
| 184 Commerce Street | New York, NY 10004 |
| P.O. Box 270 | (212) 837-6000 |
| (334) 206-3100 | |
| (334) 262-6277 – FAX | |

_____
OF COUNSEL