UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SARA T. DAVIS, as personal representative of the Estate of ORAL L. DAVIS, Deceased<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC., et al.,<br><br>Defendants. | *<br>*<br>*<br>*    MDL Docket No. 1657<br>*<br>*    In re: VIOXX PRODUCTS<br>*    LIABILITY LITIGATION<br>*<br>*    CASE NO. 05-957<br>*<br>* |

(Related Matter: Oral L. Davis v. Merck & Company, Inc., et al; U.S. District Court, Middle District of Alabama, Southern Division, Case No. 1:04-cv-1247-F)

## ORDER
### (Motion for Leave to Amend Complaint)

THIS CAUSE comes before the Court on *Motion for Leave to Amend Complaint*, submitted by the Plaintiff, Sara T. Davis, personal representative of the Estate of Oral L. Davis, deceased, pursuant to Rule 15(a), of the Federal Rules of Civil Procedure. Along with the Motion for Leave to Amend the Complaint, the Plaintiff has submitted the proposed amended complaint, asserting an additional count, wrongful death, alleging that Vioxx® (rofecoxib) was a cause of or contributing factor in the death of Oral L. Davis.

It is hereby ORDERED that Sara T. Davis's *Motion for Leave to Amend Complaint* be **GRANTED**. The Clerk of the Court is directed to receive the Amended Complaint and to show it as filed.

DONE this the 17 day of April, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

1