UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARA T. DAVIS, Personal | * | |
| Representative of the Estate of | * | |
| ORAL L. DAVIS, Deceased, | * | |
| | * | MDL Docket No. 1657 |
| Plaintiff, | * | |
| | * | In re: VIOXX PRODUCTS |
| v. | * | LIABILITY LITIGATION |
| | * | |
| MERCK & COMPANY, INC., et al., | * | CASE NO. 05-957 |
| | * | |
| Defendants. | * | JURY TRIAL DEMANDED |

(Related Matter: Oral L. Davis v. Merck & Company, Inc., et al; U.S. District Court, Middle District of Alabama, Southern Division, Case No. 1:04-cv-1247-F)

## PLAINTIFF'S FIRST AMENDED COMPLAINT

THE PLAINTIFF, Sara T. Davis, as personal representative of the Estate of Oral L. Davis, deceased, amends the previously filed Complaint in this cause as follows:

## COUNT VI

37. Plaintiff realleges and incorporates the allegations set forth in the original complaint as if fully set forth herein.

38. On or about December 31, 2004, Oral L. Davis died at his home from complications related to previous injuries suffered by him as a result of his use and ingestion of the prescription medication Vioxx® (Rofecoxib).

39. In addition to causing or contributing to the injuries suffered by Oral L. Davis, as more specifically set forth in the original Complaint, the prescription medication Vioxx® (Rofecoxib) also caused or contributed to the death of Oral L. Davis.

1

40. This wrongful death action is brought pursuant to the law of Alabama, the home state of Oral L. Davis, and as such Sara T. Davis, on behalf of Oral L. Davis, seeks damages in accordance with the law of the state of Alabama.

41. As more specifically averred in the original Complaint, at all times relevant hereto, Defendant Merck & Co., Inc. knew of the defective nature of its product and continued to design, manufacture, market, distribute and sell its product so as to maximize sales and profits at the expense of the public health and safety in conscious disregard of the foreseeable harm caused by the product. Defendant's conduct exhibited such an entire want of care as to establish that its actions were a result of fraud, ill-will, recklessness, gross negligence, or willful or intentional disregard of the Plaintiff's decedent's individual rights.

42. Plaintiff is entitled to punitive damages as a result of the conduct of Defendant Merck and pursuant to the Alabama Wrongful Death Act.

**WHEREFORE,** Plaintiff demands the jury to award damages as permitted by law.

SUBMITTED this the 3rd day of August, 2005.

JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

**OF COUNSEL:**
BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36104-4160
(334) 269-2343
(334) 954-7555 – FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 23rd day of August, 2005.

Robert C. Brock
Chadwick Morris
Benjamin Wilson
RUSHTON, STAKELY,
JOHNSONTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
(334) 206-3100
(334) 262-6277 – FAX

Charles Avrith
Norman C. Kleinberg
Theodore V.H. Mayer
HUGHES, HUBBARD & REED, L.L.P.
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

_____
JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar. No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

## JURY DEMAND

**PLAINTIFF HEREBY RESTATES THE DEMAND FOR TRIAL BY JURY ON ALL ISSUES.**

_____
OF COUNSEL

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SARA T. DAVIS, Personal Representative of the Estate of ORAL L. DAVIS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC., et al.,<br><br>Defendants. | MDL Docket No. 1657<br><br>In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>CASE NO. 05-957<br><br>JURY TRIAL DEMANDED |

(Related Matter: Oral L. Davis v. Merck & Company, Inc., et al; U.S. District Court, Middle District of Alabama, Southern Division, Case No. 1:04-cv-1247-F)

## PLAINTIFF'S FIRST AMENDED COMPLAINT

THE PLAINTIFF, Sara T. Davis, as personal representative of the Estate of Oral L. Davis, deceased, amends the previously filed Complaint in this cause as follows:

## COUNT VI

37. Plaintiff realleges and incorporates the allegations set forth in the original complaint as if fully set forth herein.

38. On or about December 31, 2004, Oral L. Davis died at his home from complications related to previous injuries suffered by him as a result of his use and ingestion of the prescription medication Vioxx® (Rofecoxib).

39. In addition to causing or contributing to the injuries suffered by Oral L. Davis, as more specifically set forth in the original Complaint, the prescription medication Vioxx® (Rofecoxib) also caused or contributed to the death of Oral L. Davis.

1


EXHIBIT A

40. This wrongful death action is brought pursuant to the law of Alabama, the home state of Oral L. Davis, and as such Sara T. Davis, on behalf of Oral L. Davis, seeks damages in accordance with the law of the state of Alabama.

41. As more specifically averred in the original Complaint, at all times relevant hereto, Defendant Merck & Co., Inc. knew of the defective nature of its product and continued to design, manufacture, market, distribute and sell its product so as to maximize sales and profits at the expense of the public health and safety in conscious disregard of the foreseeable harm caused by the product. Defendant's conduct exhibited such an entire want of care as to establish that its actions were a result of fraud, ill-will, recklessness, gross negligence, or willful or intentional disregard of the Plaintiff's decedent's individual rights.

42. Plaintiff is entitled to punitive damages as a result of the conduct of Defendant Merck and pursuant to the Alabama Wrongful Death Act.

**WHEREFORE,** Plaintiff demands the jury to award damages as permitted by law.

SUBMITTED this the 23rd day of August, 2005.

JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

**OF COUNSEL:**
BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36104-4160
(334) 269-2343
(334) 954-7555 – FAX

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 23rd day of August, 2005.

Robert C. Brock
Chadwick Morris
Benjamin Wilson
RUSHTON, STAKELY,
JOHNSONTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
(334) 206-3100
(334) 262-6277 – FAX

Charles Avrith
Norman C. Kleinberg
Theodore V.H. Mayer
HUGHES, HUBBARD & REED, L.L.P.
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

_____
JERE L. BEASLEY (Ala. Bar. No. BEA020)
ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
J. PAUL SIZEMORE (Ala. Bar No. SIZ004)

## JURY DEMAND

**PLAINTIFF HEREBY RESTATES THE DEMAND FOR TRIAL BY JURY ON ALL ISSUES.**

_____
OF COUNSEL

3