IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | MDL Docket No. 1657 |
| **VIOXX PRODUCTS LIABILITY LITIGATION** | § § § | SECTION L |
| JIMMY SULLIVAN; LAVERNE WOOSLEY; and DIANNE RAY, | § § § | JUDGE FALLON MAG. JUDGE KNOWLES |
| Plaintiffs, | § § | |
| VS. | § § | CASE NO. 05-4453 |
| MERCK & CO INC., d/b/a MERCK, | § § | |
| Defendant. | § | |



(Filed stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, JAN 17 2006, LORETTA G. WHYTE CLERK)

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**TO THE HONORABLE JUDGE FALLON:**

COMES NOW Plaintiffs and file Plaintiffs' Motion for Leave to File First Amended Complaint, and in support thereof would respectfully show the Court the following:

1. Plaintiffs would respectfully request that the Court allow them to file their First Amended Complaint. A copy of the proposed Amended Complaint is attached hereto as *Exhibit "A"* for the Court's convenience.

2. Plaintiffs originally filed this suit on September 29, 2005, in the United States District Court, Eastern District of Louisiana, MDL Docket 1657.

3. Plaintiffs, Karen Key, David Russell, Dora Farris, Nancy Martin, Rita Meadows, and Betty Brown, Individually and as Representative of the Estate of Loyal Brown, presently no longer wish to pursue their claims against Defendant.

FOR THESE REASONS, Plaintiffs respectfully requests that this Honorable Court grant their Motion for Leave to File First Amended Original Complaint, and for such other and further relief, at law or in equity, to which this Honorable Court should find Plaintiffs to be justly entitled.

Respectfully submitted,

*(signature)*

WILLIAM B. CURTIS
Texas Bar No. 00783918
**LAW OFFICES OF MILLER AND CURTIS, L.L.P.**
5489 Blair Road, Fifth Floor
Dallas, Texas 75231
(214) 987-0005 Telephone
(214) 987-2545 Facsimile

**ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record *via certified mail, return receipt requested* on this 12th day of January, 2006.

**VIA CMRRR 7001 0320 0004 4197 4556**
Melissa V. Beaugh
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 700112

*(signature)*
William B. Curtis