IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | MDL Docket No. 1657 |
| | § | |
| **VIOXX PRODUCTS LIABILITY LITIGATION** | § | SECTION L |
| | § | |
| JIMMY SULLIVAN; LAVERNE WOOSLEY; and DIANNE RAY, | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| Plaintiffs, | § | |
| VS. | § | CASE NO. 05-4453 |
| MERCK & CO INC., d/b/a MERCK, | § | |
| Defendant. | § | |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

On this date came on to be considered Plaintiffs' Motion for Leave to File First Amended Complaint. After considering the merits of the Motion, the pleadings on file and the evidence presented, the Court is of the opinion that the Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to File First Amended Complaint, is GRANTED and Plaintiffs are hereby granted leave of Court to file their First Amended Complaint.

SIGNED this 17 day of April, 2006.

JUDGE FALLON

Order on Plaintiffs' Motion for Leave to File First Amended Complaint - Solo Page

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No ____