

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III. |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO** *McMichen, et al., v. Merck & Co., Inc.,* **No. 05-4774,
previously filed as 4:05-CV-1616, N.D. AL., and regarding Lane Tyler Morris, as Personal
Representative of the Estate of Bennie M. Morris**

## MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, through undersigned counsel, and pursuant to Rule 15 of the

Federal Rules of Civil Procedure, comes Plaintiff, Lane Tyler Morris, as Personal Representative

of the Estate of Bennie M. Morris, who desires to amend and supplement the original Complaint

filed herein as follows:

    1.    By adding as an additional Plaintiff, Linda Morris, who was at all times relevant

hereto, the lawful wife of the Plaintiff's decedent, Bennie M. Morris, and who desires to add a

loss of consortium claim herein.

    2.    The addition of Linda Morris as an additional Plaintiff will not unfairly delay the

progress of this case.  A copy of Plaintiff's First Amended and Supplemental Complaint is

attached hereto as Exhibit "A".

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep._____
___ Doc. No._____

3.    The undersigned counsel contacted counsel for Defendant, John David Owens, who consented to the filing and granting of this Motion for Leave to File First Amended and Supplemental Complaint.

WHEREFORE, Plaintiff prays that this motion be granted and that he be allowed leave of court to file the First Amended and Supplemental Complaint.

Respectfully submitted,

Tom Dutton
Attorney for Plaintiffs
Bar Number: ASB-2059-U50T

OF COUNSEL:

PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
(205) 322-8880
(205)328-2711 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave of Court to File First Amend and Supplemental Complaint has been served on Liasion  Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the 9th day of February, 2006.

Tom Dutton
Attorney for Plaintiffs