IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>Productions Liability Litigation | * * * * * * * * * * * | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III. |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO** *McMichen, et al., v. Merck & Co., Inc.,* **No. 05-4774, previously filed as 4:05-CV-1616, N.D. AL., and regarding Lane Tyler Morris, as Personal Representative of the Estate of Bennie M. Morris.**

## ORDER

The Court having considered Plaintiff's Motion for Leave of Court to File First Amended and Supplemental Complaint:.

IT IS HEREBY ORDERED that Plaintiff is granted leave of court to file his First Amended and Supplemental Complaint.

Signed this 12 day of April, 2006.

_____
Judge

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No._____