IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                             *    MDL NO. 1657
         Products Liability Litigation    *
                                          *    SECTION: L
                                          *
                                          *    JUDGE ELDON E. FALLON
                                          *
                                          *    MAGISTRATE JUDGE
                                          *    DANIEL E. KNOWLES, III.
                                          *
                                          *

* * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO *McMichen, et al., v. Merck & Co., Inc.,* No. 05-4774, previously filed as 4:05-CV-1616, N.D. AL., and regarding Lane Tyler Morris, as Personal Representative of the Estate of Bennie M. Morris

### FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, through the undersigned counsel, comes Lane Tyler Morris, as Personal Representative of the Estate of Bennie M. Morris, who amends and supplements the original Complaint as follows:

1.  By adding as an additional Plaintiff, LINDA MORRIS, spouse of Plaintiff's decedent, Bennie M. Morris.

2.  Plaintiff, Linda Morris, asserts a cause of action for loss of consortium as a result of the injuries sustained by Bennie M. Morris.

3.  As a proximate consequence of the Defendants' action and/or conduct, the Plaintiff, Linda Morris, has been caused to lose the services and conjugal fellowship of the Plaintiff's decedent, Bennie M. Morris.

4.  Plaintiffs hereby aver and reallege all statements constituting grounds for the basis of this lawsuit and the injuries and/or death sustained by the Plaintiffs as a result

of the negligent, willful and/or wanton conduct of each of the Defendants.

5.     Plaintiffs adopt each and every other material allegation of Plaintiffs' original complaint, not inconsistent herewith, as though fully set out herein.

WHEREFORE, Plaintiffs demand judgment against each of the Defendants, jointly and severally, in a sum in excess of the jurisdictional limits of this court, to be determined by a jury, which will fairly and adequately compensate the Plaintiffs for their injuries and damages sustained, together with interest from the date of injury, and the costs of this proceeding. Further, Plaintiffs request that the jury selected to hear this case render a verdict for Plaintiffs and against each Defendant, and that it award punitive damages to Plaintiffs in an amount which will adequately reflect the enormity of the Defendants' wrongful act and which will effectively prevent other similar wrongful acts.

Respectfully submitted,

Tom Dutton
Of Counsel for Plaintiffs
Bar Number: ASB-2059-U50T

OF COUNSEL:

PITTMAN HOOKS DUTTON KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First Amended and Supplemental Complaint has been served on Liasion Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the 9th day of February, 2006.

Tom Dutton
Attorney for Plaintiffs