**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT IF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | § | MDL Docket No. 1657 |
| LIABILITY LITIGATION | § | |
| | § | SECTION L |
| This Document Relates To: | § | |
| | § | JUDGE FALLON |
| Viola K. Brown v. Merck & Co., Inc. | § | |
| No. 05-2319 | § | MAGISTRATE JUDGE KNOWLES |
| | § | |
| Marchelle S. Adams, et al v. Merck & | § | |
| Co., Inc.; | § | |
| No. 05-2351, And only regarding Daniel | § | |
| E. Blevins | § | |

**PLAINTIFFS VIOLA K. BROWN AND DANIEL E. BLEVINS' RESPONSE TO
DEFENDANT MERCK'S RULE AND INCORPORATED MEMORANDUM TO
SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR FAILURE
TO PROVIDE ANY RESPONSE TO THE PLAINTIFF PROFILE FORM AS
<u>REQUIRED BY PRE-TRIAL ORDER NO. 18B</u>**

PLAINTIFFS, VIOLA K. BROWN and DANIEL BLEVINS, file this Response

to Defendant Merck's Rule And Incorporated Memorandum To Show Cause Why Cases

Should Not Be Dismissed For Failure To Provide Any Response To The Plaintiff Profile

Form As Required By Pre-Trial Order No. 18B, and in support show:

1.      This Court has previously dismissed *Viola K. Brown v. Merck & Co., Inc.*,

Cause No. 05-2319, without prejudice, by agreement of the parties. *See* Stipulated

Dismissal, attached as Exhibit "A," and Docket sheet from PACER showing the case was

"Terminated" on November 18, 2005, attached as Exhibit "B".   Accordingly, Merck's

motion to dismiss this Plaintiff is moot.  Additionally, this case should not be confused

with the case of *Viola Brown v. Merck & Co., Inc.*, In the United States District Court,

Eastern District of Louisiana, Cause No. 05-5865, which case is not subject to the Show Cause Order of Magistrate Judge Knowles of February 7, 2006.

2.      This Court granted Plaintiff's counsels' Motion to Withdraw as Counsel of Record in *Daniel E. Blevins v. Merck & Co., Inc.*, Cause No. 05-CV-02351 on December 16, 2005.  *See* Order signed by Honorable Eldon Fallon, attached as Exhibit "C".  Merck has failed to give this Plaintiff proper notice of the dismissal.  As such, the Motion as to this Plaintiff should be denied.

3.      For the foregoing reasons, Defendant Merck & Co., Inc.'s Rule And Incorporated Memorandum To Show Cause Why Cases Should Not Be Dismissed For Failure To Provide Any Response To The Plaintiff Profile Form As Required By Pre-Trial Order No. 18B should be denied as to Plaintiffs Viola Brown and Daniel E. Blevins.

Dated:
2/14/2006

                                                       Respectfully submitted,

WALTER UMPHREY                          JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 20380000           Texas State Bar No. 21600300
PROVOST UMPHREY LAW FIRM, L.L.P.        WILLIAMS BAILEY LAW FIRM, L.L.P.
490 Park Street                        8441 Gulf Freeway, Suite 600
Beaumont, Texas 77701                  Houston, Texas  77017
Phone: 409-835-6000                    Phone: 713-230-2200
Fax: 409-838-8888                      Fax: 713-643-6226


MIKAL WATTS                            DREW RANIER
Texas State Bar No. 20981820           Louisiana State Bar No.8320
THE WATTS LAW FIRM, L.L.P.             RANIER, GAYLE & ELLIOT, L.L.C.
Tower II Building, 14th Floor          1419 Ryan Street
555 North Carancahua Street           Lake Charles, LA 70601
Corpus Christi, Texas 78478           Phone: 337-494-7171
Phone: 361-887-0500                    Fax: 337-494-7218
Fax: 361-887-0055

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Phone: 713-223-0000
Fax: 713-223-0440

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document was served upon Liason Counsel by U.S. mail and/or email and upon all parties of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8 on the _14th_ day of _February_, 2006.

Grant Kaiser



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



Nov 18 2005
10:56AM

In Re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To: Mary A. Bails, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 05-2319)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF VIOLA K. BROWN

It is stipulated by the parties that Viola K. Brown, ONLY (she being one of sixty-eight separate plaintiffs in this action) may dismiss her action without prejudice pursuant to Rule 41 (a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Viola K. Brown, is re-filed, it must be filed in federal court. The Complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

Rebecca C. Sechrist (0036825)

BUNDA STUTZ & DeWITT, PLL
One SeaGate, Suite 650
Toledo, Ohio 43604
Telephone: (419) 241-2777
Telecopy: (419) 241-4697
Attorney for Defendant
Merck & Co., Inc.

EXHIBIT 'A'

Grant Kaiser (11078900)

THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone:  (713) 223-0000
Telecopy:  (713) 223-0440

Attorneys for Plaintiffs

Dated: _____ 11 / 15 __ , 2005

IT IS SO ORDERED.

_____        _____
Judge                                            Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of the Case of Viola K. Brown has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 18th day of November, 2005 .

*Dorothy O. Wimber*

15

791303v.1

CONSOL

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:05-cv-02319-EEF-DEK

Bails et al v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK   (View Member Cases)
Case in other court: Northern District of Ohio (Toledo), 05-07150 JGC
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/14/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary A. Bails**

represented by **D. Grant Kaiser**
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
713-223-0000
Email: ggordon@thekaiserfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA
1220 Huron Road
Suite 1000
Cleveland, OH 44115
(216) 621-8484
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terri B. Barnett**
*TERMINATED: 01/26/2006*

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra J. Bohl**

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*

**EXHIBIT 'B'**

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Viola K. Brown**
*TERMINATED: 11/18/2005*

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Burks**

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Burns**
*Terminated: 06/29/2005*

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas R. Campanelli**

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leona Carter**

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Glenda Cecil**                     represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Dorothy W. Coleman**               represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Toni R. E. Costa**                 represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Dale H. Deckerd**                  represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Sue A. Diederich**                 represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julius J. Erdelyi**                    represented by   **D. Grant Kaiser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John R. Climaco**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlotte W. Evans**                   represented by   **D. Grant Kaiser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John R. Climaco**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger D. Evans**                       represented by   **D. Grant Kaiser**
*TERMINATED: 12/29/2005*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John R. Climaco**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bertha M. Gaddy**                      represented by   **D. Grant Kaiser**
*TERMINATED: 12/29/2005*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John R. Climaco**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Gamble**                         represented by   **D. Grant Kaiser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vernor E. Gates**
*TERMINATED: 12/29/2005*

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra K. Giuliano**

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary R. Greenho**

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard C. Harris**

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra M. Heard**
*TERMINATED: 12/29/2005*

represented by **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Kenneth R. Hensley**                    represented by **D. Grant Kaiser**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **John R. Climaco**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Emma J. Hill**                          represented by **D. Grant Kaiser**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **John R. Climaco**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Helen A. Hollback**                     represented by **D. Grant Kaiser**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **John R. Climaco**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Christopher Jackson**                   represented by **D. Grant Kaiser**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **John R. Climaco**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Patricia A. Johnson**                   represented by **D. Grant Kaiser**
                                          (See above for address)
                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Cheryl Kiger**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jimmy R. Kirk**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Marion J. Kosovich**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Sity Kussem**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Richard J. Kwapich**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*

Case 2:05-md-01657-EEF-DEK   Document 4274   Filed 02/15/06   Page 15 of 23

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Lackey**                               represented by   **D. Grant Kaiser**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John R. Climaco**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney L. Lowe**                              represented by   **D. Grant Kaiser**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John R. Climaco**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mack McClendon**                              represented by   **D. Grant Kaiser**
*TERMINATED: 12/29/2005*                                         (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John R. Climaco**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary C. Michael**                             represented by   **D. Grant Kaiser**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John R. Climaco**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlean F. Miles**                             represented by   **D. Grant Kaiser**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa K. Mizell**                    represented by **D. Grant Kaiser**
*TERMINATED: 11/18/2005*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John R. Climaco**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert P. Moore**                   represented by **D. Grant Kaiser**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John R. Climaco**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard R. Morris**                 represented by **D. Grant Kaiser**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John R. Climaco**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Buella Neal**                       represented by **D. Grant Kaiser**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John R. Climaco**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zel Nicholas**                      represented by **D. Grant Kaiser**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry D. Parker**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manvant Patel**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bessie Pringle**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William P. Shepherd**                          represented by  **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Etta Simmons**                          represented by  **D. Grant Kaiser**
*TERMINATED: 01/26/2006*                       (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann L. Sittinger**      represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda F. Smith**      represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis B. Smith**      represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noel F. Stahl**      represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter F. Stinziano**      represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth D. Stradwick**          represented by   **D. Grant Kaiser**
*TERMINATED: 12/29/2005*                        (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **John R. Climaco**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dean Temple**               represented by   **D. Grant Kaiser**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **John R. Climaco**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry Thrash**              represented by   **D. Grant Kaiser**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **John R. Climaco**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenora Thurmand**           represented by   **D. Grant Kaiser**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **John R. Climaco**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Tibbs**                represented by   **D. Grant Kaiser**
                                                (See above for address)
                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Townsend**          represented by   **D. Grant Kaiser**
*TERMINATED: 12/29/2005*                     (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **John R. Climaco**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James L. Turner**         represented by   **D. Grant Kaiser**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **John R. Climaco**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet M. Watts**          represented by   **D. Grant Kaiser**
                                             (See above for address)
                                             *TERMINATED: 12/20/2005*
                                             *LEAD ATTORNEY*

                                             **John R. Climaco**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalind Welch**          represented by   **D. Grant Kaiser**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **John R. Climaco**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah J. Williams**       represented by   **D. Grant Kaiser**
                                             (See above for address)
                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna J Williams**                    represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latreesh V. Wilson**                  represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelby Wilson**                       represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Wilson**                     represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina Zelenak**                      represented by   **D. Grant Kaiser**
(See above for address)
*LEAD ATTORNEY*

Case 2:05-md-01657-EEF-DEK    Document 4274    Filed 02/15/06    Page 22 of 23

*ATTORNEY TO BE NOTICED*

**John R. Climaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*doing business as Merck, Sharp, and*
*Dohme doing business as MSD Sharp &*
*Dohme GmbH*

represented by **Robert A. Bunda**
Bunda Stutz & DeWitt
One SeaGate
Suite 650
Toledo, OH 43604
419-254-3111
Email: rabunda@bsd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/14/2005 | 1 | Case transferred in from Northern District of Ohio (Toledo); Case Number 05-7150 JGC. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #14)(cms, ) Additional attachment(s) added on 7/20/2005 (cms, ). (Entered: 07/20/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/14/2006 11:50:57 | | | |
| **PACER Login:** | km0719 | **Client Code:** | 20462 |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-02319-EEF-DEK |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |



FILE
U.S. DISTRI
EASTERN DISTRICT of 2005
10:18AM

2005 DEC 20 PM 2: 59

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARCHELLE S. ADAMS, ET AL | § | CASE NO.: 2:05-CV-02351 |
| | § | Related to: MDL Case No. 1657 |
| | § | United States District Court for |
| | § | the Eastern District of Louisiana, |
| PLAINTIFF, | § | Section: L |
| | § | |
| vs. | § | |
| | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| | § | |
| MERCK & CO., INC., also | § | |
| d/b/a MERCK, SHARP AND | § | |
| DOHME and d/b/a MSD SHARP | § | |
| & DOHME GmbH | § | |
| | § | **Jury Demand Endorsed** |
| | § | **Hereon** |
| DEFENDANT. | § | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of

Record, and for good cause shown, the Court finds the Plaintiff, DANIEL E. BLEVIN'S Motion

to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew

Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY

LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal

Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP,

withdraw as counsel for Plaintiff, Daniel E. Blevins, only and does not affect the representation

of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

Dec 20, 2005
Date

Judge Eldon E. Fallon
United States District Court Judge

**EXHIBIT 'C'**