IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | § § § | MDL Docket No. 1657 |
| | § | SECTION L |
| This Document Relates To: | § § | JUDGE FALLON |
| Viola Brown v. Merck & Co., Inc. No. 05-2319 | § § § | MAGISTRATE JUDGE KNOWLES |
| Marchelle S. Adams, et al v. Merck & Co., Inc. No. 05-2351, And only regarding Daniel E. Blevins | § § § § § | |

See Rec. Doc. 3909.

### ORDER

Upon due consideration of the foregoing Plaintiffs Viola Brown and Daniel E. Blevins' Response to Defendant Merck's Rule and Incorporated Memorandum To Show Cause Why Cases Should Not Be Dismissed For Failure To Provide Any Response To The Plaintiff Profile Form As Required By Pre-Trial Order No. 18B, and for good cause shown, the Court finds Defendant's Rule and Memorandum should be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum To Show Cause Why Cases Should Not Be Dismissed For Failure To Provide Any Response To The Plaintiff Profile Form As Required By Pre-Trial Order No. 18B should be DENIED as to Plaintiffs Viola Brown and Daniel E. Blevins.

IT IS SO ORDERED.

April 17, 2006
Date

Judge Eldon E. Fallon

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___