COPY IN CHAMBERS

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 MAR 27 PM 2:29
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              MDL No. 1657
     Products Liability Action

<u>This Document refers to:</u>

LAVELLE MALONE, Wife of and              CIVIL ACTION NO. 05-6604
     WINSTON MALONE

                    Plaintiffs,          SECTION L, MAGISTRATE 3

VERSUS
                                         JUDGE FALLON
MERCK & CO., INC. and DR. R.
     VACLAV HAMSA
                                         MAGISTRATE JUDGE KNOWLES
               Defendants

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## MOTION TO DISMISS FOR PREMATURITY PURSUANT TO LOUISIANA REVISED STATUTE 40:1299.47(B)(1)(a)(i)

NOW INTO COURT, through undersigned counsel, comes **DR. R. VACLAV HAMSA**, sought to be named defendant herein, who moves to dismiss all of claims filed by **LAVELLE MALONE, Wife of and WINSTON MALONE** against him under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the following grounds:

1.

Plaintiffs, **LAVELLE MALONE, wife of and WINSTON MALONE** initiated the instant lawsuit in the Civil District Court for the Parish of Orleans, State of Louisiana in the matter entitled "Lavelle Malone, Wife of / And Winston Malone versus Merck & Company, Inc. and Dr. R. Vaclav Hamsa", Docket No. 2005-12715.

1

3068535.1

**2.**

Before **DR. R. VACLAV HAMSA** was served, and, consequently prior to his filing responsive pleadings to Plaintiffs' Petition for Damages, Merck & Company, Inc. obtained an order removing the State Court case to the Eastern District of Louisiana, under Civil Action No. 05-6604. This individual claim was subsumed into the Vioxx Products Liability Class Action, MDL 1657.

**3.**

With regard to **DR. R. VACLAV HAMSA**, Paragraph 61 of Plaintiffs' Petition for Damages expressly asserts claims of alleged medical malpractice against Dr. Hamsa in the following particulars:

a. *Failure to fully monitor and evaluate petitioner's heart function and/or other adverse medical effects.*

b. *Failure to accurately monitor and diagnose petitioner's heart and/or other adverse medical effects when petitioner exhibited signs of a deteriorating medical condition;*

c. *Failure to recognize that Vioxx was a cause of petitioner's heart and/or and/or (sic) other adverse medical effects;*

d. *Failure to warn or adequately inform petitioner of the potential harm associated with the use of Vioxx, and failure to protect petitioner from that harm; and; (sic)*

e. *Failure to properly render appropriate treatment to plaintiff;*

f. *Failure to know of the medical literature written about the problems associated with Vioxx;*

g. *Any and all other acts of negligence which will be proven at the trial of this matter.*

**9.**

Plaintiffs in the instant proceeding have not yet submitted their medical malpractice claims against Dr. Hamsa to a medical review panel pursuant to La. R.S. 40:1299.47. As such the District Court action filed against Dr. Hamsa must be dismissed as premature, insofar as the administrative provisions of La. R.S. 40:1299.47 have not yet been exhausted.

WHEREFORE, for the reasons more fully set forth in the attached Memorandum in support of the instant motion, Defendant / Mover, **DR. R. VACLAV HAMSA** respectfully requests that this Honorable Court issue an Order dismissing without prejudice as premature any and all claims brought by Plaintiffs **LAVELLE MALONE**, Wife of and **WINSTON MALONE** against **DR. R. VACLAV HAMSA** in the above captioned matter.

Respectfully submitted,

ONEBANE LAW FIRM

BY: _____
CHARLES J. BOUDREAUX, JR. #3297
1200 Camellia BLVD, Suite 300
Post Office Drawer 3507
Lafayette, LA 70502-3507
Telephone: (337) 237-2660

Attorneys for Defendant / Mover,
    DR. R. VACLAV HAMSA

4

3068535.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion To Dismiss For Failure To Exhaust Administrative Remedies Pursuant To Louisiana Revised Statute 40:1299.47(B)(1)(a)(i) has been served on all counsel of record in the matter entitled "LAVELLE MALONE, Wife of and WINSTON MALONE versus MERCK & CO., INC. and DR. R. VACLAV HAMSA", Civil Action Number 05-6604, U.S. District Court, Eastern District of Louisiana, by hand, facsimile, e-mail and/or by placing same in the United States mail, postage prepaid and properly addressed, this 23 day of March, 2006.

CHARLES L. BOUDREAUX, JR.