UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>**Products Liability Action** | MDL No. 1657 |
| **This Document refers to:**<br>LAVELLE MALONE, Wife of and<br>WINSTON MALONE | CIVIL ACTION NO. 05-6604 |
| Plaintiffs, | SECTION L, MAGISTRATE 3 |
| VERSUS | JUDGE FALLON |
| MERCK & CO., INC. and DR. R.<br>VACLAV HAMSA | |
| Defendants | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF HEARING

NOW INTO COURT, through undersigned counsel, comes Defendant \ Mover, DR. R. VACLAV HAMSA, who hereby provides notice to the Plaintiffs, LAVELLE MALONE, Wife of / and WINSTON MALONE that Defendant \ Mover, DR. R. VACLAV HAMSA's Motion to Dismiss For Prematurity Pursuant To Louisiana Revised Statute 40:1299.47(B)(1)(a)(i) will be considered by the Court on its Motion day of June 7, 2006 at 9:00 a.m.

Respectfully submitted,

ONEBANE LAW FIRM

BY: _____
CHARLES J. BOUDREAUX, JR. #3297
1200 Camellia BLVD, Suite 300
Post Office Drawer 3507
Lafayette, LA 70502-3507
Telephone: (337) 237-2660

Attorneys for Defendant / Mover,
DR. R. VACLAV HAMSA

1

3068535.1

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED