UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-961

BARBARA AUMAN,
          Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PAMELA FOGARTY,
KELLY HENNESSEY, MELISSA E. KAHN,
ELIZABETH KLOEPPEL BOOTH,
DANIEL G. MYERS, MARK B. SLUDER,
JAN C. YOUNG, KELLY R. CARBONA,
and GINA GROOM KINARD,

          Defendants.

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendants PAMELA FOGARTY, KELLY HENNESSEY, AND JAN C. YOUNG.

2. Plaintiff has an additional 60 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this 17th day of April, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____