**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 18 AM 11: 23

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

RUTH ZIER,

        Plaintiff,

vs.

MERCK & CO., INC., CHRIS METROPOLUS,
JEROME PITTMAN, JUNE V. MARCOTTE,
VICTOR SOPINA, JEFF BASTI, AMY MOORE,
VICKI ST. JOHN CRAWFORD, and RICHARD TATMAN,

_____ Defendants. _____/

MDL No.: 1657
SECTION: L

Civil Action No. 06-cv-968

JUDGE FALLON
MAG. JUDGE KNOWLES

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN**
**WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS**

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time,

which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff

more time within which to serve Defendants JEFF BASTI and AMY MOORE.

2.    Plaintiff has an additional 60 days within which to serve Defendants with process in

this case.

New Orleans, Louisiana, this 17th day of April, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____