UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL. NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

05-0433

Carolyn Younge, et al
vs. Merck & Co., Inc., et al
C.A. No. 1:03-125

## ORDER ALLOWING WITHDRAW OF COUNSEL

THIS MATTER is before the Court on the Motion of Timothy R. Balducci and

The Langston Law Firm, P.A., for an order allowing withdrawal as counsel of record for

the Plaintiffs, Carolyn Younge, et al. This Motion being well taken, it is

**ORDERED AND ADJUDGED**, that Timothy R. Balducci and The Langston Law

Firm, P.A., be, and hereby are withdrawn as counsel for the Plaintiffs, and it is further

**ORDERED AND ADJUDGED**, that co-counsel of record, Andy D. Birchfield, Jr.

of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., be, and hereby is allowed to

proceed in this cause of action in representation of the Plaintiffs.

DONE, this the ___17th___ day of ___April___, 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**

{L0019082.DOC}

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No _____