DANNY BELL #K-68611
FOLSOM STATE PRISON   5-AB2-40
P.O. Box 950
Folsom,. CA 95763

U.S DISTRICT COURT
Eastern District of Louisiana

FILED APR 1 7 2006

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX            )    MDL 1657
PRODUCTS LIABILITY LITIGATION  )
                        )    SECTION: L(3)
                        )
                        )    JUDGE FALLON
                        )    MAG. JUDGE KNOWLES

**ORIGINAL**

THIS DOCUMENT RELATES TO:
DANNY BELL V. MERCK & CO., INC., et al., CA No 05-1243 L(3)

## MOTION FOR REQUEST OF ORDER FOR THE APPOINTMENT OF COUNSEL

Plaintiff Danny Bell K-68611, pursuant to Title 18, U.S.C. 3006 A(g), and 28 U.S.C. § 1915(d),(e), request this Honorable Court to appoint counsel, to represent him in this instant matter of complex litigation.

This Motion is made upon the grounds more specifically described with the attached declaration and memorandum of points and authorities in support thereof. On The following bases, plaintiff seeks appointment of counsel:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The plaintiff, as a prison inmate has no access to the a computer or internet, to execute litigation necessary to contend and or the means required to contend in this litigation.

4. The plaintiff has a limited knowledge of the law.

DATE  APRIL 10,                         2006

_Danny Bell_
DANNY BELL #K-68611 (PRO SE) PLAINTIFF
FOLSOM STATE PRISON   5-AB2-40
P.O. Box 950
Folsom,, CA 95763

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc. No._____

## DECLARATION IN SUPPORT OF THE PLAINTIFF"S MOTION FOR THE REQUEST OF AN ORDER OF APPOINTMENT OF COUNSEL

**DANNY BELL #K-68611**, being duly sworn, deposes and says: On the date of July 6, 2005, This Honorable Court Ordered Plaintiff's Liaison Counsel to take the appropriate action with regard to the appointment of counsel for plaintiff's case process.(SEE ATTACHED EXHIBITS)

On June 6, 2005, before the court's Order, the liaison Counsel, informed plaintiff to contact two counsels in California whom were handling Vioxx matters. Plaintiff contacted said counsel as instructed by the liaison Counsel and further contacted some Seventy Five more counsels involved in handling Vioxx matters. All declined to assist plaintiff in representation of plaintiff's case.

Since November 2005, Plaintiff is receiving no further information as to plaintiff's status in this litigation, even after plaintiff's many letters to the Liaison Counsel, inquiring information and or status reports of the litigation. On December, the trial of plaintiff's class action ended in a mistrial and plaintiff has written several letters inquiring as to the case status and inquiring as to any new Orders from the Court of which plaintiff were required to respond too. Plaintiff has not received -to date- any response to the many letters plaintiff wrote to Liaison Counsel.(SEE ATTACHED EXHIBITS). Plaintiff is immediate need of counsel to process plaintiff cause in that:

1. I am the plaintiff in the above entitled case. I make's this Declaration in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the plaintiff was subjected to misuse of Dangerous of Fatal Drugs by prescribing and suspension of said Dangerous Drugs without giving any warning as to the Dangerous of Fatal side effects or other serious side effects caused by said Dangerous Drugs.

3. This is a complex case because it contains several different legal claims which each claim involving different sets of defendants whereupon the procedures necessary to the litigation of this process (Computer and Internet access) are not within petitioner's ability of interaction or use.

4. The case involves medical issues that may require expert testimony.

5. The plintiff has demanded jury trial.

6. The case will require discovery of documents and depositions of a number of witnesses not within the immediate jurisdiction of plaintiff's dwelling or ability of communication.

7. The testimony will be in sharp conflict, since the plaintiff alleges that the defendants were in effect grossly negligent causing pain and actual damage. The records of said gross negligence are within Defendant's possession and control, while defendant's forming new reports alleging plaintiff's injuries were from causes contrary to plaintiff's complaints.

8. The plaintiff has only a high school education and has no legal education

9. The plaintiff is serving a prison sentence and for that reason, very limited access to legal authorities. Plaintiff has written letters to the two perspective attorneys handling Vioxx matters in California, the Liaison Counsel inquired plaintiff to contact. These two attorneys Declined to represent plaintiff in this instant matter and gave plaintiff some list of 100 more attorneys handling Vioxx matters. As stated plaintiff has written some Seventy-Five or Eighty of the attorneys handling Vioxx matters in California, and all declined to assist plaintiff in this matter.

10. As set forth in the Memorandum of law submitted with this motion these facts, along with the legal merit of the plaintiff's claims, support the appoint of counsel to represrnt the plaintiff

11. For the foregoing reasons, plaintiff has no speedy of adequate remedy exempt Request of this Honorable Court to Order appointment of counsel.

I declare that the foregoing is true and correct under the penalty of perjury. Wherefore, the plaintiff's motion should be granted.

RESRECTFULLY SUBMITTED"

DATE  APRIL 10,            2006

DANNY BELL #K-68611 (PRO SE PLAINTIFF)
FOLSOM STATE PRISON   5-AB2-40
P.O. Box 950
Folsom,, CA 95763

## SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV C A # | | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 05-138 | Ernestine T Stevens v Merck & Co, Inc. | 05-1231 |
| ~~ALM 2 05-165~~ | ~~Yolanda King v Merck & Co., Inc., et al.~~ Opposed 3-25/05 | |
| **ALABAMA NORTHERN** | | |
| ALN 1 05-252 | Alice Pointer v Merck & Co, Inc., et al | 05-1232 |
| ALN 2 05-226 | Peggy B. West v Merck & Co., Inc | 05-1233 |
| ALN 2 05-378 | Annette Gordon v Merck & Co, Inc | 05-1234 |
| ALN 3 05-327 | Charles Bowling, et al. v Merck & Co, Inc | 05-1235 |
| ALN 3 05-384 | Ruius Slack, Jr v. Merck & Co, Inc | 05-1236 |
| **ARKANSAS WESTERN** | | |
| ARW 1 05-1016 | Joe Melvin Lyons v. Merck & Co., Inc. | 05-1237 |
| ARW 1 05-1017 | Tim Zimmerebner, et al. v. Merck & Co, Inc | 05-1238 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-63 | Misty Ligier, etc. v Merck & Co, Inc, et al | 05-1239 |
| CAC 2 05-1122 | Kimberly Keller-Hom v Merck & Co., Inc | 05-1240 |
| CAC 2 05-1321 | Glen Maxey v Merck & Co, Inc.. | 05-1241 |
| CAC 8 04-1478 | Roger C Cooper v. Merck & Co, Inc. | 05-1242 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 04-2473 | Danny Bell v Merck & Co, Inc., et al. | 05-1243 |
| CAE 2 05-125 | Margaret Butler v Merck & Co, Inc | 05-1244 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 04-5027 | Sherry Janke, et al v Merck & Co, Inc. | 05-1245 |
| CAN 3 04-5061 | Dennis Guinta v. Merck & Co, Inc | 05-1246 |
| CAN 3 04-5062 | Virginia Strong v Merck & Co., Inc | 05-1247 |
| CAN 3 05-741 | Henry Mitchell v Merck & Co, Inc | 05-1248 |
| CAN 3 05-749 | Pauline Riddle v Merck & Co, Inc. | 05-1249 |
| CAN 3 05-750 | Oree McRae v Merck & Co, Inc | 05-1250 |
| CAN 4 05-742 | Frank Mirabella, et al v Merck & Co., Inc. | 05-1251 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 04-2195 | Sam Peltekian v. Merck & Co, Inc | 05-1252 |
| CAS 3 04-2576 | Rita McCrerey v Merck & Co., Inc. | 05-1253 |
| CAS 3 05-304 | Susan Reese, et al v. Merck & Co, Inc | 05-1254 |
| **CONNECTICUT** | | |
| CT 3 05-259 | Frank Pescatello v. Merck & Co., Inc. | 05-1255 |
| CT 3 05-294 | Ethel Gray, et al v Merck & Co., Inc. | 05-1256 |
| CT 3 05-314 | Denise Whittaker, et al v Merck & Co., Inc., et al | 05-1257 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -6 PM 4: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Danny Bell v. Merck & Co., Inc., et al.*, CA No. 05-1243 L(3)

### ORDER

The attached motion has been filed by a pro se inmate seeking appointment of counsel in the above captioned matter. The Court directs Plaintiffs' Liaison Counsel to take appropriate action with regard to said motion.

New Orleans, Louisiana, this 6th day of July, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Danny Bell, #K-68611
Folsom State Prison   5-BB2-09
P.O. Box 950
Folsom, CA 95763



# Herman, Herman, Katz & Cotlar
L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892   Facsimile: (504) 561-6024
http://www.hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick‡

Stephen J. Herman
Brian D. Katz

David K. Fox†
Soren E. Gisleson

Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and Covington, Louisiana

* A Professional Law Corporation
‡ Also Admitted in Texas
† Also Admitted in Wisconsin and Illinois

This Firm and its Partners Are Also Partners in Herman, Mathis, Casey, Kitchens & Gerel, LLP

June 6, 2005

### CERTIFIED MAIL RETURN
### RECEIPT REQUESTED NO. 7003 2260 0000 5596 1707

Danny Bell, #K-68611
Folsom State Prison 5-BB2-09
P.O. Box 950
Folsom, CA 95763

        RE:    In re: Vioxx Products Liability Litigation
                  MDL 1657
                  United States District Court
                  Eastern District of Louisiana

Dear Mr. Bell:

      We are in receipt of your letter dated May 4, 2005.

      There are presently a number of attorneys in California that are handling Vioxx matters. The following counsel are all located in California and we recommend that you contact one of these attorneys.

1.    Mark Robinson, Esq.
      Robinson, Calcagnie & Robinson
      620 Newport Center Drive
      7th Floor
      Newport Beach, CA 92660
      PH:   (949) 720-1288

2.    Thomas J. Brandi, Esq.
      Brandi Law Firm
      44 Montgomery Street
      Suite 1050
      San Francisco, CA 94104
      PH:   (415) 989-1800

June 6, 2005
PAGE 2

You should be aware that the Court has established a website where Pre-Trial Orders and certain other Orders have been posted. The Court will update the website on a regular basis. Should you have access to internet, feel free to visit the Court's website located at <http://vioxx.laed.uscourts.gov/Orders/Orders.htm>.

For your convenience we are enclosing a copy of each Pre-Trial Order that has been rendered thus far in MDL 1657.

Sincerely,

RUSS M. HERMAN

RMH:lmf
Enclosures
cc:   Honorable Eldon E. Fallon
      Phillip A. Wittmann, Esq.

W:\25000-29999\27115\000\COR\LTR Bell, Danny (Pro Se) 2005-6-1.wpd\

```
MIME-Version:1.0
From:Efile_Notice@laed.uscourts.gov
To:Efile_Information@laed.uscourts.gov
Message-Id:<659484@laed.uscourts.gov>
Bcc:
Subject:Activity in Case 2:05-cv-01243-EEF-DEK Bell v. Merck & Co Inc et al
"Case Transferred In - District Transfer"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the
filed documents once without charge. To avoid later charges, download a
copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25
07:56:43-04 loy Exp \$' -->
U. S. District Court
Eastern District of Louisiana

Notice of Electronic Filing
The following transaction was entered on 4/26/2005 at 1:50 PM CDT and filed
on 4/18/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25
07:52:35-04 loy Exp \$'
Case Name: Bell v. Merck & Co Inc et al
Case Number: 2:05-cv-1243
http://ecf.laed.uscourts.gov/cgi-bin/DktRpt.pl?92943

Document Number: 1
Copy the URL address from the line below into the location bar of your Web
browser to view the document:
http://ecf.laed.uscourts.gov/cgi-bin/show_case_doc?1,92943,,MAGIC,

Docket Text:
Case transferred in from District of Eastern California; Case Number
2:04-cv-2473-FCD-JFM. Copy of file with documents numbered 1 & 6, certified copy
of transfer order and docket sheet received (Attachments: # (1) Pre Trial
Order #5A)(gec, )

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=4/26/2005] [FileNumber=659483-0]
[78e26b43e3d35983f11fb516fd73b3f05a7563daada3f744995c8b6527828f9b1637a67c30
b898b1f24ae65fe8a3e8a8025e1936c04bc1f515420ab4c0b7f90b]]

Document description: Pre Trial Order &#035;5A
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=4/26/2005] [FileNumber=659483-1]
[1e80629a9aedf95437fca8fc76bf1a3f8222006fe96980646ba81cfa9dec681597c9531912
ce2c3386cd5734d5e7d815df3ca08ceb5a9388e7dda9c8e6d40a81]]



<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02
17:37:56-04 bibeau Exp \$' -->
2:05-cv-1243 Notice will be electronically mailed to:


2:05-cv-1243 Notice will be delivered by other means to:
Danny Bell
K-68611
Folsom State Prison
P.O. Box 715071
Represa, CA 95671
```

# PROOF OF SERVICE BY MAIL

I, __DANNY BELL__, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: __K-68611__

MY PRISON ADDRESS IS: __P.O. BOX 950, Folsom, Ca. 95763__

ON __April 10__, 2006, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

MOTION FOR REQUEST OF ORDER FOR THE APPOINTMENT OF COUNSEL

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

CLERK OF COURT
EASTERN DISCTICT COURT OF LOUISIANA
UNITED STATES DISTRICT COURT
NEW ORLEANS, LA 70113

RUSS M. HERMAN
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'KEEFE AVE., SUITE 100
NEW ORLEANS, LA 70113

PHILLIP A. WITTMAN
STONE PIGMAN WALTHER WITTMANN, LLC
546 CARPNDELET ST.
NEW ORLEANS, LA 70130

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED __APRIL 10__, 2006, AT FOLSOM, CALIFORNIA..

DANNY BELL K68611
FSP 5-ABD-40
P.O. BOX 950
Folsom, CA 95763



CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS St., RM. C-151
New Orleans, LA 70130

CONFIDENTIAL
Legal-Mail