IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX® <br><br> Products Liability Litigation <br><br> (This document relates to the following individual case:) <br><br> Robert Cornell, et al., vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck,   No: 2:05cv2067 | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES <br><br> Transferred from USDC District of Utah, Case #: 2:05cv00268 |

## NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES INVOLVED HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Law Offices of Sherman Salkow & Newkirk, A Professional Corporation, has changed its name to:

**SHERMAN & SALKOW**
**A Professional Corporation**

The address, telephone number and facsimile number remain the same. Please note this change in all future correspondence and pleadings in the above-entitled matter.

Dated: 4-12-06

Arthur Sherman, 24403
Richard Salkow, 204572
Sherman & Salkow
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484; Fax: (310) 914-0079
Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Change of Firm Name has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial No. 8, on this 12th day of April, 2006.

*[signature]*