# MORGAN & WEISBROD, L.L.P.

### ATTORNEYS AND COUNSELLORS AT LAW

11551 FOREST CENTRAL DRIVE - FOREST CENTRAL II, SUITE 300 - DALLAS, TEXAS 75243
MAILING ADDRESS: P.O. BOX 821329 DALLAS, TEXAS 75182

Federal Tax ID 75-2256782
(214) 373-3761
(800) 800-6353    FAX # (214) 739-4732
www.morganweisbrod.com

CARL M. WEISBROD
*+ LES WEISBROD
   LICENSED IN TEXAS AND ARKANSAS
DAVID R. NORTON
   LICENSED IN TEXAS AND ARKANSAS
JENNIFER L. FRY
△ WILLIAM A. NEWMAN
PAUL BURKHALTER
GAL LAHAT
   LICENSED IN TEXAS AND FLORIDA
JOHN M. DRISKILL

ISOBEL S. THOMAS
   LICENSED IN MASSACHUSETTS
KEVIN L. KORONKA
ALEXANDRA V. BOONE
   LICENSED IN TEXAS AND OKLAHOMA
LEILA A. D'AQUIN
AMANDA L. SCHWARTZ
MICHELLE M. ALDEN
MICHAEL T. KELLY

OF COUNSEL
JAMES M. RAUER, M.D., J.D.
CAROLYN BARNES
(AUSTIN CASES ONLY)
DAVID LANEHART
(LUBBOCK CASES ONLY)
MELVIN D. MORGAN, M.D., J.D. (DECEASED)

* BOARD CERTIFIED – CIVIL TRIAL LAW
+ BOARD CERTIFIED – PERSONAL INJURY TRIAL LAW
△ BOARD CERTIFIED – CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

April 12, 2006

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

    Re:   Vioxx Product Liability Litigation, MDL No. 1657, Section L

Dear Sir or Madam:

Please be advised that, by copy of this letter, I am giving notice to Judge Fallon and all counsel of record that I will be on vacation and out of the country from August 31, 2006 through September 10, 2006.

I would request that no hearings, depositions, trials or other events be scheduled in this case during that time period.

Please return a file-marked copy of this letter in the enclosed envelope. Thank you.

                    Yours very truly,

                    Les Weisbrod

LW/nrp
Enclosure

cc:   The Honorable Judge Eldon Fallon
       Mr. Tommy Fibich
       Mr. Richard Josephson
       Mr. Jonathan Skidmore