FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17 PM 4: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX  PRODUCTS LIABILITY LITIGATION | : | MDL No. 1657 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

## RE-NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) OF DR. DAVID GRAHAM

To:  Merck & Co., Inc.
     Through
     Phillip A. Wittman, Esq.
     Stone, Pigman
     546 Carondelet Street
     New Orleans, LA 70130-3588

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individual(s) on the date(s) and time(s) indicated below at **The Renaissance Mayflower Hotel, 1127 Connecticut Avenue, NW, Washington, DC 20036**.

Statement of Deposition Procedures- The deposition shall be taken pursuant to Pre-Trial Order No. 9(Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

Videotaped Deposition:   Yes

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ.P. 28, and will continue from day to day, excluding Sundays and court recognized

-1-



holidays, until the examination is completed.

> Deponent: Dr. David Graham
> Date: May 9, 2006
> Time: 9:00 a.m.
> Primary Examiners: Christopher Tisi, Thomas Kline, and David Buchanan.

RESPECTFULLY SUBMITTED, this the 14th day of April, 2006.

> Respectfully submitted,
>
> *[signature]*
>
> **Russ M. Herman (Bar No. 6819)**
> Leonard A. Davis (Bar No. 14190)
> Stephen J. Herman (Bar No. 23129)
> ***Herman, Herman, Katz & Cotlar, LLP***
> 201 St. Charles Avenue, Suite 4310
> New Orleans, Louisiana 70170
> (504)581-4892
> (504)561-6024 (Fax)
> **Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |

| | |
|---|---|
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on the below listed attorneys, as well as on Liaison Counsel, Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 17th day of January, 2006.

    Theodore V. H. Mayer, Esq.
    Wilfred P. Coronato, Esq.
    HUGHES HUBBARD & REED LLP
    101 Hudson Street Suite 3601
    Jersey City, NJ 07302

    Doug R. Marvin, Esq.
    Laurie S. Fulton, Esq.
    WILLIAMS & CONNOLLY LLP
    725 12th Street, N.W.
    Washington, D.C.  20005

Michael Levy, Esq.
Office of the Chief Counsel
Food and Drug Administration
5600 Fishers Lane, GCF-1
Rockville MD 20857

Mark Cohen, Esq.
Government Accountability Project
1612 K St., NW, Suite 1100
Washington, DC 20006

Sharon D. Smith, Esq.
Assistant U. S. Attorney
500 Poydras Street
Second Floor
Hale Boggs Federal Building
New Orelans, LA  70130

_____
LEONARD A. DAVIS