

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17 PM 3: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 05-4055<br><br>BOBBIE LEE THOMPSON, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>   Defendant. | **MDL DOCKET NO. 1657**<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ENTRY OF APPEARANCE

John C. Aisenbrey and George F. Verschelden of Stinson Morrison Hecker LLP hereby enter their appearance as counsel for defendant Merck & Co., Inc.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

806205v.1

                                                John C. Aisenbrey, ED MO Bar # 45250
                                                George F. Verschelden, MO Bar # 55128
                                                STINSON MORRISON HECKER LLP
                                                1201 Walnut, Suite 2900
                                                Kansas City, Missouri 64106
                                                Phone: 816-842-8600
                                                Fax:   816-691-3495

                                                Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trail Order No. 8, on this 17th day of April, 2006.

                                                /s/ Dorothy H. Wimberly

806205v.1