UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1657 <br> ) Section: L <br> ) JUDGE FALLON |
| *This document relates to: Beverly Boyd v. Merck & Co., Inc., 05-5913* | ) MAG. JUDGE KNOWLES <br> ) <br> ) |

## AGREED ORDER

Counsel for the parties have agreed, as evidenced by their signatures below, that Plaintiff Beverly Boyd should be granted leave to file her First Amended Complaint, which is attached hereto as Exhibit 1.

It is therefore, ORDERED, that Beverly Boyd is hereby granted leave to file a First Amended Complaint.

Entered this 17th day of April, 2006.

_____
JUDGE ELDON E. FALLON

525021.1

Submitted by:

_____
Mark P. Chalos BPR #19328
Kathryn E. Barnett BPR #15361
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Tel. (615) 313-9000
Fax (615) 313-9965

*Attorney for the Plaintiffs*


_____ w/ permission by MPC
Lisa Martin BPR #23314
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
6075 Poplar Ave. Suite 500
Memphis, TN 38119
Tel. (901) 680-7336
Fax. (901) 680-7201

*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Agreed Order has been sent by Federal Express to be filed with the Clerk of Court for the United states District Court for the Eastern District of Louisiana on this the 12th day of April, 2006.

I hereby certify that the above and foregoing Agreed Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 12th day of April, 2006.

_____
Mark P. Chalos

525021.1                                3