UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**
   ***Malone v. Merck & Co., Inc.*, 05-6092**


## ORDER

   IT IS ORDERED that Merck & Co., Inc.'s Motion to Dismiss (Rec. Doc. 3178) is

GRANTED.  Accordingly, the Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.


   New Orleans, Louisiana, this   17th   day of April, 2006.

_____
   UNITED STATES DISTRICT JUDGE