MINUTE ENTRY
FALLON, J.
APRIL 18, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon.  Mark Robinson participated on behalf of the Plaintiffs' Steering Committee ("PSC").  Phil Beck participated on behalf of Merck & Co., Inc. ("Merck").  At the conference, the parties discussed trial specific issues relating to the *Barnett* case.  After considering the issues, the Court decided that the trial will still commence on July 24, 2006.  In addition, the Court advised the parties to confer on a joint scheduling order and jury questionnaire.

JS10(00:30)