UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Bethea v. Merck & Co., Inc.*, **05-6775**

## ORDER

IT IS ORDERED that the Plaintiff's Motion for Leave to Amend His Complaint (Rec. Doc. 4230) is DENIED.

New Orleans, Louisiana, this __18th__ day of April, 2006.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE