UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Sutton v. Merck & Co., Inc.*, 05-6775

# ORDER

IT IS ORDERED that Defendant Ashok Patil, M.D.'s Motion to Request Ruling on Jurisdictional Matters and to Remand Case to State Court (Rec. Doc. 4196) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this __18th__ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE