A CERTIFIED TRUE COPY
APR 13 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 14 2006
LORETTA G. WHYTE
DOCKET NOS. 1657 & 1699

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR 13 2006
FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

**BEFORE WM. TERRELL HODGES,* CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL**

### ORDER OF TRANSFER WITH SIMULTANEOUS SEPARATION, REMAND AND TRANSFER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 41 actions listed on Schedule A to vacate the Panel's orders conditionally i) transferring these actions involving the prescription medication Vioxx (manufactured by Merck & Co., Inc. (Merck)) to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in MDL-1657; ii) simultaneously separating and remanding claims in these actions relating to prescription medications Bextra and Celebrex (manufactured by Pfizer Inc. (Pfizer)) to their respective transferor districts; and iii) transferring the resulting Bextra/Celebrex actions to the Northern District of California for inclusion in MDL-1699 pretrial proceedings. Defendants Pfizer, Pharmacia Corp., G.D. Searle LLC and Merck oppose these motions and urge effectuation of the Panel's orders.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with i) actions in MDL-1657 previously transferred to the Eastern District of Louisiana, and ii) actions in MDL-1699 similarly centralized in the Northern District of California. The Panel further finds that transfer for inclusion in the coordinated or consolidated pretrial proceedings in those two districts will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Transfer is also appropriate for reasons expressed by the Panel in its original orders directing centralization in these two dockets. In MDL-1657, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions relating to Vioxx. *See In re Vioxx Products Liability Litigation,* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Likewise, the Panel held that the Northern District of California was a proper Section 1407 forum for actions relating to Bextra and/or Celebrex. See *In re Bextra and Celebrex Marketing, Sales Practices and Products*

---

* Judges Hodges and Motz took no part in the decision of this matter.

___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

*Liability Litigation*, 391 F.Supp.2d 1377 (J.P.M.L. 2005). Pending motions to remand these actions to state court can, in appropriate parts, be presented to and decided by each of the transferee courts. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

Some opposing plaintiffs argue that separation and transfer of these claims for inclusion in MDL-1657 and MDL-1699 will foster inefficiency and inconsistency and/or disrupt ongoing related state court proceedings. We are unpersuaded by these arguments. *See In re Vioxx Marketing, Sales Practices and Products Liability Litigation/In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, ___ F.Supp.2d ___, 2006 WL 461029 (J.P.M.L. Feb. 15, 2006).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in MDL-1657 – *In re Vioxx Marketing, Sales Practices and Products Liability Litigation*. The claims relating to Pfizer's Bextra and Celebrex prescription medications are separated and remanded, pursuant to 28 U.S.C. § 1407(a), to their respective transferor courts.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the resulting actions involving claims relating to Bextra and Celebrex are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings occurring there in MDL-1699 – *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*.

FOR THE PANEL:

John F. Keenan
Acting Chairman

## Schedule A

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

**EDLA SEC. L/3**

### Eastern District of California

| Case | EDLA No. |
|---|---|
| *Barbara Hacker v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2193 | 06-2062 |
| *Christopher Leeson v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2240 | 06-2063 |

### Western District of Kentucky

| Case | EDLA No. |
|---|---|
| *Rhoda Overstreet v. Merck & Co., Inc., et al.*, C.A. No. 3:05-561 | 06-2064 |
| *Randall R. Jackson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-562 | 06-2065 |
| *Bonnie Mullins, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-577 | 06-2066 |
| *Ernest D. Weber, Jr., et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-623 | 06-2067 |
| *Robert Manley, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-656 | 06-2068 |
| *Harold Thomas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-669 | 06-2069 |
| *Joan O'Bryan, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-681 | 06-2070 |
| *Doyle A. Coen, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-682 | 06-2071 |
| *Johnnie Anderson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-685 | 06-2072 |
| *Galen Noe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-700 | 06-2073 |
| *Cathy Groce Stearns, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-710 | 06-2074 |
| *Natella Kaye Cox v. Merck & Co., Inc., et al.*, C.A. No. 3:05-716 | 06-2075 |
| *Robert Sampson v. Merck & Co., Inc., et al.*, C.A. No. 3:05-722 | 06-2076 |
| *Douglas Adams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-723 | 06-2077 |

### Eastern District of Missouri

| Case | EDLA No. |
|---|---|
| *Lonnie Case v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1562 | 06-2078 |
| *Jessie Abbott v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1563 | 06-2079 |
| *Bertha Armstead v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1564 | 06-2080 |
| *Berlin Jenkerson v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1565 | 06-2081 |
| *David Wagner v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1590 | 06-2082 |
| *John Kaczmarczyk v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1592 | 06-2083 |
| *Jerry M. Dance v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1666 | 06-2084 |
| *Doris Crenshaw v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1669 | 06-2085 |
| *Jeanette Lasky v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1741 | 06-2086 |
| *Francesca A. Salmieri v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1744 | 06-2087 |
| *Vincent Calamia v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1746 | 06-2090 |
| *Thomas Kasper v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1747 | 06-2091 |
| *Bernadean Acreman v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1748 | 06-2092 |
| *Josephine Tourville v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1750 | 06-2093 |
| *Jacqueline M. Lawrence v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1751 | 06-2094 |
| *Adele Anthon v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1752 | 06-2095 |
| *James B. Elgin, Jr. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1753 | 06-2096 |

- A2 -

| | EDLA<br>SEC. L/3 |
|---|---|
| Eastern District of Missouri (Continued) | |
| *Richard Menzel v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1755 | 06-2097 |
| *Marcy A. West v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1756 | 06-2098 |
| *Hilda L. Tucker v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1757 | 06-2099 |
| *Arzie Stephens v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1758 | 06-2100 |
| *Shirley Adams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1947 | 06-2101 |
| *Marie Nobles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2040 | 06-2102 |
| *Bernadette Dryer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2043 | 06-2103 |
| *Jean Davis, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2076 | 06-2104 |

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

# INVOLVED COUNSEL LIST
## DOCKET NO. 1699
### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Daniel A. Brown
Brown & Gould, LLP
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814

Donald K. Brown, Jr.
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Carol D. Browning
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

Aaron K. Dickey
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Melanie S. Marrs
Lynn, Fulkerson, Nichols & Kinkel, PLLC
267 West Short Street
Lexington, KY 40507

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202-3363

Gerard T. Noce
Burroughs Hepler Broom MacDonald Hebrank & True, LLP
1010 Market Street
Suite 500
St. Louis, MO 63101

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208


## INVOLVED JUDGES LIST
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## INVOLVED JUDGES LIST
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autre
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Frederick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
Suite 3300
111 South 10th Street
St. Louis, MO 63102-9958

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 13, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule A of Order)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge Eldon E. Fallon
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: Jeffrey A. Apperson; Jack L. Wagner; James G. Woodward

JPML Form 29A

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 13, 2006

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule A of Order)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge:   Judge Charles R. Breyer
    Transferor Judges:  (See Attached List of Judges)
    Transferor Clerks:  Jack L. Wagner; James G. Woodward; Jeffrey A. Apperson

JPML Form 29A