FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 12  AM 9: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| *This Document Relates To All Cases* | * | |

## MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT MERCK & CO., INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO CLARIFY APPLICABILITY OF TOLLING AGREEMENT TO FOREIGN CLAIMANTS

Plaintiffs' Counsel hereby brings this Motion for Leave to File Reply to Defendant Merck & Co., Inc.'s Opposition to Plaintiffs' Motion to Clarify Applicability of Tolling Agreement to Foreign Claimants before this Court.

The reasons supporting this motion are more fully set forth in the accompanying supporting Reply, which is incorporated as if fully set forth herein.

K:M
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

WHEREFORE, Plaintiffs' Counsel for all foreign claimants who have submitted Tolling Agreement notices to defense counsel mentioned in Merck & Co., Inc.'s Opposition to Plaintiffs' Motion to Clarify Applicability of Tolling Agreement to Foreign Claimants respectfully requests that this Court clarify that the Tolling Agreement is applicable to non-U.S. foreign residents.

RESPECTFULLY SUBMITTED,

By: _____
Kenneth B. Moll
Pamela G. Sotoodeh
Becky J. Lee
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply and Reply to Defendant's Opposition to Plaintiffs' Motion to Clarify Applicability of Tolling Agreement to Foreign Claimants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, via e-mail and facsimile this 11th day of April, 2006. I hereby certify that I have sent two copies of the above and foregoing Motion for filing purposes via FedEx Overnight Service on the Clerk's Office for the Eastern District of Louisiana at 500 Poydras Street, Room C-151, New Orleans, LA 70130.

*Becky J. Lee*

Kenneth B. Moll
Pamela G. Sotoodeh
Becky J. Lee
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, IL 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com