FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19 PM 4: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| *This Document Relates To All Cases* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

After considering the Motion of Pamela G. Sotoodeh of KENNETH B. MOLL & ASSOCIATES, LTD., for Leave to File Reply to Defendant Merck & Co., Inc.'s Opposition to Plaintiffs' Motion to Clarify Applicability of Tolling Agreement to Foreign Claimants, the court

FINDS good cause to allow Pamela G. Sotoodeh of KENNETH B. MOLL &

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X /Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No\_\_\_\_

ASSOCIATES, LTD., to file Reply to Defendant Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Clarify Applicability of Tolling Agreement to Foreign Claimants, and GRANTS the abovementioned motion.

SIGNED on April 19, 2006.

_____
U.S. DISTRICT JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
Kenneth B. Moll, Esq.
Pamela G. Sotoodeh, Esq.
Becky J. Lee, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, IL 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com