IN RE: VIOXX® PRODUCTS ) MDL Docket No. 1657
LIABILITY LITIGATION )
) Section: L
)
) Judge Fallon
THIS RELATES TO: ) Mag. Judge Knowles
)
Angie Ross v. Merck & Co., )
Civil Action No.2:05-md- 02326-EEF-DEK) )
   (transferred from the Southern )
   District of Ohio, Case No. )
   05-222-SAS) )

<u>**OLIVER LAW OFFICES, INC., JAMI S. OLIVER, AND JOHN KIM'S,**</u>
<u>**MOTION TO DISMISS**</u>

Now comes Plaintiff, Angie Ross, by and through her counsel, the law firm of Oliver Law Offices, Inc. and attorneys Jami S. Oliver and John Kim, and file their Motion to Dismiss for the reasons set forth herein:

On or about April 5, 2005, Oliver Law Offices, Inc., along with the previously-mentioned co-counsel, filed a Complaint on behalf of Angie Ross against Defendant arising out of her ingestion of the drug, Vioxx. The case was transferred to the Eastern District of Louisiana as part of the Vioxx MDL.

Good cause now exists for the Court to grant this Motion to Dismiss as Plaintiff no longer desire to pursue her claim and/or claims.

Counsel previously confirmed in writing with the client that this Motion would be filed. Furthermore, a copy of this Motion has been delivered to the client via regular and certified mail at her last known mailing address: Angie Ross, 7148 Banana Tree Lane Al Paso TX 79915. Her last known telephone number was (740) 643-0055.

In summary, because Plaintiff, Angie Ross, in agreement with counsel, no longer wishes to pursue her Vioxx-related claim, we are requesting permission to dismiss this matter.

Respectfully submitted,

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:   (614) 242-3948
joliver@jamioliver.com

Co-Counsel:
**THE KIM LAW FIRM**
John H. Kim
TBN:  00784393
Two Shell Plaza
777 Walker Street, Suite 2500
Houston, Texas 77002-5322
Telephone:   (713) 222-8080
Facsimile:     (713) 238-7710

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Motion to Dismiss has been serviced on Liaison counsel, Russ Herman and Phillip Wittman, by U.S. Mail or by email, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve in accordance with Pretrial Order No. 8, on this 29th day of December, 2005.

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff