IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION )
)
) MDL Docket No. 1657
)
) Section: L
)
) Judge Fallon
) Mag. Judge Knowles

THIS RELATES TO:

Angie Ross v. Merck & Co.,
Civil Action No. 2:05-md- 02326-EEF-DEK)
(transferred from the Southern
District of Ohio, Case No.
05-222-SAS)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 19 PM 1: 18
LORETTA G. WHYTE
CLERK

## ENTRY & ORDER GRANTING PLAINTIFF, ROSS', MOTION TO DISMISS

Upon consideration of Plaintiff's Motion and with good cause shown, the Court hereby grants Plaintiff's Motion to Dismiss the Complaint filed herein with prejudice.

IT IS SO ORDERED.

_____ Apl 18, 2006
Judge

Submitted & Approved:

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:  (614) 242-3948
joliver@jamioliver.com

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____