MINUTE ENTRY
FALLON, J.
APRIL 19, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
       PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**BEFORE JUDGE ELDON E. FALLON**
**Courtroom Deputy:** Gaylyn Lambert
**Court Reporter:** Cathy Pepper

**Appearances:** Russ Herman, Esq. for PSC, Anthony Irpino, Esq. for plaintiffs
              James Dugan, Esq. for Blue Cross/Blue Shield and LA Attorney General
              Phillip Wittmann, Esq. & John Beisner, Esq. for Merck & Co.

1. Motion of Plaintiffs to Re-urge Motion to Consolidate Blue Cross/Blue Shield case (CA 05-713) with Louisiana Attorney General Case (CA 05-3700):   (#3492)

   Argument - DENIED with oral reasons given.

2. Motion of defendant, Merck & Co., Inc., for Reconsideration of Court's Decision to Overrule Merck's Asserted Attorney-Client Privilege as to Documents listed on Merck's Privilege Log:

   Argument - DENIED with oral reasons given.

JS-10:   :50

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No