UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1:46

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO *Gloria Singleton v. Merck & Co., Inc.*, No. 2:05-cv-02576-EEF-DEK, previously filed as 4:05-cv-00094, E.D. Mo. | MDL No. 1657<br><br>SECTION: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Daleco, Inc., d/b/a Medicate Pharmacy of the Leadbelt, in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel, and Brett A. Williams of the law firm of Brown and James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Daleco, Inc., d/b/a Medicate Pharmacy of the Leadbelt in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Daleco, Inc., d/b/a Medicate Pharmacy of the Leadbelt in this matter.

Dated:

_[signature]_

3325797

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____