UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 17 PM 3: 56
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| **CHARLOTTE DUNCAN, individually and as Trustee for the Estate of Jimmie W. Duncan,** | Court File No. 06-309 |
| Plaintiff,<br>v. | |
| Merck & Co., Inc., | |
| Defendant. | |

## STIPULATION AND VOLUNTARY DISMISSAL OF PLAINTIFF CHARLOTTE DUNCAN

Plaintiff, Charlotte Duncan, Individually and as Trustee for the Estate of Jimmie W. Duncan, and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Pro. 41 (a)(1), to a voluntary dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he/she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that, in the event he/she re-files such a lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-

355459-1

1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by plaintiff, as though plaintiff had been a party and had had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: April 11, 2006

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:    612-339-0981
***Attorneys for Plaintiffs***

Dated: April ___, 2006                    STONE PIGMAN WALTHER WITTMANN L.L.C.

By: /s/ Dorothy H. Wimberly
    Phillip A. Wittmann – Reg. No. 13625
    Anthony M. DiLeo – Reg. No. 4942
    Dorothy H. Wimberly – Reg. No. 18509
    Carmelite M. Bertaut – Reg. No. 3054
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

*Liaison Counsel for Defendant Merck & Co., Inc.*

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: /s/ Scott A. Smith
    Scott A. Smith – Reg. No. 174026
    Amanda M. Cialkowski – Reg. No. 306514
    Jan R. McLean Bernier – Reg. No. 0307853
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 17th day of April, 2006.

                                                                                  Dorothy H. Wimberly

DN: 284315