FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17  PM 3: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: John Johnson v. | * | JUDGE FALLON |
| Merck & Co., Inc., No. 05-04922 | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, John Johnson ("Johnson"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal *with prejudice* of the above-styled lawsuit.

Johnson stipulates and agrees to dismiss the instant lawsuit *with prejudice* to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit *with prejudice* to re-filing.

/s/ Joy Rhyne Webb
Joy Rhyne Webb
N.C. Bar No. 22286
Brown Flebotte Wilson & Webb, PLLC
P.O. Box 2247
Durham, NC 27702
Telephone: (919) 688-7393 ext. 225
Facsimile: (919) 683-6323

Counsel for Plaintiff,
John Johnson

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

*/s/ Dorothy H. Wimberly*
Phillip A. Whittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Whittmann L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Defendants' Liaison Counsel


Christopher J. Blake, 16433
Crystal B. Baker, 28437
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC  27612
Telephone:  (919) 877-3800
Facsimile:     (919) 877-3799

Attorneys for Merck & Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 17th day of April, 2006.

*/s/ Dorothy H. Wimberly*