FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17  PM 3: 55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No.: 2:05cv5170

DR. MARC K. WALLACK, a New York resident, and JAMIE COLBY, a New York resident,

       Plaintiffs,

v.

MERCK & CO., INC., a foreign corporation,

       Defendant.

MDL NO: 1657

SECTION L

JUDGE FALLON

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

It is STIPULATED and AGREED between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph.

It is further STIPULATED and AGREED that should plaintiffs or a representative on their behalf re-file plaintiffs' claims against Merck & Co., Inc., they will so do only in the United States District Court in the Southern District of New York or the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and shall not oppose transfer to MDL 1657.

___ Fee____
___ Process____
X Dktd____
✓ CtRmDep____
___ Doc. No____

NY 1027773_11

1

        Respectfully submitted,

        COLSON HICKS EIDSON
        Attorneys for Plaintiffs
        255 Aragon Avenue, Second Floor
        Coral Gables, Florida 33134
        Tel: (305) 476-7400
        Fax: (305) 476-7444

        By _____
           Ervin A. González
           Florida Bar No. 500720
           Email: Ervin@colson.com
           Patrick S. Montoya
           Florida Bar No. 524441
           Email: Patrick@colson.com

        _____
        Vilia B. Hayes
        HUGHES HUBBARD & REED LLP
        One Battery Park Plaza
        New York, New York 10004-1482
        (212) 837-6000

        Attorneys for Defendant Merck & Co., Inc.

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other.

IT IS SO ORDERED.

    ENTERED this __18th__ day of __April__, 2006.

        _____
        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice has been served on Liaison Counsel Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 17 day of April, 2006.

*/s/ Dorothy H. Wimberly*