UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17 PM 3: 54

LORETTA G. WHYTE
CLERK

In Re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To: Mary A. Bails,
et al. v. Merck & Co., Inc., et al. (E.D. La.
Index No. 2:05-CV-02319)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

_____/

## STIPULATION AND VOLUNTARY DISMISSAL
## OF THE CASE OF
## NICHOLAS CAMPANELLI

It is stipulated by the parties that NICHOLAS CAMPANELLI, ONLY (he being one of

sixty-eight separate plaintiffs in this action) may dismiss his action without prejudice pursuant to

Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties

further stipulate that if this action on behalf of Nicholas Campanelli, is re-filed, it must be filed

in federal court. The complaint shall remain in full force and effect on behalf of the remaining

plaintiffs against defendants.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has

been notified of this change in party/counsel status.

_____

Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

_____ Fee_____
_____ Process_____
_X_/Dktd_____
_V_ CtRmDep_____
_____ Doc. No_____

1

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone:  (713) 223-0000
Telecopy:  (713) 223-0440

Attorneys for Plaintiffs

Dated: _____, 2006.

IT IS SO ORDERED.

_____
Judge

_____
Date

April 18, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 17th day of April, 2006

804313v.1