UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20 PM 1: 19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BOB ALTMAN, | ) |
| JERRY COBBLE, | ) |
| DONALD JANOUSEK | ) |
| SAUNDRA FOSTER LACEY, | ) |
| HARVEY NICHOLS, | ) |
| ROSALIE SIMS, individually, as an heir-at-law and on behalf of the heirs of Decedent, RONALD SIMS | ) MDL No. 1657 <br> ) <br> ) Case No. 06-0905 |
| KENNETH ZEIGER, | ) |
| ALFRED MEYER | ) |
| KATHY WADE, AS THE ADMINISTRATOR OF THE ESTATE OF ROSETTA DUCKWORTH A/K/A ROZELL DUCKWORTH and on behalf of any other living heirs. | ) |
| Plaintiffs, | ) |
| v. | ) |
| MERCK & CO., INC. | ) |
| Defendant. | ) |

## ORDER

Upon Consideration of Plaintiffs' Uncontested Motion For Leave To File Amended Complaint and the Court being fully advised in the premises, it is hereby ORDERED that Plaintiffs are granted leave to file their Amended Complaint.

_____April 18th_____                    _____[signature] Eldon E. Fallon_____
DATE                                         JUDGE

cc:

Grant L. Davis           MO #34799
Shawn Foster             MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972
J. Scott Bertram         MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO  64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever        MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO  64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton      MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, Ks  66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza                MO #32475
Brad Honnold             MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo  64148-2355
(816) 512-2171
Fax (816) 512-2172

Thomas P. Cartmell       MO #45366
Brian J. Madden          MO #40637
Thomas J. Preuss         MO #54923
Wagstaff & Cartmell LLP

4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

Wayne S. Spivey          Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, Pa  19103
(800) 568-5868
Fax (215) 568-7495

Phillip Wittmann
546 Carondelet Street,
New Orleans, LA 70130
Telephone 504/581-3200
Fax 504/581-3361