| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL Docket No. 1657<br><br>Section: L<br><br>Judge Fallon<br>Mag. Judge Knowles |
| THIS RELATES TO:<br><br>James Oliver v. Merck & Co.,<br>Civil Action No.2:05-md-04232-EEF-DEK)<br>(transferred from the Southern District of Ohio, Case No. 05-331-EAS-TPK) ) ) ) ) ) | |

### OLIVER LAW OFFICES, INC. , JAMI S. OLIVER, AND JOHN KIM'S, MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, JAMES OLIVER

Now comes the law firm of Oliver Law Offices, Inc. and attorneys Jami S. Oliver and John Kim, and file their Motion to Withdraw as Counsel of Record for James Oliver for the reasons set forth herein:

On or about April 5, 2005, Oliver Law Offices, Inc., along with the previously-mentioned co-counsel, filed a Complaint on behalf of James Oliver against Defendant arising out of his ingestion of the drug, Vioxx. The case was transferred to the Eastern District of Louisiana as part of the Vioxx MDL.

Good cause now exists for the Court to grant this Motion to Withdraw because a conflict of interest has arisen between the client and counsel.

Counsel previously confirmed in writing with the client that this Motion would be filed. Furthermore, a copy of this Motion has been delivered to the client via regular and certified mail at his last known mailing address: James Oliver, 12024 Shaker Blvd., Shaker Heights OH 44120. His last known telephone number was: (216) 751-5248.

In summary, because a conflict of interest has arisen, counsel is requesting permission to withdraw from this matter.

Respectfully submitted,

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Case 2:05-md-01657-EEF-DEK   Document 4364   Filed 04/17/06   Page 2 of 2

*Oliver v. Merck & Co.*
Motion to Withdraw as Counsel of Record
Page 2 of 2

OLIVER LAW OFFICES, INC.

*(signature)*

Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:   (614) 242-3948
joliver@jamioliver.com

Co-Counsel:
THE KIM LAW FIRM
John H. Kim
TBN:  00784393
Two Shell Plaza
777 Walker Street, Suite 2500
Houston, Texas 77002-5322
Telephone:   (713) 222-8080
Facsimile:    (713) 238-7710

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Motion to Withdraw as Counsel has been serviced on Liaison counsel, Russ Herman and Phillip Wittman, by U.S. Mail or by email, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve in accordance with Pretrial Order No. 8, on this 29th day of December, 2005.

OLIVER LAW OFFICES, INC.

*(signature)*

Jami S. Oliver (0061738)
Trial Attorney for Plaintiff