IN RE: VIOXX® PRODUCTS )    MDL Docket No. 1657
LIABILITY LITIGATION )
)
)    **Section: L**
)
**THIS RELATES TO:** )    **Judge Fallon**
)    **Mag. Judge Knowles**
*James Oliver v. Merck & Co.,* )
**Civil Action No.2:05-md-04232-EEF-DEK**)
     (transferred from the Southern )
     District of Ohio, Case No. )
     05-331-EAS-TPK) )

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1: 17

LORETTA G. WHYTE
CLERK

## ENTRY & ORDER GRANTING PLAINTIFF, OLIVER'S, MOTION TO WITHDRAW

Upon consideration of Plaintiff's Motion and with good cause shown, the

Court hereby grants Plaintiff's Motion to Withdraw as Counsel herein.

IT IS SO ORDERED.

_____ April 18, 2006
Judge

Submitted & Approved:

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:   (614) 242-3948
joliver@jamioliver.com

____ Fee_____
____ Process_____
X  Dktd_____
____ CtRmDep_____
____ Doc. No_____