IN RE: VIOXX® PRODUCTS )   MDL Docket No. 1657
LIABILITY LITIGATION )
                         )
                         )   Section: L
_____ )
                         )   Judge Fallon
THIS RELATES TO: )   Mag. Judge Knowles
                         )
*Sherry Oiler v. Merck & Co.,* )
Civil Action No.2:05-md- 02335-EEF-DEK)
  (transferred from the Southern )
  District of Ohio, Case No. )
  2:05-cv-0323-JLG-MRA) )

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 17 2006

LORETTA G. WHYTE
CLERK

### OLIVER LAW OFFICES, INC. . JAMI S. OLIVER, AND JOHN KIM'S, MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, SHERRY OILER

Now comes the law firm of Oliver Law Offices, Inc. and attorneys Jami S. Oliver and John Kim, and file their Motion to Withdraw as Counsel of Record for Sherry Oiler for the reasons set forth herein:

On or about April 5, 2005, Oliver Law Offices, Inc., along with the previously-mentioned co-counsel, filed a Complaint on behalf of Sherry Oiler against Defendant arising out of her ingestion of the drug, Vioxx. The case was transferred to the Eastern District of Louisiana as part of the Vioxx MDL.

Good cause now exists for the Court to grant this Motion to Withdraw because a conflict of interest has arisen between the client and counsel.

Counsel previously confirmed in writing with the client that this Motion would be filed. Furthermore, a copy of this Motion has been delivered to the client via regular and certified mail at her last known mailing address: Sherry Oiler, 176 E. Allen St., Lancaster OH 43130. Her last known telephone number was: (740) 654-6558.

In summary, because a conflict of interest has arisen, counsel is requesting permission to withdraw from this matter.

__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No_____

*Oiler v. Merck & Co.*
**Motion to Withdraw as Counsel of Record**
**Page 2 of 2**

Respectfully submitted,

OLIVER LAW OFFICES, INC.

Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:   (614) 242-3948
joliver@jamioliver.com

Co-Counsel:
**THE KIM LAW FIRM**
John H. Kim
TBN:   00784393
Two Shell Plaza
777 Walker Street, Suite 2500
Houston, Texas 77002-5322
Telephone:   (713) 222-8080
Facsimile:   (713) 238-7710

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Motion to Withdraw as

Counsel has been serviced on Liaison counsel, Russ Herman and Phillip Wittman, by

U.S. Mail or by email, and upon all parties by electronically uploading the same to

LEXIS/NEXIS File & Serve in accordance with Pretrial Order No. 8, on this 29th day of

December, 2005.

OLIVER LAW OFFICES, INC.

Jami S. Oliver (0061738)
Trial Attorney for Plaintiff