IN RE: VIOXX® PRODUCTS ) MDL Docket No. 1657
LIABILITY LITIGATION )
) Section: L
)
) Judge Fallon
THIS RELATES TO: ) Mag. Judge Knowles
)
Sherry Oiler v. Merck & Co., )
Civil Action No.2:05-md-02335-EEF-DEK)
(transferred from the Southern )
District of Ohio, Case No. )
2:05-cv-0323-JLG-MRA) )

## ENTRY & ORDER GRANTING PLAINTIFF, OILER'S, MOTION TO WITHDRAW

Upon consideration of Plaintiff's Motion and with good cause shown, the Court hereby grants Plaintiff's Motion to Withdraw as Counsel herein.

IT IS SO ORDERED.

_____  April 18, 2006
Judge

Submitted & Approved:

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:  (614) 242-3948
joliver@jamioliver.com

Fee_____
Process_____
X / Dktd_____
√ / CtRmDep_____
Doc. No_____