| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | Section: L |
| THIS RELATES TO: | Judge Fallon |
| | Mag. Judge Knowles |
| Wilma Bradam v. Merck & Co., Civil Action No. 2:05cv2343 (transferred from the Southern District of Ohio, Case No. 05-332-GCS-MRA) | |

*FILED APR 17 2006 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA*

### OLIVER LAW OFFICES, INC., JAMI S. OLIVER, AND JOHN KIM'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, WILMA BRADAM

Now comes the law firm of Oliver Law Offices, Inc. and attorneys Jami S. Oliver and John Kim, and file their Motion to Withdraw as Counsel of Record for Wilma Bradam for the reasons set forth herein:

On or about April 5, 2005, Oliver Law Offices, Inc., along with the previously-mentioned co-counsel, filed a Complaint on behalf of Wilma Bradam against Defendant arising out of her ingestion of the drug, Vioxx. The case was transferred to the Eastern District of Louisiana as part of the Vioxx MDL.

Good cause now exists for the Court to grant this Motion to Withdraw because a conflict of interest has arisen between the client and counsel.

Counsel previously confirmed in writing with the client that this Motion would be filed and the client is in agreement, in writing, with the filing of this Motion. Furthermore, a copy of this Motion has been delivered to the client via regular and certified mail at her last known mailing address: Wilma Bradam, 775 Lawrence Rd., Maysville KY 41056. Her last known telephone number was: (937) 835-5045.

In summary, because a conflict of interest has arisen, counsel and client have agreed that counsel will request permission to withdraw from this matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

*Bradam v. Merck & Co.*
Motion to Withdraw as Counsel of Record
Page 2 of 2

Respectfully submitted,

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:   (614) 242-3948
joliver@jamioliver.com

Co-Counsel:
**THE KIM LAW FIRM**
John H. Kim
TBN:  00784393
Two Shell Plaza
777 Walker Street, Suite 2500
Houston, Texas 77002-5322
Telephone:  (713) 222-8080
Facsimile:  (713) 238-7710

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Motion to Withdraw as Counsel has been serviced on Liaison counsel, Russ Herman and Phillip Wittman, by U.S. Mail or by email, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve in accordance with Pretrial Order No. 8, on this 29th day of December, 2005.

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff