FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1: 18

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | Section: L |
| THIS RELATES TO: | Judge Fallon |
| | Mag. Judge Knowles |
| Wilma Bradam v. Merck & Co., Civil Action No.2:05 (transferred from the Southern District of Ohio, Case No. 05-332-GCS-MRA) | |

### ENTRY & ORDER GRANTING PLAINTIFF, BRADAM'S, MOTION TO WITHDRAW

Upon consideration of Plaintiff's Motion and with good cause shown, the Court hereby grants Plaintiff's Motion to Withdraw as Counsel herein.

IT IS SO ORDERED.

_____ April 18, 2006
Judge

Submitted & Approved:

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:   (614) 242-3948
joliver@jamioliver.com

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____