

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 17  PM 4: 28
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | MDL Docket No. 1657 |
| | § | |
| VIOXX PRODUCTS LIABILITY | § | JUDGE FALLON |
| LITIGATION | § | MAG. JUDGE KNOWLES |
| | § | |
| | § | |
| JIMMY SULLIVAN; RITA MEADOWS; | § | CASE NO. 2:05cv4453 |
| NANCY MARTIN; BETTY BROWN, | § | |
| INDIVIDUALLY, AND AS REPRE- | § | |
| SENTATIVE OF THE ESTATE OF | § | |
| LOYAL BROWN; LAVERNE WOOSLEY; | § | |
| DORA G. FARRIS; DIANNE RAY; | § | |
| KAREN KEY;  and DAVID RUSSELL; | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO INC., d/b/a MERCK, | § | |
| Defendant. | § | |

## PLAINTIFFS' MOTION TO DISMISS

TO THE HONORABLE JUDGE FALLON:

COMES NOW, Plaintiffs in the above-entitled and numbered cause, and make and file this their Motion to Dismiss, and in support thereof would respectfully show the Court the following:

I.

Plaintiffs originally filed this suit on September 29, 2005, in the United States District Court, Eastern District of Louisiana, MDL Docket 1657.

II.

Plaintiffs, Karen Key, David Russell, Dora Farris, Nancy Martin, Rita Meadows, and Betty Brown, Individually and as Representative of the Estate of Loyal Brown, presently no longer wish to pursue their claims against Defendant.

Plaintiffs Karen Key, David Russell, Dora Farris, Nancy Martin, Rita Meadows, and Betty Brown, Individually and as Representative of the Estate of Loyal Brown move the Court to dismiss without prejudice their lawsuit against Defendant, and to allow Plaintiffs Jimmy Sullivan, Dianne Ray and Laverne Woosley to continue to proceed against named Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Karen Key, David Russell, Dora Farris, Nancy Martin, Rita Meadows, and Betty Brown, Individually and as Representative of the Estate of Loyal Brown pray that the Court grant their Motion to Dismiss without prejudice their lawsuit against Defendant, and to allow Plaintiffs Jimmy Sullivan, Dianne Ray and Laverne Woosley to continue to proceed against named Defendant, and for such other and further relief, both at law and in equity, to which Plaintiffs may show themselves to be justly entitled.

Respectfully submitted,

*(signature)*

WILLIAM B. CURTIS
Texas Bar No. 00783918
**LAW OFFICES OF MILLER AND CURTIS, L.L.P.**
5489 Blair Road, Fifth Floor
Dallas, Texas 75231
(214) 987-0005 Telephone
(214) 987-2545 Facsimile

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record *via Lexis/Nexis File* and Serve on this 10th day of April, 2006.

<u>VIA CMRRR 7005 0390 0000 5969 8122</u>
Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112

*(signature)*

William B. Curtis

PLAINTIFFS' MOTION TO DISMISS - PAGE 3