IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | MDL Docket No. 1657 |
| | § | |
| VIOXX PRODUCTS LIABILITY | § | JUDGE FALLON |
| LITIGATION | § | MAG. JUDGE KNOWLES |
| | § | |
| JIMMY SULLIVAN; RITA MEADOWS; | § | CASE NO. 2:05cv4453 |
| NANCY MARTIN; BETTY BROWN, | § | |
| INDIVIDUALLY, AND AS REPRE- | § | |
| SENTATIVE OF THE ESTATE OF | § | |
| LOYAL BROWN; LAVERNE WOOSLEY; | § | |
| DORA G. FARRIS; DIANNE RAY; | § | |
| KAREN KEY; and DAVID RUSSELL; | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO INC., d/b/a MERCK, | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFFS' MOTION TO DISMISS

TO THE HONORABLE JUDGE FALLON:

On this date came on to be considered Plaintiffs' Motion to Dismiss. After considering the merits of the Motion, the pleadings on file and the evidence presented, the Court is of the opinion that the Motion is hereby GRANTED without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Dismiss, is GRANTED, without prejudice. If the plaintiffs seek to re-file their claims, they must do so in federal court.

SIGNED this 18th day of April, 2006.

_____
JUDGE FALLON

Order on Plaintiffs' Motion to Dismiss - Solo Page