

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED

APR 1 7 2006

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:      **VIOXX**
             **PRODUCTS LIABILITY LITIGATION**      **MDL NO.: 1657**

                                                          **SECTION L**

**THIS DOCUMENT RELATES TO:**      **Docket No. 1657**
**2:05-CV-01982-EEF-DEK**
(Northern District of Alabama (Middle) 05-572-CLS)
Lead Case: 2:05-md-01757-EEF-DEK

PAMELA MITCHELL, et al v. MERCK & CO., INC., et al

                                             Judge Eldon E. Fallon, Presiding
                                            Mag. Judge Knowles

### MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND

NOW INTO COURT, through undersigned counsel, comes KSM Enterprises, Inc. and files this Motion For Extension of Time in Which to Respond to the Complaint for Damages filed by the plaintiff, Pamela Mitchell, for the following reasons, to wit:

#### I.

On or about March 17, 2006, KSM Enterprises, Inc. was served with a Complaint filed by Pamela Mitchell, Individually and as Administratrix of the Estate of Vincent Scott Mitchell, Deceased Plaintiff, through her counsel, Jeffrey C. Kirby.

#### II.

On April 5, 2006, counsel for KSM Enterprises, Inc., Edward D. Markle, received a copy of the complaint. An answer to the complaint will be due by April 16, 2006.

\_\_ Fee_____
\_\_ Process_____
X Dktd _____
\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No\_\_\_\_

1

## III.

Counsel for KSM Enterprises, Inc., Edward D. Markle, requires additional time to investigate the claim in order to prepare an adequate response to the complaint filed in this matter.

## IV.

Accordingly, undersigned counsel contacted the office of counsel for Ms. Mitchell, Jeffrey C. Kirby, who stated that they have no objection to a 20-day extension of time in which to provide a response to the Complaint for Damages, to May 5, 2006.

## V.

Therefore, KSM Enterprises, Inc. respectfully requests that its Motion for Extension of Time in Which to Respond be granted.

Respectfully submitted,

**Edward D. Markle - LA Bar #8919**
Markle & Associates, APLC
3520 General DeGaulle, Suite 5070
New Orleans, Louisiana 70114
Phone: (504) 561-6633
Fax:    (504) 561-6613

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )    Hand Delivery          ( )    Prepaid U.S. Mail
(X)    Facsimile              ( )    Federal Express

New Orleans, Louisiana this ___12___ day of April, 2006.

**Edward D. Markle**

2