

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1: 22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:    VIOXX
          PRODUCTS LIABILITY LITIGATION       MDL NO.: 1657

                                              SECTION L

THIS DOCUMENT RELATES TO:    Docket No. 1657
2:05-CV-01982-EEF-DEK
(Northern District of Alabama (Middle) 05-572-CLS)
Lead Case: 2:05-md-01757-EEF-DEK

PAMELA MITCHELL, et al v. MERCK & CO., INC., et al

                                    Judge Eldon E. Fallon, Presiding
                                    Mag. Judge Knowles

## ORDER

Considering the foregoing,

IT IS ORDERED that the Motion for an Extension of Time in Which To Respond is hereby GRANTED and that the response of KSM Enterprises, Inc. to the Complaint for Damages must be filed by May 5, 2006.

New Orleans, Louisiana, this 18th day of April, 2006.

_____
JUDGE

3

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No _____