

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Piquet v. Merck & Co., Inc., <br> No. 05-4786-EEF-DEK | MAG. JUDGE KNOWLES |

**STIPULATION TO FILE AMENDED ANSWER**

Plaintiff and Defendant Merck & Co., Inc. ("Merck"), pursuant to Federal Rule of Civil Procedure 15(a), hereby stipulate and consent to the amendment of the Defendant's answer to Plaintiff's complaint filed in the above-captioned action, for the sole purpose of including an additional affirmative defense, relative to Plaintiff's fraud allegations[1]. Further, Plaintiff and Defendant specifically stipulate and consent to the filing of Defendant's proposed Amended Answer, attached hereto as Exhibit A and incorporated herein by reference. Finally, Plaintiff and Defendant stipulate that Plaintiff reserves the right to move to amend his Complaint in the future

---

[1] It is acknowledged by the parties that subsequent to the filing of the initial Answer to Complaint, the action was transferred to the MDL from the U.S.D.C. (Idaho). Therefore, the Amended Answer to Complaint was prepared using the MDL standard caption.

**STIPULATION TO FILE AMENDED ANSWER - 1**

in conformance with evidence not available at the time of filing, under Federal Rule of Civil Procedure 15(b).

DATED this 10th day of April, 2006.

LaDawn Marsters, Esq., PLLC

By _____
LaDawn M. Marsters
Attorneys for Plaintiffs

DATED this 12th day of April, 2006.

Moffatt, Thomas, Barrett, Rock & Fields, Chartered

By _____
Stephen R. Thomas – Of the Firm
Attorneys for Defendant
Merck & Co., Inc.

**STIPULATION TO FILE AMENDED ANSWER - 2**   BOI_MT2:611892.1