FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20 PM 1:21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Piquet v. Merck & Co., Inc., No. 05-4786-EEF-DEK | MAG. JUDGE KNOWLES |

### ORDER APPROVING STIPULATION TO AMEND ANSWER

Considering the parties' foregoing Stipulation to Amend Answer filed with the Court, and the Court having found good premises therein;

IT IS ORDERED BY THE COURT, that the Stipulation to Amend Answer is approved, such that Defendant may file its proposed Amended Answer to Complaint in the form attached as Exhibit A to such Stipulation.

NEW ORLEANS, LOUISIANA, this 19th day of April, 2006.

United States District Judge Eldon Fallon

___ Fee_____
___ Process_____
X  Dktd_____
__ CtRmDep_____
___ Doc. No_____

ORDER - 1

BOI_MT2:611893.1