FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17 PM 3: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Cox v. Merck & Co., Inc., No. 05-3129-EEF-DEK | MAG. JUDGE KNOWLES |

**STIPULATION TO FILE AMENDED ANSWER**

Plaintiff and Defendant Merck & Co., Inc. ("Merck"), pursuant to Federal Rule of Civil Procedure 15(a), hereby stipulate and consent to the amendment of the Defendant's answer to Plaintiff's complaint filed in the above-captioned action, for the sole purpose of including an additional affirmative defense, relative to Plaintiff's fraud allegations. Further, Plaintiff and Defendant specifically stipulate and consent to the filing of Defendant's proposed Amended Answer, attached hereto as Exhibit A and incorporated herein by reference. Finally, Plaintiff and Defendant stipulate that Plaintiff reserves the right to move to amend her Complaint in the future in conformance with evidence not available at the time of filing, under Federal Rule of Civil Procedure 15(b).

**STIPULATION TO FILE AMENDED ANSWER - 1**

Fee_____
Process_____
X/Dktd_____
CtRmDep 811879.1
Doc. No_____

DATED this 10th day of April, 2006.

                    LaDawn Marsters, Esq., PLLC

                    By _____
                    LaDawn M. Marsters
                    Attorneys for Plaintiffs

DATED this 10th day of April, 2006.

                    Moffatt, Thomas, Barrett, Rock &
                    Fields, Chartered

                    By _____
                    Stephen R. Thomas – Of the Firm
                    Attorneys for Defendant
                    Merck & Co., Inc.