FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Cox v. Merck & Co., Inc., No. 05-3129-EEF-DEK | MAG. JUDGE KNOWLES |

### ORDER APPROVING STIPULATION TO AMEND ANSWER

Considering the parties' foregoing Stipulation to Amend Answer filed with the Court, and the Court having found good premises therein;

IT IS ORDERED BY THE COURT, that the Stipulation to Amend Answer is approved, such that Defendant may file its proposed Amended Answer to Complaint in the form attached as Exhibit A to such Stipulation.

NEW ORLEANS, LOUISIANA, this 18th day of April, 2006.

United States District Judge Eldon Fallon

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No: 611878.1

ORDER - 1