FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 18 AM 11:54
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**THIS DOCUMENT RELATES TO: *Deborah Morris v. Merck & Co., Inc.,* Case No. 05-4478.**

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Deborah Morris ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a



particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

WHEREFORE, the parties hereto stipulate to and the Court hereby orders the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this 18th day of April, 2006.

UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: April 13, 2006

Troy Rafferty, Florida Bar No. 024120
Rachel Raymon Gilmer, Florida Bar No. 0887331
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600 (32502)
P.O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7000
Fax: (850) 435-7020
www.levinlaw.com

Attorneys for Plaintiff Deborah Morris

Dated: April 18, 2006

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 18th day of April, 2006.

______________________________