

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19  PM 4: 17

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                  :     MDL NO. 1657
PRODUCTS LIABILITY LITIGATION                 :     SECTION: L
                                              :
                                              :     JUDGE FALLON
                                              :     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*SCHNELLER V. MERCK & CO., INC.*, 05-5382

### ORDER

IT IS ORDERED that Plaintiffs' Liaison Counsel is directed to contact the Plaintiff and discuss the Plaintiff's Motion for an Order Directing Lexis Nexis and Other Vendors to Enable Registration of Pro Se Plaintiff Who is Not An Attorney.

New Orleans, Louisiana, this __19th__ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

James D. Schneller
500 East Lancaster Ave. #111D
Radnor, PA 19087

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

James D. Schneller          pro se
500 East Lancaster Ave. # 111d
Radnor, PA 19087
610-688-9471

RECEIVED
APR 17 2006
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs

Civil Action No. 05 - 5382

v.

Merck & Company, Inc.,    defendant

MOTION FOR AN ORDER DIRECTING LEXIS NEXIS AND OTHER VENDORS TO
ENABLE REGISTRATION OF PRO SE PLAINTIFF WHO IS NOT AN ATTORNEY

James D. Schneller, plaintiff, moves the court for an order directing Lexis Nexis to enable registration of plaintiff in order to comply with Pretrial Order No. 8. In support of this petition plaintiff states the following:

1) Plaintiffs' suit was transferred from the District Court, Eastern District of Pennsylvania, in the Order filed by the Judicial Panel on Multidistrict Litigation in this Court on December 27, 2005.

2) Plaintiff served, on December 14, 2005, on plaintiff's liaison counsel, and on defense liaison

- 3 -

counsel, his MDL 1657 Counsel Contact Information Form.

3) The Court in Pre trial Orders No. 8 and No. 14 directs all litigants or their attorneys to register with Lexis Nexis File and Serve, and for all service to be made through Lexis Nexis. Defendant has been directed or has stipulated that it will post all records, which it has obtained on plaintiffs in this MDL, on a website operated by Litigation Management, Inc.

4) Plaintiff has been expressly informed by Lexis Nexis and by Litigation Management, Inc. that he is not permitted to open an account with them because he is not an attorney.

5) Plaintiff is prejudiced by his not receiving service of the many and varied pleadings that are taking place, and by the alternative requirement, if any were permitted, such as to request service of, and to serve, the thousands of parties in this action, in hard copy.

6) Lexis Nexis and LMI have admitted to movant their need for some measure of direct instruction from this Court, before they would allow plaintiff's registration. Both firms have indicated that such a directive is a solution with which they are familiar, and with which they are able to comply.

WHEREFORE, Petitioner respectfully requests this Court enter an Order directing Lexis Nexis File and Serve, Litigation Management, Inc, and any future vendors who act under the directive of this Court, to allow plaintiff to register with those firms.

WHEREFORE, petitioner respectfully requests that the requirement for service of this petition on all parties by first class mail be waived.

*James D. Schneller*   pro se                                        Date: April 13, 2006
500 East Lancaster Ave. # 111d
Radnor, PA 19087
610-688-9471

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs

Civil Action No. 05 - 5382

v.

Merck & Company, Inc., defendant

## CERTIFICATE OF ATTEMPT TO RESOLVE

I, James D. Schneller, certify that I attempted to obtain consent for the filing and granting of the relief, which is requested in this motion, from all parties having an interest to oppose this motion, through the defense liaison counsel, by sending a letter to defense liaison counsel, with a proposed stipulation agreement, and by subsequently telephoning them regarding this matter.

*/s/ James D. Schneller*
James D. Schneller        pro se
500 East Lancaster Ave. # 111d
Radnor, PA 19087

Date: April 13, 2006

- 2 -

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION        :      MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the            Civil Action No.  05 - 5382
Wrongful Death of Marjorie C. Schneller, et al
                        plaintiffs
v.

Merck & Company, Inc.,     defendant

## CERTIFICATE OF SERVICE

      I, James D. Schneller, hereby certify that I served a true and correct copy of the within Motion upon :

Plaintiffs' Liaison Counsel - Vioxx Products Liability Litigation
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA   70170                    on  4/13/6

Defense Liaison Counsel - Vioxx Products Liability Litigation
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130                      on  4/13/6

Defense Liaison Counsel - Vioxx Products Liability Litigation
Williams & Connolly
725 12th St N.W.
Washington, D.C.  20005                    on  4/13/6

Lexis Nexis
LexisNexis File and Serve
P.O. Box 933
Dayton, OH 45401-0933                      on  4/13/6

_/s/ James D. Schneller_  James D. Schneller

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs

Civil Action No. 05 - 5382

v.

Merck & Company, Inc.,    defendant

ORDER

     AND NOW, this _____day of _____, 2006, upon consideration of plaintiff James Schneller's Motion for an Order, the Motion is GRANTED.

     It is hereby ORDERED that Lexis Nexis File and Serve, Litigation Management, Inc., and all other vendors who participate in this multidistrict litigation, allow James D. Schneller, who resides at 500 East Lancaster Avenue # 111d Radnor, PA 19087, to register with them, and to be afforded utilization of their services, which are provided pursuant to the directives of this Court.

_____

UNITED STATES DISTRICT JUDGE



James Schneller
500 E. Lancaster #111 D
Radnor, PA 19087

CERTIFIED MAIL
7005 1160 0002 7165 9930

Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130