LEVIN, FISHBEIN, SEDRAN & BERMAN
By: Arnold Levin, Esquire
    Fred Longer, Esquire
    Michael M. Weinkowitz, Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 /(215) 592-4663 (fax)
Mweinkowitz@lfsblaw.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 19 PM 3: 11
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX® PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| This document relates to:<br>*CAROL JONES, EXECUTRIX OF THE ESTATE OF EDWARD JONES, DECEASED v. MERCK & CO., et al.*, (E.D.La. 06-1528) | SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### STIPULATION OF DISMISSAL

It is STIPULATED and AGREED by and between the parties that, pursuant to Fed.R.Civ.P. 41(a)(1), the action captioned above is hereby DISMISSED WITHOUT PREJUDICE as to all parties, with each party to bear its own costs and counsel fees.

It is further STIPULATED and AGREED that should plaintiff or a representative on her behalf re-file plaintiff's claims against Merck and the other defendants named herein, they will do so only in federal court and in no other forum.

By:

LEVIN, FISHBEIN, SEDRAN & BERMAN
Attorneys for Plaintiffs

_____
Michael M. Weinkowitz, Esquire
Date: 4-18-06

DECHERT LLP
Attorneys for Defendant Merck & Co., Inc.

_____
Fred T. Magaziner, Esquire
A. Elizabeth Balakhani, Esquire
Date: 3/29/06

Phillip A. Whittmann, Esquire
Dorothy H. Wimberly, Esquire
Camelite M. Bertaut, Esquire
Stone Pigman Walther Whittmann L.L.C.
*Defendants' Liaison Counsel*

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

**SCHULTE ROTH & ZABEL, LLP**
Attorneys for Defendant Edward Skolnick

_____
Barbara Reid, Esquire Esquire
Date: 4/13/06

**COZEN O'CONNOR**
Attorneys for Defendant David Anstice

_____
William J. Winning, Jr., Esquire
Date: 3/30/06

**GIBBONS, DEL DEO, DOLAN GRIFFINGER & VECCHIONE**
Attorneys for Defendant Louis Sherwood

_____
Mark A. Berman, Esquire
Date: 4/10/06

**DECHERT LLP**
Attorneys for Defendant Peter Kim

_____
Fred T. Magaziner, Esquire
A. Elizabeth Balakhani, Esquire
Date: 3/29/06