UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| This document relates to: | * | JUDGE FALLON |
| *Lynch, et al. v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-05072-EEF-DEK) | * | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ronald Ranahan and Defendant Merck & Co., Inc., parties to the above-captioned action, through their undersigned counsel, hereby stipulate and agree that Plaintiff Ranahan is hereby voluntarily dismissed without prejudice, with each party bearing its own costs and counsel fees.

Plaintiff Ranahan and Defendant Merck & Co., Inc. further stipulate and agree that should Plaintiff choose to re-file his Vioxx injury claim against Defendant Merck & Co., Inc. at a future date, said claim will be filed in federal court.

Respectfully submitted,

By: _____
Michael Stratton (CT 08166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

*Attorney for Plaintiff Ronald Ranahan*

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

By: *[signature: Dorothy H. Wimberly]*
Phillip A. Whittmann (13625)
Anthony M. DiLeo (4942)
Dorothy H. Wimberly (18509)
Carmelite M. Bertaut (3054)
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel.: (504) 581-3200
Fax: (504) 581-3361

*Defendant's Liaison Counsel*

By: *[signature]*
Alan G. Schwartz (CT 05891)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832
Tel.: (203) 498-4400
Fax: (203) 782-2889
aschwartz@wiggin.com

*Attorney for Defendant Merck & Co. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation of Voluntary Dismissal** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 19th day of April, 2006.

*Dorothy H. Wimberly*

\17467\18\584554.2