FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19  PH 3: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:   VIOXX®                                  *        MDL No. 1657
                                                 *
PRODUCTS LIABILITY LITIGATION     *        SECTION: L
                                                 *
This document relates to:               *        JUDGE FALLON
*Sokoloff, et al. v. Merck & Co., Inc.*    *        MAG. JUDGE KNOWLES
(E.D. La. 2:05-cv-06107)                  *
                                                 *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## MOTION TO WITHDRAW AS COUNSEL

Kiran K. Ghia hereby moves the Court for leave to withdraw as counsel for defendant

Merck & Co., Inc. in this matter.  The reason for this withdrawal is that the undersigned has

resigned from the firm of Wiggin and Dana LLP.  Attorney Alan G. Schwartz has previously

filed an appearance in this matter on behalf of Merck & Co., Inc., and will continue to act as

counsel on their behalf.

Respectfully submitted,

Kiran K. Ghia (ct26691)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508
Telephone:  (203) 498-4400
Fax:  (203) 782-2889
kghia@wiggin.com
Fax: 203-782-2889

Counsel for Merck & Co., Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Withdraw as Counsel** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __19th__ day of April, 2006.