UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  PM 12: 15

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Sokoloff, et al. v. Merck & Co., Inc.* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-06107) | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Withdraw as Counsel, it is ORDERED that Kiran K. Ghia be and she hereby is permitted to withdraw as counsel of record for defendant Merck & Co., Inc. in this matter. The Motion to Withdraw as Counsel is hereby GRANTED.

Signed and Entered this 20 of April, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
    CtRmDep_____
___ Doc. No_____