FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 2:35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :    MDL No. 1657
PRODUCTS LIABILITY LITIGATION                 :
                                              :    SECTION: L
                                              :
THIS DOCUMENT RELATES TO ALL CASES            :    JUDGE FALLON
                                              :    MAG. JUDGE KNOWLES

## NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) FOR HUI QUAN

To:   Merck & Co., Inc.
      Through
      Phillip A. Wittman, Esq.
      Stone, Pigman
      546 Carondelet Street
      New Orleans, LA 70130-3588

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take deposition of the following individual on the date and time indicated below at Hughes Hubbard & Reed, One Battery Park Plaza, New York, NY 10004 or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures- The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

Videotaped Deposition:   Yes

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed.

   Deponent: Hui Quan
   Date: May 16 & 17, 2006
   Time: 9:00 a.m.
   Primary Examiner: Don Arbitblit

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

Respectfully submitted,

*Rachael Gilmer* (signature)

Rachael R. Gilmer, Esq.
FL Bar No.: 0887331
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Steet, Suite 600 (32502)
P.O. Box 12308
Pensacola, FL 32591
(850) 435-7023 (Tel)
(850) 435-7020 (Fax)
www.levinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 7 day of April, 2006.

Theodore V. H. Mayer, Esq.
Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street Suite 3601
Jersey City, NJ 07302

Doug R. Marvin, Esq.
Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005

Rachael R. Gilmer, Esq.

3