UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX
         PRODUCTS LIABILITY LITIGATION          MDL NO.: 1657

                                                SECTION L

THIS DOCUMENT RELATES TO:    Docket No. 1657
2:05-CV-01982-EEF-DEK
(Northern District of Alabama (Middle) 05-572-CLS)
Lead Case: 2:05-md-01757-EEF-DEK

PAMELA MITCHELL, et al v. MERCK & CO., INC., et al

                                    Judge Eldon E. Fallon, Presiding
                                    Mag. Judge Knowles

### NOTICE OF HEARING

Undersigned counsel for KSM Enterprises, Inc. will bring the foregoing Motion to Dismiss, or in the alternative, Motion to Remand for hearing with oral argument before the Court at ~~11:00~~ 9:00 a.m. on the 10th day of May, 2006 before Mag. Judge ~~Knowles~~. Fallon

Respectfully submitted,

Edward D. Markle - LA Bar #8919
Markle & Associates, APLC
3520 General DeGaulle, Suite 5070
New Orleans, Louisiana 70114
Phone: (504) 561-6633
Fax:   (504) 561-6613

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery     ( ) Prepaid U.S. Mail

(X) Facsimile     ( ) Federal Express

New Orleans, Louisiana this ___18___ day of April, 2006.

_____
Edward D. Markle