UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        VIOXX
              PRODUCTS LIABILITY LITIGATION          MDL NO.: 1657

                                                     SECTION L

THIS DOCUMENT RELATES TO:        Docket No. 1657
2:05-CV-01982-EEF-DEK
(Northern District of Alabama (Middle) 05-572-CLS)
Lead Case: 2:05-md-01757-EEF-DEK

PAMELA MITCHELL, et al v. MERCK & CO., INC., et al

                                          Judge Eldon E. Fallon, Presiding
                                          Mag. Judge Knowles

### ORDER

**CONSIDERING THE FOREGOING** motion,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is GRANTED and that the claims of Plaintiff, Pamela Mitchell, individually and as Administratrix of the Estate of Vincent Scott Mitchell, deceased, against Defendant, KSM Enterprises, Inc. are hereby dismissed, without prejudice, each party to bear his own costs.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2006.

                                          _____
                                                      **JUDGE**

5