UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Sullivan v. Merck & Co., Inc.*, 05-4453

## ORDER

Having been informed that the Plaintiff's Motion for Leave to File First Amended Complaint (Rec. Doc. 4268) was not unopposed, IT IS ORDERED that the Court's Order dated April 17, 2006 (Rec. Doc. 4269) is VACATED.

New Orleans, Louisiana, this  20th  day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE