ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No. 1657 |
| VIOXX PRODUCTS LIABILITY LITIGATION | Case No. 05-6352 ~~2:05-627~~ |
| DANIEL MORRISON, KATHLEEN PETERSON and GARY PETERSON, FLORENCE PINSONAULT and ELI PINSONAULT, KIRA REQUA and EL REQUA and JOHN ROGERS, | Sect L/3 |
| Plaintiffs, | |
| vs. | |
| MERCK & COMPANY, INC., a foreign corporation; et al., | |
| Defendants. | |

## MOTION FOR REMAND

Plaintiffs named above, by and through their undersigned counsel, hereby move this Honorable Court for its Order to remand this case to Case No. A-499669 in the Eighth Judicial District Court, Clark County, State of Nevada.

Plaintiffs hereby adopt the attached Exhibits 1, 2, and 3, the pleadings from the remand proceedings in case number CV-N-05-0334-ECR (VPC) of the U.S. District Court, Northern District of Nevada, for the Court's consideration, as follows:

Exhibit 1:    Motion to Remand (Plaintiffs') CV-S-05-0627-KJD(LRL)

Exhibit 2:    Opposition to Motion to Remand (Defendants') CV-S-05-0627-KJD(LRL)

Exhibit 3:    Reply on Motion to Remand (Plaintiffs') CV-S-05-0627-KJD(LRL)

Counsel for Plaintiffs has contacted counsel for Defendant Merck on this Motion and Defendant's counsel has not responded with an objection to these pleadings (Exhibits 1-3) being presented to the

THE LAW OFFICES OF
WHITE MEANY & WETHERALL, LLP
8363 W. Sunset Road, Suite 340, Las Vegas, NV 89113
(702) 838-8500 (Tel)    (702) 837-5081 (Fax)
3185 Lakeside Drive, Reno, NV 89509-4503
(775) 828-9999 (Tel)    (775) 828-9998 (Fax)

Court for decision.

Additionally, Plaintiffs notify the Court of the following Orders of Remand granted by the Nevada federal judges in VIOXX cases nearly identical to this case as follows:

| | | |
|---|---|---|
| Exhibit 4: | *McArthur, et al. vs. Merck, et al.*, CV-S-05-0624-RLH(LRL) |
| | *Santamaria, et al. vs. Merck, et al.*, CV-S-05-0626-RLH(RJJ) |
| Exhibit 5: | *Conroy, et al. vs. Merck, et al.*, CV-S-05-0629-JCM(PAL) |
| | *Ackworth, et al. vs. Merck, et al.*, CV-S-05-0628-JCM(LRL) |
| Exhibit 6: | *Baker, et al. vs. Merck, et al.*, CV-S-05-0625-RCJ(RJJ) |
| Exhibit 7: | *Allred, et al. vs. Merck, et al.* CV-N-05-0332-HDM(VPC) |
| | *Harmon, et al. vs. Merck, et al.*, CV-N-05-0330-HDM(RAM) |
| | *Gladding, et al. vs. Merck, et al.*, CV-N-05-0331-HDM (RAM) |
| Exhibit 8: | *Colegrove, et al. vs. Merck, et al.*, CV-N-05-0335-HDM(VPC) |
| | *Frolich, et al. vs. Merck, et al.*, CV-N-05-0337-HDM(VPC) |
| Exhibit 9: | *McFarlin, et al. vs. Merck, et al.*, CV-N-05-0340-HDM(VPC) |
| | *Thomas, et al. vs. Merck, et al.*, CV-N-05-0338-HDM(RAM) |

The undersigned has filed a separate Request for Hearing on this case and the two other companion cases from this firm.

DATED: This 13 day of April, 2006.

WHITE MEANY & WETHERALL, LLP

By: _____
J. Stewart White, Esq. NV Bar #1039
3185 Lakeside Drive
Reno, Nevada 89509
Phone: (775) 828-9999
Fax: (775) 828-9998

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of THE LAW OFFICES OF WHITE, MEANY & WETHERALL, LLP, and that on this date I caused to be served via Priority U.S. Mail, a true and correct copy of the attached and foregoing document, addressed as follows:

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
Morris Pickering & Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

DATED: This ___ day of April, 2006.

Dianne Schwade

# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED