**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In re:

VIOXX PRODUCTS LIABILITY
LITIGATION

DANIEL MORRISON, KATHLEEN PETERSON
and GARY PETERSON, FLORENCE
PINSONAULT and ELI PINSONAULT,
KIRA REQUA and EL REQUA and
JOHN ROGERS,

    Plaintiffs,

vs.

MERCK & COMPANY, INC.,
a foreign corporation; et al.,

    Defendants.

MDL Docket No. 1657

054352

Case No. ~~2:05-627~~

see 6/3

### REQUEST FOR HEARING

Plaintiffs named above, by and through their undersigned counsel, respectfully request that a hearing be scheduled for argument on the Motion to Remand in the above-captioned case, and this firm's two other companion cases identified as follows:

    **Regan CV 3:05-336;**

    **Himmel CV 3:05-334**

DATED: This 15th day of April, 2006.

WHITE MEANY & WETHERALL, LLP

BY: _____
J. Stewart White, Esq. NV Bar #1039
3185 Lakeside Drive
Reno, Nevada 89509
Phone: (775) 828-9999
Fax: (775) 828-9998

1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of THE LAW OFFICES OF WHITE, MEANY & WETHERALL, LLP, and that on this date I caused to be served via Priority U.S. Mail, a true and correct copy of the attached and foregoing document, addressed as follows:

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
Morris Pickering & Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101

DATED: This 17th day of April, 2006.

Dianne Schwade

2