# ORIGINAL

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 17 2006
LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF LOUISIANA

THE LAW OFFICES OF
**WHITE MEANY & WETHERALL, LLP**
8363 W. Sunset Road, Suite 340, Las Vegas, NV 89113
(702) 838-8500 (Tel)    (702) 837-5081 (Fax)
3185 Lakeside Drive, Reno, NV 89509-4503
(775) 828-9999 (Tel)    (775) 828-9998 (Fax)

| | | |
|---|---|---|
| In re: | : | |
| VIOXX PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1657 |
| | : | 05-6353 |
| SHARON HIMMEL, GINNY JARRETT BOB HARGER, LARRY HETZEL and WILLIAM LEARY, | : | Case No. 3-05-334 |
| | | Sect L/3 |
| Plaintiffs, | : | |
| vs. | : | |
| MERCK & COMPANY, INC., a foreign corporation; et al., | : | |
| Defendants. | : | |

## MOTION FOR REMAND

Plaintiffs named above, by and through their undersigned counsel, hereby move this Honorable Court for its Order to remand this case to Case No. CV05-00358 in the Second Judicial District Court, Washoe County, State of Nevada.

Plaintiffs hereby adopt the attached Exhibits 1, 2, and 3, the pleadings from the remand proceedings in case number CV-N-05-0334-ECR (VPC) of the U.S. District Court, Northern District of Nevada, for the Court's consideration, as follows:

Exhibit 1:    Motion to Remand (Plaintiffs') CV-N-05-0334-ECR(VPC)

Exhibit 2:    Opposition to Motion to Remand (Defendants') CV-N-05-0334-ECR(VPC)

Exhibit 3:    Reply on Motion to Remand (Plaintiffs') CV-N-05-0334-ECR(VPC)

Counsel for Plaintiffs has contacted counsel for Defendant Merck on this Motion and Defendant's counsel has not responded with an objection to these pleadings (Exhibits 1-3) being presented to the Court for decision.

1

___ Fee_____
___ Process_____
_X_ Dktd _____
_V_ CtRmDep_____
___ Doc. No_____

THE LAW OFFICES OF
WHITE MEANY & WETHERALL, LLP
3185 Lakeside Drive, Reno, NV 89509-4503     8363 W. Sunset Road, Suite 340, Las Vegas, NV 89113
(775) 828-9999 (Tel)     (775) 828-9998 (Fax)     (702) 838-8500 (Tel)     (702) 837-5081 (Fax)

1    Additionally, Plaintiffs notify the Court of the following Orders of Remand granted by the Nevada

2  federal judges in VIOXX cases nearly identical to this case as follows:

3    Exhibit 4:    *McArthur, et al. vs. Merck, et al.*, CV-S-05-0624-RLH(LRL)

4          *Santamaria, et al. vs. Merck, et al.,* CV-S-05-0626-RLH(RJJ)

5    Exhibit 5:    *Conroy, et al. vs. Merck, et al.*, CV-S-05-0629-JCM(PAL)

6          *Ackworth, et al. vs. Merck, et al.*, CV-S-05-0628-JCM(LRL)

7    Exhibit 6:    *Baker, et al. vs. Merck, et al.*, CV-S-05-0625-RCJ(RJJ)

8    Exhibit 7:    *Allred, et al. vs. Merck, et al.* CV-N-05-0332-HDM(VPC)

9          *Harmon, et al. vs. Merck, et al.*, CV-N-05-0330-HDM(RAM)

10         *Gladding, et al. vs. Merck, et al.,* CV-N-05-0331-HDM (RAM)

11   Exhibit 8:    *Colegrove, et al. vs. Merck, et al.,* CV-N-05-0335-HDM(VPC)

12         *Frolich, et al. vs. Merck, et al.*, CV-N-05-0337-HDM(VPC)

13   Exhibit 9:    *McFarlin, et al. vs. Merck, et al.,* CV-N-05-0340-HDM(VPC)

14         *Thomas, et al. vs. Merck, et al.*, CV-N-05-0338-HDM(RAM)

15    The undersigned has filed a separate Request for Hearing on this case and the two other

16  companion cases from this firm.

17    DATED: This /3ᵗʰ day of April, 2006.

18                WHITE MEANY & WETHERALL, LLP

19

20          By
                J. Stewart White, Esq. NV Bar #1039
21              3185 Lakeside Drive
                Reno, Nevada 89509
22              Phone: (775) 828-9999
                Fax: (775) 828-9998
23

24

25

26

27

28

                            2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of THE LAW OFFICES OF

WHITE, MEANY & WETHERALL, LLP, and that on this date I caused to be served via Priority

U.S. Mail, a true and correct copy of the attached and foregoing document, addressed as follows:

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
Morris Pickering & Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

DATED: This _____ day of April, 2006.

Dianne Schwade

THE LAW OFFICES OF
**WHITE MEANY & WETHERALL, LLP**
8363 W. Sunset Road, Suite 340, Las Vegas, NV 89113
(702) 838-8500 (Tel)    (702) 837-5081 (Fax)
3185 Lakeside Drive, Reno, NV 89509-4503
(775) 828-9999 (Tel)    (775) 828-9998 (Fax)

3

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED