**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | : |
| VIOXX PRODUCTS LIABILITY LITIGATION | :    MDL Docket No. 1657 |
| | :    Case No. ~~3:05-334~~ 05-6353 |
| SHARON HIMMEL, GINNY JARRETT BOB HARGER, LARRY HETZEL and WILLIAM LEARY, | |
| Plaintiffs, | : |
| vs. | : |
| MERCK & COMPANY, INC., a foreign corporation; et al., | : |
| Defendants. | : |

### REQUEST FOR HEARING

Plaintiffs named above, by and through their undersigned counsel, respectfully request that a hearing be scheduled for argument on the Motion to Remand in the above-captioned case, and this firm's two other companion cases identified as follows:

**Regan CV 3:05-336;**

**Morrison CV 2:05-627**

DATED: This 13th day of April, 2006.

WHITE MEANY & WETHERALL, LLP

By: _____
Stewart White, Esq. NV Bar #1039
3185 Lakeside Drive
Reno, Nevada 89509
Phone: (775) 828-9999
Fax: (775) 828-9998

THE LAW OFFICES OF
WHITE MEANY & WETHERALL, LLP
8363 W. Sunset Road, Suite 340, Las Vegas, NV 89113
(702) 838-8500 (Tel)   (702) 837-5081 (Fax)
3185 Lakeside Drive, Reno, NV 89509-4503
(775) 828-9999 (Tel)   (775) 828-9998 (Fax)

1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of THE LAW OFFICES OF WHITE, MEANY & WETHERALL, LLP, and that on this date I caused to be served via Priority U.S. Mail, a true and correct copy of the attached and foregoing document, addressed as follows:

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
Morris Pickering & Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

DATED: This _17th_ day of April, 2006.

/s/ Dianne Schwade
Dianne Schwade