**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

In re:                                                    :           MDL Docket No. 1657

VIOXX PRODUCTS LIABILITY                 :
LITIGATION                                                            Case No. ~~3:05-336~~ 05-6354
                                                                :
SEAN REGAN, KATHLEEN RITTER
DONALD ROLLINS and NANCY RUTLEDGE,   :

        Plaintiffs,                                    :                    Sect L/3

        vs.                                                      :

MERCK & COMPANY, INC.,                         :
a foreign corporation; et al.,
                                                                :
        Defendants.

### REQUEST FOR HEARING

Plaintiffs named above, by and through their undersigned counsel, respectfully request that a hearing be scheduled for argument on the Motion to Remand in the above-captioned case, and this firm's two other companion cases identified as follows:

    **Himmel CV 3:05-334;**

    **Morrison CV 2:05-627**

DATED: This 13th day of April, 2006.

                                      WHITE MEANY & WETHERALL, LLP

                                      By: _____
                                      J. Stewart White, Esq. NV Bar #1039
                                      3185 Lakeside Drive
                                      Reno, Nevada 89509
                                      Phone: (775) 828-9999
                                      Fax: (775) 828-9998

---

THE LAW OFFICES OF
WHITE MEANY & WETHERALL, LLP
8363 W. Sunset Road, Suite 340, Las Vegas, NV 89113
(702) 838-8500 (Tel)  (702) 837-5081 (Fax)
3185 Lakeside Drive, Reno, NV 89509-4503
(775) 828-9999 (Tel)  (775) 828-9998 (Fax)

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of THE LAW OFFICES OF WHITE, MEANY & WETHERALL, LLP, and that on this date I caused to be served via Priority U.S. Mail, a true and correct copy of the attached and foregoing document, addressed as follows:

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
Morris Pickering & Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

DATED: This 14th day of April, 2006.

Dianne Schwade