UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CASES | )<br>) MDL NO. 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Merck & Co., Inc.'s Emergency Motion for Stay Pending Appeal of the Court's Privilege Rulings:

IT IS ORDERED that Merck & Co., Inc.'s Emergency Motion for Stay Pending Appeal of the Court's Privilege Rulings will be heard on an expedited basis on the ____ day of April, 2006, at ____ a.m.

NEW ORLEANS, LOUISIANA, this ____ day of April, 2006.

_____
JUDGE

807172v.1