MINUTE ENTRY
FALLON, J.
APRIL 24, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**BEFORE JUDGE ELDON E. FALLON**
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Leonard Davis, Esq. and Anthony Irpino, Esq. for plaintiffs
             Phillip Wittmann, Esq. for Merck & Co.

Emergency Motion of defendant, Merck & Co, Inc., to Stay Pending Appeal of the Court's Privilege Rulings:

Argument - DENIED. The documents will be released to plaintiffs' counsel on Thursday morning, April 27, 2006, unless this Court is directed otherwise by the United States Court of Appeals for the Fifth Circuit.

JS-10:   :45

___ Fee____
___ Process___
X  Dktd
___ CtRmDep
___ Doc. No.