U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  4-24-06
LORETTA G. WHYTE
    CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CASES | ) MDL NO. 1657<br>)<br>) SECTION: L(3)<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE KNOWLES |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, Defendant Merck & Co., Inc. ("Merck") hereby gives notice of its appeal of the Minute Order dated April 19, 2006 (Dkt. # 4342) from the United States District Court for the Eastern District of Louisiana to the United States Court of Appeals for the Fifth Circuit. As explained in the "oral reasons" referenced therein, the Minute Order overrules Merck's assertions of privilege as to certain documents sought by plaintiffs in discovery. The Minute Order is reviewable under 28 U.S.C. § 1291, pursuant to *Perlman v. United States*, 247 U.S. 7 (1918), and *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1949).

Dated April 24, 2006

Respectfully submitted,

Phil Wittmann

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 24th day of April, 2006.

*/s/ Phil Wittmann*