IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| HELEN M. BOOTH | Section: L3 |
| | Civil Action No: 05-cv-3895 |
| vs. | Transferred from USDC <br> Eastern District of Pennsylvania |
| MERCK & CO., INC., | Case No. 05-cv-2815 |

### STIPULATION OF DISMISSAL

AND NOW, this __24th__ day of April, 2006 it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to all Defendants with respect to any re-filing in federal court only. The parties stipulate and it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE with respect to any re-filing in any state court. Each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiff Helen M. Booth and all defendants who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
ATTORNEYS FOR PLAINTIFFS

ATTORNEYS FOR DEF. MERCK & CO., INC.

By: _____
Fred T. Magaziner, Esquire
Joseph K. Hetrick, Esquire
Joshua G. Schiller, Esquire
A. Elizabeth Balakhani, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

## CERTIFICATE OF SERVICE

I, LEE B. BALEFSKY, ESQUIRE, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served on the following defendants and counsel by first class mail, postage prepaid, this 19th day of April, 2006:

Joshua G. Schiller, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Attorney for Def. Merck & Co., Inc.

KLINE & SPECTER

BY: _____
LEE B. BALEFSKY, ESQUIRE
Attorney for Plaintiff