UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 3: 53

LORETTA G. WHYTE
        CLERK

| | |
|---|---|
| IN RE:   VIOXX | * MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION: L(3) |
| | * |
| | * JUDGE FALLON |
| | * MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | * |
| | * Docket No. 05-4131 |
| William Ball, et al., | * |
| Plaintiff, | * |
| vs. | * |
| Merck & Co., et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL
(SUBSTITUTION OF ATTORNEY)

NOW INTO COURT, through undersigned counsel comes Plaintiff, William Ball, by and for himself alone, who requests that he be permitted to substitute Frances Flynn with Carey and Danis, LLP, as his counsel of record in place of the firm of Robinson, Calcagnie & Robinson.

Dated: April 17, 2006

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

I consent to the above substitution.

Dated: 4-17-06

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

I accept this substitution.

Dated: 4/12/06

Francis Flynn
**CAREY AND DANIS, LLP**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | | * * | Docket No. 05-4131 |
| William Ball, et al. | | * * | |
| | Plaintiff, | * * | |
| vs. | | * * | |
| Merck & Co., et al., | | * * | |
| | Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUBSTITUTION OF COUNSEL

Plaintiff, William Ball, by and for himself alone, hereby substitutes Francis Flynn of Carey and Danis, LLP, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105, telephone number (314) 725-7700, as attorney of record in the place and stead of Robinson, Calcagnie & Robinson.

Dated: 3-7-06

William Ball, Plaintiff

## CERTIFICATE

I certify that on ___April 17___, 2006, a copy of this Motion to Substitute Counsel was mailed to:

>Francis Flynn
>**CAREY AND DANIS, LLP**
>8235 Forsyth, Suite 1100
>St. Louis, MO 63105
>
>Defendants' Liaison Counsel
>Phillip A. Wittman
>Dorothy H. Wimberly
>Carmelite M. Bertaut
>**Stone Pigman Walther Wittman, L.L.C.**
>546 Carondelet Street
>New Orleans, LA 70130
>
>Plaintiffs' Liaison Counsel
>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>**Herman, Herman, Katz & Cotlar, LLP**
>3411 Richmond Ave., Suite 460
>Houston, TX 77046

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

_____
Christy Westad