FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25 AM 11: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | * * | |
| William Ball, et al., | * * | Docket No. 05-4131 |
| Plaintiff, | * * * | |
| vs. | * * | |
| Merck & Co., et al., | * * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED and Francis Flynn and Carey and Danis, LLP, 8235 Forsyth, Suite 1100, St. Louis, MO 63105, is substituted as counsel of record for plaintiff in this matter for the firm of Robinson, Calcagnie & Robinson.

IT IS SO ORDERED this 24th day of April, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____