A CERTIFIED TRUE COPY

APR 20 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21 PM 2:40

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2006

FILED
CLERK'S OFFICE

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-46)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,446 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 20 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____

## SCHEDULE CTO-46 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN   5   06-437 | Carl Davis, etc. v. Merck & Co., Inc. | | 06-2167 |
| ALABAMA SOUTHERN | | | |
| ~~ALS   2   06-122~~ | ~~Amanda Pritchett v. Merck & Co., Inc., et al.~~ | Opposed 4/19/06 | |
| CALIFORNIA CENTRAL | | | |
| CAC   2   06-1274 | Hassan Rahnavardi v. Merck & Co., Inc. | | 06-2168 |
| CALIFORNIA EASTERN | | | |
| CAE   1   06-271 | John F. Enriquez v. Merck & Co., Inc. | | 06-2169 |
| CALIFORNIA NORTHERN | | | |
| CAN   3   06-1570 | Robert Takle v. Merck & Co., Inc. | | 06-2170 |
| DISTRICT OF COLUMBIA | | | |
| DC   1   06-370 | James Bermingham, et al. v. Merck & Co., Inc. | | 06-2171 |
| FLORIDA MIDDLE | | | |
| FLM   5   06-88 | Margaret Ellis v. Merck & Co., Inc. | | 06-2172 |
| FLM   6   06-287 | Irene Harmon v. Merck & Co., Inc., et al. | | 06-2173 |
| FLM   8   06-368 | Ruby Moody v. Merck & Co., Inc., et al. | | 06-2174 |
| FLM   8   06-377 | Robert Catlin v. Merck & Co., Inc., et al. | | 06-2175 |
| FLORIDA NORTHERN | | | |
| FLN   1   06-41 | Joseph Brognano v. Merck & Co., Inc., et al. | | 06-2176 |
| GEORGIA NORTHERN | | | |
| GAN   1   06-428 | Claudine Jeanette Web, et al. v. Merck & Co., Inc. | | 06-2177 |
| IOWA SOUTHERN | | | |
| IAS   4   06-104 | Marjorie A. Hatcher v. Merck & Co., Inc. | | 06-2178 |
| IDAHO | | | |
| ID   1   06-86 | Lyndon C. Hall v. Merck & Co., Inc. | | 06-2179 |
| ID   1   06-87 | Joseph Bradish v. Merck & Co., Inc. | | 06-2180 |
| ILLINOIS NORTHERN | | | |
| ~~ILN   1   06-1354~~ | ~~Rebecca Moore, et al. v. Merck & Co., Inc.~~ | Opposed 4/20/06 | |
| ILLINOIS SOUTHERN | | | |
| ILS   3   06-167 | Ralph Trask, et al. v. Merck & Co., Inc. | | 06-2181 |
| ILS   3   06-202 | Mary Lahey v. Merck & Co., Inc. | | 06-2182 |
| ILS   3   06-210 | Leroy Morgan v. Merck & Co., Inc. | | 06-2183 |
| ILS   4   06-4050 | Samantha Windham, etc. v. Merck & Co., Inc. | | 06-2184 |
| INDIANA NORTHERN | | | |
| INN   2   06-70 | Michael R. Han v. Merck & Co., Inc. | | 06-2185 |

SCHEDULE CTO-46 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **INDIANA SOUTHERN** | | |
| INS  1  06-433 | Pearlie Kathleen Kelley, et al. v. Merck & Co., Inc. | 06-2186 |
| **MARYLAND** | | |
| MD  1  06-523 | Diann McCants v. Merck & Co., Inc. | 06-2187 |
| MD  1  06-525 | Dorothy Grewe v. Merck & Co., Inc. | 06-2188 |
| MD  1  06-551 | John K. Salbeck, et al. v. Merck & Co., Inc. | 06-2189 |
| MD  1  06-692 | James D. Whitall v. Merck & Co., Inc. | 06-2190 |
| MD  1  06-693 | James M. Donahue v. Merck & Co., Inc. | 06-2191 |
| MD  1  06-694 | Gloria W. Miller v. Merck & Co., Inc. | 06-2192 |
| MD  1  06-695 | John E. Dell, et al. v. Merck & Co., Inc. | 06-2193 |
| **MINNESOTA** | | |
| MN  0  06-895 | Sharon Bolton, etc. v. Merck & Co., Inc. | 06-2194 |
| MN  0  06-908 | Arthur Ballantyne, et al. v. Merck & Co., Inc., et al. | 06-2195 |
| MN  0  06-909 | Samuel Bartley v. Merck & Co., Inc., et al. | 06-2196 |
| MN  0  06-910 | Mary Allen, et al. v. Merck & Co., Inc., et al. | 06-2197 |
| MN  0  06-911 | Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 06-2198 |
| MN  0  06-912 | Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 06-2199 |
| MN  0  06-913 | Mary Ellen Adams, et al. v. Merck & Co., Inc., et al. | 06-2200 |
| MN  0  06-914 | Sandra Alwine v. Merck & Co., Inc., et al. | 06-2201 |
| MN  0  06-915 | Mohamoud Abdalle-Lassan, et al. v. Merck & Co., Inc., et al. | 06-2202 |
| MN  0  06-916 | Jose Acostas, et al. v. Merck & Co., Inc., et al. | 06-2203 |
| MN  0  06-917 | Ann M.G. Albright, et al. v. Merck & Co., Inc., et al. | 06-2204 |
| MN  0  06-918 | Alvin Anderson, et al. v. Merck & Co., Inc., et al. | 06-2205 |
| MN  0  06-919 | Paula Antoneli, et al. v. Merck & Co., Inc., et al. | 06-2206 |
| MN  0  06-920 | Marie Albanese, et al. v. Merck & Co., Inc., et al. | 06-2207 |
| MN  0  06-921 | Michael Andrews, et al. v. Merck & Co., Inc., et al. | 06-2208 |
| MN  0  06-922 | Mildred Abate, et al. v. Merck & Co., Inc., et al. | 06-2209 |
| MN  0  06-923 | Don Blodgett, et al, v. Merck & Co., Inc., et al. | 06-2210 |
| MN  0  06-924 | James Austin, et al. v. Merck & Co., Inc., et al. | 06-2211 |
| MN  0  06-925 | Ronnie Allen, et al. v. Merck & Co., Inc., et al. | 06-2212 |
| MN  0  06-926 | Willard Allanson, et al. v. Merck & Co., Inc., et al. | 06-2213 |
| MN  0  06-927 | Mary Banks v. Merck & Co., Inc., et al. | 06-2214 |
| MN  0  06-928 | Miguel G. Aponte v. Merck & Co., Inc., et. al. | 06-2215 |
| MN  0  06-929 | Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 06-2216 |
| MN  0  06-930 | Janie Alston v. Merck & Co., Inc., et al. | 06-2217 |
| MN  0  06-931 | Louis Andrews, et al. v. Merck & Co., Inc., et al. | 06-2218 |
| MN  0  06-932 | Vernon Amie, et al. v. Merck & Co., Inc., et. al. | 06-2219 |
| MN  0  06-933 | Marie Allen, et al. v. Merck & Co., Inc., et al. | 06-2220 |
| MN  0  06-998 | Patricia J. Matthews v. Merck & Co., Inc. | 06-2221 |
| MN  0  06-999 | Beverly Speedling, etc. v. Merck & Co., Inc. | 06-2222 |
| MN  0  06-1019 | William McDonald v. Merck & Co., Inc. | 06-2223 |
| MN  0  06-1020 | Larry Kowalzek v. Merck & Co., Inc. | 06-2224 |
| MN  0  06-1021 | Earline Nelson v. Merck & Co., Inc. | 06-2225 |
| MN  0  06-1022 | Kenneth Nielsen v. Merck & Co., Inc. | 06-2226 |
| MN  0  06-1023 | Milford Reierson v. Merck & Co., Inc. | 06-2227 |
| MN  0  06-1024 | Wayne Bauer v. Merck & Co., Inc. | 06-2228 |
| MN  0  06-1025 | Anita Matheney v. Merck & Co., Inc. | 06-2229 |
| MN  0  06-1029 | Donald Johnson v. Merck & Co., Inc. | 06-2230 |
| MN  0  06-1079 | Dale Tuura v. Merck & Co., Inc. | 06-2231 |
| MN  0  06-1080 | Sharon Reid v. Merck & Co., Inc. | 06-2232 |
| MN  0  06-1081 | Nancy Moritz v. Merck & Co., Inc. | 06-2233 |
| MN  0  06-1084 | Francis Drouillard v. Merck & Co., Inc. | 06-2234 |
| MN  0  06-1086 | Dale Krause v. Merck & Co., Inc. | 06-2235 |

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **MISSOURI EASTERN** | | | |
| MOE  4  06-388 | Jason Branaugh, etc. v. Merck & Co., Inc. | | 06-2236 |
| **MISSISSIPPI NORTHERN** | | | |
| MSN  2  05-229 | Syetha Perry v. Merck & Co., Inc., et al. | | 06-2237 |
| **MONTANA** | | | |
| ~~MT   6   06-7~~ | ~~State of Montana, et al. v. Merck & Co., Inc.~~ | Opposed 4/19/06 | |
| **NEW YORK EASTERN** | | | |
| NYE  2  06-773 | Kathleen Hoffner, et al. v. Merck & Co., Inc. | | 06-2238 |
| **NEW YORK SOUTHERN** | | | |
| NYS  1  06-1425 | Karla LaMaruggine, etc. v. Merck & Co., Inc. | | 06-2239 |
| NYS  1  06-1572 | Virginia Acevedo v. Merck & Co., Inc. | | 06-2240 |
| NYS  1  06-1790 | Carolyn Williams v. Merck & Co., Inc. | | 06-2241 |
| NYS  1  06-1834 | Ana Bonilla v. Merck & Co., Inc. | | 06-2242 |
| **NEW YORK WESTERN** | | | |
| NYW  6  06-6130 | Rose Sfeir v. Merck & Co., Inc., et al. | | 06-2243 |
| **OHIO NORTHERN** | | | |
| OHN  1  06-290 | Jeanine McDowell v. Merck & Co., Inc. | | 06-2244 |
| **OKLAHOMA NORTHERN** | | | |
| OKN  4  06-126 | Terri Fabes v. Merck & Co., Inc., et al. | | 06-2245 |
| **OKLAHOMA WESTERN** | | | |
| OKW  5  06-236 | Steven Shaub v. Merck & Co., Inc. | | 06-2246 |
| **PENNSYLVANIA EASTERN** | | | |
| PAE  2  06-896 | Cherry Kay Griffin, et al. v. Merck & Co., Inc., et al. | | 06-2247 |
| PAE  2  06-1016 | Shirley Amundson, et al. v. Merck & Co., Inc., et al. | | 06-2248 |
| PAE  2  06-1040 | Mark Hennelly, et al. v. Merck & Co., Inc. | | 06-2249 |
| PAE  2  06-1046 | Leonard Bengtson, et al. v. Merck & Co., Inc., et al. | | 06-2250 |
| **RHODE ISLAND** | | | |
| RI  1  06-110 | Marie-Jose Vannieuwenhuize v. Merck & Co., Inc. | | 06-2251 |
| **SOUTH DAKOTA** | | | |
| SD  1  06-1006 | Doris Adolph v. Merck & Co., Inc. | | 06-2252 |
| SD  4  06-4054 | Steven D. Krier v. Merck & Co., Inc. | | 06-2253 |
| **TENNESSEE EASTERN** | | | |
| TNE  1  06-60 | Poppy Stiner, et al. v. Merck & Co., Inc. | | 06-2254 |
| TNE  2  06-48 | Jeffrey E. Whitaker, et al. v. Merck & Co., Inc. | | 06-2255 |
| **TEXAS EASTERN** | | | |
| TXE  2  06-82 | Roy Allman, et al. v. Merck & Co., Inc. | | 06-2256 |
| TXE  2  06-88 | Larry Ward, et al. v. Merck & Co., Inc. | | 06-2257 |
| TXE  2  06-97 | Melinda Jurls v. Merck & Co., Inc. | | 06-2258 |
| TXE  9  06-55 | Joe Belin, et al. v. Merck & Co., Inc., et al. | | 06-2259 |
| **TEXAS NORTHERN** | | | |
| TXN  2  06-50 | Joanne Burson, etc. v. Merck & Co., Inc. | | 06-2260 |

SCHEDULE CTO-46 TAG-ALONG ACTIONS (MDL-1657)					PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS SOUTHERN** | | |
| TXS 2 06-100 | Frederica Hinman Ware, etc. v. Merck & Co., Inc. | 06-2261 |
| TXS 2 06-114 | Rose Mary Smith, et al. v. Merck & Co., Inc. | 06-2262 |
| TXS 4 06-732 | Maple Sessions v. Merck & Co., Inc., et al. | 06-2263 |
| TXS 7 06-77 | Raquel Rebecca Sanchez, et al. v. Merck & Co., Inc. | 06-2264 |
| **UTAH** | | |
| UT 2 06-166 | Garth Hustead v. Merck & Co., Inc. | 06-2265 |
| **WASHINGTON WESTERN** | | |
| WAW 2 06-278 | Margaret Allen v. Merck & Co., Inc. | 06-2266 |
| **WYOMING** | | |
| WY 2 06-51 | Paul R. Kniss, etc. v. Merck & Co., Inc. | 06-2267 |

## INVOLVED COUNSEL LIST (CTO-46)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Kurt Brynilde Arnold
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

Henry F. Bailey, Jr.
Bailey, Stock & Harmon
P.O. Box 1557
Cheyenne, WY 82003-1557

A. Elizabeth Balakhani
Hoyle Fickler Herschel
& Mathes, LLP
One South Broad Street
Suite 1500
Philadelphia, PA 19107

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Timothy M. Bechtold
Rossbach, Hart & Bechtold
P.O. Box 8988
Missoula, MT 59807-8988

Robert D. Becker
Becker & D'Agostino, PC
880 Third Avenue
New York, NY 10022

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Bradley G. Bonynge
Bradley, Bonynge Law Office
100 S. Spring Avenue
Suite 140
Sioux Falls, SD 57104

Paul Telhiard Boudreaux
Feldman, Franden, Woodard, Farris
& Boudreaux
525 South Main
1000 Park Centre
Tulsa, OK 74103-4514

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Richard P. Brederson
Brederson Law Center
950 Smith Street
Providence, RI 02908

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Christine K. Bush
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Clinton C. Carter
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Kenneth Craig Chessick
Law Office of Kenneth C Chessick
1870 North Roselle Road
Suite 104
Schaumburg, IL 60195

Amanda M. Cialkowski
Halleland, Lewis, Nilan
& Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

James D. Clark
Alley, Clark, Greiwe & Fulmer, PA
701 E. Washington St
P.O. Box 3127
Tampa, FL 33601

John L. Collins
Gallian, Wilcox, Welker & Olson
59 South 100 East
St. George, UT 84770

George S. Corbyn, Jr.
Corbyn Law Firm
211 N. Robinson, Suite 1120
Oklahoma City, OK 73102-7109

Parviz Darabi
Parviz Darabi Law Offices
500 Airport Blvd.
Suite 100
Burlingame, CA 94010

E. Craig Daue
Buxbaum Dix & Daue
P.O. Box 8209
228 West Main
Suite A
Missoula, MT 59807

INVOLVED COUNSEL LIST (CTO-46) MDL-1657                                              PAGE 2 of 3

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Elizabeth A. Ellis
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street
Suite E
McAllen, TX 78504

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Richard M. Golomb
Golomb & Honik, P.C.
121 South Broad Street
9th Floor
Philadelphia, PA 19107

Kyle A. Gray
Holland & Hart, LLP
P.O. Box 639
Billings, MT 59103-0639

Charles E. Griffin
Griffin & Associates
125 South Congress Street
Suite 1515
P.O. Box 968
Jackson, MS 39205-0968

William Hamel
Dinkes & Schwitzer
112 Madison Avenue
New York, NY 10016

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Allison M. Heffern
Simmons, Perrine, Albright
& Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401-1266

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Bryan Howard
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Johnathan W. Johnson
Johnson & Benjamin
730 Peachtree Street, NE
Suite 750
Atlanta, GA 30308

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Joy A. Kruse
Lieff, Cabraser, Heimann
& Bernstein, LLP
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Michael L. Luce
Davenport, Evans, Hurwitz & Smith,
L.L.P.
P.O. Box 1030
206 West 14th Street
Sioux Falls, SD 57101-1030

Douglas R. Marvin
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005-5901

Gregory N. McEwen
McEwen Law Firm, PLLP
5850 Blackshire Path
Inver Grove Heights, MN 55076

John Brian T. Murray
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Vincent E. Nowak
Mullin, Hoard & Brown, LLP
500 South Taylor
800 Amarillo National Plaza
P.O. Box 31656
Amarillo, TX 79120-1656

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Gary W. Rholes
P.O. Box 807
Center, TX 75935

William A. Rossbach
Rossbach & Brennan, P.C.
P.O. Box 8988
Missoula, MT 59807-8988

Jerome J. Schlichter
Schlichter, Bogard & Denton
2661 North Illinois
Suite 187
Swansea, IL 62226

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

Kathryn A. Snapka
Snapka, Turman
& Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Michel L. Starkey
Fleschner, Stark, Tanoos & Newlin
201 Ohio Street
Terre Haute, IN 47807

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joe M. Teig
Holland & Hart, LLP
25 South Willow Street
Suite 200
P.O. Box 68
Cheyenne, WY 82003-1557

Craig W. Trepanier
Trepanier & Macgillis, PA
310 4th Ave. S.
Suite 8000
Minneapolis, MN 55415

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

William L. Veen
Law Offices of William L. Veen
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

Mark A. Weber
Walentine, O'Toole, McQuillan
& Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Regina L. Wells
Schlichter, Bogard, & Denton
100 S. Fourth Street, Suite 900
St. Louis, MO 63102

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Amy Kathleen Witherite
Eberstein & Witherite
3100 Monticello Avenue
Suite 500
Dallas, TX 75205

Phillip A. Wittmann
Stone, Pigman, Walther
& Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Wade L. Woodard
Greener, Banducci & Shoemaker, P.A.
815 West Washington Street
Boise, ID 83702

M. Blake Yaffe
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

## INVOLVED JUDGES LIST (CTO-46)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. William C. Beaman
U.S Magistrate Judge
United States District Court
2117 Joseph C. O'Mahoney Fed Bldg.
2120 Capitol Avenue
Cheyenne, WY 82001

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal
Bldg & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

~~Hon. Ruben Castillo~~
~~U.S. District Judge~~
~~Everett McKinley Dirksen Bldg.~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young
U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Kristi K. DuBose~~
~~U.S. District Judge~~
~~101 John A. Campbell~~
~~U.S. Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3606~~

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Marvin J. Garbis
Senior U.S. District Judge
5C Edward A. Garmatz Federal Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. J. Thomas Greene
Senior U.S. District Judge
447 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street
Suite 405
Greeneville, TN 37743

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Anthony W. Ishii
U.S. District Judge
5408 U.S. Courthouse
1130 'O' Street
Fresno, CA 93721

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Richard J. Leon
U.S. District Judge
4335 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. Rudy J. Lozano
U.S. District Judge
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Harry S. Mattice, Jr.
U.S. District Judge
United States District Court
104 Joel W. Solomon Federal Bldg.
& United States
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Stephan P. Mickle
U.S. District Judge
316 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

~~Hon. Donald W. Molloy~~
~~Chief Judge, U.S. District Court~~
~~P.O. Box 7309~~
~~Missoula, MT 59807-7309~~

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Lawrence L. Piersol
U.S. District Judge
202 U.S. Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57104

Hon. Robert W. Pratt
U.S. District Judge
429 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Federal Building
205 East Fifth Avenue
Amarillo, TX 79101

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Richard Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Thomas W. Thrash, Jr.
U.S. District Judge
2188 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
363 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903-1779

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Leonard D. Wexler
Senior U.S. District Judge
Alfonse M. D'Amato U.S. Courthouse
944 Federal Plaza
Central Islip, NY 11722

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724

# INVOLVED CLERKS LIST (CTO-46)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse, MSC 039
550 West Fort Street
Boise, ID 83724

~~Charles R. Diard, Jr., Clerk~~
~~123 John A. Campbell U.S. Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3621~~

David A. DiMarzio, Clerk
356 John O. Pastore Fed. Bldg.
Two Exchange Terrace
Providence, RI 02903

David J. Maland, Clerk
Federal Courthouse
104 N. 3rd St.
Lufkin, TX 75901

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

Felicia C. Cannon, Clerk
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Joseph A. Haas, Clerk
128 United States Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57102

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Laura A. Briggs, Clerk
105 Birch Bayh Fed Bldg. & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S .Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

~~Michael W. Dobbins, Clerk~~
~~Everett McKinley Dirksen U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Patricia L. McNutt, Clerk
U.S. Courthouse
220 West Depot Street, Suite 200
Greeneville, TN 37743

~~Patrick E. Duffy, Clerk~~
~~901 Front Street, Suite 2100~~
~~Helena, MT 59626~~

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Stephan Harris, Clerk
2141 Joseph C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001-3658

Stephen R. Ludwig, Clerk
101 Federal Building
507 State Street
Hammond, IN 46320

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

April 20, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-46)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 4, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Dana L. Stewart
Deputy Clerk

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A