UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX, | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Richard L. Brown, an Individual v. Merck & Co., Inc., a foreign corporation*, MDL No. 05-1271.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Richard L. Brown ("Brown") and Defendant Merck & Company, Inc. ("Merck"), by their respective counsel, hereby stipulate and agree that any and all claims asserted against each other in the above-styled action will be dismissed WITH PREJUDICE, and that each party shall bear its own costs and expenses, including attorney's fees and court costs.

Respectfully submitted,

COHEN & MALAD, LLP

_____
Attorneys for Plaintiff, Richard L. Brown.

Irwin B. Levin, #8786-49
Jeff S. Gibson, #22362-49
Cohen and Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
Email: ilevin@cohenandmalad.com
Email: jgibson@cohenandmalad.com

PLEWS SHADLEY RACHER & BRAUN

_/s/ David Pippen_
Attorneys for Defendant, Merck & Co., Inc.

George M. Plews, #6274-49
Brett E. Nelson, #22096-53
David L. Pippen, #18430-49
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202-3415
Telephone: (317) 637-0700
Facsimile: (317) 637-0711
E-mail: gplews@psrb.com
E-mail: bnelson@psrb.com
E-mail: dpippen@psrb.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 on this April 21, 2006.

Dorothy H. Wimberly

STONE PIGMAN WALTHER
WITTMANN L.L.C.
46 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361