FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25  AM 11: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX, : MDL No. 1657
PRODUCTS LIABILITY LITIGATION : Section:  L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
:

**THIS DOCUMENT RELATES TO:** *Richard L. Brown, an Individual v. Merck & Co., Inc., a foreign corporation*, MDL No. 05-1271.

## ORDER ON DISMISSAL WITH PREJUDICE

Under Fed. R. Civ. P. 41(a)(2) and pursuant to the Joint Stipulation of Dismissal filed on March 20, 2006, this matter is subject to dismissal.

IT IS, THEREFORE, ORDERED THAT this matter is dismissed with prejudice, and that each party shall bear its own costs and expenses, including attorney's fees and court costs.

Date: April 24, 2006

Judge, District Court
Eastern District of Louisiana

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____