IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX **PRODUCTS LIABILITY LITIGATION** | * MDL Docket No. 1657 <br> * <br> * Section L <br> * |
| THIS DOCUMENT RELATES TO: <br> GERALD BARNETT v. MERCK | * Judge Fallon <br> * Mag. Judge Knowles <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF TAKING DEPOSITION OF JACK MILLER

TO: ALL KNOWN COUNSEL OF RECORDS

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiff GERALD BARNETT will take a deposition of Jack Miller, as follows:

Date: **Wednesday, May 10, 2006**

Time: **9:30 a.m.**

Location: Sheraton Myrtle Beach Convention Center Hotel
2101 North Oak Street
Myrtle Beach, SC  29577
(843) 918-5000

The deposition will be reported by a certified court reporter and will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Sundays and court recognized holidays, until the examination is completed.

Additionally, the deponent is requested to produce prior to the deposition the following documents:

1. Any and all documents within your custody relating to Vioxx, including data stored both graphically and electronically, with regard to your detailing activities, both in general, and with respect to communications to Dr. Michael McCaffrey and/or Dr. Michael Mikola (f/k/a Michael Mikolajcyzk).

2. Any and all communications between you and other current or former Merck employees regarding the instruction and/or training you received with regard to detailing Vioxx.

3. Any and all training materials you received with regard to detailing Vioxx, including but not limited to reprints, roleplaying and obstacle handling guides.

4. All documents in your possession regarding the financial compensation, bonus or incentive programs you participated in while detailing Vioxx.

5. All documents in your possession relating to any and all publications, journal articles, scholarly writings, medical articles or other documents transmitted by you to Dr. Michael McCaffrey and/or Dr. Michael Mikola (f/k/a Michael Mikolajcyzk).

6. All documents in your possession relating to Vioxx educational seminars, symposia, society meetings, association meetings that were funded in any way by you or an entity with whom you are affiliated, that were attended by Dr. Michael McCaffrey and/or Dr. Michael Mikola (f/k/a Michael Mikolajcyzk) within the past 10 years.

7. All documents in your possession relating to grants, honoraria or other financial compensation that were paid by you or an entity with whom you are affiliated to Dr. Michael McCaffrey and/or Dr. Michael Mikola (f/k/a Michael Mikolajcyzk).

8. All documents in your possession related to any gifts, meals, trips or other promotional items provided to Dr. Michael McCaffrey and/or Dr. Michael Mikola (f/k/a Michael Mikolajcyzk).

9. All documents in your possession, including pamphlets, graphics, booklets, leaflets and other informational pieces that you used to promote, sell, explain and detail Vioxx to Dr. Michael McCaffrey and/or Dr. Michael Mikola (f/k/a Michael Mikolajcyzk).

April 20, 2006        Respectfully submitted,

By  *Mark P. Robinson, Jr.*
    MARK P. ROBINSON, JR.
    Robinson, Calcagnie & Robinson
    620 Newport Center Dr., 7th Floor
    Newport Beach, CA 92660
    PH:  (949) 720-1288
    FAX: (949) 720-1292
    (Plaintiffs' Liaison Counsel)

Andy D. Birchfield, Esq.         Troy Rafferty, Esq.
PO BOX 4160                      316 S. Baylen St., Ste 400
234 Commerce Street              Pensacola, FL 32502
Montgomery, AL 36103-4160        PH:  (850) 435-7000
PH:  (800) 898-2034              FAX: (850) 497-7059
FAX: (334) 954-7555
**(Co-Lead Counsel)**

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH:  (415) 956-1000
FAX: (415) 956-1008

Thomas Kline, Esq.
1525 Locust St.
19th Floor
Philadelphia, PA 19102
PH:  (215) 772-1000
FAX: (215) 772-1371

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3875
PH:  (215) 592-1500
FAX: (215) 592-4663

Carlen Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
PH:  (713) 650-0022
FAX: (713) 650-1669

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH:  (337) 494-7171
FAX: (337) 494-7218

Christopher Seeger, Esq.
One William Street
New York, NY 10004
PH:  (212) 584-0700
FAX: (212) 584-0799
**(Co-Lead Counsel)**

Christopher Vincent Tisi Esq.
2000 L Street, NW
Suite 400
Washington, DC 20036-4914
PH:  (202) 783-6400
FAX: (307) 733-0028

Russ M. Herman
Leonard A. Davis
Steven J. Herman
Herman Herman Katz & Cotler, LLP
820 O'Keefe Avenue
New Orleans, LA  70013
PH.  (504) 581-4892
FAX: (504) 561-6024

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, and Andrew Goldman by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 20 day of April, 2006.

_____
MARK P. ROBINSON, JR.