FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  PM 3: 36

G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | Section L |
| Morris Allen v. Merck & Co., Inc. No. 05-5975 | Judge Fallon |
| Beth M. Barilleaux v. Merck & Co., Inc. No. 05-5976 | Mag. Judge Knowles |
| Gene Bovie v. Merck & Co., Inc. No. 05-5977 | |
| Luvenia H. Breaux v. Merck & Co., Inc. No. 05-5978 | |
| Myra Edgar Brown v. Merck & Co., Inc. No. 05-5979 | |
| Jerome E. Burlet v. Merck & Co., Inc. No. 05-5980 | |
| Rose Taylor Butler v. Merck & Co., Inc. No. 05-5981 | |
| Estate of Claudie Carnegie v. Merck & Co., Inc. No. 05-6039 | |
| Dessie Carson v. Merck & Co., Inc. No. 05-5982 | |
| Rosemary S. Crisp v. Merck & Co., Inc. No. 05-5983 | |
| Mary R. Dangerfield v. Merck & Co., Inc. No. 05-5984 | |
| Estate of Virginia Dardar v. Merck & Co., Inc. No. 05-5985 | |
| Russell Dauzat v. Merck & Co., Inc. No. 05-5986 | |
| Pearline Davis v. Merck & Co., Inc. No. 05-5987 | |
| Stephen Dufrene v. Merck & Co., Inc. No. 05-5988 | |
| Lottie T Duthu v. Merck & Co., Inc. No. 05-5989 | |
| Gaila R. Everett v. Merck & Co., Inc. No. 05-5990 | |
| Janis Ferrell v. Merck & Co., Inc. No. 05-5991 | |
| Danny Glenn Foster v. Merck & Co., Inc. No. 05-5992 | |

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Barbara H. Gifford v. Merck & Co., Inc. No. 05-5993
Ernest J. Gonzales v. Merck & Co., Inc. No. 05-5994
Alma Lee Granberry v. Merck & Co., Inc. No. 05-5995
JoAnn Grigsby v. Merck & Co., Inc. No. 05-5996
Dorothy L. Harris v. Merck & Co., Inc. No. 05-5997
Carol Hearty v. Merck & Co., Inc. No. 05-5998
Barbara Jackson v. Merck & Co., Inc. No. 05-5999
Pearline Jackson v. Merck & Co., Inc. No. 05-6000
Shirley Jacobs v. Merck & Co., Inc. No. 05-6001
Salvadore J. Janusa v. Merck & Co., Inc. No. 05-6002
Jeanine A. Johnson v. Merck & Co., Inc. No. 05-6003
Mary D. Johnson v. Merck & Co., Inc. No. 05-6004
Matreathia Johnson v. Merck & Co., Inc. No. 05-6005
Johnnie Keller v. Merck & Co., Inc. No. 05-6006
Robert LaGarde, Jr. v. Merck & Co., Inc. No. 05-6007
Joyce Landry v. Merck & Co., Inc. No. 05-6008
Jane Leboeuf v. Merck & Co., Inc. No. 05-6009
Kevin Levron v. Merck & Co., Inc. No. 05-6010
Richard Martin v. Merck & Co., Inc. No. 05-6011
Patricia Martinez v. Merck & Co., Inc. No. 05-6012
Veronica Marie McClanahan v. Merck & Co., Inc. No. 05-6013
Terrie McCurdy v. Merck & Co., Inc. No. 05-6014
Rozellia McKoy v. Merck & Co., Inc. No. 05-6015

Eva Murray v. Merck & Co., Inc. No. 05-6016
Du Noc Nguyen v. Merck & Co., Inc. No. 05-6017
Pearl C. Nixon v. Merck & Co., Inc. No. 05-6018
Nancy Henry Payne v. Merck & Co., Inc. No. 05-6019
Claude Pierre v. Merck & Co., Inc. No. 05-6020
Lucille Pierre v. Merck & Co., Inc. No. 05-6021
Mary Pomier v. Merck & Co., Inc. No. 05-6022
Veronica Robinson v. Merck & Co., Inc. No. 05-6023
Gloria D. Route v. Merck & Co., Inc. No. 05-6024
Linda Schleicher v. Merck & Co., Inc. No. 05-6025
Estate of Joel Schumacher-Benoit v. Merck & Co., Inc. No. 05-6040
Hazel Matzke Shaffette v. Merck & Co., Inc. No. 05-6026
Juliette A. Sheffield v. Merck & Co., Inc. No. 05-6027
Raymond Taylor v. Merck & Co., Inc. No. 05-6028
Eloise Thomas v. Merck & Co., Inc. No. 05-6029
Gail Turner v. Merck & Co., Inc. No. 05-6030
Labau B. Vappie, Jr. v. Merck & Co., Inc. No. 05-6031
Geraldine Wilkinson v. Merck & Co., Inc. No. 05-6032
JoAnn B. #1 Williams v. Merck & Co., Inc. No. 05-6033
JoAnn B. #2 Williams v. Merck & Co., Inc. No. 05-6034
Lillian Williams v. Merck & Co., Inc. No. 05-6035
Francis L. Williams, Sr. v. Merck & Co., Inc. No. 05-6036
Lois Wilson v. Merck & Co., Inc. No. 05-6037

Ethel Herbert Wright v. Merck & Co., Inc. No. 05-6038
Willie Belle George v. Merck & Co., Inc. No. 06-0206
Estate ot Janet Lynne Kiniston v. Merck & Co., Inc. No. 06-0205
Estate of Terry Lee Barke v. Merck & Co., Inc. No. 06-1358
James Alfred Blackwelder v. Merck & Co., Inc. No. 06-1347
Aline D. Brackeen v. Merck & Co., Inc. No. 06-1346
Jari A. Brellenthin v. Merck & Co., Inc. No. 06-1345
Marilyn J. Brown v. Merck & Co., Inc. No. 06-1373
Minnie Lee Buckley v. Merck & Co., Inc. No. 06-1372
Cecilia Christopherson v. Merck & Co., Inc. No. 06-1371
Ellsworth B. Courte v. Merck & Co., Inc. No. 06-1388
Irvin T. Dixon v. Merck & Co., Inc. No. 06-1387
Ellen C. Elston v. Merck & Co., Inc. No. 06-1382
Sandra Feiock v. Merck & Co., Inc. No. 06-1360
Eloisa E. Flores v. Merck & Co., Inc. No. 06-1370
Susie Garrett v. Merck & Co., Inc. No. 06-1368
Mildred Giger v. Merck & Co., Inc. No. 06-1359
Cassandra K. Greenwood v. Merck & Co., Inc. No. 06-1389
Thomas Jacob Gross v. Merck & Co., Inc. No. 06-1362
Wayne Holland v. Merck & Co., Inc. No. 06-1363
Chang-Rim Huh v. Merck & Co., Inc. No. 06-1385
Charles N. Johnson v. Merck & Co., Inc. No. 06-1377
Robert Kanitsch v. Merck & Co., Inc. No. 06-1375

Joy H. Lane v. Merck & Co., Inc. No. 06-1356
Thomas Londino v. Merck & Co., Inc. No. 06-1364
Ove Lundstrom v. Merck & Co., Inc. No. 06-1353
Lonny W. Meadows v. Merck & Co., Inc. No. 06-1355
Carolyn O. Moize v. Merck & Co., Inc. No. 06-1352
Wiley Pettis v. Merck & Co., Inc. No. 06-1351
Connie Ruth Pickering v. Merck & Co., Inc. No. 06-1350
George Pizzo v. Merck & Co., Inc. No. 06-1354
Robert M. Rackley v. Merck & Co., Inc. No. 06-1383
Barbara Reser v. Merck & Co., Inc. No. 06-1349
Patricia Scholz v. Merck & Co., Inc. No. 06-1384
Arvind Sinha v. Merck & Co., Inc. No. 06-1357
Frances Small v. Merck & Co., Inc. No. 06-1379
Melodie Snodgrass v. Merck & Co., Inc. No. 06-1380
Richard Dean Spangler v. Merck & Co., Inc. No. 06-1392
Marie Stafford v. Merck & Co., Inc. No. 06-1393
Kathleen Steenken v. Merck & Co., Inc. No. 06-1367
Diana Stowers v. Merck & Co., Inc. No. 06-1378
Roderick Sutton v. Merck & Co., Inc. No. 06-1381
Lois E. Thompson v. Merck & Co., Inc. No. 06-1361
Sabino Torre v. Merck & Co., Inc. No. 06-1374
Sharon Louise Tyrrell v. Merck & Co., Inc. No. 06-1395
Antonio C. Valdiviezo v. Merck & Co., Inc. No. 06-1394

| | |
|---|---|
| Josephine Waid v. Merck & Co., Inc. No. 06-1348<br>Anita L. Wallace v. Merck & Co., Inc. No. 06-1366<br>Norman C. Ward v. Merck & Co., Inc. No. 06-1365<br>Harmond Warden v. Merck & Co., Inc. No. 06-1391 | |

## MOTION TO SUBSTITUTE COUNSEL AND
## MOTION TO DESIGNATE NEW TRIAL ATTORNEY

COME NOW, Plaintiffs referenced in Exhibit "A" and files this their Motion to Substitute Counsel and Motion to Designate New Trial Attorneys. Plaintiffs move to designate JOHN R. LEACH, III; MICHAEL J. LOWENBERG; and ANTHONY E. FARAH of the O'QUINN LAW FIRM as Trial Attorneys on behalf of Plaintiffs referenced in Exhibit "A," and the undersigned request entry in the Court's docket and respectfully request that all parties take notice of said appearance. Further, John R. Leach, III, Michael J. Lowenberg, and Anthony E. Farah move to be substituted as counsel in the place and stead of Richard Laminack, Thomas W. Pirtle and Abel Manji for the Plaintiffs referenced in Exhibit "A."

Please direct a copy of **ALL** further pleadings and notices to the following address:

JOHN R. LEACH, III
MICHAEL J. LOWENBERG
ANTHONY E. FARAH
O'QUINN LAW FIRM
440 Louisiana St., Suite 2300
Houston, Texas 77002
713-223-1000
713-223-0937 (fax)

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion, and such further and other relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

O'QUINN LAW FIRM

By: _____
John R. Leach, III, T.A.
S.D. Tex. ID No. 6926
SBN: 12084500
Michael J. Lowenberg, T.A.
S.D. Tex. ID No. 22584
SBN: 24001164
Anthony E. Farah, T.A.
S.D. Tex. ID No. 23059
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent by Lexis Nexis File and Serve, to the attorney[s] of record in accordance with the Federal Rules of Civil Procedure 21a, on this 18th day of April, 2006.

_____
Anthony E. Farah, Esq.

## EXHIBIT "A"

| Last Name | First Name | Cause No. |
| --- | --- | --- |
| Allen | Morris | 05-5975 |
| Barilleaux | Beth M. | 05-5976 |
| Bovie | Gene | 05-5977 |
| Breaux | Luvenia H. | 05-5978 |
| Brown | Myra Edgar | 05-5979 |
| Burlet | Jerome E. | 05-5980 |
| Butler | Rose Taylor | 05-5981 |
| Carson | Dessie | 05-5982 |
| Crisp | Rosemary S. | 05-5983 |
| Dangerfield | Mary R. | 05-5984 |
| Dardar | Estate of Virginia | 05-5985 |
| Dauzat | Russell | 05-5986 |
| Davis | Pearline | 05-5987 |
| Dufrene | Stephen | 05-5988 |
| Duthu | Lottie T | 05-5989 |
| Everett | Gaila R. | 05-5990 |
| Ferrell | Janis | 05-5991 |
| Foster | Danny Glenn | 05-5992 |
| Gifford | Barbara H. | 05-5993 |
| Gonzales | Ernest J. | 05-5994 |
| Granberry | Alma Lee | 05-5995 |
| Grigsby | JoAnn | 05-5996 |
| Harris | Dorothy L. | 05-5997 |
| Hearty | Carol | 05-5998 |
| Jackson | Barbara | 05-5999 |
| Jackson | Pearline | 05-6000 |
| Jacobs | Shirley | 05-6001 |
| Janusa | Salvadore J. | 05-6002 |
| Johnson | Jeanine A. | 05-6003 |
| Johnson | Mary D. | 05-6004 |
| Johnson | Matreathia | 05-6005 |
| Keller | Johnnie | 05-6006 |
| LaGarde, Jr. | Robert | 05-6007 |
| Landry | Joyce | 05-6008 |
| Leboeuf | Jane | 05-6009 |
| Levron | Kevin | 05-6010 |
| Martin | Richard | 05-6011 |
| Martinez | Patricia | 05-6012 |
| McClanahan | Veronica Marie | 05-6013 |
| McCurdy | Terrie | 05-6014 |
| McKoy | Rozellia | 05-6015 |
| Murray | Eva | 05-6016 |
| Nguyen | Du Noc | 05-6017 |
| Nixon | Pearl C. | 05-6018 |

| | | |
|---|---|---|
| Payne | Nancy Henry | 05-6019 |
| Pierre | Claude | 05-6020 |
| Pierre | Lucille | 05-6021 |
| Pomier | Mary | 05-6022 |
| Robinson | Veronica | 05-6023 |
| Route | Gloria D. | 05-6024 |
| Schleicher | Linda | 05-6025 |
| Shaffette | Hazel Matzke | 05-6026 |
| Sheffield | Juliette A. | 05-6027 |
| Taylor | Raymond | 05-6028 |
| Thomas | Eloise | 05-6029 |
| Turner | Gail | 05-6030 |
| Vappie, Jr. | Labau B. | 05-6031 |
| Wilkinson | Geraldine | 05-6032 |
| Williams | JoAnn B. #1 | 05-6033 |
| Williams | JoAnn B. #2 | 05-6034 |
| Williams | Lillian | 05-6035 |
| Williams, Sr. | Francis L. | 05-6036 |
| Wilson | Lois | 05-6037 |
| Wright | Ethel Herbert | 05-6038 |
| Carnegie | Estate of Claudie | 05-6039 |
| Schumacher-Benoit | Estate of Joel | 05-6040 |
| Kiniston | Estate of Janet Lynne | 06-0205 |
| George | Willie Belle | 06-0206 |
| Brellenthin | Jari A. | 06-1345 |
| Brackeen | Aline D. | 06-1346 |
| Blackwelder | James Alfred | 06-1347 |
| Waid | Josephine | 06-1348 |
| Reser | Barbara | 06-1349 |
| Pickering | Connie Ruth | 06-1350 |
| Pettis | Wiley | 06-1351 |
| Moize | Carolyn O. | 06-1352 |
| Lundstrom | Ove | 06-1353 |
| Pizzo | George | 06-1354 |
| Meadows | Lonny W. | 06-1355 |
| Lane | Joy H. | 06-1356 |
| Sinha | Arvind | 06-1357 |
| Barke | Estate of Terry Lee | 06-1358 |
| Giger | Mildred | 06-1359 |
| Feiock | Sandra | 06-1360 |
| Thompson | Lois E. | 06-1361 |
| Gross | Thomas Jacob | 06-1362 |
| Holland | Wayne | 06-1363 |
| Londino | Thomas | 06-1364 |
| Ward | Norman C. | 06-1365 |
| Wallace | Anita L. | 06-1366 |
| Steenken | Kathleen | 06-1367 |
| Garrett | Susie | 06-1368 |

| | | |
|---|---|---|
| Flores | Eloisa E. | 06-1370 |
| Christopherson | Cecilia | 06-1371 |
| Buckley | Minnie Lee | 06-1372 |
| Brown | Marilyn J. | 06-1373 |
| Torre | Sabino | 06-1374 |
| Kanitsch | Robert | 06-1375 |
| Johnson | Charles N. | 06-1377 |
| Stowers | Diana | 06-1378 |
| Small | Frances | 06-1379 |
| Snodgrass | Melodie | 06-1380 |
| Sutton | Roderick | 06-1381 |
| Elston | Ellen C. | 06-1382 |
| Rackley | Robert M. | 06-1383 |
| Scholz | Patricia | 06-1384 |
| Huh | Chang-Rim | 06-1385 |
| Dixon | Irvin T. | 06-1387 |
| Courte | Ellsworth B. | 06-1388 |
| Greenwood | Cassandra K. | 06-1389 |
| Warden | Harmond | 06-1391 |
| Spangler | Richard Dean | 06-1392 |
| Stafford | Marie | 06-1393 |
| Valdiviezo | Antonio C. | 06-1394 |
| Tyrrell | Sharon Louise | 06-1395 |