UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | |
| Morris Allen v. Merck & Co., Inc. No. 05-5975 | Section L |
| Beth M. Barilleaux v. Merck & Co., Inc. No. 05-5976 | Judge Fallon |
| Gene Bovie v. Merck & Co., Inc. No. 05-5977 | Mag. Judge Knowles |
| Luvenia H. Breaux v. Merck & Co., Inc. No. 05-5978 | |
| Myra Edgar Brown v. Merck & Co., Inc. No. 05-5979 | |
| Jerome E. Burlet v. Merck & Co., Inc. No. 05-5980 | |
| Rose Taylor Butler v. Merck & Co., Inc. No. 05-5981 | |
| Estate of Claudie Carnegie v. Merck & Co., Inc. No. 05-6039 | |
| Dessie Carson v. Merck & Co., Inc. No. 05-5982 | |
| Rosemary S. Crisp v. Merck & Co., Inc. No. 05-5983 | |
| Mary R. Dangerfield v. Merck & Co., Inc. No. 05-5984 | |
| Estate of Virginia Dardar v. Merck & Co., Inc. No. 05-5985 | |
| Russell Dauzat v. Merck & Co., Inc. No. 05-5986 | |
| Pearline Davis v. Merck & Co., Inc. No. 05-5987 | |
| Stephen Dufrene v. Merck & Co., Inc. No. 05-5988 | |
| Lottie T Duthu v. Merck & Co., Inc. No. 05-5989 | |
| Gaila R. Everett v. Merck & Co., Inc. No. 05-5990 | |
| Janis Ferrell v. Merck & Co., Inc. No. 05-5991 | |
| Danny Glenn Foster v. Merck & Co., Inc. No. 05-5992 | |



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 26 2006
LORETTA G. WHYTE
CLERK

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Barbara H. Gifford v. Merck & Co., Inc. No. 05-5993
Ernest J. Gonzales v. Merck & Co., Inc. No. 05-5994
Alma Lee Granberry v. Merck & Co., Inc. No. 05-5995
JoAnn Grigsby v. Merck & Co., Inc. No. 05-5996
Dorothy L. Harris v. Merck & Co., Inc. No. 05-5997
Carol Hearty v. Merck & Co., Inc. No. 05-5998
Barbara Jackson v. Merck & Co., Inc. No. 05-5999
Pearline Jackson v. Merck & Co., Inc. No. 05-6000
Shirley Jacobs v. Merck & Co., Inc. No. 05-6001
Salvadore J. Janusa v. Merck & Co., Inc. No. 05-6002
Jeanine A. Johnson v. Merck & Co., Inc. No. 05-6003
Mary D. Johnson v. Merck & Co., Inc. No. 05-6004
Matreathia Johnson v. Merck & Co., Inc. No. 05-6005
Johnnie Keller v. Merck & Co., Inc. No. 05-6006
Robert LaGarde, Jr. v. Merck & Co., Inc. No. 05-6007
Joyce Landry v. Merck & Co., Inc. No. 05-6008
Jane Leboeuf v. Merck & Co., Inc. No. 05-6009
Kevin Levron v. Merck & Co., Inc. No. 05-6010
Richard Martin v. Merck & Co., Inc. No. 05-6011
Patricia Martinez v. Merck & Co., Inc. No. 05-6012
Veronica Marie McClanahan v. Merck & Co., Inc. No. 05-6013
Terrie McCurdy v. Merck & Co., Inc. No. 05-6014
Rozellia McKoy v. Merck & Co., Inc. No. 05-6015

Eva Murray v. Merck & Co., Inc. No. 05-6016
Du Noc Nguyen v. Merck & Co., Inc. No. 05-6017
Pearl C. Nixon v. Merck & Co., Inc. No. 05-6018
Nancy Henry Payne v. Merck & Co., Inc. No. 05-6019
Claude Pierre v. Merck & Co., Inc. No. 05-6020
Lucille Pierre v. Merck & Co., Inc. No. 05-6021
Mary Pomier v. Merck & Co., Inc. No. 05-6022
Veronica Robinson v. Merck & Co., Inc. No. 05-6023
Gloria D. Route v. Merck & Co., Inc. No. 05-6024
Linda Schleicher v. Merck & Co., Inc. No. 05-6025
Estate of Joel Schumacher-Benoit v. Merck & Co., Inc. No. 05-6040
Hazel Matzke Shaffette v. Merck & Co., Inc. No. 05-6026
Juliette A. Sheffield v. Merck & Co., Inc. No. 05-6027
Raymond Taylor v. Merck & Co., Inc. No. 05-6028
Eloise Thomas v. Merck & Co., Inc. No. 05-6029
Gail Turner v. Merck & Co., Inc. No. 05-6030
Labau B. Vappie, Jr. v. Merck & Co., Inc. No. 05-6031
Geraldine Wilkinson v. Merck & Co., Inc. No. 05-6032
JoAnn B. #1 Williams v. Merck & Co., Inc. No. 05-6033
JoAnn B. #2 Williams v. Merck & Co., Inc. No. 05-6034
Lillian Williams v. Merck & Co., Inc. No. 05-6035
Francis L. Williams, Sr. v. Merck & Co., Inc. No. 05-6036
Lois Wilson v. Merck & Co., Inc. No. 05-6037

Ethel Herbert Wright v. Merck & Co., Inc. No. 05-6038

Willie Belle George v. Merck & Co., Inc. No. 06-0206

Estate ot Janet Lynne Kiniston v. Merck & Co., Inc. No. 06-0205

Estate of Terry Lee Barke v. Merck & Co., Inc. No. 06-1358

James Alfred Blackwelder v. Merck & Co., Inc. No. 06-1347

Aline D. Brackeen v. Merck & Co., Inc. No. 06-1346

Jari A. Brellenthin v. Merck & Co., Inc. No. 06-1345

Marilyn J. Brown v. Merck & Co., Inc. No. 06-1373

Minnie Lee Buckley v. Merck & Co., Inc. No. 06-1372

Cecilia Christopherson v. Merck & Co., Inc. No. 06-1371

Ellsworth B. Courte v. Merck & Co., Inc. No. 06-1388

Irvin T. Dixon v. Merck & Co., Inc. No. 06-1387

Ellen C. Elston v. Merck & Co., Inc. No. 06-1382

Sandra Feiock v. Merck & Co., Inc. No. 06-1360

Eloisa E. Flores v. Merck & Co., Inc. No. 06-1370

Susie Garrett v. Merck & Co., Inc. No. 06-1368

Mildred Giger v. Merck & Co., Inc. No. 06-1359

Cassandra K. Greenwood v. Merck & Co., Inc. No. 06-1389

Thomas Jacob Gross v. Merck & Co., Inc. No. 06-1362

Wayne Holland v. Merck & Co., Inc. No. 06-1363

Chang-Rim Huh v. Merck & Co., Inc. No. 06-1385

Charles N. Johnson v. Merck & Co., Inc. No. 06-1377

Robert Kanitsch v. Merck & Co., Inc. No. 06-1375

Joy H. Lane v. Merck & Co., Inc. No. 06-1356
Thomas Londino v. Merck & Co., Inc. No. 06-1364
Ove Lundstrom v. Merck & Co., Inc. No. 06-1353
Lonny W. Meadows v. Merck & Co., Inc. No. 06-1355
Carolyn O. Moize v. Merck & Co., Inc. No. 06-1352
Wiley Pettis v. Merck & Co., Inc. No. 06-1351
Connie Ruth Pickering v. Merck & Co., Inc. No. 06-1350
George Pizzo v. Merck & Co., Inc. No. 06-1354
Robert M. Rackley v. Merck & Co., Inc. No. 06-1383
Barbara Reser v. Merck & Co., Inc. No. 06-1349
Patricia Scholz v. Merck & Co., Inc. No. 06-1384
Arvind Sinha v. Merck & Co., Inc. No. 06-1357
Frances Small v. Merck & Co., Inc. No. 06-1379
Melodie Snodgrass v. Merck & Co., Inc. No. 06-1380
Richard Dean Spangler v. Merck & Co., Inc. No. 06-1392
Marie Stafford v. Merck & Co., Inc. No. 06-1393
Kathleen Steenken v. Merck & Co., Inc. No. 06-1367
Diana Stowers v. Merck & Co., Inc. No. 06-1378
Roderick Sutton v. Merck & Co., Inc. No. 06-1381
Lois E. Thompson v. Merck & Co., Inc. No. 06-1361
Sabino Torre v. Merck & Co., Inc. No. 06-1374
Sharon Louise Tyrrell v. Merck & Co., Inc. No. 06-1395
Antonio C. Valdiviezo v. Merck & Co., Inc. No. 06-1394

| | |
|---|---|
| Josephine Waid v. Merck & Co., Inc. No. 06-1348<br>Anita L. Wallace v. Merck & Co., Inc. No. 06-1366<br>Norman C. Ward v. Merck & Co., Inc. No. 06-1365<br>Harmond Warden v. Merck & Co., Inc. No. 06-1391 | |

## ORDER

After considering Plaintiff's Motion to Substitute Counsel and Motion to Designate New Trial Attorneys, the Court hereby GRANTS the motion and designates JOHN R. LEACH, III; MICHAEL J. LOWENBERG; and ANTHONY E. FARAH of the O'QUINN LAW FIRM as Plaintiff's trial attorneys. The Court ORDERS that John R. Leach, II, Michael J. Lowenberg and Anthony E. Farah are substituted as counsel in place of Richard Laminack, Thomas W. Pirtle and Abel Manji

It is further ORDERED that a copy of **ALL** further pleadings and notices be addressed and forwarded to the following:

> JOHN R. LEACH, III
> MICHAEL J. LOWENBERG
> ANTHONY E. FARAH
> O'QUINN LAW FIRM
> 440 Louisiana St., Suite 2300
> Houston, Texas 77002
> (713) 223-1000
> (713) 222-6903 fax

April 26, 2006.

_____
JUDGE PRESIDING