United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED APR 24 2006
LORETTA G. WHYTE
Clerk

4-12-06

Stanley Bethea,
          Plaintiff
vs.

Merck + Co., Inc.,
          Defendant

Plaintiff motion to Remand Pursuant to 28 U.S.C § 1447

Case No. 05-6775

Plaintiff pursuant to 28 U.S.C § 1447(d) hereby move to Remand this action to the jurisdiction of the Court of Common Pleas - Dauphin County, In the Court of HBG, PA, No. 2005 CV 4142

1. On Sept 30, 2005 the Plaintiff filed the instance action In the Court of Common Pleas HBG, PA, 17108

2. Defendant Remand this action to the United States District Court, Federal Court based on diversity of citizenship.

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
     Doc. No. _____

2. DEFENDANT A NEW JERSEY CORPORATION, BUT PLAINTIFF IS CAPTAIN OF THE COMPLAINT AND IS SEEKING A REMAND OF THIS ACTION. DEFENDANT ACTIONS QUALIFY FOR THE REMOVAL BUT IT'S ACTION DOES NOT MANDATE THAT THE COMPLAINT BE REMOVED. 28 U.S.C § 1447(d)

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THIS ACTION BE REMANDED TO THE STATE COURT IN DAUPHIN COUNTY HBG, PA. 17108 NO. 2005 CV 4142

RESPECTFULLY SUBMITTED

Stanley Bethea
P.O. Box 704
HBG, PA. 17108-0704

-2-

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE PLAINTIFF MOTION TO REMAND PURSUANT TO 28 U.S.C. §1447 HAS BEEN SERVED UPON THE DEFENDANT FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA, 19104-2808

Stanley Bethea
P.O. BOX 704
HBG, PA, 17108-0704

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND HAS BEEN SERVED UPON THE DEFENDANT FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley Bethea
P.O. BOX 704
HBG, PA. 17108-0704

United States District Court
Eastern District of Louisiana
New Orleans, LA   70130

Stanley Bethea,
               Plaintiff

4-12-06
Case No: 05-6775

vs.

Merck + Co., Inc.
               Defendant

### Notice for Hearing
### LR 7.2E

Plaintiff filed a motion to Remand now files for a hearing LR 7.2E

May 17, 2006   9:00 A.M.

Stanley Bethea
P.O. Box 704
HBG, PA, 17108-0704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE FOR HEARING LR 7.2E HAS BEEN SERVED UPON THE FOLLOWING BY FIRST CLASS MAIL POSTAGE PRE-PAID

JOSHUA G. SCHILLER, ESQ
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley Bettler
P.O. BOX 704
HBG, PA. 17108-0704



CLERK U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

STANLEY BETHEA
P.O. BOX 704
H86, PA 17108-07