UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26 PM 12: 46

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

This document relates to:

Section: L

XENOPHEN MAXWELL, JR., and
JANETTE MAXWELL, his wife,

Civil Action No. 2:06-cv-949

       Plaintiffs,

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

vs.

MERCK & CO., INC,
       Defendant.     /

## ORDER

THIS CAUSE having come before me this date upon the foregoing Joint Motion for Substitution of Counsel, and the Court being otherwise fully advised in the premises it is upon consideration,

ORDERED AND ADJUDGED that Steven C. Ruth of the law firm of Beltz & Ruth, P.A., be and is hereby relieved of any further responsibility in regard to representing the Plaintiffs, Xenophen Maxwell and Janette Maxwell herein, and the law firm of ALLEY, CLARK, GREIWE & FULMER, be substituted as Attorneys of Record for Plaintiffs herein.

New Orleans, Louisiana, this 26 day of April, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
___  Doc. No_____