UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25 PM 1:59

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1657<br>*<br>* SECTION: L<br>*<br>*<br>* JUDGE FALLON<br>* MAG. JUDGE KNOWLES<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

(1) ELZIE WESTBROOK AND
(2) DEBRA WESTBROOK          )
                             )
VS.                          )      CIVIL ACTION NO. 2:05cv1129
                             )
(3) MERCK & CO., INC.        )

### THE LAW OFFICES OF FRANK L. BRANSON, P.C. AND J. GREGORY MARKS' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ELZIE WESTBROOK and DEBRA WESTBROOK

**TO THE HONORABLE JUDGE OF SAID COURT:**

The Law Offices of Frank L. Branson, P.C. and J. Gregory Marks, attorneys of record in the above-entitled and numbered cause for Plaintiffs Elzie Westbrook and Debra Westbrook, respectfully requests leave of the Court to permit withdrawal as attorneys of record, and in support of this motion would show:

1.00   **Statement of Position**:

Circumstances have arisen in the attorney/client relationship between The Law Offices of Frank L. Branson, P.C., J. Gregory Marks and Plaintiffs which necessitate the withdrawal of The

---

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

Law Offices of Frank L. Branson, P.C. and J. Gregory Marks as counsel in this case.

2.00  **Statement of Facts**:

2.01  Plaintiffs were advised of counsels' desire to withdraw from employment in this cause in a telephone conversation and in a letter dated September 23, 2005. At that time, Plaintiffs were advised that this Motion would be forthcoming and presented to the Court and that any objection in the granting of this Motion should be made to the Court in writing. Plaintiffs were also advised about the need to seek other representation.

2.02  A further statement of the basis for this Motion would be a violation of the attorney/client privilege as well as the attorney work product exception to discovery.

2.03  This Motion is not filed for the purpose of delay.

2.04  At this time, the identity of counsel to be substituted into this matter is unknown.

2.05  The Plaintiffs have been notified of the filing of this Motion and the Plaintiffs have been informed of their opportunity to object to this Motion; and having no objection, have signed their agreement to the filing of this Motion to Withdraw on the signature line on page 3.

2.06  The Plaintiffs had previously been informed of any deadlines in December of 2005.

2.07  The Plaintiffs can be reached at 5820 Foxhill Lane, Dallas, Texas 75232, (214) 371-5632.

3.00  **Relief Requested**:

3.01  For reasons set out herein, the Law Offices of Frank L. Branson, P.C. and J. Gregory Marks request that the Court allow their withdrawal as attorneys for Plaintiffs Elzie Westbrook and Debra Westbrook.

3.02   In the event that the Court should require a further statement as to the basis for this Motion, the Movants would request that an in-camera hearing be set for such purpose.

4.00   **Prayer**:

Movants pray that the Court enter an Order granting their Motion to Withdraw as Counsel for Plaintiffs.

Respectfully submitted,

THE LAW OFFICES OF
FRANK L. BRANSON, P.C.

/s/ J. Gregory Marks
FRANK L. BRANSON
State Bar No. 02899000
**J. GREGORY MARKS**
State Bar No. 12994900
4514 Cole Avenue, 18th Floor
Highland Park Place
Dallas, Texas 75205
(214) 522-0200
(214) 521-5485 - Facsimile

**ATTORNEYS FOR PLAINTIFFS
ELZIE WESTBROOK and
DEBRA WESTBROOK**

**WITHDRAWAL AGREED TO:**

_____
Elzie Westbrook

_____
Debra Westbrook

---

THE LAW OFFICES OF FRANK L. BRANSON, P.C. AND J. GREGORY MARKS'
MOTION TO WITHDRAW AS COUNSEL                                                PAGE 3

## CERTIFICATE OF CONFERENCE

I certify that I have discussed this Motion to Withdraw with the attorney for Defendant Merck and they have no objection.

_____
J. Gregory Marks

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on Defendants' counsel via certified mail, return receipt requested and via electronic filing on this the 21st day of April, 2006. A copy of this is also being forwarded to Elzie and Debra Westbrook, 5820 Foxhill Lane, Dallas, TX 75232.

_____
J. Gregory Marks