UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26  PM 12: 46

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE:       VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1657<br><br>SECTION: L<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

(1) ELZIE WESTBROOK AND
(2) DEBRA WESTBROOK      )
                         )
VS.                      )     CIVIL ACTION NO. 2:05cv1129
                         )
(3) MERCK & CO., INC.    )

### ORDER GRANTING THE LAW OFFICES OF
### FRANK L. BRANSON, P.C.
### AND J. GREGORY MARKS'
### MOTION TO WITHDRAW AS COUNSEL FOR
### PLAINTIFFS ELZIE WESTBROOK and DEBRA WESTBROOK

The Court, having examined and heard the foregoing Motion, and being of the opinion that good cause has been shown and that the Motion should be granted,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Law Offices of Frank L. Branson, P.C., and J. Gregory Marks are permitted to withdraw as attorneys of record for Plaintiffs Elzie Westbrook and Debra Westbrook in this cause of action.

DATED this the 26 day of April, 2006.

_____
JUDGE PRESIDING

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____