# Alley ◆ Clark ◆ Greiwe ◆ Fulmer
## CIVIL TRIAL LAWYERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26  PM 3: 24

LORETTA G. WHYTE
CLERK

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

April 24, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

*06 - 1688*

*Seet 6/3*

    Re:   Bozzi v. Merck

Dear Clerk:

Enclosed is an original Summons for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

\_\_\_\_Fee_____
\_\_\_ Process_____
_X_ Dktd_____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No_____