# Alley ✦ Clark ✦ Greiwe ✦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com



April 12, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      Re:    DiSanto v. Merck (MDL: 1657, Case Number: 2:06-cv-964)

Dear Clerk:

Enclosed is an original Summons for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

      Fee_____
      ✓ Process_____
      X Dktd_____
      ___ CtRmDep_____
      ___ Doc. No_____

701 EAST WASHINGTON STREET ✦ TAMPA, FLORIDA 33602 ✦ TEL: (813) 222-0977 ✦ FAX: (813) 224-0373