# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

FILED
US DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 26  PM 3: 32
LORETTA G. WHYTE
CLERK

April 24, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

CA. 06-401
L/3

Re: Olig v. Merck
Flores v. Merck

Dear Clerk:

Enclosed are two original Summonses for Defendant Amy Moore for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____