UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
..................................................................... )

THIS DOCUMENT RELATES TO: IRA LEWIS TINGLE vs. MERCK & CO., INC., EDLA Sec. L/3 05-1727

## NOTICE OF APPEARANCE

**COMES NOW**, Kathryn S. Harrington and herein notices an appearance as counsel of record for Plaintiff in this matter.

All future correspondence, pleadings, notices and/or inquiries should be directed to the address and telephone number listed below.

Respectfully submitted,

Kathryn S. Harrington Bar No. SUM002
Attorney for Plaintiff
Email: kathrynh@hollis-wright.com

OF COUNSEL:

**HOLLIS & WRIGHT, P.C.**
505 North 20th Street Suite 1750
Birmingham, Alabama 35203
205-324-3600
205-324-3636 (fax)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____


## CERTIFICATE OF SERVICE

I do hereby certify that I have served on this the 24 day of April, 2006, via United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

**RUSS M. HERMAN**
Herman, Herman, Katz & Cotlar, LLP
PO Box 56292
Atlanta, GA 30343

**PHILLIP WITTMANN**
**ANTHONY M. DILEO**
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, Louisiana 70809

**D. FRANK DAVIS**
**JOHNNY NORRIS**
**TYLER VAIL**
DAVIS & NORRIS, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, Alabama 35205

**THEODORE V.H. MAYER, ESQ.**
**WILFRED P. CORONATO, ESQ.**
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

**DOUG R. MARVIN, ESQ.**
**LAURIE S. FULTON, ESQ.**
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 2005-5901

**JOHN H. BEISNER**
O'Melveny & Meyers LLP
1625 Eye St.
Washington, DC 20006

**RICHARD C. STANLEY**
Stanley, Flanagan & Reuter, LLC
LL&E Tower
909 Poydras St., Suite 2500
New Orleans, LA 70112

_Kathryn Harrington_
OF COUNSEL