**MINUTE ENTRY**
**FALLON, J.**
**APRIL 27, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Barnett v. Merck & Co., Inc.*, 06-485
*Smith v. Merck & Co., Inc.*, 05-4379
*Mason v. Merck & Co., Inc.*, 06-810
*Dedrick v. Merck & Co., Inc.*, 05-2524

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Trial counsel in all the above referenced cases participated. At the conference, the parties discussed procedural and scheduling issues pertaining to the trials of these matters. In consideration of the conference,

IT IS ORDERED that the Plaintiffs' Steering Committee's Generic Motion in Limine (Rec. Doc. 4352) shall be heard with oral argument on May 17, 2006 at 2:30 p.m.

JS10(01:45)