UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Bell v. Merck & Co., Inc.*, **05-1243**

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Request of Order for the Appointment of Counsel (Rec. Doc. 4293) is DENIED. The Plaintiff previously filed a similar motion on June 30, 2005 (Rec. Doc. 490). On July 6, 2005, the Court ordered Plaintiffs' Liaison Counsel to respond to the motion. Plaintiffs' Liaison Counsel complied with the Court's Order and provided the Plaintiff with the names of two attorneys. The Plaintiff contends that the two attorneys chose not to represent him, but provided him with the names of approximately one hundred attorneys. In total, the Plaintiff claims to have contacted between seventy-five and eighty attorneys. None of these attorneys, however, have agreed to represent the Plaintiff. The Court advises the Plaintiff to contact the remaining attorneys.

New Orleans, Louisiana, this __25th__ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Danny Bell #K-68611
Folsom State Prison

P.O. Box 950
Folsom, California 95763
Inmate Number 147572

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170