UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                                          *        MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION                          *
                                                       *        SECTION L
                                                       *
                                                       *        JUDGE FALLON
This document relates to:                              *
                                                       *        MAGISTRATE JUDGE KNOWLES
Benjamin R. Burt and Shirley Burt, his wife v.         *
Merck & Co., Inc., a/k/a and sometimes d/b/a           *
Merck Sharp & Dohme (I.A.) Corp.,                      *
a New Jersey corporation                               *        CASE NO. 2:05-cv-00443

---

## <u>NOTICE OF CANCELLATION OF TAKING VIDEOTAPED DEPOSITION</u>

TO:    M. Elaine Horn, Esquire
       Williams & Connolly, LLP
       725 12th Street, NW
       Washington, DC 20005

       PLEASE TAKE NOTICE that the videotaped deposition of **BRENT VIDEAU, M.D.,** which

was scheduled to be taken on Tuesday, May 2, 2006, beginning at 1:00 p.m. CT, is hereby

CANCELLED.

                              *        *        *

       I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the

above addressee and Liaison Counsel, Phillip Wittman, by U.S. Mail and e-mail, and upon all parties

by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-

Trial Order #8, on this 25th day of April, 2006.

_____ Fee_____
_____ Process_____
  X   Dktd _____
_____ CtRmDep_____
_____ Doc. No_____

PETER L. KAUFMAN, ESQ.
Florida Bar No.0548421
Levin, Papantonio, Thomas, Mitchell, Echsner &
    Proctor, P.A.
316 South Baylen Street, Suite 400 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7107
Attorney for Plaintiffs.

cc:     Kimberly Gregory, Court Reporter