UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * | MDL DOCKET NO. 1657<br><br>SECTION L |
| | * * | JUDGE FALLON |
| This document relates to: | * * | MAGISTRATE JUDGE KNOWLES |
| Benjamin R. Burt and Shirley Burt, his wife v.<br>Merck & Co., Inc., a/k/a and sometimes d/b/a<br>Merck Sharp & Dohme (I.A.) Corp.,<br>a New Jersey corporation | * * * * | <br><br><br>CASE NO. 2:05-cv-00443 |

## NOTICE OF CANCELLATION OF TAKING VIDEOTAPED DEPOSITION

TO:  M. Elaine Horn, Esquire
     Williams & Connolly, LLP
     725 12th Street, NW
     Washington, DC 20005

PLEASE TAKE NOTICE that the videotaped deposition of **R. BARRY LURATE, M.D.**, which was scheduled to be taken on Monday, May 1, 2006, beginning at 5:30 p.m. CT, is hereby CANCELLED.

\* \* \*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the above addressee and Liaison Counsel, Phillip Wittman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 25th day of April, 2006.



_____
PETER L. KAUFMAN, ESQ.
Florida Bar No.0548421
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 400 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7107
Attorney for Plaintiffs.

cc:   Kimberly Gregory, Court Reporter