# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  P 3: 41

LORETTA G. WHYTE
CLERK

April 27, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    Re:    Leo v. Merck

MDL 1657 L
Ref: 06-967

Dear Clerk:

Enclosed is an original Summons for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

___ Fee___
✓ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No___

701 EAST WASHINGTON STREET • TAMPA, FLORIDA 33602 • TEL: (813) 222-0977 • FAX: (813) 224-0373