UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -2 AM II: II

LORETTA G. WHYTE
CLERK

RECEIVED
MAY - 2 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This Document Relates To All Class Actions

:
:
:
:
:
:
:
:
:
:
:
:

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAG. JUDGE KNOWLES

## THIRD PARTY DAVID GRAHAM'S MOTION
## FOR EXPEDITED HEARING AND INCORPORATED MEMORANDUM

Now comes Third Party David Graham, who hereby requests that the Court hear on an expedited basis the Third Party Emergency Motion to Quash Subpoena for the reasons set forth below:

1.      Pursuant to the Court's March 13, 2006 Order directing Dr. Graham's deposition to go forward and by agreement of counsel, Dr. Graham's deposition was scheduled for May 9, 2006.

2.      On April 26, 2006, Merck & Co., Inc. served a subpoena on third party Microsoft Corporation which is the internet service provider (ISP) for Dr. Graham's personal e-mail account.  The subpoena mandates production of all e-mails to and from Dr. Graham's personal e-mail address from 1999 to date.

3.      Pursuant to the subpoena, Microsoft is commanded to produce the documents on May 4, 2006 at 10:00 am.

4.      As set forth more fully in Memorandum in Support of Third Party David Graham's Emergency Motion to Quash Subpoena, this matter requires expedited attention.

____ Fee_____
____ Process_____
_X_/Dktd _____
____ CtRmDep_____
____ Doc. No._____

Wherefore, movant seeks a hearing on an expedited basis of the attached Third Party David Graham's Emergency Motion to Quash Subpoena.

Respectfully Submitted,

Joanne Royce,   DC Bar # 379-728
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C.  20006
(202) 408-0034 ext 131
FAX: (202) 408-9855

Counsel for Third Party David Graham

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleadings, *Third Party David Graham's Emergency Motion to Quash Subpoena* and attached *Memorandum in Support* and *Third Party David Graham's Motion for Expedited Hearing,* have been served on the below listed attorneys, by U.S. Mail on this 1st day of May, 2006.

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
phone: 504-581-4892
fax: 504-561-6024

Joanne Royce