UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -3 PM 12: 27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX,: | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This Document Relates To All Class Actions | MAG. JUDGE KNOWLES |

### O R D E R

Considering Motion for Expedited Hearing and Incorporated Memorandum filed on behalf of Third Party David Graham;

IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby granted;

IT IS FURTHER ORDERED BY THE COURT that the hearing on Third Party David Graham's Emergency Motion to Quash Subpoena be and is hereby set for expedited hearing on the 3RD day of May, 2006 at 1:00 p.m.

NEW ORLEANS, Louisiana, this 2ND day of May, 2006.

Eldon E. Fallon
**United States District Judge**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____

-1-