UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -3 PM 12: 27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX,: | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This Document Relates To All Class Actions | MAG. JUDGE KNOWLES |

### THIRD PARTY DAVID GRAHAM'S EMERGENCY MOTION TO QUASH SUBPOENA

Third party David J. Graham, M.D. respectfully moves this Court for an order quashing the subpoena issued by Defendant Merck & Co., Inc. in this matter upon third party Microsoft Corporation. The Merck subpoena requests, inter alia, nearly seven years worth of e-mail from Dr. Graham's private internet service provider, Microsoft. In particular, it seeks not only all of Dr. Graham's e-mail communications to or from anyone, on all topics without limitation but also the communications to and from his entire family.

The grounds for this Emergency Motion are contained in the attached Memorandum in Support of Third Party David Graham's Emergency Motion to Quash Subpoena.

Respectfully Submitted,

*[signature]*

Joanne Royce,   DC Bar # 379-728
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
(202) 408-0034 ext 131
FAX: (202) 408-9855
Counsel for Third Party David Graham

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

-1-