UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -2  PM 4: 47

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX,: | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This Document Relates To All Class Actions | MAG. JUDGE KNOWLES |

### PLAINTIFFS' STEERING COMMITTEE'S JOINDER IN AND MEMORANDUM IN SUPPORT OF THIRD PARTY DAVID GRAHAM'S EMERGENCY MOTION TO QUASH SUBPOENA

Third party David J. Graham, M.D., has moved on an emergency basis for an Order from this Court quashing the subpoena issued by Defendant Merck & Co., Inc. ("Merck") upon third party Microsoft Corporation ("Microsoft"). Microsoft is Dr. Graham's private Internet Service Provider ("ISP"), and the Merck subpoena requests essentially all of Dr. Graham's (and his family's) email, regardless of recipient, sender or topic, "from May 20, 1999 to present."

This overbroad subpoena requests seven years of irrelevant and private communications, and would not only impose undue burdens and hardships on Dr. Graham, a third party (not to mention Microsoft, another third party) but, of immediate and direct concern to the Plaintiffs' Steering Committee, could disrupt and delay the conduct and completion of Dr. Graham's deposition in this litigation, which this Court ordered on March 13, 2006 to proceed "expeditiously." *In re: Vioxx Products Liability Litigation*, 2006 U.S. Dist. LEXIS *43 (E.D. LA. 2006). The Plaintiffs' Steering Committee therefore joins Dr. Graham's emergency

534418.1

-1-

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No___

motion to quash the Merck-Microsoft subpoena, and his request for expedited hearings therein.

Dr. Graham's deposition has been scheduled for May 9, 2006. That deposition, which this Court has expressly limited in scope to "matters relevant to this litigation and to which Dr. Graham has previously addressed," *id.*, is itself highly relevant to impending Vioxx trials in these MDL proceedings. Substantial effort and voluminous briefing and argument has gone into the process of this Court's determination of the appropriate scope, and optimal timing, of Dr. Graham's deposition. Merck's subpoena, whether intentionally or not, threatens delay, disruption, and an endless round of collateral proceedings unless quashed.

Plaintiffs' Steering Committee respectfully submits that its appointment by the Court for the common benefit of Plaintiffs; and its resulting duties and obligations to secure and promote the efficient conduct of discovery and trial preparations for thousands of cases on an expedited basis, vests it with a sufficiently real, direct and vital interest in the timely conduct and completion of Dr. Graham's testimony, and in his fair treatment as a third party witness, to join in Dr. Graham's Rule 45(c)(3) motion to quash the Merck-Microsoft subpoena. The vitality of these interests places the PSC squarely within the "affected by" language of Fed.R.Civ.P. 45(c)(3) and affords the PSC standing to join in Dr. Graham's request for protection from Merck's subpoena.

Even without the recognition of such standing under Rule 45, however, the Plaintiffs' Steering Committee submits that it and its members have standing as counsel of record for numerous parties herein, to seek the equivalent relief in the form of a Fed. R. Civ. P. 26(c) protective order. *Washington v. Thurgood Marshall Academy*, 230 F.R.D. 18, 22 (D.D.C. 2005) (a party to an action who has not asserted a privileged, proprietary interest, or personal right to the information sought by subpoena sufficient to demonstrate standing to quash

534418.1                                            -2-

under Rule 45 may move for a Rule 26(c) protective order to prevent production of requested documents).

This Court has set a date certain for trial in the *Barnett* matter. Important to that trial and the others to follow, is the deposition of Dr. Graham. To meet the trial deadlines, Dr. Graham's deposition should not be delayed. Merck's subpoena and the satellite litigation necessitated by the discovery sought therein needlessly threatens to upset the timing of Dr. Graham's deposition, a matter that required significant effort to arrange.

Because of the negative implications posed by Merck's subpoena on Dr. Graham, his family, Microsoft, and the orderly administration of these MDL proceedings, the PSC submits that it is entitled to emergency protection.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024

Temporary address:

Place St. Charles
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty. **(on brief)**<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq. **(on brief)**<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 2nd day of May, 2006.