MINUTE ENTRY
FALLON, J.
MAY 3, 2006

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |
| This Document Relates to All Class Actions | |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances
by telephone:  Phil Beck, Esq. for defendant, Merck & Co., Inc.
               Russ Herman, Esq., Lenny Davis, Esq., Chris Tisi, Esq., Tom Kline, Esq.,
               Arnold Levin, Esq., Fred Longer, Esq., Elizabeth Cabraser, Esq. for PSC
               Joanne Royce, Esq. and Mark Cohen, Esq. for Third Party David Graham, MD

Emergency Motion of Third Party, David J. Graham, MD, to Quash Subpoena issued upon Third Party, Microsoft Corporation:

Argument - The motion is GRANTED for the oral reasons given.

JS-10:   :55