UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
  *Bethea v. Merck & Co., Inc.*, 05-6795

**ORDER**

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 4462) is DENIED.

New Orleans, Louisiana, this   2nd   day of   May  , 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
HBG, PA 17109-0704