**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

## ORDER

IT IS ORDERED that oral argument on Plaintiffs' Letter Brief Regarding Ogilvy, DDB, and Millward Third-Party Discovery shall be held on May 10, 2006 at 10:00 a.m.  If the parties desire to participate by telephone, they should contact the Court by May 8, 2006 at 5:00 p.m. so that arrangements can be made.

New Orleans, Louisiana, this   2nd   day of   May  , 2006.

_____
UNITED STATES DISTRICT JUDGE