UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION
                                                  SECTION: L

                                                  JUDGE FALLON
                                                  MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Gerald Barnett v. Merck & Co., Inc., CA 06-485

### SCHEDULING ORDER

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure, the following dates are set on the docket of Judge Eldon E. Fallon:

| Date | Event |
|---|---|
| Monday, July 24, 2006, 8:30 am | Jury Trial |
| Thursday, July 6, 2006, 3:00 pm | Pre-Trial Conference |
| July 4, 2006 by 5:00 pm | Pre-Trial Order (The parties shall use the Pre-Trial Notice form attached.) |
| June 13, 2006 | Jury Questionnaire to be completed by Prospective Jurors and Forwarded to Counsel |
| Wednesday, May 17, 2006, 2:30 pm | Status Conference |

1. **Witness Lists.** All witness lists shall include the name and address of the witness and a brief statement of the nature of the witness' expected testimony.

    May 15, 2006           a.    Preliminary Fact Witness List Exchanged by both Parties.

    May 22, 2006           b.    Plaintiff Witness List delivered to defendant

| | | | |
|---|---|---|---|
| June 1, 2006 | | c. | Defendant's Witness List Delivered to Plaintiff |

**2. Expert Reports and Depositions**: Reports to be disclosed in compliance with the Fed.R.Civ.Proc. 26(a)(2)(B) shall be delivered to opposing party on the dates provided below. No subsequent change in the expert's opinion, or its basis, will be allowed absent good cause shown and leave of Court.

| | | | |
|---|---|---|---|
| May 22, 2006 | | a. | Plaintiff's Expert Reports Delivered to Defendant |
| June 1, 2006 | | b. | Defendant's Expert Reports Delivered to Plaintiff |
| June 8, 2006 | | c. | Deadline for expert depositions. Defendant shall have the right to depose Plaintiff's experts within a reasonable time after their reports are delivered. The same rule applies to Plaintiff's depositions of Defendant's experts. |

**3. Discovery:**

| | | | |
|---|---|---|---|
| May 15, 2006 | | a. | Deadline for filing Written Discovery |
| May 31, 2006 | | b. | Deadline for all Discovery |

**4. Deposition Designation, exhibits:**

a. **Preliminary exchanges**

| | | | |
|---|---|---|---|
| May 15, 2006 | | i. | Preliminary exchange of deposition designations, deposition exhibits, and trial exhibits |
| May 29, 2006 | | ii. | Counter-designations and objections to preliminary deposition designations, deposition exhibits, and trial exhibits |
| June 5, 2006 | | iii. | Objections to counter-designations |

b. **Final exchanges**

| | | | |
|---|---|---|---|
| June 9, 2006 | | i. | Parties exchange final deposition designations, deposition exhibit list, |

| | | |
|---|---|---|
| June 19, 2006 | ii. | and trial exhibit list<br>Counter-designations and objections to deposition designations, deposition exhibits, and trial exhibits |
| June 23, 2006 | iii. | Objections to counter-designations |
| June 28, 2006, 9:00 a.m. | iv. | Hearing on objections to deposition designations, deposition exhibits, and trial exhibits |

## 5. Daubert and Dispositive Motions:

| | | |
|---|---|---|
| June 16, 2006 | a. | Any Daubert challenge to Expert Testimony and any Dispositive Motions must be filed by this date. |
| June 26, 2006 | b. | Any oppositions to Daubert and Dispositive Motions must be filed by this date. |
| July 3, 2006 | c. | Reply briefs |
| July 6, 2006, at 9:00 a.m. | d. | Hearing on all Daubert and Dispositive Motions |

## 6. Motions In Limine

**a.   PSC's Generic Motion in Limine**

| | | |
|---|---|---|
| May 17, 2006 | i. | Hearing on Generic Motion in Limine |

**b.   Preliminary/General Motions in Limine**

| | | |
|---|---|---|
| June 9, 2006 | i. | Deadline for preliminary motions in limine |
| June 19, 2006 | ii. | Deadline for oppositions to preliminary motions in limine |
| June 23, 2006 | iii. | Deadline for reply briefs in support of preliminary motions in limine |
| June 28, 2006, 9:00 a.m. | iv. | Hearing on preliminary motions |

**c.   Final/Case-Specific Motions in Limine**

| | | |
|---|---|---|
| June 28, 2006 | i. | Deadline for final motions in limine |
| July 7, 2006 | ii. | Deadline for oppositions to final in limine motions |
| July 13, 2006 | iii. | Deadline for reply briefs in support of |

|  |  | final in limine motions |
| --- | --- | --- |
| July 17, 2006, 3:30 p.m. | iv. | Hearing on final motions in limine |

New Orleans, Louisiana, this __2nd__ day of May, 2006.

*[signature]*

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**