

RECEIVED
MAY - 3 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -3  AM 9: 50
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to all cases | MAGISTRATE JUDGE KNOWLES |

## MOTION AND ORDER FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file Exhibit 2 to its Opposition to David Graham's Emergency Motion to Quash Subpoena Issued to Microsoft Corporation under seal.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted leave to file the above Exhibit under seal.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

LA2:781540.1

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Order for Leave to File Exhibit Under Seal has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon Dr. Graham's counsel Joanne Royce by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2d day of May, 2006.

*[signature: Dorothy H. Wimberly]*

LA2:781540.1

808878v.1

# EXHIBIT 2

# FILED UNDER SEAL