UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to all cases | * | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion and Order to File Exhibit Under Seal,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the Exhibits attached hereto under seal.

NEW ORLEANS, LOUISIANA, this 3 day of May, 2006.

_____
DISTRICT JUDGE

LA2:781540.1

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____
808878v.1