U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 27 2006
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 06-30378

MDL 05-1657 L

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

STEERING COMMITTEE

    Plaintiff - Appellee

v.

MERCK AND COMPANY INC

    Defendant - Appellant

U.S. COURT OF APPEALS
FILED
APR 25 2006
CHARLES R. FULBRUGE III
CLERK

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before HIGGINBOTHAM, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the district court's privileged documents ruling that is the subject of the petition for mandamus and appeal in this case is temporarily stayed on this Court's own motion for the limited purpose of providing it sufficient time to properly consider and determine the matters presented. This Court intends to rule on these matters expeditiously so as not to delay or hinder the proceedings in the district court. Accordingly, any further response or reply should be filed immediately.

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By /s/ _____
Deputy

New Orleans, Louisiana   APR 25 2006

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

April 26, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 06-30378  In Re: Vioxx Prod
    USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Michael R. Brown, Deputy Clerk
    504-310-7692

Mr Phillip A Wittmann
Mr Russ M Herman
Ms Loretta Whyte, Clerk

MOT-2