U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 27 2006

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-30379

MD 05-1657 L

U.S. COURT OF APPEALS
FILED
APR 25 2006
CHARLES R. FULBRUGE III
CLERK

In Re: MERCK AND COMPANY INC

Petitioner

---

Petition for Writ of Mandamus to the United States
District Court for the
Eastern District of Louisiana, New Orleans

---

Before HIGGINBOTHAM, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the district court's privileged documents ruling that is the subject of the petition for mandamus and appeal in this case is temporarily stayed on this Court's own motion for the limited purpose of providing it sufficient time to properly consider and determine the matters presented. This Court intends to rule on these matters expeditiously so as not to delay or hinder the proceedings in the district court. Accordingly, any further response or reply should be filed immediately.

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
       Deputy

New Orleans, Louisiana    APR 25 2006

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

April 25, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 06-30379  In Re: Vioxx Prod
USDC No.  2:05-MD-1657

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Michael R. Brown, Deputy Clerk
504-310-7692

Mr John H Beisner
Mr Douglas Marvin
Ms Dorothy Hudson Wimberly
Mr Phillip A Wittmann
Mr Russ M Herman
Ms Loretta Whyte, Clerk

MOT-2