**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|         PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Barnett v. Merck & Co., Inc.*, 06-485

## ORDER

IT IS ORDERED that the parties shall submit a proposed jury questionnaire to the Court by June 5, 2006.

New Orleans, Louisiana, this  4th  day of  May , 2006.

_____
UNITED STATES DISTRICT JUDGE