IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| RONALD WILLIAMS, ET AL. ) | Section: L3 |
| ) | |
| ) | |
| ) | Civil Action No: 05-5176 |
| ) | |
| vs. ) | Transferred from USDC |
| ) | Eastern District of Pennsylvania |
| MERCK & CO., INC., PETER S KIM, PH.D. ) | Case No. 05-cv-4372 |
| LOUIS M. SHERWOOD, M.D., DAVID W. ) | |
| ANSTICE, EDWARD M. SCOLNICK, M.D. ) | |

### STIPULATION OF DISMISSAL RELATING TO PLAINTIFFS ROBERT DEEMER AND MARY M. DEEMER H/W ONLY

AND NOW, this ____ day of May, 2006 it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to all Defendants with respect to any re-filing in federal court only. The parties stipulate and it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE with respect to any re-filing in any state court. Each party to bear its own costs and counsel fees.

This Stipulation is filed only on behalf of plaintiffs Robert Deemer and Mary M. Deemer, and all defendant who have appeared in the above-captioned matter.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
ATTORNEYS FOR PLAINTIFFS

ATTORNEY FOR DEF. MERCK & CO., INC. AND PETER KIM, PH.D.

By: _____
Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215)994-4000 (Telephone)

ATTORNEY FOR DEF. DR. SHERWOOD

BY: _____
Mark A. Berman, Esquire
Gibbons, Del Deo, Dolan
    Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

ATTORNEY FOR DEF. DR. SCOLNICK

BY: _____
Martin L. Perschetz, Esquire
Sung-Hee Suh, Esquire
William H. Gussman, Jr., Esquire
Barbara G. Reid, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

ATTORNEY FOR DEF. DR. ANSTICE

BY: _____
William Winning, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

## CERTIFICATE OF SERVICE

I, MICHELLE L. TIGER, ESQUIRE, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served on the following defendants and counsel by first class mail, postage prepaid, this 27th day of April, 2006:

Mark A. Berman, Esquire
Gibbons, Del Deo, Dolan
    Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102
Attorney for Def., Louis M. Sherwood, M.D.

Joshua G. Schiller, Esquire
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Attorney for Def. Peter Kim, M.D.
Attorney for Def. Merck & Co., Inc.

Martin L. Perschetz, Esquire
Sung-Hee Suh, Esquire
William H. Gussman, Jr., Esquire
Barbara G. Reid, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Attorney for Def. Edward Scolnick, M.D.

William Winning, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103-3508
Attorney for Def. David W. Anstice, M.D.

KLINE & SPECTER

BY: _____
MICHELLE L. TIGER, ESQUIRE
Attorney for Plaintiff