UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                Section L

This Document Relates To: Mary               Judge Fallon
Bails, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02319)           Mag. Judge Knowles

_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LPA, Ohio local counsel of record for Plaintiff, JANET WATTS, moves this Court for an order allowing him to withdraw as counsel of record for Plaintiff, Janet Watts, in the above-captioned multidistrict litigation. Mr. Climaco was serving as local counsel in the United States District Court, Northern District of Ohio and was inadvertently left off the Motion to Withdraw as Counsel of Record submitted to this Court by the Provost Umphrey Law Firm; Williams Bailey Law Firm; Ranier, Gayle & Elliot Law Firm; The Watts Law Firm; and The Kaiser Firm. That Motion was granted by this Court in an order dated December 20, 2005. The Climaco Law firm has been notified by the Kaiser firm that at the time of withdrawal, Janet Watts was notified by mail of her responsibilities pursuant to pre-trial order 18B as well as provided with a blank copy of the plaintiff profile form for her convenience.

This withdrawal is intended for Plaintiff, Janet Watts, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 1922 Victory Road, Lot 121, Marion, Ohio 43302, (740) 382-6116.

Respectfully submitted,

_____
John R. Climaco (0011456)
CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA
1220 Huron Road
Suite 1000
Cleveland, OH 44115
(216) 621-8484

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2006 a true copy of the foregoing Motion was served electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. In addition, a copy of the foregoing Motion to Withdraw was served upon Janet M. Watts, 1922 Victory Rd., Lot 121, Marion, OH 43302, via certified mail, this 10th of April, 2006. Parties may access this filing through the LexisNexis system.

Respectfully Submitted,

*/s/ John R. Climaco*

John R. Climaco