UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Section L |
| | ) | |
| This Document Relates To: Mary Bails, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02319) | ) ) ) | Judge Fallon |
| | ) | Mag. Judge Knowles |
| | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -3 PM 12: 23

LORETTA G. WHYTE
CLERK

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, JANET WATTS' Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LPA withdraw as counsel for Plaintiff, Janet Watts, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

May 4, 2006
Date

Judge Eldon E. Fallon
United States District Court Judge

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
__ Doc. No_____