UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT O...

2006 MAY -1 PM 3: 3...

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY | § |
| | LITIGATION | § |

KIMBERLY MORRIS BLACKSHIRE, §
INDIVIDUALLY AND ON BEHALF OF §
ALL WRONGFUL DEATH BENEFICIARIES §
AND AS REPRESENTATIVE OF THE §
ESTATE OF GLADYS G. MORRIS, §
DECEASED §
§
VS. §
§
MERCK & CO., INC. and PFIZER INC. §

MDL DOCKET NO. 1657
E.D. LA. CASE NO. 2:05cv2486

Sect L/3

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

It is STIPULATED and AGREED between Plaintiff Kimberly Morris Blackshire, Individually and On Behalf of All Wrongful Death Beneficiaries and As Representative of the Estate of Gladys G. Morris, Deceased and Defendant, Merck & Co., Inc., ("Merck") that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed as to Defendant, Merck only, without costs to any party. This dismissal as to Merck only is without prejudice and subject to the conditions set forth in the following paragraph:

It is further STIPULATED and AGREED that should plaintiff or a representative on her behalf re-file Plaintiff's claims against Merck, they will do so only in the United States District Court in which venue would be proper, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332 and shall not oppose transfer to MDL 1657.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

MORRIS-Stipulation of Dismissal-060405;tac

REAUD, MORGAN & QUINN, L.L.P.
Attorneys for Kimberly Blackshire

By: _____
         John Werner

Dated: April _____, 2006

FULBRIGHT & JAWORSKI, L.L.P.
Attorneys for Merck & Co., Inc.

By: _____
         Julie Hardin

Dated: April __28__, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 1st day of May, 2006