IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| In re VIOXX® | MDL Docket No. 1657 |
| Products Liability Litigation | SECTION L |
| (This document relates to the following individual case:) | JUDGE FALLON |
| Robert Cornell, et al., vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck,   No: 2:05cv2067 | MAG. JUDGE KNOWLES |
| as to Plaintiffs: | Transferred from USDC District of Utah, Case #: 2:05cv00268 |
| Mervin Lynn Miles, Joy Lynn Miles, only | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Mervin Lynn Miles and Joy Lynn Miles ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck"),[1] hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice, as to the claims of Plaintiffs Mervin Lynn Miles and Joy Lynn Miles, only, who are two of the named plaintiffs in the above-styled lawsuit, subject to the following conditions:

1. Plaintiffs agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court

---
[1] "Merck Pharmaceuticals, a/k/a Merck" is not an entity and has not been served.

1

for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

Plaintiffs agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

Further, this Stipulation is filed on behalf of Plaintiffs, Mervin Lynn Miles and Joy Lynn Miles, only, and the claims of the remaining Plaintiffs filed in the above-captioned case remain intact.

WHEREFORE, the parties hereto stipulate to the dismissal without prejudice to re-filing of the claims of the Plaintiffs Mervin Lynn Miles and Joy Lynn Miles, only, who are two of the named plaintiffs in the above-styled lawsuit, subject to the conditions stated above.

Dated: 4-26-06

Arthur Sherman, 24403
Richard Salkow, 204572
Sherman & Salkow
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079
Counsel for Plaintiffs
Mervin Lynn Miles and Joy Lynn Miles

Dated: 4-26-06

Phillip A. Whittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone:   (504) 581-3200
Facsimile:   (504) 581-3361
Defendants' Liaison Counsel

Rick L. Rose (Bar No. 5140)
Kristine M. Larsen (Bar No. 9228)
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:   (801) 532-1500
Facsimile:   (801) 532-7543

Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

      Thereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this _1st_ day of May, 2006.

*[signature]*