# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

April 28, 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY – 1 2006

LORETTA G. WHYTE
CLERK

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      Re:    Devol v. Merck (MDL 1657, Case No.: 2:06-cv-1686)
              Watts v. Merck (MDL 1657, Case No.: 2:06-cv-1685)
              Gustafson v. Merck (MDL 1657, Case No.: 2:06-cv-1685)

Dear Clerk:

Enclosed are three original Summonses for you to please issue and return at your earliest
convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for
your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-
0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___