A CERTIFIED TRUE COPY

APR 27 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -1  PM 2:32

CORRECTED
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 27 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

06-2349

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

SECT. L MAG 3

*Brenda Watson, et al. v. Patrick J. Lecorps, M.D., et al.*, E.D. Missouri, C.A. No. 1:05-191

### BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

## TRANSFER ORDER
## WITH SIMULTANEOUS SEPARATION AND REMAND

Presently before the Panel is a motion, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs seeking to vacate the Panel's order conditionally i) transferring this action involving the prescription medication Vioxx (manufactured by Merck & Co., Inc. (Merck)) to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in MDL-1657; and ii) simultaneously separating and remanding non-Vioxx claims against the treating physician in this action to the Eastern District of Missouri. Merck favors inclusion of the Vioxx claims in this action in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with actions in MDL-1657 previously transferred to the Eastern District of Louisiana. Transfer of the Vioxx claims in this action against Merck and the treating physician to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The pending motion to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of this action is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising

---

[*] Judges Hodges and Motz took no part in the decision of this matter.

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No _____

- 2 -

from the ingestion of Vioxx. *See In re Vioxx Products Liability Litigation,* 360 F.Supp.2d 1352 (J.P.M.L. 2005).

The Panel further finds that non-Vioxx related claims in this action against the treating physician should be separated and simultaneously remanded to the Eastern District of Missouri.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

IT IS FURTHER ORDERED that non-Vioxx claims against the treating physician are separated and remanded, pursuant to 28 U.S.C. § 1407(a), to the Eastern District of Missouri.

FOR THE PANEL:

John F. Keenan
Acting Chairman

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 27, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Brenda Watson, et al. v. Patrick J. Lecorps, M.D., et al.*, E.D. Missouri, C.A. No. 1:05-191

Dear Ms. Whyte:

I am enclosing a certified copy of a corrected order filed today by the Panel involving the above-captioned matter. This order corrects the Panel's previous order in this matter, filed on April 12, 2006, to reflect the fact that Judge Hodges took no part in the decision of this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosure

cc: Transferee Judge:   Judge Eldon E. Fallon
    Transferor Judge:   Judge Lewis M. Blanton
    Transferor Clerk:   James G. Woodward

JPML Form 87