UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -3 PM 3:03
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br> SECTION: L |
| This document relates to: <br> *Gainey v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-03828-EEF-DEK) | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Thomas Gainey, Individually and as Administrator of the Estate of Alma Gainey, ("Gainey") and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1) to a dismissal without prejudice of the above-named lawsuit, subject to the following conditions:

1. Gainey agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States District Court; and

2. Gainey further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Prods. Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Gainey, as though Gainey had been a party and had had an opportunity to participate in that discovery.

Gainey agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

WHEREFORE, the parties hereto stipulate to the dismissal of the above-named lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted,

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102

*Attorney for Plaintiff Thomas Gainey*

By: _____
Phillip A. Whittmann (13625)
~~Anthony M. DiLeo (4942)~~
Dorothy H. Wimberly (18509)
Carmelite M. Bertaut (3054)
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel.: (504) 581-3200
Fax: (504) 581-3361

*Defendant's Liaison Counsel*

By: _____
Alan G. Schwartz (CT 05891)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: (203) 498-4400
Fax: (203) 782-2889
aschwartz@wiggin.com

*Attorney for Defendant Merck & Co. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation of Voluntary Dismissal** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 3rd day of May, 2006.

*Dorothy N. Wimberly*

\17467\12\590643.1