FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -3 PM 3:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al. v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-01998) | * | |
| *Boyer, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-04674) | * | |
| *Chambers, et al. v. Merck & Co., Inc. et al.* | * | |
| (E.D. La. 2:05-cv-01997) | * | |
| *Cooper, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-00666) | * | |
| *Davis, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-04907) | * | |
| *Gainey v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-03828) | * | |
| *Gray, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-01256) | * | |
| *Hanrahan, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-04783) | * | |
| *Heintz. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:05-cv-00982) | * | |
| *Lynch, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-05072) | * | |
| *Macher v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-06699) | * | |
| *Malek v. Rosenberg, et al.* | * | |
| (E.D. La. 2:05-cv-03794) | * | |
| *Pescatello v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-01255) | * | |
| *Silva v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-01999) | * | |
| *Sokoloff, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-06107) | * | |
| *Stakum, et al. v. Merck & Co., Inc.,* | * | |

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

809004v.1

| | |
|---|---|
| (E.D. La. 2:05-cv-01533) | * |
| *Viswanathan v. Belin, et al.* | * |
| (E.D. La. 2:05-cv-04673) | * |
| *Whittaker, et al. v. Merck & Co., Inc.,* | * |
| | * |

* * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Iris Gafni-Kane and Rachel Amankulor as additional counsels of record for defendant Merck & Company, Inc in the above-captioned cases.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann (13625)
Dorothy H. Wimberly (18509)
Carmelite M. Bertaut (3054)
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel.: (504) 581-3200
Fax: (504) 581-3361

*Defendant's Liaison Counsel*

Iris Gafni-Kane (ct27024)
Rachel Amankulor (ct26965)
WIGGIN and DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
Phone: (203) 498-4400
Fax: (203) 782-2889
E-Mail: IGafni-Kane@wiggin.com
E-Mail: RAmankulor@wiggin.com

*Counsels for Merck & Co., Inc.*

809004v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8A, on this 3d day of May, 2006.

*Dorothy H. Wimberly*

809004v.1