IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   VIOXX

PRODUCTS LIABILITY LITIGATION                :           MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the                Civil Action No.  05 - 5382
Wrongful Death of Marjorie C. Schneller, et al
                                          plaintiffs
v.

Merck & Company, Inc.,     defendant

## CERTIFICATE OF SERVICE

I, James D. Schneller, hereby certify that I served a true and correct copy of the plaintiff's Motion for an order directing Lexis Nexis and other vendors to enable registration upon :

Joshua G. Schiller Esq.
Dechert LLP
1717 Arch Street   Ste. 4000
Philadelphia, PA 19103                                              date:   4/17/2006

_____ James D. Schneller

- 6 -



James Schneller
500 E. Lancaster  # 111 D
Radnor, PA 19087

Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

70130+3310-00  C024