IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: VIOXX
Products Liability Litigation

MDL Docket No. 1657

SECTION: L

THIS RELATES TO:

Plaintiff: Julio Villarreal, Jr.

Civil Action No. 06-0463

Judge Fallon
Mag. Judge Knowles

## AGREED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Julio Villarreal, Jr., Plaintiff herein, and files this his Agreed Motion for Leave to File Plaintiff's First Amended Complaint, and in support thereof would respectfully show the Court the following:

I.

Plaintiff's Original Complaint sought damages for various heart conditions. Plaintiff desires to amend his complaint to set forth, more specifically, his causes of action and damages, resulting from a myocardial infarction he experienced in July 2002. Accordingly, Plaintiff moves for leave to file his First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

II.

Plaintiff's counsel has consulted with counsel for the Defendants who stated that they have no opposition to this Motion.

## III.

WHEREFORE, PREMISES CONSIDERED, Plaintiff seeks leave to file his First Amended Complaint, and for all other relief to which he is justly entitled.

Respectfully submitted,

**WHITEHURST, HARKNESS, OZMUN & BREES, P.C.**
1122 Colorado Street, 24th Floor
P.O. Box 1802
Austin, Texas 78767
(512) 476-4346
(512) 476-0018 (Fax)

BY: _____
SCOTT OZMUN
State Bar No. 15392740
SALLY S. METCALFE
State Bar No. 00788460

**ATTORNEYS FOR PLAINTIFF**

AGREED TO BY:

_____
Charles A. Deacon
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio TX 78205-3792

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

By my signature above I hereby certify on this the 28th day of April, 2006, that a true and correct copy of the above and foregoing instrument has been served via lexis/nexis as well as to the following counsel of record:

Charles A. Deacon                                                    *via CM/RRR*
Thomas A. Countryman, Senior Counsel
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio TX  78205-3792
    ATTORNEYS FOR DEFENDANT MERCK & CO., INC.