IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>Products Liability Litigation | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO:<br>Civil Action No. 06-0463 | Plaintiff: Julio Villarreal, Jr.<br><br>Judge Fallon<br>Mag. Judge Knowles |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8 AM 7:42

LORETTA G. WHYTE
CLERK

## ORDER GRANTING
## AGREED MOTION FOR LEAVE TO FILE
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the Court is the Agreed Motion for Leave to File Plaintiff's First Amended Complaint. The Court has reviewed the Motion, and is of the opinion that it is meritorious and should be Granted.

ACCORDINGLY, IT IS ORDERED that the Agreed Motion for Leave to File Plaintiff's First Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that Clerk shall file the First Amended Complaint of Plaintiff Julio Villareal, Jr., in the form attached to Plaintiff's Motion as Exhibit "A," among the pleadings in this case.

SIGNED and ENTERED this ___5___ day of ___May___, 2006.

_____
THE HONORABLE JUDGE FALLON

Fee____
Process____
X Dktd____
__ CtRmDep____
__ Doc. No____