### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| This document relates to: *Patsy Hunter* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* (E.D. La Index No. 05-6253) | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Patsy Hunter ("Hunter") hereby moves this Court, pursuant to Fed. R. Civ. Proc. 41(a)(2), to dismiss without prejudice her action against Defendant Merck & Co., Inc. ("Merck"). Merck has not pleaded any counterclaims against Hunter, and there are no cross-claims or third-party claims in this action. Furthermore, no depositions have been taken in this action.

Respectfully submitted,

/s/ Mark P. Chalos

Mark P. Chalos
Kathryn E. Barnett
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219-2423
(615) 313-9000
Counsel for Plaintiff Patsy Hunter

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, on this 2nd day of May, 2006.

/s/

I hereby certify pursuant to Pretrial Order No. 8A, should this motion be granted Plaintiff's counsel will change the status of this case on LexisNexis File & Serve case management.

/s/

531430.1