UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -8 AM 7: 41
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Patsy Hunter* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* (E.D. La Index No. 05-6253) | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY ORDERED that the above-captioned matter is dismissed without prejudice. *If the plaintiff seeks to re-file her claims, she must do so in federal court.*

Dated: May 5, 2006

Judge Eldon E. Fallon
United States District Judge

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____