UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Patsy Hunter* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* (E.D. La Index No. 05-6253) | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY ORDERED that the above-captioned matter is dismissed without prejudice. If the plaintiff seeks to re-file her claims, she must do so in federal court.

Dated: May 5, 2006

Judge Eldon E. Fallon
United States District Judge

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___