UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Elaine Smith, et. al. v. Merck & Co., Inc., et. al.* No. 2:06-cv-917 (previously Case No. 4:05-cv-1593 ERW EDMO USDC)

## ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff LOLA RANDOLPH. Seth Sharrock Webb, along with Brown & Crouppen, P.C. will continue to represent all other named Plaintiffs in the above cited case. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to LOLA RANDOLPH's action against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect. File and Serve shall be updated by Plaintiff's former attorney Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

It is So Ordered: _____
JUDGE

DATE: May 5, 2006

___ Fee_____
___ Process____
_X_ Dktd_____
_√_ CtRmDep___
___ Doc. No____