FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -4  PM 12: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL NO. 1657 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | SECTION L |
| CASES | ) | JUDGE FALLON |

## ORDER REGARDING PRODUCTION
## OF DATA FROM THE VICTOR STUDY

THIS MATTER having come before the Court by oral motion of the Plaintiffs'

Steering Committee at a case management conference held on April 13, 2006;

IT IS on this 3⅟ day of May 2006,

ORDERED as follows:

1.      Upon information and belief, Merck advises that final data from protocol

145, a Merck funded study, (hereinafter "VICTOR" study) is currently in the possession

of the University of Oxford and the University of Warwick.  Merck further advises that

the University of Oxford and the University of Warwick plan to publish a paper

concerning the results of the VICTOR study.  Accordingly production and use of

VICTOR study and data in MDL 1657 shall be governed by the following restrictions.

2.      Upon receipt of final data relating to the VICTOR study from the

University of Oxford and/or the University of Warwick, Merck shall promptly produce

the VICTOR data to Plaintiffs Liaison Counsel.  The VICTOR data may thereafter be

___ Fee_____
___ Process_____
_X_ Dkta _____
_✓_ CtRmDep___808975v.1
___ Doc. No_____

shared with plaintiffs' counsel in accordance with the terms of the Stipulation and Protective Order Regarding Confidential Information executed on May 24, 2005.

3.    The data may also be provided to the experts retained by the plaintiffs. These experts must have already signed, or sign before receiving the information, the Certification accompanying the Stipulation and Protective Order Regarding Confidential Information executed on May 24, 2005, and must have submitted to the jurisdiction of this Court for purposes of complying with Pre-Trial Order No. 13 and this order.

4.    To the extent that the VICTOR study or VICTOR data becomes publicly available including through a Vioxx trial (subject to paragraph 5 of this Order), the information shall no longer be deemed confidential under this Order.

5.    This order addresses only disclosure and not admissibility at trial or otherwise.  If any party desires to use the information at trial or to make any use or disclosure of the information not expressly provided for herein, the parties will meet and confer to attempt to resolve the issue.  If the parties do not agree, they shall seek further guidance from the Court.

6.    If the Court subsequently orders, over objection, further use or disclosure of the information, Merck and University of Oxford and/or the University of Warwick preserve their rights to appeal that decision and by agreeing to this Order do not waive any claims of confidentiality.

7.    The terms of this Order shall expire upon the earlier of: (1) the publication (including an abstract) of the VICTOR study; (2) presentation to a third-party (other than Merck, University of Oxford, or University of Warwick); or (3) September 1, 2006. Merck, University of Oxford, University of Warwick reserve the right to seek an

808975v.1

extension of this time from the Court.  PLC reserves the right to object to such an extension.

8.      Plaintiffs' experts shall not seek to publish any analyses of the VICTOR data, or otherwise publicly disseminate VICTOR data prior to the expiration of this Order in accordance with paragraph 7.

9.      By agreeing to the form this order, no party waives any rights they otherwise have.

New Orleans, Louisiana, this 3d day of May 2006.

**ELDON E. FALLON**
**JUDGE, U.S. DISTRICT COURT**

3

808975v.1