UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Blaine v. Merck & Co., Inc., No. 05-6126-EEF-DEK | MAG. JUDGE KNOWLES |

**ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER**

Considering the foregoing Motion for Leave to Amend Answer filed with this Court by Defendant Merck & Co., Inc. ("Merck"), by and through its counsel of record, and the Court having considered the same and having found good cause therefore,

IT IS ORDERED BY THE COURT, that the Motion for Leave to Amend Answer is granted, and Defendant may file its proposed Amended Answer to Complaint in the form attached as Exhibit A to such Motion.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
United States District Judge Eldon Fallon

**ORDER - 1**

BOI_MT2:608837.1