# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

May 3, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  Bozzi v. Merck (MDL 1657, Case #06-cv-1688)
     Gustafson v. Merck (MDL 1657, Case #1687)
     Devol v. Merck (MDL 1657, Case #1686)
     Midkiff v. Merck (MDL 1657, Case # 1683)

Dear Clerk:

Enclosed is an original Summons for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

___ Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____