

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
| Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel. | ) | |
| CHARLES C. FOTI, JR., | ) | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | ) | |
| Representative Plaintiff | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| Defendant | ) | |
| | ) | |
| Case No. 05-3700 | ) | |
| and | ) | |
| | ) | |
| LOUISIANA HEALTH SERVICE | ) | |
| INDEMNITY COMPANY d/b/a | ) | |
| BLUECROSS/BLUESHIELD OF | ) | |
| LOUISIANA on behalf of | ) | |
| itself and others similarly situated | ) | |
| Representative Plaintiff | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK & CO., INC. | ) | |
| Defendant | ) | |
| | ) | |
| Case No. 05-0713 | ) | |

### MOTION TO RE-URGE MOTION TO CONSOLIDATE
### THE TWO ABOVE-REFERENCED CASES FOR TRIAL

1

**NOW INTO COURT,** through undersigned counsel,[1] come Plaintiffs in the two above-referenced cases, the Louisiana Attorney General, et al. (hereinafter the "State Plaintiffs") and Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana"), and respectfully re-urge their Motion to Consolidate The Two Above-Referenced Cases for Trial.

Following the hearing on the motion, Plaintiffs have amended their respective Complaints to remove their claims seeking to recover the medical expenses incurred by Plaintiffs to treat the Louisiana Medicaid recipients and the BC/BS Louisiana insureds/plan members who allegedly were injured as a result of ingesting Vioxx.

---

[1] Undersigned counsel respectfully represents that he is designated as Lead Counsel for all Plaintiffs in both of the two above-referenced cases.

Respectfully submitted, this 5th day of May, 2006,

**DUGAN & BROWNE, a P.L.C.**

*[signature]*

JAMES R. DUGAN, II, T/A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

*Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners, the Louisiana Attorney General, et al. and Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

**CHARLES C. FOTI, JR.**
**Attorney General**
TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

CHARLES A. O'BRIAN (Bar No. 10143)
BlueCross BlueShield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone:  (225) 295-2454
Facsimile:   (225) 297-2760

TAYLOR TOWNSEND (Bar No. 20021)
Kelly Townsend & Thomas
137 St. Denis Street
P.O. Box 756
Natchitoches, Louisiana. 71457
Telephone: (318) 352-2353
Facsimile: (318) 352-8918

*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Re-Urge Motion to Consolidated the Two Above-Referenced Cases for Trial has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 5th day of May, 2006.

_____

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\pleadings\pleading.008.consolidation.reurge.wpd

4