FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -5 P 3:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>      Products Liability Litigation<br><br>This Document Relates to:<br><br><br><br>LOUISIANA HEALTH SERVICE<br>INDEMNITY COMPANY d/b/a<br>BLUECROSS/BLUESHIELD OF<br>LOUISIANA<br>                   Plaintiff<br><br>versus<br><br>MERCK & CO., INC.<br>                   Defendant<br><br>Case No. 05-0713 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW COMES** Plaintiff, Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana"), and pursuant to Fed. R. Civ. Proc. Ann. rule 15(a) and/or rule 16(b), respectfully moves this court for leave to file the Second Supplemental and Amended Complaint attached hereto as Exhibit "A."


___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___

Whether the Court applies the lenient amendment standards of rule 15(a) or the more stringent standard under rule 16 (b), requiring a showing of good cause to justify a departure from previously established pleading amendment deadlines,[1] the amendment should be allowed in this instance.

1. BC/BS Louisiana filed the instant action against Merck & Co., Inc. ("Merck") on or about March 4, 2005, in the Eastern District of Louisiana.

2. At the recent hearing on Plaintiff's motion to consolidate the instant action with related action no. 05-3700, which was by the Louisiana Attorney General and others against Defendant, the Court expressed some reservation as to the feasability of trying certain of Plaintiff's claims, particularly those seeking to recover the medical expenses incurred by Plaintiff to treat insureds/plan members who allegedly were injured as a result of ingesting Vioxx.

3. The Court indicated that if Plaintiff were to amend its Complaint to remove those claims, the Court would reconsider Plaintiffs' motion to consolidate.

4. This motion seeks to so amend Plaintiffs' Complaint.

5. Allowing this amendment will cause no prejudice to Merck.

---

[1] *S&W Enterprises, L.L.C. v. Southtrust Bank of Alabama*, 315 F.3d 533, 535-36 (5th Cir. 2003).

WHEREFORE, for the reasons set forth above, Plaintiff, Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana, prays that its motion for leave be granted and its Second Amended Complaint be filed.

Respectfully submitted, this 5th day of May, 2006,

DUGAN & BROWNE, a P.L.C.

*James Dugan*

JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

CHARLES A. O'BRIAN (Bar No. 10143)
BlueCross BlueShield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone:   (225) 295-2454
Facsimile:    (225) 297-2760

TAYLOR TOWNSEND (Bar No. 20021)
Kelly Townsend & Thomas
137 St. Denis Street
P.O. Box 756
Natchitoches, Louisiana. 71457
Telephone: (318) 352-2353
Facsimile:  (318) 352-8918

*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File Second Amended Complaint with Incorporated Memorandum in Support Thereof has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 5th day of May, 2006.

_James Dugan /JD_

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\BCBSLA\pleading.004.2ndmotion.leave.amend.wpd