UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX<br>         Products Liability Litigation<br><br>This Document Relates to:<br><br><br><br><br>LOUISIANA HEALTH SERVICE<br>INDEMNITY COMPANY d/b/a<br>BLUECROSS/BLUESHIELD OF<br>LOUISIANA<br>                    Plaintiff<br><br>versus<br><br>MERCK & CO., INC.<br>                    Defendant<br><br>Case No. 05-0713 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff, Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana, will bring the attached Motion for Leave to File Second

1

Amended Complaint for hearing on the 22nd day of May, 2006 at 9:00 a.m. before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted, this 5th day of May, 2006,

**DUGAN & BROWNE, a P.L.C.**

/s/ James Dugan

JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
650 Poydras Street - Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

CHARLES A. O'BRIAN (Bar No. 10143)
BlueCross BlueShield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone:    (225) 295-2454
Facsimile:    (225) 297-2760

TAYLOR TOWNSEND (Bar No. 20021)
Kelly Townsend & Thomas
137 St. Denis Street
P.O. Box 756
Natchitoches, Louisiana. 71457
Telephone: (318) 352-2353
Facsimile:  (318) 352-8918

*Counsel for Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of La.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 5th day of May, 2006.

/s/ James Dugan

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\BCBSLA\pleading.004.2ndmotion.leave.amend.wpd

2