FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -5  P 3:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | ) ) ) | MDL NO. 1657 |
| This Document Relates to: | ) ) | SECTION: L |
| STATE OF LOUISIANA, ex rel.<br>CHARLES C. FOTI, JR.,<br>ATTORNEY GENERAL<br>        Representative Plaintiff | ) ) ) ) ) | HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |
| versus | ) ) | |
| MERCK & CO., INC.,<br>        Defendant | ) ) ) | |
| Case No. 05-3700 | ) ) | |

### MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT WITH INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW COME** Plaintiffs, the Louisiana Attorney General, et al. (hereinafter the "State Plaintiffs"), and pursuant to Fed. R. Civ. Proc. Ann. rule 15(a) and/or rule 16(b), respectfully moves this court for leave to file the First Supplemental and Amending Complaint attached hereto as Exhibit "A."

Whether the Court applies the lenient amendment standards of rule 15(a) or the more stringent standard under rule 16 (b), requiring a showing of good cause to justify a departure

1



from previously established pleading amendment deadlines,[1] the amendment should be allowed in this instance.

1. At the recent hearing on Plaintiffs' motion to consolidate the instant action with related action no. 05-0713, which was filed by Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana") against Defendant, the Court expressed some reservation as to the feasability of trying certain of Plaintiffs' claims, particularly those seeking to recover the medical expenses incurred by Plaintiffs to treat those Louisiana Medicaid recipients who allegedly were injured as a result of ingesting Vioxx.

2. The Court indicated that if Plaintiffs were to amend their Complaint to remove those claims, the Court would reconsider Plaintiffs' motion to consolidate.

3. This motion seeks to so amend Plaintiffs' Complaint.

4. Allowing this amendment will cause no prejudice to Merck.

---

[1] *S&W Enterprises, L.L.C. v. Southtrust Bank of Alabama*, 315 F.3d 533, 535-36 (5th Cir. 2003).

WHEREFORE, for the reasons set forth above, the State Plaintiffs prays that their motion for leave be granted and their First Supplemental and Amended Complaint be filed.

Respectfully submitted, this 5th day of May, 2006,

                    **DUGAN & BROWNE, a P.L.C.**

                    _/s/ James Dugan_

JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8220
Facsimile: (504) 456-8624

Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners

**CHARLES C. FOTI, JR.**
**Attorney General**

TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File First Supplemental and Amending Complaint with Incorporated Memorandum in Support Thereof has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 5th day of ____May____, 2006.

_____

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\pleadings\pleading.007.motion.amend.wpd