UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　　　STATE OF LOUISIANA, ex rel.<br>　　　CHARLES C. FOTI, JR.,<br>　　　ATTORNEY GENERAL<br>　　　　　　Representative Plaintiff<br><br>versus<br><br>MERCK & CO., INC.,<br>　　　Defendant<br><br>Case No. 05-3700 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that Plaintiffs, the Louisiana Attorney General, et al., will bring the attached Motion for Leave to File First Supplemental and Amending Complaint for hearing on the 22nd day of May, 2006 at 9:00 a.m. before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

1

Respectfully submitted, this 5th day of May, 2006,

        **DUGAN & BROWNE, a P.L.C.**

        _/s/ James Dugan_
        JAMES R. DUGAN, II, T.A. (Bar No. 24785)
        DAVID L. BROWNE (Bar No. 20729)
        DOUGLAS R. PLYMALE (Bar No. 28409)
        3500 North Hullen Street
        Metairie, Louisiana 70002
        Telephone: (504) 456-8220
        Facsimile: (504) 456-8624

        Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners

        **CHARLES C. FOTI, JR.**
        **Attorney General**

        TINA VICARI GRANT
        Assistant Attorney General
        LOUISIANA DEPARTMENT OF JUSTICE
        1885 North Third Street - 6th Floor
        Baton Rouge, Louisiana 70802
        Telephone: (225) 326-6020
        Facsimile: (225) 326-6096

        **LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

        FRANCISCO H. PEREZ
        General Counsel
        P.O. Box 3836
        Baton Rouge, Louisiana 70821
        Telephone: (225) 342-1188
        Facsimile: (225) 342-2232

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\pleadings\pleading.007.motion.amend.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Hearing has this day been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail or by e-mail on all parties by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 5th day of May, 2006.

_____

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\pleadings\pleading.007.motion.amend.wpd