**MINUTE ENTRY**
**FALLON, J.**
**MAY 5, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|     **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
        *ALL CASES*

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon.

Lenny Davis and Chris Tisi participated on behalf of the Plaintiffs' Steering Committee.  Sharon

Smith and Michael Levy participated on behalf of the United States and the Food and Drug

Administration ("FDA").  At the conference, the parties discussed the Court's Order and

Reasons dated May 4, 2006 relating to the FDA's privilege log.  After considering the issues,

IT IS ORDERED that the time for giving out the documents is extended from 12:00 p.m.

to 4:00 p.m. on May 8, 2006.  IT IS FURTHER ORDERED that the parties shall contact the

Court at 3:00 p.m. on May 8th  to provide a status report on this matter.

JS10(00:10)