UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-2175

ROBERT CATLIN,
      Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., HEIDI DINGFELDER,
RICH JANCHESON, THOMAS M. ADAMS,
TIMOTHY HAMMONS, ROXANNE POST,
ELIZABETH KLOEPPEL BOOTH, DANIEL G. MYERS,
JEROME PITTMAN, RICHARD TATMAN, VICKIE ST. JOHN,
and CHRIS METROPOLUS,
      Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ROBERT CATLIN, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, TRACY ADAMS, on March 3, 2006.

Dated this 4th day of May, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

Case 2:05-md-01657-EEF-DEK   Document 4592   Filed 05/08/06   Page 3 of 4

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

| | | | |
|---|---|---|---|
| PROCESS RECEIVED: | 3/2/2006 8:05:00AM | | **Orange County Sheriffs Office** |
| RETURN DAYS: | 20 | | **Return of Service** |
| RETURN DATE: | | | |
| SHOW CAUSE DATE: | | | |
| WRIT #: | 236387 - | | |
| CIV-SUMMONS & COMPLAINT | | CASE: | H27CA2006142DM |
| | | COURT: | CIRCUIT CIVIL |
| SERVE TO: | ADAMS, THOMAS M. | COUNTY: | HERNANDO |
| HOME ADDRESS: | 353 BLUE STONE CIR | | |
| | WINTER GARDEN, FL 34787 | | ***** DO NOT POST |
| BUSINESS ADDRESS: | | | |

| | | | |
|---|---|---|---|
| MAIL TO: | ALLEY, CLARK, GREIWE & FULMER | SERVER: | CO38 |
| | P.O. BOX 3127 | ENTERED BY: | NC |
| | TAMPA, FL. 33601-3127 | FEE CODE: | 2 |
| | | Fee/Xfee: | $ 20.00 |
| SERVICE INFORMATION: (407) 836-4570 (9AM - 1PM) | | WITNESS FEE: | $ 0.00 |
| PLAINTIFF: ROBERT CATLIN | | OVERPAYMENT: | $ 0.00 |
| DEFENDANT: MERCK & CO., INC., HEIDI DINGFELDER, THOMAS M. ADAMS, | | LEVY DEPOSIT: | $ 0.00 |
| TOTAL AMOUNT DUE: $ 0.00 | Daily Interest: $ 0.00 | | |

SERVED THIS PROCESS AT 11:15a, ON 3-3-06 IN ORANGE COUNTY, FLORIDA, BY:

[ ] INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

[X] SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

Tracy Adams / Wife
Name / Relationship

[ ] CORPORATE SERVICE: By delivering a true copy of this process, with any attachments provided, to:

_____ , _____
Name / Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

[ ] POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

[ ] OTHER: By delivering a true copy of this process, with any attachments provided, to _____ , as _____ .

[ ] NON-SERVICE: And hereby return same unserved on: _____ (date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below:

EXPLANATION

**SERVICE ATTEMPTS**

| Date/Time | |
|---|---|
| | |
| | |
| | |
| | |

SHERIFF OF ORANGE COUNTY, FLORIDA

_____
RECEIVED BY                                        OFFICER                    ID #