# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-2175

ROBERT CATLIN,
          Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., HEIDI DINGFELDER,
RICH JANCHESON, THOMAS M. ADAMS,
TIMOTHY HAMMONS, ROXANNE POST,
ELIZABETH KLOEPPEL BOOTH, DANIEL G. MYERS,
JEROME PITTMAN, RICHARD TATMAN, VICKIE ST. JOHN,
and CHRIS METROPOLUS,
          Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ROBERT CATLIN, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, DANIEL G. MYERS, on March 3, 2006.

Dated this 4th day of May, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

**RETURN OF SERVICE**

RECEIPT NUMBER: 0000531-06

PERSON TO BE SERVED:

```
DANIEL G MYERS
233 STRAWBERRY LANE
JACKSONVILLE, FL
```

PLAINTIFF: ROBERT CATLIN
 -VS-
DEFENDANT: MERCK & CO, INC, ET AL

TYPE WRIT: SUMMONS/COMPLAINT

   COURT: CIRCUIT/HERNANDO
  CASE #: H27-CA2006-142-OM

   Received the above-named writ on February 15, 2006, at 2:10 PM,
   and served the same on March 3, 2006, at 7:50 AM,
   in ST JOHNS County, Florida, as follows:

---

**SUBSTITUTE - SERVICE ON DEFENDANT'S SPOUSE**

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me to the defendant's spouse, to-wit:
DONNA MYERS, after the provisions as set
forth in Chapter 48.031(2)(a), Florida Statutes have been met.

---

SERVICE COST: $20.00                      DAVID B. SHOAR, SHERIFF
JP, CIVIL CLERK                           ST JOHNS COUNTY, FLORIDA

MAIL TO:                         BY: _____
                                     BETH PATTERSON, D.S.
   813-222-0977
   ALLEY & INGRAM
   701 E WASHINGTON ST
   TAMPA, FL    33602-5016

| RECEIPT |
|---|

RECEIPT NUMBER: 0000531-06

DATE: 02/15/2006

RECEIVED FROM:

    813-222-0977
    ALLEY & INGRAM
    701 E WASHINGTON ST
    TAMPA, FL    33602-5016


PLAINTIFF: ROBERT CATLIN
  -VS-
DEFENDANT: MERCK & CO, INC, ET AL

TYPE WRIT: SUMMONS/COMPLAINT

   CASE #: H27-CA2006-142-OM

   COURT: CIRCUIT/HERNANDO

| DEPOSIT INFORMATION | APPLIED INFORMATION |
|---|---|
| DEPOSIT AMOUNT:     $20.00 | TOTAL FEES APPLIED:    $20.00 |
| TYPE OF PAYMENT:    CHECK | AMOUNT REFUNDED:       $0.00 |
| CHECK#: 10380 | REFUND DATE: |

DAVID B. SHOAR, SHERIFF      BY: _____
ST JOHNS COUNTY, FLORIDA                     CIVIL CLERK
SS, CIVIL CLERK