UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY - 8 2006
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

ROBERT CATLIN,
        Plaintiff,
vs.

MERCK & CO., INC., HEIDI DINGFELDER,
RICH JANCHESON, THOMAS M. ADAMS,
TIMOTHY HAMMONS, ROXANNE POST,
ELIZABETH KLOEPPEL BOOTH, DANIEL G. MYERS,
JEROME PITTMAN, RICHARD TATMAN, VICKIE ST. JOHN,
and CHRIS METROPOLUS,
        Defendants.
_____/

Civil Action No. 06-cv-2175

JUDGE FALLON
MAG. JUDGE KNOWLES

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ROBERT CATLIN, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, RICHARD TATMAN, on February 24, 2006.

Dated this 4th day of May, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# SHERIFF'S RETURN OF SERVICE

**SHERIFF**
**MARION COUNTY**

| | |
|---|---|
| **SERVICE #** S06006733 | **ACCOUNT #:** A06000778 |
| **TYPE OF** SUMMONS (COMPLAINT) | **CASE #:** H27CA2006142DM |
| **PLAINTIFF:** CATLIN, ROBERT | **COURT:** HERNANDO COUNTY CIRCUIT COURT |
| **DEFENDANT:** MERCK & CO INC ET AL | **COURT DATE:** |
| **RETURN TO:** ALLEY & INGRAM | **DUE DATE:** |
| **ADDRESS:** 701 E WASHINGTON ST | **SERVE** TATMAN, RICHARD |
| **CITY:** TAMPA, FL 33602-5016 | **ADDRESS:** 10520 SE 42 TR |
| **POE:** | **CITY:** BELLEVIEW, FL 34420 |
| **NOTARY:** | **DESCRIPTION:** |
| **DIRECTIONS:** | |
| **COMMENTS:** | |

Received this writ on the 16 day of February A.D. 2006 and served same on the within named at __3:12 PM__ on the __24__ day of __February__ A.D. 2006 in Marion County, Florida

**X INDIVIDUAL**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a true copy of the initial pleading.

___ **SUBSTITUTE**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleading by leaving the copies at (his/her) usual place of abode with a resident of the household above the age of 15 years, to-wit:_____
_____ and informing the person of the contents thereof.
(Name and Relationship)

___ **CORPORATION**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings to _____ as _____ of said corporation: In the absence of the President, Vice President, Cashier, Treasurer, Secretary, General Manager, Director or any officer. (as defined in FS 48.081(1)). To _____ as registered agent of the within named Corporation (as defined in FS 48.091(1)). To _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply.

___ **POSTING**
By posting on the premises located at _____ a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings attached to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person on the property residing therein, fifteen (15) years of age or older upon whom service could be made.

___ **OTHER** _____

___ **NON-SERVICE**
For the reason that after diligent search and inquiry failed to find said _____

___ **COMMENTS** _____

**ED DEAN SHERIFF**

BY: _JM Robinson #295_
Deputy Sheriff

Note: Only that service indicated by the
X is applicable to this return.    PAYOR COPY    MCSO FORM #CIV101 DEC 98