**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY - 8 2006
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No.:   2:06-cv-965

ROBERT GRAHAM,

        Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ, RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY HAMMONS, ROXANNE POST, ELIZABETH KLOEPPEL, DANIEL G. MYERS, JEROME PITTMAN, AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN, and CHRIS METROPOLUS,
        Defendants.
_____/

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ROBERT GRAHAM, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, KIM ALVAREZ, on April 10, 2006.

Dated this ____ day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0014735

PERSON TO BE SERVED: KIM ALVAREZ
   CORP/DBA:
     ADDRESS: 19 MEADOW LAKE COURT
              WINTER HAVEN


   PLAINTIFF/ATTORNEY:

   BRENDA S FULMER
   ALLEY CLARK GREIWE & FULMER
   701 E WASHINGTON ST
   TAMPA, FL  33602

PLAINTIFF: ROBERT GRAHAM
DEFENDANT: MERCK & CO INC ET AL

CASE NUMBER: 206CV965
      COURT: U S DISTRICT                              COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 04/05/2006 and served the same at 15:04 PM
on 04/10/2006 in Polk County, Florida, as follows:

---

SUBSTITUTE - SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial
pleadings, if any, with the date and hour of service endorsed thereon by
me at the within named person to be served's usual place of abode with a
person residing therein who is fifteen (15) years of age, or older, to-wit:
JOHN PAUL ALVAREZ, SON
and informing said person of their contents.

---

CIVIL COSTS

FEE: $20.00

TOTAL DEPOSIT: $20.00

GRADY JUDD, SHERIFF
POLK COUNTY, FLORIDA

BY: *(signature)*
MARCELLUS RONELL LEJON AUSTIN,
      DEPUTY SHERIFF/SPECIAL PROCESS SERVER

**RETURN**

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

ROBERT GRAHAM

V.

MERCK & CO., INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-965

MDL 1657

SERVED in Polk County
Upon: Kim Alvarez
Type: (2) John Paul Alvarez
17 y/o m
Month: 4  Day: 13  Year: 06
Time: 1:34 P.M.

GRADY JUDD, SHERIFF, Polk County
By: [signature]
Deputy/Special Process Server
Mem. #

Received County Sheriff Office Bartow, FL
2006 APR -5 PM 12:43

TO: (Name and address of defendant)

KIM ALVAREZ
19 MEADOWLAKE COURT
WINTER HAVEN, FL 33884

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

[signature]

(BY) DEPUTY CLERK

MAR 28 2006

DATE

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 4/10/06

Name of SERVER (PRINT): Marcellus R. Austin

TITLE: Court Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: John Paul Alvarez, 17 y/o son

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10, 2006
Date

Signature of Server: Marcellus R. Austin

Address of Server: 455 N Broadway Ave, Bartow, FL 33830

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.