## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-1688

ELENA BOZZI,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MERCK & CO., INC.,
HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ,
RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH KLOEPPEL
BOOTH, DANIEL G. MYERS, JEROME PITTMAN,
AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN
CRAWFORD, CHRIS METROPOLUS, SHANNON LAYTON,
RON BARTHOLOMEW, FELICIA ELLIS, MARY GRAVES,
JULIE LAWRENCE PUCKHABER, ELLEN PERRY,
and JOAN WILLOUGHBY,
        Defendants.
_____Defendants._____/

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ELENA BOZZI, by and through his/her undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, RON BARTHOLOMEW, on February 16, 2006.

Dated this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

NMC

**SERVE:** RON BARTHOLOMEW

Court: HERNANDO Circuit Court
Case #: 05-1270
1

**ADDOR:** 7817 MIRAGE LAKE COVE
LAKE WORTH, FL 33467

**ATTORNEY:** ALLEY CLARK GREIWE & FULMER
701 E WASHINGTON ST - P O BOX 3127
TAMPA FL 33601-3127

**TYPE OF WRIT:** SUMMONS & COPY & COPY OF COMPLAINT

PLAINTIFF: ELENA BOZZI
DEFENDANT: MERCK & CO INC, HEIDI DINGFELDER ETC

COST
SERVICE $ 20.00
CHECK 10254
PD
AT: 9:53:08 am

Received this writ on the 2nd Day of February A.D. 20 06 and served the same on the within named person at 8:50 AM/PM on the 16 day of Feb A.D. 06 in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____
(name)                       (capacity)

☑ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: ANDY BARTOLOMEW as WIFE
(name)                       (relationship)

☐ CORPORATE SERVICE
To _____ holding corporate office of _____
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____
date _____ time _____.

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION _____

By _____ #3905
Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

ATTORNEY'S COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
PBSO #0096 REV. 5/00

**RETURN TO OFFICE**

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR HERNANDO COUNTY, STATE OF FLORIDA

ELENA BOZZI,
    Plaintiff,

Case No.: H27CA2005-1270 Dm
Division: _____

vs.

MERCK & CO., INC., HEIDI DINGFELDER,
JANET COYLE, KIM ALVAREZ, RICH
JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH
KLOEPPEL BOOTH, DANIEL G. MYERS, JEROME PITTMAN,
AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN CRAWFORD,
CHRIS METROPOLUS, SHANNON LAYTON, RON BARTHOLOMEW,
FELICIA ELLIS, MARY GRAVES, JULIE LAWRENCE PUCKHABER,
ELLEN PERRY, and JOAN WILLOUGHBY,
    Defendant.
_____/

### SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        Ron Bartholomew
        7817 Mirage Lake Cove
        Lake Worth, FL 33467

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GRIEWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on DEC 9, 2005.

KAREN NICOLAI
Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

2

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

NMC

**SERVE:** RON BARTHOLOMEW

Court Case #: HERNANDO Circuit Court 05-1270 1

**ADDR:** 7817 MIRAGE LAKE COVE
LAKE WORTH, FL 33467

**ATTORNEY:** ALLEY CLARK GREIWE & FULMER
701 E WASHINGTON ST - P O BOX 3127
TAMPA FL 33601-3127

**TYPE OF WRIT:** SUMMONS & COPY & COPY OF COMPLAINT

SERVICE $ 20.00
CHECK 10254
COST PD
AT: 9:53:08 am

**PLAINTIFF:** ELENA BOZZI

**DEFENDANT:** MERCK & CO INC, HEIDI DINGFELDER ETC

Received this writ on the 2nd Day of February A.D. 20 06 and served the same on the within named person at 8:50 AM/PM on the 16 day of FEB A.D. 06 in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ (name) as _____ (capacity)

☒ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: ANDY BARTHOLOMEW (name) as WIFE (relationship)

☐ CORPORATE SERVICE
To _____ holding corporate office of _____
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____, date _____ time _____.

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____.
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION _____

By _____ #3905
Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

ORIGINAL COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
BSO #0096 REV. 5/00