UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-1688

ELENA BOZZI,
       Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MERCK & CO., INC.,
HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ,
RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH KLOEPPEL
BOOTH, DANIEL G. MYERS, JEROME PITTMAN,
AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN
CRAWFORD, CHRIS METROPOLUS, SHANNON LAYTON,
RON BARTHOLOMEW, FELICIA ELLIS, MARY GRAVES,
JULIE LAWRENCE PUCKHABER, ELLEN PERRY,
and JOAN WILLOUGHBY,
       Defendants.
_____Defendants._____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ELENA BOZZI, by and through his/her undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, RICHARD TATMAN, on February 24, 2006.

Dated this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# SHERIFF'S RETURN OF SERVICE

**SHERIFF**
**MARION COUNTY**

SERVICE # S06005280
TYPE OF SUMMONS (COMPLAINT)
PLAINTIFF: BOZZI, ELENA
DEFENDANT: MERCK & CO INC ET AL
RETURN TO: ALLEY & INGRAM
ADDRESS: 701 E WASHINGTON ST
CITY: TAMPA, FL 33602
POE:
NOTARY:
DIRECTIONS:
COMMENTS:

ACCOUNT #: A06000567
CASE #: H27CA20051270DM
COURT: HERNANDO COUNTY CIRCUIT COURT
COURT DATE:
DUE DATE:
SERVE TATMAN, RICHARD
ADDRESS: 10520 SE 42
CITY: BELLEVIEW, FL 34420
DESCRIPTION:



Received this writ on the 3 day of February A.D. 2006 and served same on the within named at 3:12 PM on the 24 day of February A.D. 2006 in Marion County, Florida

**X INDIVIDUAL**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a true copy of the initial pleading.

___ **SUBSTITUTE**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleading by leaving the copies at (his/her) usual place of abode with a resident of the household above the age of 15 years, to-wit:_____
_____ and informing the person of the contents thereof.
(Name and Relationship)

___ **CORPORATION**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings to _____ as _____ of said corporation: In the absence of the President, Vice President, Cashier, Treasurer, Secretary, General Manager, Director or any officer. (as defined in FS 48.081(1)). To _____ as registered agent of the within named Corporation (as defined in FS 48.091(1)). To _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply

___ **POSTING**
By posting on the premises located at _____
a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings attached to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person on the property residing therein, fifteen (15) years of age or older upon whom service could be made.

___ **OTHER** _____

___ **NON-SERVICE**
For the reason that after diligent search and inquiry failed to find said _____

___ **COMMENTS** Correct address: 10520 SE 42 Ter.

**ED DEAN SHERIFF**

BY: J.M. Robinson # 295
Deputy Sheriff

Note: Only that service indicated by the
X is applicable to this return.          PAYOR COPY          MCSO FORM #CIV101 DEC 98