# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 05-CV-6706

THOMAS CESARSKI,
         Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
         Defendant.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, THOMAS CESARSKI, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, KIM ALVAREZ, on April 10, 2006.

Dated this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0014744

PERSON TO BE SERVED: KIM ALVAREZ
    CORP/DBA:
    ADDRESS: 19 MEADOW LAKE COURT
             WINTER HAVEN

    PLAINTIFF/ATTORNEY:

    BRENDA S FULMER
    ALALEY CLARK GREIWE & FULMER
    701 E WASHINGTON ST
    TAMPA, FL  33602

PLAINTIFF: THOMAS CESARSKI
DEFENDANT: MERCK & CO INC ET AL

CASE NUMBER: 205CV6706
       COURT: U S DISTRICT                          COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 04/05/2006 and served the same at 15:04 PM
on 04/10/2006 in Polk County, Florida, as follows:

---

SUBSTITUTE - SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial
pleadings, if any, with the date and hour of service endorsed thereon by
me at the within named person to be served's usual place of abode with a
person residing therein who is fifteen (15) years of age, or older, to-wit:
JOHN PAUL ALVAREZ, SON
and informing said person of their contents.

---

CIVIL COSTS                                       GRADY JUDD, SHERIFF
                                                  POLK COUNTY, FLORIDA
FEE: $20.00

TOTAL DEPOSIT: $20.00         BY: _____
                              MARCELLUS RONELL LEJON AUSTIN, #549
                                  DEPUTY SHERIFF/SPECIAL PROCESS SERVER

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

THOMAS CESARSKI

V.

MERCK & CO. INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05-CV-6706

MDL 1657 L

**SERVED**
In Polk County
Upon: Kim Alvarez
Type: W John Paul Alvarez
       A son M
Month 4  Day 10  Year 06
Time: 1804  P.M.

GRADY JUDD, SHERIFF, Polk County
By: [signature]

TO: (Name and address of defendant)

KIM ALVAREZ
19 MEADOWLAKE COURT
WINTER HAVEN, FL 33884

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

[signature]

(BY) DEPUTY CLERK

MAR 2 8 2006

DATE