UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | MAY - 8 2006

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

JOHN MIDKIFF,
        Plaintiff,

vs.

MERCK & CO., INC., MELONEESE FAIN WELLS,
JENNIFER FAVATA GARCIA, JEFFREY FULOP,
BARRY GOGEL, JEFFREY HANNETT, JESSE
HOLLINGSWORTH, NOLAN PADGETT,
HEIDI DINGFELDER, JOHN KILKELLY,
TEQUILLA TAYLOR, CHRIS METROPOLUS,
ANTON LAK, CHERI McLEOD, GENA E. ORTEGA,
RICARDO ORTEGA, JEROME PITTMAN, and
VICTOR SOPINA,

        Defendants.

_____/

MDL No.: 1657
SECTION: L

Civil Action No. 06-cv-1683

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JOHN MIDKIFF, by and through his undersigned counsel, hereby files the copy

of an Affidavit of Service evidencing service upon Defendant, CHERI McLEOD, on February

20, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Dated this __4th__ day of May, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

.

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA**                    **County of HILLSBOROUGH**                    **Circuit Court**

Case Number: 05-010843 DIV B

Plaintiff:
**JOHN MIDKIFF**

vs.

Defendant:
**MERCK & CO., INC., MELONEESE FAIN WELLS, JENNIFER FAVATA GARCIA, JEFFREY FULOP, BARRY GOGEL, JEFFREY HANNETT, JESSE HOLLINGSWORTH, NOLAN PADGETT, HEIDI DINGFELDER, JOHN KILKELLY, TEQUILLA TAYLOR, CHRIS METROPOLUS, ANTON LAK, CHERI MCLEOD, GENA E. ORTEGA, RICARDO ORTEGA, JEROME PI**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 31st day of January, 2006 at 2:28 pm to be served on **CHERI MCLEOD, 4404 WINDING RIVER DRIVE, VALRICO, FLORIDA 33594.**

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **20th day of February, 2006 at 7:17 pm, I:**

<u>INDIVIDUALLY SERVED</u>: The within named person with a true copy of this SUMMONS AND COMPLAINT with the date and hour endorsed thereon by me, pursuant to Florida Statute 48.031(1) and informing said person of the contents thereof.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 21st day
of February, 2006 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

_____
NATHANIAL POWELL
CPS02-4510244

**CHOICE PROCESS - TAMPA**
**P.O. Box 1215**
**Tampa, FL  33601**
**(813) 229-1444**

Our Job Serial Number: 2006000694

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j