**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

JACQUELINE ANDERSON,
        Plaintiff,
vs.

MERCK & CO., INC., HEIDI DINGFELDER,
JANET COYLE, KIM ALVAREZ, RICH
JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH
KOEPPEL, DANIEL G. MYERS, JEROME PITTMAN,
AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN,
and CHRIS METROPOLUS.
        Defendants.
_____/

Civil Action No. 06-cv-962

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JACQUELINE ANDERSON, by and through his/her undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, VICKI ST. JOHN CRAWFORD, on March 22, 2006.

Dated this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: /s/ Brenda Fulmer

BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of Florida**               **County of Citrus**                **Fifth Judicial Circuit Court**

Case Number: 05CA4699

Plaintiff:
**Jacqueline Anderson**

vs.

Defendant:
**Merck & Co., Inc., Heidi Dingfelder, Janet Coyle, Kim Alvarezz, Rich Jancheson, Thomas M. Adams, Timothy Hammons, Roxanne Post, Elizabeth Koeppel, Daniel G. Myers, Jerome Pittman, et al**

For:
Brenda Fulmer, Esq
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Received by Epiffany, Inc. on the 3rd day of February, 2006 at 12:53 pm to be served on **VICKI ST. JOHN AKA VICKI ST. JOHN CRAWFORD 1777 Larimer Street, Lobby, Denver, CO**.

I, Charles M. Schmidt, being duly sworn, depose and say that on the **22nd day of March, 2006 at 8:13 pm, I**:

**Individually Served** the within named person with a true copy of this **1- Summons and 1- Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Cauc, Height: 5'10", Weight: 145, Hair: Brn, Glasses: N

I certify that I am over the age of 18, have no interest in the above titled action, and am a Process Server in accordance with current Colorado Statutes.

Subscribed and Sworn to before me on the 23rd day of March, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

Charles M. Schmidt
Process Server

Epiffany, Inc.
6105 W. 63rd Ave.
Arvada, CO 80003-5017
(877) 374-3269

Our Job Serial Number: 2006000333
Ref: 40371
Service Fee: $35.00

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8f