**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 05-CV-6704

EDWIN LINHART,
         Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
         Defendant.      /

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY - 8 2006
LORETTA G. WHYTE
CLERK*

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, EDWIN LINHART, by and through his undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, KIM ALVAREZ, on April 10, 2006.

Dated this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0014736

PERSON TO BE SERVED: KIM ALVAREZ
    CORP/DBA:
      ADDRESS: 19 MEADOW LAKE COURT
             WINTER HAVEN

    PLAINTIFF/ATTORNEY:

    BRENDA S SULMER
    ALLEY CLARK GREIWE & FULMER
    701 E WASHINGTON ST
    TAMPA, FL  33602

PLAINTIFF: EDWIN LINHART
DEFENDANT: MERCK & CO INC ET AL

CASE NUMBER: 205CV6704
      COURT: U S DISTRICT              COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 04/05/2006 and served the same at 15:04 PM on 04/10/2006 in Polk County, Florida, as follows:

SUBSTITUTE - SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named person to be served's usual place of abode with a person residing therein who is fifteen (15) years of age, or older, to-wit: JOHN PAUL ALVAREZ, SON
and informing said person of their contents.

CIVIL COSTS

FEE: $20.00

TOTAL DEPOSIT: $20.00

GRADY JUDD, SHERIFF
POLK COUNTY, FLORIDA

BY: *[signature]*
MARCELLUS RONELL LEJON AUSTIN,
DEPUTY SHERIFF/SPECIAL PROCESS SERVER

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

EDWIN LINHART,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05-cv-6704

MERCK & CO., INC., et al.

MDL 1657 L

**SERVED**
In Polk County
Upon: Kim Alvarez
Type: s/o John Payl Alvarez
17 yrs s/m

Month 4  Day 10  Year 06
Time: 1504  P.M.

TO: (Name and address of defendant)

KIM ALVAREZ
19 MEADOWLAKE COURT
WINTER HAVEN, FL 33884

GRADY JUDD, SHERIFF, Polk County
By: [signature]
Deputy/Special Process Server    Mem.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                              MAR 2 8 2006

CLERK                                          DATE

[signature]

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/10/06 |
| Name of SERVER (PRINT) Marcellus A. Austin | TITLE Court Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: John Paul Alvarez, 17 yoa, son

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10, 2006
Date

Signature of Server: Marcellus A. Austin

Address of Server: 455 N Broadway Ave, Bartow, FL 33830

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.