# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

FILED U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -8 PM 4: 11
LORETTA G. WHYTE
CLERK

May 3, 2006

Clerk of Court
U.S. District Court, Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:   Watts v. Merck (MDL 1657, Case #06-cv-1685)
      Catlin v. Merck (MDL 1657, Case #06-cv-2175)

Dear Clerk:

Enclosed are original Summonses for you to please issue and return at your earliest convenience. A postage-paid return envelope is enclosed for your convenience. Thank you for your cooperation.

If you have any questions regarding this matter, please do not hesitate to call me at 1-800-840-0977.

Sincerely yours,

Jennifer Dixon
Legal Assistant

Enclosures

___ Fee_____
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____