IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>CHARLES LARON MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -8  PM 4: 57
LORETTA G. WHYTE
CLERK

### NOTICE OF ORAL DEPOSITION OF EDWARD GANELLAN, M.D.

TO:   ALL KNOWN COUNSEL OF RECORD

Pursuant to the Rule 30 of the Federal Rules of Civil Procedure, Plaintiff CHARLES LARON MASON will take the Oral deposition of Edward Ganellan, M.D., as follows:

Date:       **Tuesday, July 11, 2006**

Time:       **1:00 p.m.**

Location:   **Salt Lake Regional Medical Center**
            **Cardiology Conference Room**
            1050 E. South Temple
            Salt Lake City, Utah

The deposition will be reported by a certified court reporter and will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed. You are invited to attend and examine the witness as provided by the Federal Rules of Civil Procedure.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

May 1, 2006

Respectfully submitted,
BLIZZARD, McCARTHY & NABERS, LLP

*Rebecca B. King*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:   (713) 844-3763

ATTORNEYS FOR PLAINTIFF
CHARLES LARON MASON

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>P. O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898.2034<br>FAX: (334) 954.7555 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY 10004<br>PH: (212) 584.0700<br>FAX: (212) 584.0799 |
| Leonard Davis<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70013<br>PH: (504) 581.4892<br>FAX: (504) 561.6024<br><br>Temporary Office:<br><br>Place St. Charles<br>201 St. Charles Avenue, Suite 4310<br>New Orleans, LA 70170 | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70013<br>PH: (504) 581.4892<br>FAX: (504) 561.6024<br><br>Temporary Office:<br><br>Place St. Charles<br>201 St. Charles Avenue, Suite 4310<br>New Orleans, LA 70170 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, and Phil Beck by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 9, on this 5th day of May, 2006.

Phillip Wittman
Stone, Pigman Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA  70130-3588
Phone:  (504) 581.3200
Fax:  (504) 581.3361

Phil Beck
Bartlit, Beck, Herman, Palechar & Scott
Courthouse Place
54 West Hubbard Street
Chicago, IL  60610
Phone: (312) 494.4400
Fax: (312) 494.4440

Rebecca B. King