UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                          *      MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION        *
                                                   *      SECTION: L(3)
                                                   *
                                                   *      JUDGE FALLON
                                                   *      MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
        *Barnett v. Merck & Co., Inc.*, 06-485

**ORDER**

Due to a conflict in the Court's calendar, IT IS ORDERED that the pretrial conference in this matter is CONTINUED from July 6, 2006 at 3:00 p.m. to 4:30 p.m. on the same day.

New Orleans, Louisiana, this   10th   day of   May  , 2006.

                                               _____
                                               UNITED STATES DISTRICT JUDGE