**MINUTE ENTRY**
**FALLON, J.**
**MAY 10, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**BEFORE JUDGE ELDON E. FALLON**
**Courtroom Deputy: Gaylyn Lambert**
**Court Reporter: Cathy Pepper**

**Appearances (by telephone):**
Fred Longer, Esq., Arnold Levin, Esq., Lenny Davis, Esq. And Drew Ranier, Esq. For Plaintiffs' Steering Committee
John Beisner, Esq. For Merck & Co., Inc.

---

Plaintiffs' Steering Committee Letter Brief Regarding Ogilvy Public Relations Worldwide, Inc., DDB Communications Group, Inc., and Millward Brown, Inc. Third Party Discovery: (#3804)

Argument - TAKEN UNDER SUBMISSION.

| JS-10: :50 |
|---|