**ORIGINAL**

U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF LOUISIANA**

FILED MAY 8 2006

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| Hebert Phillip Malone ) | |
| 380 East Gaines ) | |
| Dermott, Arkansas 71638 ) MDL-No 1657 | |
| Vs. ) Case No. 05-6092 L (3) | |
| Merck & company Inc. et. al. ) | |
| Whitehouse Station, N.J. 08889 ) | |

## Motion For Reconsideration

Comes now Plaintiff, Herbert Phillip Malone, proceeding in his own behalf and pursuant to Federal Rules of Civil Procedure, especially Rule 60 (b) (1) and 60 (b) (6), herein requesting this honorable court to reconsider its order dated April 17th 2006, dismissing Plaintiff's Complaint without prejudice. The Plaintiff ask this for the following reasons:

1. After filing original complaint and given permission to proceed before the Judicial panel on Multi – District Litigation the Plaintiff never received any direct response from the Defendant Merck & Company Inc. et. al.

2. The Plaintiff never received any motion or copy of a motion from the Defendants asking the court to dismiss the Plaintiff's Complaint.

3. The Plaintiff should have been given ample, sufficient opportunity to respond to any Request / Motion from the Defendant to the Court asking that the Plaintiff's Complaint be dismissed.

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
Doc. No._____

4. It is a fact that due to the plaintiff's use of the drug vioxx, he has had problems with his stomach and blood pressure. These are direct symptoms from the use of Vioxx.

5. The Plaintiff did file Product Liability Pursuant to Rule 28 USC 1332.

6. It is a fact that the Defendants Merck & Company, et, al., are liable for a product that they have first hand knowledge of being potentially dangerous even when used a short term.

7. Merck & Company et. al continue to argue that the use of Vioxx only poses a risk if used for 18 months or more which, the Plaintiff disputes, because everyone has a different genetic code, nucleotide / DNA, and Metabolism. This means that everyone reacts differently to taking medication. What may be good for one person could prove dangerous to another!! Merck & Company, et. al. recognize this to be true, especially with the drug Vioxx. There are cases where people who used Vioxx for short periods had heart attacks.

8. It is absurd, incongruous, and preposterous to believe that the drug Vioxx could only be harmful if used for (18) months or more.

9. It is a fact that the Defendants Merck & Company, et. al. has a team of attorneys who are very smart, and articulate and their knowledge of Civil Law is much greater than the Plaintiff and have a much greater advantage over the Plaintiff since:

    A. The Plaintiff is incarcerated and has been for the past twenty (20) years.

    B. The Plaintiff has limited access to Legal Material at the prison Law Library.

    C. The Plaintiff knowledge of Civil Law is limited.

10. The Plaintiff asks for no preferential treatment but does ask this court to protect his Constitutional rights.

Wherefore the plaintiff states that he was indeed given the drug Vioxx to take during a period before his back surgery in 2001, and he knows for a fact that although he did not take the drug Vioxx for eighteen (18) months, the period of times that he did take it caused him physical problems, from which he continues to suffer.

The Plaintiff in this motion for Reconsideration has given this court just reason why his complaint should not be dismissed and that he is give every chance and opportunity to answer any motions that Merck & Company, et. al. file asking for dismissal.

Before the Plaintiff files to the 5th Circuit Court of Appeals he is asking this Court to reinstate his claim against Merck & Company, et. al. and instruction on how he should proceed. He also ask the court to grant any other relief that the court feels is just and fair to the Plaintiff.

Respectfully Submitted

"*Herbert Phillip Malone*"

## CERTIFICATE OF SERVICE

Comes now Plaintiff Herbert Phillip Malone Pro-se hereby certifies to the court that he has mailed the original copy and copies of this motion to the court and the Defendant an this 27th day of April 2006.

Herbert Phillip Malone
Pro se Delta Regional Unit
5- Bks. 880 East Gaines St.
Dermott, AR. 71638-9505