IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMIE COLLINS, INDIVIDUALLY, AND JIMMIE COLLINS, AS PERSONAL REPRESENTATIVE ON BEHALF OF THE ESTATE OF DECEDENT LAURA ENDICOTT,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC., NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C., D/B/A WEBB CITY HEALTH AND REHABILITATION CENTER, JOHN BURCHFIELD, KEITH BENTON, DEBBIE ELMORE, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH & REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH & REHABILITATION CENTER, RAJENDRAKUMAR I. PATEL, M.D., MEDCO HEALTH SOLUTIONS, INC., MEDCO HEALTH, L.L.C., AND MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC.,<br><br>Defendants. | MDL 1657- Vioxx<br><br>Section L<br><br>Cause No: 2:06cv798 |

## DEFENDANTS NORTHPORT HEALTH SERVICES OF MISSOURI, LLC, JOHN BURCHFIELD, KEITH BENTON, DEBBIE ELMORE, NHS MANAGEMENT, LLC, UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH & REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH & REHABILITATION CENTER'S NOTICE OF HEARING ON THEIR MOTION AND MEMORANDUM OF LAW TO ENFORCE ARBITRATION AGREEMENT

PLEASE TAKE NOTICE that the undersigned will call for hearing on the briefs of

Defendants Northport Health Services of Missouri, LLC, John Burchfield, Keith Benton, Debbie

Elmore, NHS Management, LLC, Unidentified Administrator of Webb City Health &

Rehabilitation Center, and Unidentified Director of Nursing of Webb City Health & Rehabilitation Center's Motion and Memorandum of Law to Enforce Arbitration Agreement. The hearing on the briefs will be called at 9 a..m. on June 28, 2006 in the United States District Court for the Eastern District of Louisiana, Honorable Judge Eldon Fallon's Court, Section L, at which time plaintiff's attorneys may also have submitted briefs.

SANDBERG, PHOENIX & von GONTARD, P.C.

By: _____
Stephen M. Strum, #37133
Stacey G. Sifton, #52682
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)
E-mail:  sstrum@spvg.com
         ssifton@spvg.com

Attorneys for Defendants Northport Health Services of Missouri, LLC, John Burchfield, Keith Benton, Debbie Elmore, NHS Management, LLC, Unidentified Administrator of Webb City Health & Rehabilitation Center, and Unidentified Director of Nursing of Webb City Health & Rehabilitation Center

### Certificate of Service

The undersigned certifies that a copy of the foregoing was sent by United States mail this 5 day of May, 2006, to the following counsel of record:

Christopher A. Wright
Edward J. Hershewe
The Hershewe Law Firm, P.C.
431 Virginia Avenue
Joplin, MO 64801

James P. Frickleton
Bartimus, Frickleton, Robertson
 & Obetz, P.C.
11150 Overbrook Drive
Leawood, KS 66211

Kirk J. Goza
Goza & Honnold
1100 Main Street
2630 City Center Square
Kansas City, MO 64105

_SJS_