James D. Schneller         pro se
500 East Lancaster Ave. # 111d
Radnor, PA 19087
610-688-9471

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED APR 1 7 2006

LORETTA G. WHYTE
Clerk

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs

v.

Merck & Company, Inc.,    defendant

Civil Action No. 05 - 5382

## MOTION FOR AN ORDER DIRECTING LEXIS NEXIS AND OTHER VENDORS TO ENABLE REGISTRATION OF PRO SE PLAINTIFF WHO IS NOT AN ATTORNEY

James D. Schneller, plaintiff, moves the court for an order directing Lexis Nexis to enable registration of plaintiff in order to comply with Pretrial Order No. 8. In support of this petition plaintiff states the following:

1) Plaintiffs' suit was transferred from the District Court, Eastern District of Pennsylvania, in the Order filed by the Judicial Panel on Multidistrict Litigation in this Court on December 27, 2005.

2) Plaintiff served, on December 14, 2005, on plaintiff's liaison counsel, and on defense liaison

- 3 -

counsel, his MDL 1657 Counsel Contact Information Form.

3) The Court in Pre trial Orders No. 8 and No. 14 directs all litigants or their attorneys to register with Lexis Nexis File and Serve, and for all service to be made through Lexis Nexis. Defendant has been directed or has stipulated that it will post all records, which it has obtained on plaintiffs in this MDL, on a website operated by Litigation Management, Inc.

4) Plaintiff has been expressly informed by Lexis Nexis and by Litigation Management, Inc. that he is not permitted to open an account with them because he is not an attorney.

5) Plaintiff is prejudiced by his not receiving service of the many and varied pleadings that are taking place, and by the alternative requirement, if any were permitted, such as to request service of, and to serve, the thousands of parties in this action, in hard copy.

6) Lexis Nexis and LMI have admitted to movant their need for some measure of direct instruction from this Court, before they would allow plaintiff's registration. Both firms have indicated that such a directive is a solution with which they are familiar, and with which they are able to comply.

WHEREFORE, Petitioner respectfully requests this Court enter an Order directing Lexis Nexis File and Serve, Litigation Management, Inc, and any future vendors who act under the directive of this Court, to allow plaintiff to register with those firms.

WHEREFORE, petitioner respectfully requests that the requirement for service of this petition on all parties by first class mail be waived.

_James D. Schneller_ pro se
500 East Lancaster Ave. # 111d
Radnor, PA 19087
610-688-9471

Date: April 13, 2006

- 4 -

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
                        plaintiffs

Civil Action No. 05 - 5382

v.

Merck & Company, Inc.,   defendant

## CERTIFICATE OF ATTEMPT TO RESOLVE

    I, James D. Schneller, certify that I attempted to obtain consent for the filing and granting of the relief, which is requested in this motion, from all parties having an interest to oppose this motion, through the defense liaison counsel, by sending a letter to defense liaison counsel, with a proposed stipulation agreement, and by subsequently telephoning them regarding this matter.

*James D. Schneller*   pro se
500 East Lancaster Ave. # 111d
Radnor, PA 19087

Date: April 13, 2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs
v.

Civil Action No. 05 - 5382

Merck & Company, Inc.,   defendant

CERTIFICATE OF SERVICE

I, James D. Schneller, hereby certify that I served a true and correct copy of the within Motion upon :

Plaintiffs' Liaison Counsel - Vioxx Products Liability Litigation
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA  70170                                                                     on 4/13/6

Defense Liaison Counsel - Vioxx Products Liability Litigation
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130                                                                      on 4/13/6

Defense Liaison Counsel - Vioxx Products Liability Litigation
Williams & Connolly
725 12th St N.W.
Washington, D.C. 20005                                                                     on 4/13/6

Lexis Nexis
LexisNexis File and Serve
P.O. Box 933
Dayton, OH 45401-0933                                                                      on 4/13/6

_____ James D. Schneller

- 5 -

James Schneller
500 E. Lancaster #111 D
Radnor, PA 19087

**CERTIFIED MAIL**

7005 1160 0002 7165 9930

Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

70130439310-00 C024