FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12 AM 10: 11

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs

v.

Merck & Company, Inc.,   defendant

Civil Action No. 05 - 5382

ORDER

See Order dated May 5, 2006

AND NOW, this ___8th___ day of ___May___, 2006, upon consideration of plaintiff James Schneller's Motion for an Order, the Motion is GRANTED.

It is hereby ORDERED that LexisNexis File and Serve, Litigation Management, Inc., and all other vendors who participate in this multidistrict litigation, allow James D. Schneller, who resides at 500 East Lancaster Avenue #111d Radnor, PA 19087, to register with them, and to be afforded utilization of their services, which are provided pursuant to the directives of this Court.

May 11, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

- 1 -