FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12 AM 10: 23

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

BEVERLY ROOS,
                    Plaintiff,
vs.

MERCK & CO., INC,
_____ Defendant. _____/

MDL No.: 1657

SECTION: L

Civil Action No.: 2:06-cv-377

JUDGE FALLON
MAG. JUDGE KNOWLES

### ORDER ON PLAINTIFF'S RENEWED MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.      Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendants JULIA COOKE and PAUL KOPCHINSKI.

2.      Plaintiff has an additional 60 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this 12 day of May , 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____