UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

GLADYS FLORES,
        Plaintiff,
vs.

MERCK & CO., INC,
        Defendant.

Civil Action No. 06-cv-386

JUDGE FALLON
MAG. JUDGE KNOWLES

### ORDER ON PLAINTIFF'S RENEWED MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANT

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendant AMY MOORE.

2. Plaintiff has an additional 60 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this ___ day of May, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE