# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

WALTER NOWICKI ,
             Plaintiff,
vs.

MERCK & CO., INC,
             Defendant.         /

MDL No.: 1657
SECTION: L

Civil Action No. 2:06-cv-384

JUDGE FALLON
MAG. JUDGE KNOWLES

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2006 MAY 12  AM 10: 2

LORETTA G. WHYTE
CLERK

## ORDER ON PLAINTIFF'S RENEWED MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of

Time, which was unopposed by Defendants, and the Court being advised in the premises, it is

hereby

ORDERED AND ADJUDGED as follows:

1.      Plaintiff's Motion for Extension of Time is hereby GRANTED to allow

Plaintiff more time within which to serve Defendants PAMELA FOGARTY, KELLY

HENNESSEY, JAN YOUNG, KIM ALVAREZ, PATRICIA GIBSON, DONNA

STANLEY, and THOMAS ADAMS.

2.      Plaintiff has an additional 60 days within which to serve Defendants with

process in this case.

New Orleans, Louisiana, this / d day of  May , 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X / Dktd_____
CtRmDep_____
Doc. No_____