FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -5  PM 2: 54

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Barr v. Merck & Co., Inc., et al.* No. 05-6369

### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

1.  Plaintiffs, Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith ("Plaintiffs") files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiffs in place of the law firm of Bailey, Blizzard, Salim & Fibich, LLP.

2.  The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.  The substitution of counsel is agreed to by the Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith.

Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith respectfully request that the Court grant this Motion and all other just relief.

Respectfully submitted,

Bailey, Blizzard, Salim & Fibich, LLP

Edward Blizzard
Texas Bar No. 02495000
Kenneth T. Fibich
Texas Bar No. 06952600
Michael W. Perrin
Texas Bar No. 15797500
Fletcher V. Trammell
Texas Bar No. 24042053
K. Camp Bailey
Texas Bar No. 24006782
440 Louisiana, Suite 1900
Houston, Texas 77002
Telephone: 713.292.2700
Telecopier: 713.292.2701

**Withdrawing Attorney-In-Charge for Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith**

Blizzard, McCarthy & Nabers, LLP

_____
Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith**

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of counsel has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via Lexis Nexis E Filing on January 12, 2006.

<u>Defendants Liaison Counsel</u>
Phillip Wittman
Stone, Pigman Walter, Wittmann, LLC

<u>Defendant Merck & Co., Inc.</u>
Charles W. Cohen
Hughes Hubbard & Reed LLP-New York

Wilfred P. Coronato
Hughes Hubbard & Reed LLP-New York

Aretha Delight Davis
Dechert LLP

Susan J. Giamportone
Womble Carlyle Sandridge & Rice, LLP-Winston-Salem

<u>Plaintiffs Liaison Counsel</u>

Andy D. Birchfield
Beasley Allen Crow Methvin Portis & Miles, PC
Christopher Seeger
Seeger Weiss LLP

Leonard Davis
Herman Herman Katz & Cotlar LLP

Russ Herman
Herman Herman Katz & Cotlar, LLP

*Rebecca A. Briggs* (signature)
Rebecca A. Briggs