FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12  AM 10: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX | MDL NO. 1657
Product Liability Litigation |
| SECTION: L
|
| JUDGE ELDON E. FALLON
|
| MAGISTRATE JUDGE
| DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Barr v. Merck & Co., Inc., et al.* No. 05-6369

---

ORDER GRANTING SUBSTITUTION OF COUNSEL   See PTO #8A,

---

#14

The Court considered Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that the law firm of Bailey, Blizzard, Salem & Fibich, LLP are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F.

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No___

Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith.

Signed this 12 day of May, 2006

_____
Judge Presiding

APPROVED AND AGREED TO:

**Bailey, Blizzard, Salim & Fibich, LLP**

_____
Edward Blizzard
Texas Bar No. 02495000
Kenneth T. Fibich
Texas Bar No. 06952600
Michael W. Perrin
Texas Bar No. 15797500
Fletcher V. Trammell
Texas Bar No. 24042053
K. Camp Bailey
Texas Bar No. 24006782
440 Louisiana, Suite 1900
Houston, Texas 77002
Telephone: 713.292.2700
Telecopier: 713.292.2701

**Withdrawing Attorney-In-Charge for Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased,**

Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith

Blizzard, McCarthy & Nabers, LLP

*/s/ Ed Blizzard*

Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

Substituting Attorney-In-Charge for Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101