UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -5 PM 2: 55

LORETTA G. WHYTE
CLERK

In re:  VIOXX
      Product Liability Litigation

MDL NO. 1657

SECTION:     L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Barr v. Merck & Co., Inc., et al.* No. 05-6369

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in the Henry C. Dinkins' matter.  Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interests of the client that they remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Henry C. Dinkins at 3421 Maple Lane Hazel Crest, IL 60429, phone number 708.335.0422.

Blizzard, McCarthy & Nabers, LLP

Ed Blizzard
State Bar No.  02495000
Rebecca Briggs
State Bar No.  24027110
440 Louisiana, Suite 1710
Houston, TX  77002
Telephone:  713.844.3750
Telecopier:  713.844.3755

Fee_____
Proc_____
X  Dkt_____
   Cm_____
   __ No._____

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8 on this 26th day of January, 2006.

Rebecca Briggs