FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12  AM 10: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX | MDL NO. 1657
      Product Liability Litigation |
| SECTION:   L
|
| JUDGE ELDON E. FALLON
|
| MAGISTRATE JUDGE
| DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Barr (Henry C. Dinkins) v. Merck & Co., Inc., et al.*
No. 05-6369

---

ORDER GRANTING WITHDRAWAL OF COUNSEL       See PTO #8A, ¶14

---

The Court considered Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP's Motion to Withdraw as Counsel for Plaintiff Henry C. Dinkins and decided to grant the motion.

It is ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are no longer counsel of record for Plaintiff, Donita F. Howard and until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Henry C. Dinkins at 3421 Maple Lane, Hazel Crest, IL 60429, phone number 708-335-0422.

Signed this 12 day of May, 2006.

_____
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____