IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BILLY JACK JONES** | § | CIVIL ACTION NO. 2:05cv2060 |
| | § | 05-2060 |
| *Plaintiff* | § | JUDGE ELDON E. FALLON |
| | § | |
| VS. | § | |
| | § | |
| **MERCK & CO., INC.,** | § | |
| | § | MAGISTRATE JUDGE |
| *Defendant* | § | DANIEL E. KNOWLES, III |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**Paul F. Waldner** and the law firm of Vickery & Waldner, L.L.P. and **C. D. Cowan** and the Law Offices of C. D. Cowan, P.C., attorneys for Plaintiff Billy Jack Jones file this Motion to Withdraw and Substitute Counsel as follows:

I.

**Paul F. Waldner** and the law firm of Vickery & Waldner, L.L.P. and **C. D. Cowan** and the Law Offices of C. D. Cowan, P.C. are attorneys for Plaintiff Billy Jack Jones. Paul F. Waldner and C. D. Cowan file this motion requesting this Honorable Court allow them to withdraw as attorneys of record for Plaintiff and requesting the substitution of Douglas C. Monsour and The Monsour Law Firm, 211 North Center Street, P. O. Box 4209, Longview, Texas 75606, (903) 758-5757 as counsel of record for this Plaintiff.

II.

Plaintiff Billy Jack Jones is not opposed to this motion and is aware of its filing. Plaintiff has been notified of any deadlines or pending court appearances relative to this cause of action. A

*Billy Jack Jones Motion to Substitute Counsel*    Page 1

copy of this motion has been served on the Plaintiff in accordance with CR83.2.11 of the Local Rules of this Honorable Court.

PREMISES CONSIDERED, Paul F. Waldner and C. D. Cowan move this Court for an order granting this motion and withdrawing Paul F. Waldner and the law firm of Vickery & Waldner, L.L.P. and C. D. Cowan and the Law Offices of C. D. Cowan, P.C. as counsel of record for Plaintiff in this proceeding and for Douglas C. Monsour and the law firm of Sloan★Monsour, P. C. to be substituted as counsel of record for this Plaintiff.

Respectfully submitted,

**VICKERY & WALDNER, LLP**
Paul F. Waldner
State Bar No. 20679800
One Riverway Drive, Suite 1150
777 S. Post Oak Lane
Houston, Texas 77056-1920
(713) 526-1100
Facsimile: (713) 523-5939

**THE LAW OFFICES OF C. D. COWAN, P.C.**
C. D. Cowan
State Bar No. 04911150
414 South Bonner
Tyler, Texas 75702
(903) 597-5500
Facsimile: (903) 597-5598

_____
C. D. Cowan
For the Attorneys for Plaintiff

AGREED:

_____
DOUGLAS C. MONSOUR
State Bar No. 00791289

THE MONSOUR LAW FIRM
211 North Center Street
Longview, Texas 75606
(903) 758-5757
Facsimile (903) 230-5010

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day May, 2006, the foregoing Motion to Substitute Counsel was forwarded to all counsel of record by U. S. Mail.

_____
Douglas C. Monsour