FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12  AM 10: 21

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BILLY JACK JONES** | § | CIVIL ACTION NO.: 2:05cv02060 |
| | § | |
| *Plaintiff* | § | JUDGE ELDON E. FALLON |
| | § | |
| VS. | § | |
| | § | |
| **MERCK & CO., INC.,** | § | |
| | § | MAGISTRATE JUDGE |
| *Defendant* | § | DANIEL E. KNOWLES, III |

See PTO #8A, ¶ 14

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Came on to be heard the Motion to Withdraw and Substitute Counsel filed on behalf of Billy Jack Jones, Plaintiff herein, and the Court is of the opinion that the same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Paul F. Waldner and the law firm of Vickery & Waldner, L.L.P. and C. D. Cowan and the Law Offices of C. D. Cowan, P. C. be removed as attorneys of record for Plaintiff Billy Jack Jones, Plaintiff herein, AND THAT Douglas C. Monsour and The Monsour Law Firm be substituted as attorney of record for said Plaintiff.

SIGNED this 10th day of May, 2006.

_____
JUDGE PRESIDING

*Order for Substitution of Counsel*

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No_Page 1_