UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 12 AM 10: 20
LORETTA G. WHYTE
CLERK

IN RE: VIOXX ) MDL NO. 1657
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
)

THIS DOCUMENT RELATES TO:
*Thomas Brant and Deborah Brant vs. Merck & Co., Inc., No. 2:05cv3478 (previously 1:05CV1255 OHND USDC)*

## ORDER

*Denied* See PTO #8A, ¶14

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel. After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

May 11, 2006
Date

_____
United Stated District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____