FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -5  PM 2:58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Courtney v. Merck & Co., Inc., et al.* No. 05-4437

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in the Donita F. Howard's matter. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interests of the client that they remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Donita F. Howard at P. O. Box 1234, Columbia, KY 42728, phone number 270.634.1366.

Respectfully submitted,

**Blizzard, McCarthy & Nabers, LLP**

Edward Blizzard
State Bar No. 02495000
J. Scott Nabers
State Bar No. 14769250
Rebecca Briggs
State Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

OF COUNSEL:

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8 on this 15th day of February, 2006.

J. Scott Nabers