UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 12 AM 10: 20
LORETTA G. WHYTE
CLERK

In re: VIOXX
   Product Liability Litigation

MDL NO. 1657

SECTION: L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Courtney (Donita F. Howard) v. Merck & Co., Inc., et al.* No. 05-4437

ORDER GRANTING WITHDRAW OF COUNSEL

*See PTO #8A, ¶14*

The Court considered Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP Motion to Withdraw of Counsel for Plaintiff, Donita F. Howard and decided to grant the motion.

It is ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are no longer counsel of record for Plaintiff, Donita F. Howard and until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Donita F. Howard at P. O. Box 1234 Columbia, KY 42728, phone number 270-634-1366.

Signed this 2 day of May, 2006

Judge Presiding

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No_____