UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -5  PM 2:57

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Courtney v. Merck & Co., Inc., et al.* No. 05-4437

---

### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

---

1. Plaintiffs, Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason; and Gershon Y. Perry files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiffs, Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason; and Gershon Y. Perry in place of Kenneth T. Fibich and the law firm of Fibich, Hampton & Leebron, LLP.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to by the Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason; and Gershon Y. Perry.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason; and Gershon Y. Perry respectfully request that the Court grant this Motion and all other just relief.

Respectfully submitted,

**Fibich, Hampton & Leebron, LLP**

Kenneth T. Fibich
State Bar No. 06952600
W. Michael Leebron, II
State Bar No. 12149000
Fletcher V. Trammell
State Bar No. 24042053
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: 713.751.0025
Telecopier: 713.751.0030

**Withdrawing Attorney-In-Charge for Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry**

Blizzard, McCarthy & Nabers, LLP

*(signature)*

Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry**

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of counsel has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via Lexis Nexis E Filing on January 12, 2006.

<u>Defendants Liaison Counsel</u>
Phillip Wittman
Stone, Pigman Walter, Wittmann, LLC

<u>Defendant Merck & Co., Inc.</u>
Charles W. Cohen
Hughes Hubbard & Reed LLP-New York

Wilfred P. Coronato
Hughes Hubbard & Reed LLP-New York

Aretha Delight Davis
Dechert LLP

Susan J. Giamportone
Womble Carlyle Sandridge & Rice, LLP-Winston-Salem

<u>Plaintiffs Liaison Counsel</u>

Andy D. Birchfield
Beasley Allen Crow Methvin Portis & Miles, PC
Christopher Seeger
Seeger Weiss LLP

Leonard Davis
Herman Herman Katz & Cotlar LLP

Russ Herman
Herman Herman Katz & Cotlar, LLP

_____
Rebecca A. Briggs

APPROVED AND AGREED TO:

Fibich, Hampton & Leebron, LLP

_____
Kenneth T. Fibich
State Bar No. 06952600
W. Michael Leebron, II
State Bar No. 12149000
Fletcher V. Trammell
State Bar No. 24042053
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: 713.751.0025
Telecopier: 713.751.0030

**Withdrawing Attorney-In-Charge for Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry**

Blizzard, McCarthy & Nabers, LLP

_____
Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry**

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101