UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12  AM 10: 20

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Courtney v. Merck & Co., Inc., et al.* No. 05-4437

---

ORDER GRANTING SUBSTITUTION OF COUNSEL

See PTO #8A, ¶ 14

---

The Court considered Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason; and Gershon Y. Perry's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Kenneth T. Fibich and the law firm of Fibich, Hampton & Leebron, LLP are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason; and Gershon Y. Perry.

Signed this 12 day of May, 2006

_____
Judge Presiding

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____